# Exhibit A

*In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*
Case No. 19-2875

Expert Report of Edward H. Kaplan, M.D. in
Support of Plaintiffs' Motion for Class Certification


Dear Mr. Slater:

I have evaluated the question of whether and to what extent medical monitoring would be appropriate for the people who used valsartan containing drugs ("VCD's" or "valsartan") contaminated with an International Agency for Research on Cancer ("IARC")- and Environmental Protection Agency ("EPA")-listed probable human carcinogen known as N-nitrosodimethylamine ("NDMA"). At your requests, I have reviewed scientific literature, regulatory documents and other documents, and applied my knowledge, education and experience in order to outline and summarize the issues and approach to organizing a screening and monitoring program for class members exposed to VCDs that were contaminated with NDMA and/or NDEA. In addressing these questions, I've relied upon the materials detailed below. All opinions are stated to a reasonable degree of medical certainty.

1. Expert Background and Qualifications

I, Edward H. Kaplan, M.D. am a board-certified medical oncologist. I am familiar with the standard of care for cancer treatment by way of my training and experience. In my practice, I have designed screening programs for the patients I treat and frequently monitor patients at high risk for cancer or cancer recurrence. I received my Doctor of Medicine degree at Loyola-Stritch School of Medicine in Maywood, Illinois and I subsequently completed my internship and residency training for internal medicine at Northwestern University Medical School in Chicago, Illinois. I continued training there in hematology and oncology, receiving the Galter Fellowship and Bill Veek Fellowship. After completing my fellowship, I joined the faculty at Rush University in Chicago, Illinois. I was later the cofounder and director of the Comprehensive Center for Gastrointestinal Malignancies at the Rush Cancer Institute. I was subsequently appointed as Chairman of the Department of Hematology and Oncology at Rush North Shore Medical Center in Skokie, Illinois. In addition, I serve as Assistant Professor of Medicine at Rush Medical College in Chicago, Illinois. I have presented at leading scientific meetings across the nation and am an author on over 60 research articles.

A more detailed description of my qualifications, including a list of all publications authored in the previous 10 years, is provided in my Curriculum Vitae, in Attachment A. Attachment B lists the materials I considered for this report. I am compensated for this matter at an hourly rate. This compensation is not contingent upon the outcome of this matter. The opinions I state in this report are stated within a reasonable degree of professional certainty. My analysis of the issues at hand is ongoing. I reserve the right to respond to, rebut, opine on, or incorporate opinions offered by other experts in these matters. I reserve the right to modify or supplement this report based on new materials or testimony that may become available to me, including, but not limited to, other expert witness reports.

2. <u>Class-Wide Applicability</u>

In forming my opinions, I have assumed that the people who took the valsartan in question can be identified, along with identification of the manufacturers of their pills, the dosage and levels of NDMA/NDEA, and duration of use. I have also assumed that the medical monitoring fund/program to be established can be efficiently administered to ensure that people will only receive funding for appropriate tests or interventions.

3. <u>Background</u>

It has been established that valsartan API (active pharmaceutical ingredient) manufactured by ZHP, Hetero, Mylan, and Aurobindo, and also sold to Teva and Torrent for use in the manufacture of finished valsartan drugs sold by those companies, was contaminated with carcinogens, NDMA and NDEA. It is my understanding that this contamination occurred in two general ways: as a by-product of the API manufacturing processes, and/or due to use of contaminated solvents or inadequate cleaning of manufacturing equipment.

The initial step in constructing this monitoring protocol was identification of the cancers at issue. Based on my review of the reports of Dr. Panigrahy, Dr. Madigan, Dr. Etminan, and Dr. Lagana, the following cancers merit monitoring:

1. Liver
2. Stomach
3. Colorectal/Intestinal
4. Esophageal
5. Lung
6. Prostate
7. Bladder
8. Pancreatic
9. Blood (Leukemia, NHL and Multiple Myeloma)

4. <u>Assumptions on Contaminant Levels and Thresholds for Monitoring</u>

In conducting this analysis, I assumed that the Plaintiffs' experts are correct that the levels, dosages, and duration of use were/are sufficient to increase one's risk of certain cancers, and to cause or contribute to causing cancer in users, and I have prepared this report consistent with those assumptions.

In order to qualify for medical monitoring, class members must have ingested a cumulative amount of NDMA from both the valsartan pills and their diet that they have reached the Lifetime Cumulative Exposures associated with statistically significant increased risks in dietary and other studies. The Lifetime Cumulative Exposures in dietary and other studies have been determined by Madigan and Panigrahy. The classes have been defined in the operative medical monitoring complaint as:

> All individuals residing in Alaska, Arizona, Colorado, Delaware, District of
> Columbia, Florida, Hawaii, Idaho, Illinois, Iowa, Maine, Massachusetts,

2

Minnesota, Missouri, Montana, Nevada, New Hampshire, New Mexico, New York, North Dakota, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Vermont, West Virginia, Wyoming and who consumed a sufficiently high Lifetime Cumulative Threshold of NDMA, NDEA, or other nitrosamine, in generic valsartan-containing drugs manufactured by or for Defendants and marketed in the United States and its territories and possessions, at least since January 1, 2012. This is the "Medical Monitoring Independent Claim Class."

and

All individuals residing in every state, territory, and possessions of the United States of America except Mississippi and who consumed a sufficiently high Lifetime Cumulative Threshold of NDMA, NDEA, or other nitrosamine, in generic valsartan-containing drugs manufactured by or for Defendants and marketed in the United States and its territories and possessions, at least since January 1, 2012. This is the "Medical Monitoring Remedy Class."

For both the Medical Monitoring Independent Claim Class and Medical Monitoring Remedy Class, the determination of whether the class member consumed a Lifetime Cumulative Threshold ("LCT") sufficient for class membership is based on objective and ascertainable factors.

Specifically, (A) at a dose of 320 mg, the class member needs to have taken a combination of three (3) months of ZHP API, OR 18 months of Hetero API, OR 54 months of Mylan and/or Aurobindo API; (B) at a dose of 160 mg, the class member needs to have taken a combination of six (6) months of ZHP API, OR 32 months of Hetero API, OR 108 months of Mylan and/or Aurobindo API; (C) at a dose of 80 mg, the class member needs to have taken a combination of 12 months of ZHP API, OR 64 months of Hetero API, OR 216 months of Mylan and/or Aurobindo API; and (D) at a dose of 40 mg, the class member needs to have taken a combination of 24 months of ZHP API, OR 128 months of Hetero API, OR 432 months of Mylan and/or Aurobindo API;

The reference to combination above means that the class member need not have only taken Valsartan manufactured solely by one manufacturer. For example, by way of illustration only, a class member who was prescribed 320 mg and who consumed two (2) months of ZHP API and six (6) months of Hetero API qualifies.

5. Opinion on Medical Monitoring

Identifying a malignant cancer early in its' development is vital to ensure that the subject receives treatment in a timely fashion, therefore affording a better chance of control and cure. I considered specificity/possibility of type 1 and 2 errors/invasiveness/risks and benefits of monitoring. It is my opinion to a reasonable degree of medical certainty that there exist diagnostic tests that can mitigate the risks of developing cancer faced by the class of people because of their exposure to contaminated valsartan (who have a level of exposure greater than or equal to the LCT), and that this program is different than the one that would have been

3

prescribed in the absence of that particular exposure and increased risk. Furthermore, it is my opinion that this monitoring is both reasonable and necessary.

This program includes routine screening for asymptomatic individuals as follows:

1. **Annual History/Physical and laboratory studies** by *Internist, Family Practitioner or Medical Oncologist*:

    <u>A.</u> History to include questions directed towards signs / symptoms of malignancy (i.e.: Shortness of breath, cough, blood in stools, pain, weight loss, cough, other issues)

    <u>B.</u> Physical Exam to be routine but to focus on lymph nodes, abdomen, breast, lungs, thyroid.

