1

2            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
3

4  _____

5  IN RE:  VALSARTAN PRODUCTS           CIVIL ACTION NUMBER:
   LIABILITY LITIGATION                 19-md-02875-RBK-SAK
6

7  _____          TELEPHONIC STATUS
                                        CONFERENCE
8

9       Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
10      April 29, 2022
        Commencing at 10:04 a.m.
11

12 **B E F O R E:**              **THE HONORABLE ROBERT B. KUGLER**
                                **UNITED STATES DISTRICT JUDGE**

13                              **THOMAS I. VANASKIE (RET.)**
                                **SPECIAL MASTER**
14

15 **A P P E A R A N C E S:**

16      MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
17      103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiffs
18

19      LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR, P.A.
        BY:  DANIEL A. NIGH, ESQUIRE
20      316 S. Baylen, Suite 600
        Pensacola, Florida 32502
21      For the Plaintiffs

22           Ann Marie Mitchell, Official Court Reporter
                AnnMarie_Mitchell@njd.uscourts.gov
23                    (856) 576-7018

24   Proceedings recorded by mechanical stenography; transcript
             produced by computer-aided transcription.
25

1

**A P P E A R A N C E S (Continued):**

2

3        GOLDENBERG LAW, LLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
         800 Lasalle Avenue, Suite 2150
4        Minneapolis, Minnesota  55402
         For the Plaintiffs

5

6        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
         BY:  JESSICA D. MILLER, ESQUIRE
7        BY:  CHRISTOPHER D. COX, ESQUIRE
         1440 New York Avenue, N.W.
8        Washington, DC 20005
         For the Defendants, Prinston Pharmaceuticals,
9        Solco Healthcare U.S. LLC, and  Zhejiang Huahai
         Pharmaceuticals Ltd.

10

11       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
         BY:  CLEM C. TRISCHLER, ESQUIRE
12       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania  15219
13       For the Defendant, Mylan Pharmaceuticals, Inc.

14

15       GREENBERG TRAURIG LLP
         BY:  STEVEN M. HARKINS, ESQUIRE
         3333 Piedmont Road, NE, Suite 2500
16       Atlanta, Georgia  30305
         For the Defendants, Teva Pharmaceutical Industries Ltd.,
17       Teva Pharmaceuticals USA, Inc., Actavis LLC,
         and Actavis Pharma, Inc.

18

19   **ALSO PRESENT:**

20       LORETTA SMITH, ESQUIRE
         Judicial Law Clerk to The Honorable Robert B. Kugler
21
         Larry MacStravic, Courtroom Deputy
22

23

24

25

*United States District Court*

```
 1                (PROCEEDINGS held telephonically before The Honorable

 2   ROBERT B. KUGLER and The Honorable Thomas I. Vanaskie (Ret.),

 3   Special Master, at 10:04 a.m.)

 4                SPECIAL MASTER VANASKIE:  Good morning.

 5                MR. SLATER:  Good morning, Your Honor.

 6                SPECIAL MASTER VANASKIE:  Shall we begin?

 7                Okay.  Who will be addressing the matters for the

 8   defense in this call today?

 9                MR. TRISCHLER:  Judge, good morning.  This is Clem

10   Trischler.

11                I think that it will depend on the issues.  There may

12   be a few that I take on.  There may be others that other folks

13   on the defense side handle, if that's okay with the Court.

14                SPECIAL MASTER VANASKIE:  That's fine.

15                MS. MILLER:  Yes, Your Honor.  Jessica Miller.  We

16   are dividing and conquering.  Hopefully conquering, dividing.

17                SPECIAL MASTER VANASKIE:  That silence there for a

18   while, I thought maybe Mr. Slater was going to have an easy

19   time of it today, but I guess not.

20                Why don't we first talk about the status update --

21   I'm looking at the plaintiffs' agenda letter now, the status

22   update on the meet and confers regarding defendants'

23   indemnification and defense agreements.

24                You're asking that the deadline for those to be

25   completed be extended to May 3rd, I take it, Mr. Slater?
```

*United States District Court*

```
 1              MR. SLATER:  Your Honor, you're referring to the

 2   indemnification meet and confer?  I think yes, that's correct.

 3              SPECIAL MASTER VANASKIE:  The indemnification and --

 4              MR. SLATER:  I think George Williamson was going to

 5   handle this for us, but you are correct.

 6              SPECIAL MASTER VANASKIE:  All right.  And is there

 7   any objection on the defense side?

 8              MR. COX:  Your Honor, this is Chris Cox for the ZHP

 9   defendants.  I don't believe there's any objection on behalf

10   of the defendants.

11              SPECIAL MASTER VANASKIE:  So we're clear on this, we

12   will issue an order that extends that deadline to May 3rd.

13              MR. SLATER:  Thank you.

14              MR. COX:  Thank you, Your Honor.

15              SPECIAL MASTER VANASKIE:  Now, the next item on the

16   plaintiffs' -- we'll go back to the Dr. Najafi discovery issue

17   in a moment, but the other issue on the plaintiffs' agenda

18   letter is holding the clarification motions regarding general

19   causation in abeyance.

20              And I take it this is a matter for Judge Kugler?

21              MR. SLATER:  Yes, Your Honor.  This is Adam Slater.

22   I believe it is.  This is something he had raised during our

23   last conference, so we thought we should report back to him.

24              SPECIAL MASTER VANASKIE:  All right.  And I believe

25   the next item would also be for Judge Kugler, that is, the
```

*United States District Court*

 1    deadline for replies in support of Daubert motion regarding

 2    class experts.  Is that correct?

 3            MR. SLATER:  I think so, Your Honor, as well,

 4    although we really do appreciate your helping us out the other

 5    night.  That was very kind of you.

 6            SPECIAL MASTER VANASKIE:  All right.  So let's get

 7    then to the status of the defendants' motion to compel testing

 8    documents from Ron Najafi.

 9            So who will be addressing this issue for the defense?

10            MR. TRISCHLER:  Clem Trischler, Your Honor.

11            SPECIAL MASTER VANASKIE:  Thank you, Mr. Trischler.

12            And Mr. Slater, will you be addressing this for the

13    plaintiffs?

