THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF CLEM C. TRISCHLER** |

CLEM C. TRISCHLER, being of full age, certifies as follows:

1.  I am a Partner at Pietragallo Gordon Alfano Bosick & Raspanti, LLP, attorneys for Defendants Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc. ("Mylan"). I also am a member of the Defense Executive Committee for all Defendants in this MDL. I make this Certification based on personal knowledge and in support of the Defendants' Motion to Exclude Opinions of Zirui Song.

2.  Exhibit A, attached hereto is a true and accurate copy of the Expert Report of Dr. Zirui Song, dated November 10, 2021, served in MDL 2875.

3.  Exhibit B, attached hereto, is a true and correct copy of the condensed transcript of the deposition of Dr. Zirui Song, taken in connection with the above-captioned matter on February 8, 2022.

4.  Exhibit C, attached hereto, is a true and correct copy of the expert report of Dr. David Chan, dated January 12, 2022, served in MDL 2875. This document

1

has been filed with redactions to the extent it contains information that has been designated as "PROTECTED INFORMATION" as defined in the Protective Order.

5. Exhibit D, attached hereto, is a true and correct copy of the condensed transcript of the deposition of Dr. David Chan, taken in connection with the above-captioned matter on March 3, 2022.

Dated: May 3, 2022                                  Respectfully Submitted:

By: /s/ Clem C. Trischler
    Clem C. Trischler
    *Defense Executive Committee*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler,
Jason M. Reefer
Frank H. Stoy
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
cct@pietragallo.com
jmr@pietragallo.com
fhs@pietragallo.com

*Counsel for Mylan Laboratories, Ltd.*
*and Mylan Pharmaceuticals, Inc.*