# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER EXCLUDING THE OPINIONS OF ZIRUI SONG** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert Zirui Song, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2022

**ORDERED** as follows:

Defendants' Joint Motion to Exclude the Opinions of Zirui Song is Granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J.