UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

### NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE OPINIONS OF RON NAJAFI, PH.D.

**PLEASE TAKE NOTICE** that on July 5, 2022, or as soon thereafter as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of all Defendants named below, shall move for an entry of Order excluding the opinions of Plaintiffs' expert, Ron Najafi, Ph.D., pursuant to Federal Rules of Evidence 104, 702, and 703.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter and the Certification of Clem C. Trischler, Esq. together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 3, 2022                                  Respectfully Submitted:


By: */s/ Clem. C. Trischler*
    Clem C. Trischler
    *Defendants' Executive Committee*

    PIETRAGALLO GORDON
    ALFANO BOSICK & RASPANTI, LLP
    Clem C. Trischler
    Jason M. Reefer
    Frank H. Stoy
    38th Floor, One Oxford Centre
    Pittsburgh, Pennsylvania 15219
    Tel: (412) 263-2000
    Fax: (412) 263-2001
    cct@pietragallo.com
    jmr@pietragallo.com
    fhs@piettragallo.com

    *Counsel for Mylan Laboratories, Ltd.
    and Mylan Pharmaceuticals, Inc.*

    GREENBERG TRAURIG, LLP
    Lori G. Cohen
    Victoria Davis Lockard
    Steven M. Harkins
    Terminus 200
    3333 Piedmont Road, N.E.,
    Suite 2500
    Atlanta, Georgia 30305
    (678) 553-2100
    (678) 553-2386 (facsimile)
    CohenL@gtlaw.com
    LockardV@gtlaw.com
    HarkinsS@gtlaw.com

    *Counsel for Teva Pharmaceuticals
    USA, Inc., Teva Pharmaceutical*

Industries Ltd., Actavis Pharma, Inc., and Actavis LLC

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jessica D. Miller (DC Bar No. 457021)
*Liaison Counsel for Manufacturer Defendants*
Nina R. Rose (DC Bar No. 975927)
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 661-0525
jessica.miller@skadden.com
nina.rose@skadden.com

*Counsel for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc. and Solco Healthcare US, LLC*

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Devora.allon@kirkland.com
Alexia.brancato@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

MORGAN, LEWIS & BOCKIUS LLP
John P. Lavelle, Jr.
1701 Market Street
Philadelphia, Pennsylvania 19103

Tel: (215) 963-5000
Fax: (215) 963-5001
John.lavelle@morganlewis.com

John K. Gisleson
One Oxford Centre, Thirty-second Floor
Pittsburgh, Pennsylvania 15219
Tel: (412) 560-3300
Fax: (412) 560-7001
John.gisleson@morganlewis.com

*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Walter H. Swayze, III
Andrew F. Albero
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Tel: (215) 977-4100
Fax: (215) 977-4101
Pete.swayze@lewisbrisbois.com
Andrew.albero@lewisbrisbois.com

*Attorneys for Camber Pharmaceuticals, Inc. and The Kroger Co.*

HILL WALLACK LLP
Eric I. Abraham
William P. Murtha
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Tel: (609) 734-6358
Fax: (609) 452-1888
eabraham@hillwallack.com

wmurtha@hillwallack.com

*Attorneys for Hetero Drugs, Ltd. and Hetero Labs Ltd.*

HARDIN KUNDLA MCKEON & POLETTO
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
673 Morris Ave.
Springfield, New Jersey 07081
Tel: (973) 912-5222
Fax: (973) 912-9212
jpoletto@hkmpp.com
rblanton@hkmpp.com

*Attorneys for Hetero USA Inc.*

BARNES & THORNBURG LLP
Sarah E. Johnston, *Liaison Counsel for Retailer Defendants*
Kara Kapke
Kristen L. Richer
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
Fax: (310) 284-3894
Sarah.Johnston@btlaw.com
Kara.Kapke@btlaw.com
Kristen.Richer@btlaw.com

Kara Kapke
11 S Meridian St.
Indianapolis, Indiana 46204
Tel: (317) 236-1313
Fax (317) 231-7433
kara.kapke@btlaw.com

*Counsel for CVS Pharmacy, Inc. (incorrectly named as CVS Health*

*Corporation), Rite Aid Corporation, Walgreen Co. (incorrectly named as Walgreens Co.), and Walmart Inc. (incorrectly named as Walmart Stores, Inc.)*

HUSCH BLACKWELL LLP
Matt Knepper
James Spung
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105
Tel: (314) 480-1500
Fax: (314) 480-1505
Matt.knepper@huschblackwell.com
James.spung@huschblackwell.com

*Attorneys for Express Scripts, Inc.*

DORSEY & WHITNEY LLP
Roxanna Gonzalez
51 West 52nd Street
New York, New York 10019
Tel: (212) 415-9357
Fax: (212) 953-7201
Gonzalez.roxanna@dorsey.com

*Attorneys for Optum, Inc. and Optum Rx*

BUCHANAN INGERSOLL & ROONEY PC
Jonathan D. Janow
Jason R. Parish
1700 K Street NW
Suite 300
Washington, DC 20006
Tel: (202) 452-7940
Fax: (202) 452-7989
Jonathan.janow@bipc.com

Jason.parish@bipc.com

*Attorneys for Albertson's LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

By: */s/ Clem. C. Trischler*
Clem C. Trischler