# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF VICTORIA DAVIS LOCKARD, ESQ.** |

VICTORIA DAVIS LOCKARD, ESQ., being of full age, certifies as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC. I make this Certification based on personal knowledge and in support of the Defendants' Joint Motion to Exclude the Opinions of Kaliopi Panagos, Pharm.D., R.Ph.

2. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Kali Panagos, Pharm.D., R.Ph., dated November 9, 2021, with Appendices A-B, served in MDL 2875.

3. Attached hereto as Exhibit B is a true and accurate copy of the transcript of the deposition of Kali Panagos, Pharm.D., R.Ph., in MDL 2875, dated January 21, 2022.

4. Attached hereto as Exhibit C is a true and accurate copy of the article entitled "ASHP Guidelines on the Pharmacy and Therapeutics Committee and the Formulary System," 78 Am. J. Health-Syst. Pharm. 907, dated May 15, 2021.

Dated: May 3, 2022

Respectfully submitted,

/s/ *Victoria Davis Lockard*
Victoria Davis Lockard
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
Tel.: (678) 553-2103
Fax: (678) 553-2104
LockardV@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Actavis Pharma, Inc., and Actavis LLC*

2

## CERTIFICATE OF SERVICE

I, Kate Wittlake, an attorney, hereby certify that on May 3, 2022, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF.

*/s/ Kate Wittlake*
Kate Wittlake