# EXHIBIT 5
# (REDACTED FILED UNDER SEAL)