# EXHIBIT 9
# (REDACTED FILED UNDER SEAL)