# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## NOTICE OF WHOLESALER DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF RENA CONTI, Ph.D.

**PLEASE TAKE NOTICE** that on June 21, 2022, or as soon thereafter as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of Wholesaler Defendants named below, shall move for an entry of Order excluding all opinions of Plaintiffs' expert, Reni Conti, Ph.D., as to Wholesaler Defendants, including but not limited to unjust enrichment and unjust enrichment damages opinions, pursuant to Federal Rules of Evidence 104, 702, and 703.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

1

Dated: May 3, 2022                                  Respectfully submitted:

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
Liaison Counsel for Wholesalers
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
Email: jgeoppinger@ulmer.com

*Counsel for AmerisourceBergen Corporation*


Andrew D. Kaplan
Daniel T. Campbell
Marie S. Dennis
Emily G. Tucker
Luke J. Bresnahan
CROWELL & MORING
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel.: (202) 624-1000
Fax: (202) 628-5116
Email: akaplan@crowell.com
Email: dcampbell@crowell.com
Email: mdennis@crowell.com
Email: etucker@crowell.com
Email: lbresnahan@crowell.com

*Counsel for Cardinal Health, Inc.*


D'Lesli M. Davis
Ellie K. Norris
NORTON ROSE FULBRIGHT US LLP

2

               2200 Ross Avenue, Suite 3600
               Dallas, TX 75201-7932
               Tel: (214) 855-8221
               Fax: (214) 855-8200
               Email: dlesli.davis@nortonrosefulbright.com
               Email: ellie.norris@nortonrosefulbright.com

               *Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2022, I filed the foregoing **NOTICE OF WHOLESALER DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF RENA CONTI, Ph.D.** electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

                                                s/ *Jeffrey D. Geoppinger*
                                                Jeffrey D. Geoppinger