UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>[PROPOSED] ORDER EXCLUDING THE OPINIONS OF RENA CONTI, Ph.D. |

## ORDER

**THIS MATTER,** having been opened to the Court by Wholesaler Defendants for entry of an order excluding all opinions of Plaintiffs' expert Rena Conti, Ph.D. as to Wholesaler Defendants, including but not limited to unjust enrichment and unjust enrichment damages opinions, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2022

**ORDERED** as follows:

Wholesaler Defendants' Motion to Exclude the Opinions of Rena Conti, Ph.D. is Granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J.