

**Masonic Cancer Center**

UNIVERSITY OF MINNESOTA

Comprehensive Cancer Center designated by the National Cancer Institute

*2231 6th Street SE*
*Room 2-148 CCRB*
*Minneapolis, MN 55455*
*Phone: (612) 624-7607*
*Fax: (612) 624-3869*
*hecht002@umn.edu*

July 6, 2021

Adam M. Slater
Mazie Slater Katz & Freeman
103 Eisenhower Parkway
Roseland, New Jersey 07068

Dear Mr. Slater:

At your request I have reviewed scientific literature, corporate documents, deposition testimony, and regulatory documents and standards, as set forth in this report and the attached Exhibits, and applied my education, training, and knowledge to provide opinions related to the contamination of valsartan manufactured by API manufacturers including ZHP, Hetero, Mylan, and Aurobindo with nitrosamines, and in particular NDMA and NDEA (the "contaminated valsartan"), and then incorporated into finished dose form by the same manufacturers, as well as finished dose manufacturers Teva and Torrent, who purchased the API from the API manufacturers (Teva from ZHP and Mylan, Torrent from ZHP) and incorporated the contaminated valsartan into their finished doses.

As set forth in detail herein, it is my opinion that the NDMA and NDEA levels found in the contaminated valsartan were completely avoidable and therefore are and were unreasonably dangerous, causing an increased risk for the development of cancer for those people ingesting the contaminated valsartan. All opinions set forth herein are held to a reasonable degree of scientific certainty, and have been formed based upon application of scientifically validated methodologies that I utilize in my own scientific work. My background and credentials are set forth in my curriculum vitae, which is attached hereto as Exhibit 1. The list of documents reviewed as part of my analysis is attached hereto as Exhibit 2. The list of scientific literature references specifically relied on for my opinions is attached hereto as Exhibit 3, with the caveat that the scientific literature relevant to the issues addressed is vast, and my familiarity with that literature certainly informs my knowledge in this field, as does all of my experience, even if not specifically listed.

*Stephen S. Hecht*

Stephen S. Hecht, Ph.D.
Wallin Professor of Cancer Prevention
American Cancer Society Professor
American Chemical Society Fellow



**NCI**
Designated
Comprehensive
Cancer Center

## I. Professional Background

I will first provide an overview of my professional background.  I received my B.S. degree in chemistry (with honors) from Duke University in 1964 and my Ph.D. in organic chemistry from the Massachusetts Institute of Technology (MIT) in 1968. From 1968-69, I held a postdoctoral fellowship position at MIT in the laboratory of Professor Klaus Biemann, a pioneer in the application of mass spectrometry to organic chemical analysis.  My research helped lay the groundwork for analysis of samples to be returned by NASA astronauts from the moon, and analyzed for trace organic molecules using mass spectrometry.  I was an assistant professor of chemistry at Haverford College from 1969-1971, and a National Research Council Fellow at the U.S. Department of Agriculture from 1971-1973, carrying out research on practical applications for utilizing excess animal fat.  My research career on nitrosamines began when I joined the American Health Foundation in 1973, initially as Head of the Section of Organic Chemistry in the Division of Environmental Carcinogenesis (1973-1980), then as Head of the Division of Chemical Carcinogenesis (1980-1996), and concurrently as Director of Research for the Foundation (1987-1996).  The American Health Foundation was a private research institute founded by the eminent epidemiologist Ernst L. Wynder.  I will discuss my research in more detail later, but I note here that I have carried out research related to nitrosamines continually since 1973.  I have been continually funded for this research by the U.S. National Cancer Institute since 1975.  Among a number of highly important contributions to the nitrosamine research field, my colleagues and I were the first to characterize "tobacco-specific nitrosamines" in tobacco products. These nitrosamines, among which are the powerful cancer causing agents NNK (Nicotine-derived nitrosamine ketone) and NNN (N-Nitrosonornicotine), considered "carcinogenic to humans" by the International Agency for Research on Cancer, are widely viewed as some of the main cancer causing agents in tobacco products.  Our research paper in the 1978 Journal of the National Cancer Institute, describing these compounds, has been cited by the American Association for Cancer Research as a "Landmark in Cancer Research."  In 1996, I relocated to the University of Minnesota where I hold my current position as Wallin Professor of Cancer Prevention, a "Land Grant Endowed Chair" in cancer prevention research.  My academic appointment is in the Department of Laboratory Medicine and Pathology, in the University of Minnesota Medical School.  I am also a member of the Medicinal Chemistry and Pharmacology graduate programs.  From 1998-2014, I was the founding Head of the Carcinogenesis and Chemoprevention Program of the Masonic Cancer Center, University of Minnesota, a National Cancer Institute designated Comprehensive Cancer Center.  I currently lead a research group of 10-15 scientists with B.S., M.S., or Ph.D. degrees in the chemical and biological sciences.  Our research, which focuses on mechanisms and prevention of cancer induced by tobacco products and environmental agents, is fully funded by grants from the U.S. National Cancer Institute and the National Institute of Environmental Health Sciences.  I am the principal investigator of three R01 grants and a program project (P01) grant, from the National Cancer Institute and co-investigator on a number of other grant and cooperative agreement awards from the National Institutes of Health and the Food

and Drug Administration.  I have been awarded a Merit Award (10 years of funding) and an Outstanding Investigator Grant (14 years of funding) from the National Cancer Institute.  My research has been recognized by a number of prestigious awards, including election as a Fellow of the American Association for the Advancement of Science, a Fellow of the American Chemical Society, and a Research Professor of the American Cancer Society.  To the best of my knowledge, I am the only scientist who has ever held the latter two awards from the American Chemical Society and the American Cancer Society simultaneously.  I received the American Association for Cancer Research/Cancer Research and Prevention Foundation Award for Excellence in Cancer Prevention Research in 2006 and the Founders Award from the Division of Chemical Toxicology, American Chemical Society, in 2009.  I received the Joseph Cullen Award from the American Society of Preventive Oncology in 2012.  I received the William Cahan Distinguished Professor Award from the Flight Attendant Medical Research Institute in 2002 and the Alton Ochsner Award Relating Smoking and Health in 2001.  I received the Minnesota Award from the Minnesota Section of the American Chemical Society in 2017.  I am a member of the Academy for Excellence in Health Research and the Academy for Excellence in Team Science at the University of Minnesota.  My publication entitled "Tobacco Smoke Carcinogens and Lung Cancer", published in the Journal of the National Cancer Institute in 1999, can be found on the University of Minnesota Medical School "Wall of Scholarship" because it was cited more than 1,000 times in the peer-reviewed literature.  I served as Editor-in-Chief of the American Chemical Society journal *Chemical Research in Toxicology* from 2013-2017 and as an Associate Editor of the *Journal of Medicinal Chemistry* from 2004-2012.

Respected researchers are invited by the National Institutes of Health as well as private foundations to serve on peer review groups for evaluation of research proposals submitted by scientists from the U.S. and abroad.  I was chair of the "Chemo-Dietary Prevention Study Section" of the NIH from 2006-2009, and served on the "Chemical Pathology Study Section" from 1981-1985.  I was on the Board of Scientific Counselors of the National Cancer Institute from 2001-2004.  I served on the "Carcinogenesis, Nutrition, and the Environment Study Section" of the American Cancer Society from 1998-2001, and as its Chair in 2001.  I served on the American Cancer Society "Council for Extramural Grants" from 2010-2014.  I served on the "Grants Review Panel" for the American Institute for Cancer Research from 1984-1987.  I currently serve, since 2011, on the National Cancer Institute "PREVENT Study Section."  I continue to be in demand as an ad hoc member of multiple other peer review panels.

Numerous other service activities to the scientific research community are listed in my Curriculum Vitae.  I note some of the more important ones here.  I have served on multiple writing groups for the International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans.  This important and prestigious series reviews and evaluates specific exposures and chemicals for evidence of carcinogenicity.  Each committee member reviews a significant aspect of the literature and prepares a lengthy and detailed written

document. These documents are reviewed and discussed in a 10 day meeting in Lyon, France resulting in an evaluation of carcinogenic activity to humans and ultimately the publication of a monograph. The series is currently in Volume 127. I served on the Monograph Committees on "Tobacco Habits Other than Smoking," Volume 37, 1985; "Tobacco Smoke and Involuntary Smoking", Volume 83, 2002; "Betel Quid and Areca Nut," Volume 85, 2003, as committee Chair; "Smokeless Tobacco and Some Related Nitrosamines," Volume 89, 2004, and "A Review of Human Carcinogens; Lifestyle Factors," Volume 100E, 2009. I was a member of the National Toxicology Program Board of Scientific Counselors from 1997-2001 and the Science Advisory Board for the National Center for Toxicological Research from 1998-2002. I was on the Board of Scientific Counselors for the Division of Cancer Etiology of the National Cancer Institute from 1989-1995. I was Chair of the Division of Chemical Toxicology of the American Chemical Society from 1999-2000. I served on the Health Research Committee of the Health Effects Institute from 1992-1996. I have also served on numerous advisory groups for academic research centers specializing in toxicology and cancer research.

I am in demand as a speaker on topics pertinent to cancer prevention research, with particular emphasis on tobacco and cancer including basic, applied, and epidemiologic studies on nitrosamines. I have given formal invited lectures worldwide averaging about five per year since 2002 in almost every state of the U.S. and at scientific conferences and universities in Europe, Asia, and South America.

I have published over 880 original manuscripts, book chapters, reviews, and other peer reviewed documents in the scientific literature. This includes more than 600 original research articles in peer-reviewed journals. More than half of these original research articles are concerned with nitrosamines, including nitrosodimethylamine (NDMA), also known as dimethylnitrosamine (DMN). My H-index is 91, and my articles have been cited more than 35,000 times.

My first publication on nitrosamines was in 1974 when my colleagues and I discovered $N'$-nitrosonornicotine (NNN) in smokeless tobacco. This was the first example of a carcinogenic nitrosamine in unburned tobacco; in fact, the first example of any carcinogen in unburned tobacco. This paper was published in *Science*, and revolutionized the characterization and carcinogenicity assessment of tobacco products.

In the 1970s when my research on nitrosamines began, there was great interest in these compounds as potential carcinogenic constituents of food, drugs, tobacco products, and other consumer products. In 1956, Magee and Barnes had published their groundbreaking study demonstrating that NDMA caused liver cancer in rats. This was remarkable because NDMA is a water-soluble compound with only 11 atoms, and it had been supposed at the time, based on studies of polycyclic aromatic hydrocarbons, that carcinogenic agents were typically larger fat soluble compounds. The Magee and Barnes study stimulated an explosion of research on nitrosamines including extensive carcinogenicity testing and analysis

4

projects. Beginning in the 1970s, the U.S. Food and Drug Administration held regular meetings to address critical issues such as the contamination of bacon with *N*-nitrosopyrrolidine and related volatile nitrosamines including NDMA. Numerous analytical methods were developed for volatile nitrosamines such as NDMA in particular. The challenge was to be able to quantify relatively low levels of nitrosamine contaminants in common food and drug products. This was before the development and common use of highly sensitive mass spectrometers which are the current instruments of choice for the routine analysis of nitrosamines. Various methods were developed, but the one that was ultimately widely used was "Thermal Energy Analysis," in which the nitrosamine molecule was split and the released NO detected. This method was developed by a small company - Thermo Electron Corporation - now the huge instrument and scientific products corporation Thermo Fisher Scientific. The Thermal Energy Analyzer method was applied to numerous products and NDMA contamination was found in products such as beer, cured meats, and others. There was sufficient interest in nitrosamines in the period 1973-1996 that the International Agency for Research on Cancer sponsored biennial meetings for presentation of research on nitrosamines. These meetings were typically attended by 200-300 participants. Ultimately, the levels of common volatile nitrosamines such as DMN in most consumer products were decreased by process modifications and their concentrations rarely exceeded 5-10 ppb (0.005-0.01 ppm).

Our research on carcinogens in tobacco products fit very well into this framework of international interest, and we pursued it aggressively. Using my skills in analytical organic chemistry and mass spectrometry, and working together with an outstanding interdisciplinary team at the American Health Foundation, we carried out studies on the analysis of nitrosamines in tobacco products, the formation and synthesis of tobacco-specific nitrosamines, and the carcinogenicity of nitrosamines including tobacco-specific nitrosamines, cyclic nitrosamines, and other nitrosamines found in consumer products. We then extended our studies to investigate the metabolism of nitrosamines in laboratory animals and humans, and based on these studies developed biomarkers of nitrosamine exposure by quantifying nitrosamine metabolites in human urine. This research led to further investigations of human exposure to nitrosamines, particularly tobacco-specific nitrosamines. In a series of studies with significant policy implications, we demonstrated consistent exposure of non-smokers to carcinogenic tobacco-specific nitrosamines such as NNK via secondhand tobacco smoke in the home and a variety of commercial settings. These studies analyzed urinary NNAL, a metabolite of the lung carcinogen NNK, and contributed significantly to research supporting the clean air acts that have virtually eliminated indoor smoking, a known cause of lung cancer in non-smokers. Our studies on nitrosamine metabolism led logically to research on the interaction of their metabolites with DNA, the critical step in cancer induction by nitrosamines and other carcinogens. Our group characterized most of the DNA adducts formed by tobacco-specific nitrosamines and related cyclic nitrosamines. This research took advantage of my strong background in organic chemistry and analytical chemistry, particularly with the application of mass spectrometry.

Thus, as a result of more than 45 years of research in chemical and tobacco carcinogenesis, much of it focused on nitrosamines, I am thoroughly familiar with the state of the art in the formation, quantitative analysis, chemistry, biochemistry, metabolism, carcinogenicity, human exposure biomarkers, and DNA damage by nitrosamines. I currently serve on the European Food Safety Authority panel evaluating nitrosamines in food. I also served on the expert panel for the FDA Workshop entitled "Nitrosamines as Impurities in Drugs: Health Risk Assessment and Mitigation Public Workshop," March 29, 2021.

II.  Nitrosamines

## 1. Chemical structures.

Nitrosamines are simple organic compounds formed by the attachment of an N=O group to an amino nitrogen.

## 2. Formation of nitrosamines

The formation of nitrosamines from secondary amines is textbook organic chemistry, a reaction familiar to all students in their first encounter with organic chemical reactions.[1,2]  The nitrosation of secondary amines occurs so easily that it was once widely used in qualitative organic analysis as a test for the presence of a secondary amine, but after the discovery of nitrosamine carcinogenesis, this was eventually discontinued.  Secondary amines such as dimethylamine and diethylamine are easily nitrosated by the agent nitrous anhydride ($N_2O_3$), which is formed from 2 molecules of nitrous acid ($HNO_2$), the conjugate acid of sodium nitrite ($NaNO_2$).[3]  $N_2O_3$ reacts rapidly with a secondary amine such as dimethylamine or diethylamine to form the corresponding nitrosamine, in this case NDMA or *N*-nitrosodiethylamine (NDEA), respectively.  The optimal pH for this sequence of reactions is 3.4, but it occurs over a wide range of pH values including at a pH 7 (neutral) with varying rates as expressed by the equation:

Rate = k [amine][nitrite]$^2$.

Tertiary amines can also be nitrosated to form dialkylnitrosamines such as NDMA.[4]  Nitrosation of nicotine to produce NNK and NNN is a well-known example of tertiary amine nitrosation.[5]  Nitrosation reactions can occur at neutral and basic pH with catalysis by formaldehyde[6] and can be inhibited by ascorbic acid.[7]  Regarding the formation of NNK and NNN, we applied the known nitrosation chemistry to demonstrate that nicotine could be converted to 3 nitrosamines - NNK, NNN, and NNA.

This groundbreaking research established the chemical basis of nicotine nitrosation that eventually led to the identification of NNK in tobacco and tobacco smoke.[8,9]  The identification of NNK in tobacco products then led to its testing for

6

carcinogenicity, which showed that it is a potent lung carcinogen in multiple animal species, independent of the route of administration, inducing mainly adenocarcinoma of the lung, now the major type of tumor seen in cigarette smokers.[10]

### 3. Analysis of nitrosamines

A great deal of effort has been devoted to the analysis of nitrosamines in various settings including food, drinking water, tobacco products, beer, medicines, and other consumer products. The rationale for these detailed and extensive studies derives from the powerful carcinogenicity of these compounds, for which the scientific community has consistently raised concerns about human exposure. Highly reliable analytical methods for determination of trace amounts of nitrosamines have existed for decades – first the nitrosamine specific "Thermal Energy Analysis" noted above and in more recent years sophisticated and sensitive mass spectrometric methods. All of these methods have been extensively validated for accuracy, precision, sensitivity, and overall reliability, and all existed prior to and during the development of the manufacturing processes at issue. The earlier analyses of preformed nitrosamines in food and beverages have been reviewed. In a representative summary, levels of "volatile nitrosamines" such as NDMA and NDEA in at least 60 different food types were recapitulated, typically being found in the 0-10 parts per billion range (micrograms per kilogram, or micrograms per liter), with occasional exceptions often involving foods preserved by smoking or related techniques. Levels of volatile nitrosamines in food are now generally lower in part because of regulations regarding the amount of nitrite that can be used.[11] A recent review has summarized current analytical data on human exposure to preformed nitrosamines.[12,] Nitrosamine levels in tobacco, food and beverages, drinking water, and personal care products were presented. The highest average levels were found in tobacco products (16,100 ng/g), followed by personal care products (1500 ng/g), while the lowest amounts were found in food and beverages (6.7 ng/g). Maximum average exposure to nitrosamines was estimated at about 25 µg per day, driven mainly by use of tobacco products.

### 4. Carcinogenicity of nitrosamines and NDMA in particular

In a landmark publication, Magee and Barnes first demonstrated the carcinogenicity of NDMA.[13] The substance was administered in the diet of rats (10 male and 10 female) at a concentration of 50 ppm. Between the 26th and 40th week, 19 of the treated animals developed primary hepatic tumors, with metastases in 7 cases. This remarkable finding initiated an entire branch of research ultimately resulting in the discovery of nitrosamines that readily and specifically induced tumors in virtually all major organs. High doses of NDMA are lethal; a median lethal dose in rodents of 20-40 mg/kg body weight has been reported.[14] The principal mechanism of death is severe hemorrhagic necrosis of the liver.[15] Consistent with this, cases of human poisoning by NDMA have been reported when large amounts of

the compound were used without precautions or when NDMA was used in deliberate attempted murders.[16]

The carcinogenicity of NDMA was demonstrated in several different strains of rats. Long-term administration of non-lethal doses of NDMA, typically about 4 mg/kg bw/day, consistently produced high incidences of hepatocellular carcinomas and cholangiocellular tumors. Short term administration of high doses of NDMA typically produced kidney tumors in multiple studies. The carcinogenicity of NDMA was significantly reduced by substitution of its methyl hydrogens with deuterium; the resulting deuterium isotope effect retarded its metabolic activation.[17] An extensive dose-response study of NDMA and NDEA on 4,080 rats demonstrated that a dose of 1 ppm of NDMA or NDEA in the drinking water caused about 25% of the rats to develop a liver neoplasm, a dose of 0.1 ppm caused about 2.5% to do so, and a dose of 0.01 ppm caused about 0.25% to do so, etc., with no indication of a "threshold."[18] In a study carried out by our group, the carcinogenic activities of NDMA and the tobacco-specific lung carcinogen NNK were compared.[19] Groups of 30 male F-344 rats were given 60 s.c. injections of 0.0055 mmol/kg of either NNK or NDMA over a 20 week period (total dose, 0.33 mmol/kg) and the experiment was terminated after 104 weeks. NDMA induced liver tumors in 6 of 30 rats; NNK induced a similar number of liver tumors but also a high incidence of lung adenocarcinoma and nasal cavity tumors.

The carcinogenicity of NDMA has been demonstrated in multiple species.[20] In Syrian golden hamsters, it induced various types of liver tumors when given by gavage or in the drinking water. Chinese hamsters and European hamsters also developed liver tumors when administered NDMA by injection. Guinea pigs developed liver tumors when given NDMA in the diet. Rabbits given NDMA in the diet developed liver carcinomas with lung metastases. Rainbow trout given NDMA in the diet developed hepatocellular tumors. Various strains of mice injected with NDMA developed liver and lung tumors. Liver tumors were also observed in mastomys administered NDMA by subcutaneous injection. Guppies and frogs exposed to NDMA in aquarium water resulted in the development of liver tumors. Rabbit, mink, blue fox, and duck are additional species in which NDMA induced liver tumors.

The pharmacokinetics and DNA binding of NDMA have been studied in detail in a range of species including mice, rats, rabbits, hamsters, dogs, pigs, and monkeys. Consistently, these studies have demonstrated high systemic clearance and high oral bioavailability of NDMA. In one study, NDMA was rapidly excreted into the saliva after i.v. and p.o. administration to dogs.[21] A consistent and linear pharmacokinetic and metabolic pattern emerged in these studies resulting in the conclusion that extrapolation to humans of conclusions obtained in studies using laboratory animals was justified.[22,23,24,25]

Similarly, the carcinogenicity of NDEA, which is more potent than NDMA, has been demonstrated in multiple species including in various different strains of rat,

mouse, and hamster as well as guinea pigs, chickens, rabbits, cats, dogs, pigs, monkeys, gerbils, snakes, hedgehogs, grass frogs, birds, and fish.[26]  Dr. Lance Molnar, Ph.D., Mylan's Senior Director, Global Pharmacology and Toxicology, testified in his deposition that both NDMA and NDEA "are genotoxic carcinogens … in every experimental animal that they've been evaluated in" and are "demonstrated to produce tumors."[27]

In summary, NDMA and NDEA have been extensively tested in multiple species and at extremely low doses.  Very few, if any, other chemicals have been so thoroughly tested for carcinogenicity, producing uniformly positive results.  These data leave no doubt as to the high potency of NDMA and NDEA to induce tumors in laboratory animals and likely in humans.  The lethality of NDMA at high doses has been observed in both laboratory animals and humans.

It is worth noting that both NDMA and a structurally related compound, dimethyl sulfate, are classified by IARC as belonging to Group 2A, "probably carcinogenic to humans."[28,29]  According to the IARC Monographs preamble, this category is used when there is limited evidence of carcinogenicity in humans and sufficient evidence of carcinogenicity in experimental animals.  Of importance, IARC classification does not consider or indicate the strength of carcinogenicity.  Thus, while NDMA is a far more potent carcinogen than dimethyl sulfate, both are classified as Group 2A.  In an interesting exchange between Min Li of ZHP and ZHP's consulting toxicologist, Charles Wang, Ph.D., Dr. Wang advised that NDMA should actually be classified as Class 1B, stating:  "Looks like IARC does consider NDMA as a Class 2A agent. However, according to the definition of Class 2 in ICH M7(R1) guideline, the Class 2 compound should be a 'Known mutagens with unknown carcinogenic potential (bacterial mutagenicity positive*, no rodent carcinogenicity data)'. There are plenty rodent carcinogenicity data for NDMA (see revised report in the attached, page 4). In Fisher MSDS, NDMA has been classified as Class 1B for carcinogenicity (attached)."[30]  In addition, NDMA is not classified in Group 1, "carcinogenic to humans", as there is no instance, other than the poisoning murder incidents noted above, in which humans have been exposed exclusively to relatively low doses of NDMA in the absence of other potentially carcinogenic exposures; exposure to nitrosamines always occurs in mixtures.  The exception to this IARC classification is the tobacco-specific nitrosamines NNK and NNN, to which human exposure also occurs as mixtures with other tobacco constituents (their carcinogenic activities and concentrations in tobacco products, particularly smokeless tobacco, along with sufficient metabolic data, lead to the higher classification).[31]  Carcinogenicity data for dimethyl sulfate were summarized in the IARC Monographs.[32]  Of course, as recognized below, it would be unethical to perform studies on the effects of NDMA and NDEA on humans due to their potency, consistent with the routine use of nitrosamines to cause cancer in laboratory animals.

More than 200 nitrosamines of different chemical structures (e.g., different R groups attached to the N-N=O group) have been tested for carcinogenicity and at

least 199 of them cause tumors in laboratory animals.[33]  Nitrosamines are frequently organospecific in these studies, meaning that, depending on the structure of the nitrosamine, specific organs or tissues may be affected.  Thus, for NDMA, the main target tissues demonstrated in animal studies are the liver and kidney, independent of the route of administration and species in which the test is performed.  NDEA also targets these tissues in addition to causing tumors of the esophagus.  In contrast, di-*n*-butylnitrosamine causes mainly tumors of the urinary bladder in several different animal species, while methylbenzyl nitrosamine specifically causes esophageal tumors in rats.  These organospecific characteristics of nitrosamine carcinogenesis have been linked to their metabolism in specific tissues.  Metabolism is absolutely required for the carcinogenicity of nitrosamines and it has been established that α-hydroxylation (replacement of the hydrogen atom adjacent to the N-N=O group by a hydroxyl group) catalyzed by specific cytochrome P450 enzymes present in the liver and other tissues, is the major pathway of metabolism leading to carcinogenesis.  Multiple human tissues contain these enzymes and can metabolize nitrosamines; therefore, it is likely that when exposed to nitrosamines, humans are susceptible to developing a wider spectrum of cancers targeting additional organs.  There are some instances of concordance between target tissues of nitrosamine carcinogenesis in laboratory animals and in humans.  One example is the tobacco-specific nitrosamine NNN, mentioned above.  NNN causes esophageal and oral tumors in rats.  A prospective epidemiology study carried out in male cigarette smokers in Shanghai demonstrated a strong relationship between NNN exposure (as determined by NNN in urine) and esophageal cancer in the study subjects.  NNN is also the only strong oral carcinogen in smokeless tobacco, a known cause of oral cancer in humans.

## 5. Carcinogenicity of nitrosamines in humans

Exposure to nitrosamines, including NDMA and NDEA, is a likely cause of cancer in humans.  For example, there are examples of human poisoning by NDMA which coincide with toxicity studies in rats, as noted above.  Human metabolism of NDMA, NDEA, and other nitrosamines by the pathways known to lead to DNA damage - identical to that seen in rats that developed tumors upon treatment with these nitrosamines - has been demonstrated in numerous studies using various experimental systems.  These included human liver slices, human liver subcellular fractions such as microsomes (with activity just as high as rat liver microsomes), and explant cultures of various human tissues including bronchus, esophagus, bladder, and colon.[34]  These results are consistent with the known activities of human hepatic cytochrome P450 enzymes such as P450s 2E1 and 2A6, which efficiently metabolize NDMA and NDEA.[35]  DNA adducts known to result from NDMA and NDEA such as 7-methylguanine and $O^6$-methylguanine have been detected in human tissues.[36,37,38]

Thus, pathways of metabolism and DNA damage observed in humans clearly replicate those in laboratory animals that developed tumors upon treatment with NDMA.  There is no reason to doubt that humans are susceptible to carcinogenesis

by NDMA and NDEA, considering their powerful carcinogenicity and the immense amount of supporting biochemical and toxicological data which are available. For example, among all nitrosamines, the tobacco-specific nitrosamines NNN and NNK are widely recognized as human carcinogens because of the high levels of human exposure.[39,40,41] In a study of exposures to British workers in the rubber industry, it was concluded that, "Consistent with previous studies, *N*-nitrosamines exposures in the rubber industry, were associated with mortality from cancers of the bladder, lung, stomach, leukaemia, multiple myeloma, oesophasus, prostate, pancreas and liver."[42]

Collectively, these observations support the human carcinogenicity of nitrosamines in general, which are potent mutagenic carcinogens. There is no reason to expect that humans would differ from laboratory animals with respect to the existence of nitrosamine carcinogenesis. All of the main metabolic activation pathways of nitrosamines that occur in laboratory animals treated with these compounds also occur in human tissues. The DNA adducts that are formed are identical. For example, treatment of laboratory animals with NDMA causes the formation of 7-methylguanine and $O^6$-methylguanine in DNA; the latter is known to cause mutations, specifically G to A mutations.[43] The exact same DNA adducts and mutations are found in human tissues exposed to NDMA in vitro. Given sufficient exposure to NDMA and NDEA, as with the levels found in the contaminated valsartan (see below), the formation of these DNA adducts would be sufficient to cause mutations and cancer in exposed humans.

The World Health Organization published a peer reviewed analysis of the carcinogenicity of NDMA in 2002.[44] The findings include: "Based upon laboratory studies in which tumours have been induced in all species examined at relatively low doses, NDMA is clearly carcinogenic and clastogenic. …. Qualitatively, the metabolism of NDMA appears to be similar in humans and animals; as a result, it is considered highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposure."[45] In the Effects Evaluation, with regard to Carcinogenicity, the study states: "The weight of evidence of the carcinogenicity of NDMA in mammalian species is consistent and convincing. Moreover, the pattern of tumour development is characteristic of that for a mode of action of carcinogenesis involving direct interaction with genetic material. In available studies, NDMA has induced tumours in all species examined (mice, rats, hamsters), at relatively low doses in some cases, irrespective of the route of exposure (oral, inhalation); tumours were induced in a wide range of tissues, including the liver, Leydig cells, lungs, kidney, and nasal cavity, in the absence of significant non-neoplastic effects, in the limited number of studies in which these were well examined. …. NDMA has been consistently mutagenic and clastogenic in human and rodent cells exposed *in vitro*. …. DNA adducts (in particular, O6-methylguanine) formed by the methyldiazonium ion generated during metabolism likely play a critical role in NDMA carcinogenicity. …. Putative pathways for the metabolism of NDMA are similar in rodents and humans, and indeed the formation of O6-methylguanine has been detected in human tissues exposed to NDMA. Therefore, owing to the

11

considerable evidence of carcinogenicity of NDMA in laboratory species, evidence of direct interaction with DNA consistent with tumour formation, and the apparent lack of qualitative species-specific differences in the metabolism of this substance, NDMA is highly likely to be carcinogenic to humans."[46]

ZHP cited to the WHO article in its Deviation Investigation Reports, and Min Li, Ph.D., Vice-President for Analytical Operations for ZHP, confirmed that this was because the article was considered to be scientifically reliable.[47] Dr. Li, who holds a Ph.D. in Organic Chemistry from Johns Hopkins University, also confirmed that ZHP stated in its own Deviation Investigation Report that NDMA is, "a probable, you know, carcinogenic to human."[48] ZHP also stated in the Deviation Investigation Report for the TEA process that "NDEA is considered as a probably human carcinogen based on projection from the animal studies." ZHP cited to Pharmol. Ther., 1996, Vol. 71, Nos. 1/2, pp. 57-81 for this. ZHP also cited to Int. J. Biol. Sci. 2013, Vol. 9, No. 3, pp.237-245 for the observation that NDEA "is one of the most potent chemical hepatocarcinogens of this class, which can induce a variety of liver lesions in rodents."[49] Min Li also confirmed that there are no studies deliberately performed on humans with regard to the carcinogenicity of nitrosamines because it would be unethical to knowingly give NDMA to humans, as a result of the risk of cancer. More to the point, Min Li confirmed that it would be unethical "to give humans NDMA in the levels that were found in the valsartan pills."[50]

Min Li also testified with regard to information provided to ZHP by ZHP's consulting toxicologist, Charles Wang, Ph.D. Dr. Wang advised ZHP regarding the risk associated with the NDMA and NDEA in the valsartan, and his analysis was the basis for the toxicological assessment found in the Deviation Investigation Reports.[51] Min Li confirmed that Dr. Wang was consulted because he was deemed an expert who would be trusted to provide "reliable information."[52] Among other things, Dr. Wang advised ZHP that the classification of NDMA as a Class 2A agent was incorrect, and should instead be designated as Class 1B, since, "There are plenty rodent carcinogenicity data for NDMA."[53] In addition, Dr. Wang consulted what he termed, "a carcinogenicity expert consultant to perform the analysis who knows risk assessment of carcinogen and kept updated in regulatory guideline and standards in this field." In an email dated July 6, 2018, this expert, James McDonald, Ph.D., advised Dr. Wang – who relayed this information to Min Li - that, "the body of evidence on this suggests pretty clearly that this is a likely human carcinogen at sufficient exposures. The argument that the company would have to make to keep this product on the market will be very difficult with this profile. I'm not exactly sure where one would begin given the very high levels [his understanding was 30 ppm per a prior email from Dr. Wang] you think they are seeing. …. I expect this is not what they would want to hear but, unless there is a compelling reason to leave this product on the market (e.g.: only product available to treat a serious, life-threatening disease), I would expect the FDA would ask for a recall."[54]

Bandaru Venkata Ramarao, Vice President of Quality Control for Hetero Unit 5 (the finished dose manufacturing division of Hetero) also testified to the

significant carcinogenic risk presented by the NDMA contamination of Hetero's valsartan.  In discussing the FMEA (Failure Modes and Effects Analysis) risk evaluation performed by Hetero, Mr. Ramarao testified that the severity of the hazard presented by the NDMA impurity, "was at the highest level because of the level of NDMA and because it's a probable carcinogen. . ."  The Health Hazard was described in the FMEA as "Identified impurity is carcinogenic in nature," and he agreed this meant, "this is something that can cause cancer. . ."  Finally, he confirmed that the overall risk priority number, or RPN, was the maximum possible score of 125, meaning it was deemed, "intolerable."[55]  Mr. Ramarao was also asked about the 2002 WHO publication discussed above, and agreed that, "Because of these health effects that we are talking about and the risk of cancer, it would never be acceptable to knowingly sell valsartan containing NDMA... ....[T]hat's the reason why the valsartan that was sold by Unit 5 with the levels of NDMA that were seen, that never would have knowingly been done if you had known the NDMA was there because of that health risk."[56]  Mr. Ramarao agreed that due to the GMP failures that resulted in the NDMA contamination, "the result of that was that NDMA ended up in the valsartan, which is something that causes cancer," and the risk, "was assessed at the highest level because people ingesting NDMA at the levels that were found in these pills is something that will increase their risk for cancer...."[57]

The likely carcinogenicity of NDMA (and NDEA) in humans is also demonstrated by regulatory guidelines.  For example, the 2013 ICH M7 Draft Consensus Guideline, and 2015 ICH M7 Guidance for Industry, titled Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk,  include N-nitroso compounds in the "cohort of concern" of "high potency mutagenic carcinogens" that are excepted from the acceptable intake levels set forth for DNA reactive substances.[58]  The same is found in the December 2008 FDA Draft Guidance for Industry titled Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches: "However, there are some compounds containing certain structural groups (aflatoxin-like-, N-nitroso-, and azoxy-structures) that have extremely high carcinogenic potency and are excluded from the threshold approach."[59]  The EMA takes the same approach.  In discussing a group of "high potency genotoxic carcinogens" including nitrosamines, the "Guidelines on the Limits of Genotoxic Impurities" in effect from January 2007 to January 2018, states in part: "Some structural groups were identified to be of such high potency that intakes even below the TTC would be associated with a high probability of a significant carcinogenic risk."[60]

Lance Molnar, Ph.D., Mylan's Senior Director, Global Pharmacology and Toxicology,, agreed in his deposition that nitrosamines are treated as non-threshold by "the EMA, FDA, ICH ... regulatory bodies in general" and that "non-threshold effect would mean that a single molecule could be detrimental."[61]  Accordingly, Mylan's Toxicology report stated that "[t]his potential for carcinogenic activity is considered the critical effect of these compounds (N-nitrosamines) as it can theoretically occur at doses far lower than those required to produce alternative

13

toxicities after either acute or repeated exposures."[62]  Similarly, Mylan's Medical Risk Assessment stated the following: "the potential risk associated with potential exposure to NDEA above the defined specification is significant and [risk of harm to patients] cannot be excluded."[63]

Studies published in the dietary literature are of course quite significant to this analysis.  One study concluded, "our results suggested that there was a positive association between NDMA intake and gastrointestinal cancer risk, specifically of rectal cancer."[64]  Another study recognized "challenges to nutritional epidemiological research on the relationship between dietary nitrosamines and cancer occurrence," but found "an increased risk of colorectal cancer among individuals with a high intake of NDMA."[65]  The authors of yet another study concluded in part, "According to our study, processed meat intake was positively associated with cancers of the oesophagus, stomach, colon, rectum, larynx, lung, breast, prostate, and urinary bladder.  Therefore, processed meat could be said to act as a multi-organ carcinogen among humans."  The authors pointed to nitrosamines as a potential causative agent.[66]

This body of literature also includes studies cited and analyzed in the 2002 WHO article discussed above, which includes Risch, H.A., Jain, M., Choi, N.W., Fodor, J.G., Pfeiffer, C.J., Howe, G.R., Harrison, L.W., Craib, K.J., and Miller, A.B. (1985) Dietary factors and the incidence of cancer of the stomach, *Am J Epidemiol. 122*, 947-59; González, C.A., Riboli, E., Badosa J., Batiste, E., Cardona, T., Pita, S., Sanz, J.M., Torrent, M., and Agudo A. (1994) *Nutritional factors and gastric cancer in Spain, Am J Epidemiol. 139*, 466-73; La Vecchia, C., D'Avanzo, B., Airoldi, L., Braga, C., and Decarli, A. (1995) Nitrosamine intake and gastric cancer risk, *Eur. J. Cancer Prev. 4*, 469-74; Pobel, D., Riboli, E., Cornée J., Hémon, B., and Guyader, M. (1995) Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France, *Eur J Epidemiol. 11*, 67-73; Rogers, M.A., Vaughan, T.L., Davis, S., Thomas, D.B. (1995) Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer, *Cancer Epidemiol Biomarkers Prev. 4*, 29-36; Goodman, M.T., Hankin, J.H., Wilkens, L.R., and Kolonel, L.N. (1992) High-fat foods and the risk of lung cancer, *Epidemiology 3*, 288-99; De Stefani, E., Deneo-Pellegrini, H., Carzoglio, J.C., Ronco, A., Mendilaharsu, M. (1996) Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay, *Cancer Epidemiol Biomarkers Prev. 5*, 679-82.  In La Vecchia, et al., 1995, at 471, the authors concluded, "This study found a moderate but significant association between exogenous NDMA intake and gastric cancer risk.  The association was consistently observed across strata of sex and age."  In Gonzalez, et al., 1994, at 469, the authors commented on the association with gastric cancer, stating that they, "observed an increased risk associated with an elevated consumption of exogenous nitrosamines in both intestinal and diffuse types."  In De Stefani, et al., 1996, at 681, the authors concluded, "In summary, NDMA intake was associated in this particular population with an increased risk of lung cancer."  In Pobel, et al., 1995, at 70-71, the authors found: "In the present study we assess the risk of gastric cancer in relation to estimated dietary intake of nitrate, nitrite, and NDMA.  The most important feature

revealed by this investigation is the increased risk associated with increasing intake of exogenous NDMA." In recognizing the complexity of the analysis, the authors concluded, "However, the findings presented here are consistent with the biological hypothesis and provide support for an association between nitrosamines and gastric cancer." In Goodman, et al., 1992, at 296, the authors concluded in part, "*N*-Nitroso compounds have been shown to be mutagens and important carcinogens for a number of target organs, such as the liver, stomach, brain, and lung. In this analysis, we found a strong relation between consumption of nitrite in men, and dimethylnitrosamines in men and women, and the risk of lung cancer." In Rogers, et al., 1995, at 33, the authors concluded in part that, "consumption of foods high in NDMA resulted in an elevated risk of cancer," in the "upper aero-digestive tract." In Risch et al., 1985, at 956, the authors concluded: "In summary, our data strongly suggest, in consonance with several previous studies, that nitrite intake is associated with risk of stomach cancer occurrence. Whether this relationship is mediated through the conversion of nitrite to *N*-nitroso compounds is unclear, although some protection appears to be afforded by consumption of citrus fruit."

To the extent these or other studies do not find a significant association, or raise questions, this can be explained by small or relatively small sample size, inadequate follow up period to capture all cancers, bias/inadequate dose quantification, potentially mitigating dietary factors such as vitamin C intake, and others.

Anticipating potential responses regarding proof of a cause and effect relationship, aside from the fact that a study cannot be ethically constructed to deliberately administer NDMA or NDEA to humans, this has been addressed. For example, in one article published in 1984 the authors noted the impediments to definitively proving cause and effect, "due to the insensitivity of the epidemiological instruments available today and to the lack of truly unexposed populations that could be used as controls." The authors stated in part, "Although a causal association between nitrosamine exposure and human cancer has not yet been rigorously established, the recognized association between exposure to nitrosamines in unburned tobacco products such as smokeless tobacco and oral cancer in humans is as close as one is likely to get in epidemiological studies of this class of carcinogens. In addition, biochemical, pathological, and experimental data provide little evidence that humans are resistant to the carcinogenic action of NOC [*N*-Nitroso compounds], from either preformed or endogenous sources... Although quantitative differences exist between rodents and humans in repair of DNA alkylation damage, the mechanisms of repair of this damage appear to be the same. Recently, malignant transformation of human pancreatic epithelial cells by NDMA has been reported."[67] A meta-analysis that noted varied results in studies that were reviewed, and the strengths and limitations of the study at hand, primarily based on difficulties in studying the effects of food intake, concluded in part that the risk of gastric cancer could be increased by "high consumption" of NDMA. The authors specifically noted: "When daily NDMA intake reached 0.12 ug, the harmful effect to human became more obvious."[68] For perspective, 0.12 ug (micrograms) is

equivalent to 120 ng (nanograms), and in a 320 mg dose of valsartan would equate to 0.375 ppm. These levels are in line with the levels established by the FDA, and were exceeded by the vast majority of the valsartan tested for nitrosamine contamination.

The EMA evaluated the valsartan contamination and concluded that the levels of NDMA and NDEA should be reduced to the maximum extent possible, but set thresholds consistent with the FDA's thresholds, factoring in the potential for nitrosamines to exist due to background levels for example in water. The statement firmly recognizes that there is no technically safe level, and the establishment of the thresholds is the product of a risk benefit analysis. Even though the EMA concluded that the risk is relatively low, that is also a finding of a real risk that is unacceptably dangerous, hence the establishment of the threshold levels.[69] Of interest as well, the EMA statement cites to and discusses a study performed in Denmark regarding the risk posed by the valsartan contamination, and found an increased risk for colorectal cancer and uterine cancer.[70] The EMA commented that the 4.6 year follow up interval was likely too short, and that the number of people studied too small, to draw any firm conclusions based on the data.[71]

A recently published study utilized data from a German health insurance database.[72] The cohort included those who filled at least one prescription of potentially contaminated valsartan from 2012 to 2017. The article refers to the establishment of whether or not the valsartan was manufactured utilizing API from ZHP, but without analysis of which manufacturing process was used. Thus, there is a concerning lack of data as to the extent to which those consuming potentially contaminated valsartan actually consumed contaminated valsartan. The endpoint was a cancer diagnosis. A statistically significant association for liver cancer was identified, but no association was identified for the overall risk of cancer or for other specific cancers. The authors pointed out that "molecular mechanisms known for NDMA in the pathogenesis of liver cancer in experimental animals support an association with NDMA exposure in humans. It may be that NDMA exposure promotes cancer development in already existing, as yet undiagnosed early stages and thus hastens clinical manifestation." They also recognized that, "The immediate recall of all potentially NDMA-contaminated valsartan drug products by regulatory authorities world wide was necessary in order to protect the public health." Thus, even with the limitations set forth in the study and discussed below, the study supports the conclusion that the contaminated valsartan increases the risk of cancer.

The study actually contrasts itself with Pottegard, discussed above in the context of the EMA statement, and points out the small number of people (5,150) evaluated in that study, and the small number of cancers in that study, and thus an inadequate sample size, by contrast to the large number of people studied in this study (780,871), which is a strength of the study. However, the study does recognize some significant limitations, including lack of information regarding the

16

NDMA content of the valsartan taken by those studied, and the short three year follow up.

Min Li, Ph.D. of ZHP testified with regard to a recent study published by Yoon et al. from South Korea.[73] Dr. Li testified suggested that this study supported the notion that NDMA would not increase the risk of cancer in a human.[74] The study addresses multiple limitations on its face and also suffers from a significant flaw that led the authors to retract the article. Yoon relied on a 2016 study by Zeng which found that "NDMA excreted in urine after ranitidine intake was 95.6 ng/mL, which was a 430-fold increase than before ranitidine use."[75] Yoon relied on those figures, and further added that "[a]ctual systemic NDMA exposure is likely much higher than that eliminated in urine."

The Zeng study collected urine samples of ranitidine users and tested the urine for NDMA. However, Zeng utilized GC-IT-MS for its analysis of urine samples. That test utilizes heat, and has been shown to cause residual ranitidine in the urine to form NDMA. Zeng was retracted on May 4, 2021 at the request of the authors: "[r]ecent research (1) has identified the potential for an analytical artefact associated with the use of gas chromatography that could have contributed to the levels of N-nitrosodimethylamine (NDMA) measured in urine samples containing ranitidine in this study. Given this artefact, the authors have informed the journal that their NDMA measurements are not reliable."[76]

On September 13, 2019, the FDA recommended the use of liquid chromatography with high resolution mass spectrometer (LC-HRMS) to measure levels of NDMA in ranitidine drug products, because gas chromatography (GC) based methods had been observed to elevate NDMA levels in tested materials.[77] On October 2, 2019, the FDA released a statement indicating that testing by LC-HRMS has shown the presence of much lower levels of NDMA in ranitidine.[78,79] On November 1, 2019, the FDA issued "Statement on new testing results, including low levels of impurities in ranitidine drugs." The statement indicated, "we have found levels of NDMA in ranitidine that are similar to the levels you would expect to be exposed to if you ate common foods like grilled or smoked meats. We also conducted tests that simulate what happens to ranitidine after it has been exposed to acid in the stomach with a normal diet and results of these test indicate that NDMA is not formed through this process. Similarly, if ranitidine is exposed to a simulated small intestine environment, NDMA is not formed." The FDA also stated that "[a]lthough many of these levels of NDMA observed through FDA testing are much lower than the levels some third-party scientists first claimed, some levels still exceed what the FDA considers acceptable for these medicines [96 nanograms of NDMA]."[80] The FDA tested various doses of ranitidine from eleven companies, three of which did not exceed 96 nanograms of NDMA.[81] None exceeded 1 microgram.[82] Thus, the study population included an unknown number of people who took uncontaminated valsartan. The Yoon study does not provide a compelling case to conclude that NDMA does not increase a human's risk of cancer when ingested at the levels seen with the contaminated valsartan.

17

III.  Formation of Nitrosamines in the Valsartan API

As noted above, the formation of nitrosamines from secondary amines in the presence of nitrite and acid is absolutely basic organic chemistry.  Any chemist who has taken even a basic organic chemistry course should know this.  The test for a secondary amine was reaction with nitrite: a yellow oil, the nitrosamine, would be observed.  A primary amine would produce bubbling due to the release of nitrogen from an unstable primary nitrosamine which rearranges to an unstable diazonium compound; a tertiary amine would not react (later shown to be not completely correct).  Decades of research and volumes of published material clearly demonstrate that nitrite can react *easily* with amines to produce carcinogenic nitrosamines.  The International Agency for Research on Cancer held international symposia on this issue every 2 – 3 years from the 1970s through the 1990s.  The proceedings of these symposia are all available on the IARC website and describe hundreds of experiments demonstrating the ease of formation of carcinogenic nitrosamines in various settings including in chemical and drug manufacturing.  For example, "It has been known since 1865 that the reaction of dimethylamine hydrochloride with sodium nitrite at an acidic pH yields *N*-nitrosodimethylamine."[83] Furthermore, the formation of nitrosamines in food cured with nitrite such as hot dogs and lunch meats has been extensively studied and documented.  The U.S. Food and Drug Administration held regular meetings and symposia on this topic resulting eventually in significant decreases in the amounts of nitrite added to foods as a preservative.  Volumes of research on nitrosamine contamination of various foods and tobacco products have been published.  As set forth above, the FDA, ICH, and the EMA have all recognized the potential for nitrosamine impurities to exist in pharmaceuticals and the attendant risks.  A qualified organic chemist in industry would be aware of this literature.

## 1.  Nitrosamines in the ZHP API

I discuss the ZHP contamination in detail here to illustrate the root cause and the easy avoidability of the contamination.  Ultimately, the manufacturers ignored basic chemistry principles, whether the root cause was reactions in the manufacturing process and/or cross-contamination due to solvent recovery or inadequate cleaning of equipment.  The introduction of NDMA and NDEA into ZHP's Valsartan API was easily foreseeable.  The Change Request Form for the Process Change for Valsartan Process II prepared on May 19, 2011, with an effective date of June 15, 2011[84] described the chemical processes, which included the addition of the solvent DMF, which was well known to decompose/degrade forming dimethylamine.  "DMF decomposes slightly at its boiling point to afford dimethylamine and carbon monoxide, this reaction occurring even at room temperature in the presence of some acidic or basic materials."[85]  "DMF ... Decomposes slightly at its normal boiling point to give small amounts of dimethylamine."[86]

18

There are multiple references in the Change Request Form to the need for process and method validation, and a reference to the need for testing including, "The residue of ZnCl2, and residue of solvents used in the process need to be tested for quality review." (Section 3). Unfortunately, from an organic chemistry perspective, ZHP failed to adequately evaluate the chemical processes, and failed to account for the risk of nitrosamine contamination. As a result, their risk assessment was inaccurate, i.e. "After evaluation, this change has a lower risk in terms of quality and safety,"[87] and "Synthetic route, intermediates remain the same and no adverse change in qualitative and quantitative impurity profile."[88] From the perspective of organic chemistry, as discussed herein and as recognized in ZHP's own root cause investigation (See ZHP Deviation Investigation Reports, ZHP00007221, PRINSTON0073443, PRINSTON0075797, PRINSTON0076100), a scientifically reasonable assessment of the Process Change would have identified the risk of formation of nitrosamine impurities, would have presumably led to testing for nitrosamines, and would have confirmed the formation was occurring. In addition, from an organic chemistry perspective this Change met the definition of a "Critical Change – A change which has direct or potential impact on product identity, strength, quality, purity and regulation, or have impact on validated Procedure, method, qualification or equipment."[89] This was a critical change because the process change had the foreseeable capacity to create, and resulted in, dangerous NDMA contamination. This analysis applies as well to the change from the TIN process to the TEA process with sodium nitrite quenching, which resulted in the formation of NDEA and NDMA. In light of the known potential results of the chemical processes, identification of the clearly foreseeable NDMA and NDEA impurity contamination could have been easily accomplished.

ZHP was certainly aware of the presence and significance of impurities in Valsartan API from the early days of their development of the original manufacturing process for Valsartan. For example, ZHP's knowledge of the significance of potential impurities was documented in the peer reviewed medical literature in 2006.[90] The article begins with a statement of the fundamental principle at the core of this litigation, that "The quality and safety of pharmaceuticals can be significantly affected by the presence of impurities. Consequently, the testing and establishment of limits for impurities in active pharmaceutical ingredients have become important initiatives by government and the pharmaceutical industry." The article, which included a co-author identified as an employee of ZHP, discussed available technologies for the detection and identification of impurities in API, in this instance Valsartan API.

Once the presence of NDMA was discovered, it was not difficult to determine the root cause. A July 27, 2017 email within ZHP refers to the root cause, specifically the fact that NDMA was known to occur in valsartan as a result of the use of sodium nitrite in the sodium azide quenching process, and that there was a need for, "the optimization of the valsartan sodium azide quenching process."[91] Dr. Li also confirmed that this was known to be a "common problem in the production and synthesis of Sartan APIs."[92] ZHP similarly concluded in a June 2018 document

19

summarizing the purported first detection of, and establishment of the root cause of the NDMA contamination, "this impurity is most likely generated during the 'azide quenching' by nitrous acid of the API manufacturing process."[93] The use of nitrite to decompose the azide reactant in the Valsartan synthesis process was a significant error due to the risk of nitrosamine formation, which should have been recognized. The use of nitrite should have raised a gigantic ***RED FLAG*** that nitrosamines could be present in the API. The same applies to the TEA process with sodium nitrite quenching.

Analysis of the Valsartan batches manufactured by ZHP with the zinc chloride process showed the presence of an unknown peak eluting just after toluene in the GC-MS analysis. On June 6, 2018, ZHP customer Novartis, which had contracted for further analysis of this API, notified ZHP that the unknown peak had been identified as NDMA. ZHP noted its failure to account for nitrosamines: "By looking into our CEP documents, it shows that NDMA is **not part of the controls in the current approved specifications** of the drug substance," and "Due to the fact that NDMA is a recently found **unexpected impurity** with the nature of probable carcinogen, and in order to understand the root cause for the occurrence of this impurity, ZHP has initiated root cause investigation."[94] It is important to note that ZHP's repeated statements that the NDMA was not known until June 2018 are contradicted by the July 27, 2017 email discussed herein, which not only references the fact that there was NDMA in the valsartan, but also the root cause tied to the sodium nitrite quenching.

The documents from ZHP clearly demonstrate how the formation of NDMA could have been avoided. They identified three critical factors: 1) use of dimethyl formamide in the tetrazole formation step, and the dimethyl formamide may have contained trace amounts of dimethylamine or the dimethylamine was formed during the process; 2) quenching of azide using nitrous acid (formed from nitrite under acidic conditions); and 3) quenching takes place in the presence of the product. ZHP concluded that NDMA was formed only when all 3 factors were present, based on extensive analysis by ZHP. Factor 2 should have raised a ***RED FLAG*** for the potential formation of nitrosamines. The contamination of dimethyl formamide with dimethylamine or the formation of dimethylamine during the process was foreseeable, and should have been evaluated. Factor 3 was shown to be critical to the problem; when the extraction of the product was performed prior to the addition of nitrite to quench the azide, no NDMA was observed, whereas in their original process, all samples were contaminated with NDMA. The results of the three factor analysis are perfectly clear and demonstrate a massive disregard for potential nitrosamine formation. Extraction prior to quenching would have been a simple remedy for the problem and should have been pursued. In their analyses of the product, they would not have identified NDMA in the chromatograms unless they were specifically looking for it, because the peaks would be too small. *But that is not a legitimate scientific excuse: ZHP should have been actively looking for nitrosamines based on the discussion above.* They could have used nitrosamine-selective methods such as combined gas chromatography-mass spectrometry for

20

this analysis.  Using this or related methods, the detection of NDMA would have been straightforward.[95]

Prior to the process change from the "Process II" process to the Zinc Chloride process, which replaced Triethylamine with Zinc Chloride for the Tetrazole Ring Formation, and also replaced the original reaction solvent Toluene, with DMF (Dimethylformamide) and MTBE (Methyl tert-butyl ether), NDEA was similarly formed when 3 factors were present: 1) trimethylamine used as a catalyst for tetrazole formation; 2) nitrite used for decomposition of excess sodium azide; and 3) both factors 1 and 2 are together with the crude product.  Lower amounts of NDEA were also formed due to trace amounts of diethylamine present in the trimethylamine used as a catalyst in the tetrazole formation step, and/or by direct nitrosation of trimethylamine.  All of this was foreseeable, and if considered and tested for, the NDEA contamination would have been detected.

In the FDA inspection of ZHP,[96] numerous deficiencies were found, including 1)inadequate change control system; 2)inadequate validation program; 3)insufficient investigation of critical deviations; 4) the quality unit does not always fulfill the responsibilities of the quality unit; 5)cleaning procedures do not have sufficient detail; 6) equipment is not always of appropriate design;7)preventive maintenance procedures are not always adequate; 8) lubricants, heating fluids and coolants are not always food grade lubricants and oils; 9) sampling plans are not always scientifically sound; 10) stability studies are not always adequate; and 11) production deviations are not always thoroughly investigated. These deficiencies indicate a general disregard for potential problems in the manufacturing process, including the formation of nitrosamines.  The report notes that while there is a procedure for investigating "out of specification/out of trend" deviations in the analysis of the product, it apparently is inconsistently applied.

In the specific investigation here, a peak eluting after the solvent toluene was ultimately definitively identified by an outside laboratory, using combined gas chromatography-mass spectrometry (GC-MS), as NDMA.  The initial investigations disclosed by ZHP did not detect this peak due to errors in the headspace analysis process by its contractor, Zhejiang Haotian Testing and Technology Service, in which the vial was improperly crimped leading to non-detection of NDMA and any other peak.[97]  This is apart from ZHP's confirmed knowledge at least as of July 2017 that there was NDMA in the valsartan.[98]  The 5290 batches manufactured between 2016-2018 were reported to have contained an average of 57-64 parts per million of NDMA.

**ZHP NDMA AND NDEA LEVELS:**

The NDMA contamination levels confirmed in ZHP's contaminated valsartan were reported to range from 3.4 to 120 ppm, with variation between the East Zone and West Zone of the manufacturing facility, likely based on variations in the

production processes.[99]  Additional documents establish even higher contamination levels.

In a document titled: Response to DMF Information Request Letter, ZHP provided the FDA with NDMA test results on residual solvents from three validation batches, as well as the NDMA Test Results for Batches Manufactured Using the ZnCl2 Process, presented as a chart of the results of testing of 783 batches manufactured between 12-28-2011 and 5-23-2018, with NDMA levels as high as 188.1 ppm.[100] These levels could have been established, for example using GC-MS, throughout the time that ZHP manufactured the valsartan API.  This is demonstrated by the ease with which Novartis was able to identify NDMA.  The same applies to the triethylamine manufacturing process with sodium nitrite quenching.  In the Response to DMF Information Request Letter, ZHP reported NDMA levels for 55 batches that had been tested as of September 1, 2018, as high as 73.9 ppm.[101]

A separate spreadsheet provided by Solco to the FDA also documented the test results for the ZHP valsartan API batches manufactured with the zinc chloride process which were used to manufacture ZHP's finished dose for sale to Solco to be distributed in the United States, as well as the levels established by ZHP for the finished dose.  There are a small number of batches with results in the single digits, with the lowest at 3.4 ppm, and the majority of the remaining batches have levels up to 188.1 ppm.[102]  For context, 3.4 ppm translates to 1088 ng in a 320 mg pill, and 188.1 ppm translates to 60,192 ng in a 320 mg pill.

The ZHP Deviation Investigation Report dated November 11, 2018, titled Investigation regarding unknown impurity (genotoxic impurity) of Valsartan API (TEA process), provides NDEA levels for the TEA process valsartan API.[103]  Testing of six validation batches established NDEA results of 0.03, 5.33, 12.77, 13.60, 18.83, and 13.51 ppm.[104]  A separate table in that Report provides ranges and averages for the testing of 85 batches manufactured with the TEA process, documenting a range of 0.03-42.14, and average of 13.46, presumably in ppm.  That table also sets forth NDEA levels in 111 batches manufactured with the zinc chloride process, documenting a range of 0-4.23 and average of 0.18, presumably in ppm.[105]  As stated, since these impurities resulted from the manufacturing processes, all batches should be assumed to have been similarly contaminated, including those not tested.

Since we know that all batches of valsartan API manufactured with the zinc chloride process were contaminated with NDMA, the NDEA contamination would be additive and therefore further increase the risk of cancer for each pill manufactured from those batches.  The TEA Deviation Investigation Report indicates that the likely cause of the NDEA contamination in the valsartan API manufactured with the zinc chloride process was cross-contamination due to shared equipment and solvent recovery.[106]

The aforesaid contamination of ZHP's valsartan API with nitrosamines including NDMA and NDEA, which are potent mutagenic carcinogens, resulted in an

unacceptable increased risk of cancer for those taking the medication. Thereafter, when aberrant peaks demonstrated unaccounted for impurities, the nitrosamine contamination could have been easily discovered based on knowledge of the potential chemical reactions and application of GC-MS to identify potential NDMA/NDEA. This was identified by Novartis even without the full information available to ZHP.[107] These failures and the consequent contamination of the Valsartan API resulted in the dangerous and unreasonable risk of causing or increasing the risk of causing cancer for those who ingested the contaminated valsartan with the reported levels of NDMA and NDEA.

No level of NDMA or NDEA in a pharmaceutical drug is "safe," in the sense that every exposure increases the risk to some incremental extent that one will develop cancer. The FDA set limits once the valsartan contamination was disclosed, and the aforesaid levels exceed the 96 nanogram/0.3 parts per million daily limit (based on 320 mg tablets) applied by the FDA to NDMA, and the 26.5 nanogram/.083 parts per million daily limit (based on 320 mg tablets) applied by the FDA to NDEA.[108] Those who ingested the contaminated valsartan above those levels sustained the unreasonably dangerous and unacceptable risk that this would cause or substantially contribute to causing cancer as a result of the NDMA and NDEA contamination.

It is important to note that the FDA's short term decision to delay the recall of the contaminated valsartan for a very brief period of time was not an endorsement of the safety of the medication.[109] Instead, this was the result of concern over the availability of the medication due to the widespread contamination, and a balancing of the risk of cancer against the more immediate risk of heart attack, stroke, or other life threatening results of a person abruptly ceasing the use of their hypertension medication.

## 2. Nitrosamines in the Hetero API

Hetero utilized a zinc chloride/DMF/sodium nitrite quenching process that was materially the same as ZHP's zinc chloride process, and the root cause of the NDMA impurity contamination of Hetero's valsartan was the same.[110] The reason for this occurring was the same as with ZHP. Mr. Ramarao confirmed this when he agreed with the following: "the most important problem" was that Hetero Unit 1 (API manufacturer) and Unit 5 (finished dose manufacturer) "never even realized the possibility that NDMA could form, so it was never actually looked for. That's the fundamental problem, correct?"[111]

The NDMA levels found on testing of Hetero's valsartan API manufactured with the zinc chloride process were confirmed in deposition testimony to range from 0.83 ppm to 7.78 ppm. This data was based on the testing of six batches, and was confirmed to be "representative of the contamination levels across the API – the Valsartan API that was sold from Unit 1 to Unit 5 and then sold in the United States."[112] As stated, since these impurities resulted from the manufacturing

process, all batches should be assumed to have been similarly contaminated, including those not tested.

These contamination levels caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan manufactured by ZHP.

### 3. Nitrosamines in the Aurobindo API

Aurobindo manufactured valsartan API for sale in the United States using a process referred to as the Toluene route, according to deposition testimony from Sanjay Singh, Associate President of North American Technical Operations.[113]  The nitrosamine contamination of Aurobindo's valsartan API resulted from cross-contamination caused by a solvent vendor, Lantech. [114]  The root causes of this cross-contamination included (1) a contaminated plate in a vertical heat exchanger that was shared between Aurobindo and Mylan, among others,[115] and caused residue to build up and carry over from batch to batch, causing NDEA contamination in the tri-*n*-butyl tin chloride[116] (Aurobindo's Chief Quality Officer analogized this to a dirty microwave),[117] (2) shared tanks (between Aurobindo, Mylan, and others) that were used to store the tri-*n*-butyl tin chloride resulting in NDEA contamination,[118] and (3) Lantech supplied the fresh solvent ethyl acetate which contained TEA,[119] and during the manufacturing process the TEA reacted with nitrosyl chloride, a byproduct of Aurobindo's API manufacturing process, resulting in NDEA contamination.[120]

Both NDMA and NDEA were detected in the valsartan API utilized by Aurobindo.  The reported levels of NDEA ranged from 0.028 ppm to 1.508 ppm.[121] The levels of NDMA ranged from below .1 ppm to .129 ppm, and were additive to the NDEA levels, where present.[122]  Assuming the same solvent related practices were utilized with both the tested and untested batches, all batches should be assumed to have been similarly contaminated, including those not tested.

These contamination levels caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan manufactured by ZHP.

### 4. Nitrosamines in the Mylan API

Mylan was vertically integrated and supplied valsartan API to Mylan's finished dose manufacturing facilities, and also supplied valsartan API to its sole external United States finished dose customer, Teva.[123]  Mylan's root cause investigation found that NDEA was created in the solvent recovery process for o-xylene, the recovery layer of which contained traces of diethylamine and triethylamine, when it was recovered with nitrous acid, and carried over to the final API.[124]  Mylan acknowledged that it was warned by its supplier as early as 2014 to

"avoid ... nitrosating agents" with TEA due to the "possibility of formation of nitrosamines with nitrites or other nitrosating agents."[125]

Mylan confirmed that NDEA was present in every single API batch.[126] Mylan's API testing confirmed NDEA contamination in every API batch released to the US market, with levels between 0.1 ppm to 1.57 ppm.[127] Dr. Walt Owens, current Head of Global Regulatory Affairs and former Head of Global Quality, testified that "the API and finished dosage form [nitrosamine testing] results were essentially the same, you would be able to test the API alone."[128] Mylan's testing also showed that the valsartan API contained sporadic levels of NDMA contamination, in addition to the NDEA, including BQL, BDL, and from 0.01 ppm to 0.09 ppm.[129]Assuming the same solvent related practices were utilized with both the tested and untested batches, all batches should be assumed to have been similarly contaminated, including those not tested.

These contamination levels caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan manufactured by ZHP.

## 5. Nitrosamines in the Finished Dose Formulations

The NDMA and NDEA levels would be expected to be the same or nearly so in the finished dose formulations incorporating the contaminated valsartan API. This was addressed and confirmed in the deposition of Hai Wang, the President of Solco, ZHP's wholly owned distributor in the United States. Hai Wang confirmed that this was determined by ZHP and that data was provided to the FDA.[130] Both ZHP and Hetero were vertically integrated thus the above discussion of the causes and levels of the nitrosamine contamination of the API addresses the NDMA and NDEA contamination in their finished dose formulations as well.

Finished dose manufacturers Teva and Torrent obtained valsartan API from API manufacturers and then incorporated it into their finished dose formulations.

## 6. Nitrosamines in the Teva Finished Dose Formulation.

Teva manufactured and sold finished dose valsartan utilizing ZHP manufactured valsartan API, and Mylan manufactured valsartan API, labeled either as Teva or Actavis.[131] The valsartan finished dose labeled as Actavis and sold in the United States initially was manufactured using ZHP TEA process with sodium nitrite quenching valsartan API, and then ZHP zinc chloride process valsartan API beginning in late-2014.[132] The valsartan finished dose labeled as Teva was manufactured using Mylan valsartan API.[133]

ZHP reported NDMA levels to Teva between 0.8 ppm and 240.1 ppm.[134] Teva also tested 83 batches of ZHP valsartan API with NDMA levels of 30.01 ppm to 221.63 ppm.[135] In addition, Teva tested six batches of its finished dose valsartan

manufactured with ZHP valsartan API with NDMA levels of 14.8 ppm to 31.3 ppm.[136] It was confirmed that all ZHP valsartan API sold to Teva contained NDMA in excess of 0.3 ppm.[137] Daniel Barreto, Teva's former Senior Vice President Global Quality Compliance, testified that the finished dose product would have the same levels of NDMA as tested in the API and Teva "extrapolate[d] the nitrosamine test results of the API to the valsartan finished dose." [138]

Teva also tested for NDEA. Teva initially tested eleven batches of Mylan valsartan API and ten of the eleven batches had NDEA levels above 0.08 ppm, from 0.09 ppm to 0.50 ppm.[139] Teva tested 26 additional batches of Mylan valsartan API and twenty-four of the twenty-six batches tested above .08 ppm for NDEA, with results ranging from 0.08 ppm to 0.42 ppm.[140] Since the contamination occurred at the level of the API suppliers, the untested batches would be expected to have the same or very similar contamination levels as the tested batches, as discussed above.

These contamination levels caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan sold by Teva.

### 7. Nitrosamines in the Torrent Finished Dose Formulation.

Torrent purchased valsartan API from ZHP that was manufactured using the TEA with sodium nitrite quenching process. This was the only manufacturing process for ZHP valsartan API that was documented as being sold in the United States by Torrent.[141]

On August, 3, 2018, ZHP notified Torrent of "trace" amounts of NDMA in the Valsartan API sold to Torrent, which was the API manufactured using the ZHP TEA process with sodium nitrite quenching (as discussed above).[142] On Sept 7, 2018, ZHP notified Torrent that what ZHP described as, "another contaminant, NDEA, has been detected in the finished dose batches of valsartan."[143]

The levels of NDMA found on testing of the valsartan API purchased by Torrent from ZHP and then incorporated in its finished dose formulation sold in the United States were reported to range from 0.37 parts per million to 125.15 parts per million.[144] The levels of NDEA were found to range from 0.23 ppm to 16.93 ppm, with several batches found to be BDL and BQL range (Below Detection Limit and Below Quantification Limit).[145] All batches had NDMA and the majority had both NDMA and NDEA, which would increase the cancer risk. Since the contamination occurred at the level of the API supplier, ZHP, the untested batches would be expected to have the same or very similar contamination levels as the tested batches, as discussed above.

These contamination levels caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan sold by Torrent.

26

## IV. Conclusion

The contamination of the valsartan API, and consequent contamination of the valsartan finished dose, as described above, caused an unreasonably dangerous and unacceptable risk of causing or substantially contributing to the causation of cancer for those ingesting the valsartan. As described above, a range of cancers have been associated with intake of NDMA (and NDEA by extension). In general, the increased risk would likely be commensurate with the contamination levels, dosages, and periods of use. Therefore, people who ingested the valsartan with higher contamination levels and larger doses, over longer periods of time, would likely have a more substantial increased risk as opposed to those who ingested valsartan with lower contamination levels and lower doses, and for shorter periods of use. However, even those lower levels, lower dosages, and shorter periods of use present an unreasonable danger and risk, a risk to which one would not knowingly or deliberately expose a person.[146]

---

# REFERENCES

[1] Sun, Z., Liu Y.D., and Zhong, R.G. (2010) Theoretical Investigation of *N*-Nitrosodimethylamine Formation from Nitrosation of Trimethylamine, *J. Phys. Chem. A.* 114, 455-465; 29.

[2] International Agency for Research on Cancer (1978) Some *N*-nitroso compounds, In *IARC Monogr. Eval. Carcinog. Risk Chem. Hum.* pp 83-175, IARC, Lyon, FR.

[3] Mirvish, S. S. (1975) Formation of *N*-nitroso compounds: chemistry, kinetics, and in vivo occurrence. *Toxicol. Appl. Pharmacol 31*, 325-351.

[4] Smith, P. A. S., and Loeppky, R. N. (1967) Nitrosative cleavage of tertiary amines. *J. Am. Chem. Soc 89*, 1148-1152.

[5] Hecht, S. S., Chen, C. B., Ornaf, R. M., Jacobs, E., Adams, J. D., and Hoffmann, D. (1978) Reaction of nicotine and sodium nitrite: Formation of nitrosamines and fragmentation of the pyrrolidine ring. *J. Org. Chem 43*, 72-76.

[6] Keefer, L. K., and Roller, P. P. (1973) *N*-Nitrosation by Nitrite Ion in Neutral and Basic Medium. *Science 181*, 1245-1247.

[7] Mirvish, S. S., and Shubik, P. (1974) Ascorbic acid and nitrosamines. *Nature 252*, 179.

[8] See note 5.

[9] Hoffmann, D., Adams, J. D., Brunnemann, K. D., and Hecht, S. S. (1979) Assessment of tobacco-specific *N*-nitrosamines in tobacco products. *Cancer Res 39*, 2505-2509.

[10] Hecht, S. S. (1998) Biochemistry, biology, and carcinogenicity of tobacco-specific N -nitrosamines, *Chem.Res.Toxicol. 11*, 559-603.

[11] Hotchkiss, J. H. (1989) Preformed *N*-nitroso compounds in foods and beverages, *Cancer Surv. 8*, 295-321.

[12] Gushgari, A. J., and Halden, R. U. (2018) Critical review of major sources of human exposure to *N*-nitrosamines, *Chemosphere 210*, 1124-1136.

[13] Magee, P. N., and Barnes, J. M. (1956) The production of malignant primary hepatic tumors in the rat by feeding dimethylnitrosamine, *Brit J Cancer 10*, 114-122.

[14] Magee, P. N. (1989) The experimental basis for the role of nitroso compounds in human cancer, *Cancer Surv 8*, 207-239.

[15] *Ibid.*

[16] https://en.wikipedia.org/wiki/N-Nitrosodimethylamine.

[17] International Agency for Research on Cancer (1978) Some *N*-nitroso compounds, In *IARC Monogr. Eval. Carcinog. Risk Chem. Hum.* pp 83-175, IARC, Lyon, FR.

[18] Peto, R., Gray, R., Brantom, P., and Grasso, P. (1991) Effects on 4080 rats of chronic ingestion of *N*-nitrosodiethylamine or *N*-nitrosodimethylamine: a detailed dose-response study, *Cancer Res 51*, 6415-6451.

[19] Hecht, S. S., Trushin, N., Castonguay, A., and Rivenson, A. (1986) Comparative tumorigenicity and DNA methylation in F344 rats by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N -nitrosodimethylamine, *Cancer Res. 46*, 498-502.

[20] Preussmann, R., and Stewart, B. W. (1984) *N*-Nitroso Carcinogens, In *Chemical Carcinogens, Second Edition, ACS Monograph 182* (Searle, C. E., Ed.) pp 643-828, American Chemical Society, Washington, DC.

[21] Hino, K., Karaki, Y., Hatanaka, T., Sakamoto, T., and Tsukada, K. (2000) Salivary excretion of *N*-nitrosodimethylamine in dogs, *Eur. J Cancer Prev 9*, 271-276.

[22] Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Jr., Anderson, L. M., Palmer, A. E., Rice, J. M., Magee, P. N., and Burak, E. S. (1990) Interspecies scaling of the pharmacokinetics of *N*-nitrosodimethylamine, *Cancer Res 50*, 4366-4370.

[23] Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Jr., Bevill, R. F., Thurmon, J. C., Nelson, D. R., and Magee, P. N. (1988) Pharmacokinetics of *N*-nitrosodimethylamine in swine, *Carcinogenesis 9*, 1351-1354.

[24] Gombar, C. T., Pylypiw, H. M., Jr., and Harrington, G. W. (1987) Pharmacokinetics of *N*-nitrosodimethylamine in beagles, *Cancer Res 47*, 343-347.

[25] Anderson, L. M., Souliotis, V. L., Chhabra, S. K., Moskal, T. J., Harbaugh, S. D., and Kyrtopoulos, S. A. (1996) *N*-nitrosodimethylamine-derived O6-methylguanosine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol, *Int. J. Cancer 66*, 130-134.

[26] See note 20.

[27] Lance R. Molnar Dep. Tr. 5/7/2021, 137:16-138:6; 141:17-22.

[28] See 17.

[29] International Agency for Research on Cancer (1974) Some Aromatic Amines, Hydrazine and Related Substances, *N*-nitroso Compounds and Miscellaneous Alkylating Agents, In *IARC Monogr. Eval. Carcinog. Risk Chem. Hum.* pp 97-111, IARC, Lyon, FR.

[30] CHARLESWANGO00289 (ZHP 316).

[31] International Agency for Research on Cancer (2007) *Smokeless tobacco and some tobacco-specific N-nitrosamines*, IARC, Lyon, FR.

[32] See note 29.

[33] See note 20.

[34] Archer, M. C. (1989) Mechanisms of action of *N*-nitroso compounds, [Review], *Cancer Surv 8*, 241-250.

[35] Yamazaki, H., Inui, Y., Yun, C. H., Guengerich, F. P., and Shimada, T. (1992) Cytochrome P450 2E1 and 2A6 enzymes as major catalysts for metabolic activation of *N*-nitrosodialkylamines and tobacco-related nitrosamines in human liver microsomes, *Carcinogenesis 13*, 1789-1794.

[36] See note 34.

[37] Hecht, S. S. (2017) Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers, *Chem Res Toxicol 30*, 367-375.

[38] Tricker, A. R. (1997) *N*-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids, *Eur. J. Cancer Prev 6*, 226-268.

[39] See note 31.

[40] Hecht, S. S., Stepanov, I., and Carmella, S. G. (2016) Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines, *Acc. Chem. Res. 49*, 106-114.

[41] Stepanov, I., Sebero, E., Wang, R., Gao, Y. T., Hecht, S. S., and Yuan, J. M. (2014) Tobacco-specific  N -nitrosamine exposures and cancer risk in the Shanghai Cohort Study: remarkable coherence with rat tumor sites, *Int J.Cancer 134*, 2278-2283.

[42] Hidajat, M., McElvenny, D.M., Ritchie, P., Darnton, A., Mueller, W., van Tongeren, M., Agius, R.M., Cherrie, J.W., and de Vocht, F. (2019) Healthy-worker effects explain differences internal and external comparisons in a rubber industry cohort study, *Occup Environ Med 76*, 250-258, at 257.

[43] Wang, M., Cheng, G., Villalta, P.W., and Hecht, S.S. (2007) Development of Liquid Chromatography Electrospray Ionization Tandem Mass Spectrometry Methods for Analysis of DNA Adducts of Formaldehyde and Their Application to Rats Treated with *N*-Nitrosodimethylamine or 4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone, *Chem. Res. Toxicol. 20*, 1141-1148.

[44] Liteplo, R.G., Meek, M.G., and Windle, W. (2002) Concise International Chemical Assessment Document 38, World Health Organization, Geneva, CH., ZHP 321.

[45] *Ibid.*, 4.

[46] *Ibid.*, 23.

[47] Min Li Dep. Tr. 4/22/21, 657:18-662:10.

[48] *Ibid.*, 683:4-9.

[49] PRINSTON0075850.

[50] Min Li Dep. Tr. 4/22/21, 685:11-687:4.

[51] *Ibid.*, 661:6-9.

[52] *Ibid.*, 551:15-552:16.

[53] *Ibid.*, 565:14-566:18.

[54] *Ibid.*, 573:7-574:9, 622:3-648:5; CHARLESWANGO00289 (ZHP 316); CHARLESWANGO000447 (ZHP 319) (emails discussed in cited testimony).

[55] B.V. Ramarao Dep. Tr. 4/29/21, 259:20-268:4.

[56] B.V. Ramarao Dep. Tr. 4/30/21, 342:14-343:19.

[57] B.V. Ramarao Dep. Tr. 4/29/21, 377:5-20.

[58] (ZHP-310, p. 2).

[59] (ZHP-208, p. 8).

[60] (ZHP-206, p. 6).

[61] Lance Molnar Dep. Tr. 5/07/2021, 125-2-6; 121:22-23.

[62] (Pl-Molnar 5, at 2.).

[63] MYLAN-MDL2875-00304294 (Pl-Molnar 6, at 7).

[64] Loh, Y.H., Jakszyn, P., Luben, R.N., Mulligan, A.A., Mitrou, P.N., and Khaw, K.T. (2011) *N*-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study, *Am J Clin Nutr 93*, 1053-61, at 1060.

[65] Knekt, P., Järvinen, R., Dich, J., and Hakulinen, T. (1999) Risk Of Colorectal Cancer And Other Gastro-Intestinal Cancers After Exposure to Nitrate, Nitrite and *N*-Nitroso Compounds: A Follow-Up Study, *Int. J. Cancer 80*, 852-856, at 855.

[66] De Stefani, E., Boffetta, P., Ronco, A.L., Deneo-Pellegrini, H., Correa, P., Acosta, G., Mendilaharsu, M., Luaces, M.E., and Silva, C. (2012) Processed meat consumption and risk of cancer: a multisite case-control study in Uruguay, *British Journal of Cancer 107*, 1584-1588, at 1586.

[67] Bartsch, H. and Montesano, R. (1984) Relevance of nitrosamines in human cancer, *Carcinogenesis 5*, 1381-1393, at 1388.

[68] Song, P., Wu, L., and Guan, W. (2015) Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis, *Nutrients 7*, 9872-95, at 9892-9893.

[69] European Medicines Agency, Assessment report, angiotensin-II-receptor antagonists (sartans) containing a tetrazole group (Feb. 14, 2019), https://www.ema.europa.eu/en/documents/variation-report/angiotensin-ii-receptor-antagonists-sartans-article-31-referral-chmp-assessment-report_en.pdf.

[70] Pottegård, A., Kristensen, K.B., Ernst, M.T., Johansen, N.B., Quartarolo, P., Hallas, J. (2018) Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study, *B.M.J.*, 362.

[71] See note 69, at 29-30.

[72] Gomm, W., Röthlein, C., Schüssel, K., Brückner, G., Schröder, H., Hess, S., Frötschl, R., Broich, K., Haenisch, B. (2021) N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data, *Dtsch Arztebl Int.*, 118 (Forthcoming).

[73] Yoon, H.J., Kim, J.H., Seo, G.H., Park, H. (2021) Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea, *J. Clin. Med.*, 153.

[74] Min Li Dep. Tr. 4/21/21, 334:18-339:4.

[75] Zheng, T. and Mitch, W. (2016) Oral intake of ranitidine increases urinary excretion of *N*-nitrosodimethylamine, *Carcinogenesis 37*, 625–34.

[76] Zheng, T. and Mitch, W. (2021) Retracted: Oral intake of ranitidine increases urinary excretion of *N*-nitrosodimethylamine, *Carcinogenesis*, gbab029.

[77] U.S. Food & Drug Administration, Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product (Sept. 13, 2019).

[78] U.S. Food & Drug Administration, FDA Updates and Press Announcements on NDMA in Zantac (ranitidine), https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (last accessed Apr. 16, 2021; webpage has since changed and the cited language is no longer present).

[79] US FDA recommends LC-LC-HRMS for testing ranitidine products, *Reactions 1774*, p. 6 (Oct. 2019).

[80] U.S. Food & Drug Administration, Statement on new testing results, including low levels of impurities in ranitidine drugs (Nov. 1, 2019), https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs.

[81] Strides Shasun Ltd Ranitidine 300mg: 0-30ng NDMA; Pharma Associates Ranitidine 150mg Syrup: 4-12ng NDMA; Ajanta Pharma USA Inc Ranitidine 300mg: 70ng NDMA; Sanofi Pharmaceutical Ranitidine 75mg: 10-40ng NDMA.

[82] Sanofi Pharmaceutical Ranitidine 150mg: 10-360ng NDMA; Cardinal Health Ranitidine 150mg: 150ng NDMA; Dr Reddy's Ranitidine 300mg: 200ng NDMA; Sandoz Ranitidine 300mg: 250ng NDMA; Aurobindo Ranitidine 300mg: 560ng NDMA; Silarx Pharma Ranitidine 150mg Syrup: 200ng NDMA; Novitium Ranitidine 300mg: 860ng NDMA.

[83] See note 17, at 36.

[84] .ZHP01843066.

[85] Muzart, J. (2009) *N,N*-Dimentylformamide: much more than a solvent, *Tetrahedron 65*, 8313-8323, at 8315 (ZHP197).

[86] Armarego, W.L.F., and Perrin, D.D. (1996) Purification of Laboratory Chemicals, at 192 (ZHP 311).

[87] ZHP01843099.

[88] ZHP01843163.

[89] ZHP00469139, p. 11 (ZHP 196).

[90] Nie, J., Xiang, B., Feng, Y. and Wang, D. (2006) Isolation and Identification of Process Impurities in Crude Valsartan by HPLC, Mass Spectrometry, and Nuclear Magnetic Resonance Spectroscopy, *J. of Liquid Chromatography & Related Tech. 29*, 553-568 (ZHP 433).

[91] Min Li Dep. Tr. 4/20/21, 82:14-90:2.

[92] *Ibid.*, 92:11-20.

[93] ZHP00007227.

[94] ZHP00007225.

[95] Parr, M. K., and Joseph, J. F. (2019) NDMA impurity in valsartan and other pharmaceutical products: Analytical methods for the determination of *N*-nitrosamines, *J. Pharm. Biomed. Anal. 164*, 536-549.

[96] PRINSTON00155822; PRINSTON00162349 (ZHP 312).

[97] ZHP00177912.

[98] Min Li Dep. Tr. 4/20/21, 82:11-107:14.

[99] ZHP00007239.

[100] ZHP00079913-45, at 9920-9928.

[101] *Ibid.*, 9939-9940.

[102] Hai Wang Dep. Tr., 3/10/2021, 112:2-118:17; SOLCO00028261 (ZHP 118)).

[103] PRINSTON0075797.

[104] PRINSTON0075846.

[105] PRINSTON0075858.

[106] PRINSTON0075928-75937.

[107] ZHP00079913-45, at 9933-9938.

[108] U.S. Food & Drug Administration, FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan),

https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan.

[109] U.S. Food & Drug Administration, FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity (July 13, 2018), https://www.fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity.

[110] B.V. Ramarao Dep. Tr. 4/30/21, 372:15-373:23, 392:22-393:16.

[111] *Ibid.*, 425:16-24.

[112] *Ibid.*, 390:17-392:16.

[113] Sanjay Singh Dep. Tr. 5/20/2021, 32:24-33:9, 83:17-24.

[114] *Ibid.*, 390:15-391:8.

[115] *Ibid.*, 2021, 305:3-12.

[116] *Ibid.*, 180:4-181:7.

[117] *Ibid.*, 181:11-23.

[118] *Ibid.*, 204:10-24.

[119] *Ibid.*, 379:5-24.

[120] *Ibid.*, 380:1-18.

[121] For levels, see Auro-MDL-2875-0093561 (contains AuroLife batches); Auro-MDL-2875-0104586; Sanjay Singh Dep. Tr. 5/21/2021, 594:14-631:20.

[122] Auro-MDL-2875-0093561 (contains AuroLife batches); Auro-MDL-2875-0104586; Sanjay Singh Dep. Tr. 5/21/2021, 594:14-631:20.

[123] Derek GloverDep. Tr. 4/16/2021, 721:7-9; MYLAN-MDL2875-00429120, at 15.

[124] Daniel Snider Dep Tr., 3/31/ 2021, 237:12-238:1, 260:16-262:14; Derek Glover, Dep Tr. 3/12/2021, 439:1-440:7.

[125] MYLAN-MDL2875-00257214 (Pl-Glover 8); (PL-Glover 9); Derek Glover Dep Tr. 3/09/2021, 100:6-101:3; Daniel Snider Dep. Tr. 3/31/2021, 128:14-17.

[126] Antony Gomas Dep Tr. 4/09/2021, 54:13-55:7; Daniel Snider Dep Tr. 3/31/2021, 196:6-22.

[127] (Pl-Gomas 5); Antony Gomas Dep Tr. 4/09/2021, 100:10-106:5 (confirming that Pl-Gomas 5 reflects the most comprehensive nitrosamine testing results for Mylan API and FD), 111:15-112:8 (plain valsartan), 112:19-113:15 (valsartan HCTZ), 114:4-12 (amlodipine valsartan); Daniel Snider Dep Tr. March 31, 2021, 196:6-22.

[128] Walt Owens Dep Tr. 4/21/2021, 79:15-81:2.

[129] (Pl-Gomas 5); Antony Gomas Dep Tr. 4/09/2021, 100:10-106:5 (see above); Snider Dep. 264:9-16 (stating that Mylan believed that dimethylamine present in the triethylamine yielded NDMA that carried over into the final API and FD).

[130] Hai Wang Dep. Tr. 3/10/21, 116:3-118:23, 144:15-147:1.

[131] Teva 230; Michelle Osmian Dep. Tr. 5/06/2021, 33:2-236:24; 239:7-240:2.

[132] TEVA-MDL2875-00001886 (Sept. 9, 2014 Actavis Ltr. to FDA re CBE notice for ZHP manufacturing process change relating to ANDA 091519); TEVA-MDL2875-00013107 (Jan. 9, 2015 Actavis Ltr. to FDA re CBE notice for ZHP manufacturing process change relating to ANDA 090642); Daniel Barreto Dep. Tr. 4/14/2021, 106:23-108:16.

[133] TEVA-MDL2875-00320639-673, at -639.

[134] TEVA-MDL2875-00546489.

[135] *Ibid.*

[136] *Ibid.*
[137] Claire Lyons Dep. Tr. 4/27/2021, 130:3-132:2.
[138] Daniel Barreto Dep. Tr. 4/14/2021, 201:23-202:9; 275:9-276:5; 367:9-368:2.
[139] TEVA-MDL2875-00048605, at 61 of 61.
[140] *Ibid.*, 58-59.
[141] TORRENT-MDL2875-00072650; Sushil Jaiswal Dep. Tr. 6/04/20211, 67:21-24, 68:1-7.
[142] TORRENT-MDL2875-00131255; Reddy Neravetla Dep. Tr. 5/26/2021, 102:2-21.
[143] TORRENT-MDL2875-00504834; Jocelyn Rivera Dep. Tr. 02/22/2021, 438:5-24; Dawn Chitty Dep. Tr. 5/13/2021, 349:13-24, 350:1-4.
[144] TORRENT-MDL2875-00366172; Sushil Jaiswal Dep. Tr. 6/04/2021, 64:5-22, 65:7-24, 71:7-23, 86:17-24, 87:1-19.
[145] TORRENT-MDL2875-00135398; Dawn Chitty Dep. Tr. 5/13/2021, 59:15-24, 61:14-18.
[146] As recognized above, the FDA allowed contaminated valsartan to remain available for a short time in order to ensure there would not a shortage of this blood pressure medication in the short term.  This decision was not an indication that the ingestion of the contaminated valsartan was considered to be safe or desirable.

Exhibit 1

# Stephen S. Hecht, Ph.D.

Winston R. and Maxine H. Wallin Land Grant Professor of Cancer Prevention
American Cancer Society Professor, American Chemical Society Fellow
Masonic Cancer Center, University of Minnesota, Minneapolis, MN 55455

## Education

Duke University, B.S. (with honors), Chemistry – 1964
Massachusetts Institute of Technology, Ph.D., Organic Chemistry – 1968

## Professional Experience

Masonic Cancer Center, University of Minnesota, Minneapolis, MN
- Wallin Land Grant Professor of Cancer Prevention and Professor, Department of Laboratory Medicine and Pathology, 1996-present
- Head, Carcinogenesis and Chemoprevention Program, 1998-2014
- Member, Medicinal Chemistry and Pharmacology Graduate Programs, 1996-present

American Health Foundation, Valhalla, NY
- Director of Research, 1987-1996
- Chief, Division of Chemical Carcinogenesis, 1980-1996
- Head, Section of Organic Chemistry, Division of Environmental Carcinogenesis, 1973-1980

United States Department of Agriculture, Philadelphia, PA
- National Research Council Fellow, 1971-1973

Haverford College, Haverford, PA
- Assistant Professor of Chemistry, 1969-1971

Massachusetts Institute of Technology, Cambridge, MA
- Postdoctoral Fellow, Mass Spectrometry, Professor Klaus Biemann, 1968-1969

## Honors and Awards

Academy for Excellence in Team Science, University of Minnesota, 2019
Listed in AACR Landmarks in Cancer Research, 2017: Tobacco-Specific Nitrosamines, *JNCI* 60: 819-824 (1978)
University of Minnesota Medical School Dean's Distinguished Research Lectureship, 2017
American Chemical Society Minnesota Section, Minnesota Award, 2017
University of Minnesota Medical School Wall of Scholarship, 2015
Elected American Association for the Advancement of Science Fellow, 2014
Selected as next Editor-In-Chief, *Chemical Research in Toxicology*, American Chemical Society, 2012
Joseph Cullen Award, American Society of Preventive Oncology, 2012
Elected American Chemical Society Fellow, 2009
Founders' Award, Division of Chemical Toxicology, American Chemical Society, 2009
Academy for Excellence in Health Research, Academic Health Center, University of Minnesota, 2006
American Association for Cancer Research-Cancer Research and Prevention Foundation Award for Excellence in Cancer Prevention Research, 2006
Merit Award, National Cancer Institute, 2004-2014
Dr. William Cahan Distinguished Professor Award, Flight Attendant Medical Research Institute, 2002
Alton Ochsner Award Relating Smoking and Health, 2001
American Cancer Society Research Professor, 2000-2009

Wallin Chair in Cancer Prevention, Masonic Cancer Center, University of Minnesota, 1996-
Endowed Chair in Carcinogenesis and Chemoprevention, American Health Foundation, 1992-1996
Cancer Research Covers: March 1, 1988; February 15, 1993
Chemical Research in Toxicology Covers: June 1998, July 2007, February 2011
Cancer Epidemiology Biomarkers & Prevention Cover, December 2003
Outstanding Investigator Grant, National Cancer Institute, 1987-2001
Research Career Development Award, National Cancer Institute, 1975-1980
National Research Council Fellow, 1971-1973
Phi Beta Kappa, 1964

## Current Research Interests

- Mechanisms and prevention of tobacco-induced cancer
- Carcinogen biomarkers and their application in molecular epidemiology and cancer prevention
- Mechanisms of chemical carcinogenesis in humans
- Chemoprevention of cancer

## Selected Active Grant Support

*Principal Investigator*
Continually funded by the U.S. National Cancer Institute since 1975
- NCI, CA-81301, Metabolism of Carcinogenic Tobacco-Specific Nitrosamines, 1999-
- NCI, CA-203851, e-Cigarettes: Formaldehyde DNA Adducts, Oxidative Damage, and Potential Toxicity and Carcinogenesis, 2017-
- NCI, CA-222005, Clinical Trial of Watercress in Detoxification of Environmental Toxicants and Carcinogens, 2018 -
- NCI, CA-138338 (P01), Mechanisms of Ethnic/Racial Differences in Lung Cancer due to Cigarette Smoking, 2010 -

*Co-Principal Investigator*
   NIEHS, U2CES26533, Minnesota CHEAR Exposure Assessment Hub

## Selected Professional Activities

*Peer Review*
   AACR-Johnson & Johnson Lung Cancer Innovation Science Grants Committee, 2017-2019
   NIH Center for Scientific Review Special Emphasis Panel, Member 2020; Chair, 2019
   NIH Cancer Prevention Study Section, ad hoc, 2018
   Special Emphasis Panel, NCI PREVENT Cancer Program, 2011 –
   NIEHS Childrens' Health Exposure Analysis Resource Access Committee, 2017 -
   Special Emphasis Panel, NCI SPORE grants, 2015
   Council for Extramural Grants, American Cancer Society, 2010-2014
   Chair, Chemo/Dietary Prevention Study Section, National Institutes of Health 2006-2009
   Board of Scientific Counselors, Subcommittee 2, Basic Sciences, National Cancer Institute, 2001-2004
   Peer Review Committee on Carcinogenesis, Nutrition, and the Environment, American Cancer Society, 1998-2001; Chair, 2001
   Grants Review Panel, American Institute for Cancer Research, 1984-1987
   Chemical Pathology Study Section, National Institutes of Health, 1981-1985

   Ad Hoc Reviewer:
      National Cancer Institute, Cancer Center Support Grant Program

National Institute of Environmental Health Sciences
Dutch Cancer Society
Florida Department of Health
Alberta Heritage Foundation for Medical Research
Veterans Administration
New Jersey Commission on Cancer Research
United States - Israel Bi-national Science Foundation
California Tobacco Related Disease Research Program
Ohio Cancer Research Associates

*Selected Advisory Groups and Related Activities*
European Food Safety Authority, Contamination Working Group on N-Nitrosamines in Food, 2021
National Research Council Committee on Health Effects and Patterns of Use of Premium Cigars, 2021
U.S. Food and Drug Administration Panel on N-Nitrosamines in Pharmaceutical Products, 2021
Panel Member, 2018 American Cancer Society Professors' Meeting Discussion: "Bad luck" hypothesis
Member (ad hoc), Tobacco Products Scientific Advisory Committee, FDA, 2018
Reviewer, U.S. National Academies, Public Health Risks and Benefits of e-Cigarettes, 2017
Nomination Committee, Division of Chemical Toxicology, American Chemical Society, 2017-2019
Expert Consultation on the Integrated Exposure-Response Function, Univ. of Washington, 2017
Data Safety and Monitoring Board: NHLBI HAPIN study, Household Air Pollution and Health, 2017-
Chair, Nominating Committee, American Chemical Society Sosnovsky Award for Cancer Research, 2014
International Agency for Research on Cancer Monographs Program, Peer Review Committee, 2014
Frontiers in Cancer Prevention Annual Meeting, Program Committee, 2013
Round Table Meeting of the Senate Commission on Food Safety of the German Research Foundation: Nitrate and
     Nitrite in the Diet, Bonn, Germany, 2012
International Agency for Research on Cancer, Workshops on Tumor Concordance and Meshansims of
     Carcinogenesis, Lyon, France, 2012
Institute of Medicine, Committee on Scientific Standards for Studies on Reduced Risk Tobacco Products, 2011
AACR Cancer Prevention Committee and Cancer Prevention Summit, 2016
Tobacco Constituents Subcommittee, TPSAC, U.S. Food and Drug Administration, 2010
Flavor and Extract Manufacturers Association Expert Panel, 2010-
AACR Task Force on Tobacco and Cancer, 2009- 2012
External Advisory Board, University of Illinois Cancer Center, 2010-2014
Advisory Committee, Translational Cancer Research Center, South Dakota State University, 2009-2014
Chair-Elect to Past Chair, Chemistry in Cancer Research Working Group, AACR, 2007-2009
Chair, Program Committee, AACR Conference, Chemistry in Cancer Research: A Vital Partnership, 2007
Member, NCI-SRNT FDA Tobacco Regulation Legislation Review Project, 2009
International Agency for Research on Cancer, Knowledge Synthesis in Gene-Environment Interactions in
     Cancer, Lyon, France, 2009
Strategic Dialogue on Tobacco Harm Reduction, 2006-2007
Committee on Defining Upper Limits for Tobacco Toxicants, WHO TobReg, 2006-2007
Chair, Scientific Advisory Board, Center for Excellence in Environmental Toxicology, University of Pennsylvania,
     2005-2010
Chemistry in Cancer Research, AACR, Think Tank of Leaders in the Field, 2005
Chapter Editor for Cancer, Surgeon General's Report, How Cigarette Smoking Causes Disease, 2010
Contributor, Surgeon General's Report, Passive Smoking and Health, 2004; Health Consequences of Smoking,
     Fifty Years of Progress, 2014
Co-organizer, Symposium on Tobacco Carcinogenesis, American Chemical Society National Meeting, 2005
Program Committee Co-Chairperson, AACR Frontiers in Cancer Prevention Meeting, 2004, 2007

National Cancer Institute Carcinogenesis Think Tank, 2004
National Cancer Institute Biotechnology Initiative for Cancer Public Health Working Group, 2004
National Tobacco Monitoring, Research, and Evaluation Workshop, 2002
International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans,
    Vol. 37, *Tobacco Habits Other than Smoking*, 1985; Vol. 83, *Tobacco Smoke and Involuntary Smoking*, 2002;
    Vol. 85, *Betel Quid and Areca Nut*, Chair, 2003; Vol. 89, *Smokeless Tobacco and Some Related
    Nitrosamines,* 2004; Vol 100E, *A Review of Human Carcinogens-Lifestyle Factors*, 2009
International Agency for Research on Cancer Handbooks on Cancer Prevention, Vol. 9, *Cruciferous Vegetables,
    Isothiocyanates, and Indole-3-carbinol*, 2003
Lung Cancer Progress Review Group, Co-Chair, Chemoprevention Section, National Cancer Institute, 2001
Board of Scientific Counselors, National Toxicology Program, 1997-2001
Science Advisory Board, National Center for Toxicological Research, FDA, 1998-2002
Board of Scientific Counselors, Division of Cancer Etiology, National Cancer Institute, 1989-1995
Division of Chemical Toxicology, American Chemical Society, Chair, 1999-2000; Chair-elect, 1997-1998;
    Program Chair, 1996; Chair, Nominations Committee, 2011
Board of Directors, Minnesota Smoke Free Coalition, 1997-2001
Health Research Committee, Health Effects Institute, 1992-1996
External Scientific Advisory Board, Ohio State University Comprehensive Cancer Center, 2002-2006
Corporation Visiting Committee, Division of Bioengineering and Environmental Health, Massachusetts Institute
    of Technology, 2000-2003
External Advisory Committee, Environmental Health Sciences Center, Oregon State University, 1996-2000
Cancer Prevention Think Tank, American Cancer Society, 1995
American Association for Cancer Research Program Committee, 1983, 1990, 1993, 1997, 1999, 2000, 2003-
    2005, 2009 (co-chair), 2010; Session Chair, 1984, 1986, 1988, 1991, 200, 2003
Advisory Group, Center in Molecular Toxicology, Vanderbilt University School of Medicine, 1991-1997; Chair,
    1995-1997
Advisory Panel, Inhalation Toxicology Research Institute, 1990-1996
Advisory Panels, Chemical Industry Institute of Toxicology, 1990-1996
Advisory Panel, NYU-Nelson Institute of Environmental Medicine, 1992-1995
Peer Review Committee-Scientific Council, International Agency for Research on Cancer, 1991
Upper Aerodigestive Cancer Working Group, National Cancer Institute, 1986-1989
Contributor, Surgeon General's Report on the Health Consequences of Using Smokeless Tobacco, 1986


*Editorial Activities*
    Editor-in-Chief, *Chemical Research in Toxicology*, 2013 - 2017
    Associate Editor, *Journal of Medicinal Chemistry*, 2004 - 2012
    Associate Editor, *Nicotine and Tobacco Research*, 2009 - present

    Editorial Boards:
        Mutagenesis, 2014 - present
        Cancer Research, 1980 - 2000; 2010 - 2012
        Cancer Epidemiology, Biomarkers, and Prevention, 1990 - present
        Molecular Cancer Therapeutics, 2001 - 2012
        Cancer Prevention Research, 2008 – present
        Journal of Environmental Science and Health, Part C, 2016 - present
        Chemical Research in Toxicology, 1988 - 1990, 1992 - 1994, 2010 - 2012
        Lung Cancer, 2001 - 2012
        Cancer Letters, 1999 - 2006
        Carcinogenesis, 1986 - 1990; 2001 - 2006

Chemico-Biological Interactions, 1992 - 1998
Mutation Research, 2002 - 2007
Clinical Cancer Research, 2007 - 2011


## Selected Invited Lectures and Conferences, 2002-2019

Cancer Research Campaign, Manchester, England
State University of New York, Stony Brook
Society of Toxicology National Meetings
New York University
Virginia Piper Cancer Research Institute
Vanderbilt University
Reducing Tobacco Harm Conference, Washington, DC
Diet and Optimum Health, Portland, OR
American Cancer Society, Atlanta, GA
Mechanisms of Carcinogenesis and Xenobiotic
    Metabolism, Rutgers University
International Symposium on Polycyclic Aromatic
    Compounds
EMS Special Conference, Breast Cancer and
    Environmental Mutagens
Mayo Clinic, Rochester, MN
Biomarkers for Tobacco Exposure, Minneapolis
University of Wisconsin
Ohio State University
National Cancer Institute Chemoprevention Branch
Columbia University
Society for Research on Nicotine and Tobacco
East-West Conference on Tobacco and Alcohol
Tobacco Harm Reduction Network
Chemistry in Cancer Research
National Cancer Institute – Frederick
Evaluation of Smokeless Tobacco, Washington, DC
University of California, San Diego
AACR Frontiers in Cancer Prevention Meetings
AACR National Meetings
Society for Research on Nicotine and Tobacco
University of North Carolina
Hormel Institute
University of Pittsburgh
National Cancer Institute – Causes of Cancer
National Cancer Institute – Methods and
    Biomarkers
Roswell Park Cancer Center
Hanna Symposium, Univ. of Minnesota
New Jersey Governor's Conference on Cancer
    Prevention
American Chemical Society National Meetings

Dietary Factors and Cancer Prevention, Rochester, MN
Wadsworth Center, Albany, NY
University of Pennsylvania
University of Iowa
University of Louisville
University of Kentucky
3M Company, St. Paul, MN
Reducing Tobacco Use in Minnesota
Penn State, Hershey Medical Center
Northwestern University
MD Anderson Cancer Center (2)
University of Utah
Abbott Laboratories
Virginia Commonwealth University
Medical University of South Carolina
Environmental Mutagen Society, Puerto Rico
Dartmouth University
Toxicology Forum, Washington, DC
Tulane University
Indiana University
South Dakota State University
EOHSI, Rutgers University/UMDNJ
World Conference on Tobacco or Health, Mumbai
International Agency for Research on Cancer, Lyon
Ohio State University
University of Arizona Cancer Center
University of Oklahoma
UCLA Molecular Toxicology
University of Tennessee
Microsomes and Drug Oxidation, Beijing
University of Sao Paulo, Brazil
ETH, Zurich
Biomarkers Workshop, Műnster, Germany
Medical College of Wisconsin
Healthy Foods, Healthy Lives Symposium, Univ. of
    Minnesota
Japan Society of Clinical Oncology, Yokohama
Nitrate and Nitrosamines, Bonn, Germany
Gordon Research Conference Drug Metabolism,
    Keynote Speaker
Brown University
University of Rhode Island

| | |
|---|---|
| Minnesota Department of Health | ETH, Zurich |
| Beijing University of Technology | IASLC Meeting, Vienna, Austria |
| Peking University | University of Pittsburgh |
| National Center for Nanoscience and Technology, Beijing | Penn State Cancer Institute |
| | King's College, London |
| U.S. Food and Drug Administration-e-Cigarettes | American Association for Dental Research |
| North Dakota State University | Minnesota Department of Health |
| U.S. Food and Drug Administration-Biomarkers | Kaohsiung Medical University, Taiwan |
| Joint AACR/IASLC Meeting, San Diego | |

## University Activities

*Principal Lecturer and Organizer*
    Chemical Carcinogenesis and Chemoprevention, 3 credits, 1998 - 2003
*Lecturer*
    Chemical Aspects of Drug Metabolism and Bioactivation
    Advanced Pharmacology
    Cancer Epidemiology
    Molecular Epidemiology
*Academic Program Memberships*
    Medicinal Chemistry Graduate Program
    Pharmacology Graduate Program
    Combined M.D./Ph.D. Program
*Committees*
    Masonic Cancer Center: Executive Committee and Cancer Prevention and Control Steering Committee, 1998-2014
    Masonic Cancer Center Space Committee, 2016 -
    M.D./Ph.D. Program Steering Committee, 2000 - 2009

## Memberships

American Association for Cancer Research
American Association for the Advancement of Science
American Chemical Society
American Society of Preventive Oncology
American Society for Mass Spectrometry
International Society for the Study of Xenobiotics
Society for Research on Nicotine and Tobacco
American Society for Pharmacology and Experimental Therapeutics

## Selected Contributions to Science (with key references)

1. *Tobacco-specific nitrosamines: identification in tobacco products, carcinogenicity, metabolism, DNA binding, and biomarkers.* The tobacco-specific nitrosamines *N'*-nitrosonornicotine (NNN) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) are considered to be important causes of tobacco-induced cancer. We carried out most of the carcinogenicity, metabolism, and DNA binding studies of NNN

and NNK, leading to a broad understanding of their uptake and metabolism in humans. We developed highly sensitive mass spectrometric methods for analysis of their metabolites in humans; the NNAL biomarker in particular has been widely used in multiple studies of tobacco-specific carcinogen exposure and risk for cancer. Our studies on NNAL in the urine of non-smokers exposed to secondhand smoke contributed to the clean indoor air now enjoyed nearly universally.

a. **Hecht, S. S.**, Carmella, S. G., Murphy, S. E., Akerkar, S., Brunnemann, K. D., and Hoffmann, D. (1993) A tobacco-specific lung carcinogen in the urine of men exposed to cigarette smoke. *N. Engl. J. Med.* 329, 1543-1546.

b. **Hecht, S. S.** (1998) Biochemistry, biology, and carcinogenicity of tobacco-specific N-nitrosamines. *Chem. Res. Toxicol.* 11, 559-603.

c. **Hecht, S. S.**, Stepanov, I., and Carmella, S. G. (2016) Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines. *Acc. Chem. Res.* 49, 106-114. PMCID: PMC5154679

d. Li, Y., and **Hecht, S. S.** (2021) Identification of an *N'*-nitrosonornicotine-specific deoxyadenosine adduct in rat liver and lung DNA. *Chem. Res. Toxicol.* 34, 992-1003.

2. *Application of tobacco carcinogen and toxicant biomarkers in clinical and epidemiologic studies*. We developed a panel of urinary tobacco carcinogen and toxicant biomarkers, using state of the art high throughput liquid chromatography-mass spectrometric techniques, and have applied these methods in collaborative studies to explore human exposure and risk. Using samples from nested case-control studies within prospective cohorts, we demonstrated that NNAL, nicotine metabolites, and phenanthrene tetraol (a PAH metabolite) were significantly related to lung cancer and that NNN was significantly related to esophageal cancer. We further showed significant differences in levels of these metabolites in ethnic groups with differing risks for lung cancer, and have analyzed more than 60,000 urine samples for multiple biomarkers in a clinical study of the reduced nicotine cigarette.

a. Yuan, J. M., Knezevich, A. D., Wang, R., Gao, Y. T., **Hecht, S. S.**, and Stepanov, I. (2011) Urinary levels of the tobacco-specific carcinogen *N'*-nitrosonornicotine and its glucuronide are strongly associated with esophageal cancer risk in smokers. *Carcinogenesis* 32, 1366-1371. PMCID: PMC3202311

b. Park, S. L., Carmella, S. G., Ming, X., Stram, D. O., Le Marchand, L., and **Hecht, S. S.** (2015) Variation in levels of the lung carcinogen NNAL and its glucuronides in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer. *Cancer Epidemiol. Biomarkers Prev.* 24, 561-569. PMCID: PMC4355389

c. Yuan, J. M., Nelson, H. H., Carmella, S. G., Wang, R., Kuriger-Laber, J., Jin, A., Adams-Haduch, J., **Hecht, S. S.**, Koh, W. P., and Murphy, S. E. (2017) *CYP2A6* genetic polymorphisms and biomarkers of tobacco smoke constituents in relation to risk of lung cancer in the Singapore Chinese Health Study. *Carcinogenesis* 38, 411-418. PMCID: PMC6248819

d. Hatsukami, D. K., Luo, X., Jensen, J. A., al'Absi, M., Allen, S. S., Carmella, S. G., Chen, M., Cinciripini, P. M., Denlinger-Apte, R., Drobes, D. J., Koopmeiners, J. S., Lane, T., Le, C. T., Leischow, S., Luo, K., McClernon, F. J., Murphy, S. E., Paiano, V., Robinson, J. D., Severson, H., Sipe, C., Strasser, A. A., Strayer, L. G., Tang, M. K., Vandrey, R., **Hecht, S. S.**, Benowitz, N. L., and Donny, E. C. (2018) Effect of immediate vs gradual reduction in nicotine content of cigarettes on biomarkers of smoke exposure: a randomized clinical trial. *JAMA* 320, 880-891. PMCID: PMC6372240

3. *Metabolism and DNA adducts of PAH and aldehydes*. We carried out extensive studies on metabolism and DNA adduct formation by these compounds. The results of these studies were consistent with, expanded, and supported the bay region diol epoxide model of PAH carcinogenicity, leading us to develop the phenanthrene tetraol biomarker of PAH exposure plus metabolic activation, and to use high resolution mass spectrometry for analysis of benzo[*a*]pyrene-DNA adducts in the human lung. Our studies on

nitrosamine metabolism evolved to investigations of related metabolically formed aldehydes. Our group was the first to identify acrolein and crotonaldehyde-derived DNA adducts that have been extensively investigated, and we developed the first methods for reliable quantitation of formaldehyde and acetaldehyde-DNA adducts in humans. The latter are particularly relevant to alcohol consumption and its role in carcinogenesis.

a.  Balbo, S., Meng, L., Bliss, R. L., Jensen, J. A., Hatsukami, D. K., and **Hecht, S. S.** (2012) Kinetics of DNA adduct formation in the oral cavity after drinking alcohol. *Cancer Epidemiol. Biomarkers Prev.* 21, 601-608. PMCID: PMC3319307

b.  Villalta, P. W., Hochalter, J. B., and **Hecht, S. S.** (2017) Ultrasensitive high-resolution mass spectrometric analysis of a DNA adduct of the carcinogen benzo[*a*]pyrene in human lung. *Anal. Chem.* 89, 12735-12742. PMCID: PMC6027747.

c.  Yang, J., Balbo, S., Villalta, P. W., and **Hecht, S. S.** (2019) Analysis of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human lung DNA from smokers and nonsmokers. *Chem. Res. Toxicol.* 32, 318-325. PMCID: PMC6644703

d.  Chen, M., Carmella, S. G., Li, Y., Zhao, Y., and **Hecht, S. S.** (2020) Resolution and quantitation of mercapturic acids derived from crotonaldehyde, methacrolein, and methyl vinyl ketone in the urine of smokers and nonsmokers. *Chem. Res. Toxicol.* 33, 669-677. PMCID: PMC7193944

4.  *Chemoprevention of cancer.* We applied our understanding of mechanisms of tobacco carcinogenesis to the identification of potential naturally occurring agents which could diminish the risk for cancer. This led to extensive studies on a variety of agents including isothiocyanates, indole-3-carbinol, *myo*-inositol, and related compounds. 2-Phenethyl isothiocyanate (PEITC), a potent inhibitor of carcinogenesis in several systems, was chosen for further development because of its natural occurrence and favorable preclinical profile. Together with our colleagues, we carried out an FDA-approved clinical trial of PEITC as an inhibitor of the metabolic activation of NNK in smokers, which showed modest inhibition, but a far greater effect on detoxification of common environmental agents such as benzene, a lead we are pursuing actively in a clinical trial of watercress, an abundant source of PEITC, to enhance detoxification of these agents.

a.  **Hecht, S. S.**, Trushin, N., Rigotty, J., Carmella, S. G., Borukhova, A., Akerkar, S. A., and Rivenson, A. (1996) Complete inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone induced rat lung tumorigenesis and favorable modification of biomarkers by phenethyl isothiocyanate. *Cancer Epidemiol. Biomarkers Prev.* 5, 645-652.

b.  **Hecht, S. S.**, Kassie, F., and Hatsukami, D. K. (2009) Chemoprevention of lung carcinogenesis in addicted smokers and ex-smokers. *Nat. Rev. Cancer* 9, 476-488. PMCID: PMC3876956.

c.  Yuan, J.-M., Stepanov, I., Murphy, S. E., Wang, R., Allen, S., Jensen, J., Strayer, L., Adams-Haduch, J., Carmella, S. G., Upadhyaya, P., Le, C., Kurzer, M., Nelson, H. H., Yu, M. C., Hatsukami, D. K., and **Hecht, S. S.** (2016) Clinical trial of 2-phenethyl isothiocyanate as an inhibitor of metabolic activation of a tobacco-specific lung carcinogen in cigarette smokers. *Cancer Prev. Res.* 9, 396-405. PMCID: PMC4854759.

d.  Yuan, J. M., Murphy, S. E., Stepanov, I., Wang, R., Carmella, S. G., Nelson, H. H., Hatsukami, D., and **Hecht, S. S.** (2016) 2-Phenethyl isothiocyanate, *glutathione S-transferase M1* and *T1* polymorphisms, and detoxification of volatile organic carcinogens and toxicants in tobacco smoke. *Cancer Prev. Res.* 9, 598-606. PMCID: PMC4930697

5.  *Expertise in tobacco carcinogenesis.* I have served on multiple U.S. and W.H.O. committees evaluating the tobacco and cancer problem and recommending solutions, and have regularly contributed to U.S. Surgeon General Reports on tobacco and cancer. I have written numerous invited reviews and book chapters on

aspects of tobacco carcinogenesis. With Professor D. Hatsukami, I am currently editing a book entitled "Tobacco and Cancer: the Science and the Story" to be published in 2021 by World Scientific Press.

a.  **Hecht, S. S.** (1999) Tobacco smoke carcinogens and lung cancer. *J. Natl. Cancer Inst.* 91, 1194-1210. (cited 1349 times).

b.  **Hecht, S. S.** (2003) Tobacco carcinogens, their biomarkers, and tobacco-induced cancer. *Nature Rev. Cancer* 3, 733-744. (cited 883 times).

c.  **Hecht, S. S.**, and Szabo, E. (2014) Fifty years of tobacco carcinogenesis research: From mechanisms to early detection and prevention of lung cancer. *Cancer Prev. Res.* 7, 1-8. PMCID: PMC4296669

d.  **Hecht, S. S.** (2017) Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers. *Chem Res Toxicol* 30, 367-375. PMCID: PMC5310195

**Link to Bibliography**  Over 850 publications including more than 590 peer-reviewed journal articles and over 250 book chapters and related publications; control plus click to follow link
**http://www.ncbi.nlm.nih.gov/sites/myncbi/stephen.hecht.1/bibliography/41146177/public/?sort=date&direction=ascending**

**Stephen S. Hecht, Ph.D.**

**Bibliography**

<u>Table of Contents</u>

613 Original articles and 5 patents                                        Pages

    1967-1980 ..................................................................................1-4

    1981-1990 ..................................................................................4-15

    1991-2000 ..................................................................................15-23

    2001-2010 ..................................................................................23-35

    2011-present ...............................................................................35-46

280 Chapters, invited articles, books, and other papers

    1967-1990 ..................................................................................47-55

    1991-2000 ..................................................................................55-59

    2001-2010 ..................................................................................59-62

    2011-present ...............................................................................62-66

**Stephen S. Hecht, Ph.D.**

**Bibliography**

## Original Articles and Patents

1.  Cope, A.C. and Hecht, S.S.  Proximity Effects, XLVIII. Aprotic decomposition of 2-phenylcyclooctanone p-toluenesulfonylhydrazone and 3-phenylcyclooctanone p-toluenesulfonylhydrazone.  *J. Am. Chem. Soc.*, **89**: 6920-6925, 1967.

2.  Hecht, S.S. and Greene, F.D.  Di-t-butyloxadiaziridine, the cyclic form of an azoxy group. Ring-chain isomerism in three-membered rings.  *J. Am. Chem. Soc.*, **89**: 6761, 1967.

3.  Greene, F.D. and Hecht, S.S.  Cyclic azoxy compounds-relation of structural considerations to NMR spectra.  *Tetrahedron Lett.*, **7**: 575-578, 1969.

4.  Greene, F.D. and Hecht, S.S.  Oxadiaziridines, the cyclic form of an azoxy group. Synthesis, valence isomerism, and reactivity.  *J. Org. Chem.*, **35**: 2482-2486, 1970.

5.  Hecht, S.S.  Alkylation of metal derivatives of 1,3-diphenyl-1,3-propanedione with 1,2-diphenyl-3,3-dichlorocyclopropene.  *Tetrahedron Lett.*, **50**: 4385-4388, 1970.

6.  Hecht, S.S.  Transannular carbene reactions; an intermediate organic laboratory experiment.  *J. Chem. Ed.*, **48**: 340-341, 1971.

7.  Hecht, S.S.  Reaction of hydrazine with 1,2-diphenyl-3-dibenzoylmethylenecyclopropene and 1,2-diphenyl-3-diacetylmethylenecyclopropene; formation of pyridazines.  *Tetrahedron Lett.*, **35**: 3731-3734, 1972.

8.  Rothman, E.S., Hecht, S.S., Pfeffer, P.E., and Silbert, L.S.  Enol Esters, XV. Synthesis of highly hindered esters *via* isopropenyl ester intermediates.  *J. Org. Chem.*, **37**: 3551-3552, 1972.

9.  Hecht, S.S. and Rothman, E.S.  Amide hydrofluoroborates.  *J. Org. Chem.*, **38**: 395-396, 1973.

10. Rothman, E.S., Moore, G.G., and Hecht, S.S.  Enol Esters, XVII. Reactions of isopropenyl stearate with diethyl malonate, acetoacetic ester, and related keto esters.  *J. Org. Chem.*, **38**: 2540-2543, 1973.

11. Hecht, S.S. and Rothman, E.S.  Cleavage of saturated fatty acid amides by anhydrous hydrogen fluoride-boron trifluoride.  *J. Org. Chem.*, **38**: 3733-3737, 1973.

12. Hecht, S.S., Bondinell, W.E., and Hoffmann, D.  Chemical studies on tobacco smoke, XXIX. Chrysene and methylchrysenes: Presence in tobacco smoke and carcinogenicity.  *J. Natl. Cancer Inst.*, **53**: 1121-1133, 1974.

13. Hoffmann, D., Hecht, S.S., Ornaf, R.M., and Wynder, E.L.  Chemical studies on tobacco smoke, XXX. N'-nitrosonornicotine in tobacco.  *Science*, **186**: 265-267, 1974.

14. Hecht, S.S., Ornaf, R.M., and Hoffmann, D.  Chemical studies on tobacco smoke, XXXIII. N'-Nitrosonornicotine in tobacco: Analysis of possible contributing factors and biologic implications.  *J. Natl. Cancer Inst.*, **54**: 1237-1244, 1974.

15. Hoffmann, D., Raineri, R., Hecht, S.S., Maronpot, R., and Wynder, E.L.  A study of tobacco carcinogenesis, XIV. Effects of N'-nitrosonornicotine and N'-nitrosoanabasine in rats.  *J. Natl. Cancer Inst.*, **55**: 977-981, 1975.

16. Hecht, S.S., Thorne, R.L., Maronpot, R.R., and Hoffmann, D.  A study of tobacco carcinogenesis, XIII. Tumor-promoting subfractions of the weakly acidic fraction.  *J. Natl. Cancer Inst.*, **55**: 1329-1336, 1975.

17.   Hecht, S.S., Ornaf, R.M., and Hoffmann, D.  Chemical studies on tobacco smoke. XLI.
      Determination of N'-nitrosonornicotine in tobacco by high speed liquid chromatography.  *Anal.
      Chem.*, **47**: 2046-2048, 1975.

18.   Hecht, S.S. and Rothman, E.  A fabric waterproofing process, U.S. Patent 3,899,290, 1975.

19.   Hecht, S.S., Loy, M., Maronpot, R.R., and Hoffmann, D.  A study of chemical carcinogenesis.
      Comparative carcinogenicity of 5-methylchrysene, benzo[a]pyrene, and modified chrysenes.  *Cancer
      Lett.*, **1**: 147-154, 1976.

20.   Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 2. Synthesis of
      N-nitrosamino aldehydes.  *Tetrahedron Lett.*, **8**: 593-596, 1976.

21.   Hecht, S.S., Chen, C.B., Dong, M., Ornaf, R.M., Hoffmann, D., and Tso, T.C.  Chemical studies on
      tobacco smoke, LI. Studies on non-volatile nitrosamines in tobacco.  *Beitr. Tabakforsch.*, **9**: 1-6,
      1977.

22.   Hilfrich, J., Hecht, S.S., and Hoffmann, D.  A study of tobacco carcinogenesis, XV. Effects of
      N'-nitrosonornicotine and N'-nitrosoanabasine in Syrian golden hamsters.  *Cancer Lett.*, **2**: 169-176,
      1977.

23.   Hoffmann, D., Dong, M., and Hecht, S.S.  Chemical studies on tobacco smoke, LII. Origin in tobacco
      smoke of N'-nitrosonornicotine, a tobacco-specific carcinogen: Brief Communication.  *J. Natl.
      Cancer Inst.*, **58**: 1841-1844, 1977.

24.   Mirvish, S.S., Sams, J., and Hecht, S.S.  Kinetics of nornicotine and anabasine nitrosation in relation
      to N'-nitrosonornicotine occurrence in tobacco and to tobacco-induced cancer.  *J. Natl. Cancer Inst.*,
      **59**: 1211-1213, 1977.

25.   Weiss, L., Loy, M., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 4. Synthesis
      of the carbon-14 labelled carcinogens 5-methylchrysene, 2-methylaniline and 3-methyl-
      2-naphthylamine.  *J. Labelled Cmpd.*, **14**: 119-131, 1978.

26.   Hecht, S.S., Chen, C.B., Ornaf, R.M., Jacobs, E., Adams, J.D., and Hoffmann, D.  Chemical studies
      on tobacco smoke, LVII. Reaction of nicotine and sodium nitrite: Formation of nitrosamines and
      fragmentation of the pyrrolidine ring.  *J. Org. Chem.*, **43**: 72-76, 1978.

27.   Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 6. Evidence for
      metabolic α-hydroxylation of N-nitrosopyrrolidine.  *Cancer Res.*, **38**: 215-218, 1978.

28.   Hecht, S.S., Loy, M., Mazzarese, R., and Hoffmann, D.  A study of chemical carcinogenesis, 7.
      Synthesis and mutagenicity of modified chrysenes related to the carcinogen, 5-methylchrysene.  *J.
      Med. Chem.*, **21**: 38-44, 1978.

29.   Hecht, S.S., Chen, C.B., Hirota, N., Ornaf, R.M., Tso, T.C., and Hoffmann, D.  A study of tobacco
      carcinogenesis, XVI. Tobacco specific nitrosamines: Formation from nicotine *in vitro* and during
      tobacco curing and carcinogenicity in strain A mice.  *J. Natl. Cancer Inst.*, **60**: 819-824, 1978.

30.   Browne, C.E., Dobbs, T.K., Hecht, S.S., and Eisenbraun, E.J.  Stereochemical assignment of (E)- and
      (Z)-2-(1-naphthyl)-1-phenylpropene and their photocyclization to 5-methylchrysene.  *J. Org. Chem.*,
      **43**: 1656-1660, 1978.

31.   Hecht, S.S., Hirota, N., Loy, M., and Hoffmann, D.  A study of chemical carcinogenesis, 8. Tumor-
      initiating activity of fluorinated 5-methylchrysenes.  *Cancer Res.*, **38**: 1694-1698, 1978.

32.   Hecht, S.S., Carmella, S., and Hoffmann, D.  Chemical studies on tobacco smoke, LIV.
      Determination of hydroxybenzyl alcohols and hydroxyphenyl ethanols in tobacco and tobacco smoke.
      *J. Anal. Toxicol.*, **2**: 56-59, 1978.

33.  Hecht, S.S., LaVoie, E., Mazzarese, R., Amin, S., Bedenko, V., and Hoffmann, D.  A study of chemical carcinogenesis, 9. 1,2-Dihydro-1,2-dihydroxy-5-methylchrysene, a major activated metabolite of the environmental carcinogen 5-methylchrysene.  *Cancer Res.*, **38**: 2191-2194, 1978.

34.  Hecht, S.S., Chen, C.B., and Hoffmann, D.  Tobacco specific nitrosamines: Occurrence, formation, carcinogenicity, and metabolism.  *Acct. Chem. Res.*, **12**: 92-98, 1979.

35.  Chen, C.B., McCoy, G.D., Hecht, S.S., Hoffmann, D., and Wynder, E.L.  A study of chemical carcinogenesis, 10. High pressure liquid chromatographic assay for α-hydroxylation of N-nitrosopyrrolidine by isolated rat liver microsomes.  *Cancer Res.*, **38**: 3812-3816, 1978.

36.  Chen, C.B., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 11. Metabolic α-hydroxylation of the tobacco specific carcinogen, N'-nitrosonornicotine.  *Cancer Res.*, **38**: 3639-3645, 1978.

37.  Hecht, S.S., Hirota, N., and Hoffmann, D.  A study of chemical carcinogenesis, 12. Comparative tumor initiating activity of 10-methylbenzo[a]pyrene, 7,10-dimethylbenzo[a]pyrene, and benzo[a]pyrene.  *Cancer Lett.*, **5**: 179-183, 1978.

38.  McCoy, G.D., Chen, C.B., Hecht, S.S., and McCoy, E.C.  Enhanced metabolism and mutagenesis of nitrosopyrrolidine in liver fractions isolated from chronic ethanol-consuming hamsters.  *Cancer Res.*, **39**: 793-796, 1979.

39.  Hecht, S.S. and Chen, C.B.  A study of chemical carcinogenesis, 14. Hydrolysis of model compounds for α-hydroxylation of the carcinogens, N-nitrosopyrrolidine and N'-nitrosonornicotine.  *J. Org. Chem.*, **44**: 1563-1566, 1979.

40.  Hecht, S.S., LaVoie, E.J., Mazzarese, R., Hirota, N., Ohmori, T., and Hoffmann, D.  A study of chemical carcinogenesis, 16. Comparative mutagenicity, tumor-initiating activity, carcinogenicity, and *in vitro* metabolism of fluorinated 5-methylchrysenes.  *J. Natl. Cancer Inst.*, **63**: 855-861, 1979.

41.  Hecht, S.S., Grabowski, W., and Groth, K.  Analysis of faeces for benzo[a]pyrene after consumption of charcoal-broiled beef by rats and humans.  *Food Cosmet. Toxicol.*, **17**: 223-227, 1979.

42.  Hoffmann, D., Adams, J.D., Brunnemann, K.D., and Hecht, S.S.  Chemical studies on tobacco smoke. LXII. Assessment of tobacco-specific N-nitrosamines in tobacco products.  *Cancer Res.*, **39**: 2505-2509, 1979.

43.  Hecht, S.S., El-Bayoumy, K., Tulley, L., and LaVoie, E.  A study of chemical carcinogenesis, 17. Structure-mutagenicity relationships of N-oxidized derivatives of aniline, o-toluidine, 2'-methyl-4-aminobiphenyl, and 3,2'-dimethyl-4-aminobiphenyl.  *J. Med. Chem.*, **22**: 981-987, 1979.

44.  Hecht, S.S., Chen, C.B., McCoy, G.D., Hoffmann, D., and Domellöf, L.  A study of chemical carcinogenesis, 18. α-Hydroxylation of N-nitrosopyrrolidine and N'-nitrosonornicotine by human liver microsomes.  *Cancer Lett.*, **8**: 35-41, 1979.

45.  Amin, S., Hecht, S.S., LaVoie, E., and Hoffmann, D.  A study of chemical carcinogenesis, 19. Synthesis and mutagenicity of 5,11-dimethylchrysene and some methyl-oxidized derivatives of 5-methylchrysene.  *J. Med. Chem.*, **22**: 1336-1340, 1979.

46.  Hecht, S.S., Amin, S., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 20. Tumor initiating activity of 5,11-dimethylchrysene and the structural requirements favoring carcinogenicity of methylated polynuclear aromatic hydrocarbons.  *Cancer Lett.*, **8**: 65-70, 1979.

47.  Hecht, S.S., Chen, C.B., Ohmori, T., and Hoffmann, D.  A study of tobacco carcinogenesis, XIX. Comparative carcinogenicity in F344 rats of the tobacco specific nitrosamines, N' nitrosonornicotine and 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Res.*, **40**: 298-302, 1980.

48.   Chen, C.B., Fung, P.T., and Hecht, S.S.  A study of chemical carcinogenesis, 21. Assay for microsomal α-hydroxylation of N'-nitrosonornicotine and determination of the deuterium isotope effect for α-hydroxylation.  *Cancer Res.*, **39**: 5057-5062, 1979.

49.   Amin, S., Bedenko, V., LaVoie, E., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 22. Synthesis of dihydro diols as potential proximate carcinogens of benzofluoranthenes.  *J. Org. Chem.*, **46**: 2573-2578, 1981.

50.   Hecht, S.S., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 24. Tumor-initiating activity of dihydrodiols formed metabolically from 5-methylchrysene.  *Cancer Res.*, **40**: 1396-1399, 1980.

51.   LaVoie, E.J., Hecht, S.S., Amin, S., Bedenko, V., and Hoffmann, D.  Identification of mutagenic dihydrodiols as metabolites of benzo[j]fluoranthene and benzo[k]fluoranthene.  *Cancer Res.*, **40**: 4528-4532, 1980.

52.   El-Bayoumy, K., LaVoie, E.J., Tulley-Frieler, L., and Hecht, S.S.  A study of chemical carcinogenesis, 27. Effects of *ortho*-methyl substituents on the mutagenicity of aminobiphenyls and aminonaphthalenes.  *Mutat. Res.*, **90**: 345-354, 1981.

53.   Amin, S., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 28. Synthesis of angular ring methoxy-5-methylchrysenes and 5-methylchrysenols.  *J. Org. Chem.*, **46**: 2394-2398, 1981.

54.   Hecht, S.S., Carmella, S., Mori, H., and Hoffmann, D.  A study of tobacco carcinogenesis. XX. Role of catechol as a major cocarcinogen in the weakly acidic fraction of smoke condensate.  *J. Natl. Cancer Inst.*, **66**: 163-169, 1981.

55.   Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 29. Metabolic β-hydroxylation and N-oxidation of N'-nitrosonornicotine.  *J. Med. Chem.*, **23**: 1175-1178, 1980.

56.   El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 30. Synthesis of 4-amino-3,2'-dimethylbiphenyl-3-methyl-[14]C and 4-amino-2'-dimethylbiphenyl-2'-methyl-[14]C.  *J. Labelled Cmpd. Radiopharm.*, **18**: 973-983, 1981.

57.   Hecht, S.S., Young, R., and Chen, C.B.  A study of chemical carcinogenesis, 31. Metabolism in the F344 rat of 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco specific carcinogen.  *Cancer Res.*, **40**: 4144-4150, 1980.

58.   El-Bayoumy, K., LaVoie, E.J., Hecht, S.S., Fow, E.A., and Hoffmann, D.  The influence of methyl substitution on the mutagenicity of nitronaphthalenes and nitrobiphenyls.  *Mutat. Res.*, **81**: 143-153, 1981.

59.   Hecht, S.S., Carmella, S., and Hoffmann, D.  Quantitative analysis of alkyl-2-hydroxy-2-cyclopenten-1-ones in tobacco smoke.  *J. Agric. Food Chem.*, **29**: 401-404, 1981.

60.   McCoy, G.D., Chen, C.B., and Hecht, S.S.  Influence of mixed function oxidase inducers on the *in vitro* metabolism of N'-nitrosonornicotine by rat and hamster liver microsomes.  *Drug Metab. Dispos.*, **9**: 168-169, 1981.

61.   Fiala, E.S., Kohl, N.E., Hecht, S.S., Yang, J.J., and Shimada, T.  The formation of azoxy-2-phenylethane during the biological oxidation of phenylethylamine by rabbit liver microsomes.  *Carcinogenesis*, **2**: 165-173, 1981.

62.   Hecht, S.S., Chen, C.B., Young, R., and Hoffmann, D.  Mass spectra of tobacco alkaloid-derived nitrosamines, their metabolites, and related compounds.  *Beitr. Tabakforsch.*, **11**: 57-66, 1981.

63.   Hecht, S.S., Lin, D., and Chen, C.B.  A study of chemical carcinogenesis, 33. Comprehensive analysis of urinary metabolites of N'-nitrosonornicotine.  *Carcinogenesis*, **2**: 833-838, 1981.

64.     McCoy, G.D., Hecht, S.S., Katayama, S., and Wynder, E.L.  Differential effect of chronic ethanol
        consumption on the carcinogenicity of N-nitrosopyrrolidine and N'-nitrosonornicotine in male Syrian
        golden hamsters.  *Cancer Res.*, **41**: 2849-2854, 1981.

65.     Hoffmann, D., Castonguay, A., Rivenson, A., and Hecht, S.S.  Comparative carcinogenicity and
        metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine in Syrian
        golden hamsters.  *Cancer Res.*, **41**: 2386-2393, 1981.

66.     Hecht, S.S., LaVoie, E.J., Bedenko, V., Pingaro, L., Katayama, S., Hoffmann, D., Sardella, D.J.,
        Boger, E., and Lehr, R.E.  Reduction of tumorigenicity and of dihydrodiol formation by fluorine
        substitution in the angular rings of dibenzo[a,i]pyrene. *Cancer Res.*, **41**: 4341-4345, 1981.

67.     McCoy, G.D., Hecht, S.S., and McCoy, E.C.  Comparison of microsomal inducer pretreatment on the
        *in vitro* α-hydroxylation and mutagenicity of N-nitrosopyrrolidine in rat and hamster liver.  *Environ.
        Mutagen.*, **4**: 221-230, 1982.

68.     Hecht, S.S. and Young, R.  A study of chemical carcinogenesis, 35. Metabolic α-hydroxylation of
        N-nitrosomorpholine and 3,3,5,5-tetradeutero-N-nitrosomorpholine in the F344 rat. *Cancer Res.*, **41**:
        5039-5043, 1981.

69.     Amin, S., Juchatz, A., Furuya, K., and Hecht, S.S.  A study of chemical carcinogenesis, 36. Effects of
        fluorine substitution on the tumor initiating activity and metabolism of 5-hydroxymethylchrysene, a
        tumorigenic metabolite of 5-methylchrysene.  *Carcinogenesis*, **2**: 1027-1032, 1981.

70.     LaVoie, E.J., Amin, S., Hecht, S.S., Furuya, K., and Hoffmann, D.  A study of chemical
        carcinogenesis, 38. Tumor initiating activity of dihydrodiols of benzo[b]fluoranthene,
        benzo[j]fluoranthene, and benzo[k]fluoranthene.  *Carcinogenesis*, **3**: 49-52, 1982.

71.     Melikian, A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 39.
        Influence of a bay region methyl group on formation of 5-methylchrysene dihydrodiol epoxide: DNA
        adducts in mouse skin.  *Cancer Res.*, **42**: 1239-1242, 1982.

72.     El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 40. Identification of mutagenic
        metabolites formed by C-hydroxylation and nitroreduction of 5-nitroacenaphthene in rat liver.
        *Cancer Res.*, **42**: 1243-1248, 1982.

73.     Amin, S., LaVoie, E.J., and Hecht, S.S.  A study of chemical carcinogenesis, 41. Identification of
        metabolites of benzo[b]fluoranthene.  *Carcinogenesis*, **3**: 171-174, 1982.

74.     Hecht, S.S., Morrison, J.B., and Wenninger, J.A.  N-Nitroso-N-methyldodecylamine and N-nitroso-
        N-methyltetradecylamine in hair care products.  *Food Chem. Toxicol.*, **20**: 165-169, 1982.

75.     Carmella, S., LaVoie, E.J., and Hecht, S.S.  Quantitative analysis of catechol and 4-methylcatechol in
        human urine.  *Food Chem. Toxicol.*, **20**: 587-590, 1982.

76.     LaVoie, E.J., Hecht, S.S., Bedenko, V., and Hoffmann, D.  Identification of the mutagenic
        metabolites of fluoranthene, 2-methylfluoranthene, and 3-methylfluoranthene.  *Carcinogenesis*, **3**:
        841-846, 1982.

77.     Morrison, J.B. and Hecht, S.S.  N-Nitroso-N-methyldodecylamine and N-nitroso-
        N-methyltetradecylamine in household dishwashing liquids. *Food Chem. Toxicol.*, **20**: 583-586,
        1982.

78.     Hecht, S.S., Reiss, B., Lin, D., and Williams, G.M.  A study of chemical carcinogenesis, 42.
        Metabolism of N'-nitrosonornicotine by cultured rat esophagus.  *Carcinogenesis*, **3**: 453-456, 1982.

79.     Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Fiala, E.  A study of chemical carcinogenesis, 43.
        Comparative carcinogenicity of o-toluidine hydrochloride and o-nitrosotoluene in F344 rats.  *Cancer
        Lett.*, **16**: 103-108, 1982.

80.   Amin, S., Camanzo, J., and Hecht, S.S.  A study of chemical carcinogenesis, 44. Identification of metabolites of 5,11-dimethylchrysene and 5,12-dimethylchrysene and the influence of a peri-methyl group on their formation.  *Carcinogenesis*, **3**: 1159-1163, 1982.

81.   Castonguay, A., Lin, D., Stoner, G.D., Radok, P., Furuya, K., Hecht, S.S., Schut, H.A.J., and Klaunig, J.E.  A study of chemical carcinogenesis, 45. Comparative carcinogenicity in A/J mice and metabolism by cultured mouse peripheral lung of N'-nitrosonornicotine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and their analogues.  *Cancer Res.*, **43**: 1223-1229, 1983.

82.   El-Bayoumy, K., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 46. Comparative tumor initiating activity on mouse skin of 6-nitrobenzo[a]pyrene, 6-nitrochrysene, 3-nitroperylene, 1-nitropyrene and their parent hydrocarbons.  *Cancer Lett.*, **16**: 333-337, 1982.

83.   Hecht, S.S. and Young, R.  A study of chemical carcinogenesis, 47. Regiospecificity in the metabolism of the homologous cyclic nitrosamines, N'-nitrosonornicotine and N'-nitrosoanabasine.  *Carcinogenesis*, **3**: 1195-1199, 1982.

84.   Morrison, J.B., Hecht, S.S., and Wenninger, J.A.  N-Nitroso-N-methyloctadecylamine in hair-care products.  *Food Chem. Toxicol.*, **21**: 69-73, 1983.

85.   Castonguay, A., Tjälve, H., and Hecht, S.S.  A study of chemical carcinogenesis, 48. Tissue distribution of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, and its metabolites in F344 rats.  *Cancer Res.*, **43**: 630-638, 1983.

86.   Chung, F.-L. and Hecht, S.S.  A study of chemical carcinogenesis, 49. Formation of cyclic $1,N^2$-adducts by reaction of deoxyguanosine with α-acetoxy-N-nitrosopyrrolidine, 4-(carbethoxy-nitrosamino) butanal, or crotonaldehyde.  *Cancer Res.*, **43**: 1230-1235, 1983.

87.   Brittebo, E.B., Castonguay, A., Furuya, K., and Hecht, S.S.  A study of chemical carcinogenesis, 50. Metabolism of tobacco specific nitrosamines by cultured rat nasal mucosa.  *Cancer Res.*, **43**: 4343-4348, 1983.

88.   Hecht, S.S., Lin, D., and Castonguay, A.  A study of chemical carcinogenesis, 51. Effects of α-deuterium substitution on the mutagenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Carcinogenesis*, **4**: 305-310, 1983.

89.   El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 52. Identification and mutagenicity of metabolites of 1-nitropyrene formed by rat liver.  *Cancer Res.*, **43**: 3132-3137, 1983.

90.   Hoffmann, D., Rivenson, A., Adams, J.D., Juchatz, A., Vinchkoski, N., and Hecht, S.S.  Effects of route of administration and dose on the carcinogenicity of N-nitrosodiethanolamine in the Syrian golden hamster.  *Cancer Res.*, **43**: 2521-2524, 1983.

91.   Melikian, A.A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 53. 5-Methylchrysene metabolism in mouse epidermis *in vivo*, diol epoxide-DNA adduct persistence, and diol epoxide reactivity with DNA as potential factors influencing the predominance of 5-methylchrysene-1,2-diol-3,4-epoxide-DNA adducts in mouse epidermis.  *Carcinogenesis*, **4**: 843-849, 1983.

92.   Castonguay, A., Stoner, G.D., Schut, H.A.J., and Hecht, S.S.  A study of chemical carcinogenesis, 54. Metabolism of tobacco-specific N-nitrosamines by cultured human tissues.  *Proc. Natl. Acad. Sci. USA*, **80**: 6694-6697, 1983. PMCID: PMC391237.

93.   El-Bayoumy, K., Sharma, C., Louis, Y.M., Reddy, B., and Hecht, S.S.  A study of chemical carcinogenesis, 55. The role of intestinal microflora in the metabolic reduction of 1-nitropyrene to 1-aminopyrene in conventional and germfree rats and in humans.  *Cancer Lett.*, **19**: 311-316, 1983.

94.  Carmella, S.G., Hecht, S.S., Tso, T.C., and Hoffmann, D.  Roles of tobacco cellulose, sugars, and chlorogenic acid as precursors to catechol in cigarette smoke.  *J. Agric. Food Chem.*, **32**: 267-273, 1984.

95.  Hecht, S.S., Adams, J.D., Numoto, S., and Hoffmann, D.  Induction of respiratory tract tumors in Syrian golden hamsters by a single dose of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and the effect of smoke inhalation.  *Carcinogenesis*, **4**: 1287-1290, 1983.

96.  Castonguay, A., Tjälve, H., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 56. Perinatal metabolism of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in C57B1 mice.  *J. Natl. Cancer Inst.*, **72**: 1117-1126, 1984.

97.  Amin, S., Hussain, N., Brielmann, H., and Hecht, S.S.  A study of chemical carcinogenesis, 57. Synthesis and mutagenicity of dihydrodiol metabolites of benzo[b]fluoranthene.  *J. Org. Chem.*, **49**: 1091-1095, 1984.

98.  Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Fiala, E.  A study of chemical carcinogenesis, 58. Bioassay for carcinogenicity of 3,2'-dimethyl-4-nitrosobiphenyl, o-nitrosotoluene, nitrosobenzene, and the corresponding amines in Syrian golden hamsters.  *Cancer Lett.*, **20**: 349-354, 1983.

99.  Amin, S., Camanzo, J., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 59. Improved photochemical synthesis of 5-methylchrysene derivatives and its application to the preparation of 7,8-dihydro-7,8-dihydroxy-5-methylchrysene.  *J. Org. Chem.*, **49**: 381-384, 1984.

100. Hecht, S.S., Young, R., and Maeura, Y.  A study of chemical carcinogenesis, 60. Comparative carcinogenicity in F344 rats and Syrian golden hamsters of N'-nitrosonornicotine and N'-nitroso-nornicotine-1-N-oxide.  *Cancer Lett.*, **20**: 333-340, 1983.

101. Chung, F.-L., Young, R., and Hecht, S.S.  A study of chemical carcinogenesis, 61. Formation of cyclic 1,$N^2$-propanodeoxyguanosine adducts in DNA upon reaction with acrolein or crotonaldehyde.  *Cancer Res.*, **44**: 990-995, 1984.

102. Amin, S., Camanzo, J., and Hecht, S.S.  A study of chemical carcinogenesis, 62. Inhibition by a peri-fluorine atom of 1,2-dihydrodiol formation as a basis for the lower tumorigenicity of 12-fluoro-5-methylchrysene than of 5-methylchrysene.  *Cancer Res.*, **44**: 3772-3778, 1984.

103. El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 63. Identification of *trans*-1,2-dihydro-1,2-dihydroxy-6-nitrochrysene as a major mutagenic metabolite of 6-nitrochrysene.  *Cancer Res.*, **44**: 3408-3413, 1984.

104. Melikian, A.A., Amin, S., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 64. Identification of the major adducts formed by reaction of 5-methylchrysene *anti*-dihydrodiol epoxides with DNA *in vitro*.  *Cancer Res.*, **44**: 2524-2529, 1984.

105. Castonguay, A., Rivenson, A., Trushin, N., Reinhardt, J., Stathopoulos, S., Weiss, C.J., Reiss, B., and Hecht, S.S.  A study of chemical carcinogenesis, 65. Effects of chronic ethanol consumption on the metabolism and carcinogenicity of N'-nitrosonornicotine in F344 rats.  *Cancer Res.*, **44**: 2285-2290, 1984.

106. Hecht, S.S. and Morrison, J.B.  A study of chemical carcinogenesis, 66. A sensitive method for detecting *in vivo* formation of N-nitrosomorpholine and its application to rats given low doses of morpholine and sodium nitrite.  *Cancer Res.*, **44**: 2873-2877, 1984.

107. Hecht, S.S., Morrison, J.B., and Young, R.  A study of chemical carcinogenesis, 67. N-Nitroso-(2-hydroxyethyl)glycine, a urinary metabolite of N,N-dinitrosopiperazine with potential utility as a monitor for its formation *in vivo* from piperazine.  *Carcinogenesis*, **5**: 979-981, 1984.

108.    Chung, F.-L., Juchatz, A., Vitarius, J., and Hecht, S.S.  A study of chemical carcinogenesis, 68.
        Effects of dietary compounds on α-hydroxylation of N-nitrosopyrrolidine and N'-nitrosonornicotine
        in rat target tissues.  *Cancer Res.*, **44**: 2924-2928, 1984.

109.    El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 69. Metabolism of 1-nitro[U-
        4,5,9,10-$^{14}$C]pyrene in the F344 rat.  *Cancer Res.*, **44**: 4317-4322, 1984.

110.    Kashino, S., Zacharias, D.E., Prout, C.K., Carrell, H.L., Glusker, J.P., Hecht, S.S., and Harvey, R.G.
        Structure of 5-methylchrysene, $C_{19}H_{14}$.  *Acta Cryst.*, **C40**: 536-540, 1984.

111.    Hoffmann, D., Rivenson, A., Amin, S., and Hecht, S.S.  Dose-response study of the carcinogenicity
        of tobacco-specific N-nitrosamines in F344 rats.  *J. Cancer Res. Clin. Oncol.*, **108**: 81-86, 1984.

112.    Zacharias, D.E., Kashino, S., Glusker, J.P., Harvey, R.G., Amin, S., and Hecht, S.S.  The bay-region
        geometry of some 5-methylchrysenes: steric effects in 5,6- and 5,12-dimethylchrysenes.
        *Carcinogenesis*, **5**: 1421-1430, 1984.

113.    El-Bayoumy, K., Hecht, S.S., Sackl, T., and Stoner, G.D.  A study of chemical carcinogenesis, 71.
        Tumorigenicity and metabolism of 1-nitropyrene in A/J mice.  *Carcinogenesis*, **5**: 1449-1452, 1984.

114.    Carmella, S.G. and Hecht, S.S.  A study of chemical carcinogenesis, 72. High-performance
        liquid chromatographic analysis of metabolites of the nicotine derived nitrosamines, N'-nitrosonornicotine
        and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Anal. Biochem.*, **145**: 239-244, 1985.

115.    El-Bayoumy, K., Reddy, B., and Hecht, S.S.  A study of chemical carcinogenesis, 73. Identification
        of ring oxidized metabolites of 1-nitropyrene in the feces and urine of germfree F344 rats.
        *Carcinogenesis*, **5**: 1371-1373, 1984.

116.    Castonguay, A. and Hecht, S.S.  A study of chemical carcinogenesis, 74. Synthesis of carbon-14
        labeled 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *J. Labelled Cmpd. Radiopharm.*, **22**: 23-28,
        1985.

117.    Amin, S., Huie, K., Hussain, N., Balanikas, G., and Hecht, S.S.  A study of chemical carcinogenesis,
        75. Synthesis of methylated benzo[b]fluoranthenes and benzo[k]fluoranthenes.  *J. Org. Chem.*, **50**:
        1948-1954, 1985.

118.    Hecht, S.S.  A study of chemical carcinogenesis, 76. N-Nitroso-2-hydroxymorpholine, a mutagenic
        metabolite of N-nitrosodiethanolamine.  *Carcinogenesis*, **5**: 1745-1747, 1984.

119.    Hoffmann, D. and Hecht, S.S.  Nicotine-derived N-nitrosamines and tobacco related cancer: current
        status and future directions.  *Cancer Res.*, **45**: 935-944, 1985.

120.    Murphy, S.E. and Hecht, S.S.  A study of chemical carcinogenesis, 77. Dual-label high-performance
        liquid chromatographic assay for femtomole levels of benzo[a]pyrene metabolites.  *Anal. Biochem.*,
        **146**: 442-447, 1985.

121.    Chung, F.-L., Wang, M., and Hecht, S.S.  Dietary inhibitors of chemical carcinogenesis, 1. Effects of
        dietary indoles and isothiocyanates on N-nitrosodimethylamine and 4-(methylnitrosamino)-
        1-(3-pyridyl)-1-butanone α-hydroxylation and DNA methylation in rat liver.  *Carcinogenesis*, **6**: 539-
        543, 1985.

122.    El-Bayoumy, K., O'Donnell, M., Hecht, S.S., and Hoffmann, D.  On the analysis of
        1-nitronaphthalene, 1-nitropyrene and 6-nitrochrysene in cigarette smoke.  *Carcinogenesis*, **6**: 505-
        507, 1985.

123.    Melikian, A.A., Leszczynska, J.M., Amin, S., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G.
        A study of chemical carcinogenesis, 78. Rates of hydrolysis and extents of DNA binding of
        5-methylchrysene dihydrodiol epoxides.  *Cancer Res.*, **45**: 1990-1996, 1985.

124.    Hecht, S.S., Radok, L., Amin, S., Huie, K., Melikian, A.A., Hoffmann, D., Pataki, J., and Harvey,
R.G. A study of chemical carcinogenesis, 79. Tumorigenicity of 5-methylchrysene dihydrodiols and
dihydrodiol epoxides in newborn mice and on mouse skin. *Cancer Res.*, **45**: 1449-1452, 1985.

125.    Melikian, A.A., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G. A study of chemical
carcinogenesis, 80. Analysis of *syn-* and *anti-*1,2-dihydroxy-3,4-epoxy-1,2,3,4-tetrahydro-
5-methylchrysene-deoxyribonucleoside adducts by boronate chromatography. *Cancer Lett.*, **27**: 91-
97, 1985.

126.    Amin, S., Huie, K., and Hecht, S.S. A study of chemical carcinogenesis, 81. Mutagenicity and tumor
initiating activity of methylated benzo[b]fluoranthenes. *Carcinogenesis*, **6**: 1023-1025, 1985.

127.    Amin, S., Hussain, N., Balanikas, G., Huie, K., and Hecht, S.S. A study of chemical carcinogenesis,
83. Mutagenicity and tumor initiating activity of methylated benzo[k]fluoranthenes. *Cancer Lett.*, **26**:
343-347, 1985.

128.    Amin, S., Balanikas, G., Huie, K., Hussain, N., Geddie, J.E., and Hecht, S.S. A study of chemical
carcinogenesis, 84. Synthesis and fluorescence spectra of structural analogues of potential
benzo[b]fluoranthene-DNA adducts. *J. Org. Chem.*, **50**: 4642-4646, 1985.

129.    Murphy, S.E. and Hecht, S.S. A study of chemical carcinogenesis, 85. Effects of chronic ethanol
consumption on benzo[a]pyrene metabolism and glutathione S-transferase activities in Syrian golden
hamster cheek pouch and liver. *Cancer Res.*, **46**: 141-146, 1986.

130.    Chung, F.-L., Tanaka, T., and Hecht, S.S. A study of chemical carcinogenesis, 86. Induction of liver
tumors in F344 rats by crotonaldehyde. *Cancer Res.*, **46**: 1285-1289, 1986.

131.    Melikian, A.A., Leszczynska, J.M., Hecht, S.S., and Hoffmann, D. A study of chemical
carcinogenesis, 87. Effects of the cocarcinogen catechol on benzo[a]pyrene metabolism and DNA
adduct formation in mouse skin. *Carcinogenesis*, **7**: 9-15, 1986.

132.    Hecht, S.S., Trushin, N., Castonguay, A., and Rivenson, A. A study of chemical carcinogenesis, 88.
Comparative tumorigenicity and DNA methylation in F344 rats by 4-(methylnitrosamino)-
1-(3-pyridyl)-1-butanone and N-nitrosodimethylamine. *Cancer Res.*, **46**: 498-502, 1986.

133.    Amin, S., Huie, K., Melikian, A.A., Leszczynska, J.M., and Hecht, S.S. A study of chemical
carcinogenesis, 89. Comparative metabolic activation in mouse skin of the weak carcinogen
6-methylchrysene and the strong carcinogen 5-methylchrysene. *Cancer Res.*, **45**: 6406-6412, 1985.

134.    El-Bayoumy, K., Villucci, P., Roy, A.K., and Hecht, S.S. A study of chemical carcinogenesis, 90.
Synthesis of K-region derivatives of the carcinogen 1-nitropyrene. *Carcinogenesis*, **7**: 1577-1580,
1986.

135.    Chung, F.-L., Wang, M., Carmella, S.G., and Hecht, S.S. Dietary inhibitors of chemical
carcinogenesis. 2. Effects of butylated hydroxyanisole on the tumorigenicity and metabolism of
N-nitrosodimethylamine and N-nitrosopyrrolidine in A/J mice. *Cancer Res.*, **46**: 165-168, 1986.

136.    Hecht, S.S., Lin, D., Chuang, J., and Castonguay, A. A study of chemical carcinogenesis, 91.
Reactions with deoxyguanosine of 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, a model
compound for α-hydroxylation of tobacco specific nitrosamines. *J. Am. Chem. Soc.*, **108**: 1292-1295,
1986.

137.    Chung, F.-L. and Hecht, S.S. A study of chemical carcinogenesis, 92. Formation of the cyclic
1,$N^2$-glyoxal-deoxyguanosine adduct upon reaction of N-nitroso-2-hydroxymorpholine with
deoxyguanosine. *Carcinogenesis*, **6**: 1671-1673, 1985.

138.   Amin, S., Huie, K., Hussain, N., Balanikas, G., Carmella, S.G., and Hecht, S.S.  A study of chemical carcinogenesis, 93. Synthesis of potential phenolic metabolites of benzo[b]fluoranthene. *J. Org. Chem.*, **51**: 1206-1211, 1986.

139.   Hecht, S.S. and Lin, D.  A study of chemical carcinogenesis, 94. Comparative mutagenicity of 4-(carbethoxynitrosamino)-4-(3-pyridyl)butanal and 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, model compounds for α-hydroxylation of N'-nitrosonornicotine. *Carcinogenesis*, **7**: 611-614, 1986.

140.   El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 95. Mutagenicity of K-region derivatives of 1-nitropyrene; remarkable activity of 1- and 3-nitro-5H-phenanthro[4,5-bcd]pyran-5-one. *Mutat. Res.*, **170**: 31-40, 1986.

141.   El-Bayoumy, K., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 96. Effects of 6-nitro substitution on 5-methylchrysene tumorigenicity, mutagenicity and metabolism. *Carcinogenesis*, **7**: 673-676, 1986.

142.   Hecht, S.S., Melikian, A.A., and Amin, S.  Methylchrysenes as probes for the mechanism of metabolic activation of carcinogenic methylated polynuclear aromatic hydrocarbons. *Acct. Chem. Res.*, **19**: 174-180, 1986.

143.   Hecht, S.S., Rivenson, A., Braley, J., DiBello, J., Adams, J.D., and Hoffmann, D.  Induction of oral cavity tumors in F344 rats by tobacco-specific nitrosamines and snuff. *Cancer Res.*, **46**: 4162-4166, 1986.

144.   Palladino, G.F., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 97. 3-(2-Deoxy-β-D-erythropentofuranosyl)-6,7-dihydro-6,7-dihydroxyimidazo[1,2-a]purin-9(3H)-one, a major deoxyguanosine adduct formed from a novel diazohydroxide product of α-hydroxylation of the carcinogen N-nitrosomorpholine. *J. Am. Chem. Soc.*, **108**: 6066-6068, 1986.

145.   El-Bayoumy, K., Donahue, J., Hecht, S.S., and Hoffmann, D.  Identification and quantitative determination of aniline and toluidines in human urine. *Cancer Res.*, **46**: 6064-6067, 1986.

146.   Foiles, P.G., Chung, F.-L., and Hecht, S.S.  Development of a monoclonal antibody-based immunoassay for cyclic DNA adducts resulting from exposure to crotonaldehyde. *Cancer Res.*, **47**: 360-363, 1987.

147.   Geddie, J.E., Amin, S., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 98. Formation and tumorigenicity of benzo[b]fluoranthene metabolites in mouse epidermis. *Carcinogenesis*, **8**: 1579-1584, 1987.

148.   Amin, S., Huie, K., Hecht, S.S., and Harvey, R.G.  A study of chemical carcinogenesis, 99. Synthesis of 6-methylchrysene-1,2-diol-3,4-epoxides and comparison of their mutagenicity to 5-methylchrysene-1,2-diol-3,4-epoxides. *Carcinogenesis*, **7**: 2067-2070, 1986.

149.   Hecht, S.S., Lin, D., Castonguay, A., and Rivenson, A.  A study of chemical carcinogenesis, 100. Effects of α-deuterium substitution on the tumorigenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats. *Carcinogenesis*, **8**: 291-294, 1987.

150.   McCoy, G.D., Hecht, S.S., and Furuya, K.  The effect of chronic ethanol consumption on the tumorigenicity of N-nitrosopyrrolidine in male Syrian golden hamsters. *Cancer Lett.*, **33**: 151-159, 1986.

151.   Carmella, S.G. and Hecht, S.S.  A study of chemical carcinogenesis, 101. Formation of hemoglobin adducts upon treatment of F344 rats with the tobacco-specific nitrosamines 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine. *Cancer Res.*, **47**: 2626-2630, 1987.

152. Melikian, A.A., Bagheri, K., and Hecht, S.S.  A study of chemical carcinogenesis, 102. Contrasting disposition and metabolism of topically applied benzo[a]pyrene, *trans*-7,8-dihydroxy-7,8-dihydrobenzo[a]pyrene, and 7β,8 α-dihydroxy-9α,10α-epoxy-7,8,9,10-tetrahydrobenzo[a]pyrene in mouse epidermis *in vivo*.  *Cancer Res.*, **47**: 5354-5360, 1987.

153. Amin, S., Huie, K., Balanikas, G., Hecht, S.S., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 103. High stereoselectivity in mouse skin metabolic activation of methylchrysenes to tumorigenic dihydrodiols.  *Cancer Res.*, **47**: 3613-3617, 1987.

154. Abbaspour, A., Hecht, S.S., and Hoffmann, D.  Synthesis of 5'-carboxy-N'-nitrosonornicotine and 5'-([$^{14}$C]carboxy)-N'-nitrosonornicotine.  *J. Org. Chem.*, **52**: 3474-3477, 1987.

155. Chung, F.-L., Roy, K.R., and Hecht, S.S.  A study of chemical carcinogenesis, 104. A study of reactions of α,β-unsaturated carbonyl compounds with deoxyguanosine.  *J. Org. Chem.*, **53**: 14-17, 1988.

156. Shiue, G.-H., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 105. Comparative metabolism and DNA binding of 6-nitro-5-methylchrysene and 5-methylchrysene.  *Carcinogenesis*, **8**: 1327-1331, 1987.

157. Hecht, S.S., Amin, S., Huie, K., Melikian, A.A., and Harvey, R.G.  A study of chemical carcinogenesis, 106. Enhancing effect of a bay region methyl group on tumorigenicity in newborn mice and mouse skin of enantiomeric bay region diol epoxides formed stereoselectively from methylchrysenes in mouse epidermis.  *Cancer Res.*, **47**: 5310-5315, 1987.

158. Roy, A.K., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 107. $^{32}$P-Post-labelling analysis of 1-nitropyrene-DNA adducts in female Sprague-Dawley rats.  *Carcinogenesis*, **10**: 195-198, 1989.

159. Melikian, A.A., Amin, S., Huie, K., Hecht, S.S., and Harvey, R.G.  A study of chemical carcinogenesis, 108. Reactivity with DNA bases and mutagenicity toward *Salmonella typhimurium* of methylchrysene diol epoxide enantiomers.  *Cancer Res.*, **48**: 1781-1787, 1988.

160. Balanikas, G., Hussain, N., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 109. Oxidation of polynuclear aromatic hydrocarbons with ceric ammonium sulfate: Preparation of quinones and lactones.  *J. Org. Chem.*, **53**: 1007-1010, 1988.

161. Domellöf, L., Andersson, M., Tjälve, H., Veals, S., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 110. Distribution and metabolism of N'-nitrosonornicotine in the miniature pig.  *Carcinogenesis*, **8**: 1741-1747, 1987.

162. Roy, A.K., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 111. Metabolism of K-region derivatives of 1-nitropyrene by rat liver *in vitro*.  *Carcinogenesis*, **9**: 255-258, 1988.

163. Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 112. Identification of crotonaldehyde as a hepatic microsomal metabolite formed by α-hydroxylation of the carcinogen N-nitrosopyrrolidine.  *Chem. Res. Toxicol.*, **1**: 28-31, 1988.

164. Wiley, J.C., Chien, D.H.T., Nungesser, N.A., Lin, D., and Hecht, S.S.  Synthesis of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, and N'-nitrosonornicotine labelled with tritium in the pyridine ring.  *J. Labelled Cmpd. Radiopharm.*, **25**: 707-716, 1988.

165. Hecht, S.S., Spratt, T.E., and Trushin, N.  A study of chemical carcinogenesis, 113. Evidence for 4-(3-pyridyl)-4-oxobutylation of DNA in F344 rats treated with the tobacco specific nitrosamines 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine.  *Carcinogenesis*, **9**: 161-165, 1988.

166.  El-Bayoumy, K., Rivenson, A., Johnson, B., DiBello, J., Little, P., and Hecht, S.S. A study of chemical carcinogenesis, 114. Comparative tumorigenicity of 1-nitropyrene, 1-nitrosopyrene, and 1-aminopyrene administered by gavage to Sprague-Dawley rats. *Cancer Res.*, **48**: 4256-4260, 1988.

167.  Melikian, A.A., Bagheri, K., Hecht, S.S., and Hoffmann, D. A study of chemical carcinogenesis, 115. Metabolism of benzo[a]pyrene and 7 β,8α-dihydroxy-9α,10α -epoxy-7,8,9,10-tetrahydro-benzo[a]pyrene in lung and liver of newborn mice. *Chem.-Biol. Interact.*, **69**: 245-257, 1989.

168.  El-Bayoumy, K., Shiue, G.-H., and Hecht, S.S. A study of chemical carcinogenesis, 116. Metabolism and DNA binding of 1-nitropyrene and 1-nitrosopyrene in newborn mice. *Chem. Res. Toxicol.*, **1**: 243-247, 1988.

169.  Foiles, P.G., Miglietta, L.M., Akerkar, S.A., Everson, R.B., and Hecht, S.S. Detection of $O^6$-methyl-deoxyguanosine in human placental DNA. *Cancer Res.*, **48**: 4184-4188, 1988.

170.  Hecht, S.S. and Hoffmann, D. Tobacco-specific nitrosamines, an important group of carcinogens in tobacco and tobacco smoke. *Carcinogenesis*, **9**: 875-884, 1988.

171.  Hecht, S.S. and Trushin, N. A study of chemical carcinogenesis, 117. DNA and hemoglobin alkylation by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and its major metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in F344 rats. *Carcinogenesis*, **9**: 1665-1668, 1988.

172.  Amin, S., Balanikas, G., Huie, K., and Hecht, S.S. A study of chemical carcinogenesis, 118. Synthesis and tumor-initiating activities of dimethylchrysenes. *Chem. Res. Toxicol.*, **1**: 349-355, 1988.

173.  Delcos, K.B., El-Bayoumy, K., Hecht, S.S., Walker, R.P., and Kadlubar, F.F. Metabolism of the carcinogen [$^3$H]6-nitrochrysene in the preweanling mouse: identification of 6-aminochrysene-1,2-dihydrodiol as the probable proximate carcinogenic metabolite. *Carcinogenesis*, **9**: 1875-1884, 1988.

174.  Morse, M.A., Wang, C.-X., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 3. Effects of dietary sinigrin or indole-3-carbinol on $O^6$-methylguanine-DNA-transmethylase activity and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced DNA methylation and tumorigenicity in F344 rats. *Carcinogenesis*, **9**: 1891-1895, 1988.

175.  Rivenson, A., Hoffmann, D., Prokopczyk, B., Amin, S., and Hecht, S.S. A study of tobacco carcinogenesis, 42. Induction of lung and exocrine pancreas tumors in F344 rats by tobacco-specific and areca-derived N-nitrosamines. *Cancer Res.*, **48**: 6912-6917, 1988.

176.  Chung, F.-L., Wang, M., and Hecht, S.S. A study of chemical carcinogenesis, 119. Detection of exocyclic guanine adducts in hydrolysates of hepatic DNA of rats treated with N-nitrosopyrrolidine and in calf thymus DNA reacted with α-acetoxy-N-nitrosopyrrolidine. *Cancer Res.*, **49**: 2034-2041, 1989.

177.  Amin, S., Huie, K., Balanikas, G., and Hecht, S.S. A study of chemical carcinogenesis, 120. Synthesis and mutagenicity of 5-alkyl substituted chrysene-1,2-diol-3,4-epoxides. *Carcinogenesis*, **9**: 2305-2308, 1988.

178.  Hecht, S.S., Abbaspour, A., and Hoffmann, D. A study of tobacco carcinogenesis XLII. Bioassay in A/J mice of some structural analogues of tobacco-specific nitrosamines. *Cancer Lett.*, **42**: 141-145, 1988.

179.  Weyand, E.H., Amin, S., Huie, K., Boger, E., Neuber, E., Hecht, S.S., and LaVoie, E.J. Effects of fluorine substitution on the DNA binding and tumorigenicity of benzo[b]fluoranthene in mouse epidermis. *Chem.-Biol. Interact.*, **71**: 279-290, 1989.

180. Amin, S., Misra, B., Desai, D., Huie, K., and Hecht, S.S. A study of chemical carcinogenesis, 121. Chromatographic conditions for separation of $^{32}$P-labeled phosphates of major polynuclear aromatic hydrocarbon-deoxyribonucleoside adducts. *Carcinogenesis*, **10**: 1971-1974, 1989.

181. El-Bayoumy, K., Shiue, G.-H., and Hecht, S.S. A study of chemical carcinogenesis, 122. Comparative tumorigenicity of 6-nitrochrysene and its metabolites in newborn mice. *Carcinogenesis*, **10**: 369-372, 1989.

182. Morse, M.A., Wang, C.-X., Stoner, G.D., Mandal, S., Conran, P.B., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 4. Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced DNA adduct formation and tumorigenicity in lung of F344 rats by dietary phenethyl isothiocyanate. *Cancer Res.*, **49**: 549-553, 1989.

183. Morse, M.A., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 5. Effects of aromatic isothiocyanates on tumorigenicity, $O^6$-methylguanine formation, and metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in A/J mouse lung. *Cancer Res.*, **49**: 2894-2897, 1989.

184. El-Bayoumy, K., Delclos, K.B., Heflich, R.H., Walker, R., Shiue, G.-H., and Hecht, S.S. A study of chemical carcinogenesis, 123. Mutagenicity, metabolism and DNA adduct formation of 6-nitrochrysene in *Salmonella typhimurium*. *Mutagenesis*, **4**: 235-240, 1989.

185. Delclos, K.B., El-Bayoumy, K., Casciano, D.A., Walker, R.P., Kadlubar, F.F., Hecht, S.S., Shivapurker, N., Mandal, S., and Stoner, G.D. Metabolic activation of 6-nitrochrysene in explants of human bronchus and in isolated rat hepatocytes. *Cancer Res.*, **49**: 2909-2913, 1989.

186. Spratt, T.E., Trushin, N., Lin, D., and Hecht, S.S. A study of chemical carcinogenesis, 124. Analysis for N$^2$-(pyridyloxobutyl)deoxyguanosine adducts in DNA of tissues exposed to tritium-labeled 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine. *Chem. Res. Toxicol.*, **2**: 169-173, 1989.

187. Anderson, L.M., Hecht, S.S., Dixon, D.E., Dove, L.F., Kovatch, R.M., Amin, S., Hoffmann, D., and Rice, J.M. Evaluation of the transplacental tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in mice. *Cancer Res.*, **49**: 3770-3775, 1989.

188. Hecht, S.S., Lijinsky, W., Kovatch, R.M., Chung, F.-L., and Saavedra, J.E. Comparative tumorigenicity of N-nitroso-2-hydroxymorpholine, N-nitrosodiethanolamine, and N-nitrosomorpholine in A/J mice and F344 rats. *Carcinogenesis*, **10**: 1475-1477, 1989.

189. Chung, F.-L., Young, R., and Hecht, S.S. A study of chemical carcinogenesis, 125. Detection of cyclic 1,N$^2$-propanodeoxyguanosine adducts in DNA of rats treated with N-nitrosopyrrolidine and mice treated with crotonaldehyde. *Carcinogenesis*, **10**: 1291-1297, 1989.

190. El-Bayoumy, K., Shiue, G.-H., Amin, S., and Hecht, S.S. A study of chemical carcinogenesis, 126. The effects of bay-region methyl substitution on 6-nitrochrysene mutagenicity in *Salmonella typhimurium* and tumorigenicity in newborn mice. *Carcinogenesis*, **10**: 1685-1689, 1989.

191. Wang, M., Chung, F.-L., and Hecht, S.S. A study of chemical carcinogenesis, 127. Formation of acyclic and cyclic guanine adducts in DNA reacted with α-acetoxy-N-nitrosopyrrolidine. *Chem. Res. Toxicol.*, **2**: 423-428, 1989.

192. Foiles, P.G., Miglietta, L.M., Quart, A.M., Quart, E., Kabat, G.C., and Hecht, S.S. Evaluation of $^{32}$P-postlabeling analysis of DNA from exfoliated oral mucosa cells as a means of monitoring exposure of the oral cavity to genotoxic agents. *Carcinogenesis*, **10**: 1429-1434, 1989.

193. Morse, M.A., Eklind, K.I., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 6. Effects of alkyl chain length on the inhibition of NNK-induced lung neoplasia in A/J mice by arylalkyl isothiocyanates. *Carcinogenesis*, **10**: 1757-1759, 1989.

194.    Belinsky, S.A., White, C.M., Trushin, N., and Hecht, S.S.  Cell specificity for the pulmonary metabolism of tobacco-specific nitrosamines in the Fischer rat.  *Carcinogenesis*, **10**: 2269-2274, 1989.

195.    Melikian, A.A., Jordan, K.G., Braley, J., Rigotty, J., Meschter, C.L., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 130. Effects of catechol on the induction of tumors in mouse skin by 7,8-dihydroxy-7,8-dihydrobenzo[a]pyrenes.  *Carcinogenesis*, **10**: 1897-1900, 1989.

196.    Hecht, S.S., Morse, M.A., Amin, S., Stoner, G.D., Jordan, K.G., Choi, C.-I., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 7. Rapid single-dose model for lung tumor induction in A/J mice by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and the effect of diet.  *Carcinogenesis*, **10**: 1901-1904, 1989.

197.    Morse, M.A., Reinhardt, J.C., Amin, S.G., Hecht, S.S., Stoner, G.D., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 9. Effect of dietary aromatic isothiocyanates fed subsequent to the administration of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone on lung tumorigenicity in mice.  *Cancer Lett.*, **49**: 225-230, 1990.

198.    Melikian, A.A., Fudem Goldin, B., Prahalad, A.K., and Hecht, S.S.  A study of chemical carcinogenesis, 131. Modulation of benzo[a]pyrene-DNA adducts in hamster cheek pouch by chronic ethanol consumption.  *Chem. Res. Toxicol.*, **3**: 139-143, 1990.

199.    Carmella, S.G., Kagan, S.S., Kagan, M., Foiles, P.G., Palladino, G., Quart, A.M., Quart, E., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 1. Mass spectrometric analysis of tobacco-specific nitrosamine hemoglobin adducts in snuff dippers, smokers, and non-smokers.  *Cancer Res.*, **50**: 5438-5445, 1990.

200.    Murphy, S.E., Palomino, A., Hecht, S.S., and Hoffmann, D.  Hemoglobin adducts as carcinogen dosimeters, 2. Dose-response study of DNA and hemoglobin adduct formation by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats.  *Cancer Res.*, **50**: 5446-5452, 1990.

201.    Carmella, S.G., Kagan, S.S., Spratt, T.E., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 3. Evaluation of cysteine adduct formation in rat hemoglobin by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and related compounds.  *Cancer Res.*, **50**: 5453-5459, 1990.

202.    Hecht, S.S., Jordan, K.G., Choi, C.-I., and Trushin, N.  A study of chemical carcinogenesis, 132. Effects of deuterium substitution on the tumorigenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in A/J mice.  *Carcinogenesis*, **11**: 1017-1020, 1990.

203.    Amin, S., Hecht, S.S., Di Raddo, P., and Harvey, R.G.  A study of chemical carcinogenesis, 133. Comparative tumor initiating activities of cyclopentano and methyl derivatives of 5-methylchrysene and chrysene.  *Cancer Lett.*, **51**: 17-20, 1990.

204.    Geacintov, N.E., Lee, M.-S., Ibanez, V., Amin, S., and Hecht, S.S.  Differences in conformations of covalent adducts derived from the binding of 5- and 6-methylchrysene diol epoxide stereoisomers to DNA.  *Carcinogenesis*, **11**: 985-989, 1990.

205.    Peterson, L.A., Carmella, S.G., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 4. Investigations of metabolic precursors to hemoglobin and DNA adducts of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Carcinogenesis*, **11**: 1329-1333, 1990.

206.    Spratt, T.E., Peterson, L.A., Confer, W.L., and Hecht, S.S.  A study of chemical carcinogenesis, 134. Solvolysis of model compounds for α-hydroxylation of N'-nitrosonornicotine and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone: evidence for a cyclic oxonium ion intermediate in the alkylation of nucleophiles.  *Chem. Res. Toxicol.*, **3**: 350-356, 1990.

207.  Hecht, S.S., Foiles, P.G., and Chung, F.-L.  Monoclonal antibody-based immunoassay for cyclic DNA adducts resulting from exposure to crotonaldehyde or acrolein. U.S. Patent 4,923,813, 1990.

208.  Morse, M.A., Eklind, K.I., Hecht, S.S., Jordan, K.G., Choi, C.-I., Desai, D.H., Amin, S.G., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 11. Structure-activity relationships for inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone lung tumorigenesis by arylalkyl isothiocyanates in A/J mice.  *Cancer Res.*, **51**: 1846-1850, 1991.

209.  Amin, S., Misra, B., Braley, J., and Hecht, S.S.  A study of chemical carcinogenesis, 135. Comparative tumorigenicity in newborn mice of chrysene- and 5-alkylchrysene-1,2-diol-3,4-epoxides.  *Cancer Lett.*, **58**: 115-118, 1991.

210.  Foiles, P.G., Akerkar, S.A., Carmella, S.G., Kagan, M., Stoner, G.D., Resau, J.H., and Hecht, S.S.  Mass spectrometric analysis of tobacco-specific nitrosamine-DNA adducts in smokers and nonsmokers.  *Chem. Res. Toxicol.*, **4**: 364-368, 1991.

211.  Doerr-O'Rourke, K., Trushin, N., Hecht, S.S., and Stoner, G.D.  Effect of phenethyl isothiocyanate on the metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone by cultured rat lung tissue.  *Carcinogenesis*, **12**: 1029-1034, 1991.

212.  Peterson, L.A., Mathew, R., Murphy, S.E., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 136. In vivo and in vitro persistence of pyridyloxobutyl DNA adducts from 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Carcinogenesis*, **12**: 2069-2072, 1991.

213.  Melikian, A.A., Prahalad, K.A., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 137. Comparative DNA binding of polynuclear aromatic hydrocarbons and their dihydrodiol and bay region diolepoxide metabolites in newborn mouse lung and liver.  *Carcinogenesis*, **12**: 1665-1670, 1991.

214.  Amin, S., Desai, D., and Hecht, S.S.  A study of chemical carcinogenesis, 138. Comparative tumorigenicity of dimethylchrysenes in mouse skin.  *Chem. Res. Toxicol.*, **5**: 237-241, 1992.

215.  Misra, B., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 139. Metabolism and DNA binding of 5,6-dimethylchrysene in mouse skin.  *Chem. Res. Toxicol.*, **5**: 242-247, 1992.

216.  Misra, B., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 140. Dimethylchrysene diol epoxides: mutagenicity in Salmonella typhimurium, tumorigenicity in newborn mice, and reactivity with deoxyadenosine in DNA.  *Chem. Res. Toxicol.*, **5**: 248-254, 1992.

217.  Anderson, L.M., Hecht, S.S., Kovatch, R.M., Amin, S., Hoffmann, D., and Rice, J.M.  Tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in infant mice.  *Cancer Lett.*, **58**: 177-181, 1991.

218.  Peterson, L.A. and Hecht, S.S.  A study of chemical carcinogenesis, 141. $O^6$-Methylguanine is a critical determinant of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone tumorigenesis in A/J mouse lung.  *Cancer Res.*, **51**: 5557-5564, 1991.

219.  Peterson, L.A., Mathew, R., and Hecht, S.S.  A study of chemical carcinogenesis, 142. Quantitation of metabolic α-hydroxylation of the tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Res.*, **51**: 5495-5500, 1991.

220.  Carmella, S.G., Kagan, S.S., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 5. Evidence that a hemoglobin adduct of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone is a 4-(3-pyridyl)-4-oxobutyl carboxylic acid ester.  *Chem. Res. Toxicol.*, **5**: 76-80, 1992.

221.    Lasker, S.E., Iatropoulos, M.J., Hecht, S.S., Misra, B., Amin, S., Zang, E., and Williams, G.M.  N-Ethyl-*N*-nitrosourea induced brain tumors in rats monitored by nuclear magnetic resonance imaging, plasma proton nuclear magnetic resonance spectroscopy and microscopy.  *Cancer Lett.*, **67**: 125-131, 1992.

222.    Lin, J.-M., Desai, D.H., Morse, M.A., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 143. Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone pulmonary metabolism and tumorigenicity in mice by analogues of the investigational chemotherapeutic drug 4-ipomeanol.  *Chem. Res. Toxicol.*, **5**: 674-679, 1992.

223.    Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Tobacco-specific nitrosamine hemoglobin adducts.  *Methods in Enzymology*, 231: 657-667, 1994.

224.    Chung, F.-L., Morse, M.A., Eklind, K.I., and Hecht, S.S.  Method of inhibiting lung tumors, arylalkyl isothiocyanates, and method of synthesizing same. U.S. Patent 5,114,969, 1992.

225.    Hecht, S.S., Young-Sciame, R., and Chung, F.-L.  A study of chemical carcinogenesis, 144. Reaction of α-acetoxy-N-nitrosopiperidine with deoxyguanosine: oxygen dependent formation of 4-oxo-2-pentenal and a 1,$N^2$-ethenodeoxyguanosine adduct.  *Chem. Res. Toxicol.*, **5**: 706-712, 1992.

226.    Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 145. Formation of 7-(4-oxobutyl)guanine in hepatic DNA of rats treated with N-nitrosopyrrolidine.  *Carcinogenesis*, **13**: 1909-1911, 1992.

227.    Desai, D., Kagan, S.S., Amin, S., Carmella, S.G., and Hecht, S.S.  A study of chemical carcinogenesis, 147. Identification of 4-(methylnitrosamino)-1-[3-(6-hydroxypyridyl)]-1-butanone as a urinary metabolite of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in the rat.  *Chem. Res. Toxicol.*, **6**: 794-799, 1993.

228.    Hecht, S.S., Trushin, N., Reid-Quinn, C.A., Burak, E.S., Jones, A.B., Southers, J.L., Gombar, C.T., Carmella, S.G., Anderson, L.M., and Rice, J.M.  Metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in the patas monkey: pharmacokinetics and characterization of glucuronide metabolites.  *Carcinogenesis*, **14**: 229-236, 1993.

229.    Misra, B., Lin, J., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 146. Distinct conformers of alkylchrysene diol epoxide-deoxyguanosine adducts detected by proton NMR.  *Chem. Res. Toxicol.*, **5**: 756-759, 1992.

230.    El-Bayoumy, K., Desai, D., Upadhyaya, P., Amin, S., and Hecht, S.S.  Comparative tumorigenicity of nitrochrysene isomers in newborn mice.  *Carcinogenesis*, **13**: 2271-2275, 1992.

231.    Lin, J.-M., Amin, S., Murphy, S.E., Solomon, J.J., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 6. Synthesis of [3,3-D$_2$]-4-hydroxy-1-(3-pyridyl)-1-butanone, an internal standard for analysis of tobacco-specific nitrosamine hemoglobin and DNA adducts.  *J. Labelled Cmpd. Radiopharm.*, **33**: 285-292, 1993.

232.    Peterson, L.A., Liu, X.-K., and Hecht, S.S.  Pyridyloxobutyl DNA adducts inhibit the repair of O$^6$-methylguanine.  *Cancer Res.*, **53**: 2780-2785, 1993.

233.    El-Bayoumy, K., Upadhyaya, P., Desai, D.H., Amin, S., and Hecht, S.S.  Inhibition of 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone tumorigenicity in mouse lung by the synthetic organoselenium compound, 1,4-phenylenebis(methylene)selenocyanate.  *Carcinogenesis*, **14**: 1111-1113, 1993.

234.    Carmella, S.G., Akerkar, S., and Hecht, S.S.  Metabolites of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in smokers' urine.  *Cancer Res.*, **53**: 721-724, 1993.

235.  Alworth, W.L., Young-Sciame, R., and Hecht, S.S.  Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone mouse lung tumorigenesis by arylalkynes, mechanism-based inactivators of cytochrome P450.  *Carcinogenesis*, **14**: 1711-1713, 1993.

236.  Swenson, D.H., El-Bayoumy, K., Shiue, G.-H., Hecht, S.S., Fiala, E., Kadlubar, F.F., and Freeman, J.P.  Synthesis of N-(purin-8-yl)-arylamines.  *Chem. Res. Toxicol.*, **6**: 480-485, 1993.

237.  El-Bayoumy, K., Johnson, B., Partian, S., Upadhyaya, P., and Hecht, S.S.  In vivo binding of 1-nitropyrene to albumin in the rat.  *Carcinogenesis*, **15**: 119-123, 1994.

238.  Balasta, L., Xu, R., Geacintov, N.E., Swenberg, C.E., Amin, S., and Hecht, S.S.  Unwinding and hydrodynamic flow linear dichroism characteristics of supercoiled DNA covalently modified with two isomeric methylchrysene diol epoxides of different biological activities.  *Chem. Res. Toxicol.*, **6**: 616-624, 1993.

239.  Hecht, S.S., Carmella, S.G., Murphy, S.E., Akerkar, S., Brunnemann, K.D., and Hoffmann, D.  A tobacco-specific lung carcinogen in the urine of men exposed to cigarette smoke.  *New Engl. J. Med.*, **329**: 1543-1546, 1993.

240.  Amin, S., Desai, D., and Hecht, S.S.  A study of chemical carcinogenesis, 148. Tumor initiating activity on mouse skin of bay region diol-epoxides of 5,6-dimethylchrysene and benzo[c]phenanthrene.  *Carcinogenesis*, **14**: 2033-2037, 1993.

241.  Ronai, Z., Gradia, S., Peterson, L.A., and Hecht, S.S.  A study of chemical carcinogenesis, 149. G to A transitions and G to T transversions in codon 12 of the Ki-*ras* oncogene isolated from mouse lung tumors induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and related DNA methylating and pyridyloxobutylating agents.  *Carcinogenesis*, **14**: 2419-2422, 1993.

242.  El-Bayoumy, K., Rivenson, A., Upadhyaya, P., Chae, Y.-H., and Hecht, S.S.  Induction of mammary cancer by 6-nitrochrysene in female CD rats.  *Cancer Res.*, **53**: 3719-3722, 1993.

243.  Trushin, N., Rivenson, A., and Hecht, S.S.  A study of chemical carcinogenesis, 150. Evidence supporting the role of DNA pyridyloxobutylation in rat nasal carcinogenesis by tobacco specific nitrosamines.  *Cancer Res.*, **54**: 1205-1211, 1994.

244.  Lin, J.-M., Amin, S., Trushin, N., and Hecht, S.S.  Effects of isothiocyanates on tumorigenesis by benzo[a]pyrene in murine tumor models.  *Cancer Lett.*, **74**: 151-159, 1993.

245.  Krzeminski, J., Lin, J.-M., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 151. Synthesis of fjord region diol epoxides as potential ultimate carcinogens of dibenzo[a,l]pyrene.  *Chem. Res. Toxicol.*, **7**: 125-129, 1994.

246.  Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Amin, S.  A study of chemical carcinogenesis, 152. Potent mammary carcinogenicity in female CD rats of a fjord region diol epoxide of benzo[c]phenanthrene compared to a bay region diol epoxide of benzo[a]pyrene.  *Cancer Res.*, **54**: 21-24, 1994.

247.  Chung, F.-L., Hecht, S.S., Eklind, K., and Morse, M.A.  Method of inhibiting lung tumors, arylalkyl isothiocyanates, and method of synthesizing same. U.S. Patent 5,231,209, 1993.

248.  Young-Sciame, R., Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 153. Reactions of α-acetoxy-*N*-nitrosopyrrolidine and α-acetoxy-*N*-nitrosopiperidine with deoxyguanosine: formation of $N^2$-tetrahydrofuranyl or $N^2$-tetrahydropyranyl adducts.  *Chem. Res. Toxicol.*, **8**: 607-616, 1995.

249. Wang, M., Young-Sciame, R., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 154. Formation of $N^2$-tetrahydrofuranyl and $N^2$-tetrahydropyranyl adducts in the reactions of α-acetoxy-*N*-nitrosopyrrolidine and α-acetoxy-*N*-nitrosopiperidine with DNA.  *Chem. Res. Toxicol.*, **8**: 617-624, 1995.

250. Peterson, L. A., Ng, D. K., Stearns, R. A., and Hecht, S. S. A study of chemical carcinogenesis, 155. Formation of NADP(H) analogs of tobacco-specific nitrosamines in rat liver and pancreatic microsomes. *Chem. Res. Toxicol.*, **7**: 599-608, 1994.

251. Ronai, Z.A., Gradia, S., El-Bayoumy, K., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 156. Contrasting incidence of *ras* mutations in rat mammary and mouse skin tumors induced by *anti*-benzo[*c*]phenanthrene-3,4-diol-1,2-epoxide.  *Carcinogenesis*, **15**: 2113-2116, 1994.

252. El-Bayoumy, K., Chae, Y.-H., Upadhyaya, P., Rivenson, A., Kurtzke, C., Reddy, B., and Hecht, S.S.  Comparative tumorigenicity of benzo[a]pyrene, 1-nitropyrene, and 2-amino-1-methyl-6-phenylimid-azo[4,5-b]pyridine administered by gavage to female CD rats.  *Carcinogenesis*, **16**: 431-434, 1995.

253. Hecht, S.S., Isaacs, S., and Trushin, N.  Lung tumor induction in A/J mice by the tobacco smoke carcinogens 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and benzo[*a*]pyrene: a potentially useful model for evaluation of chemopreventive agents.  *Carcinogenesis*, **15**: 2721-2725, 1994.

254. Page, J.E., Szeliga, J., Amin, S., Hecht, S.S., and Dipple, A.  Mutational spectra for 5,6-dimethyl-chrysene 1,2-dihydrodiol 3,4-epoxides in the supF gene of pSP189.  *Chem. Res. Toxicol.*, **8**: 143-147, 1995.

255. Ronai, Z., Polotskaya, A., Gradia, S., El-Bayoumy, K., Amin, S., and Hecht, S.S.  Expression of a 32 KDa protein in rat mammary tumors induced by *anti*-benzo[*c*]phenanthrene-3,4-diol-1,2-epoxide. *Int. J. Cancer*, **67**: 124-128, 1996.

256. Carmella, S.G., Akerkar, S.A., Richie, J.P., Jr., and Hecht, S.S.  Intraindividual and interindividual differences in metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers' urine.  *Cancer Epidemiol., Biomarkers & Prev.*, **4**: 635-642, 1995.

257. Hecht, S.S., Amin, S., Lin, J.-M., Rivenson, A., Kurtzke, C., and El-Bayoumy, K.  A study of chemical carcinogenesis, 157. Mammary carcinogenicity in female CD rats of a diol epoxide metabolite of fluoranthene, a commonly occurring environmental pollutant.  *Carcinogenesis*, **16**: 1433-1435, 1995.

258. Amin, S., Krzeminski, J., Rivenson, A., Kurtzke, C., Hecht, S.S., and El-Bayoumy, K.  A study of chemical carcinogenesis, 158.  Mammary carcinogenicity in female CD rats of fjord region diol epoxides of benzo[*c*]phenanthrene, benzo[*g*]chrysene, and dibenzo[*a,l*]pyrene.  *Carcinogenesis*, **16**: 1971-1974, 1995.

259. Chen, W., Weisburger, J.H., Fiala, E.S., Spratt, T.E., Carmella, S.G., Chen, D., and Hecht, S.S.  Gastric carcinogenesis: 2-chloro-4-methylthiobutanoic acid, a novel mutagen in salted, pickled Sanma Hiraki fish or similarly treated methionine.  *Chem. Res. Toxicol.*, **9**: 58-66, 1996.

260. Amin, S., Desai, D., Dai, W., Harvey, R.G., and Hecht, S.S.  A study of chemical carcinogenesis, 159.  Tumorigenicity in newborn mice of fjord region and other sterically hindered diol epoxides of benzo[*g*]chrysene, dibenzo[*a,l*]pyrene (dibenzo[*def,p*]chrysene), 4H-cyclopenta[*def*]chrysene, and fluoranthene.  *Carcinogenesis*, **16**: 2813-2817, 1995.

261. Hecht, S.S., Chung, F.-L., Richie Jr, J.P., Akerkar, S.A., Borukhova, A., Skowronski, L., and Carmella, S.G.  Effects of watercress consumption on metabolism of a tobacco-specific lung carcinogen in smokers.  *Cancer Epidemiol., Biomarkers & Prev*, **4**: 877-884, 1995.

262.  Chen, L.-J., Hecht, S.S., and Peterson, L.A.  Identification of *cis*-2-butene-1,4-dial as a microsomal metabolite of furan.  *Chem. Res. Toxicol.*, **8**: 903-906, 1995.

263.  Staretz, M.E. and Hecht, S.S.  Effects of phenethyl isothiocyanate on the tissue distribution of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and metabolites in F344 rats.  *Cancer Res.*, **55**: 5580-5588, 1995.

264.  Koehl, W., Amin, S., Staretz, M.E., Ueng, Y.-F., Yamazaki, H., Tateishi, T., Guengerich, F.P., and Hecht, S.S.  Metabolism of 5-methylchrysene and 6-methylchrysene by human hepatic and pulmonary cytochrome P450 enzymes.  *Cancer Res.*, **56**: 316-324, 1996.

265.  Melikian, A.A., Sun, P., Coleman, S., Amin, S., and Hecht, S.S.  Detection of DNA and globin adducts of polynuclear aromatic hydrocarbon diol epoxides by gas chromatography-mass spectrometry and [³H]CH₃I postlabelling of released tetraols.  *Chem. Res. Toxicol.*, **9**: 508-516, 1996.

266.  Richie, J.P., Carmella, S.G., Muscat, J.E., Scott, D.G., Akerkar, S.A., and Hecht, S.S.  Differences in the urinary metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in black and white smokers.  *Cancer Epidemiol., Biomarkers & Prev.*, **6**: 783-790, 1997.

267.  Kresty, L.A., Carmella, S.G., Borukhova, A., Akerkar, S.A., Gopalakrishnan, R., Harris, R.E., Stoner, G.D., and Hecht, S.S.  Metabolites of a tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), in the urine of smokeless tobacco users: relationship of urinary biomarkers and oral leukoplakia.  *Cancer Epidemiol., Biomarkers & Prev.*, **5**:521-525, 1996.

268.  Shimada, T., Hayse, C.L., Yamazaki, H., Amin, S., Hecht, S.S., Guengerich, F.P., and Sutter, T.R.  Activation of chemically diverse procarcinogens by human cytochrome P450 1B1.  *Cancer Res.*, **56**: 2979-2984, 1996.

269.  Liu, Z., Young-Sciame, R., and Hecht, S.S.  A study of chemical carcinogenesis, 160.  Liquid chromatography-electrospray ionization mass spectrometric detection of an ethenodeoxyguanosine adduct and its hemiaminal precursors in DNA reacted with α-acetoxy-*N*-nitrosopiperidine and *cis*-4-oxo-2-pentenal. *Chem. Res. Toxicol.*, **9**: 774-780, 1996.

270.  El-Bayoumy, K., Ji, B.-Y., Upadhyaya, P., Chae, Y.-H., Kurtzke, C., Rivenson, A., Reddy, B.S., Amin, S., and Hecht, S.S.  Lack of tumorigenicity of cholesterol epoxides and estrone-3,4-quinone in the rat mammary gland.  *Cancer Res.*, **56**: 1970-1973, 1996.

271.  Hecht, S.S., Rivenson, A., Amin, S., Krzeminski, J., El-Bayoumy, K., Reddy, B.S., Kurtzke, C., and LaVoie, E.J.  Mammary carcinogenicity in female CD rats of diol epoxide metabolites of benzo[*j*]fluoranthene.  *Cancer Lett.*, **106**: 251-255, 1996.

272.  Hecht, S.S., Trushin, N., Rigotty, J., Carmella, S.G., Borukhova, A., Akerkar, S.A., and Rivenson, A.  Complete inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone induced rat lung tumorigenesis and favorable modification of biomarkers by phenethyl isothiocyanate.  *Cancer Epidemiol., Biomarkers & Prev.*, **5**: 645-652, 1996.

273.  Hecht, S.S., Trushin, N., Rigotty, J., Carmella, S.G., Borukhova, A., Akerkar, S.A., Desai, D., Amin, S., and Rivenson, A.  Inhibitory effects of 6-phenylhexyl isothiocyanate on 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone metabolic activation and lung tumorigenesis in rats.  *Carcinogenesis*, **17**: 2061-2067, 1996.

274.  Staretz, M.E., Murphy, S.E., Nunes, M.G., Koehl, W., Amin, S., Koenig, L., Guengerich, F.P., and Hecht, S.S.  Comparative metabolism of the tobacco smoke carcinogens benzo[*a*]pyrene, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol, and N′-nitrosonornicotine in human hepatic microsomes.  *Drug Metab. Disp.*, **25**: 154-162 , 1997.

275.   Carmella, S., Borukhova, A., Desai, D., and Hecht, S.S. Evidence for endogenous formation of tobacco-specific nitrosamines from nicotine and other tobacco alkaloids in rats. *Carcinogenesis*, **18**: 587-592, 1997.

276.   Staretz, M.E., Foiles, P.G., Miglietta, L.M., and Hecht, S.S.  Evidence for an important role of DNA pyridyloxobutylation in rat lung carcinogensis by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone: effects of dose and phenethyl isothiocyanate.  *Cancer Res*., **57**: 259-266, 1997.

277.   Carmella, S.G., Borukhova, A., Akerkar, S.A., and Hecht, S.S.  Analysis of human urine for pyridine-*N*-oxide metabolites of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco-specific lung carcinogen.  *Cancer Epidemiol., Biomarkers & Prev.*, **6**: 113-120, 1997.

278.   Wang, M. and Hecht, S.S.  A cyclic N⁷, C-8 guanine adduct of *N*-nitrosopyrrolidine (NPYR): formation in nucleic acids and excretion in the urine of NPYR rats.  *Chem. Res. Toxicol*., **10**: 772-778, 1997.

279.   Wang, L.,  Spratt, T.E., Liu, X-K, Hecht, S.S., Pegg, A.E., and Peterson, L.A.  Pyridyloxobutyl adduct O⁶-[4-oxo-4-(3-pyridyl)butyl]guanine is present in 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone-treated DNA and is a substrate for O⁶-alkylguanine-DNA alkyltransferase.  *Chem. Res. Toxicol*., **10**: 562-567, 1997.

280.   Melikian, A.A., Sun, P., Pierpont, C., Coleman, S., and Hecht, S.S.  Gas chromatography-mass spectrometric determination of benzo[*a*]pyrene and chrysene diol epoxide globin adducts in humans.  *Cancer Epidemiol. Biomarkers & Prev*., **6**: 833-839, 1997.

281.   Staretz, M.E., Koenig, L.A., and Hecht, S.S.  Effects of long term dietary phenethyl isothiocyanate on the microsomal metabolism of  4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in F-344 rats.  *Carcinogenesis*, **18**: 1715-1722, 1997.

282.   Taioli, E., Garbers, S., Bradlow, H.L., Carmella, S.G., Akerkar, S., and Hecht, S.S.  Effects of indole-3-carbinol on the metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers.  *Cancer Epidemiol. Biomarkers &  Prev*., **6**:  517-522, 1997.

283.   Chen, L.-J., Hecht, S.S., and Peterson, L.A.  Characterization of amino acid and glutathione adducts of *cis*-2-butene-1,4-dial, a reactive metabolite of furan.  *Chem. Res. Toxicol*., **10**: 866-874, 1997.

284.   Gurney, J.G., Pogoda, J.M., Holly, E.A., Hecht, S.S., and Preston-Martin, S.  Aspartame comsumption in relation to childhood brain tumor risk:  results from a case-control study.  *J. Natl. Cancer Inst.,* **89**: 1072-1074, 1997.

285.   Hecht, S.S., Spratt, T.E., and Trushin, N.  Absolute configuration of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) formed metabolically from 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Carcinogenesis*, **18**: 1851-1854, 1997.

286.   Huang, C., Ma, W-Y., Hecht, S.S., and Dong, Z.  Inositol hexaphosphate inhibits cell transformation and activator protein-1 activation by targeting phosphatidylinositol-3' kinase.  *Cancer Res*., **57**: 2873-2878, 1997.

287.   Hecht, S.S., Ronai, Z.A., Dolan, L., Desai, D., and Amin, S.  Comparative mouse skin tumorigenicity and induction of Ha-*ras* mutations by bay region diol epoxides of 5-methylchrysene and 5,6-dimethylchrysene.  *Carcinogenesis*, **19**: 157-160, 1998.

288.   Parsons, W.D., Carmella, S.G., Akerkar, S., Bonilla, L.E., Hecht, S.S. A metabolite of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in the urine of hospital workers exposed to environmental tobacco smoke.  *Cancer Epidemiol, Biomarkers & Prev*., **7**: 257-260, 1998.

289.   Hecht, S.S.  Biochemistry, biology, and carcinogenicity of tobacco-specific *N*-nitrosamines.  *Chem. Res. Toxicol*., **11**:  559-603, 1998.

290.  Stoner, G.D., Adams, C., Kresty, L.A., Hecht, S.S., Murphy, S.E., and Morse, M.A.  Inhibition of *N*-nitrosonornicotine-induced esophageal tumorigenesis by 3-phenylpropyl isothiocyanate. *Carcinogenesis*, **19**, 2139-2143, 1998.

291.  Jyonouchi, H., Sun, S., Iijima, K., Wang, M., and Hecht, S.S.  Effects of *anti*-7,8-dihydroxy-9,10-epoxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene on human small airway epithelial cells and the protective effects of *myo*-inositol.  *Carcinogenesis*, **20**: 139-145, 1999.

292.  Huang, C., Ma, W., Li, J., Hecht, S.S., and Dong, Z.  Essential role of *p53* in phenethyl isothiocyanate (PEITC)-induced apoptosis.  *Cancer Res*., **58**: 4102-4106, 1998.

293.  Wang, M., Upadhyaya, P., Dinh, T.T., Bonilla, L.E., and Hecht, S. S.  Lactols in hydrolysates of DNA reacted with α-acetoxy-*N*-nitrosopyrrolidine and crotonaldehyde.  *Chem. Res. Toxicol*., **11**: 1567-1573, 1998.

294.  Hecht, S.S., Kenney, P.M.J., Wang, M., Trushin, N., Agarwal, S., Rao, A.V., and Upadhyaya, P.  Evaluation of butylated hydroxyanisole, *myo*-inositol, curcumin, esculetin, resveratrol, and lycopene as inhibitors of benzo[*a*]pyrene plus 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced lung tumorigenesis in A/J mice.  *Cancer Lett*., **137**: 123-130, 1999.

295.  Lackmann, G.M., Salzberger, U., Töllner, U., Chen, M., Carmella, S.G., and Hecht, S.S.  Metabolites of a tobacco-specific carcinogen in the urine of newborns.  *J. Natl. Cancer Inst*., **91**: 459-465, 1999.

296.  Lin, J-M., Desai, D., Chung, L., Hecht, S.S., and Amin, S.  Synthesis of *anti*-7,8-dihydroxy-9,10-epoxy-7,8,9,10-tetrahydro-11-methylbenzo[*a*]pyrene and its reaction with DNA.  *Chem. Res. Toxicol.*, **12**: 341-346, 1999.

297.  Hecht, S.S., Carmella, S.G., Chen, M., Koch, J. F. D., Miller, A.T., Murphy, S.E., Jensen, J.A., Zimmerman, C.L., and Hatsukami, D.K.  Quantitation of urinary metabolites of a tobacco-specific lung carcinogen after smoking cessation.  *Cancer Res.*, **59**: 590-596, 1999.

298.  Trushin, N., and Hecht, S. S.  Stereoselective metabolism of nicotine and tobacco-specific *N*-nitrosamines to 4-hydroxy-4-(3-pyridyl)butanoic acid in rats. *Chem. Res. Toxicol.*, **12**: 164-171, 1999.

299.  Hecht, S. S., Hatsukami, D. K., Bonilla, L. E., and Hochalter, J. B. Quantitation of 4-oxo-4-(3-pyridyl)butanoic acid and enantiomers of 4-hydroxy-4-(3-pyridyl)butanoic acid in human urine: a substantial pathway of nicotine metabolism.  *Chem. Res. Toxicol*, **12**: 172-179, 1999.

300.  Hecht, S. S.  Tobacco smoke carcinogens and lung cancer.  *J. Natl. Cancer Inst*., **91**: 1194-1210, 1999.

301.  Upadhyaya, P., Kenney, P.M.J., Hochalter, J. B., Wang, M., and Hecht, S. S.  Tumorigenicity and metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) enantiomers and metabolites in the A/J mouse.  *Carcinogenesis*, **20**: 1577-1582, 1999.

302.  Carmella, S.G., Ye, M., Upadhyaya, P., and Hecht, S. S.  Stereochemistry of metabolites of a tobacco specific lung carcinogen in smokers' urine.  *Cancer Res*., **59**: 3602-3605, 1999.

303.  Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Effects of watercress consumption on urinary metabolites of nicotine in smokers.  *Cancer Epidemiol. Biomarkers & Prev.*, **8**: 907-913, 1999.

304.  Hecht, S.S., Trushin, N., Chhabra, S.K., Anderson, L.M., and Nerurkar, P.V.  Metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) by cultured monkey lung explants.  *Drug Metab. Disp*., **28**: 5-9, 2000.

305.  Murphy, S.E., Johnson, L.M., Losey, L.M., Carmella, S.G., and Hecht, S.S. Consumption of watercress fails to alter coumarin metabolism in humans. *Drug Metab. Disp*., **29**: 786-788, 2001.

306.  Hecht, S.S., Kenney, P.M.J., Wang, W., Trushin, N., and Upadhyaya, P.  Effects of phenethyl isothiocyanate and benzyl isothiocyanate, individually and in combination, on lung tumorigenesis induced in A/J mice by benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Lett.*, **150**: 49-56, 2000

307.  Milunsky, A., Carmella, S.G., Ye, M., and Hecht, S.S.  A tobacco-specific carcinogen in the fetus.  *Prenat. Diagn.*, **20**: 307-310, 2000.

308.  McIntee, E.J. and Hecht, S.S. Metabolism of *N*'-nitrosonornicotine enantiomers by cultured rat esophagus and *in vivo* in rats. *Chem. Res. Toxicol.*, **13**: 192-199, 2000 .

309.  Carmella, S.G., McIntee, E.J., Chen, M., and Hecht, S.S. Enantiomeric composition of *N*'-nitrosonornicotine and *N*'-nitrosoanatabine in tobacco. *Carcinogenesis,* **21**:  839-843, 2000.

310.  Upadhyaya, P., Carmella, S.G., Guengerich, F.P., and Hecht, S.S. Formation and metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol enantiomers *in vitro* in mouse, rat, and human tissues. *Carcinogenesis,* **21**: 1233-1238, 2000.

311.  Simpson, C.D., Wu, M.-T., Christiani, D.C., Santella, R.M., Carmella, S.G., and Hecht, S.S. Determination of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene in human urine by gas chromatography-negative ion chemical ionization-mass spectrometry.  *Chem. Res. Toxicol.*, **13**: 271-280, 2000.

312.  Sticha, K.R.K., Staretz, M.E., Wang, M., Liang, H., Kenney, P.M.J., and Hecht, S.S.  Effects of benzyl isothiocyanate and phenethyl isothiocyanate on benzo[*a*]pyrene metabolism and DNA adduct formation in the A/J mouse.  *Carcinogenesis*, **21**: 1711-1719, 2000.

313.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of paraldol-deoxyguanosine adducts in DNA reacted with crotonaldehyde.  *Chem. Res. Toxicol.* **13**:1065-1074, 2000.

314.  Liebes, L., Conaway, C. C., Hochster, H., Mendoza, S., Hecht, S. S., Crowell, J., and Chung, F-L.  High-performance liquid chromatography-based determination of total isothiocyanate levels in human plasma:  Application to studies with 2-phenethyl isothiocyanate.  *Anal. Biochem.,* **291**: 279-289, 2001.

315.  Hecht, S.S., Hochalter, J.B., Villalta, P.W., and Murphy, S.E.  2'-Hydroxylation of nicotine by cytochrome P450 2A6 and human liver microsomes:  formation of a lung carcinogen precursor.  *Proc. Natl. Acad. Sci. USA*, **97**: 12493-12497, 2000. PMCID: PMC18791.

316.  Anderson, K.E., Carmella, S.G., Ye, M., Bliss, R.L., Le, C., Murphy, L., and Hecht, S.S.  Metabolites of a tobacco-specific lung carcinogen in nonsmoking women exposed to environmental tobacco smoke. *J. Natl Cancer Inst.*, **93**: 378-381, 2001.

317.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of DNA adducts of acetaldehyde.  *Chem. Res. Toxicol.*, **13**: 1149-1157, 2000.

318.  Hecht, S.S., Kenney, P.M.J., Wang, M., and Upadhyaya, P.  Dose-response study of *myo*-inositol as an inhibitor of lung tumorigenesis induced in A/J mice by benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Lett.*, **167**: 1-6, 2001.

319.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  A Schiff base is a major DNA adduct of crotonaldehyde.  *Chem. Res. Toxicol.*, **14**: 423-430, 2001.

320.  Upadhyaya, P., McIntee, E.J., and Hecht, S.S.  Preparation of pyridine-*N*-glucuronides of tobacco-specific nitrosamines. *Chem. Res. Toxicol.*, **14**: 555-561, 2001.

321.  Baum, M., Amin, S., Guengerich, F.P., Hecht, S.S., Köhl, W., and Eisenbrand, G.  Metabolic activation of benzo[*c*]phenanthrene by cytochrome P450 enzymes in human liver and lung.  *Chem. Res. Toxicol.*, **14**: 686-693, 2001.

322.   Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Reactions of 2,6-dimethyl-1,3-dioxane-4-ol (aldoxane) with deoxyguanosine and DNA.  *Chem. Res. Toxicol.*, **14**:1025-1032, 2001.

323.   Leslie, E.M., Ito, K., Upadhyaya, P., Hecht, S.S., Deeley, R.G., and Cole, S.P.C.  Transport of the β-*O*-glucuronide conjugate of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) by the multidrug resistance protein 1 (MRP1/ABCC1): requirement for glutathione or a non-sulfur containing analog.  *J. Biol. Chem.*, **276**: 27846-27854, 2001.

324.   Hecht, S.S., Ye, M., Carmella, S.G., Fredrickson, A., Adgate, J.L., Greaves, I.A., Church, T.R., and Sexton, K.  Metabolites of a tobacco-specific lung carcinogen in the urine of elementary school-aged children.  *Cancer Epidemiol. Biomarkers & Prev.*, **10**: 1109-1116, 2001.

325.   Sticha, K.R.K., Kenney, P.M.J., Boysen, G., Liang, H., Su, X., Wang, M., Upadhyaya, P., and Hecht, S.S.  Effects of benzyl isothiocyanate and phenethyl isothiocyanate on DNA adduct formation by a mixture of benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in A/J mouse lung.  *Carcinogenesis*, **23**: 1433-1439, 2002.

326.   Wang, M., McIntee, E.J., Shi, Y., Cheng, G., Upadhyaya, P., Villalta, P.W., and Hecht, S.S.  Reactions of α-acetoxy-*N*-nitrosopyrrolidine with deoxyguanosine and DNA.  *Chem. Res. Toxicol.*, **14**: 1435-1445, 2001.

327.   Wu, M., Simpson, C.D., Christiani, D.C., and Hecht, S.S.  Relationship of exposure to coke-oven emissions and urinary metabolites of benzo[*a*]pyrene and pyrene in coke-oven workers.  *Cancer Epidemiol. Biomarkers & Prev.*, **11**: 311-314, 2002.

328.   Hecht, S.S., Carmella, S.G., Ye, M., Le, K., Jensen, J.A., Zimmerman, C.L., and Hatsukami, D.K.  Quantitation of metabolites of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone after cessation of smokeless tobacco use.  *Cancer Res.*, **62**: 129-134, 2002.

329.   Matthews, S.J., Hecht, S.S., Picton, H.M., Ye, M., Carmella, S.G., Shires, S., Wild, C.P., and Hay, A.W.M.  No association between smoking and the presence of tobacco-specific nitrosamine metabolites in ovarian follicular fluid.  *Cancer Epidemiol. Biomarkers & Prev.*, **11**: 321-322, 2002.

330.   Carmella, S.G., Le, K., Upadhyaya, P., and Hecht, S.S.  Analysis of *N*- and *O*-glucuronides of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in human urine.  *Chem. Res. Toxicol.*, **15**: 545-550, 2002.

331.   Stepanov, I., Carmella, S.G., Hecht, S.S., and Duca, G.  Analysis of tobacco-specific nitrosamines in Moldovan cigarette tobacco.  *J. Agric. Food. Chem.*, **50**: 2793-2797, 2002.

332.   Hatsukami, D.K., Edmonds, A., Schulte, S., Jensen, J., Le, C., Losey, L., Carmella, S.G., and Hecht, S.S.  Preliminary study on reducing oral moist snuff use.  *Drug and Alcohol Dependence*, **21**: 215-20, 2003.

333.   Gurney, J.G., Chen, M., Skluzacek, M.C., Kasum, C.M., Carmella, S.G., and Hecht, S.S.  Null association between frequency of cured meat consumption and methylvaline and ethylvaline hemoglobin adduct levels: the *N*-nitroso brain cancer hypothesis.  *Cancer Epidemiol. Biomarkers & Prev.*, **11**: 421-422, 2002.

334.   Wu, Z., Upadhyaya, P., Carmella, S.G., Hecht, S.S., and Zimmerman, C.L.  Disposition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in bile duct-cannulated rats: Stereoselective metabolism and tissue distribution.  *Carcinogenesis,* **23**: 171-179, 2002.

335.   Hecht, S.S.  Human urinary carcinogen metabolites: biomarkers for investigating tobacco and cancer.  *Carcinogenesis*, **23**: 907-922, 2002.

336.    Hecht, S.S., Kenney, P.M.J., Upadhyaya, P., Bliss, R.L., and Wang, M. Inhibition of lung
        tumorigenesis in A/J mice by *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine and *myo*-inositiol,
        individually and in combination. *Carcinogenesis*, **23**: 1455-1461, 2002

337.    Upadhyaya, P., Zimmerman, C.L., and Hecht, S.S. Metabolism and pharmacokinetics of *N′*-
        nitrosonornicotine in the patas monkey. *Drug Metab.Disp.*, **30**: 1115-1122, 2002.

338.    Hecht, S.S., Kenney, P.M.J., Wang, M., Upadhyaya, P. Benzyl isothiocyanate: an effective inhibitor
        of polycyclic aromatic hydrocarbon tumorigenesis in A/J mouse lung. *Cancer Lett.*, **187**: 87-94,
        2002.

339.    Wong, H.L., Murphy, S.E., Wang, M., and Hecht, S.S. Comparative metabolism of *N*-
        nitrosopiperidine and *N*-nitrosopyrrolidine by rat liver and esophageal microsomes and cytochrome
        P450 2A3. *Carcinogenesis*, **24**: 291-300, 2003.

340.    Jalas, J.R., McIntee, E.J., Kenney, P.M.J., Upadhyaya, P., and Hecht, S.S. Stereospecific deuterium
        substitution attenuates the tumorigenicity and metabolism of the tobacco-specific nitrosamine 4-
        (methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK). *Chem. Res. Toxicol.*, **16**: 794-806, 2003.

341.    Jalas, J.R. and Hecht, S.S. Synthesis of stereospecifically deuterated 4-(methylnitrosamino)-1-(3-
        pyridyl)-1-butanol (NNAL) diastereomers and metabolism by A/J mouse lung microsomes and
        cytochrome P450 2A5. *Chem. Res. Toxicol.*, **16**: 782-793, 2003.

342.    Carmella, S.G., Chen, M., Villalta, P.W., Gurney, J.G., Hatsukami, D.K., and Hecht, S.S. Ethylation
        and methylation of hemoglobin in smokers and non-smokers. *Carcinogenesis*, **23**: 1903-1910, 2002.

343.    Boysen, G. and Hecht, S.S. Analysis of DNA and protein adducts of benzo[*a*]pyrene in human
        tissues using structure-specific methods. *Mutation Res.*, **543**: 17-30, 2003.

344.    Boysen, G, Kenney, P.M.J., Upadhyaya, P., Wang, M. and Hecht, S.S. Effects of benzyl
        isothiocyanate and 2-phenethyl isothiocyanate on benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-
        pyridyl)-1-butanone metabolism in F-344 rats. *Carcinogenesis*, **24**: 517-525, 2003.

345.    Cheng, G., Shi, Y., Sturla, S.J., Jalas, J.R., McIntee, E.J., Villalta, P.W., Wang, M. and Hecht, S.S.
        Reactions of formaldehyde plus acetaldehyde with deoxyguanosine and DNA: formation of cyclic
        deoxyguanosine adducts and formaldehyde cross-links. *Chem. Res. Toxicol.*, **16**: 145-152, 2003.

346.    Upadhyaya, P., Sturla, S.J., Tretyakova, N., Ziegel, R., Villalta, P.W., Wang, M. and Hecht, S.S.
        Identification of adducts produced by the reaction of 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-
        butanol with deoxyguanosine and DNA. *Chem. Res. Toxicol.*, **16**: 180-190, 2003.

347.    Wang, M., Cheng, G., Sturla, S.J., Shi, Y., McIntee, E.J., Villalta, P.W., Upadhyaya, P., and Hecht,
        S.S. Identification of adducts formed by pyridyloxobutylation of deoxyguanosine and DNA by 4-
        (acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone, a chemically activated form of tobacco-
        specific carcinogens. *Chem. Res. Toxicol.*, **16**: 616-626, 2003.

348.    Sexton, K., Adgate, J.L., Church, T.R., Hecht, S.S., Ramachandran, G., Greaves, I.A., Fredrickson,
        A.L., Ryan, A.D., Carmella, S.G., and Geisser, M.S. Children's exposure to environmental tobacco
        smoke: using diverse exposure metrics to document ethnic/racial differences. *Environ. Health
        Perspect.*, **112**: 392-397, 2004. PMCID: PMC1241873.

349.    Anderson, K.E., Kliris, J., Murphy, L., Carmella, S.G., Han, S., Link, C., Bliss, R.L., Murphy, S.E.,
        and Hecht, S.S. Metabolites of a tobacco-specific lung carcinogen in nonsmoking casino patrons.
        *Cancer Epidemiol. Biomarkers & Prev.*, **12**: 1544-1546, 2003.

350.    Wong, H.L., Murphy, S.E., and Hecht, S.S. Preferential metabolic activation of *N*-nitrosopiperidine
        compared to its structural homolog *N*-nitrosopyrrolidine by rat nasal microsomes. *Chem. Res.
        Toxicol.*, **16**: 1298-1305, 2003.

351.  Hecht, S.S., Murphy, S.E., Carmella, S.G., Zimmerman, C.L., Losey, L., Kramarczuk, I., Roe, M.R., Puumala, S.S., Li, Y.S., Le, C., Jensen, J., and Hatsukami, D.  Effects of reduced cigarette smoking on uptake of a tobacco-specific lung carcinogen.  *J. Natl. Cancer Inst*., **96**: 107-115, 2004.

352.  Carmella, S.G., Han, S., Fristad, A., Yang, Y., and Hecht, S.S.  Analysis of total 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in human urine.  *Cancer Epidemiol. Biomarkers & Prev*., **12**: 1257-1261, 2003.

353.  Hecht, S.S., Chen, M., Yagi, H., Jerina, D.M., and Carmella, S.G.  *r*-1,*t*-2,3,*c*-4-Tetrahydroxy-1,2,3,4-tetrahydrophenanthrene in human urine: a potential biomarker for assessing polycyclic aromatic hydrocarbon metabolic activation. *Cancer Epidemiol. Biomarkers & Prev*., **12**: 1501-1508, 2003.

354.  Zimmerman, C.L., Wu, Z., Upadhyaya, P., and Hecht, S.S.  Stereoselective metabolism and tissue retention in rats of the individual enantiomers of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), metabolites of the tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Carcinogenesis*, **25** : 1237-1242, 2004.

355.  Hughes, J.R., Hecht, S.S., Carmella, S.G., Murphy, S.E., and Callas, P.  Smoking behavior and toxin exposure during six weeks use of a "less risky" cigarette - Omni.  *Tobacco Control*, **13**: 175-179, 2004.

356.  Carmella, S.G., Le, K., and Hecht, S.S.  Improved method for determination of 1-hydroxypyrene in human urine.  *Cancer Epidemiol. Biomarkers & Prev.,***13** : 1261-1264, 2004.

357.  Hatsukami, D.K., Lemmonds, C., Zhang Y., Murphy, S.E., Le, C., Carmella, S.G., and Hecht, S.S.  Evaluation of carcinogen exposure in people who used "reduced exposure" tobacco products.  *J. Natl. Cancer Inst.,* **96** : 844-852, 2004.

358.  Hecht, S.S., Carmella, S.G., Le, K., Murphy, S.E., Li, Y.S., Le, C., Jensen, J., and Hatsukami, D.K., Effects of reduced cigarette smoking on levels of 1-hydroxypyrene in urine.  *Cancer Epidemiol. Biomarkers & Prev*., **13**: 834-842, 2004.

359.  Hecht, S.S., Carmella, S.G., Kenney, P.M.J., Low, S-H., Arakawa, K., and Yu, M.C.  Effects of cruciferous vegetable consumption on urinary metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in Singapore Chinese.  *Cancer Epidemiol. Biomarkers & Prev*., **13**: 997-1004, 2004.

360.  Lemmonds, C.A., Hecht, S.S., Jensen, J.A., Murphy, S.E., Carmella, S.G., Zhang, Y., and Hatsukami, D.K.  Smokeless tobacco topography and toxin exposure.  *Nicotine Tobacco Res.*, **7**: 469-474, 2005.

361.  Hecht, S.S., Villalta, P.W., Sturla, S.J., Cheng, G., Yu, N., Upadhyaya, P., and Wang, M.  Identification of $O^2$-substituted pyrimidine adducts formed in reactions of 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanol with DNA.  *Chem. Res. Toxicol*., **17**: 588-597, 2004.

362.  Jalas, J.R., Seetharaman, M., Hecht, S.S., and Murphy, S.E.  Molecular modeling of cytochrome P450 2A enzymes: application to metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Xenobiotica*, **34**: 515-533, 2004.

363.  Murphy, S.E., Link, C.A., Jensen, J., Le, C., Puumala, S.S., Hecht, S.S., Carmella, S.G., Losey, L., and Hatsukami, D.K.  A comparison of urinary biomarkers of tobacco and carcinogen exposure in smokers.  *Cancer Epidemiol. Biomarkers & Prev*., **13**: 1617-1623, 2004.

364.  Hecht, S.S., Murphy, S.E., Carmella, S.G., Li, S., Jensen, J., Le, C., Joseph, A.M., and Hatsukami, D.K.  Similar uptake of lung carcinogens by smokers of regular, light, and ultra-light cigarettes.  *Cancer Epidemiol. Biomarkers & Prev.* **14**: 693-698, 2005

365.  Carmella, S.G., Chen, M., Yagi, H., Jerina, D.M., and Hecht, S.S.  Analysis of phenanthrols in human urine by gas chromatography-mass spectrometry: potential use in carcinogen metabolite phenotyping. *Cancer Epidemiol. Biomarkers & Prev.* **13**: 2167-2174, 2004

366.  Jalas, J.R., Hecht, S.S., and Murphy, S.E.  Cytochrome P450 enzymes as catalysts of metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco-specific carcinogen. *Chem. Res. Toxicol.*, **18**: 95-110, 2005

367.  Kim, J.Y., Hecht, S.S., Mukherjee, S., Carmella, S.G., Rodrigues, E.G., and Christiani, D.C.  A urinary metabolite of phenanthrene as a biomarker of polycyclic aromatic hydrocarbon metabolic activation in workers exposed to residual oil fly ash. *Cancer Epidemiol. Biomarkers & Prev.* **14**: 687-692, 2005

368.  Tulunay, O., Hecht, S.S., Carmella, S.G., Zhang, Y., Lemmonds, C., Murphy, S., and Hatsukami, D. Urinary metabolites of a tobacco-specific lung carcinogen in nonsmoking hospitality workers. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 1283-1286, 2005

369.  Kelley, M.J., Glaser, E.M., Herndon, J.E., II., Becker, F., Zhang, Y-J., Santella, R.M., Carmella, S.G., Hecht, S.S., Gallot, L., Schilder, L., Crowell, J.A., Perloff, M., Folz, R.J., and Bergan, R.C.  Safety and efficacy of weekly oral oltipraz in chronic smokers. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 892-899, 2005

370.  Stepanov, I., Hecht, S.S., Ramakrishnan, S., and Gupta, P.C.  Tobacco-specific nitrosamines in smokeless tobacco products marketed in India. *International J. Cancer*, **116**: 16-19, 2005

371.  Wong, H.L., Murphy, S.E., and Hecht, S.S.  Cytochrome P450 2A-catalyzed metabolic activation of structurally similar carcinogenic nitrosamines: *N'*-nitrosonornicotine enantiomers, *N*-nitrosopiperidine, and *N*-nitrosopyrrolidine. *Chem. Res. Toxicol.*, **18**: 61-69, 2005

372.  Lao, Y. and Hecht, S.S.  Synthesis and properties of an acetaldehyde-derived oligonucleotide interstrand cross-link. *Chem. Res. Toxicol.*, **18**: 711-721, 2005

373.  Wong, H.L., Zhang, X., Zhang, Q-Y., Gu, J., Ding, X., Hecht, S.S., and Murphy, S.E.  Metabolic activation of the tobacco carcinogen 4-(methylnitrosamino)-(3-pyridyl)-1-butanone by cytochrome P450 2A13 in human fetal nasal microsomes. *Chem. Res. Toxicol.*, **18**: 913-918, 2005

374.  Stepanov, I. and Hecht, S.S.  Tobacco-specific nitrosamines and their pyridine-*N*-glucuronides in the urine of smokers and smokeless tobacco users. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 885-891, 2005

375.  Joseph, A.M., Hecht, S.S., Murphy, S.E., Carmella, S.G., Le, C.T., Zhang, Y., Han, S., and Hatsukami, D.K.  Relationships between cigarette consumption and biomarkers of tobacco toxin exposure. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 2963-2968, 2005

376.  Rosen, C.J., Fritz, V.A., Hecht, S.S., Gardner, G.M., Carmella, S.G, and Kenney, P.M.  Cabbage yield and glucosinolate concentrations as affected by nitrogen and sulfur fertility. *Hort. Science*, **40**: 1493-1498, 2005

377.  Stepanov, I., Jensen, J., Hatsukami, D., and Hecht, S.S. Tobacco-specific nitrosamines in new tobacco products. *Nicotine Tob. Res.*, **8**: 309-313, 2006

378.  Sturla, S.J., Scott, J., Lao, Y., Hecht, S.S., and Villalta, P.W.  Mass spectrometric analysis of relative levels of pyridyloxobutylation adducts formed in the reaction of DNA with a chemically activated form of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Chem. Res. Toxicol.* **18**: 1048-1055, 2005

379.  Conaway, C.C., Wang, C-X., Pittman, B., Yang, Y-M., Schwartz, J.E., Tian, D., McIntee, E.J., Hecht, S.S., and Chung, F-L. Phenethyl isothiocyanate and sulforaphane and their *N*-acetylcysteine conjugates inhibit malignant progression of lung adenomas induced by tobacco carcinogens in A/J mice. *Cancer Res*. **65**: 8548-8557, 2005

380.  Carmella, S.G., Han, S., Villalta, P.W., and Hecht, S.S. Analysis of total 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in smokers' blood. *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2669-2672, 2005

381.  Stepanov, I., Hecht, S.S., Mirvish, S.S., and Gonta, M. Comparative analysis of tobacco-specific nitrosamines and total *N*-nitroso compounds in Moldovan cigarette tobacco. *J. Agric. Food Chem*. **53**: 8082-8086, 2005

382.  Stepanov, I., Hecht, S.S., Duca, G., and Mardari, I. Uptake of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) by Moldovan children. *Cancer Epidemiol. Biomarkers & Prev*., **15**: 7-11, 2006

383.  Kensler T.W., Chen J.G., Egner P.A., Fahey J.W., Jacobson L.P., Stephenson K.K., Ye L., Coady J.L., Wang J.B., Wu Y., Sun Y., Zhang Q.N., Zhang B.C., Zhu Y.R., Qian G.S., Carmella S.G., Hecht S.S., Benning L., Gange S.J., Groopman J.D., Talalay P. Effects of glucosinolate-rich broccoli sprouts on urinary levels of aflatoxin-DNA adducts and phenanthrene tetraols in a randomized clinical trial in He Zuo township, Qidong, People's Republic of China. *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2605-2613, 2005

384.  Hecht, S.S., Chen, M. Yoder, A., Jensen, J., Hatsukami, D., Le, C. and Carmella, S.G. Longitudinal study of urinary phenanthrene metabolite ratios: effect of smoking on the diol epoxide pathway. *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2969-2974, 2005.

385.  Derave, W., Eede, E.V., Hespel, P., Carmella, S.G., and Hecht, S.S. Oral creatine supplementation in humans does not elevate urinary excretion of the carcinogen *N*-nitrososarcosine. *Nutrition*, **22**: 332-333, 2006.

386.  Hecht, S.S., Huang, C., Stoner, G.D., Li, J., Kenney, P.M.J., Sturla, S.J., and Carmella, S.G. Identification of cyanidin glycosides as constituents of freeze-dried black raspberries which inhibit *anti*-benzo[*a*]pyrene-7,8-diol-9,10-epoxide induced NFκB and AP-1 activity. *Carcinogenesis*, **27**: 1617-1626, 2006.

387.  Hecht, S.S., Carmella, S.G., Le, K., Murphy, S.E., Boettcher, A.J., Le, C., Koopmeiners, J., An, L., and Hennrikus, D.J. 4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanol and its glucuronides in the urine of infants exposed to environmental tobacco smoke. *Cancer Epidemiol. Biomarkers & Prev*., **15**: 988-992, 2006.

388.  Upadhyaya, P., McIntee, E.J., Villalta, P.W., and Hecht, S.S. Identification of adducts formed in the reaction of 5'-acetoxy-*N*'-nitrosonornicotine with deoxyguanosine and DNA, *Chem. Res. Toxicol* , **19**: 426-435, 2006. PMCID: PMC2518848.

389.  Wang, M., Yu, N., Chen, L., Villalta, P.W., Hochalter, J.B., and Hecht, S.S. Identification of an acetaldehyde adduct in human liver DNA and quantitation as $N^2$-ethyldeoxyguanosine. *Chem. Res. Toxicol*., **19**: 319-324, 2006

390.  Stein, S., Lao, Y., Yang, I-Y., Hecht, S.S., and Moriya, M. Genotoxicity of acetaldehyde- and crotonaldehyde-induced 1,$N^2$-propanodeoxyguanosine DNA adducts in human cells. *Mutation Res.*, **608**: 1-7, 2006

391.   Lao, Y., Villalta, P.W., Sturla, S.J., Wang, M., and Hecht, S.S.   Quantitation of pyridyloxobutyl DNA adducts of tobacco-specific nitrosamines in rat tissue DNA by high performance liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol.*, **19**: 674-682, 2006. PMCID: PMC2518839.

392.   Hecht, S.S., Carmella, S.G., Yoder, A., Chen, M., Li, Z., Le, C., Dayton, R., Jensen, J., and Hatsukami, D.K.   Comparison of polymorphisms in genes involved in polycyclic aromatic hydrocarbon metabolism with urinary phenanthrene metabolite ratios in smokers. *Cancer Epidemiol. Biomarkers & Prev.*, **15**: 1805-1811, 2006.

393.   Carmella, S.G., Yoder, A., and Hecht, S.S.   Combined analysis of *r*-1,*t*-2,3,*c*-4-tetrahydroxy-1,2,3,4-tetrahydrophenanthrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in smokers' plasma. *Cancer Epidemiol. Biomarkers & Prev.*, **15**: 1490-1494, 2006

394.   Joseph, A.M., Hecht, S.S., Murphy, S.E., Lando, H., Carmella, S.G., Han, S., Gross, M., Bliss, R., Le, C.T., and Hatsukami, D.K.   Smoking reduction fails to improve clinical and biological markers of cardiac disease: a randomized controlled trial. *Nicotine. Tobacco Res.*, **10**: 471-481, 2008.

395.   Stepanov, I, Jensen, J., Hatsukami, D., and Hecht, S.S.   Mass spectrometric quantitation of nicotine, cotinine, and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol, in human toenails.   *Cancer Epidemiol., Biomarkers, & Prev.*, **15**: 2378-2383, 2006.

396.   Hatsukami, D.K., Le, C.T., Zhang, Y., Joseph, A.M., Mooney, M.E., Carmella, S.G., and Hecht, S.S.   Toxicant exposure in cigarette reducers vs. light smokers.   *Cancer Epidemiol., Biomarkers, & Prev.*, **15**: 2355-2358, 2006.

397.   Liu, X., Lao, Y., Yang, I-Y., Hecht, S.S., and Moriya, M.   Replication-coupled repair of crotonaldehyde/acetaldehyde induced guanine-guanine interstrand cross-links and their mutagenicity. *Biochemistry*, **45**: 12898-12905, 2006. PMCID: PMC2518849.

398.   McNiel, E.A., Carmella, S.G., Heath, L.A., Bliss, R., Le, K., and Hecht, S.S.   Urinary biomarkers to assess exposure of cats to environmental tobacco smoke., *Am. J. Vet. Med.*, **68**:349-353, 2007.

399.   Hatsukami, D.K., Mooney, M., Babb, D., Murphy, S., and Hecht, S.S.   Effects of high dose transdermal nicotine replacement in cigarette smokers. *Pharmacology, Biochemistry, and Behavior*, 86: 132-139, 2007.

400.   Upadhyaya, P., Rao, P., Hochalter, J.B., Li, Z., Villalta, P.W., and Hecht, S.S.   Quantitation of *N*-acetyl-*S*-(9,10-dihydro-9-hydroxy-10-phenanthryl)-L-cysteine in human urine: comparison with glutathione-*S*-transferase genotypes in smokers. *Chem. Res. Toxicol.*, **19**: 1234-1240, 2006. PMCID: PMC2518842.

401.   Mendoza-Baumgart, M.I., Hecht, S.S., Zhong, Y., Murphy, S.E., Le, C., Jensen, J., and Hatsukami, D.K.   Pilot study on lower nitrosamine smokeless tobacco products compared with medicinal nicotine., *Nicotine Tobacco Res.*, **9**: 1309-1323, 2007.

402.   Zhang, S., Villalta, P.W., Wang, M., and Hecht, S.S.   Analysis of crotonaldehyde- and acetaldehyde-derived 1,*N*$^2$-propanodeoxyguanosine adducts in DNA from human tissues using liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol.*, **19**: 1386-1392, 2006. PMCID: PMC2596066.

403.    Stark, M.J., Rohde, K., Maher, J.E., Pizacani, B.A., Dent, C., Bard, R., Carmella, S.G., Benoit, A.R., Thomson, N.M., and Hecht, S.S.  The impact of clean indoor air exemptions and preemption on the prevalence of a tobacco-specific lung carcinogen among nonsmoking bar and restaurant workers. *Am. J. Publ. Health*., **97**: 1457-1463, 2007.

404.    Hatsukami, D.K., Ebbert, J.O., Edmonds, A., Le, C., and Hecht, S.S.  Smokeless tobacco reduction: Preliminary study of tobacco free snuff versus no snuff.  *Nicotine Tobacco Res*., **10**: 77-85, 2008.

405.    Lao, Y., Yu, N., Kassie, F., Villalta, P.W., and Hecht, S.S.  Analysis of pyridyloxobutyl DNA adducts in F344 rats chronically treated with (*R*)- and (*S*)-*N′*-nitrosonornicotine. *Chem. Res. Toxicol.*, **20**: 246-256, 2007. PMCID: PMC2518847.

406.    Lao, Y., Yu, N., Kassie, F., Villalta, P.W., and Hecht, S.S.  Formation and accumulation of pyridyloxobutyl DNA adducts in F344 rats chronically treated with 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Chem. Res. Toxicol*., **20**: 235-245, 2007. PMCID: PMC2518979.

407.    Hatsukami, D.K., Ebbert, J.O., Anderson, A., Lin, H., Le, S., and Hecht, S.S.  Smokeless tobacco brand switching: a means to reduce toxicant exposure?  *Drug and Alcohol Dependence*, **87**: 217-224 2007. PMCID: PMC1987377.

408.    Chen, L., Wang, M., Villalta, P.W., Luo, X., Feuer, R., Jensen, J., Hatsukami, D.K., and Hecht, S.S.  Quantitation of an acetaldehyde adduct in human leukocyte DNA and the effect of smoking cessation. *Chem. Res. Toxicol*., **20**: 108-113, 2007. PMCID: PMC2518843.

409.    Hecht, S.S., Han, S., Kenney, P.M.J., Wang, M., Lindgren, B., Wang, Y., Lao, Y., Hochalter, J.B., and Upadhyaya, P.  Investigation of the reaction of myosmine with sodium nitrite in vitro and in rats. *Chem. Res. Toxicol*., **20**: 543-549, 2007. PMCID: PMC2518846.

410.    Wang, M., Lao, Y., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of adducts formed in the reaction of α-acetoxy-*N*-nitrosopyrrolidine with deoxyribonucleosides and DNA. *Chem. Res. Toxicol*., **20**: 625-633, 2007. PMCID: PMC2518840.

411.    Wang, M., Lao, Y., Cheng, G., Shi, Y., Villalta, P.W., Nishikawa, A. and Hecht, S.S.  Analysis of adducts in hepatic DNA of rats treated with *N*-nitrosopyrrolidine. *Chem. Res. Toxicol*., **20**: 634-640, 2007. PMCID: PMC2518975.

412.    Kassie, F., Anderson, L., Scherber, R., Yu, N., Lahti, D., Upadhyaya, P., and Hecht, S.S.  Indole-3-carbinol inhibits 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone plus benzo[*a*]pyrene-induced lung tumorigenesis in A/J mice and modulates carcinogen-induced alterations in protein levels. *Cancer Res.*, **67**: 6502-6511, 2007.

413.    Lubin, J.H., Caporaso, N., Hatsukami, D.K., Joseph, A.M., and Hecht, S.S.  The association of a tobacco-specific biomarker and cigarette consumption and its dependence on host characteristics. *Cancer Epidemiol, Biomarkers, & Prev.*, **16**: 1852-1857, 2007.

414.    Zhang, S., Villalta, P., Wang, M., and Hecht, S.S.  Detection and quantitation of acrolein-derived $1,N^2$-propanodeoxyguanosine adducts in human lung by liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol*., **20**: 565-571, 2007. PMCID: PMC2518976.

415.    Stepanov, I., Hecht, S.S., Lindgren, B., Jacob, P., Wilson, M., and Benowitz, N.  Relationship of human toenail nicotine, cotinine, and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol to levels of these biomarkers in plasma and urine. *Cancer Epidemiol, Biomarkers, & Prev.*, **16**: 1382-1386, 2007.

416.    Hecht, S.S., Carmella, S.G., Murphy, S.E., Riley, W.T., Le, C., Luo, X., Mooney, M., and Hatsukami, D.K.  Similar exposure to a tobacco-specific carcinogen in smokeless tobacco users and cigarette smokers. *Cancer Epidemiol, Biomarkers, & Prev.*, **16**: 1567-1572, 2007.

417.    Porubin, D., Hecht, S.S., Li, Z., Gonta, M., and Stepanov, I.  Endogenous formation of *N'*-nitrosonornicotine in F344 rats in the presence of some antioxidants and grape seed extract. *J. Agric. Food Chem.*, **55**: 7199-7204, 2007.

418.    Carmella, S.G., Chen, M., Zhong, Y., Zhang, S., Hatsukami, D.K., and Hecht, S.S.  Quantitation of acrolein-derived 3-hydroxypropylmercapturic acid in human urine by liquid chromatography-atmospheric pressure chemical ionization-tandem mass spectrometry: effects of cigarette smoking. *Chem. Res. Toxicol.*, **20**: 986-990, 2007. PMCID: PMC2556963.

419.    Spector, L.G., Hecht, S.S., Ognjanovic, S., Carmella, S.G., and Ross, J.A.  Detection of cotinine in newborn dried blood spots. *Cancer Epidemiol, Biomarkers, & Prev.,* **16**: 1902-1905, 2007.

420.    Chen, L. Wang, M., Villalta, P.W., and Hecht, S.S.  Liquid chromatography electrospray ionization tandem mass spectrometry analysis of 7-ethylguanine in human liver DNA. *Chem. Res. Toxicol.*, **20**: 1498-1502, 2007.

421.    Wang, M., Cheng, G., Villalta, P.W., and Hecht, S.S.  Development of liquid chromatography electrospray ionization tandem mass spectrometry methods for analysis of DNA adducts of formaldehyde and their application to rats treated with *N*-nitrosodimethylamine or 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Chem. Res. Toxicol.*, **20**: 1141-1148, 2007.

422.    Kassie, F., Anderson, L.B., Higgins, L., Pan, Y., Matise, I., Negia, M., Upadhyaya, P., Wang, W., and Hecht, S.S.. Chemopreventive agents modulate the protein expression profile of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone plus benzo[*a*]pyrene-induced lung tumors in A/J mice. *Carcinogenesis*, **29**: 610-619, 2008.

423.    Hecht, S.S., Carmella, S.G., Edmonds, A., Murphy, S.E., Stepanov, I., Luo, X., and Hatsukami, D.K.  Exposure to nicotine and a tobacco-specific carcinogen increase with duration of use of smokeless tobacco. *Tobacco Control*, **17**: 128-131, 2008.

424.    Liu, X., Moody, E.C., Hecht, S.S., and Sturla, S.J.  Deoxygenated phosphorothioate inositol phosphate analogues: synthesis, phosphatase stability, and binding affinity. *Bioorganic & Med. Chem.*, **16**: 3419-3427, 2008.

425.    Stepanov, I. and Hecht, S.S.  Detection and quantitation of *N'*-nitrosonornicotine in human toenails by liquid chromatography-electrospray ionization-tandem mass spectrometry. *Cancer Epidemiol, Biomarkers & Prev.,* **17**: 945-948, 2008.

426.    Cheng, G., Wang, M., Upadhyaya, P., Villalta, P.W., and Hecht, S.S.  Formation of formaldehyde adducts in the reactions of DNA and deoxyribonucleosides with α-acetates of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), and *N*-nitrosodimethylamine (NDMA). *Chem. Res. Toxicol.*, **21**: 746-751, 2008.

427.    Hecht, S.S., Villalta, P.W., and Hochalter, J.B.  Analysis of phenanthrene diol epoxide mercapturic acid detoxification products in human urine: relevance to molecular epidemiology studies of glutathione-*S*-transferase polymorphisms. *Carcinogenesis*, **29**: 937-943, 2008. PMCID: PMC2902377.

428.  Stepanov, I., Upadhyaya, P., Feuer, R., Jensen, J., Hatsukami, D.K., Hecht, S.S.  Extensive metabolic activation of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in smokers.  *Cancer Epidemiol, Biomarkers, & Prev.,* **17**:1764-1773, 2008. PMCID: PMC2542896.

429.  Hecht, S.S., Carmella, S.G., Stepanov, I., Jensen, J., Anderson, A., and Hatsukami, D.  Metabolism of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone to its biomarker total NNAL in smokeless tobacco users.  *Cancer Epidemiol, Biomarkers & Prev.,* **17**: 732-735, 2008.

430.  Stepanov, I., Jensen, J., Hatsukami, D., and Hecht, S.S.  New and traditional smokeless tobacco: comparison of toxicant and carcinogen levels.  *Nicotine Tob. Res.,* **10**: 1773-82, 2008. PMCID: PMC2892835.

431.  Johnson, T.E., Kassie, F., O'Sullivan, G., Negia, M., Hanson, T.E., Upadhyaya, P., Ruvolo, P.P., Hecht, S.S., and Xing, C.  Chemopreventive effect of kava on 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone plus benzo[*a*]pyrene-induced lung tumorigenesis in A/J mice.  *Cancer Prev. Res.,* **1**: 430-438, 2008.

432.  Kassie, F., Matise, I., Negia, M., Lahti, D., Pan, Y., Scherber, R., Upadhyaya, P., and Hecht, S.S.  Combinations of *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine and *myo*-inositol inhibit tobacco smoke carcinogen-induced lung adenocarcinoma in mice. *Cancer Prev. Res.,* **1**: 285-297, 2008. PMCID: *In Process*.

433.  Stepanov, I., Carmella, S.G., Han, S., Pinto, A., Strasser, A.A., Lerman, C., and Hecht, S.S.  Evidence for endogenous formation of *N'*-nitrosonornicotine in some long term nicotine patch users. *Nicotine Tob. Res.,* **11**: 99-105, 2009.

434.  Balbo, S., Hashibe, M., Gundy, S., Brennan, P., Canova, C., Simonato, L., Merletti, F., Richiardi, L., Agudo, A., Castellsague, X., Znaor, A., Talamini, R., Bencko, V., Holcatova, I., Wang, M., Hecht, S.S., and Boffetta, P.  $N^2$-Ethyldeoxyguanosine as a potential biomarker for assessing effects of alcohol consumption on DNA.  *Cancer Epidemiol, Biomarkers, & Prev.,* **17**: 3026-3032, 2008.

435.  Church, T.R., Anderson, K.E., Caporaso, N.E., Geisser, M.S., Le, C., Zhang, Y., Benoit, A.R., Carmella, S.G., and Hecht, S.S.  A prospectively measured serum biomarker for a tobacco-specific carcinogen and lung cancer in smokers. *Cancer Epidemiol, Biomarkers, & Prev* **18**: 260-266, 2009. PMCID: PMC3513324.

436.  Upadhyaya, P., Kalscheuer, S., Hochalter, J.B., Villalta, P.W., and Hecht, S.S.  Quantitation of pyridylhydroxybutyl-DNA adducts in liver and lung of F-344 rats treated with 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Chem. Res. Toxicol.,* **21**: 1468-1476, 2008. PMCID: PMC2575026.

437.  Kassie, F., Matise, I., Negia, M., Upadhyaya, P., and Hecht, S.S.  Dose-dependent inhibition of tobacco smoke carcinogen-induced lung tumorigenesis in A/J mice by indole-3-carbinol. *Cancer Prev. Res.,* **1**: 568-576, 2008. PMCID: PMC3874887.

438.  Hertsgaard, L.A., Hanson, K., Hecht, S.S., Lindgren, B.R., Luo, X., Carmella, S.G., Riley, W.T., Zylla, E.B., Murphy, S.E., and Hatsukami, D.K.  Exposure to a tobacco-specific lung carcinogen in adolescent vs. adult smokers.  *Cancer Epidemiol, Biomarkers, & Prev.,* **17**: 3337-3343, 2008.

439.  Thomas, J.L., An, L., Luo, X., Scherber, R.M., Berg, C.J., Golden, D., Ehlinger, E.P., Murphy, S.E., Hecht, S.S., and Ahluwalia, J.S.  Abstinence and relapse rates following a college campus-based quit and win contest.  *J. Amer. College Health,* **58**: 365-372, 2010.

440.  Derby, K.S., Cutrell, K., Caberto, C., Carmella, S.G., Franke, A.A., Hecht, S.S., Murphy, S.E., and Le Marchand, L.  Nicotine metabolism in three ethnic/racial groups with different risks of lung cancer. *Cancer Epidemiol, Biomarkers, & Prev*., **17:** 3526-3535, 2008.

441.  Le Marchand, L., Derby, K., Murphy, S.E., Hecht, S.S., Hatsukami, D., Carmella, S.G., Tiirikainen, M., and Wang, H.  Smokers with the *CHRNA* lung cancer-associated variants are exposed to higher levels of nicotine equivalents and a carcinogenic tobacco-specific nitrosamine.  *Cancer Res,.* **68:** 9137-9140, 2008. PMCID: PMC2587068.

442.  Upadhyaya, P. and Hecht, S.S.  Identification of adducts formed in the reactions of 5′-acetoxy-*N*′-nitrosonornicotine with deoxyadenosine, thymidine, and DNA.  *Chem. Res. Toxicol,.* **21:** 2164–2171, 2008. PMCID: PMC2518848.

443.  Wang, L-S., Hecht, S.S., Carmella, S.G., Yu, N., Larue, B., Henry, C., McIntyre, C., Rocha, C., Lechner, J.F., and Stoner, G.D.  Anthocyanins in black raspberries prevent esophageal tumors in rats. *Cancer Prev. Res,.* **2:** 84-93, 2009.

444.  Hecht, S.S., Zinggeler Berg, J., and Hochalter, J.B.  Preferential glutathione conjugation of a reverse diol epoxide compared to a by region diol epoxide of phenanthrene in human hepatocytes: relevance to molecular epidemiology studies of glutathione-*S*-transferase polymorphisms and cancer.  *Chem. Res. Toxicol.*, **22:** 426-432, 2009. PMCID: PMC2765539.

445.  Hatsukami, D.K., Kotlyar, M., Hertsgaard, L.A., Zhang, Y., Carmella, S.G., Jensen, J.A., Shields, P.G., Murphy, S.E., Stepanov, I., and Hecht, S.S.  Reduced nicotine content cigarettes: effects on toxicant exposure, dependence and cessation.  *Addiction*  **105**: 343-355, 2010.

446.  Yuan, J.-M., Koh, W.-P., Murphy, S.E., Fan, Y., Wang, R., Carmella, S.G., Han, S., Wickham, K.M., Gao, Y.-T., Yu, M.C., and Hecht, S.S.  Urinary levels of tobacco-specific nitrosamine metabolites in relation to lung cancer development in two prospective cohorts of cigarette smokers. *Cancer Res.*, **69**: 2990-2995, 2009. PMCID: PMC2664854.

447.  Stepanov, I. and Hecht, S.S. Mitochondrial DNA adducts in the lung and liver of F-344 rats chronically treated with 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and (*S*)-4-(methylnitrosamino)-1-(3-pryidyl)-1-butanol.  *Chem. Res. Toxicol.*, **22:** 406-414, 2008. PMCID: PMC2664261.

448.  Derby, K., Cuthrell, K., Caberto, C., Carmella, S., Murphy, S.E., Hecht, S.S., and Le Marchand, L. Exposure to the carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers from three populations with different risks of lung cancer. *Int. J. Cancer*, **125:** 2418-2424, 2009.

449.  Carmella, S.G., Chen, M., Han, S., Briggs, A., Jensen, J., Hatsukami, D.K., and Hecht, S.S.  Effects of smoking cessation on eight urinary tobacco carcinogen and toxicant biomarkers. *Chem. Res. Toxicol.*, **22:** 734-741, 2009. PMCID: PMC2704054.

450.  Zhang, S., Wang, M., Villalta, P.W., Lindgren, B.R., Upadhyaya, P., Lao, Y., and Hecht, S.S. Analysis of pyridyloxobutyl and pyridylhydroxybutyl DNA adducts in extrahepatic tissues of F344 rats treated chronically with 4-(methylnitrosamino)-1-3-pyridyl)-1-butanone and enantiomers of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol.  *Chem. Res. Toxicol.*, **22:** 926-936, 2009. PMCID: PMC2701567.

451.  Zhang, S., Wang, M., Villalta, P.W., Lindgren, B.R., Lao, Y., and Hecht, S.S.  Quantitation of pyridyloxobutyl DNA adducts in nasal and oral mucosa of rats treated chronically with enantiomers of *N*′-nitrosonornicotine.  *Chem. Res. Toxicol.*, **22:** 949-956, 2009. PMCID: PMC2743010.

452.    Upadhyaya, P., Lindgren, B.R., and Hecht, S.S.  Comparative levels of $O^6$-methylguanine, pyridyloxobutyl-, and pyridylhydroxybutyl-DNA adducts in lung and liver of rats treated chronically with the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Drug Metab. Disp.*, **37**: 1147-1151, 2009. PMCID: PMC2683686.

453.    Kim, Y.Y., von Weymarn, L., Larsson, O., Fan, D., Underwood, J.M., Peterson, M.S., Hecht, S.S., Polunovsky, V.A., and Bitterman, P.B.  Eukaryotic initiation factor 4E binding protein family of proteins: Sentinels at a translational control checkpoint in lung tumor defense. *Cancer Res*., **69**: 8455-8462, 2009. PMCID: PMC2805259.

454.    Stepanov, I., Carmella, S.G., Briggs, A., Hertsgaard, L., Lindgren, B., Hatsukami, D., and Hecht, S.S.  Presence of the carcinogen *N′*-nitrosonornicotine in the urine of some users of oral nicotine replacement therapy products. *Cancer Res.*, **69**: 8236-8240, 2009. PMCID: PMC2783463.

455.    Li, L., Perdigao, J., Pegg, A.E., Lao, Y., Hecht, S.S., Lindgren, B., Reardon, J.T., Sancar, A., Wattenberg, E.V., and Peterson, L.A.  The influence of repair pathways on the cytotoxicity and mutagenicity induced by the pyridyloxobutylation pathway of tobacco specific nitrosamines. *Chem. Res. Toxicol.,* **22**: 1464-1472, 2009. PMCID: PMC2787827.

456.    Church, T.R., Anderson, K.E., Le, C., Zhang, Y., Kampa, D.M., Benoit, A.R., Yoder, A.R., Carmella, S.G., and Hecht, S.S.  Temporal stability of urinary and plasma biomarkers of tobacco smoke exposure among cigarette smokers. *Biomarkers*, **15**: 345-352, 2010.

457.    Wang, M., Cheng, G., Balbo, S., Carmella, S.G., Villalta, P.W., and Hecht, S.S.  Clear differences in levels of a formaldehyde-DNA adduct in leukocytes of smokers and non-smokers. *Cancer Res*., **69**: 7170-7174, 2009. PMCID: PMC2745488.

458.    Kassie, F., Kalscheuer, S., Matise, I., Ma, L., Melkamu, T., Upadhyaya, P., and Hecht, S.S.  Inhibition of vinyl carbamate-induced pulmonary adenocarcinoma by indole-3-carbinol and *myo*-inositol in A/J mice.  *Carcinogenesis*, **31**: 239-245, 2010. PMCID: PMC2812566.

459.    Loureiro, A.P.M., Zhang, W., Kassie, F., Zhang, S., Villalta, P.W., Wang, M., and Hecht, S.S.  Mass spectrometric analysis of a cyclic 7,8-butanoguanine adduct of *N*-nitrosopyrrolidine: comparison to other *N*-nitrosopyrrolidine adducts in rat hepatic DNA. *Chem. Res. Toxicol*., **22**: 1728-1735, 2009. PMCID: PMC2763979.

460.    Stepanov, I., Villalta, P.W., Knezevich, A., Jensen, J., Hatsukami, D., Biener, L., and Hecht, S.S.  Analysis of 23 polycyclic aromatic hydrocarbons in smokeless tobacco by gas chromatography-mass spectrometry.  *Chem. Res. Toxicol*., **23**: 66-73, 2010. PMCID: PMC2807893.

461.    Wang, L-S., Hecht, S.S., Carmella, S.G., Seguin, C., Rocha, C., Yu, N., Stoner, K., Chiu, S., and Stoner, G.D.  Berry ellagitannins may not be crucial for prevention of tumors in the rodent esophagus. *J. Agric. Food Chem*., **58**: 3992-3995, 2010.

462.    Jensen, J.A., Schillo, B.A., Moilanen, M.M., Bindgren, B.R., Hecht, S.S., and Hatsukami, D.K.  Tobacco smoke exposure in non-smoking hospitality workers before and after a state smoking ban. *Cancer Epidemiol. Biomarkers & Prev*., **19**: 1016-1021, 2010. PMCID: PMC2859032.

463.    Maertens, L.A., Upadhyaya, P., Hecht, S.S., and Zimmerman, C.  Formation and distribution of NNK metabolites in an isolated perfused rat lung. *Drug Metab. Disp*., **38**: 752-760, 2010. PMCID: PMC2872947.

464.    Hecht. S.S., Seow, A., Wang, M., Wang, R., Meng, L., Koh, W-P, Carmella, S.G., Chen, M., Han, S., Yu, M.C., and Yuan, J-M.  Elevated levels of volatile organic carcinogen and toxicant biomarkers in Chinese women who regularly cook at home. *Cancer Epidemiol. Biomarkers & Prev*., **19**: 1185-1192, 2010. PMCID: PMC2866160.

465.    Hecht, S.S., Carmella, S.G., Villalta, P.W., and Hochalter, J.B.  Analysis of phenanthrene and benzo[*a*]pyrene tetraol enantiomers in human urine: relevance to the bay region diol epoxide hypothesis of benzo[*a*]pyrene carcinogenesis and to biomarker studies. *Chem. Res. Toxicol*., **23**: 900-908, 2010.  PMCID: PMC2871969.

466.    Cheng, G., Wang, M., Villalta, P.W., and Hecht, S.S.  Detection of 7-(2′-carboxyethyl)guanine but not 7-carboxymethyguanine in human liver DNA.  *Chem. Res. Toxicol.,* **23**: 1089-1096, 2010. PMCID: PMC3230219

467.    Kotlyar, M., Hertsgaard, L.A., Lindgren, B.R., Jensen, J.A., Carmella, S.G., Stepanov, I., Murphy, S.E., Hecht, S.S., and Hatsukami, D.K.  Effect of oral snus and medicinal nicotine in smokers on toxicant exposure and withdrawal symptoms: a feasibility study.  *Cancer Epidemiol. Biomarkers & Prev*. **20**: 91-100, 2011.

468.    Upadhyaya, P., Hochalter, J.B., Balbo, S., McIntee, E.J., and Hecht, S.S.  Preferential glutathione conjugation of a reverse diol epoxide compared to a bay region diol epoxide of benzo[*a*]pyrene in human hepatocytes. *Drug. Metab. Disp*. **38**: 1397-1402, 2010. PMCID: PMC2939474

469.    Kassie, F., Melkamu, T., Endalew, A., Upadhyaya, P., Luo, X., and Hecht, S.S.  Inhibition of lung carcinogenesis and critical cancer-related signaling pathways by *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine, indole-3-carbinol and *myo*-inositol, alone and in combination. *Carcinogenesis* **31**:1634-1641, 2010. PMCID: PMC2930804.

470.    Strasser, A.A., Benowitz, N.L., Pinto, A., Tang, K.Z., Hecht, S.S., Carmella, S.G., Tyndale, R.F., and Lerman, C.  Nicotine metabolite ratio predicts smoking topography and carcinogen biomarker level. *Cancer Epidemiol. Biomarkers & Prev*. **20**: 234-238, 2011. PMCID: PMC3077576.

471.    Stepanov, I., Knezevich, A, Zhang, L., Watson, C.H., Hatsukami, D.K., and Hecht, S.S. Carcinogenic nitrosamines in U.S. cigarettes – three decades of remarkable neglect by the tobacco industry. *Tobacco Control* **21**: 44-48, 2012.  PMCID: PMC3572908.

472.    Church, T.R., Haznadar, M., Geisser, M.S., Anderson, K.E., Caporaso, N.E., Le, C., Abdullah, S.B., Hecht, S.S., Oken, M.M., and Van Ness, B.  Interaction of *CYP1B1*, cigarette-smoke carcinogen metabolism, and lung cancer risk.  *Int. J. Mol. Epidemiol. Gen*. **1**: 295-309, 2010.

473.    Zhong, Y., Carmella, S.G., Hochalter, J.B., Balbo, S., and Hecht, S.S.  Analysis of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene in human urine: a biomarker for directly assessing carcinogenic polycyclic aromatic hydrocarbon exposure plus metabolic activation. *Chem. Res. Toxicol.* **24**: 73-80, 2011. PMCID: PMC3064259.

474.    Yuan, J.-M., Knezevich, A., Wang, R., Gao, Y-T., Hecht, S.S., and Stepanov, I.  Urinary levels of the tobacco-specific carcinogen *N*′-nitrosonornicotine and its glucuronide are strongly associated with esophageal cancer risk in smokers., *Carcinogenesis*. **32**: 1366-71, 2011. PMCID: PMC3202311.

475.    Zhong, Y., Carmella, S.G., Upadhyaya, P., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami, D., Wang, J., Zimmerman, C., and Hecht. S.S.  Immediate consequences of cigarette smoking: rapid formation of polycyclic aromatic hydrocarbon diol epoxides, *Chem. Res. Toxicol.* **24**: 246-252, 2011. PMCID: PMC3042042.

476.  Zhang, S., Balbo, S., Wang, M., and Hecht, S.S.  Analysis of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human leukocyte DNA from smokers and non-smokers.  *Chem. Res. Toxicol.* **24**: 119-124, 2010. PMCID: PMC3064499.

477.  Thomas, J.L., Guo, H., Carmella, S.G., Balbo, S., Han, S., Davis, A., Murphy, S.E., An, L.C., Ahluwalia, J.S., and Hecht, S.S.  Metabolites of a tobacco-specific lung carcinogen in children exposed to secondhand or thirdhand tobacco smoke in their homes.  *Cancer Epidemiol. Biomarkers & Prev.* **20**: 1213-1221, 2011. PMCID: PMC3111852.

478.  Hochalter, J.B., Zhong, Y., Han, S., Carmella, S.G., and Hecht, S.S.  Quantitation of a minor enantiomer of phenanthrene tetraol in human urine: correlations with levels of overall phenanthrene tetraol, benzo[*a*]pyrene tetraol, and 1-hydroxypyrene.  *Chem. Res. Toxicol.* **24**: 262-268, 2011. PMCID: PMC3076645.

479.  Ter-Minassian, M., Asomaning, K., Zhao, Y., Chen, F., Su, L., Carmella, S.G., Lin, X., Hecht, S.S., and Christiani, D.C.  Genetic variability in the metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) to 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL).  *Int. J. Cancer*, **130**: 1338-1346, 2012. PMCID: PMC3247647.

480.  Yuan, J.-M., Gao, Y.-T., Murphy, S.E., Carmella, S.G., Wang, R., Zhong, Y., Moy, K.A., Davis, A.B., Tao, L., Chen, M., Han, S., Nelson, H.H., Yu, M.C., and Hecht, S.S.  Urinary levels of cigarette smoke constituent metabolites are prospectively associated with lung cancer development in smokers. *Cancer Res.* **71**: 6749-6757, 2011. PMCID: PMC3392910.

481.  Vardavas, C.I., Fthenou, E., Patelarou, E., Bagkeris, M., Murphy, S., Hecht, S.S., Connolly, G.N., Chatzi, L., and Kogevinas, M.  Exposure to different sources of second-hand smoke during pregnancy and its effect on urinary cotinine and tobacco-specific nitrosamine (NNAL) concentrations.  *Tobacco Control* **22**: 194-200, 2013.

482.  Johnson, T.E., Hermanson, D., Wang, L., Kassie, F., Upadhyaya, P., O'Sullivan, M.G., Hecht, S.S., and Xing, C.  Lung tumorigenesis suppressing effects of a commercial kava extract and its selected compounds in A/J mice.  *Am. J. Chinese Med.*. **39**: 727-742, 2011.

483.  Zhong, Y., Wang, J., Carmella, S.G., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami, D., Upadhyaya, P., Zimmerman, C., and Hecht, S.S. Metabolism of [D$_{10}$]phenanthrene to tetraols in smokers for potential lung cancer susceptibility assessment: comparison of oral and inhalation routes of administration.  *J. Pharm. Exp. Ther.* **338**: 353-361, 2011. PMCID: PMC3126648.

484.  Vogel, R.I., Carmella, S.G., Stepanov, I., Hatsukami, D.K., and Hecht, S.S.  The ratio of a urinary tobacco-specific lung carcinogen metabolite to cotinine is significantly higher in passive than in active smokers.  *Biomarkers* **16**: 491-497, 2011. PMCID: PMC3159775.

485.  Balbo, S., Villalta, P.W., and Hecht, S.S.  Quantitation of 7-ethylguanine in leukocyte DNA from smokers and nonsmokers by liquid chromatography-nanoelectrospray-high resolution tandem mass spectrometry.  *Chem. Res. Toxicol.* **24**: 1729-1734, 2011. PMCID: PMC3215090.

486.  Stepanov, I., Biener, L., Knezevich, A., Nyman, A.L., Bliss, R., Jensen, J., Hecht, S.S., and Hatsukami, D.K.  Monitoring tobacco-specific *N*-nitrosamines and nicotine in novel Malrboro and Camel smokeless tobacco products: findings from round 1 of the New Product Watch. *Nicotine Tob. Res.* **14**: 274-281, 2012. PMCID: PMC3281237.

487.  Stepanov, I., Jensen, J., Biener, L., Bliss, R.L., Hecht, S.S., and Hatsukami, D.  Increased pouch sizes and resulting changes in the amounts of nicotine and tobacco-specific *N*-nitrosamines in single pouches of Camel Snus and Marlboro Snus.  *Nicotine Tob. Res.* **14**: 1241-1245, 2012.

488.  Kensler, T.W., Ng, D., Carmella, S.G., Chen, M., Jacobson, L.P., Munoz, A., Egner, P.A., Chen, J. G., Qian, G.S., Chen, T.Y., Fahey, J.W., Talalay, P., Groopman, J.D., Yuan, J-M., and Hecht, S.S. Modulation of the metabolism of airborne pollutants by glucoraphanin-rich and sulforaphane-rich broccoli sprout beverages in Qidong, China. *Carcinogenesis* 33: 101-107, 2012. PMCID: PMC3276337.

489.  Yuan, J-M., Gao, Y-T., Wang, R., Chen, M., Carmella, S.G., and Hecht, S.S. Urinary levels of volatile organic carcinogen and toxicant biomarkers in relation to lung cancer development in smokers. *Carcinogenesis* 33: 804-809, 2012. PMCID: PMC3384073.

490.  Knezevich, A., Muzic, J., Hatsukami, D.K., Hecht, S.S., and Stepanov, I. Nornicotine nitrosation in saliva and its relation to endogenous synthesis of *N*′-nitrosonornicotine in humans. *Nicotine Tob Res.* 15: 591-595, 2013.

491.  Khariwala, S.S., Carmella, S.G., Stepanov, I., Fernandes, P., Lassig, A.A., Yueh, B., Hatsukami, D., and Hecht, S.S. Elevated levels of 1-hydroxypyrene and *N*′-nitrosonornicotine in smokers with head and neck cancer: a matched control study. *Head and Neck* 35: 1096-1100, 2013.

492.  Radwan, G., Hecht, S.S., Carmella, S., and Loffredo, C. Tobacco-specific nitrosamine exposures in smokers and non-smokers exposed to cigarette or waterpipe tobacco smoke. *Nicotine Tob. Res*. 15: 130-138, 2013.

493.  Balbo, S., Meng, L., Bliss, R.L., Jensen, J.A., Hatsukami, D.K., and Hecht, S.S. Kinetics of DNA adduct formation in the oral cavity after drinking alcohol. *Cancer Epidemiol. Biomarkers & Prev.* 21: 601-608, 2012. PMCID: PMC3319307.

494.  Balbo, S., Meng, L., Bliss, R.L., Jensen, J.A., Hatsukami, D.K., and Hecht, S.S. Time course of DNA adduct formation in peripheral blood granulocytes and lymphocytes after drinking alcohol. *Mutagenesis* 27: 485-490, 2012. PMCID: PMC3382307.

495.  Wang, J., Zhong, Y., Carmella, S.G., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami, D.K., Upadhyaya, P., Hecht, S.S., and Zimmerman, C. Phenanthrene metabolism in smokers: use of a two-step diagnostic plot approach to identify subjects with extensive metabolic activation. *J. Pharmacol. Exp. Ther.* 342: 750-760, 2012. PMCID: PMC3422526.

496.  Upadhyaya, P., Kumar, A., Byun, H-S., Bittman, R., Saba, J.D., and Hecht, S.S. The sphingolipid degradation product *trans*-2-hexadecenal forms adducts with DNA. *Biochem. Biophys. Res. Commun.* 424: 18-21, 2012.

497.  Stepanov, I., Yershova, K., Carmella, S., Upadhyaya, P., and Hecht, S.S. Levels of (*S*)-*N*′-nitrosonornicotine in U.S. tobacco products. *Nicotine Tob. Res*. 15: 1305-1310, 2013. PMCID: PMC3682840.

498.  Stepanov, I., Muzic, J., Le, C.T., Sebero, E., Villalta, P., Jensen, J., Hatsukami, D., and Hecht, S.S. Analysis of 4-hydroxy-1-(3-pyridyl)-1-butanone (HPB)-releasing DNA adducts in human exfoliated oral mucosa cells by liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol*. 26: 37-45, 2013 PMCID: PMC3631465.

499.  Hecht, S.S., Hochalter, J.B., Carmella, S.G., Zhang, Y., Rauch, D.M., Fujioka, N., Jensen, J., and Hatsukami, D.K. Longitudinal study of [D$_{10}$]phenanthrene metabolism by the diol epoxide pathway in smokers. *Biomarkers* 18: 144-150, 2012. PMCID: PMC3577059.

500.  Ainslie-Waldman, C.E., Simpkins, S.W., Upadhyaya, P., Carmella, S.G., Hecht, S.S., and Trudo, S.P. Contamination of deconjugation enzymes derived from *Helix pomatia* with the plant bioactive compounds 3,3′-diindolylmethane, 5-methoxypsoralen, and 8-methoxpsoralen., *Food Chem. Toxicol*. **62**: 188-193, 2013. PMCID: PMC3842406.

501.  Balbo, S., James-Yi, S., Johnson, C.S., O'Sullivan, M.G., Stepanov, I., Wang, M., Bandyopadhyay, D., Kassie, F., Carmella, S.G., Upadhyaya, P., & Hecht, S.S.  (*S*)-*N*′-Nitrosonornicotine, a constituent of smokeless tobacco, is a powerful oral cavity carcinogen in rats. *Carcinogenesis* **34**: 2178-83, 2013. PMCID: PMC3765046.

502.  Hatsukami, D.K., Hertsgaard, L.A., Vogel, R.I., Jensen, J.A., Murphy, S.E., Hecht, S.S., Carmella, S.G., al'Absi, M., Joseph, A.M., and Allen, S.S.  Reduced nicotine content cigarettes and nicotine patch. *Cancer Epidemiol. Biomarkers & Prev.*, **22**: 1015-24, 2013. PMCID: PMC3681886.

503.  Thomas, J.L., Hecht, S.S., Luo, X., Ming, X., Ahluwalia, J.S., and Carmella, S.G.  Thirdhand tobacco smoke: a tobacco-specific lung carcinogen on surfaces in smokers' homes. *Nicotine Tob Res*. **16**: 26-32, 2014.

504.  Stepanov, I., Sebero, E., Wang, R., Gao, Y-T., Hecht, S.S., and Yuan, J-M.  Tobacco-specific *N*-nitrosamine exposures and cancer risk in the Shanghai cohort study: remarkable coherence with rat tumor sites., *Int. J. Cancer* **134**: 2278-2283, 2014. PMCID: PMC3949147.

505.  Carmella, S.G., Ming, X., Olvera, N., Brookmeyer, C., Yoder, A., and Hecht, S.S.  High throughput liquid and gas chromatography-tandem mass spectrometry assays for tobacco-specific nitrosamine and polycyclic aromatic hydrocarbon metabolites associated with lung cancer in smokers., *Chem. Res. Toxicol.*, **26**: 1209-1217, 2013.

506.  Wang, M., Cheng, G., Khariwala, S.S., Villalta, P. W., Balbo, S. and Hecht, S.S.  Evidence for endogenous formation of the hepatocarcinogen *N*-nitrosodihydrouracil in rats treated with dihydrouracil and sodium nitrite: a potential source of human hepatic DNA carboxyethylation. *Chem-Biol Interact.*, **206**: 83-89, 2013. PMCID: PMC383942

507.  Carmella, S.G., Chen, M., Zarth, A., and Hecht, S.S.  High throughput liquid chromatography-tandem mass spectrometry assay for mercapturic acids of acrolein and crotonaldehyde in cigarette smokers' urine. *J. Chromatog. B.*, **935**: 36-40, 2013. PMCID: PMC3925436

508.  Yuan, J-M., Butler, L.M., Gao, Y.-T., Murphy, S.E., Carmella, S.G., Wang, R., Nelson, H.H., and Hecht, S.S.  Urinary metabolites of a polycyclic aromatic hydrocarbon and volatile organic compounds in relation to lung cancer development in lifelong never smokers in The Shanghai Cohort Study., *Carcinogenesis* **35**: 339-345, 2014.

509.  Fujioka, N., Ainslie-Waldman, C.E., Upadhyaya, P., Carmella, S.G., Fritz, V.A., Rohwer, C., Fan, Y., Rauch, D., Le, C.T., Hatsukami, D., and Hecht, S.S.  Urinary 3,3′-diindolylmethane: a biomarker of glucobrassican exposure and indole-3-carbinol uptake in humans. *Cancer Epidemiol. Biomarkers & Prev.*, **23**: 282-287, 2014.

510.  Zhao, L., Balbo, S., Wang, M., Upadhyaya, P., Khariwala, S.S., Villalta, P.W., and Hecht, S.S.  Quantitation of pyridyloxobutyl-DNA adducts in tissues of rats treated chronically with (*R*)- or (*S*)-*N*′-nitorosonornicotine in a carcinogenicity study. *Chem. Res. Toxicol*., **26**: 1526-35, 2013.

511.  Mallery, S.R., Tong, M., Michaels, G.C., Kiyani, A.R., and Hecht, S.S.  Clinical and biochemical studies support smokeless tobacco's carcinogenic potential in the human oral cavity.  *Cancer Prev. Res.* **7**: 23-32, 2014.

512.   Leitzman, P., Narayanapillai, S.C., Balbo, S., Zhou, B., Upadhyaya, P., Shaik, A.A., O'Sullivan,
       M.G., Hecht, S.S., Lu, J., and Xing, C.  Kava blocks 4-(methylnirosamino)-1-(3-pyridyl)-1-
       butanone-induced lung tumorigenesis in association with reducing $O^6$-methylguanine DNA adduct in
       A/J mice. *Cancer Prev. Res.* **7**: 86-96, 2014. PMCID: PMC3888881

513.   Zarth, A., Cheng, G., Zhang, Z., Wang, M., Villalta, P.W., Balbo, S., and Hecht, S.S.  Analysis of the
       benzene oxide-DNA adduct 7-phenylguanine by liquid chromatography-nanoelectrsopray ionization-
       high resolution tandem mass spectrometry-parallel reaction monitoring: application to DNA from
       exposed mice and humans. *Chem-Biol. Interact*., **215**C: 40-45, 2014.

514.   Kassem, N., Daffa, R., Liles, S., Jackson, S., Kassem, N., Younis, M., Mehta, S., Chen, M., Jacob III,
       P., Chatfield, D., Carmella, S., Chatfield, D., Benowitz, N., Matt, G., Hecht, S.S., and Hovell, M.
       Children's exposure to secondhand and thirdhand smoke carcinogens and toxicants in homes of
       hookah smokers. *Nicotine Tob. Res.* **16**: 961-975, 2014.

515.   Zarth, A., Carmella, S.G., Le, C.T., and Hecht, S.S.  Effect of cigarette smoking on urinary 2-
       hydroxypropylmercapturic acid, a metabolite of propylene oxide.  *J. Chromatog. B.*, **953-954**: 126-
       131, 2014. PMCID: PMC3993985

516.   Kennedy, G.D., Nukaya, M., Moran, S.M., Glover, E., Weinberg, S., Balbo, S., Hecht, S.S., Pitot,
       H.C., Drinkwater, N.R. and Bradfield, C.A.  Liver tumor promotion by 2,3,7,8-tetrachlorodibezo-*p*-
       dioxin is dependent on the aryl hydrocarbon receptor and tumor necrosis factor/interleukin-1
       receptors. *Toxicolog.  Sci.*, **140**: 135-143, 2014.

517.   Balbo, S., Hecht, S.S., Upadhyaya, P., and Villalta, P.W.  Application of a high resolution mass
       spectrometry-based DNA adductomics approach for identification of DNA adducts in complex
       mixtures.  *Anal. Chem.* **86**: 1744-1752, 2014. PMCID: PMC3982966.

518.   Peiffer, D.S., Wang, L-S., Zimmerman, N.P., Ransom, B., Carmella, S.G., Kuo, C-T., Siddiqui, J.,
       Chen, J-H., Huang, Y-W., Hecht, S.S., Stoner, G.D.  Chemoprevention of esophageal cancer with
       black raspberries, their componenet anthocyanins, and a major anthocyanin metabolite,
       protocatechuic acid.  *Cancer Prev. Res.* **7**: 574-584, 2014.

519.   Narayanapillai, S.C., Balbo, S., Leitzman, P., Grill, A.E., Upadhyaya, P., Shaik, A.A., Zhou, B.,
       O'Sullivan, M.G., Lu, J., Peterson, L., Hecht, S.S., and Xing, C.  Dihydromethysticin (DHM)
       potently blocks tobacco carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced
       lung tumorigenesis and DNA damage in A/J mice*. Carcinogenesis* **35**: 2365-2372, 2014. PMCID:
       PMC4178470

520.   Balbo, S., Johnson, C.S., Kovi, R.C., O'Sullivan, M.G., Wang, M., Le, C.T., Khariwala, S.S.,
       Upadhyaya, P., and Hecht, S.S.  Carcinogenicity and DNA adduct formation of 4-
       (methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite 4-
       (methylnitrosamino)-1-(3-pyridyl)-1-butanol in F-344 rats.  *Carcinogenesis* **35**: 2798-2806, 2014.

521.   Egner, P.A., Chen, J-G., Zarth, A.T., Ng, D.K., Wang, J-B., Kensler, K.H., Jacobson, L.P., Munoz,
       A., Johnson, J.L., Groopman, J.D., Fahey, J.W., Talalay, P., Zhu, J., Chen, T-Y., Qian, G-S.,
       Carmella, S.G., Hecht, S.S., and Kensler, T.W.  Rapid and sustainable detoxication of airborne
       pollutants by broccoli sprout beverage: results of a randomized clinical trial in China.  *Cancer Prev.
       Res* **7**: 813-823,  2014.

522.   Zabala, V., Tong, M., Yu, R., Ramirez, T., Yalcin, E.B., Balbo, S., Silbermann, E., Deochand, C.,
       Nunez, K., Hecht, S., and de la Monte, S.M.  Potential contributions of the tobacco nicotine-derived
       nitrosamine ketone (NNK) in the pathogenesis of steatohepatitis in a chronic plus binge rat model of
       alcoholic liver disease.  *Alcohol Alcoholism* **50**: 118-131, 2015 doi: 10.1093/alcalc/agu083.

523.   Hecht, S.S. and Hochalter, J.B.  Quantitation of enantiomers of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-
       tetrahydrobenzo[*a*]pyrene in human urine: evidence supporting metabolic activation of
       benzo[*a*]pyrene via the bay region diol epoxide.  *Mutagenesis* **29**: 351-356, 2014. PMCID:
       PMC4141684

524.   Jing, M., Wang, Y., Upadhyaya, P., Jain, V., Yuan, J-M., Hatsukami, D.K., Hecht, S.S., and
       Stepanov, I.  Liquid chromatography-electrospray ionization-tandem mass spectrometry quantitation
       of urinary [pyridine-D$_4$]4-hydroxy-4-(3-pyridyl)butanoic acid, a biomarker of 4-(methylnitrosamino)-
       1-(3-pyridyl)-1-butanone metabolic activation in smokers. *Chem Res Toxicol* **27**: 1547-1555, 2014.
       PMCID: PMC4164226

525.   Kassem, N.O.F., Kassem, N.O., Jackson, S.R., Liles, S., Daffa, R.M., Zarth, A.T., Younis, M.A.,
       Carmella, S.G., Hofstetter, C.R., Chatfield, D.A., Matt, G.E., Hecht, S.S., and Hovell, M.F.  Benzene
       uptake in hookah smokers and non-smokers attending hookah social events: regulatory implications.
       *Cancer Epidemiol. Biomarkers & Prev.* **23**: 2793-2809, 2014.

526.   Hatsukami, D., Stepanov, I., Severson, H., Jensen, J.A., Lindgren, B.R., Horn, K., Khariwala, S.S.,
       Martin, J., Carmella, S.G., Murphy, S.E., and Hecht, S.S.  Evidence supporting product standards for
       carcinogens in smokeless tobacco products, *Cancer Prev. Res.* **8**: 20-26, 2015.

527.   Upadhyaya, P. and Hecht, S.S.  Quantitative analysis of 3′-hydroxynorcotinine in human urine.
       *Nicotine Tob. Res.* **17**: 524-529, 2014 doi:10.1093/ntr/ntu206. PMCID: PMC Journal- In Process.

528.   Hecht, S.S., Koh, W-P., Wang, R., Chen, M., Carmella, S.G., Murphy, S.E., and Yuan, J-M.  Elevated
       levels of mercapturic acids of acrolein and crotonaldehyde in the urine of Chinese women in
       Singapore who regularly cook at home. *PLOS ONE* doi:10.1371/journal.pone.0120023, 2015.

529.   Hecht, S.S., Carmella, S.G., Kotandeniya, D., Pillsbury, M.E., Chen, M., Ransom, B.W.S., Vogel,
       R.I., Thompson, E., Murphy, S.E., and Hatsukami, D.K.  Evaluation of toxicant and carcinogen
       metabolites in the urine of e-cigarette users versus cigarette smokers.  *Nicotine Tob. Res.* **17**: 704-709,
       2015.  doi:10.1093/ntr/ntu218.

530.   Park, S.L., Carmella, S.G., Ming, X., Stram, D.O., Le Marchand, L., and Hecht, S.S.  Variation in
       levels of the lung carcinogen NNAL and its glucuronides in the urine of cigarette smokers from five
       ethnic groups with differing risks for lung cancer.  *Cancer Epidemiol. Biomarkers & Prev.* **24**: 561-
       569, 2015.

531.   Hatsukami, D.K., Severson, H., Anderson, A., Isaksson, R.V., Jensen, J., Broadbent, B., Murphy,
       S.E., Carmella, S.G., and Hecht, S.S.  Randomized clinical trial of snus vs. medicinal nicotine among
       smokers interested in product switching. *Tobacco Control* **25**: 267-274, 2016.

532.   Kotandeniya, D., Carmella, S.G., Ming, X., Murphy, S.E., and Hecht, S.S.  Combined analysis of the
       tobacco metabolites total cotinine and total 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in human
       urine.  *Anal. Chem.* **87**: 1514-1517, 2015.

533.   Wang, H., Park, S.L., Stram, D.O., Haiman, C.A., Wilkens, L.R., Hecht, S.S., Kolonel, L.N., Murphy,
       S.E., and Le Marchand, L.  Associations between genetic ancestries and nicotine metabolism
       biomarkers in the Multiethnic Cohort Study.  *Am. J. Epidemiol.* **182**: 945-951, 2015.

534.   Zarth, A.T., Murphy, S.E., and Hecht, S.S.  Benzene oxide is a substrate for glutathione-*S*-
       transferases. *Chem-Biol. Interact.* **242**: 390-395, 2015.

535.   Narayanapillai, S.C., von Weymarn, L.B., Carmella, S.G., Leitzman, P., Upadhyaya, P., Hecht, S.S., Murphy, S.E., and Xing, C.  Dietary dihydromethysticin increases glucuronidation of 4-(methylnitrosmino)-1-(3-pyridyl)-1-butanol (NNAL) in A/J mice, potentially enhancing its detoxification. *Drug Metab. Disp*. **44**: 422-427, 2016.

536.   Park, S.L., Carmella, S.G., Chen, M., Patel, Y., Stram, D.O., Haiman, C.A., LeMarchand, L., and Hecht, S.S.  Mercpaturic acids derived from the toxicants acrolein and crotonaldehyde in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer. *PLOS ONE* doi:10.1371/journal.pone.0124841, 2015.

537.   C.A. Haiman, Y.M. Patel, D.O. Stram, S.G. Carmella, M. Chen, L. Wilkens, L. Le Marchand, and S.S.Hecht, Benzene uptake and *glutathione S-transferase T1* status as determinants of *S*-phenylmercapturic acid in cigarette smokers in the Multiethnic Cohort., *PLoS ONE* 11(3):e0150641 doi:10.1371/journal.pone.0150641, 2016.

538.   Donny, E.C., Denlinger, R.L., Tidey, J., Koopmeiners, J.S., Benowitz, N.L., Vandrey, R.G., al'Absi, M., Carmella, S.G., Cinciripini, P.M., Dermody, S.S., Drobes, D.J., Hecht, S.S., Jensen, J., Lane, T., Le, C., McClernon, J., Montoya, I., Murphy, S.E., Robinson, J.D., Stitzer, M.L., Strasser, A.A., Tindle, H., and Hatsukami, D.K.  Randomized trial of reduced-nicotine standards for cigarettes. *New. Engl. J. Med*. **373**: 1340-1349, 2015.

539.   Khariwala, S.S., Carmella, S.G., Tepanov, I, Bandyopadhyay, D., Nelson, H.H., Yueh, B., Hatsukami, D.K., and Hecht, S.S.  Self-reported tobacco use does not correlate with carcinogen exposure in smokers with head and neck cancer. *The Laryngoscope* **125**: 1844-1848, 2015.

540.   Peiffer, D.S., Wang, L-S., Zimmerman, N.P., Ransom, B.W.S., Carmella, S.G., Kuo, C-T., Chen, J-H., Oshima, K., Huang, Y-W., Hecht, S.S., and Stoner, G.D.  Dietary consumption of black raspberries or their anthocyanin consitutents alters innate immune cell trafficking in esophageal cancer. *Cancer Immunology Res*. **4**: 72-82, 2016.

541.   Kotandeniya, D., Carmella, S.G., Pillsbury, M.E., and Hecht, S.S.  Combined analysis of *N′*-nitrosonornicotine and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in the urine of cigarette smokers and e-cigarette users. *J. Chromatog. B*. **1007**: 121-126, 2015.

542.   Yuan, J-Y., Nelson, H.H., Butler, L.M., Carmella, S.G., Wang, R., Kuriger-Laber, J., Adams-Haduch, J., Hecht, S.S., Gao, Y-T., and Murphy, S.E.  Genetic determinants of cytochrome P450 2A6 activity and biomarkers of tobacco smoke exposure in relation to risk of lung cancer development in the Shanghai Cohort Study, *Int. J. Cancer* **138**: 2161-2171, 2016.

543.   Stornetta, A., Villalta, P., Hecht S.S., Sturla, S., and Balbo, S. Screening for DNA alkylation adducts with an LC-MS$^3$ adductomic approach. *Anal. Chem*. **87**: 11706-11713, 2015.

544.   Yershova, K., Yuan, J-M., Wang, R., Valentin, L., Watson, C., Gao, Y-T., Hecht, S.S., and Stepanov, I.  Tobacco-specific *N*-nitrosamines and polycyclic aromatic hydrocarbons in cigarettes smoked by the participants of the Shanghai Cohort Study.  *Int. J. Cancer* **139**: 1261-1269, 2016.

545.   Ma, B., Villalta, P., Zarth, A., Kotandeniya, D., Upadhyaya, P., Stepanov, I., and Hecht, S.S.  Comprehensive high resolution mass spectrometric analysis of DNA phosphate adducts formed by the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK). *Chem. Res. Toxicol*. **28**: 2151-2159, 2015.

546.    Khammanivong, A., Anandharaj, A., Qian, X., Song, J-M., Upadhyaya, P., Balbo, S., Bandyopadhyay, D., Dickerson, E., Hecht, S.S., and Kassie, F.  Transcriptome profiling in oral cavity and esophagus tissues from (*S*)-*N′*-nitrosonornicotine-treated rats reveals candidate genes involved in human oral cavity and esophageal carcinogenesis. *Mol. Carcinogenesis* **55**: 2168-2182, 2016.

547.    Yang, J., Villalta, P.W., Upadhyaya, P., and Hecht, S.S.  Analysis of $O^6$-[4-(3-pyridyl)-4-oxobut-1-yl]-2′-deoxyguanosine and other DNA adducts in rats treated with enantiomeric or racemic *N′*-nitrosonornicotine. *Chem. Res. Toxicol*. **29**: 87-95, 2016.

548.    Mercincavage, M., Souprountchouk, V., Tang, K.Z., Dumont, R.L., Wileyto, E.P., Carmella, S.G., Hecht, S.S., and Strasser, A.A.  A randomized controlled trial of progressively reduced nicotine content cigarettes on smoking behaviors, biomarkers of exposure, and subjective ratings. *Cancer Epidemiol. Biomarkers & Prev*. **25**: 1125-1133, 2016.

549.    Hecht, S.S., Stepanov, I., and Carmella, S.G.  Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines. *Accounts Chem. Res*. **49**: 106-114, 2016.

550.    Yuan, J-M., Stepanov, I., Murphy. S.E., Wang, R., Allen, S., Jensen, J., Strayer, L., Adams-Haduch, J., Carmella, S.G., Upadhyaya, P., Le, C., Kurzer, M., Nelson, H.H., Yu, M.C., Hatsukami, D., and Hecht, S.S.  Clinical trial of 2-phenethyl isothiocyanate as an inhibitor of metabolic activation of a tobacco-specific lung carcinogen in cigarette smokers. *Cancer Prev. Res*. **9**: 396-405, 2016.

551.    Zarth, A.T., Upadhyaya, P., Yang, J., and Hecht, S.S.  DNA adduct formation from metabolic 5′-hydroxylation of the tobacco-specific carcinogen *N′*-nitrosonornicotine in human enzyme systems and in rats. *Chem. Res. Toxicol*. **29**: 380-389, 2016.

552.    Hatsukami, D., Luo, X., Dick, L., Kangkum, M., Alen, S., Murphy, S., Hecht, S.S., Shields, P.  Reduced nicotine content cigarettes and use of alternative nicotine products: exploratory trial. *Addiction* **112**: 156-167, 2017.

553.    Yuan, J-M., Murphy, S.E., Stepanov, I., Wang, R., Carmella, S.G., Nelson, H.H., Hatsukami, D., and Hecht, S.S.  2-Phenethyl isothiocyanate, *glutathione S-transferase M1* and *T1* polymorphisms, and detoxification of volatile organic carcinogens and toxicants in tobacco smoke. *Cancer Prev. Res*. **9**: 598-606, 2016.

554.    Patel, Y.M., Park, S.L., Carmella, S.G., Paiano, V., Olvera, N., Stram, D.O., Haiman, C.A., Le Marchand, L., and Hecht, S.S.  Metabolites of the polycyclic aromatic hydrocarbon phenanthrene in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer.  *PLoS ONE*, DOI:10.1371/journal.pone.0156203, 2016.

555.    Kassem, N.O.F., Kassem, N.O., Liles, S., Jackson, S.R., Daffa, R.M., Younis, M.A., Chatfield, D.A., Zarth, A.T., Carmella, S.G., Hecht, S.S., and Hovell, M.F. Acrolein exposure in hookah smokers and non-smokers exposed to hookah tobacco secondhand smoke: implications for regulating hookah tobacco products.  *Nicotine Tob. Res.*, **20**: 492-501, 2018.

556.    Fujioka, N., Ransom, B., Carmella, S.G., Upadhyaya, P., Lindgren, B., Roper-Batker, A., Hatsukami, D.K., Fritz, V.A., Rohwer, C., and Hecht, S.S.  Harnessing the power of cruciferous vegetables: developing an objective biomarker for *Brassica* vegetable consumption using urinary 3,3′-diindolylmethane.  *Cancer Prev. Res*. **10**: 788-793, 2016.

557.    Yang, J., Carmella, S.G., and Hecht, S.S.  Analysis of *N′*-nitrosonornicotine enantiomers in human urine by chiral stationary phase liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry. *J. Chromatog. B*. **1044-1045**: 127-131, 2017.

558.  Meier, E., Vogel, R.I., Carmella, S., Paiano, V., Hecht, S.S., and Hatsukami, D. Polycyclic aromatic hydrocarbon biomarker levels among smokers who switch to oral nicotine. *Tobacco Reg. Sci*. **3**: 204-209, 2017.

559.  Park, S.L., Murphy, S.E., Wilkens, L.R., Stram, D.O., Hecht, S.S., and Le Marchand, L. Association of CYP2A6 activity with lung cancer risk in smokers: the Multiethnic Cohort Study. PLoS ONE, DOI:10.1371/journal.pone.0178435, 2017.

560.  Carlson, E.S., Upadhyaya, P., and Hecht, S.S. Evaluation of nitrosamide formation in the cytochrome P-450 mediated metabolism of tobacco-specific nitrosamines. *Chem. Res. Toxicol*. **29**: 2194-2205, 2016.

561.  Yuan, J.M., Nelson, H.H., Carmella, S.G., Wang, R., Kuriger-Laber, J., Jin, A., Adams-Haduch, J., Hecht, S.S., Koh, W-P., and Murphy, S.E. *CYP2A6* genetic polymorphisms and biomarkers of tobacco smoke constiuents in relation to risk of lung cancer in the Singapore Chinese Health Study. *Carcinogenesis*, **38**: 411-418, 2017.

562.  Cheng, G., Zarth, A.T., Upadhyaya, P., Villalta, P.W., Balbo, S., and Hecht, S.S. Investigation of the presence in human urine of mercapturic acids derived from phenanthrene, a representative polycyclic aromatic hydrocarbon., *Chem-Biol. Interactions*, **274**: 80-88, 2017.

563.  Michel, A.K., Zarth, A.T., Upadhyaya, P., and Hecht, S.S. Identification of 4-(3-pyridyl)-4-oxobutyl-2′-deoxycytidine adducts formed in the reaction of DNA with 4-(acetoxymethynitrosamino)-1-(3-pyridyl)-1-butanone, a chemically activated form of tobacco-specific carcinogens. *ACS Omega*, **2**: 1180-1190, doi 10.1021/acsomega.7b0072, 2017

564.  Puppala, M., Narayanapillai, S.C., Leitzman, P., Sun, H., Upadhyaya, P., O'Sullivan, M.G., Hecht, S.S., and Xing, C. Pilot in vivo structure-activity relationship of dihydromethysiticn (DHM) in blocking tobacco carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced $O^6$-methylguanine DNA damage and lung tumorgenesis in A/J mice. *J. Med. Chem*., **60**: 7935-7940, 2017

565.  Khariwala, S., Ma, B., Ruszczak, C., Carmella, S.G., Lindgren, B., Hatsukami, D.K., Hecht, S.S., and Stepanov, I. High level of tobacco carcinogen-derived DNA damage in oral cells is an independent predictor of oral/head and neck cancer risk in smokers. *Cancer Prev. Res*., **10**: 507-513, 2017.

566.  Villalta, P.W., Hochalter, J.B., and Hecht, S.S. Ultra-sensitive high resolution mass spectrometric analysis of a DNA adduct of the carcinogen benzo[*a*]pyrene in human lung. *Anal. Chem*., **89**: 12735-12742, 2017.

567.  Ma, B., Zarth, A.T., Carlson, E.S., Villalta, P.W., Upadhyaya, P., Stepanov, I., and Hecht, S.S. Identification of more than one hundred structurally unique DNA-phosphate adducts formed during rat lung carcinogenesis by the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Carcinogenesis*, **39**: 232-241, 2018. doi:10.1093/carcin/bgx135.

568.  Ma, B., Zarth, A.T., Carlson, E.S., Villalta, P.W., Stepanov, I., and Hecht, S.S. Pyridylhydroxybutyl and pyridyloxybutyl DNA phosphate adduct formation in rats treated chronically with enantiomers of the tobacco-specific nitrosamine metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Mutagenesis*, **32**: 561-570, doi:10.1093/mutage/gex031, 2017.

569.  Yuan, J-M., Carmella, S.G., Wang, R., Yan, Y., Adams-Haduch, J., Gao, Y-T, and Hecht, S.S. Relationship of the oxidative damage biomarker 8-*epi*-prostagalndin $F_{2\alpha}$ to risk of lung cancer development in the Shanghai Cohort Study. *Carcinogenesis*, **39**: 948-954, 2018.

570.  Ma, B., Zarth, A.T., Carlson, E.S. Villalta, P.W., Upadhyaya, P., Stepanov, I., and Hecht, S.S.
      Methyl DNA phosphate adduct formation in rats treated chronically with 4-(methylnitrosamino)-1-(3-
      pyridyl)-1-butanone and enantiomers of its metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol,
      *Chem. Res. Toxicol.*, **31**: 48-57, 2018.

571.  Kovi, R.C., Johnson, C.S., Balbo, S., Hecht, S.S, and O'Sullivan, M.G., Metastasis to the F-344 rat
      pancreas from lung cancer induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and
      enantiomers of its metabolite 4-(methylnitrosamino)1-(3-pyridyl)-1-butanol, constituents of tobacco
      products. *Toxicol. Pathol.*, **46**: 184-192, 2018.

572.  Upadhyaya, P., Zarth, A.T., Fujioka, N., Fritz, V.A., and Hecht, S.S.  Identification and analysis of a
      mercapturic acid conjugate of indole-3-methyl isothiocyanate in the urine of humans who consumed
      cruciferous vegetables.  *J. Chromatog. B.* **1072**: 341-346, 2018.

573.  Stram, D.O., Patel, Y., Haiman, C., Murphy, S.E., Hecht, S.S., Park, L., and Le Marchand, L.
      Racial/ethnic differences in lung cancer incidence in the Multiethnic Cohort Study: an update. *J. Natl.
      Cancer Inst.*, **111**: 811-819, 2019.

574.  Carlson, E.S., Upadhyaya, P., Villalta, P.W., Ma, B., and Hecht, S.S., Analysis and identification of
      2'-deoxyadenosine-derived adducts in lung and liver DNA of F-344 rats treated with the tobacco-
      specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its
      metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Chem. Res. Toxicol.*, **31**: 358-370, 2018.

575.  Hatsukami, D.K., Luo, X., Jensen, J.A., al'Absi, M., Allen, S.S., Carmella, S.G., Chen, M.,
      Cinciripini, P.M., Denlinger-Apte, R., Drobes, D.J., Koopmeiners, J.S., Lane, T., Le, C.T., Leischow,
      S., Luo, K., McClernon, J., Murphy, S.E., Paiano, V., Robinson, J.D., Severson, H., Sipe, C., Strasser,
      A.A., Strayer, L.G., Tang, M.K., Vandrey, R., Hecht. S.S., Benowitz, N.L., and Donny, E.C., Effect
      of immediate vs. gradual reduction in nicotine content of cigarettes on biomarkers of smoke exposure:
      a randomized clinical trial, *J. Amer. Med. Assoc.*, **320**: 880-891, 2018.

576.  Wang, Y., Wong, L-Y, Ye, X., Meng, L., Pitman, E.N., Trinidad, D.N., Hubbard, K.L., Etheredge,
      A., Del Valle-Pinero, A.Y., Zamoiski, R., van Bemmel, D.M., Borek, N., Patel, V., Kimmel, H.L.,
      Conway, K.P., Lawrence, C., Edwards, K.C., Hyland, A., Goniewicz, M.L., Hatsukami, D., Hecht,
      S.S, and Calafat, A.M. Urinary concentrations of monohydroxylated polycyclic aromatic hydrocabons
      in adults from the U.S. Population Assessment of Tobacco and Health (PATH) Study Wave I (2013-
      2014), *Environment Int*., **123**: 201-208, 2019.

577.  Goniewicz, M.L., Smith, D.M., Edwards, K.C., Blount, B.C., Caldwell, K.L., Feng, J., Wang, L.,
      Christensen, C., Ambrose, B., Boreek, N., van Bemmel, D., Konkel, K., Erives, G., Stanton, C.A.,
      Lambert, E., Kimmel, H.L., Hatsukami, D. Hecht, S.S., Niaura, R.S., Travers, M., Lawrence, C., and
      Hyland, A.J., Comparison of nicotine and toxicant exposure in users of electronic cigarettes and
      combustible cigarettes. *JAMA Netw Open*
      2018;1(8):e185937.doi:10.1001/jamanetworkopen.2018.5937.

578.  St. Helen, G., Benowitz, N.L., Ko, J., Jacob, P., III, Gregorich, S.E., Perez-Stable, E.J., Murphy, S.E.,
      Hecht, S.S., Hatsukami, D.K., and Donny, E.C. Differences in exposure to toxic and carcinogenic
      volatile organic compounds between Black and White cigarette smokers, *J. Exposure Sci. Environ.
      Epidemiol.*,doi: 10.1038/s41370-019-0159-9, 2019.

579.    Chen, M., Carmella, S.G., Sipe, C., Jensen, J., Luo, X., Le, C.T., Murphy, S.E., Benowitz, N. L.,
McClernon, F.J., Vandry, R., Allen, S.S., Denlinger-Apte, R., Cinciripini, P.M., Strasser, A.A.,
al'Absi, M., Robinson, J.D., Donny, E.C., Hatsukami, D., and Hecht, S.S., Longitudinal stability in
cigarette smokers of urinary biomarkers of exposure to the toxicants acrylonitrile and acrolein. *PLoS
ONE*, 10.1371/journal.pone.0210104, 2019.

580.    McElroy, J., Carmella, S.G., Heskin, A.K., Tang, M.K., Murphy, S.E., Reisinger, S.A., Jensen, J.,
Hatsukami, D.K., Hecht, S.S., and Shields, P.G., Effects of cessation of cigarette smoking on
eicosanoid biomarkers of inflammation and oxidative damage. *PLoS ONE*., 14(6):e0218386.  doi:
10.1371/journal.pone.0218386, 2019.

581.    Yuan, J-M, Carmella, S.G., Yang, J., Heskin, A., Wang, R., Tan, Y-T., Adams-Haduch, J., Gao, Y-T.,
and Hecht, S.S.  Prediagnostic levels of urinary 8-*epi*-prostaglandin F2α and prostaglandin E2
metabolite, biomarkers of oxidative damage and inflammation, and risk of hepatocellular carcinoma,
*Carcinogenesis* **40**: 989-997, 2019.

582.    Yang, J., Balbo, S., Villalta, P.W., and Hecht, S.S. Analysis of acrolein-derived 1,$N^2$-
propanodeoxyguanosine adducts in human lung DNA from smokers and non-smokers, *Chem. Res.
Toxicol*., **32**: 318-325, 2019.

583.    Meier, E., Lindgren, B.R., Anderson, A., Reisinger, S.A., Norton, K.J., Jensen, J., Strayer, L., Dick,
L., Tang, M.-K., Chen, M., Carmella, S.G., Hecht, S.S., Murphy, S.E., Yang, J., Stepanov, I.,
O'Connor, R.J, Shields, P.G., and Hatsukami, D.K., A randomized clinical trial of snus examining the
effect of complete vs. partial cigarette substitution on smoking-related behaviours, and biomarkers of
exposure, *Nicotine Tob. Res*. **22**: 473-481, 2020. doi: 10.1093/ntr/ntz055.

584.    Hatsukami, D., Luo,, X., Heskin, A., Tang, M., Carmella, S., Jensen, J., Robinson, J., Vandrey, R.,
Drobes, D., Strasser, A., al'Absi, M., Seischow, S., Cinciripini, P., Koopmeiners, J., Ikuemonisan, J.,
Benowitz, N., Donny, E., and Hecht S.S., Effects of immediate versus gradual nicotine reduction in
cigarettes on biomarkers of biological effects, *Addiction* **114**: 1824-1833, 2019.

585.    Carroll, D.M., Allenzara, A., Jensen, J., Stepanov, I., Hecht, S., Murphy, S., Luo, X., Donny, E., and
Hatsukami, D.K., Biomarkers of exposure and potential harm among Natural American Spirit
smokers, *Tobacco Reg. Sci*., **5**: 339-351, 2019.

586.    Carmella, S.G., Heskin, A.K., Tang, M.K., Jensen, J., Luo, X., Le, C.T., Murphy, S.E., Benowitz, N.
L., McClernon, F.J., Vandry, R., Allen, S.S., Denlinger-Apte, R., Cinciripini, P.M., Strasser, A.A.,
al'Absi, M., Robinson, J.D., Donny, E.C., Hatsukami, D., and Hecht, S.S., Longitudinal stability in
cigarette smokers of urinary eicosanoid biomarkers of oxidative damage and inflammation, *PLoS
ONE*, doi 10.1371/journal.pone.0215853, 2019.

587.    Ma, B., Villalta, P.W., Hochalter, J.B.,, Stepanov, I., and Hecht, S.S.  Methyl DNA phosphate adduct
formation in lung tumor tissue and adjacent normal tissue of lung cancer patients.  *Carcinogenesis*,
**40**: 1387-1394, 2019

588.    Li, Y., Ma, B., Cao, Q., Balbo, S., Zhao, L., Upadhyaya, P., and Hecht, S.S.  Mass spectrometric
quantitation of pyridyloxobutyl DNA phosphate adducts in rats chronically treated with $N'$-
nitrosonornicotine.  *Chem. Res. Toxicol*., **32**: 773-783, 2019

589.    Hatsukami, D.K., Meier, E., Lindgren, B.R., Anderson, A., Reisinger, S.A., Norton, K.J., Strayer, L.,
Jensen, J.A., Dick, L., Murphy, S.E., Carmella, S.G, Tang, M.K., Chen, M., Hecht, S.S., O'Connor,
R.J., and Shields, P.G., A randomized clinical trial examining the effects of instructions for electronic
cigarette use on smoking-related behaviors and biomarkers of exposure, *Nicotine Tob. Res*., **22**: 1522-
1534, 2020. doi: 10.1093/ntr/ntz233.

590.  Chen, J-G., Johnson, J., Egner, P., Ng, D., Zhu, J., Wang, J-B., Xue, X-F., Sun, Y., Zhang, Y-H., Lu, L-L., Chen, Y-S., Wu, Y., Zhu, Y-R., Carmella, S., Hecht, S., Jacobson, L., Munoz, A., Kensler, K., Rule, A., Fahey, J., Kensler, T., and Groopman, J., Dose-dependent detoxication of the airborne pollutant benzene in a randomized trial of broccoli sprout beverage in Qidong, China, *Am. J. Clin. Nutr.* **110**: 675-684, 2019.

591.  Cheng, Y-C., Reyes-Guzman, C.M., Christensen, C.H., Rostron, B.L., Edwards, K.C., Wang, L., Feng, J., Jarrett, J. M., Ward, C.D., Xia, B., Kimmel, H.L., Conway, K.P., Leggett, C., Taylor, K., Lawrence, C., Niaura, R., Travers, M.J., Hyland, A.J., Hecht, S.S., Hatsukami, D.K., Goniewicz, M.L., Borek, N., Blount, B., and van Bemmel, D.M., Biomarkers of exposure among adult smokeless tobacco users in the Population Assessment of Tobacco and Health Study (Wave 1), *Cancer Epidemiol. Biomarkers Prev.* **29**: 659-667, 2020.

592.  Tidey, J.W., Colby, S.M., Denlinger-Apte, R.L., Goodwin, C., Cioe, P.A., Cassidy, R.N. Swift, R.M., Lindgren, B.R., Rubin, N., Murphy, S.E., Hecht, S.S., Hatsukami, D.K., and Donny, E.C. Effects of 6-week use of very low nicotine content cigarettes in smokers with serious mental illness. *Nicotine Tob. Res.*, **21 (Suppl 1)**: S38-S45, 2019. doi:10.1093/ntr/ntz133.

593.  Meier, E., Vandrey, R., Rubin, N., Pacek, L., Jensen, J., Donny, E., Hecht, S.S., Carmella, S.G., Murphy, S.E., Luo, X., Stepanov, I., Ikeumonisan, J., Severson, H., al'Absi, M., and Hatsukami, D.K., Cigarette smokers vs. co-users of cannabis and cigarettes: expxosure to toxicants, *Nicotine Tob.Res.* **22**: 1383-1389, 2020. doi: 10.1093/ntr/ntz199.

594.  Boldry, E., Yuan, J-M., Carmella, S.G, Wang, R., Tessier, K., Hatsukami, D.K., Hecht, S.S., and Tretyakova, N.Y., Effects of 2-phenethyl isothiocayante on metabolism of 1,3-butadiene in smokers, *Cancer Prev. Res.*, **13**: 91-100, 2020.

595.  Cao, W., Hecht, S.S., Murphy, S.E., Chu, H., Benowitz, N.L., Donny, E.C., Hatsukami, D.K., and Luo, X., The association between amount of smoking and multiple biomarkers using structural equation modeling, *Tobacco Reg. Sci.*, **6**: 266-278, 2020.

596.  Wang, Y., Narayanapillai, S.C., Tessier, K.M., Strayer, L.G., Upadhyaya, P., Hu, Q., Kingston, R., Salloum, R.G., Lu, J., Hecht, S.S., Hatsukami, D.K., Fujioka, N., and Xing, C. The impact of one-week dietary supplementation with kava on biomarkers of tobacco use and nitrosamine-based carcinogenesis risk among active smokers, *Cancer Prev. Res.*, **13**: 483-492, 2020.

597.  Luo, K., Hochalter, J.B., Carmella, S.G., and Hecht, S.S. Quantitation of phenanthrene dihydrodiols in the urine of smokers and non-smokers by gas chromatography-negative chemical ionization tandem-mass spectrometry. *J. Chromatog. B Analyt Technol Biomed Life Sci* doi: 10.1016/j.jchromb.2020.122023.

598.  Smith, D.M., Christensen, C.H., van Bemmel, D.M., Borek, N., Ambrose, B.K., Ervies, G., Niaura, R., Edwards, K.C., Stanton, C.A., Blount, B.C., Wang, L., Feng, J., Jarrett, J.M., Ward, C.D., Hatsukami, D.K., Hecht, S.S., Kimmel, H.L., Travers, M.J., Hyland, A., and Goniewicz, M.L., Exposure to nicotine and toxicants among dual users of tobacco cigarettes and e-cigarettes: Population Assessment of Tobacco and Health (PATH) Study, 2013-2014, *Nicotine Tob. Res.*, submitted, 2020.

599.  Chen, M., Carmella, S.G., Li, Y., Zhao, Y., and Hecht, S.S. Resolution and quantitation of mercapturic acids derived from crotonaldehyde, methacrolein, and methyl vinyl ketone in the urine of smokers and non-smokers, *Chem. Res. Toxicol.*, **33**: 669-677, 2020.

600.    Luo, X., Carmella, S.G., Chen, M., Jensen, J.A, Wilkens, L.R., Le Marchand, L., Hatsukami, D.K., Murphy, S.E., and Hecht, S.S., Urinary cyanoethyl mercapturic acid, a biomarker of the smoke toxicant acrylonitrile, clearly distinguishes smokers from non-smokers. *Nicotine & Tob. Res .***22**: 1744-1747, 2020. doi: 10.1093/ntr/ntz199.

601.    Carroll, D.M., Murphy, S.E., Benowitz, N.L., Strasser, A.A., Kotlyar, M., Hecht, S.S., Carmella, S.G., McClernon, F.J., Pacek, L.R., Dermody, S.S., Vandrey, R.G., Donny, E.C., and Hatsukami, D.K. Relationships between the nicotine metabolite ratio and a panel of exposure and effect biomarkers: findings from two studies of U.S. commercial cigarette smokers. *Cancer Epidemiol. Biomarkers Prev.* **29**: 871-879, 2020.

602.    Travers, M.J., Rivard, C., Sharma, E., Retzky, S., Yucesoy, B., Goniewicz, M.L., Staonton, C.A., Chen, J., Callahan-Lyon, P., Kimmel, H.L., Xia, B., Wang, Y., Sosnoff, C.S., DeJesus, V.R., Blount, B.C., Hecht, S.S., and Hyland, A. Biomarkers of exposure among U.S. adult hookah users: results from Wave 1 of the Population Assessment of Tobacco and Health (PATH) Study (2013-2014) *Int. J. Environ. Res. Public Health.* 2020. doi: 10.3390/ijerph17176403.

603.    Luo, K., Carmella, S.G., Zhao, Y., Tang, M.K., and Hecht, S.S. Identification and quantification of phenanthrene ortho-quinones in human urine and their association with lipid peroxidation. *Environ. Pollution* 2020. doi: 10.1016/j.envpol.2020.115342.

604.    Hu, Q., Corral, P., Narayanapillai, S.C., Leitzman, P., Upadhyaya, P., O'Sullivan, M. G., Hecht, S.S., Lu, J., and Xing, C., Oral dosing of dihydromethysticin ahead of tobacco carcinogen NNK effectively prevents lung tumorigenesis in A/J mice, *Chem. Res. Toxicol.*, **33**: 1980-1988, 2020.

605.    Cheng, G., Reisinger, S.A., Shields, P.G., Hatsukami, D.K., Balbo, S., and Hecht, S.S. Quantitation by liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry of DNA adducts derived from methyl glyoxal and carboxyethylating agents in leukocytes of smokers and non-smokers. *Chemico-Biological Interact.*, **327**: doi.10.1016/j.cbi.2020.109140

606.    Guo, J., Chen, H., Upadhyaya, P., Zhao, Y., Turesky, R., and Hecht, S.S. Mass spectrometric quantitation of apurinic/apyrimidinic sites in tissue DNA of rats exposed to tobacco-specific nitrosamines and in lung and leukocyte DNA of cigarette smokers and non-smokers. *Chem. Res. Toxicol.*, **33**: 1980-1988, 2020.

607.    Paiano, V., Maertens, L., Guidolin, V., Yang, J., Balbo, S., and Hecht, S.S. Quantitative liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry analysis of acrolein-DNA adducts and etheno-DNA adducts in oral cells from cigarette smokers and non-smokers. *Chem. Res. Toxicol.* **33**: 2197-2207, 2020.

608.    Xia, B., Blount, B.C., Guillot, T., Brosius, C., Li, Y., van Bemmel, D.M., Kimmel, H.L., Chang, C.M., Borek, N., Edwards, K.C., Lawrence, C., Hyland, A., Goniewicz, M.L., Pine, B.N., Xia, Y., Bernert, J.T., deCastro, B.R., Lee, J., Brown, J.L., Arnstein, S., Choi, D., Wade, E.L., Hatsukami, D., Ervies, G., Cobos, A., Nicodemus, K., Freeman, D., Hecht, S.S., Conway, K., and Wang, L. Tobacco-specific nitrosamines NNAL, NNN, NAT, and NAB exposures in the U.S. Population Assessment of Tobacco and Health (PATH) Study Wave I (2013 - 2014) *Nicotine Tob. Res.*, **23**: 573-583, 2021. doi: 10.1093/ntr/ntaa 110.

609.    Tevis, D.S., Willmore, A., Bhandari, D., Bowman, B., Biren, C., Kenwood, B.M., Jacob, P., Liu, J., Bello, K., Hecht, S.S., Carmella, S.G., Chen, M., Gaudreau, E., Bienvenue, J.-F., Blount, B.C., and De Jesus, V.R. Large differences in urinary benzene metabolite S-phenyl mercapturic acid quantitation: a comparison of five LC-MS-MS methods. *J. Anal. Toxicol.*, 2020. doi: 10.1093/jat/bkaa137.

610.  Peterson, L., Oram, M., Flavin, M., Seabloom, D., Smith, W.E.., O'Sullivan, M.G., Vevang, K.R.,
      Upadhyaya, P., Stornetta, A., Floeder, A.C., Ho, Y-Y., Zhang, L., Hecht, S.S., Balbo, S., Wiedmann,
      T.S. Coexposure to inhaled aldehydes or carbon dioxide enhances the carcinogenic activities of the
      tobacco-specific nitrosamine NNK in A/J mouse lungs. *Chem. Res. Toxicol.*, **34**: 723-732, 2021.

611.  Luo, K., Luo, X., Cao, W., Hochalter, J.B., Paiano, V., Cipe, C.J., Carmella, S.G., Murphy, S.E.,
      Jensen, J., Lam, S., Golin, A.P., Bergstrom, L., Midthun, D., Fujioka, N., Hatsukami, D.K., and
      Hecht, S.S.  Cigarette smoking enhances the metabolic activation of carcinogenic polycyclic aromatic
      hydrocarbons in humans. *Carcinogenesis*, **42**: 570-577, 2021 doi: 10.1093/carcin/bgaa137.

612.  Meier, E., Vandrey, R., Rubin, N., Pacek, L.R., Jensen, J.A., Donny, E.C., Hecht, S.S., Carmella,
      S.G., Murphy, S.E., Luo, X., Stepanov, I., Ikuemonisan, J., Severson, H. al'Absi, M., and Hatsukami,
      D.K. Cigarette smokers versus cousers of cannabis and cigarettes: exposure to toxicants. *Nicotine
      Tob. Res.*, **22**: 1383-1389 (2020) doi:10.1093/ntr/ntz199

613.  Li, Y. and Hecht, S.S. Identification of an *N'*-nitrosonornicotine-specific deoxyadenosine adduct in rat
      liver and lung. *Chem. Res. Toxicol.*, **34**: 992-1003, 2021

614.  Li, Y., Carlson, E., Zarth, A., Upadhyaya, P., and Hecht, S.S. Investigation of 2'-deoxyadenosine-
      derived adducts specifically formed in rat liver and lung DNA by *N'*-nitrosonornicotine (NNN)
      metabolism. *Chem. Res. Toxicol.*, **34**: 1004-1015, 2021

615.  Guidolin, V., Carlson, E.S., Carra, A., Villalta, P.W., Maertens, L.A., Hecht, S.S., and Balbo, S.
      Identification of new markers of alcohol- derived DNA damage in humans using an ultrasensitive
      DNA adductomics approach. *Biomolecules.*, **11**:doi: 10.3390/biom11030366, 2021

616.  Xing, C., Hecht, S.S., Lu, J., Upadhyaya, P., Murphy, S.E., Leitzman, P., Narayanapillai, S., and
      Balbo, S. Kava derived therapeutic compounds and methods of use thereof. U.S. Patent 10918687,
      2021

617.  Sosnoff, C.S., Caron, K., Akins, R., Dortch, K., Hunter, R.E., Brittany, N.P., Fing, J., Blount, B.C.,
      Li, Y., van Bemmel, D.M., Kimmel, H.L., Edwards, K.C., Goniewicz, M.L., Hatsukami, D.K.,
      deCastro, B.R., Bernert, J.T., Arnstein, S., Borek, N., Ying, D.-B., Mishina, E., Lawrence, C.,
      Hyland, A., Hecht, S.S., Conway, K.P., Pirkle, J.L., and Wang, L. Serum concentrations of cotinine
      and *trans*-3'-hydroxycotinine in U.S. adults: results from Wave 1 (2013-2014) of the population
      assessment of tobacco and health (PATH) study. *Nicotine Tob. Res.*, submitted, 2021

618.  Feng, J. Sosnoff, C., Bernert, J.T., Blount, B.C., Li, Y., Valle-Pineiro, D., Kimmel, H., van Bemmel,
      D., Rutt, S.M., Crespo-Barreto, J., Borek, N., Edwards, K.C., Alexander, R., Arnstein, S., Lawrence,
      C., Hyland, A., Goniewicz, M.L., Rehmani, I., Pine, B., Pagnotti, V., Wade, E., Sandlin, J., Luo, Z.,
      Piyankarage, S., Hatsukami, D., Hecht, S.S., Conway, K.P., and Wang, L.  Urinary nicotine
      metabolites and self-reported tobacco use among adults in the Population Assessment of Tobacco and
      Health (PATH) Study, 2013-2014.  *Nicotine Tob. Res.,*submitted, 2021

**Chapters, Invited Articles, Books and Other Papers**

1.  Hoffmann, D., Schmeltz, I., Hecht, S.S., and Wynder, E.L.  Chemical studies on tobacco smoke. XXXIX. On the identification of carcinogens, tumor promoters, and cocarcinogens in tobacco smoke. In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World Conf. on Smoking and Health, Washington, DC:U.S. Govt. Printing Office, 1976, 125-145.

2.  Hecht, S.S., Schmeltz, I, Hoffmann, D., and Wynder, E.L.  Chemical studies on tobacco smoke. XL. Identification of carcinogens in tobacco.  In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World Conf. on Smoking and Health, xWashington, D.C.:U.S. Govt. Printing Office, 1976, 191-202.

3.  Hecht, S.S., Tso, T.C., and Hoffmann, D.  Selective reduction of tumorigenicity of tobacco smoke. IV. Approaches to the reduction of nitrosamines and aromatic amines.  In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World. Conf. on Smoking and Health, Washington, D.C.:U.S. Govt. Printing Office, 1976, 535-545.

4.  Hecht, S.S., Loy, M., and Hoffmann, D.  A study of chemical carcinogenesis, 3. On the structure and carcinogenicity of the methylchrysenes.  In: *Carcinogenesis, Vol. 1, Polynuclear Aromatic Hydrocarbons: Chemistry, Metabolism, and Carcinogenesis*. (R.I. Freudenthal and P.W. Jones, eds.), New York:Raven Press, 1976, 325-340.

5.  Hoffmann, D., Hecht, S.S., Ornaf, R.M., Wynder, E.L., and Tso, T.C.  Chemical studies on tobacco smoke, XLII. Nitrosonornicotine: presence in tobacco, formation and carcinogenicity.  In: *Environmental N-Nitroso Compounds: Analysis and Formation*, Vol. 1. (E.A. Walker, P. Bogovski, and L. Griciute, eds.), IARC Scientific Publications, No. 14, Lyon, France:International Agency for Research on Cancer, 1976, 307-320.

6.  Hoffmann, D., Hecht, S.S., Schmeltz, I., Brunnemann, K.D., and Wynder, E.L.  Chemical studies on tobacco smoke, XLIV. New separation techniques for classes of smoke compounds.  *Rec. Adv. Tobacco Sci.*, **1**: 97-122, 1976.

7.  Wynder, E.L. and Hecht, S.S., eds. Book *Lung Cancer.*  UICC Technical Report Series, Vol. 25, Geneva:International Union Against Cancer,  1976, 170 pp.

8.  Hoffmann, D., Schmeltz, I., Hecht, S.S., Brunnemann, K.D., and Wynder, E.L.  Volatile carcinogens: occurrence, formation and analysis.  In: *Prevention and Detection of Cancer. Part I. Vol. 2*. (H.E. Nieburgs, ed.), New York:Marcel Dekker, 1978, 1943-1959.

9.  Hecht, S.S., Loy, M., Mazzarese, R., and Hoffmann, D.  A study of chemical carcinogenesis, 5. On the carcinogenicity of 5-methylchrysene: Structure-activity studies and metabolism.  In: *Polycyclic Hydrocarbons and Cancer*, Vol. 1. (H. Gelboin and P.O.P. Ts'o, eds.), New York:Academic Press, 1978, 119-130.

10. Hoffmann, D., Schmeltz, I., Hecht, S.S., and Wynder, E.L.  Tobacco carcinogenesis.  In: *Polycyclic Hydrocarbons and Cancer*, Vol. 1. (H. Gelboin and P.O.P. Ts'o, eds.), New York:Academic Press, 1978, 85-117.

11. Hecht, S.S., Chen, C.B., Ornaf, R.M., Hoffmann, D., and Tso, T.C.  Chemical studies on tobacco smoke, LVI. Tobacco specific nitrosamines: origins, carcinogenicity and metabolism.  In: *Environmental Aspects of N-Nitroso Compounds*, Vol. 1. (E.A. Walker, M. Castegnaro, L. Griciute, and R.E. Lyle, eds.), IARC Scientific Publications, No. 19, Lyon, France:International Agency for Research on Cancer, 1978, 395-413.

12. Hecht, S.S., Schmeltz, I., and Hoffmann, D.  Nitrogenous compounds in cigarette smoke and their possible precursors.  *Rec. Adv. Tobacco Sci.*, **3**: 59-93, 1977.

13.   Hoffmann, D., Hecht, S.S., Schmeltz, I., and Wynder, E.L.  Polynuclear aromatic hydrocarbons:
      occurrence, formation and carcinogenicity.  In: *Structural Correlates of Carcinogenesis and
      Mutagenesis: A Guide to Testing Priorities?* (I.M. Asher and C. Zervos, eds.), Proc. 2nd FDA
      Symposium, Washington,DC:FDA, 1978, 120-128.

14.   Hoffmann, D., Rivenson, A., Hecht, S.S., Hilfrich, J., Kobayashi, N., and Wynder, E.L.  Model
      studies in tobacco carcinogenesis with the Syrian golden hamster.  In: *Progress in Experimental
      Tumor Research*, Vol. 24. (F. Homburger, ed.), Basel:S. Karger, 1979, 370-390.

15.   Hecht, S.S., Chen, C.B., McCoy, G.D., and Hoffmann, D.  Tobacco specific N-nitrosamines:
      occurrence, carcinogenicity, and metabolism.  In: *N-Nitrosamines*. (J.P. Anselme, ed.), ACS
      Symposium Series, 101, Washington, DC:American Chemical Society, 1979, 125-152.

16.   Hecht, S.S., LaVoie, E.J., and Hoffmann, D.  A study of chemical carcinogenesis, 13. Structure-
      activity relationships in polynuclear aromatic hydrocarbons.  In: *Proceedings of the Lawrence
      Berkeley Laboratory Conference on Carbonaceous Particles in the Atmosphere*. (T. Novakov, ed.),
      Springfield, VA:National Technical Information Service, 1979, 177-186.

17.   Hecht, S.S., Mazzarese, R., Amin, S., LaVoie, E., and Hoffmann, D.  A study of chemical
      carcinogenesis, 15. On the metabolic activation of 5-methylchrysene.  In: *Polynuclear Aromatic
      Hydrocarbons*. (P.W. Jones and P. Leber, eds.), Ann Arbor, MI:Ann Arbor Sci. Publ., 1979, 733-752.

18.   LaVoie, E., Bedenko, V., Hirota, N., Hecht, S.S., and Hoffmann, D.  A comparison of the
      mutagenicity, tumor-initiating activity and complete carcinogenicity of polynuclear aromatic
      hydrocarbons.  In: *Polynuclear Aromatic Hydrocarbons*. (P.W. Jones and P. Leber, eds.), Ann Arbor,
      MI:Ann Arbor Scientific Publications, 1979, 705-721.

19.   Hecht, S.S., LaVoie, E., Amin, S., Bedenko, V., and Hoffmann, D.  A study of chemical
      carcinogenesis, 23. On the metabolic activation of benzofluoranthenes.  In: *Polynuclear Aromatic
      Hydrocarbons: Chemistry and Biological Effects*. (A. Bjorseth and A.J. Dennis, eds.), Columbus,
      OH:Battelle Press, 1980, 417-433.

20.   Chen, C.B., Hecht, S.S., McCoy, G.D., and Hoffmann, D.  A study of chemical carcinogenesis, 25.
      Assays for metabolic □-hydroxylation of N'-nitrosonornicotine and N-nitrosopyrrolidine and the
      influence of modifying factors.  In: *N-Nitroso Compounds: Analysis, Formation and Occurrence*.
      (E.A. Walker, M. Castegnaro, L. Griciute, and M. Borzsonyi, eds.), IARC Scientific Publications, No.
      31, Lyon, France:International Agency for Research on Cancer, 1980, 349-357.

21.   Hecht, S.S., Chen, C.B., Young, R., Lin, D., and Hoffmann, D.  A study of chemical carcinogenesis,
      26. Metabolism of the tobacco specific nitrosamines, N'-nitrosonornicotine and 4-(N-methyl-
      N-nitrosamino)-1-(3-pyridyl)-1-butanone.  In: *N-Nitroso Compounds: Analysis, Formation and
      Occurrence*. (E.A. Walker, M. Castegnaro, L. Griciute, eds.), IARC Scientific
      Publications, No. 31, Lyon, France:International Agency for Research on Cancer, 1980, 755-763.

22.   Hoffmann, D., Adams, J.D., Piade, J.J., and Hecht, S.S.  Chemical studies on tobacco smoke. LXVIII.
      Analysis of volatile and tobacco-specific nitrosamines in tobacco products.  In: *N-Nitroso
      Compounds: Analysis, Formation and Occurrence*. (E.A. Walker, M. Castegnaro, L. Griciute, and M.
      Borzsonyi, eds.), IARC Scientific Publications, No. 31, Lyon, France:International Agency for
      Research on Cancer, 1980, 507-514.

23.   McCoy, G.D., Chen, C.B., and Hecht, S.S.  Influence of modifiers of MFO activity on the *in vitro*
      metabolism of cyclic nitrosamines.  In: *Microsomes, Drug Oxidations, and Chemical Carcinogenesis*,
      Vol. II. (M.J. Coon, A.H. Conney, R.W. Estabrook, H.V. Gelboin, J.R. Gillette, and P.J. O'Brien,
      eds.), New York:Academic Press, 1980, 1189-1192.

24.  LaVoie, E.J., Hecht, S.S., Hoffmann, D., and Wynder, E.L.  The less harmful cigarette and tobacco smoke flavors.  In: *A Safe Cigarette?* (G.B. Gori and F.G. Bock, eds.), Banbury Report, 3, Cold Spring Harbor, New York:Cold Spring Harbor Laboratory, 1980, 251-260.

25.  Hoffmann, D., Chen, C.B., and Hecht, S.S.  The role of volatile and nonvolatile N-nitrosamines in tobacco carcinogenesis.  In: *A Safe Cigarette?* (G.B. Gori and F.G. Bock, eds.), Banbury Report, 3, Cold Spring Harbor, New York:Cold Spring Harbor Laboratory, 1980, 113-127.

26.  Rivenson, A., Ohmori, T., Hecht, S.S., and Hoffmann, D.  Organotropic carcinogenicity of tobacco specific N-nitrosamines.  In: *Biology of the Cancer Cell*. (K. Letnansky, ed.), Amsterdam:Kugler Publ., 1980, 51-62.

27.  McCoy, G.D., Hecht, S.S., and Wynder, E.L.  The roles of tobacco, alcohol, and diet in the etiology of upper alimentary and respiratory tract cancers.  *Prev. Med.*, **9**: 622-629, 1980.

28.  LaVoie, E.J. and Hecht, S.S.  Chemical carcinogens: *in vitro* metabolism and activation.  In: *Hazard Assessment of Chemicals: Current Developments*, Vol. 1. (J. Saxena, ed.), New York:Academic Press, 1981, 155-249.

29.  Hoffmann, D., Hecht, S.S., and Wynder, E.L.  The role of polynuclear aromatic hydrocarbons in tobacco carcinogenesis.  *VDI-Berichte*, **358**: 335-350, 1980.

30.  Hecht, S.S. and LaVoie, E.J.  Analysis of feces for benzo[a]pyrene after consumption of charcoal-broiled beef.  In: *Gastrointestinal Cancer: Endogenous Factors*, Vol. 1. Banbury Report, No. 7, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1981, 381-391.

31.  Hecht, S.S., LaVoie, E.J., Bedenko, V., Hoffmann, D., Sardella, D.J., Boger, E., and Lehr, R.E.  A study of chemical carcinogenesis, 32. On the metabolic activation of dibenz[a,i]pyrene and dibenzo[a,h]pyrene.  In: *Polynuclear Aromatic Hydrocarbons: Chemical Analysis and Biological Fate*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1981, 43-54.

32.  Hecht, S.S., McCoy, G.D., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 34. The metabolism of cyclic nitrosamines.  In: *N-Nitroso Compounds*. (R.A. Scanlan and S.R. Tannenbaum, eds.), ACS Symposium, 174, Washington, DC:American Chemical Society, 1981, 49-75.

33.  Hoffmann, D., Adams, J.D., Brunnemann, K.D., and Hecht, S.S.  Formation, occurrence and carcinogenicity of N-nitrosamines in tobacco products.  In: *N-Nitroso Compounds*. (R.A. Scanlan and S.R. Tannenbaum, eds.), ACS Symposium, 174,  1981, 247-273.

34.  LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  Molecular basis for the structure carcinogenicity relationships of polynuclear aromatic hydrocarbons.  In: *Structure-Activity Correlation as a Predictive Tool in Toxicology. Fundamentals, Methods, and Applications*. (L. Golberg, ed.), New York, NY:Hemisphere Publishing Corp., 1983, 263-274.

35.  McCoy, G.D., Katayama, S., Nicolais, M.M., and Hecht, S.S.  Influence of chronic ethanol consumption by hamsters on the carcinogenicity of N-nitrosopyrrolidine and N'-nitrosonornicotine.  In: *Biological Approach to Alcoholism*. (C.S. Lieber, ed.), National Institute on Alcohol Abuse and Alcoholism, Research Monograph 11, Washington, DC:U.S. Gov't. Printing Office, DHHS Publication No. (ADM) 83-1261, 1983, 142-151.

36.  Hecht, S.S., Young, R., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 37. On the metabolic activation of N-nitrosomorpholine and N'-nitrosonornicotine: effects of deuterium substitution.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 499-507.

37.   Hoffmann, D., Brunnemann, K.D., Rivenson, A., and Hecht, S.S.  N-Nitrosodiethanolamine: analysis, formation in tobacco products and carcinogenicity in Syrian golden hamsters.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 299-308.

38.   McCoy, G.D., Katayama, S., Young, R., Wyatt, M., and Hecht, S.  Influence of chronic ethanol consumption on the metabolism and carcinogenicity of tobacco-related nitrosamines.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 635-642.

39.   Hoffmann, D., Adams, J.D., Brunnemann, K.D., Rivenson, A., and Hecht, S.S.  Tobacco specific N-nitrosamines: occurrence and bioassays.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 309-318.

40.   Hecht, S.S., Carmella, S., Furuya, K., and LaVoie, E.J.  Polynuclear aromatic hydrocarbons and catechol derivatives as potential factors in digestive tract carcinogenesis.  In: *Environmental Mutagens and Carcinogens*. (T. Sugimura, S. Kondo, and H. Takebe, eds.), Tokyo, Japan:University of Tokyo Press, 1982, 545-556.

41.   El-Bayoumy, K. and Hecht, S.S.  Comparative metabolism *in vitro* of 5-nitroacenaphthene and 1-nitronaphthalene.  In: *Polynuclear Aromatic Hydrocarbons: Physical and Biological Chemistry*. (M. Cooke, A.J. Dennis, and G.L. Fisher, eds.), Columbus,OH:Battelle Press, 1982, 263-273.

42.   Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Polynuclear aromatic hydrocarbons: effects of chemical structure on tumorigenicity.  In: *Polynuclear Aromatic Hydrocarbons: Physical and Biological Chemistry*. (M. Cooke, A.J. Dennis, and G.L. Fisher, eds.), Columbus,OH:Battelle Press, 1982, 1-19.

43.   Hoffmann, D., Wynder, E.L., Rivenson, A., LaVoie, E.J., and Hecht, S.S.  Skin bioassays in tobacco carcinogenesis.  In: *Skin Painting Techniques and* in vivo *Carcinogenesis Bioassays.  Progress in Experimental Tumor Research*, Vol. 26. (F. Homburger, ed.), Basel:Karger, 1983, 43-67.

44.   Rivenson, A., Furuya, K., Hecht, S.S., and Hoffmann, D.  Experimental nasal cavity tumors induced by tobacco-specific nitrosamines (TSNA).  In: *Nasal Tumors in Animals and Man*, Vol. III. (G. Reznik and S.F. Stinson, eds.), Boca Raton, FL:CRC Press, Inc., 1983, 79-113.

45.   Hecht, S.S., Castonguay, A., and Hoffmann, D.  Nasal cavity carcinogens: possible routes of metabolic activation.  In: *Nasal Tumors in Animals and Man*, Vol. III. (G. Reznik and S.F. Stinson, eds.), Boca Raton, FL:CRC Press, Inc., 1983, 201-232.

46.   El-Bayoumy, K. and Hecht, S.S.  Tumor initiating activity and *in vitro* metabolism of 6-nitrochrysene and 1-nitropyrene.  In: *Toxicity of Nitroaromatic Compounds*. (D.E. Rickert, ed.), Raleigh, NC:Hemisphere Publishing Co., 1985, 231-242.

47.   Hoffmann, D., Brunnemann, K.D., Adams, J.D., Rivenson, A., and Hecht, S.S.  N-Nitrosamines in tobacco carcinogenesis.  In: *Nitrosamines and Human Cancer*. Banbury Report, No. 12, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1982, 211-225.

48.   Hecht, S.S., Castonguay, A., Chung, F.L., Hoffmann, D., and Stoner, G.D.  Recent studies on the metabolic activation of cyclic nitrosamines.  In: *Banbury Report 12: Nitrosamines and Human Cancer*. Banbury Report, No. 12, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1982, 103-120.

49.   Brunnemann, K.D., Hecht, S.S., and Hoffmann, D.  N-Nitrosamines: environmental occurrence, *in vivo* formation and metabolism.  *J. Toxicol. - Clin. Toxicol.*, **19**: 661-688, 1982.

50.    Melikian, A.A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  On the enhancing effect of a bay-region methyl group in 5-methylchrysene carcinogenesis.  In: *Polynuclear Aromatic Hydrocarbons: Formation, Metabolism and Measurement*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1983, 861-875.

51.    Hoffmann, D., Hecht, S.S., Haley, N.J., Brunnemann, K.D., Adams, J.D., and Wynder, E.L.  Tobacco carcinogenesis: metabolic studies in humans.  In: *Human Carcinogenesis*. (H. Autrup, ed.), New York, NY:Academic Press, 1983, 809-832.

52.    Hecht, S.S., Castonguay, A., Rivenson, A., Mu, B., and Hoffmann, D.  Tobacco specific nitrosamines: carcinogenicity, metabolism, and possible role in human cancer.  *J. Environ. Sci. Health*, **C1**: 1-54, 1983.

53.    Hoffmann, D., Hecht, S.S., and Wynder, E.L.  Tumor promoters and cocarcinogens in tobacco carcinogenesis.  *Environ. Health Perspect.*, **50**: 247-257, 1983. PMCID: PMC1569210.

54.    Eisenbrand, G., Archer, M., Brunnemann, K.D., Fine, D.H., Hecht, S.S., Hoffmann, D., Krull, J., and Webb, K.S.  Problems of contamination and artefact formation in nitrosamine sampling and analysis. In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 25-34.

55.    Hecht, S.S., Adams, J.D., and Hoffmann, D.  Tobacco-specific nitrosamines in tobacco and tobacco smoke.  In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 93-101.

56.    Hecht, S.S., Adams, J.D., and Hoffmann, D.  HPLC-TEA of tobacco-specific nitrosamines.  In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 429-436.

57.    Hoffmann, D., Brunnemann, K.D., Adams, J.D., and Hecht, S.S.  Formation and analysis of N-nitrosamines in tobacco products and their endogenous formation in consumers.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 743-762.

58.    Hecht, S.S., Castonguay, A., Chung, F.-L., and Hoffmann, D.  Carcinogenicity and metabolic activation of tobacco-specific N-nitrosamines: current status and future prospects.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:IARC, 1984, 763-778.

59.    Chung, F.-L., Juchatz, A., Vitarius, J., Reiss, B., and Hecht, S.S.  Inhibition of target tissue activation of N'-nitrosonornicotine and N-nitrosopyrrolidine by dietary components.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 797-804.

60.    Morrison, J.B. and Hecht, S.S.  A sensitive new method for the detection of N-nitrosomorpholine formation in vivo.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 185-192.

61. Castonguay, A., Tharp, R., and Hecht, S.S.  Kinetics of DNA methylation by the tobacco specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 805-810.

62. Tjälve, H., Castonguay, A., and Hecht, S.S.  Fate of the tobacco-specific carcinogen 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone in pregnant and newborn C57BL mice.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 787-796.

63. Amin, S., Hussain, N., Huie, K., Balanikas, G., Rice, J.E., LaVoie, E.J., and Hecht, S.S.  Synthesis and identification of dihydrodiol metabolites of benzo[b]fluoranthene and benzo[j]fluoranthene.  In: *Polynuclear Aromatic Hydrocarbons: Mechanisms, Methods and Metabolism*. (M.W. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1983, 99-111.

64. Hecht, S.S.  Chemical carcinogenesis: an overview.  *Clin. Physiol. Biochem.*, **3**: 89-97, 1985.

65. Hoffmann, D., Rivenson, A.S., and Hecht, S.S.  The role of nicotine in tobacco carcinogenesis.  In: *Hommage au Professeur Rene Truhaut*. (G. Le Moan, ed.), Cahors, France:Tardy Quercy (S.A.), 1985, 491-495.

66. Trushin, N., Castonguay, A., Rivenson, A., and Hecht, S.S.  Effects of ethanol consumption on the metabolism and carcinogenicity of N'-nitrosonornicotine in F344 rats.  *Ann. NY Acad. Sci.*, **435**: 214-218, 1984.

67. Hecht, S.S., Amin, S., Melikian, A.A., LaVoie, E.J., and Hoffmann, D.  Effects of methyl and fluorine substitution on the metabolic activation and tumorigenicity of polycyclic aromatic hydrocarbons.  *ACS Symposium Series*, **283**: 85-105, 1985.

68. Castonguay, A., Foiles, P.G., Trushin, N., and Hecht, S.S.  Study of DNA methylation by tobacco-specific N-nitrosamines.  *Environ. Health Perspect.*, **62**: 197-202, 1985. PMCID: PMC1568691.

69. Chung, F.L., Palladino, G., and Hecht, S.S.  Formation of cyclic nucleic acid adducts from some simple α,β-unsaturated carbonyl compounds and cyclic nitrosamines.  In: *The Role of Cyclic Nucleic Acid Adducts in Carcinogenesis and Mutagenesis*. (B. Singer and H. Bartsch, eds.), IARC Scientific Publication, No. 70, Lyon, France:IARC, 1986, 207-225.

70. Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Nicotine: a precursor for carcinogens.  *Cancer Lett.*, **26**: 67-75, 1985.

71. Amin, S., Huie, K., Hussain, N., Balanikas, G., Geddie, J.E., LaVoie, E.J., and Hecht, S.S.  Synthesis of benzo[b]fluoranthene derivatives and their application in research on the metabolic activation of benzo[b]fluoranthene.  In: *Polynuclear Aromatic Hydrocarbons: Chemistry, Characterization and Carcinogenesis*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1986, 41-52.

72. Hoffmann, D., Hecht, S.S., Melikian, A.A., Haley, N.J., Brunnemann, K.D., Adams, J.D., and Wynder, E.L.  Tumorigenic agents in tobacco products and their uptake by chewers, smokers, and nonsmokers. Proc. UCLA Symposia.  In: *Biochemical and Molecular Epidemiology of Cancer*. (C.C. Harris, ed.), New York, NY:Alan R. Liss, Inc., 1986, 191-204.

73. El-Bayoumy, K., Donahue, J., Hecht, S.S., and Hoffmann, D.  Analysis of aniline and *o*-toluidine in human urine.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1986, 77-84.

74.   Hecht, S.S., Foiles, P.G., Carmella, S.G., Trushin, N., Rivenson, A., and Hoffmann, D.  Recent studies on the metabolic activation of tobacco-specific nitrosamines: Prospects for dosimetry in humans.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1986, 245-257.

75.   Tjälve, H., Löfberg, B., Castonguay, A., Trushin, N., and Hecht, S.S.  Perinatal disposition and metabolism in mice and hamsters of some N-nitrosamines present in tobacco and tobacco smoke.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor:Cold Spring Harbor Laboratory, 1986, 179-195.

76.   Hecht, S.S., Melikian, A., and Amin, S.  Effects of methyl substitution on the tumorigenicity and metabolic activation of polycyclic aromatic hydrocarbons.  In: *Polycyclic Aromatic Hydrocarbon Carcinogenesis: Structure-Activity Relationships*. (S.K. Yang and B.D. Silverman, eds.), Boca Raton, FL:CRC Press, 1988, 95-128.

77.   Hecht, S.S.  Potential carcinogenic effects of polynuclear aromatic hydrocarbons and nitroaromatics in mobile source emissions.  In: *Air Pollution, The Automobile, and Public Health*. (A.Y. Watson, R.R. Bates, and D. Kennedy, eds.), Washington, DC:National Academy Press, 1988, 555-578.

78.   Connolly, G.N., Winn, D.M., Hecht, S.S., Henningfield, J.E., Walker, B., Jr., and Hoffmann, D.  The reemergence of smokeless tobacco.  *New Engl. J. Med.*, **314**: 1020-1027, 1986.

79.   Hoffmann, D., Brunnemann, K.D., Adams, J.D., and Hecht, S.S.  Laboratory studies on snuff-dipping and oral cancer.  *The Cancer Journal*, **1**: 10-13, 1986.

80.   Hecht, S.S., Carmella, S.G., Trushin, N., Foiles, P.G., Lin, D., Rubin, J.M., and Chung, F.L.  Investigations on the molecular dosimetry of tobacco-specific N-nitrosamines.  In: *The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms*, Vol. 84. (H. Bartsch, I.K. O'Neill, and R. Schulte-Hermann, eds.), Lyon, France:IARC, 1987, 423-429.

81.   Brunnemann, K.D., Rivenson, A., Adams, J.D., Hecht, S.S., and Hoffmann, D.  A study of snuff carcinogenesis.  In: *The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms*. (H. Bartsch, I.K. O'Neill, and R. Schulte-Hermann, eds.), IARC Scientific Publication, No. 84, Lyon, France:International Agency for Research on Cancer, 1987, 456-459.

82.   Hecht, S.S., Carmella, S.G., Trushin, N., Spratt, T.E., Foiles, P.G., and Hoffmann, D.  Approaches to the development of assays for interaction of tobacco specific nitrosamines with haemoglobin and DNA.  In: *Methods for Detecting DNA Damaging Agents in Humans: Applications in Cancer Epidemiology and Prevention*, Vol. 89. (H. Bartsch, K. Hemminki, and I.K. O'Neill, eds.), Lyon, France:International Agency for Research on Cancer, 1988, 121-128.

83.   Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Chemical fractionation and bioassay of complex mixtures: studies in tobacco carcinogenesis.  In: *Health and Environmental Research on Complex Organic Mixtures*. (R.H. Gray, E.K. Chess, P.J. Mellinger, R.G. Riley, and D.L. Springer, eds.), Richland, WA:Pacific Northwest Laboratories, 1987, 151-165.

84.   Hecht, S.S., Melikian, A.A., and Amin, S.  Methyl bay region diol epoxides: key intermediates in the metabolic activation of carcinogenic methylated polynuclear aromatic hydrocarbons.  In: *Chemical Carcinogens: Activation Mechanisms, Structural and Electronic Factors, and Reactivity*. (P. Politzer and F.J. Martin Jr, eds.), Amsterdam:Elsevier, 1988, 291-311.

85.   Delclos, K.B., El-Bayoumy, K., Hecht, S.S., Walker, R.P., and Kadlubar, F.F.  Metabolic activation of 6-aminochrysene and 6-nitrochrysene: a diol-epoxide of 6-aminochrysene as a probable ultimate carcinogen in preweanling mice.  In: *Carcinogenic and Mutagenic Responses to Aromatic Amines and Nitroarenes*. (C.M. King, L.J. Romano, and D. Schuetzle, eds.), Amsterdam:Elsevier, 1988, 103-106.

86.    Hoffmann, D. and Hecht, S.S.  Smokeless tobacco and cancer.  In: *ISI Atlas of Science: Pharmacology*, Vol. 2.  1988, 46-52.

87.    Hoffmann, D., Wynder, E.L., Hecht, S.S., Brunnemann, K.D., LaVoie, E.J., and Haley, N.J.  Chemical carcinogens in tobacco.  In: *Cancer Risks: Strategies for Elimination*. (P. Bannasch, ed.), Berlin:Springer-Verlag, 1987, 101-113.

88.    Hoffmann, D. and Hecht, S.S.  Advances in tobacco carcinogenesis.  In: *Handbook of Experimental Pharmacology*, Vol. 94/I. (C.S. Cooper and P.L. Grover, eds.), Heidelberg:Springer-Verlag, 1990, 63-102.

89.    Hoffmann, D., Adams, J.D., LaVoie, E.J., and Hecht, S.S.  Biochemistry, pharmacokinetics and carcinogenicity of nicotine-derived nitrosamines.  In: *Pharmacology of Nicotine*. (M.J. Rand and K. Thurau, eds.), Oxford, UK:IRL Press, 1988, 43-60.

90.    Amin, S., Weyand, E.H., Huie, K., Boger, E., Neuber, E., Hecht, S.S., and LaVoie, E.J.  Effects of fluorine substitution on benzo[b]fluoranthene tumorigenicity and DNA adduct formation in mouse skin.  In: *Polynuclear Aromatic Hydrocarbons: Measurements, Means, and Metabolism*. (M. Cooke, K. Loening, and J. Merritt, eds.), Columbus, OH:Battelle Press, 1991, 25-35.

91.    Melikian, A.A., Hecht, S.S., and Hoffmann, D.  Mechanistic studies of tobacco carcinogenesis in mouse epidermis and lung tissues.  In: *Skin Carcinogenesis: Mechanisms and Human Relevance*. (T.J. Slaga, A.J.P. Klein-Szanto, R.K. Boutwell, D.E. Stevenson, H.L. Spitzer, and B. D'Motto, eds.), Progress in Clinical and Biological Research, Vol. 298, New York:Alan R. Liss, Inc., 1989, 331-345.

92.    Hecht, S.S., Haley, N.J., and Hoffmann, D.  Monitoring exposure to tobacco products by measurement of nicotine metabolites and derived carcinogens.  In: *Molecular Dosimetry and Human Cancer: Analytical, Epidemiological, and Social Considerations*. (J.D. Groopman and P.L. Skipper, eds.), Boca Raton, FL:CRC Press, 1991, 325-361.

93.    Hecht, S.S. and Hoffmann, D.  The relevance of tobacco-specific nitrosamines to human cancer. *Cancer Surv.*, **8**: 273-294, 1989.

94.    Morse, M.A., Hecht, S.S., and Chung, F.-L.  Inhibition of tobacco-specific nitrosamine 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced lung tumors and DNA methylation in F344 rats and A/J mice by phenethyl isothiocyanate.  In: *Antimutagenesis and Anticarcinogenesis Mechanisms II*. (Y. Kuroda, D.M. Shankel, and M.D. Waters, eds.), New York:Plenum Publishing Co., 1990, 345-350.

95.    Morse, M.A., Eklind, K.I., Hecht, S.S., and Chung, F.L.  Inhibition of tobacco-specific nitrosamine 4-(*N*-nitrosomethylamino)-1-(3-pyridyl)-1-butanone (NNK) tumorigenesis with aromatic isothiocyanates.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publication, No. 105, Lyon, France:IARC, 1991, 529-534.

96.    Hecht, S.S. and Hoffmann, D.  N-Nitroso compounds and tobacco-induced cancers in man.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publications, No. 105, Lyon, France:IARC, 1991, 54-61.

97.    Hecht, S.S. and El-Bayoumy, K.  The possible role of nitroarenes in human cancer.  In: *Nitroarenes: Occurrence, Metabolism, and Biological Impact*. (P.C. Howard, S.S. Hecht, and F.A. Beland, eds.), New York:Plenum Press, 1990, 309-316.

98.    El-Bayoumy, K., Roy, A.K., and Hecht, S.S.  Products obtained by *in vitro* reaction of 4,5-epoxy-4,5-dihydro-1-nitropyrene with DNA.  In: *Nitroarenes: Occurrence, Metabolism, and Biological Impact*. (P.C. Howard, S.S. Hecht, and F.A. Beland, eds.), New York:Plenum Press, 1990, 273-284.

99.   Hoffmann, D., Haley, N.J., Djordjevic, M., Brunnemann, K.D., and Hecht, S.S.  Biomarkers of exposure to tobacco products.  In: *Human Carcinogen Exposure: Biomonitoring and Risk Assessment*. (R.C. Garner, P.B. Farmer, G.T. Steel, and A.S. Wright, eds.), Oxford:IRL Press at Oxford University Press, 1991, 275-283.

100.  Hecht, S.S., Kagan, M., Kagan, S.S., and Carmella, S.G.  Quantitation of tobacco-specific nitrosamine-globin adducts in humans.  In: *Human Carcinogen Exposure: Biomonitoring and Risk Assessment*. (R.C. Garner, P.B. Farmer, G.T. Steel, and A.S. Wright, eds.), Oxford:IRL Press at Oxford University Press, 1991, 267-274.

101.  Hecht, S.S., Kagan, S.S., Kagan, M., and Carmella, S.G.  Quantification of 4-hydroxy-1-(3-pyridyl)-1-butanone released from human haemoglobin as a dosimeter for exposure to tobacco-specific nitrosamines.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publications, 105, Lyon, France:International Agency for Research on Cancer, 1991, 113-118.

102.  Hoffmann, D., Amin, S., Brunnemann, K.D., Prokopczyk, B., Rivenson, A., and Hecht, S.S.  Tobacco-specific N-nitrosamines: analysis, bioassays and biochemical studies.  In: *N-Nitroso Compounds: Biology and Chemistry*. (S.V. Bhide and K.V.K. Rao, eds.), New Delhi, India:Omega Scientific Publishers, 1990, 59-79.

103.  Hoffmann, D., Brunnemann, K.D., Hoffmann, I., Rivenson, A., and Hecht, S.S.  Advances in tobacco carcinogenesis: II. Cigarette smoke.  In: *Control of Tobacco-related Cancers and Other Diseases*. (P.C. Gupta, J.E. Hamner III, and P.R. Murti, eds.), Bombay, India:Oxford University Press, 1992, 205-216.

104.  Hecht, S.S., Morse, M.A., Eklind, K.I., and Chung, F.-L.  A/J mouse lung tumorigenesis by the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and its inhibition by arylalkyl isothiocyanates.  *Exp. Lung Res.*, **17**: 501-511, 1991.

105.  Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Hemoglobin adducts as biomarkers of exposure to and metabolic activation of carcinogenic tobacco-specific nitrosamines.  *Biomed. Environ. Sci.*, **4**: 93-103, 1991.

106.  Hoffmann, D., Rivenson, A., Chung, F.-L., and Hecht, S.S.  Relevance of nicotine-derived N-nitrosamines in tobacco carcinogenesis.  In: *Effects of Nicotine on Biological Systems; Advances in Pharmacological Sciences*. (F. Adlkofer and K. Thurau, eds.), Basel:Birkhäuser Verlag, 1990, 89-101.

107.  Hoffmann, D., Rivenson, A., Chung, F.-L., and Hecht, S.S.  Nicotine-derived N-nitrosamines (TSNA) and their relevance in tobacco carcinogenesis.  *CRC Crit. Rev. Toxicol.*, **21**: 305-311, 1991.

108.  Rivenson, A., Hecht, S.S., and Hoffmann, D.  Carcinogenicity of tobacco-specific N-nitrosamines (TSNA) :  The role of the vascular network in the selection of target organs.  *CRC Crit. Rev. Toxicol.*, **21**: 255-264, 1991.

109.  Hecht, S.S. and Hoffmann, D.  4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone, a nicotine-derived tobacco-specific nitrosamine, and cancer of the lung and pancreas in humans.  In: *Origins of Human Cancer: A Comprehensive Review*. (J. Brugge, T. Curran, E. Harlow, and F. McCormick, eds.), Cold Spring Harbor, NY:Cold Spring Harbor Laboratory Press, 1991, 745-755.

110.  Hecht, S.S., Morse, M.A., Eklind, K.I., and Chung, F.-L.  Recent advances in chemoprevention.  In: *Chemoprevention of Cancer*. (S.V. Bhide and G.B. Maru, eds.), New Delhi:Omega Scientific Publishers, 1992, 1-15.

111.  Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Metabolism and macromolecular binding of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and N'-nitrosonornicotine (NNN), important carcinogens in smokeless tobacco.  In: *Smokeless Tobacco or Health. An International Perspective*. NCI Smoking and Tobacco Control Program Monographs, 2,  1992, 141-152.

112.  Hoffmann, D., Rivenson, A., and Hecht, S.S.  Carcinogenesis of smokeless tobacco.  In: *Smokeless Tobacco or Health. An International Perspective*. NCI Smoking and Tobacco Control Program Monographs, 2,  1992, 109-118.

113.  Foiles, P.G., Murphy, S.E., Peterson, L.A., Carmella, S.G., and Hecht, S.S.  DNA and hemoglobin adducts as markers of metabolic activation of tobacco-specific carcinogens.  *Cancer Res. [Suppl.]*, **52**: 2698s-2701s, 1992.

114.  Carmella, S.G., Kagan, S.S., and Hecht, S.S.  Evidence that a hemoglobin adduct used for dosimetry of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone(NNK) is a carboxylic ester.  *Environ. Health Perspect.*, **99**: 203-205, 1993. PMCID: PMC1567070.

115.  Hecht, S.S., Carmella, S.G., Foiles, P.G., Murphy, S.E., and Peterson, L.A.  Tobacco-specific nitrosamine adducts:  studies in laboratory animals and humans.  *Environ. Health Perspect.*, **99**: 57-63, 1993. PMCID: PMC1567052.

116.  Howard, P.C., Hecht, S.S., and Beland, F.A., eds.  *Nitroarenes: Occurrence, Metabolism, and Biological Impact*, Vol. 40. Environmental Science Research, New York:Plenum Press, 1990.

117.  Hoffmann, D., Hecht, S.S., and Wynder, E.L.  Cancer of the upper aerodigestive tract: environmental factors and prevention.  *J. Smoking-Related Disorders*, **3**: 109-129, 1992.

118.  Melikian, A.A., Bagheri, K., Hecht, S.S., and Hoffmann, D.  Comparative metabolism and disposition of benzo[a]pyrene and 7β,8α-dihydroxy-9α,10α-epoxy-7,8,9,10-tetrahydrobenzo[a]pyrene in mouse epidermis and in the lungs of newborn mice *in vivo*.  In:  *Polynuclear Aromatic Hydrocarbons: Measurements, Means, and Metabolism*. (M. Cooke, K. Loening, and J. Merritt, eds.), Columbus, OH:Battelle Press, 1991, 571-581.

119.  Hecht, S.S., Trushin, N., and Carmella, S.G.  Hemoglobin adducts, DNA adducts, and urinary metabolites of tobacco-specific nitrosamines as biochemical markers of their uptake and metabolic activation in humans.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, No. 553, Washington, DC:American Chemical Society, 1994, 211-222.

120.  Peterson, L.A., Liu, X.-K., and Hecht, S.S.  DNA pyridyloxobutylation: 4-(acetoxymethyl-nitrosamino)-1-(3-pyridyl)-1-butanone inhibits the repair of O⁶-methylguanine.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, No. 553, Washington, DC:American Chemical Society, 1994, 343-345.

121.  Hoffmann, D., Rivenson, A., Wynder, E.L., and Hecht, S.S.  Formation of tobacco-specific nitrosamines: carcinogenicity and role of dietary fat in their carcinogenicity.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, 553, Washington, DC:American Chemical Society, 1994, 267-278.

122.  Hecht, S.S., Peterson, L.A., and Spratt, T.E.  Tobacco-specific nitrosamines.  In: *DNA Adducts: Identification and Biological Significance*. (K. Hemminki, A. Dipple, D.E.G. Shuker, F.F. Kadlubar, D. Segerbäck, and H. Bartsch, eds.), IARC Scientific Publications, 125, Lyon, France:International Agency for Research on Cancer, 1994, 91-106.

123.  Hecht, S.S.  Understanding carcinogens and anticarcinogens in food (Editorial).  *Food Technology*, **47**: 14 & 16, 1993.

124.    El-Bayoumy, K., Johnson, B., Roy, A.K., Upadhyaya, P., Partian, S., and Hecht, S.S.  Development of methods to monitor exposure to 1-nitropyrene.  *Environ. Health Perspect.*, **102,** Suppl. 6: 31-37, 1994. PMCID: PMC1566839.

125.    Hecht, S.S., Carmella, S.G., Murphy, S.E., Foiles, P.G., and Chung, F.L.  Carcinogen biomarkers related to smoking and upper aerodigestive tract cancer.  *J. Cell. Biochem. [Suppl.]*, **17F**: 27-35, 1993.

126.    Hecht, S.S.  Metabolic activation and detoxification of tobacco-specific nitrosamines-a model for cancer prevention strategies.  *Drug Metab. Rev.*, **26**: 373-390, 1994.

127.    Hoffmann, D., Rivenson, A., Murphy, S.E., Chung, F.-L., and Hecht, S.S.  Cigarette smoking and adenocarcinoma of the lung: the relevance of nicotine-derived N-nitrosamines.  *J. Smoking-Related Disorders*, **4**: 165-189, 1993.

128.    Hecht, S.S., Carmella, S.G., Foiles, P.G., and Murphy, S.E.  Biomarkers for human uptake and metabolic activation of tobacco-specific nitrosamines.  *Cancer Res. [Suppl.]*, **54**: 1912s-1917s, 1994.

129.    Hecht, S.S.  Carcinogenesis due to tobacco:  molecular mechanisms.  In: *Encyclopedia of Cancer.* (J.R. Bertino, ed.), San Diego: Academic Press, 1996, 220-232.

130.    Hecht, S.S.  Environmental tobacco smoke and lung cancer: the emerging role of carcinogen biomarkers and molecular epidemiology (Editorial).  *J. Natl. Cancer Inst.*, **86**: 1369-1370, 1994.

131     Hecht, S.S.  Chemoprevention by isothiocyanates.  *J. Cell Biochem. [Suppl.]*, **22**: 195-209, 1995.

132.    Hoffmann, D., Rivenson, A., and Hecht, S.S. The biological significance of tobacco-specific N-nitrosamines: smoking and adenocarcinoma of the lung. *CRC Crit. Rev. Toxicol.*, **26**: 199-211, 1996.

133.    Hecht, S. S. Recent studies on mechanisms of bioactivation and detoxification of 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone (NNK), a tobacco-specific lung carcinogen. *CRC Crit. Rev. Toxicol.*, **26**: 163-181, 1996.

134.    Amin, S., Desai, D., Hecht, S.S., and Hoffmann, D.  Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays.  *Crit. Rev. Toxicol.*, **26**: 139-147, 1996.

135.    Chen, W., Weisburger, J.H., Fiala, E.S., Carmella, S.G., Chen, D., Spratt, T.E., and Hecht, S.S. Unexpected mutagen in fish.  *Nature*, **374**: 599, 1995.

136.    Hecht, S.S. and Stoner, G.D.  Lung and esophageal carcinogenesis.  In: *Textbook on Thoracic Oncology*  (J. Aisner, R. Ariagada, M.R. Green, N. Martini, M.C. Perry, eds.), Baltimore, MD: Williams & Wilkins,  pp. 25-50, 1996.

137.    Hecht, S.S.  Carcinogenic effects of cigarette smoke on the respiratory tract.  In: *Comprehensive Toxicology* (I.G. Sipes, C.A. McQueen, A.J. Gandolfi, eds.), Volume 8, Toxicology of the Respiratory System (R.A. Roth, ed.), Oxford, Elsevier Science, Ltd., pp. 437-451, 1997.

138.    Hecht, S.S.  Chemoprevention of lung cancer by isothiocyanates.  *Adv. Exp. Med. Biol.* **401**:1-11, 1996.

139.    Koehl, W., Amin, S., Yamazaki, H., Ueng, Y.-F., Tateishi, T., Guengerich, F.P., and Hecht, S.S. Metabolic activation of chrysene by human hepatic and pulmonary cytochrome P-450 enzymes. *Polycyclic Aromatic Compounds*, **10**: 59-66, 1996.

140.    Amin, S., Desai, D., El-Bayoumy, K., Rivenson, A., and Hecht, S.S. Tumorigenicity of fjord region diol epoxides of polycyclic aromatic hydrocarbons. *Polycyclic Aromatic Compounds*, **11**: 365-371, 1996.

141. Amin, S., Laryea, A., Cosman, M., Liu, T., Xu, R., Dwarakanath, S., Mao, B., Smirnov, S., Harvey, R.G., Hecht, S.S., and Geacintov, N. Direct synthesis and characterization of site-specific guanosyl and adenosyl adducts derived from the binding of PAH diol epoxides to oligonucleotides. *Polycyclic Aromatic Compounds*, **10**: 137-144, 1996.

142. Melikian, A.A., Sun, P., Coleman, S., Murphy, S.E., Amin, S., and Hecht, S.S. Detection of polynuclear aromatic hydrocarbon diol epoxide-derived DNA and globin adducts in humans by gas chromatography-mass spectrometry. *Polycyclic Aromatic Compounds*, **10**: 315-322, 1996.

143. Hecht, S.S. Approaches to chemoprevention of lung cancer based on carcinogens in tobacco smoke. *Environ. Health Perspect.*, **105**, Suppl 4: 955-963 , 1997. PMCID: PMC1470048.

144. Hecht, S.S., Borukhova, A., and Carmella, S.G. Tobacco-specific nitrosamines. In: *Nicotine Safety and Toxicity* (N. Benowitz, ed.), New York, NY: Oxford Press, pp. 67-75, 1998.

145. Hecht, S.S. Carcinogen-derived biomarkers and lung cancer. *Prev. Med.*, **25**: 7-9, 1996.

146. Canella, K.A., Diwan, B.A., Gorelick, P.L., Donovan, P.J., Sipowicz, M.A., Kasprzak, K.S., Weghorst, C.M., Snyderwine, E.G., Davis, C.D., Keefer, L.K., Kyrtopoulos, S.A., Hecht, S.S., Wang, M., Anderson, L.M., and Rice, J.M. Liver tumorigenesis by *Helicobacter hepaticus*: considerations of mechanism. *In Vivo*, **10**: 285-292, 1996.

147. Hecht, S. S. Chemoprevention of cancer by isothiocyanates, modifiers of carcinogen metabolism. *J. Nutrition*, **129**: 768S-774S, 1999.

148. Hecht, S.S. Cigarette smoking and cancer. In: *Environmental and Occupational Medicine*, Third Edition (W.N. Rom, ed.) New York, NY: Lippincott-Raven, pp. 1479-1499, 1998.

149. Hecht, S.S. *N*-Nitrosamines. In: *Environmental and Occupational Medicine*, Third Edition (W.N. Rom, ed.) New York, NY: Lippincott-Raven, pp. 1227-1238, 1998.

150. Hecht, S.S. Approaches to cancer prevention based on an understanding of *N*-nitrosamine carcinogenesis. *Proc. Soc. Exp. Biol. Med.*, **216**: 181-191, 1997.

151. Cinciripini, P.M., Hecht, S.S., Henningfield, J.E., Manley, M.W., and Kramer, B.S. Tobacco addiction: implications for treatment and cancer prevention. *J. Natl. Cancer Inst.*, **89**: 1852-1867, 1997.

152. Hecht, S.S. Tobacco and cancer: approaches using carcinogen biomarkers and chemoprevention. *Ann. N. Y. Acad. Sci.*, **833**: 91-111, 1997.

153. Lin, J.-M., Desai, D., Chung, L., Hecht, S.S., and Amin, S. Syntheses of *anti*-7,8,9,10-tetrahydro-11- and 12-methylbenzo[*a*]pyrene-7,8-diol-9,10-epoxides: identification and comparison of DNA adduct formation with calf thymus DNA *in vitro*. *Polycyclic Aromatic Compounds*, **17**: 63-72, 1999.

154. Melikian, A.A., Malpure, S., John, A., Meng, M., Shoket, B., Mayer, G., Vincze, I., Kolozsi-Ringelhann, A., and Hecht, S.S. Determination of hemoglobin and serum albumin adducts of benzo[*a*]pyrene by gas chromatography-mass spectrometry in humans and their relation to exposure and to other biological markers. *Polycyclic Aromatic Compounds*, **17**: 125-134, 1999.

155. Hecht, S.S. DNA adduct formation from tobacco-specific *N*-nitrosamines. *Mutation Res.*, **424**: 127-142, 1999.

156. Hecht, S.S., Upadhyaya, P., and Wang, M. Reactions of α-acetoxy-*N*-nitrosopyrrolidine and crotonaldehyde with DNA. In: *Exocyclic Nucleic Acid Adducts in Carcinogenesis and Mutagenesis* (B. Singer and H. Bartsch, eds.) IARC Scientific Publications No. 150, Lyon, France: International Agency for Research on Cancer, pp. 147-154, 1999.

157.  Lackmann, G.-M., Salzberger, U., Chen, M., Carmella, S. G., Töllner, U., Hecht, S. S. Tabakspezifische transplazentare Kanzerogene, Nikotin und Cotinin im Urin von Neugeborenen rauchender Mütter.  *Monatsschr. Kinderheilkd.*, **147**: 333-338, 1999.

158.  Hecht, S.S.  Anticarcinogenesis by isothiocyanates, indole-3-carbinol, and *Allium* thiols.  In: *Carcinogenic and Anticarcinogenic Factors in Food* (G. Eisenbrand, A.D. Dayan, P. S. Elias, W. Grunow and J. Schlatter, eds.) Wiley-VCH, pp. 306-333, 2000.

159.  Hecht, S.S.  Chemoprevention by phytochemical modifiers of carcinogen metabolism.  In: *Phytochemicals as Bioactive Agents*, (W.R. Bidlack, S.T. Omaye, M.S. Meskin, and D.K.W. Topham eds.), Lancaster, PA:  Technomic Publishing Co., pp. 43-74, 2000.

160.  Hecht, S.S. and Tricker, A.R.  Nitrosamines derived from nicotine and other tobacco alkaloids.  In: *Analytical Determination of Nicotine and Related Compounds and Their Metabolites*  (J.W. Gorrod and P. Jacob, III, eds.), Amsterdam: Elsevier Science, pp. 421-488, 1999.

161.  Gurney, J.G., Smith, M.A., Olshan, A.F., Hecht, S.S., and Kasum, C.M.  Clues to the etiology of childhood brain cancer: *N*-nitroso compounds, folates, polyomaviruses, and other factors of interest. *Cancer Invest.,* **19**: 630-640, 2001.

162.  Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedic Reference of Cancer* (M. Schwab, ed.), Berlin: Springer-Verlag, pp 897-900, 2001.

163.  Hecht, S.S.  Tobacco use and cancer.  In: *The Cancer Handbook* (M. Alison, ed)*,* Nature Publishing Group, pp 399-412, 2002.

164.  Hecht, S.S.  Inhibition of carcinogenesis by isothiocyanates.  *Drug Metabol. Rev.,* **32**: 395-411, 2000.

165.  Hecht, S.S.  Carcinogen biomarkers for lung or oral cancer chemoprevention trials.  In: *Biomarkers in Cancer Chemoprevention* (A.B. Miller, H. Bartsch, P. Boffetta, L. Dragsted, and H. Vainio, eds.) IARC Scientific Publications No. 154, Lyon, France, pp. 245-255, 2001.

166.  Hecht, S.S.  Metabolically activated carcinogens and mutations in the p53 tumor suppressor gene in lung cancer (Editorial).  *J. Natl. Cancer Inst.*, **92**: 782-783, 2000.

167.  Hecht, S.S., McIntee, E. J., Cheng, G., Shi, Y., Villalta, P.W., and Wang, M.  New aspects of DNA adduct formation by the carcinogens crotonaldehyde and acetaldehyde.  In: *Biological Reactive Intermediates VI: Chemical and Biological Mechanisms in Susceptibility to and Prevention of Environmental Diseases* (P.M. Dansette et al., eds.), Adv. Exp. Biol. Med., Vol 500, New York: Kluwer Academic/Plenum Publishers, pp. 63-71, 2001.

168.  Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedia of Cancer, 2nd Edition* (J. R. Bertino, ed.), San Diego: Academic Press, Vol. 4, pp 397-406, 2002.

169.  Hecht, S.S., McIntee, E.J., and Wang, M.  New DNA adducts of crotonaldehyde and acetaldehyde. *Toxicology*, **166**: 31-36, 2001.

170.  Hecht, S.S.  Tobacco smoke carcinogens and breast cancer.  *Env. Mol. Mutagen*., **39**: 119-126, 2002

171.  Hecht, S.S.  Cigarette smoking and lung cancer: chemical mechanisms and approaches to prevention. *The Lancet Oncology*, **3**: 461-469, 2002.

172.  Hecht, S.S., Repine, J., and Glantz, S.  Toxicology of second-hand smoke. In: *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General*, (J. Samet, ed.), pp. 27-82, 2006.

173.  Pfeifer, G.P., Denissenko, M.F., Olivier, M., Tretyakova, N., Hecht, S.S., and Hainaut, P.  Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers.  *Oncogene*, **21**: 7435-7451, 2002.

174. Hecht, S.S.  Chemoprevention by isothiocyanates.  In: *Cancer Chemoprevention Volume 1: Promising Cancer Chemopreventive Agents* (G.J. Kelloff, E.T. Hawk, and C.C. Sigman, eds.), Totowa, N.J.: The Humana Press, p. 21-35, 2004.

175. Hecht, S.S.  Tobacco smoke carcinogens: human uptake and DNA interactions.  In: Tobacco and Public Health: Science and Policy (P.Boyle, N. Gray, J. Henningfield, J. Seffrin, and W. Zatonski, eds.) Oxford University Press, p. 93-125, 2004.

176. Hecht, S.S.  Carcinogen derived biomarkers: applications in studies of human exposure to secondhand tobacco smoke.  *Tob Control*, **13 Suppl 1**: i48-i56, 2003.

177. Hecht, S.S.  Tobacco carcinogens, their biomarkers and tobacco-induced cancer.  *Nature Rev. Cancer*, **3**: 733-744, 2003.

178. Kurie, J.M., Minoo, P., Hecht, S.S., and DeMayo, F.J.  Lung cancer.  In: *Mouse Models of Human Cancer* (E.C. Holland, ed) Wiley[Imprint], p. 83-102, 2004

179. Wogan, G.N., Hecht, S.S., Felton, J.S., Conney, A.H., and Loeb, L.  Environmental and chemical carcinogenesis.  *Seminars in Cancer Biol.*, **14**: 473-786, 2004.

180. Henn, S.A., Succop, P., Talaska, G., Anderson, K., Hecht, S.S., and Gross, M.  Carcinogen-DNA adducts are increased in the exfoliated urothelial cells of wives of smokers: biological monitoring of passive smoke exposure.  *Polycyclic Aromatic Compounds*, **24**: 475-485, 2004.

181. Hecht, S.S., DeMarini, D.M., Husgafvel-Pursiainen, K., Phillips, D.H., and Tredaniel, J. Other data relevant to an evaluation of carcinogenicity and its mechanisms.  In: *International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 83, Tobacco Smoke and Involuntary Smoking.*  Lyon, France, IARC, pp 1005-1178, 2004.

182. Hecht, S.S., Jinot, J., Nair, J., Nair, U.J., and Ralhan, R.  Other data relevant to an evaluation of carcinogenicity and its mechanisms. In: *International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 89, Smokeless Tobacco and Some Tobacco-Specific Nitrosamines.* Lyon, France, IARC, pp 480-531, 2007.

183. Dietrich, M., Block, G., Pogoda, J.M, Buffler, P., Hecht, S.S., and Preston-Martin, S.  A Review. Dietary and endogenously formed *N*-nitroso compounds and risk of childhood brain tumors. *Cancer Causes Control*, **16**: 619-635, 2005.

184. Hatsukami, D.K., Benowitz, N.L., Rennard, S.I., Oncken, C, and Hecht, S.S.  Biomarkers to assess the utility of potential reduced exposure tobacco products.  *Nicotine and Tob. Res.,* **8**: 600-622, 2006.

185. Preston-Martin, S., Wessels, G., Hecht, S., and Hesseling, P.B.  Follow-up of a suspected excess of brain tumors among Namibian children.  *SAMJ*, **95**: 776-780, 2005.

186. Hecht, S.S.  Carcinogenicity studies of inhaled cigarette smoke in laboratory animals: old and new. *Carcinogenesis*, **26**: 1488-1492, 2005.

187. Hecht, S.S. and Hatsukami, D. Reducing harm caused by tobacco.  Research findings from the University of Minnesota. *Minn. Med.* **88**: 40-43, 2005.

188. Hecht, S.S. Deguelin as a chemopreventive agent in mouse lung tumorigenesis induced by tobacco smoke carcinogens.  (Editorial)  *J. Natl. Cancer Inst.* **97**: 1634-1635, 2005.

189. Hecht, S.S.  *N*-Nitrosamines. In: *Environmental and Occupational Medicine, 4th Edition*, (W.M.Rom and S.B. Markowitz, eds.), Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins,  pp 1226 – 1239, 2007.

190. Hecht, S.S. A biomarker of exposure to environmental tobacco smoke (ETS) and Ernst Wynder's opinion about ETS and lung cancer.  *Prev. Med.*, **43**: 256-260, 2006.

191.  Hecht, S.S. and Samet, J.M.  Cigarette smoking.  In : *Environmental and Occupational Medicine, 4th Edition*, (W.M.Rom and S.B. Markowitz, eds.), Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins, pp 1521 – 1551, 2007.

192.  Hecht, S.S., Belinsky, S.A., Bode, A.M., Christiani, D., Dennis, P.A., Dong, Z., Granville, C.A., Hainaut, P., Moriya, M., Murphy, S.E., Peterson, L.A., Pfeifer, G., and Spitz, M.R. Cancer. In: *How Tobacco Causes Disease - The Biology and Behavioral Basis for Tobacco-Attributable Disease: A Report of the Surgeon General*, (D. Sidransky, ed.), pp. 221-350, 2010.

193.  Hecht, S.S.  Tobacco use and cancer.  In: *The Cancer Handbook, 2nd Edition* (M.R. Alison, ed.), Wiley: pp 429-442, 2007.

194.  Hecht, S.S.  Cigarette smoking: cancer risks, carcinogens, and mechanisms.  *Langenbeck's Archives of Surgery*, **391**: 603-613, 2006

195.  Hecht, S.S.  Carcinogen metabolites as biomarkers.  In: *Molecular Epidemiology of Chronic Diseases*, (C. Wild, P. Vineis, and S. Garte, eds.), West Sussex, England: J. Wiley and Sons, Ltd, pp 97-110, 2008

196.  Hecht, S.S.  Smoking and lung cancer – a new role for an old toxicant?  *Proc. Natl. Acad. Sci. USA*, **103**: 15725-15726, 2006. PMCID: PMC1635070.

197.  Hatsukami, D.K., Joseph, A.M., LeSage, M., Jensen, J., Murphy, S.E., Pentel, P., Kotlyar, M., Borgida, E., Le, C., and Hecht, S.S.  Developing the science base for reducing tobacco harm.  *Nic. Tob. Res*., **9**: S537-S553, 2007.

198.  Hatsukami, D.K., Feuer, R.M., Ebbert, J.O., Stepanov, I., and Hecht, S.S.  Changing smokeless tobacco products: new tobacco delivery systems.  *Am. J. Prev. Med*., **33**: S368-378, 2007

199.  Hecht, S.S.  Human phenanthrene metabolites as probes for the metabolic activation and detoxification of carcinogenic polycyclic aromatic hydrocarbons.  In: *Advances in Bioactivation Research* (A. Elfarra, ed.), New York: Springer: pp 463-484, 2008

200.  Hecht, S.S.  Etiology of cancer: tobacco.  In: *Cancer: Principles and Practice of Oncology, 8th Edition* (V.T. DeVita, Jr., T.S. Lawrence, and S.A. Rosenberg, eds), Philadelphia: Wolters Kluwer/ Lippincott Williams & Wilkins, Vol 1, pp 147-155, 2008

201.  Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedia of Cancer, 2nd Edition* (M. Schwab, ed.), Berlin: Springer-Verlag, pp 2995-2997, 2008

202.  Stoner, G.D., Wang, L-S., Chen, T., Hecht, S.S., Huang, C., Sardo, C., Zikri, N., and Lechner, J.F.  Cancer prevention with freeze-dried berries and berry components.  *Seminars in Cancer Biol*., **17**: 403-410, 2007.

203.  Hecht, S.S.  Progress and challenges in selected areas of tobacco carcinogenesis.  *Chem. Res. Toxicol*., **21**: 160-171, 2008. PMCID: PMC2556958.

204.  Boffetta, P., Hecht, S., Gray, N., Gupta, P., and Straif, K.  Smokeless tobacco and cancer.  *Lancet Oncol.*, **9**: 667-675, 2008.

205.  Burns, D.M., Dybing, E., Gray, N., Hecht, S., Ashley, D., Anderson, C., Sanner, T., O'Connor, R., Djordjevic, M., Dresler, C., Hainaut, P., Jarvis, M., Opperhuizen, A., and Straif, K.  Mandated lowering of toxicants in cigarette smoke: a description of the WHO TobReg proposal.  *Tobacco Control,* **17**: 132-141, 2008.

206.    Ashley, D.L., Ayo-Yusuf, O.A., Burns, D.M., da Costa e Silva, V., Djordjevic, M., Gray, N., Hammond, S.K., Henningfield, J., Jarvis, M., Opperhuizen, A., Reddy, K.S., Robertson, C., Zaatari, G., and Hecht, S.S.  Report on setting regulatory limits for carcinogens in smokeless tobacco.  In: *WHO Technical Report Series No. 955, WHO Study Group on Tobacco Product Regualation, Report on the Scientific Basis of Tobacco Product Regulation: Third Report of a WHO Study Group*, Geneva, Switzerland, World Health Organization, pp 23-41, 2009.

207.    Hecht, S.S. and Hatsukami, D.K.  Tobacco induced cancers and their prevention.  In: *Cancer Medicine, 8th Edition* (W.K. Hong, R.C. Bast, W.N. Hait, D.W.Kufe, R.E. Pollock, R.R. Weichselbaum, J.F. Holland, and E. Frei III, eds), Shelton, Conn.: People's Medical Publishing House-USA, pp 386-397, 2010.

208.    Stoner, G.D., Wang, L-S., Sardo, C., Zikri, N., Hecht, S.S., and Mallery, S.R.  Cancer prevention with berries: role of anthocyanins.  In: *Bioactive Compounds and Cancer* (J.A. Milner and D.F. Romagnolo, eds.), Humana Press, pp 703-723, 2010.

209.    Hecht, S.S.  Tobacco carcinogenesis: mechanisms and biomarkers.  In: *Tobacco: Science, Policy and Public Health, 2nd Edition* (P. Boyle, N. Gray, J. Henningfield, J. Seffrin, and W. Zatonski, eds), Oxford: Oxford University Press, pp 127-154, 2010.

210.    Zeller, M., Hatsukami, D., Backinger, C., Benowitz, N., Biener, L., Burns, D., Clark, P., Connolly, G., Djordjevic, M.V., Eissenberg, T., Giovino, G.A., Healton, C., Hecht, S.S., Henningfield, J.E., Husten, C., Kobus, K., Leischow, S., Levy, D.T., Marcus, S., Myers, M.L., Parascandola, M., Ponkshe, P., Shields, P.G., Slovic, P., Sweanor, D., and Warner, K.E.  The strategic dialogue on tobacco harm reduction: a vision and blueprint for action in the United States.  *Tobacco Control*, **18**: 324-332, 2009.

211.    Hecht, S.S., Kassie, F., and Hatsukami, D.K.  Chemoprevention of lung carcinogenesis in addicted smokers and ex-smokers.  *Nature Rev. Cancer*, **9**: 476-488, 2009.

212.    Zhang, L., Beane Freeman, L., Nakamura, J., Hecht, S., Vandenberg, J., Smith, M., and Sonawane, B.  Formaldehyde and leukemia: epidemiology, potential mechanisms, and implications for risk assessment.  *Environ. Mol. Mutagenesis*, **51**: 181-191, 2010. PMCID: PMC2839060.

213.    Hecht, S.S.  Tobacco smoke carcinogens and lung cancer.  In: *Chemical Carcinogenesis* (T. M. Penning, ed), New York: Springer/Humana Press, 53-74, 2011.

214.    Peterson, L.A., Urban, A.M., and Hecht, S.S.  Carcinogenic effects of cigarette smoke on the respiratory tract.  In: *Comprehensive Toxicology, 2nd Edition, Vol. 8* (McQueen, C.A., ed) Oxford: Academic Press, pp 351-377, 2010.

215.    Hecht, S.S., Bartsch, H., DeMarini, D., Eriksson, P., Husgafvel-Pursiainen, K., Norppa, H., and Ohshima, H.  Mechanisms of tobacco carcinogenesis.  In:*International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 100E, A Review of Human Carcinogens, Personal Habits and Indoor Combustions.* Lyon, France, IARC, 575p, 2012.

216.    Hecht, S.S., Yuan, J-Y., and Hatsukami, D.  Applying tobacco carcinogen and toxicant biomarkers in product regulation and cancer prevention.  *Chem. Res. Toxicol*., **23**: 1001-1008, 2010. PMCID: PMC2891118.

217.    Herbst, R.S., Brandon, T.H., Fiore, M.C., Gritz, E.R., Hecht, S.S., Land, S.R., Leischow, S.J., Lerman, C., Minna, J.D., Shields, P.G., Sidransky, D., and Viswanath, K.  Tobacco and cancer: an American Association for Cancer Research policy statement.  *Cancer Res*., **70**: 3419-3430, 2010.

218.    Gray, N. and Hecht, S.S.  Smokeless tobacco – proposals for regulation.  *Lancet,* **375**: 1589-1591, 2010.

219.   Hecht, S.S.  Etiology of Cancer: Tobacco.  In: *Cancer: Principles and Practice of Oncology, 9th Edition* (V.T. DeVita, Jr., T.S. Lawrence, and S.A. Rosenberg, eds), Philadelphia: Wolters Kluwer/ Lippincott Williams & Wilkins, 150-160, 2011.

220.   Hecht, S.S., Stepanov, I., and Hatsukami, D.  Major tobacco companies  have technology to reduce carcinogen levels but do not apply it to popular smokeless tobacco products.  *Tobacco Control*, **20**: 443, 2011.

221.   Boffetta, P., Winn, D.M., Ioannidis, J.P., Thomas, D.C.., Little, J., Smith, G.D., Cogliano, V.J., Hecht, S.S., Seminara, D., Vineis, P., and Khoury, M.J.  Recommendations and proposed guidelines for assessing the cumulative evidence on joint effects of genes and environments on cancer occurrence in humans.  *International J. Epidemiol.*, **41**: 686-704, 2012.

222.   Khariwala, S.S., Hatsukami, D., and Hecht, S.S.  Tobacco carcinogen metabolites and DNA adducts as biomarkers in head and neck cancer: potential screening tools and prognostic indicators.  *Head and Neck*, **34**: 441-447, 2012.

223.   Hecht, S.S.  Research opportunities related to establishing standards for tobacco products under the family smoking prevention and tobacco control act.  *Nicotine Tob. Res*., **14**: 18-28, 2012. PMCID: PMC3242967.

224.   Hecht, S.S.  More than 500 trillion molecules of strong carcinogens per cigarette: use in product labeling?  *Tobacco Control*, **20**: 387, 2011.

225.   Hecht, S.S.  Successful prevention requires attacking the causes, and the main target remains tobacco. *Nature*, **471**: S18, 2011.

226.   Hecht, S.S., Upadhyaya, P., and Wang, M.  Evolution of research on the DNA adduct chemistry of *N*-nitrosopyrrolidine and related aldehydes.  *Chem. Res. Toxicol*, **24**: 781-790, 2011. PMCID: PMC3118975.

227.   Smith, R.L., Waddell, W.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Marnett, L.J., Portoghese, P.S., Rietjens, I.M.C.M., Adams, T.B., Gavin, C.L., McGowen, M.M., and Taylor, S.V.  Recent progress in the consideration of flavoring ingredients under the Food Additives Amendment,  25.  GRAS flavoring substances.  *Food Technology* 44-75, 2011.

228.   Henney, J.E., Baker, T.B., Bascom, R., Biswal, S., Carpenter, D., Gatsonis, C., Gibbons, G.H., Halpern-Felsher, B., Hecht, S.S., Honig, P., O'Connor, R., Schwartz, J.L., Tillman, D-B, and Wood, A.J.J.  Scientific standards for studies on modified risk tobacco products. *Institute of Medicine of the National Academies*, Washington, D.C., The National Academies Press, 350 p, 2012.

229.   Avila-Tang, E., Al-Delaimy, W.K., Ashley, D.L., Benowitz, N., Bernert, J.T., Kim, S., Samet, J.M, and Hecht, S.S.  Assessing secondhand smoke using biological markers., *Tob. Control*, **22**: 164-171, 2013.

230.   Hecht, S.S., Lung carcinogenesis by tobacco smoke.  *Int. J. Cancer*, **131**: 2724-2732, 2012. PMCID: PMC3479369.

231.   Hecht, S.S., Murphy, S.E., Stepanov, I., Nelson, H.H., and Yuan, J-M.  Tobacco smoke biomarkers and cancer risk among male smokers in the Shanghai Cohort Study. *Cancer Lett.,* **334**: 34-38, 2012. PMCID: PMC3648613.

232.   Hecht, S.S.  Smokeless tobacco and its constituents. In: *Tumour Site Concordance and Mechanisms of Carcinogenesis, Part 1. Concordance Between Cancer in Humans and in Experimental Animals, International Agency for Research on Cancer Scientific Publications 165* (R.A. Baan, B.W. Stewart, and K. Straif, eds), Lyon, France, International Agency for Resaearch on Cancer, pp 39-45, 2019

233.   Hecht, S.S. and DeMarini, D.M.  Tobacco smoke and its constituents. *In: Tumour Site Concordance
and Mechanisms of Carcinogenesis, Part 1. Concordance Between Cancer in Humans and in
Experimental Animals,  International Agency for Research on Cancer Scientific Publications 165*
(R.A. Baan, B.W. Stewart, and K. Straif, eds), Lyon, France, International Agency for Resaearch on
Cancer, pp 47-52, 2019

234.   Hecht, S.S. and Sidransky, D.  Mechanisms of cancer induction by tobacco smoke.  In: *The Health
Consequences of Smoking: 50 Years of Progress: A Report of the Surgeon General.* – Atlanta, GA:
U.S. Department of Health and Human Services, Centers for Disease Control and Prevention,
National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and
Health, 148-151, 2014.

235.   Balbo, S. and Hecht, S.S.  Quantitation of acetaldehyde-DNA adducts, biomarkers of alcohol
consumption.  *Methods in Pharmacology and Toxicology*, 237-248, 2014.

236.   Stoner, G.D., Wang, L-S., Kresty, L.A., Peiffer, D., Kuo, C-T., Huang, Y-W., Wang, D., Ransom, B.,
Carmella, S., and Hecht, S.S.  An approach to the evaluation of berries for cancer prevention with
emphasis on esophageal cancer.  *Methods in Pharmacology and Toxicology* 107-133, 2014.

237.   Wang, L-S., Kuo, C-T., Peiffer, D., Seguin, C., Stoner, K., Huang, Y-W., Huang, T. H.-M., Salzman,
N., Liu, Z., Rosenberg, D., Yang, G-Y., Yang, W., Bi, X., Carmella, S., Hecht, S., and Stoner, G.
Anthocyanins, anthocyanin derivatives, and colorectal cancer.  In: *Anthocyanins in Health and
Disease Prevention*: (Wallace and Giusti, eds) Taylor and Francis Group, 223-241, 2013.

238.   Marnett, L.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M.C.M., Smith,
R.L., Adams, T.B., Bastaki, M., Harman, C.L., McGowen, M.M., and Taylor, S.V.  GRASr2
evaluation of aliphatic acyclic and alicyclic terpenoid tertiary alcohols and structurally related
substances used as flavoring ingredients.  *J. Food Sci.* **79**: R428-R441, 2014.

239.   Marnett, L.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M.C.M., Smith,
R.L., Adams, T.B., Hallagan, J.B., Harman, C., McGowen, M.M., and Taylor, S.V. GRAS flavoring
substances 26.  *Food Technology,* 38-56, 2013.

240.   Hecht, S.S. and Szabo, E.  Fifty years of tobacco carcinogenesis research: from mechanisms to early
detection and prevention of lung cancer.  *Cancer Prev. Res*. **7**: 1-8, 2014.

241.   Yuan, J-M., Butler, L.M., and Hecht, S.S.  Urinary tobacco constituent biomarkers for risk prediction
of smoking-related lung cancer.  *Cancer Res*.**74:** 401-411, 2014. PMCID: PMC4066207

242.   Hecht, S.S.  It is time to regulate carcinogenic tobacco-specific nitrosamines in cigarette tobacco.
*Cancer Prev. Res*., **7:** 639-647, 2014.

243.   Rietjens, I., Adams, T., Bastaki, M., Cohen, S., Fukushima, S., Gooderham, N., Harman, C., Hecht,
S., Marnett, L., Smith, R., and Taylor, S.  The impact of structural and metabolic variation on the
toxicity and carcinogenicity of hydroxy- and alkoxy-substituted allyl- and propenybenzenes.  *Chem.
Res. Toxicol*. **27**: 1092-1103, 2014.

244.   Walton, K.M., Abrams, D.B., Bailey, W.C., Clark, D., Connolly, G.N., Djordjevic, M.V., Eissenberg,
T.E., Fiore, M.C., Goniewicz, M.L., Haverkos, L., Hecht, S.S., Henningfield, J.E., Hughes, J.R.,
Oncken, C.A., Postow, L., Rose, J.E., Wanke, K.L., Watson, C.H., Yang, L., and Hatuskami, D.K.
NIH electronic cigarette workshop: developing a research agenda. *Nicotine Tob. Res*. **17**: 259-269,
2015.

245.   Smith, M.T., Guyton, K.Z., Gibbons, C.F., Fritz, J.M., Portier, C., Rusyn, I., DeMarini, D.M.,
Caldwell, J.C., Kavlock, R., Lambert, P., Hecht, S.S., Bucher, J.R., Stewart, B.W., Baan, R.A.,
Cogliano, V.J., and Straif, K.  Key characteristics of carcinogens as a basis for organizing data on
mechanisms of carcinogenesis.  *Environ. Health Perspectives*, **124**: 713-721, 2016.

246.    Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Marnett, L.J., Rietjens, I.M.C.M., Smith, R.L.,Bastaki, M., McGowen, M.M., Harman, C., and Taylor, S.V.  GRAS flavoring substances 27. *Food Technology*, 1-21, 2015

247.    Fujioka, N., Fritz, V., Upadhyaya, P., Kassie, F., and Hecht, S.S.  Research on cruciferous vegetables, indole-3-carbinol, and cancer prevention: a tribute to Lee W. Wattenberg.  *Molecular Nutr. Food Res*., **60**: 1228-1238, 2016.

248.    Hecht, S.S.  DNA damage by tobacco carcinogens.  In: *Carcinogens, DNA Damage and Cancer Risk* (M.C. Poirier, ed.), New Jersey: World Scientific, 2018, pp 69-85.

249.    Hecht, S.S.  Biomarkers for assessment of chemical exposures from e-cigarette emissions.  In: *Analytical Assessment of e-Cigarettes: From Contents to Chemical and Particle Exposure Profiles* (B. E. Thomas, ed), Amsterdam: Elsevier, 2017, pp 59-73.

250.    Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M., Smith, R.L., Bastaki, M., Harman, C.L., McGowen, M.M., and Valerio, L.G.  Safety evaluation of substituted thiophenes used as flavoring ingredients.  *Food Chem. Toxicol*. **99**: 40-59, 2017.

251.    Hecht, S.S.  Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers.  *Chem. Res. Toxicol*. **30**: 367-375, 2017.

252.    Cohen, S.M., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I., Smith, R.L., Bastaki, M., Harman, C.L., McGowen, M.W., and Taylor, S.  FEMA Expert Panel review of *p*-mentha-1,8-dien-7-al genotoxicity testing results.  *Food Chem. Toxicol*. **98**: 201-209, 2016.

253.    Peterson, L.A. and Hecht, S.S.  Tobacco, e-cigarettes, and child health.  *Curr Opin Pediatr* **29**: 225-230, 2017.

254.    Carlson, E.S., Upadhyaya, P., and Hecht, S.S.  A general method for detecting nitrosamide formation in the in vitro metabolism of nitrosamines by cytochrome P450s. *J. Vis. Exp*. doi: 10.3791/56312, 2017.

255.    Schick, S., Blount, B., Jacob, P., Saliba, N., Bernert, J., El Hellani, A., Jatlow, P., Pappas, R., Wang, L., Foulds, J., Ghosh, A., Hecht, S., Gomez, J., Martin, J., Mesaros, C., Srivastava, S., St. Helen, G., Tarran, R., Lorkiewicz, P., Blair, I., Kimmel, H., Doerschuk, C., Benowitz, N. and Bhatnagar, A.  Biomarkers of exposure to new and emerging tobacco and nicotine delivery products.  *Am. J. Physiol.-Lung Cellular Mol. Physiol*., **313**: 425-452, 2017.

256.    Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedia of Cancer, 4nd Edition* (M. Schwab, ed.), Berlin: Springer-Verlag, doi: 10.1007/978-3-642-27841-9_5846-2, 2017.

257.    Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Davidsen, J.M., Harman, C.L., and Taylor, S.V. Updated procedure for the safety evaluation of natural flavor complexes used as ingredients in food. *Food Chem. Toxicol*., **113**: 171-178, 2018.

258.    Hecht, S.S. and Hatsukami, D.K. A regulatory strategy for reducing exposure to toxicants in cigarette smoke. *WHO Technical Report Series* 1015, 111-124, 2019.

259.    Smith, R.L., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Guengerich, F.P., Rietjens, I.M.C.M., Bastaki, M., Harman, C.L., McGowen, M.M., and Taylor, S.V.  The safety evaluation of food flavoring substances: the role of metabolic studies. *Toxicol. Res*.,**7**: 618-646, 2018.

260.    Murphy, S.E., Park, S.L., Balbo, S., Haiman, C.A., Hatsukami, D.K., Patel, Y., Peterson, L.A., Stepanov, I., Tretyakova, N., Stram, D.O., Hecht, S.S., and Le Marchand, L.  Ethnic differences in lung cancer risk due to cigarette smoking. *NPJ Precis Oncol* doi: 10.1038/s41698-018-0057-y, 2018.

261. Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Bastaki, M., Davidsen, J.M., Harman, C.L., McGowen, M., and Taylor, S., FEMA GRAS assessment of natural flavor complexes: citrus-derived flavoring ingredients., *Food Chem. Toxicol.*, **124**: 192-218, 2019.

262. Hecht, S.S., Metabolism and DNA adduct formation of carcinogenic tobacco-specific nitrosamines found in smokeless tobacco products, In:, *Smokeless Tobacco Products: Characteristics, Usage, Health Effects, and Regulatory Implications* (W. B. Pickworth, ed.), Amsterdam: Elsevier, 2020, pp 151-166.

263. Tomar, S.L., Hecht, S.S., Jaspers, I., Gregory, R.L., and Stepanov, I. Oral health effects of combusted and smokeless tobacco products, *Adv.Dent.Res*. **30**: 4-10, 2019.

264. Ma, B., Stepanov, I., and Hecht, S.S. Recent studies on DNA adducts resulting from human exposure to tobacco smoke, In: Biomarkers of Environmental Toxicants (K. Lu and R.J. Turesky, eds.), Basel, MDPI, 2020, pp 219-246; and *Toxics*, doi 10.3390/toxics7010016, 2019.

265. Benowitz, N.L., Bernert, J.T., Foulds, J., Hecht, S.S., Jacob, P. III, Jarvis, M.J., Joseph, A., Oncken, C., and Piper, M.E., Biochemical verification of tobacco use and abstinence: 2019 update, *Nicotine Tob. Res.* doi:10.1093/ntr/ntz132, 2019.

266. Cohen, S.M., Rietjens, I.M.C.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Bastaki, M., Davidsen, J.M., Harman, C.L., McGowen, M.M., and Taylor, S.V., FEMA GRAS assessment of natural flavor complexes: mint, buchu, dill and caraway derived flavoring ingredients, *Food Chem. Toxicol.*, doi: 10.1016/j.fct.2019.

267. Rietjens, I.M.C.M., Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rosol, T.J., Davidsen, J.M., Harman, C.L., Murray, I.J., and Taylor, S.V., FEMA GRAS assessment of natural flavor complexes: *cinnamomum* and *myroxylon*-derived flavoring ingredients, *Food Chem. Toxicol.*, doi: 10.1016/j.fct.2019

268. Luo, K, Stepanov, I., and Hecht, S.S. Chemical biomarkers of exposure and early damage from potentially carcinogenic airborne pollutants, *Annals of Cancer Epidemiology*, doi 10.21037/ace.2019.08.01, 2019.

269. Buckley, J.P, Barrett, E.S., Beamer, P.I, Bennett, D.H., Bloom, M.S., Fennell, T.R., Fry, R.C., Funk, W.E., Hamra, G.B., Hecht, S.S., Kannan, K., Iyer, R., Karagas, M.R., Lyall, K., Parsons, P.J., Pellizzari, P.B., Pellizzari, E.D., Signes-Pastor, A.J., Starling, A.P., Wang, A., Watkins, D.J., Wang, M., Woodruff, T.J., Opportunities for evaluating chemical exposures and child health in the United States: the environmental influences on child health outcomes (ECHO) program, *J. Exposure Sci. Environ. Epidemiol.*, **30**: 397-419, 2020.

270. Gooderham, N.J., Cohen, S.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Bastaki, M., Linman, M.J., and Taylor, S.V., The safety evaluation of food flavoring substances: the role of genotoxicity studies, *Critical Rev. Tox*. **50**: 1-27, 2020

271. Peterson, L.A., Balbo, S., Fujioka, N., Hatsukami, D.K., Hecht, S.S., Murphy, S.E., Stepanov, I., Tretyakova, N., Turesky, R.J., and Villalta, P.W. Applying tobacco, environmental and dietary-related biomarkers to understand cancer etiology and evaluate prevention strategies, *Cancer Epidemiol. Biomarkers Prev.*, in press, 2020.

272. Gooderham, N.J., Cohen, S.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Murray, I.J., and Taylor, S.V. FEMA GRAS assessment of natural flavor complexes: Clove, cinnamon leaf and West Indian bay leaf-derived flavoring ingredients *Food Chem. Toxicol.*, submitted, 2020

273.    Fukushima, S., Cohen, S.M., Eisenbrand, G., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Lu, V., and Taylor, S.V.  FEMA GRAS assessment of natural flavor complexes: lavender, guiaic, coriander-derived and related flavoring ingredients, *Food Chem. Toxicol*., submitted, 2020.

274.    Hecht, S.S. Mechanisms and biomarkers of tobacco carcinogenesis. In: *Tobacco and Cancer: the Science and the Story* (S.S. Hecht and D. Hatsukami, eds) New Jersey: World Scientific, 2020, submitted.

275.    Kannan, K., Stathis, A., Mazzella, M.J., Syam, A.S., Barr, D.B., Hecht, S.S., Merrill, L.S., Galusha, A.L., and Parsons, P.J. Quality assurance and harmonization for targeted biomonitoring measurements of environmental organic chemicals across the children's health exposure analysis resource laboratory network. *International. J. Hygiene Environ. Health*, in press, 2021

276.    Tevis, D.S., Flores, S.R., Kenwood, B.M., Jacob, P. III, Bhandari, D., Lorkiewicz, P.K., Hecht, S.S., Conklin, D.J., Goniewicz, M.L., Liu, J., Blount, B.C., De Jesus, V.R.  Harmonization of acronyms for volatile organic compound metabolites using a standardized naming system.  *International J. Hygiene Environ. Health*, in press, 2021

277.    Hecht, S.S. and Hatsukami, D.K., eds. Book *Tobacco and Cancer: the Science and the Story*, World Scientific Publishing Co., submitted, 2021

278.    Hecht, S.S. and Hatsukami, D.K., Smokeless tobacco and cigarette smoking: chemical mechanmisms and cancer prevention.  *Nature Reviews Cancer*, submitted, 2021

279.    Eisenbrand, G., Cohen, S.M., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., and Taylor, S. FEMA GRAS assessment of natural flavor complexes: Eucalyptus oil and other cyclic ether- containing flavor ingredients. *Food Chem. Toxicol*., submitted, 2021

280.    Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Lu, V., and Taylor, S.V. FEMA GRAS assessment of natural flavor complexes: Origanum oil, thyme oil and related phenol derivative-containing flavor ingredients. *Food Chem. Toxicol*., submitted, 2021

**Masonic Cancer Center**
UNIVERSITY OF MINNESOTA
Comprehensive Cancer Center designated by the National Cancer Institute

*Stephen S. Hecht, Ph.D.*
*2231 6th Street SE*
*Room 2-148 CCRB*
*Minneapolis, MN 55455*
*Phone  (612) 624-7607*
*Fax  (612) 624-3869*
*hecht002@umn.edu*

**EXHIBIT 2**
**Documents Reviewed**

**ZHP Documents**

1. ZHP00007221, Deviation Investigation Report regarding a Suspect Genotoxic Impurity of Valsartan, $DC_E$-18001.
2. ZHP00004352, Deviation Report Form, Q/ZHH QA-079-1.
3. ZHP00013245, Deviation Investigation Report regarding a Suspect Genotoxic Impurity of Valsartan, $DC_E$-18001.
4. ZHP00021297, Customer complaint handling record, Q/ZHH QA-021-4.
5. ZHP00021301.
6. ZHP00021302, May 22, 2018 Email from Xaviar Tang to Yinhua Tang and Others Regarding "Unknown Peaks."
7. ZHP00021305, May 31, 2018 Email from Xaviar Tang to Kevin O'Mahony Regarding "Unknown Peaks."
8. ZHP00021306, June 4, 2018 Email from Xaviar Tang to Jannine Quinn and Kevin O'Mahony Regarding "Unknown Peaks."
9. ZHP00021307, June 6, 2018 Email from Kevin O'Mahony to Xaviar Tang Regarding "Unknown Peaks."
10. ZHP00021308, July 20, 2018 Email from Xaviar Tang to Kevin O'Mahony and Others Regarding "NDMA Impurity."
11. ZHP00021309, July 20, 2018 Letter from Minda Cai to "Whom it may concern" Regarding "NDMA Impurity."
12. ZHP00021310, Inventory Information Collection Form for Huahai Valsartan API.
13. PRINSTON00034943, 1.12.4 Request for Comments and Advice.
14. PRINSTON00036665, Testing Result of N-Nitrosodimethylamine (NDMA).
15. PRINSTON0073338, Module: 3.2.S.2.6 Manufacturing Process Development, Valsartan, USP (Process II).
16. PRINSTON00020496, 3.2.P.4.1 Specifications of Purified Water, ANDA 204821.
17. PRINSTON00020500, 3.2.P.4.1 Specifications of Magnesium Stearate, ANDA 204821.
18. PRINSTON00020504, 3.2.P.4.1 Specifications of MCC, ANDA 204821.
19. PRINSTON00020717, 3.2.P.4.1 Specifications of Colloidal Silicon Dioxide, ANDA 204821.
20. PRINSTON00020722, 3.2.P.4.1 Specifications of Crospovidone, ANDA 204821.



21. PRINSTON00020726, 3.2.P.4.1 Specifications of Opadry II Brown, ANDA 204821.
22. PRINSTON00020730, 3.2.P.4.1 Specifications of Opadry II Yellow, ANDA 204821.
23. PRINSTON00022317, 3.2.P.4.2 Analytical procedures for Testing of Drug Substamce, ANDA 204821.
24. PRINSTON00020754, 3.2.P.5.1 Specifications, ANDA 204821.
25. PRINSTON00033450, Summary of the CBE-30 Supplement, ANDA 204821.
26. PRINSTON00039337, 3.2.P.4.1 Specifications of Crospovidone, ANDA 206083.
27. PRINSTON00039341, 3.2.P.4.1 Specifications of Colloidal Silicon Dioxide, ANDA 206083.
28. PRINSTON00039345, 3.2.P.4.1 Specifications of Purified Water, ANDA 206083.
29. PRINSTON00039349, 3.2.P.4.1 Specifications of MCC, ANDA 206083.
30. PRINSTON00039354, 3.2.P.4.1 Specifications of Magnesium Stearate, ANDA 206083.
31. PRINSTON00039359, 3.2.P.4.1 Specifications of Opadry II Pink, ANDA 206083.
32. PRINSTON00039362, 3.2.P.4.1 Specifications of Opadry II Purple, ANDA 206083.
33. PRINSTON00039378, 3.2.P.5.1 Specifications, ANDA 206083.
34. PRINSTON00079310, 2.3.S Drug Substance- Hydrochlorothiazide, ANDA 206083.
35. PRINSTON00079329, 3.2.3.S Drug Substance-Valsartan, ANDA 206083.
36. PRINSTON00078435, 3.2.S.2.3 Control Materials, DMF 020939.
37. PRINSTON00078548, 3.2.S.2.4 Control of Critical Steps and Intermediate, DMF 020939.
38. PRINSTON00078700, 3.2.S.4 Control of Drug Substance, DMF 020939.
39. PRINSTON00009342, 3.2.S.2.4 Control of Critical Steps and Intermediate, DMF 023491.
40. PRINSTON00009363, 3.2.S.2.3 Control of Materials, DMF 023491.
41. PRINSTON00009782, 3.2.S.4.1 Specification, DMF 023491.
42. PRINSTON00010529, 3.2.S.7.2 Post-Approval Stability Protocol and Stability Commitment, DMF 023491
43. PRINSTON00010648, 3.2.S.2.3 Controls of Materials, DMF 023491.
44. PRINSTON00010903, 3.2.S.2.3 Controls of Materials, DMF 023491.
45. PRINSTON00011393, 3.2.S.4.1 Specification, DMF 023491.
46. PRINSTON00017627, 3.2.S.2.4 Control of Critical Steps and Intermediate, DMF 023491.
47. PRINSTON00018280, 3.2.S.2.4 Control of Critical Steps and Intermediate, DMF 023491.
48. PRINSTON00018695, 3.2.S.4.1 Specification, DMF 023491.
49. Defendants' Letter to Plaintiffs Regarding Facility and Testing Information, dated December 2, 2019.
50. ZHP00171336, Summary of Notice of Nitrosamine Contamination and Response.
51. PRINSTON0073443, Deviation Investigation Report regarding unknown impurity (genotoxic impurity) of Valsartan API (TEA process), $DC_E$-18003.
52. PRINSTON0075797, Investigation regarding unknown impurity (genotoxic impurity) of Valsartan API (TEA process), $DC_E$-18003 (Version 2).

53. PRINSTON0076100, Investigation regarding unknown impurity (genotoxic impurity) of Valsartan API (TEA process), $DC_E$-18003 (Version 3).
54. PRINSTON00155822, Establishment Inspection Report 07/23/2018-08/03/2018.
55. ZHP00177912, Test result discrepancy of Valsartan batch C5271-17-288 between EU authority and that provided by Huahai, $DC_E$-18804.
56. ZHP01367859, ZHP Test Results.
57. ZHP00079913, DMF 23491: Response to DMF Information Request Letter (ZHP 42).
58. ZHP01843066, November 27, 2011 Change Request Form, (ZHP 195).
59. CHARLESWANG000289, June 12, 2018 Email from Charles Wang to Min Li re WHO Report (ZHP 316).
60. PRINSTON00162349, Establishment Inspection Report 07/23/2018-08/03/2018 (ZHP 312).
61. ZHP00247036, Standard Management Procedure: Change Control System.
62. CHARLESWANG000447, July 2018 Emails Between Charles Wang and Jim MacDonald (ZHP 319).
63. ZHP00037436, System QT: OQ Sample Summary Report.
64. SOLCO00028261, NDMA Test Results (ZHP 118).
65. ZHP02437848, Response to CHMP List of Outstanding Issues, dated October 31, 2018 (ZHP41).
66. ZHP01472198, NDMA Test Results (ZHP 354)
67. ZHP01472197, NDEA Test Results
68. ZHP02563814, Nitrosamine Test Results (ZHP 400)
69. ZHP00469139, Standard Management Procedure: Change Control System (ZHP 196).

## Hetero Documents

1. HETERO_USA000025245, Risk Assessment Report For NDMA impurity in Valsartan tablets.

## Mylan Documents

1. MYLAN-MDL2875-00029402, Sample analysis details of Valsartan (Manufacturing Processes filed in US).xlsx.
2. MYLAN-MDL2875-00037209, January 15, 2019 Letter from Shane Shupe to Kathleen Uhl Regarding ANDA 204843.
3. MYLAN-MDL2875-00033445, December 19, 2018 Letter from Beth Britton to Kathleen Uhl Regarding ANDA 078020.
4. MYLAN-MDL2875-00029533, Response to Additional Questions from FDA, dated November 30, 2018.
5. Toxicology Assessment of NDMA and NDEA in Valsartan (PL-Molnar-5).
6. MYLAN-MDL2875-00304294, Medical Risk Assessment for Amlodipine / Valsartan Tablets Valsartan Tablets and Capsules Valsartan HCTZ Tablets (PL-Molnar-6).

7. Valsartan Detail Spreadsheet (Pl-Gomas 5).
8. Triethylamine Safety Data Sheet (PL-Glover-9).
9. September 15, 2014 Email re MSDS and HSE Summary of Alkyl Amines Chemicals Ltd., products (PL-Glover-8).
10. MYLAN-MDL2875-00429120, USFDA Unit 8 Mylan Establishment Inspection Report, dated March 4, 2019.

## Teva Documents

1. TEVA-MDL2875-00004090, FDA Copy - Arrow Malta Valsartan and Valsartan HCTZ received in Gurnee 12 NOV 2018.xlsx.
2. TEVA-MDL2875-00004053, FDA-COPY - Valsartan and Valsartan HCTZ Finished Product list with API Lots 06 SEP 2018.xlsx.
3. TEVA-MDL2875-00005666, TEVA - Valsartan SUMMARY 7.13.2018 - FOR FDA.xlsx.
4. TEVA-MDL2875-00021547, Teva's Testing Strategy.
5. TEVA-MDL2875-00051286, Emails Between Walton Wang and Jens Nassall Regarding Audit of ZHP.
6. TEVA-MDL2875-00051288, Audit Report on ZHP (Chuannan site), Urgent audit related to Valsaran API PSD incompliance.
7. Teva Spreadsheet (Teva 230).
8. TEVA-MDL2875-00001886, September 9, 2014 Letter from Actavis to FDA re CBE notice for ZHP manufacturing process change relating to ANDA 091519.
9. TEVA-MDL2875-00013107, Jan. 9, 2015 Letter from Actavis. to FDA re CBE notice for ZHP manufacturing process change relating to ANDA 090642.
10. TEVA-MDL2875-00320639, Audit Report (Audit ID# 177267).
11. TEVA-MDL2875-00546489, February 15, 2019 Email Regarding DS Memo FDA RFI 091519 & 090642 Including Attachments.
12. TEVA-MDL2875-00048605, June 2, 2019 Email Regarding gDR# 1336473 Investigation Report Including Attachments.
13. TEVA-MDL2875-00047502, Balkanpharma Dupnitsa results for NDMA content in Valsartan tablets and Valsartan/HCT tablets.

## Torrent Documents

1. TORRENT-MDL2875-00001294, Quality Information Amendment from Paul Schwartz to Dawn M. Chitty Regarding Contamination of Valsartan with NDMA.
2. TORRENT-MDL2875-00005036, Genotoxicity Statement from ZHP.
3. TORRENT-MDL2875-00504834, September 2018 Email from FDA to Torrent re: "Meeting with CDER today."
4. TORRENT-MDL2875-00131255, ZHP's August 3, 2018 Notification re NDMA in Valsartan.
5. TORRENT-MDL2875-00366172, Valsartan: Impact assessment of NDMA.
6. TORRENT-MDL2875-00135398, Valsartan API NDMA and NDEA Results.

7. TORRENT-MDL2875-00072650, August 17, 2018 Email re "Valsartan recall discussed needed."

**Aurobindo Documents**

1. Auro-MDL-2875-0093561, Valsartan USP and Losartan USP- API Lots Details.
2. Auro-MDL-2875-0104586, Sartan Recalls.

**Regulatory Documents**

1. U.S. Food & Drug Administration, Laboratory analysis of valsartan products, https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products.
2. European Medicines Agency, Assessment report, angiotensin-II-receptor antagonists (sartans) containing a tetrazole group (Feb. 14, 2019), https://www.ema.europa.eu/en/documents/variation-report/angiotensin-ii-receptor-antagonists-sartans-article-31-referral-chmp-assessment-report_en.pdf.
3. Health Canada, Impurities found in certain angiotensin II receptor blocker (ARB) products, also known as sartans, https://www.canada.ca/en/health-canada/services/drugs-health-products/compliance-enforcement/information-health-product/drugs/angiotensin-receptor-blocker.html.
4. U.S. Food & Drug Administration, Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of NDMA in Ranitidine Drug Substance and Drug Product (Sept. 13, 2019).
5. US FDA recommends LC-LC-HRMS for testing ranitidine products, *Reactions 1774*, p. 6 (Oct. 2019).
6. U.S. Food & Drug Administration, Statement on new testing results, including low levels of impurities in ranitidine drugs (Nov. 1, 2019), https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs.
7. U.S. Food & Drug Administration, Laboratory Tests | Ranitidine, https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine.
8. EMEA Guideline on the Limits of Genotoxic Impurities, dated June 28, 2006 (ZHP 206).
9. FDA Guidance for Industry: Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approached, dated December 2008 (ZHP 208).
10. ICH Draft Consensus Guideline: Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (M7), Current Step 2 version, dated February 6, 2013 (ZHP 310).
11. U.S. Food & Drug Administration, FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan)

(Nov. 13 ,2019), https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan.

12. U.S. Food & Drug Administration, FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity (July 13, 2018), https://www.fda.gov/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity.

13. U.S. Food & Drug Administration, FDA Updates and Press Announcements on NDMA in Zantac (ranitidine), https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-ndma-zantac-ranitidine (last accessed Apr. 16, 2021).

**Deposition Testimony**

1. Hai Wang Deposition Transcript for March 10,2021.
2. Min Li Deposition Transcripts for April 20-22, 2021.
3. Bandar Venkata Ramarao Deposition Transcripts for April 29-30, 2021.
1. Lance R. Molnar Deposition Transcript for May 7, 2021.
2. Sanjay Singh Deposition Transcripts for May 20-21, 2021.
3. Ambati Rama Mohana Rao Deposition Transcript for April 30, 2021.
4. Daniel A. Snider Deposition Transcript for March 31, 2021.
5. Richard Derek Glover Deposition Transcripts for March 12 and April 16, 2021.
6. Antony Gomas Deposition Transcript for April 9, 2021.
7. Walt Owens Deposition Transcript for April 21, 2021.
8. Michelle Osmian Deposition Transcript for May 6, 2021.
9. Claire Lyons Deposition Transcript for April 27, 2021.
10. Daniel Barreto Deposition Transcript for April 14, 2021.
11. Jocelyn D. Rivera Deposition Transcript for February 22, 2021.
12. Reddy Neravetla Deposition Transcript for May 26, 2021.
13. Sushil Jaiswal Deposition Transcript for June 4, 2021.
14. Dawn Chitty Deposition Transcript for May 13, 2021.



Masonic Cancer Center
UNIVERSITY OF MINNESOTA
Comprehensive Cancer Center designated by the National Cancer Institute

Stephen S. Hecht, Ph.D.
2231 6th Street SE
Room 2-148 CCRB
Minneapolis, MN 55455
Phone: (612) 624-7607
Fax: (612) 624-3869
hecht002@umn.edu

**EXHIBIT 3**

**Literature References**

1. Anderson, L.M., Souliotis, V.L., Chhabra, S.K., Moskal, T.J., Harbaugh, S.D., and Kyrtopoulos, S.A. (1996) *N*-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol, *Int. J. Cancer 66*, 130-134.
2. Gombar, C.T., Pylypiw, H.M., and Harrington, G.W. (1987) Pharmacokinetics of *N*-nitrosodimethylamine in beagles, *Cancer. Res. 47*, 343-47.
3. Gombar, C.T., Harrington, G.W., Pylypiw, H.M., Bevill, R.F., Thurmon, J.C., Nelson, D.R., and Magee, P.N. (1988) Pharmacokinetics of *N*-nitrosodimethylamine in swine, *Carcinogenesis 9*, 1351-54.
4. Gombar, C.T., Harrington, G.W., Pylypiw, H.M., Anderson, L.M., Palmer, A.E., Rice, J.M., Magee, P.N., and Burak, E.S. (1990) Interspecies scaling of the pharmacokinetics of *N*-nitrosodimethylamine, *Cancer. Res. 50*, 4366-70.
5. Hino, K., Karaki, Y., Hatanaka, T., Sakamoto, T., and Tsukada, K. (2000) Salivary excretion of *N*-nitrosodimethylamine in dogs, European *J. of Cancer Prev. 9*, 275-81.
6. Yoon, H.J., Kim, J.H., Seo, G.H., and Park, H. (2021) Risk of Cancer Following the Use of *N*-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea, *J. Clin. Med. 10*, 153.
7. Zheng, T. and Mitch, W. (2016) Oral intake of ranitidine increases urinary excretion of *N*-nitrosodimethylamine, *Carcinogenesis 37*, 625–34.
8. Zheng, T. and Mitch, W. (2021) Retracted: Oral intake of ranitidine increases urinary excretion of *N*-nitrosodimethylamine, *Carcinogenesis*, bgab029.
9. González, C.A., Riboli, E., Badosa, J., Batiste, E., Cardona, T., Pita, S., Sanz, J.M., Torrent, M., and Agudo, A. (1994) Nutritional factors and gastric cancer in Spain, *Am J Epidemiol. 139*, 466-73.
10. Risch, H.A., Jain M., Choi, N.W., Fodor, J.G., Pfeiffer, C.J., Howe, G.R., Harrison, L.W., Craib, K.J., and Miller, A.B. (1985) Dietary factors and the incidence of cancer of the stomach, *Am J Epidemiol. 122*, 947-59.
11. Freund, H. (1937) Clinical Manifestations and Studies in Parenchymatous Hepatitis, *Annals of Internal Medicine 10*, 1144-55.
12. Pedal, I., Besserer, K., Goerttler, K., Heymer, B., Mittmeyer, H.J., Oehmichen, M., Schmähl, D. (1982) Fatal nitrosamine poisoning, *Arch Toxicol., 50*, 101-12.
13. Herron D. and Shank R. (1980) Methylated purines in human liver DNA after probable dimethylnitrosamine poisoning, *Cancer Res. 40*, 3116-7.



14. De Stefani, E., Deneo-Pellegrini, H., Carzoglio, J.C., Ronco, A., Mendilaharsu, M. (1996) Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay, *Cancer Epidemiol Biomarkers Prev. 5*, 679-82.

15. Knekt, P., Järvinen, R., Dich, J., and Hakulinen, T. (1999) Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and *N*-nitroso compounds: a follow-up study, *Int. J. Cancer 80*, 852-6.

16. La Vecchia, C., D'Avanzo, B., Airoldi, L., Braga, C., and Decarli, A. (1995) Nitrosamine intake and gastric cancer risk, *Eur. J. Cancer Prev. 4*, 469-74.

17. Fussgaenger, R. and Ditschuneit H. (1980) Lethal exitus of a patient with *N*-nitrosodimethylamine poisoning, 2.5 years following the first ingestion and signs of intoxication, Oncology 37, 273-7.

18. Rogers, M.A., Vaughan, T.L., Davis, S., and Thomas, D.B. (1995) Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer, *Cancer Epidemiol Biomarkers Prev. 4*, 29-36.

19. Muzart, J. (2009) *N,N*-dimethylformamide: much more than a solvent, *Tetrahedron, 65*, 8313-8323 (ZHP 197).

20. Sun, Z., Liu, Y.D., and Zhong, R.G. (2010) Theoretical investigation of *N*-nitrosodimethylamine formation from nitrosation of trimethylamine, *J. Phys. Chem. A. 114*, 455-65 (ZHP 211).

21. Wang, M., Cheng, G., Villalta, P.W., and Hecht, S.S. (2007) Development of Liquid Chromatography Electrospray Ionization Tandem Mass Spectrometry Methods for Analysis of DNA Adducts of Formaldehyde and Their Application to Rats Treated with *N*-Nitrosodimethylamine or 4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone, *Chem. Res. Toxicol. 20*, 1141-1148, ZHP00387118 (ZHP 309).

22. Armarego, W. and Perrin, D. (1996) *Purification of Laboratory Chemicals*, Butterworth Heinemann, Oxford, U.K. (ZHP 311).

23. Liteplo, R.G., Meek, M.G., and Windle, W. (2002) Concise International Chemical Assessment Document 38, *World Health Organization*, Geneva, C.H. (ZHP 321).

24. Magee, P. and Barnes, J. (1956) The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine, *Br. J. Cancer*, 10, 114-122.

25. Hidajat, M., McElvenny, D.M., Ritchie, P., Darnton, A., Mueller, W., van Tongeren, M., Agius, R.M., Cherrie, J.W., and de Vocht, F. (2019) Healthy-worker effects explain differences internal and external comparisons in a rubber industry cohort study, *Occup Environ Med 76*, 250-258.

26. Loh, Y.H., Jakszyn, P., Luben, R.N., Mulligan, A.A., Mitrou, P.N., and Khaw, K.T. (2011) *N*-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study, *Am. J. Clin. Nutr. 90*, 1053-61.

27. De Stefani, E., Boffetta, P., Ronco, A.L., Deneo-Pellegrini, H., Correa, P., Acosta, G., Mendilaharsu, M., Luaces, M.E., and Silva, C. (2012) Processed meat consumption and risk of cancer:  a multisite case-control study in Uruguay, *British Journal of Cancer 107*, 1584-1588.

28. Bartsch, H. and Montesano, R. (1984) Relevance of nitrosamines in human cancer, *Carcinogenesis 5*, 1381-1393.

29. International Agency for Research on Cancer (1978) Some *N*-nitroso compounds, *In IARC Monogr. Eval. Carcinog. Risk Chem. Hum.* IARC, Lyon, FR.

30. Mirvish, S. S. (1975) Formation of *N*-nitroso compounds: chemistry, kinetics, and in vivo occurrence, *Toxicol. Appl. Pharmacol 31*, 325-351.

31. Smith, P. A. S., and Loeppky, R. N. (1967) Nitrosative cleavage of tertiary amines, *J. Am. Chem. Soc 89*, 1148-1152.

32. Hecht, S. S., Chen, C. B., Ornaf, R. M., Jacobs, E., Adams, J. D., and Hoffmann, D. (1978) Reaction of nicotine and sodium nitrite: Formation of nitrosamines and fragmentation of the pyrrolidine ring, *J. Org. Chem 43*, 72-76.

33. Keefer, L. K., and Roller, P. P. (1973) *N*-Nitrosation by Nitrite Ion in Neutral and Basic Medium, *Science 181*, 1245-1247.

34. Mirvish, S. S., and Shubik, P. (1974) Ascorbic acid and nitrosamines, *Nature 252*, 179.

35. Hoffmann, D., Adams, J. D., Brunnemann, K. D., and Hecht, S. S. (1979) Assessment of tobacco-specific *N*-nitrosamines in tobacco products. *Cancer Res 39*, 2505-2509.

36. Hecht, S. S. (1998) Biochemistry, biology, and carcinogenicity of tobacco-specific  N -nitrosamines, *Chem.Res.Toxicol. 11*, 559-603.

37. Magee, P. N., and Barnes, J. M. (1956) The production of malignant primary hepatic tumors in the rat by feeding dimethylnitrosamine, *Brit J Cancer 10*, 114-122.

38. Magee, P. N. (1989) The experimental basis for the role of nitroso compounds in human cancer, *Cancer Surv 8*, 207-239.

39. Peto, R., Gray, R., Brantom, P., and Grasso, P. (1991) Effects on 4080 rats of chronic ingestion of *N*-nitrosodiethylamine or *N*-nitrosodimethylamine: a detailed dose-response study, *Cancer Res 51*, 6415-6451.

40. Hecht, S. S., Trushin, N., Castonguay, A., and Rivenson, A. (1986) Comparative tumorigenicity and DNA methylation in F344 rats by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and *N*-nitrosodimethylamine, *Cancer Res. 46*, 498-502.

41. Preussmann, R., and Stewart, B. W. (1984) *N*-Nitroso Carcinogens, In *Chemical Carcinogens, Second Edition, ACS Monograph 182* (Searle, C. E., Ed.) 643-828, American Chemical Society, Washington, DC.

42. Hino, K., Karaki, Y., Hatanaka, T., Sakamoto, T., and Tsukada, K. (2000) Salivary excretion of *N*-nitrosodimethylamine in dogs, *Eur. J Cancer Prev 9*, 271-276.

43. Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Jr., Anderson, L. M., Palmer, A. E., Rice, J. M., Magee, P. N., and Burak, E. S. (1990) Interspecies scaling of the pharmacokinetics of *N*-nitrosodimethylamine, *Cancer Res 50*, 4366-4370.

44. Gombar, C. T., Harrington, G. W., Pylypiw, H. M., Jr., Bevill, R. F., Thurmon, J. C., Nelson, D. R., and Magee, P. N. (1988) Pharmacokinetics of *N*-nitrosodimethylamine in swine, *Carcinogenesis 9*, 1351-1354.

45. Gombar, C. T., Pylypiw, H. M., Jr., and Harrington, G. W. (1987) Pharmacokinetics of *N*-nitrosodimethylamine in beagles, *Cancer Res 47*, 343-347.

46. Anderson, L. M., Souliotis, V. L., Chhabra, S. K., Moskal, T. J., Harbaugh, S. D., and Kyrtopoulos, S. A. (1996) *N*-nitrosodimethylamine-derived O6-methylguanosine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol, *Int. J. Cancer 66*, 130-134.

47. International Agency for Research on Cancer (1974) Some Aromatic Amines, Hydrazine and Related Substances, *N*-nitroso Compounds and Miscellaneous Alkylating Agents, In *IARC Monogr. Eval. Carcinog. Risk Chem. Hum.*, pp 97-111, IARC, Lyon, FR.

48. International Agency for Research on Cancer (2007) *Smokeless tobacco and some tobacco-specific N-nitrosamines*, IARC, Lyon, FR.

49. Gushgari, A. J., and Halden, R. U. (2018) Critical review of major sources of human exposure to *N*-nitrosamines, *Chemosphere 210*, 1124-1136.

50. Hotchkiss, J. H. (1989) Preformed *N*-nitroso compounds in foods and beverages, *Cancer Surv. 8*, 295-321.

51. Archer, M. C. (1989) Mechanisms of action of *N*-nitroso compounds, [Review], *Cancer Surv 8*, 241-250.

52. Hecht, S. S. (2017) Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers, *Chem Res Toxicol 30*, 367-375.

53. Tricker, A. R. (1997) *N*-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids, *Eur. J. Cancer Prev 6*, 226-268.

54. Hecht, S. S., Stepanov, I., and Carmella, S. G. (2016) Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines, *Acc. Chem. Res. 49*, 106-114.

55. Stepanov, I., Sebero, E., Wang, R., Gao, Y. T., Hecht, S. S., and Yuan, J. M. (2014) Tobacco-specific *N*-nitrosamine exposures and cancer risk in the Shanghai Cohort Study: remarkable coherence with rat tumor sites, *Int J.Cancer 134*, 2278-2283.

56. Pobel, D., Riboli, E., Cornée, J., Hémon, B., and Guyader, M. (1995) Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France, *Eur J Epidemiol. 11*, 67-73.

57. Goodman, M.T., Hankin, J.H., Wilkens, L.R., and Kolonel, L.N. (1992) High-fat foods and the risk of lung cancer, *Epidemiology 3*, 288-99.

58. Song, P., Wu, L., and Guan, W. (2015) Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis, *Nutrients 7*, 9872-95.

59. Parr, M. K., and Joseph, J. F. (2019) NDMA impurity in valsartan and other pharmaceutical products: Analytical methods for the determination of *N*-nitrosamines, *J. Pharm. Biomed. Anal. 164*, 536-549.

60. Nie, J., Xiang, B., Feng, Y. and Wang, D. (2006) Isolation and Identification of Process Impurities in Crude Valsartan by HPLC, Mass Spectrometry, and Nuclear Magnetic Resonance Spectroscopy, *J. of Liquid Chromatography & Related Tech. 29*, 553-568 (ZHP 433).

61. Pottegård, A., Kristensen, K.B., Ernst, M.T., Johansen, N.B., Quartarolo, P., Hallas, J. (2018) Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study, *B.M.J.*, 362.

62. Gomm, W., Röthlein, C., Schüssel, K., Brückner, G., Schröder, H., Hess, S., Frötschl, R., Broich, K., Haenisch, B. (2021) N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data, *Dtsch Arztebl Int.*, 118 (Forthcoming).