# Exhibit 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN, | § | MDL NO. 2875 |
| LOSARTAN, AND | § | |
| IRBESARTAN PRODUCTS | § | HONORABLE ROBERT B. KUGLER |
| LIABILITY LITIGATION | § | DISTRICT COURT JUDGE |

ORAL AND VIDEOTAPED DEPOSITION OF

JOHN L. QUICK

JANUARY 27, 2022

ORAL AND VIDEOTAPED DEPOSITION OF JOHN L. QUICK, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above styled and numbered cause on Thursday, January 27, 2022, from 9:33 a.m. to 7:00 p.m., before TAMARA CHAPMAN, CSR, RPR-CRR in and for the State of Texas, reported by computerized stenotype machine, at the offices of Slack Davis Sanger, LLP, 6001 Bold Ruler Way, Suite 100, Austin, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

Page 107

1                    (Simultaneous speaking.)
2              MR. DAVIS:  You can answer.
3              THE WITNESS:  I'm sorry.
4              MR. DAVIS:  Wait for me to finish my
5     instruction.
6              Mischaracterizes his testimony and
7     his report.
8              You can answer.
9        A.    So that's not what my report says.  My
10    report basically says that I'm referring to the
11    CG -- you're putting your hand up.
12             My report says that I'm referring to the
13    CGMP violations of the company relative to the class
14    group.  That's what I'm referring to.  I don't get
15    into the fact that those are adulterated.  I don't
16    say that.  I'm just talking about the violations as
17    they apply to the class group.  I'm just referring
18    to what the FDA refers to -- as to these as, as
19    being adulterated.
20       Q.    So you're not rendering an opinion as to
21    any -- as to whether any product was adulterated?
22             MR. DAVIS:  Objection to form;
23    mischaracterizes his testimony and his report.
24       A.    So I'll say again what I just said, is
25    I'm referring to the GMP violations of the various

Page 108

1  companies relative to the class group, okay, in
2  regard to these various companies.  And I'm pointing
3  out the FDA's interpretation of that is you have the
4  CGMP violations, the products are considered to be
5  adulterated.
6            I didn't say that the FDA says that for
7  CGMP -- CGMP violations.  I'm not saying that these
8  products are adulterated.  I'm saying that they
9  violated -- that they were not in compliance with
10 CGMPs.
11       Q.   So you're not saying that any
12 valsartan-containing drug was adulterated?
13       A.   No, I do not.
14            MR. DAVIS:  Objection.
15            THE WITNESS:  Sorry.
16            MR. DAVIS:  And mischaracterizes his
17 report.
18       A.   I didn't say that.
19            (Discussion off the written record.)
20            (The requested material was read.)
21       Q.   I just want to make sure -- withdrawn.
22            So just to clarify, are you stating that
23 it is the FDA's position that a single minor
24 observation about a single product line in a 483
25 represents FDA's determination that all products

Page 252

1  clear.  You only reviewed what's on Exhibit A.
2  Right?
3       A.    That's correct.
4       Q.    Okay.  So did you do -- did anything in
5  Exhibit A -- if you look at that list, did you do
6  anything to independently verify whether ZHP
7  conducted a formal risk assessment?
8             MR. DAVIS:  Object to form.
9             You can answer.
10      A.    So my role was to come up -- was to
11 identify example -- examples of CH -- of CGMP
12 deficiencies that might apply to the entire class,
13 and not -- it was not exhaustive.
14            That may be part of a later scope in this
15 process, but that's -- I did not do an independent
16 review of any other aspects of the ZHP EIR.
17      Q.    Okay.  So the answer to my question is,
18 no, you didn't do any independent assessment of
19 whether or not ZHP did a formal risk assessment.
20 Right?
21            MR. DAVIS:  Objection.  He's already
22 given his answer.
23      Q.    Sir, are you going to answer my question?
24      A.    The answer --
25      Q.    The answer is no.