UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED**, this ___ day of _____, 2022, the appearance of Melissa S. Geller of Duane Morris LLP shall be deemed withdrawn from this MDL and all cases transferred to the MDL Court to date:

_____
Hon. Robert B. Kugler
United States District Judge