# EXHIBIT 10
# (REDACTED FILED UNDER SEAL)