# EXHIBIT 11
# (REDACTED FILED
# UNDER SEAL)