# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court by Plaintiffs' motion for an order excluding the opinions of Defendants' class certification expert Punam Keller, Ph.D., and the Court having considered the submissions of the parties and any argument thereon, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

So ordered, this ____ day of _____, 2022,

_____
Robert B. Kugler, U.S.D.J.