| | |
|---|---|
| **From:** | George T. Williamson |
| **To:** | Geoppinger, Jeff |
| **Cc:** | D"Lesli M. Davis; aslater; Ellie Norris; Campbell, Daniel; Dennis, Mimi; lhilton@meyerwilson.com; Christopher Geddis; dstanoch@kanner-law.com; John Davis |
| **Subject:** | RE: [EXT]Meet and Confer Re Wholesaler Indemnity Issues |
| **Date:** | Monday, May 02, 2022 9:13:00 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png |

Jeff, we were surprised to see your filing in last week's CMC agenda. The Wholesaler Defendants are the only group who refuse to provide any information pursuant to our March 17, 2022 letter and SMO 64. If it was unclear during the meet and confer as to what information we need, we are still hopeful that you will provide the following information on behalf of your clients:

1. Who did you have supplier agreements with (or any such agreement) that contained defend and indemnify provisions?
2. Who have you asked for tender of a defense and/or indemnification?
3. Who has asked you for tender of a defense and/or indemnification?
4. Who has agreed to tender your clients' defense and/or indemnification?
5. Who have you agreed to tender a defense and/or indemnify?
6. Disclose the status of any dispute, litigation, mediation, or arbitration between Defendants related to the above agreements.

We believe that SMO 64 requires this information, at the very least. If you have a different understanding of the order we are happy to discuss further, though please keep in mind that we will be filing our final report with the Court tomorrow.

Thanks,

George

**George T. Williamson** | Director
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.

99 Nesbit Street, Punta Gorda, Florida 33950
**941.639.1158** | F: 941.639.0028 | farr.com



---

**From:** Geoppinger, Jeff <jgeoppinger@ulmer.com>
**Sent:** Monday, April 18, 2022 4:10 PM
**To:** George T. Williamson <gwilliamson@farr.com>; aslater <aslater@mazieslater.com>
**Cc:** D'Lesli M. Davis <dlesli.davis@nortonrosefulbright.com>; Ellie Norris <ellie.norris@nortonrosefulbright.com>; Campbell, Daniel <DCampbell@crowell.com>; Dennis, Mimi <MDennis@crowell.com>; lhilton@meyerwilson.com; Christopher Geddis <CGeddis@mazieslater.com>; dstanoch@kanner-law.com; John Davis <jdavis@slackdavis.com>
**Subject:** RE: [EXT]Meet and Confer Re Wholesaler Indemnity Issues

George:

Wholesalers are available at 4 pm EST tomorrow. I will have a calendar invite sent.

Jeff

------
Jeffrey D. Geoppinger
Ulmer & Berne LLP
p 513.698.5038
c 513.290.7902

**From:** George T. Williamson <gwilliamson@farr.com>
**Sent:** Monday, April 18, 2022 10:16 AM
**To:** Geoppinger, Jeff <jgeoppinger@ulmer.com>; aslater <aslater@mazieslater.com>
**Cc:** D'Lesli M. Davis <dlesli.davis@nortonrosefulbright.com>; Ellie Norris <ellie.norris@nortonrosefulbright.com>; Campbell, Daniel <DCampbell@crowell.com>; Dennis, Mimi <MDennis@crowell.com>; lhilton@meyerwilson.com; Christopher Geddis <CGeddis@mazieslater.com>; dstanoch@kanner-law.com; John Davis <jdavis@slackdavis.com>
**Subject:** RE: [EXT]Meet and Confer Re Wholesaler Indemnity Issues

Jeff, we are requesting confirmation from the wholesalers of the items in our letter dated March 17, 2022, and as ordered in SMO 64.

I am available after 4pm ET today, and tomorrow afternoon from 2pm ET on. Let me know what works best for you.

**George T. Williamson** | Director
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.

99 Nesbit Street, Punta Gorda, Florida 33950
**941.639.1158** | F: 941.639.0028 | farr.com



**From:** Geoppinger, Jeff <jgeoppinger@ulmer.com>
**Sent:** Friday, April 15, 2022 3:04 PM
**To:** aslater <aslater@mazieslater.com>; George T. Williamson <gwilliamson@farr.com>
**Cc:** D'Lesli M. Davis <dlesli.davis@nortonrosefulbright.com>; Ellie Norris <ellie.norris@nortonrosefulbright.com>; Campbell, Daniel <DCampbell@crowell.com>; Dennis, Mimi <MDennis@crowell.com>
**Subject:** [EXT]Meet and Confer Re Wholesaler Indemnity Issues

Adam/George:

Pursuant to the Court's directive that the parties meet and confer by April 30, 2022, regarding indemnity issues, Wholesalers would like to have an initial, collective call to understand from Plaintiffs what information they are requesting from Wholesalers concerning indemnity issues.  Please let us know if you and/or another member of the Plaintiffs' Executive Committee are available for a call on the afternoon of April 18 or on April 19 to discuss Plaintiffs' requests.  Thanks.

**Jeffrey D. Geoppinger**



DIRECT:  513.698.5038
DIRECT FAX:  513.698.5039
MOBILE:  513.290.7902
jgeoppinger@ulmer.com | bio | vcard

**Ulmer & Berne LLP**
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029
MAIN: 513.698.5000
Ulmer.com



ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.