**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERT MICHAEL B. BOTTORFF'S NEW AND ALTERED GENERAL CAUSATION OPINIONS**

**C. BRETT VAUGHN**, hereby certify as follows:

1.  I am an attorney at law within the State of Kansas with the Hollis Law Firm, P.A., and serve as a Court-appointed Member of the Plaintiffs' Executive Committee.  I am fully familiar with the facts and circumstances of these actions.  I make this certification in support of Plaintiffs' motion to strike Dr. Bottorff's new and altered general causation opinions.

2.  Attached hereto as **Exhibit A** is a true and accurate copy of pages 12-18 from the February 2, 2022 CMC.

3.  Attached hereto as **Exhibit B** is a true and accurate copy of Dr. Bottorff's Class Certification Expert Report.

4.  Attached hereto as **Exhibit C** is a true and accurate copy of pages 8-23 from Dr. Bottorff's March 25, 2022, deposition.

Respectfully Submitted,

By:  /s/ C. Brett Vaughn
C. Brett Vaughn RN, BSN, JD
**Hollis Law Firm**
Attorneys for Plaintiffs

Dated: May 3, 2022