# Exhibit 1

redacted (full version filed under seal)