# EXHIBIT 2

redacted (full version filed under seal)