# EXHIBIT 3

redacted (full version filed under seal)