# EXHIBIT 4

redacted (full version filed under seal )