# EXHIBIT 5

redacted (full version filed under seal)