UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

### NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF MARK ROBBINS, PH.D.

**TO:**   Jessica D. Miller, Esq,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
440 New York Avenue, N.W.
Washington, D.C. 20005
*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that pursuant to Case Management No. 23 Revised, Plaintiffs shall move before the Honorable Robert B. Kugler, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Excluding the testimony of Mark Robbins, PH.D.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of Madeline E. Pendley and Daniel A. Nigh in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

**LEVIN, PAPANTONIO, RAFFERTY, ET AL.**
Attorneys for Plaintiffs

By:   /s/ Daniel Nigh

Dated:  May 3, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: May 3, 2022

                                           Respectfully submitted:

                                           /s/ Daniel Nigh
                                           Daniel Nigh
                                        **Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
                                         316 S. Baylen Street, Suite 600
                                         Pensacola, FL 32502
                                         Phone: (850) 435-7013
                                         Fax: (850) 436-6013
                                         Email: dnigh@levinlaw.com