UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF
*DAUBERT* MOTION TO EXCLUDE TESTIMONY OF MARK ROBBINS, PH.D.

**DANIEL A. NIGH** hereby certify as follows:

1. I am an attorney at law within the State of Florida and a shareholder with the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to exclude the testimony of Mark Robbins, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Dr. Robbins' Expert Report.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Dr. Robbins' Deposition Testimony taken March 8, 2022.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of *Geiss v. Target Corp.,* 2013 *WL* 4675377 (D.N.J. 2013).

5. Attached hereto as **Exhibit 4** is a true and accurate copy of TORRENT-MDL2875-00010961.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of *Mondis Tech. Ltd. v. LG Elecs., Inc.*, No. 15-4431, 2021 WL 4077563 (D.N.J. Sept. 8, 2021).

7. Attached hereto as **Exhibit 6** is a true and accurate copy TORRENT-MDL2875-00072542.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of TORRENT-MDL2875-00504801.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of TORRENT-MDL2875-00131251.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of TORRENT-MDL2875-00005067.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the invoice received from Analysis Group.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of *Manning v. Crockett,* No. 95–C3117, 1999 WL 342715 (N.D.Ill. May 18, 1999).

13. Attached hereto as **Exhibit 12** is a true and accurate copy of *Bank of New York Mellon v. WMC Mortgage, LLC*, 2015 WL 4887446 (S.D.N.Y. Aug. 17, 2015).

14. Attached hereto as **Exhibit 13** is a true and accurate copy of *In re M/V MSC Flaminia*, 2017 WL 3208598 (S.D.N.Y. July 28, 2017)

15. Attached hereto as **Exhibit 14** is a true and accurate copy of *Pac. Life Ins. Co. v. Bank of New York Mellon,* 2021 WL 5299193 (S.D.N.Y. Nov. 15, 2021)

16. Attached hereto as **Exhibit 15** is a true and accurate copy TORRENT-MDL2875-00124209.

Dated: May 3, 2022

                                                Respectfully submitted:

                                                /s/Daniel A. Nigh
                                                Daniel A. Nigh
                                                **Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
                                                316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7013
Fax: (850) 436-6013
                                                Email: dnigh@levinlaw.com