# EXHIBIT 6

redacted (full version filed under seal)