# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK)(KMW) |

## CERTIFICATION OF DAVID J. STANOCH IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE CLASS CERTIFICATION OPINIONS OF LAUREN J. STIROH, PH.D.

I, David J. Stanoch, certify as follows:

1. My name is David J. Stanoch. I am an attorney at law with the law firm of Kanner & Whiteley, L.L.C., and serve as Court-appointed Plaintiffs' Liaison Counsel to the Plaintiffs' Side. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Motion to Exclude Testimony of Lauren J. Stiroh, Ph.D.

2. Attached hereto as **Exhibit 1** to the Motion is a true and correct copy of Dr. Stiroh's January 12, 2022 expert report.

3. Attached hereto as **Exhibit 2** to the Motion is a true and correct copy of the transcript of Dr. Stiroh's March 25, 2022 deposition.

4. Attached hereto as **Exhibit 3** is a true and correct excerpt of the transcript of Walgreen corporate designee Catherine Stimmel's September 20, 2021 deposition.

1

5. Attached hereto as **Exhibit 4** is a true and correct excerpt of the transcript of CVS corporate designee John W. Holderman's October 1, 2021 deposition.

6. Attached hereto as **Exhibit 5** is a true and correct excerpt of the transcript of Rite AId corporate designee Owen McMahon's September 23, 2021deposition.

7. Attached hereto as **Exhibit 6** is a true and correct excerpt of the transcript of Hai Wang's March 10, 2021 deposition.

Executed this __3rd__ day of May, 2022.

/s/ David J. Stanoch
KANNER & WHITELLY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel.: 504-524-5777
Fax: 504-524-5763
d.stanoch@kanner-law.com