UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>MDL NO. 19-2875 (RBK) |

**PLAINTIFFS' NOTICE OF *DAUBERT* MOTION TO PRECLUDE THE DEFENSE EXPERT JASON O. CLEVENGER FROM OFFERING CLASS CERTIFICATION OPINIONS**

**TO:**   Steven N. Hunchuck, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
*Attorneys for Defendant*

**PLEASE TAKE NOTICE** that pursuant to MDL Text Order 2025, Plaintiffs shall move before the Honorable Robert B. Kugler, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Precluding Jason O. Clevenger from Offering Class Certification Opinions.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of C. Brett Vaughn in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

**HOLLIS LAW FIRM, P.A.**
Attorneys for Plaintiffs

By: /s/ C. Brett Vaughn

Dated: May 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed a partially redacted version of the foregoing documents with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. In addition, I hereby certify that unredacted copies of foregoing document will be served contemporaneous to filing via email on the Court, Special Master, and the Defense Executive Committee at DECValsartan@btlaw.com.

                                        **HOLLIS LAW FIRM, P.A.**
                                        Attorneys for Plaintiffs


                                        By:   /s/ C. Brett Vaughn

Dated:  May 3, 2022