UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS'** *DAUBERT* **MOTION TO PRECLUDE THE DEFENSE EXPERT JASON O. CLEVENGER FROM OFFERING CLASS CERTIFICATION OPINIONS**

**C. BRETT VAUGHN**, hereby certify as follows:

1. I am an attorney at law within the State of Kansas with the Hollis Law Firm, P.A., and serve as a Court-appointed Member of the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this certification in support of Plaintiffs' motion to exclude the testimony of Jason O. Clevenger.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Sanjay Singh's May 21, 2021 821:15-822:5 excerpts.

3. Attached hereto as **Exhibit B** is a true and accurate copy of APL-MDL-2875-0251669 at 793.

4. Attached hereto as **Exhibit C** is a true and accurate copy of APL-MDL-2875-0048766.

5. Attached hereto as **Exhibit D** is a true and accurate copy of APL-MDL-2875-0102832 at 835, 859-861.

6. Attached hereto as **Exhibit E** is a true and accurate copy of APL-MDL-2875-0135475.

7. Attached hereto as **Exhibit F** is a true and accurate copy of APL-MDL-2875-0076155 at 173.

Dated: May 3, 2022                                 Respectfully Submitted,

By: /s/ C. Brett Vaughn
C. Brett Vaughn RN, BSN, JD
**Hollis Law Firm**
8101 College Blvd, Suite 260
Overland Park, KS 66210
Phone: 913-385-5400
Fax: 913-385-5402
Email: Brett@HollisLawFirm.com