# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 102.1, Melissa S. Geller of the law firm of Duane Morris LLP will no longer represent and should be withdrawn as counsel of record for Defendants Huahai U.S. Inc.; Prinston Pharmaceutical Inc.; Solco Healthcare U.S. LLC; and Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP Defendants").

In addition, Melissa S. Geller requests that she be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification.

In support of such motion, the undersigned states the following:

1. ZHP Defendants are now represented in this multi-district litigation by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

2. This withdrawal will not affect any deadlines or cause any delay in this matter.

3. This withdrawal will cause no prejudice to any party, or to the Court.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: May 3, 2022

Respectfully submitted,

By: /s/ Melissa S. Geller

DUANE MORRIS LLP
Melissa S. Geller
1540 Broadway
New York, NY 10036
Tel.: (212) 692-1077
Fax: (973) 556-1562
MSGeller@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S.,Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*