# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER CLARIFYING SPECIAL MASTER ORDER NO. 64** |

## ORDER

**THIS MATTER,** having been opened to the Court by Wholesaler Defendants for entry of an order clarifying Special Master Order No. 64 pursuant to Wholesaler Defendants Rule 53 Motion and Memorandum in Support thereof, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2022

**ORDERED** as follows:

(1) The parties to meet and confer regarding Plaintiffs' March 17, 2022 letter; and

(2) Wholesalers to timely supplement their prior discovery responses in accord with the Rules of Civil Procedure; and

(3) Special Master Order No. 64 does not impose any new duty on Wholesalers to provide information regarding production or disclosure of defense or indemnification agreements beyond that which was previously requested by Plaintiffs and approved by the Court in Plaintiffs' prior discovery requests.

.

_____
Hon. Robert B. Kugler, U.S.D.J.