# EXHIBIT B

**From:** Jason M. Reefer <JMR@Pietragallo.com>
**Sent:** Thursday, April 14, 2022 11:15 AM
**To:** Christopher Geddis <CGeddis@mazieslater.com>; Frank H. Stoy <FHS@Pietragallo.com>; Vanaskie, Thomas I. <TIV@stevenslee.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DECValsartan@btlaw.com; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>; Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Subject:** [EXTERNAL]RE: Valsartan - Plaintiffs' Proposed Order

Dear Judge Vanaskie –

Please accept this email in lieu of a formal response to Plaintiffs' letter for the sake of expedience. Should the Court desire, Defendants will reduce this correspondence to a formal letter and file on the ECF docket to complete the record.

Defendants object to the entry of the Order in the form submitted by Plaintiffs, which had not previously been shared with or approved by Defense counsel. The use of the language "contaminated valsartan," in and of itself, is improper, which is why it was removed from the MDL caption by the JPML.

But more significantly, the proposed Order goes well beyond what was proposed at the April 13 status conference or contemplated when the Court granted Plaintiffs' request. Indeed, the relief referenced in Plaintiffs' agenda statement, ECF No. 2006, was that Defendants be "required to meet and confer on the issues raised in Plaintiffs' March 17, 2022 letter." Only during the conference itself did Plaintiffs first suggest a deadline of April 30, which the Court agreed to adopt.

However, the proposed Order goes well beyond the requirement that Defendants meet and confer. Indeed, Plaintiffs attempt to graft on a substantive mandate that "Defendants shall disclose to Plaintiffs any change in the status quo of such agreements, disputes, litigation, mediation, or arbitration; new demands to defend or indemnify; establishment of any new agreements; or any new dispute, litigation, mediation, or arbitration, without the need for Plaintiffs to make any further request."

None of this was raised in Plaintiffs' agenda statement, discussed at the conference, or approved by the Court. It would be entirely improper to resolve substantive disputes regarding the scope of disclosures required by Defendants before the issue is even raised and the meet-and-confer process (which Plaintiffs demand) has been completed.

Accordingly, Defendants object to the entry of the proposed Order submitted by Plaintiffs.

Respectfully submitted,

Jason M. Reefer


**Jason M. Reefer, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Office: (412) 263-1840 | Fax: (412) 263-4235
JMR@Pietragallo.com| BIO|vCard
Connect with me on LinkedIn:



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Thursday, April 14, 2022 10:25 AM
**To:** Frank H. Stoy <FHS@Pietragallo.com>; Vanaskie, Thomas I. <TIV@stevenslee.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DECValsartan@btlaw.com; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>; Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Subject:** [EXTERNAL]Valsartan - Plaintiffs' Proposed Order

Dear Judge Vanaskie,

Please see attached for the Letter from Adam M. Slater Enclosing Plaintiffs' Proposed Order Regarding Defendants' Defend and Indemnify Agreements and Disputes, as filed, together with a Word version of the proposed order.

Respectfully,
Chris


Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

2

**From:** Christopher Geddis
**Sent:** Tuesday, April 12, 2022 3:44 PM
**To:** Frank H. Stoy <FHS@Pietragallo.com>; Vanaskie, Thomas I. <TIV@stevenslee.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DECValsartan@btlaw.com; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>; Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Subject:** RE: Valsartan - April 13, 2022 Status Conference

Dear Judge Vanaskie,

Please see attached for Plaintiffs' agenda letter for tomorrow's status conference.

Best,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

**From:** Frank H. Stoy <FHS@Pietragallo.com>
**Sent:** Tuesday, April 12, 2022 3:42 PM
**To:** Vanaskie, Thomas I. <TIV@stevenslee.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; DECValsartan@btlaw.com; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>; Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Subject:** Valsartan - April 13, 2022 Status Conference

Dear Judge Vanaskie:

Please see the attached Position Statement submitted on behalf of the Defendants' Executive Committee in connection with the April 13, 2022 status conference. This document has also been filed electronically with the Court.

Respectfully submitted,
Frank

**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com| BIO|vCard

Connect with me on LinkedIn: 

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.