IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875<br>(RBK/SAK) |

# SPECIAL MASTER ORDER NO. 65

**AND NOW,** this 6th day of May, 2022, counsel having requested modification of the schedule for submission of *Daubert* motions regarding class certification motions, the addition of a deadline for reply briefs on such motions, and modification of the schedule for meeting and conferring on related motions to seal and the submission of motions and briefs on such motions to seal, and finding the requested modifications appropriate, **IT IS HEREBY ORDERED**:

1. No later than **May 25, 2022**, Plaintiffs shall file their response to the *Daubert* motion regarding class certification expert Edward Kaplan, M.D.

2. No later than **June 2, 2022,** Plaintiffs shall file their responses to *Daubert* motions regarding other class certification experts.

3. No later than **June 8, 2022,** Defendants shall file replies to responses to *Daubert* motions regarding class certification expert Edward Kaplan, M.D.

4. No later than **June 16, 2022,** Plaintiffs Defendants shall file replies to responses to *Daubert* motions regarding other class certification experts.

1

5. The deadlines for meeting and conferring and preparing motions to seal in connection with the class certification briefing shall run from the conclusion of the briefing on the *Daubert* motions regarding class certification experts on June 16, 2022.

>s/ Thomas I. Vanaskie
>Hon. Thomas I. Vanaskie (Ret.)
>Special Master