UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | |
|---|---|---|
| **IN RE: VALSARTAN, LOSARTAN,** | : | MDL No.: 2875 |
| **AND IRBESARTAN PRODUCTS** | : | Civil Case No.: 19-2875(RBK/JS) |
| **LIABILITY LITIGATION** | : | |
| | : | |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES | : | |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

Kindly withdraw my appearance as co-counsel on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc., in the above-titled action.

Dated:  May 9, 2022

By:      <u>*/s/ Kenneth Dzikowski*</u>
Kenneth Dzikowski
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932-0677
T: (973) 360-7900
dzikowskik@gtlaw.com

## **CERTIFICATE OF SERVICE**

I, Kenneth Dzikowski, Esq., hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document.


*/s/ Kenneth Dzikowski*
Kenneth Dzikowski, Esq.

Dated: May 9, 2022