```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


_____
                                    CIVIL ACTION NUMBER:
IN RE:  VALSARTAN, LOSARTAN,
                                    19-md-02875-RBK-TIV
AND IRBESARTAN PRODUCTS
                                    DISCOVERY CONFERENCE
LIABILITY LITIGATION

_____
        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey 08101
        Wednesday, February 16, 2022
        Commencing at 4:00 p.m.

B E F O R E:           THE HONORABLE THOMAS I. VANASKIE
                       (Ret.), SPECIAL MASTER

A P P E A R A N C E S:

     MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
     103 Eisenhower Parkway
     Roseland, New Jersey 07068
     For the Plaintiffs


     GOLOMB & HONIK, P.C.
     BY:  RUBEN HONIK, ESQUIRE
     1835 Market Street, Suite 2900
     Philadelphia, Pennsylvania 19103
     For the Plaintiffs


     KANNER & WHITELEY, LLC
     BY:  CONLEE S. WHITELEY, ESQUIRE
     701 Camp Street
     New Orleans, Louisiana 70130
     For the Plaintiffs

           Sharon Ricci, Official Court Reporter
                sharon.ricci.usdcnj@gmail.com
                      267-249-8780

  Proceedings recorded by mechanical stenography; transcript
           produced by computer-aided transcription.
```

```
 1
 2   A P P E A R A N C E S (Continued):
 3
         DUANE MORRIS LLP
 4       BY:  SETH A. GOLDBERG, ESQUIRE
         30 South 17th Street
 5       Philadelphia, Pennsylvania  19103
         For the Defendants, Prinston Pharmaceuticals,
 6       Solco Healthcare U.S. LLC, and
         Zhejiang Huahai Pharmaceuticals Ltd.
 7
 8       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
         BY:  JASON M. REEFER, ESQUIRE
 9       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania  15219
10       For the Defendant, Mylan Pharmaceuticals, Inc.
11
12   ALSO PRESENT:
13       LORETTA SMITH, ESQUIRE
         Judicial Law Clerk to The Honorable Robert B. Kugler
14
         Larry MacStravic, Courtroom Deputy
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  (PROCEEDINGS held through Zoom conference before The Honorable
 2  THOMAS I. VANASKIE, (Ret.) District Judge, at 4:00 p.m.)
 3           JUDGE VANASKIE:  Are we all set?  I take it we are.
 4  Please mute your microphones if you're not speaking.  This
 5  should be a relatively brief Zoom session.
 6           We have Sharon Ricci, our court reporter, present.
 7  Thank you, Sharon.
 8           And let's -- I think the only thing we need to talk
 9  about is some scheduling matters.  Are you addressing these
10  matters on behalf of the plaintiffs, Mr. Slater?
11           MR. SLATER:  Hello, Judge.  I think that Conlee
12  Whiteley is likely to at least at the outset.  I may add
13  something, but hopefully not.
14           JUDGE VANASKIE:  Okay.  All right.
15           Ms. Whiteley?
16           MS. WHITELEY:  Good afternoon, Your Honor.  We did
17  have a meet and confer with the defendants yesterday and
18  discussed some alternate dates in order to free up the week for
19  the Daubert hearings, and I believe that we've been able to
20  accept the alternate dates, all but one, although I do think
21  that there's a date possible.  We were just still trying to pin
22  it down sometime during the week of the 21st.  So it's
23  plaintiffs' position that we could stay on track for Daubert,
24  and I don't know if that's an argument for another day with a
25  different Judge, but that's the update from the plaintiffs'
```

1  perspective.
2          JUDGE VANASKIE:  All right.  And who's speaking on
3  behalf of the defense?
4          MR. REEFER:  My name is Jason Reefer, I represent
5  Mylan Pharmaceuticals, and for purposes of our conversation
6  today, the defense.
7          JUDGE VANASKIE:  Okay.  And what's your view?  Are
8  you --
9          MR. REEFER:  I am sorry, Judge Vanaskie.  I didn't
10 mean to interrupt you.
11         JUDGE VANASKIE:  No.  I was looking to get the defense
12 perspective on this matter.
13         Are you all in agreement on rescheduling the class
14 certification expert deps and moving forward for March 1st to
15 the 4th, I think it is?
16         MR. REEFER:  Well, Judge, I think we're halfway in
17 agreement, and sometimes that's better than -- it's better than
18 we sometimes do.
19         So maybe it would help if we took a step back for a
20 moment and just sort of reoriented ourselves, because from the
21 defendants' perspective there are sort of two separate but
22 related issues that we wanted to discuss with the Court.  And I
23 realize that the agenda statements were somewhat ambiguous.  I
24 think that was somewhat purposeful because the parties were
25 still engaging in a meet and confer through last night, so

1  there was some uncertainty whether or not we would reach
2  agreement on some or all of the issues.
3           So from the defendants' perspective, there does appear
4  to be agreement with the plaintiffs that deadlines relating to
5  the completion of class discovery, as well as the filing of
6  responses to Rule 23 motions and Rule 702 class motions need to
7  be set out, I believe, 14 to 21 days, depending on where the
8  final experts slot in on the calendar.  And so I think there's
9  agreement among the parties for that much.
10          I think where we might not have agreement is from the
11 defendants' perspective there -- it would be beneficial to the
12 parties and the Courts if there were a brief continuance of the
13 Rule 702 hearings, which are currently on calendar for March 1
14 through 4.
15          The reason for the defendants' position, Your Honor,
16 is that as currently situated, the parties are to serve or
17 exchange supplemental declarations on February 24th, and those
18 declarations are to serve as a de facto direct examination of
19 the proffered experts, and then those experts will be subject
20 to cross-examination and then perhaps redirect at the time of
21 the hearing.
22          You know, when you look at the calendar, Judge,
23 February 24 is next Thursday, March 1 is the following Tuesday,
24 which would mean that between disclosure of the supplemental
25 declarations and the potential beginning of the Daubert

