**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| |
|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION |

NO. 1:19-MD-2875-RBK

**SUPPLEMENTAL EXPERT DECLARATION OF RENA CONTI, PH.D.**
**UPDATED CALCULATION OF THEORIES OF LIABILITY DAMAGES AND UNJUST**
**ENRICHMENT DAMAGES**

**SUPPLEMENTAL EXPERT DECLARATION OF RENA CONTI, PH.D.**
**UPDATED CALCULATION OF THEORIES OF LIABILITY DAMAGES AND UNJUST**
**ENRICHMENT DAMAGES**

1.      Plaintiffs' Counsel in this matter has provided me additional data from the Defendant

Retailers Kroger, Optum Rx, Rite-Aid, Walgreens, and Walmart, and asked that I incorporate

this data in my calculation of damages incurred by the Class of consumers. All assumptions,

methodologies, and damage categories described in my original report[1] remain the same. In

addition, all Manufacturer damage calculations remain unchanged, as do all calculations for the

Defendant Retailers not listed above, namely, Albertsons, CVS, and Express Scripts.

2.      As described in my original report, I calculated Defendant Retailer theories of liability

damages and unjust enrichment damages using Defendant Retailer pharmacy claims data.[2] Since

performing the analyses presented in my original report, I have received additional retailer

claims data. These new files, included in the updated calculations presented in this supplemental

report, comprise the following: Kroger sales data on a small number of additional NDCs from

2013-2019,[3] Optum Rx claims data from 2019,[4] Rite-Aid claims data from 2013-2019,[5]

Walgreens claims data from 2018,[6] and Walmart claims data from 2011-2019.[7] I have updated

my calculations of the relevant Retailer theories of liability damages and unjust enrichment

---

[1]  See Expert Report of Rena Conti, Ph.D., *in this matter*, November 11, 2021 (hereafter, "my original report").

[2]  See my original report, ¶ 78.

[3]  [KROG-000861 Restricted Confidential Information] Valsartan Sales - RFP 5 Supplement.xlsx.

[4]  Valsartan_Dispensing_Data_2019.xlsx.

[5]  Valsartan Sold Prescriptions RAD 2012 through 2019 (Supplemental NDC List).xlsx; Valsartan Sold Prescriptions RAD 2016 April.xlsx; Valsartan Sold Prescriptions RAD 2016 May.xlsx; Valsartan Sold Prescriptions RAD 2016 June.xlsx; Valsartan Sold Prescriptions RAD 2019Q1-2019Q4.xlsx.

[6]  000010_WALGREENS0001132.xlsx.

[7]  000114_Original1990439-n01.txt.

damages to include the additional at-issue Valsartan product claims contained in these files.



3.      In Supplemental Table 2, I present deduplicated, aggregate damages across both theories of liability for the Defendant Retailers. In Supplemental Table 3, I present deduplicated, aggregate unjust enrichment damages for the Defendant Retailers. These Tables are intended to replace the corresponding Tables in my original report.

**Supplemental Table 2**
**Aggregate Retailer Damages Across Both Theories of Liability[10]**

| Manufacturer Groups | Consumer Damages |
| --- | --- |
| ███ | ███ |
| ████ | █████ |
| | |
| | |
| | |
| | |
| | |
| ████ | ████ |
| | |
| ███ | ██ |

**Supplemental Table 3**
**Aggregate Retailer Unjust Enrichment Damages**

| Manufacturer Groups | Consumer Damages |
| --- | --- |
| ██ | ███ |
| ███ | ██ |
| | |
| ███ | ███ |
| | |
| | |
| | |
| ███ | ██ |

---

████████████████████████████████████

█████████████████████████████████

████████████████████████████████████

███████████████████████████████████

4.     I provide a breakdown of the updated Retailer damages by state for each Theory of Liability and for Unjust Enrichment in Attachments G, H, and I. These Attachments are intended to replace the corresponding Attachments presented in my original report. All other Attachments presented in my original report remain unchanged, so I do not reproduce them here.

*Rena Conti*

_____

Rena Conti

March 31, 2022



**ATTACHMENT G**

**Attachment G.1,** ████████████████████



**Attachment G.1,** 

**Attachment G.2,** █████████████



**Attachment G.2,** █████████████████████



Notes

**Attachment G.3,** ████████████████



**Attachment G.3,** ██████████████



**Attachment G.4,** ████████████████████



**Attachment G.4** ███████████████



ATTACHMENT H

**Attachment H.1,** 

**Attachment H.1,** █████████████████████████



**Attachment H.2,** 



**Attachment H.2,** 



**Attachment H.3,** 



**Attachment H.3,** ███████████████████████████



**Attachment H.4,**



**Attachment H.4,** 



**Attachment H.5,** 



**Attachment H.5,** ███████████████████



**Attachment H.6,** 



**Attachment H.6,** 



**Attachment H.7,** █████████████████



**Attachment H.7,** 





**Attachment H.8,** 



**Attachment H.8,** ███████████████████



**Attachment H.9,** 



**Attachment H.9,** ██████████████████



ATTACHMENT I

**Attachment I.1,** ▮▮▮▮▮▮▮▮▮▮▮▮



**Attachment I.1,**



**Attachment I.2,** 



**Attachment I.2,** 



**Attachment I.3,** 



**Attachment I.3,** 



**Attachment I.4,** 



**Attachment I.4,** ███████████



**Attachment I.5,** 



**Attachment I.5,** 



**Attachment I.6,** 



**Attachment I.6,** ███████████████



**Attachment I.7,** 



**Attachment I.7,** ▮▮▮▮▮▮▮▮▮▮▮▮



**Attachment I.8,** 



**Attachment I.8,** 



**Attachment I.9,** 



**Attachment I.9,** ███████████████

