Filed Under Seal

# Exhibit 205

Filed Under Seal

# Exhibit 206

Filed Under Seal

# Exhibit 207

Filed Under Seal

# Exhibit 208

Filed Under Seal

# Exhibit 209

Filed Under Seal

# Exhibit 210

Filed Under Seal

# Exhibit 211

Filed Under Seal

# Exhibit 212

Filed Under Seal

# Exhibit 213

Filed Under Seal

# Exhibit 214

Filed Under Seal

# Exhibit 215

Filed Under Seal

# Exhibit 216

Filed Under Seal

# Exhibit 217

Filed Under Seal

# Exhibit 218

Filed Under Seal

# Exhibit 219

Filed Under Seal

# Exhibit 220

Filed Under Seal

# Exhibit 221

Filed Under Seal

# Exhibit 222

Filed Under Seal

# Exhibit 223

Filed Under Seal

# Exhibit 224

Filed Under Seal

# Exhibit 225

Filed Under Seal

# Exhibit 226

Filed Under Seal

# Exhibit 227

Filed Under Seal

# Exhibit 228

Filed Under Seal

# Exhibit 229

Filed Under Seal

# Exhibit 230

Filed Under Seal

# Exhibit 231

Filed Under Seal

# Exhibit 232

Filed Under Seal

# Exhibit 233

Filed Under Seal

# Exhibit 234

Filed Under Seal

# Exhibit 235

Filed Under Seal

# Exhibit 236

Filed Under Seal

# Exhibit 237

Filed Under Seal

# Exhibit 238

Filed Under Seal

# Exhibit 239

Filed Under Seal

# Exhibit 240

Filed Under Seal

# Exhibit 241

Filed Under Seal

# Exhibit 242

Filed Under Seal

# Exhibit 243

Filed Under Seal

# Exhibit 244

Filed Under Seal

# Exhibit 245

Filed Under Seal

# Exhibit 246

Filed Under Seal

# Exhibit 247

Filed Under Seal

# Exhibit 248

Filed Under Seal

# Exhibit 249

Filed Under Seal

# Exhibit 250

Filed Under Seal

# Exhibit 251

Filed Under Seal

# Exhibit 252

Filed Under Seal

# Exhibit 253

Filed Under Seal

# Exhibit 254

Filed Under Seal

# Exhibit 255

Filed Under Seal

# Exhibit 256

Filed Under Seal

# Exhibit 257

Filed Under Seal

# Exhibit 258

Filed Under Seal

# Exhibit 259

Filed Under Seal

# Exhibit 260

Filed Under Seal

# Exhibit 261

Filed Under Seal

# Exhibit 262

Filed Under Seal

# Exhibit 263

Filed Under Seal

# Exhibit 264

Filed Under Seal

# Exhibit 265

Filed Under Seal

# Exhibit 266

Filed Under Seal

# Exhibit 267

Filed Under Seal

# Exhibit 268