Filed Under Seal

# Exhibit 271

Filed Under Seal

# Exhibit 272

Filed Under Seal

# Exhibit 273