# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>*MSP Recovery Claims, Series LLC v. Huahai US, Inc., et al.*,<br>Case No. 1:19-cv-06830 | |

## NOTICE OF APPEARANCE

Please take notice that Schneur Zalman Kass of the law firm Rivero Mestre LLP enters his appearance on behalf of Plaintiff MSP Recovery Claims, Series LLC.

Dated: May 11, 2022     Respectfully submitted,

**RIVERO MESTRE LLP**
*Attorneys for MSP Recovery Claims, Series LLC*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: zkass@riveromestre.com
Secondary: sgonzalez@riveromestre.com

By: \_\_\_/s/ Schneur Z. Kass_____
    Schneur Z. Kass
    Florida Bar No. 100554