# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875<br>(RBK/SAK) |

## SPECIAL MASTER ORDER NO. 66

**AND NOW,** this 11th day of May, 2022, the parties having agreed that modification of the schedule established by Special Master Order No. 65 with respect to responses to *Daubert* motions on class certification issues (ECF No. 2051), is necessary, **IT IS HEREBY ORDERED**:

1. No later than **June 2, 2022,** Plaintiffs *and* Defendants shall file their responses to *Daubert* motions regarding class certification experts other than Edward Kaplan, M.D.

2. No later than **June 16, 2022,** Plaintiffs *and* Defendants shall file replies to responses to *Daubert* motions regarding class certification experts other than Edward Kaplan, M.D.

3. In all other respects, Special Master Order No. 65 remains in full force and effect.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
