# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875<br>(RBK/SAK) |

## SPECIAL MASTER ORDER NO. 67

**AND NOW,** this 11th day of May, 2022, the parties having reached an impasse with respect to Plaintiffs' request for information from Wholesaler Defendants, necessitating the submission of briefs on relevance and privilege issues with respect to indemnification and defense agreements, **IT IS HEREBY ORDERED**:

1. No later than **May 23, 2022,** the Wholesaler Defendants shall submit a brief addressing their objections to producing information requested by Plaintiffs with respect to indemnification and defense agreements.

2. No later than **June 2, 2022,** Plaintiffs shall submit a brief in response to the Wholesaler Defendants' brief.

3. The Wholesaler Defendants may file a reply brief no later than **June 6, 2022.**

                                              s/ Thomas I. Vanaskie
                                              Hon. Thomas I. Vanaskie (Ret.)
                                              Special Master