# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## FIRST AMENDED NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:    **Jessica D. Miller, Esq,**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**440 New York Avenue, N.W.**
**Washington, D.C. 20005**
*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (hereinafter "Defendants").*

Please take notice that pursuant to Special Master Report and Order No. 56, Federal Rule of Civil Procedure 30(b)(6), and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and through their counsel, will take the videotaped deposition of Jucai Ge, Director of API Quality Assurance at Zhejiang Huahai Pharmaceutical Co., Ltd., on May 27 through 29, 2022, at 7:00 a.m. China standard time (May 26 through 28, 2022, at 7:00 p.m. eastern time), and continuing until completion, at a location to be designated by Defendants, via Zoom, in accordance with the Fact Witness Deposition Protocol, and Case Management Order #20, filed November 17, 2020 (Document 632). The deposition shall address the topics ordered in Special Master Report and Order No. 56 (Document 1811). The witness shall produce the documents requested at Exhibit A, attached hereto, at least five days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will be provided by Defendants.

**TAKING ATTORNEY FOR PLAINTIFFS:**

ADAM M. SLATER, ESQ.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com

The videotaped deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

May 13, 2022

                                               **PLAINTIFFS' CO-LEAD COUNSEL**

                                               By:   /s/Adam M. Slater
                                               ADAM M. SLATER
                                               Mazie Slater Katz & Freeman, LLC
                                               103 Eisenhower Parkway
                                               Roseland, NJ 07068
                                               Telephone: 973-228-9898
                                               Fax: 973-228-0303
                                               aslater@mazieslater.com

## **EXHIBIT A**

### **DOCUMENT REQUESTS**

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Jucai Ge.

2. The complete production of Jucai Ge's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

3. All documents in the possession, custody, or control of Defendants related to the deposition topics as ordered by the Court, to the extent not produced by Defendants to Plaintiffs to date.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2022, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

PLAINTIFFS' CO-LEAD COUNSEL

By: /s/Adam M. Slater
ADAM M. SLATER
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com