# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 68

**AND NOW**, this 19th day of May, 2022, Plaintiffs having served a notice of deposition of Jucai Ge, Director of API Quality Assurance at Zhejiang Huahai Pharmaceutical, Co., Ltd., pursuant to Special Master Report and Order No. 56, and this matter having come before the Court, **IT IS HEREBY ORDERED**:

Jucai Ge is required to travel to Macau for an essential business and legal purpose: to testify at deposition in the above-captioned matter on Thursday, May 26, 2022, Friday, May 27, 2022, and Saturday, May 28, 2022, beginning at 7:00 am China standard time (May 25, 26, and 27, beginning at 7:00 pm Eastern time).

| | |
|---|---|
| Dated: May 19, 2022 | s/ Thomas I. Vanaskie<br>Hon. Thomas I. Vanaskie (ret.)<br>Special Master |