# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLIES AND SETTING HEARING ON MOTIONS FOR CLASS CERTIFICATION** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order granting Defendants leave to file surrplies *instanter* and requesting a hearing on Plaintiffs' Motions for Class Certification, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2022

**ORDERED** as follows:

Defendants' Motion for Leave to File Surreplies *Instanter* is Granted in its entirety.

Defendants' Request for a Hearing on Plaintiffs' Motions for Class Certification is Granted in its entirety, and the Court sets Plaintiffs' Motions for Class Certification for a one-day oral argument on _____ ___, 2022, with three hours allocated to each side, and Plaintiffs to present first followed by Defendants.

_____
Hon. Robert B. Kugler, U.S.D.J.