# EXHIBIT C

# Frank H. Stoy

| | |
|---|---|
| **From:** | Frank H. Stoy |
| **Sent:** | Monday, May 16, 2022 3:45 PM |
| **To:** | David J. Stanoch |
| **Cc:** | valpec@kirtlandpackard.com; DECValsartan@btlaw.com |
| **Subject:** | Valsartan -- Silberman Dismissal |
| **Attachments:** | Silberman Paulette - Dismissal Without Prejudice.docx |

Counsel,

Pursuant to footnote 19 of Plaintiffs' Reply Memorandum of Law in Support of the Medical Monitoring Plaintiffs' Motion for Class Certification, we understand that Plaintiffs intend to dismiss Paulette Silberman's claims. Accordingly, we have prepared the attached notice of voluntary dismissal without prejudice, and would ask that Plaintiffs please file it as soon as possible.

Thank you.
Frank


**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com| BIO|vCard
Connect with me on LinkedIn:



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.