# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF JESSICA DAVIDSON MILLER, ESQ.** |

JESSICA DAVIDSON MILLER, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Partially Exclude Opinions of Defendants' Class Certification Expert Lauren J. Stiroh, Ph.D.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Expert Declaration of Rena Conti, Ph.D., dated November 10, 2021, served in MDL 2875. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the transcript of the deposition of Rena M. Conti, Ph.D., in MDL 2875, dated February 11, 2022

(Day 2). This document has been filed with redactions to the extent it contains information that has been designated as "PROTECTED INFORMATION" as defined in the Protective Order.

        Respectfully submitted,

        */s/ Jessica Davidson Miller*
        Jessica Davidson Miller (DC Bar No. 457021)
        *Liaison Counsel for Manufacturer Defendants*
        Skadden, Arps, Slate, Meagher & Flom LLP
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 371-7000
        Facsimile: (202) 661-0525
        jessica.miller@skadden.com

        *Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Dated: June 2, 2022