# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| | Oral Argument Requested |
| **This Document Relates to All Actions** | **CERTIFICATION OF JOHN K. GISLESON** |

I, John K. Gisleson, certify as follows:

1.      I am a partner with the law firm of Morgan, Lewis & Bockius, LLP, attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC ("Defendants" or "Aurobindo").

2.      I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' *Daubert* Motion to Preclude Defense Expert Jason O. Clevenger, Ph.D., From Offering Class Certification Opinions.

3.      Attached hereto as Exhibit A is a true and accurate copy of the Declaration of Jason O. Clevenger, Ph.D., dated June 2, 2022, submitted in this litigation on behalf of Aurobindo.  This document has been filed under seal because

1

it contains "PROTECTED INFORMATION" as defined in the Amended Confidentiality and Protective Order [ECF No. 1661].

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2022

Respectfully submitted,

By: */s/ John K. Gisleson*

MORGAN, LEWIS & BOCKIUS LLP
John K. Gisleson
One Oxford Centre, 32nd Floor
Pittsburgh, Pennsylvania 15219
Tel.: (412) 560-3300
Fax: (412) 560-7001
John.gisleson@morganlewis.com

*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 2, 2022, I caused the foregoing to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ John K. Gisleson*