# Exhibit A

**Appendix A**

**PUNAM ANAND KELLER**
**(http://www.tuck.dartmouth.edu)**

Tuck School of Business                                    10 Morgan Road
100 Tuck Hall                                              Etna, NH 03750
Hanover, NH 03755-9011                                     603-643-9811
603-646-1336

**EDUCATION**

| Institution | Degree | Date | Field |
|---|---|---|---|
| Elphinstone College, Bombay University, India | BA | 1977 | Economics & Statistics |
| Bajaj Institute of Management Bombay University, India | MBA | 1979 | Marketing |
| Northwestern University | Ph.D. | 1984 | Marketing |

**ACADEMIC POSITIONS**

| | |
|---|---|
| September 1983 - August 1987 | Assistant Professor, New York University |
| September 1987 - June 1995 | Assistant/Associate Professor, Columbia University |
| July 1993 - June 1995 | Visiting Associate Professor, Stanford University |
| July 1995 - April 1997 | Associate Professor, University of North Carolina |
| May 1997 - June 1998 | Visiting Associate Professor, Duke University, Adjunct Faculty, Duke Medical Center |
| July 1998 – May 2004 | Professor, Tuck School, Dartmouth College, Adjunct Faculty, Dartmouth-Hitchcock Medical Center |
| June 2002 – June 2018 | Member, Cancer Control Research Program, Norris Cotton Cancer Center, Lebanon, NH. |
| June 2002 – present | Charles Henry Jones Third Century Professor of Management |

1

| July 2015 – June 2018 | Associate Dean for Innovation and Growth |
| July 2018 – July 2020 | Deputy Dean |
| August 2020 – July 2021 | Senior Associate Dean for Innovation and Growth |
| August 2021 - Present | Senior Associate Dean for Advancement and Tuck-Dartmouth Programs |

**TEACHING EXPERIENCE**
MBA Program: Marketing Management, Marketing Strategy, Consumer Behavior, and Social Marketing.
Ph.D. Program: Seminar in Consumer Behavior.
Executive Program: Marketing Management, Marketing Strategy, Social Marketing, and Services Marketing.

**RESEARCH INTERESTS**
Application of social marketing principles and behavioral theory to consumer and employee wellness programs.

**PUBLICATIONS**
Lauffenburger JC et al., (2021), "REinforcement learning to Improve Non-adherence for diabetes treatments by Optimizing Response and Customizing Engagement (REINFORCE): study protocol of a pragmatic randomized trial," BMJ Open, Dec 3;11(12): e052091. doi: 10.1136/ bmjopen-2021-052091. PMID: 34862289; PMCID: PMC8647547.
https://pubmed.ncbi.nlm.nih.gov/34862289/

Lauffenburger J.C. et al., (2021), "Preferences for mobile health technology and text messaging communication in patients with type 2 diabetes: A qualitative interview study," J Med Internet Res, J Med Internet Res 2021;23(6): e25958. oi: 10.2196/25958 MID:34114964 PMCID: 8235286
https://www.jmir.org/2021/6/e25958.

Lauffenburger J.C. et al., (2021), "Rationale and design of the Novel Uses of adaptive Designs to Guide provider Engagement in Electronic Health Records (NUDGE-EHR) pragmatic adaptive randomized trial: A Trial Protocol," Implementation Science, 16, 9.
https://doi.org/10.1186/s13012-020-01078-9

Keller, P. A., K. Hesselton, and K.G. Volpp (2020), "Increasing Recruitment with Time Limited Financial Incentives," Journal of the Association for Consumer Research, v.5, 3, 258-270.

Keller, P.A. (2018), "Gender and Risk: The Emotional Fluctuation Effect," Journal of the Association for Consumer Research, 3 (1), 109-122.

Sharma, E. and P. A. Keller (2017), "A Dollar Saved is not a Dollar Earned: Financial Deprivation Shifts Focus from Saving to Earning," <u>Journal of the Association for Consumer Research</u>, 2 (1), 64-77.

