# Exhibit A

REDACTED

Confidential Information - Subject to Protective Order

1                UNITED STATES DISTRICT COURT

                   DISTRICT OF NEW JERSEY

2

3    IN RE:  VALSARTAN,                )

     LOSARTAN, AND IRBESARTAN          )

4    PRODUCTS LIABILITY                )

     LITIGATION                        )

5    _____       )   MDL NO.  2875

                                       )   HON. ROBERT B. KUGLER

6    THIS DOCUMENT RELATES TO          )

     ALL CASES                         )

7                                      )

8

9         CONFIDENTIAL INFORMATION - SUBJECT TO

10                    PROTECTIVE ORDER

11

12    VIDEOTAPED DEPOSITION OF:

13    MICHAEL BOTTORFF, PHARM.D.

14    Taken on behalf of the Plaintiffs

15    March 25, 2022

16

17

18

19

20

21

22

23

24

25

Page 2

```
1  REMOTE APPEARANCES:
2  For the Plaintiffs:
3     C. BRETT VAUGHN, ESQ.
       Hollis Law Firm
4      8101 College Boulevard
       Suite 260
5      Overland Park, Kansas 66210
6  For the Defendants, Teva Pharmaceutical
   Industries, Ltd., Teva Pharmaceuticals
7  SA, Inc., Actavis LLC, and Actavis Pharma, Inc.:
       STEPHEN T. FOWLER, ESQ.
8      Greenberg Traurig, LLP
       2101 L Street, N.W.
9      Suite 1000
       Washington, D.C. 20037
10     202.331.3100
       Fowlerst@gtlaw.com
11
12 Also Present Remotely:
13     Alice Springer
       Bailey Hughes
       Christine Gannon
14     Daniela Tenjidor
       Geoffrey Coan
15     George Williamson
       Gerond Lawrence
16     Iris Simpson
       Ken Dzikowski
17     Marlene J. Goldenberg
       Melissa Catello
18     Melisha Valenzuela
       William Murtha
19     Phillip Todd - Videographer
20
21
22
23
24
25
```

Page 3

```
1            I N D E X
2                       Page/Line
3  THE WITNESS: MICHAEL BOTTORFF, PHARM.D.
4  EXAMINATION BY MR. VAUGHN          8   9
   EXAMINATION BY MR. FOWLER        241  25
5  EXAMINATION BY MR. VAUGHN
6
7
8        INDEX OF EXHIBITS
9  Exhibits    Description       Page/Line
```
```
10 Exhibit 1   Class Action Expert Report   10  11
11 Exhibit 2   General Causation Report     10  21
12 Exhibit 3   Invoices                     33  25
13 Exhibit 4   2011 FDA Guidance for        95   3
              Submission of Summary
14            Bioequivalence Data for
              ANDAs
15
   Exhibit 5   FDA's 2021 Draft Guidance    97   3
16
   Exhibit 6   Notice of Deposition        107  11
17
   Exhibit 7   Document Teva-MDL           112  20
18            2875-00808468
19 Exhibit 8   Document Hetero_USA         124  14
              000029545
20
   Exhibit 9   Document Hetero_USA         129  18
21            000005016
22 Exhibit 10  Document Torrent-MDL        142  25
              287500003049
23
   Exhibit 11  Document Torrent-MDL        145  21
24            2875-00003054
25
```

Page 4

```
1  Exhibit 12  Document Torrent-MDL        145  25
              2875-00259489
2
3  Exhibit 13  Document                    149  21
              RO-MDL-2875-0061940
4  Exhibit 14  Document                    158   2
              RO-MDL-2875-0004639
5
6  Exhibit 15  RO-MDL- 2875-0026534        165   7
7  Exhibit 16  Document                    168  21
              RO-MDL-2875-0080263
8  Exhibit 17  Document                    175   1
              Mylan-MDL-2875-00001448
9
10 Exhibit 18  Document Mylan-MDL          175   5
              2875-00031265
11 Exhibit 19  "PRACS Cetero Bankruptcy"   176   2
              Article
12
   Exhibit 20  FDA letter to Cetero        177   5
13            Research
14 Exhibit 21  "Teva and Cipla will have   182  21
              ANDAs Withdrawn" Article
15
   Exhibit 22  Document Teva-MDL           185  14
16            2875-00003105
17 Exhibit 23  Document Teva-MDL-          187  13
              2875-00003194
18
   Exhibit 24  Document Teva-MDL-          189   8
19            2875-00268983
20 Exhibit 25  Document Teva- MDL          191  18
              2875-00102393
21
22 Exhibit 26  Document ZHP 01453143       197  23
23 Exhibit 27  Document Princeton 00179194 199  19
24 Exhibit 28  Document Princeton 00134669 202  16
25 Exhibit 29  Document Princeton 00369303 207  14
```

Page 5

```
1  Exhibit 30  Document Princeton 00153602 210  13
2  Exhibit 31  EMA Press Release regarding 217  20
              GVK Biosciences
3
   Exhibit 32  Document ZHP 00378002       220  17
4
   Exhibit 33  Document Teva-MDL           226  11
5            2875-00117673
6  Exhibit 34  Document Bottorff 0001      230  23
7  Exhibit 35  Defendants' Responses and   242   7
              Objections to Plaintiffs'
8             Notice of Videotaped Oral
              Deposition Michael
9             Bottorff, Pharm.D
10 Exhibit 36  Curriculum Vitae            242  16
11 Exhibit 37  21 CFR 314.3 Definitions    244  14
12 Exhibit 38  Materials Considered List   260   9
13 Exhibit 39  Flash Drive of Dr.          260  23
              Bottorff's Materials
14            Considered (late-filed)
15
16
17
18
19
20
21
22
23
24
25
```

Confidential Information - Subject to Protective Order

Page 6

```
 1       The videotaped deposition of
 2  MICHAEL BOTTORFF, PHARM.D., was taken by
 3  counsel for the Plaintiffs, on March 25,
 4  2022, commencing at 9:39 a.m. Eastern,
 5  via remote proceedings, for all purposes
 6  under the Tennessee Rules of Civil
 7  Procedure.
 8       The formalities as to notice,
 9  caption, certificate, et cetera, are not
10  waived.  All objections, except as to
11  the form of the questions, are reserved
12  to the hearing.
13       It is agreed that Carissa L.
14  Boone, being a Notary Public and Court
15  Reporter, may swear the witness, and
16  that the reading and signing of the
17  completed deposition by the witness are
18  not waived.
19
20
21          *   *   *
22
23
24
25
```

Page 7

```
 1       THE VIDEOGRAPHER:  Good morning.
 2  We are now on the record.  My name is
 3  Phillip Todd.  I am the videographer for
 4  Golkow Litigation Services.
 5       Today's date is March 25th, 2022,
 6  and the time is 9:39 a.m. Eastern.
 7       This remote video deposition is
 8  being held in the matter of Valsartan,
 9  Losartan and Irbesartan Products
10  Liability Litigation in the United
11  States District Court, District of New
12  Jersey.
13       The deponent is Dr. Michael
14  Bottorff.
15       All parties in this deposition
16  are appearing remotely and have agreed
17  to the witness being sworn in remotely.
18       Due to the nature of remote
19  reporting, please pause briefly before
20  speaking to ensure all parties are heard
21  completely.
22       Counsel will be noted on the
23  stenographic record.
24       The court reporter, Carissa
25  Boone, will now swear in the witness.
```

Page 8

```
 1       MICHAEL BOTTORFF, PHARM.D.
 2  having been first duly sworn, was examined and
 3  testified as follows:
 4       THE VIDEOGRAPHER:  I'm sorry, I
 5  did not hear anything from the witness.
 6       I'm sorry, I did not hear
 7  anything from the witness.
 8       THE WITNESS:  I said "I do."
 9              EXAMINATION
10  BY MR. VAUGHN:
11       Q.   All right, Dr. Bottorff.  My name
12  is Brett Vaughn.  You remember I took your
13  deposition about six months ago in the general
14  causation stage of the personal injury cases,
15  correct?
16       A.   I do remember you, yes.
17       Q.   And you've now submitted an
18  expert report for the class action side of this
19  litigation?
20       A.   Correct.
21       Q.   And did you use your general
22  causation expert report as the base of your class
23  action expert report?
24       A.   There was some overlap in what
25  seemed to be some of the issues between the class
```

Page 9

```
 1  action and the general causation, so there were
 2  some elements that are similar in both.
 3       Q.   And is this meant to supercede
 4  your general causation expert report?
 5       MR. FOWLER:  Objection, form.
 6       THE WITNESS:  Not to supercede.
 7       As -- as part of my academic career,
 8       whenever there's a -- a literature
 9       search and evaluation, a -- a process
10       that you go through, you review and add
11       information to what you already know.
12       So it's not meant to replace previous
13       information, if that's what the question
14       was.
15  BY MR. VAUGHN:
16       Q.   And so what content did you add
17  to this expert report?
18       A.   I think the biggest addition is
19  the bioequivalence description assessment and
20  analysis and a section on the process of
21  pharmacokinetic accumulation, and then a -- a
22  third area was a -- a section where I comment on
23  the -- the need for medical monitoring.
24       Q.   And you said that the purpose of
25  this was not to replace previous information.
```

Confidential Information - Subject to Protective Order

Page 10

1 Were there changes actually made, though, to your
2 general causation opinions in here?
3          MR. FOWLER: Objection, form.
4          THE WITNESS: I don't recall
5      making any changes to my previous report
6      in this report.
7          MR. VAUGHN: Melisha, can we go
8      ahead and pull up the class action
9      expert report he submitted?
10         And that will be Exhibit 1.
11         (Exhibit 1 was marked.)
12 BY MR. VAUGHN:
13     Q.   And, Mr. Bottorff, is this
14 your -- the expert report you submitted for the
15 class action in this litigation?
16     A.   Yes, it is.
17         MR. VAUGHN: And, Melisha, can we
18     split-screen that with his general
19     causation report?
20         And let's mark that as Exhibit 2.
21         (Exhibit 2 was marked.)
22 BY MR. VAUGHN:
23     Q.   Now, turning --
24         MR. VAUGHN: On the class action
25     expert report, can we please go to page

Page 11

1      7, Melisha? And on the general
2      causation report, can we go to page 6.
3 BY MR. VAUGHN:
4     Q.   Okay. So on the right-hand side,
5 you see on your general causation report,
6 you -- line 114, that entire paragraph, you note:
7 "When ZHP became aware of the nitrosamine
8 impurities, ZHP tested certain of its inactive
9 ingredient -- active pharmaceutical ingredient
10 batches and determined that the levels of NDMA
11 range from 3.4 parts per million to 120 parts per
12 million"?
13         Do you see that, Dr. Bottorff?
14     A.   Yes. Is that what you
15 highlighted in yellow?
16     Q.   Correct.
17         And then it -- looking at your
18 class action expert report page 7, line 140, you
19 see that it's now been changed to the FDA testing
20 and any mention of ZHP's testing has been dropped
21 from your export report?
22         MR. FOWLER: Objection to form,
23     "changed."
24         Go ahead, Doctor.
25         THE WITNESS: I see where you're

Page 12

1      highlighting in blue. Or now yellow.
2 BY MR. VAUGHN:
3     Q.   Do you have your class action
4 expert report with you?
5     A.   Yes.
6     Q.   Can you find anywhere in your
7 class action expert report where -- where it still
8 discusses ZHP's internal nitrosamine testing on
9 their API?
10     A.   Yeah, I don't -- I don't see it.
11     Q.   Are you the one that removed that
12 from your expert report?
13     A.   I probably was, since I wrote
14 this myself.
15     Q.   Why did you remove that from your
16 expert report?
17         MR. FOWLER: Objection to form,
18     "remove."
19         Go ahead, Doctor.
20         THE WITNESS: I can't tell you
21     right now why I did not include the same
22     wording. The -- the following
23     information, which is the -- the FDA
24     values, I believe they are identical.
25 BY MR. VAUGHN:

Page 13

1     Q.   But ZHP's values are higher than
2 the FDA's values, aren't they?
3         MR. FOWLER: Objection.
4         THE WITNESS: If I went back and
5     calculated. (Technical interference)
6     probably do that. But I think --
7 BY MR. VAUGHN:
8     Q.   But --
9     A.   -- they are higher.
10         MR. VAUGHN: All right. Melisha,
11     can we go to page 22 on the class action
12     report now? And let's compare that to
13     page 21 of the general causation report.
14         All right. And I'm looking at
15     line 364 where it says: "Presence of
16     trace amounts of NDMA/NDEA on the
17     general causation report," Melisha. The
18     one on the right. Line 364. Yeah.
19 BY MR. VAUGHN:
20     Q.   And then -- you see that, Doctor,
21 line 364, where you note the -- the amounts being
22 trace amounts?
23     A.   Yes.
24     Q.   Okay. And can we compare that,
25 then, to your class action expert report on page

Confidential Information Subject to Protective Order

Page 14

1  22, line 374? It now says: "Presence of NDMA and
2  NDEA," the words "trace amounts" have been dropped
3  from your expert report, correct?
4       A.    They're not there.
5       Q.    Are you the one that removed
6  those words?
7       A.    I wrote this, so I must have.
8       Q.    Why did you remove those words
9  from your expert report?
10      A.    I have no particular reason.
11           MR. VAUGHN: All right. Melisha,
12      let's go to page 45 of this class action
13      expert report. And let's compare that
14      to page 25 of his general causation
15      expert report.
16  BY MR. VAUGHN:
17      Q.    In the general causation expert
18  report on that line 439, the sentence that reads:
19  "The concern over the detection of these
20  impurities is that the international agency for
21  research on cancer, IARC, has categorized
22  nitrosamines as a probable human carcinogen based
23  on annual studies primarily involving rats."
24           Do you see that in your general
25  causation report, Mr. Bottorff?

Page 15

1       A.    I do.
2       Q.    Okay. Now looking at your class
3  action expert report line 724, that entire
4  sentence is no longer in your expert report, is
5  it?
6       A.    No.
7       Q.    And did you remove that language
8  from your expert report as well?
9       A.    It's not there, so it got
10  removed. But it wasn't removed for any particular
11  reason that I can give you.
12      Q.    And you're the one that removed
13  that language?
14      A.    I wrote this, so it would have
15  been me.
16      Q.    And there's no particular reason
17  you removed the language about nitrosamines being
18  probable human carcinogens?
19           MR. FOWLER: Objection, form.
20           Other than the scope of the
21      report?
22           THE WITNESS: And so, no,
23      I -- I'm -- I'm the one, if it came out,
24      that took it out. And there was no
25      particular reason for that.

Page 16

1           MR. VAUGHN: Let's go to page 47
2      of his class action report, and let's
3      compare that to page 27 of his general
4      causation expert report.
5  BY MR. VAUGHN:
6       Q.    And on your general causation
7  expert report, I'm looking at the lines 473 and
8  474. So it ends with: "The carcinogens produced"
9  at 473.
10           Do you see where I'm looking at,
11  Mr. Bottorff?
12      A.    Yes.
13      Q.    And so now if you look at the
14  class action expert report Line No. 749, you've
15  now inserted a heading "NDE" -- "NDMA and NDEA and
16  valsartan will not reach systemic circulation."
17           Do you see that, Dr. Bottorff?
18      A.    I do.
19      Q.    Why was that added to your expert
20  report?
21           MR. FOWLER: Objection to form,
22      "added."
23           THE WITNESS: I guess I was
24      trying to -- doing what I would call
25      sort of format form, outline form, sort

Page 17

1      of identify areas in this second report
2      that I would have sections on. So it
3      was a -- working from an outline to the
4      report.
5  BY MR. VAUGHN:
6       Q.    And does NDMA or NDEA reaching
7  systemic circulation have anything to do with
8  bioequivalency studies?
9       A.    The presence of NDMA and NDEA in
10  valsartan, are you asking if that would have an
11  effect on valsartan's bioequivalence?
12      Q.    Correct. Does NDMA or NDEA being
13  in valsartan and the NDMA or NDEA reaching
14  systemic circulation, does that have any impact on
15  valsartan bioequivalency studies?
16           MR. FOWLER: Objection: Form,
17      compound.
18           THE WITNESS: First, I'm -- I'm
19      trying to speak real loud to make sure
20      that you can hear. So if it seems like
21      I'm yelling, it's not in an -- an
22      aggressive kind of response.
23  BY MR. VAUGHN:
24      Q.    I appreciate it and your -- your
25  level is actually pretty good.

Confidential Information - Subject to Protective Order

---

Page 18

1     A.   Okay.  I -- I just didn't want it
2  to come across as -- but I wanted to be sure I got
3  heard.
4          No, I do not believe that the
5  presence of NDMA or NDEA in valsartan has anything
6  to do with valsartan's bioequivalence.
7     Q.   And it reaching systemic
8  circulation -- scratch that.
9          And NDMA or NDEA reaching
10 systemic circulation has nothing to do with the
11 bioequivalency studies for valsartan, correct?
12         MR. FOWLER:  Objection:  Form,
13         lack of foundation, facts not in
14         evidence.
15         THE WITNESS:  Because I conclude
16         that they would not reach the systemic
17         circulation, then, again, my best answer
18         to your question is that they have no
19         effect on valsartan's bioequivalence.
20 BY MR. VAUGHN:
21    Q.   The opinion that NDMA and NDEA in
22 valsartan will not reach systemic circulation is
23 in relation to your general causation opinions,
24 correct?
25         MR. FOWLER:  Objection:  Form,

---

Page 19

1      mischaracterizes.
2          THE WITNESS:  I think it's, as I
3      said earlier, that there is some overlap
4      in some of the issues between general
5      causation and this part of the
6      litigation, as I understood it, and the
7      concept of -- of first pass metabolism
8      is one of those areas of overlap between
9      the two reports.
10 BY MR. VAUGHN:
11    Q.   How does first pass metabolism of
12 NDMA or NDEA impact the bioequivalency studies of
13 valsartan?
14    A.   It does not.
15         MR. VAUGHN:  Melisha, let's go to
16     page 48 of his class action expert
17     report.  Let's compare that to page 28
18     of his general causation expert report.
19     Looking at line 486 of his general
20     causation report where it says:
21     "Minimizing exposure to other tissues
22     and organs..."
23 BY MR. VAUGHN:
24    Q.   And the full sentence reads:
25 "Smaller oral doses are metabolized in the liver

---

Page 20

1  almost completely, minimizing exposure to other
2  tissues and organs."
3          Do you see that in your prior
4  report, Dr. Bottorff?
5     A.   I do.
6     Q.   All right.  And let's compare
7  that to the sentence that starts on lines 761 of
8  your class action expert report that reads:  "Oral
9  doses at the levels detected in generic valsartan
10 at issue in this litigation are metabolized in the
11 liver almost completely, preventing exposure to
12 other tissues and organs."
13         Did I read that correctly,
14 Dr. Bottorff?
15    A.   Yes.
16    Q.   What changes did you make in that
17 sentence from your general causation expert report
18 to your class action expert report?
19    A.   I don't feel that I made any
20 substantial changes at all.
21    Q.   Okay.  Do you see in the general
22 causation report you used the word "minimizing
23 exposure to other tissues and organs"?  The word
24 "minimizing"?
25    A.   Yes.

---

Page 21

1     Q.   And do you see that that's been
2  changed to the word "preventing"?  It now says:
3  "...preventing exposure to other tissues and
4  organs."
5          Do you see that?
6     A.   I do.
7     Q.   Do you not think there's much of
8  a difference between "minimizing" and
9  "preventing"?
10         MR. FOWLER:  Objection,
11         argumentative.
12         THE WITNESS:  Conceptually, what
13         those two sentence [sic] were -- I think
14         mean the same thing about -- because of
15         first pass metabolism, that you minimize
16         exposure, you prevent exposure, you
17         minimize/eliminate risk, and I think
18         they're -- they're just a reflection of
19         the fact that I did not just simply cut
20         and paste from my previous report
21         into -- into this report.  I -- I sat
22         down and wrote it de novo with the same
23         knowledge base and information.
24 BY MR. VAUGHN:
25    Q.   And this sentence that you

---

Confidential Information - Subject to Protective Order

Page 22

1  changed has nothing to do with the bioequivalency
2  studies, correct?
3      A.    Correct.
4          MR. VAUGHN:  Let's go to page 52
5      of his class action expert report,
6      Melisha.  And let's compare that to page
7      62 of his general causation expert
8      report.
9  BY MR. VAUGHN:
10     Q.    All right.  In looking at the
11 class action expert report, line 830, do you see
12 where you note that:  "DNA repair mechanisms in
13 humans can be as much as ten times higher than
14 rats"?
15     A.    Yes.
16     Q.    Okay.  And looking at your
17 general causation expert report, do you see that
18 language anywhere?
19     A.    Not in the page that -- that you
20 have in front of me.
21     Q.    Do -- do you have your general
22 causation expert report?
23     A.    I can probably get a hard copy
24 because we have a printer here, but I don't have
25 it sitting right in front of me.

Page 23

1      Q.    Okay.  You can also download it
2  from the exhibit share file, if you would like to.
3          All right.  Dr. Bottorff, if you
4  could, could you review your general expert report
5  and see if anywhere in that report you gave the
6  opinion that DNA repair mechanisms in humans can
7  be as much as ten times higher than rats?
8          MR. VAUGHN:  And let's go ahead
9      and go off the record while he's
10     reviewing this document.
11         THE VIDEOGRAPHER:  The time is
12     now 9:59 a.m.  We are off the record.
13     (Brief recess observed.)
14         THE VIDEOGRAPHER:  10:06 a.m.,
15     we're back on the record.
16 BY MR. VAUGHN:
17     Q.    All right.  Dr. Bottorff, now
18 that you've had time to review your general
19 causation expert report, did you find anywhere
20 within that report that you gave the opinion that
21 DNA repair mechanisms in humans can be as much as
22 ten times higher than rats?
23     A.    No, I -- I didn't find it.
24 And -- and what I was looking for and what I
25 thought I had in there -- and it may still be in

Page 24

1  there; I just didn't have enough time to find
2  it -- is I thought I made a statement somewhere in
3  the report that said that the metabolism of -- of
4  NDMA in the liver was occurring in the organ that
5  had the highest capacity to metabolize it.
6          And that -- that may be in there
7  somewhere if I go line-by-line and try to find it.
8  So I may not have quantified it in the original
9  report, and I quantified it here from a statement
10 made in -- in one of the PEG articles.
11     Q.    Does quantifying the DNA repair
12 mechanisms in humans compared to rats have
13 anything to do with your class action opinions?
14     A.    Yes.
15     Q.    I'm sorry?  I didn't hear that
16 answer.
17     A.    Sorry.  Yes.
18     Q.    What does it have to -- what
19 does -- scratch that.
20         What do DNA repair mechanisms in
21 humans have to do with your class action expert
22 report?
23     A.    The issue of medical monitoring.
24     Q.    And how does that relate to
25 medical monitoring?

Page 25

1      A.    Based on first pass metabolism
2  and limiting exposure of NDMA and NDEA to the
3  liver, which has the best capability for DNA
4  repair mechanisms, would mean that there's no
5  exposure enough to downstream organs to justify
6  medical monitoring, based on these principles of
7  both first pass metabolism and DNA repair.
8      Q.    So would it be fair to say that
9  the DNA repair mechanisms relate to your class
10 action expert report because you don't believe
11 that nitrosamines can increase the risk of cancer
12 in humans?
13         MR. FOWLER:  Objection, form.
14         THE WITNESS:  Yes.  And that's
15     consistent with what I concluded in my
16     original report, and it's a portion of
17     what I continue to conclude in this
18     expert report.
19 BY MR. VAUGHN:
20     Q.    And so you would agree that's a
21 general causation expert opinion, the DNA repair
22 mechanisms in humans?
23         MR. FOWLER:  Objection:  Form,
24     mischaracterizing.
25         THE WITNESS:  I would agree that

Page 26

1     it has relevance to both the general
2     causation issue in my original report
3     and to the medical monitoring issue that
4     I addressed in this report.
5  BY MR. VAUGHN:
6     Q.    And when we went off the record
7  for you to review your general causation expert
8  report and Mr. Fowler went off the screen, did he
9  discuss any part of your testimony with you?
10    A.    No.  None at all.
11          MR. VAUGHN:  All right.  Melisha,
12    can we go just to his class action
13    expert report, which is Exhibit 1.  And
14    let's go to page 50 and look at line
15    802.
16 BY MR. VAUGHN:
17    Q.    Doctor, in this paragraph, you're
18 discussing the half-life of NDMA, correct?
19    A.    Correct.
20    Q.    And in your opinion, what is the
21 half-life of NDMA in humans?
22    A.    It's estimated to be about 13
23 minutes.
24    Q.    And what are you basing that
25 estimation on?

Page 27

1     A.    I'm using the clearance values
2  from one of the Gombar papers.
3     Q.    Did you find the Gombar paper to
4  be reliable?
5          MR. FOWLER:  Objection, form.
6          THE WITNESS:  In some respects.
7  BY MR. VAUGHN:
8     Q.    What is half-life?
9     A.    The time it takes for a compound
10 amount to be cut in half.
11    Q.    What do you mean "cut in half"?
12    A.    Drop by 50 percent.
13    Q.    Is that after it's been ingested?
14    A.    No.  These diag- -- these numbers
15 came from the intravenous data from Gombar, which
16 is the part that I don't have any problem with at
17 all.
18    Q.    But the half-life is in relation
19 to the substance being inside the body, correct?
20    A.    And in this case, getting there
21 by giving it IV.
22    Q.    And so that would mean after 13
23 minutes, if no metabolism is taking place of the
24 NDMA, half of it will have disappeared?
25          MR. FOWLER:  Objection, form.

Page 28

1          THE WITNESS:  It is as a result
2  of metabolism, and to a certain degree,
3  distribution after IV administration
4  that would result in taking 13 minutes
5  in the estimate in humans, and anywhere
6  between 4 and 26 minutes in other animal
7  species who received IV dosing, for that
8  original concentration to be cut in
9  half, and in that same amount of time,
10 for that concentration to be cut in
11 half.
12 BY MR. VAUGHN:
13    Q.    So let me make sure I
14 understand --
15    A.    -- and approximately --
16    Q.    I apologize.
17    A.    Sorry, go ahead.
18    Q.    I'm sorry if I cut you off --
19          MR. FOWLER:  Let's not --
20 BY MR. VAUGHN:
21    Q.    -- with the delay.
22          MR. FOWLER:  -- do that.  Yeah.
23 BY MR. VAUGHN:
24    Q.    It -- it was not intentional.
25    A.    Yeah, so I'll -- I'll finish, and

Page 29

1  then we can take that question.
2          So literally what it amounts to
3  is whatever that original concentration is after
4  you give it intravenously, the half-life -- let's
5  take a round number of ten minutes.  It would take
6  ten minutes for that concentration to be cut in
7  half.  In ten more minutes, that would be cut in
8  half.  And by the time you got to five of those,
9  you can't detect the drug anymore.  So a general
10 pharmacology rule is five half-lives and the drug
11 is essentially completely gone.
12    Q.    So did I understand you correctly
13 that if NDMA is given intravenously to a human,
14 it's going to take approximately 13 minutes for it
15 to decrease by half?
16    A.    An estimate from the Gombar data
17 would predict that, if you were to give it IV.
18    Q.    And do you agree with that
19 estimate in Gombar?
20    A.    I think it's actually a pretty
21 good estimate.
22    Q.    Would it matter how much of a
23 dose is given IV?  Will that impact the half-life
24 at all?
25    A.    It could.

Page 30

1    Q.   How so?
2    A.   If -- if a smaller dose is given
3  that is in the range of what we call linear
4  pharmacokinetics, you'll get a -- half-life
5  value.  And if -- if it's a process that can be
6  saturated and you give a multiple higher dose,
7  then you would saturate elimination and you would
8  get a measured longer half-life.
9    Q.   And in the Gombar study where you
10  drew this 13-minute half-life, was it saturated or
11  not?
12    A.   Gombar used his nonsaturated IV
13  dose to calculate and then estimate what he
14  thought it would be in humans.
15    Q.   And so in a nonsaturated IV dose
16  in humans, NDMA would take 13 minutes to reduce
17  the amount in half?
18    A.   That is an estimate from the
19  Gombar data.
20    Q.   Doctor, do you know how long it
21  takes for the blood to do a full circulation in
22  the human body?
23    A.   Off the top of my head, I -- I
24  don't.  I know I used to know that.  And sometimes
25  you'll see that expressed as how many cycles per

Page 31

1  day or how man- -- how long it takes for one
2  cycle.  So I know that's available information,
3  but I don't have it off the top of my head.
4    Q.   Do you have an estimate, even?
5    A.   I know blood volume is
6  approximately 5 liters.  Typical cardiac output is
7  about 3 to 4 liters per minute.  So it -- it
8  shouldn't take long.  Less than ten minutes, maybe
9  20 minutes.  I can't verify that.
10    Q.   I mean, if -- if cardiac output
11  is around 4 liters and blood volume is around 5
12  liters, wouldn't you think that it goes all the
13  way around the body in about a minute?
14    A.   Yeah, I don't think that's the
15  case, though.
16    Q.   Okay.  You think it might be less
17  than 13 minutes, though?
18    A.   I --
19    MR. FOWLER:  Objection,
20  we're -- we're -- calls for speculation.
21  He's answered this.
22    THE WITNESS:  I really don't
23  know.  I'd have to look it up, because
24  it's been a while since I've had to use
25  that information.

Page 32

1  BY MR. VAUGHN:
2    Q.   If the blood can go all the way
3  around the human body multiple times in 13
4  minutes, the NDMA would be crossing the liver
5  multiple times, wouldn't it?
6    MR. FOWLER:  Objection:  Form,
7  lack of foundation, facts not in
8  evidence, incomplete hypothetical.
9    THE WITNESS:  The -- the best
10  answer I can give you in a conceptual is
11  that when a drug is given IV, whether
12  it's NDMA or, you know, a -- an
13  FDA-approved drug, giving it in the IV
14  route, it does eventually, if it is
15  metabolized in the liver, pass through
16  the liver as part of its route of
17  elimination.
18  BY MR. VAUGHN:
19    Q.   If the liver is able to fully
20  metabolize NDMA and systemic circulation takes
21  less than five minutes, you wouldn't expect the
22  half-life to be 13 minutes, would you?
23    A.   The issue that I have in being
24  able to answer it to the best of my ability is
25  that I'm not sure the first part of the question

Page 33

1  is accurate.  I think I would need to establish
2  how long it takes.
3    But remember the liver only gets
4  part of -- of cardiac output.  Part of cardiac
5  output goes to other organs as well.
6    Q.   All right.  Sitting here today,
7  though, you have no idea how long it actually
8  takes for the blood to go around the human body,
9  do you?
10    A.   No.  I -- I -- as of right now, I
11  don't.  I know the value if I were to -- to look
12  it up, but I don't have it in front of me.
13    Q.   And that's not something you've
14  looked into in forming your opinions for either of
15  your expert reports that you've submitted in this
16  litigation, correct?
17    A.   Correct.  And -- and nor do I
18  know the relevance that have any impact on my
19  opinions anyway.
20    MR. VAUGHN:  All right.  Melisha,
21  let's go to his invoices.
22    And this will be Exhibit 3.  It
23  is a composite exhibit of all of the
24  invoices that were produced.
25    (Exhibit 3 was marked.)

Page 34

1    MR. VAUGHN:  All right.  Let's go
2  to page 3.
3  BY MR. VAUGHN:
4    Q.    All right.  Doctor, and do you
5  see that you submitted a bill for eight hours of
6  deposition time on September 1st, 2021?
7    A.    That should probably be November.
8  So that's a typo.
9    Q.    Why should that be November?
10    A.    Based on the in- --- sorry?
11    Q.    Why should that be November?
12    A.    Oh, no.  That -- is that the date
13  that we did the previous deposition?
14    Q.    Well, we actually did the
15  previous deposition on September 16th, which you
16  also billed for.
17    MR. VAUGHN:  Melisha, if you want
18  to go to page 5 on his invoices.
19  BY MR. VAUGHN:
20    Q.    Now we have another bill for
21  $4,000 for an eight-hour deposition on September
22  16th, 2021 also in Knoxville and the same start
23  and end time.
24    A.    Yes.  I understand now what
25  happened.  I sent an invoice to GT for the date of

Page 35

1  the deposition, not knowing that that's not who
2  should have received the invoice.  So this invoice
3  that I sent to GT was never paid.
4    The other invoice was sent
5  to -- I don't know which law firm, but they are
6  the one who eventually paid that invoice.  So I
7  was not paid twice for that deposition.
8    Q.    Why is there a date inaccuracy of
9  it being September 1st on page 3 of your invoice?
10    A.    Because I'm not very good at
11  sometimes having the correct date on there.
12    MR. VAUGHN:  All right.  Can we
13  go to the next page, Melisha, page 4.
14  BY MR. VAUGHN:
15    Q.    And on September 1st, on this
16  bill, you also billed three-and-a-half hours for
17  reviewing Lagana's deposition and conference call
18  with counsel, correct?
19    A.    Correct.
20    Q.    Is that what you actually did
21  then on September 1st instead of the deposition?
22    A.    Yes, because we just previously
23  established that that was not the date of the
24  deposition.
25    Q.    Okay.  And then looking at

Page 36

1  September 16th, which was the date of the actual
2  deposition, you also billed two-and-a-half hours
3  for reviewing articles in advance of the
4  deposition.  So that's just the morning of the
5  deposition you're billing?
6    A.    Correct.
7    Q.    Okay.  And then the next one on
8  October 6th, you note that you:  "Preview/find
9  Wang article for inclusion and articles
10  considered."
11    What does that mean?
12    A.    That I looked at those articles
13  to see if I wanted to include them in my articles
14  for consideration.
15    Q.    That was after you submitted your
16  expert report and after you sat for deposition,
17  correct?
18    A.    Correct.
19    MR. VAUGHN:  Let's go to page 7,
20  Melisha.
21  BY MR. VAUGHN:
22    Q.    All right, Doctor.  Is this where
23  you started working actually on your class action
24  expert report?
25    A.    Correct.

Page 37

1    Q.    And throughout this I note names
2  Steve Fowler, Ken -- I'm not even going to try and
3  pronounce that last name -- T. Harper.  Are these
4  all GT attorneys?
5    A.    Yes.
6    Q.    And is Greenberg Traurig, is that
7  the law firm you were working with in generating
8  this class action expert report?
9    A.    Yes.
10    Q.    Is that the only law firm that
11  you were working with?
12    A.    Yes.
13    Q.    And you were providing opinions
14  on bioequivalency studies of all of the Defendants
15  in this litigation, correct?
16    A.    Yes.  All that I received
17  information on.
18    Q.    And GT, Greenberg Traurig, was
19  the one responsible for giving you documents for
20  each Defendant?
21    MR. FOWLER:  Objection, form.
22    THE WITNESS:  Yes.
23  Every -- every document from
24  manufacturers on ANDAs and
25  bioequivalence studies that I received,

Confidential Information - Subject to Protective Order

Page 38

1    that came through GT.  I did not deal
2    with any of the companies directly.
3  BY MR. VAUGHN:
4        Q.    Or any of the other law firms?
5        A.    Or any other law firms.
6        Q.    And so if there were additional
7  documents that you wanted to review, Greenberg
8  Traurig attorneys would have been who you went to?
9        A.    Yes.
10       Q.    Were there documents that you
11 specifically asked to see, or is it just documents
12 that Greenberg Traurig gave you?
13       A.    I asked GT to send me, from as
14 many of the manufacturers as they could,
15 bioequivalence studies that were used to file
16 and -- and received approval for their ANDAs.
17 And -- and then it was out of my hands what I
18 received at that point.  It was up to the
19 companies to find and send me those reports
20 through GT.
21       Q.    And so you would have expected
22 that all of the bioequivalency studies were given
23 to you, correct?
24       A.    I don't expect that.  I didn't
25 know what I was going to get.  I just evaluated

Page 39

1  what I did get.
2        Q.    So I note typically on this you
3  note that you're reviewing ANDA files for
4  bioequivalency data.  Why is it the ANDA files
5  that you're reviewing to find the bioequivalency
6  data?
7        A.    It's -- the part of the ANDA
8  submission process is to include the -- the BE
9  data.  So I would often get a file that had 50,
10 60, 70 folders in it, and I had to sift through
11 those and find the ones that actually had the
12 bioequivalence data in there.
13       So there's data on analytical,
14 the case report forms on all the volunteers who
15 were in the studies, what their lab values were,
16 their physical exam results.  I mean, there was a
17 lot of information that's included, and it was
18 just the BE data that I was interested in sifting
19 through and finding.
20       Q.    Each of those ANDAs are several
21 thousands of pages, correct?
22       A.    Correct.
23       Q.    And when you said --
24       A.    Just to add -- I'm sorry.  Just
25 to add and see if it helps.  For some of the

Page 40

1  manufacturers, instead of several thousand pages,
2  I only received the BE data only, and so I didn't
3  have to sift through for some of the situations a
4  lot more information than necessary for what I was
5  doing.
6        Q.    Do you recall for which companies
7  that was?
8        A.    Not off the top of my head, no.
9        Q.    A second ago you testified that
10 the submission process is to include the BE data.
11 By that, do you mean that the company is supposed
12 to submit all of their bioequivalency data and
13 studies with their ANDA?
14       A.    I believe that to be the case.
15       Q.    And that's why you thought it was
16 appropriate just to review the ANDA for their
17 bioequivalency data, correct?
18       A.    Well, or the bioequivalence data,
19 if that's all they sent me.  I -- it was the
20 bioequivalence data that I was most interested in.
21       Q.    And when you're talking about the
22 data, did you actually review the underlying data
23 or did you just review the final report?
24       A.    It depends on the format that it
25 came to me.  There was often a lot of underlying

Page 41

1  data.  There were bioequivalence data in humans.
2  A lot of that had subject-by-subject what their
3  individual values were.  Then it had summary data
4  on top of that.  It just depended on the format in
5  which I received it.
6        Q.    And did you look into the testing
7  methods that were employed in the different
8  bioequivalence studies?
9        A.    In some of the more extensive
10 files that I received, there were testing data.
11       Q.    And -- and for which
12 manufacturers did you have the more extensive
13 data?
14       A.    Again, I'd have to go back
15 and -- and look at my files to make that kind of
16 accurate answer.
17       Q.    Was it a majority or a minority
18 of the Defendants that you had extensive data on?
19       A.    I'd say it was about half.  So
20 when you look in my report to see which BE studies
21 I included, I'd say about half of those came from
22 looking at a lot of extensive information, and
23 some were a little bit more targeted towards just
24 the bioequivalence data.
25       MR. VAUGHN:  Melisha, let's go to

Page 42

1        the first page of those invoices again.
2   BY MR. VAUGHN:
3        Q.    And I just want to run through
4   the billing amount, total billing amounts, Doctor.
5            So this first invoice was
6   $26,000, correct?
7        A.    Correct.
8            MR. VAUGHN:  And second invoice,
9   Melisha, page 2.
10  BY MR. VAUGHN:
11       Q.    This was $42,250, correct,
12  Doctor?
13       A.    Correct.
14       Q.    And the third invoice was $4,000,
15  correct?
16       A.    Yes, but that may be the one that
17  did not get paid because I sent it to the wrong
18  firm for payment.
19       Q.    And do you recall what firm you
20  sent that to?
21       A.    I sent it to GT, and they sent it
22  to whatever firm was responsible for that.
23       Q.    Then the next invoice is $35,500,
24  correct?
25       A.    Correct.

Page 43

1        Q.    And the next invoice is $4,000?
2        A.    Again, that may be the overlap
3   with the other one.  So both of those did not get
4   paid.  One did; one didn't.
5        Q.    Okay.  And the next invoice is
6   for $5,000?
7        A.    Correct.
8        Q.    And the next invoice is for
9   $41,000?
10       A.    Correct.
11       Q.    And your final invoice is for
12  $46,084, correct?
13       A.    Correct.
14       Q.    And my math shows that all those
15  together is $204,000.  If we drop that other
16  4,000, we're at $200,000.  Does that sound about
17  correct to you, Doctor?
18       A.    That sounds right.
19       Q.    And have they paid all of those
20  invoices to date?
21       A.    Yes.
22       Q.    And do you have additional time
23  that you have not billed, that is not reflected in
24  this billing?
25       A.    No, I'm sorry.  I'm sorry.  The

Page 44

1   one you're on right now.
2        Q.    Yeah, the last one?
3        A.    I have not -- I have not been
4   paid for that one.
5        Q.    Okay.  And then do you have
6   outstanding time that you have not billed?
7        A.    Yes.  Between the end of last
8   week and up until today, I've not billed for that.
9        Q.    And approximately how much time
10  is that?
11       A.    Approximately, I'm going to say,
12  30 hours.
13       Q.    And what were you doing during
14  those 30 hours?
15       A.    Reviewing my report, reviewing
16  deposition transcripts of some of the Plaintiff
17  experts in this phase of the litigation,
18  rereviewing some of the articles that I thought
19  were most important to my conclusions.
20            I think that's the majority of
21  the work.
22       Q.    How many meetings have you had
23  with counsel in preposit- -- preparation for this
24  deposition?
25       A.    We met yesterday here in Atlanta,

Page 45

1   and we had three remote sessions between the end
2   of last week and the first part of this week.
3        Q.    When you say "we," is that all
4   Greenberg Traurig attorneys?
5        A.    Yes.
6        Q.    Approximately how many hours
7   would you say those meetings were in total?
8        A.    Maybe 16, 18 hours.
9        Q.    And do you not charge Greenberg
10  Traurig more money for when you take a deposition
11  versus when you're just writing an expert report?
12       A.    No, I don't charge differently.
13       Q.    Let's go ahead and take a five,
14  ten-minute break.
15            MR. VAUGHN:  Is that okay, Steve?
16            MR. FOWLER:  Five minutes would
17  be good.  But yeah, go ahead.
18            MR. VAUGHN:  Sounds great.
19            Can we get a breakout room?
20            THE VIDEOGRAPHER:  Yes.
21            The time is now 10:35 a.m.  We're
22  now off the record.
23            (Brief recess observed.)
24            THE VIDEOGRAPHER:  The time is
25  10:43.  We're back on the record.

Confidential Information - Subject to Protective Order

Page 46

1          MR. VAUGHN:  All right, Melisha,
2   can we go back to Exhibit 1,
3   Dr. Bottorff's class action expert
4   report?  And let's go to page 30.
5   BY MR. VAUGHN:
6      Q.    And, Doctor, is this where you
7   begin discussing these bioequivalency studies of
8   the various Defendants?
9      A.    Yes.
10     Q.    All right.  This first one that
11  you note is for Teva valsartan, and it's ANDA
12  090642, correct?
13     A.    Correct.
14     Q.    And those studies, you note, were
15  conducted in 2004, correct?
16     A.    Correct.
17     Q.    In your opinion, was Teva's
18  valsartan contaminated with nitrosamines in 2004?
19     A.    I don't believe so, but I don't
20  know for sure.
21     Q.    Is that something you asked
22  counsel?
23     A.    No.
24     Q.    Is that something you looked into
25  in any way at all?

Page 47

1      A.    No.
2      Q.    If Teva's valsartan in 2004 was
3   not contaminated with nitrosamines, how does this
4   study support that nitrosamines won't impact the
5   bioequivalency of valsartan?
6      A.    In this particular case, I was
7   wanting to be thorough and include as many of the
8   bioequivalence studies as I could get and not
9   leave those out that -- for whatever reason or any
10  other reason.  So I asked for all of them.  And
11  every one of them that I got, I included in this
12  report.
13     Q.    In the body of your expert
14  report, you included every single bioequivalency
15  study that was provided to you by Greenberg
16  Traurig?
17     A.    That was provided to them by the
18  companies who were requested to send it to me,
19  yes.
20     Q.    And so you would agree, though,
21  that if, in 2004, Teva's valsartan was not
22  contaminated with nitrosamines, this
23  bioequivalency study does not tell you if
24  nitrosamines will impact the bioequivalency of
25  valsartan, correct?

Page 48

1          MR. FOWLER:  Objection to form.
2          THE WITNESS:  Again, I don't know
3   if it was or wasn't, because
4   I've -- I've not traced company
5   documents about that kind of thing.
6   BY MR. VAUGHN:
7      Q.    Right.  I understand that
8   you're -- you do not know, Dr. Bottorff, but if
9   it's an "if-then" question.  If it was not
10  contaminated, then this would not tell you
11  anything about if nitrosamines impact valsartan's
12  bioequivalence, correct?
13     A.    In and of itself, no.
14     Q.    Going down to line 496, you have
15  a sentence that reads:  "The AUC and Cmax values
16  are expressed as geometric means rather than the
17  more common arithmetic means, since the
18  pharmacokinetic data are usually more log-normal
19  distributed, such that geometrics means giving
20  more accurate description of the central tendency
21  of the data."
22          Can you explain what that means
23  to me, Dr. Bottorff?
24     A.    I -- I can as much as neither you
25  or I are not statisticians.  But this is the

Page 49

1   common way in which all of these bioequivalence
2   studies are conducted.  It's expected in -- from
3   the FDA when these are submitted that they're
4   analyzed in that fashion.  And it's done for the
5   reason that I list here, which has to do with how
6   the data are distributed across normal volunteers.
7          A lot of statistics are done
8   assuming that a negative value could be the same
9   as a positive value, which would lead to that
10  normal distribution in statistics.  But when you
11  give a drug and measure AUC, it can only go up.
12  It can't go down.  So that's part of this unequal
13  distribution that leads to this format of
14  demonstrating the central tendency using the --the
15  log-normal data.
16          I can describe how it's done, if
17  you want to know.
18     Q.    You're not a statistician, are
19  you, Dr. Bottorff?
20     A.    No, but I've had classes in
21  statistics and I've actually taught classes in
22  biostatistics.
23     Q.    What is your prior experience
24  with bioequivalency studies?
25     A.    My first bioequivalence study

Page 50

1 experience was when I was a -- a -- a trainee in
2 my residency at the University of Kentucky, and I
3 worked in a unit that conducted these kind of
4 bioequivalence studies.  And I've done some of my
5 own bioavailability studies where the conduct of
6 the trial is essentially the same.
7       Q.    What does geometrics mean?  What
8 does that mean?
9       A.    Yeah.  An arithmetic mean is you
10 take -- let's say we are have three numbers, A, B,
11 and C.  You take A plus B plus C, and then you
12 divide by three and that's the arithmetic means.
13 The geometrics mean is you multiply A times B
14 times C, and then you take the cube root of that
15 number.
16       Q.    And why does the geometric mean
17 then give a more accurate description of the
18 central tendency data?
19       A.    Well, that's where it gets beyond
20 my statistical understanding, other than it's
21 what's expected to be done in these kind of
22 studies, is they use the geometric instead of the
23 arithmetic mean.
24       Q.    Are you familiar with the term
25 "harmonic mean"?

Page 51

1       A.    Yes.  There are -- there are
2 multiple ways of -- of displaying central
3 tendency.  That's another one.
4       Q.    What is a harmonic mean?
5       A.    I've never used it, so I can't
6 define it for you off the top of my head.
7       Q.    What about a least squares mean?
8       A.    That's really part of these as
9 well, is because the FDA expects you, when you do
10 a comparison from drug A to drug B, to not give
11 everybody drug A first and drug B second.  Some
12 people will get drug B first and drug A second.
13 And so you put that into a regression model along
14 with the means, and the regression model that
15 gives you the least difference, which is the least
16 squares fit to the data, are how you determine the
17 actual values that are going to be reported.  So
18 it's part of the regression model.
19       Q.    What did you mean by "you put
20 that into a regression model along with means and
21 the regression model that gives you the least
22 difference"?  What do you mean by "the model that
23 gives you the least difference"?
24       A.    Yeah.  The -- the best way I can
25 describe it is if -- if you have average blood

Page 52

1 level versus time data that go sort of up and
2 down, and you try to find the model that draws the
3 best fit through that data, each data point that's
4 not on that line -- as there's a difference
5 between the point and the line that's calculated.
6 And then the line is refit, the line is refit, and
7 you take the square of that difference between the
8 points in the line, and then you select the model
9 that gives you the least squares difference
10 between the predicted values and the observed
11 values.
12       Q.    Is there a difference between
13 least square means and geometric least square
14 means?
15       A.    No.  I think that's a different
16 way of wording the same process that's done in
17 bioequivalence studies.
18       Q.    And what's going to give a more
19 accurate description of the central tendency of
20 data, a geometric mean or a geometric least
21 squares mean?
22       A.    It's the same thing.
23       Q.    Oh, those are interchangeable as
24 well?
25       A.    Those -- those are

Page 53

1 interchangeable.
2       Q.    Thank you.
3             MR. VAUGHN:  All right.  Let's go
4 to page 31 of his expert report now.
5       And looking down at the paragraph that
6 starts on line 508.
7 BY MR. VAUGHN:
8       Q.    I like that you line number your
9 expert report, by the way.  It makes it much
10 easier to go through.
11             So this is the Princeton ANDA for
12 the valsartan 320 milligram, ANDA 204821, correct,
13 Doctor?
14       A.    Correct.
15       Q.    And the two studies that were
16 done here, there was a fasting study, H237-11.
17             What is a fasting study?
18       A.    Typically the FDA requires, when
19 you do these studies, to do one study in -- where
20 you dose in the morning after an overnight fast so
21 there's no food in the stomach, and then you
22 repeat the study with food in the stomach
23 to -- like after a standard breakfast kind of meal
24 to see if there's any effect of food altering the
25 bioavailability or the bioequivalence.

Confidential Information - Subject to Protective Order

Page 54

1    Q.    And you note that these studies
2  were done in March and April of 2012.  Did you
3  look into the manufacturing date of the product
4  that was actually tested in these bioequivalency
5  studies?
6    A.    I -- I didn't for a -- point of
7  record, but most of the files that I received,
8  there was a section you could go to and it would
9  talk about the date of actual production of what
10  was going to be called the test product, and they
11  even had the date of production of the -- of the
12  reference Diovan.  And they would even often have
13  what the testing results on those individual
14  products were.
15         You know, if it said it had
16  320 milligrams, did it have 320 or right around
17  there?  So those were often included in the
18  records that I reviewed.
19    Q.    Do you recall approximately how
20  much earlier most of the manufacturing dates were
21  than study dates?  Several months?
22    A.    A few months.  These are usually
23  batches that are not so large, because they want
24  to prove that they can demonstrate bioequivalence
25  with them before they go into more larger scale

Page 55

1  production.
2    Q.    Do any additional tests related
3  to bioequivalency have to be done when a company
4  scales up production?
5    A.    I know there are times.  The
6  majority of these, the FDA requires the in-human
7  bioequivalence study to be done on the largest
8  tablet size that you're going to market.  That's
9  why these are almost always in the 320 milligram
10  dosage.  And then you're allowed to do in vitro
11  dissolution testing with the smaller doses.
12         So even though the bioequivalence
13  study might have been done with the 320, the ANDA
14  got approved for 40, 80, 160, as well as the 320.
15  And that was often done based on dissolution
16  testing.  So when you upscale, you can often
17  demonstrate bioequivalence using the dissolution
18  testing rather than repeat your human trial at
19  that point.
20    Q.    And do you know if Princeton's
21  valsartan was contaminated prior to March of 2012?
22    A.    I don't specifically know that.
23    Q.    And, again, if Princeton's
24  valsartan was not contaminated with nitrosamines
25  at the time of this study, then this -- these

Page 56

1  studies on bioequivalency don't tell you anything
2  on if nitrosamines impact valsartan's
3  bioequivalency, correct?
4    A.    Not by itself.
5    Q.    And what do you mean by "not by
6  itself"?
7    A.    Well, this report -- and I'm sure
8  we're going to keep going through it -- is going
9  to be leading to other bioequivalence studies with
10  some of the combination products where I
11  demonstrate that the addition into a valsartan
12  tablet of milligram quantities of other compounds
13  that do not have overlapping metabolic or
14  distribution pathways do not also alter the
15  bioequivalence.  And so to me, it doesn't -- if it
16  is or isn't in there, it's not going to alter the
17  bioequivalence pattern.
18    Q.    About line 513, you discuss
19  Hetero Labs' ANDA 203311 and Studies
20  10-VIN -- V-I-N -- -337 and Study 330-VALS-2011,
21  and you note that these studies were conducted in
22  February and July of 2011, correct?
23    A.    Correct.
24    Q.    And do you know if Hetero Labs'
25  valsartan was contaminated with nitrosamines in

Page 57

1  2011?
2    A.    Again, I don't.  It -- it's my
3  understanding that some of these generic
4  manufacturers were making their drug with a
5  process that may have had nitrosamines in it and
6  they didn't know it.  So I can't tell you with
7  each company where that was and when that
8  happened.  I -- I'm somewhat certain that some of
9  these did and it wasn't known, but it still didn't
10  alter the bioequivalence.
11    Q.    And so is it your testimony today
12  that Hetero Labs' valsartan might have been
13  contaminated with nitrosamines dating back to at
14  least 2011?
15    A.    It is my testimony that I don't
16  know which companies may have had it, but that I'm
17  suspicion [sic] -- my suspicion is that some did,
18  and I don't know which.
19    Q.    All right.  Go to page 32, line
20  517.  You are now discussing a Torrent
21  Pharmaceuticals' ANDA 202728 with Studies
22  PK-09-100 and Study PK-09-103.  These are on
23  valsartan 320 milligrams, and you note that the
24  studies were done in July of 2010, correct?
25    A.    Yes.

Page 58

1    Q.   And Torrent's valsartan, is it
2 your opinion that it was contaminated with
3 nitrosamines back in 2010?
4    A.   It is my opinion that I don't
5 know if it was or not.
6    Q.   And if Torrent's valsartan was
7 not contaminated with nitrosamines back in 2010,
8 these bioequivalency studies don't tell you
9 anything in relation to if nitrosamines impact the
10 bioequivalency of valsartan, correct?
11    A.   And, again, as I said before, not
12 in and of themselves.  But as we keep working
13 through this, you'll see one of the premises about
14 having combination products with more than
15 valsartan, like hydrochlorothiazide in
16 six-and-a-half -- or six-and-a-quarter up to 25
17 milligrams, amlodipine 5 or 10 milligrams, having
18 no effect on the bioequivalence of -- of valsartan
19 because of a lack of overlapping metabolic
20 pathways.
21        And so as I've -- I've
22 demonstrated in both reports, the lack of an
23 overlapping metabolic pathway between the
24 nitrosamines and valsartan, that there would be no
25 reason, and in fact there couldn't be any reason,

Page 59

1 to have that have any effect on the bioequivalence
2 of valsartan.
3    Q.   What were the two combination
4 drugs that you just mentioned?  Amlodipine and
5 what was it?
6    A.   Hydrochlorothiazide.  Those are
7 the components of the brand name Exforge or
8 Exforge HCT.
9    Q.   Are either of those drug
10 genotoxic -- genotoxins?
11    A.   No.
12    Q.   Are nitrosamines genotoxins?
13    A.   In animals, yes, depending on the
14 exposure level.
15    Q.   All right.  On the PK-09-103
16 Study, on that far right-hand column, it says:
17 "90 percent C.I."
18        What does the C.I. mean?
19    A.   It's a confidence interval.  The
20 90 percent confidence interval around that value
21 in the column before it, which is the percentage
22 similarity between the brand name and the test
23 product.  So it's a -- an -- the average value
24 with the 90 percent confidence limits around that
25 value.  And these are to -- these confidence

Page 60

1 limits are to demonstrate that they remained
2 within the FDA guidelines of the confidence limits
3 being allowed to be as low as 80 percent or as
4 high as 125 percent.
5    Q.   So does that mean that --
6    A.   That would be for the A- -- I'm
7 sorry.  Whether that be for the AUC value or the
8 Cmax value.
9    Q.   And so does that mean that 10
10 percent of the population is allowed to fall
11 outside of the 80 percent to 125 percent range?
12    A.   No, that's not what it means.
13    Q.   Can you explain further?
14    A.   Sure.  What it means is that if
15 you were to redo this experiment 100 times, 90
16 times you would still get values that are between
17 that range of upper and lower limit.  So it's more
18 of a statistical value than a what-happened-
19 to-a-patient value.
20    Q.   I understand now.  I appreciate
21 that clarification.
22        And so on the PK-09-103, it's
23 getting up to 123.65 percent, and that's okay
24 because it's less than 125, correct?
25    A.   Correct.  That's the upper limit

Page 61

1 of the FDA's guidelines for demonstrating
2 bioequivalence.
3        MR. VAUGHN:  Let's go to page 33,
4 Melisha.
5 BY MR. VAUGHN:
6    Q.   All right.  Line 537 and 538, you
7 note that: "HCTZ" -- and what's HCTZ?
8    A.   Hydrochlorothiazide.
9    Q.   Is it okay if I refer to it as
10 HCTZ in the deposition?
11    A.   For me it is.
12    Q.   Appreciate it.
13        You note that: "HCTZ is
14 primarily eliminated through the kidney," correct?
15    A.   Correct.
16    Q.   And then you say: "Therefore,
17 HCTZ would have no pharmacokinetic or
18 pharmacodynamic overlap with valsartan or NDMA or
19 NDEA," correct?
20    A.   Correct.
21    Q.   And why is that?
22    A.   Well, there's multiple parts to
23 that question.  I previously demonstrated how
24 valsartan is absorbed, taken up into the liver,
25 excreted in bile and has a mild cytochrome P450

Page 62

1 pathway of elimination. None of those are shared
2 by Hydrochlorothiazide. None of those are shared
3 by NDMA or NDEA.
4         And I guess I should add that's
5 the pharmacokinetic reason for no overlap. The
6 pharmacodynamic reason is that -- that gets to
7 their mechanism of action. How does
8 Hydrochlorothiazide lower blood pressure? Not the
9 same way that valsartan does. So there's no
10 overlap between their -- their blood pressure
11 effects. So that would be a lack of a
12 pharmacodynamic-shared mechanism.
13     Q.    And so is part of the reason that
14 there's no overlap is they're being metabolized in
15 different organs?
16     A.    Well, that's part of it. Part of
17 it can be you're metabolized in the same organ but
18 by a different pathway. You would still then have
19 no overlap.
20     Q.    And NDMA is metabolized, in your
21 opinion, in the liver, correct?
22     A.    And how it's given and how much
23 dose is -- is given.
24     Q.    The NDMA that has been
25 contaminated in valsartan, it's your opinion that

Page 63

1 it's metabolized in the liver, correct?
2     A.    When ingested orally, yes.
3     Q.    And valsartan itself is also
4 metabolized in the liver, correct?
5     A.    By a different metabolic pathway
6 entirely.
7     Q.    And is that the P450 pathway that
8 you were just mentioning?
9     A.    Well, there's a P450 pathway for
10 NDMA that's separate and distinct from the minor
11 P450 pathway with valsartan.
12     Q.    But they're both metabolized
13 through a P450 pathway, correct?
14     A.    Correct, but a separate and
15 distinct different P450 pathway.
16     Q.    And then line 545 you note that:
17 "Amlodipine is primarily hepatically metabolized."
18         And that means metabolized by the
19 liver as well, correct?
20     A.    Yes.
21     Q.    And -- I'm --
22     A.    Again, by a distinct metabolic
23 pathway called 3A4.
24     Q.    P450, 3A4?
25     A.    Yes.

Page 64

1     Q.    And is --
2     A.    Different from valsartan,
3 separate from NDMA.
4     Q.    Thank you. You knew my next
5 question.
6         Now, I don't see that you gave an
7 opinion like you did with HCTZ that it would have
8 no pharmakinetic [sic] or pharmadynamic [sic]
9 overlap with valsartan or NDMA/NDEA.
10         Is that also your opinion,
11 though, with amlodipine?
12     A.    Yes. I -- I say the same thing
13 in the next sentence, but in a slightly different
14 way, because there's no identified mechanism of
15 drug interaction or no overlapping route of
16 metabolism.
17     Q.    Can liver cirrhosis impact the
18 metabolism of any of these drugs?
19     A.    Not in a predictable fashion.
20     Q.    What do you mean by that?
21     A.    Well, there are probably maybe as
22 many as 100 or 150 different cytochrome P450
23 pathways. Some of them have been studied for
24 alterations in cirrhosis; some have not. Most do
25 not show a change in their metabolic capability in

Page 65

1 cirrhosis.
2     Q.    So liver damage could impact the
3 metabolism of these drugs?
4         MR. FOWLER: Object to form.
5         THE WITNESS: It's probably been
6     studied and there's other types of liver
7     damage from cirrhosis, so it can't be
8     yes/no. You have to look at the type of
9     liver damage and the specific P450
10     pathway to see what's actually been
11     demonstrated or shown not to have an
12     effect. But it can't be done as a
13     blanket statement.
14 BY MR. VAUGHN:
15     Q.    Do you have an opinion as to what
16 type of liver damage would impact the metabolism
17 of any of these drugs the most?
18         MR. FOWLER: Objection: Form,
19     foundation.
20         THE WITNESS: I don't. As I said
21     before, it's not something you can say
22     in a blanket yes/no format. So you'd
23     have to literally look at each pathway
24     and the multiple different types of
25     hepatic disease to see what's been done

Confidential Information - Subject to Protective Order

Page 66

1  and what's not been done.
2        MR. VAUGHN:  Let's go to page 34,
3     Melisha.
4  BY MR. VAUGHN:
5     Q.    And at 559, we're now at the
6  section on Exforge.  What is Exforge?
7     A.    That's the brand name of the
8  combination product of valsartan and amlodipine
9  made by Novartis.
10    Q.    Okay.  So when one of the
11 companies is doing their bioequivalency studies on
12 valsartan plus amlodipine, they do it in
13 comparison to Exforge?
14    A.    Correct.
15    Q.    And line 562, you are now
16 discussing Aurobindo's ANDA 206512, and within
17 that, their Study No. 368-12 and 369-12.  And you
18 note that these were done in October of 2013,
19 correct?
20    A.    Correct.
21    Q.    And you don't recall the date of
22 manufacture of the generic pills that were being
23 tested, do you?
24    A.    No.  Again, they would have been
25 within some, usually few months time frame, but I

Page 67

1  don't know.
2     Q.    Okay.  So is it your opinion that
3  Aurobindo's valsartan was contaminated with
4  nitrosamines prior to October of 2013?
5     A.    It is my testimony that I do not
6  know, but that it may have had.  And that if it
7  did, it didn't alter the bioequivalence anyway.
8     Q.    And if it -- if that -- scratch
9  that.
10          And if Aurobindo's valsartan was
11 not contaminated with nitrosamines during this
12 time, then these bioequivalency studies don't tell
13 you anything as to if nitrosamines will impact the
14 bioequivalency of valsartan plus amlodipine,
15 correct?
16    A.    Well, no, not necessarily
17 correct.  Because, again, in microgram quantities,
18 without any overlapping mechanism for an
19 interaction, there's no reason to expect that
20 there would be any impact at all.
21    Q.    But if this study is testing
22 pills without any nitrosamines in it, how does
23 that add anything?  How does that support your
24 opinion that the nitrosamines aren't going to
25 impact the bioequivalence?

Page 68

1     A.    Again, it -- it can't.  There's
2  no mechanism for it to do such.  This, again,
3  study in and of itself is demonstrating that by
4  showing that you still get all the valsartan
5  you're supposed to get, even when amlodipine is
6  present, because it doesn't share a metabolic
7  pathway.
8     Q.    Did you even need to look at any
9  of these bioequivalency studies, as you had
10 already determined that there's no way that
11 nitrosamines can impact the bioequivalency of the
12 drugs?
13    A.    Well, the -- the process that I
14 went through was not starting with that.  I first
15 had to go through the metabolic pathways of these
16 various components and then look at the
17 bioequivalence studies and then draw my conclusion
18 at the end of that, not on the front end of that.
19    Q.    And you think that studies done
20 without nitrosamines can tell you if nitrosamines
21 are going to impact the bioequivalency?
22          MR. FOWLER:  Objection:  Form,
23     mischaracterizes.
24          THE WITNESS:  Again, I think in
25     answering that previously, I -- I said

Page 69

1     that not in and of themselves.  You have
2     to look at the whole picture.  And part
3     of the whole picture is valsartan's
4     bioequivalence is retained in the
5     presence of other compounds, that I had
6     to see the data for, before I could draw
7     that conclusion.
8          And then also understanding that
9     some of these probably had nitrates in
10    them, even as far back as -- as when
11    these bioequivalence studies were done.
12 BY MR. VAUGHN:
13    Q.    You just testified that you have
14 to look at the whole picture.  What do you mean by
15 "the whole picture"?
16    A.    Look at all the compounds
17 involved, their metabolic pathways, the
18 bioequivalence studies.
19    Q.    All of the bioequivalency
20 studies?
21    A.    All that I received, which
22 supported my contention and the -- all of the
23 metabolic pathways of all the compounds involved.
24    Q.    If there were other
25 bioequivalence studies that you did not receive,

Page 70

1  you wouldn't have the whole picture, would you?
2      A.   I wouldn't have any more
3  information than what I've already put in my
4  report, but I think there's adequate information
5  in my report to make my conclusions.
6      Q.   If there were bioequivalency
7  studies that -- scratch that.
8          If some of the generic
9  manufacturers conducted bioequivalency studies on
10 their valsartan and they failed the bioequivalency
11 studies, you would then ex- -- you would have
12 expected the Defense attorneys would have given
13 you that information, correct?
14     A.   And they did.
15     Q.   How do you know they did?
16     A.   I saw one bioequivalence study
17 that the average AUC value and the average Cmax
18 value, you know, the two primary determinates of
19 rate and extent of absorption, were within the
20 FDA's requirements, but the confidence limits
21 exceeded the requirements.
22     Q.   What do you mean by "exceeded"?
23     A.   So I did see a study --
24     Q.   Sorry, continue.
25     A.   So I did see -- I did see a study

Page 71

1  that failed the FDA's bioequivalence standards and
2  the company did a root cause analysis -- I don't
3  remember which one it was right now -- and found
4  that it was a -- a change in the size of the
5  microparticles when they did the tableting, and so
6  they went back and reformulated the tablet and
7  redid a bioequivalence study -- and its one of the
8  ones that's in here -- that then met the FDA
9  standards after the reformulation.
10     Q.   You don't recall what company
11 that is?
12     A.   I don't.  I'd have to go back and
13 look through all those files again.
14     Q.   Do you know what -- if they're
15 API?
16     A.   Again, I -- I don't know off the
17 top of my head whether they made their own or
18 whether they purchased it.
19     Q.   You don't know if they were
20 getting their API from ZHP?
21     A.   I don't, off the top of my head.
22     Q.   And do you happen to know if
23 wherever they were getting their API from sent
24 them the same API later on that they passed their
25 bioequivalency study with?

Page 72

1      A.   I seem to recall that they were
2  using the same API.  It was more the tableting
3  process that needed to be revised.
4      Q.   Was it the size of the granules
5  of the valsartan API that was causing the
6  bioequivalence studies to fail?
7      A.   No.  It was the size of the
8  particles that are used as part of the tableting
9  process.  So, yes, valsartan was in that particle,
10 and I don't know whether there was NDMA in there
11 or not.  But based on the internal report for that
12 company, it had nothing to do with the API; it was
13 the tableting process.
14     Q.   What are you basing that on,
15 the -- it's the tableting process and not the API?
16     A.   Their own internal root cause
17 analysis.
18     Q.   But you can't point me to which
19 Defendant you're discussing or the document that
20 you're relying on?
21     A.   I could.  It might take me two or
22 three hours to sift through the files.
23     Q.   That's okay.  I think we'll
24 probably get to it later.
25          MR. VAUGHN:  Let's go to page 36,

Page 73

1      Melisha, and start on line 586.
2  BY MR. VAUGHN:
3      Q.   All right.  We're talking about
4  Torrent's ANDA 202377.  And so this would, again,
5  be the valsartan plus amlodipine, correct?
6      A.   Yes.
7      Q.   And the bioequivalency studies
8  within this ANDA is PK-09-192, PK-09-193 and
9  PK-10-023, and you note that these were conducted
10 between May and July of 2010, correct?
11     A.   Yes.
12     Q.   Is it your opinion that Torrent's
13 valsartan was contaminated with nitrosamines in
14 May of 2010?
15     A.   Again, it may have been.  I -- I
16 do not know.
17     Q.   And so, again, if Torrent's
18 valsartan was not contaminated with nitrosamines
19 in 2010, then these studies don't actually tell
20 you anything specifically on if nitrosamines
21 impact the bioequivalency of valsartan plus
22 amlodipine, correct?
23     A.   Again, not in and of itself,
24 but -- but if it did contain it, then it does tell
25 you that.

Confidential Information - Subject to Protective Order

Page 74

1    Q.   But you have no idea if Torrent's
2  valsartan was contaminated back in 2010 with
3  nitrosamines, do you?
4        MR. FOWLER:  Asked and answered.
5        THE WITNESS:  I -- I do not know.
6  BY MR. VAUGHN:
7    Q.   Do you know what the purpose was
8  of them doing two fasting studies at different
9  milligrams?
10   A.   I -- I don't.  I don't recall
11 seeing why that selection was made.  Again, I know
12 they're required by the FDA to do the highest
13 dose.  I don't know why they chose the 160 in
14 addition, so I -- I really don't know.  I
15 certainly don't recall seeing in the documents I
16 had access to, that it was explained.
17   Q.   Is there any reason why on the
18 fed study the bioequivalency range is on the low
19 end and on the fasting studies it's on the high
20 end?
21       MR. FOWLER:  Objection to form.
22       THE WITNESS:  I do believe that
23   it's been reported that there's a small
24   reduction in systemic exposure to
25   valsartan when taken with food compared

Page 75

1    to not being taken with food.  But then
2    it's in the package label that
3    the -- that small reduction is of -- not
4    of any clinical significance.  And so
5    patients in the package labels are
6    instructed that they can take it with or
7    without food and it won't alter the
8    ultimate response to the drug.
9  BY MR. VAUGHN:
10   Q.   That small reduction in systemic
11 exposure to valsartan when taken with food, that
12 should be the same for the brand name and the
13 generic, correct?
14   A.   Yes.
15   Q.   Then why is the generic low on
16 the fed studies but high on the fasting studies?
17       MR. FOWLER:  Objection, form.
18       THE WITNESS:  I don't think it's
19   only because of whether it's fed or not
20   fed.  I think tablet performance, if you
21   go back and look through some of these,
22   some manufacturers, even in a fasting
23   state, their AUCs are a little higher
24   than Diovan and some are a little lower
25   than Diovan.  So it -- it's not purely

Page 76

1    only capable of being different because
2    of a function of being fed or not.
3  BY MR. VAUGHN:
4    Q.   Do you -- in relation to
5  valsartan, do you have an opinion if fasting or
6  fed bioequivalency studies are harder to pass?
7    A.   I have no opinion that they're
8  any harder to pass.
9        MR. VAUGHN:  All right.  Page 37.
10 BY MR. VAUGHN:
11   Q.   All right.  In the Comparison
12 part now is Diovan HCT.  Is HCT the same as HCTZ?
13   A.   Yes.  Novartis, in their branded
14 name, they don't use all four letters.  They just
15 use three of them.  Whereas in the generic
16 pharmacology vernacular, we always use the four
17 letters of HCTZ.
18   Q.   Okay.  And so this section is now
19 on the combination of valsartan plus HCTZ pills,
20 correct?
21   A.   Correct.
22   Q.   And this is Aurobindo ANDA 202519
23 that you're discussing in this paragraph, correct?
24   A.   Yes.
25   Q.   And the studies within that ANDA

Page 77

1    are 304-09 and 305-09.  And you note that those
2  were conducted -- well, actually, you don't know
3  what year those were conducted, do you?
4    A.   Yeah, I don't know why I didn't
5  put that in there.  I tried to be consistent
6  in -- in including the actual dates.  And so I
7  don't know if I received only a summary report
8  that didn't have them.
9        What I could do, though, is go to
10 the FDA's website and put in the ANDA number, and
11 you can get from the website the date that the FDA
12 approved the ANDA.  So I did have that.
13   Q.   Based on Aurobindo's naming
14 structure of their study, does that -09 indicate
15 anything to you?
16   A.   I can't say that I paid attention
17 to whether that was a 09, like 2009 study or not,
18 so I don't know for sure.  It may have been the
19 ninth production product or -- you know, I have no
20 idea.
21   Q.   Or a 2009 manufacturing date of
22 the product?
23   A.   Could have been.
24   Q.   Well, let's just assume, then,
25 that this was done in 2010.  If this was done in

Confidential Information - Subject to Protective Order

Page 78

1  2010, do you have an opinion as to if Aurobindo's
2  valsartan was contaminated with nitrosamines?
3      A.   I don't know.  It may have.
4      Q.   And if the ANDA wasn't approved
5  until March of 2013, the studies were definitely
6  done in advance of that, correct?
7      A.   They were definitely done in
8  advance of 2013, yes.  For sure.
9      Q.   And the manufacturing date of the
10 valsartan would have been even earlier than the
11 bioequivalency studies, correct?
12     A.   By some, usually, a few months
13 time frame.
14     Q.   And so you're unaware if the
15 product tested in these bioequivalency studies was
16 contaminated with nitrosamines, correct?
17          MR. FOWLER:  Asked and answered.
18          THE WITNESS:  Correct, I'm
19      unaware of that.  They may have been.
20 BY MR. VAUGHN:
21     Q.   And if Aurobindo's valsartan was
22 not contaminated with nitrosamines at the time
23 that these studies were being conducted, these
24 bioequivalency studies don't actually tell you
25 anything on if nitrosamines impact the

Page 79

1  bioequivalency of the valsartan plus HCTZ,
2  correct?
3      A.   And, again -- and the same if
4  they do.
5           But without an overlapping
6  mechanism, it doesn't matter whether it's in there
7  or not.
8      Q.   And so none of these studies that
9  we've looked at actually matter to you, do they,
10 because you don't know if any of them have
11 nitrosamines in the drug product?
12          MR. FOWLER:  Objection to form.
13          THE WITNESS:  No, that's not what
14      I said about them not mattering.  I'm
15      saying whether NDMA was in there or not
16      doesn't matter because the
17      bioequivalence would be retained.
18 BY MR. VAUGHN:
19     Q.   So in your expert opinion, it
20 doesn't matter if the study is using a drug
21 product with nitrosamines in order to figure out
22 if nitrosamines impact the bioequivalency of the
23 drug?
24     A.   It is my expert opinion that
25 whether they were in there or not would not affect

Page 80

1  the bioequivalence.  And -- and if I recall from
2  having read one of Plaintiff expert's depositions,
3  Dr. Najafi, I believe, I think he said the same
4  thing.  It didn't matter whether it was in there
5  or not; it wouldn't have affected the
6  bioequivalence.
7      Q.   If there are bioequivalency
8  studies that were conducted on valsartan that was
9  known to be contaminated, would you want to review
10 those studies?
11     A.   Of course if I had them, I would
12 review them.
13     Q.   Would you give more weight to the
14 studies that had no nitrosamines impurities in
15 them versus ones that did have nitrosamines
16 impurities in them?
17     A.   No, because they're not going to
18 show any difference, so it wouldn't have any
19 difference to me at all.  Wouldn't change my
20 conclusion, it would only support my conclusion.
21     Q.   And so without looking at the
22 studies, you can already determine that they're
23 not going to show any difference?
24     A.   To the best of our scientific
25 capability through mechanisms whereby there would

Page 81

1  be an effect on bioequivalence, and those
2  mechanisms do not exist.
3          MR. VAUGHN:  All right.  Go on to
4      page 38.
5  BY MR. VAUGHN:
6      Q.   All right.  And you're now
7  discussing at line 613 Princeton ANDA 206083.  And
8  again, this is for valsartan plus HCTZ, correct,
9  Doctor?
10     A.   Yes.
11     Q.   And within the ANDA you note
12 bioequivalency studies H052-12 and H053-12, and
13 you note that these were both done in 2012,
14 correct?
15     A.   Yes.
16     Q.   And do you have any opinion on if
17 Princeton's valsartan plus HCTZ was
18 contaminat- -- contaminated with nitrosamines in
19 2012?
20     A.   I don't personally know that.
21 They may have been.
22     Q.   And if Princeton's valsartan was
23 not contaminated with nitrosamines in 2012, these
24 studies don't actually tell you if nitrosamines
25 are going to impact the bioequivalency of

Confidential Information - Subject to Protective Order

Page 82

1  Princeton's valsartan plus HCTZ, correct?
2       A.    Correct, in that -- in and of
3  itself.  But, again, with the presence of
4  milligram quantities compared to NDMA microgram
5  quantities, without overlapping mechanisms, it
6  adds to the body of -- of my knowledge that
7  there's no reason to expect that NDMA would have
8  any effect on bioequivalence at all.
9       Q.    Okay.  And in the paragraph
10  starting at line 622, you are discussing ANDA
11  091654, which is for Torrent's valsartan plus
12  HCTZ, correct?
13       A.    Yes.
14       Q.    And then you note Studies
15  PK-09-23 and PK-09-024, and you note that these
16  bioequivalency studies were conducted in March of
17  2009, correct?
18       A.    Yes.
19       Q.    And do you have any opinion if
20  Torrent's generic valsartan plus HCTZ was
21  contaminated with nitrosamines back in 2009?
22       A.    I do not know.  It may have been.
23       Q.    And if Torrent's valsartan plus
24  HCTZ was not contaminated with nitrosamines back
25  in 2009, then these bioequivalence studies don't

Page 83

1  actually tell you anything on if nitrosamines
2  impact the bioequivalence of valsartan plus HCTZ,
3  correct?
4       A.    Correct, to a certain degree.
5  But, without the overlapping mechanisms and
6  the fact that it may have had it in there, then
7  I -- I don't think this is changing my conclusion
8  at all.
9            MR. VAUGHN:  Page 39.
10  BY MR. VAUGHN:
11       Q.    All right.  Paragraph starting
12  line 626, you note Mylan data on bioequivalency
13  studies comparing generic valsartan/HCTZ to
14  Diovan/HCT, but you don't reference an ANDA on
15  this one.
16            Is there a reason for that?
17       A.    It was either not identified in
18  the files that I received or that I could not find
19  it directly at the FDA website to put a specific
20  ANDA number in.
21       Q.    What do you mean by "not
22  identified in the files" you received?
23       A.    As I said before, some of these
24  files I received were very lengthy and very
25  comprehensive, and some of them I received were:

Page 84

1  Here's our bioequivalence result for Diovan/HCT
2  versus our equivalent product.
3            And so it -- I may have in some
4  cases had a much more limited amount of
5  information that came with the file that had the
6  BE data in it.
7       Q.    And so for some of the files, you
8  were not able to review all the data, correct?
9       A.    I was able to review the relevant
10  bioequivalence data, yes.
11       Q.    And the Mylan studies, that you
12  were discussing in this paragraph, you note were
13  conducted in May of 2005, correct?
14       A.    Yes, I did have that information.
15       Q.    And did you have any information
16  on if Mylan's valsartan plus HCTZ was contaminated
17  with nitrosamines back in 2005?
18       A.    I have no knowledge of that.  It
19  may have been.
20       Q.    Your opinion today is that
21  Mylan's valsartan might have been contaminated
22  going all the way back to 2005?
23       A.    Do not know.
24       Q.    And if Mylan's valsartan plus
25  HCTZ was not contaminated back in 2005, then these

Page 85

1  bioequivalence studies don't actually tell you
2  anything on if nitrosamines impact the
3  bioequivalence of valsartan plus HCTZ, correct?
4       A.    They indirectly do, as I -- as
5  I've stated before, because milligram quantities
6  of HCTZ without an overlapping mechanism do not
7  alter valsartan.  So there would be no reason to
8  expect that microgram quantities of NDMA or NDEA,
9  without overlapping mechanisms, would have any
10  effect on the bioequivalence.
11            So I -- I don't change my
12  conclusion at all.
13       Q.    Does that meet FDA guidance, that
14  just if there's not a known overlapping mechanism,
15  that you don't need to do bioequivalency studies?
16            MR. FOWLER:  Objection:  Form,
17  foundation.
18            THE WITNESS:  The FDA requires
19       the bioequivalence studies irrespective
20       of whether they do or do not have
21       impurities in them.
22  BY MR. VAUGHN:
23       Q.    If a drug has a different
24  chemical in it, even if it's an excipient, does
25  the FDA require additional bioequivalency studies?

Confidential Information - Subject to Protective Order

Page 86

1       MR. FOWLER:  Objection, form.
2       THE WITNESS:  Make sure I'm
3   understanding.  Are you asking if two
4   products have different excipients of
5   the same active ingredient, would it
6   require a bioequivalence study?
7   BY MR. VAUGHN:
8       Q.    Yeah.  If a generic drug that
9   already passed bioequivalency studies added a new
10  excipient, would the FDA require additional
11  bioequivalency studies?
12      A.    Probably not in humans.  They,
13  again, would probably be allowed to do a
14  dissolution study that showed the same release
15  characteristics.
16      Q.    What are you basing that on?
17      A.    Basing it on the FDA guidance for
18  bioequivalence testing.
19      Q.    Which FDA guidance on
20  bioequivalence testing?
21      A.    Probably the one that I referred
22  to in my report.
23      Q.    Do you know which year that one
24  is?
25      A.    I don't.  I know they released a

Page 87

1   new one maybe last year, but I don't think there
2   was substantial changes in it.
3       Q.    Did you disagree with anything in
4   the FDA's guidance?
5       MR. FOWLER:  Objection, form.
6       THE WITNESS:  I'd have to see
7   what you're referring to.
8   BY MR. VAUGHN:
9       Q.    As you're sitting here today, do
10  you recall disagreeing with any of the FDA's
11  guidance on bioequivalency studies?
12      A.    As I sit here today, I do not
13  recall that.  But I don't know what you're
14  referring to.  It's -- I -- it's so vague, I
15  can't -- I can't really answer your question.
16      Q.    Are you giving any regulatory
17  opinions in this litigation?
18      A.    I'm giving no regulatory opinions
19  in this case.  I think there are other people that
20  have been asked to provide opinions that are much
21  more qualified than I on that.
22      Q.    At the bottom of page 39, we are
23  now in the section regarding valsartan plus
24  amlodipine plus HCTZ, correct?
25      A.    Yes.

Page 88

1       Q.    And their reference drug is,
2   again, Exforge HCT?
3       A.    Yes.  So this is a -- a
4   three-drug combination now.
5       Q.    Does Exforge HCT have amlodipine
6   in it?
7       A.    Yes.
8       Q.    And is Exforge HCT what was also
9   being compared to on the generic valsartan plus
10  HCTZ but not amlodipine?
11      A.    Valsartan plus amlodipine alone
12  would be equivalent to the Exforge.  Valsartan
13  plus HCTZ would be equivalent to Diovan/HCT.  And
14  then valsartan plus amlodipine plus
15  hydrochlorothiazide would be equivalent to the
16  Exforge HCT.
17      Q.    Understood.  Thank you for that
18  clarification.
19          And so that last paragraph on
20  page 39, you are discussing Teva's ANDA 2004354,
21  valsartan plus amlodipine plus HCTZ, correct?
22      A.    Yes.
23      Q.    And I don't see that you
24  identified the studies in this ANDA.  Do you see
25  if you did, Doctor?

Page 89

1       A.    I don't see a specific study
2   number.
3       Q.    Is there a reason for that?
4       A.    It -- it wouldn't have been an
5   oversight on my part, so it must not have been
6   that the actual study number was provided in the
7   materials I was given to review or that I asked
8   for to review.
9       Q.    And if the Defendants had that
10  information, you would have expected that they
11  would have given it to you, correct?
12      A.    Yes.  I'm sure they had it, and
13  it wasn't in the materials that I received.
14      Q.    You were sure that the Defense
15  attorneys had it, but they did not give it to you?
16      MR. FOWLER:  Objection, form.  He
17  didn't say that.
18      THE WITNESS:  Yeah, what -- what
19  I meant to -- to mean is that the file
20  that came through Defense lawyers to me
21  from Teva, Teva must not have provided
22  it in what was sent to them to give to
23  me.  So I had no direct contact with
24  Teva.
25  BY MR. VAUGHN:

Confidential Information - Subject to Protective Order

Page 90

1    Q.    And these studies done in Teva's
2 ANDA 200435, they were conducted in 2009, correct?
3    A.    Yes, I did have that information.
4    Q.    And do you have an opinion on if
5 Teva's valsartan was contaminated with
6 nitrosamines back in 2009?
7    A.    I don't know if it was or not.
8    Q.    And therefore, if it was not
9 contaminated with nitrosamines back in 2009, these
10 studies don't tell us anything on if nitrosamines
11 impact the bioequivalency of Teva's valsartan plus
12 amlodipine plus HCTZ, correct?
13    A.    Incorrect.  Again, this is
14 an -- an even more extreme example of making my
15 point.  You now have three drugs in milligram
16 quantities that don't have overlapping mechanisms
17 of metabolism that show no altered bioequivalence.
18    Q.    And it's your opinion that that
19 supports that nitrosamines can't alter the
20 bioequivalency of these drugs?
21    A.    The absence of an overlapping
22 mechanism of metabolism or distribution,
23 absolutely, I believe that.
24    Q.    Did you discuss any other
25 bioequivalency studies in your expert report,

Page 91

1 other than the ones that we have covered?
2    A.    I'm assuming you went through
3 every one that -- I haven't going back to -- to do
4 a head count, but I'm assuming it's every one.  So
5 I have no additional ones that I had access to.
6    Q.    And all of the ones that we
7 reviewed, none of them were you aware if
8 nitrosamines were in the drug product, correct?
9         MR. FOWLER:  Asked and answered.
10         THE WITNESS:  I don't believe
11    that I -- I don't know, but I'm under
12    the impression that some of them did.
13 BY MR. VAUGHN:
14    Q.    Which ones are you under the
15 impression had nitrosamines in them when they were
16 conducting the bioequivalency studies?
17         MR. FOWLER:  Objection, asked and
18    answered.
19         THE WITNESS:  I -- I don't know
20    which ones, but I'm under the impression
21    that some did.
22 BY MR. VAUGHN:
23    Q.    Do the --
24    A.    I'm even under the
25 impression -- I'm sorry.

Page 92

1         I'm even under the impression
2 that some of the Diovan may have had nitrosamines
3 in them as well.  Again, I don't think it alters
4 my conclusion at all because it would have no
5 impact on the bioequivalence studies.
6    Q.    Did the Defense attorneys tell
7 you to assume that some of the generic valsartan
8 that was studied in these bioequivalency studies
9 were contaminated with nitrosamines?
10    A.    Defense attorneys did not tell me
11 to assume anything.  They have access to
12 information through other depositions and things
13 that I'm not aware of, but they did tell me that
14 there was the likelihood that some of these
15 generics contained NDMA even before ZHP identified
16 that it had NDMA.
17    Q.    How far back did the Defense
18 attorneys tell you that the contamination likely
19 goes?
20    A.    I was not given a time frame.  I
21 do not know that.
22    Q.    And so when you testify --
23    A.    I think it was --
24    Q.    Sorry, go ahead.
25    A.    Yeah.  I think I was going to say

Page 93

1 that, again, in -- in reading Dr. Najafi's
2 deposition, I think he was the one that concluded
3 or -- or stated that even Diovan had some NDMA in
4 it.  And so I'm saying it doesn't matter.  The
5 bioequivalence, and therefore the systemic
6 exposure, and therefore the systemic effect of
7 generic valsartan products are completely
8 independent of whether there is or isn't NDMA in
9 there or whether it was in the branded products or
10 not.
11    Q.    Earlier you testified that you
12 were under the impression they had nitrosamines in
13 them when they were [sic] conducted the
14 bioequivalency studies.  How are you under that
15 impression?
16         MR. FOWLER:  Objection:  Form,
17    vague.
18         THE WITNESS:  Again, I'm -- I'm
19    under the impression from discussions
20    I've had with counsel that there were
21    some generic manufacturers that have
22    identified that they might have had NDMA
23    even at the time that some of these
24    bioequivalence studies were conducted.
25 BY MR. VAUGHN:

Page 94

1    Q.   Did you refute --
2    A.   And it --
3    Q.   Sorry.
4    A.   -- doesn't matter.  No.  I was
5  just going to say it doesn't matter, because it's
6  not going to have any effect on the bioequivalence
7  anyway.
8        Q.   Did you review any documents that
9  indicated that any of the drug products tested in
10 these bioequivalency studies were actually
11 contaminated with nitrosamines?
12       A.   I have -- I have seen no such
13 documents, no.
14            MR. VAUGHN:  Why don't we go off
15 the record.
16            THE VIDEOGRAPHER:  The time is
17 now 11:53 a.m.  We are off the record.
18            (Lunch recess observed.)
19            THE VIDEOGRAPHER:  The time is
20 12:38 p.m.  We're back on the record.
21 BY MR. VAUGHN:
22       Q.   Welcome back, Dr. Bottorff.
23            MR. VAUGHN:  Melisha, can we pull
24 up the 2011 FDA Guidance for Submission
25 of Summary Bioequivalence Data for

Page 95

1  ANDAs?
2            And this will be Exhibit 4.
3            (Exhibit 4 was marked.)
4  BY MR. VAUGHN:
5        Q.   All right.  Have you reviewed
6  this document previously, Dr. Bottorff?
7        A.   Yes, I have.
8            MR. VAUGHN:  Melisha, can we go
9  to PDF page 4?  It's page 1 at the
10 bottom of the document.
11 BY MR. VAUGHN:
12       Q.   All right.  I'm looking at line
13 19.  Actually, it starts on line 18.  Do you see,
14 Doctor, where it says:  "FDA's final rule on
15 requirements for submission of bioequivalence data
16 requires an ANDA applicant to submit data from all
17 bioequivalence studies the applicant conducts on a
18 drug product formulation submitted for approval,
19 including studies that do not demonstrate that the
20 generic product meets the current bioequivalence
21 stamp criteria"?
22       A.   I see that.
23       Q.   And at the top of this document,
24 it does say that the document contains nonbinding
25 recommendations, but the sentence I just read has

Page 96

1  a citation down to the Final Rule:  "Requirements
2  for submission of bioequivalence data that was
3  published in the Federal Register on January 16th,
4  2009," correct?
5        A.   Correct.
6        Q.   And do you agree that an ANDA
7  applicant should submit all of their
8  bioequivalency studies, even studies which failed?
9            MR. FOWLER:  Objection:  Calling
10 for a regulatory opinion, outside the
11 scope.
12           THE WITNESS:  I can sit here and
13 read that the same as you can, but,
14 again, I -- I don't have opinions
15 on -- on regulatory issues.
16 BY MR. VAUGHN:
17       Q.   And so you also don't have an
18 opinion on if they're supposed to submit failed
19 bioequivalency studies that happened after the
20 submission of their ANDA?
21           MR. FOWLER:  Same objection.
22           THE WITNESS:  Yeah.  Again, I
23 have no opinion on that.
24           MR. VAUGHN:  All right.  Melisha,
25 let's go to the -- the FDA's 2021 Draft

Page 97

1  Guidance now.
2            And this will be Exhibit 5.
3            (Exhibit 5 was marked.)
4  BY MR. VAUGHN:
5        Q.   Doctor, is this the 2021 Guidance
6  that you were referencing earlier in this
7  deposition?
8        A.   Yes.  It's the one that I said
9  I'd also seen.  It existed in a -- in a draft
10 format.
11           MR. VAUGHN:  Go to PDF page 8,
12 Melisha.  It's going to be page 5 at the
13 bottom.  And it might be PDF page 9.
14           MR. FOWLER:  So let me just have
15 a running objection to the relevance of
16 this 2021 Guidance to this case, so I
17 don't interrupt you.
18 BY MR. VAUGHN:
19       Q.   All right.  Doctor, on line 147
20 where it says:  "If a drug product is intended for
21 use in both sexes, the applicant should include
22 similar proportions of males and females in the
23 study or provide a justification supporting the
24 use of a single-sex population."
25           Why is that?

Confidential Information - Subject to Protective Order

Page 98

1    MR. FOWLER:  Objection, calls for
2 a regulatory opinion.
3    Go ahead, to the extent you can
4 answer.
5    THE WITNESS:  Yeah, I -- I don't
6 know why, but I know it's done.  On my
7 CV, I don't know if it was noted or not,
8 but I've been added to a National
9 Investigational Review Board for a
10 company called Advarra.  And we review
11 Phase 1 protocols on a weekly basis from
12 a variety of pharmaceutical companies,
13 and I can tell you that the vast
14 majority of them have about an equal
15 number of males and females.
16    Provided, there's all kinds of
17 stipulations about making sure that it's
18 females either of nonchild-bearing
19 potential or who have some of the -- the
20 highest level of -- of pregnancy
21 prevention techniques in place.
22 BY MR. VAUGHN:
23    Q.    And designing a bioequivalency
24 study like this with -- using both sexes, is that
25 something that's new as of 2021, or does that date

Page 99

1 back before 2021?
2    A.    I, again, can't tell you when
3 that started, but I know it's being practiced as
4 of today.  Since I've been on that IRB, I've seen
5 numerous trials come through that are practicing
6 this standard.
7    Q.    And you testified that you've
8 done bioequivalency studies dating all the way
9 back to college, correct?
10    A.    Yes.
11    Q.    And in those bioequivalency
12 studies, was there a fairly equal number of males
13 and females in the studies?
14    A.    There were not.  And that was,
15 like, 1982-1983.  So it was a fair number of years
16 ago.
17    Q.    And do you have any idea when
18 that started to change, that they were
19 recommending to use equal numbers of male and
20 females in the study?
21    MR. FOWLER:  Asked and answered.
22    THE WITNESS:  I -- I do not.
23 BY MR. VAUGHN:
24    Q.    And you do not know why that's
25 recommended?

Page 100

1    A.    I'm not sure.  I -- I really
2 don't know.  Maybe to broaden the populations of
3 people that get exposed to the early phases of
4 drug development.
5    Q.    In a drug like valsartan, it is
6 given to both males and females, correct?
7    A.    Well, if the females aren't
8 pregnant.  There's a Black Box Warning:  Do not
9 give it to pregnant females.
10    Q.    And so is that one reason that
11 you'd want to have both sexes in your studies, is
12 so you understand how it works in both males and
13 females?
14    MR. FOWLER:  Form.
15    THE WITNESS:  Again, I don't know
16 what led to a change, and I don't know
17 when the change occurred.
18 BY MR. VAUGHN:
19    Q.    Line 153, it notes:  "If a drug
20 product is prom- -- predominantly intended for the
21 use in the elderly, the applicant should include
22 as many subjects as possible at or above age 60."
23    Do you know why that's
24 recommended?
25    A.    I'm assuming for what it actually

Page 101

1 says in that sentence, if it's predominantly
2 intended to be used in the elderly.
3    Q.    Do elderly metabolize drugs
4 differently than young people?
5    A.    Again, much like the previous
6 question about cirrhosis, it's -- it's not a
7 given.  There are many, many studies that I've
8 seen over the years of my career where the
9 pharmacokinetics, and therefore the bioequivalence
10 of a drug, were not altered just by being older.
11 It's more likely the pharmacodynamics that change,
12 sensitivity to the heart rate adjustments
13 or -- it's more the pharmacodynamic end points
14 that change with -- with aging, not so much the
15 pharmacokinetic end point.  Sometimes.  Sometimes
16 it does.  It's not a blanket statement
17 that -- that fits all.
18    Q.    So it sometimes does.
19    Would that be a reason you'd want
20 to actually test it in the population the drug is
21 being given to?
22    A.    Well, I mean, that's one reason.
23    Q.    Can you give me additional
24 reasons?
25    A.    Well, maybe, like I said, because

Page 102

1 they're sensitive, and so you might want to do
2 studies with lower doses, if you didn't do
3 bioequivalence studies with lower doses before.
4         Q.    In your opinion, what's the
5 average age of a valsartan user?
6         MR. FOWLER:  Objection:  Form
7 speculation.
8         THE WITNESS:  I -- I could not
9 even come close to what the right answer
10 would be, but I can tell you when you
11 look at the FDA-approved indications for
12 hypertension, heart failure and
13 postmyocardial infarction, those are not
14 going to be 18-year-olds, 20-year-olds,
15 25-year-olds.  They're going to be 50-,
16 60-, 70-year-olds.
17 BY MR. VAUGHN:
18         Q.    And then looking at line 169, it
19 reads:  "In such situations, applicant should
20 attempt to enroll patients for whom the drug is
21 intended to treat and whose disease process and
22 treatments are stable for the duration of the
23 study."
24         Do you see that, Doctor?
25         A.    Yes.

Page 103

1         Q.    Do you agree with that statement?
2         A.    Well, not in isolation without
3 the sentence before it.  Because in some
4 situations, the drug has a safety consideration
5 that would preclude its use in healthy subjects.
6 So I'm thinking -- what jumps out at me at that
7 point are new cancer drugs.
8         Q.    Would --
9         A.    You would only want to test those
10 in patients with stable cancer.
11         Q.    Thank you for that clarification.
12         Now, when it applies to
13 valsartan, would there be any reason why it should
14 not be tested in the patient population it's
15 intended to treat?
16         MR. FOWLER:  Objection:  Form,
17 mischaracterizing.
18         THE WITNESS:  And I -- I don't
19 think -- again, I think this starts
20 getting into a realm of -- of
21 regulatory, but I don't think the
22 companies who did bioequivalence testing
23 in younger, healthy, normal volunteers
24 was anything other than what the FDA
25 expected to see.

Page 104

1 BY MR. VAUGHN:
2         Q.    And you see the next line, it
3 says:  "Investigational New Drug Application may
4 be required for certain products (such as
5 cytotoxic products.)"  And then it cites to 21 CFR
6 312.2(c).
7         Do you see that, Doctor?
8         A.    Yes.
9         Q.    Were you aware of that?
10         A.    Well, I've previously read this,
11 but -- so, yes, I was aware of it.
12         Q.    What is an Investigational New
13 Drug Application?
14         A.    That's for a drug that's never
15 been given to humans, and so you're looking to get
16 approval to start testing in humans.
17         Q.    Is valsartan cytotoxic?
18         A.    No.
19         Q.    Is NDMA cytotoxic?
20         MR. FOWLER:  Form.
21         THE WITNESS:  I -- I don't
22 believe so, in what the definition of
23 cytotoxic is, to my recollection.  I
24 think of cytotoxic as either antibiotics
25 that are cytotoxic to an organism or

Page 105

1 cancer drugs that are cytotoxic to
2 cancer cells.
3 BY MR. VAUGHN:
4         Q.    What is your definition of
5 cytotoxicity?
6         A.    It's a drug that kills cells.
7 And we're talking here about active ingredient, so
8 it's an active ingredient whose intent for use is
9 cytotoxicity.
10         MR. VAUGHN:  All right.  If we
11 can go to page 22 at the bottom,
12 Melisha.  I'm not sure what PDF page it
13 is.
14 BY MR. VAUGHN:
15         Q.    All right.  I'm looking at the
16 line 846, Handling of Outliers.  Doctor, you see
17 this first sentence says:  "Applicant should not
18 remove data from the statistical analysis of
19 bioequivalency studies solely because that data
20 are identified as statistical outliers."
21         Do you agree with that statement?
22         A.    Well, yes, it's in the FDA
23 document.
24         Q.    And you agree that a manufacturer
25 shouldn't remove statistical outliers even before

Page 106

1  2021, right?
2      A.    Again, the way in which the data
3  are handled can vary.  Some of this is relating to
4  the fact that some patients or subjects will later
5  to [sic] be found to have some reason for it, and
6  some of that could be biologic.  I mean, I don't
7  know the details behind it.  Starts getting into a
8  statistical handling of the data.
9          That's not really what I -- what
10  I've done.
11      Q.    You have not done a statistical
12  handling of the data of any of these
13  bioequivalency studies?
14      A.    The kind that are down below in
15  870, I have, but not removal of outliers, I've
16  not.
17      Q.    Did you notice in any of the
18  bioequivalency studies that you reviewed that the
19  manufacturer removed outliers?
20      A.    Never saw any reference to that
21  at all.
22      Q.    Then going to line 854, it notes
23  that: "Data from redosing studies are not
24  considered as evidence to support removal of
25  outlier data from the statistical analysis.  Note

Page 107

1  that all subject data should be submitted and
2  potential outliers flagged with appropriate
3  documentation as part of the submission."
4          And you agree with that as well,
5  correct, Doctor?
6      A.    Yes, it's -- it's in their
7  document.
8          MR. VAUGHN:  Let's pull up the
9      depo notice, Melisha.
10          It's going to be Exhibit 6.
11          (Exhibit 6 was marked.)
12  BY MR. VAUGHN:
13      Q.    Have you seen this document
14  before, Dr. Bottorff?
15      A.    Yes, I have seen it.
16      Q.    When was this document given to
17  you?
18      A.    I believe it was forwarded the
19  day -- well, I don't know in relation to when it
20  was received by -- by GT, but I received it in an
21  e-mail probably earlier this week.
22      Q.    And did you help GT in responding
23  to this document request?
24      A.    We went through it line-by-line
25  or -- or paragraph-by-paragraph, and I was asked

Page 108

1  what I had in relation to these document requests,
2  and I either provided answers or what was
3  requested.
4      Q.    Approximately how many documents
5  did you send to GT in relation to this document
6  request?
7          MR. FOWLER:  Objection:  Form,
8      vague, time frame.
9          THE WITNESS:  Well, I mean, if
10      you want to go through one-by-one....
11      But in No. 1, I did not send invoices
12      because they had them already.
13  BY MR. VAUGHN:
14      Q.    Oh, Doctor, I just mean in total,
15  if that helps you.  Just cuts the time up.
16          MR. VAUGHN:  What's your
17      objection?
18          MR. FOWLER:  You said -- you mean
19      in total.  You mean a total of documents
20      in re- -- sent in response to all 15
21      requests?  I don't understand --
22          MR. VAUGHN:  Yeah, that's exactly
23      what I'm asking.  Yeah.  Out of all the
24      documents requested --
25          MR. FOWLER:  As opposed to

Page 109

1  counting?
2          MR. VAUGHN:  -- in this document,
3      I asked him approximately, how many he
4      sent to GT.
5          THE WITNESS:  I'm running down to
6      see.  I have my recollection in my head,
7      but I wanted to look at each of the
8      points to make sure that I didn't miss
9      something.  But the only thing that I
10      had that I could give were the notes
11      that I was under the impression were
12      sent to you.
13          I had no PowerPoints.  I had no
14      tables and charts.  I had no books.  Any
15      of the other things that were requested
16      here, I didn't have any- -- anything to
17      provide.
18  BY MR. VAUGHN:
19      Q.    Your notes were produced to us.
20  I do appreciate you getting those to the Defense
21  attorneys.  And it was both the notes for the
22  general causation expert report you did and the
23  class action expert report you did.
24          Had you previously given GT's
25  Defense attorneys your notes for the general

Confidential Information - Subject to Protective Order



Page 110

1 causation expert report?
2     A.   Yes, I had.
3     Q.   And when was that?
4     A.   I'm assuming in response to the
5 exact same kind of document prior to the
6 deposition for -- for the general causation.
7         MR. FOWLER:  They were provided
8     to you at the time of the general
9     causation deposition, Mr. Vaughn.
10        MR. VAUGHN:  Did I say they
11    weren't?
12        MR. FOWLER:  Your question
13    suggested otherwise, but I just want to
14    be clear on this record.
15 BY MR. VAUGHN:
16    Q.   Doctor, are you aware that the
17 Defense produced 16,632 documents 48 hours ago for
18 your reliance materials?
19    A.   No.  The -- when you combine my
20 reliance materials from the first phase of
21 litigation in this phase, there's a lot of -- a
22 lot of articles that have been looked at and read
23 and a lot of multipage documents, like the
24 Guidance for Industry that we looked at a while
25 ago.  So did I do a head count of those?  No, I

Page 111

Page 112

1 BY MR. VAUGHN:
2    Q.   And 16,632 sounds kind of
3 unbelievable, doesn't it?
4         MR. FOWLER:  Form.
5         THE WITNESS:  Not to me, if
6     that's what's on there.  I didn't count
7     them.
8 BY MR. VAUGHN:
9    Q.   And so you believe that you've
10 identified or sent 16,000 documents to the Defense
11 attorneys?
12        MR. FOWLER:  Mischaracterizing.
13        THE WITNESS:  Again, what got
14    sent to you, I have a copy of.  I
15    haven't counted the files.  I mean, I
16    don't -- I don't know.
17        MR. VAUGHN:  Melisha, let's pull

Page 113



Page 114

Page 115

Page 116

**BY MR. VAUGHN:**

14

15     Q.    Well, setting this document

16  aside, do you agree that an ANDA that includes

17  unreliable data developed at a tainted facility is

18  not and never was substantially complete?

19          MR. FOWLER:  Objection.  You're

20      calling for a regulatory opinion.

21      You've already asked the doctor if he

22      has those.

23          THE WITNESS:  Yeah, that looks

24      like a regulatory thing that I'm not

25      offering opinions on.  I don't know what

Page 117

1   constitutes, in the FDA's mind, a

2   tainted facility and -- and what level

3   of taint they're talking about and what

4   should happen as a result of that.

5   I -- I'm -- I'm not offering any

6   opinions on those.

7          MR. VAUGHN:  All right, Melisha

8      let's go to page 3.  Two pages later.

9   BY MR. VAUGHN:

Confidential - Information Subject to Protective Order



Page 118

17  BY MR. VAUGHN:
18      Q.   So, Doctor, if a bioequivalency
19  study is -- if the manufacturer is deleting the
20  failed test results and retesting the samples
21  until it achieves the results it sought, would you
22  consider those bioequivalence studies to be
23  legitimate?
24          MR. FOWLER:  Objection, form.
25          THE WITNESS:  Again, this

Page 119

 1      is -- this is all regulatory.  I have no
 2      opinion on the regulatory.
 3  BY MR. VAUGHN:
 4      Q.   Did you not evaluate the
 5  legitimacy of the bioequivalency studies that you
 6  opined on?
 7      A.   Yes, and they had approved ANDAs.
 8  So they're in a different ball park than what this
 9  is.
10      Q.   Did you evaluate the underlying
11  studies of the bioequivalency studies to see if
12  any -- scratch that.
13          Did you evaluate the underlying
14  data of the bioequivalency studies to see if
15  failed testing was deleted and retested until it
16  got an accurate result and then submitted the
17  accurate results to the FDA?
18      A.   Again, as I testified this
19  morning, I only saw one instance of what was a
20  failed test result, and it was included.  My only
21  exposure to that was what I testified to this
22  morning.
23      Q.   So you've seen one failed test
24  result.  Have you seen any indication of companies
25  retesting samples until they get a different

Page 120

 1  result?
 2      A.   Other than what you just handed
 3  me, no.
 4      Q.   And if the companies in this
 5  litigation were doing that with their
 6  bioequivalency studies, would you consider those
 7  studies to be illegitimate?
 8          MR. FOWLER:  Objection:  Form,
 9  outside the scope.
10          THE WITNESS:  Again, that's a
11  regulatory, and -- and I have no
12  evidence that that occurred or didn't
13  occur, either way.
14  BY MR. VAUGHN:
15      Q.   Not from a regulatory side, from
16  a just statistics side from when it comes to a
17  bioequivalency study and the legitimacy of it.  Do
18  you consider a bioequivalency study legitimate if
19  they retested the samples until they got the
20  desired results?
21          MR. FOWLER:  Objection:  Form,
22  scope, incomplete hypothetical.
23          THE WITNESS:  Again, the one
24  instance that I saw, there was a failed
25  bioavailability study.  They

Page 121

 1  reformulated and passed, and I saw both
 2  examples.  There was no attempt -- you
 3  know, no sixth time or ten-time attempt
 4  or multiple attempts.  It was a one-time
 5  reformulation, and it led to an approved
 6  ANDA.
 7          MR. VAUGHN:  Let's go to page 5,
 8  Melisha.
 9  BY MR. VAUGHN:



Page 122

BY MR. VAUGHN:
Q.    Did you look into where the bioequivalency studies were done for the various manufacturers?
A.    Yes.  Most of the time that -- that location was -- was provided in the summary reports, or in some cases in the individual patient, what they call Case Report forms, where -- all of their height and weight and lab values and, you know, side-effect monitoring. You know, all that was done on a form that was specific for the facility that conducted the bioequivalence study.
Q.    Do you recall any of the facilities that conducted the bioequivalency studies?
A.    Not specifically.  I -- I can tell you that there were some that were in India, and I do recall that there was one in North Dakota.
Q.    Do you recall if either of those companies or facilities had been cited for data

Page 123

integrity violations?
A.    I have no idea.
Q.    Did you not look into that in forming your opinions in this report?
A.    I did not look into that.  Again, these -- these were approved ANDAs.  So whatever the FDA determined from the sites where those data were submitted, the FDA approved that.
Q.    And the FDA can only base their decision off of what was provided to them in the ANDA, correct?
A.    I'm assuming so.
Q.    And if there are data integrity issues in the submission, how is the FDA supposed to identify that?
MR. FOWLER:  Objection:  Form, incomplete hypothetical.
THE WITNESS:  Again, I think it starts spilling into regulatory, what the FDA uses as information to decide what they will do next.  But I think if they invalidated an ANDA, they would pull the drug.
BY MR. VAUGHN:
Q.    And so if there's shown that

Page 124

there are data integrity issues with the studies submitted in the company's ANDA and the FDA becomes aware of it, they can pull the ANDA, correct?
MR. FOWLER:  Objection:  Form, scope, regulatory opinion.
THE WITNESS:  Again, I -- I think it's a regulatory opinion, so I can only conjecture.  But that would -- that would be what would make sense to me.

Page 125

Confidential Information - Subject to Protective Order



14    Q.    All right.



Confidential Information - Subject to Protective Order





Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order







Confidential Information - Subject to Protective Order





Page 162

Page 164

Page 163

Page 165

MR. VAUGHN:  Let's go to RO-MDL-
2875-0026534.

Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Page 174

Page 175

Page 176

1    This will be Exhibit 19.
2    (Exhibit 19 was marked.)
3    MR. VAUGHN:  And if we can scroll
4    down a little bit -- it's about
5    two-thirds of the way down.
6  BY MR. VAUGHN:
7    Q.   Doctor, do you see where it says:
8  The pieces of the company, left after bankruptcy,
9  did business as PRACS and returned to the home and
10  the home of one of the legacy companies that had
11  formed Cetero, C-e-t-e-r-o.
12    Have you ever heard of Cetero
13  before?
14    A.   I'm not sure.
15    Q.   If I represent to you that Cetero
16  is who acquired PRACS, do you have any reason to
17  disagree with that?
18    A.   No I have no reason to disagree
19  with that.  Like I said, I thought they were
20  bought out or relocated or something.  But that's
21  about all I knew.
22    MR. FOWLER:  Let me object to
23  relevance of this document and line of
24  questioning.
25    MR. VAUGHN:  I'll make it

Page 177

1  relevant real quick for you.
2    Let's go to the FD- -- the FDA
3  letter to Cetero Research, Melisha.
4    This will be Exhibit 20.
5    (Exhibit 20 was marked.)
6  BY MR. VAUGHN:
7    Q.   All right.  Doctor, you see this
8  is a letter from the FDA to Cetero Research?
9    A.   I see that.
10    MR. FOWLER:  I'm going to object
11  to the document and any hearsay
12  contained in the document.
13  BY MR. VAUGHN:
14    Q.   Have you ever seen this document
15  before, Doctor?
16    A.   No.
17    Q.   All right.  That first paragraph
18  towards the bottom, do you see where it says:  FDA
19  investigators have identified significant
20  violations of the bioavailability and
21  bioequivalence requirements of Title 21 Code of
22  Federal Regulations Part 320?
23    A.   I see that.
24    Q.   Do you see where the FDA goes on
25  to say that these violations include widespread

Confidential - Information - Subject to Protective Order

Page 178

1  falsification of dates and times in laboratory
2  records and subject sample extractions and the
3  apparent manipulation of equilibrium samples to
4  meet predetermined accepted criteria?
5        MR. FOWLER: Objection: Hearsay,
6     relevance to anything we're talking
7     about here.
8        THE WITNESS: Yeah, I see that.
9        MR. VAUGHN: All right. Let's go
10    to the next page, Melisha. All right.
11    Second paragraph, the last sentence.
12 BY MR. VAUGHN:
13    Q.   Do you see where the FDA says:
14 "The Complainant was aware that many of the
15 chemists were manipulating and falsifying data
16 associated with the samples being used within
17 various projects"?
18       MR. FOWLER: Hearsay. A double
19    layer of hearsay.
20       THE WITNESS: I see that.
21       MR. VAUGHN: Let's go to page 5,
22    Melisha.
23 BY MR. VAUGHN:
24    Q.   All right. That first paragraph
25 under No. 2, do you see where they are -- the FDA

Page 179

1  notes that there were frequent alterations in
2  laboratory records that occurred over a four-year
3  period from April 1st, 2005 through June 15th,
4  2009?
5        MR. FOWLER: Objection: Facts
6     not in evidence, hearsay.
7        THE WITNESS: I see it.
8  BY MR. VAUGHN:
9     Q.   And do you recall the previous
10 bioequivalency studies that we looked at from
11 Mylan were within this date range?
12    A.   They were within that date range.
13    Q.   And the company conducting their
14 bioequivalency studies is the company that the FDA
15 is saying has frequent alterations in their
16 laboratory records?
17       MR. FOWLER: Objection: Form,
18    hearsay, facts not in evidence.
19       THE WITNESS: Yeah, I don't see
20    which studies it applies to, but I see
21    that.
22 BY MR. VAUGHN:
23    Q.   All right.
24       MR. VAUGHN: Let's go down to the
25    fourth paragraph, three lines up from

Page 180

1  the bottom.
2  BY MR. VAUGHN:
3     Q.   Do you see where the FDA says
4  that this calls into question the validity of all
5  of the information documented on your AP sheets
6  including study results that were used as a basis
7  for NDAs and ANDAs submitted to the FDA?
8        MR. FOWLER: Form, relevance,
9     hearsay.
10       THE WITNESS: I mean, yes, I see
11    that.
12       MR. VAUGHN: And let's go to the
13    next page, Melisha.
14 BY MR. VAUGHN:
15    Q.   And under the heading
16 Manipulation of Samples, do you see where it says:
17 "FDA has determined that your firm manipulated
18 test samples in order to meet predetermined
19 acceptance criteria"?
20       MR. FOWLER: Form, lack of
21    foundation, facts not in evidence,
22    relevance.
23       THE WITNESS: I see that.
24       MR. VAUGHN: And let's go to
25    page 10, Melisha.

Page 181

1  BY MR. VAUGHN:
2     Q.   And do you see where the FDA, on
3  the second paragraph, notes they have significant
4  concerns of all data relevant to FDA-regulated
5  research?
6     A.   At the Houston facility, yes.
7     Q.   And --
8     A.   My recollection is we talked
9  about Minneapolis and North Dakota, not Houston.
10    Q.   So it's your opinion that just
11 the Houston office was manipulating data for this
12 company?
13       MR. FOWLER: Objection: Form,
14    mischaracterizing, lack of foundation,
15    facts not in evidence.
16       THE WITNESS: It's not my
17    testimony. It's what's in the letter
18    that you just provided me.
19       MR. VAUGHN: And let's go to
20    page 11, Melisha.
21 BY MR. VAUGHN:
22    Q.   And this was signed by the FDA's
23 Chief of Bioequivalence Investigations branch,
24 correct?
25    A.   Well, I don't see a signature,

Page 182

1  but....
2          Q.    The name and the position of the
3  person at the end of the letter is the FDA's Chief
4  of Bioequivalence Investigations branch, correct?
5          MR. FOWLER:  Object to the
6      mischaracterization of that being a
7      signature.
8          MR. VAUGHN:  Oh, you're right.
9  BY MR. VAUGHN:
10         Q.    Signature is the Office of
11 Scientific Investigations and Office of Compliance
12 for the Centers of Drug Evaluation and Research,
13 U.S. Food & Drug Administration, correct?
14         A.    Yes, I see the -- the listing of
15 those people's names and their positions there.
16         MR. VAUGHN:  All right, Melisha,
17     let's go to Teva ANDAs Withdrawn over
18     Cetero Data document.  Let's go to the
19     second page.
20         This will be Exhibit 21.
21         (Exhibit 21 was marked.)
22 BY MR. VAUGHN:
23         Q.    That top paragraph, Doctor, do
24 you see where it says:  After a six-year effort,
25 the U.S. FDA has run out of patience with Watson

Page 183

1  Laboratories and InvaGen Pharmaceutics and is
2  moving to withdraw approval of two of their pr- --
3  abbreviated new drug applications because the
4  firms failed to conduct additional bioequivalence
5  studies for the products the companies' ANDAs were
6  supported by, bioequivalence studies conducted at
7  Cetero Research?
8          MR. FOWLER:  Objection:  Hearsay,
9      lack of foundation, facts not in
10     evidence, relevance.
11         THE WITNESS:  I see that.
12 BY MR. VAUGHN:
13         Q.    Are you aware that Watson is now
14 Teva?
15         A.    I'm aware that -- now how
16 to -- how to -- how to word who's what, but I
17 think they either bought Watson or incorporated
18 Watson or something.
19         Which -- which ANDAs were
20 withdrawn?  Were they the ones I'm talking about
21 or other ANDAs?
22         Q.    They're ANDAs that used the same
23 contract research organization to do their
24 bioequivalency studies.
25         A.    Well, again, the -- the data that

Page 184

1  you showed me was concerned about the Houston
2  facility.  The ANDAs that I cited were done in
3  North Dakota and Minneapolis, No. 1; and then
4  secondly, it looks like the ANDAs that were
5  withdrawn were not the ones that I reported in --
6  in my report.
7          So I think if the FDA had had a
8  problem with those in those other facilities, then
9  they would have withdrawn those like they did
10 these.
11         Q.    And you see here it took the FDA
12 six years before they withdrew it, correct?
13         MR. FOWLER:  Form.
14         THE WITNESS:  I -- I mean,
15     whatever it says, that's what it says,
16     but I'm saying it didn't involve the
17     ANDAs that I reported on.
18 BY MR. VAUGHN:
19         Q.    But it did involve the contract
20 research organization that did the studies for the
21 ANDAs you reported on, correct?
22         A.    Correct.  Except not in the
23 facility that was cited.  In the other facilities
24 that was not cited.
25         Q.    My headset just made a noise that

Page 185

1  it's low on batteries.
2          MR. VAUGHN:  Can we go off the
3      record real quick, just take a
4      five-minute break?
5          THE VIDEOGRAPHER:  The time is
6      now 2:45 p.m.  We're off the record.
7          (Brief recess observed.)
8          THE VIDEOGRAPHER:  The time is
9      2:53 p.m.  We're back on the record.
10         MR. VAUGHN:  All right, Melisha,
11     can we now pull up

Confidential Information - Subject to Protective Order





Confidential Information - Subject to Protective Order



Page 194

Page 196

Page 195

Page 197

Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order





Page 214

Page 216

Page 215

Page 217

```
16        MR. VAUGHN:  All right, Melisha,
17   let's go to EMA Press Release regarding
18   GVK Biosciences.
19        This will be Exhibit 31.
20        (Exhibit 31 was marked.)
21        MR. FOWLER:  Let me just lodge an
22   objection to the EMA exhibit having
23   nothing to do with products sold in the
24   U.S.; relevance and hearsay.
25        Go ahead.
```

Confidential Information - Subject to Protective Order

Page 218

1  BY MR. VAUGHN:
2      Q.   Doctor, have you ever seen this
3  May 22nd, 2015 notice by the EMA?
4      A.   No.
5      Q.   Do you see where the EMA is
6  suspending medications over flawed studies done by
7  GVK Biosciences in India?
8      A.   I do see that.  I -- I also see
9  later:  "There's no evidence of harm or lack of
10  effectiveness of any of the medicines linked to
11  studies conducted by GVK."
12      Q.   Were nitrosamines impurities in
13  valsartan known in 2015?
14      A.   I don't know.
15      Q.   The third paragraph, do you see
16  where EMA is discussing that GVK Biosciences
17  manipulated data regarding generic medications
18  over a period of the last five years?
19          MR. FOWLER:  Objection to form,
20      hearsay, lack of foundation, facts not
21      in evidence.
22          THE WITNESS:  Which page are we
23      on?
24  BY MR. VAUGHN:
25      Q.   On the first page, third

Page 220

1      Q.   And GVK Biosciences was doing
2  those bioequivalency tests for Defendants in this
3  litigation over the time period referenced in this
4  letter, correct?  Over the last five years, as of
5  2015, e-mails; so between 2010 and 2015, correct?
6          MR. FOWLER:  Objection:  Form,
7      foundation.
8          THE WITNESS:  Yes.  But, again,
9      you know, they go on to say:  "There's
10      no evidence of harm or lack of
11      effectiveness, and patients should
12      continue to take their medicines as
13      prescribed."

Page 219

Page 221



Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Page 230



20          MR. VAUGHN:  All right.  Melisha,
21  let's pull up Bottorff 0001.
22          This will be Exhibit 33 [sic].
23          (Exhibit 34 was marked.)
24          THE VIDEOGRAPHER:  34, Counsel.
25          MR. VAUGHN:  34, thank you.

Page 231

1  BY MR. VAUGHN:
2          Q.    Doctor, are the -- these the
3  notes you took in preparation for your general
4  causation expert report?
5          A.    Yes.
6          MR. VAUGHN:  Melisha, can we go
7      to 11?  All right, C?  Do you see where
8      that's at, Melisha?  Yeah, paragraph.
9  BY MR. VAUGHN:
10         Q.    Doctor, what does the last
11  sentence of your notes say on that paragraph?
12         A.    "New active ingredient does not
13  equate to an int- -- contaminant."  This is not my
14  statement.  These are -- in this section of my
15  report, I was making notes on what was in the
16  original filing.  So it's a regurgitation of what
17  someone else who filed the -- the causation
18  lawsuit.  This isn't me making a statement.  It's
19  me regurgitating what was put by someone else in
20  the original lawsuit filed.
21         I even cite page 124, I think, in
22  that paragraph just above.  In the same paragraph,
23  but just above there.  So this isn't me.  This is
24  me quoting what was in the document I reviewed.
25         Q.    Okay.  And what about further

Page 232

1  down right below the very bottom where you note:
2  "FDA inactive ingredients database does not
3  involve contaminants which are covered under
4  chemical hazards," is that from a complaint?
5          A.    At this point, to put it into
6  context, I was talking about the FDA definition of
7  inactive versus an active ingredient, like I was
8  referring to a few minutes ago, where the active
9  ingredient is a drug product intended to furnish a
10  pharmacologic activity in the diagnosis, cure,
11  medication, treatment or prevention of disease.
12          Then there is an inactive
13  ingredient database.  And the FDA's inactive
14  ingredient database are for things like
15  excipients, methyl cellulose, mannitol, you know,
16  things that are used in the tableting process.  So
17  that inactive ingredient database does not include
18  contaminants.  That's under Chemical Hazards in
19  their database.
20          Q.    And why are you taking notes on
21  contaminants?
22          A.    Because the section of the report
23  or the original suit that was filed kept calling
24  the -- the valsartan products unapproved because
25  of the president [sic] -- presence of a

Page 233

1  contaminant.  So I was making notes about the
2  FDA's definitions are in response to that portion
3  of the filing.
4          Q.    Is NDMA or NDEA chemical hazards?
5          A.    I don't know if they're under the
6  Chemical Database or not, but they're clearly
7  considered an impurity.
8          Q.    Are NDMA and NDEA chemicals?
9          A.    Chemicals.
10          Q.    What does the word "hazardous"
11  mean to you?
12          A.    Causing hazard.
13          Q.    What does "hazard" mean to you?
14          A.    Some form of hazard.  It's a very
15  broad definition.
16          Q.    So it's your position -- go
17  ahead.
18          A.    I'm sorry.  Just in my reports, I
19  never disagreed with the IARC definition of NDMA,
20  or NDEA for that matter, being a probable human
21  carcinogen, which is exactly the category that
22  they're listed in.  I've never disagreed with that
23  at all.  What I've always contended in both
24  reports, that it's an issue of how much and in
25  what form of intake.

Confidential Information - Subject to Protective Order

Page 234

1   Q.   You don't disagree with the IARC
2  definition that NDMA or NDEA are probable human
3  carcinogens, but you dropped it from the second
4  version of your expert report?
5      A.   I dropped --
6      Q.   Is it --
7      A.   -- saying that I don't believe --
8  that I don't believe they are able to cause human
9  carcinogenesis in the route of administration and
10 at the doses or exposure levels that we're talking
11 about.
12     Q.   Is it -- in your opinion about
13 the drugs -- that when drugs are approved but that
14 they are contaminated -- scratch that.
15          Is it your position that a drug
16 is only contaminated when it reaches an unsafe
17 level of impurity or contaminant?
18          MR. FOWLER:  Objection to form.
19     You're outside the scope of the class
20     certification report, Counsel.  I'm
21     letting this go a little bit, but you're
22     -- you're far afield.
23          You need the question again,
24     Doctor?
25          THE WITNESS:  Yeah, if I'm

Page 235

1  expected to answer it, I would like to
2  hear the question again.
3          MR. VAUGHN:  Court Reporter?
4          THE COURT REPORTER:  Yes?
5          MR. VAUGHN:  I can reask it.
6          THE COURT REPORTER:  It's okay.
7  I can --
8          MR. FOWLER:  We'll hear -- we'll
9  hear it from the court reporter, please.
10         Go ahead.
11         THE COURT REPORTER:  Okay.
12     (The previous question was read
13 into the record as follows:  "You don't
14 disagree with the IARC definition that
15 NDMA or NDEA are probable human
16 carcinogens, but you dropped it from the
17 second version of your expert report?")
18         THE WITNESS:  And so, no, there
19 was no intent by, quote/unquote,
20 dropping it from my second report, which
21 was implying that it was done
22 intentionally, which it was not.  So I
23 still agree with the IARC classification
24 of being probable human carcinogens.  I
25 have -- I have no reason to disagree

Page 236

1  with that.
2          My point is in humans, I don't
3  believe they're carcinogenic in the
4  manner in which they are taken, which is
5  oral, at the levels of exposure, which
6  are in the low microgram quantities.
7  BY MR. VAUGHN:
8      Q.   And is it your position, then,
9  that the contamination has to reach an unsafe
10 level before it's actually considered a
11 contamination?
12         MR. FOWLER:  Objection, beyond
13     the scope of this report, Counsel.
14         Can you make any proffer how that
15     possibly relates to the class
16     certification report that he has filed,
17     or am I just missing something?
18 BY MR. VAUGHN:
19     Q.   Doctor, do you think these drugs
20 have any value?
21     A.   What I believe, which is in the
22 -- the rather lengthy Bioequivalence section of my
23 report, is that the bioequivalence, due to the
24 presence of NDEA or NDMA, is not altered and,
25 therefore, they produce the intended therapeutic

Page 237

1  benefit, whether it was lowering blood pressure or
2  managing heart failure or in a post-MI situation.
3          So, no, I don't believe they had
4  any loss of their therapeutic benefit.
5      Q.   Are you aware of it being illegal
6  to sell a drug with an unsafe level of
7  nitrosamines in them?
8          MR. FOWLER:  Objection to form.
9     By the very question, it called for a
10    legal conclusion.
11         MR. VAUGHN:  Please quit
12    interrupting.  You're -- you're coaching
13    him.  You've been coaching him the
14    entire deposition.
15         MR. FOWLER:  No, I'm not.
16         MR. VAUGHN:  These are improper
17    depositions.  We're going to reserve our
18    right for sanctions.
19         MR. FOWLER:  So the Court has
20    asked for specificity in objections,
21    which I've provided, and it's a proper
22    objection.  Asking him if something is
23    illegal asks for a legal conclusion.
24         MR. VAUGHN:  Do you not recall
25    the Court sanctioning you guys because

Page 238

1 you were objecting to "the document
2 speaks for itself" previously, which has
3 been one of your objections in this
4 deposition?  Do you recall that,
5 Counselor?
6         MR. FOWLER:  I'm not testifying,
7 Counsel.  Move on.
8 BY MR. VAUGHN:
9    Q.    Doctor, are you aware that it
10 would be illegal to sell a drug with unsafe levels
11 of nitrosamines in them in the United States?
12         MR. FOWLER:  Objection, form.
13         THE WITNESS:  And -- and my
14    answer is no, I do not have any opinion
15    on what becomes legal or illegal.  I
16    have no legal opinions in this case.
17 BY MR. VAUGHN:
18    Q.    If it would be illegal to sell
19 something in the United States, does it really
20 have any value?
21         MR. FOWLER:  Form.
22         THE WITNESS:  Again, I have no
23    opinions on legality.  My opinions were
24    on whether the bioequivalence was
25    violated by the presence of the

Page 239

1 impurities, and I do not believe that
2 and I believe they maintain their
3 therapeutic expected response.
4 BY MR. VAUGHN:
5    Q.    Based purely off of
6 bioequivalency studies that you reviewed that did
7 not involve nitrosamines in the drug product?
8    A.    I believe in answering that
9 question a few times before, I said that there's a
10 likelihood that some of the products did have
11 nitrosamine in them.  And if they did, it still
12 wouldn't have affected their bioequivalence, and
13 therefore their therapeutic response.
14    Q.    And you have no document to cite
15 to that they were likely contaminated at that
16 time?
17    A.    I have no document.  I've -- I've
18 previously stated that.
19    Q.    Do you have an understanding of
20 what it means for a drug to be adulterated?
21         MR. FOWLER:  Objection: Form,
22    outside the scope of this general --
23    this class action report.
24         THE WITNESS:  I have a -- basic
25    understanding because of my pharmacy

Page 240

1 training and background, but my
2 understanding of adulteration are
3 impurities that are outside the
4 manufacturing process, so during storage
5 or some other nonmanufacturing process
6 that results in adulteration.
7 BY MR. VAUGHN:
8    Q.    Transportation of the drug
9 product count, if it got contaminated during
10 transportation?
11    A.    I think that probably would fit
12 under that adulterated category, because it's not
13 part of the manufacturing process.
14    Q.    And do you know if any of the
15 Defendants are claiming that their product got
16 contaminated during transportation?
17    A.    Never seen such materials or
18 documentation.
19    Q.    Are you aware that if a drug is
20 contaminated, it's considered adulterated?
21         MR. FOWLER:  You're asking for a
22    regulatory opinion.  It's outside the
23    scope of this report.
24         THE WITNESS:  Yeah.  Again, I --
25    I don't have regulatory input.  That's

Page 241

1 -- that's not the nature of my report.
2 BY MR. VAUGHN:
3    Q.    As a pharmacist, do you have an
4 understanding that an adulterated drug is not
5 supposed to be sold to U.S. consumers?
6         MR. FOWLER:  Objection to form.
7    Again, outside the scope of the class
8    cert report and opinions therein.
9         THE WITNESS:  Again,
10    adulteration, I don't know is what we're
11    talking about here, but pharmacists
12    would not dispense a known adulterated
13    product.
14 BY MR. VAUGHN:
15    Q.    I have no further questions at
16 this time.
17         MR. FOWLER:  We'll take a few
18    minutes, and I've got some redirect.
19    Let's take ten.
20         THE VIDEOGRAPHER:  The time is
21    now 4:13 p.m.  We're off the record.
22         (Brief recess observed.)
23         THE VIDEOGRAPHER:  The time is
24    4:26 p.m.  We're back on the record.
25         EXAMINATION

Page 242

1 BY MR. FOWLER:
2     Q.   Dr. Bottorff, I'd like to show
3 you what I'm marking as Bottorff Exhibit 35.  And
4 -- which is Defendants' Responses and Objections
5 to Plaintiffs' Notice of Videotaped Oral
6 Deposition Michael Bottorff, Pharm.D.
7          (Exhibit 35 was marked.)
8 BY MR. FOWLER:
9     Q.   Handing you that.  Have you seen
10 that document before?
11     A.   Yes.
12     Q.   You've reviewed that with us?
13     A.   I did.
14     Q.   Okay.  Let me mark as Exhibit 36
15 your Curriculum Vitae, Doctor.
16          (Exhibit 36 was marked.)
17 BY MR. FOWLER:
18     Q.   Can you tell us whether that is
19 your -- your current CV?
20     A.   Yes.
21          MR. VAUGHN:  Real quick, Counsel.
22 Are these in the -- the folder for me to
23 access?
24          MR. FOWLER:  I believe so.
25          (Discussion off the record.)

Page 243

1          MR. FOWLER:  Oh, I see what he's
2     doing.  Sorry, Counsel.  I didn't
3     understand my -- my colleague.  He's --
4     he's load- -- loading those up.
5 BY MR. FOWLER:
6     Q.   Is that -- continuing on 36,
7 Doctor.
8          Does that CV include your more
9 recent appointment to what you referred to as the
10 IRB?
11     A.   Yeah, the Advarra IRB is on here.
12     Q.   Doctor, you were asked early on
13 in the deposition about your experience with
14 bioequivalency studies, and I believe you only got
15 as far as maybe in your first year of residency at
16 the University of Kentucky, or maybe undergrad.
17          Have you had other experience
18 working with, conducting, bioequivalency studies?
19     A.   Yeah.  When I first started
20 faculty at the University of Tennessee, that would
21 have been 1983, I was probably involved in and
22 analyzed and published maybe a dozen
23 pharmacokinetic-based bioavailability studies with
24 a variety of cardiovascular drugs.  And so those
25 are all publications that are -- that are in my

Page 244

1 CV.  So it went -- it went beyond just me being
2 involved in some bioequivalence studies in around
3 1982 or 1983, but probably the next ten years, I
4 did maybe a dozen more of those kinds of studies.
5     Q.   Doctor, do you recall some
6 questions towards the end of -- of the questioning
7 today with -- where you mentioned definitions of
8 FDA concerning active ingredients and inactive
9 ingredients.
10          Do you recall those questions?
11     A.   I do.
12     Q.   Let me mark Exhibit 37.  This is
13 21 CFR 314.3 Definitions.
14          (Exhibit 37 was marked.)
15 BY MR. FOWLER:
16     Q.   And if you'd take a look at that,
17 Doctor, and I'd ask you:  Does that document
18 contain FDA's definitions of those active
19 ingredient, inactive, things like that?
20     A.   Yeah.  This has -- I mean, it's
21 the -- it's the Code of Federal Regulations 314,
22 so they're in here.
23     Q.   Can you locate the Active
24 Ingredient definition and read it for the record,
25 please?

Page 245

1     A.   Let's see.  "Active ingredient is
2 any component that is intended to furnish
3 pharmacologic activities or other direct effect of
4 the diagnosis, cure, mitigation, treatment, or
5 prevention of disease, or to affect the structure
6 of function of the body in man or -- or animals,"
7 if it's veterinary products.
8          "The term includes those
9 components that may undergo chemical change in the
10 manufacture of the drug product and be present in
11 the drug product in a modified form intended to
12 furnish the specified activity or effect."
13          So it's an intended act or
14 ingredient.
15     Q.   Thank you.
16          And can you read Inactive
17 Ingredient, please?
18          MR. VAUGHN:  Steve?  Steve, I'm
19 still not seeing this document in the
20 exhibit folder.  I've refreshed it
21 several times.
22          MR. FOWLER:  Tim's working
23 vigorously.
24          MR. VAUGHN:  He's working on
25 dropping it in, is that what you said?

Confidential Information - Subject to Protective Order

Page 246

1    MR. FOWLER:  Yeah.  He's working
2  on it.  I threw him a curve ball.
3  Sorry.
4    MR. VAUGHN:  All right.
5    MR. FOWLER:  He wasn't ready for
6  that one.
7    MR. VAUGHN:  Not a problem.
8  BY MR. FOWLER:
9    Q.    Doctor, can you find the
10  definition of Inactive Ingredient in that CFR
11  document?
12    A.    Yes.  That's on page --
13    Q.    They're alphabetical, aren't
14  they?
15    A.    Yeah.  That's on page 5 of 11 in
16  that document.  It's any component other than the
17  active ingredient.
18    Q.    Is that what it says?
19    A.    That's what it --
20    Q.    Can you read it verbatim?
21    A.    "Inactive ingredient is any
22  component other than active ingredient."
23         So that would cover contaminants,
24  impurities, excipients, or whatever.
25    Q.    It refers to specifically the

Page 247

1  components, doesn't it?
2    A.    Yes.
3    Q.    Can you read the definition for a
4  Component?
5    MR. VAUGHN:  May the record
6  reflect as the Defense counsel
7  repeatedly objected to any type of
8  regulatory questions or opinions and now
9  is solely focussed on regulatory
10  questions.
11    THE WITNESS:  "Component is any
12  ingredient intended for use in the
13  manufacture of a drug product, including
14  those that may not appear in such drug
15  product."
16         So that could be a lot of
17  excipients and those kinds of things.
18  BY MR. FOWLER:
19    Q.    Thank you.
20         Doctor, have you seen anything in
21  the documents that -- that Plaintiffs' counsel has
22  shown you today with regard to the ANDAs or the
23  bioavailability studies that change -- change any
24  of your opinions in this case?
25    A.    No.  And -- and I don't think

Page 248

1  it's uncommon when companies are making generic
2  products, sometimes on the first run, to have
3  something that ends up not being bioequivalent and
4  requires going back to the drawing board and
5  altering particle size or some other component of
6  the formulation until they -- until they get the
7  product that is going to be bioequivalent that
8  would then be FDA approved, the ANDAs approved,
9  and then it's allowed to be given to patients as
10  an AB-rated generic drug.
11         That's not, I don't believe,
12  uncommon.  I don't have statistics on that, but I
13  think it's unrealistic to expect them to get it
14  right on the first time every single time.  And
15  those are -- as long as those are disclosed to the
16  FDA that we made this change and now we want this
17  approved, and then the FDA approves it.  And so
18  all the ANDAs that I -- I included in my report
19  were FDA reviewed, approved, AB-rated and allowed
20  to be generically substituted for a brand name
21  valsartan product.
22    Q.    Did any of the BE documents, even
23  including the failed ones that counsel showed you,
24  did any of those show that the valsartan's
25  bioequivalence was affected by the presence of

Page 249

1  other compounds, whether they be, you know,
2  amlodipine, HCTZ or the combination thereof?
3    A.    Yeah, again, we don't know which
4  did or didn't have NDMA, but inclusion of the
5  combination products was demonstrated to support a
6  scientific conclusion that without an overlapping
7  either metabolism or drug distribution system,
8  that those compounds in with valsartan, even in
9  milligram quantities, much less microgram
10  quantities, would not be expected to have any
11  altering effect on the bioequivalence, and
12  therefore the therapeutic response to valsartan.
13    Q.    Regard to -- I'm showing you what
14  was marked as Exhibit 19.  This, I'll refer to it
15  as the bankruptcy document with regard to PRACS.
16  Is there any mention of valsartan or valsartan
17  testing anywhere in that document?
18    A.    No.
19    Q.    With regard to the -- with regard
20  to Exhibit 20, Doctor, do you recall the -- the
21  questions concerning Cetero's bioequivalence data
22  and FDA's investigation of that?
23         I'm showing you 20 -- Exhibit 20.
24  Do you recall those questions, the questions on
25  the document?

Page 250

1    A.    Yes.
2    Q.    Can you turn to the second page
3 and identify what are the drugs that those ANDAs
4 of reference in that Exhibit 20, what are those
5 drugs?
6    A.    Federal Register Notices on
7 October 28th.  "The agency is proposing to
8 withdraw Watson's Oxycodone/ibuprofen ANDA and
9 InvaGen's Trandologril (phonetic) ANDA."
10    Q.    Is there anything in that
11 document that suggests FDA was critical of any
12 testing of the valsartan bioequivalence, if any
13 was done at all at that -- by that company at that
14 location?
15    A.    No mention of valsartan at all.
16    Q.    Doctor, can you explain why it is
17 that you spent the time reviewing the BE data from
18 each of the various generic manufacturers for the
19 various drugs, whether it's valsartan by itself or
20 in combination?  What was the im- -- what was the
21 importance?  What was -- why did you review those
22 -- that data, and how did it factor into your
23 opinion?
24        MR. VAUGHN:  Object to the form.
25        THE WITNESS:  Again, from a pure

Page 251

1    scientific standpoint, if two compounds
2    that are known to be in the same tablet,
3    let's say, have the chance to interfere
4    with each other altering the effect of
5    certainly the intended compound, in this
6    case valsartan, then I wrote a -- a
7    fairly lengthy section in my report
8    about what are the different mechanisms
9    whereby there would be an interruption
10   of the valsartan effectiveness.  It had
11   to be its absorption, it had to be its
12   metabolism, it had to be its hepatic
13   distribution, or its effect at the
14   angiotensin II receptor site.
15        And there's no mechanism whereby
16   NDMA or NDEA can do that.  There's no
17   mechanism whereby hydrochlorothiazide,
18   which is in there, can do that.  And
19   there is no mechanism where amlodipine
20   does that.  So none of those substances
21   have any mechanisms to alter either the
22   kinetics or the therapeutic response to
23   valsartan.
24 BY MR. FOWLER:
25    Q.    You were shown -- let me, for

Page 252

1 example, hand you Exhibit 14 -- hand you
2 Exhibit 14 (tendering) -- and direct your
3 attention to the table showing the BE results.
4        Let me know when you're there.
5    A.    I'm there.
6    Q.    The BE results were outside of
7 the 80 to -- is it 120 is the FDA range?
8    A.    125.
9    Q.    When they are -- when the BE
10 results as reflected there in Exhibit 14 were
11 outside the range, do you attribute any of that to
12 any presence of NDMA or NDEA?
13    A.    No.  Again, this is usually due
14 to some type of tableting issue and -- and
15 particle size.  So it's -- it's -- I would not
16 attribute it to NDEA or NDMA at all.
17    Q.    Based on your understanding of
18 the science of the bioequivalence study process,
19 can you explain what reformulation does and how
20 that would translate to different results of the
21 BE studies?
22        MR. VAUGHN:  Object to the form.
23        THE WITNESS:  Yeah, again, this
24    starts getting into a pharmaceutics
25    process that's a little bit -- I've had

Page 253

1    a little bit of training in that and --
2    and understanding and have read some
3    articles throughout the years.
4        But it's mostly involving the --
5    the tableting, the particle size, the
6    pressure with which you compress the
7    tablet, the film coating, the things
8    that result in the tablet disintegrating
9    and then releasing the active
10   ingredient.
11        And so it's -- it's more of a
12   pharmaceutics development, tinkering
13   that you do with your products to get
14   the intended dissolution and then
15   ultimate bioequivalence that you're
16   looking for.
17 BY MR. FOWLER:
18    Q.    Does the fact that some of the
19 studies, the BE studies you were shown by counsel,
20 were studies under 100 percent males and 100
21 percent Asian males, does that have any impact on
22 -- first of all, on the validity of the BE
23 results?
24    A.    No.  Again, the FDA allowed those
25 studies to be done and approves the ANDAs in the

Page 254

¹ face of those. And remember, what you're doing
² with the bioequivalence study in the same person
³ is comparing test product with reference products.
⁴        And then you take it to another
⁵ person and you test, test product versus reference
⁶ product. And the fact that that, both times, was
⁷ in a male or that they weighed 60 kilograms, if
⁸ you then take that same release characteristic to
⁹ a female or a person that weighs 78 kilos or a
¹⁰ person that's 39 instead of 29, you're still
¹¹ within that same person going to see the -- the
¹² approvable release characteristics in that --
¹³ between those two products. It'll retain its
¹⁴ bioequivalence.
¹⁵        Q.   Do the test subjects or the test
¹⁶ methodology of the BE studies, that you were
¹⁷ shown, impact your opinion with regard to the
¹⁸ presence of NDMA and its impact, if any, on
¹⁹ bioequivalence?
²⁰        A.   I think it's --
²¹        MR. VAUGHN:  Object to form.
²²        THE WITNESS:  -- a similar
²³ question worded slightly -- I'm sorry,
²⁴ go ahead.
²⁵        MR. VAUGHN:  I -- object to form.

Page 255

¹        You're good.
²        THE WITNESS:  Okay. I think it's
³ a similar question asked a slightly
⁴ different way, and -- and as I've stated
⁵ multiple times today -- and it's in my
⁶ report -- the presence of NDMA and NDEA,
⁷ there's no mechanism, no scientific
⁸ rationale beyond how they could alter
⁹ the bioequivalence of any of the
¹⁰ valsartan products.
¹¹ BY MR. FOWLER:
¹²        Q.   Would that be true for either
¹³ gender or any race, in your opinion?
¹⁴        A.   Yeah, that's -- would be
¹⁵ independent of those issues.
¹⁶        Q.   Early in the deposition, there
¹⁷ were questions about the circulation of -- of
¹⁸ blood.
¹⁹        Do you recall those questions?
²⁰        A.   Uh-huh. Yes. Sorry.
²¹        Q.   And does -- how, if at all, does
²² the blood circulation play a role in your opinions
²³ in this case with regard to the NDMA and -- and
²⁴ the valsartan?
²⁵        MR. VAUGHN:  Object to form.

Page 256

¹        THE WITNESS:  In -- in the
² context that we were talking about at
³ that time, we were talking about the
⁴ ability to measure an elimination
⁵ half-life and how that's affected by
⁶ blood flow, liver blood flow. You can
⁷ only measure that if there's drug in the
⁸ blood. And with NDMA at the amounts
⁹ that we're talking about, that has to be
¹⁰ given intravenously, and then you can
¹¹ measure the decline in blood because it
¹² started there and you watch it go down.
¹³ And some of that blood flow goes to the
¹⁴ liver, some goes to the heart, some goes
¹⁵ to the lungs, you know, whatever.
¹⁶        That issue doesn't apply when you
¹⁷ talk about giving low doses of these
¹⁸ high-clearance drugs in an oral format
¹⁹ that don't reach the systemic
²⁰ circulation. You can't measure a
²¹ half-life in a situation where there's
²² no measurable drug there to begin with.
²³ BY MR. FOWLER:
²⁴        Q.   Doctor, directing your attention
²⁵ to your report. Do you have that in front of you?

Page 257

¹        A.   I do.
²        Q.   Has counsel asked you about all
³ of your opinions in your report today?
⁴        A.   Pretty much focussed on -- on
⁵ bioequivalence, I would say.
⁶        Q.   Do you have -- turning your
⁷ attention to page 52. Do you see a Summary of
⁸ Opinions and Conclusions section?
⁹        A.   Yes.
¹⁰        Q.   Would you please read both of
¹¹ those points on page 52 going over to 53 to the
¹² third point, please?
¹³        A.   Okay. There are three main
¹⁴ points that I addressed in -- in my report, and
¹⁵ they're -- they're summarized on the end of page
¹⁶ 52 and at the beginning of page 53.
¹⁷        The first is relevant to what we
¹⁸ had a lot of questions on today, and it basically
¹⁹ is that the presence of NDMA and NDEA in valsartan
²⁰ could not have had any effect on the kinetics,
²¹ dynamics, bioavailability or bioequivalence of
²² valsartan generic products because there's --
²³        Q.   Just please -- just read your --
²⁴ read from your paragraph, please.
²⁵        A.   Oh, read it verbatim?

Page 258

1  Q.   Yes, sir.
2  A.   I'm sorry.
3  Q.   You were doing fine.
4  A.   "The compounds do not share any
5  known pharmacokinetic or pharmacological
6  mechanism.  The presence of active intended
7  ingredients with valsartan, such as
8  hydrochlorothiazide or amlodipine, also did not
9  alter valsartan bioequivalence for the same
10  reasons, so there is no overlapping
11  pharmacokinetic process.  Thus, there is no
12  conceivable way for NDMA or NDEA, merely by being
13  present, to alter the bioequivalence of valsartan,
14  and thus its therapeutic response and efficacy."
15  Q.   Thank you.  And you have another
16  opinion?
17  A.   And my second opinion gets back
18  to this concept of first pass metabolism.  "The
19  levels of NDMA or NDEA that the FDA has detected
20  in affected valsartan tablets, when these are
21  taken on a daily basis, would not exceed the
22  liver's capacity to metabolize the NDMA or the
23  NDEA contained in those tablets in a first pass
24  metabolism process.  And according-" --
25  "accordingly, NDMA or NDEA is unlikely to reach

Page 259

1  the systemic circulation or other organ systems
2  outside of the liver; therefore, there is no
3  scientific basis to assume that there is any
4  increased risk to other organ systems which
5  support the medical monitoring that is proposed by
6  Plaintiffs' expert Dr. Kaplan."
7  Q.   Thank you.
8  And on the -- on the next page,
9  do you have another opinion?
10  A.   I have another opinion, and --
11  and this was more of a mathematical.  "Based on
12  the known pharmacokinetic principles of
13  accumulation, the daily exposure" -- which in this
14  case is usually every 24 hours -- "to NDMA or NDEA
15  would not accumulate, given the known elimination
16  half-life of these compounds, which are in" --
17  "measured in minutes."
18  So to give something that's gone
19  in three to five half-lives, of a five- to
20  ten-minute elimination rate, there's no way, given
21  that once every 24 hours, could lead to any type
22  of accumulation at all.
23  Q.   Do you hold those opinions to a
24  reasonable degree of medical -- of scientific
25  certainty?

Page 260

1  A.   Yes.
2  Q.   We also marked --
3  MR. FOWLER:  I think we're up to
4  Exhibit 37 [sic], Counsel.
5  BY MR. FOWLER:
6  Q.   -- simply the list of materials
7  considered that was provided to you.  I just
8  wanted to mark that as an exhibit.
9  (Exhibit 38 was marked.)
10  BY MR. FOWLER:
11  Q.   Doctor, do you recognize that as
12  your Materials Considered list?
13  A.   Yes.
14  Q.   And then Exhibit 38 [sic] is --
15  MR. FOWLER:  Counsel, I'm holding
16  up the flash drive of Dr. Bottorff's
17  Materials Considered.  So we're going to
18  send this to the court reporter as we've
19  done in other depositions and be copied
20  that way.
21  This is Exhibit 38 [sic].  Madam
22  Court Reporter, we'll mail that to you.
23  (Late-filed Exhibit 39 was
24  marked.)
25  BY MR. FOWLER:

Page 261

1  Q.   If you'll indulge us for a
2  moment, I may be about finished.
3  My much more attentive colleague
4  has pointed out that the Materials Considered is
5  38 and the flash drive should be 39, so we'll just
6  fix that.
7  And with that, I'll -- I'll -- I
8  have no further questions.
9  Thank you very much, Doctor.
10  MR. FOWLER:  Counsel.
11  MR. VAUGHN:  Can you just give me
12  five minutes to consult with my
13  cocounsel?  I'll be right back.  We'll
14  be real quick.
15  THE VIDEOGRAPHER:  Shall we go
16  off the record?
17  MR. VAUGHN:  Please.
18  THE VIDEOGRAPHER:  The time is
19  4:51 p.m.  We're off the record.
20  (Brief recess observed.)
21  THE VIDEOGRAPHER:  4:56 p.m.,
22  we're back on the record.
23  EXAMINATION
24  BY MR. VAUGHN:
25  Q.   Dr. Bottorff, do all of your

Confidential Information - Subject to Protective Order

Page 262

1  opinions contained within your class action expert
2  report apply equally to all potential class
3  members?
4      A.    I'm not sure exactly what that
5  question means.  What -- what -- what does that
6  mean exactly so I can better answer it?
7      Q.    Which part of the question are
8  you having trouble with?
9      A.    Well, maybe start with the
10 definition of the class members.  Are they the
11 people who have filed, like, claims or....
12     Q.    I -- I understand now, Doctor.
13     Do all of your opinions contained
14 within your class action expert report apply
15 equally to all of the Defendants?
16     A.    Again, I don't know if I had
17 bioequivalence data on -- well, from every
18 Defendant, but I -- I think it does because of the
19 reasons behind it.  It doesn't matter that NDMA
20 may have been in there or not.  It wouldn't affect
21 the bioequivalence.  So I guess I would say yes.
22     Q.    As a pharmacist, if you are in
23 possession of an adulterated drug, would you
24 return that adulterated drug to a manufacturer, or
25 would you just throw it away?

Page 263

1          MR. FOWLER:  Objection:  Form,
2      scope.
3          THE WITNESS:  I've never been in
4      that position of -- in -- in that type
5      of practice.  I guess I would follow
6      whatever my -- my company's policy was.
7      But I don't -- I don't know what that
8      is.  I don't know what that would be.
9  BY MR. VAUGHN:
10     Q.    Would you be afraid of
11 contaminating the groundwater if you're just
12 throwing away drugs that are contaminated with
13 carcinogens?
14         MR. FOWLER:  Objection, outside
15     the scope of my redirect completely.
16         MR. VAUGHN:  Your redirect had
17     him answer quest- -- testifying on every
18     single one of his opinions.  You
19     completely opened the scope up.
20         THE WITNESS:  Well, what I can
21     answer is that that's not how in
22     pharmacies that we get rid of drugs
23     anymore.  There are drug take-back
24     programs that almost every pharmacy runs
25     periodically, and there's some

Page 264

1      destruction process that is not flushing
2      them down the toilet.  So that's just
3      not how it happens these days.
4  BY MR. VAUGHN:
5      Q.    All right.  Regardless, you
6  wouldn't be able to sell the contaminated drugs,
7  correct?
8          MR. FOWLER:  Objection:  Form,
9      outside the scope of his report and his
10     testimony and the redirect.
11         THE WITNESS:  Yeah, I -- again,
12     in -- in your hypothetical, you would
13     have to know that something was
14     adulterated, so I don't -- I don't know
15     what that process is.
16 BY MR. VAUGHN:
17     Q.    As a pharmacist, if the FDA would
18 not let you sell a drug to the U.S. public, what
19 would you do?  Would you be able to get your money
20 back from the manufacturer?
21         MR. FOWLER:  Objection, form.
22     This is outside the scope of his
23     entire report, of his testimony, and
24     outside of my redirect.  Nothing about
25     The redirect opened up questions for

Page 265

1      what a pharmacist is going to sell,
2      Counsel.
3          MR. VAUGHN:  He -- he submitted
4      an expert report in a class action
5      saying this stuff is worth money.
6          MR. FOWLER:  You should have
7      asked him about that in your case in
8      chief here on -- on direct.  You're
9      going back, for whatever reason.  It's
10     outside the scope, and I would have
11     objected to it in the first place.
12         MR. VAUGHN:  You did object to it
13     a bunch in the first place and then you
14     were coaching the witness before and
15     then you opened everything back up by
16     having him read every one of his
17     opinions.  You opened the scope.
18         MR. FOWLER:  I'm not going to
19     argue with you, Counsel.  The words
20     "sell the drugs" was nowhere in his
21     opinions.
22 BY MR. FOWLER:
23     Q.    If you can't sell a drug --
24     (Unintelligible overlapping.)
25 BY MR. VAUGHN:

Page 266

```
1         Q.    -- Doctor, does it have any
2  value?
3              MR. FOWLER:  I'm sorry, I spoke
4  over you, Counsel.  Please state that
5  again.
6              THE WITNESS:  Or I -- I never
7  answered the previous question.
8              MR. FOWLER:  He withdrew.
9              THE WITNESS:  Oh, okay.
10             MR. FOWLER:  So a new question.
11             Go ahead.
12  BY MR. VAUGHN:
13        Q.    Would you like to answer the
14  previous -- would you like to answer the previous
15  question, Doctor?
16        A.    If you would like me to.
17        Q.    So as a pharmacist, if the FDA
18  will not allow you to sell a drug to the U.S.
19  public, would you be able to get your money back
20  from the manufacturer?
21             MR. FOWLER:  Same objection.
22             THE WITNESS:  And I would say
23  that I've never been in the situation to
24  understand how that works.  That's not
25  my -- my academic career has been
```

Page 267

```
1  working in hospitals with cardiology
2  patients and cardiologists, and I've
3  never worked in that environment, so I
4  -- I had no experience with that at all.
5  BY MR. VAUGHN:
6        Q.    If you can't sell the drug,
7  Doctor, does the drug have any value?
8              MR. FOWLER:  Form,
9  incomprehensible.
10             THE WITNESS:  Again, I -- I mean,
11  in a hypothetical, if you can't sell it,
12  then obviously you can't sell it, so....
13  BY MR. VAUGHN:
14        Q.    Absolutely.
15        A.    So I would say, yeah, if you
16  can't sell it -- so it doesn't have value if you
17  can't sell it.
18             MR. VAUGHN:  I have no further
19  questions.
20             MR. FOWLER:  He'll read.
21             MR. VAUGHN:  Thanks for your time
22  again, Dr. Bottorff.
23             MR. FOWLER:  Nothing further.
24             THE VIDEOGRAPHER:  The time is
25  5:02 p.m.  This concludes today's
```

Page 268

```
1  testimony from Dr. Michael Bottorff.
2              We are now off the record.
3              FURTHER DEPONENT SAITH NOT.
4              (Proceedings concluded at 4:02
5  p.m. Eastern.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 269

```
1          REPORTER'S CERTIFICATE
2              I certify that the witness in the
3  foregoing deposition, MICHAEL BOTTORFF, PHARM.D.,
4  was by me duly sworn to testify in the within
5  entitled cause; that the said deposition was
6  taken at the time and place therein named; that
7  the testimony of said witness was reported by me,
8  a Shorthand Reporter and Notary Public of the
9  State of Tennessee authorized to administer oaths
10  and affirmations, and said testimony, Pages 7
11  through 258 thereafter transcribed into
12  typewriting.
13       I further certify that I am not of counsel
14  or attorney for either or any of the parties to
15  said deposition, nor in any way interested in the
16  outcome of the cause named in said deposition.
17       IN WITNESS WHEREOF, I have hereunto set my
18  hand this 4th day of April 2022.
19
20
21
22
23
24     _____
       Carissa L. Boone, LCR No. 382
25     My License Expires:  6/30/2022
```

Page 270

1          E R R A T A
2

3   I, MICHAEL BOTTORFF, PHARM.D., having
    read the foregoing deposition, Pages 7 through
    268, taken March 25, 2022, do hereby certify said
4   testimony is a true and accurate transcript, with
    the following changes (if any):
5

6   PAGE LINE   CHANGE            REASON
7   ___ ____   _____   _____
8   ___ ____   _____   _____
9   ___ ____   _____   _____
10  ___ ____   _____   _____
11  ___ ____   _____   _____
12  ___ ____   _____   _____
13  ___ ____   _____   _____
14  ___ ____   _____   _____
15  ___ ____   _____   _____
16  ___ ____   _____   _____
17  ___ ____   _____   _____
18  ___ ____   _____   _____
19  ___ ____   _____   _____
20  _____

        MICHAEL BOTTORFF, PHARM.D.
21

22

23  _____
    Notary Public
24

    My Commission Expires: _____
25

## WORD INDEX

**< $ >**
**$200,000** 43:16
**$204,000** 43:15
**$26,000** 42:6
**$35,500** 42:23
**$4,000** 34:21 42:14 43:1
**$41,000** 43:9
**$42,250** 42:11
**$46,084** 43:12
**$5,000** 43:6

**< 0 >**
**000005016** 3:21 129:16
**000029545** 3:19 124:12
**0001** 5:6 230:21
**00134669** 4:20 202:14
**00153602** 5:1 210:11
**00179194** 4:20 199:17
**00369303** 4:20 207:12
**00378002** 5:2 220:15
**01453143** 4:20 197:21
**023** 196:11
**09** 77:14, 17
**090642** 46:12
**09-103** 145:2
**091654** 82:11

**< 1 >**
**1** 3:10 4:8 10:10, 11 26:13 46:2 95:9 98:11 108:11 138:6 142:13 146:5, 16 159:10 164:18 166:14 184:3 194:5 203:2 225:5
**1/2** 130:11
**1:48** 149:11
**1:57** 149:14
**10** 3:10, 11, 22 58:17 60:9 134:4 142:24, 25 180:25 200:12
**10:06** 23:14
**10:35** 45:21
**10:43** 45:25
**100** 60:15 64:22 129:2, 5 161:10 168:5, 6 170:21 198:4 253:20
**1000** 2:9
**107** 3:14
**10-VIN** 56:20
**10-VIN-337** 129:21
**11** 3:10, 14, 22 5:2 145:19, 21 181:20 231:7 246:15
**11,500** 140:12
**11:53** 94:17
**112** 3:14
**114** 11:6
**11th** 211:9
**12** 4:1 145:24, 25 151:25 161:8
**12,000** 140:4
**12,100** 140:5
**12:38** 94:20
**120** 11:11 252:7
**123.65** 60:23
**124** 3:19 231:21
**125** 60:4, 11, 24 252:8
**129** 3:19
**13** 4:1, 17 5:1 26:22

**14** 3:19 4:4, 14, 20 5:11 158:1, 2 252:1, 2, 10
**140** 11:18
**142** 3:22
**145** 3:22 4:1
**147** 97:19
**149** 4:1
**15** 4:4 108:20 165:6, 7
**150** 64:22
**153** 100:19
**158** 4:4
**15th** 114:21 179:3
**16** 4:4, 20 5:10 45:8 134:25 136:5 146:6 168:20, 21
**16,000** 111:5 112:10
**16,400** 136:3
**16,632** 110:17
**16th** 34:15, 22 36:1 96:3
**17** 4:8 5:2 174:25 175:1 196:4
**175** 4:8
**176** 4:11
**177** 4:11

**18** 3:19 4:8, 20 45:8 95:13 147:14 150:3 175:4, 5
**182** 4:14
**185** 4:14
**187** 4:17
**189** 4:17
**18-year-olds** 102:14
**19** 4:11, 20 95:13 176:1, 2 249:14
**191** 4:20
**197** 4:20
**1980s** 216:25
**1982** 244:3
**1982-1983** 99:15
**1983** 243:21 244:3
**199** 4:20
**1990s** 217:1
**1st** 34:6 35:9, 15, 21 114:1 179:3

**< 2 >**
**2** 3:11 4:4, 11 10:20, 21 42:9 125:4 142:16 143:12 146:17 170:19 178:25 186:6 202:24 203:7
**2:45** 185:6
**2:53** 185:9
**20** 3:14 4:11 5:2 31:9 127:11 133:3 141:14 177:4, 5 249:20, 23 250:4
**20037** 2:9
**2004** 46:15, 18 47:2, 21 190:23
**200435** 90:2

**185:17** 187:7
**2004354** 88:20
**2005** 84:13, 17, 22, 25 174:1 175:20 179:3
**2009** 77:17, 21 82:17, 21, 25 90:2, 6, 9 96:4 179:4 186:20 190:23
**2010** 57:24 58:3, 7 73:10, 14, 19 74:2 77:25 78:1 220:5
**2011** 3:13 56:22 57:1, 14 94:24
**2012** 54:2 55:21 81:13, 19, 23 190:19
**2013** 66:18 67:4 78:5, 8
**2014** 114:1
**2015** 173:3 202:19 205:21 211:7 217:3 218:3, 13 220:5
**2016** 205:20
**2017** 196:6, 17, 20, 22
**2018** 192:16 195:18 225:5
**202** 4:20
**202.331.3100** 2:10
**2021** 3:14 34:6, 22 96:25 97:5, 16 98:25 99:1 106:1
**2022** 1:15 6:4 7:5 269:18 270:3
**202377** 73:4
**202519** 76:22
**202728** 57:21
**203311** 56:19
**204821** 53:12

**206083**  81:7 202:20 207:24  208:3
**206180** 169:19  170:6, 8
**206512**  66:16
**207**  4:20
**20-year-olds** 102:14
**21**  3:11, 22 4:1, 4, 14 5:11  13:13 104:5  177:21 182:20, 21 244:13
**210**  5:1
**2101**  2:8
**2160**  139:5
**217**  5:2
**22**  4:14 13:11  14:1 105:11 185:13, 14
**220**  5:2
**226**  5:2
**22nd**  218:3
**23**  4:17, 20 5:6, 13 187:12, 13
**230**  5:6
**24**  4:17 141:16  189:7, 8  259:14, 21
**241**  3:4
**242**  5:7, 10
**244**  5:11
**25**  1:15  3:4, 12, 22  4:1, 20 6:3  14:14 58:16  133:3 191:17, 18 270:3
**258**  269:11
**25th**  7:5
**25-year-old** 151:13
**25-year-olds** 102:15
**26**  4:20  28:6 197:22, 23

**260**  2:4  5:12, 13
**268**  270:3
**26-and-a-half** 151:7
**26-year-olds** 151:8
**27**  4:20  16:3 138:7  199:18, 19
**273-09**  158:14
**28**  4:20 19:17  138:24 165:25 202:15, 16
**280**  139:8
**286**  139:7
**2875**  1:5
**287500003049** 3:22  142:23
**2875-00003054** 3:24
**2875-00003105** 4:16
**2875-00003194** 4:17  187:11
**2875-00031265** 4:10  175:3
**2875-00102393** 4:20  191:16
**2875-00117673** 5:5  226:9
**2875-00259489** 4:1  145:23
**2875-0026534** 4:4  165:5
**2875-00268983** 4:19  189:6
**2875-00808468** 3:18  112:18
**28th**  250:7
**29**  4:20 127:10 207:13, 14 254:10
**29-year-old** 127:11

**< 3 >**
**3**  3:12, 13, 14 31:7  33:22,

25  34:2  35:9 117:8  140:21 141:11, 18 142:18 148:13 158:11 159:22 170:25 202:24  203:20
**3.4**  11:11
**30**  5:1  44:12, 14  46:4 125:4  145:15 167:9  210:12, 13
**304-09**  77:1 150:6
**3049**  143:10
**305-09**  77:1
**31**  5:2  53:4 217:19, 20
**312.2(c**  104:6
**314**  244:21
**314.3**  5:11 244:13
**32**  5:2  57:19 143:21  145:5 220:16, 17
**320**  53:12 54:16  55:9, 13, 14  57:23 125:2, 19 159:15 161:24  162:1 177:22  199:12
**320/25**  201:16
**326**  151:2
**33**  3:12  5:2 61:3  144:12 226:10, 11 230:22
**330-VALS-2011**  56:20
**337**  56:20
**338**  151:25 152:1
**338-11**  169:7
**34**  5:6  66:2 154:8  165:17 167:5  230:23,

24, 25
**3410**  139:2
**35**  5:7  242:3, 7
**3520**  139:2
**36**  5:10 72:25  242:14, 16  243:6
**364**  13:15, 18, 21
**368-12**  66:17 165:14
**369-12**  66:17 167:4
**37**  5:11  76:9 133:1  136:5 150:9  244:12, 14  260:4
**374**  14:1
**38**  5:12  81:4 198:7  200:5 202:21 204:13  260:9, 14, 21  261:5
**382**  269:24
**39**  5:13  83:9 87:22  88:20 174:11 175:12 185:22  186:1 187:6  254:10 260:23  261:5
**3A4**  63:23, 24
**3rd**  211:7

**< 4 >**
**4**  3:13  28:6 31:7, 11 35:13  95:2, 3, 9  140:21 141:18 142:13  171:8 191:8  192:18 204:9
**4,000**  43:16
**4/16**  195:18
**4:02**  268:4
**4:13**  241:21
**4:26**  241:24
**4:51**  261:19

**4:56**  261:21
**40**  55:14
**41**  200:17 203:22
**42**  154:9
**439**  14:18
**45**  14:12
**451**  173:21
**454**  165:10
**46**  146:5, 17
**47**  16:1  199:2
**473**  16:7, 9
**474**  16:8
**48**  19:16 110:17  144:21
**4800**  130:23
**486**  19:19
**49**  144:22
**496**  48:14
**4th**  226:6 269:18

**< 5 >**
**5**  3:14  4:8, 11  31:6, 11 34:18  58:17 97:2, 3, 12 121:7  141:18 146:19, 25 178:21  246:15
**5:02**  267:25
**50**  26:14 27:12  39:9 102:15  143:14
**508**  53:6
**513**  56:18
**517**  57:20
**52**  22:4 131:24  257:7, 11, 16
**53**  257:11, 16
**537**  61:6
**538**  61:6
**545**  63:16
**559**  66:5
**56**  147:18
**562**  66:15
**57.97**  150:19
**586**  73:1
**5th**  226:6

Confidential Information - Subject to Protective Order

**< 6 >**
**6** 3:*14* 11:2
107:*10, 11*
172:16 221:4
**6/30/2022**
269:*25*
**60** 39:*10*
100:22
102:16 254:7
**604** 213:*3*
**613** 81:*7*
**62** 22:7
128:9, *10*
144:*14, 16*
145:*17*
**622** 82:*10*
**626** 83:*12*
**63** 126:9
166:2
**63-and-a-half**
167:*11*
**6600** 130:*23*
**66210** 2:5
**664** 140:*17*
141:*1*
**674** 140:*18*
**6999** 165:9
**6th** 36:8

**< 7 >**
**7** 3:*14* 4:4
5:7 11:*1, 18*
36:*19* 112:*19,*
*20* 175:7
269:*10* 270:*3*
**70** 39:*10*
**70-year-olds**
102:*16*
**724** 15:*3*
**72-hour** 133:*3*
**74** 130:*10*
**749** 16:*14*
**761** 20:7
**78** 254:9
**79** 126:9
**79.2** 160:*23*
**79.9** 161:*17*

**< 8 >**

**8** 3:*4, 19*
4:*17* 97:*11*
124:*13, 14*
160:*24* 199:2
**8,000** 166:*21*
**80** 55:*14*
60:*3, 11*
150:*24* 160:*1,*
*6, 23* 161:*13*
252:7
**802** 26:*15*
**8101** 2:4
**8200** 135:*25*
136:2
**830** 22:*11*
**841** 156:8
**846** 105:*16*
**854** 106:22
**870** 106:*15*
**88** 161:*10*
**8th** 205:*19*

**< 9 >**
**9** 3:*4, 19*
5:*12* 97:*13*
129:*17, 18*
130:*10*
**9:39** 6:*4* 7:6
**9:59** 23:*12*
**90** 59:*17, 20,*
*24* 60:*15*
148:8 150:*24*
159:*25* 199:9
**90-something**
139:*3, 24*
**95** 3:*13* 139:7
**9600** 130:*23*
**97** 3:*14* 139:7
**9702** 166:*18*
**98** 139:*16, 24*
**99** 160:*25*

**< A >**
**a.m** 6:*4* 7:6
23:*12, 14*
45:21 94:*17*
**abbreviated**
183:*3*
**ability** 32:*24*
203:*18* 256:4

**able** 32:*19, 24*
84:8, *9*
125:*24* 214:*3*
215:*21* 234:8
264:6, *19*
266:*19*
**abnormal**
141:*12* 157:*21*
**abnormally**
140:*24*
**AB-rated**
248:*10, 19*
**absence** 90:*21*
197:*12*
**absolutely**
90:*23* 164:*4*
210:*24*
212:*18*
224:*13* 267:*14*
**absorbed**
61:*24*
**absorption**
70:*19* 251:*11*
**academia**
227:*4*
**academic** 9:7
266:*25*
**acceptable**
134:*13* 171:*11*
**acceptance**
159:*19*
180:*19* 201:*1*
227:2
**accepted** 178:*4*
**access** 74:*16*
91:5 92:*11*
242:*23*
**accumulate**
259:*15*
**accumulation**
9:*21* 259:*13,*
*22*
**accuracy**
203:*4*
**accurate** 33:*1*
41:*16* 48:*20*
50:*17* 52:*19*
119:*16, 17*
270:*4*
**accurately**
209:*9*

**achieved**
117:*15*
**achieves**
118:*21*
**acquired**
176:*16* 191:*23*
**acquisition**
206:*10*
**acronyms**
152:*9*
**act** 245:*13*
**Actavis** 2:7
191:*21*
**Action** 3:*10*
8:*18, 23* 9:*1*
10:8, *15, 24*
11:*18* 12:*3, 7*
13:*11, 25*
14:*12* 15:*3*
16:2, *14*
19:*16* 20:*8,*
*18* 22:*5, 11*
24:*13, 21*
25:*10* 26:*12*
36:*23* 37:*8*
46:*3* 62:7
109:*23*
114:*22*
155:*16*
239:*23* 262:*1,*
*14* 265:*4*
**active** 11:*9*
86:5 105:*7, 8*
228:7, *9, 11,*
*13, 17, 25*
229:*10, 17, 21*
230:*4* 231:*12*
232:7, *8*
244:8, *18, 23*
245:*1* 246:*17,*
*22* 253:*9*
258:*6*
**activities**
245:*3*
**activity**
232:*10* 245:*12*
**actual** 36:*1*
51:*17* 54:*9*
77:6 89:6
126:*12* 140:*4,*
*7*

**add** 9:*10, 16*
39:*24, 25*
62:*4* 67:*23*
118:*14* 127:*1*
167:*18*
**added** 16:*19,*
*22* 86:9 98:8
**addition** 9:*18*
56:*11* 74:*14*
**additional**
38:6 43:*22*
55:2 85:*25*
86:*10* 91:5
101:*23*
162:*15* 183:*4*
**address** 205:2
**addressed**
26:*4* 205:*3,*
*16* 257:*14*
**adds** 82:6
**adequate** 70:*4*
**adequately**
205:*16*
**adjustments**
101:*12*
**administer**
269:*9*
**administration**
28:*3* 182:*13*
234:9
**adulterated**
239:*20*
240:*12, 20*
241:*4, 12*
262:*23, 24*
264:*14*
**adulteration**
230:*16* 240:*2,*
*6* 241:*10*
**advance** 36:*3*
78:6, *8* 196:*12*
**Advarra**
98:*10* 227:5
243:*11*
**adverse** 152:6
157:*20, 21*
**advising**
222:*13*
**affect** 79:*25*
147:*25*
173:*10*

Confidential Information - Subject to Protective Order

222:22  223:5
224:6  245:5
262:20
**affirmations**
269:10
**afield**  234:22
**afraid**  263:10
**age**  100:22
102:5  126:2,
6  127:9
144:11
145:13  151:5,
15, 19  165:23
167:8
**agency**  14:20
250:7
**ages**  125:20
**aggressive**
17:22
**aging**  101:14
**ago**  8:13
40:9  99:16
110:17, 25
163:18  227:9
232:8
**agree**  25:20,
25  29:18
47:20  96:6
103:1  105:21,
24  107:4
115:22
116:16
117:16
121:17  126:1
128:10  224:4,
10, 13, 14
227:14  235:23
**agreed**  6:13
7:16
**ahead**  10:8
11:24  12:19
23:8  28:17
45:13, 17
92:24  98:3
113:9  118:9
158:25  197:7
204:25
217:25  223:9
233:17
235:10

254:24  266:11
**Alice**  2:10
**allow**  266:18
**allowed**  55:10
60:3, 10
86:13  226:16
248:9, 19
253:24
**allowing**
226:21
**allows**  202:5
**aloud**  161:19
199:8  201:10
209:14
**alphabetical**
246:13
**alter**  56:14,
16  57:10
67:7  75:7
85:7  90:19
203:18
251:21  255:8
258:9, 13
**alteration**
151:17
**alterations**
64:24  179:1,
15
**altered**  90:17
101:10  236:24
**altering**  53:24
248:5  249:11
251:4
**alters**  92:3
**Americans**
129:12  144:9
150:15
**America's**
114:24
**amlodipine**
58:17  59:4
63:17  64:11
66:8, 12
67:14  68:5
73:5, 22
87:24  88:5,
10, 11, 14, 21
90:12  170:12
171:24  172:5
173:11  249:2
251:19  258:8

**amlodipine/vals
artan/HCTZ**
186:18
**amount**  27:10
28:9  30:17
42:4  84:4
135:11, 15, 21
153:14  194:25
**amounts**
13:16, 21, 22
14:2  29:2
42:4  223:12
224:16  256:8
**analgesic**
228:24
**analysis**  9:20
71:2  72:17
105:18
106:25
132:10
137:13
175:16  195:9
209:3, 19
**Analyst**  213:7
215:6
**analytical**
39:13  130:17,
25  133:21
139:22
142:18  172:4,
10, 18, 20
173:10
188:20  189:3
211:22
**analyze**  216:13
**analyzed**  49:4
206:5  212:23
243:22
**ANDA**  39:3, 4,
7  40:13, 16
46:11  53:11,
12  55:13
56:19  57:21
66:16  73:4, 8
76:22, 25
77:10, 12
78:4  81:7, 11
82:10  83:14,
20  88:20, 24
90:2  95:16
96:6, 20

114:7, 17, 22,
23  115:12, 19
116:16
117:18  121:6,
14  123:11, 22
124:2, 3, 17,
18  168:14
169:18, 23
170:4, 10, 11
171:15
185:17, 19, 22
186:3  187:6
202:12, 19
205:14, 23
206:18, 19, 20
207:8, 24
208:2, 10, 13
209:25  210:2,
3  250:8, 9
**ANDAs**  3:14
4:14  37:24
38:16  39:20
95:1  119:7
123:6  159:2
170:14  180:7
182:17  183:5,
19, 21, 22
184:2, 4, 17,
21  196:8
247:22  248:8,
18  250:3
253:25
**angiotensin**
251:14
**animal**  28:6
**animals**  59:13
245:6
**annual**  14:23
**answer**  18:17
24:16  32:10,
24  41:16
87:15  98:4
102:9  113:20
134:8  141:7
151:13
195:15  204:3,
7  205:2
235:1  238:14
262:6  263:17,
21  266:13, 14

**answered**
31:21  74:4
78:17  91:9,
18  99:21
137:3  224:23
229:19  230:9
266:7
**answering**
68:25  239:8
**answers**  108:2
**antibiotics**
104:24
**anymore**  29:9
161:7  263:23
**anyway**  33:19
67:7  94:7
**AP**  180:5
**API**  12:9
71:15, 20, 23,
24  72:2, 5, 12,
15  147:25
194:18  195:3
223:3  227:18
**apologies**
143:9  146:18
**apologize**
28:16  124:18
140:8  152:1
166:20
185:21
192:14  196:1
200:12
**apparent**
154:20  178:3
**appear**
209:17  247:14
**APPEARANC
ES**  2:1
**appearing**
7:16
**appears**
204:15
**apples**  128:16
**applicant**
95:16, 17
96:7  97:21
100:21
102:19  105:17
**Application**
104:3, 13

Confidential Information - Subject to Protective Order

applications 183:3
applies 103:12 179:20
apply 256:16 262:2, 14
appointment 243:9
appreciate 17:24 60:20 61:12 109:20
approach 227:15
appropriate 40:16 107:2 162:22
approvable 254:12
approval 38:16 95:18 104:16 168:15 183:2 206:18 227:2
approve 114:17, 22 115:12 171:19 202:8 210:2
approved 55:14 77:12 78:4 119:7 121:5 123:6, 8 151:21 159:2 163:8 171:15 202:12 205:15, 19, 23 206:20 207:8 208:10, 13 210:1, 3, 9 234:13 248:8, 17, 19
approves 248:17 253:25
approximately 28:15 29:14 31:6 44:9, 11 45:6 54:19 108:4 109:3 216:22

April 54:2 179:3 205:21 269:18
area 9:22 132:9 161:4 216:18
areas 17:1 19:8
arena 130:25
argue 265:19
argumentative 21:11
arithmetic 48:17 50:9, 12, 23
Article 4:11, 14 36:9
articles 24:10 36:3, 9, 12, 13 44:18 110:22 253:3
Asian 129:7 144:7 145:10 166:8, 10, 16 167:16 168:5 253:21
Asians 150:12
aside 116:16
asked 38:11, 13 46:21 47:10 74:4 78:17 87:20 89:7 91:9, 17 99:21 107:25 109:3 115:15 116:21 137:3 163:2, 5, 19 194:9 203:25 224:23 229:19 230:9 237:20 243:12 255:3 257:2 265:7
asking 17:10 86:3 108:23 114:20 115:4 116:7, 8 121:21 204:24 205:1 224:9 237:22

240:21
asks 237:23
assay 136:20, 22 137:7 138:4, 14
assessment 9:19
associated 178:16
assume 77:24 92:7, 11 190:5 259:3
assuming 49:8 91:2, 4 100:25 110:4 115:4 123:12 142:12 164:23 165:1 166:14 198:18 205:15
assumption 165:3
Atlanta 44:25
attached 146:21 211:13
attachment 112:24 191:10 202:24 211:16
Attachments 191:4
attempt 102:20 121:2, 3 164:7
attempts 121:4
attending 153:4
attention 77:16 164:22 252:3 256:24 257:7
attentive 261:3
attorney 269:14
attorneys 37:4 38:8 45:4 70:12 89:15 92:6, 10, 18 109:21, 25 111:15

112:11 162:5, 9 169:24
attribute 252:11, 16
AUC 48:15 49:11 60:7 70:17 161:14 200:23 201:4 202:2
AUCi 203:9
AUCs 75:23
AUCt 203:9
audible 195:24
audio 143:3
AUL 135:5
Aurobindo 76:22 161:25 169:2, 18 170:15
Aurobindo's 66:16 67:3, 10 77:13 78:1, 21 173:5
authorized 269:9
automated 215:10 216:6, 14, 15, 19, 21, 23 217:1, 11
automating 217:14
available 31:2 193:10, 24 222:24
average 51:25 59:23 70:17 102:5 127:9 128:7, 11, 15, 19 134:3, 6 144:11, 13 145:13, 16 150:18, 22 151:4 161:3, 8 165:23 166:1 167:7, 10
aware 11:7 91:7 92:13 104:9, 11 110:16 124:3 132:6 178:14

183:13, 15 191:23 195:18 196:15 197:15 214:22 237:5 238:9 240:19
axis 216:11

< B >
BA 209:2, 19
back 13:4 23:15 41:14 45:25 46:2 57:13 58:3, 7 69:10 71:6, 12 74:2 75:21 82:21, 24 84:17, 22, 25 90:6, 9 91:3 92:17 94:20, 22 99:1, 9 135:19, 25 136:14 140:11 149:14 158:7, 20 159:10, 21 162:23 164:17 185:9 196:8 208:16 213:23 214:3, 13 215:20 241:24 248:4 258:17 261:13, 22 264:20 265:9, 15 266:19
background 240:1
backgrounds 125:20
Bailey 2:13
ball 119:8 246:2
Bankruptcy 4:11 175:24 176:8 249:15
barely 155:6 161:13

Confidential Information - Subject to Protective Order

base 8:22
21:23 123:9
based 14:22
25:1, 6 34:10
55:15 72:11
77:13 129:5
161:23 199:9
206:22
225:10 239:5
252:17 259:11
baseline 206:8
basic 239:24
basically
257:18
basing 26:24
72:14 86:16,
17 216:4
basis 98:11
180:6 258:21
259:3
batch 130:21
142:19
batches 11:10
54:23 221:11,
15
Bates 163:16
165:9 166:18
173:21 213:3
batteries 185:1
BE-1881-17
192:6
BE-330-VALS-
2011 124:21
beginning
257:16
behalf 1:14
believe 12:24
18:4 25:10
40:14 46:19
74:22 80:3
90:23 91:10
104:22
107:18 112:9
125:4, 10
130:6 134:7
142:24
146:11
149:19 150:4
158:9 168:25
193:6 195:20
200:10 234:7,

8 236:3, 21
237:3 239:1,
2, 8 242:24
243:14 248:11
believes 223:4
bell 144:2
198:4
benefit 237:1,
4
best 18:17
25:3 32:9, 24
51:24 52:3
80:24 138:21
bet 155:4
better 195:14
262:6
beyond 50:19
236:12 244:1
255:8
bi 221:11
big 135:17, 18
208:24 210:7
biggest 9:18
bile 61:25
bill 34:5, 20
35:16
billed 34:16
35:16 36:2
43:23 44:6, 8
billing 36:5
42:4 43:24
Bio 146:13
193:3, 4
198:15 199:22
bioavailability
50:5 53:25
120:25
125:11, 23
148:1, 5
177:20 227:6
243:23
247:23 257:21
Bioequivalence
3:14 9:19
17:11 18:6,
19 37:25
38:15 39:12
40:18, 20
41:1, 24 47:8
49:1, 25 50:4
52:17 53:25

54:24 55:7,
12, 17 56:9,
15, 17 57:10
58:18 59:1
61:2 67:7
68:17 69:4,
11, 18 70:16
71:1, 7 79:17
80:1, 6 81:1
82:8 84:1, 10
85:10, 19
86:6, 18, 20
90:17 92:5
93:5, 24 94:6,
25 95:15, 17,
20 96:2
101:9 102:3
103:22
118:22
122:16 125:2
127:1, 4, 18,
22 128:17
152:23 159:4
162:16, 23
163:6 167:20
170:20
172:21
177:21
181:23 182:4
183:6 193:5
195:9 201:3
204:19
208:14
209:22 210:3
221:11, 17
224:18
226:16, 19
236:22, 23
238:24
239:12 244:2
248:25
249:11, 21
250:12
252:18
253:15 254:2,
14, 19 255:9
257:5, 21
258:9, 13
262:17, 21
bioequivalency
17:8, 15

18:11 19:12
22:1 37:14
38:22 39:4, 5
40:12, 17
41:8 46:7
47:5, 14, 23,
24 48:12
49:24 54:4
55:3 56:1, 3
58:8, 10
66:11 67:12,
14, 25 68:9,
11, 21 69:19,
25 70:6, 9, 10
71:25 72:6
73:7, 21
74:18 76:6
78:11, 15, 24
79:1, 22 80:7
81:12, 25
82:16, 25
83:2, 12 85:1,
3, 15, 25 86:9,
11 87:11
90:11, 20, 25
91:16 92:8
93:14 94:10
96:8, 19
98:23 99:8,
11 105:19
106:13, 18
118:7, 18
119:5, 11, 14
120:6, 17, 18
122:6, 18
129:4, 11, 23
132:14
143:21 145:5
147:7, 21
148:25 151:5
159:14, 18
160:3, 11
171:2, 9, 22
174:10
175:11
179:10, 14
183:4, 24
186:11 190:8
192:9 195:3
196:23
198:19

200:22, 25
204:11
208:21 209:6
219:18 220:2
221:25
224:12, 20
225:16
226:22 239:6
243:14, 18
bioequivalent
161:25 172:9
189:16
192:22
199:13
201:12, 18
248:3, 7
biologic 106:6
Biosciences
5:2 204:10
217:18 218:7,
16 219:17
220:1
biostatistics
49:22
bit 41:23
114:14 143:5
176:4 200:1
211:13
234:21
252:25 253:1
Black 100:8
blanket 65:13,
22 101:16
Blessy 169:2
blood 30:21
31:5, 11 32:2
33:8 51:25
62:8, 10
237:1 255:18,
22 256:6, 8,
11, 13
blue 12:1
Board 98:9
248:4
body 27:19
30:22 31:13
32:3 33:8
47:13 82:6
150:19, 22
188:15 245:6
books 109:14

Confidential Information - Subject to Protective Order

**Boone** 6:14
7:25 269:24
**bottom** 87:22
95:10 97:13
105:11
114:15
140:21
141:13
144:23 146:4,
16 161:20
177:18 180:1
186:1 189:13
200:3 207:20
208:19 210:5
213:25 232:1
**BOTTORFF**
1:13 3:3 5:6,
9 6:2 7:14
8:1, 11 10:13
11:13 14:25
16:11, 17
20:4, 14 23:3,
17 48:8, 23
49:19 94:22
95:6 107:14
113:6 230:21
242:2, 3, 6
261:25
267:22 268:1
269:3 270:1,
20
**Bottorff's**
5:13 46:3
118:13 260:16
**bought**
174:19, 21
176:20 183:17
**Boulevard** 2:4
**bound** 149:3
**Box** 100:8
157:10
**boxes** 157:12
**BPL-13-598**
169:7
**branch**
181:23 182:4
**brand** 59:7,
22 66:7
75:12 133:4
248:20

**branded**
76:13 93:9
**break** 45:14
185:4
**breakfast**
53:23
**breakout**
45:19
**BRETT** 2:3
8:12
**Brief** 23:13
45:23 114:4
149:12 185:7
241:22 261:20
**briefly** 7:19
**bring** 164:21
214:3
**bringing**
214:13
**broad** 135:12
233:15
**broaden** 100:2
**broke** 132:23
**bullet** 121:11
156:10, 15, 19,
20, 23 157:1
**bunch** 265:13
**buried** 164:13
**business**
174:17 176:9
**buy** 194:17

< C >
**C.I** 59:17, 18
**calculate**
30:13
**calculated**
13:5 52:5
**calculating**
160:21
**calculator**
138:23
**call** 16:24
30:3 35:17
122:11 220:21
**called** 54:10
63:23 98:10
137:12
157:20
215:25 221:7
237:9

**Calling** 96:9
116:20
223:12 232:23
**calls** 31:20
98:1 117:21
180:4 205:10
**Canada**
188:21
**cancer** 14:21
25:11 103:7,
10 105:1, 2
**capability**
25:3 64:25
80:25
**capable** 76:1
**capacity** 24:5
258:22
**caption** 6:9
**carcinogen**
14:22 233:21
**carcinogenesis**
234:9
**carcinogenic**
236:3
**carcinogens**
15:18 16:8
227:22 234:3
235:16, 24
263:13
**cardiac** 31:6,
10 33:4
**cardiologists**
267:2
**cardiology**
267:1
**cardiovascular**
243:24
**career** 9:7
101:8 266:25
**Carissa** 6:13
7:24 269:24
**case** 27:20
31:15 39:14
40:14 47:6
87:19 97:16
122:11
153:17 155:4
166:22
238:16
247:24 251:6

255:23
259:14 265:7
**CASES** 1:6
8:14 84:4
122:10
**cast** 219:6
**categorized**
14:21
**category**
233:21 240:12
**Catello** 2:17
**Causation**
3:11 8:14, 22
9:1, 4 10:2,
19 11:2, 5
13:13, 17
14:14, 17, 25
16:4, 6 18:23
19:5, 18, 20
20:17, 22
22:7, 17, 22
23:19 25:21
26:2, 7
109:22 110:1,
6, 9 231:4, 17
**cause** 71:2
72:16 125:16
160:11 234:8
269:5, 16
**causes** 125:16,
18 153:23
**causing** 72:5
172:2 233:12
**CC** 135:5
**C-C** 136:12
**cells** 105:2, 6
**cellulose**
232:15
**Centers**
182:12
**central** 48:20
49:14 50:18
51:2 52:19
**cert** 241:8
**certain** 11:8
28:2 57:8
83:4 104:4
168:6
**certainly**
74:15 251:5

**certainty**
259:25
**certificate** 6:9
269:1
**certification**
234:20 236:16
**certify** 269:2,
13 270:3
**cetera** 6:9
**Cetero** 4:11
175:24
176:11, 12, 15
177:3, 8
182:18 183:7
186:10
187:16, 25
188:5, 7, 10,
12, 24
**C-e-t-e-r-o**
176:11
**Cetero's**
249:21
**CFR** 5:11
104:5 244:13
246:10
**chain** 162:20,
24
**chained**
131:12
**chains** 163:20
**chance** 251:3
**change** 64:25
71:4 80:19
85:11 99:18
100:16, 17
101:11, 14
167:24, 25
245:9 247:23
248:16 270:6
**changed**
11:19, 23
21:2 22:1
**changes** 10:1,
5 20:16, 20
87:2 152:20
270:4
**changing** 83:7
160:10, 16
**characteristic**
195:13 254:8

Confidential Information - Subject to Protective Order

characteristics 86:15 254:12
characterization 223:7
charge 45:9, 12
chart 159:24
charts 109:14
check 157:10, 13 172:14 193:9
checked 157:13
chemical 85:24 232:4, 18 233:4, 6 245:9
chemicals 233:8, 9
chemists 178:15
Chief 181:23 182:3 265:8
China 199:12
Chinese 223:2, 20 224:5, 10
choose 131:19
choosing 223:16
chose 74:13 142:3
chosen 222:23
chra 171:3
Christine 2:13
chromatogram 216:17
chromatographs 216:1
chromatography 171:3
cigars 164:8
Cipla 4:14
circulation 16:16 17:7, 14 18:8, 10, 17, 22 30:21 32:20 255:17, 22 256:20 259:1

cirrhosis 64:17, 24 65:1, 7 101:6
citation 96:1 204:15
cite 167:5 171:23 174:11 185:19, 22 188:10, 14 198:8, 10 200:5 204:13 231:21 239:14
cited 122:25 125:4 129:23 143:21 145:5 150:8 165:16 175:11 184:2, 23, 24 189:2
cites 104:5
Civil 6:6
claiming 240:15
claims 262:11
clarification 60:21 88:18 103:11
clarify 115:5
Class 3:10 8:18, 22, 25 10:8, 15, 24 11:18 12:3, 7 13:11, 25 14:12 15:2 16:2, 14 19:16 20:8, 18 22:5, 11 24:13, 21 25:9 26:12 36:23 37:8 46:3 109:23 234:19 236:15 239:23 241:7 262:1, 2, 10, 14 265:4
classes 49:20, 21
classification 235:23

classify 230:6, 10, 13
clear 110:14
clearance 27:1
clearly 207:3 233:6
clerical 206:19
clinical 75:4 209:2, 19
close 102:9 111:4 150:22 160:5 164:8 167:1 198:6
closest 134:8
Cmax 48:15 60:8 70:17 148:8 203:9
coaching 237:12, 13 265:14
Coan 2:14
coarseness 195:3
coarser 194:11, 18 197:10
coarsest 193:9, 23
coating 253:7
cocounsel 261:13
Code 177:21 244:21
colleague 243:3 261:3
collected 130:15 212:9
College 2:4 99:9
colloquy 141:6 222:5
column 59:16, 21 137:24, 25 138:1, 7 139:12 141:11 142:7 161:4
columns 138:8 203:18
combination 56:10 58:14

59:3 66:8 76:19 88:4 249:2, 5 250:20
combine 110:19 161:14
combo 194:10
come 18:2 99:5 102:9 162:23 216:12
comes 120:16 135:13, 25 212:10 216:6, 9, 10
coming 143:7 215:23 216:16
command 163:21
commencing 6:4
comment 9:22 116:4 194:11, 17
commented 126:13 169:16
Commission 270:23
common 48:17 49:1 155:7 157:17
communication 162:20 214:10
companies 38:2, 19 40:6 47:18 57:16 66:11 98:12 103:22 119:24 120:4 122:25 162:17 163:9 166:9 176:10 183:5 219:19 225:21, 24 226:21 248:1
company 40:11 48:4 55:3 57:7 71:2, 10 72:12 98:10 114:7 117:16

118:3 133:15, 25 162:10 176:8 179:13, 14 181:12 188:4 191:21 198:21 206:16 221:7, 8, 22 223:2, 20, 21, 25 224:11, 15 226:18 227:11 229:6 250:13
company's 124:2 224:5 263:6
compare 13:12, 24 14:13 16:3 19:17 20:6 22:6
compared 24:12 74:25 82:4 88:9
comparing 83:13 128:16 138:8 254:3
comparison 51:10 66:13 76:11
competent 227:20
competing 215:11
Complainant 178:14
complaint 232:4
complete 115:21 116:18 117:19 121:16 214:6, 19
completed 6:17 153:22
completely 7:21 20:1, 11 29:11 93:7 263:15, 19

Confidential Information - Subject to Protective Order

Compliance
182:11
complies
186:24
component
245:2  246:16,
22  247:4, 11
248:5
components
59:7  68:16
245:9  247:1
composite
33:23
compound
17:17  27:9
251:5
compounds
56:12  69:5,
16, 23  249:1,
8  251:1
258:4  259:16
comprehensive
83:25
compress
253:6
computer
212:5, 20
215:7
conceivable
258:12
concentration
28:8, 10  29:3,
6  130:23
136:9  142:9,
14
concentrations
141:21
concept  19:7
258:18
concepts
131:13
conceptual
32:10
Conceptually
21:12
concern  14:19
151:19
concerned
184:1
concerning
244:8  249:21

concerns
181:4  205:23
227:12
conclude
18:15  25:17
concluded
25:15  93:2
268:4
concludes
267:25
conclusion
68:17  69:7
80:20  83:7
85:12  92:4
147:24
161:19  199:8
201:10, 13, 21
237:10, 23
249:6
conclusions
44:19  70:5
114:20
116:12  122:2
257:8
conditions
115:13
147:22  162:2
conduct  50:5
183:4  204:18
209:6, 22
219:7  226:18
conducted
46:15  49:2
50:3  56:21
70:9  73:9
77:2, 3  78:23
80:8  82:16
84:13  90:2
93:13, 24
121:12
122:15, 18
183:6  203:21
204:12
208:21
218:11  227:7
conducting
91:16  132:14
179:13  243:18
conducts
95:17

conference
35:17
confidence
59:19, 20, 24,
25  60:2
70:20  148:9
149:4  159:25
161:12  199:10
confident
114:17
CONFIDENTI
AL  1:9
confirm
196:19
221:13, 14
confirmed
196:16
conflict  227:12
confused
164:20
conjecture
124:9  196:14
consequences
210:7
consider
118:22  120:6,
18
consideration
36:14  103:4
Considered
5:12, 14
36:10  106:24
126:22  233:7
236:10
240:20  260:7,
12, 17  261:4
consistency
196:10
consistent
25:15  77:5
188:2
constitutes
117:1  230:16
construct
212:7
constructs
135:16
consult  261:12
consumers
241:5
contact  89:23

contain  73:24
244:18
contained
92:15  127:3
133:20
177:12
258:23  262:1,
13
contains
95:24  146:6
contaminant
230:14
231:13  233:1
234:17
contaminants
232:3, 18, 21
246:23
contaminat
81:18
contaminated
46:18  47:3,
22  48:10
55:21, 24
56:25  57:13
58:2, 7  62:25
67:3, 11
73:13, 18
74:2  78:2, 16,
22  80:9
81:18, 23
82:21, 24
84:16, 21, 25
90:5, 9  92:9
94:11  173:6
196:16, 21, 25
223:3, 22
224:11, 21
234:14, 16
239:15  240:9,
16, 20  263:12
264:6
contaminating
263:11
contamination
92:18  225:18
230:17  236:9,
11
contended
233:23
content  9:16
168:9

contention
69:22
contest  134:14
context  116:6
232:6  256:2
continue
25:17  70:24
153:1  220:12
221:13  222:14
continuing
243:6
continuously
216:9
contract
183:23
184:19
186:10  188:6
198:18  227:7
contributor
195:12
control
130:21, 23
131:21
133:10, 21
134:3, 10
142:2
copied  213:8
260:19
copies  214:23
copy  22:23
112:14  213:12
corner  144:25
150:5  165:13
167:3  198:15
199:22  200:4
correct  8:15,
20  11:16
14:3  17:12
18:11, 24
22:2, 3  26:18,
19  27:19
33:16, 17
35:11, 18, 19
36:6, 17, 18,
25  37:15
38:23  39:21,
22  40:17
42:6, 7, 11, 13,
15, 24, 25
43:7, 10, 12,
13, 17  46:12,

Confidential Information - Subject to Protective Order

13, 15, 16
47:25 48:12
53:12, 14
56:3, 22, 23
57:24 58:10
60:24, 25
61:14, 15, 19,
20 62:21
63:1, 4, 13, 14,
19 66:14, 19,
20 67:15, 17
70:13 73:5,
10, 22 75:13
76:20, 21, 23
78:6, 11, 16,
18 79:2 81:8,
14 82:1, 2, 12,
17 83:3, 4
84:8, 13 85:3
87:24 88:21
89:11 90:2,
12 91:8 96:4,
5 99:9 100:6
107:5 123:11
124:4 125:5
126:6 129:24
133:1 134:8
137:1 140:16,
22 143:11, 22
144:7, 10
145:6, 11, 12
147:7, 11, 12,
18, 21 148:1,
11 149:1, 4
150:9, 10, 13,
14, 16, 20
153:7 155:10
158:23
159:16, 19, 20
160:4, 9, 12
162:6 164:3
165:2, 17, 18
168:4 170:16
173:4 175:17,
18, 20, 21
181:24 182:4,
13 184:12, 21,
22 186:4, 19
190:1, 4
200:6 201:1,
25 202:21

203:25
206:24 211:8
213:20 217:3,
6 219:19
220:4, 5
225:19 264:7
**correctly**
20:13 29:12
164:12
201:20, 22
219:10

**correspondence**
204:16, 21
205:6, 7, 20
**correspondences** 204:16
**corresponds**
135:15
**cosigned**
226:16
**cost** 215:12
**counsel** 6:3
7:22 35:18
44:23 46:22
93:20 115:4
118:10
162:21 209:7
230:24
234:20
236:13 238:7
242:21 243:2
247:6, 21
248:23
253:19 257:2
260:4, 15
261:10 265:2,
19 266:4
269:13
**Counselor**
238:5
**count** 91:4
110:25 112:6
240:9
**counted**
112:15
**counting** 109:1
**couple** 195:23
**course** 80:11
**COURT** 1:1
6:14 7:11, 24

116:13 235:3,
4, 6, 9, 11
237:19, 25
260:18, 22
**cover** 246:23
**covered** 91:1
232:3
**credentials**
208:4, 7
**CRI** 187:24
**criteria** 95:21
133:20
159:19 178:4
180:19 202:6
**critical** 250:11
**cross-
contamination**
229:8
**crossing** 32:4
**cube** 50:14
**cure** 232:10
245:4
**current** 95:20
200:17 242:19
**Curriculum**
5:10 242:15
**curve** 132:10
135:20 136:8
161:4 246:2
**curves** 130:22
**cut** 21:19
27:10, 11
28:8, 10, 18
29:6, 7
**cuts** 108:15
**CV** 98:7
242:19 243:8
244:1
**cycle** 31:2
**cycles** 30:25
**cytochrome**
61:25 64:22
**cytotoxic**
104:5, 17, 19,
23, 24, 25
105:1
**cytotoxicity**
105:5, 9

< D >
**D.C** 2:9

**daily** 258:21
259:13
**Dakota**
122:23 174:3,
14 175:14
181:9 184:3
187:9 188:20
**damage** 65:2,
7, 9, 16
153:11 155:3
**Daniela** 2:14
**Data** 3:14
27:15 29:16
30:19 39:4, 6,
9, 12, 13, 18
40:2, 10, 12,
17, 18, 20, 22
41:1, 3, 10, 13,
18, 24 48:18,
21 49:6, 15
50:18 51:16
52:1, 3, 20
69:6 83:12
84:6, 8, 10
94:25 95:15,
16 96:2
105:18, 19
106:2, 8, 12,
23, 25 107:1
115:19
116:17
117:17
119:14
121:13
122:25 123:7,
13 124:1
150:12
160:10, 16, 21
162:16, 23
163:6 168:14
170:10, 22
172:12, 15
175:16
178:15 181:4,
11 182:18
183:25 191:2
203:4 206:24
208:4, 7, 14
210:4 212:16
213:8, 12, 15,
18 214:24

215:14, 24
218:17 219:8
221:25
249:21
250:17, 22
262:17
**database**
216:19 232:2,
13, 14, 17, 19
233:6
**date** 7:5
34:12, 25
35:8, 11, 23
36:1 43:20
54:3, 9, 11
66:21 77:11,
21 78:9
98:25 113:22,
25 114:2
166:12
173:24
179:11, 12
186:20
192:13, 15, 16
196:18
**dates** 54:20,
21 77:6
178:1 197:19
**dating** 57:13
99:8
**day** 31:1
107:19
154:11, 18
269:18
**days** 264:3
**de** 21:22
**deadline** 226:6
**deal** 38:1
223:15
**decide** 123:20
204:2, 5
**decided**
171:18 204:4
**deciding**
223:16
**decision**
123:10 162:9
171:18 222:10
**decline** 256:11
**decrease** 29:15
**deeper** 195:6

**Defendant**
37:*20*  72:*19*
262:*18*
**Defendants**
2:*6*  5:*7*
37:*14*  41:*18*
46:*8*  89:*9*
112:*23*  114:*1*
146:*8*  220:*2*
240:*15*  242:*4*
262:*15*
**defending**
189:*25*  190:*2*
**Defense**  70:*12*
89:*14, 20*
92:*6, 10, 17*
109:*20, 25*
110:*17*
111:*19, 21*
112:*10*  162:*5,*
*8*  163:*17*
169:*23*  199:*5*
224:*19*
225:*18, 20, 21*
247:*6*
**Deficiencies**
169:*6*  208:*12*
**define**  51:*6*
**defined**  142:*20*
**definitely**
78:*5, 7*
157:*11*  209:*1,*
*18*
**definition**
104:*22*  105:*4*
228:*16*
229:*24*  230:*1*
232:*6*  233:*15,*
*19*  234:*2*
235:*14*
244:*24*
246:*10*  247:*3*
262:*10*
**Definitions**
5:*11*  233:*2*
244:*7, 13, 18*
**degree**  28:*2*
83:*4*  155:*3*
259:*24*
**delay**  28:*21*

**deleted**
117:*13*  119:*15*
**deleting**  118:*1,*
*19*
**Demographic**
150:*11*
**demonstrate**
54:*24*  55:*17*
56:*11*  60:*1*
95:*19*
**demonstrated**
58:*22*  61:*23*
65:*11*  249:*5*
**demonstrating**
49:*14*  61:*1*
68:*3*
**denoted**
146:*16*  170:*18*
**depended**  41:*4*
**depending**
59:*13*
**depends**  40:*24*
**depo**  107:*9*
**deponent**  7:*13*
268:*3*
**DEPOSITION**
1:*12*  3:*14*
5:*8*  6:*1, 17*
7:*7, 15*  8:*13*
34:*6, 13, 15,*
*21*  35:*1, 7, 17,*
*21, 24*  36:*2, 4,*
*5, 16*  44:*16,*
*24*  45:*10*
61:*10*  93:*2*
97:*7*  110:*6, 9*
125:*9*  237:*14*
238:*4*  242:*6*
243:*13*
255:*16*  269:*3,*
*5, 15, 16*  270:*3*
**depositions**
80:*2*  92:*12*
111:*18*
237:*17*  260:*19*
**Derek**  210:*6*
**describe**
49:*16*  51:*25*
**described**
133:*22*

**Description**
3:*9*  9:*19*
48:*20*  50:*17*
52:*19*
**designing**
98:*23*
**desired**  120:*20*
**destruction**
264:*1*
**detail**  111:*7*
168:*15*
**details**  106:*7*
116:*7*  132:*12*
134:*11, 20*
202:*10*
**detect**  29:*9*
**detected**  20:*9*
200:*18*  258:*19*
**detection**
14:*19*  135:*14*
137:*6*
**detector**
152:*17*
**determinates**
70:*18*
**determine**
51:*16*  80:*22*
201:*3*
**determined**
11:*10*  68:*10*
111:*9*  123:*7*
180:*17*  228:*14*
**developed**
115:*20*  116:*17*
**development**
100:*4*  253:*12*
**diag**  27:*14*
**diagnosis**
232:*10*  245:*4*
**difference**
21:*8*  51:*15,*
*22, 23*  52:*4, 7,*
*9, 12*  80:*18,*
*19, 23*  160:*23*
**differences**
139:*9*
**different**  41:*7*
52:*15*  62:*15,*
*18*  63:*5, 15*
64:*2, 13, 22*
65:*24*  74:*8*

76:*1*  85:*23*
86:*4*  119:*8,*
*25*  160:*22*
188:*4*  251:*8*
252:*20*  255:*4*
**differently**
45:*12*  101:*4*
**diligence**
154:*14*
**dilute**  131:*17*
135:*24*  136:*23*
**diluted**  131:*7*
135:*1*
**Dilution**
130:*11, 18*
131:*2*  135:*4*
136:*25*
140:*11, 12*
**Diovan**  54:*12*
75:*24, 25*
76:*12*  92:*2*
93:*3*  162:*1*
163:*7*  199:*14*
201:*18*  225:*6*
**Diovan/HCT**
83:*14*  84:*1*
88:*13*
**direct**  89:*23*
245:*3*  252:*2*
265:*8*
**directing**
256:*24*
**directly**  38:*2*
83:*19*  130:*16*
**disagree**  87:*3*
121:*25*  157:*5,*
*8*  176:*17, 18*
234:*1*  235:*14,*
*25*
**disagreed**
233:*19, 22*
**disagreeing**
87:*10*
**disappeared**
27:*24*  207:*5*
**disclosed**
164:*12*  248:*15*
**disclosure**
148:*5*

**discuss**  26:*9*
56:*18*  90:*24*
169:*9*  192:*8*
**discussed**
170:*14*  190:*24*
**discusses**  12:*8*
**discussing**
26:*18*  46:*7*
57:*20*  66:*16*
72:*19*  76:*23*
81:*7*  82:*10*
84:*12*  88:*20*
202:*20*
204:*10*
218:*16*  221:*7*
**Discussion**
242:*25*
**discussions**
93:*19*
**disease**  65:*25*
102:*21*
157:*22*
228:*19*
229:*14, 23*
232:*11*  245:*5*
**disintegrating**
253:*8*
**dispense**
241:*12*
**displaying**
51:*2*
**dissolution**
55:*11, 15, 17*
86:*14*  253:*14*
**distinct**  63:*10,*
*15, 22*
**distributed**
48:*19*  49:*6*
**distribution**
28:*3*  49:*10,*
*13*  56:*14*
90:*22*  249:*7*
251:*13*
**DISTRICT**
1:*1*  7:*11*
**divide**  50:*12*
**DNA**  22:*12*
23:*6, 21*
24:*11, 20*
25:*3, 7, 9, 21*
**Doc**  115:*7*

**Doctor** 11:*24*
12:*19* 13:*20*
26:*17* 30:*20*
34:*4* 36:*22*
42:*4, 12*
43:*17* 46:*6*
53:*13* 81:*9*
88:*25* 95:*14*
97:*5, 19*
102:*24* 104:*7*
105:*16* 107:*5*
108:*14*
110:*16* 113:*1*
115:*7* 116:*21*
118:*18*
121:*18*
124:*16* 125:*3*
126:*11*
128:*25*
129:*22*
130:*12* 132:*2*
134:*24* 138:*3*
140:*2* 141:*7*
142:*21*
143:*17* 145:*4*
146:*4* 147:*5*
148:*20*
149:*23* 151:*4*
152:*4* 156:*11*
158:*5* 160:*3*
165:*12* 167:*4*
168:*23*
173:*17, 25*
175:*9* 176:*7*
177:*7, 15*
182:*23*
185:*16, 21*
186:*9, 17*
187:*18*
189:*10*
190:*21*
191:*20*
195:*17*
196:*15* 197:*7,
25* 199:*7, 15,
21* 200:*3, 16*
201:*9* 202:*21*
203:*12*
207:*17, 23*
209:*13*
210:*16, 21*

213:*5* 214:*2*
218:*2* 219:*11,
17* 220:*20*
221:*6* 228:*6,
21* 231:*2, 10*
234:*24*
236:*19* 238:*9*
242:*15* 243:*7,
12* 244:*5, 17*
246:*9* 247:*20*
249:*20*
250:*16*
256:*24*
260:*11* 261:*9*
262:*12* 266:*1,
15* 267:*7*
**DOCUMENT**
1:*6* 3:*14, 19,
22* 4:*1, 4, 8,
14, 17, 20* 5:*1,
2, 6* 23:*10*
37:*23* 72:*19*
95:*6, 10, 23,
24* 105:*23*
107:*7, 13, 16,
23* 108:*1, 5*
109:*2* 110:*5*
113:*2, 6, 18,
25* 114:*5, 10,
19* 115:*8, 11*
116:*15*
118:*12* 122:*1*
124:*25* 125:*7*
126:*12, 14, 17*
130:*1, 6*
136:*14*
138:*11, 15*
143:*24* 145:*1*
146:*5, 7, 9*
149:*24*
156:*13* 158:*4*
162:*12*
163:*11*
164:*16*
165:*19*
166:*21*
168:*24*
175:*23*
176:*23*
177:*11, 12, 14*
182:*18*

186:*23, 25*
188:*12, 15*
189:*11* 191:*5*
192:*2* 198:*1,
25* 199:*2, 3, 4*
200:*8* 202:*4*
206:*9* 207:*16*
210:*15* 211:*1*
220:*19* 221:*1,
20* 226:*24*
231:*24* 238:*1*
239:*14, 17*
242:*10*
244:*17*
245:*19*
246:*11, 16*
249:*15, 17, 25*
250:*11*
**documentation**
107:*3* 159:*3*
168:*13*
172:*14*
203:*14* 210:*2*
212:*7* 219:*23*
240:*18*
**documented**
180:*5* 206:*11*
**documents**
37:*19* 38:*7,
10, 11* 48:*5*
74:*15* 94:*8,
13* 108:*4, 19,
24* 110:*17, 23*
111:*3, 5, 10,
15* 112:*10*
116:*11* 127:*3*
164:*19*
188:*11* 190:*7*
205:*8* 206:*9*
214:*13* 226:*1*
247:*21* 248:*22*
**doing** 16:*24*
40:*5* 44:*13*
66:*11* 74:*8*
117:*17* 120:*5*
136:*4* 137:*21*
139:*10*
154:*14*
219:*18* 220:*1*
243:*2* 254:*1*

258:*3*
**dosage** 55:*10*
**dose** 29:*23*
30:*2, 6, 13, 15*
53:*20* 62:*23*
74:*13* 141:*11,
14, 16* 155:*9*
**doses** 19:*25*
20:*9* 55:*11*
102:*2, 3*
234:*10* 256:*17*
**dosing** 28:*7*
**double** 178:*18*
**doubt** 210:*17*
219:*6*
**download**
23:*1* 113:*4*
**downstream**
25:*5*
**dozen** 243:*22*
244:*4*
**Dr** 5:*13* 7:*13*
8:*11* 11:*13*
16:*17* 20:*4,
14* 23:*3, 17*
46:*3* 48:*8, 23*
49:*19* 80:*3*
93:*1* 94:*22*
95:*6* 107:*14*
113:*6* 118:*12*
242:*2* 259:*6*
260:*16*
261:*25*
267:*22* 268:*1*
**Draft** 3:*14*
96:*25* 97:*9*
**draw** 68:*17*
69:*6*
**drawing** 248:*4*
**drawn** 132:*19*
133:*3*
**draws** 52:*2*
**drew** 30:*10*
**drift** 206:*8*
**Drive** 5:*13*
260:*16* 261:*5*
**Drop** 27:*12*
43:*15*
**dropped**
11:*20* 14:*2*

132:*23* 234:*3,
5* 235:*16*
**dropping**
235:*20* 245:*25*
**drug** 29:*9, 10*
32:*11, 13*
49:*11* 51:*10,
11, 12* 57:*4*
59:*9* 64:*15*
75:*8* 79:*11,
20, 23* 85:*23*
86:*8* 88:*1*
91:*8* 94:*9*
95:*18* 97:*20*
100:*4, 5, 19*
101:*10, 20*
102:*20* 103:*4*
104:*3, 13, 14*
105:*6* 123:*23*
127:*19, 22*
135:*16*
155:*12, 15*
156:*12, 16*
157:*4, 7*
161:*7* 171:*24*
182:*12, 13*
183:*3* 186:*18*
227:*11, 20*
228:*14* 232:*9*
234:*15* 237:*6*
238:*10* 239:*7,
20* 240:*8, 19*
241:*4* 245:*10,
11* 247:*13, 14*
248:*10* 249:*7*
256:*7, 22*
262:*23, 24*
263:*23*
264:*18*
265:*23*
266:*18* 267:*6,
7*
**drugmakers**
226:*17*
**drugs** 59:*4*
64:*18* 65:*3,
17* 68:*12*
90:*15, 20*
101:*3* 103:*7*
105:*1* 222:*15*
226:*17*

Confidential Information – Subject to Protective Order

227:*21*
234:*13*
236:*19*
243:*24* 250:*3,*
*5, 19* 256:*18*
263:*12, 22*
264:*6* 265:*20*
**Due** 7:*18*
154:*5, 14*
171:*3, 10*
172:*18*
236:*23* 252:*13*
**duly** 8:*2*
269:*4*
**duplicate**
133:*6, 9*
**duration**
102:*22*
**dynamics**
257:*21*
**Dzikowski**
2:*16*

**< E >**
**earlier** 19:*3*
54:*20* 78:*10*
93:*11* 97:*6*
107:*21*
145:*20* 148:*3*
158:*8* 166:*23*
225:*15*
**early** 100:*3*
152:*17*
216:*25* 226:*4*
243:*12* 255:*16*
**easier** 53:*10*
**easily** 152:*16*
**Eastern** 6:*4*
7:*6* 268:*5*
**easy** 208:*5*
**editorial** 223:*8*
**effect** 17:*11*
18:*19* 53:*24*
58:*18* 59:*1*
65:*12* 81:*1*
82:*8* 85:*10*
93:*6* 94:*6*
152:*18* 161:*6*
212:*2* 224:*17*
230:*3* 245:*3,*
*12* 249:*11*

251:*4, 13*
257:*20*
**effectively**
121:*14*
**effectiveness**
218:*10*
220:*11* 251:*10*
**effects** 62:*11*
**efficacy**
258:*14*
**effort** 182:*24*
**eight** 34:*5*
113:*18*
**eighth** 137:*25*
**eight-hour**
34:*21*
**either** 33:*14*
59:*9* 83:*17*
98:*18* 104:*24*
108:*2* 111:*14*
120:*13*
122:*24*
134:*15*
160:*12*
169:*21*
183:*17* 225:*6,*
*8* 249:*7*
251:*21*
255:*12* 269:*14*
**EKGs** 166:*24*
**elderly** 100:*21*
101:*2, 3*
**electronic**
213:*12, 18*
214:*12, 14, 23*
215:*15, 22*
216:*2, 19*
**electronically**
212:*9* 216:*21*
**elements** 9:*2*
**elevated**
152:*24* 153:*10*
**elevation**
157:*6*
**eliminated**
61:*14*
**elimination**
30:*7* 32:*17*
62:*1* 256:*4*
259:*15, 20*

**EMA** 5:*2*
217:*17, 22*
218:*3, 5, 16*
219:*3*
**e-mail** 107:*21*
112:*22*
114:*12*
146:*22* 169:*1*
189:*13, 14*
190:*17* 191:*1*
192:*15, 16, 20*
194:*8* 195:*17*
202:*18, 25*
207:*20, 21, 23*
208:*1, 19, 24*
210:*5, 19, 21*
211:*6* 212:*25*
213:*1, 2, 6*
214:*10* 217:*2*
**e-mailing**
190:*18*
**e-mails**
195:*22*
211:*21* 220:*5*
**employed**
41:*7* 130:*11*
131:*3* 134:*13*
**ended** 136:*7*
137:*5* 205:*14*
225:*22, 23*
**ends** 16:*8*
136:*2* 165:*9*
166:*18* 196:*4*
213:*3* 248:*3*
**enroll** 102:*20*
**ensure** 7:*20*
**entire** 11:*6*
15:*3* 113:*5*
197:*6* 209:*14*
237:*14* 264:*23*
**entirely** 63:*6*
**entitled**
175:*23* 269:*5*
**environment**
267:*3*
**equal** 98:*14*
99:*12, 19*
138:*4*
**equally** 262:*2,*
*15*
**equate** 231:*13*

**equilibrium**
178:*3*
**equipment**
131:*12*
**equivalent**
84:*2* 88:*12,*
*13, 15*
**errors** 206:*10*
**ESQ** 2:*3, 7*
**essentially**
29:*11* 50:*6*
139:*23*
152:*21* 212:*22*
**establish** 33:*1*
**established**
35:*23*
**estimate** 28:*5*
29:*16, 19, 21*
30:*13, 18* 31:*4*
**estimated**
26:*22*
**estimation**
26:*25*
**et** 6:*9*
**evaluate**
119:*4, 10, 13*
203:*19*
212:*12* 222:*9*
**evaluated**
38:*25* 153:*3*
**evaluation** 9:*9*
182:*12* 225:*11*
**event** 114:*21*
152:*6* 153:*21*
157:*20, 21*
**eventually**
32:*14* 35:*6*
207:*8*
**everybody**
51:*11*
**evidence**
18:*14* 32:*8*
106:*24* 114:*9*
120:*12*
164:*14* 179:*6,*
*18* 180:*21*
181:*15*
183:*10* 214:*8*
218:*9, 21*
219:*14, 21*

220:*10* 226:*25*
**evident** 202:*7*
**ex** 70:*11*
**exact** 110:*5*
126:*17* 155:*19*
**exactly**
108:*22* 144:*4*
217:*15*
233:*21* 262:*4,*
*6*
**exam** 39:*16*
**EXAMINATIO
N** 3:*4, 5* 8:*9*
241:*25* 261:*23*
**examined** 8:*2*
**example**
90:*14* 206:*10*
252:*1*
**examples**
121:*2* 166:*22*
**exams** 166:*24*
**exceed** 258:*21*
**exceeded**
70:*21, 22*
136:*7*
**excipient**
85:*24* 86:*10*
**excipients**
86:*4* 232:*15*
246:*24* 247:*17*
**excluding**
202:*5*
**excreted** 61:*25*
**excuse** 187:*22*
**Exforge** 59:*7,*
*8* 66:*6, 13*
88:*2, 5, 8, 12,*
*16* 163:*7, 8*
**Exhibit** 3:*10,*
*11, 12, 13, 14,*
*19, 22* 4:*1, 4,*
*8, 11, 14, 17, 20*
5:*1, 2, 6, 7, 10,*
*11, 12, 13*
10:*10, 11, 20,*
*21* 23:*2*
26:*13* 33:*22,*
*23, 25* 46:*2*
95:*2, 3* 97:*2,*
*3* 107:*10, 11*
112:*19, 20*

Confidential Information - Subject to Protective Order

124:*13*, *14*
129:*17*, *18*
142:*24*, *25*
145:*18*, *21*, *24*,
*25* 149:*19*, *21*
158:*1*, *2*
165:*6*, *7*
168:*20*, *21*
174:*25* 175:*1*,
*4*, *5* 176:*1*, *2*
177:*4*, *5*
182:*20*, *21*
185:*13*, *14*
187:*12*, *13*
189:*7*, *8*
191:*17*, *18*
197:*22*, *23*
199:*18*, *19*
202:*15*, *16*
207:*13*, *14*
210:*12*, *13*
217:*19*, *20*, *22*
220:*16*, *17*
226:*10*, *11*
230:*22*, *23*
242:*3*, *7*, *14*,
*16* 244:*12*, *14*
245:*20*
249:*14*, *20*, *23*
250:*4* 252:*1*,
*2*, *10* 260:*4*, *8*,
*9*, *14*, *21*, *23*
**EXHIBITS**
*3:8*, *9*
**exist** 81:*2*
207:*4*
**existed** 97:*9*
**exists** 134:*19*
**expect** 32:*21*
38:*24* 67:*19*
82:*7* 85:*8*
141:*20* 248:*13*
**expected**
38:*21* 49:*2*
50:*21* 70:*12*
89:*10* 103:*25*
235:*1* 239:*3*
249:*10*
**expects** 51:*9*
**experience**
49:*23* 50:*1*

243:*13*, *17*
267:*4*
**experiment**
60:*15*
**Expert** 3:*10*
8:*18*, *22*, *23*
9:*4*, *17* 10:*9*,
*14*, *25* 11:*18*
12:*4*, *7*, *12*, *16*
13:*25* 14:*3*, *9*,
*13*, *15*, *17*
15:*3*, *4*, *8*
16:*4*, *7*, *14*, *19*
19:*16*, *18*
20:*8*, *17*, *18*
22:*5*, *7*, *11*, *17*,
*22* 23:*4*, *19*
24:*21* 25:*10*,
*18*, *21* 26:*7*,
*13* 33:*15*
36:*16*, *24*
37:*8* 45:*11*
46:*3* 47:*13*
53:*4*, *9* 79:*19*,
*24* 90:*25*
109:*22*, *23*
110:*1* 125:*5*
126:*13*
143:*22* 145:*6*
150:*9* 158:*15*
164:*2* 165:*17*
167:*5* 169:*10*,
*15* 170:*15*
171:*23*
174:*11*
175:*12*
185:*20*, *22*
188:*8*, *11*, *15*
190:*22*, *24*
192:*9* 198:*7*
200:*5* 202:*21*
203:*15*
204:*13* 226:*2*
231:*4* 234:*4*
235:*17* 259:*6*
262:*1*, *14*
265:*4*
**expertise**
195:*7*, *8*
**experts** 44:*17*

111:*19*, *21*
**expert's** 80:*2*
**Expires**
269:*25* 270:*23*
**explain** 48:*22*
60:*13* 125:*15*
250:*16* 252:*19*
**explained**
74:*16*
**export** 11:*21*
**exposed** 100:*3*
**exposure**
19:*21* 20:*1*,
*11*, *23* 21:*3*,
*16* 25:*2*, *5*
59:*14* 74:*24*
75:*11* 93:*6*
119:*21*
234:*10* 236:*5*
259:*13*
**expressed**
30:*25* 48:*16*
**extended**
219:*4*
**extensive** 41:*9*,
*12*, *18*, *22*
**extent** 70:*19*
98:*3*
**extractions**
178:*2*
**extreme** 90:*14*

**< F >**
**face** 254:*1*
**facilities**
122:*18*, *25*
184:*8*, *23*
**facility** 115:*20*
116:*17* 117:*2*
121:*12*
122:*15* 181:*6*
184:*2*, *23*
187:*9* 188:*20*,
*21* 189:*2*
227:*10*
**fact** 21:*19*
58:*25* 83:*6*
106:*4* 168:*7*
227:*8* 253:*18*
254:*6*

**factor** 130:*18*
131:*2* 250:*22*
**factors** 126:*4*,
*6* 130:*11*
**facts** 18:*13*
32:*7* 114:*8*
179:*5*, *18*
180:*21*
181:*15* 183:*9*
218:*20*
219:*13*, *21*
226:*25*
**faculty** 243:*20*
**fail** 72:*6*
160:*12* 172:*3*
200:*21*
**failed** 70:*10*
71:*1* 96:*8*, *18*
118:*20*
119:*15*, *20*, *23*
120:*24* 147:*6*,
*20* 148:*5*, *10*,
*16*, *25* 158:*7*
159:*3*, *18*
160:*3* 164:*5*
183:*4* 190:*8*
193:*3* 205:*6*
225:*16* 248:*23*
**failing** 117:*13*
118:*1* 148:*19*
**fails** 160:*8*
161:*1* 164:*8*
**failure** 102:*12*
127:*24*
142:*19* 172:*8*,
*9* 193:*18*
197:*9* 206:*6*,
*7*, *9*, *22* 237:*2*
**fair** 25:*8*
99:*15*
**fairly** 99:*12*
251:*7*
**fairness**
162:*18*
**fall** 60:*10*
**falsification**
178:*1*
**falsifying**
178:*15*
**familiar** 50:*24*
116:*5*, *6*

144:*1* 145:*7*
150:*1* 187:*4*
191:*20*
192:*11* 198:*2*,
*5* 215:*8* 221:*8*
**familiar-
looking** 145:*9*
**far** 59:*16*
69:*10* 92:*17*
125:*25* 130:*6*
142:*7* 234:*22*
243:*15*
**Fargo** 187:*9*
188:*20*
**fashion** 49:*4*
64:*19*
**fast** 53:*20*
**fasted** 189:*18*
**fasting** 53:*16*,
*17* 74:*8*, *19*
75:*16*, *22*
76:*5* 147:*6*,
*18*, *22* 148:*13*,
*21* 159:*18*
162:*2* 169:*6*
170:*20* 171:*1*,
*8* 172:*17*
203:*21*
**FD** 177:*2*
**FDA** 3:*13*
4:*11* 11:*19*
12:*23* 49:*3*
51:*9* 53:*18*
55:*6* 60:*2*
71:*8* 74:*12*
77:*11* 83:*19*
85:*13*, *18*, *25*
86:*10*, *17*, *19*
94:*24* 103:*24*
105:*22* 114:*6*,
*17*, *21* 115:*2*
119:*17* 123:*7*,
*8*, *9*, *14*, *20*
124:*2* 127:*21*
128:*4* 151:*20*
164:*12*, *15*, *24*
166:*12*
167:*23*
168:*14* 169:*2*
170:*19*
171:*17*, *18*

Confidential Information - Subject to Protective Order

177:2, 8, 18, 24 178:13, 25 179:14 180:3, 7, 17 181:2 182:13, 25 184:7, 11 202:5, 8, 12, 19 203:3, 8, 21 204:10 205:4, 17, 19, 23 206:2, 17 207:6, 7, 10 209:1, 4, 21 210:1 227:3 228:15 230:1, 16 232:2, 6 244:8 248:8, 16, 17, 19 250:11 252:7 253:24 258:19 264:17 266:17

**FDA-approved** 32:13 102:11

**FDA-regulated** 181:4

**FDA's** 3:14 13:2 61:1 70:20 71:1 77:10 87:4, 10 95:14 96:25 117:1 181:22 182:3 202:25 232:13 233:2 244:18 249:22

**February** 56:22 205:19

**fed** 74:18 75:16, 19, 20 76:2, 6 170:20 171:1, 9 172:17 187:17

**Federal** 96:3 177:22 244:21 250:6

**feel** 20:19 140:14 169:16

186:22 210:22

**felt** 139:18

**female** 254:9

**females** 97:22 98:15, 18 99:13, 20 100:6, 7, 9, 13 129:3 144:9 150:15 166:6, 14 167:21, 23

**fentanyl** 228:20, 23, 25 229:7, 9, 10

**fifth** 137:24

**figure** 79:21 163:14

**file** 23:2 38:15 39:9 84:5 89:19 130:6 204:16, 21 205:7 213:18 220:22

**filed** 116:12 231:17, 20 232:23 236:16 262:11

**files** 39:3, 4 41:10, 15 54:7 71:13 72:22 83:18, 22, 24 84:7 112:15 126:25

**filing** 231:16 233:3

**film** 253:7

**final** 40:23 43:11 95:14 96:1

**find** 12:6 23:19, 23 24:1, 7 27:3 38:19 39:5, 11 52:2 83:18 141:22 154:19 155:4, 5 162:22 246:9

**finding** 39:19 154:13 155:21

157:18 164:3

**findings** 157:6

**fine** 258:3

**finish** 28:25

**finished** 113:11 261:2

**fir** 204:23

**Firm** 2:3 35:5 37:7, 10 42:18, 19, 22 180:17 205:5

**firms** 38:4, 5 183:4

**first** 8:2 17:18 19:7, 11 21:15 25:1, 7 32:25 42:1, 5 45:2 46:10 49:25 51:11, 12 68:14 105:17 110:20 115:17 130:10, 18 133:16 138:7 143:12 146:13 149:25 157:1 159:14 164:7, 11, 20 177:17 178:24 196:22 208:17, 24 211:6, 24 213:24 218:25 226:5 243:15, 19 248:2, 14 253:22 257:17 258:18, 23 265:11, 13

**fit** 51:16 52:3 240:11

**fits** 101:17

**five** 29:8, 10 32:21 45:13, 16 140:21 141:19 218:18 220:4 259:19 261:12

**five-minute** 185:4

**five-page** 199:3

**fix** 261:6

**fixed** 143:4

**flagged** 107:2

**Flash** 5:13 260:16 261:5

**flawed** 218:6

**floor** 132:24

**flow** 256:6, 13

**flushing** 264:1

**focussed** 247:9 257:4

**folder** 242:22 245:20

**folders** 39:10

**follow** 263:5

**followed** 214:5

**following** 12:22 206:5 270:4

**follows** 8:3 235:13

**follow-up** 154:3, 15 201:4

**food** 53:21, 22, 24 74:25 75:1, 7, 11 182:13

**force** 117:11

**foregoing** 269:3 270:3

**forget** 152:12

**form** 6:11 9:5 10:3 11:22 12:17 15:19 16:21, 25 17:16 18:12, 25 25:13, 23 27:5, 25 32:6 37:21 48:1 65:4, 18 68:22 74:21 75:17 79:12 85:16 86:1 87:5 89:16 93:16 100:14

102:6 103:16 104:20 108:7 111:11, 17 112:4 115:24 117:20 118:24 120:8, 21 122:14 123:16 124:5 127:14 128:13 137:2 151:10 153:12, 24 160:13 163:12 171:13 179:17 180:8, 20 181:13 184:13 190:9 205:9 208:8 212:7, 17 214:15, 25 215:15, 17 217:12 218:19 219:20 220:6 222:16 223:6, 23 224:22 227:23 229:2, 11 230:8 233:14, 25 234:18 237:8 238:12, 21 239:21 241:6 245:11 250:24 252:22 254:21, 25 255:25 263:1 264:8, 21 267:8

**formalities** 6:8

**format** 16:25 40:24 41:4 49:13 65:22 97:10 144:2 145:9 214:12, 14 215:22 256:18

**formed** 176:11

**forming** 33:14 123:4

Confidential Information - Subject to Protective Order

**forms** 39:*14*
122:*12* 155:*5*
166:*23*
**formulation**
95:*18* 148:*4*
192:*21*
195:*11*
199:*11, 13*
201:*11, 15, 18*
248:*6*
**forward** 213:2
**forwarded**
107:*18* 208:2
**found** 71:*3*
106:5 147:*25*
**foundation**
18:*13* 32:7
65:*19* 85:*17*
180:*21*
181:*14* 183:9
190:*10*
206:*13*
213:*10*
218:*20*
219:*13, 21*
220:7 226:*25*
**four** 76:*14, 16*
138:*10* 140:*20*
**fourth** 117:*11*
150:*18*
156:*14, 19*
179:*25*
**four-year**
179:2
**FOWLER** 2:*7*
3:*4* 9:*5* 10:*3*
11:22 12:*17*
13:*3* 15:*19*
16:*21* 17:*16*
18:*12, 25*
21:*10* 25:*13,*
*23* 26:*8* 27:*5,*
*25* 28:*19, 22*
31:*19* 32:6
37:2, *21*
45:*16* 48:*1*
65:*4, 18*
68:22 74:*4,*
*21* 75:*17*
78:*17* 79:*12*
85:*16* 86:*1*

87:*5* 89:*16*
91:*9, 17*
93:*16* 96:*9,*
*21* 97:*14*
98:*1* 99:*21*
100:*14* 102:6
103:*16*
104:*20* 108:*7,*
*18, 25* 110:*7,*
*12* 111:*11*
112:*4, 12*
113:*12, 17*
114:*8* 115:*3,*
*24* 116:*2, 19*
117:*20* 118:*8,*
*10, 24* 120:*8,*
*21* 121:*19*
123:*16* 124:*5*
127:*14*
128:*13* 137:2
138:*15* 141:*5*
151:*10*
153:*12, 24*
160:*13*
163:*12*
171:*13*
176:22
177:*10* 178:*5,*
*18* 179:*5, 17*
180:*8, 20*
181:*13* 182:*5*
183:*8* 184:*13*
190:*9* 194:*19*
197:*1* 205:*9*
206:*12, 25*
208:*8* 209:*7*
210:*20*
212:*17* 213:*9*
214:*15, 25*
215:*17* 217:*7,*
*12, 21* 218:*19*
219:*12, 20*
220:*6* 221:*19*
222:*4, 16*
223:*6, 23*
224:22
226:*23*
227:*23* 229:*2,*
*11, 19* 230:*8*
234:*18* 235:*8*
236:*12* 237:*8,*

*15, 19* 238:*6,*
*12, 21* 239:*21*
240:*21* 241:*6,*
*17* 242:*1, 8,*
*17, 24* 243:*1,*
*5* 244:*15*
245:22 246:*1,*
*5, 8* 247:*18*
251:*24*
253:*17*
255:*11*
256:*23* 260:*3,*
*5, 10, 15, 25*
261:*10* 263:*1,*
*14* 264:*8, 21*
265:*6, 18, 22*
266:*3, 8, 10,*
*21* 267:*8, 20,*
*23*
**Fowlerst@gtla**
**w.com** 2:*10*
**frame** 66:*25*
78:*13* 92:*20*
108:*8* 124:*24*
163:*20*
225:22, *25*
**free** 140:*14*
169:*16*
186:22 210:22
**frequent**
179:*1, 15*
**front** 22:*20,*
*25* 33:*12*
68:*18* 189:*14*
229:*25* 256:*25*
**full** 19:*24*
30:*21*
**fully** 32:*19*
**function** 76:2
152:*11* 245:6
**furnish** 232:9
245:2, *12*
**further** 60:*13*
118:*11*
150:*17*
155:*14*
172:22
231:*25*
241:*15* 261:*8*
267:*18, 23*

268:*3* 269:*13*

**< G >**
**Gador** 221:*7,*
*10, 17, 25*
222:*13*
**Gannon** 2:*13*
**GC** 212:*4*
**gender** 255:*13*
**General** 3:*11*
8:*13, 21* 9:*1,*
*4* 10:*2, 18*
11:*1, 5* 13:*13,*
*17* 14:*14, 17,*
*24* 16:*3, 6*
18:*23* 19:*4,*
*18, 19* 20:*17,*
*21* 22:*7, 17,*
*21* 23:*4, 18*
25:*21* 26:*1, 7*
29:*9* 109:*22,*
*25* 110:*6, 8*
231:*3* 239:*22*
**generally**
151:*16* 219:*8*
**generated**
219:*9*
**generating**
37:*7*
**generic** 20:*9*
57:*3* 66:*22*
70:*8* 75:*13,*
*15* 76:*15*
82:*20* 83:*13*
86:*8* 88:*9*
92:*7* 93:*7, 21*
95:*20* 133:*4*
163:*8* 218:*17*
226:*17*
227:*21* 248:*1,*
*10* 250:*18*
257:*22*
**generically**
248:*20*
**generics**
92:*15* 114:*24*
225:*7*
**genotoxic**
59:*10*
**genotoxins**

59:*10, 12*
**Geoffrey** 2:*14*
**geometric**
48:*16* 50:*16,*
*22* 52:*13, 20*
**geometrics**
48:*19* 50:*7, 13*
**George** 2:*15*
**Gerond** 2:*15*
**getting** 27:*20*
60:*23* 71:*20,*
*23* 103:*20*
106:*7* 109:*20*
139:*23*
166:*25* 195:*5*
205:*15* 212:*6,*
*8* 227:*6, 7*
230:*15* 252:*24*
**give** 15:*11*
29:*4, 17* 30:*6*
32:*10* 49:*11*
50:*17* 51:*10*
52:*18* 80:*13*
89:*15, 22*
100:*9* 101:*23*
109:*10*
125:*19* 140:*4*
186:*4* 190:*7*
195:*15*
224:*19*
225:*18*
259:*18* 261:*11*
**given** 29:*13,*
*23* 30:2
32:*11* 38:22
62:*22, 23*
70:*12* 89:*7,*
*11* 92:*20*
100:*6* 101:*7,*
*21* 104:*15*
107:*16*
109:*24*
126:*14*
141:*11, 15, 16*
162:*17*
211:*19* 248:*9*
256:*10*
259:*15, 20*
**gives** 51:*15,*
*21, 23* 52:*9*
142:*9*

Confidential Information - Subject to Protective Order

giving 27:21
32:13 37:19
48:19 87:16,
18 128:1
256:17
glazed 132:7
glossary
136:15
glutamic-
oxaloacetic
152:11
go 9:10 10:7,
25 11:2, 24
12:19 13:11
14:12 16:1
19:15 22:4
23:8, 9 24:7
26:12, 14
28:17 32:2
33:8, 21 34:1,
18 35:13
36:19 41:14,
25 45:13, 17
46:2, 4 49:11,
12 52:1 53:3,
10 54:8, 25
57:19 61:3
66:2 68:15
71:12 72:25
75:21 77:9
81:3 92:24
94:14 95:8
96:25 97:11
98:3 105:11
108:10
112:24 113:9,
14 114:15, 18
115:16, 17
117:8 118:9
121:7 126:8
128:22
129:15 130:9
131:23
133:16
134:21
136:14 137:9,
18 138:25
139:9 142:13,
23 143:12, 14
144:20, 22
145:23 148:7,

12 149:9
150:3, 11
151:1, 23
156:7 157:24
158:10, 20, 25
159:21, 24
162:20
164:17 165:4,
8 166:3, 18
167:1, 12
168:18 169:4,
11 170:25
173:13, 14, 20,
22 174:5
175:6, 23
177:2 178:9,
21 179:24
180:12, 24
181:19
182:17, 18
185:2 186:6,
14 187:11, 15
189:5, 13
191:7 192:18,
24 194:5
196:8 197:7,
21 198:25
199:17, 24
200:12 201:6
202:13, 23
204:25
205:24
207:11, 19
208:16, 23
210:11, 18, 25
211:24
212:24
213:23 214:7
217:17, 25
220:9, 24
221:4 222:2
223:9, 16
226:8 231:6
233:16
234:21
235:10
254:24
256:12
261:15 266:11
God 139:9

goes 31:12
33:5 92:19
152:25 153:2
177:24 219:3
230:1 256:13,
14
going 29:14
37:2 38:25
44:11 48:14
51:17 52:18
54:10 55:8
56:8, 16
67:24 68:21
80:17, 23
81:25 84:22
91:3 92:25
94:5, 6 97:12
102:14, 15
106:22
107:10
131:17
137:22
177:10
194:16 209:8
223:5 224:6,
12 237:17
248:4, 7
254:11
257:11
260:17 265:1,
9, 18
Goldenberg
2:17
Golkow 7:4
Gombar 27:2,
3, 15 29:16,
19 30:9, 12, 19
Good 7:1
17:25 29:21
35:10 45:17
211:15 255:1
Government
226:15
grade 193:9
197:10
grades 193:24
194:11, 18
granules 72:4
graph 203:8
212:22 216:6

Graphs.doc
191:5
great 45:18
Greenberg
2:8 37:6, 18
38:7, 12 45:4,
9 47:15
189:25 190:3,
6
grounds
118:15
groundwater
263:11
groups 128:15
GS 205:5
GT 34:25
35:3 37:4, 18
38:1, 13, 20
42:21 107:20,
22 108:5
109:4 162:20
GT's 109:24
guess 16:23
62:4 160:18
193:21
262:21 263:5
guessing 155:5
Guidance
3:13, 14
85:13 86:17,
19 87:4, 11
94:24 97:1, 5,
16 110:24
guidelines
60:2 61:1
228:16
guys 138:18
237:25
GVK 5:2
198:15
199:22
204:10 205:5
208:5, 21
211:8 213:8
214:4, 6, 18
217:5, 18
218:7, 11, 16
219:17 220:1

< H >

H052-12
81:12 198:8
200:4 204:11
206:4
H053-12
81:12 204:12
206:5
H219-12
203:22
H237-11 53:16
H522-10
198:4, 11
half 27:10, 11,
24 28:9, 11
29:7, 8, 15
30:17 41:19,
21 214:4, 16
half-life 26:18,
21 27:8, 18
29:4, 23 30:4,
8, 10 32:22
256:5, 21
259:16
half-lives
29:10 259:19
hand 216:13
252:1 269:18
handed 120:2
Handing 242:9
handle 131:7,
15
handled 106:3
131:4
Handling
105:16 106:8,
12
hands 38:17
happen 71:22
117:4 131:6
happened
34:25 57:8
96:19 128:4
171:20 214:9
225:2
happens 264:3
happy 161:17
hard 22:23
harder 76:6, 8
114:14
harm 218:9
220:10

**harmonic** 50:*25* 51:*4*
**Harper** 37:*3*
**hazard** 233:*12, 13, 14*
**hazardous** 233:*10*
**hazards** 232:*4, 18* 233:*4*
**HCT** 59:*8* 76:*12* 88:2, *5, 8, 16* 201:*19*
**HCTZ** 61:*7, 10, 13, 17* 64:7 76:*12, 17, 19* 79:*1* 81:8, *17* 82:*1, 12, 20, 24* 83:2 84:*16, 25* 85:*3, 6* 87:*24* 88:*10, 13, 21* 90:*12* 163:8 170:*12* 171:*24* 249:2
**head** 30:*23* 31:*3* 40:8 51:6 71:*17, 21* 91:*4* 109:*6* 110:*25* 126:*20* 211:*13*
**headache** 156:*21*
**heading** 16:*15* 180:*15*
**headset** 184:*25*
**healthy** 103:*5, 23*
**hear** 8:*5, 6* 17:*20* 24:*15* 235:*2, 8, 9*
**heard** 7:*20* 18:*3* 176:*12* 191:*22, 25* 198:*20* 221:*22*
**hearing** 6:*12*
**hearsay** 177:*11* 178:*5, 18, 19* 179:*6, 18* 180:*9* 183:8 194:*19* 205:*10*

206:*12, 25* 217:*7, 24* 218:*20* 219:*12* 226:*24*
**heart** 101:*12* 102:*12* 127:*24* 237:2 256:*14*
**height** 122:*12*
**held** 7:8
**Helena** 211:*10*
**He'll** 113:*17* 267:*20*
**help** 107:*22*
**helpful** 169:*19*
**helps** 39:*25* 108:*15*
**hepatic** 65:*25* 251:*12*
**hepatically** 63:*17*
**hereunto** 269:*17*
**Hetero** 56:*19, 24* 57:*12* 129:*23*
**Hetero_USA** 3:*19* 124:*12* 129:*16*
**HH** 193:*9, 11, 13* 194:*12*
**high** 60:*4* 74:*19* 75:*16* 140:*25* 211:*8*
**high-clearance** 256:*18*
**higher** 13:*1, 9* 22:*13* 23:*7, 22* 30:6 75:*23* 135:*19* 138:*13* 141:*21* 149:*2*
**highest** 24:*5* 74:*12* 98:*20* 223:*21*
**highlighted** 11:*15*
**highlighting** 12:*1*
**hold** 259:*23*
**holding** 260:*15*

**holidays** 226:*3, 5*
**Hollis** 2:*3*
**home** 176:*10*
**HON** 1:*5*
**honest** 162:*13*
**hook** 212:*4*
**hooked** 212:*20*
**hope** 125:*21*
**hoping** 204:*3*
**hormonal** 152:*20*
**hospitals** 267:*1*
**hours** 34:*5* 35:*16* 36:2 44:*12, 14* 45:*6, 8* 72:*22* 110:*17* 136:*10* 141:*16, 19, 20* 259:*14, 21*
**Houston** 181:*6, 9, 11* 184:*1* 189:*2*
**HPLC** 131:*9*
**HTZ** 201:*16*
**Huahai** 194:*9, 13, 16* 199:*12* 211:*11*
**huge** 139:*8*
**Hughes** 2:*13*
**huh** 224:*7*
**human** 14:*22* 15:*18* 29:*13* 30:*22* 32:*3* 33:*8* 55:*18* 233:*20* 234:*2, 8* 235:*15, 24*
**humans** 22:*13* 23:*6, 21* 24:*12, 21* 25:*12, 22* 26:*21* 28:*5* 30:*14, 16* 41:*1* 86:*12* 104:*15, 16* 221:*12* 222:*8, 15* 236:2

**hundreds** 132:*18* 154:*23* 155:*1*
**HVLC** 135:*14*
**hydrochlorothiazide** 58:*15* 59:6 61:*8* 62:*2, 8* 88:*15* 251:*17* 258:*8*
**hypertension** 102:*12*
**hypertensive** 127:*23*
**hypothetical** 32:*8* 120:*22* 123:*17* 264:*12* 267:*11*

**< I >**
**IARC** 14:*21* 233:*19* 234:*1* 235:*14, 23*
**idea** 33:*7* 74:*1* 77:*20* 99:*17* 123:*2* 208:*10* 222:*25*
**identical** 12:*24* 139:*6*
**identically** 131:*5, 7*
**identifiable** 125:*25*
**identified** 64:*14* 83:*17, 22* 88:*24* 92:*15* 93:*22* 105:*20* 112:*10* 177:*19*
**identify** 17:*1* 123:*15* 125:*24* 203:*22* 250:*3*
**if-then** 48:*9*
**II** 251:*14*
**ill** 163:*24*
**illegal** 237:*5, 23* 238:*10, 15, 18*
**illegitimate** 120:*7*
**im** 250:*20*

**immunologic** 155:*20*
**impact** 17:*14* 19:*12* 29:*23* 33:*18* 47:*4, 24* 48:*11* 56:2 58:*9* 64:*17* 65:*2, 16* 67:*13, 20, 25* 68:*11, 21* 73:*21* 78:*25* 79:*22* 81:*25* 83:*2* 85:*2* 90:*11* 92:*5* 195:*3* 224:*12* 225:*9* 253:*21* 254:*17, 18*
**implies** 215:*23*
**implying** 235:*21*
**Importance** 211:*8* 250:*21*
**important** 44:*19* 127:*19* 194:*2* 195:*12*
**impossible** 206:*23*
**impression** 91:*12, 15, 20, 25* 92:*1* 93:*12, 15, 19* 109:*11*
**improper** 138:*17* 171:*10* 237:*16*
**impurities** 11:*8* 14:*20* 80:*14, 16* 85:*21* 197:*13, 16* 218:*12* 223:*12* 224:*1* 228:*10* 239:*1* 240:*3* 246:*24*
**impurity** 222:*22* 229:*13* 230:*2, 11, 18, 19* 233:*7* 234:*17*
**inaccuracy** 35:*8*

inactive 11:8 230:7 232:2, 7, 12, 13, 17 244:8, 19 245:16 246:10, 21
include 12:21 36:13 39:8 40:10 47:7 97:21 100:21 127:3 166:13 177:25 200:20 201:23 232:17 243:8
included 39:17 41:21 47:11, 14 54:17 119:20 126:18 127:2 166:6 203:24 248:18
includes 115:19 116:16 245:8
including 77:6 95:19 180:6 200:15 247:13 248:23
inclusion 36:9 249:4
incompetent 226:17
incomplete 32:8 120:22 123:17
incomprehensible 267:9
incorporated 183:17 201:17
Incorrect 90:13 140:17
increase 25:11 152:21 155:17 157:19
increased 148:15 149:4 152:16 156:11 259:4
ind 148:18

independent 93:8 227:17 255:15
INDEX 3:8
India 122:21 128:21 129:10 166:15 167:19 168:4, 7 204:11 206:3 218:7 219:18
indicate 77:14 148:18 153:11 155:2 189:15
indicated 94:9 168:16
indicates 114:1 142:11 196:5 198:17
indication 114:9 119:24
indications 102:11
indirectly 85:4
individual 41:3 54:13 122:11 196:9
individuals 148:14
indulge 261:1
Industries 2:6
Industry 110:24 216:23
infarction 102:13
infection 154:7 155:17, 19, 22
infections 152:20
infinity 161:5 201:4
inflammation 155:18, 24, 25 156:1
inflammatory 156:4
info 208:2

INFORMATION 1:9 9:11, 13, 25 12:23 21:23 31:2, 25 37:17 39:17 40:4 41:22 70:3, 4, 13 84:5, 14, 15 89:10 90:3 92:12 123:20 180:5 222:20
ingested 27:13 63:2
ingredient 11:9 86:5 105:7, 8 228:11, 13, 17 229:1, 10, 18, 21 230:4, 7 231:12 232:7, 9, 13, 14, 17 244:19, 24 245:1, 14, 17 246:10, 17, 21, 22 247:12 253:10
ingredients 193:18 228:8, 9 232:2 244:8, 9 258:7
in-human 55:6
initial 147:13 209:4, 20
inject 131:19 211:23 212:1
injecting 130:16
injection 216:10
injury 8:14
input 240:25
inserted 16:15
inside 27:19
inspected 207:6
inspection 206:7 207:3
instance 119:19

120:24 140:15, 23
instances 117:13
Institute 173:18
instructed 75:6
instrument 212:8
instrumental 170:22
instrumentation 212:14
instruments 212:5
int 231:13
intake 233:25
integrity 121:13 123:1, 13 124:1 219:7
intended 97:20 100:20 101:2 102:21 103:15 215:9 228:11, 12, 18 229:14, 21 232:9 236:25 245:2, 11, 13 247:12 251:5 253:14 258:6
intent 105:8 163:24 228:14 235:19
intentional 28:24 185:24
intentionally 235:22
interaction 64:15 67:19
interchangeable 52:23 53:1
interest 227:13
interested 39:18 40:20 269:15
interfere 251:3
interference 13:5

internal 12:8 72:11, 16 187:25 188:5
internally 222:9
international 14:20 226:13
interpret 194:15 212:16
interrupt 97:17
interrupting 237:12
interruption 251:9
intersubject 125:10, 16 126:1
interval 59:19, 20 148:9 149:4 159:25
intervals 199:10
intraday 203:4
intravenous 27:15
intravenously 29:4, 13 256:10
InvaGen 183:1
InvaGen's 250:9
invalid 204:19, 20
invalidated 123:22
invalidating 206:19
investigation 249:22
Investigational 98:8 104:3, 12
Investigations 181:23 182:4, 11
investigators 168:9 177:19
invoice 34:25 35:2, 4, 6, 9 42:5, 8, 14, 23 43:1, 5, 8, 11

**Invoices** 3:*12*
33:*21, 24*
34:*18* 42:*11*
43:*20* 108:*11*
**involve**
184:*16, 19*
232:*3* 239:*7*
**involved**
69:*17, 23*
219:*6* 221:*15*
223:*25*
243:*21* 244:2
**involving**
14:*23* 253:*4*
**IRB** 99:*4*
227:5 243:*10, 11*

**IRBESARTAN**
1:*3* 7:9
**Iris** 2:*16*
**irrespective**
85:*19*
**isolated**
152:*21*
**isolation** 103:2
**issue** 20:*10*
24:*23* 26:2, *3*
32:*23* 148:*4*
163:*25*
172:*20, 21*
207:7 212:*14*
233:*24*
252:*14* 256:*16*
**issues** 8:*25*
19:*4* 96:*15*
123:*14* 124:*1*
195:*11* 206:5
209:*4, 21*
255:*15*
**It'll** 254:*13*
**its** 11:8
32:*16* 71:7
103:5 209:*5,
22* 251:*11, 12,
13* 254:*13, 18*
258:*14*
**IV** 27:*21*
28:*3, 7* 29:*17,
23* 30:*12, 15*

32:*11, 13*

**< J >**
**January** 96:*3*
226:5, *6*
**JERSEY** 1:*1*
7:*12*
**Johns** 169:2
**journal** 134:*17*
**July** 56:22
57:*24* 73:*10*
195:*20*
**jumps** 103:*6*
**June** 179:*3*
**justification**
97:*23* 141:*24*
**justify** 25:5

**< K >**
**Kansas** 2:5
**Kaplan** 259:*6*
**keep** 56:8
58:*12*
**Ken** 2:*16*
37:2
**Kentucky**
50:2 243:*16*
**kept** 163:22
164:*13*
208:*13* 232:*23*
**kidney** 61:*14*
**killers** 208:*12*
**kills** 105:*6*
**kilograms**
128:*9, 11*
144:*16*
150:*19* 254:7
**kilos** 145:*17*
166:2 167:*11*
254:9
**kind** 17:22
41:*15* 48:5
50:*3, 21*
53:*23* 106:*14*
110:5 112:2
152:*23*
154:*13*
164:*22*
197:*19* 212:*14*

**kinds** 98:*16*
152:*17* 168:*1*
244:4 247:*17*
**kinetics**
251:22 257:*20*
**knew** 64:*4*
176:*21*
**know** 9:*11*
30:*20, 24*
31:2, *5, 23*
32:*12* 33:*11,
18* 35:5
38:*25* 46:20
48:2, *8* 49:*17*
54:*15* 55:5,
*20, 22* 56:*24*
57:*6, 16, 18*
58:5 67:*1, 6*
70:*15, 18*
71:*14, 16, 19,
22* 72:*10*
73:*16* 74:5, *7,
11, 13, 14*
77:2, *4, 7, 18,
19* 78:*3*
79:*10* 81:*20*
82:22 84:*23*
86:*23, 25*
87:*13* 90:7
91:*11, 19*
92:*21* 98:*6, 7*
99:*3, 24*
100:2, *15, 16,
23* 106:7
107:*19*
111:*23*
112:*16*
113:*10, 24*
115:*14* 116:*7,
25* 117:*24*
121:*3, 24*
122:*13, 14*
125:*18, 22*
126:*12*
131:*14*
132:*12*
133:*19*
134:*11, 19*
135:*6, 12*
138:*12, 18*
139:*1, 5, 20*

141:*17* 142:*1,
4, 10, 19*
145:*19* 152:*8*
154:*9* 156:2,
*3* 159:*7*
161:*17* 163:*4,
5, 21* 164:*13*
166:*10, 12*
167:*18, 19, 21,
24* 168:*1, 2,
10* 169:*25*
171:*16, 20*
173:5, *8, 9, 10,
17* 174:*22*
187:*21, 23*
188:22, *23*
191:*2* 193:*11,
14, 15, 19, 22*
194:*16, 20*
195:*1* 196:*5,
11, 24* 197:*8*
198:*17, 23*
202:*6, 10*
204:7, *8*
205:*2, 13, 14*
208:*6* 210:*25*
211:*16, 24*
213:*17*
215:*10, 11, 13*
216:*24*
217:*15*
218:*14* 220:*9,
24* 223:*10*
224:*25* 225:*1*
228:*20*
232:*15* 233:5
240:*14*
241:*10* 249:*1,
3* 252:*4*
256:*15*
262:*16* 263:*7,
8* 264:*13, 14*
**knowing** 35:*1*
**knowledge**
21:*23* 82:*6*
84:*18* 139:*18*
142:5 197:*18*
**known** 57:9
80:9 85:*14*
125:*18*
135:*11, 21*

202:*11*
218:*13*
225:*17*
241:*12* 251:2
258:5 259:*12,
15*
**Knoxville**
34:22
**Korea** 226:*14*
227:5
**KUGLER** 1:*5*

**< L >**
**lab** 39:*15*
122:*13*
132:*23* 152:*6,
22* 157:*20*
**label** 75:2
**labels** 75:5
**Laboratories**
183:*1*
**laboratory**
178:*1* 179:2,
*16*
**Labs** 56:*19,
24* 57:*12*
**lack** 18:*13*
32:7 58:*19,
22* 62:*11*
180:*20*
181:*14* 183:9
218:*9, 20*
219:*13*
220:*10* 226:*24*
**Lagana's**
35:*17*
**laid** 144:*3*
**lang** 208:*25*
**language** 15:*7,
13, 17* 22:*18*
208:*25*
**languages**
209:*17*
**large** 54:*23*
130:5 166:*20*
206:*8*
**larger** 54:*25*
141:*2, 4, 17*
**largest** 55:7
**late-filed** 5:*14*
260:*23*

Confidential Information - Subject to Protective Order

**Laval** 188:*21,* *25*

**Law** 2:*3* 35:*5* 37:*7, 10* 38:*4, 5*

**Lawrence** 2:*15*

**lawsuit** 231:*18, 20*

**lawyers** 89:*20*

**layer** 178:*19*

**LC** 212:*4* 215:*20*

**LCR** 269:*24*

**lead** 49:*9* 116:*11* 259:*21*

**leading** 56:*9*

**leads** 49:*13*

**leave** 47:*9*

**led** 100:*16* 121:*5* 193:*18* 206:*17*

**left** 129:*20* 143:*17* 176:*8*

**left-hand** 144:*25* 200:*4*

**legacy** 176:*10*

**legal** 237:*10, 23* 238:*15, 16*

**legality** 238:*23*

**legitimacy** 119:*5* 120:*17*

**legitimate** 118:*23* 120:*18*

**lengthy** 83:*24* 236:*22* 251:*7*

**letter** 4:*11* 173:*2* 177:*3, 8* 181:*17* 182:*3* 209:*1, 5, 17, 21* 220:*4*

**letters** 76:*14, 17*

**letting** 234:*21*

**level** 17:*25* 52:*1* 59:*14* 98:*20* 117:*2* 157:*19* 223:*21* 234:*17* 236:*10* 237:*6*

**levels** 11:*10* 20:*9* 153:*10* 155:*17* 234:*10* 236:*5* 238:*10* 258:*19*

**LIABILITY** 1:*4* 7:*10*

**License** 269:*25*

**likelihood** 92:*14* 239:*10*

**limit** 60:*17, 25* 135:*5, 20* 136:*8, 16, 20, 21, 22* 137:*6* 142:*15, 17* 148:*14* 155:*6* 161:*12, 13* 203:*5*

**limited** 84:*4*

**limiting** 25:*2*

**limits** 59:*24* 60:*1, 2* 70:*20* 153:*3, 6* 201:*1*

**line** 11:*6, 18* 13:*15, 18, 21* 14:*1, 18* 15:*3* 16:*14* 19:*19* 22:*11* 26:*14* 48:*14* 52:*4, 5, 6, 8* 53:*6, 8* 56:*18* 57:*19* 61:*6* 63:*16* 66:*15* 73:*1* 81:*7* 82:*10* 83:*12* 95:*12, 13* 97:*19* 100:*19* 102:*18* 104:*2* 105:*16* 106:*22* 135:*17* 140:*19* 150:*18* 156:*14, 19* 159:*17* 176:*23* 192:*6, 21* 197:*2, 6* 213:*6* 270:*6*

**linear** 30:*3*

**line-by-line** 24:*7* 107:*24*

**lines** 16:*7* 20:*7* 179:*25*

**linked** 218:*10*

**List** 5:*12* 49:*5* 126:*22, 24* 142:*13* 260:*6, 12*

**listed** 175:*14* 233:*22*

**listing** 182:*14*

**literally** 29:*2* 65:*23*

**literature** 9:*8*

**liters** 31:*6, 7, 11, 12*

**LITIGATION** 1:*4* 7:*4, 10* 8:*19* 10:*15* 19:*6* 20:*10* 33:*16* 37:*15* 44:*17* 87:*17* 110:*21* 111:*5* 120:*5* 220:*3*

**little** 41:*23* 75:*23, 24* 114:*14* 143:*5* 176:*4* 199:*25* 234:*21* 252:*25* 253:*1*

**liver** 19:*25* 20:*11* 24:*4* 25:*3* 32:*4, 15, 16, 19* 33:*3* 61:*24* 62:*21* 63:*1, 4, 19* 64:*17* 65:*2, 6, 9, 16* 152:*11, 18* 153:*11* 155:*3, 24* 156:*1, 2* 157:*22* 256:*6, 14* 259:*2*

**liver's** 258:*22*

**LLC** 2:*7*

**LLP** 2:*8*

**LM** 148:*8*

**load** 243:*4*

**loading** 243:*4*

**locate** 221:*24* 244:*23*

**location** 122:*9* 250:*14*

**lodge** 217:*21*

**log** 199:*10*

**log-normal** 48:*18* 49:*15*

**long** 30:*20* 31:*1, 8* 33:*2, 7* 155:*13* 216:*11* 225:*4* 227:*3* 248:*15*

**longer** 15:*4* 30:*8*

**look** 16:*13* 26:*14* 31:*23* 33:*11* 41:*6, 15, 20* 54:*3* 65:*8, 23* 68:*8, 16* 69:*2, 14, 16* 71:*13* 75:*21* 102:*11* 109:*7* 111:*24* 122:*5* 123:*3, 5* 128:*19* 138:*12* 139:*10* 140:*14* 144:*4* 145:*7* 172:*10* 186:*22* 192:*11* 196:*9* 209:*16* 244:*16*

**looked** 33:*14* 36:*12* 46:*24* 79:*9* 110:*22, 24* 111:*16* 158:*8* 179:*10* 211:*11* 225:*15*

**looking** 11:*17* 13:*14* 15:*2* 16:*7, 10* 19:*19* 22:*10, 16* 23:*24* 35:*25* 41:*22* 53:*5* 80:*21* 95:*12* 102:*18* 104:*15* 105:*15* 113:*19, 21* 117:*10* 121:*10* 141:*12*

144:*24* 196:*23* 197:*11* 200:*14* 204:*22* 253:*16*

**looks** 115:*11, 18* 116:*23* 130:*20* 132:*11* 139:*14* 144:*1* 150:*1* 157:*13* 166:*22* 172:*4* 173:*15* 184:*4* 186:*12* 187:*3* 194:*21* 198:*2, 5* 212:*3, 13* 213:*16* 216:*7* 217:*13*

**LOSARTAN** 1:*3* 7:*9*

**loss** 237:*4*

**lost** 132:*15*

**lot** 39:*17* 40:*4, 25* 41:*2, 22* 49:*7* 110:*21, 22, 23* 126:*18* 133:*5* 168:*3, 15* 247:*16* 257:*18*

**loud** 17:*19*

**louder** 143:*2*

**low** 60:*3* 74:*18* 75:*15* 140:*24* 141:*12, 15* 185:*1* 236:*6* 256:*17*

**lower** 60:*17* 62:*8* 75:*24* 102:*2, 3* 138:*4, 9* 140:*16* 142:*14* 161:*13* 193:*3* 203:*5*

**lowering** 237:*1*

**Lunch** 94:*18*

**lungs** 256:*15*

**< M >**

ma 131:*15*
Ma'am 170:2
machine
130:*17*, *19*
131:*19*
133:*14*
212:*10* 215:*20*
Madam
260:*21*
mail 260:22
main 257:*13*
maintain
205:*6* 214:*23*
239:2
majority
41:*17* 44:*20*
55:6 98:*14*
125:*17*
making 10:*5*
57:4 90:*14*
98:*17* 138:*21*
165:*3* 229:*6*,
*7* 231:*15*, *18*
233:*1* 248:*1*
male 99:*19*
129:*1* 150:*12*
254:*7*
males 97:22
98:*15* 99:*12*
100:*6*, *12*
144:*7* 145:*11*
166:8, *10*
167:*15* 168:*6*
253:*20*, *21*
man 31:*1*
245:*6*
managing
134:*18* 237:2
mandate
214:*23*
manipulated
180:*17* 218:*17*
manipulating
178:*15* 181:*11*
manipulation
178:*3* 180:*16*
manner 236:*4*
mannitol
232:*15*
manually
212:*23*

manufacture
66:22 245:*10*
247:*13*
manufactured
199:*12*
manufacturer
105:*24*
106:*19*
118:*19*
162:*21*
169:*17*
227:*18*, *21*
228:*14*
262:*24*
264:*20* 266:*20*
manufacturers
37:*24* 38:*14*
40:*1* 41:*12*
57:*4* 70:*9*
75:22 93:*21*
122:*7* 250:*18*
manufacturing
54:*3*, *20*
77:*21* 78:*9*
230:*18* 240:*4*,
*13*
March 1:*15*
6:*3* 7:*5* 54:2
55:*21* 78:*5*
82:*16* 270:*3*
mark 10:*20*
242:*14*
244:*12* 260:*8*
marked 10:*11*,
*21* 33:*25*
95:*3* 97:*3*
107:*11*
112:*20*
124:*14*
129:*18*
142:*25*
145:*21*, *25*
149:*21* 158:2
165:*7* 168:*21*
175:*1*, *5*
176:2 177:*5*
182:*21*
185:*14*
187:*13* 189:*8*
191:*18*
197:*23*

199:*19*
202:*16*
207:*14*
210:*13*
217:*20*
220:*17*
226:*11*
230:*23* 242:*7*,
*16* 244:*14*
249:*14* 260:*2*,
*9*, *24*
market 55:*8*
163:*9* 190:*15*
195:*19* 227:22
marking 242:*3*
Marlene 2:*17*
mass 212:*4*
215:*20*
massive
223:*11*
massively
223:*3*
Materials
5:*12*, *13* 89:*7*,
*13* 110:*18*, *20*
118:*13*
126:22, *24*
240:*17* 260:*6*,
*12*, *17* 261:*4*
math 43:*14*
133:*5*
mathematical
259:*11*
matter 7:*8*
29:22 79:*6*, *9*,
*16*, *20* 80:*4*
93:*4* 94:*4*, *5*
225:*10*
233:*20* 262:*19*
mattering
79:*14*
MDL 1:*5*
4:*20* 191:*16*
226:*9*
meal 53:*23*
meals 168:*9*
mean 21:*14*
25:*4* 27:*11*,
*22* 31:*10*
36:*11* 39:*16*
40:*11* 50:*7*, *8*,

9, *13*, *16*, *23*, *25*
51:*4*, *7*, *19*, *22*
52:*20*, *21*
56:*5* 59:*18*
60:*5*, *9* 64:*20*
69:*14* 70:22
83:*21* 89:*19*
101:22 106:*6*
108:*9*, *14*, *18*,
*19* 111:*3*
112:*15*
114:*14*
115:*14* 116:*3*
117:*25*
121:*23*
130:*12*
131:*20* 132:*7*
134:*9*, *18*
137:*16*
138:*20* 139:2,
*6*, *8*, *10* 142:*1*
147:*17*
150:*24*
151:*11* 154:*7*
160:*19* 161:2
169:22 172:*6*
180:*10*
184:*14* 191:*5*
194:*15*
196:*12*
204:*18* 207:*4*
208:*6* 213:*16*
214:*11*
215:*14*
216:*15* 217:*8*
223:*24*
224:*14* 227:*1*
230:2 233:*11*,
*13* 244:*20*
262:*6* 267:*10*
meaning
204:2 208:*14*
meaningless
152:22
153:*17* 155:*15*
means 48:*16*,
*17*, *19*, *22*
50:*12* 51:*14*,
*20* 52:*13*, *14*
60:*12*, *14*
63:*18* 135:*7*,

9 140:*10*
149:*8* 204:*20*
239:*20* 262:*5*
meant 9:*3*, *12*
89:*19* 167:*25*
measurable
256:22
measure
49:*11* 130:*17*
154:*17* 161:*5*,
*7* 216:*11*
256:*4*, *7*, *11*, *20*
measured
30:*8* 200:*24*
259:*17*
measures
216:*18*
measuring
130:*25*
mechanism
62:*7*, *12*
64:*14* 67:*18*
68:2 79:*6*
85:6, *14*
90:22 154:22
155:*16*, *20*
251:*15*, *17*, *19*
255:*7* 258:*6*
mechanisms
22:*12* 23:*6*,
*21* 24:*12*, *20*
25:*4*, *9*, *22*
80:*25* 81:2
82:*5* 83:*5*
85:*9* 90:*16*
251:*8*, *21*
medical 9:*23*
24:*23*, *25*
25:*6* 26:*3*
157:*9*, *15*
259:*5*, *24*
medication
153:*6* 232:*11*
medications
218:*6*, *17*
medicines
218:*10*
219:*14* 220:*12*
meet 85:*13*
159:*18* 178:*4*
180:*18*

Confidential Information - Subject to Protective Order

meetings
44:22  45:7
meets  95:20
Melisha  2:18
10:7, 17  11:1
13:10, 17
14:11  19:15
22:6  26:11
33:20  34:17
35:13  36:20
41:25  42:9
46:1  61:4
66:3  73:1
94:23  95:8
96:24  97:12
105:12  107:9
112:17  117:7
121:8  124:11
126:8  128:23
129:15
131:23
134:22
137:10, 19
142:22
143:15
144:19  145:2,
22  146:24
147:3  149:17
150:2  151:1,
24  156:7
157:24
158:10
159:11, 22
165:10  166:4,
17  167:1, 13
168:18
173:12, 21
174:6  175:2,
7, 22  177:3
178:10, 22
180:13, 25
181:20
182:16
185:10  186:7,
15  187:10
189:5  191:8,
15  192:17, 25
194:6  197:20
198:24
199:16, 25
200:11  201:7

202:13, 24
207:11, 20
208:17
210:10, 19
211:4  212:24
213:24
217:16
220:14  221:4
222:3  226:8
228:4  230:20
231:6, 8
Melissa  2:17
members
219:6  262:3,
10
memorized
169:13
mention
11:20  188:7
202:20
249:16  250:15
mentioned
59:4  127:16
194:2  244:7
mentioning
63:8
merely  258:12
met  44:25
71:8
metabolic
56:13  58:19,
23  63:5, 22
64:25  68:6,
15  69:17, 23
metabolism
19:7, 11
21:15  24:3
25:1, 7  27:23
28:2  64:16,
18  65:3, 16
90:17, 22
225:12, 13
249:7  251:12
258:18, 24
metabolize
24:5  32:20
101:3  258:22
metabolized
19:25  20:10
32:15  62:14,

17, 20  63:1, 4,
12, 17, 18
metadata
113:25
method
135:14  202:9
methodology
134:13
139:23  254:16
methods  41:7
225:11
methyl  232:15
MICHAEL
1:13  3:3  5:8
6:2  7:13  8:1
242:6  268:1
269:3  270:1,
20
microgram
67:17  82:4
85:8  197:12
223:13  236:6
249:9
microparticles
71:5
mid-December
226:4
midway
130:10
mild  61:25
157:19
milligram
53:12  55:9
56:12  82:4
85:5  90:15
161:24
201:16  249:9
milligrams
54:16  57:23
58:17  74:9
159:15
million  11:11,
12
mind  117:1
mine  154:18
minimize
21:15
minimize/elimi
nate  21:17

Minimizing
19:21  20:1,
22, 24  21:8
Minneapolis
181:9  184:3
Minnesota
174:13
minor  63:10
minority  41:17
minute  31:7,
13
minutes  26:23
27:23  28:4, 6
29:5, 6, 7, 14
30:16  31:8, 9,
17  32:4, 21,
22  45:16
141:14  232:8
241:18
259:17  261:12
mischaracteriz
ation  182:6
mischaracteriz
es  19:1  68:23
mischaracterizi
ng  25:24
103:17
112:12  181:14
mishandled
132:23
misplaced
203:10
misplacing
203:17
missing  132:4
187:7  236:17
mistaken
226:4
mitigate
228:18
mitigation
245:4
mixed  185:25
model  51:13,
14, 18, 20, 21,
22  52:2, 8
modernization
212:14
modified
245:11
moment  261:2

money  45:10
264:19  265:5
266:19
monitor  157:9
monitoring
9:23  24:23,
25  25:6  26:3
122:13
157:16  259:5
months  8:13
54:21, 22
66:25  78:12
195:23  206:17
morning  7:1
36:4  53:20
119:19, 22
Move  238:7
moving  130:8
183:2
multipage
110:23
multiple  30:6
32:3, 5  51:2
61:22  65:24
121:4  132:19
255:5
multiply
50:13  136:1,
24
Murtha  2:18
muted  211:3
Mylan  83:12
84:11  175:12
179:11
Mylan-MDL
4:8  175:3
Mylan-MDL-
2875-00001448
4:8  173:13
Mylan's  84:16,
21, 24

< N >
N.W  2:8
Najafi  80:3
Najafi's  93:1
name  7:2
8:11  37:3
59:7, 22  66:7
75:12  76:14

Confidential Information - Subject to Protective Order

133:4  176:9
182:2  248:20
**named**  114:7
269:6, 16
**names**  37:1
168:8  182:15
**naming**  77:13
**narcotic**
228:24
**National**  98:8
**nature**  7:18
117:25  202:9
204:14
211:20, 21
219:4  241:1
**NDAs**  180:7
**NDE**  16:15
**NDEA**  14:2
16:15  17:6, 9,
12, 13  18:5, 9,
21  19:12
25:2  61:19
62:3  85:8
224:17  233:4,
8, 20  234:2
235:15
236:24
251:16
252:12, 16
255:6  257:19
258:12, 19, 23,
25  259:14
**NDMA**  11:10
14:1  16:15
17:6, 9, 12, 13
18:5, 9, 21
19:12  24:4
25:2  26:18,
21  27:24
29:13  30:16
32:4, 12, 20
61:18  62:3,
20, 24  63:10
64:3  72:10
79:15  82:4, 7
85:8  92:15,
16  93:3, 8, 22
104:19
221:15  224:1,
5, 17  233:4, 8,
19  234:2

235:15
236:24  249:4
251:16
252:12, 16
254:18  255:6,
23  256:8
257:19
258:12, 19, 22,
25  259:14
262:19
**NDMA/NDEA**
13:16  64:9
**near**  141:18
**necessarily**
67:16  127:17
172:7, 8, 9, 13,
20
**necessary**
40:4  168:13
172:14  210:1
**necessitated**
157:15
**need**  9:23
33:1  68:8
85:15  113:14,
17  127:20
139:19
161:15  208:3
210:20
213:14, 19
221:12, 14
234:23
**needed**  72:3
134:16  167:25
**needs**  131:19
213:7  214:19
**negative**  49:8
**neither**  48:24
**neutral**  209:17
**never**  35:3
51:5  104:14
106:20
115:20
116:18
158:16
171:15
233:19, 22
240:17  263:3
266:6, 23
267:3

**NEW**  1:1
7:11  86:9
87:1  98:25
103:7  104:3,
12  183:3
216:10
231:12  266:10
**News**  226:14
**next-to-last**
121:10
**ninth**  77:19
**nitrates**  69:9
**nitrosamine**
11:7  12:8
197:16  239:11
**nitrosamine-**
**contaminated**
222:14
**nitrosamines**
14:22  15:17
25:11  46:18
47:3, 4, 22, 24
48:11  55:24
56:2, 25  57:5,
13  58:3, 7, 9,
24  59:12
67:4, 11, 13,
22, 24  68:11,
20  73:13, 18,
20  74:3  78:2,
16, 22, 25
79:11, 21, 22
80:4, 15
81:18, 23, 24
82:21, 24
83:1  84:17
85:2  90:6, 9,
10, 19  91:8,
15  92:2, 9
93:12  94:11
156:3  173:6
196:17, 22
218:12
224:21  225:1
228:7  230:6
237:7  238:11
239:7
**noise**  184:25
**nonbinding**
95:24

**nonchild-**
**bearing**  98:18
**nonmanufactur**
**ing**  240:5
**nonsaturated**
30:12, 15
**normal**  49:6,
10  103:23
151:21  153:3,
6  154:1, 4, 10,
16, 19  155:7
**North**  114:24
122:22  174:2,
14  175:13
181:9  184:3
187:9  188:20
**Notary**  6:14
269:8  270:23
**note**  11:6
13:21  22:12
36:8  37:1
39:2, 3  46:11,
14  54:1
56:21  57:23
61:7, 13
63:16  66:18
73:9  77:1
81:11, 13
82:14, 15
83:12  84:12
106:25
118:11
203:15  205:4
232:1
**noted**  7:22
98:7  203:21
**notes**  100:19
106:22
109:10, 19, 21,
25  121:11
143:18  145:2
150:6  159:17
179:1  181:3
192:6  199:2
203:3, 8
221:10  231:3,
11, 15  232:20
233:1
**Notice**  3:14
5:8  6:8
106:17  107:9

162:25
203:11  218:3
242:5
**Notices**  250:6
**noting**  193:2
208:20
**Novartis**  66:9
76:13  162:2
**November**
34:7, 9, 11
**novo**  21:22
**number**  29:5
50:15  53:8
77:10  83:20
89:2, 6  98:15
99:12, 15
111:24  134:5
136:6  138:24,
25  140:16
141:2, 4, 12,
15, 25  142:9,
10  143:14
148:9  149:2
154:5  155:4,
5  163:16
169:10  170:4
187:24, 25
188:1, 5
195:25  196:3
198:3  213:3
219:5
**numbers**
27:14  50:10
99:19  139:25
141:17
169:13  186:4
187:7  188:4
**numeric**
170:22
**numerous**
99:5

< O >
**oaths**  269:9
**Object**  65:4
137:2  176:22
177:10  182:5
197:1, 6
205:9  208:8
209:10  222:4
223:6  224:22

Confidential Information - Subject to Protective Order

230:8  250:24
252:22
254:21, 25
255:25  265:12
**objected**
247:7  265:11
**objecting**
238:1
**Objection**  9:5
10:3  11:22
12:17  13:3
15:19  16:21
17:16  18:12,
25  21:10
25:13, 23
27:5, 25
31:19  32:6
37:21  48:1
65:18  68:22
74:21  75:17
79:12  85:16
86:1  87:5
89:16  91:17
93:16  96:9,
21  97:15
98:1  102:6
103:16  108:7,
17  114:8
115:24
116:19
117:20
118:11, 14, 24
120:8, 21
121:19
123:16  124:5
138:18  141:5
151:10
153:12, 24
160:13
163:12
171:13  178:5
179:5, 17
181:13  183:8
190:9  194:19
206:12, 25
209:7  213:9
217:7, 22
218:19
219:12, 20
220:6  222:16
223:23

226:23
227:23  229:2
234:18
236:12  237:8,
22  238:12
239:21  241:6
263:1, 14
264:8, 21
266:21
**Objections**
5:7  6:10
237:20  238:3
242:4
**observe**  159:2
**observed**
23:13  45:23
52:10  94:18
149:12  185:7
206:6  241:22
261:20
**observing**
128:4
**obtained**  131:1
**obviously**
267:12
**occasionally**
154:18
**occur**  120:13
**occurred**
100:17
120:12  179:2
225:4
**occurring**  24:4
**October**  36:8
66:18  67:4
175:20  250:7
**offering**
116:25  117:5
**office**  181:11
182:10, 11
**officially**
209:4, 21
**Oh**  34:12
52:23  108:14
113:15  116:3
139:9  146:23
156:25  164:4
170:7  174:1,
22  182:8
187:21

188:16  243:1
257:25  266:9
**Okay**  11:4
13:24  15:2
18:1  20:21
22:16  23:1
31:16  35:25
36:7  43:5
44:5  45:15
60:23  61:9
66:10  67:2
72:23  76:18
82:9  113:9,
15  114:4
118:16  125:1
126:21
131:22
136:11, 17
137:17  141:8
146:12  150:2
158:18
161:23
163:16
169:20
186:13  187:5
191:14
198:12, 24
209:13  211:2
220:23, 25
221:2  231:25
235:6, 11
242:14  255:2
257:13  266:9
**old**  191:2
**older**  101:10
127:23
152:10  162:22
**once**  141:25
149:7  214:14
259:21
**one-by-one**
108:10
**one-dose**
155:11
**ones**  39:11
71:8  80:15
91:1, 5, 6, 14,
20  141:3
144:4  159:1
162:7  174:2

183:20  184:5
248:23
**one's**  141:1
**one-time**  121:4
**open**  213:19,
20
**opened**
263:19
264:25
265:15, 17
**opening**  130:3
**operation**
209:2, 19
**opined**  119:6
**opining**  228:1
**opinion**  18:21
23:6, 20
25:21  26:20
46:17  58:2, 4
62:21, 25
64:7, 10
65:15  67:2,
24  73:12
76:5, 7  78:1
79:19, 24
81:16  82:19
84:20  90:4,
18  96:10, 18,
23  98:2
102:4  114:25
116:9, 20
117:21  119:2
121:22  124:6,
8  128:2
133:24
134:12
150:21  156:5
181:10  195:2
215:4  224:5
228:6  234:12
238:14
240:22
250:23
254:17
255:13
258:16, 17
259:9, 10
**opinions**  10:2
18:23  24:13
33:14, 19
37:13  87:17,

18, 20  96:14
116:25  117:6
118:5  122:2
123:4  222:18
223:18
238:16, 23
241:8  247:8,
24  255:22
257:3, 8
259:23  262:1,
13  263:18
265:17, 21
**opposed**
108:25
**Oral**  5:8
19:25  20:8
236:5  242:5
256:18
**orally**  63:2
**ORDER**  1:10
79:21  180:18
203:22
**organ**  24:4
62:17  259:1, 4
**organism**
104:25
**organization**
183:23
184:20
186:11  188:6
198:19
**organizations**
227:8
**organized**
216:20
**organs**  19:22
20:2, 12, 23
21:4  25:5
33:5  62:15
**original**  24:8
25:16  26:2
28:8  29:3
133:25
137:25  138:4,
14  139:17
171:6  206:6,
24  231:16, 20
232:23
**outcome**
269:16

Confidential Information - Subject to Protective Order

outlier 106:*25*
200:*15, 18, 21*
201:*25* 202:*3,
10* 203:*23*
**Outliers**
105:*16, 20, 25*
106:*15, 19*
107:*2* 202:*5*
**outline** 16:*25*
17:*3*
**output** 31:*6,
10* 33:*4, 5*
**outside** 60:*11*
96:*10* 120:*9*
121:*19* 155:*6*
214:*25* 215:*3,
17* 222:*17*
227:*24*
234:*19*
239:*22* 240:*3,
22* 241:*7*
252:*6, 11*
259:*2* 263:*14*
264:*9, 22, 24*
265:*10*
**outsource**
226:*21*
**outstanding**
44:*6*
**overall** 161:*6*
**Overland** 2:*5*
**overlap** 8:*24*
19:*3, 8* 43:*2*
61:*18* 62:*5,
10, 14, 19* 64:*9*
**overlapping**
56:*13* 58:*19,
23* 64:*15*
67:*18* 79:*5*
82:*5* 83:*5*
85:*6, 9, 14*
90:*16, 21*
225:*13* 249:*6*
258:*10* 265:*24*
**overnight**
53:*20*
**oversight** 89:*5*
**owned** 131:*12*
227:*10*
**Oxycodone/ibu**

**profen** 250:*8*

**< P >**
**p.m** 94:*20*
149:*11, 14*
185:6, 9
241:*21, 24*
261:*19, 21*
267:*25* 268:*5*
**P450** 61:*25*
63:*7, 9, 11, 13,
15, 24* 64:22
65:*9*
**package** 75:*2,
5*
**page** 10:*25*
11:*2, 18*
13:*11, 13, 25*
14:*12, 14*
16:*1, 3* 19:*16,
17* 22:*4, 6, 19*
26:*14* 34:*2,
18* 35:*9, 13*
36:*19* 42:*1, 9*
46:*4* 53:*4*
57:*19* 61:*3*
66:*2* 72:*25*
76:9 81:*4*
83:*9* 87:22
88:*20* 95:*9*
97:*11, 12, 13*
105:*11, 12*
114:*16*
115:*17* 117:*8*
121:*7* 125:*4*
126:*9* 128:*23*
130:*9* 131:*24*
134:22
137:*10, 19*
140:*21*
142:*13*
143:*12, 14, 15,
21* 144:*21*
145:*5* 146:*2,
5, 15, 17, 19, 25*
148:*12*
149:*25* 150:*3,
9* 151:*2, 24*
156:*8* 158:*11*
159:*10, 22*
161:*20*

164:*11, 18*
165:*10, 17*
166:*4* 167:*5,
13* 173:*14, 22*
174:*6, 11*
175:*6, 12*
178:*10, 21*
180:*13, 25*
181:*20*
182:*19*
185:22 186:*6,
15* 187:*6, 15*
189:*14* 191:*7*
192:*18, 25*
194:*5* 198:*7,
25* 199:*1, 2,
25* 200:*5, 12*
201:*7* 202:*21,
23* 204:*13*
205:*25*
207:*20, 21*
208:*17*
210:*19*
212:*25* 213:*1,
24* 218:*22, 25*
221:*4* 222:*3*
231:*21*
246:*12, 15*
250:*2* 257:*7,
11, 15, 16*
259:*8* 270:*6*
**Page/Line** 3:*2,
9*
**page-by-page**
169:*12*
**pages** 39:*21*
40:*1* 111:*2*
112:*24*
113:*19* 117:*8*
138:*10*
144:*23* 146:*6*
151:*24, 25*
166:*21*
269:*10* 270:*3*
**paid** 35:*3, 6, 7*
42:*17* 43:*4,
19* 44:*4* 77:*16*
**paper** 27:*3*
212:*22* 216:*7,
16*
**papers** 27:*2*

**paragraph**
11:6 26:*17*
53:5 76:*23*
82:*9* 83:*11*
84:*12* 88:*19*
114:*15, 19*
115:*17*
117:*12* 152:*4*
159:*14* 169:*5*
170:*18*
177:*17*
178:*11, 24*
179:*25* 181:*3*
182:*23*
200:*15*
208:*24*
209:*14*
213:*25*
218:*15* 219:*1*
221:*6* 231:*8,
11, 22* 257:*24*
**paragraph-by-
paragraph**
107:*25*
**parameter**
152:*7*
**parameters**
199:*11*
**parent** 112:22
114:*12*
**parentheses**
136:*16*
**Park** 2:*5*
119:*8*
**part** 9:7 19:*5*
26:*9* 27:*16*
32:*16, 25*
33:*4* 39:*7*
45:*2* 49:*12*
51:*8, 18*
62:*13, 16*
69:*2* 72:*8*
76:*12* 89:*5*
107:*3* 118:*12*
124:*18*
127:*20*
136:*19* 148:*7*
177:*22* 194:*2*
195:*6* 226:*5*
240:*13* 262:*7*

**participant**
153:*19*
**participants**
127:*9* 129:*1,
7* 147:*18*
151:*5* 165:*23*
**particle** 72:*9*
147:*25* 159:*6*
194:*1* 195:*11*
248:*5* 252:*15*
253:*5*
**particles** 72:*8*
**particular**
14:*10* 15:*10,
16, 25* 47:*6*
197:*3*
**parties** 7:*15,
20* 269:*14*
**parts** 11:*11*
61:*22*
**party** 227:*17*
**pass** 19:7, *11*
21:*15* 25:*1, 7*
32:*15* 76:*6, 8*
160:*12*
258:*18, 23*
**passed** 71:*24*
86:*9* 121:*1*
**paste** 21:*20*
**pathway**
58:*23* 62:*1,
18* 63:*5, 7, 9,
11, 13, 15, 23*
65:*10, 23* 68:*7*
**pathways**
56:*14* 58:*20*
64:*23* 68:*15*
69:*17, 23*
**patience**
182:*25*
**patient**
103:*14*
122:*11*
135:*19* 157:22
**patients** 75:*5*
102:*20*
103:*10* 106:*4*
127:*24*
130:*16*
132:*18*

Confidential Information - Subject to Protective Order

220:*11*  248:*9*
267:*2*
**pattern**  56:*17*
121:*13*
**pause**  7:*19*
**payment**  42:*18*
**PDF**  95:*9*
97:*11, 13*
105:*12*
111:*17*
144:*21*
146:*17, 19*
147:*1*  150:*3*
212:*7*
**peak**  135:*13,*
22  136:*7, 9*
141:*19*
216:*10, 12, 18*
**peaks**  216:*17*
**peak's**  135:*17*
**PEG**  24:*10*
**people**  51:*12*
87:*19*  100:*3*
101:*4*  136:*6*
188:*22, 23*
195:*14*  262:*11*
**people's**
182:*15*
**percent**  27:*12*
59:*17, 20, 24*
60:*3, 4, 10, 11,*
23  129:*2, 5, 6*
134:*4*  139:*3,*
7, *16, 24*
148:*8*  150:*24,*
25  159:*25*
160:*20, 23, 25*
161:*9*  168:*6*
170:*21*  198:*4*
199:*9*  253:*20,*
21
**percentage**
59:*21*  128:*25*
160:*11*
**performance**
75:*20*  130:*21*
**performed**
221:*12, 25*
**period**  133:*3*
179:*3*  218:*18*
219:*4*  220:*3*

**periodically**
263:*25*
**periods**  132:*20*
**person**  162:*22*
182:*3*  193:*13*
254:*2, 5, 9, 10,*
11
**personal**  8:*14*
**personally**
81:*20*
**PHARM.D**
1:*13*  3:*3*  5:*9*
6:*2*  8:*1*
242:*6*  269:*3*
270:*1, 20*
**Pharma**  2:*7*

**Pharmaceutical**
2:*6*  11:*9*
98:*12*  201:*17*
**Pharmaceutical**
s  2:*6*  57:*21*
**Pharmaceutics**
183:*1*  195:*6,*
14  252:*24*
253:*12*
**pharmacies**
263:*22*
**pharmacist**
241:*3*  262:*22*
264:*17*  265:*1*
266:*17*
**pharmacists**
241:*11*
**pharmacodyna**
**mic**  61:*18*
62:*6*  101:*13*
258:*5*
**pharmacodyna**
**mics**  101:*11*
**pharmacodyna**
**mic-shared**
62:*12*
**pharmacokinet**
**ic**  9:*21*  48:*18*
61:*17*  62:*5*
101:*15*
151:*18*  195:*9*
258:*5, 11*
259:*12*

**pharmacokinet**
**ic-based**
243:*23*
**pharmacokinet**
**ics**  30:*4*  101:*9*
**pharmacologic**
232:*10*  245:*3*
**pharmacology**
29:*10*  76:*16*
**pharmacy**
239:*25*  263:*24*
**pharmadynami**
**c**  64:*8*
**pharmakinetic**
64:*8*
**phase**  44:*17*
98:*11*  110:*20,*
21  226:*15*
**phases**  100:*3*
**Philadelphia**
174:*3*
**Phillip**  2:*19*
7:*3*
**phonetic**  250:*9*
**phrased**
209:*10*
**physical**
39:*16*  166:*24*
**physician**
153:*4*
**pick**  138:*23*
196:*1*
**picture**  69:*2,*
3, *14, 15*  70:*1*
**pictures**
215:*25*
**pieces**  176:*8*
212:*21*
**pills**  66:*22*
67:*22*  76:*19*
**pilot**  147:*6, 13*
**PK**  145:*2*
199:*10*
**PK-09-024**
82:*15*
**PK-09-100**
57:*22*  143:*18*
**PK-09-103**
57:*22*  59:*15*
60:*22*

**PK-09-192**
73:*8*
**PK-09-193**
73:*8*
**PK-09-23**
82:*15*
**PK-10-023**
73:*9*
**place**  27:*23*
98:*21*  167:*25*
219:*5*  265:*11,*
13  269:*6*
**Plaintiff**
44:*16*  80:*2*
111:*20*
**Plaintiffs**  1:*14*
2:*2*  5:*7*  6:*3*
111:*18*  242:*5*
247:*21*  259:*6*
**planned**
226:*15*
**play**  126:*2*
255:*22*
**please**  7:*19*
10:*25*  113:*3,*
12  158:*23*
161:*22*
164:*18*
207:*21*  209:*8*
211:*13*  235:*9*
237:*11*
244:*25*
245:*17*
257:*10, 12, 23,*
24  261:*17*
266:*4*
**plus**  50:*11*
66:*12*  67:*14*
73:*5, 21*
76:*19*  79:*1*
81:*8, 17*  82:*1,*
11, 20, 23
83:*2*  84:*16,*
24  85:*3*
87:*23, 24*
88:*9, 11, 13,*
14, 21  90:*11,*
12  201:*16*
**point**  38:*18*
52:*3, 5*  54:*6*
55:*19*  72:*18*

90:*15*  101:*15*
103:*7*  121:*11*
138:*21*
156:*10, 15, 19,*
20, 24  157:*1*
163:*9*  171:*20*
173:*7*  200:*24*
202:*2*  214:*17*
216:*2*  232:*5*
236:*2*  257:*12*
**pointed**  261:*4*
**points**  52:*8*
101:*13*  109:*8*
160:*11*
257:*11, 14*
**policy**  263:*6*
**poor**  171:*3*
**popped**
188:*19*  220:*25*
**population**
60:*10*  97:*24*
101:*20*
103:*14*
127:*12*  147:*10*
**populations**
100:*2*
**portion**  25:*16*
233:*2*
**position**  182:*2*
233:*16*
234:*15*  236:*8*
263:*4*
**positions**
182:*15*
**positive**  49:*9*
**positive/trustfu**
**l**  209:*1, 18*
**possession**
163:*11*  262:*23*
**possible**
100:*22*  196:*7*
225:*5*
**possibly**
157:*10*  236:*15*
**postdoctoral**
131:*11*
**post-MI**  237:*2*

**postmyocardial**
102:*13*

Confidential Information - Subject to Protective Order

poststudy
152:6  153:5,
21  154:3
potential
98:19  107:2
262:2
powered  149:7
PowerPoints
109:13
pr  183:2
PRACS  4:11
173:18
174:13
175:15, 23
176:9, 16
249:15
P-R-A-C-S
173:18  175:16
practice
121:13  263:5
practiced  99:3
practicing
99:5
precision
203:4
preclude  103:5
predetermined
178:4  180:18
predict  29:17
predictable
64:19
predicted
52:10
predominantly
100:20  101:1
predose
142:15
preforms
222:8
pregnancy
98:20
pregnant
100:8, 9
premises
58:13
preparation
44:23  231:3
prepared
188:13
preposit  44:23

prescribed
220:13
Presence
13:15  14:1
17:9  18:5
69:5  82:3
197:11, 12
224:16
232:25
236:24
238:25
248:25
252:12
254:18  255:6
257:19  258:6
Present  2:10
68:6  245:10
258:13
presented
144:3
president
232:25
Press  5:2
217:17
pressure  62:8,
10  237:1
253:6
pretty  17:25
29:20  196:11
257:4
prevent  21:16
214:12
prevented
167:23
preventing
20:11  21:2, 3,
9
prevention
98:21  232:11
245:5
Preview/find
36:8
previous  9:12,
25  10:5
21:20  34:13,
15  101:5
144:14
151:13  179:9
188:18  212:2
219:23

235:12  266:7,
14
previously
35:22  61:23
68:25  95:6
104:10
109:24
146:10  159:5
168:24  189:2
194:2  238:2
239:18
primarily
14:23  61:14
63:17
primary  70:18
Princeton
4:20  5:1
53:11  81:7
199:17
201:16
202:14, 19
203:3  207:12
210:6, 11
213:7, 14
Princeton's
55:20, 23
81:17, 22  82:1
principles
25:6  259:12
printer  22:24
printing  113:8
printout
135:14
printouts
212:6, 8, 21
prior  20:3
49:23  55:21
67:4  110:5
164:1
priori  204:1, 4
privilege
112:23  114:13
probable
14:22  15:18
156:15  157:3
233:20  234:2
235:15, 24
probably
12:13  13:6
22:23  34:7
64:21  65:5

69:9  72:24
86:12, 13, 21
107:21
128:18  133:2
136:8  139:3
140:6, 10
143:2  154:9
155:11, 14
156:12  157:7,
9, 11, 14
164:9  173:9
191:25
198:12
213:19
215:24
240:11
243:21  244:3
problem
27:16  115:2
184:8  189:3
221:15
226:20  246:7
Procedure  6:7
203:23  204:1
proceedings
6:5  268:4
process  9:9,
20  30:5  39:8
40:10  52:16
57:5  68:13
72:3, 9, 13, 15
102:21
133:21
134:19
173:10  194:3
217:14
230:18
232:16  240:4,
5, 13  252:18,
25  258:11, 24
264:1, 15
processes
151:18  211:22
processing
171:10
produce
236:25
produced
16:8  33:24
109:19
110:17  111:3

112:25  114:1
146:7  162:5
163:17  199:4
product  54:3,
10  59:23
66:8  77:19,
22  78:15
79:11, 21
84:2  91:8
95:18, 20
97:20  100:20
161:25  162:1
164:8  172:8
194:10  197:3,
5  201:12
222:1  224:6,
11  229:22
232:9  239:7
240:9, 15
241:13
245:10, 11
247:13, 15
248:7, 21
254:3, 5, 6
production
54:9, 11  55:1,
4  77:19
PRODUCTS
1:4  7:9
54:14  56:10
58:14  86:4
93:7, 9  94:9
104:4, 5
163:8  183:5
215:12
217:23
223:22  225:6
232:24
239:10  245:7
248:2  249:5
253:13  254:3,
13  255:10
257:22
proffer  236:14
programs
263:24
Project  129:21
projects
178:17
prom  100:20

promises 214:6
pronounce 37:3
proof 155:14
proper 222:9 237:21
properly 206:9, 11
proportions 97:22
proposed 259:5
proposing 250:7

PROTECTIVE 1:10
protocol 174:9 175:10 188:1 203:24 204:1
protocols 98:11
prove 54:24 134:17 208:3
provide 87:20 97:23 109:17 172:23 203:4
provided 47:15, 17 89:6, 21 98:16 108:2 110:7 122:9 123:10 136:15 162:10 163:23 169:23 171:17 181:18 207:9 237:21 260:7
providing 37:13
Public 6:14 264:18 266:19 269:8 270:23
publication 134:15

publications 243:25
published 96:3 134:15 243:22
pull 10:8 94:23 107:8 112:17 123:23 124:3, 12 149:17 185:11 230:21
pulled 153:20
purchase 194:25
purchased 71:18
pure 250:25
purely 75:25 239:5
purpose 9:24 74:7
purposes 6:5
put 51:13, 19 70:3 77:5, 10 83:19 158:19 159:1 231:19 232:5

< Q >
qualification 142:15
qualified 87:21 195:14
quality 130:21, 22 131:20 133:10, 20 134:2, 10 142:2
quantification 203:5
quantified 24:8, 9 140:3
quantifying 24:11
quantities 56:12 67:17 82:4, 5 85:5, 8 90:16 223:13 236:6 249:9, 10

Quebec 188:21, 25
quest 263:17
question 9:13 18:18 29:1 32:25 48:9 61:23 64:5 87:15 101:6 110:12 111:12 113:20 115:5 151:14 160:22 172:13 180:4 195:15 204:8 209:11 234:23 235:2, 12 237:9 239:9 254:23 255:3 262:5, 7 266:7, 10, 15
Questioning 172:11 176:24 197:2 244:6
questions 6:11 172:10 206:16 211:12 241:15 244:6, 10 247:8, 10 249:21, 24 255:17, 19 257:18 261:8 264:25 267:19
quick 177:1 185:3 242:21 261:14
quit 237:11
quite 163:17 195:10
quote/unquote 235:19
quoting 231:24

< R >
R12-0904 189:19 190:7
race 126:2, 5

255:13
racial 125:20
raised 206:16 207:6
ran 134:16
Ranbaxy 114:7 115:13 117:13
random 138:24
randomly 111:23 212:1
range 11:11 30:3 60:11, 17 74:18 135:12 154:2, 4, 19 155:7 179:11, 12 252:7, 11
ranges 148:18
rate 70:19 101:12 259:20
rationale 255:8
rats 14:23 22:14 23:7, 22 24:12
raw 170:22 213:12 215:24
reach 16:16 18:16, 22 236:9 256:19 258:25
reaches 234:16
reaching 17:6, 13 18:7, 9
read 20:13 80:2 95:25 96:13 104:10 110:22 111:17, 19 115:10 117:23 121:24 124:23 161:19, 21 164:11 199:7 201:9, 20, 21 205:12 206:14 209:8, 13 210:20

211:2 215:16 217:8, 9 219:10 221:2 235:12 244:24 245:16 246:20 247:3 253:2 257:10, 23, 24, 25 265:16 267:20 270:3
reading 6:16 93:1 168:8
reads 14:18 19:24 20:8 48:15 102:19 208:1 222:8
ready 210:25 220:24 246:5
real 17:19 143:8 177:1 185:3 242:21 261:14
reality 164:7
realized 143:1
really 31:22 51:8 74:14 87:15 100:1 106:9 130:13 140:25 160:5 166:20 193:19 212:10 224:6 238:19
realm 103:20
reanalysis 137:22
reanalyzed 171:3, 10 172:18
reask 235:5
reason 14:10 15:11, 16, 25 47:9, 10 49:5 58:25 62:5, 6, 13 67:19 74:17 82:7 83:16 85:7 89:3 100:10 101:19, 22 103:13 106:5

Confidential Information — Subject to Protective Order

116:*1, 4*
125:*24*  133:*8*
135:*4*  142:*4,
8, 13, 16, 18*
148:*10, 15, 24*
151:*16*
154:*20*  160:*2*
173:*10*
176:*16, 18*
197:*9*  235:*25*
265:*9*  270:*6*
**reasonable**
259:*24*
**reasons**
101:*24*  142:*8*
145:*8*  172:*24*
258:*10*  262:*19*
**reassay**
137:*25*  138:*3,
11, 13*  140:*16*
141:*25*
**recall**  10:*4*
40:*6*  42:*19*
54:*19*  66:*21*
71:*10*  72:*1*
74:*10, 15*
80:*1*  87:*10,
13*  114:*3*
122:*17, 22, 24*
125:*13*
137:*14*  179:*9*
189:*23*
195:*23*
221:*18*
225:*15*
237:*24*  238:*4*
244:*5, 10*
249:*20, 24*
255:*19*
**recalled**
195:*19*
**recalls**  225:*4*
**receive**  69:*25*
212:*11*
**received**  28:*7*
35:*2*  37:*16,
25*  38:*16, 18*
40:*2*  41:*5, 10*
54:*7*  69:*21*
77:*7*  83:*18,
22, 24, 25*

89:*13*  107:*20*
126:*17*  127:*1,
5*  144:*5*
158:*16*  159:*3*
164:*24*  172:*1*
210:*1*  227:*8*
**receiving**
225:*24*
**receptor**
251:*14*
**recess**  23:*13*
45:*23*  94:*18*
149:*12*  185:*7*
241:*22*  261:*20*
**recognize**
174:*13*  260:*11*
**recollection**
104:*23*  109:*6*
171:*25*
174:*23*  181:*8*
**recommendatio
ns**  95:*25*
**recommended**
99:*25*  100:*24*
**recommending**
99:*19*  222:*11*
**record**  7:*2, 23*
23:*9, 12, 15*
26:*6*  45:*22,
25*  54:*7*
94:*15, 17, 20*
110:*14*
113:*10, 14*
145:*19*  149:*9,
11, 14*  174:*25*
185:*3, 6, 9*
199:*1*  235:*13*
241:*21, 24*
242:*25*
244:*24*  247:*5*
261:*16, 19, 22*
268:*2*
**records**  54:*18*
178:*2*  179:*2,
16*  214:*4, 7, 20*
**redid**  71:*7*
**redirect**
241:*18*
263:*15, 16*
264:*10, 24, 25*
**redo**  60:*15*

**redosing**
106:*23*  203:*21*
**reduce**  30:*16*
**reduction**
74:*24*  75:*3, 10*
**refer**  61:*9*
188:*2*  249:*14*
**reference**
54:*12*  83:*14*
88:*1*  106:*20*
124:*24*  161:*9*
162:*1*  199:*13*
201:*12, 18*
250:*4*  254:*3, 5*
**referenced**
187:*6*  190:*22*
220:*3*
**referencing**
97:*6*  193:*23*
196:*4*
**referred**
86:*21*  138:*9*
139:*13*  148:*3*
166:*23*  188:*3*
243:*9*
**referring**  87:*7,
14*  193:*7*
232:*8*
**refers**  246:*25*
**refit**  52:*6*
**reflect**  247:*6*
**reflected**
43:*23*  252:*10*
**reflection**
21:*18*
**reformulate**
161:*15*  164:*9*
**reformulated**
71:*6*  121:*1*
**reformulation**
71:*9*  121:*5*
252:*19*
**refreshed**
245:*20*
**refusal**  115:*12*
**refute**  94:*1*
**regard**  247:*22*
249:*13, 15, 19*
254:*17*  255:*23*
**regarded**
121:*15*

**regarding**  5:*2*
87:*23*  114:*6*
125:*11*  193:*9*
202:*19*  209:*2,
18*  217:*17*
218:*17*
**Regardless**
264:*5*
**Register**  96:*3*
250:*6*
**regression**
51:*13, 14, 18,
20, 21*
**regs**  230:*16*
**regulation**
167:*20, 22*
**Regulations**
177:*22*
214:*22*  244:*21*
**regulatory**
87:*16, 18*
96:*10, 15*
98:*2*  103:*21*
116:*20, 24*
117:*21*  118:*4,
5*  119:*1, 2*
120:*11, 15*
121:*21*
123:*19*  124:*6,
8*  128:*1*
226:*14*
240:*22, 25*
247:*8, 9*
**regurgitating**
231:*19*
**regurgitation**
231:*16*
**reinjected**
132:*3*
**rejected**
172:*18, 24*
**relate**  24:*24*
25:*9*
**related**  55:*2*
156:*12*  157:*7,
11, 14*  158:*7*
159:*5*  169:*6*
190:*7*  209:*5,
22*  211:*22*
228:*18*

**RELATES**
1:*6*  236:*15*
**relating**  106:*3*
**relation**  18:*23*
27:*18*  58:*9*
76:*4*  107:*19*
108:*1, 5*
111:*5*  137:*15*
141:*10*
156:*15*  157:*3*
**relative**  222:*21*
**relatively**
162:*25*
**Release**  5:*2*
86:*14*  195:*12*
217:*17*
227:*21*  254:*8,
12*
**released**
86:*25*  153:*23*
**releasing**
253:*9*
**relevance**
26:*1*  33:*18*
97:*15*  176:*23*
178:*6*  180:*8,
22*  183:*10*
217:*24*  219:*14*
**relevant**  84:*9*
177:*1*  181:*4*
257:*17*
**reliability**
219:*8*
**reliable**  27:*4*
**reliance**
110:*18, 20*
118:*13*
**relocated**
174:*20*  176:*20*
**relying**  72:*20*
226:*18*
**remained**  60:*1*
**remaining**
214:*7, 20*
**remarks**  147:*9*
**remember**
8:*12, 16*  33:*3*
71:*3*  168:*7*
254:*1*

Confidential Information - Subject to Protective Order

**REMOTE** 2:*1*
6:*5* 7:*7, 18*
45:*1*
**Remotely**
2:*10* 7:*16, 17*
**removal**
106:*15, 24*
**remove** 12:*15,*
*18* 14:*8* 15:*7*
105:*18, 25*
**removed**
12:*11* 14:*5*
15:*10, 12, 17*
106:*19*
**repair** 22:*12*
23:*6, 21*
24:*11, 20*
25:*4, 7, 9, 21*
**repeat** 53:*22*
55:*18* 134:*1*
137:*13*
148:*13, 15, 21*
206:*8*
**repeated**
147:*16, 17*
**repeatedly**
247:*7*
**replace** 9:*12,*
*25*
**Report** 3:*10,*
*11* 8:*18, 22,*
*23* 9:*4, 17*
10:*5, 6, 9, 14,*
*19, 25* 11:*2, 5,*
*18, 21* 12:*4, 7,*
*12, 16* 13:*12,*
*13, 17, 25*
14:*3, 9, 13, 15,*
*18, 25* 15:*3, 4,*
*8, 21* 16:*2, 4,*
*7, 14, 20* 17:*1,*
*4* 19:*17, 18,*
*20* 20:*4, 8, 17,*
*18, 22* 21:*20,*
*21* 22:*5, 8, 11,*
*17, 22* 23:*4, 5,*
*19, 20* 24:*3, 9,*
*22* 25:*10, 16,*
*18* 26:*2, 4, 8,*
*13* 36:*16, 24*
37:*8* 39:*14*

40:*23* 41:*20*
44:*15* 45:*11*
46:*4* 47:*12,*
*14* 53:*4, 9*
56:*7* 70:*4, 5*
72:*11* 77:*7*
86:*22* 90:*25*
109:*22, 23*
110:*1* 122:*11*
123:*4* 124:*20,*
*21* 125:*5*
126:*14* 127:*2,*
*7* 139:*13*
143:*22* 145:*6*
150:*9* 155:*4*
158:*15*
162:*14* 164:*2,*
*24* 165:*2, 17*
166:*23* 167:*5*
169:*10, 15*
170:*15*
171:*23*
174:*11*
175:*12* 184:*6*
185:*20, 23*
186:*2* 187:*3,*
*23* 188:*8, 11,*
*15* 190:*22, 25*
192:*10*
196:*13* 198:*7*
200:*5* 202:*21*
203:*16*
204:*13*
205:*18*
212:*12*
224:*16* 226:*2,*
*6* 227:*24*
228:*2* 231:*4,*
*15* 232:*22*
234:*4, 20*
235:*17, 20*
236:*13, 16, 23*
239:*23*
240:*23* 241:*1,*
*8* 248:*18*
251:*7* 255:*6*
256:*25* 257:*3,*
*14* 262:*2, 14*
264:*9, 23*
265:*4*

**reported**
51:*17* 74:*23*
138:*2* 139:*15*
140:*13, 15, 18*
142:*8* 184:*5,*
*17, 21* 225:*23*
269:*7*
**Reporter** 6:*15*
7:*24* 235:*3, 4,*
*6, 9, 11*
260:*18, 22*
269:*8*
**REPORTER'S**
269:*1*
**reporting** 7:*19*
**reports** 19:*9*
33:*15* 38:*19*
58:*22* 111:*20*
122:*10* 127:*4*
206:*7, 23*
233:*18, 24*
**represent**
146:*6* 176:*15*
**representative**
127:*12*
**represented**
189:*24*
**represents**
190:*4*
**request**
107:*23* 108:*6*
162:*15* 208:*2*
225:*21*
**requested**
47:*18* 108:*3,*
*24* 109:*15*
167:*24* 226:*1*
**requesting**
166:*13*
**requests**
108:*1, 21*
**require** 85:*25*
86:*6, 10*
127:*21*
**required**
74:*12* 104:*4*
128:*5* 152:*22*
**requirements**
70:*20, 21*
95:*15* 96:*1*
177:*21*

**requires**
53:*18* 55:*6*
85:*18* 95:*16*
248:*4*
**rereviewing**
44:*18*
**rerun** 140:*17*
142:*3*
**Research** 4:*13*
14:*21* 177:*3,*
*8* 181:*5*
182:*12* 183:*7,*
*23* 184:*20*
186:*10*
187:*16* 188:*1*
**reserve** 237:*17*
**reserved** 6:*11*
**residency**
50:*2* 243:*15*
**respects** 27:*6*
**respond**
162:*18*
**responded**
205:*22*
**responding**
107:*22*
**response**
17:*22* 75:*8*
108:*20* 110:*4*
114:*20*
170:*22*
195:*24*
205:*13*
211:*11* 233:*2*
239:*3, 13*
249:*12*
251:*22* 258:*14*
**Responses** 5:*7*
242:*4*
**responsible**
37:*19* 42:*22*
**result** 28:*1, 4*
84:*1* 117:*4*
119:*16, 20, 24*
120:*1* 127:*2*
133:*13, 15, 16,*
*17* 136:*24*
140:*5, 7*
209:*25* 253:*8*
**results** 39:*16*
54:*13* 117:*14,*

*15* 118:*2, 20,*
*21* 119:*17*
120:*20*
133:*25* 134:*1*
138:*11, 13, 14*
140:*25*
147:*11*
156:*17, 18*
160:*1* 161:*23*
166:*24* 180:*6*
189:*15*
190:*24* 195:*4*
204:*20*
221:*16*
222:*22, 24*
223:*5* 227:*3*
240:*6* 252:*3,*
*6, 10, 20*
253:*23*
**retain** 206:*6,*
*22* 254:*13*
**retained** 69:*4*
79:*17*
**retested**
117:*14*
119:*15* 120:*19*
**retesting**
118:*20* 119:*25*
**return** 153:*6*
154:*10* 262:*24*
**returned**
176:*9*
**review** 9:*10*
23:*4, 18* 26:*7*
38:*7* 40:*16,*
*22, 23* 80:*9,*
*12* 84:*8, 9*
89:*7, 8* 94:*8*
98:*9, 10*
113:*5, 16, 18*
114:*4* 133:*23*
164:*5* 169:*15*
196:*8* 213:*8,*
*15* 220:*23*
250:*21*
**reviewed**
54:*18* 91:*7*
95:*5* 106:*18*
111:*4, 7, 10*
126:*21, 23*
134:*15* 164:*3*

Confidential Information - Subject to Protective Order

189:*21*
219:*24*
231:*24* 239:*6*
242:*12* 248:*19*
**reviewer**
164:*22, 23*
**reviewers**
134:*17*
**reviewing**
23:*10* 35:*17*
36:*3* 39:*3, 5*
44:*15* 113:*11*
137:*14*
203:*12* 250:*17*
**reviews**
124:*25* 125:*7*
156:*13* 211:*1*
221:*1*
**revised** 72:*3*
**rid** 263:*22*
**right** 8:*11*
12:*21* 13:*10,*
*14, 18* 14:*11*
20:*6* 22:*10,*
*25* 23:*3, 17*
26:*11* 33:*6,*
*10, 20* 34:*1, 4*
35:*12* 36:*22*
43:*18* 44:*1*
46:*1, 10* 48:*7*
53:*3* 54:*16*
57:*19* 59:*15*
61:*6* 71:*3*
73:*3* 76:*9, 11*
81:*3, 6* 83:*11*
95:*5, 12*
96:*24* 97:*19*
102:*9* 105:*10,*
*15* 106:*1*
113:*1, 13*
115:*7, 16*
117:*7, 10*
124:*11, 19*
129:*14* 130:*9,*
*10* 132:*2*
142:*7, 22*
144:*18, 22*
145:*22*
146:*20*
149:*16* 152:*2*
157:*23* 159:*9*

160:*8* 161:*1*
165:*12, 22*
168:*17*
170:*18*
172:*22*
173:*12* 174:*7*
175:*2, 22*
177:*7, 17*
178:*9, 10, 24*
179:*23* 182:*8,*
*16* 185:*10, 16*
186:*17*
187:*10* 189:*4*
191:*14* 192:*5,*
*17* 194:*4*
197:*20, 25*
198:*14*
199:*16* 202:*1*
203:*2* 204:*9,*
*21* 210:*10*
213:*5, 24*
215:*6, 7*
217:*16*
220:*14* 221:*3,*
*17, 18* 223:*5*
230:*20* 231:*7*
232:*1* 237:*18*
246:*4* 248:*14*
261:*13* 264:*5*
**right-hand**
11:*4* 59:*16*
150:*5* 165:*13*
167:*3* 198:*14*
199:*22*
**rings** 144:*2*
198:*4*
**risk** 21:*17*
25:*11* 259:*4*
**ROBERT** 1:*5*
**role** 255:*22*
**rolls** 216:*9*
**RO-MDL** 4:*4*
165:*4*
**RO-MDL-**
**2875-0004639**
4:*4* 157:*25*
**RO-MDL-**
**2875-0061940**
4:*3* 149:*18*

**RO-MDL-**
**2875-0080263**
4:*7* 168:*19*
**room** 45:*19*
**root** 50:*14*
71:*2* 72:*16*
**round** 29:*5*
161:*17*
**route** 32:*14,*
*16* 64:*15*
234:*9*
**row** 159:*25*
**rule** 29:*10*
95:*14* 96:*1*
**Rules** 6:*6*
**run** 42:*3*
132:*8, 9*
133:*6, 18*
134:*5* 135:*11,*
*22* 136:*23*
182:*25* 206:*8*
248:*2*
**running** 97:*15*
109:*5* 133:*8*
**runs** 172:*18,*
*24* 216:*7*
263:*24*

< S >
**S50** 152:*5*
**SA** 2:*7*
**safety** 103:*4*
156:*17, 18*
**SAITH** 268:*3*
**sample**
131:*18*
132:*10, 22*
133:*14* 135:*4,*
*24* 141:*10*
142:*15*
171:*10* 178:*2*
211:*24*
**sample/second**
211:*25*
**samples**
117:*14*
118:*20*
119:*25*
120:*19*
130:*15* 131:*1,*
*3, 8, 15* 132:*3,*

*16, 19* 133:*3,*
*5* 134:*16, 25*
135:*11*
136:*21*
137:*13, 22*
142:*3* 171:*2,*
*6, 9* 172:*17,*
*25* 178:*3, 16*
180:*16, 18*
189:*1* 206:*4,*
*11* 211:*23*
**sanctioned**
138:*19*
**sanctioning**
237:*25*
**sanctions**
237:*18*
**sat** 21:*21*
36:*16*
**satisfaction**
205:*17*
**satisfactorily**
205:*22* 207:*9*
**saturate** 30:*7*
**saturated**
30:*6, 10*
**saw** 70:*16*
106:*20*
119:*19*
120:*24* 121:*1*
144:*14* 148:*3*
159:*5* 194:*2*
**saying** 79:*15*
93:*4* 179:*15*
184:*16*
188:*16* 206:*3*
208:*25* 217:*5*
234:*7* 265:*5*
**says** 13:*15*
14:*1* 19:*20*
21:*2* 59:*16*
95:*14* 97:*20*
101:*1* 104:*3*
105:*17*
114:*16*
115:*19*
117:*12* 125:*1*
130:*11* 134:*3*
135:*3* 140:*3*
142:*8* 144:*23*
146:*5, 13*

152:*5* 156:*15*
158:*13*
164:*21*
170:*19* 171:*1*
172:*16* 176:*7*
177:*18*
178:*13* 180:*3,*
*16* 182:*24*
184:*15*
185:*17*
189:*14*
190:*14* 191:*4*
192:*21* 193:*8*
194:*9* 198:*15*
200:*15, 17*
204:*23* 207:*3*
210:*6* 211:*11*
213:*7* 226:*15*
246:*18*
**scale** 54:*25*
**scales** 55:*4*
**scan** 212:*6*
**scanned**
214:*17* 216:*2*
**scanning**
214:*6, 19*
**science** 252:*18*
**scientific**
80:*24* 182:*11*
225:*10* 249:*6*
251:*1* 255:*7*
259:*3, 24*
**scope** 15:*20*
96:*11* 116:*2*
117:*21* 120:*9,*
*22* 121:*20*
124:*6* 127:*14*
153:*13* 215:*1,*
*3, 18* 222:*17*
227:*24*
234:*19*
236:*13*
239:*22*
240:*23* 241:*7*
263:*2, 15, 19*
264:*9, 22*
265:*10, 17*
**scratch** 18:*8*
24:*19* 67:*8*
70:*7* 119:*12*

Confidential Information - Subject to Protective Order

153:*9* 192:*14*
222:*12* 234:*14*
**screen** 26:*8*
130:*4*
**scroll** 113:*3*
144:*21* 147:2
170:*3* 176:*3*
**search** 9:*9*
**second** 17:*1*
40:*9* 42:*8*
51:*11, 12*
115:*17*
124:*18*
133:*16*
138:*12*
139:*15* 140:2
146:2 152:*4*
156:*10, 14, 18,
20* 169:*4*
173:*14*
178:*11* 181:*3*
182:*19*
187:*15* 194:*8*
199:25
207:*19, 21*
211:*25* 213:6
221:6 222:*3*
234:*3* 235:*17,
20* 250:2
258:*17*
**Secondly**
166:*15* 184:*4*
**section** 9:*20,
22* 54:*8* 66:6
76:*18* 87:*23*
137:*12* 187:*3*
231:*14*
232:22
236:22 251:7
257:*8*
**sections** 17:2
**see** 11:*5, 13,
19, 25* 12:*10*
13:*20* 14:*24*
16:*10, 17*
20:*3, 21* 21:*1,
5* 22:*11, 17*
23:*5* 30:25
34:*5* 36:*13*
38:*11* 39:25
41:*20* 53:*24*

58:*13* 64:6
65:*10, 25*
69:6 70:*23,
25* 87:6
88:*23, 24*
89:*1* 95:*13,
22* 102:*24*
103:*25* 104:*2,
7* 105:*16*
109:6 114:*18*
119:*11, 14*
124:*16, 20*
128:*19*
129:*20* 131:2
132:*2, 10*
134:*24* 135:*2,
3* 136:*14*
137:*21* 139:*8*
140:*17* 141:*3*
142:*7* 143:*13,
17* 146:*4, 12*
147:*3, 5, 8*
148:*18, 22*
150:*18* 152:*5*
155:*7* 156:*11*
157:*1* 158:*13,
14* 159:*13, 25*
164:6, *14*
165:*13*
166:*24* 167:*4*
168:*5* 169:*3,
5, 12, 14, 16, 20*
170:*19, 24*
171:*1, 7*
172:*16, 22*
173:*1, 2, 14*
174:*9* 175:*9,
13* 176:*7*
177:*7, 9, 18,
23, 24* 178:*8,
13, 20, 25*
179:*7, 19, 20*
180:*3, 10, 16,
23* 181:*2, 25*
182:*14, 24*
183:*11*
184:*11*
185:*16, 18*
186:*9, 17*
187:*18*
188:*16*

189:*14, 17, 18*
190:*14, 18*
191:*4, 12, 13*
192:*5, 20, 23*
194:*8* 198:*10,
13, 15* 199:*21*
200:*3, 16, 21*
203:*2, 8, 13,
20* 204:*9, 20*
206:2 207:*23,
25* 208:*1, 19,
22, 24* 210:6,
8* 211:*10, 13*
213:6 214:2
217:*2, 4*
218:*5, 8, 15*
219:*2, 22*
222:7 226:*13*
231:7 243:*1*
245:*1* 254:*11*
257:7
**seeing** 74:*11,
15* 114:*3*
221:*19* 245:*19*
**seen** 94:*12*
97:*9* 99:*4*
101:*8* 107:*13,
15* 113:2
119:*23, 24*
126:*11* 130:*1*
137:*16*
143:*24* 146:*9*
149:*23, 25*
158:*4* 159:7
165:*19*
168:*23*
173:*19* 174:2
177:*14*
186:*25*
189:*10*
190:*11* 192:2
197:*25*
207:*16*
210:*15, 22*
214:*8* 218:2
220:*19*
221:*16, 21*
222:*20*
240:*17* 242:*9*
247:*20*
**seismic** 216:*8*

**seismograph**
216:*8*
**select** 52:*8*
111:*23*
**selection** 74:*11*
**sell** 226:*17*
237:6 238:*10,
18* 264:6, *18*
265:*1, 20, 23*
266:*18* 267:6,
*11, 12, 16, 17*
**selling** 219:*19*
**send** 38:*13, 19*
47:*18* 108:*5,
11* 168:*14*
214:*7, 20*
215:*21* 260:*18*
**sending**
126:*25*
213:*17* 223:*3*
**sense** 124:*10*
196:*14*
**sensitive**
102:*1* 152:*15,
19* 153:*15*
**sensitivity**
101:*12* 130:*19*
**sent** 34:*25*
35:*3, 4* 40:*19*
42:*17, 20, 21*
71:*23* 89:*22*
108:*20* 109:*4,
12* 111:6, *16*
112:*10, 14*
114:6 115:2
195:*17*
205:*20, 21*
211:*8* 223:*21*
**sentence**
14:*18* 15:*4*
19:*24* 20:*7,
17* 21:*13, 25*
48:*15* 64:*13*
95:*25* 101:*1*
103:*3* 105:*17*
115:*18*
117:*11*
121:*11*
164:*21*
178:*11* 222:7
231:*11*

**separate**
63:*10, 14* 64:*3*
**September**
34:6, *15, 21*
35:*9, 15, 21*
36:*1* 174:*1*
**sequence**
157:*12* 211:*23*
**serum** 152:*11*
**Services** 7:*4*
**sessions** 45:*1*
**set** 137:*8*
269:*17*
**setting** 116:*15*
**seven** 141:*20*
**sexes** 97:*21*
98:*24* 100:*11*
**SGO** 152:*24*
**SGOT** 152:7
153:*9, 10, 23*
155:*17*
156:*12* 157:6
**SGPT** 152:7
153:*10*
**share** 23:2
68:6 258:*4*
**shared** 62:*1, 2*
220:22
**sheets** 180:*5*
**short** 162:*25*
225:22
**Shorthand**
269:*8*
**show** 64:*25*
80:*18, 23*
90:*17* 155:*3*
242:2 248:*24*
**showed** 86:*14*
184:*1* 248:*23*
**showing** 68:*4*
154:*15*
249:*13, 23*
252:*3*
**shown** 65:*11*
123:*25*
247:22
251:*25*
253:*19* 254:*17*
**shows** 43:*14*
**sic** 21:*13*
57:*17* 64:*8*

Confidential Information - Subject to Protective Order

93:13  106:5
117:11
148:24  211:7
230:22
232:25  260:4,
14, 21
**side**  8:18
11:4  120:15,
16  130:3
**side-effect**
122:13
**sift**  39:10
40:3  72:22
**sifting**  39:18
**signaling**
156:1
**signature**
181:25  182:7,
10
**signed**  114:23
173:25
175:19  181:22
**significance**
75:4
**significant**
177:19  181:3
**signing**  6:16
**similar**  9:2
97:22  125:20,
21  152:14
254:22  255:3
**similarity**
59:22
**simply**  21:19
260:6
**Simpson**  2:16
**single**  47:14
138:5  248:14
263:18
**single-sex**
97:24
**sir**  258:1
**sit**  87:12
96:12
**site**  206:3, 7
207:3, 5
209:2, 19
219:7  251:14
**sites**  123:7
168:8  175:14

**sitting**  22:25
33:6  87:9
**situation**
237:2  256:21
266:23
**situations**
40:3  102:19
103:4
**six**  8:13
140:21
141:19
184:12  206:17
**six-and-a-half**
58:16
**six-and-a-
quarter**  58:16
**sixth**  121:3
**six-year**
182:24
**size**  55:8
71:4  72:4, 7
130:6  147:10,
25  159:6
194:1  195:12
248:5  252:15
253:5
**sizes**  125:21
**skip**  209:9
**slightly**  64:13
138:9  154:4
254:23  255:3
**small**  74:23
75:3, 10
147:10
**Smaller**  19:25
30:2  55:11
**smart**  163:13
**software**
212:9, 15, 20
213:7, 15, 19,
20  215:6, 9,
15  216:17
217:6
**sold**  197:4
217:23
219:15  241:5
**solely**  105:19
247:9
**somebody**
116:8  163:22
214:12

**somewhat**
57:8  212:1
225:22
**sorry**  8:4, 6
24:15, 17
28:17, 18
34:10  39:24
43:25  60:7
70:24  91:25
92:24  94:3
113:7  116:3
140:9  143:15
144:17
148:20
152:25  153:1
154:24, 25
157:1, 5
158:22
160:14  172:7
192:14  196:2
204:23  205:1,
5  211:20
213:1  224:8
233:18  243:2
246:3  254:23
255:20  258:2
266:3
**sort**  16:25
52:1  135:16
**sought**  117:15
118:21
**sound**  43:16
**sounds**  43:18
45:18  112:2
197:9
**source**  206:9
**speak**  17:19
**speaking**  7:20
143:2
**speaks**  138:15
238:2
**spec**  212:4
215:20
**species**  28:7
**specific**  65:9
83:19  89:1
118:7  122:15
126:14
**specifically**
38:11  55:22

73:20  122:20
132:25  246:25
**specification**
149:7
**specificity**
237:20
**specified**
245:12
**speculating**
213:21
**speculation**
31:20  102:7
205:10  207:1
**speeds**  212:11
**spent**  250:17
**spilling**  123:19
**spinning**
211:14
**split-screen**
10:18
**spoke**  266:3
**Springer**  2:10
**square**  52:7,
13
**squares**  51:7,
16  52:9, 21
**stable**  102:22
103:10
**staff**  219:6
**stage**  8:14
**stamp**  95:21
**stand**  136:12
152:9  193:11,
20  194:12
**standard**
53:23  99:6
130:22
133:10  134:3
135:20  136:8
161:9  201:5
202:3
**standards**
71:1, 9
130:21  131:21
**standpoint**
251:1
**stands**  193:16
**start**  34:22
73:1  104:16
195:5  262:9

**started**  36:23
99:3, 18
166:13
196:13
243:19  256:12
**starting**  68:14
82:10  83:11
194:18
**starts**  20:7
53:6  95:13
103:19  106:7
123:19
230:15  252:24
**state**  75:23
163:7  266:4
269:9
**stated**  85:5
93:3  239:18
255:4
**statement**
24:2, 9  65:13
101:16  103:1
105:21
115:23
121:17
231:14, 18
**STATES**  1:1
7:11  223:4,
22  238:11, 19
**statistical**
50:20  60:18
105:18, 20, 25
106:8, 11, 25
200:18  202:9
**statistician**
49:18
**statisticians**
48:25
**statistics**  49:7,
10, 21  120:16
248:12
**stenographic**
7:23
**STEPHEN**  2:7
**steps**  209:4, 20
**Steve**  37:2
45:15  245:18
**stipulations**
98:17
**stomach**

Confidential Information - Subject to Protective Order

53:21, 22
**stop** 221:14
**storage** 240:4
**store** 131:16
**straight**
135:17
**Street** 2:8
116:8
**strengths**
193:3
**structure**
77:14 245:5
**studied** 64:23
65:6 92:8
127:9
**studies** 14:23
17:8, 15
18:11 19:12
22:2 37:14,
25 38:15, 22
39:15 40:13
41:8, 20 46:7,
14 47:8 49:2,
24 50:4, 5, 22
52:17 53:15,
19 54:1, 5
56:1, 9, 19, 21
57:21, 24
58:8 66:11
67:12 68:9,
17, 19 69:11,
18, 20, 25
70:7, 9, 11
72:6 73:7, 19
74:8, 19
75:16 76:6,
25 77:14
78:5, 11, 15,
23, 24 79:8
80:8, 10, 14,
22 81:12, 24
82:14, 16, 25
83:13 84:11
85:1, 15, 19,
25 86:9, 11
87:11 88:24
90:1, 10, 25
91:16 92:5, 8
93:14, 24
94:10 95:17,
19 96:8, 19

99:8, 12, 13
100:11 101:7
102:2, 3
105:19
106:13, 18, 23
118:22 119:5,
11, 14 120:6,
7 122:6, 19
124:1 132:15,
18 134:16
146:13
151:20
152:17
155:12
157:18
159:14
160:12
166:13
167:20 168:1,
3 169:16
170:20, 21
171:2, 9, 23
172:17
179:10, 14, 20
183:5, 6, 24
184:20
186:11 187:6
188:3 190:21
193:5 195:10
196:10
204:11 206:4
208:21 209:6,
22 211:7
218:6, 11
219:18
224:20
225:16, 19
227:6 239:6
243:14, 18, 23
244:2, 4
247:23
252:21
253:19, 20, 25
254:16
**study** 30:9
47:4, 15, 23
49:25 53:16,
17, 19, 22
54:21 55:7,
13, 25 56:20
57:22 59:16

66:17 67:21
68:3 70:16,
23, 25 71:7,
25 74:18
77:17 79:20
86:6, 14 89:1,
6 97:23
98:24 99:20
102:23
118:19
120:17, 18, 25
121:12, 14, 15
122:16 125:2,
3 126:13
127:18, 22
128:17 129:4,
12, 23 132:25
134:25
137:15
143:13, 21
144:6 145:5,
14 147:6, 13,
17, 18 148:10,
13, 16, 21
149:3, 7
150:6, 8
151:6 152:23
153:20, 22
156:12, 16
157:3, 6, 7
158:7, 13
159:4, 18
160:2 162:3,
4 165:13, 16,
23, 24 166:7
167:4, 16
168:8 169:6,
10 174:10
175:11, 16
180:6 186:4,
20 187:7, 17,
24 188:4
189:18, 21
190:7 192:6,
9, 14 193:3, 4,
19 195:25
196:3, 6, 20,
23 197:3
198:19 200:4,
17 203:12, 19,
22, 24 204:1,

19 205:7
206:3, 6, 23
227:16
252:18 254:2
**study-related**
204:15 205:6
**stuff** 197:19
265:5
**SUBJECT**
1:9 107:1
133:2 137:1,
13 138:5, 7,
24 152:5
178:2 192:6
200:17
203:22
206:10 211:25
**subject-by-**
**subject** 41:2
**subjects**
100:22 103:5
106:4 128:8
133:1 134:25
136:5 147:14
149:3 170:23
254:15
**Submission**
3:13 39:8
40:10 94:24
95:15 96:2,
20 107:3
123:14
**submit** 40:12
95:16 96:7,
18 170:21
171:5
**submitted**
8:17 10:9, 14
33:15 34:5
36:15 49:3
95:18 107:1
117:17
119:16
121:14 123:8
124:2 164:15
165:2 180:7
226:2 265:3
**submitting**
164:2
**substance**
27:19

**substances**
251:20
**substantial**
20:20 87:2
**substantially**
115:21
116:18
117:18 121:16
**substituted**
248:20
**suggested**
110:13 222:9
**suggests**
250:11
**suit** 232:23
**Suite** 2:4, 9
**summarized**
257:15
**Summary**
3:13 41:3
77:7 94:25
122:10
126:18 127:7
257:7
**supercede** 9:3,
6
**support** 47:4
67:23 80:20
106:24 249:5
259:5
**supported**
69:22 183:6
**supporting**
97:23
**supports** 90:19
**supposed**
40:11 68:5
96:18 123:14
131:14, 16, 21
241:5
**supposedly**
125:21
**sure** 17:19
18:2 28:13
32:25 46:20
56:7 60:14
77:18 78:8
86:2 89:12,
14 98:17
100:1 105:12
109:8 111:13,

*21* 124:*24*
130:*13*
133:22
136:*13*
155:*20*  156:2
158:6  173:*19*
175:*24*
176:*14*
196:*11*  198:5
208:*4*  209:*15*
210:*17*
227:*14*  262:*4*
**surprising**
132:*21*
**suspect** 173:8
**suspecting**
129:9  150:*1*
198:*3*
**suspending**
218:6
**suspicion**
57:*17*  128:*20*
130:*14*
**swallow** 161:6
**swear** 6:*15*
7:25
**switch** 216:*23*
**sworn** 7:*17*
8:2  269:4
**system** 134:*18*
226:*16*  249:7
**systemic**
16:*16*  17:*7*,
*14*  18:7, *10*,
*16*, 22  32:20
74:*24*  75:*10*
93:5, 6  161:6
219:*4*  256:*19*
259:*1*
**systems** 259:*1*,
4

< T >
**table** 146:*13*
147:3  148:*17*,
*20, 22*  203:9
252:3
**tables** 109:*14*
144:3
**tablet** 55:8
56:*12*  71:6

75:*20*  159:6
193:*17*
195:*13*  251:2
253:7, 8
**tableting** 71:5
72:2, 8, *13, 15*
194:*3*  232:*16*
252:*14*  253:5
**tablets** 159:*15*
161:*24*
201:*16*
258:*20, 23*
**taint** 117:*3*
**tainted**
115:*20*
116:*17*  117:2
121:*15*
**take** 29:*1*, 5,
*14*  30:*16*
31:8  45:*10*,
*13*  50:*10, 11*,
*14*  52:7
72:*21*  75:6
134:*3, 6*
136:*23*
138:*12*  151:9
185:*3*  210:*24*
220:*12, 23*
228:*3*  241:*17*,
*19*  244:*16*
254:*4, 8*
**take-back**
263:*23*
**Taken** 1:*14*
6:2  61:*24*
74:*25*  75:*1*,
*11*  236:4
258:*21*  269:6
270:*3*
**takes** 27:9
30:*21*  31:*1*
32:20  33:2, 8
114:22
127:*12*  162:*19*
**talk** 54:9
193:5  256:*17*
**talked** 125:*10*
181:8
**talking** 40:*21*
73:*3*  105:7
111:2  117:*3*

178:6  183:*20*
193:23
211:*17*
226:*14*  232:6
234:*10*
241:*11*  256:2,
*3, 9*
**talks** 156:*21*
**target** 228:*19*
**targeted** 41:*23*
**taught** 49:*21*
**tech** 216:8
**Technical** 13:5
**technique**
172:5
**techniques**
98:*21*  133:*21*
**tell** 12:*20*
47:*23*  48:*10*
56:*1*  57:6
58:8  67:*12*
68:*20*  73:*19*,
*24*  78:*24*
81:*24*  83:*1*
85:*1*  90:*10*
92:6, *10, 13*,
*18*  98:*13*
99:2  102:*10*
111:22
122:*21*
126:*16, 19*
127:5  135:8
138:*21*  209:*3*,
*20*  242:*18*
**telling** 128:*3*
136:*21*
**temperature**
131:*16*
**ten** 22:*13*
23:7, 22  29:5,
6, 7  31:8
241:*19*  244:*3*
**tendency**
48:*20*  49:*14*
50:*18*  51:*3*
52:*19*
**tendering**
252:2
**Tenjidor** 2:*14*
**ten-minute**
45:*14*  259:*20*

**Tennessee** 6:6
243:*20*  269:9
**tens** 132:*19*
**tentative** 194:9
**tenth** 138:*1*
**ten-time** 121:*3*
**term** 50:*24*
245:8
**terminology**
152:*10*
**terms** 136:*15*
163:*1*
**test** 54:*10*
59:22  101:*20*
103:9  117:*14*
118:*1, 20*
119:*20, 23*
135:22  148:6
160:*3*  161:*25*
180:*18*
186:*18*
196:25
199:*11*
200:22
201:*11*
226:*16*  254:*3*,
*5, 15*
**tested** 11:8
54:4  66:*23*
78:*15*  94:9
103:*14*  117:*14*
**testified** 8:*3*
40:9  69:*13*
93:*11*  99:7
119:*18, 21*
151:*15*  166:*11*
**testify** 92:22
269:*4*
**testifying**
238:6  263:*17*
**testimony**
26:9  57:*11*,
*15*  67:5
181:*17*
264:*10, 23*
268:*1*  269:7,
*10*  270:*4*
**testing** 11:*19*,
*20*  12:8  41:6,
*10*  54:*13*
55:*11, 16, 18*

67:*21*  86:*18*,
*20*  103:22
104:*16*
119:*15*
129:*11*
133:25  134:*1*
152:22  164:6
222:*14*
249:*17*  250:*12*
**tests** 55:2
152:*11*  220:2
226:*19, 22*
**Teva** 2:6
4:*14*, *20*
46:*11*  89:*21*,
*24*  114:5, *23*,
*24*  115:*18*
121:*11*
147:*17*
182:*17*
183:*14*
185:*23*  186:9
187:*24*
188:*13*
189:*24*  190:*4*,
*18, 22, 25*
191:*10, 16, 24*
196:8  197:*4*
226:9
**Teva-MDL**
3:*14*  4:*14*, *17*
5:2  112:*18*
187:*11*  189:6
**Teva-MDL-
2875-00003105**
185:*12*
**Teva's** 46:*17*
47:2, *21*
88:*20*  90:*1*, 5,
*11*  115:*12, 22*
196:*16*, *21*
**Thank** 53:2
64:4  88:*17*
103:*11*
142:*21*
146:*23*  186:2
199:*15*  211:4
230:25
245:*15*
247:*19*

Confidential Information - Subject to Protective Order

258:*15* 259:*7* 261:*9*

**Thanks** 267:*21*

**therapeutic** 236:*25* 237:*4* 239:*3, 13* 249:*12* 251:*22* 258:*14*

**thereof** 249:*2*

**thing** 21:*14* 48:*5* 52:22 64:*12* 80:*4* 109:*9* 116:*24* 167:*19* 216:8

**things** 92:*12* 109:*15* 111:*7, 23* 144:2 154:*6* 212:*20* 216:5 232:*14, 16* 244:*19* 247:*17* 253:*7*

**think** 9:*18* 13:6 19:2 21:*7, 13, 17* 29:20 31:*12, 14, 16* 33:*1* 44:20 52:*15* 68:*19, 24* 70:*4* 72:23 75:*18, 20* 80:*3* 83:*7* 87:*1, 19* 92:*3, 23, 25* 93:2 103:*19, 21* 104:*24* 111:*4* 115:*1, 3* 123:*18, 21* 124:*7* 135:*6* 136:*15* 137:*4* 139:*21* 144:*15* 150:*17* 155:*13* 159:*4* 161:*16* 162:*11, 24* 163:*1, 10, 23* 164:*9, 20* 170:*10* 171:*11* 172:2 174:*12, 16, 17, 19* 183:*17*

184:*7* 187:*2, 8, 25* 192:*12* 194:*12* 196:*7* 198:*22* 209:*16* 210:*7* 223:*11, 24* 224:*15* 226:*20* 227:*20* 228:*15* 229:*24* 230:*17* 231:*21* 236:*19* 240:*11* 247:*25* 248:*13* 254:*20* 255:*2* 260:*3* 262:*18*

**thinking** 103:*6* 198:*8*

**third** 9:*22* 42:*14* 114:*15* 115:*18* 133:*17* 134:*6* 141:*13* 156:*23, 25* 160:*5* 161:*4* 218:*15, 25* 257:*12*

**thorough** 47:*7* 168:*11, 12*

**thoroughness** 168:*16*

**thou** 140:*25*

**thought** 23:*25* 24:*2* 30:*14* 40:*15* 44:*18* 113:*15* 147:*10* 176:*19*

**thousand** 40:*1*

**thousands** 39:*21* 132:*18, 19* 140:*25* 155:*2*

**three** 45:*1* 50:*10, 12* 72:22 76:*15* 90:*15* 133:*18* 140:*20* 160:*1* 172:*1* 179:*25*

219:2 257:*13* 259:*19*

**three-and-a-half** 35:*16*

**three-drug** 88:*4*

**three-quarters** 139:*1*

**threw** 246:2

**throw** 111:*23* 262:25

**throwing** 263:*12*

**time** 7:6 23:*11, 18* 24:*1* 27:9 28:9 29:8 34:6, *23* 43:22 44:*6, 9* 45:*21, 24* 52:*1* 55:25 66:25 67:*12* 78:*13, 22* 92:20 93:*23* 94:*16, 19* 108:*8, 15* 110:8 113:*16, 18* 121:*3* 122:8 132:*20* 134:6 136:*9* 149:*10, 13* 155:*13* 157:*4* 161:6 162:*17* 163:*9, 20* 164:*1* 167:22 173:*7* 185:*5, 8* 187:*16* 197:*5, 17* 200:*24* 202:2 210:*24* 212:*11* 214:*18* 216:*11* 217:*1* 219:*4* 220:*3, 23* 221:*18* 225:*17, 22, 25* 239:*16* 241:*16, 20, 23* 248:*14* 250:*17* 256:*3* 261:*18*

267:*21, 24* 269:6

**times** 22:*13* 23:*7, 22* 32:*3, 5* 50:*13, 14* 55:5 60:*15, 16* 178:*1* 216:*17* 239:9 245:*21* 254:*6* 255:*5*

**timing** 141:*10* 163:25

**Tim's** 245:22

**tinkering** 253:*12*

**tissues** 19:*21* 20:2, *12, 23* 21:*3*

**title** 124:*23* 177:*21*

**titled** 211:*7*

**to-a-patient** 60:*19*

**today** 33:6 44:*8* 57:*11* 84:*20* 87:*9, 12* 99:*4* 189:*25* 190:2 244:*7* 247:22 255:*5* 257:*3, 18*

**Today's** 7:*5* 267:*25*

**Todd** 2:*19* 7:*3*

**toilet** 264:2

**told** 111:*15*

**tone** 143:*4*

**top** 30:*23* 31:*3* 40:*8* 41:*4* 51:*6* 71:*17, 21* 95:23 124:*16* 126:*20* 127:*8* 129:*20* 143:*14, 17* 144:25 146:*12* 150:*5* 165:*12* 167:*3* 174:*9* 175:*9* 182:*23*

185:*17* 190:*17* 191:*5* 198:*14* 199:*21* 201:*13* 208:*23* 213:*1, 2, 5*

**Torrent** 57:*20* 143:*20*

**Torrent-MDL** 3:*22* 4:*1* 142:*23* 145:*23*

**Torrent-MDL-2875-00003054** 144:*20*

**Torrent's** 58:*1, 6* 73:*4, 12, 17* 74:*1* 82:*11, 20, 23*

**total** 42:*4* 45:*7* 108:*14, 19*

**tough** 208:*3*

**trace** 13:*16, 22* 14:2 223:*12*

**traced** 48:*4*

**trainee** 50:*1*

**trainees** 131:*11*

**training** 240:*1* 253:*1*

**Trandologril** 250:*9*

**transaminase** 152:*12*

**transcribed** 269:*11*

**transcript** 270:*4*

**transcripts** 44:*16*

**transformed** 199:*10*

**translate** 252:*20*

**Transportation** 240:*8, 10, 16*

**Traurig** 2:*8* 37:*6, 18* 38:*8,*

Confidential Information - Subject to Protective Order

12 45:4, 10
47:16 189:25
190:4, 6
treat 102:21
103:15
228:18
229:14, 15
treatment
229:22
232:11 245:4
treatments
102:22
trial 50:6
55:18 154:13
221:12, 13, 17
222:23 224:7,
9
trials 99:5
196:9 219:7
224:12
tried 77:5
126:24 127:2
triggered
139:20
triplicate
133:7, 9
trouble 262:8
true 255:12
270:4
try 24:7 37:2
52:2 144:21
161:17
trying 16:24
17:19 220:21
229:15
turn 250:2
turned 154:3
turning 10:23
257:6
twice 35:7
two 19:9
21:13 53:15
59:3 70:18
72:21 74:8
86:3 112:24
117:8 132:3
134:6 135:25
136:1, 10, 24
138:8 140:20
151:24 152:8
175:14 183:2

196:12
204:12
221:11 227:9
251:1 254:13
two-and-a-half
36:2
two-thirds
176:5
type 65:8, 16
127:22 247:7
252:14
259:21 263:4
types 65:6, 24
typewriting
269:12
Typical 31:6
typically 39:2
53:18 136:9
typo 34:8

< U >
U.S 146:14
182:13, 25
197:4 217:24
219:15, 19
241:5 264:18
266:18
Uh-huh
255:20
UL 136:16, 17,
19
ultimate 75:8
253:15
unable 221:24
unapproved
232:24
unaware
78:14, 19
unbelievable
111:25 112:3
uncommon
154:12
155:21
164:10 248:1,
12
undergo 245:9
undergrad
243:16
underlying
40:22, 25
119:10, 13

underneath
203:7
understand
28:14 29:12
34:24 48:7
60:20 100:12
108:21
111:12 114:5
118:1 131:13
195:11 202:3
215:9 243:3
262:12 266:24
understanding
50:20 57:3
69:8 86:3
113:8 139:18
225:3 239:19,
25 240:2
241:4 252:17
253:2
understood
19:6 88:17
undetected
152:19 154:6
unequal 49:12
unexpected
228:10
Unfortunately
189:15
Unintelligible
265:24
unintended
229:13
230:11, 17
unit 50:3
UNITED 1:1
7:10 190:15
223:4, 22
238:11, 19
University
50:2 243:16,
20
unknown
136:1
unnecessary
126:25
unrealistic
248:13
unrelated
155:15 157:10

unreliable
115:19 116:17
unsafe 234:16
236:9 237:6
238:10
unusual
157:18
upload 130:4
upper 60:17,
25 135:5, 20
136:7, 16, 19,
20, 22 137:6
142:17 148:8,
14 149:3
155:6
upscale 55:16
urgently
221:12, 14
USA 190:15
201:17
use 8:21
31:24 50:22
76:14, 15, 16
97:21, 24
99:19 100:21
103:5 105:8
118:14 129:3
133:25
141:25 161:3
167:15
215:12
229:23 247:12
user 102:5
128:12 150:23
uses 123:20
usual 151:20
usually 48:18
54:22 66:25
78:12 133:6
252:13 259:14

< V >
vague 87:14
93:17 108:8
174:23 229:3
Val 191:4
Valenzuela
2:18 143:9
146:18, 21
211:3
valid 210:4

validate
139:11
validated
208:15
validating
139:21
validity
172:11, 15
180:4 253:22
VALSARTAN
1:3 7:8
16:16 17:10,
13, 15 18:5,
11, 22 19:13
20:9 46:11,
18 47:2, 5, 21,
25 53:12
55:21, 24
56:11, 25
57:12, 23
58:1, 6, 10, 15,
18, 24 59:2
61:18, 24
62:9, 25 63:3,
11 64:2, 9
66:8, 12 67:3,
10, 14 68:4
70:10 72:5, 9
73:5, 13, 18,
21 74:2, 25
75:11 76:5,
19 78:2, 10,
21 79:1 80:8
81:8, 17, 22
82:1, 11, 20,
23 83:2
84:16, 21, 24
85:3, 7 87:23
88:9, 11, 12,
14, 21 90:5,
11 92:7 93:7
100:5 102:5
103:13
104:17 114:6,
22 125:1, 12
127:13
128:11
130:17, 25
133:14
135:11
136:10

146:*13*
150:22  151:*9*
155:*12*
159:*15*
161:*24*  162:*1*
163:6  170:*12,
16*  171:*24*
173:6  189:*16*
190:8  192:22
193:*20*
195:*18*
196:*16, 21*
199:*11*
201:*15*
218:*13*  223:*3*
224:*2, 18, 20*
228:7  229:*7,
9, 15, 23*
230:7  232:*24*
248:*21*  249:*8,
12, 16*  250:*12,
15, 19*  251:*6,
10, 23*  255:*10,
24*  257:*19, 22*
258:*7, 9, 13, 20*
**valsartan/HCT
Z** 83:*13*
208:2  211:*12*
**valsartan/HTC**
170:*16*
**valsartan's**
17:*11*  18:*6,
19*  48:*11*
56:2  69:*3*
248:*24*
**value** 30:*5*
33:*11*  49:8, *9*
59:*20, 23, 25*
60:*7, 8, 18, 19*
70:*17, 18*
135:*5, 19, 21*
141:*9*  142:*16*
161:*3, 8, 14*
236:*20*
238:*20*  266:2
267:*7, 16*
**values** 12:*24*
13:*1, 2*  27:*1*
39:*15*  41:*3*
48:*15*  51:*17*
52:*10, 11*

60:*16*  122:*13*
135:*12*  154:*8,
10*
**variability**
125:*11, 16, 23*
126:*1*
**variety** 98:*12*
243:*24*
**various** 46:*8*
68:*16*  122:*6*
178:*17*
250:*18, 19*
**vary** 106:*3*
**vast** 98:*13*
**VATZ-0545**
175:*10*
**VATZ-0546**
174:*10*
**VAUGHN** 2:*3*
3:*4, 5*  8:*10,
12*  9:*15*  10:*7,
12, 17, 22, 24*
11:*3*  12:*2, 25*
13:*7, 10, 19*
14:*11, 16*
16:*1, 5*  17:*5,
23*  18:*20*
19:*10, 15, 23*
21:*24*  22:*4, 9*
23:*8, 16*
25:*19*  26:*5,
11, 16*  27:*7*
28:*12, 20, 23*
32:*1, 18*
33:*20*  34:*1, 3,
17, 19*  35:*12,
14*  36:*19, 21*
38:*3*  41:*25*
42:*2, 8, 10*
45:*15, 18*
46:*1, 5*  48:*6*
53:*3, 7*  61:*3,
5*  65:*14*  66:*2,
4*  69:*12*
72:*25*  73:*2*
74:*6*  75:*9*
76:*3, 9, 10*
78:*20*  79:*18*
81:*3, 5*  83:*9,
10*  85:*22*
86:*7*  87:*8*

89:*25*  91:*13,
22*  93:*25*
94:*14, 21, 23*
95:*4, 8, 11*
96:*16, 24*
97:*4, 11, 18*
98:*22*  99:*23*
100:*18*
102:*17*  104:*1*
105:*3, 10, 14*
107:*8, 12*
108:*13, 16, 22*
109:*2, 18*
110:*9, 10, 15*
112:*1, 8, 17,
21*  113:*15, 23*
114:*11*  115:6
116:*14*  117:*7,
9*  118:*6, 9, 16,
17*  119:*3*
120:*14*  121:*7,
9*  122:*4*
123:*24*
124:*11, 15*
126:*8, 10*
127:*25*
128:*22, 24*
129:*15, 19*
131:*23*  132:*1*
134:*21, 23*
137:*9, 11, 18,
20*  138:*17*
140:*1*  141:*23*
142:*22*  143:*6,
11, 16*  144:*19*
145:*3, 18, 22*
146:*1, 3, 20,
23*  147:*2, 4*
149:*15, 17, 22*
150:*2, 7*
151:*1, 3, 23*
152:*3*  153:*18*
154:*21*  156:*7,
9*  157:*24*
158:*3, 10, 12,
20, 24*  159:*10,
12, 21, 23*
160:*17*
163:*15*
164:*25*  165:*4,
8, 11*  166:*3, 5,*

*17, 19, 25*
167:*2, 12, 14*
168:*18, 22*
170:*5*  171:*21*
173:*12, 16, 20,
23*  174:*5, 8,
24*  175:*2, 6, 8,
22*  176:*3, 6,
25*  177:*6, 13*
178:*9, 12, 21,
23*  179:*8, 22,
24*  180:*2, 12,
14, 24*  181:*1,
19, 21*  182:*8,
9, 16, 22*
183:*12*
184:*18*  185:*2,
10, 15*  186:*6,
8, 14, 16*
187:*10, 14*
189:*5, 9*
190:*13*  191:*7,
9, 15, 19*
192:*17, 19, 24*
193:*1*  194:*5,
7, 22*  197:*14,
20, 24*  198:*24*
199:*6, 16, 20,
24*  200:*2, 11,
13*  201:*6, 8*
202:*13, 17, 23*
203:*1*  205:*24*
206:*1, 21*
207:*11, 15, 19,
22*  208:*16, 18*
209:*12*
210:*10, 14, 18,
23*  211:*4, 5*
212:*24*  213:*4,
13, 23*  214:*1,
21*  215:5
216:*3*  217:*10,
16*  218:*1, 24*
219:*16, 25*
220:*14, 18*
221:*3, 5, 23*
222:*2, 6*
223:*1, 19*
224:*3*  225:*14*
226:*8, 12*
227:*19*  228:*3,*

5  229:*5, 16*
230:*5, 12, 20,
25*  231:*1, 6, 9*
235:*3, 5*
236:*7, 18*
237:*11, 16, 24*
238:*8, 17*
239:*4*  240:7
241:*2, 14*
242:*21*
245:*18, 24*
246:*4, 7*
247:*5*  250:*24*
252:*22*
254:*21, 25*
255:*25*
261:*11, 17, 24*
263:*9, 16*
264:*4, 16*
265:*3, 12, 25*
266:*12*  267:*5,
13, 18, 21*
**ver** 130:*5*
**verbatim**
246:*20*  257:*25*
**verification**
133:*11, 12*
**verify** 31:*9*
206:*24*
**vernacular**
76:*16*
**version** 234:*4*
235:*17*
**versus** 45:*11*
52:*1*  80:*15*
84:*2*  139:*2, 5*
232:*7*  254:*5*
**veterinary**
245:*7*
**vials** 132:*3*
**video** 7:*7*
**Videographer**
2:*19*  7:*1, 3*
8:*4*  23:*11, 14*
45:*20, 24*
94:*16, 19*
149:*10, 13*
185:*5, 8*
230:*24*
241:*20, 23*

Confidential Information - Subject to Protective Order

261:*15*, *18*, *21*
267:*24*

**VIDEOTAPED**
1:*12*  5:*8*  6:*1*
242:*5*
**vigorously**
245:*23*
**V-I-N**  56:*20*
**violated**
238:*25*
**violations**
117:*12*, *25*
121:*13*  123:*1*
177:*20*, *25*
**viral**  152:*19*
154:*7*  155:*17*,
*19*, *21*
**visit**  214:*18*
**Vitae**  5:*10*
242:*15*
**vitro**  55:*10*
**vivo**  206:*4*
**VLS**  193:*9*, *15*
**voice**  143:*3*
**volume**  31:*5*,
*11*  131:*18*
194:*25*
**volumes**
194:*10*, *21*
**volunteers**
39:*14*  49:*6*
103:*23*  151:*22*
**VP**  114:*24*

**< W >**
**Wait**  151:*25*
**waived**  6:*10*,
*18*
**Wang**  36:*9*
**want**  18:*1*
34:*17*  42:*3*
49:*17*  54:*23*
80:*9*  100:*11*
101:*19*  102:*1*
103:*9*  108:*10*
110:*13*
113:*16*  130:*9*
138:*11*
161:*21*  188:*2*
248:*16*

**wanted**  18:*2*
36:*13*  38:*7*
109:*7*  118:*11*
162:*15*  260:*8*
**wanting**  47:*7*
**wants**  194:*16*
**Warning**
100:*8*  209:*5*,
*21*
**Washington**
2:*9*
**watch**  256:*12*
**Watson**
182:*25*
183:*13*, *17*, *18*
**Watson's**
250:*8*
**way**  31:*13*
32:*2*  46:*25*
49:*1*  51:*24*
52:*16*  53:*9*
62:*9*  64:*14*
68:*10*  84:*22*
99:*8*  106:*2*
120:*13*  128:*6*
131:*18*  139:*2*
144:*2*  146:*7*
160:*15*  163:*7*
176:*5*  193:*4*
225:*8*  255:*4*
258:*12*
259:*20*
260:*20*  269:*15*
**ways**  51:*2*
**website**  77:*10*,
*11*  83:*19*
**week**  44:*8*
45:*2*  107:*21*
**weekly**  98:*11*
**weeks**  162:*16*
227:*9*
**weighed**  254:*7*
**weighs**  254:*9*
**weight**  80:*13*
122:*12*  126:*2*,
*5*  128:*8*, *11*,
*15*, *19*  144:*13*
145:*16*
150:*19*, *22*
166:*1*  167:*10*

**Welcome**
94:*22*
**well**  15:*8*
33:*5*  34:*14*
40:*18*  50:*19*
51:*9*  52:*24*
55:*14*  56:*7*
61:*22*  62:*16*
63:*9*, *19*
64:*21*  67:*16*
68:*13*  77:*2*,
*24*  92:*3*
100:*7*  101:*22*,
*25*  103:*2*
104:*10*
105:*22*  107:*4*,
*19*  108:*9*
114:*12*
115:*16*
116:*15*
118:*15*
124:*17*
136:*19*  138:*6*,
*25*  141:*9*
142:*13*  143:*8*
155:*25*
160:*18*  161:*2*
162:*8*  166:*11*
169:*25*
171:*14*
174:*16*
181:*25*
183:*25*
188:*12*  191:*1*
193:*21*  195:*5*
198:*4*  215:*14*
226:*21*  262:*9*,
*17*  263:*20*
**went**  13:*4*
26:*6*, *8*  38:*8*
68:*14*  71:*6*
91:*2*  107:*24*
140:*11*
163:*21*
216:*18*  244:*1*
**we're**  23:*15*
31:*20*  43:*16*
45:*21*, *25*
56:*8*  66:*5*
73:*3*  94:*20*
105:*7*  114:*16*

125:*20*, *21*
149:*14*  178:*6*
185:*6*, *9*
187:*7*  227:*6*
234:*10*
237:*17*
241:*10*, *21*, *24*
256:*9*  260:*3*,
*17*  261:*19*, *22*
**we've**  79:*9*
223:*11*  260:*18*
**what-**
**happened**
60:*18*
**whatsoever**
142:*6*
**WHEREOF**
269:*17*
**widespread**
177:*25*
**willfully**
163:*22*
**William**  2:*18*
**Williamson**
2:*15*
**willing**  163:*22*
170:*1*
**withdraw**
183:*2*  250:*8*
**Withdrawn**
4:*14*  182:*17*
183:*20*  184:*5*,
*9*
**withdrew**
184:*12*  266:*8*
**withheld**
112:*23*
114:*13*  191:*10*
**WITNESS**
3:*3*  6:*15*, *17*
7:*17*, *25*  8:*5*,
*7*, *8*  9:*6*  10:*4*
11:*25*  12:*20*
13:*4*  15:*22*
16:*23*  17:*18*
18:*15*  19:*2*
21:*12*  25:*14*,
*25*  27:*6*  28:*1*
31:*22*  32:*9*
37:*22*  48:*2*
65:*5*, *20*

68:*24*  74:*5*,
*22*  75:*18*
78:*18*  79:*13*
85:*18*  86:*2*
87:*6*  89:*18*
91:*10*, *19*
93:*18*  96:*12*,
*22*  98:*5*
99:*22*  100:*15*
102:*8*  103:*18*
104:*21*  108:*9*
109:*5*  111:*13*
112:*5*, *13*
113:*21*
115:*25*  116:*3*,
*23*  117:*22*
118:*25*
120:*10*, *23*
121:*23*
123:*18*  124:*7*,
*25*  125:*7*
127:*15*
128:*14*  137:*4*
138:*20*  141:*8*
143:*1*  146:*25*
151:*11*
153:*14*, *25*
156:*13*
158:*22*
160:*14*
163:*13*
164:*17*  170:*2*
171:*14*  178:*8*,
*20*  179:*7*, *19*
180:*10*, *23*
181:*16*
183:*11*
184:*14*
186:*24*
190:*11*
194:*20*  197:*8*
205:*11*
206:*14*  207:*2*
208:*9*  211:*1*
212:*18*
213:*11*
214:*16*  215:*2*,
*19*  217:*8*, *13*
218:*22*
219:*22*  220:*8*
221:*1*, *21*

Confidential Information - Subject to Protective Order

222:*19*
223:*10, 24*
224:*24*  227:*1,*
*25*  229:*4, 12,*
*20*  230:*10*
234:*25*
235:*18*
238:*13, 22*
239:*24*
240:*24*  241:*9*
247:*11*
250:*25*
252:*23*
254:*22*  255:*2*
256:*1*  263:*3,*
*20*  264:*11*
265:*14*  266:*6,*
*9, 22*  267:*10*
269:*2, 7, 17*
**word**  20:*22,*
*23*  21:*2*
151:*13*
183:*16*  233:*10*
**worded**
160:*15*  254:*23*
**wording**
12:*22*  52:*16*
**words**  14:*2, 6,*
*8*  209:*9*
265:*19*
**work**  44:*21*
131:*9, 11*
188:*22, 23*
211:*13*
**worked**  50:*3*
267:*3*
**working**  17:*3*
36:*23*  37:*7,*
*11*  58:*12*
162:*14*
243:*18*
245:*22, 24*
246:*1*  267:*1*
**works**  100:*12*
266:*24*
**worth**  265:*5*
**write**  187:*3*
**writing**  45:*11*
**wrong**  42:*17*

**wrote**  12:*13*
14:*7*  15:*14*
21:*22*  251:*6*

**< Y >**
**Yeah**  12:*10*
13:*18*  28:*22,*
*25*  31:*14*
44:*2*  45:*17*
50:*9*  51:*24*
77:*4*  86:*8*
89:*18*  92:*25*
96:*22*  98:*5*
108:*22, 23*
113:*4*  116:*23*
135:*2, 6, 10*
144:*23, 24*
148:*2*  150:*4,*
*25*  156:*18*
161:*12*
169:*20*  170:*9*
172:*19*
174:*12*  178:*8*
179:*19*
186:*13*
193:*21*
194:*20*  198:*9*
213:*3, 11*
215:*2*  219:*2*
222:*19*
223:*10*
224:*24*
227:*25*  231:*8*
234:*25*
240:*24*
243:*11, 19*
244:*20*  246:*1,*
*15*  249:*3*
252:*23*
255:*14*
264:*11*  267:*15*
**year**  77:*3*
86:*23*  87:*1*
190:*23*
195:*21*  243:*15*
**years**  99:*15*
101:*8*  132:*20*
145:*15*
184:*12*
196:*12*
212:*19*

218:*18*  220:*4*
244:*3*  253:*3*
**yelling**  17:*21*
**yellow**  11:*15*
12:*1*
**Yep**  132:*5*
186:*12*
**yes/no**  65:*8, 22*
**yesterday**
44:*25*
**young**  101:*4*
**younger**
103:*23*

**< Z >**
**zero**  161:*5*
200:*23*  201:*4*
202:*1*
**ZHP**  4:*20*
5:*2*  11:*7, 8*
71:*20*  92:*15*
197:*21*
220:*15*  222:*13*
**ZHP's**  11:*20*
12:*8*  13:*1*
221:*25*
**zoom**  131:*24*
143:*12*  145:*1*
146:*2*  199:*25*