UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested<br><br>**CERTIFICATION OF JOHN P. LAVELLE, JR.** |

I, John P. Lavelle, Jr., certify as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius, LLP, attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC ("Defendants").

2. I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' *Daubert* Motion to Preclude Defense Expert William J. Lambert, Ph.D., From Offering Class Certification Opinions.

3. Attached hereto as Exhibit 6 is a true and accurate copy of excerpts from the 2/28/2022 Case Management Conference Transcript.

1

Dated: June 2, 2022

Respectfully submitted,

By: */s/ John P. Lavelle, Jr.*
MORGAN, LEWIS & BOCKIUS LLP
John P. Lavelle, Jr.
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-5000
Fax: (215) 963-5001
John.lavelle@morganlewis.com

*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2022, I caused the foregoing to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ John P. Lavelle, Jr.*
