# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert. B. Kugler |
| This Document Relates To:<br><br>*All Actions* | Civ. No. 19-2875 (RBK/JS)<br><br>CERTIFICATION OF SCHNEUR Z. KASS |

I, Schneur Z. Kass certify as follows:

1. I am an attorney with the law firm Rivero Mestre LLP.

2. I make this Certification based on personal knowledge and in support of the Third-Party Payors' Opposition to Defendants' Joint Motion to Exclude the Opinions of Kaliopi Panagos, Pharm.D., R.Ph.

3. Attached as Exhibit A is a true and accurate copy of the transcript of the July 22, 2021, deposition of Tiffanie Mrakovich.

4. This document has been filed under seal because it contains Protected Information as defined in the Amended Confidentiality and Protective Order [D.E. 1661].

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2022

                                                        Respectfully Submitted

                                                      /s/ *Schneur Z. Kass*
                                                      Schneur Z. Kass
                                                      **RIVERO MESTRE LLP**
                                                      2525 Ponce de Leon Blvd., Suite 1000

Miami, FL 33134  
Phone (305) 445-2500  
zkass@riveromestre.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ Schneur Z. Kass