**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | **MDL No. 2875** |
| THIS DOCUMENT RELATES TO ALL CASES | **HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK)** |

**CERTIFICATION OF ALEXIA R. BRANCATO IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF MARK ROBBINS, PH.D.**

**Alexia R. Brancato** hereby certify as follows:

1.      I am a Partner at Kirkland & Ellis LLP, and counsel of record in the above-captioned litigation representing Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.  I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Torrent's Opposition to Plaintiffs' Motion to Exclude the Testimony of Mark Robbins, Ph.D.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of Mr. Quick's Expert Declaration.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of Dr. Robbins' Expert Report.

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of Dr. Robbins' Deposition Testimony taken March 8, 2022.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of Dawn Chitty's Deposition Testimony taken May 13, 2021.

6.      Attached hereto as **Exhibit 5** is a true and accurate copy of of TORRENT-MDL2875-00504801, previously marked as Torrent 91 during Dawn Chitty's deposition.

7.      Attached hereto as **Exhibit 6** is a true and accurate copy of the December 22, 2020 Letter from A. Brancato re: Torrent 30(b)(6) Designations.

8.      Attached hereto as **Exhibit 7** is a true and accurate copy of the FDA Inspection Dashboard.

9.      Attached hereto as **Exhibit 8** is a true and accurate copy of the Warning Letter Issued to Torrent Pharmaceuticals Ltd. on October 8, 2019.

10.      Attached hereto as **Exhibit 9** is a true and accurate copy of the invoice received from Analysis Group, previously marked as Robbins 08 during Dr. Robbins's depositon.


Dated: June 2, 2022

                                        Respectfully submitted:


                                        */s/ Alexia R. Brancato*

                                        KIRKLAND & ELLIS LLP
                                        Alexia R. Brancato
                                        601 Lexington Avenue
                                        New York, New York 10022
                                        Tel: (212) 909-3344
                                        Fax: (212) 446-6460
                                        Alexia.brancato@kirkland.com