# EXHIBIT 6

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Alexia R. Brancato<br>To Call Writer Directly:<br>+1 212 909 3344<br>alexia.brancato@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

December 22, 2020

**Via E-mail**

Daniel Nigh
LEVIN, PAPANTONIO, THOMAS, MITCHELL
316 South Baylen Street
Pensacola, FL 32502
Phone: (850) 435-7013
dnigh@levinlaw.com

Ruben Honik
GOLOMB & HONIK, P.C.
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
Phone (215) 985-9177
rhonik@golombhonik.com

Adam Slater
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone (973) 228-9898
aslater@mazieslater.com

Conlee Whiteley
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

Re: *In re Valsartan Products Liability Litigation*, MDL No. 2875 (RBK/JS)

Dear Counsel:

Pursuant to the Court's December 11, 2020 Order, ECF No. 664, Defendants Torrent Pharmaceuticals, Ltd. and Torrent Pharma, Inc. (collectively, "Torrent") designate the following individuals as its Rule 30(b)(6) corporate representatives.

# KIRKLAND & ELLIS LLP

Daniel Nigh
Ruben Honik
Adam Slater
Conlee Whiteley
December 22, 2020
Page 2

| Witness | Topics | Location | Language Preference | Availability |
|---|---|---|---|---|
| Kelly Gegenheimer | 34-35; 37; 41-45 | Remote from Louisiana (CST) | English | 2/22, 2/23, 2/25 |
| Reddy Neravatla | 36; 40 | Remote from Pennsylvania (EST) | English | 3/16, 3/23[1] |
| Maitreyee Mukherji | 30-32 | Remote from India (IST) | English | 3/22, 3/23, 3/24, 3/25 |
| Sushil Jaiswal | 1-22; 25-28; 33; 38 | Remote from India (IST) | TBD | TBD[2] |

To the extent any of the corporate representatives are also being deposed in their individual capacity, the depositions will need to take place on the same day or consecutive days pursuant to the Deposition Protocol, ECF No. 632, and we may need to adjust the schedule accordingly.

The identification of these witnesses is not, and should not be considered in any manner whatsoever, a waiver of Torrent's rights pursuant to applicable discovery and evidentiary rules to object to the relevance, materiality, and/or admissibility of any testimony elicited pursuant to the notice. Torrent reserves the right to amend, further supplement, or modify this disclosure.

---

[1] Mr. Neravatla's wife is currently deployed as a Covid-19 Vaccine Support Pharmacist. She has not yet received her location or hours assignments for January through April. As a result, Mr. Neravatla's availability may change to accommodate the need to provide childcare for his young child. We will promptly notify Plaintiffs of any changes in his availability.

[2] Due to recent medical leave, Mr. Jaiswal has not yet been able to provide his availability. We expect to have this information shortly and will promptly provide to Plaintiffs.

## KIRKLAND & ELLIS LLP

Daniel Nigh
Ruben Honik
Adam Slater
Conlee Whiteley
December 22, 2020
Page 3

                                              Sincerely,

                                              */s/ Alexia R. Brancato*

                                              Alexia R. Brancato