# EXHIBIT 7

▼ Filters    🔍 Search inspection

| Legal Name 4 of 97368 ⊗ | City Name Indrad ⊗ | | Clear All |

FSMA Data Search(../fd/index.htm) ›

Resources ›

‹ back to **Compliance Dashboards**(index.htm)

# Inspections

***NEW!*** FDA Data Dashboard now has RESTful APIs for programmatic data retrieval. Visit our API documentation(../api/index.htm) page for more information.

## Caveats:

- Certain information in these datasets may not be presented or may have changed since the posting. The datasets are updated weekly and only include final actions. If you need to present more recent or more complete data for official purposes or have questions about obtaining other data, please contact the Division of Freedom of Information (https://www.fda.gov/regulatory-information/freedom-information) about what materials may be available in electronic reading rooms or inquire about other datasets that would satisfy your needs.

- + Show more


Back to Top

 Filters

| Legal Name 4 of 97368 ⊗ | City Name Indrad ⊗ | | Clear All |

Search inspection

States, pre-approval inspections, mammography facility inspections, inspections waiting for a final enforcement action, and inspections of nonclinical labs are not included. Inspections of nonclinical labs are available at Nonclinical Laboratories Inspected under Good Laboratory Practices (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/nonclinical-laboratories-inspected-under-good-laboratory-practices).

- The results show final classifications of No Action Indicated (NAI), Voluntary Action Indicated (VAI), Official Action Indicated (OAI) (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspections-database-frequently-asked-questions#classification) for each project area (https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/inspection-project-area-listings) within an inspection.



Back to Top

Filters | Search inspection

| Legal Name | City Name | | Clear All |
|---|---|---|---|
| 4 of 97368 ✕ | Indrad ✕ | | |

Export

**Inspections Classification by Fiscal Year**

Fiscal Years: 2013 - 2019

Classific
- VAI
- OAI

(Total Inspections vs Fiscal Year, Classification — values of 1 for years 2013, 2015, 2016, 2017 (VAI) and 2019 (OAI))

Export

**Inspections Classification by Product Type**

Fiscal Years: 2013 - 2019

Classific
- OAI
- VAI

(Stacked bar showing total of 5: 4 VAI + 1 OAI)

Back to Top



Filters

| Legal Name 4 of 97368 | City Name Indrad | | Clear All |

Product Type, Classification

Export

# Top 10 Citations
Fiscal Years: 2013 - 2019



# Domestic Inspections
Total: 0



Back to Top

Filters                                                                          🔍 Search inspection

| Legal Name 4 of 97368 ✕ | City Name Indrad ✕ | | Clear All |



*Points on the map represent the approximate location for the zip code associated with the firm(s) and not the actual location of the firm(s).*
*Point map view is only available with selection of a single state.*

Number of Inspections
■ 0    ■ 0-0    ■ 0-0    ■ 0-0    ■ 0-0    ■ >0

## Inspections Details    ❓ Help

Record Count: 5

Select Inspection ID(s) to view corresponding Inspections Citations.

⬇ Download Inspections Dataset

| FEI Number 🔍 | Legal Name 🔍 | City 🔍 ▲ | State 🔍 | Zip 🔍 | Country/Area 🔍 | Fiscal Year 🔍 | I |
|---|---|---|---|---|---|---|---|
| 3005029956 | Torrent Pharmaceuticals Limited | Indrad | - | - | India | 2019 | |
| 3005029956 | Torrent Pharmaceuticals Limited | Indrad | - | - | India | 2017 | |

Back to Top

 Filters

| Legal Name 4 of 97368 ⊗ | City Name Indrad ⊗ | | Clear All |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 3005029956 | Torrent Pharmaceuticals Limited | Indrad | - | - | India | 2013 |

## Inspections Citations Details

Record Count: 1

CFR Reference(https://www.ecfr.gov/cgi-bin/text-idx?SID=cf4df642632d2b8a26faaa940e4a128c&mc=true&tpl=/ecfrbrowse

 Download Citations Dataset

Citations data include Form FDA 483 citations and may not necessarily represent citations on final classification letters.

| Inspection ID | FEI Number | Legal Name | Inspection End Date ▼ | Program Area | Act/CFR Number |
|---|---|---|---|---|---|
| 847189 | 3005029956 | Torrent Pharmaceuticals Limited | 07/26/2013 | Drugs | 21 CFR 211.10 |

## Contact


Back to Top

- Filters

 Search inspection

| Legal Name | City Name | | |
|---|---|---|---|
| 4 of 97368 ✕ | Indrad ✕ | | Clear All |

**Compliance Dashboards**(index.htm)

Inspections(inspections.htm)

Compliance Actions(complianceactions.htm)

Recalls(recalls.htm)

Imports Summary(impsummary.htm)

Import Refusals(imprefusals.htm)

Imports Entry(impentry.htm)

Firm/Supplier Evaluation Resources(../fd/fser.htm)

Approved VQIP Importers(../fd/vqip.htm)

TPP Participants(../fd/tpp.htm)

**Resources**

How to Use the Dashboard(../howto.htm)

Glossary(../glossary.htm)

API(../api/index.htm)

Notifications(../notifications.htm)

Contact Us(../contact.htm)

Language Assistance Available: Español(https://www.fda.gov/about-fda/about-website/language-assistance-services#spanish) | 繁體中文(https://www.fda.gov/about-fda/about-website/language-assistance-services#chinese) | Tiếng Việt(https://www.fda.gov/about-fda/about-website/language-assistance-services#vietnamese) | 한국어(https://www.fda.gov/about-fda/about-website/language-assistance-services#korean) | Tagalog(https://www.fda.gov/about-fda/about-website/language-assistance-services#tagalog) | Русский(https://www.fda.gov/about-fda/about-website/language-assistance-services#russian) | العربية(https://www.fda.gov/about-fda/about-website/language-assistance-services#arabic) | Kreyòl Ayisyen(https://www.fda.gov/about-fda/about-website/language-assistance-services#creole) | Français(https://www.fda.gov/about-fda/about-website/language-assistance-services#french) | Polski(https://www.fda.gov/about-fda/about-website/language-assistance-services#polish) | Português(https://www.fda.gov/about-fda/about-website/language-assistance-services#portuguese) | Italiano(https://www.fda.gov/about-fda/about-website/language-assistance-services#italian) | Deutsch(https://www.fda.gov/about-fda/about-website/language-assistance-services#german) | 日本語(https://www.fda.gov/about-fda/about-website/language-assistance-services#japanese) | فارسی(https://www.fda.gov/about-fda/about-website/language-assistance-services#farsi) | English(https://www.fda.gov/about-fda/about-website/language-assistance-services#english)

Accessibility (https://www.fda.gov/about-fda/about-website/internet-accessibility)

Careers (https://www.fda.gov/about-fda/jobs-and-training-fda)

No FEAR Act (https://www.fda.gov/about-fda/jobs-and-training-fda/no-fear-act)

Nondiscrimination (https://www.fda.gov/about-fda/about-website/fda-nondiscrimination-notice)


Back to Top

Filters

Search inspection

| Legal Name<br>4 of 97368 | City Name<br>Indrad | | Clear All |

Back to Top