# EXHIBIT A

Confidential Document Filed Under Seal