# EXHIBIT B

Confidential Document Filed Under Seal