# EXHIBIT F

Confidential Document Filed Under Seal