# EXHIBIT G

Confidential Document Filed Under Seal