# EXHIBIT H

Confidential Document Filed Under Seal