# EXHIBIT J

Confidential Document Filed Under Seal