# EXHIBIT K

Confidential Document Filed Under Seal