# EXHIBIT L

Confidential Document Filed Under Seal