# EXHIBIT M

Confidential Document Filed Under Seal