# EXHIBIT N

Confidential Document Filed Under Seal