# EXHIBIT O

Confidential Document Filed Under Seal