# EXHIBIT P

Confidential Document Filed Under Seal