# EXHIBIT Q

Confidential Document Filed Under Seal