# EXHIBIT R

Confidential Document Filed Under Seal