UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

**PLAINTIFF PAULETTE SILBERMAN'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Paulette Silberman, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all of her claims asserted against Defendant CVS Pharmacy, Inc. in this action, without prejudice, in the above-referenced matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiff may voluntarily dismiss her claims without prejudice and without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgment. Thus, Plaintiff's request is permitted as of the filing of this Notice. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

Dated: June 7, 2022                                    Respectfully submitted,

 /s/ Ruben Honik                                       /s/ Daniel Nigh
Ruben Honik                                            Daniel Nigh
Honik LLC                                              LEVIN, PAPANTONIO, THOMAS,
1515 Market Street, Suite 1100                         MITCHELL RAFFERTY & PROCTOR, P.A
Philadelphia, PA 19102                                 316 South Baylen Street
Phone: (267) 435-1300                                  Pensacola, FL 32502
ruben@honiklaw.com                                     Phone: (850) 435-7013
                                                       dnigh@levinlaw.com

| | |
|---|---|
| */s/ Adam Slater* | */s/ Conlee S. Whiteley* |
| Adam Slater | Conlee S. Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone: (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

***MDL Plaintiffs' Co-Lead Counsel***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of June 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

                                  */s/ Adam M. Slater*

                                  Adam M. Slater