# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## DEFENDANTS' UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 6

Defendants hereby respectfully request that the Court amend Case Management Order No. 6 ("CMO 6") (ECF No. 96) to reflect a change to defense leadership. Specifically, CMO 6 ordered that Seth A. Goldberg of Duane Morris LLP and Jessica Priselac of Duane Morris LLP act as Liaison Counsel for Defendants, and that Mr. Goldberg act as a member of Defendants' Executive Committee. Mr. Goldberg, Ms. Priselac and Duane Morris LLP are no longer involved in this litigation, and undersigned counsel respectfully requests that the Court officially substitute her as both Liaison Counsel for Defendants and a member of the Defendants' Executive Committee in place of Mr. Goldberg and Ms. Priselac.

Dated: June 15, 2022

Respectfully submitted,

By: /s/ *Jessica Davidson Miller*
Jessica Davidson Miller (DC Bar No. 457021)
*Liaison Counsel for Manufacturer*

*Defendants*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-0525
jessica.miller@skadden.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jessica Davidson Miller*
Jessica Davidson Miller (DC Bar No. 457021)