IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____ :
:
IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN : MDL No. 2875 (RBK-SAK)
PRODUCTS LIABILITY LITIGATION :
: **ORDER**
: Scheduling Settlement Conference for
*This Document Relates To All Actions.* : Wholesaler Defendants
_____ :

**KUGLER, United States District Judge**:

**THIS MATTER HAVING COME BEFORE** the Court upon it its own initiative, and

**IT APPEARING** that it is appropriate to begin serious, in-person settlement discussions between and among the parties, and

**PURSUANT TO** *Fed. R. Civ. P.* ["*Rule*"] 16(a)(5) and 16 (c)(2)(l),

**IT IS on this 16th day of June 2022 ORDERED**:

1. In-person settlement conferences shall commence at 9:00 am on September 15, 2022 at the office of JAMS, 1717 Arch Street, Suite 3810, Philadelphia, PA, and continue if necessary on September 16, 2022.

   Settlement counsel for Defendants Cardinal Health, Amerisource Bergen, McKesson, and their subsidiaries and affiliates shall attend. *Rule* 16(c)(1). Settlement counsel shall have the authority of clients to participate in these discussions. *Rule* 16(c)(1) and 16(f)(1)(B).

2. These conferences shall be conducted by the Settlement Masters, Judge (Ret.) Sleet and Judge (Ret.) Stengel, pursuant to an agenda and parameters established by them. The Special Masters have the full authority of the Court to enter such orders or directives as are necessary.

/s Robert B. Kugler
Honorable Robert B. Kugler
United States District Judge