## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br><br>*This Document Relates To All Cases* | MDL No. 2875 (RBK-SAK)<br><br>**Case Management Order No. 27**<br>**Changes in the**<br>**Defendants' Executive Committee**<br>**and to Defendants' Liaison Counsel** |

**Kugler, U.S. District Judge:**

**THIS MATTER HAVING COME BEFORE THE COURT** on defendants' motion (Doc. No. 2099, dated 15 June 2022), seeking to amend Defendant Counsels' leadership structure, and thereby to amend Case Management Order No. 6 (Doc. No. 96), and

**IT APPEARING** defendants' motion is unopposed,

**IT IS HEREBY ORDERED:**

The Defendants' Executive Committee is changed accordingly:

Seth Goldberg, Esq., of Duane Morris LLP is removed, and

Jessica Miller, Esq., of Skadden Arps is added.

**IT IS FURTHER HEREBY ORDERED:**

Defendants' Liaison Counsel is changed accordingly:

Seth Goldberg, Esq. and Jessica Priselac, Esq., of Duane Morris LLP, are removed; and

Jessica Miller, Esq., of Skadden Arps, hereby replaces them.

Dated: 15 June 2022

s/ Robert B. Kugler
The Honorable Robert B. Kugler
United States District Judge