# EXHIBIT 1

```
1            Q.      Okay.  And, for example, at
2     Dartmouth there's a separate department of
3     economics that has a separate faculty of
4     professors and Ph.Ds who teach economics,
5     correct?
6            A.      Yes.  And since the time that
7     I've been at the Tuck School of Business at
8     Dartmouth, three of the faculty members from
9     the department of economics at Dartmouth
10    College in the college of arts and sciences
11    are now faculty members in the Tuck School of
12    Business.
13           Q.      Okay.  Faculty members of what
14    exactly?
15           A.      We are all faculty members of
16    management with subspecialties.
17           Q.      Okay.  And their subspecialty,
18    for example, would be the economics side of
19    what you would study to get an MBA from Tuck,
20    correct?
21           A.      Yes.
22           Q.      Okay.  Do you have any what I
23    would call -- well, are you familiar with the
24    prescription drug approval process in the
```

Confidential Information Subject to Protective Order

```
 1   United States?
 2        A.    I am not an expert, and don't
 3   have an opinion on that.
 4        Q.    Okay.  You do some
 5   health-related messaging initiatives, though,
 6   don't you?  And you study -- I believe you
 7   said one of your consumer behavior sort of
 8   sub-research interest was health choices,
 9   correct?
10        A.    Yes.
11        Q.    Okay.  So does that -- do you
12   have some level of knowledge of how
13   prescription drugs are approved in the US?
14        A.    I am an expert on how consumers
15   make health-related decisions.  I am not an
16   expert on the approval process for health
17   products and services.
18        Q.    Okay.  Do you know what an NDA
19   is, for example?
20        A.    No.
21        Q.    What about an ANDA?
22        A.    No.
23        Q.    Okay.  Do you at least have an
24   understanding that prescription drugs can't
```

1  A. Yes.

2  Q. Since that time, do you recall
3 looking at, as part of your work on this
4 case, any FDA regulations regarding
5 prescription pharmaceuticals?

6  A. As is outlined in my report, I
7 looked at some FDA-sourced material related
8 to the valsartan recall.

9  Q. That would be FDA announcements
10 and the like specifically related to
11 valsartan, correct?

12  A. To the best of my recall, yes.

13  Q. Okay. Do you recall looking at
14 any FDA regulations of general applicability
15 to prescription pharmaceuticals as part of
16 your work in this case?

17  A. Not that I recall.

18  Q. Do you know what cGMPs are?

19  A. I know what the acronym stands
20 for.

21  Q. Okay. What is that?

22  A. Current manufacturing -- sorry,
23 current good manufacturing practices.

24  Q. Okay. Have you actually looked

```
 1   at what the FDA regulations are regarding

 2   cGMPs?

 3        A.    I am not an expert on

 4   manufacturing processes.  I'm an expert on

 5   consumer decision-making.

 6        Q.    Okay.  Have you reviewed any

 7   FDA or congressional definitions of

 8   adulteration and misbranding of drugs?

 9        A.    First, those were multiple

10   questions.  Could you ask, and be specific.

11        Q.    Sure, I'll break it down.

12              Have you reviewed any FDA or

13   congressional definitions of "adulteration"?

14        A.    No.

15        Q.    Okay.  Same question for

16   "misbranding."

17        A.    No.

18        Q.    You don't have any expertise in

19   chemistry, do you?

20        A.    Please define "expertise in

21   chemistry."

22        Q.    Have you studied chemistry

23   ever?

24        A.    Only in school, high school.
```

Confidential Information - Subject to Protective Order

```
 1         Q.    Okay.  So you would not call
 2   yourself an expert chemist?
 3         A.    No.
 4         Q.    How about toxicology?
 5         A.    I would not consider myself an
 6   expert in toxicology.
 7         Q.    I'm going to mark your report,
 8   Dr. Keller, as Exhibit 2.
 9               (Whereupon, Keller Exhibit
10         Number 2 was marked for
11         identification.)
12               MR. GOLDBERG:  She has a copy
13         of it.
14         A.    A copy of my report, yes.  It's
15   okay, I'm happy to use yours.
16   BY MR. DAVIS:
17         Q.    You can keep mine, the marked
18   copy, but if you feel more comfortable
19   reviewing yours, that's fine.
20         A.    No, I'm fine with either copy.
21               MR. DAVIS:  Do you want a copy,
22         Seth?
23               MR. GOLDBERG:  I'll take it
24         just for recordkeeping purposes.
```

