# EXHIBIT 10

 **ANALYSIS GROUP**

Main 1 617 425 8000    Fax 1 617 425 8001    AnalysisGroup.com

111 Huntington Avenue    14th Floor    Boston, MA    02199

==**Effective 01/01/2022 - Please refer to new remittance information on last page.**==

February 28, 2022

Brittney Nagle, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022



| | |
|---|---|
| AG Case No.: | 039899 |
| Invoice No.: | 1026558 |
| Taxpayer ID: | 04-2727260 |

**Re**  **In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent**

For professional services rendered in connection with the above referenced case for the period ending January 31, 2022

Current Billing:

| | | |
|---|---|---|
| Professional Hours | | 211.30 |
| AG Professional Services | $ | 109,511.50 |
| Expert Services | | 15,120.00 |
| **Total Due and Payable - Current Billing** | **$** | **124,631.50** |

Page 2

<u>In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent</u>

For the period ending January 31, 2022

Invoice 1026558

### Affiliates and Consultants

| Professional | Title | Hours | Rate | P.S. Incurred |
|---|---|---|---|---|
| M. Robbins | Consultant | 18.90 $ | 800.00 $ | 15,120.00 |
| **Total Affiliates and Consultants** | | **18.90** | $ | **15,120.00** |

### Professional Hours

| Professional | Title | Hours | Rate | P.S. Incurred |
|---|---|---|---|---|
| T. Davis | Managing Principal | 44.50 $ | 790.00 $ | 35,155.00 |
| L. Antras | Vice President | 46.50 | 705.00 | 32,782.50 |
| M. Somma | Senior Analyst | 75.20 | 410.00 | 30,832.00 |
| A. Zhu | Senior Analyst | 26.20 | 410.00 | 10,742.00 |
| **Total Professional Hours** | | **192.40** | $ | **109,511.50** |

Page 3

<u>In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent</u>

For the period ending January 31, 2022

Invoice 1026558

### Affiliates and Consultants

### <u>Mark Robbins</u>

| <u>Date</u> | <u>Narrative</u> | <u>Hours</u> | <u>Rate</u> | <u>P.S.<br>Incurred</u> |
|---|---|---|---|---|
| 01/31/22 | January hours | 18.90 | 800.00 | 15,120.00 |
| | **Total Mark Robbins** | **18.90** | | **15,120.00** |
| **Total  Affiliates and Consultants** | | <u>**18.90**</u> | **$** | <u>**15,120.00**</u> |

### Professional Hours

### <u>Ted Davis</u>

| <u>Date</u> | <u>Narrative</u> | <u>Hours</u> | <u>Rate</u> | <u>P.S.<br>Incurred</u> |
|---|---|---|---|---|
| 01/03/22 | Review of Quick report.  Review of case documents cited by Quick.  Review of FDA warning letter.  Review of complaint.  Call with Robbins and case team members. | 4.00 | 790.00 | 3,160.00 |
| 01/04/22 | Review of Quick report.  Review of case documents cited by Quick.  Review of FDA warning letter.  Review of complaint.  Assistance with Robbins draft report. | 4.00 | 790.00 | 3,160.00 |
| 01/05/22 | Review of case materials sent by counsel.  Review of fact witness depositions and exhibits.  Review of FDA data and publicly available information regarding valsartan recall.  Assistance with preparation of Robbins report. | 6.00 | 790.00 | 4,740.00 |
| 01/06/22 | Review of case materials sent by counsel.  Review of fact witness depositions and exhibits.  Review of FDA data and publicly available information regarding valsartan recall.  Assistance with preparation of Robbins report. | 5.00 | 790.00 | 3,950.00 |
| 01/07/22 | Review of case materials sent by counsel.  Review of fact witness depositions and exhibits.  Review of FDA data and publicly available information regarding valsartan recall.  Assistance with preparation of Robbins report. | 5.00 | 790.00 | 3,950.00 |
| 01/10/22 | Review of case materials provided by counsel.  Assistance with draft Robbins report. | 6.00 | 790.00 | 4,740.00 |

Page 4

<u>In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent</u>

For the period ending January 31, 2022

Invoice 1026558

### Ted Davis

| Date | Narrative | Hours | Rate | P.S. Incurred |
|------|-----------|-------|------|---------------|
| 01/11/22 | Review of fact witness depositions and exhibits. Discussions with Robbins.  Review and analysis of FDA data.  Review and analysis of inspection reports. Review of case materials provided by counsel. Assistance with updates to draft Robbins report. | 8.00 | 790.00 | 6,320.00 |
| 01/12/22 | Assistance with finalizing Robbins report and exhibits.  Review and analysis of FDA data.  Review of case materials provided by counsel. | 6.00 | 790.00 | 4,740.00 |
| 01/13/22 | Discussion with expert.  Assistance with deposition planning. | 0.50 | 790.00 | 395.00 |
| | **Total Ted Davis** | **44.50** | | **35,155.00** |

### Lucia Antras

| Date | Narrative | Hours | Rate | P.S. Incurred |
|------|-----------|-------|------|---------------|
| 01/03/22 | Review of Complaint, Quick Declaration, and other case materials. Conference call with expert and case team. | 4.50 | 705.00 | 3,172.50 |
| 01/04/22 | Review of Quick Declaration supporting materials and other case documents.  Meeting with expert. Assistance with draft expert report. | 4.00 | 705.00 | 2,820.00 |
| 01/05/22 | Review of case documents.  Assistance with draft expert report. | 3.80 | 705.00 | 2,679.00 |
| 01/06/22 | Review of case documents.  Assistance with draft expert report.  Conference call with expert. | 4.00 | 705.00 | 2,820.00 |
| 01/07/22 | Review of case documents. Assistance with draft expert report. Discussion with case team. | 3.50 | 705.00 | 2,467.50 |
| 01/09/22 | Review of case documents.  Assistance with draft expert report. | 2.70 | 705.00 | 1,903.50 |
| 01/10/22 | Assistance with draft expert report. | 6.00 | 705.00 | 4,230.00 |
| 01/11/22 | Assistance with draft expert report. | 8.00 | 705.00 | 5,640.00 |
| 01/12/22 | Assistance with draft expert report. | 8.00 | 705.00 | 5,640.00 |
| 01/26/22 | Assistance with Quick deposition preparation. Review of deposition preparation materials for Dr. Robbins. | 1.50 | 705.00 | 1,057.50 |

