UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER<br>MDL NO. 19-2875 (RBK) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, I electronically filed a partially redacted version of the Plaintiffs' Reply Brief in Support of their *Daubert* Motion to Preclude Defense Expert David L. Chesney from Offering Class Certification Opinions as well as my Supporting Certification with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  In addition, I hereby certify that unredacted copies of foregoing document will be served contemporaneous to filing via email on the Court, Special Master, and the Defense Executive Committee at DECValsartan@btlaw.com.

                                             **MAZIE SLATER KATZ & FREEMAN, LLC**
                                             Attorneys for Plaintiffs


                                             By:   /s/ Adam M. Slater

Dated:  June 16, 2022