UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR *DAUBERT* MOTION TO PRECLUDE DEFENSE EXPERT JASON O. CLEVENGER FROM OFFERING CLASS CERTIFICATION OPINIONS**

**C. BRETT VAUGHN**, hereby certify as follows:

I am an attorney at law within the State of Kansas with the Hollis Law Firm, P.A., and serve as a Court-appointed Member of the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this certification in support of Plaintiffs' reply brief in support of their motion to preclude defense expert Jason O. Clevenger from offering class certification opinions.

1. Attached hereto as **Exhibit A** is a true and accurate copy of *Fentanyl Availability on Darknet Markets*, Australian Gov't Institute of Criminology (Feb 2020), marked as Exhibit 7 to Dr. Clevenger's deposition.

2. Attached hereto as **Exhibit B** is a true and accurate copy of APL-MDL-2875-0023627 at 3744.

3. Attached hereto as **Exhibit C** is a true and accurate copy of ZHP01812101.

4. Attached hereto as **Exhibit D** is a true and accurate copy of APL-MDL 2875-2803459, marked as Exhibit 14 to Dr. Clevenger's deposition.

5. Attached hereto as **Exhibit E** is a true and accurate copy of APL-MDL-2875-0043908 at 909.

6. Attached hereto as **Exhibit F** is a true and accurate copy of APL-MDL-2875-0102832, marked as Exhibit 17 to Dr. Clevenger's deposition.

7. Attached hereto as **Exhibit G** is a true and accurate copy of APL-MDL-2875-0076155, marked as Exhibit 20 to Dr. Clevenger's deposition.

8. Attached hereto as **Exhibit H** is a true and accurate copy of APL-MDL 2875-2721857.

9. Attached hereto as **Exhibit I** is a true and accurate copy of Auro-MDL-2875-0020779.

10. Attached hereto as **Exhibit J** is a true and accurate copy of Auro-MDL-2875-0104586, marked as Exhibit 18 to Dr. Clevenger's deposition.

11. Attached hereto as **Exhibit K** is a true and accurate copy of APL-MDL-2875-0024066.

12. Attached hereto as **Exhibit L** is a true and accurate copy of APL-MDL-2875-1515785.

13. Attached hereto as **Exhibit M** is a true and accurate copy of Auro-MDL-2875-0105928, marked as Exhibit 16 to Dr. Clevenger's deposition.

14. Attached hereto as **Exhibit N** is a true and accurate copy of APL-MDL-2875-013547, marked as Exhibit 25 to Dr. Clevenger's deposition.

15. Attached hereto as **Exhibit O** is a true and accurate copy of Auro-MDL-2875-0020672.

16. Attached hereto as **Exhibit P** is a true and accurate copy of PRINSTON00144343 at 44.

Dated: June 16, 2022

By: /s/ C. Brett Vaughn_____
C. Brett Vaughn RN, BSN, JD
Hollis Law Firm
8101 College Blvd, Suite 260
Overland Park, KS 66210
Phone: 913-385-5400
Fax: 913-385-5402
Email: Brett@HollisLawFirm.com