# EXHIBIT E

Confidential Document Filed Under Seal