# EXHIBIT I

Confidential Document Filed Under Seal