# EXHIBIT 2

| | |
|---|---|
| **From:** | Harkins, Steven M. (Assoc-ATL-LT) |
| **To:** | "Marlene Goldenberg"; "DECValsartan@btlaw.com" |
| **Cc:** | Valsartan PEC Listserv |
| **Subject:** | RE: Losartan and Irbesartan Core Discovery |
| **Date:** | Thursday, June 23, 2022 10:19:00 PM |
| **Attachments:** | image002.png<br>image001.png |

Marlene,

We are discussing on our side but as you know the losartan and irbesartan supply chains involve parties who did not participate in valsartan core discovery. Please let us know some times next week when Plaintiffs are available to meet and confer on the attached requests.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

---

**From:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Sent:** Tuesday, June 21, 2022 12:51 PM
**To:** 'DECValsartan@btlaw.com' <decvalsartan@btlaw.com>
**Cc:** Valsartan PEC Listserv <valpec@kirtlandpackard.com>
**Subject:** [EXTERNAL]Losartan and Irbesartan Core Discovery

Counsel,

We are reaching out to discuss core discovery for losartan and irbesartan. We are attaching our proposed categories which are nearly identical to the core discovery for valsartan. Please let us know if you will agree to these categories or if you would like to set up a time to meet and confer on this.

Thank you,

Marlene

**Marlene J. Goldenberg • Partner**

**GOLDENBERGLAW, PLLC**

800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402



Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107

email • website • bio

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.