UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 29, 2022

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**              **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                                FOR DEFENDANTS:
As stated on the record.                           As stated on the record.

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 10:15a.m.    Time Adjourned: 10:30a.m.    Total Time in Court: 0:15