**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
David S. Waxman
161 North Clark Street
Suite 4200
Chicago, IL 60601
Tel:  (312) 876-7867
David.Waxman@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – CAMDEN DIVISION

| | |
|---|---|
| IN RE:  VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION :  PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Please withdraw the appearance of David S. Waxman of Saul Ewing Arnstein & Lehr, LLP as counsel for Defendant, Prime Therapeutics LLC, in the above-referenced matter.

40072923.2 06/29/2022

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR**
Counsel for Defendant
*Prime Therapeutics LLC*

Dated: June 29, 2022

<u>*/s/ David S. Waxman*</u>
David S. Waxman
161 North Clark Street
Suite 4200
Chicago, IL 60601
Tel: (312) 876-7867
David.Waxman@saul.com

-2-

40072923.2 06/29/2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2022, a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

<i>/s/ David S. Waxman</i><br>
David S. Waxman

40072923.2 06/29/2022