1                    **UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF NEW JERSEY**
2

3    ─────────────────────────        **CIVIL ACTION NUMBER:**

4    **IN RE:  VALSARTAN PRODUCTS**     **19-md-02875**
     **LIABILITY LITIGATION**
5                                      **TELEPHONIC STATUS**
                                       **CONFERENCE**
6    ─────────────────────────

7        Mitchell H. Cohen Building & U.S. Courthouse
         4th & Cooper Streets
8        Camden, New Jersey  08101
         June 29, 2022
9        Commencing at 10:02 a.m.

10

11   **B E F O R E:**              **THE HONORABLE ROBERT B. KUGLER**
                                  **UNITED STATES DISTRICT JUDGE**
12
                                  **THOMAS I. VANASKIE (RET.)**
13                                **SPECIAL MASTER**

14   **A P P E A R A N C E S:**

15       MAZIE SLATER KATZ & FREEMAN, LLC
         BY:  ADAM M. SLATER, ESQUIRE
16       103 Eisenhower Parkway
         Roseland, New Jersey  07068
17       For the Plaintiffs

18       KANNER & WHITELEY, LLC
         BY:  DAVID J. STANOCH, ESQUIRE
19       701 Camp Street
         New Orleans, Louisiana  70130
20       For the Plaintiffs

21

22           Ann Marie Mitchell, Official Court Reporter
                 AnnMarie_Mitchell@njd.uscourts.gov
23                        (856) 576-7018

24    Proceedings recorded by mechanical stenography; transcript
                produced by computer-aided transcription.
25

1   **A P P E A R A N C E S (Continued):**

2

3   LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR, P.A.
    BY:  DANIEL A. NIGH, ESQUIRE
    316 S. Baylen, Suite 600
4   Pensacola, Florida 32502
    For the Plaintiffs

5

6   SERIOUS INJURY LAW GROUP P.C.
    BY:  GERALD CLARK BROOKS, JR., ESQUIRE
7   PO Box 781 Montgomery, Alabama 36101
    For the Plaintiffs

8

9   SCHNEIDER HAMMERS LLC
    BY:  ROBERT M. HAMMERS, ESQUIRE
10  5555 Glenridge Connector, Suite 975
    Atlanta, Georgia 30342
11  For the Plaintiffs

12

13  LAW OFFICES OF ROBERT F. JULIAN
    BY:  ROBERT F. JULIAN, ESQUIRE
    2037 Genesee Street, Suite 2
14  Utica, New York 13501
    For the Plaintiffs

15

16  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    BY:  RICHARD T. BERNARDO, ESQUIRE
17  1440 New York Avenue, N.W.
    Washington, DC 20005
18  For the Defendants, Prinston Pharmaceuticals,
    Solco Healthcare U.S. LLC, and  Zhejiang Huahai
19  Pharmaceuticals Ltd.

20

21  GREENBERG TRAURIG LLP
    BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
    BY:  STEVEN M. HARKINS, ESQUIRE
22  3333 Piedmont Road, NE, Suite 2500
    Atlanta, Georgia  30305
23  For the Defendants, Teva Pharmaceutical Industries Ltd.,
    Teva Pharmaceuticals USA, Inc., Actavis LLC,
24  and Actavis Pharma, Inc.

25

1  **ALSO PRESENT:**

2       LORETTA SMITH, ESQUIRE
        Judicial Law Clerk to The Honorable Robert B. Kugler
3
        LARRY MACSTRAVIC, Courtroom Deputy
4
        ALICIA NAVARRETE, Paralegal
5       Parafinczuk Wolf, P.A.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (PROCEEDINGS held telephonically before The Honorable
 2   ROBERT B. KUGLER and SPECIAL MASTER THOMAS I. VANASKIE at
 3   10:02 a.m.)
 4              SPECIAL MASTER VANASKIE:  We'll get started now.
 5   Again we'll follow our usual protocols:  Please mute your
 6   speaker on the device you're using to connect to this
 7   conference unless you're speaking, and identify yourself when
 8   you speak for Ann Marie.
 9              And it's a fairly short agenda for today, so we will
10   get started.
11              Who will be speaking to the agenda items on behalf of
12   the plaintiffs?
13              MR. SLATER:  Good morning, Your Honor, Adam Slater.
14   Myself and potentially some other people, depending on where
15   the discussion goes.
16              SPECIAL MASTER VANASKIE:  Okay.  Very well,
17   Mr. Slater.  Thank you.
18              And who will be the principal spokesperson for the
19   defense?
20              MS. LOCKARD:  Your Honor, it's Victoria Lockard from
21   Greenberg Traurig on behalf of Teva.  I will be handling any
22   questions about the motion to seal, I believe that Gavin will
23   be handling any questions about the discovery issue, and then
24   Steve Harkins from our office at Greenberg Traurig will be
25   addressing the portion with respect to deficiencies later
```

 1  before Judge Kugler.

 2          SPECIAL MASTER VANASKIE:  Very well.

 3          MR. BERNARDO:  Judge Vanaskie, this is Rich Bernardo

 4  from Skadden.  I have not had the pleasure of appearing before

 5  you before.

 6          I'm responsible for the discovery for ZHP.  I just

 7  wanted to introduce myself.  And as you just heard, I'll cover

 8  that issue.

 9          SPECIAL MASTER VANASKIE:  Right.  Thank you very

10  much, Mr. Bernardo.

11          Mr. Bernardo, do I have it correct?

12          MR. BERNARDO:  Yes, you do.  Thank you.

13          SPECIAL MASTER VANASKIE:  Okay.  Let's first talk

14  them about the losartan/irbesartan discovery.

15          It seems to me that there's really not a disagreement

16  here that there should be a meet and confer before the matter

17  is presented by way of one of these conference calls.

18          Do you agree, Mr. Slater?

19          (Announcement of call recording.)

20          MR. SLATER:  Hi, Judge.

21          Sorry.  I hope everyone else heard that too.

22          SPECIAL MASTER VANASKIE:  Yeah.  That's the first

23  time I've heard that.

24          MR. SLATER:  I've never heard that either.

25          Judge, I think that the parties agree that a meet and

1  confer is appropriate.  I think that we diverge pretty hard on

2  the plan going forward.  At least we're not getting any sense

3  that the defense has any willingness to actually start

4  producing this discovery, unless I'm misreading or

5  misunderstanding.

6          And just so Your Honor understands, Judge Schneider

7  followed an extensive process to determine what would be

8  ordered in the first round of discovery on valsartan, which he

9  referred to as core discovery, and had case management orders

10  entered and a lot of discussion at some hearings.  And he then

11  ordered, obviously, some requests for production to be

12  responded to.

13          All we're asking for in the first instance is for the

14  same areas of core discovery to be produced regarding losartan

15  and irbesartan, which everybody understood at the time.  The

16  purpose of that process was to lay the groundwork not only for

17  valsartan but so that we wouldn't have to reinvent the wheel

18  with irbesartan and losartan.

19          The other area that we're focused on in the near term

20  is the information we need in order to approach these

21  mediations with some knowledge as to the amount of losartan

22  that was sold, the different levels of contamination that

23  we're seeing, for how long it was on the market, et cetera, so

24  that we can make reasonable demands and have reasonable

25  discussions with the defendants, who have all this

1  information.

2  That's the starting point.  That's not the limit on

3  what we want, but in order to be able to proceed now into this

4  mediation phase that Judge Kugler has ordered, it's not

5  reasonable for us to do so without the information.  And

6  again, this part of the case has never moved forward, so we

7  don't really understand where the burden is when the defense

8  has always known they're going to have to produce this

9  material.

10  MR. BERNARDO:  Your Honor --

11  SPECIAL MASTER VANASKIE:  Go ahead.

12  MR. BERNARDO:  I'm sorry.

13  If I may, Your Honor, this is Rich Bernardo.  And

14  perhaps there is a little misunderstanding or misreading.

15  We got plaintiffs' letter last week.  And no one's

16  saying that the defendants aren't willing to produce similar

17  core discovery.  Rather, what we're saying is that, as

18  Mr. Slater pointed out, there were a number of discussions and

19  refinements to that core discovery that resulted in some

20  discussion of orders after the initial order.  We just want to

21  talk through those issues so we're all on the same page so we

22  have the right format, so we have the right timing, so we have

23  the right scope.

24  My understanding is there are defendants who did not

25  participate in that initial core discovery.  We've got a meet

United States District Court

1    and confer scheduled for Friday, so we'll talk through those

2    issues.  And if there's any, you know, dispute, we can raise

3    them with Your Honor.  But I don't think there's a fundamental

4    dispute here.  I think we're just trying to iron out any loose

5    ends in areas and make sure we're all on the same page.

6              SPECIAL MASTER VANASKIE:  All right.  Mr. Slater, you

7    have a meet and confer this Friday on this?

8              MR. SLATER:  Yes.

9              SPECIAL MASTER VANASKIE:  All right.

10             MR. SLATER:  We do.

11             SPECIAL MASTER VANASKIE:  All right.  So please

12   proceed with the meet and confer.  And if you're able to reach

13   agreement on all issues, great.  If you're not able to reach

14   agreement on all issues, I think it would be appropriate to

15   raise it at the next discovery conference.

16             I looked at my schedule.  I don't think we have one

17   on the calendar just yet, but the appropriate time I think

18   would be -- appropriate day would be July 13th, two weeks from

19   today.

20             Does that sound appropriate to you, Mr. Slater?

21             MR. SLATER:  Schedule-wise, it does.  I'm -- yes.  I

22   may not be able to participate, but I'm certainly not going to

23   hold up the hearing for myself.  I have a deposition that day.

24             SPECIAL MASTER VANASKIE:  Okay.  I'll call upon you,

25   Mr. Bernardo.

```
 1              Does that sound like an appropriate time frame?
 2              MR. BERNARDO:  That does sound like an appropriate
 3    time frame, Your Honor.  And I understand that there's a
 4    procedure for any issues or disputes, and we will certainly
 5    abide by that procedure.  Thank you.
 6              SPECIAL MASTER VANASKIE:  Yes.  Nothing --
 7              THE LAW CLERK:  Excuse me.
 8              SPECIAL MASTER VANASKIE:  I'm sorry.  I was speaking
 9    over people.  That was my fault, Ann Marie.
10              THE LAW CLERK:  No, Judge.  This is Loretta.  Excuse
11    me.
12              SPECIAL MASTER VANASKIE:  Yes.
13              THE LAW CLERK:  We in chambers do have July 13th
14    scheduled at 4:00.
15              SPECIAL MASTER VANASKIE:  Okay.
16              THE LAW CLERK:  I think we -- you, Larry and I -- all
17    agreed to some of the next months' meeting dates, and I'll
18    resend what that schedule is.
19              We just haven't sent invitations.  I think Larry does
20    that closer to the biweekly.
21              SPECIAL MASTER VANASKIE:  Thank you for that,
22    Loretta.  Yes.  I just looked at what's on the docket, and we
23    don't have anything -- any text order right now for the 13th.
24    But thanks for refreshing my recollection on what I've already
25    agreed to.
```

1          So the next conference will be July 13th at 4:00 p.m.

2     I was starting to say, to indicate that it will probably make

3     everybody happy if you get it all resolved and we don't have

4     to have that conference.  But if we need so, we need to have

5     the conference, we have the time set aside for it.

6          All right.  So I don't think there's anything else to

7     discuss on the discovery with respect to losartan and

8     irbesartan.

9          The next matter I had, and I wanted to verify or find

10    out whether this is a matter that I should be handling, and

11    that is the motion to seal parts of the briefing on class

12    certification.

13         It seems to me there's agreement with respect to the

14    timing for the submission of such motion or motions.

15         But where does that stand?  And who will be

16    addressing this issue for the plaintiffs?

17         MR. SLATER:  Your Honor, I think if Layne is on,

18    Layne Hilton would probably be addressing this.

19         MR. STANOCH:  Your Honor, this is actually -- Your

20    Honor, this is David Stanoch.  Ms. Hilton is delayed at an

21    airport and asked me to address this request.

22         And Your Honor is correct, the defendants have

23    approached us for an extension of time to address sealing

24    and -- as set forth in our letter.  While of course we wish

25    things would happen sooner rather than later, given the

1    original motion was filed last year, we don't oppose their

2    request.

3            SPECIAL MASTER VANASKIE:  All right.  And who is

4    addressing this matter for the defense?

5            MS. LOCKARD:  Good morning, Your Honor.  It's

6    Victoria Lockard from Greenberg Traurig.  I'm happy to address

7    any concerns or questions.

8            You know, we weren't quite sure if this would be

9    something Your Honor would take up or reserve for Judge

10   Kugler.  But just given the sheer volume of the materials

11   involved, and, you know, we're coming up on a federal holiday

12   weekend, you know, we thought it would be beneficial to have

13   some additional time for all parties involved, and plaintiffs

14   agreed with that.  So we've asked for a modest extension on

15   the time to meet and confer and then a 30-day extension for

16   the ultimate filing of the motion.

17           SPECIAL MASTER VANASKIE:  And you did offer to submit

18   a proposed order, as I recall?

19           MS. LOCKARD:  Yes.  We're happy to do that.

20           SPECIAL MASTER VANASKIE:  All right.  Well, I'd ask

21   you to submit the proposed order, and I will confer with Judge

22   Kugler as to whether that order should be -- could be entered

23   by me.  If it can be, it will be.  If not, then it will be an

24   issue you'll have to take up with Judge Kugler.  All right?

25           MS. LOCKARD:  Understood.  Thank you, Judge.

1          SPECIAL MASTER VANASKIE:  All right.  Is there

2     anything else we need to discuss today before we get Judge

3     Kugler on the line?

4          MS. LOCKARD:  Nothing from defendants, Your Honor.

5          MR. SLATER:  I don't think so.

6          SPECIAL MASTER VANASKIE:  All right.  I'm going to

7     drop off the call then, and we'll conference in Judge Kugler.

8     Thank you.

9          (Pause in proceedings.)

10          THE COURT:  Good morning, it's Judge Kugler.

11          RESPONSE:  Good morning, Your Honor.

12          THE LAW CLERK:  Good morning, Judge.  It's Loretta.

13     I just wanted to let you know that for reasons we don't

14     understand, this call has been audio recorded.  I want to make

15     sure you know that.

16          THE COURT:  I guess I'd better be careful what I say,

17     huh?

18          THE LAW CLERK:  It was wasn't a warning, just notice.

19          THE COURT:  Okay.  All right.  Well, there's not much

20     for me to do.

21          There's this question about extension of time to move

22     to seal.  That's okay.  Send me that order, and I'll enter

23     that order.

24          According to the defendants' agenda, there are orders

25     to show cause.  There are -- four apparently have been

*United States District Court*

1  resolved.  The Wayne Grubb, Eric Thompson, Mary Richards and

2  Tommy Benton cases can all be -- the orders to show cause can

3  be dismissed.

4        They've also asked the Gail Callahan, Margaret

5  Tolley, Katherine Peyton, and Michael Shemes, S-H-E-M-E-S, be

6  continued to the next one, because apparently they're trying

7  to work that out.

8        And that leaves four:  Deborah Harris, Ulysses Payne,

9  Annie Pace and Donna King.

10        Any updated information on those?

11        MR. HARKINS:  Good morning, Your Honor.  This is

12  Steve Harkins with Greenberg Traurig for the Teva defendants

13  and the joint defense group.  I have an update to that list.

14        The Ulysses Payne case, the parties are working

15  towards a resolution, so we would ask that that matter also be

16  continue with a one-month extension to the next case

17  management conference.

18        THE COURT:  Anybody on the plaintiffs' side speaking

19  on behalf of Deborah Harris?

20        MR. HAMMERS:  Yes, Your Honor.  This is Rob Hammers,

21  plaintiffs' attorney for Deborah Harris, which is Donald

22  Harris -- the decedent user.

23        We were able to obtain the information from the

24  pharmacy of who the manufacturer is, but the NDC code has not

25  been provided, and the manufacturer is not a defendant in the

1   litigation.  So while we do not have a definitive NDC code to

2   exhaust the likelihood that this could even be a case in this

3   litigation, our belief will be that ultimately that answer

4   will be no.

5           So we wanted to make that report.  And obviously,

6   we'll take more time to try to get the NDC code so we have a

7   100 percent answer.  But if the case should be dismissed, we

8   will make sure our client is aware that that's the result.

9           THE COURT:  I think I will dismiss it.  You know, you

10  have a year or so to move to reopen if you find new evidence.

11  But it sounds to me like you're not going to be able to find

12  the evidence anyway.

13          MR. HAMMERS:  I agree.  But, you know, you don't just

14  say, please dismiss my case.

15          THE COURT:  No, no.  I get it.  I get it.  I get it.

16  I get it.

17          So I will dismiss the case, and you can go from

18  there.

19          Anybody speaking on behalf of Annie Pace, P-A-C-E?

20          MR. BROOKS:  Gerald Brooks on behalf of Annie Pace.

21          The client has agreed to a dismissal.

22          THE COURT:  Okay.  That will be dismissed.  Thank

23  you.

24          Donna King, K-I-N-G, anybody speaking on behalf of

25  Donna King?

1          MS. NAVARRETE:  Good morning, this is Alicia from
2    Parafinczuk Wolf law firm.
3          We just received an authorization to request records
4    from the pharmacy from the family after trying for so long, so
5    can we get 30 days to see if hopefully we get pharmacy records
6    on that?
7          THE COURT:  Mr. Harkins, what do you say?
8          MR. HARKINS:  Yes, Your Honor.  I don't believe we've
9    had an update from that, but we can agree to a 30-day
10   extension subject to receiving those pharmacy records.
11         MS. NAVARRETE:  Thank you very much.
12         THE COURT:  We'll carry that to the next return date.
13         All right.  That takes care of the orders to show
14   cause.
15         Now, there are 11 cases that the defendant would like
16   to list for an order to show cause.
17         Mr. Harkins, any update on those?
18         MR. HARKINS:  One update, Your Honor.  Case number 6
19   on our list, Estate of Christopher Gallagher vs. Hetero Labs,
20   we can remove that.  And we would request orders to show cause
21   returnable at the next case management conference in the
22   remaining ten cases on the list.
23         THE COURT:  Any plaintiffs' counsel want to speak
24   about the remaining ten cases?
25         We'll start with the Estate of Leona Branch, anybody

1    want to speak on that?  That's the Levin firm.

2              MR. NIGH:  No, Your Honor, we don't have any update

3    on that one at this time.

4              THE COURT:  That will be listed for an order to show

5    cause.

6              Vincent Anderson, again the Levin Firm.

7              MR. NIGH:  Again, we don't have any update on getting

8    that one back either.

9              THE COURT:  List that one for an order to show cause.

10             Richard Vindigni, V-I-N-D-I-G-N-I, the firm of Robert

11   Julian, anybody want to speak about that?

12             MR. JULIAN:  Yes, Judge, Robert Julian for the

13   plaintiff.

14             We are working -- our PFS is largely deficient.  We

15   understand that.  We're working to get the records.  I have --

16   should have reached out to defense counsel and have not, and

17   for that I apologize.

18             I would just ask that we have 30 days before we are

19   placed into the show cause category.

20             THE COURT:  Well, I'm going to list it for an order

21   to show cause.  That will give you 30 days right there.  And

22   then you will have to work with defense counsel, Mr. Harkins

23   or whomever, and he can always give you more time if they

24   want.  Okay?

25             MR. JULIAN:  All right.  Thank you.

```
 1              THE COURT:  Sheldon Walker, the Levin firm again.
 2    Nothing?
 3              Order to show cause --
 4              MR. NIGH:  So we don't have any update on getting
 5    that one back either, Your Honor.
 6              THE COURT:  Elie, E-L-I-E, Greene, G-R-E-E-N-E,
 7    anybody want to speak about that?
 8              MR. BROOKS:  Gerald Brooks on behalf of the
 9    plaintiff.
10              Mr. Greene has died since the filing of the suit.  We
11    are in the process of trying to have a widow appointed as the
12    administrator of the estate so that we can get the necessary
13    documentation to meet the requirements, Your Honor.
14              We just ask that you give us an additional 30 days
15    before transferring those to the show cause list.
16              THE COURT:  All right.  Let's carry this another 30
17    days before we list it for order to show cause so that counsel
18    can get an administrator appointed, and we'll go from there.
19              Majorie Smith as Administrator of the Estate of
20    Erskine Smith, anybody speaking on behalf of that?
21              MR. BROOKS:  Gerald Brooks again, Your Honor.
22              Yesterday plaintiff filed the fact sheet,
23    authorizations and records, so I think that this has been
24    remedied.
25              THE COURT:  Mr. Harkins, any word on that?
```

```
1           MR. HARKINS:  Your Honor, we've not had a chance to
2    review that since it was filed, but we can agree to a 30-day
3    extension while we review that material.
4           THE COURT:  All right.  30 days until it gets listed
5    again for an order to show cause.
6           William Davis, as Administrator of the Estate of
7    Leila Davis.
8           MR. BROOKS:  Gerald Brooks.
9           THE COURT:  Mr. Brooks?
10          MR. BROOKS:  Gerald Brooks, Your Honor, hopefully for
11   the last time.  Same as before, the authorizations, records
12   and fact sheet were filed yesterday.
13          THE COURT:  Mr. Harkins?
14          MR. HARKINS:  Yes, Your Honor.  We'll agree to the
15   same extension for that case as well.
16          THE COURT:  All right.  Ernestine Williams, the
17   Douglas and London law firm, anybody on for that?
18          That will be listed for an order to show cause.
19          Marilyn White, anybody on that for?
20          MS. NAVARRETE:  Yes.  This is Alicia again.  For
21   Marilyn White, the PFS will be filed, the latest by tomorrow.
22          THE COURT:  We'll list that for an order to show
23   cause, and we can always dismiss it before it gets to that
24   stage.  Okay?
25          MS. NAVARRETE:  Thank you so much.
```

*United States District Court*

```
 1              THE COURT:  Benita King, the Levin firm.
 2              MR. NIGH:  Your Honor, Benita King we learned
 3    recently passed away, so we've been working with the family to
 4    set up an estate and get the PFS returned.  That's one that
 5    we'll be shortly filing a notice of death.
 6              THE COURT:  Can we give that another 30 days,
 7    Mr. Harkins?
 8              MR. HARKINS:  Yes, Your Honor.  Defendants have no
 9    objection to that.
10              THE COURT:  There are 14 now listed for -- that still
11    have deficiencies.  They're seeking a listing.
12              Any updates on that, Mr. Harkins?
13              MR. HARKINS:  Two updates, Your Honor.  Number 12,
14    Regina Johnson, and number 13, Judith Ross, have both filed
15    PFSs, so we can remove those from the list.
16              We would just carry the other 12 cases forward to the
17    next agenda.
18              THE COURT:  Does anybody want to be heard on Benny
19    Mathis, M-A-T-H-I-S?
20              How about Estate of John Restivo?
21              Estate of Sebastien Thomas?
22              Estate of Robert Cooper?
23              Joseph Martinez?
24              Francesco Poma, P-O-M-A, individually and on behalf
25    of the Estate of Giusseppa Poma?
```

*United States District Court*

1            Kerry Jackson, individually and on behalf of the

2    Estate of Janice Jackson?

3            Paul Kim, K-I-M?

4            Joan Chatham?

5            Raymond Dais, D-A-I-S?

6            Estate of Khristian, with a K, Kay, K-A-Y?

7            And Sandra Russell, R-U-S-S-E-L-L?  Anybody on those?

8            Okay.  Anything else we need to do, Counsel?

9            MR. SLATER:  Nothing I can think of for plaintiffs,

10   Your Honor.

11           THE COURT:  Okay.  Well, enjoy the month of July, and

12   we'll talk to you then.

13           MR. SLATER:  Thank you.

14           THE COURT:  Thank you everybody.

15           (Proceedings concluded at 10:27 a.m.)

16

17                              -  -  -

18           I certify that the foregoing is a correct transcript

19   from the record of proceedings in the above-entitled matter.

20

21   */S/ Ann Marie Mitchell, CCR, CRR, RDR, RMR*
     *Court Reporter/Transcriber*

22

23   *30th day of June, 2022*
          *Date*

24

25

*United States District Court*

## /

/S [1] - 20:21

## 0

07068 [1] - 1:16
08101 [1] - 1:8

## 1

100 [1] - 14:7
103 [1] - 1:15
10:02 [2] - 1:9, 4:3
10:27 [1] - 20:15
11 [1] - 15:15
12 [2] - 19:13, 19:16
13 [1] - 19:14
13501 [1] - 2:14
13th [4] - 8:18, 9:13, 9:23, 10:1
14 [1] - 19:10
1440 [1] - 2:17
19-md-02875 [1] - 1:4

## 2

2 [1] - 2:13
20005 [1] - 2:17
2022 [2] - 1:8, 20:23
2037 [1] - 2:13
2500 [1] - 2:22
29 [1] - 1:8

## 3

30 [7] - 15:5, 16:18, 16:21, 17:14, 17:16, 18:4, 19:6
30-day [3] - 11:15, 15:9, 18:2
30305 [1] - 2:22
30342 [1] - 2:10
30th [1] - 20:23
316 [1] - 2:3
32502 [1] - 2:4
3333 [1] - 2:22
36101 [1] - 2:7

## 4

4:00 [2] - 9:14, 10:1
4th [1] - 1:7

## 5

5555 [1] - 2:10
576-7018 [1] - 1:23

## 6

6 [1] - 15:18
600 [1] - 2:3

## 7

701 [1] - 1:19
70130 [1] - 1:19
781 [1] - 2:7

## 8

856 [1] - 1:23

## 9

975 [1] - 2:10

## A

a.m [3] - 1:9, 4:3, 20:15
abide [1] - 9:5
able [6] - 7:3, 8:12, 8:13, 8:22, 13:23, 14:11
above-entitled [1] - 20:19
according [1] - 12:24
Actavis [2] - 2:23, 2:24
ACTION [1] - 1:3
Adam [1] - 4:13
ADAM [1] - 1:15
additional [2] - 11:13, 17:14
address [3] - 10:21, 10:23, 11:6
addressing [4] - 4:25, 10:16, 10:18, 11:4
administrator [2] - 17:12, 17:18
Administrator [2] - 17:19, 18:6
agenda [4] - 4:9, 4:11, 12:24, 19:17
agree [6] - 5:18, 5:25, 14:13, 15:9, 18:2, 18:14
agreed [4] - 9:17, 9:25, 11:14, 14:21
agreement [3] - 8:13, 8:14, 10:13
ahead [1] - 7:11
aided [1] - 1:24
airport [1] - 10:21
Alabama [1] - 2:7
Alicia [2] - 15:1, 18:20
ALICIA [1] - 3:4
ALSO [1] - 3:1
amount [1] - 6:21
Anderson [1] - 16:6
Ann [3] - 4:8, 9:9, 20:21
ann [1] - 1:22
Annie [3] - 13:9, 14:19, 14:20
AnnMarie_Mitchell@njd.uscourts.gov [1] - 1:22
Announcement [1] - 5:19
answer [2] - 14:3, 14:7
anyway [1] - 14:12
apologize [1] - 16:17
appearing [1] - 5:4
appointed [2] - 17:11, 17:18
approach [1] - 6:20
approached [1] - 10:23
appropriate [7] - 6:1, 8:14, 8:17, 8:18, 8:20, 9:1, 9:2
area [1] - 6:19
areas [2] - 6:14, 8:5
ARPS [1] - 2:16
aside [1] - 10:5
Atlanta [2] - 1:20, 2:22
attorney [1] - 13:21
audio [1] - 12:14
authorization [1] - 15:3
authorizations [2] - 17:23, 18:11
Avenue [1] - 2:17
aware [1] - 14:8

## B

Baylen [1] - 2:3
behalf [10] - 4:11, 4:21, 13:19, 14:19, 14:20, 14:24, 17:8, 17:20, 19:24, 20:1
belief [1] - 14:3
beneficial [1] - 11:12
Benita [2] - 19:1, 19:2
Benny [1] - 19:18
Benton [1] - 13:2
BERNARDO [6] - 2:16, 5:3, 5:12, 7:10, 7:12, 9:2
Bernardo [5] - 5:3, 5:10, 5:11, 7:13, 8:25
better [1] - 12:16
biweekly [1] - 9:20
Box [1] - 2:7
Branch [1] - 15:25
briefing [1] - 10:11
BROOKS [6] - 2:6, 14:20, 17:8, 17:21, 18:8, 18:10
Brooks [6] - 14:20, 17:8, 17:21, 18:8, 18:9, 18:10
burden [1] - 7:7

## C

calendar [1] - 8:17
Callahan [1] - 13:4
Camden [1] - 1:8
Camp [1] - 1:19
care [1] - 15:13
careful [1] - 12:16
carry [3] - 15:12, 17:16, 19:16
case [11] - 6:9, 7:6, 13:14, 13:16, 14:2, 14:7, 14:14, 14:17, 15:18, 15:21, 18:15
cases [3] - 13:2, 15:15, 15:22, 15:24, 19:16
category [1] - 16:19
CCR [1] - 20:21
certainly [2] - 8:22, 9:4
certification [1] - 10:12
certify [1] - 20:18
cetera [1] - 6:23
chambers [1] - 9:13
chance [1] - 18:1
Chatham [1] - 20:4
Christopher [1] - 15:19
CIVIL [1] - 1:3
CLARK [1] - 2:6
class [1] - 10:11
Clerk [1] - 3:2
CLERK [6] - 9:7, 9:10, 9:13, 9:16, 12:12, 12:18
client [2] - 14:8, 14:21
closer [1] - 9:20
code [3] - 13:24, 14:1, 14:6
Cohen [1] - 1:7
coming [1] - 11:11
Commencing [1] - 1:9
computer [1] - 1:24
computer-aided [1] - 1:24
concerns [1] - 11:7
concluded [1] - 20:15
confer [7] - 5:16, 6:1, 8:1, 8:7, 8:12, 11:15, 11:21
conference [9] - 4:7, 5:17, 8:15, 10:1, 10:4, 10:5, 12:7, 17:8, 17:21, 18:8, 18:9, 18:10
Building [1] - 1:7

## [col5]
13:17, 15:21
CONFERENCE [1] - 1:5
connect [1] - 4:6
Connector [1] - 2:10
contamination [1] - 6:22
continue [1] - 13:16
Continued [2] - 2:1
continued [1] - 13:6
Cooper [2] - 1:7, 19:22
core [5] - 6:9, 6:14, 7:17, 7:19, 7:25
correct [3] - 5:11, 10:22, 20:18
counsel [4] - 15:23, 16:16, 16:22, 17:17
Counsel [1] - 20:8
course [1] - 10:24
Court [2] - 1:22, 20:21
COURT [1] - 1:1
Courthouse [1] - 1:7
Courtroom [1] - 3:3
cover [1] - 5:7
CRR [1] - 20:21

## D

Dais [1] - 20:5
DAIS [1] - 20:5
DANIEL [1] - 2:3
date [1] - 15:12
Date [1] - 20:23
dates [1] - 20:23
David [1] - 10:20
DAVID [1] - 1:18
DAVIS [1] - 2:21
Davis [2] - 18:6, 18:7
days [7] - 15:5, 16:18, 16:21, 17:14, 17:17, 18:4, 19:6
DC [1] - 2:17
death [1] - 19:5
Deborah [3] - 13:8, 13:19, 13:21
decedent [1] - 13:22
defendant [2] - 13:25, 15:15
Defendants [2] - 2:18, 2:23
defendants [7] - 6:25, 7:16, 7:24, 10:22, 12:4, 13:12, 19:8
defendants' [1] - 12:24
defense [7] - 4:19, 6:3, 7:7, 11:4, 13:13, 16:16, 16:22
deficiencies [2] -

4:25, 19:11
**deficient** [1] - 16:14
**definitive** [1] - 14:1
**delayed** [1] - 10:20
**demands** [1] - 6:24
**deposition** [1] - 8:23
**Deputy** [1] - 3:3
**determine** [1] - 6:7
**device** [1] - 4:6
**died** [1] - 17:10
**different** [1] - 6:22
**disagreement** [1] - 5:15
**discovery** [12] - 4:23, 5:6, 5:14, 6:4, 6:8, 6:9, 6:14, 7:17, 7:19, 7:25, 8:15, 10:7
**discuss** [2] - 10:7, 12:2
**discussion** [3] - 4:15, 6:10, 7:20
**discussions** [2] - 6:25, 7:18
**dismiss** [4] - 14:9, 14:14, 14:17, 18:23
**dismissal** [1] - 14:21
**dismissed** [3] - 13:3, 14:7, 14:22
**dispute** [2] - 8:2, 8:4
**disputes** [1] - 9:4
**DISTRICT** [3] - 1:1, 1:1, 1:11
**diverge** [1] - 6:1
**docket** [1] - 9:22
**documentation** [1] - 17:13
**Donald** [1] - 13:21
**Donna** [3] - 13:9, 14:24, 14:25
**Douglas** [1] - 18:17
**drop** [1] - 12:7

**E**

**Eisenhower** [1] - 1:15
**either** [3] - 5:24, 16:8, 17:5
**Elie** [1] - 17:6
**ELIE** [1] - 17:6
**ends** [1] - 8:5
**enjoy** [1] - 20:11
**enter** [1] - 12:22
**entered** [2] - 6:10, 11:22
**entitled** [1] - 20:19
**Eric** [1] - 13:1
**Ernestine** [1] - 18:16
**Erskine** [1] - 17:20
**ESQUIRE** [10] - 1:15, 1:18, 2:3, 2:6, 2:9,

2:13, 2:16, 2:21, 2:21, 3:2
**Estate** [9] - 15:19, 15:25, 17:19, 18:6, 19:20, 19:21, 19:22, 19:25, 20:2
**estate** [3] - 17:12, 19:4, 20:6
**et** [1] - 6:23
**evidence** [2] - 14:10, 14:12
**excuse** [2] - 9:7, 9:10
**exhaust** [1] - 14:2
**extension** [8] - 10:23, 11:14, 11:15, 12:21, 13:16, 15:10, 18:3, 18:15
**extensive** [1] - 6:7

**F**

**fact** [2] - 17:22, 18:12
**fairly** [1] - 4:9
**family** [2] - 15:4, 19:3
**fault** [1] - 9:9
**federal** [1] - 11:11
**filed** [6] - 11:1, 17:22, 18:2, 18:12, 18:21, 19:14
**filing** [3] - 11:16, 17:10, 19:5
**firm** [6] - 15:2, 16:1, 16:10, 17:1, 18:17, 19:1
**Firm** [1] - 16:6
**first** [4] - 5:13, 5:22, 6:8, 6:13
**FLOM** [1] - 2:16
**Florida** [1] - 2:4
**focused** [1] - 6:19
**follow** [1] - 4:5
**followed** [1] - 6:7
**foregoing** [1] - 20:18
**format** [1] - 7:22
**forth** [1] - 10:24
**forward** [3] - 6:2, 7:6, 19:16
**four** [2] - 12:25, 13:8
**frame** [2] - 9:1, 9:3
**Francesco** [1] - 19:24
**FREEMAN** [1] - 1:14
**Friday** [2] - 8:1, 8:7
**fundamental** [1] - 8:3

**G**

**Gail** [1] - 13:4
**Gallagher** [1] - 15:19
**Gavin** [1] - 4:22
**Genesee** [1] - 2:13
**Georgia** [2] - 2:10,

2:22
**Gerald** [5] - 14:20, 17:8, 17:21, 18:8, 18:10
**GERALD** [1] - 2:6
**Giusseppa** [1] - 19:25
**given** [2] - 10:25, 11:10
**Glenridge** [1] - 2:10
**great** [1] - 8:13
**Greenberg** [4] - 4:21, 4:24, 11:6, 13:12
**GREENBERG** [1] - 2:20
**Greene** [2] - 17:6, 17:10
**GREENE** [1] - 17:6
**groundwork** [1] - 6:16
**GROUP** [1] - 2:6
**group** [1] - 13:13
**Grubb** [1] - 13:1
**guess** [1] - 12:16

**H**

**Hammers** [1] - 13:20
**HAMMERS** [4] - 2:9, 2:9, 13:20, 14:13
**handling** [3] - 4:21, 4:23, 10:10
**happy** [3] - 10:3, 11:6, 11:19
**hard** [1] - 6:1
**HARKINS** [8] - 2:21, 13:11, 15:8, 15:18, 18:1, 18:14, 19:8, 19:13
**Harkins** [9] - 4:24, 13:12, 15:7, 15:17, 16:22, 17:25, 18:13, 19:7, 19:12
**Harris** [4] - 13:8, 13:19, 13:21, 13:22
**Healthcare** [1] - 2:18
**heard** [5] - 5:7, 5:21, 5:23, 5:24, 19:18
**hearing** [1] - 8:23
**hearings** [1] - 6:10
**held** [1] - 4:1
**Hetero** [1] - 15:19
**hi** [1] - 5:20
**Hilton** [2] - 10:18, 10:20
**hold** [1] - 8:23
**holiday** [1] - 11:11
**Honor** [30] - 4:13, 4:20, 6:6, 7:10, 7:13, 8:3, 9:3, 10:17, 10:19, 10:20, 10:22, 11:5, 11:9, 12:4,

12:11, 13:11, 13:20, 15:8, 15:18, 16:2, 17:5, 17:13, 17:21, 18:1, 18:10, 18:14, 19:2, 19:8, 19:13, 20:10
**HONORABLE** [1] - 1:10
**Honorable** [2] - 3:2, 4:1
**hope** [1] - 5:21
**hopefully** [2] - 15:5, 18:10
**Huahai** [1] - 2:18

**I**

**identify** [1] - 4:7
**Inc** [2] - 2:23, 2:24
**indicate** [1] - 10:2
**individually** [2] - 19:24, 20:1
**Industries** [1] - 2:23
**information** [5] - 6:20, 7:1, 7:5, 13:10, 13:23
**initial** [2] - 7:20, 7:25
**INJURY** [1] - 2:6
**instance** [1] - 6:13
**introduce** [1] - 5:7
**invitations** [1] - 9:19
**involved** [2] - 11:11, 11:13
**irbesartan** [3] - 6:15, 6:18, 10:8
**iron** [1] - 8:4
**issue** [4] - 4:23, 5:8, 10:16, 11:24
**issues** [5] - 7:21, 8:2, 8:13, 8:14, 9:4
**items** [1] - 4:11

**J**

**Jackson** [2] - 20:1, 20:2
**Janice** [1] - 20:2
**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:16
**Joan** [1] - 20:4
**John** [1] - 19:20
**Johnson** [1] - 19:14
**joint** [1] - 13:13
**Joseph** [1] - 19:23
**JR** [1] - 2:6
**JUDGE** [1] - 1:11
**Judge** [16] - 5:1, 5:3, 5:20, 5:25, 6:6, 7:4, 9:10, 11:9, 11:21, 11:24, 11:25, 12:2, 12:7, 12:10, 12:12,

16:12
**Judicial** [1] - 3:2
**Judith** [1] - 19:14
**JULIAN** [4] - 2:12, 2:13, 16:12, 16:25
**Julian** [2] - 16:11, 16:12
**July** [4] - 8:18, 9:13, 10:1, 20:11
**June** [2] - 1:8, 20:23

**K**

**KANNER** [1] - 1:18
**Katherine** [1] - 13:5
**KATZ** [1] - 1:14
**Kay** [2] - 20:6
**KAY** [1] - 20:6
**Kerry** [1] - 20:1
**Khristian** [1] - 20:6
**Kim** [1] - 20:3
**KIM** [1] - 20:3
**KING** [1] - 14:24
**King** [5] - 13:9, 14:24, 14:25, 19:1, 19:2
**knowledge** [1] - 6:21
**known** [1] - 7:8
**Kugler** [9] - 3:2, 5:1, 7:4, 11:10, 11:22, 11:24, 12:3, 12:7, 12:10
**KUGLER** [2] - 1:10, 4:2

**L**

**Labs** [1] - 15:19
**largely** [1] - 16:14
**Larry** [2] - 9:16, 9:19
**LARRY** [1] - 3:3
**last** [3] - 7:15, 11:1, 18:11
**latest** [1] - 18:21
**LAW** [8] - 2:6, 2:12, 9:7, 9:10, 9:13, 9:16, 12:12, 12:18
**law** [2] - 15:2, 18:17
**Law** [1] - 3:2
**lay** [1] - 6:16
**Layne** [2] - 10:17, 10:18
**learned** [1] - 19:2
**least** [1] - 6:2
**leaves** [1] - 13:8
**Leila** [1] - 18:7
**Leona** [1] - 15:25
**letter** [2] - 7:15, 10:24
**levels** [1] - 6:22
**Levin** [4] - 16:1, 16:6, 17:1, 19:1

**LEVIN** [1] - 2:2
**LIABILITY** [1] - 1:4
**likelihood** [1] - 14:2
**limit** [1] - 7:2
**line** [1] - 12:3
**list** [10] - 13:13, 15:16, 15:19, 15:22, 16:9, 16:20, 17:15, 17:17, 18:22, 19:15
**listed** [4] - 16:4, 18:4, 18:18, 19:10
**listing** [1] - 19:11
**LITIGATION** [1] - 1:4
**litigation** [2] - 14:1, 14:3
**LLC** [5] - 1:14, 1:18, 2:9, 2:18, 2:23
**LLP** [2] - 2:16, 2:20
**Lockard** [2] - 4:20, 11:6
**LOCKARD** [6] - 2:21, 4:20, 11:5, 11:19, 11:25, 12:4
**London** [1] - 18:17
**looked** [2] - 8:16, 9:22
**loose** [1] - 8:4
**LORETTA** [1] - 3:2
**Loretta** [3] - 9:10, 9:22, 12:12
**losartan** [4] - 6:14, 6:18, 6:21, 10:7
**losartan/irbesartan** [1] - 5:14
**Louisiana** [1] - 1:19
**Ltd** [2] - 2:19, 2:23

**M**

**MACSTRAVIC** [1] - 3:3
**Majorie** [1] - 17:19
**management** [3] - 6:9, 13:17, 15:21
**manufacturer** [2] - 13:24, 13:25
**Margaret** [1] - 13:4
**Marie** [4] - 1:22, 4:8, 9:9, 20:21
**Marilyn** [2] - 18:19, 18:21
**market** [1] - 6:23
**Martinez** [1] - 19:23
**Mary** [1] - 13:1
**MASTER** [23] - 1:12, 4:2, 4:4, 4:16, 5:2, 5:9, 5:13, 5:22, 7:11, 8:6, 8:9, 8:11, 8:24, 9:6, 9:8, 9:12, 9:15, 9:21, 11:3, 11:17, 11:20, 12:1, 12:6

**material** [2] - 7:9, 18:3
**materials** [1] - 11:10
**Mathis** [1] - 19:19
**MATHIS** [1] - 19:19
**matter** [6] - 5:16, 10:9, 10:10, 11:4, 13:15, 20:19
**MAZIE** [1] - 1:14
**MEAGHER** [1] - 2:16
**mechanical** [1] - 1:24
**mediation** [1] - 7:4
**mediations** [1] - 6:21
**meet** [7] - 5:16, 5:25, 7:25, 8:7, 8:12, 11:15, 17:13
**meeting** [1] - 9:17
**Michael** [1] - 13:5
**misreading** [1] - 6:4, 7:14
**misunderstanding** [2] - 6:5, 7:14
**MITCHELL** [1] - 2:2
**Mitchell** [3] - 1:7, 1:22, 20:21
**modest** [1] - 11:14
**Montgomery** [1] - 2:7
**month** [2] - 13:16, 20:11
**months'** [1] - 9:17
**morning** [7] - 4:13, 11:5, 12:10, 12:11, 12:12, 13:11, 15:1
**motion** [5] - 4:22, 10:11, 10:14, 11:1, 11:16
**motions** [1] - 10:14
**move** [2] - 12:21, 14:10
**moved** [1] - 7:6
**MR** [36] - 4:13, 5:3, 5:12, 5:20, 5:24, 7:10, 7:12, 8:8, 8:10, 8:21, 9:2, 10:17, 10:19, 12:5, 13:11, 13:20, 14:13, 14:20, 15:8, 15:18, 16:2, 16:7, 16:12, 16:25, 17:4, 17:8, 17:21, 18:1, 18:8, 18:10, 18:14, 19:2, 19:8, 19:13, 20:9, 20:13
**MS** [9] - 4:20, 11:5, 11:19, 11:25, 12:4, 15:1, 15:11, 18:20, 18:25
**mute** [1] - 4:5

**N**

**N.W** [1] - 2:17

**NAVARRETE** [5] - 3:4, 15:1, 15:11, 15:20, 18:25
**NDC** [3] - 13:24, 14:1, 14:6
**NE** [1] - 2:22
**near** [1] - 6:19
**necessary** [1] - 17:12
**need** [5] - 6:20, 10:4, 12:2, 20:8
**never** [2] - 5:24, 7:6
**NEW** [1] - 1:1
**new** [1] - 14:10
**New** [5] - 1:8, 1:16, 1:19, 2:14, 2:17
**next** [9] - 8:15, 9:17, 10:1, 10:9, 13:6, 13:16, 15:12, 15:21, 19:17
**NIGH** [5] - 2:3, 16:2, 16:7, 17:4, 19:2
**nothing** [4] - 9:6, 12:4, 17:2, 20:9
**notice** [2] - 12:18, 19:5
**number** [4] - 7:18, 15:18, 19:13, 19:14
**NUMBER** [1] - 1:3

**O**

**objection** [1] - 19:9
**obtain** [1] - 13:23
**obviously** [2] - 6:11, 14:5
**offer** [1] - 11:17
**office** [1] - 4:24
**OFFICES** [1] - 2:12
**Official** [1] - 1:22
**one** [10] - 5:17, 8:16, 13:6, 13:16, 15:18, 16:3, 16:8, 16:9, 17:15, 19:4
**one's** [1] - 7:15
**one-month** [1] - 13:16
**oppose** [1] - 11:1
**order** [18] - 6:20, 7:3, 7:20, 9:23, 11:18, 11:21, 11:22, 12:22, 12:23, 15:16, 16:4, 16:9, 16:20, 17:3, 17:17, 18:5, 18:18, 18:22
**ordered** [3] - 6:8, 6:11, 7:4
**orders** [6] - 6:9, 7:20, 12:24, 13:2, 15:13, 15:20
**original** [1] - 11:1
**Orleans** [1] - 1:19

**P**

**P.A** [2] - 2:2, 3:5
**P.C** [1] - 2:6
**p.m** [1] - 10:1
**Pace** [3] - 13:9, 14:19, 14:20
**PACE** [1] - 14:19
**page** [2] - 7:21, 8:5
**PAPANTONIO** [1] - 2:2
**Parafinczuk** [2] - 3:5, 15:2
**Paralegal** [1] - 3:4
**Parkway** [1] - 1:15
**part** [1] - 7:6
**participate** [2] - 7:25, 8:22
**parties** [3] - 5:25, 11:13, 13:14
**parts** [1] - 10:11
**passed** [1] - 19:3
**Paul** [1] - 20:3
**pause** [1] - 12:9
**Payne** [2] - 13:8, 13:14
**Pensacola** [1] - 2:4
**people** [2] - 4:14, 9:9
**percent** [1] - 14:7
**perhaps** [1] - 7:14
**Peyton** [1] - 13:5
**PFS** [3] - 16:14, 18:21, 19:4
**PFSs** [1] - 19:15
**Pharma** [1] - 2:24
**Pharmaceutical** [1] - 2:23
**Pharmaceuticals** [3] - 2:18, 2:19, 2:23
**pharmacy** [4] - 13:24, 15:4, 15:5, 15:10
**phase** [1] - 7:4
**Piedmont** [1] - 2:22
**placed** [1] - 16:19
**plaintiff** [3] - 16:13, 17:9, 17:22
**Plaintiffs** [6] - 1:16, 1:20, 2:4, 2:7, 2:11, 2:14
**plaintiffs** [4] - 4:12, 10:16, 11:13, 20:9
**plaintiffs'** [4] - 7:15, 13:18, 13:21, 15:23
**plan** [1] - 6:2
**pleasure** [1] - 5:4
**PO** [1] - 2:7
**point** [1] - 7:2
**pointed** [1] - 7:18
**Poma** [2] - 19:24, 19:25
**POMA** [1] - 19:24

**portion** [1] - 4:25
**potentially** [1] - 4:14
**PRESENT** [1] - 3:1
**presented** [1] - 5:17
**pretty** [1] - 6:1
**principal** [1] - 4:18
**Prinston** [1] - 2:18
**procedure** [2] - 9:4, 9:5
**proceed** [2] - 7:3, 8:12
**Proceedings** [2] - 1:24, 20:15
**proceedings** [2] - 12:9, 20:19
**PROCEEDINGS** [1] - 4:1
**process** [3] - 6:7, 6:16, 17:11
**PROCTOR** [1] - 2:2
**produce** [2] - 7:8, 7:16
**produced** [2] - 1:24, 6:14
**producing** [1] - 6:4
**production** [1] - 6:11
**PRODUCTS** [1] - 1:4
**proposed** [2] - 11:18, 11:21
**protocols** [1] - 4:5
**provided** [1] - 13:25
**purpose** [1] - 6:16

**Q**

**questions** [3] - 4:22, 4:23, 11:7
**quite** [1] - 11:8

**R**

**RAFFERTY** [1] - 2:2
**raise** [2] - 8:2, 8:15
**rather** [2] - 7:17, 10:25
**Raymond** [1] - 20:5
**RDR** [1] - 20:21
**RE** [1] - 1:4
**reach** [2] - 8:12, 8:13
**reached** [1] - 16:16
**really** [2] - 5:15, 7:7
**reasonable** [3] - 6:24, 7:5
**reasons** [1] - 12:13
**received** [1] - 15:3
**receiving** [1] - 15:10
**recently** [1] - 19:3
**recollection** [1] - 9:24
**record** [1] - 20:19
**recorded** [2] - 1:24, 12:14
**recording** [1] - 5:19
**records** [6] - 15:3,

15:5, 15:10, 16:15, 17:23, 18:11
**referred** [1] - 6:9
**refinements** [1] - 7:19
**refreshing** [1] - 9:24
**regarding** [1] - 6:14
**Regina** [1] - 19:14
**reinvent** [1] - 6:17
**remaining** [2] - 15:22, 15:24
**remedied** [1] - 17:24
**remove** [2] - 15:20, 19:15
**reopen** [1] - 14:10
**report** [1] - 14:5
**Reporter** [1] - 1:22
**Reporter/ Transcriber** [1] - 20:21
**request** [4] - 10:21, 11:2, 15:3, 15:20
**requests** [1] - 6:11
**requirements** [1] - 17:13
**resend** [1] - 9:18
**reserve** [1] - 11:9
**resolution** [1] - 13:15
**resolved** [2] - 10:3, 13:1
**respect** [3] - 4:25, 10:7, 10:13
**responded** [1] - 6:12
**RESPONSE** [1] - 12:11
**responsible** [1] - 5:6
**Restivo** [1] - 19:20
**result** [1] - 14:8
**resulted** [1] - 7:19
**RET** [1] - 1:12
**return** [1] - 15:12
**returnable** [1] - 15:21
**returned** [1] - 19:4
**review** [2] - 18:2, 18:3
**Rich** [2] - 5:3, 7:13
**Richard** [1] - 16:10
**RICHARD** [1] - 2:16
**Richards** [1] - 13:1
**RMR** [1] - 20:21
**Road** [1] - 2:22
**Rob** [1] - 13:20
**ROBERT** [5] - 1:10, 2:9, 2:12, 2:13, 4:2
**Robert** [4] - 3:2, 16:10, 16:12, 19:22
**Roseland** [1] - 1:16
**Ross** [1] - 19:14
**round** [1] - 6:8
**Russell** [1] - 20:7
**RUSSELL** [1] - 20:7

### S

**Sandra** [1] - 20:7
**schedule** [3] - 8:16, 8:21, 9:18
**schedule-wise** [1] - 8:21
**scheduled** [2] - 8:1, 9:14
**Schneider** [1] - 6:6
**SCHNEIDER** [1] - 2:9
**scope** [1] - 7:23
**seal** [3] - 4:22, 10:11, 12:22
**sealing** [1] - 10:23
**Sebastien** [1] - 19:21
**see** [1] - 15:5
**seeing** [1] - 6:23
**seeking** [1] - 19:11
**send** [1] - 12:22
**sense** [1] - 6:2
**sent** [1] - 9:19
**SERIOUS** [1] - 2:6
**set** [3] - 10:5, 10:24, 19:4
**sheer** [1] - 11:10
**sheet** [2] - 17:22, 18:12
**Sheldon** [1] - 17:1
**Shemes** [1] - 13:5
**SHEMES** [1] - 13:5
**short** [1] - 4:9
**shortly** [1] - 19:5
**show** [15] - 12:25, 13:2, 15:13, 15:16, 15:20, 16:4, 16:9, 16:19, 16:21, 17:3, 17:15, 17:17, 18:5, 18:18, 18:22
**side** [1] - 13:18
**similar** [1] - 7:16
**SKADDEN** [1] - 2:16
**Skadden** [1] - 5:4
**SLATE** [1] - 2:16
**SLATER** [12] - 1:14, 1:15, 4:13, 5:20, 5:24, 8:8, 8:10, 8:21, 10:17, 12:5, 20:9, 20:13
**Slater** [6] - 4:13, 4:17, 5:18, 7:18, 8:6, 8:20
**SMITH** [1] - 3:2
**Smith** [2] - 17:19, 17:20
**Solco** [1] - 2:18
**sold** [1] - 6:22
**sooner** [1] - 10:25
**sorry** [3] - 5:21, 7:12, 9:8
**sound** [3] - 8:20, 9:1,

9:2
**sounds** [1] - 14:11
**speaker** [1] - 4:6
**speaking** [7] - 4:7, 4:11, 9:8, 13:18, 14:19, 14:24, 17:20
**SPECIAL** [23] - 1:12, 4:2, 4:4, 4:16, 5:2, 5:9, 5:13, 5:22, 7:11, 8:6, 8:9, 8:11, 8:24, 9:6, 9:8, 9:12, 9:15, 9:21, 11:3, 11:17, 11:20, 12:1, 12:6
**spokesperson** [1] - 4:18
**stage** [1] - 18:24
**stand** [1] - 10:15
**STANOCH** [2] - 1:18, 10:19
**Stanoch** [1] - 10:20
**start** [2] - 6:3, 15:25
**started** [2] - 4:4, 4:10
**starting** [2] - 7:2, 10:2
**STATES** [2] - 1:1, 1:11
**STATUS** [1] - 1:5
**stenography** [1] - 1:24
**Steve** [2] - 4:24, 13:12
**STEVEN** [1] - 2:21
**still** [1] - 19:10
**Street** [2] - 1:19, 2:13
**Streets** [1] - 1:7
**subject** [1] - 15:10
**submission** [1] - 10:14
**submit** [2] - 11:17, 11:21
**suit** [1] - 17:10
**Suite** [4] - 2:3, 2:10, 2:13, 2:22

### T

**TELEPHONIC** [1] - 1:5
**telephonically** [1] - 4:1
**ten** [2] - 15:22, 15:24
**term** [1] - 6:19
**Teva** [4] - 2:23, 2:23, 4:21, 13:12
**text** [1] - 9:23
**THE COURT** [28] - 12:10, 12:16, 12:19, 13:18, 14:9, 14:15, 14:22, 15:7, 15:12, 15:23, 16:4, 16:9, 16:20, 17:1, 17:6, 17:16, 17:25, 18:4, 18:9, 18:13, 18:16, 18:22, 19:1, 19:6, 19:10, 19:18, 20:11,

20:14
**they've** [1] - 13:4
**THOMAS** [3] - 1:12, 2:2, 4:2
**Thomas** [1] - 19:21
**Thompson** [1] - 13:1
**timing** [2] - 7:22, 10:14
**today** [3] - 4:9, 8:19, 12:2
**Tolley** [1] - 13:5
**Tommy** [1] - 13:2
**tomorrow** [1] - 18:21
**towards** [1] - 13:15
**transcript** [2] - 1:24, 20:18
**transcription** [1] - 1:24
**transferring** [1] - 17:15
**TRAURIG** [1] - 2:20
**Traurig** [4] - 4:21, 4:24, 11:6, 13:12
**try** [1] - 14:6
**trying** [4] - 8:4, 13:6, 15:4, 17:11
**two** [2] - 8:18, 19:13

### U

**U.S** [2] - 1:7, 2:18
**ultimate** [1] - 11:16
**ultimately** [1] - 14:3
**Ulysses** [2] - 13:8, 13:14
**understood** [2] - 6:15, 11:25
**UNITED** [2] - 1:1, 1:11
**unless** [2] - 4:7, 6:4
**up** [5] - 8:23, 11:9, 11:11, 11:24, 19:4
**update** [7] - 13:13, 15:9, 15:17, 15:18, 16:2, 16:7, 17:4
**updated** [1] - 13:10
**updates** [2] - 19:12, 19:13
**USA** [1] - 2:23
**user** [1] - 13:22
**usual** [1] - 4:5
**Utica** [1] - 2:14

### V

**VALSARTAN** [1] - 1:4
**valsartan** [2] - 6:8, 6:17
**Vanaskie** [1] - 5:3
**VANASKIE** [23] - 1:12, 4:2, 4:4, 4:16, 5:2, 5:9, 5:13, 5:22, 7:11,

8:6, 8:9, 8:11, 8:24, 9:6, 9:8, 9:12, 9:15, 9:21, 11:3, 11:17, 11:20, 12:1, 12:6
**verify** [1] - 10:9
**VICTORIA** [1] - 2:21
**Victoria** [2] - 4:20, 11:6
**Vincent** [1] - 16:6
**Vindigni** [1] - 16:10
**VINDIGNI** [1] - 16:10
**volume** [1] - 11:10
**vs** [1] - 15:19

### W

**Walker** [1] - 17:1
**warning** [1] - 12:18
**Washington** [2] - 2:17
**Wayne** [1] - 13:1
**week** [1] - 7:15
**weekend** [1] - 11:12
**weeks** [1] - 8:18
**wheel** [1] - 6:17
**White** [2] - 18:19, 18:21
**WHITELEY** [1] - 1:18
**widow** [1] - 17:11
**William** [1] - 18:6
**Williams** [1] - 18:16
**willing** [1] - 7:16
**willingness** [1] - 6:3
**wise** [1] - 8:21
**wish** [1] - 10:24
**Wolf** [2] - 3:5, 15:2
**word** [1] - 17:25

### Y

**year** [2] - 11:1, 14:10
**yesterday** [2] - 17:22, 18:12
**York** [2] - 2:14, 2:17
**yourself** [1] - 4:7

### Z

**Zhejiang** [1] - 2:18
**ZHP** [1] - 5:6