**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All Actions | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Currently pending before the Court is Class Plaintiffs' Motion for Class Certification. *See* ECF 1747. Plaintiffs filed their reply memoranda in further support of their motion on May 10, 2022. *See* ECF 2057, 2058, 2059. In their reply memoranda, Plaintiffs cited the tentative certification order in the *In re Juul Laboratories, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913 (N.D. Cal.). *See, e.g.*, ECF 2057 at 10 n.15. Subsequently, on June 28, 2022, the *Juul* court issued its final opinion and order certifying four litigation classes. That ruling is attached hereto as Exhibit A, which Plaintiffs respectfully submit as supplemental authority pertinent to their pending motion for class certification.

Dated: July 1, 2022                          Respectfully submitted,

/s/ Ruben Honik
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

/s/ Daniel Nigh
Daniel Nigh
**LEVIN, PAPANTONIO, THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street
Pensacola, FL 32502
Phone: (850) 435-7013
dnigh@levinlaw.com

/s/ Adam Slater
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

/s/ Conlee S. Whiteley
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*MDL Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ David J. Stanoch
David J. Stanoch