# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

# CASE MANAGEMENT ORDER NO. 28

Plaintiffs having requested deadlines for liability experts reports, Rule 56 motions, and related matters, and Defendants having argued the issue in their agenda letter and at oral argument, and the Court having granted Plaintiffs' request with the addition of sixty days to each deadline;

It is hereby ORDERED this ___ day of July, 2022 that the deadlines for liability experts reports, Rule 56 motions, and related matters shall be as follows:

*Expert Reports*

- September 16, 2022 – Plaintiffs' service of liability expert reports.

- October 18, 2022 – Defendants' service of liability expert reports.

- November 11, 2022 – Plaintiffs' service of rebuttal liability expert reports (if any).

- November 29, 2022 – Completion of liability expert depositions

- December 13, 2022 – Daubert motions filed regarding liability experts

- January 6, 2023 – Responsive briefs on Daubert motions filed

- January 20, 2023 – Reply briefs on Daubert motions filed

Note: The deadlines for the merits reports of experts whose opinions are limited solely to class issues (*i.e.*, Dr. Rena Conti, Laura Craft, and the corresponding defense experts) will be set on a schedule aligned with the disposition of *Daubert* and class certification motions.

*Dispositive Motions*

- December 23, 2022 – Dispositive motions filed

- January 31, 2023 – Responsive briefs on dispositive motions filed

- February 21, 2023 – Reply briefs on dispositive motions filed

Note: The Court recognizes the need for class notice and the scope and timing of class notice and the notice period.

_____
Hon. Thomas I. Vanaskie (Ret.)
Special Master