UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Honorable Robert B. Kugler |
| Elizabeth Krug, et al. v. Mylan Laboratories, Ltd., et al. | Docket#: 1:22-cv-00194 |

PLAINTIFFS ELIZABETH KRUG AND KEVIN KRUG
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Elizbeth Krug and Kevin Krug, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal of all of their claims asserted against all defendants in this action, without prejudice, in the above-referenced matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiffs may voluntarily dismiss their claims without prejudice and without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgment. Thus, Plaintiffs' request is permitted as of the filing of this Notice. In light thereof, Plaintiffs asserts that voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

Dated: March 30, 2022

Respectfully submitted,

/s/ Nancy J. Winkler

EISENBERG, ROTHWEILER
WINKLER, EISENBERG & JECK, P.C.
Nancy J. Winkler, Esquire
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636
nancy@erlegal.com