IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## SPECIAL MASTER ORDER NO. 70

**NOW, this 24th day of August, 2022, IT IS HEREBY ORDERED**

**THAT** oral argument via Zoom will be conducted on September 8, 2022 at 11:00 a.m. on (a) Plaintiffs' Motion for Sanctions (ECF Doc. No. 1838); (b) the matters addressed in the parties' February 8, 2022 letter briefs (ECF Doc. Nos. 1906 and 1907); and (c) the sealing of documents discussed during the January 18, 2022 status conference.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master