# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/KMW) |
| This document relates to:<br>*All actions* | **NOTICE OF APPEARANCE OF KATHRYN DEAL** |

**TO THE CLERK OF THE COURT**:

Please take notice that Kathryn Deal, of Morgan, Lewis & Bockius LLP, hereby enters her appearance as counsel for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, in the above-captioned multi-district litigation.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: August 29, 2022

Respectfully submitted,

/s/ Kathryn Deal
Kathryn Deal
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)
kathryn.deal@morganlewis.com

*Counsel for Defendants Aurobindo Pharma Ltd.;*
*Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC*

## CERTIFICATE OF SERVICE

I, Kathryn Deal, do hereby certify that on August 29, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated: August 29, 2022                */s/ Kathryn Deal*
                                      Kathryn Deal