    <u>C.</u> Lab tests to include blood smear evaluation (CBC), Basic chemistry Profile ("CMP")- which includes liver enzymes, Kidney function, labs for general signs of inflammation or imbalances, thyroid function tests, PSA (for males) and urinalysis.

2. **Specialized Testing:**

    Annual or more often based on clinical parameters per monitoring:

    <u>A.</u> <u>Galleri®</u> (Grail's multi-cancer early detection blood test) or similar liquid biopsy testing performed annually. This is a targeted methylation-based cell-free DNA test that has been clinically validated:
    The Circulating Cell-free Genome Atlas study was a prospective, case-controlled, observational study and demonstrated that a blood-based test utilizing cell-free DNA (cfDNA) sequencing in combination with machine learning could detect cancer across multiple cancer types and predict cancer with high accuracy. It has validated this testing for use as a screening tool. Specificity for cancer signal detection was 99.5% [95% confidence interval (CI): 99.0% to 99.8%]. <u>Galleri</u> has FDA Breakthrough Device Designation.

    <u>B.</u> <u>Cologuard</u> or similar fecal testing for colon cancer annually and can start at any age.

    <u>C.</u> <u>Periodic testing</u> - based on established monitoring guidelines
    -Colonoscopy (every 5 years as for screening in moderately high risk patients)
    -Upper Endoscopy (every 5 years or based on symptoms, smoking and alcohol history)
    -Low Dose CT Chest Scan annually (especially in smokers or prior smokers)

Further screening for symptomatic patients or those with abnormalities uncovered by the routine health evaluations should proceed as directed by the health care professional performing the above routine screening.

I provide further detail on the above specialized testing. As set forth above, I am assuming that class members who meet the LCT are at an increased risk of developing cancers

4

detailed above. A disease appropriate for screening should occur with a high frequency in the population being screened and have a readily available treatment with potential for cure that increases with early detection. Cancer surveillance programs should employ tests capable of detecting disease in its pre-clinical state, be safe to administer, be reasonable in cost, lead to improved health outcomes and both test and treatment should be available. Surveillance guidelines specific to cancer type have been developed which fulfill these objectives in various high-risk subsets of the general population which balance the risks and benefits of testing. In the following discussion, I identify at risk groups within the general population with cancer risk as an analogous model for those with who meet the LCT.

<u>Galleri® (Grail's Multi-Cancer Early Detection Blood Test) or similar Liquid Biopsy Testing</u>
It is important to note that Galleri® has been shown to detect certain cancers, such as pancreatic and esophageal cancer which are among the cancers meriting monitoring here, which currently lack screening tests, and which account for a large number of US cancer deaths.

<u>Colonoscopy and Fecal DNA testing</u>
The risk for developing colon or rectal cancer rises quickly during the 5th and 6th decades of life. Thus, surveillance guidelines suggest colon cancer screening for average risk men and women 45 - 50 years of age and older. However, for higher risk groups, recommendations include initial testing earlier in life and more frequently thereafter. It is important to consider that colonoscopy is both a screening test and a therapeutic intervention. Precancerous polyp removal decreases colorectal cancer incidence.

The Multi-Society Task Force of Colorectal Cancer (MSTF), represents the American College of Gastroenterology, the American Gastroenterological Association, and The American Society for Gastrointestinal Endoscopy. For those at average risk, recommendations are colonoscopy every 10 years and annual fecal immunochemical test (FIT). For those unwilling or unable to undergo colonoscopy, guidelines suggest CT colonography every 5 years, the FIT-fecal DNA test every 3 years, and flexible sigmoidoscopy every 5 to 10 years. These later tests are appropriate screening tests, but each has disadvantages relative to the tier 1 tests. Because of limited evidence and current obstacles to use, capsule colonoscopy every 5 years is a least favored test. Screening should begin at age 50 years in average-risk persons, except in African Americans in whom limited evidence supports screening at 45 years. Persons with a family history of colorectal cancer (CRC) or a documented advanced adenoma in a first-degree relative age < 60 years, or two first degree relatives with these findings at any age, are recommended to undergo screening by colonoscopy every 5 years, beginning 10 years before the age at diagnosis of the youngest affected relative or age 40, whichever is earlier.

In my opinion, a class member who meets the meet the LCT should be screened for colorectal cancer similar to a person at increased risk due to colorectal cancer or advanced adenoma in a first degree relative. I make this recommendation based on comparison of relative risk of the two groups. A person with a first degree relative with colorectal cancer has an approximate relative risk of $1.8 - 2.67$ (Cancer Causes Control (2013) 24:1207–1222, Journal of the National Cancer Institute, Vol. 86, No. 21, November 2, 1994) vs. a similar person without colorectal cancer in a first degree relative. Relative risk cancer after meeting the LCT for NDMA exposure vs. non-exposed is $0.99 - 2.12$ (Madigan pg. 5). My opinion is that a person exposed

who meets the LCT should undergo colonoscopy at identification and every 5 years thereafter and Fecal DNA testing (such as Cologuard) yearly regardless of age. For a person who meets the 54-point threshold with other risk factors, either at the time of identification as new risks are identified, the schedule should be determined by screening standards for those risk factors, and subject to the judgment of the patient's physician.

Upper Endoscopy
At risk for esophageal cancer are those identified as having Barret's esophagus. Compared with the risk in the general population, the relative risk of adenocarcinoma among patients with Barrett's esophagus was 11.3. In patients with multiple risk factors associated with esophageal adenocarcinoma (age 50 years or older, male sex, white race, chronic GERD, hiatal hernia, elevated body mass index, and intra-abdominal distribution of body fat), guidelines suggest consideration of screening upper endoscopy, with risk and benefits individualized. (Volume 81, No. 6: 2015 GASTROINTESTINAL ENDOSCOPY 1305).
Plaintiffs' experts estimate RR 1.32-1.34 of gastric cancer and 1.27 for esophageal cancer in those class members who meet the LCT. This is within the range of risk for which endoscopic surveillance is considered. My recommendation in an asymptomatic patient is for an upper endoscopy every five years.

Low Dose CT Chest Scan
Plaintiff experts estimates RR $1.05 - 3.3$ for lung cancer in those exposed to NDMA who meet the LCT. Given the risks associated with low dose CT scanning of the lungs, the lack of other viable screening modalities and the high risk for lung cancer that justifies the risks of screening in national guidelines, I recommend that screening for lung cancer should be conducted, via Low Dose CT Chest Scan, annually, which is the same frequency recommended by the USPSTF for long-time smokers.

6. Defense Expert Opinions

I understand that the manufacturers have retained expert witnesses who dispute that NDMA and NDEA at the levels confirmed, in the dosages confirmed, for the duration of use at issue, did or will increase the risk of cancer for people taking the contaminated pills. For example, I have reviewed the report of my esteemed colleague, Daniel Catenacci, M.D., including his opinions disputing the need for screening in this population. I have taken his analysis into account; however, I certify that the monitoring proposals detailed above have the potential to significantly improve the outcomes of patients that may be destined to develop malignancies due to their exposures and do not pose any significant risks or negative consequences as detailed in Dr. Catenacci's report. Furthermore, Dr. Catenacci does not address the Galleri test or similar liquid biopsy tests in his report.

7. Conclusion

It is my opinion to a reasonable degree of medical certainty that there exist diagnostic tests that can mitigate the risks of developing cancer faced by the class of people because of their exposure to contaminated valsartan (who meet the LCT), that this program is different than the one that would have been prescribed in the absence of that particular exposure and increased risk, and that it is reasonable and necessary. I understand that additional documents, statements,

6

depositions, or trial testimony on topics relevant to the opinions issued in this report may be forthcoming. As a result, I reserve the right to supplement this report or to address any such materials at trial or deposition.

Edward H. Kaplan, M.D.
Board Certified Medical Oncologist
Assistant Professor of Medicine, Rush University, Chicago, IL

November 10, 2021

Exhibit A

CURRICULUM VITAE

EDWARD H. KAPLAN, M.D.


OFFICE ADDRESS:            Edward H. Kaplan, MD and Associates
        9631 Gross Point Road, Suite 10

                                        Skokie, IL 60076 (Start 7/1995)

                                    (847) 675-3900


ACADEMIC APPOINTMENTS:

                            Assistant Professor of Medicine
                1988-present

                            Rush Medical College

HOSPITAL AFFILIATIONS:

                            Rush-Presbyterian-St. Luke's Med. Ctr.
            1988-present

                            Chicago, Illinois

                            North Shore University Health Care Systems
                                            (formerly, Rush
North Shore Medical Center)        1988-present
                            Skokie, Illinois

                            Northwestern-Lake Forest Hospital
                2007-present

                            Lake Forest, Illinois

                        Advocate Lutheran General Hospital
2012-present
                    Park Ridge, Illinois


EDUCATION:
 B.Sc. in Biology                                    1978
                            University of Illinois
                            Urbana, Illinois

                            M.D.
                1982

Loyola-Stritch School of Medicine
Maywood, Illinois

CURRICULUM VITAE
      EDWARD H. KAPLAN, M.D.
-2-

CLINICAL TRAINING:

|  |  |
|---|---|
|  | Internship: |
|  | Department of Internal Medicine |
| 1982-83 |  |
|  | Northwestern University Medical School |
|  | Chicago, Illinois |
|  | Residency: |
|  | Department of Internal Medicine |
| 1983-85 |  |
|  | Northwestern University Medical School |
|  | Chicago, Illinois |
|  | Fellowship: |
|  | Section of Hematology/Oncology |
| 1985-88 |  |
|  | Northwestern University Medical School |
|  | Chicago, Illinois |

MEDICAL LICENSURE:

      Illinois

CERTIFICATION:

      National Board of Medical Examiners
1983

      American Board of Internal Medicine
1985

American Board of Internal Medicine-

1987

Medical Oncology

MEMBERSHIPS:

American Society of Clinical Oncology
American College of Physicians
American Medical Association
Chicago Medical Society
Illinois State Medical Society

CURRICULUM VITAE
          EDWARD H. KAPLAN, M.D.
-3-

HONORS AND AWARDS:

Phi Eta Sigma

1974

University of Illinois

Galter Fellow

1986

Northwestern University Medical School
Chicago, Illinois

Bill Veek Fellow

1987

Northwestern University Medical School
Chicago, Illinois

Teaching and Service Award, finalist

1991

Rush-Presbyterian-St. Luke's Med. Ctr.
Department of Internal Medicine

SERVICE AND ADMINISTRATIVE EXPERIENCE:

Chairman

1992-2010

Department of Hematology and Oncology
Rush North Shore Medical Center
Skokie, IL

Medical Director
1992 - 2011

Oncology Inpatient and Outpatient Unit
Rush North Shore Medical Center
Skokie, IL

Chairman                                                              1992-1998

Investigational Review Board
Rush North Shore Medical Center
Skokie, IL

Director, Comprehensive Center
1990-1994

Gastrointestinal Malignancies
Rush Cancer Institute
Chicago, IL

Educational Coordinator
1988-1989

Section of Medical Oncology
Rush Medical College

Director
1988-1989

Inpatient Oncology Unit
Rush-Presbyterian-St. Luke's Med. Ctr.
Chicago, Illinois

CURRICULUM VITAE
        EDWARD H. KAPLAN, M.D.
-4-


SERVICE AND ADMINISTRATIVE EXPERIENCE (CONTINUED):

Vice-President
1989-1993

American Cancer Society
Illinois Division (North Shore Branch)

Member, Illinois Cancer Council
1988-1992

(GI and Biologics Committees)

Member
1993-1994

Tumor Committee

Rush University

1988-present    Member, American Cancer Society

Illinois Division (North Shore Branch)
Board of Directors

1988-present    Member, Easter Cooperative Oncology

Group (GI Committee)

Reviewer
1989-present    Journal of the National Cancer Institute

Reviewer, Cancer; A Journal
1991-present    of the American Cancer Society

Member, Investigational Review Board
1992-2009    Rush North Shore Medical Center

Member, Pharmaceutical and
1999-2009    Therapeutic Committee
Rush North Shore Medical Center

Member, Cancer Committee
1997-2009    Rush North Shore Medical Center

Member, Board of Health                    2004-2014
Village of Skokie


PATENTS:


1.        Methods for Treatment of Neuro- and Nephro-Disorders and Therapeutic
Toxicities using Aminothiol Compounds.  Patent #: 5,994,409. Date: Nov. 30, 1999
Inventors: Martin Stogniew, David S. Alberts and Edward H. Kaplan.
Assignees: U.S. Bioscience, Inc. and The Arizona Board of Regents on behalf of the
University of Arizona.
CURRICULUM VITAE
        EDWARD H. KAPLAN, M.D.
-5-

PATENTS (continued):

2.         Methods for Treatment of Nephro-Disorders using Aminothiol Compounds.
Patent #: 6,586,476 B1. Date: July 1, 2003.
Inventors: Martin Stogniew, David S. Alberts, and Edward H. Kaplan.
Assignee: Medimmune Oncology, Inc.

3.         Methods for Treatment of Neuro-Disorders using Aminothiol Compounds.
Patent #: 7,105,575 B2. Date: Sep. 12, 2006.
Inventors: Martin Stogniew, David S. Alberts, and Edward H. Kaplan.
Assignee: Medimmune Oncology, Inc.

PUBLICATIONS:

1.    Citrin DL, Kies MS, Wallermark C, Khandekar J, Kaplan EH, Comacho F, Lind R:
       A phase II study of high-dose estrogens (Diethylstilbestrol Diphosphate) in
prostate
       Cancer. Cancer 56:457-470, 1985.

2.    Citrin DL, Wallermark C, Nadler R, Geiger C, Tuttle K, Kaplan EH, Hauk W:
       Estramustine affects bone mineral metabolism in metastatic prostate cancer.
Cancer
       58:2208-2213, 1986.

3.    Rosen ST, Zimmer AM, Goldman-Leikin R, Gordon L1, Kazikiewicz JM, Kaplan EH,
Variakojis D, Marder RJ, Dykewicz MS, Piergies:    Radioimmunodetection and
radioimmunotherapy of cutaneous T-cell lymphomas using an 131I labeled monoclonal
antibody: an Illinois Cancer Council Study: Journal of Clinical Oncology
5(4):562-573, 1987.

4.    Zimmer AM, Rosen ST, Spies SM, Goldman-Leikin R, Kazikiewicz JM, Kaplan EH:
       Radioimmunotherapy retreatment of patients with cutaneous T-cell lymphoma
using an
       131I-labeled monoclonal antibody: Analysis of retreatment following
plasmapheresis.
       Journal of Nuclear Medicine 29:174-180, 1988.

5.    Kaplan EH, Goldman-Leikin RE, Radosevich JA, Rosen ST: Current status of
       monoclonal antibodies in cancer therapy. In: Cancer and Aging. Springer
Publishing
       Co. 86-109, 1989.

6.    Rosen ST, Kaplan EH, Zimmer AM: The therapeutic use of monoclonal antibodies
       in malignant lymphomas. Immunopathology and Immunotherapy Letter. 4:3-14,
1988.

7.    Goldman-Leikin RE, Kaplan EH, Zimmer AM, Kazikiewicz J, Rosen ST: Long-term
       persistence of human anti-murine antibody responses following
radioimmunotherapy of

cutaneous T-cell lymphoma patients using 131I-T101. Experimental Hematology
16:861-864, 1988.
CURRICULUM VITAE
        EDWARD H. KAPLAN, M.D.
-6-

PUBLICATIONS (CONTINUED):


8.    Spies WG, Zimmer AM, Robinson PG, LoCicero J, Radosevich JA, Kaplan EH,
        Canade AB, Manzel L, Spies SM, Maguire RT, Rosen ST. Monoclonal antibody
        imaging using In-111labeled B72.3 in human non-small lung carcinoma.
Radiology
        169(p):74, 1988.

9.    Zimmer AM, Kaplan EH, Kazikiewicz JM, Goldman-Leikin R, Gilyon KA, Dykewicz
        MS, Spies WG, Silverstein EA, Spies SM, Rosen ST: Pharmacokinetics of
131I-T101
        monoclonal antibody in patients with chronic lymphocytic leukemia. Antibody
        Immunoconjugates and Radiopharmaceuticals 1:291-303, 1988.

10.   Kaplan EH: The diagnostic and therapeutic use of monoclonal antibodies in
        colorectal cancer-current status. In: Hematology/Oncology Clinics of North
America.
        Large Bowel Cancer. Vol. 3(1), eds: Harris SE and Levin B: 125-134, 1989.


11.   Zimmer AM, Kazikiewicz JM, Canade AB, Goldman-Leikin RJ, Kaplan EH, Spies
        SM, Rosen ST: Analysis of human anti-murine mediated immunoglobin complex
        formation in patients receiving murine monoclonal antibodies. Antibody
        Immunoconjugates and Radiopharmaceuticals 2:71-82, 1989.

12.   Rosen St, Zimmer AM, Goldman-Leikin R, Kazikiewicz, Dykewicz MS, and Kaplan
        EH: Progress in the treatment of cutaneous T-cell lymphomas with
radiolabeled
        monoclonal antibodies. International Journal of Nuclear Medicine and
Biology
        16:667-668, 1989.

13.   Zimmer AM, Kazikiewicz JM, Kaplan EH, Lurain J, Miller DS, Webber DI,
        Goldman-Leiken R, Manzel L, Gilyon K, Radosevich JA, Spies WG, Spies SM,
Rosen
        ST. Human antimurine antibody responses following intraperitoneal
        radioimmunotherapy infusions of murine monoclonal antibodies:
Pharmacokinetic
        analysis following retreatment. J Nuclear Med 30:827, 1989.

14.   Kaplan EH, Rosen ST, Norris DB, Roenigk HH, Saks SR, Bunn PA: Phase II study
        of recombinant human interferon-gamma for cutaneous T-cell lymphoma.
Journal of

the National Cancer Institute 82:183-185, 1990.

15.    Kaplan EH, Bonomi PD, Gale M, Taylor IV SG, Reddy S, Lee MS, Purl S, Faber
       LP: Neoadjuvant preoperative chemotherapy and concurrent split-course
radiotherapy
       in stage III non-small cell lung cancer: Improved response rate when
Etoposide is
       added to Cisplatin and infusional 5-fluorouracil. In: Adjuvant Therapy of
Cancer VI,
       ed., Salmon SE.; W.B. Saunders Co.: 138-144, 1990.

16.    Kaplan EH, Duda RB, Zimmer AM, Rosen ST: Monoclonal antibodies in the
       treatment of lymphoreticular and solid tumors. In: Adjuncts to Cancer
Surgery, eds.,
       Economou SG, et al. Lea & Febiger: 579-583, 1991.

CURRICULUM VITAE
     EDWARD H. KAPLAN, M.D.
-7-

PUBLICATIONS (CONTINUED):

17.    Collier BD, Abdel-Nabi H, Doerr RV, Harwood SJ, Olsen J, Kaplan EH,
Winzelberg
       GG, Grossman SJ, Krag DN, Mitchell EP: Immunoscintigraphy performed with
In-111-
       labeled CYT-103 in the management of colorectal cancer: Comparison with CT.
       Radiology 185:179-186, 1992.

18.    Reddy S, Lee MS, Bomoni P, Taylor SG IV, Kaplan EH, Gale M, Faber LP, Warren
       W, Kittle CF, and Hendrickson FR: Combined modality therapy for stage III
non-
       small cell lung carcinoma; results of treatment and patterns of failure.
Int J Radiation
       Oncology Biol Phys Vol. 24, pp. 17-23, 1992.

19.    Cella DF, Tulsky DS, Gray G, Sarafian B, Lloyd S, Linn E, Bonomi A, Silberman
M,
       Yellen SB, Wincour P, Brannon J, Eckberg K, Purl S, Blendowski C, Goodman
M,
       Barnicle M, Stewart I, McHale M, Bonomi P, Kaplan EH, Taylor SG IV, Thomas
C Jr,
       Harris J: The functional Assessment of Cancer Therapy scale: Development
and
       Validation of the General Measure. Journal of Clinical Oncology 11(3):
570-579, 1993.

20.    Kahn D, Weiner GJ, Huston M, Dowlatshahi K, Feole J, Kaplan EH, Grossman SJ,
       Joyce JM, and Acierno JB: The Pharmacokinetics and Diagnostic Accuracy of
Low-

Dose Indium 111-Labeled B272.3 (CYT-103) in Patients with Metastatic Breast

Cancer. Antibody, Immunoconjugates, and Radiopharmaceuticals. Vol 6(2), 1993.

21.    Kaplan EH and Leslie WT: Cutaneous T-Cell Lymphomas. Current Opinion in
        Oncology. 5:812-818, 1993

22.    Kaplan EH, Chapter 14D: Oncology, Systemic Therapy in:  Rush University
Review of Surgery, 2nd ed., eds: Economou SG, Deziel DJ, Witt TR, et al..: WB
Saunders Co.,1988.

23.    Taylor MA, Reddy S, Lee MS, Bonomi P, Taylor SG, Kaplan EH, Faber LP, Warren
        W, and Hendrickson FR. Combined Modality Treatment Utilizing B.I.D.
Radiation for
        Locally Advanced Non-Small Cell Lung Carcinoma. Cancer. 73(10):2599-2606,
1994.

24.    Abdel-Nabi H, Doerr RJ, Harwood SJ, Collier BD, Pasucci VL, Maroli AN,
Maquire
RT, and the 111In-Satumonab Pendetide Multicenter Study Group. ( member of group)
Repeated Administration of the Murine Radioimmunoconjugate, 111In-Satumomab
Pendetide, in Colorectal Cancer Patients at High Risk Of Recurrence. Submitted,
1994.

25.    Cella DF, Bonomi AE, Lloyd SR, Tulsky DS, Kaplan EH, and Bonomi P:
Reliability
        and Validity of the Functional Assessment of Cancer Therapy-Lung (FACT-L)
Quality
        of life Instrument. Lung Cancer. 12(3):199-220, 1995.

26.    Martenson JA, Lipsitz S, Wagner H, Kaplan EH, Otteman LA, Schuchter LM,
        Mansour EG, Talamonti MS, and Benson AB III. Initial Results of a Phase II
Trial of
        High-Dose Radiation Therapy, 5-Fluorouracil, and Cisplatin for Patients
with Anal
        Cancer (E4292): An Eastern Cooperative Oncology Group Study. Int J Radiat
Oncol
        Biol Phys 35(4):745-749, 1996.

CURRICULUM VITAE
        EDWARD H. KAPLAN, M.D.
-8-


PUBLICATIONS (CONTINUED):

27.    Lindemann K and Kaplan EH. Amifostine in the Management of Chemotherapy-
        Induced Neurotoxicity. ONS presentation, 1996.

28.    Yellen SB, Cella DF, Webster K, Blendowski C, Kaplan EH, and Sarokhan B.
          Measuring fatigue and other Anemia Related Symptoms with the Functional
       Assessment Of cancer therapy (FACT) Measurement System. Journal of Pain
       and Symptom Management. 13(2): 63-74, 1997.

29.    Seifert SA, Dart RC and Kaplan EH: Accidental, intravenous infusion of a
peanut
          oil-based medication. J Toxicol Clin Toxicol 36(7): 733-736, 1998.

30.    Kaplan, Edward and Velasco, Jose M.: Chapter 23 Oncology: D, Systemic
Therapy.  In: Rush University Medical Center Review of Surgery 4th ed., eds: Bines,
S. et al.; Saunders/ Elsevier, Inc. 261-267, 2006.


31.    Butts CA, Bodkin D, Middleman EL, Englund CW, Ellison D, Alam Y, Kreisman H,
     Graze P, Maher J,  Ross HJ, Ellis PM, McNulty W, Kaplan E, Pautret V, Weber MR,
and Shepherd FA: A Randomized Phase II Study Of Gemcitabine/Platinum With Or Without
Cetuximab As First-Line Therapy For Patients With Advanced/Metastatic Non-Small Cell
Lung Cancer (NSCLC). Journal of Clinical Oncology, Vol 25, No 36 (December 20):
5777-5784, 2007.

32.    Magasi S, Mallick R, Kaiser K, Patel J, Lad T, Johnson M, Kaplan EH, Cella D:
The importance and relevance of pulmonary symptoms among patients receiving second
and third-line treatment for advanced non-small cell lung cancer: Support for the
content validity of the 4-item Pulmonary Symptom Index. Clin Lung Cancer. 2013,
May;14(3):245-53. doi: 10.1016/j.cllc.2012.07.001. Epub 2012 Oct 1.

33.    Magasi S, Mallick R, Menendez B, Patel J, Johnson ML, Kaplan E, Cella D: Not
by symptoms alone: How people with lung cancer think about their illness and its
treatment.  Submitted (J Supp Onc), 2013.

34.    Schwartzberg L, Arena, F, Bienvenu, B, Kaplan, EH, Camacho, Campos, Waymack,
JP, Tagliaferri M, Chen M, Li D: A Randomized, Open-Label, Safety and Exploratory
Efficacy Study of Kanglaite Injection plus Gemcitabine (K+G) versus Gemcitabine in
Patients with Advanced Pancreatic Cancer.  HYPERLINK
"https://www.ncbi.nlm.nih.gov/pubmed/28819385" J Cancer. 2017 Jul
3;8(10):1872-1883. doi: 10.7150/jca.15407. eCollection 2017.

CURRICULUM VITAE
          EDWARD H. KAPLAN, M.D.
-9-

ABSTRACTS:

1.    Rosen ST, Zimmer AM, Goldman-Leikin R, Gordon LI, Kazikiewicz JM, Variakojis

D, Marder R, Kaplan EH, Silverstein EA, Roenigk H, Spies SM:
Radioimmunodetection and radioimmunotherapy of cutaneous T-cell lymphomas
utilizing an 131I labeled T101 monoclonal antibody: An Illinois Cancer Council
Study. American Society of Hematology. San Francisco, 1986.

2.    Goldman-Leikin R, Marder R, Kaplan EH, Zimmer AM, Kazikiewicz JM, Rosen ST:
Immunological studies in a trial evaluating 131I-T101 for radioimmunoimaging and
radioimmunodetection of cutaneous T-cell lymphoma. Recent Advances in Leukemia
and Lymphoma, UCLA Symposia. Keystone, CO., 1987 (Poster).

3.    Zimmer AM, Kaplan EH, Rosen ST, Kazikiewicz JM, Goldman-Leikin RE, Spies
SM, Silverstein EA. Pharmacokinetics of 131I-labeled T101 in patients with chronic
lymphocytic leukemia. Third International Conference on Monoclonal Antibody
Immunoconjugates for Cancer. San Diego, 1988.

4.    Kaplan EH, Zimmer AM, Lurain J, Miller DS, Kazikiewicz JM, Goldman-Leikin RE,
Manzel L, Spies SM, Spies WG, Radosevich JA, Hidvegi D, Rosen ST.
Intraperitoneal infusion of 131I-labeled murine monoclonal antibody (B72.3) for
radioimaging and radioimmunotherapy of advanced ovarian cancer. Proc Am Assoc
Cancer Res. New Orleans, 1988.

5.    Kaplan EH, Rosen ST, Norris D, Roenigk H, Saks S, Bunn PA. Phase II trial of
recombinant human interferon-gamma in cutaneous T-cell lymphoma. Proc Am Soc
Clin Oncol. New Orleans, 1988 (Slide Presentation).

6.    Kazikiewicz JM, Zimmer AM, Goldman-Leikin RE, Kaplan EH, Rosen ST, Spies
SM. Stability of high activity 131I T-101 monoclonal antibody:
Radioimmunoreactivity and radiochemical evaluation. Soc Nucl Med. San Francisco,
1988.

7.    Spies WG, Zimmer AM, Robinson PG, LoCicero J, Radosevich JA, Kaplan EH,
Canade AB, Manzel L, Spies SM, McGuire RT, Rosen ST. Monoclonal antibody
imaging using In-111-labeled B72.3 in human non-small cell lung carcinoma. Soc
Nucl Med. San Francisco, 1988.

8.    Zimmer AM, Kaplan EH, Lurain J, Miller DS, Kazikiewicz JM, Goldman-Leikin RE,
Radosevich JA, Manzel L, Hidveji D, Silverstein EA, Spies SM, Rosen ST.
Pharmacokinetics of 131I-labeled B72.3 in patients with advanced ovarian cancer
following intraperitoneal infusion. Soc Nucl Med. San Francisco, 1988.

9.    Zimmer AM, Kaplan EH, Rosen ST, Kazikiewicz JM, Goldman-Leikin R, Spies SM,
       Silverstein EA: Radioimmunotherapy of patients with chronic lymphocytic
leukemia
       using 131I-labeled murine monoclonal antibody (T101). Soc Nucl
Med.7/1San.Fran.1988.
CURRICULUM VITAE
       EDWARD H. KAPLAN, M.D.
-10-

ABSTRACTS (CONTINUED):

10.   Zimmer AM, Kaplan EH, Kazikiewicz JM, Canade AB, Rosen ST, Spies SM:
       Cellular immuonodulation of 131I-T101 in patients with chronic lymphocytic
leukemia.
       Soc Nucl Med. San Francisco, 1988.

11.   LoCicero J, Spies WG, Rosen ST, Zimmer AM, Robinson PG, Radosevich JA,
       Kaplan EH, Canade AB, Manzel L, Spies SM, Maguire RT: Pre-operative
       radiolabeled monoclonal antibody imaging of lung cancer. Fifth World
Conference on
       Lung Cancer. Switzerland, 1988.

12.   Zimmer AM, Kazikiewicz JM, Goldman-Leikin R, Kaplan EH, Webber DL, Patel
       BA, Spies WG, Spies SM, Rosen ST: Analysis of human antimurine mediated
       immunoglobulins complex formation in patients receiving murine monoclonal
       antibodies. Fourth International Conference of Monoclonal Antibody
       Immunoconjugates for Cancer. San Diego, 1989.

13.   Zimmer AM, Kazikiewicz JM, Kaplan EH, Lurain J, Miller DS, Webber DI, Patel
       BA, Goldman-Leikin RE, Manzel L, Gilyon K, Radosevich JA, Spies WG, Spies
SM.
       and Rosen ST. Human antimurine antibody responses following intraperitoneal
       radioimmunotherapy infusions of murine monoclonal antibodies:
Pharmacokinetic
       analysis following retreatment. Soc Nucl Med. St. Louis, 1989.

14.   Kaplan EH, Kazikiewicz JM, Zimmer AM, Goldman-Leikin RE, Rosen ST
       Attempted interference of rabbit anti-murine antibody formation oby blockage
with
       injections of anti-murine antiserum. Fourth International Conference on
Monoclonal
       Antibody Immunoconjugates for Cancer. San Diego, 1989. (Poster).

15.   Kaplan EH, Bonomi P, Faber LP, Reddy S, Phillips A, Lee MS, Purl S, Taylor SG
       IV. Patterns of failure in patients with Stage III non-small cell lung
cancer treated
       with combined modality therapy. Proc Am Soc Clin Oncol. San Francisco, 1989.
       (Slide Presentation).

16.   Thomas C, Purl S, Bonomi PD, Murthy A, Kaplan EH: Mitomycin C and continuous

infusion 5-flourouracil as third-line chemotherapy + radiotherapy for advanced breast
cancer. 12th Annual San Antonio Breast Cancer Symposium. 1989 (Poster).

17.   Kaplan EH, Hardmann DD, Fordham EW, Rayudu GVS. 111Indium-Labeled
      monoclonal antibody (MaAb), 111IN-CYT-103, imaging of colorectal carcinoma: A
      surgical correlation. Proc Amer Soc Clin Oncol, Vol. 9:128, #496, Washington, 1990.

18.   Kaplan EH, Bonomi P, Gale M, Taylor SG, Reddy S, Lee MS, Purl S, Faber LP.
      Neoadjuvant preoperative radiotherapy and chemotherapy with or without Etoposide in
      Stage III non-small cell lung cancer. International Conference on the Adjuvant Therapy
      of Cancer. Arizona, 1990 (Slide Presentation).


CURRICULUM VITAE
      EDWARD H. KAPLAN, M.D.
-11-

ABSTRACTS (CONTINUED):


19.   Thomas C, Bonomi P, Gale M, Taylor SG, Kaplan EH, Rowland K, Reddy S, Lee
      MS, Phillips A, Kittle CF, Warren W, Faber LP. Prognostic significance of histologic
      complete remission in neo-adjuvant trials in Stage III non-small cell lung cancer. Proc
      Amer Soc Clin Onc. Washington, D.C., 1990.

20.   Bonomi P, Gale M, Taylor SG, Kaplan EH, Purl S, Reddy S, Lee MS, Phillips A,
      Kittle CF, Warren W, Faber LP. Prognostic significance of histologic complete
      remission in neoplastic adjuvant trials in Stage III non-small cell lung cancer. Proc
      Amer Soc Clin Onc. Washington, D.C., 1990 (Poster).

21.   Bonomi P, Gale M, Faber LP, Reddy SG, Kaplan EH, Purl S, Taylor SG IV, Lee MS,
      Phillips A, Warren W, Kittle CF. Is clinical Stage III non-small cell lung cancer
      (NSCLC) a homogenous group? Proc Amer Soc Clin Onc. Vol. 11:292, 976, San
      Diego, CA, 1992 (Slide Presentation)

22.   Cobleigh MA and Kaplan EH. Effect of Methotrexate, 5-Fluorouracil and
      Leucovorin (M to F) Adjuvant Chemotherapy for Breast Cancer on Menstruation.
      15th Annual San Antonio Breast Cancer Symposium, San Antonio, TX, 1992.

23. Cobleigh MA, Tracy DM, Kleinman MD, Walsh NM, and Kaplan EH: Methotrexate,
    5-Fluorouracil and Leucovorin (M to F) with or without Tamoxifen, Adjuvant
    Chemotherapy for Breast Cancer: Effect on Menstruation. Proc Amer Soc Clin Onc.
    Vol. 12:73, #95; Orlando Fl. 1993 (Poster).

24. Bonomi P, Gayle M, Faber LP, Reddy S, Kaplan EH, Lincoln S, Purl S. Implication of
    Tumor Size and Stage Group in locally advanced non-small cell lung cancer
    patients. Proc Amer Soc Clin Oncol. Vol. 12:338, #1128; Orlando FL. 1993 (Slide
    Presentation).

25. Cella DF, Bonomi AE, Lloyd S, Tulksy D, Bonomi P, Kaplan EH. Reliability and
    Validity of the Functional Assessment of Cancer Therapy-Lung (FACT-L) Quality of
    Life Instrument. 7th World Conference on Lung Cancer, Colorado Springs, Co. 1994
    (Presentation).

26. Yellen S, Cella D and Kaplan EH. Physical Parameters and Decision-Making in
    Oncology. Proc Amer Soc Clin Oncol. Vol. 14, 1995.

27. Martenson JA, Lipsitz S, Wagner H, Kaplan EH, Otteman LA, Schuchter LM,
    Mansour EG, Talamonti M and Benson AB. Phase II Trial of Radiation Therapy, 5-
    Fluorouracil and Cisplatin in Patients with Anal Cancer.

28. Kaplan EH, Gerish R, Lindemann K and Eisenstein M. Community Experience with
    Trimetrexate, 5-FU, and Leucovorin (TFL) in Patients with Metastatic Colorectal
    Cancer. Proc Amer Soc Clin Oncol. Vol. 16: 293a, #1040; Denver, Co., 1997.


CURRICULUM VITAE
    EDWARD H. KAPLAN, M.D.
-12-

ABSTRACTS (CONTINUED):


29. Lindemann K and Kaplan EH. Nursing Aspects of Trimetrexate in the Outpatient
    Community Oncology Clinic Setting. ONS, 1997.

30. Lindemann K and Kaplan EH. Amifostine in the Management of Chemotherapy.
    Induced Neurotoxicity. Oncology Nursing Forum Vol. 25, no.2: p340,
    Abstract #117, 1998.

31. Soff G. Hong J, Fishman D, Kleinman MB, Kaplan EH, Zagzag D, Shultz R, Cundiff
    D, Park S, Enghild J, Sharon-Stack M and Gately S. Angiostatin 4.5: A

Naturally
      Occurring Human Angiogenesis Inhibitor. Blood vol. 92, no. 10: p174a, #702, 1998.

32.   Lindemann K, Brodell C and Kaplan EH. Ethyol (Amifostine): A treatment for
      Chemotherapy-Induced Neurotoxicities. ONS Congress (San Francisco).
      Poster Presentation, 1998.

33.   Kleinman MB, Kaplan EH, Rhoades DR, Zats S and Wechsler JB. Sargramostim/
      Rituximab Therapy for B-Cell non-Hodgkin's Lymphoma (NHL) and Chronic
      Lymphocytic Leukemia (CLL) Patients: A toxicity Profile. Blood vol. 94, no. 10
      (suppl.1): p2646, #4389, 1999.

34.   Kaplan EH, Kleinman MB, Rhoades D. Wechsler J and Yale K. Treatment of
      chemotherapy induced peripheral neurologic toxicity with Amifostine. Journal of Pain
      and Symptom Management. Vol. 18 (5): #62, 1999.

35.   O'Brien TM, Anupama R, Venugopal P, Kaplan EH, Gupta-Burt S, Foster GS and
      Gregory SA. A novel Approach to the Treatment of Early Stage Hodgkin's Disease with
      Mitoxantrone-Based Regimen Followed by Involved Field Radiotherapy. Blood vol.
      94, no.10 (suppl.l): p265b, #4398, 1999.

36.   Kaplan E, Kleinman M, Patel A, Kozloff M, Tangonan C, and Cowan M. Amifostine as a Rescue Agent in Patients with Chemotherapy-Induced Peripheral Neuropathy. Proc Amer Soc Clin Oncol. #2959, 2001.

37.   Kaplan EH, Jones CM, and Berger MS.  A Phase II, Open-label, Multicenter Study of      GW572016 in Patients with Trastuzumab Refractory Metastatic Breast Cancer. Proc Amer Soc Clin Oncol. #981, 2003.

38.   Blackwell KL, Kaplan EH, Franco SX, Marcom PK, Maleski JE, Sorensen MJ, and Berger MS; A phase II, open-label, multicenter study of GW572016 in patients with trastuzumab-refractory metastatic breast cancer. Proc Amer Soc Clin Oncol. (Slide presentation) #3006, 2004.


CURRICULUM VITAE
      EDWARD H. KAPLAN, M.D.
-13-

ABSTRACTS (CONTINUED):


39. Tagliaferri MA, Schwartzberg LS, Chen MM, Camacho LH, Kaplan EH, Arena FP, Bienvenu BJ, North SE, Li D, and Patel H; A phase 2b trial of coix seed injection

for advanced pancreatic cancer. ⬜ HYPERLINK "http://asco.org/" \t "_blank"
⬜⬜ASCO.org⬜ and ⬜ HYPERLINK "http://jco.org/" \t "_blank" ⬜⬜JCO.org⬜, 2013. e15023


INVITED LECTURES AND PRESENTATIONS:

1.      Ovarian cancer. Grand Rounds; Rush Medical College. October, 1988.

2.      Update on Monoclonal Antibodies in the Diagnosis and Treatment of
Malignancies.
        Medical Oncology Lecture Series, Rush-Presbyterian-St. Luke's Medical
Center.
        January, 1989.

3.      DNR Status Relating to the Concerns of Nursing. Rush-Presbyterian-St. Luke's
        Medical Center. January, 1989.

4.      Monoclonal Antibodies in Cancer. Grand Rounds; Rush Medical College. August,
        1989.

5.      Predictive Chemotherapy Sensitivity Testing. Holy Cross Hospital Tumor Board,
        Chicago, IL. September, 1989.

6.      Recurrent Carcinoma of the Cervix. Clinical Tumor Conference, Rush North
Shore Medical Center, Skokie, IL. September, 1989.

7.      Chemosensitivity Assays. Northwest Community Hospital, Tumor Board, Arlington
        Heights, IL. October, 1989.

8.      Monoclonal Antibodies in Diagnosis and Treatment of Cancer. MacNeal Hospital
        Grand Rounds, Berwyn, IL. October, 1989.

9.      Predictive Chemotherapy Sensitivity Testing. Our Lady of the Resurrection
Hospital
        Tumor Board, Chicago, IL. November, 1989.

10.     Monoclonal Antibodies and the Treatment of Lymphoreticular Tumors. Lymphoma
        Conference; Rush University. November, 1989.

11.     Recurrent Embryonal Rhabdomyosarcoma. Clinical Tumor Conference, Rush North
Shore Medical Center, Skokie, IL.  December, 1989.

12.     Gastrointestinal Lymphomas. Clinical Pathological Conference; Rush
University. Chicago, IL. February, 1990.

CURRICULUM VITAE
        EDWARD H. KAPLAN, M.D.
-14-

INVITED LECTURES AND PRESENTATIONS (CONTINUED):


13.   Predictive Chemotherapy Sensitivity Testing. Christ Hospital Tumor Board, Oak
       Lawn, IL. February, 1990.

14.   Radioimmunodetection of Colon Cancer. Medical Oncology Lecture Series. Rush-
       Presbyterian-St. Luke's Medical Center. March, 1990.

15.   Implications of Extreme Drug Resistance (EDR) in Cancer Chemotherapy. Silver
       Cross Hospital Tumor Board, Joliet, IL. April, 1990.

16.   Implications of Extreme Drug Resistance in Cancer Chemotherapy. Rush North
Shore
       Medical Center Tumor Board, Skokie, IL. April, 1990.

17.   Diagnosis and Treatment of Colon Cancer. St. Joseph Medical Center Tumor
Board,
       South Bend, IN. April, 1990.

18.   Extreme Drug Resistance; The Rush Experience. Medical Oncology Lecture
Series.
       Rush-Presbyterian-St. Luke's Medical Center. August, 1990.

19.   Current Advances in Metastatic Colon Cancer. Grand Rounds; Rush Medical
College.
       August, 1990.

20.   Neoplastic Diseases and Antineoplastic Therapy. Sandoz Pharmaceuticals
Oncology
       Training Seminar; Chicago, IL. October, 1990.

21.   Management of Pain in the Cancer Patient. Hospital Grand Rounds; Grant
Hospital
       Chicago, IL. February, 1991.

22.   Chronic Pain Management for the Cancer Patient. Hospital Grand Rounds; West
       Suburban Hospital, Oak Park, IL. March, 1991.

23.   Chemosensitivity and Chemoresistance Assays. Medical Oncology Conference-
       University of Miami School of Medicine; Miami, Fl. March, 1991.

24.   Background on Common Malignancies. Concepts in Cancer and Cancer Therapy
       Seminar, (Nursing Program) Rush North Shore, Skokie, IL. April, 1991.

25.   The Use of Monoclonal Antibodies in Cancer. Clinical Tumor Conference; Rush
       North Shore Medical Center, Skokie, IL. February, 1992.

26.   The Management of Pain in the Cancer Patient. Medical Grand Rounds; Elmhurst

Memorial Hospital. Elmhurst, IL. May, 1992.

27.   The Management of Pain in the Cancer Patient. Clinical Cancer Conference; Carle
      Clinic, Champaign, IL. June, 1992.

CURRICULUM VITAE
      EDWARD H. KAPLAN, M.D.
-15-

INVITED LECTURES AND PRESENTATIONS (CONTINUED)

28.   Position Emission Tomography (PET) Scanning in Clinical Oncology. Rush
      University, Oncology Lecture Series, Chicago, IL. February, 1993.

29.   Radiolabeled Monoclonal Antibody Scanning in Colorectal Carcinoma. Rush
      University Oncology Lecture Series. Chicago, IL. May, 1993.

30.   Use of Monoclonal Antibodies in the Clinical Practice of Oncology. Westlake
      Community Hospital Tumor Board. Melrose Park, IL. June, 1993.

31.   OncoScint Cyt-103. A New Modality in Detection of Colorectal and Ovarian Cancer.
      Hinsdale Hospital Grand Rounds; Hinsdale, IL. July, 1993.

32.   OncoScint CR/OV. A New Imaging Agent for Determining the Extent Location of
      Colorectal and Ovarian Adenocarcinomas. Outside Presentation, Chicago, IL. July,
      1993.

33.   Chemoresistance & Chemosensitivity Assays in the Treatment of Cancer. Oncology
      Conference (CME). St. Mary's Hospital, Livonia, MI. September, 1993.

34.   Radiolabeled Monoclonal Antibody Imaging in Colorectal and Ovarian Cancer.
      Oncology Conference, Mayo Clinic, Rochester, MN. October, 1993.

35.   Clinical Application of Monoclonal Antibodies in the Detection of Colorectal and
      Recurrent Ovarian Carcinoma. Medical/Surgical Grand Rounds (CME). Swedish
      American Hospital, Rockford, IL. October, 1993.

36.   The use of Immunoscintigraphy in the Diagnosis of Colorectal and Ovarian Cancer.
      Hematology and Oncology Grand Rounds (CME); Wayne State University, Detroit
      MI. November, 1993.

37.   Colorectal Carcinoma; Early Detection and Adjuvant Therapy. Medical Grand Rounds
      (CME). St. Francis Hospital of Evanston, Evanston, IL. November, 1993.

39. Cancer in Women: Screening, detection and treatment. Hadassah Day at Rush North
    Shore Medical Center, Skokie, IL. November, 1993.

40. Colorectal Carcinoma-A Clinical Update. Rush University Oncology Lecture Series,
    Chicago, IL. November, 1993.

41. Treatment of Colon Cancer. Rush Cancer Institute Clinical Lecture Series. Chicago,
    IL. February, 1994.

42. Clinical Application of Monoclonal Antibodies in the Detection of Colorectal and
    Recurrent Ovarian Carcinoma. The Seventh Annual Oncology Nursing Conference.
    Rush Cancer Institute, Chicago, IL. March, 1994.
CURRICULUM VITAE
    EDWARD H. KAPLAN, M.D.
-16-

INVITED LECTURES AND PRESENTATIONS (CONTINUED):

43. Monoclonal Antibody Nuclear Imaging of Colorectal and Ovarian Cancers. Copley-
    Mercy (CME) Consortium, Copley Memorial Hospital, Aurora, IL. March, 1994.

44. Radiolabeled Monoclonal Antibody Imaging for Colorectal and Ovarian Cancer
    (CME). St. Clair Hospital, Pittsburgh, PA. May, 1994.

45. Novel Treatment Strategies for Pancreatic Cancer. First RUSH Update on

Gastrointestinal Cancers. RUSH University, Chicago, IL, September, 2005.

46. Identifying and Managing Hereditary Breast and Ovarian Cancer. CME Symposium;
    Sponsored by Myriad Labs: Vernon Hills, IL, February, 2008.

47. Hereditary Breast and Ovarian Cancer. Cancer Treatment Centers of America-
Clinical Care Conference (CME), Zion, IL, December, 2008.

48. Hereditary Breast and Ovarian Cancer Sydrome- Integrating Genetic Testing
into a Medical Oncology Practice. Sponsored by Myriad Labs: Joliet, IL, June, 2009.

49. Hereditary Breast and Ovarian Cancer. Medical Grand Rounds- Mt. Sinai Medical
Center (CME): Chicago, IL, September, 2009.

50. Identifying and Managing Hereditary Breast and Ovarian Cancer. CME Symposium;
 Sponsored by Myriad Labs: Saginaw, MI, November, 2009.

51.   Genetic Testing for Breast, Ovarian and Colorectal Cancer Prediction, Surveillance, and Disease Management. Physician Grand Rounds (CME- University of Illinois College of Medicine), Normal, IL, May, 2010.

52.   An In Depth Look at Lung Cancer- Chemotherapy. Lake Forest Hospital Tumor Board, Lake Forest, IL, October, 2010.

53.   Identifying and Managing Hereditary Cancer Syndromes. Local Oncology Group Symposium. Wichita, Kansas, October, 2010.

54.   Genetic Testing for Hereditary Cancer and Personalized Medicine Prediction. Dinner Presentation. West Fargo, North Dakota, February, 2011.

55.   Identifying and Managing Hereditary Cancer Syndromes. Medical Grand Rounds, Lake Region Healthcare, Fergus Falls, Minnesota, February, 2011.

56.   Maximizing 5-FU Therapy for Colorectal Cancer Patients Using OnDose- Webinar; Sponsored by Myriad Labs: Broadcast September 8, 2011 and September 13, 2011.

57.   Therapeutic Drug Monitoring for 5FU- a Rational Approach to Personalized Medicine.
      OnDose Advisory Board Meeting. Chicago, May 31, 2012.
CURRICULUM VITAE
      EDWARD H. KAPLAN, M.D.
-17-

INVITED LECTURES AND PRESENTATIONS (CONTINUED):


58.   Targeting A Personalized Patient Dose. Personalizing Medicine: 5FU Dosing in Colorectal Cancer. Featured speaker, with Ed Chu, MD, at independent CME Conference (Global Education Group) given during ASCO; Chicago, June 3, 2012.

Exhibit B

<u>List Of Materials Considered</u>

- 2021.07.06 Report of Dr. Mahyar Etminan
- 2021.07.06 Report of Dr. Stephen Hecht
- 2021.07.26 Report of Dr. Stephen Lagana
- 2021.07.07 Report of Dr. David Madigan
- 2021.07.06 Report of Dr. Dipak Panigrahy
- Medical Monitoring Third Amended Complaint
- 2021.08.27 Report of Dr. Daniel Catenacci
- Klein E, et al. Clinical validation of a targeted methylation-based multi-cancer early detection test. Oral presentation at: American Association for Cancer Research; April, 2021; LB013.
- E A Klein 1, D Richards 2, A Cohn, et al. Ann Oncol. 2021 Sep;32(9):1167-1177.doi: 10.1016/j.annonc.2021.05.806. Epub 2021 Jun 24.
- https://www.uspreventiveservicestaskforce.org/uspstf/recommendation/colorectal-cancer-screening
- National Lung Screening Trial Research Team. N Engl J Med. 2011;doi:10.1056/NEJMoa1102873.
- www.uspreventiveservicestaskforce.org/uspstf/recommendation/colorectal-cancer-screening.
- Cancer Causes Control (2013) 24:1207–1222, Journal of the National Cancer Institute, Vol. 86, No. 21, November 2, 1994)
- Volume 81, No. 6 : 2015 GASTROINTESTINAL ENDOSCOPY 1305
- Cancer Causes Control (2013) 24:1207–1222, Journal of the National Cancer Institute, Vol. 86, No. 21, November 2, 1994
- Cescon DW, Bratman SV, Chan SM, Siu LL. Circulating tumor DNA and liquid biopsy in oncology. Nat Cancer. 2020;1: 276–290. doi: 10.1038/s43018-020-0043-5 - DOI
- Corcoran RB. Circulating Tumor DNA: Clinical Monitoring and Early Detection. Annu Rev Cancer Biol. 2019;3: 187–201. doi: 10.1146/annurev-cancerbio-030518-055719 - DOI
- Bettegowda C, Sausen M, Leary RJ, Kinde I, Wang Y, Agrawal N, et al.. Detection of circulating tumor DNA in early- and late-stage human malignancies. Sci Transl Med. 2014;6: 224ra24. doi: 10.1126/scitranslmed.3007094 - DOI - PMC - PubMed
- Diehl F, Li M, Dressman D, He Y, Shen D, Szabo S, et al.. Detection and quantification of mutations in the plasma of patients with colorectal tumors. Proc Natl Acad Sci. 2005;102: 16368–16373. doi: 10.1073/pnas.0507904102 - DOI - PMC - PubMed
- Venn O, Hubbell E, Sakarya O, Chang C, Halks-Miller M, Steffen K, et al. Tumor shedding into cell-free DNA (cfDNA) is associated with high-mortality cancers [poster]. 31st Annual Meeting on The Biology of Genomes. Cold Spring Harbor, NY: Cold Spring Harbor Laboratory; 2019. https://meetings.cshl.edu/abstracts.aspx?meet=GENOME&year=19

- Chen, X., et.al.: Prognostic Significance of Blood-Based Multi-cancer Detection in Plasma Cell-Free DNA. Clin Cancer Res. 2021 Aug 1;27(15):4221-4229. doi: 10.1158/1078-0432.CCR-21-0417. Epub 2021 Jun 4.
- Nadauld LD, McDonnell CH 3rd, Beer TM, Liu MC, Klein EA, Hudnut A, Whittington RA, Taylor B, Oxnard GR, Lipson J, Lopatin M, Shaknovich R, Chung KC, Fung ET, Schrag D, Marinac CR. The PATHFINDER Study: Assessment of the Implementation of an Investigational Multi-Cancer Early Detection Test into Clinical Practice. Cancers (Basel). 2021 Jul 13;13(14):3501. doi: 10.3390/cancers13143501.PMID: 34298717
- Liu MC, Oxnard GR, Klein EA, Swanton C, Seiden MV; CCGA Consortium. Ann Sensitive and specific multi-cancer detection and localization using methylation signatures in cell-free DNA. Oncol. 2020 Jun;31(6):745-759. doi: 10.1016/j.annonc.2020.02.011. Epub 2020 Mar 30.PMID: 33506766
- Bredno J, Lipson J, Venn O, Aravanis AM, Jamshidi A. Clinical correlates of circulating cell-free DNA tumor fraction. 2021 Aug 25;16(8):e0256436. doi: 10.1371/journal.pone.0256436. eCollection 2021.PMID: 34432811
- Imperiale TF, Ransohoff DF, Itzkowitz SH, et al. Multitarget stool DNA testing for colorectal-cancer screening. *N Engl J Med*. 2014;370(14):1287-1297.
- https://jamanetwork.com/journals/jama/fullarticle/2777244
- https://www.galleri.com/hcp/
- https://grail.com/clinical-expertise/
- https://grail.com/clinical-expertise/publications-title
- https://grail.com/press-releases/grail-announces-significant-progress-with-multi-cancer-early-detection-test-including-fda-breakthrough-device-designation/
- https://www.fda.gov/medical-devices/how-study-and-market-your-device/breakthrough-devices-program#s1
- https://www.galleri.com/hcp/early-cancer-detection
- https://www.nccn.org/guidelines/category_2
- https://www.fda.gov/medical-devices/how-study-and-market-your-device/breakthrough-devices-program#s1
- https://www.uspreventiveservicestaskforce.org/uspstf/recommendation/lung-cancer-screening