14            MR. SLATER:  I believe Daniel Nigh will, although I

15    may have something to say on it toward the end.  But if

16    Mr. Nigh is on, the plan is for him to address it as the

17    primary spokesperson.

18            MR. NIGH:  Yes, this is Daniel Nigh.  I'm on.  Thank

19    you.

20            SPECIAL MASTER VANASKIE:  All right.  So I would like

21    to hear any additional arguments you have with respect to the

22    matter.

23            I am not going to rule today during the conference

24    call on the matter but do commit to giving you an answer early

25    next week.

1          So having said that, Counsel --

2          (Court reporter clarification.)

3          SPECIAL MASTER VANASKIE:  I was starting to say that

4   I recently served as a court-appointed mediator in a case in

5   which Mr. Trischler was involved.  I just wanted everyone to

6   be aware of that, and just to let you know that I had

7   communications with Mr. Trischler as a mediator in a case

8   called Ruddy v. Polaris pending in the Middle District of

9   Pennsylvania.

10          And I don't know if you heard, Mr. Trischler, but I

11   believe the case has now been dissolved in its entirety.

12          MR. TRISCHLER:  I did not hear that, Your Honor.

13   Thank you for the update.  Glad to hear it.

14          SPECIAL MASTER VANASKIE:  All right.  So is there

15   additional argument you wanted then, Mr. Trischler, on this

16   motion to compel testing documents from Dr. Najafi?

17          MR. TRISCHLER:  Thank you, Your Honor.  I'm happy to

18   submit it on the briefs unless the Court has particular

19   questions or if the plaintiff is inclined to present argument

20   at this point.  So I'll defer to the Court and to the

21   plaintiffs as to how they want to handle it.  I think the

22   issues are fairly well spelled out in the briefs.  But again,

23   I'll defer to the Court and plaintiffs.

24          SPECIAL MASTER VANASKIE:  All right.  Mr. Nigh,

25   anything additional you wanted to present?

*United States District Court*

1          MR. NIGH:  Your Honor, I would agree as well.  I

2    think the issues are pretty fleshed out in the briefings as

3    well.

4          SPECIAL MASTER VANASKIE:  Very well.  So we'll decide

5    the matter on the briefs.  If I believe that I have -- if I

6    have questions after I finished reviewing the briefs, I will

7    schedule a call, but I don't anticipate that to be the case.

8    I anticipate deciding the matter on the papers that have been

9    submitted to me.

10          Is there anything else that we need to discuss before

11    bringing in Judge Kugler?

12          MR. SLATER:  I don't think so from the plaintiffs,

13    Your Honor.

14          SPECIAL MASTER VANASKIE:  All right.  On the defense

15    side?

16          MR. TRISCHLER:  Nothing that I'm aware of, Your

17    Honor.

18          SPECIAL MASTER VANASKIE:  All right.  Very well.  So

19    I'm going to drop off the call, call Judge Kugler and rejoin

20    you all.

21          Thank you.

22          (Pause in proceedings.)

23          SPECIAL MASTER VANASKIE:  Hello?

24          MR. SLATER:  Hello, Judge.  Yes?

25          SPECIAL MASTER VANASKIE:  Yes, Mr. Slater, and do we

1   have -- I guess, we have 52 people on the call.  And our court

2   reporter is there as well?

3           COURT REPORTER:  I am, Your Honor.  It's Ann Marie

4   Mitchell.

5           SPECIAL MASTER VANASKIE:  Hi, Ann Marie.  Thanks.

6           We're not able to reach Judge Kugler.  I've called

7   him -- we were instructed to call his cell phone, and it

8   immediately goes to voicemail.  And I texted him, but I

9   haven't heard back.

10           So what I would like to suggest is that the call be

11   rescheduled for sometime later today.  I cannot give you a

12   time because that's depending upon Judge Kugler's schedule.

13   But a text order will be issued informing you about the

14   resumption of the call.  I know that's a bit inconvenient, but

15   I don't have any other solution right now.

16           MS. GOLDENBERG:  Judge, this is Marlene Goldenberg on

17   behalf of plaintiffs.

18           I'm aware that there are some plaintiffs' counsel who

19   have cases that are potentially set for dismissal and who I

20   think had wanted to address those issues.  In the interest

21   of making sure that those attorneys all get notice of the

22   hearing, would it be possible just to move the plaintiff fact

23   sheet discussion and the show cause orders to the next case

24   management conference?

25           SPECIAL MASTER VANASKIE:  I think that's a sound

*United States District Court*

```
 1   solution to the issue of those who are in jeopardy of having

 2   their cases dismissed so that they could be heard.  And we do

 3   have that next conference call scheduled.

 4           So let's move the discussion of the potential

 5   dismissal, the show cause orders with respect to those

 6   plaintiffs to the next case management conference.

 7           MS. GOLDENBERG:  I appreciate it.  Thank you, Your

 8   Honor.

 9           SPECIAL MASTER VANASKIE:  And we'll issue an order to

10   that effect.

11           All right.  So subject to us hearing from Judge

12   Kugler to resume the call to address the particular issues

13   that he needs to decide, we'll just end the call for now and

14   keep an eye open for a text order.  And the order --

15           Maybe that's Judge Kugler joining?

16           No, I guess not.

17           All right.  So look for a text order.

18           Thank you all very much, and we'll see you at the

19   next conference.

20           MR. SLATER:  Thank you, Your Honor.

21           MR. TRISCHLER:  Thank you.

22           (Proceedings adjourned at 10:32 a.m.)

23           (Proceedings resumed at 11:01 a.m.)

24           THE COURT:  Hello.  This is Judge Kugler.

25           MR. SLATER:  Good morning, Your Honor.
```

*United States District Court*

```
 1              THE COURT:  Hey, I'm sorry about the screw-up.  Judge

 2  Vanaskie tried desperately to get ahold of me.  I never got

 3  the call or text messages.  I cannot explain what happened.

 4  But anyway, hopefully we're all together now, I hope.

 5              I heard Mr. Slater.

 6              Who do we have for the defendants, anybody know?

 7              Maybe they're tuning in now.

 8              SPECIAL MASTER VANASKIE:  And I'm on, Judge Kugler.

 9  Tom Vanaskie is on too.

10              THE COURT:  Hi, Tom.

11              Is Ms. Miller there?  Is she on yet?  Apparently not.

12              MR. HARKINS:  This is Steve Harkins with Greenberg

13  Traurig.  I believe Ms. Miller has a conflict at 11:00, so I

14  don't know if she's going to be able to join the call.

15              THE COURT:  Okay.  Are you going to be able to talk

16  about the orders to show cause, Mr. Harkins?

17              MR. HARKINS:  Yes, Your Honor.  I will be handling

18  that, and either myself or someone from my team will be

19  handling the updated reply brief deadlines and that schedule

20  as well.

21              THE COURT:  Well, the updated reply brief deadlines,

22  you both seem to agree on the dates, and that's fine.  I'm

23  sorry that got screwed up a little bit.  But we'll enter a new

24  order with those dates.  Okay?

25              MR. HARKINS:  Thank you, Your Honor.
```

*United States District Court*

*1*      MS. GOLDENBERG:  Your Honor, this is Marlene

*2* Goldenberg on behalf of the plaintiffs.

*3*      We had spoken with Judge Vanaskie at the end of the

*4* prior conference.  And because of the confusion on timing,

*5* Judge Vanaskie had indicated that we might push the show cause

*6* orders to next month's conference, because attorneys that

*7* might have been around, we weren't sure if they would be able

*8* to stay on this call if their cases were subject to dismissal.

*9*      THE COURT:  Well, we know that the first three on the

*10* order to show cause, the defendants said that they can be

*11* withdrawn.  That's the William Byrnes, Estate of Sloan

*12* Mitchell and Kelly Donaldson matters.

*13*      Correct, Mr. Harkins?

*14*      MR. HARKINS:  Yes, Your Honor, that's correct for

*15* those three.  And in the Mills, Larsen and Thompson matters,

*16* we'd like to continue those for one month.  I believe we'll

*17* hopefully be able to resolve them by that time.

*18*      So that just leaves the Thorn, Harris and Wilson

*19* matters.  I don't know if counsel representing those three

*20* plaintiffs are available, but those would be the only three

*21* that we would be requesting dismissal on at this time.

*22*      THE COURT:  Let's ask.

*23*      Is anybody on the phone able to talk about Jimmie

*24* Thorn or Deborah Harris or Chadwick Wilson?

*25*      (No response.)

*United States District Court*

*1*     THE COURT:  Apparently not.  Why don't we -- let's

*2* just relist those in May, because we got the call all screwed

*3* up today.  It's our fault.  We'll list the Jimmie Thorn,

*4* Deborah Harris and Chadwick Wilson matters then again for May.

*5* And who knows, maybe they'll get resolved by then.

*6*     But you also have six that you want to move to the

*7* orders to show cause in May.  Any updates on those?

*8*     MR. TRISCHLER:  Yes, Your Honor.  There are two

*9* updates.  In the case number one, Michael Keicher, and case

*10* number three, Carl Huston, the parties are close to resolving

*11* those, so we're not requesting orders to show cause at this

*12* time in those two matters.

*13*     It would be the remaining four, Sanford, Payne, Hall

*14* and Dennis, where we would request orders to show cause at

*15* this time.

*16*     Again, I don't know if plaintiffs' counsel for any of

*17* those four are available to address them now.

*18*     THE COURT:  Well, nothing is going to happen to them

*19* other than to relist them in May for an order to show cause.

*20* So whoever is involved in those, if they have any objections,

*21* we can raise them at the next conference.

*22*     So we'll list Sanford; Payne, P-A-Y-N-E; Hall; and

*23* Dennis for an order to show cause returnable at the May

*24* conference.

*25*     And then you have 18 of them you want to relist for a

 1 | second time.  Correct?

 2 |         MR. TRISCHLER:  That's correct, Your Honor.  And I

 3 | have no updates on any of those 18 cases.

 4 |         THE COURT:  Okay.  So we'll shift the Williams;

 5 | Benton; Pace, P-A-C-E; McDermott; Shemes, S-H-E-M-E-S; McCall;

 6 | Powell; Shapiro; Estate of Badger; Richards; Callahan; Tolley,

 7 | T-O-L-L-E-Y; Peyton, P-E-Y-T-O-N; Tippett; Dais, D-A-I-S;

 8 | Grubb; Gallagher; and Jackson will be listed again for May.

 9 |         Okay.  I think that takes care of the orders to show

10 | cause.

11 |         I also saw that both sides addressed the still

12 | outstanding issue of defendants' motion for clarification on

13 | certain rulings on the Daubert hearings, but apparently both

14 | sides want to keep talking and they don't want to resolve it

15 | at this time; is that correct?

16 |         MR. SLATER:  Your Honor, for the plaintiffs, we spoke

17 | with the defendants.  Our preference, in line with what Your

18 | Honor suggested, was to hold this until this became a

19 | necessary issue in pretrial briefing.  Defense counsel advised

20 | us that they feel that this issue needs to be resolved before

21 | they file Rule 56 dispositive motions, and we said that we

22 | would agree to that.  And then defense counsel said they're

23 | still trying to work through whether they have a consent piece

24 | for that.

25 |         So from the plaintiffs' perspective, we're happy to

*United States District Court*

  1   keep discussing, but we are agreeable to what had been floated

  2   during the discussion.  And we also thought it was probably

  3   not a bad idea to let Your Honor know where we were and what

  4   was being discussed.

  5          THE COURT:  Well, that's fine.  I mean, keep working

  6   on it, because we're not on the cusp of filing Rule 56 motions

  7   anyway, but maybe -- maybe at the late May conference we can

  8   talk about Rule 56 motions and what your contemplations are.

  9          Now, I understand that the motions are going to be

 10   based on the lack of an expert report as to certain claims,

 11   that's fine.  But I'd also like to know if the defense is

 12   contemplating or even if the plaintiffs are contemplating any

 13   other kind of Rule 56 motions.  And let's talk about that in

 14   May.  Okay?

 15          MR. SLATER:  That sounds great, Judge.

 16          THE COURT:  Anything else?

 17          Again, I'm sorry that this thing got screwed up this

 18   morning.  It's not your fault, something got wrong with the

 19   phone systems and all that.  I never got the messages.

 20          So anything else we want to talk about?

 21          MR. SLATER:  I don't think anything for the

 22   plaintiffs, Your Honor.

 23          THE COURT:  Well, maybe up here in the Northeast we

 24   can get some spring weather.  It's been cold, unbelievably

 25   cold, but what are you going to do?  What I'm afraid of is

1    what usually happens in these things is that two weeks from

2    now it will turn 90 degrees and it'll be summer and we'll have

3    no spring.

4            But anyhow, enjoy the spring, and we'll talk to you

5    all in May.  Thank you.  Take care.

6            (Proceedings concluded at 11:08 a.m.)

7                             -  -  -

8            I certify that the foregoing is a correct transcript

9    from the record of proceedings in the above-entitled matter.

10

11   /S/ Ann Marie Mitchell, CCR, CRR, RDR, RMR
     Court Reporter/Transcriber

12

13   29th day of April, 2022
          Date

14

15

16

17

18

19

20

21

22

23

24

25

*United States District Court*

## /

**/S** [1] - 15:11

## 0

**07068** [1] - 1:17
**08101** [1] - 1:9

## 1

**103** [1] - 1:16
**10:04** [2] - 1:10, 3:3
**10:32** [1] - 9:22
**11:00** [1] - 10:13
**11:01** [1] - 9:23
**11:08** [1] - 15:6
**1440** [1] - 2:7
**15219** [1] - 2:12
**18** [2] - 12:25, 13:3
**19-md-02875-RBK-KMW** [1] - 1:5

## 2

**20005** [1] - 2:8
**2022** [2] - 1:10, 15:13
**2150** [1] - 2:3
**2500** [1] - 2:15
**29** [1] - 1:10
**29th** [1] - 15:13

## 3

**30305** [1] - 2:16
**316** [1] - 1:20
**32502** [1] - 1:20
**3333** [1] - 2:15
**38th** [1] - 2:12
**3rd** [2] - 3:25, 4:12

## 4

**4th** [1] - 1:9

## 5

**52** [1] - 8:1
**55402** [1] - 2:4
**56** [4] - 13:21, 14:6, 14:8, 14:13
**576-7018** [1] - 1:23

## 6

**600** [1] - 1:20

## 8

**800** [1] - 2:3
**856** [1] - 1:23

## 9

**90** [1] - 15:2

## A

**a.m** [5] - 1:10, 3:3, 9:22, 9:23, 15:6
**abeyance** [1] - 4:19
**able** [6] - 8:6, 10:14, 10:15, 11:7, 11:17, 11:23
**above-entitled** [1] - 15:9
**Actavis** [2] - 2:17, 2:17
**ACTION** [1] - 1:4
**Adam** [1] - 4:21
**ADAM** [1] - 1:16
**additional** [3] - 5:21, 6:15, 6:25
**address** [4] - 5:16, 8:20, 9:12, 12:17
**addressed** [1] - 13:11
**addressing** [3] - 3:7, 5:9, 5:12
**adjourned** [1] - 9:22
**advised** [1] - 13:19
**afraid** [1] - 14:25
**agenda** [2] - 3:21, 4:17
**agree** [3] - 7:1, 10:22, 13:22
**agreeable** [1] - 14:1
**agreements** [1] - 3:23
**ahold** [1] - 10:2
**aided** [1] - 1:24
**ALFANO** [1] - 2:11
**ALSO** [1] - 2:19
**Ann** [3] - 8:3, 8:5, 15:11
**ann** [1] - 1:22
**AnnMarie_Mitchell@njd.uscourts.gov** [1] - 1:22
**answer** [1] - 5:24
**anticipate** [2] - 7:7, 7:8
**anyhow** [1] - 15:4
**anyway** [2] - 10:4, 14:7
**appointed** [1] - 6:4
**appreciate** [2] - 5:4, 9:7
**April** [2] - 1:10, 15:13
**argument** [2] - 6:15, 6:19
**arguments** [1] - 5:21
**ARPS** [1] - 2:6
**Atlanta** [1] - 2:16

## attorneys [2] - 8:21, 11:6
**available** [2] - 11:20, 12:17
**Avenue** [2] - 2:3, 2:7
**aware** [3] - 6:6, 7:16, 8:18

## B

**bad** [1] - 14:3
**Badger** [1] - 13:6
**based** [1] - 14:10
**Baylen** [1] - 1:20
**became** [1] - 13:18
**begin** [1] - 3:6
**behalf** [3] - 4:9, 8:17, 11:2
**Benton** [1] - 13:5
**bit** [2] - 8:14, 10:23
**BOSICK** [1] - 2:11
**brief** [2] - 10:19, 10:21
**briefing** [1] - 13:19
**briefings** [1] - 7:2
**briefs** [4] - 6:18, 6:22, 7:5, 7:6
**bringing** [1] - 7:11
**Building** [1] - 1:8
**Byrnes** [1] - 11:11

## C

**Callahan** [1] - 13:6
**Camden** [1] - 1:9
**cannot** [2] - 8:11, 10:3
**care** [2] - 13:9, 15:5
**Carl** [1] - 12:10
**case** [8] - 6:4, 6:7, 6:11, 7:7, 8:23, 9:6, 12:9
**cases** [4] - 8:19, 9:2, 11:8, 13:3
**causation** [1] - 4:19
**CCR** [1] - 15:11
**cell** [1] - 8:7
**Centre** [1] - 2:12
**certain** [2] - 13:13, 14:10
**certify** [1] - 15:8
**Chadwick** [2] - 11:24, 12:4
**Chris** [1] - 4:8
**CHRISTOPHER** [1] - 2:7
**CIVIL** [1] - 1:4
**claims** [1] - 14:10
**clarification** [3] - 4:18, 6:2, 13:12
**class** [1] - 5:2
**clear** [1] - 4:11

## CLEM [1] - 2:11
**Clem** [2] - 3:9, 5:10
**Clerk** [1] - 2:20
**close** [1] - 12:10
**Cohen** [1] - 1:8
**cold** [2] - 14:24, 14:25
**Commencing** [1] - 1:10
**commit** [1] - 5:24
**communications** [1] - 6:7
**compel** [2] - 5:7, 6:16
**completed** [1] - 3:25
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concluded** [1] - 15:6
**confer** [1] - 4:2
**CONFERENCE** [1] - 1:7
**conference** [11] - 4:23, 5:23, 8:24, 9:3, 9:6, 9:19, 11:4, 11:6, 12:21, 12:24, 14:7
**confers** [1] - 3:22
**conflict** [1] - 10:13
**confusion** [1] - 11:4
**conquering** [2] - 3:16
**consent** [1] - 13:23
**contemplating** [2] - 14:12
**contemplations** [1] - 14:8
**continue** [1] - 11:16
**Continued** [1] - 2:1
**Cooper** [1] - 1:9
**correct** [9] - 4:2, 4:5, 5:2, 11:13, 11:14, 13:1, 13:2, 13:15, 15:8
**counsel** [5] - 8:18, 11:19, 12:16, 13:19, 13:22
**Counsel** [1] - 6:1
**COURT** [2] - 1:2, 8:3
**Court** [3] - 1:22, 6:2, 15:11
**court** [2] - 6:4, 8:1
**court-appointed** [1] - 6:4
**Courthouse** [1] - 1:8
**Courtroom** [1] - 2:21
**Cox** [1] - 4:8
**COX** [3] - 2:7, 4:8, 4:14
**CRR** [1] - 15:11
**cusp** [1] - 14:6

## D

**Dais** [1] - 13:7
**DAIS** [1] - 13:7
**Daniel** [2] - 5:14, 5:18
**DANIEL** [1] - 1:19
**Date** [1] - 15:13
**dates** [2] - 10:22, 10:24
**Daubert** [2] - 5:1, 13:13
**DC** [1] - 2:8
**deadline** [3] - 3:24, 4:12, 5:1
**deadlines** [2] - 10:19, 10:21
**Deborah** [2] - 11:24, 12:4
**decide** [2] - 7:4, 9:13
**deciding** [1] - 7:8
**Defendant** [1] - 2:13
**Defendants** [2] - 2:8, 2:16
**defendants** [5] - 4:9, 4:10, 10:6, 11:10, 13:17
**defendants'** [3] - 3:22, 5:7, 13:12
**defense** [9] - 3:8, 3:13, 3:23, 4:7, 5:9, 7:14, 13:19, 13:22, 14:11
**defer** [2] - 6:20, 6:23
**degrees** [1] - 15:2
**Dennis** [2] - 12:14, 12:23
**Deputy** [1] - 2:21
**desperately** [1] - 10:2
**discovery** [1] - 4:16
**discuss** [1] - 7:10
**discussed** [1] - 14:4
**discussing** [1] - 14:1
**discussion** [3] - 8:23, 9:4, 14:2
**dismissal** [4] - 8:19, 9:5, 11:8, 11:21
**dismissed** [1] - 9:2
**dispositive** [1] - 13:21
**dissolved** [1] - 6:11
**DISTRICT** [3] - 1:2, 1:2, 1:12
**District** [1] - 6:8
**dividing** [2] - 3:16
**documents** [2] - 5:8, 6:16
**Donaldson** [1] - 11:12
**Dr** [2] - 4:16, 6:16
**drop** [1] - 7:19
**during** [3] - 4:22, 5:23, 14:2

## E

**early** [1] - 5:24
**easy** [1] - 3:18
**effect** [1] - 9:10
**Eisenhower** [1] - 1:16
**either** [1] - 10:18
**end** [3] - 5:15, 9:13, 11:3
**enjoy** [1] - 15:4
**enter** [1] - 10:23
**entirety** [1] - 6:11
**entitled** [1] - 15:9
**ESQUIRE** [8] - 1:16, 1:19, 2:3, 2:6, 2:7, 2:11, 2:15, 2:20
**Estate** [2] - 11:11, 13:6
**expert** [1] - 14:10
**experts** [1] - 5:2
**explain** [1] - 10:3
**extended** [1] - 3:25
**extends** [1] - 4:12
**eye** [1] - 9:14

## F

**fact** [1] - 8:22
**fairly** [1] - 6:22
**fault** [2] - 12:3, 14:18
**few** [1] - 3:12
**file** [1] - 13:21
**filing** [1] - 14:6
**fine** [4] - 3:14, 10:22, 14:5, 14:11
**finished** [1] - 7:6
**first** [2] - 3:20, 11:9
**fleshed** [1] - 7:2
**floated** [1] - 14:1
**FLOM** [1] - 2:6
**Floor** [1] - 2:12
**Florida** [1] - 1:20
**folks** [1] - 3:12
**foregoing** [1] - 15:8
**four** [2] - 12:13, 12:17
**FREEMAN** [1] - 1:15

## G

**Gallagher** [1] - 13:8
**general** [1] - 4:18
**George** [1] - 4:4
**Georgia** [1] - 2:16
**glad** [1] - 6:13
**Goldenberg** [2] - 8:16, 11:2
**GOLDENBERG** [5] - 2:2, 2:3, 8:16, 9:7, 11:1
**GORDON** [1] - 2:11
**great** [1] - 14:15

**Greenberg** [1] - 10:12
**GREENBERG** [1] - 2:14
**Grubb** [1] - 13:8
**guess** [3] - 3:19, 8:1, 9:16

## H

**Hall** [2] - 12:13, 12:22
**handle** [3] - 3:13, 4:5, 6:21
**handling** [2] - 10:17, 10:19
**happy** [2] - 6:17, 13:25
**HARKINS** [5] - 2:15, 10:12, 10:17, 10:25, 11:14
**Harkins** [3] - 10:12, 10:16, 11:13
**Harris** [3] - 11:18, 11:24, 12:4
**Healthcare** [1] - 2:9
**hear** [3] - 5:21, 6:12, 6:13
**heard** [4] - 6:10, 8:9, 9:2, 10:5
**hearing** [2] - 8:22, 9:11
**hearings** [1] - 13:13
**held** [1] - 3:1
**Hello** [3] - 7:23, 7:24, 9:24
**helping** [1] - 5:4
**Hi** [1] - 8:5
**hi** [1] - 10:10
**hold** [1] - 13:18
**holding** [1] - 4:18
**Honor** [27] - 3:5, 3:15, 4:1, 4:8, 4:14, 4:21, 5:3, 5:10, 6:12, 6:17, 7:1, 7:13, 7:17, 8:3, 9:8, 9:20, 9:25, 10:17, 10:25, 11:1, 11:14, 12:8, 13:2, 13:16, 13:18, 14:3, 14:22
**HONORABLE** [1] - 1:11
**Honorable** [3] - 2:20, 3:1, 3:2
**hope** [1] - 10:4
**hopefully** [3] - 3:16, 10:4, 11:17
**Huahai** [1] - 2:9
**Huston** [1] - 12:10

## I

**idea** [1] - 14:3

**immediately** [1] - 8:8
**Inc** [3] - 2:13, 2:17, 2:17
**inclined** [1] - 6:19
**inconvenient** [1] - 8:14
**indemnification** [3] - 3:23, 4:2, 4:3
**indicated** [1] - 11:5
**Industries** [1] - 2:16
**informing** [1] - 8:13
**instructed** [1] - 8:7
**interest** [1] - 8:20
**involved** [2] - 6:5, 12:20
**issue** [9] - 4:12, 4:16, 4:17, 5:9, 9:1, 9:9, 13:12, 13:19, 13:20
**issued** [1] - 8:13
**issues** [5] - 3:11, 6:22, 7:2, 8:20, 9:12
**it'll** [1] - 15:2
**item** [2] - 4:15, 4:25

## J

**Jackson** [1] - 13:8
**jeopardy** [1] - 9:1
**JERSEY** [1] - 1:2
**Jersey** [2] - 1:9, 1:17
**JESSICA** [1] - 2:6
**Jessica** [1] - 3:15
**Jimmie** [2] - 11:23, 12:3
**join** [1] - 10:14
**joining** [1] - 9:15
**JUDGE** [1] - 1:12
**Judge** [17] - 3:9, 4:20, 4:25, 7:11, 7:19, 7:24, 8:6, 8:12, 8:16, 9:11, 9:15, 9:24, 10:1, 10:8, 11:3, 11:5, 14:15
**Judicial** [1] - 2:20

## K

**KATZ** [1] - 1:15
**keep** [4] - 9:14, 13:14, 14:1, 14:5
**Keicher** [1] - 12:9
**Kelly** [1] - 11:12
**kind** [2] - 5:5, 14:13
**knows** [1] - 12:5
**KUGLER** [2] - 1:11, 3:2
**Kugler** [10] - 2:20, 4:20, 4:25, 7:11, 7:19, 8:6, 9:12, 9:15, 9:24, 10:8
**Kugler's** [1] - 8:12

## L

**lack** [1] - 14:10
**larry** [1] - 2:21
**Larsen** [1] - 11:15
**Lasalle** [1] - 2:3
**last** [1] - 4:23
**late** [1] - 14:7
**Law** [1] - 2:20
**LAW** [1] - 2:2
**leaves** [1] - 11:18
**letter** [2] - 3:21, 4:18
**LEVIN** [1] - 1:19
**LIABILITY** [1] - 1:5
**line** [1] - 13:17
**list** [2] - 12:3, 12:22
**listed** [1] - 13:8
**LITIGATION** [1] - 1:5
**LLC** [4] - 1:15, 2:2, 2:9, 2:17
**LLP** [3] - 2:6, 2:11, 2:14
**look** [1] - 9:17
**looking** [1] - 3:21
**LORETTA** [1] - 2:20
**Ltd** [2] - 2:9, 2:16

## M

**MacStravic** [1] - 2:21
**management** [2] - 8:24, 9:6
**Marie** [4] - 1:22, 8:3, 8:5, 15:11
**Marlene** [2] - 8:16, 11:1
**MARLENE** [1] - 2:3
**MASTER** [25] - 1:13, 3:4, 3:6, 3:14, 3:17, 4:3, 4:6, 4:11, 4:15, 4:24, 5:6, 5:11, 5:20, 6:3, 6:14, 6:24, 7:4, 7:14, 7:18, 7:23, 7:25, 8:5, 8:25, 9:9, 10:8
**Master** [1] - 3:3
**matter** [6] - 4:20, 5:22, 5:24, 7:5, 7:8, 15:9
**matters** [6] - 3:7, 11:12, 11:15, 11:19, 12:4, 12:12
**MAZIE** [1] - 1:15
**McCall** [1] - 13:5
**McDermott** [1] - 13:5
**MEAGHER** [1] - 2:6
**mean** [1] - 14:5
**mechanical** [1] - 1:24
**mediator** [2] - 6:4, 6:7
**meet** [2] - 3:22, 4:2
**messages** [2] - 10:3,

14:19
**Michael** [1] - 12:9
**Middle** [1] - 6:8
**might** [2] - 11:5, 11:7
**MILLER** [2] - 2:6, 3:15
**Miller** [3] - 3:15, 10:11, 10:13
**Mills** [1] - 11:15
**Minneapolis** [1] - 2:4
**Minnesota** [1] - 2:4
**Mitchell** [5] - 1:8, 1:22, 8:4, 11:12, 15:11
**MITCHELL** [1] - 1:19
**moment** [1] - 4:17
**month** [1] - 11:16
**month's** [1] - 11:6
**morning** [5] - 3:4, 3:5, 3:9, 9:25, 14:18
**motion** [4] - 5:1, 5:7, 6:16, 13:12
**motions** [6] - 4:18, 13:21, 14:6, 14:8, 14:9, 14:13
**move** [3] - 8:22, 9:4, 12:6
**MR** [30] - 3:5, 3:9, 4:1, 4:4, 4:8, 4:13, 4:14, 4:21, 5:3, 5:10, 5:14, 5:18, 6:12, 6:17, 7:1, 7:12, 7:16, 7:24, 9:20, 9:21, 9:25, 10:12, 10:17, 10:25, 11:14, 12:8, 13:2, 13:16, 14:15, 14:21
**MS** [4] - 3:15, 8:16, 9:7, 11:1
**Mylan** [1] - 2:13

## N

**N.W** [1] - 2:7
**Najafi** [3] - 4:16, 5:8, 6:16
**NE** [1] - 2:15
**necessary** [1] - 13:19
**need** [1] - 7:10
**needs** [2] - 9:13, 13:20
**never** [2] - 10:2, 14:19
**NEW** [1] - 1:2
**new** [1] - 10:23
**New** [3] - 1:9, 1:17, 2:7
**next** [9] - 4:15, 4:25, 5:25, 8:23, 9:3, 9:6, 9:19, 11:6, 12:21
**Nigh** [3] - 5:14, 5:18, 6:24
**NIGH** [3] - 1:19, 5:18, 7:1
**nigh** [1] - 5:16
**night** [1] - 5:5

**Northeast** [1] - 14:23
**nothing** [2] - 7:16, 12:18
**notice** [1] - 8:21
**NUMBER** [1] - 1:4
**number** [2] - 12:9, 12:10

**O**

**objection** [2] - 4:7, 4:9
**objections** [1] - 12:20
**Official** [1] - 1:22
**One** [1] - 2:12
**one** [2] - 11:16, 12:9
**open** [1] - 9:14
**order** [10] - 4:12, 8:13, 9:9, 9:14, 9:17, 10:24, 11:10, 12:19, 12:23
**orders** [8] - 8:23, 9:5, 10:16, 11:6, 12:7, 12:11, 12:14, 13:9
**outstanding** [1] - 13:12
**Oxford** [1] - 2:12

**P**

**P.A** [1] - 1:19
**Pace** [1] - 13:5
**PACE** [1] - 13:5
**PAPANTONIO** [1] - 1:19
**papers** [1] - 7:8
**Parkway** [1] - 1:16
**particular** [2] - 6:18, 9:12
**parties** [1] - 12:10
**pause** [1] - 7:22
**Payne** [2] - 12:13, 12:22
**PAYNE** [1] - 12:22
**pending** [1] - 6:8
**Pennsylvania** [2] - 2:12, 6:9
**Pensacola** [1] - 1:20
**people** [1] - 8:1
**perspective** [1] - 13:25
**Peyton** [1] - 13:7
**PEYTON** [1] - 13:7
**Pharma** [1] - 2:17
**Pharmaceutical** [1] - 2:16
**Pharmaceuticals** [4] - 2:8, 2:9, 2:13, 2:17
**phone** [3] - 8:7, 11:23, 14:19
**piece** [1] - 13:23

**Piedmont** [1] - 2:15
**PIETRAGALLO** [1] - 2:11
**Pittsburgh** [1] - 2:12
**plaintiff** [2] - 6:19, 8:22
**Plaintiffs** [3] - 1:17, 1:21, 2:4
**plaintiffs** [11] - 5:13, 6:21, 6:23, 7:12, 8:17, 9:6, 11:2, 11:20, 13:16, 14:12, 14:22
**plaintiffs'** [6] - 3:21, 4:16, 4:17, 8:18, 12:16, 13:25
**plan** [1] - 5:16
**point** [1] - 6:20
**Polaris** [1] - 6:8
**possible** [1] - 8:22
**potential** [1] - 9:4
**potentially** [1] - 8:19
**Powell** [1] - 13:6
**preference** [1] - 13:17
**present** [2] - 6:19, 6:25
**PRESENT** [1] - 2:19
**pretrial** [1] - 13:19
**pretty** [1] - 7:2
**primary** [1] - 5:17
**Prinston** [1] - 2:8
**PROCEEDINGS** [1] - 3:1
**proceedings** [3] - 7:22, 9:23, 15:9
**Proceedings** [3] - 1:24, 9:22, 15:6
**PROCTOR** [1] - 1:19
**produced** [1] - 1:24
**PRODUCTS** [1] - 1:5
**push** [1] - 11:5

**Q**

**questions** [2] - 6:19, 7:6

**R**

**RAFFERTY** [1] - 1:19
**raise** [1] - 12:21
**raised** [1] - 4:22
**RASPANTI** [1] - 2:11
**RDR** [1] - 15:11
**RE** [1] - 1:5
**reach** [1] - 8:6
**really** [1] - 5:4
**recently** [1] - 6:4
**record** [1] - 15:9
**recorded** [1] - 1:24

**referring** [1] - 4:1
**regarding** [3] - 3:22, 4:18, 5:1
**rejoin** [1] - 7:19
**relist** [3] - 12:2, 12:19, 12:25
**remaining** [1] - 12:13
**replies** [1] - 5:1
**reply** [2] - 10:19, 10:21
**report** [2] - 4:23, 14:10
**Reporter** [1] - 1:22
**REPORTER** [1] - 8:3
**reporter** [2] - 6:2, 8:2
**Reporter/ Transcriber** [1] - 15:11
**representing** [1] - 11:19
**request** [1] - 12:14
**requesting** [2] - 11:21, 12:11
**rescheduled** [1] - 8:11
**resolve** [2] - 11:17, 13:14
**resolved** [2] - 12:5, 13:20
**resolving** [1] - 12:10
**respect** [2] - 5:21, 9:5
**response** [1] - 11:25
**resume** [1] - 9:12
**resumed** [1] - 9:23
**resumption** [1] - 8:14
**Ret** [1] - 3:2
**RET** [1] - 1:13
**returnable** [1] - 12:23
**reviewing** [1] - 7:6
**Richards** [1] - 13:6
**RMR** [1] - 15:11
**Road** [1] - 2:15
**ROBERT** [2] - 1:11, 3:2
**Robert** [1] - 2:20
**Ron** [1] - 5:8
**Roseland** [1] - 1:17
**Ruddy** [1] - 6:8
**Rule** [4] - 13:21, 14:6, 14:8, 14:13
**rule** [1] - 5:23
**rulings** [1] - 13:13

**S**

**Sanford** [2] - 12:13, 12:22
**saw** [1] - 13:11
**schedule** [3] - 7:7, 8:12, 10:19
**scheduled** [1] - 9:3
**screw** [1] - 10:1
**screw-up** [1] - 10:1

**screwed** [3] - 10:23, 12:2, 14:17
**second** [1] - 13:1
**see** [1] - 9:18
**seem** [1] - 10:22
**served** [1] - 6:4
**set** [1] - 8:19
**shall** [1] - 3:6
**Shapiro** [1] - 13:6
**sheet** [1] - 8:23
**Shemes** [1] - 13:5
**SHEMES** [1] - 13:5
**shift** [1] - 13:4
**show** [11] - 8:23, 9:5, 10:16, 11:5, 11:10, 12:7, 12:11, 12:14, 12:19, 12:23, 13:9
**side** [3] - 3:13, 4:7, 7:15
**sides** [2] - 13:11, 13:14
**silence** [1] - 3:17
**six** [1] - 12:6
**SKADDEN** [1] - 2:6
**SLATE** [1] - 2:6
**SLATER** [16] - 1:15, 1:16, 3:5, 4:1, 4:4, 4:13, 4:21, 5:3, 5:14, 7:12, 7:24, 9:20, 9:25, 13:16, 14:15, 14:21
**Slater** [6] - 3:18, 3:25, 4:21, 5:12, 7:25, 10:5
**Sloan** [1] - 11:11
**SMITH** [1] - 2:20
**Solco** [1] - 2:9
**solution** [2] - 8:15, 9:1
**someone** [1] - 10:18
**sometime** [1] - 8:11
**sorry** [3] - 10:1, 10:23, 14:17
**sound** [1] - 8:25
**sounds** [1] - 14:15
**Special** [1] - 3:3
**SPECIAL** [25] - 1:13, 3:4, 3:6, 3:14, 3:17, 4:3, 4:6, 4:11, 4:15, 4:24, 5:6, 5:11, 5:20, 6:3, 6:14, 6:24, 7:4, 7:14, 7:18, 7:23, 7:25, 8:5, 8:25, 9:9, 10:8
**spelled** [1] - 6:22
**spoken** [1] - 11:3
**spokesperson** [1] - 5:17
**spring** [3] - 14:24, 15:3, 15:4
**starting** [1] - 6:3

**STATES** [2] - 1:2, 1:12
**status** [3] - 3:20, 3:21, 5:7
**STATUS** [1] - 1:6
**stay** [1] - 11:8
**stenography** [1] - 1:24
**Steve** [1] - 10:12
**STEVEN** [1] - 2:15
**still** [2] - 13:11, 13:23
**Streets** [1] - 1:9
**subject** [2] - 9:11, 11:8
**submit** [1] - 6:18
**submitted** [1] - 7:9
**suggest** [1] - 8:10
**suggested** [1] - 13:18
**Suite** [3] - 1:20, 2:3, 2:15
**summer** [1] - 15:2
**support** [1] - 5:1
**systems** [1] - 14:19

**T**

**team** [1] - 10:18
**TELEPHONIC** [1] - 1:6
**telephonically** [1] - 3:1
**testing** [2] - 5:7, 6:16
**Teva** [2] - 2:16, 2:17
**text** [4] - 8:13, 9:14, 9:17, 10:3
**texted** [1] - 8:8
**the Court** [17] - 3:13, 6:18, 6:20, 6:23, 9:24, 10:1, 10:10, 10:15, 10:21, 11:9, 11:22, 12:1, 12:18, 13:4, 14:5, 14:16, 14:23
**Thomas** [1] - 3:2
**THOMAS** [2] - 1:13, 1:19
**Thompson** [1] - 11:15
**Thorn** [3] - 11:18, 11:24, 12:3
**three** [5] - 11:9, 11:15, 11:19, 11:20, 12:10
**timing** [1] - 11:4
**Tippett** [1] - 13:7
**today** [5] - 3:8, 3:19, 5:23, 8:11, 12:3
**together** [1] - 10:4
**Tolley** [1] - 13:6
**TOLLEY** [1] - 13:7
**Tom** [2] - 10:9, 10:10
**toward** [1] - 5:15
**transcript** [2] - 1:24, 15:8
**transcription** [1] -

1:24
**Traurig** [1] - 10:13
**TRAURIG** [1] - 2:14
**tried** [1] - 10:2
**Trischler** [7] - 3:10, 5:10, 5:11, 6:5, 6:7, 6:10, 6:15
**TRISCHLER** [9] - 2:11, 3:9, 5:10, 6:12, 6:17, 7:16, 9:21, 12:8, 13:2
**trying** [1] - 13:23
**tuning** [1] - 10:7
**turn** [1] - 15:2
**two** [3] - 12:8, 12:12, 15:1

## U

**U.S** [2] - 1:8, 2:9
**unbelievably** [1] - 14:24
**UNITED** [2] - 1:2, 1:12
**unless** [1] - 6:18
**up** [5] - 10:1, 10:23, 12:3, 14:17, 14:23
**update** [3] - 3:20, 3:22, 6:13
**updated** [2] - 10:19, 10:21
**updates** [3] - 12:7, 12:9, 13:3
**USA** [1] - 2:17

## V

**VALSARTAN** [1] - 1:5
**Vanaskie** [5] - 3:2, 10:2, 10:9, 11:3, 11:5
**VANASKIE** [25] - 1:13, 3:4, 3:6, 3:14, 3:17, 4:3, 4:6, 4:11, 4:15, 4:24, 5:6, 5:11, 5:20, 6:3, 6:14, 6:24, 7:4, 7:14, 7:18, 7:23, 7:25, 8:5, 8:25, 9:9, 10:8
**voicemail** [1] - 8:8

## W

**Washington** [1] - 2:8
**weather** [1] - 14:24
**week** [1] - 5:25
**weeks** [1] - 15:1
**William** [1] - 11:11
**Williams** [1] - 13:4
**Williamson** [1] - 4:4
**Wilson** [3] - 11:18, 11:24, 12:4

**withdrawn** [1] - 11:11

## Y

**York** [1] - 2:7

## Z

**Zhejiang** [1] - 2:9
**ZHP** [1] - 4:8