1  hearings, you have just two business days.  So from the
2  defendants' perspective, it would be beneficial to the orderly
3  presentation of argument and evidence during the hearings if
4  there were a continuance of those Rule 702 hearings until later
5  in March or early April.
6          So that's sort of the long and the short of it.  To be
7  clear, Ms. Whiteley communicated that the plaintiffs are not
8  willing to join the request to continue the Rule 702 hearings,
9  but there does seem to be agreement on the need to move the
10 briefing deadlines and discovery deadlines for class
11 certification.
12         JUDGE VANASKIE:  All right.  Thank you.
13         Ms. Whiteley?
14         MS. WHITELEY:  Yes, Your Honor.  We did agree to move
15 all of the dates, because they are staggered and they relate to
16 one another, up to 14 days.  If a deposition needs to be taken
17 a day out of turn, I don't think it would mess up that
18 schedule.  It would be one of defendants' depositions of their
19 experts and it shouldn't affect their ability to file their
20 briefs.  But that's our --
21         JUDGE VANASKIE:  All right. And Judge Kugler has been
22 made aware of the request to push back the dates for the
23 Daubert hearings and has some flexibility on that score.  I
24 wanted to suggest the possibility of moving the hearings so
25 that they would commence on March 28th and conclude by April

1  1st.  There may even be some more flexibility there too, but
2  not beyond April 1st.  They have to be concluded by then.
3            Does that mess up everything if we were to push them
4  back now to the 28th to the 1st?
5            MR. SLATER:  Hello, Your Honor.  Adam Slater.  If I
6  could jump in for a second?
7            JUDGE VANASKIE:  Certainly.
8            MR. SLATER:  I'm going to be on a plane out of the
9  country on April 1st, I can tell you that.  From the
10 plaintiffs' perspective, we're not really sure why the defense
11 is now asking for this continuance.  Everybody has understood
12 what the deadlines were since Judge Kugler told them to us.
13 Everybody on our side has been structuring our schedules for
14 the entire month of March around these dates.  We've gotten new
15 dates for depositions for some experts.
16           So we would have to do -- we would have to reengineer
17 our months basically.  We've left these periods of time open
18 for the hearings.  So the plaintiffs don't want to move these
19 dates because, again, we've relied on them and scheduled
20 ourselves.  I can tell you, I'm going on April 1st early in the
21 morning out of the country on a vacation.  My first time on an
22 airplane since COVID started, so I'm very excited about it.
23 But -- and I'm sure that other people have similar issues.
24           JUDGE VANASKIE:  Yes, I have to confess, I just got
25 back from St. Thomas yesterday after four days there, so -- it

1  wasn't long, but it was nice.
2          MR. GOLDBERG:  Your Honor, I --
3          JUDGE VANASKIE:  Yes.  Go ahead, Mr. Goldberg.  Yes.
4          MR. GOLDBERG:  I do think two points there are
5  important to point out.  I think under the current schedule we
6  would have all of the expert depositions completed by March
7  28th.  It looks like we'll have them done by March 25th.  So if
8  we needed to move it up a day or two to accommodate Mr. Slater,
9  that would, I'm sure, be fine.
10         I do think a point about what Mr. Reefer was saying is
11 especially for those parties with foreign defendants, having a
12 day or two in between getting the declarations and doing the
13 Daubert hearing is really not enough time to make progress in
14 terms of communicating with our clients on these.
15         I do think the schedule that the parties agreed to in
16 terms of the class cert expert deps can be accomplished and it
17 will provide for an orderly flow of things to complete those
18 deps, do the Daubert hearing and then do the class
19 certification briefing.
20         JUDGE VANASKIE:  All right.  Thank you, Mr. Goldberg.
21         Anything else on this issue?
22         (No response.)
23         JUDGE VANASKIE:  What I propose to do is to let Judge
24 Kugler know of the conversation that occurred on this
25 particular matter.  As I said, I do understand that he has some

1  flexibility between March 23rd and April 1st.  Obviously, we
2  wouldn't, Mr. Slater, interfere with your April 1st plans, but
3  it may be that he will be inclined to have the hearing start
4  around March 23rd and conclude by March 31st.  But I can't
5  promise that at this time.  I think ultimately that's Judge
6  Kugler's call to make.
7         But I did want you to know that he was aware of the
8  request and had provided information indicating there is some
9  flexibility there.  But once he gets into April, his schedule
10 is completely filled up, so it would have to be completed now
11 by March 31st.
12        MR. HONIK:  Your Honor, this is Mr. Honik.  I think I
13 have bad audio.
14        Can you hear me okay?
15        JUDGE VANASKIE:  I can hear you fine.
16        MR. HONIK:  Thank you, sir.  Judge, at the risk of
17 maybe underscoring something that may not have come up
18 directly, part of the calculus in relying upon the earlier
19 March dates has to do with the experts themselves.  We're in
20 the midst now of identifying what declarations we'll be
21 preparing and serving and, of course, part of the calculus
22 there is having those experts available.
23        So I just want to point out the obvious, that it's not
24 often as simple as snapping one's fingers to have these experts
25 available, and certainly we've been working under the

1  assumption that it's going to be the first week in March.
2  That's point number one.
3         If we start as early as March 23rd, that's already
4  going to interfere with an important deposition I'm taking of a
5  key defense class expert on March 25th.  So relying upon the
6  first week of March, we have already moved certain depositions,
7  very important ones, I dare say, to that third week in March,
8  which may have to be further changed, further complicating the
9  March schedule.  So I just wanted to point that out to Your
10 Honor as well.
11        JUDGE VANASKIE:  All right.  Well, I don't think
12 there's anything that I can decide on this matter.  I think
13 ultimately that's Judge Kugler's decision to make.
14        I will ask Sharon if she can prepare the transcript
15 from today's call so that we can get Judge Kugler's views.
16 Unless -- I know that I have Loretta Smith on this Zoom
17 session.  Unless she thinks that we should try to bring in
18 Judge Kugler now.
19        THE LAW CLERK:  In speaking with Judge Kugler today,
20 Judge Vanaskie, he was fine with your taking the lead on this,
21 unless you want him to join in the conversation.
22        I just have one thing I'd like to add to tell to the
23 parties.  Judge Kugler is actually flexible to March 1st --
24 excuse me, March 21st.  So the week of March 21st all the way
25 to March 31st he can shift some things and give you space, and

1  that's the best he can do.
2          If that will work for you, you guys will have to make
3  decisions between you and among you, but that's what he can do.
4  So think of March 21st.
5          MR. SLATER:  Thank you.  And, Judge, I can tell
6  you -- it's Adam Slater -- we literally, based on the meet and
7  confer, just rescheduled a bunch of defense experts to March
8  21, March 25, etcetera, so they wouldn't be packed around the
9  schedule of dates.
10         JUDGE VANASKIE:  Yeah.  It may be that it's too late
11 to adjust the Daubert hearings schedule.  I -- go ahead.
12         Is that Mr. Goldberg?
13         MR. GOLDBERG:  Your Honor, I do think we can go back
14 to those original deposition dates.  We had deposition dates
15 set for March 3rd, we can go forward with that date.  We had a
16 deposition date set for February 27th, we can go with that
17 date.
18         I don't think we are locked in.  Just as we were able
19 to shift some things today, I think we're happy to go back to
20 the experts to see if we can work things around, and it sounds
21 like Judge Kugler has flexibility to work some things around.
22 These things don't have to happen necessarily on consecutive
23 days or in one session.
24         But it really will afford for a more orderly process
25 to have this Daubert hearing coming after these depositions,

1  and we're happy to work with plaintiffs to try to find those
2  dates.
3           MR. HONIK:  Your Honor, I would point out it's two
4  weeks away, and based on our conversations and reliance on the
5  schedule we were given by the Court, if what we -- if we do
6  what Seth is proposing, I, personally, for example, and this is
7  just one lawyer, would have four depositions in the span of
8  about seven days if we move them all back to the way they
9  were.  I mean, there are lots of humans involved in these
10 depositions.
11          And I just think it's completely unworkable at this
12 point to rejigger what Mr. Reefer said was our agreement.
13 We've moved things to the end of March for a reason and we did
14 that to accommodate other aspects of our schedule.  So it's not
15 such an easy plug and play.  And in as much as, you know, March
16 is two weeks away, I just don't see that we can do it.
17          MR. GOLDBERG:  We are -- I think what my understanding
18 is, we, the defendants, may have an expert witness that cannot
19 make it March 1st through 4th during the Daubert hearings, so
20 we'll have to move some things around then.
21          But, you know, moving the Daubert hearing four or five
22 weeks from now would give the parties enough time to find dates
23 for these depositions.  We were asked to do that before.  Those
24 dates are still good dates for many of these experts.  They
25 were on the schedule.  Plaintiffs asked for different dates, we

1  tried to accommodate those, and we can continue to try to
2  accommodate those deposition dates.
3          MR. HONIK:  Judge, I'm looking at the list.  There are
4  18 witnesses, 18 experts that have to be taken in this span of
5  time.  We have worked really hard to this point to get them
6  locked in.  We have dates for all these people at this point
7  that work, and we did it on reliance that March 1 through 4
8  would be the window to conduct the Daubert hearings.  And
9  that's only two weeks away.
10         So, in essence, Seth is proposing that we go
11 completely back to the drawing board with multiple lawyers'
12 schedules, with some instances the need to travel out of
13 state -- not always, but some of these -- and I just think it's
14 going to create a nightmare.
15         Mr. Reefer started the conference by saying we have
16 agreement in part with the plaintiffs, and what he was
17 referring to is we've now locked in the deposition dates for
18 these people.  And the only thing -- you know, it's not
19 convenient, obviously, for Mr. Goldberg and some of the
20 defendants to proceed on March 1 through 4, but we've known
21 this now for a month from the Court.  And I just -- I'm loathed
22 to think of the upset that this will cause, not least because
23 at the end of the month, you know, Mr. Slater is going out of
24 town, a number of us have other travel plans, I'm supposed to
25 be in front of the JPML at the end of March and I have to

1 prepare for that.
2     I'm really concerned at the level of disruption --
3 even though, generally speaking, we all would like a little
4 more time to prepare everything, I don't know how we're going
5 to do 18 depositions in the timeframe we're talking about and
6 create a new four-day or three-day period for Daubert hearings.
7 I just think --
8     JUDGE VANASKIE: Yeah, I understand. I understand the
9 problems facing both sides on this matter and I think all I can
10 do or I think the prudent thing for me to do is to let Judge
11 Kugler know of this discussion, have our court reporter prepare
12 the transcript pronto so you get an answer as quickly as
13 possible about whether the hearings will commence on the 1st
14 and go through the 4th or will be adjusted somewhat. That's
15 all I can say right now. All right?
16     MR. SLATER: Judge, I am sorry, if I could just add
17 one thing just to make sure you recall.
18     JUDGE VANASKIE: Sure.
19     MR. SLATER: I know Judge Kugler also told us the
20 14th, 15th and 16th were set aside in case a witness couldn't
21 appear that first week, so I just want to remind everybody that
22 we do have those few days that Judge Kugler said if someone
23 couldn't come March 1 to 4, that they could be presented those
24 three days too. So it does give some more flexibilities to the
25 parties.

1    That was already -- I had that on my calendar set
2    aside.  I think that's what Judge Kugler said, if someone
3    couldn't come that first week, he could have the witnesses
4    that can't come the first week come then as well.  If that
5    helps.
6             JUDGE VANASKIE:  Yeah.  Well, I think there is some
7    flexibility.  And maybe with that understanding, I would urge
8    you, both sides, to continue to have a dialogue about what
9    might be doable here in this window of time between March 1st
10   and March 31st to both allow the depositions to be taken and
11   the Daubert hearings to be conducted.
12            If you need time on the class certification papers,
13   that part of it, the motion, the briefs, etcetera, that can
14   always be adjusted, and the dates for the depositions likely
15   can be adjusted.
16            I think that's about all we can accomplish right now.
17   We understand both sides' concerns and they are substantial.
18   When it comes to scheduling matters involving this many people,
19   it gets really complex.  And to adjust something just two weeks
20   before the hearing is supposed to begin is difficult, we
21   understand that, but all I can do right now is bring this
22   matter to the attention of Judge Kugler.  And you'll be hearing
23   from him shortly.  But in the meantime, if you all could reach
24   some agreement on this, that would make the decision easier for
25   all of us.  All right?  So I'd urge you to continue to have

```
 1  dialogue.  Okay.
 2          Anything else for today for the good of the order?
 3          (No response.)
 4          JUDGE VANASKIE:  All right.  Thank you all very much.
 5          (Matter adjourned at 4:29 p.m.)
 6
 7
 8            - - - - - - - - - - - - - - - -
 9
10          I certify that the foregoing is a correct transcript
11  from the record of proceedings in the above-entitled matter.
12
13  /S/ Sharon Ricci, RMR, CRR
    Official Court Reporter
14
15  February 16, 2022
          Date
16
17
18
19
20
21
22
23
24
25
```

/

**/S** [1] - 16:13

**0**

**07068** [1] - 1:14
**08101** [1] - 1:8

**1**

**1** [5] - 5:13, 5:23, 13:7, 13:20, 14:23
**103** [1] - 1:14
**14** [2] - 5:7, 6:16
**14th** [1] - 14:20
**15219** [1] - 2:9
**15th** [1] - 14:20
**16** [2] - 1:9, 16:15
**16th** [1] - 14:20
**17th** [1] - 2:4
**18** [3] - 13:4, 14:5
**1835** [1] - 1:17
**19-md-02875-RBK-TIV** [1] - 1:4
**19103** [2] - 1:18, 2:5
**1st** [12] - 4:14, 7:1, 7:2, 7:4, 7:9, 7:20, 9:1, 9:2, 10:23, 12:19, 14:13, 15:9

**2**

**2022** [2] - 1:9, 16:15
**21** [2] - 5:7, 11:8
**21st** [4] - 3:22, 10:24, 11:4
**23** [1] - 5:6
**23rd** [3] - 9:1, 9:4, 10:3
**24** [1] - 5:23
**24th** [1] - 5:17
**25** [1] - 11:8
**25th** [2] - 8:7, 10:5
**267-249-8780** [1] - 1:24
**27th** [1] - 11:16
**28th** [3] - 6:25, 7:4, 8:7
**2900** [1] - 1:17

**3**

**30** [1] - 2:4
**31st** [4] - 9:4, 9:11, 10:25, 15:10
**38th** [1] - 2:9
**3rd** [1] - 11:15

**4**

**4** [4] - 5:14, 13:7, 13:20, 14:23
**4:00** [2] - 1:9, 3:2
**4:29** [1] - 16:5
**4th** [4] - 1:8, 4:15, 12:19, 14:14

**7**

**701** [1] - 1:21
**70130** [1] - 1:21
**702** [4] - 5:6, 5:13, 6:4, 6:8

**A**

**ability** [1] - 6:19
**able** [2] - 3:19, 11:18
**above-entitled** [1] - 16:11
**accept** [1] - 3:20
**accommodate** [4] - 8:8, 12:14, 13:1, 13:2
**accomplish** [1] - 15:16
**accomplished** [1] - 8:16
**ACTION** [1] - 1:3
**Adam** [2] - 7:5, 11:6
**ADAM** [1] - 1:13
**add** [3] - 3:12, 10:22, 14:16
**addressing** [1] - 3:9
**adjourned** [1] - 16:5
**adjust** [2] - 11:11, 15:19
**adjusted** [3] - 14:14, 15:14, 15:15
**affect** [1] - 6:19
**afford** [1] - 11:24
**afternoon** [1] - 3:16
**agenda** [1] - 4:23
**agree** [1] - 6:14
**agreed** [1] - 8:15
**agreement** [10] - 4:13, 4:17, 5:2, 5:4, 5:9, 5:10, 6:9, 12:12, 13:16, 15:24
**ahead** [2] - 8:3, 11:11
**aided** [1] - 1:25
**airplane** [1] - 7:22
**ALFANO** [1] - 2:8
**allow** [1] - 15:10
**ALSO** [1] - 2:12
**alternate** [2] - 3:18, 3:20
**ambiguous** [1] - 4:23
**AND** [1] - 1:5
**answer** [1] - 14:12
**appear** [2] - 5:3, 14:21
**April** [8] - 6:5, 6:25, 7:2, 7:9, 7:20, 9:1, 9:2, 9:9
**argument** [1] - 3:24, 6:3
**aside** [2] - 14:20, 15:2
**aspects** [1] - 12:14
**assumption** [1] - 10:1
**attention** [1] - 15:22
**audio** [1] - 9:13
**available** [2] - 9:22, 9:25
**aware** [2] - 6:22, 9:7

**B**

**bad** [1] - 9:13
**based** [2] - 11:6, 12:4
**begin** [1] - 15:20
**beginning** [1] - 5:25
**behalf** [2] - 3:10, 4:3
**beneficial** [2] - 5:11, 6:2
**best** [1] - 11:1
**better** [2] - 4:17
**between** [5] - 5:24, 8:12, 9:1, 11:3, 15:9
**beyond** [1] - 7:2
**board** [1] - 13:11
**BOSICK** [1] - 2:8
**brief** [2] - 3:5, 5:12
**briefing** [2] - 6:10, 8:19
**briefs** [2] - 6:20, 15:13
**bring** [2] - 10:17, 15:21
**Building** [1] - 1:7
**bunch** [1] - 11:7
**business** [1] - 6:1
**BY** [5] - 1:13, 1:17, 1:20, 2:4, 2:8

**C**

**calculus** [2] - 9:18, 9:21
**calendar** [4] - 5:8, 5:13, 5:22, 15:1
**Camden** [1] - 1:8
**Camp** [1] - 1:21
**cannot** [1] - 12:18
**case** [1] - 14:20
**Centre** [1] - 2:9
**cert** [1] - 8:16
**certain** [1] - 10:6
**certainly** [2] - 7:7, 9:25
**certification** [4] - 4:14, 6:11, 8:19, 15:12
**certify** [1] - 16:10
**changed** [1] - 10:8
**CIVIL** [1] - 1:3
**class** [8] - 4:13, 5:5, 5:6, 6:10, 8:16, 8:18, 10:5, 15:12
**clear** [1] - 6:7
**Clerk** [1] - 2:13
**CLERK** [1] - 10:19
**clients** [1] - 8:14
**Cohen** [1] - 1:7
**coming** [1] - 11:25
**commence** [2] - 6:25, 14:13
**Commencing** [1] - 1:9
**communicated** [1] - 6:7
**communicating** [1] - 8:14
**complete** [1] - 8:17
**completed** [2] - 8:6, 9:10
**completely** [3] - 9:10, 12:11, 13:11
**completion** [1] - 5:5
**complex** [1] - 15:19
**complicating** [1] - 10:8
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concerned** [1] - 14:2
**concerns** [1] - 15:17
**conclude** [2] - 6:25, 9:4
**concluded** [1] - 7:2
**conduct** [1] - 13:8
**conducted** [1] - 15:11
**confer** [3] - 3:17, 4:25, 11:7
**CONFERENCE** [1] - 1:5
**conference** [2] - 3:1, 13:15
**confess** [1] - 7:24
**CONLEE** [1] - 1:20
**Conlee** [1] - 3:11
**consecutive** [1] - 11:22
**continuance** [3] - 5:12, 6:4, 7:11
**continue** [4] - 6:8, 13:1, 15:8, 15:25
**Continued** [1] - 2:2
**convenient** [1] - 13:19
**conversation** [3] - 4:5, 8:24, 10:21
**conversations** [1] - 12:4
**Cooper** [1] - 1:8
**correct** [1] - 16:10
**country** [2] - 7:9, 7:21
**course** [1] - 9:21
**court** [2] - 3:6, 14:11
**Court** [5] - 1:23, 4:22, 12:5, 13:21, 16:13
**COURT** [1] - 1:1
**Courthouse** [1] - 1:7
**Courtroom** [1] - 2:14
**Courts** [1] - 5:12
**COVID** [1] - 7:22
**create** [2] - 13:14, 14:6
**cross** [1] - 5:20
**cross-examination** [1] - 5:20
**CRR** [1] - 16:13
**current** [1] - 8:5

**D**

**dare** [1] - 10:7
**date** [4] - 3:21, 11:15, 11:16, 11:17
**Date** [1] - 16:15
**dates** [20] - 3:18, 3:20, 6:15, 6:22, 7:14, 7:15, 7:19, 9:19, 11:9, 11:14, 12:2, 12:22, 12:24, 12:25, 13:2, 13:6, 13:17, 15:14
**Daubert** [13] - 3:19, 3:23, 5:25, 6:23, 8:13, 8:18, 11:11, 11:25, 12:19, 12:21, 13:8, 14:6, 15:11
**days** [8] - 5:7, 6:1, 6:16, 7:25, 11:23, 12:8, 14:22, 14:24
**de** [1] - 5:18
**deadlines** [4] - 5:4, 6:10, 7:12
**decide** [1] - 10:12
**decision** [2] - 10:13, 15:24
**decisions** [1] - 11:3
**declarations** [5] - 5:17, 5:18, 5:25, 8:12, 9:20
**Defendant** [1] - 2:10
**Defendants** [1] - 2:5
**defendants** [4] - 3:17, 8:11, 12:18, 13:20
**defendants'** [6] - 4:21, 5:3, 5:11, 5:15, 6:2, 6:18
**defense** [6] - 4:3, 4:6, 4:11, 7:10, 10:5, 11:7
**deposition** [7] - 6:16, 10:4, 11:14, 11:16,

13:2, 13:17
**depositions** [11] - 6:18, 7:15, 8:6, 10:6, 11:25, 12:7, 12:10, 12:23, 14:5, 15:10, 15:14
**deps** [3] - 4:14, 8:16, 8:18
**Deputy** [1] - 2:14
**dialogue** [2] - 15:8, 16:1
**different** [2] - 3:25, 12:25
**difficult** [1] - 15:20
**direct** [1] - 5:18
**directly** [1] - 9:18
**disclosure** [1] - 5:24
**DISCOVERY** [1] - 1:5
**discovery** [2] - 5:5, 6:10
**discuss** [1] - 4:22
**discussed** [1] - 3:18
**discussion** [1] - 14:11
**disruption** [1] - 14:2
**District** [1] - 3:2
**DISTRICT** [2] - 1:1, 1:1
**doable** [1] - 15:9
**done** [1] - 8:7
**down** [1] - 3:22
**drawing** [1] - 13:11
**DUANE** [1] - 2:3
**during** [3] - 3:22, 6:3, 12:19

### E

**early** [3] - 6:5, 7:20, 10:3
**easier** [1] - 15:24
**easy** [1] - 12:15
**Eisenhower** [1] - 1:14
**end** [3] - 12:13, 13:23, 13:25
**engaging** [1] - 4:25
**entire** [1] - 7:14
**entitled** [1] - 16:11
**especially** [1] - 8:11
**ESQUIRE** [6] - 1:13, 1:17, 1:20, 2:4, 2:8, 2:13
**essence** [1] - 13:10
**etcetera** [2] - 11:8, 15:13
**evidence** [1] - 6:3
**examination** [2] - 5:18, 5:20
**example** [1] - 12:6
**exchange** [1] - 5:17
**excited** [1] - 7:22

**excuse** [1] - 10:24
**expert** [5] - 4:14, 8:6, 8:16, 10:5, 12:18
**experts** [12] - 5:8, 5:19, 6:19, 7:15, 9:19, 9:22, 9:24, 11:7, 11:20, 12:24, 13:4

### F

**facing** [1] - 14:9
**facto** [1] - 5:18
**February** [5] - 1:9, 5:17, 5:23, 11:16, 16:15
**few** [1] - 14:22
**file** [1] - 6:19
**filing** [1] - 5:5
**filled** [1] - 9:10
**final** [1] - 5:8
**fine** [3] - 8:9, 9:15, 10:20
**fingers** [1] - 9:24
**first** [6] - 7:21, 10:1, 10:6, 14:21, 15:3, 15:4
**five** [1] - 12:21
**flexibilities** [1] - 14:24
**flexibility** [6] - 6:23, 7:1, 9:1, 9:9, 11:21, 15:7
**flexible** [1] - 10:23
**Floor** [1] - 2:9
**flow** [1] - 8:17
**following** [1] - 5:23
**FOR** [1] - 1:1
**foregoing** [1] - 16:10
**foreign** [1] - 8:11
**forward** [2] - 4:14, 11:15
**four** [4] - 7:25, 12:7, 12:21, 14:6
**four-day** [1] - 14:6
**free** [1] - 3:18
**FREEMAN** [1] - 1:13
**front** [1] - 13:25

### G

**generally** [1] - 14:3
**given** [1] - 12:5
**GOLDBERG** [5] - 2:4, 8:2, 8:4, 11:13, 12:17
**Goldberg** [4] - 8:3, 8:20, 11:12, 13:19
**GOLOMB** [1] - 1:16
**GORDON** [1] - 2:8
**guys** [1] - 11:2

### H

**halfway** [1] - 4:16
**happy** [2] - 11:19, 12:1
**hard** [1] - 13:5
**Healthcare** [1] - 2:6
**hear** [2] - 9:14, 9:15
**hearing** [8] - 5:21, 8:13, 8:18, 9:3, 11:25, 12:21, 15:20, 15:22
**hearings** [15] - 3:19, 5:13, 6:1, 6:3, 6:4, 6:8, 6:23, 6:24, 7:18, 11:11, 12:19, 13:8, 14:6, 14:13, 15:11
**held** [1] - 3:1
**hello** [2] - 3:11, 7:5
**help** [1] - 4:19
**helps** [1] - 15:5
**HONIK** [6] - 1:16, 1:17, 9:12, 9:16, 12:3, 13:3
**honik** [1] - 9:12
**Honor** [9] - 3:16, 5:15, 6:14, 7:5, 8:2, 9:12, 10:10, 11:13, 12:3
**HONORABLE** [1] - 1:10
**Honorable** [2] - 2:13, 3:1
**hopefully** [1] - 3:13
**Huahai** [1] - 2:6
**humans** [1] - 12:9

### I

**identifying** [1] - 9:20
**important** [3] - 8:5, 10:4, 10:7
**IN** [1] - 1:4
**Inc** [1] - 2:10
**inclined** [1] - 9:3
**indicating** [1] - 9:8
**information** [1] - 9:8
**instances** [1] - 13:12
**interfere** [2] - 9:2, 10:4
**interrupt** [1] - 4:10
**involved** [1] - 12:9
**involving** [1] - 15:18
**IRBESARTAN** [1] - 1:5
**issue** [1] - 8:21
**issues** [3] - 4:22, 5:2, 7:23

### J

**JASON** [1] - 2:8

**Jason** [1] - 4:4
**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**join** [2] - 6:8, 10:21
**JPML** [1] - 13:25
**Judge** [26] - 3:2, 3:11, 3:25, 4:9, 4:16, 5:22, 6:21, 7:12, 8:23, 9:5, 9:16, 10:13, 10:15, 10:18, 10:19, 10:20, 10:23, 11:5, 11:21, 13:3, 14:10, 14:16, 14:19, 14:22, 15:2, 15:22
**JUDGE** [19] - 3:3, 3:14, 4:2, 4:7, 4:11, 6:12, 6:21, 7:7, 7:24, 8:3, 8:20, 8:23, 9:15, 10:11, 11:10, 14:8, 14:18, 15:6, 16:4
**Judicial** [1] - 2:13
**jump** [1] - 7:6

### K

**KANNER** [1] - 1:20
**KATZ** [1] - 1:13
**key** [1] - 10:5
**known** [1] - 13:20
**Kugler** [13] - 2:13, 6:21, 7:12, 8:24, 10:18, 10:19, 10:23, 11:21, 14:11, 14:19, 14:22, 15:2, 15:22
**Kugler's** [3] - 9:6, 10:13, 10:15

### L

**larry** [1] - 2:14
**last** [1] - 4:25
**late** [1] - 11:10
**Law** [1] - 2:13
**LAW** [1] - 10:19
**lawyer** [1] - 12:7
**lawyers'** [1] - 13:11
**lead** [1] - 10:20
**least** [2] - 3:12, 13:22
**left** [1] - 7:17
**level** [1] - 14:2
**LIABILITY** [1] - 1:6
**likely** [2] - 3:12, 15:14
**list** [1] - 13:3
**literally** [1] - 11:6
**LITIGATION** [1] - 1:6
**LLC** [3] - 1:13, 1:20, 2:6
**LLP** [2] - 2:3, 2:8
**loathed** [1] - 13:21
**locked** [3] - 11:18,

13:6, 13:17
**look** [1] - 5:22
**looking** [2] - 4:11, 13:3
**looks** [1] - 8:7
**LORETTA** [1] - 2:13
**Loretta** [1] - 10:16
**LOSARTAN** [1] - 1:4
**Louisiana** [1] - 1:21
**Ltd** [1] - 2:6

### M

**MacStravic** [1] - 2:14
**March** [36] - 4:14, 5:13, 5:23, 6:5, 6:25, 7:14, 8:6, 8:7, 9:1, 9:4, 9:11, 9:19, 10:1, 10:3, 10:5, 10:6, 10:7, 10:9, 10:23, 10:24, 10:25, 11:4, 11:7, 11:8, 11:15, 12:13, 12:15, 12:19, 13:7, 13:20, 13:25, 14:23, 15:9, 15:10
**Market** [1] - 1:17
**MASTER** [1] - 1:11
**Matter** [1] - 16:5
**matter** [6] - 4:12, 8:25, 10:12, 14:9, 15:22, 16:11
**matters** [3] - 3:9, 3:10, 15:18
**MAZIE** [1] - 1:13
**mean** [3] - 4:10, 5:24, 12:9
**meantime** [1] - 15:23
**mechanical** [1] - 1:25
**meet** [3] - 3:17, 4:25, 11:6
**mess** [2] - 6:17, 7:3
**microphones** [1] - 3:4
**midst** [1] - 9:20
**might** [2] - 5:10, 15:9
**Mitchell** [1] - 1:7
**moment** [1] - 4:20
**month** [3] - 7:14, 13:21, 13:23
**months** [1] - 7:17
**morning** [1] - 7:21
**MORRIS** [1] - 2:3
**motion** [1] - 15:13
**motions** [2] - 5:6
**move** [6] - 6:9, 6:14, 7:18, 8:8, 12:8, 12:20
**moved** [2] - 10:6, 12:13
**moving** [3] - 4:14, 6:24, 12:21

**MR** [17] - 3:11, 4:4, 4:9, 4:16, 7:5, 7:8, 8:2, 8:4, 9:12, 9:16, 11:5, 11:13, 12:3, 12:17, 13:3, 14:16, 14:19
**MS** [2] - 3:16, 6:14
**multiple** [1] - 13:11
**mute** [1] - 3:4
**Mylan** [2] - 2:10, 4:5

**N**

**name** [1] - 4:4
**necessarily** [1] - 11:22
**need** [5] - 3:8, 5:6, 6:9, 13:12, 15:12
**needed** [1] - 8:8
**needs** [1] - 6:16
**NEW** [1] - 1:1
**new** [2] - 7:14, 14:6
**New** [3] - 1:8, 1:14, 1:21
**next** [1] - 5:23
**nice** [1] - 8:1
**night** [1] - 4:25
**nightmare** [1] - 13:14
**number** [2] - 10:2, 13:24
**NUMBER** [1] - 1:3

**O**

**obvious** [1] - 9:23
**obviously** [2] - 9:1, 13:19
**occurred** [1] - 8:24
**OF** [1] - 1:1
**Official** [2] - 1:23, 16:13
**often** [1] - 9:24
**once** [1] - 9:9
**One** [1] - 2:9
**one** [8] - 3:20, 6:16, 6:18, 10:2, 10:22, 11:23, 12:7, 14:17
**one's** [1] - 9:24
**ones** [1] - 10:7
**open** [1] - 7:17
**order** [2] - 3:18, 16:2
**orderly** [3] - 6:2, 8:17, 11:24
**original** [1] - 11:14
**Orleans** [1] - 1:21
**ourselves** [2] - 4:20, 7:20
**outset** [1] - 3:12
**Oxford** [1] - 2:9

**P**

**P.C** [1] - 1:16
**p.m** [3] - 1:9, 3:2, 16:5
**packed** [1] - 11:8
**papers** [1] - 15:12
**Parkway** [1] - 1:14
**part** [4] - 9:18, 9:21, 13:16, 15:13
**particular** [1] - 8:25
**parties** [9] - 4:24, 5:9, 5:12, 5:16, 8:11, 8:15, 10:23, 12:22, 14:25
**Pennsylvania** [3] - 1:18, 2:5, 2:9
**people** [4] - 7:23, 13:6, 13:18, 15:18
**perhaps** [1] - 5:20
**period** [1] - 14:6
**periods** [1] - 7:17
**personally** [1] - 12:6
**perspective** [7] - 4:1, 4:12, 4:21, 5:3, 5:11, 6:2, 7:10
**Pharmaceuticals** [4] - 2:5, 2:6, 2:10, 4:5
**Philadelphia** [2] - 1:18, 2:5
**PIETRAGALLO** [1] - 2:8
**pin** [1] - 3:21
**Pittsburgh** [1] - 2:9
**Plaintiffs** [3] - 1:15, 1:18, 1:22
**plaintiffs** [7] - 3:10, 5:4, 6:7, 7:18, 12:1, 12:25, 13:16
**plaintiffs'** [3] - 3:23, 3:25, 7:10
**plane** [1] - 7:8
**plans** [2] - 9:2, 13:24
**play** [1] - 12:15
**plug** [1] - 12:15
**point** [9] - 8:5, 8:10, 9:23, 10:2, 10:9, 12:3, 12:12, 13:5, 13:6
**points** [1] - 8:4
**position** [2] - 3:23, 5:15
**possibility** [1] - 6:24
**possible** [2] - 3:21, 14:13
**potential** [1] - 5:25
**prepare** [4] - 10:14, 14:1, 14:4, 14:11
**preparing** [1] - 9:21
**PRESENT** [1] - 2:12
**present** [1] - 3:6
**presentation** [1] - 6:3
**presented** [1] - 14:23
**Prinston** [1] - 2:5
**problems** [1] - 14:9
**proceed** [1] - 13:20
**PROCEEDINGS** [1] - 3:1
**proceedings** [1] - 16:11
**Proceedings** [1] - 1:25
**process** [1] - 11:24
**produced** [1] - 1:25
**PRODUCTS** [1] - 1:5
**proffered** [1] - 5:19
**progress** [1] - 8:13
**promise** [1] - 9:5
**pronto** [1] - 14:12
**propose** [1] - 8:23
**proposing** [2] - 12:6, 13:10
**provide** [1] - 8:17
**provided** [1] - 9:8
**prudent** [1] - 14:10
**purposeful** [1] - 4:24
**purposes** [1] - 4:5
**push** [2] - 6:22, 7:3

**Q**

**quickly** [1] - 14:12

**R**

**RASPANTI** [1] - 2:8
**RE** [1] - 1:4
**reach** [2] - 5:1, 15:23
**realize** [1] - 4:23
**really** [6] - 7:10, 8:13, 11:24, 13:5, 14:2, 15:19
**reason** [2] - 5:15, 12:13
**record** [1] - 16:11
**recorded** [1] - 1:25
**redirect** [1] - 5:20
**reefer** [2] - 8:10, 12:12
**REEFER** [4] - 2:8, 4:4, 4:9, 4:16
**Reefer** [2] - 4:4, 13:15
**reengineer** [1] - 7:16
**referring** [1] - 13:17
**rejigger** [1] - 12:12
**relate** [1] - 6:15
**related** [1] - 4:22
**relating** [1] - 5:4
**relatively** [1] - 3:5
**reliance** [2] - 12:4, 13:7
**relied** [1] - 7:19
**relying** [2] - 9:18, 10:5
**remind** [1] - 14:21
**reoriented** [1] - 4:20
**reporter** [2] - 3:6, 14:11
**Reporter** [2] - 1:23, 16:13
**represent** [1] - 4:4
**request** [3] - 6:8, 6:22, 9:8
**rescheduled** [1] - 11:7
**rescheduling** [1] - 4:13
**response** [2] - 8:22, 16:3
**responses** [1] - 5:6
**Ret** [2] - 1:11, 3:2
**Ricci** [3] - 1:23, 3:6, 16:13
**risk** [1] - 9:16
**RMR** [1] - 16:13
**Robert** [1] - 2:13
**Roseland** [1] - 1:14
**RUBEN** [1] - 1:17
**Rule** [5] - 5:6, 5:13, 6:4, 6:8

**S**

**schedule** [10] - 6:18, 8:5, 8:15, 9:9, 10:9, 11:9, 11:11, 12:5, 12:14, 12:25
**scheduled** [1] - 7:19
**schedules** [2] - 7:13, 13:12
**scheduling** [2] - 3:9, 15:18
**score** [1] - 6:23
**second** [1] - 7:6
**see** [2] - 11:20, 12:16
**seem** [1] - 6:9
**separate** [1] - 4:21
**serve** [2] - 5:16, 5:18
**serving** [1] - 9:21
**session** [3] - 3:5, 10:17, 11:23
**set** [6] - 3:3, 5:7, 11:15, 11:16, 14:20, 15:1
**Seth** [2] - 12:6, 13:10
**SETH** [1] - 2:4
**seven** [1] - 12:8
**Sharon** [5] - 1:23, 3:6, 3:7, 10:14, 16:13
**sharon.ricci.usdcnj@gmail.com** [1] - 1:23
**shift** [2] - 10:25, 11:19
**short** [1] - 6:6
**shortly** [1] - 15:23
**side** [1] - 7:13
**sides** [2] - 14:9, 15:8
**sides'** [1] - 15:17
**similar** [1] - 7:23
**simple** [1] - 9:24
**situated** [1] - 5:16
**SLATER** [8] - 1:13, 1:13, 3:11, 7:5, 7:8, 11:5, 14:16, 14:19
**slater** [1] - 3:10
**Slater** [5] - 7:5, 8:8, 9:2, 11:6, 13:23
**slot** [1] - 5:8
**Smith** [1] - 10:16
**SMITH** [1] - 2:13
**snapping** [1] - 9:24
**Solco** [1] - 2:6
**someone** [2] - 14:22, 15:2
**sometime** [1] - 3:22
**sometimes** [2] - 4:17, 4:18
**somewhat** [3] - 4:23, 4:24, 14:14
**sorry** [2] - 4:9, 14:16
**sort** [3] - 4:20, 4:21, 6:6
**sounds** [1] - 11:20
**South** [1] - 2:4
**space** [1] - 10:25
**span** [2] - 12:7, 13:4
**speaking** [4] - 3:4, 4:2, 10:19, 14:3
**SPECIAL** [1] - 1:11
**St** [1] - 7:25
**staggered** [1] - 6:15
**start** [2] - 9:3, 10:3
**started** [2] - 7:22, 13:15
**state** [1] - 13:13
**statements** [1] - 4:23
**STATES** [1] - 1:1
**stay** [1] - 3:23
**stenography** [1] - 1:25
**step** [1] - 4:19
**still** [3] - 3:21, 4:25, 12:24
**Street** [3] - 1:17, 1:21, 2:4
**Streets** [1] - 1:8
**structuring** [1] - 7:13
**subject** [1] - 5:19
**substantial** [1] - 15:17
**suggest** [1] - 6:24
**Suite** [1] - 1:17
**supplemental** [2] - 5:17, 5:24
**supposed** [2] - 13:24,

15:20

### T

**terms** [2] - 8:14, 8:16
**THE** [3] - 1:1, 1:10, 10:19
**themselves** [1] - 9:19
**thinks** [1] - 10:17
**third** [1] - 10:7
**Thomas** [1] - 7:25
**THOMAS** [2] - 1:10, 3:2
**three** [2] - 14:6, 14:24
**three-day** [1] - 14:6
**Thursday** [1] - 5:23
**timeframe** [1] - 14:5
**today** [4] - 4:6, 10:19, 11:19, 16:2
**today's** [1] - 10:15
**took** [1] - 4:19
**town** [1] - 13:24
**track** [1] - 3:23
**transcript** [4] - 1:25, 10:14, 14:12, 16:10
**transcription** [1] - 1:25
**travel** [2] - 13:12, 13:24
**tried** [1] - 13:1
**try** [3] - 10:17, 12:1, 13:1
**trying** [1] - 3:21
**Tuesday** [1] - 5:23
**turn** [1] - 6:17
**two** [9] - 4:21, 6:1, 8:4, 8:8, 8:12, 12:3, 12:16, 13:9, 15:19

### U

**U.S** [2] - 1:7, 2:6
**ultimately** [2] - 9:5, 10:13
**uncertainty** [1] - 5:1
**under** [2] - 8:5, 9:25
**underscoring** [1] - 9:17
**understood** [1] - 7:11
**UNITED** [1] - 1:1
**unless** [3] - 10:16, 10:17, 10:21
**unworkable** [1] - 12:11
**up** [7] - 3:18, 6:16, 6:17, 7:3, 8:8, 9:10, 9:17
**update** [1] - 3:25
**upset** [1] - 13:22
**urge** [2] - 15:7, 15:25

### V

**vacation** [1] - 7:21
**VALSARTAN** [1] - 1:4
**Vanaskie** [2] - 4:9, 10:20
**VANASKIE** [21] - 1:10, 3:2, 3:3, 3:14, 4:2, 4:7, 4:11, 6:12, 6:21, 7:7, 7:24, 8:3, 8:20, 8:23, 9:15, 10:11, 11:10, 14:8, 14:18, 15:6, 16:4
**view** [1] - 4:7
**views** [1] - 10:15

### W

**Wednesday** [1] - 1:9
**week** [9] - 3:18, 3:22, 10:1, 10:6, 10:7, 10:24, 14:21, 15:3, 15:4
**weeks** [5] - 12:4, 12:16, 12:22, 13:9, 15:19
**WHITELEY** [4] - 1:20, 1:20, 3:16, 6:14
**Whiteley** [4] - 3:12, 3:15, 6:7, 6:13
**willing** [1] - 6:8
**window** [2] - 13:8, 15:9
**witness** [2] - 12:18, 14:20
**witnesses** [2] - 13:4, 15:3

### Y

**yesterday** [2] - 3:17, 7:25

### Z

**Zhejiang** [1] - 2:6
**Zoom** [3] - 3:1, 3:5, 10:16