Lauren G. Block, P. A. Keller, et al. (2016), "The Squander Sequence: Understanding Food Waste at Each Stage of the Consumer Decision-Making Process," <u>Journal of Public Policy & Marketing</u>, Fall, Vol. 35, No. 2, pp. 292-304.

Williamson, S., L. G. Block, and P. A. Keller (2016), "Of Waste and Waists: The Effect of Plate Material on Food Consumption and Waste," <u>Journal of the Association for Consumer Research</u>, 1.1, 147-160.

Cole, G. E., P. A. Keller et al. (2016), "A Message Development Tool for Health Communication: An Audience-Centered Design," <u>Social Marketing Quarterly</u>, 22.1, 3-18.

Keller, P. A. (2015), "Social Marketing and Healthy Behaviors," in in David W. Stewart (ed.), <u>Handbook of Persuasion and Social Marketing</u>, Chapter 2 (9-38), New York: Routledge.

Shah, Avni M., et al. (2014), "Surcharges plus Unhealthy Labels Reduce Demand for Unhealthy Menu Items." Journal of Marketing Research 51.6 (2014): 773-789.

Batra, R., P. A. Keller, and V. J. Strecher (eds.), (2011), "<u>Leveraging Consumer Psychology for Effective Health Communications: The Obesity Challenge</u>," Armonk, N.Y.: M.E.Sharpe.

Keller, P. A., B. Harlam, G. Loewenstein, and K. Volpp (2011), "Enhanced Active Choice: A New Method to Motivate Behavior Change," <u>Journal of Consumer Psychology</u>, 21, 4, 376-383.

Scammon, D., P. A. Keller, et al. (2011), "Transforming Consumer Health," <u>Journal of Public Policy and Marketing</u>, 30, 1, 14-22.

**WORKING PAPERS**

Chen E., P. A. Keller et al., "Evaluation of an Intervention to Improve Patients' Self-Management of Heart Failure," Working Paper.

Keller, A. P. and Annamaria Lusardi, "Message Design to Change Behavior," Working Paper.

Lee, Pamela, C. Gaffney, A. L. Olson, and P. A. Keller, "It's the Genes. There is Not Much We Can do About That: Mothers' Perceptions of Factors that Influence Childhood Overweight," Working Paper.

Keller, Anand, P. "Using Need for Control to Change Preventative Health Behaviors," Working Paper.

Keller, A. P., and A. L. Olson, "Negative Emotions and Coping Health Appraisal," Working Paper.

Keller, A. P. and L. G. Block, "How Source of Arousal Affects Memory for Health Communications," Working Paper.

**RESEARCH SUPPORT**
Grant (sub-award): National Institutes of Health (NIH) (# TBD)
Admin Core for ROYBAL Center for Therapeutic Optimization using Behavioral Science
Major Goal: To develop messages to reduce COVID vaccine hesitancy.

Grant (sub-award): National Institutes of Health (NIH) (# 122876)
Admin Core for ROYBAL Center for Therapeutic Optimization using Behavioral Science
Major Goal: Leveraging Electronic Health Record Tools to Reduce Health Disparities for Patients with Hypertension.

Grant (sub-award): National Institutes of Health (NIH) (# 122146)
Admin Core for ROYBAL Center for Therapeutic Optimization using Behavioral Science
Major Goal: To develop principle-driven interventions to enhance the evidence-based use of prescription medications.

Grant (sub-award): National Institute on Aging (NIA) (#122150-MOD001)
Medication adherence
Major Goal: Optimizing electronic health record prompts with behavioral economic to improve prescribing for older adults.

Grant (sub-award): National Cancer Institute (# 5 PO1 CA72099-01)
Improving Cancer Risk Communication
Major Goal: To enhance informed decision-making and mammography for women by correcting misperceptions about breast cancer risk and the risks and benefits of mammography.

Grant (sub-award): National Cancer Institute (# 530464)
Increasing Sun Screen Adolescent Behavior
Major Goal: To educate adolescents about solar protection and influence sun protection behaviors among parents, coaches and adolescents.

Grant: National Endowment for Financial Education (# 20137)
Tailoring Retirement Savings Communication
Major Goal: To provide an implementation plan to enhance retirement savings among employees.

Grant: Social Security Administration (#19-F-10002-9-01)
Marketing Financial Literacy
Major Goal: To create and market audience-friendly financial literacy products.

**INSTITUTION SERVICE**
Tuck Executive Committee, 1998, 1999, 2000, 2002
Tuck Research Committee, 2000

4

Area Chair, 2002 to 2006
Tuck Admission Committee, 2004
Tuck Executive Education Committee, 1999, 2000, 2006
Dartmouth Capital Fund Raising Committee, 2000
Dartmouth Provost Search Committee, 2001, 2018
Dartmouth, Director of Business Development, ISTS, 2002-2003
Dartmouth, Vice President of Equity and Diversity Search Committee, 2007-2008
Dartmouth, General Council Search Committee, 2017
Associate Dean for Innovation and Growth, 2015 – 2018
Deputy Dean, 2018 – 2020
Senior Associate Dean for Innovation and Growth, 2020 - present


**PROFESSIONAL ACTIVITIES**
Area Editor, <u>Journal of Consumer Psychology</u>, 2015 - 2017.
Area Editor, <u>Journal of Consumer Research</u>, 1999 - 2003.
Review Board, <u>Journal of Marketing Research</u>, 1999 to present.
Review Board, <u>Journal of Public Policy and Marketing</u>, 2008 to present.
Review Board, <u>Social Marketing Quarterly</u>, 2014 to present.
Review Board, <u>Journal of Marketing</u>, 2015 to present.
Review Board, <u>Journal of Marketing Behavior</u>, 2015 to 2019.
Review Board, <u>Journal of Consumer Research</u>, 1994 - 2014.
Review Board, <u>Journal of Consumer Psychology</u>, 2002 - 2007.
Review Board, <u>Marketing Letters</u>, 1990 - 2003.
Ad Hoc Reviewer, <u>Marketing Science.</u>
Ad Hoc Reviewer, <u>Journal of Experimental Psychology: Applied.</u>
Ad Hoc Reviewer, <u>Psychology and Health.</u>
Ad Hoc Reviewer, <u>American Psychologist.</u>
Reviewer, American Marketing Association Conference, 1984 - 1992, 1997.
Reviewer, Association for Consumer Research Conference, 1983 - 2010.
Reviewer, AMA Doctoral Dissertation Competition, 1988, 1990, 1996, 1997.
Reviewer, MSI Doctoral Dissertation Competition, 1995 - 1998, 2001, 2003, 2005, 2007.
Reviewer ACR/Sheth Dissertation Award 2006 - 2008
Doctoral Consortium Faculty 1986, 1990, 1996, 2004, 2005, 2006, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019.
Program Committee, Association for Consumer Research Conference, 1991, 1994, 1997, 2007.
Member ACR/TCR Advisory Committee, 2005 - 2010.
Co-Chairperson, Association for Consumer Research Conference, 2002.
C-Chairperson, Transformative Consumer Research Conference, 2007.
President-Elect, Association for Consumer Research, January 2007.
Member, Board of Academic Trustees, Marketing Science Institute, 2006 - 2010.
President, Association for Consumer Research, 2008.
Health Communication Advisor, Center for Disease Control, 2009 - 2014.
Co-Chairperson, Advertising and Consumer Psychology Conference, 2009.
Co-Chairperson, Advisory Board Member, CDC Annual Health Marketing Conference, 2010.
Fellow, Association for Consumer Research, 2018.

**PRIOR DEPOSITION AND TESTIMONY OF PUNAM. A. KELLER**

Deposition, State of Washington v. Johnson & Johnson, a New Jersey Corporation; Ethicon, Inc., a New Jersey Corporation, et al., Superior Court of the State of Washington, King County, Case No. 16-2-12186-1 SEA

Deposition and Hearing Testimony, State of California v. Johnson & Johnson, a New Jersey Corporation; Ethicon, Inc., a New Jersey Corporation, et al. Superior Court of the State of California and for the County of San Diego, Case No. 37-2016-00017229 CU-MC-CTL