1  other words, approved as safe and effective
2  by the FDA?  Is that part of the messaging?
3       A.    I do not recall.  My task in
4  this project is to focus on the how versus
5  why components of that message.  There are
6  other team members that are focused on other
7  aspects of who gets the message and the
8  context in which they get the message.
9       Q.    Okay.  Let's transition.
10            MR. GOLDBERG:  John, if we are
11       transitioning, can we take a break?
12            MR. DAVIS:  Sure.  Yeah, that's
13       fine.
14            THE VIDEOGRAPHER:  Off the
15       record at 10:43.
16            (Whereupon, a recess was
17       taken.)
18            THE VIDEOGRAPHER:  Back on the
19       record at 11:04.
20  BY MR. DAVIS:
21       Q.    Do you have any understanding
22  of how generic drugs specifically get
23  approved in the US?
24       A.    No.

Confidential Information - Subject to Protective Order

1          A.     I will repeat why I am not
2    saying that there was no supply.  In part, I
3    don't know what supply there already was in
4    the marketplace, I don't know what -- how it
5    was recalled, I don't know what instructions
6    people gave, physicians and otherwise, as to
7    what people should do with whatever supply
8    was available, and I actually from this
9    sentence don't even know.
10                It says earlier that they're
11   going to work with them.  I don't know when
12   they started working with them and allowed
13   them to reenter the market.  I don't know.
14         Q.     Do you know what happens to the
15   supply of pharmaceuticals that are already in
16   the market once a recall is announced?  Do
17   you know what happens to those pills that are
18   sitting on warehouse shelves or pharmacy
19   shelves after the recall is announced?
20         A.     I am not an expert on this, and
21   I will not form an opinion.
22                MR. GOLDBERG:  John, I think
23        we've been going about 90 minutes.
24                MR. DAVIS:  Sure.  Five

Confidential Information - Subject to Protective Order

1  my figure on page 43, because they were
2  supplied.  And I'm saying that if you went
3  back retrospectively and asked those
4  consumers, Hey, given what you know now about
5  the impurities and whichever way you want to
6  define it -- and that is going to make a
7  difference how you define it and how you
8  communicate it and who communicates it -- how
9  would you assess the value of the work of
10 this -- of the at-issue VCD that you took.
11           And all this is saying here in
12 my figure is that you will get a range of
13 responses.
14      Q.    What literature do you have to
15 support what appears to be your proposition
16 that an economic damages analysis should be
17 based on a retrospective look as opposed to
18 measuring at the time of injury?
19      A.    I am not a lawyer.  I don't
20 have an opinion on that.
21      Q.    Okay.  And you're not offering
22 an economic damages analysis here, are you?
23      A.    No.
24      Q.    And you're not qualified to do

1  this determination, but to say that a drug is
2  worthless because it's -- let me read that
3  again, even if it is efficacious that the
4  economic value is zero is wrong.
5      Q.   Okay.  But you testified
6  earlier that you've never done an economic
7  damages analysis in litigation, have you?
8      A.   Correct.
9      Q.   And you've never done one
10 period, right?
11     A.   Correct.
12     Q.   Okay.  And you're not an
13 economist, right?
14     A.   I have a bachelor's in
15 economics, but I'm not an economist.
16     Q.   All right.  Thank you.
17          MR. DAVIS:  Let's take a quick
18     break, five minutes, and I'm pretty
19     close.
20          MR. GOLDBERG:  Okay.
21          MR. DAVIS:  We can go off the
22     record.
23          THE VIDEOGRAPHER:  Off the
24     record at 3:29.