Page 5

<u>In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent</u>

For the period ending January 31, 2022

Invoice 1026558

### **Lucia Antras**

| **Date** | **Narrative** | **Hours** | **Rate** | **P.S. Incurred** |
|---|---|---|---|---|
| 01/31/22 | Review of deposition preparation materials for Dr. Robbins. | 0.50 | 705.00 | 352.50 |
| | **Total Lucia Antras** | **46.50** | | **32,782.50** |

### **Michael Somma**

| **Date** | **Narrative** | **Hours** | **Rate** | **P.S. Incurred** |
|---|---|---|---|---|
| 01/04/22 | Review the complaint and opposing expert report. | 2.20 | 410.00 | 902.00 |
| 01/05/22 | Review case documents. Assistance with research tasks. | 6.10 | 410.00 | 2,501.00 |
| 01/06/22 | Assistance with research tasks. Assistance with draft report. | 7.20 | 410.00 | 2,952.00 |
| 01/07/22 | Assistance with research tasks. Assistance with draft report. | 8.20 | 410.00 | 3,362.00 |
| 01/08/22 | Assistance with research tasks. Assistance with draft report. | 2.50 | 410.00 | 1,025.00 |
| 01/09/22 | Assistance with research tasks. Assistance with draft report. | 3.00 | 410.00 | 1,230.00 |
| 01/10/22 | Assistance with research tasks. Assistance with draft report. | 12.00 | 410.00 | 4,920.00 |
| 01/11/22 | Assistance finalizing Robbins report. Assistance with research tasks. Assistance with preparation of report appendices. | 13.00 | 410.00 | 5,330.00 |
| 01/12/22 | Assistance finalizing Robbins report. Assistance with research tasks. Assistance with preparation of report appendices. | 13.00 | 410.00 | 5,330.00 |
| 01/14/22 | Preparation of deposition preparation materials for Dr. Robbins. | 3.00 | 410.00 | 1,230.00 |
| 01/17/22 | Preparation of deposition preparation materials for Dr. Robbins. | 2.00 | 410.00 | 820.00 |
| 01/27/22 | Preparation of deposition preparation materials for Dr. Robbins. | 1.00 | 410.00 | 410.00 |
| 01/31/22 | Preparation of deposition preparation materials for Dr. Robbins. | 2.00 | 410.00 | 820.00 |

Page 6

<u>In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent</u>

For the period ending January 31, 2022

Invoice 1026558

### **Michael Somma**

| **Date** | **Narrative** | **Hours** | **Rate** | **P.S. Incurred** |
|---|---|---|---|---|
| | **Total Michael Somma** | **75.20** | | **30,832.00** |

### **Alice Zhu**

| **Date** | **Narrative** | **Hours** | **Rate** | **P.S. Incurred** |
|---|---|---|---|---|
| 01/07/22 | Discussion with case team. Review of case materials. | 0.50 | 410.00 | 205.00 |
| 01/10/22 | Review of case documents. | 3.00 | 410.00 | 1,230.00 |
| 01/11/22 | Review of case documents. Assistance with report citations. | 9.20 | 410.00 | 3,772.00 |
| 01/12/22 | Review of case documents. Assistance with report citations. Assistance finalizing expert report. | 10.00 | 410.00 | 4,100.00 |
| 01/13/22 | Assistance with preparation of deposition preparation materials for Dr. Robbins. | 3.50 | 410.00 | 1,435.00 |
| | **Total Alice Zhu** | **26.20** | | **10,742.00** |
| | **Total Professional Services** | **192.40** | $ | **109,511.50** |


**ANALYSIS GROUP**

Main 1 617 425 8000   Fax 1 617 425 8001   AnalysisGroup.com

111 Huntington Avenue   14th Floor   Boston, MA   02199

February 28, 2022

Brittney Nagle, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

|                |            |
|----------------|------------|
| AG Case No.:   | 039899     |
| Invoice No.:   | 1026558    |
| Taxpayer ID:   | 04-2727260 |

**Re**     **In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation - Torrent**

Current Billing:

|                                              |    |            |
|----------------------------------------------|----|------------|
| AG Professional Services                     | $  | 109,511.50 |
| Expert Services                              |    | 15,120.00  |
| **Total Due and Payable - Current Billing**  | $  | **124,631.50** |

| Remit To: | Wire Instructions: |
|-----------|--------------------|
| Regular Mail: | Citizens Bank |
| Analysis Group#1 | Routing / ABA No. |
| PO Box 845512 | Account No.: |
| Boston, MA 02284-5512 | Swift Code: |
| | |
| Overnight Delivery: | Direct Deposit (EFT or ACH): |
| Analysis Group#1 | Routing / ABA No. |
| Attn: Lockbox Operations 845512 | Account No.: |
| 1 Cabot Road, Suite 202 | |
| Medford, MA 02155 | |
| | |
| **Please Send Remittance Email To:** | **Please Send Remittance Email To:** |
| AGReceivables@analysisgroup.com | AGReceivables@analysisgroup.com |

THIS INVOICE IS PAYABLE UPON RECEIPT
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE