UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL No. 2875 (RBK-SAK)<br><br>Case Management Order No. 29: Amending Deadlines for Expert Liability Reports and Dispositive Motions |

**Kugler, U.S. District Judge:**

**PREVIOUSLY BEFORE THE COURT** was plaintiffs' request (Doc. No. 2145, dated 22 Aug 2022) to extend the deadlines for submission of their liability experts' reports to 31 October 2022.

**THE COURT HAVING GRANTED** plaintiffs' request on 30 August 2022,

**THE COURT RECOGNIZING** this extension affects other deadlines set forth in Case Management Order No. [CMO] 28,

**THE COURT HEREIN AMENDING t**he deadlines set forth in CMO 28 for Expert Liability Reports, Rule 56 motions, and related matters,

**IT IS HEREBY ORDERED:**

*Expert Reports*

- 31 October 2022 – Plaintiffs' service of liability expert reports.
- 19 December 2022 – Defendants' service of liability expert reports.
- 31 January 2023 – Completion of liability expert depositions
- 13 February 2023 – Daubert motions filed regarding liability experts
- 6 March 2023 – Responsive briefs on Daubert motions filed
- 20 March 2023 – Reply briefs on Daubert motions filed

Note:  The deadlines for the merits reports of experts whose opinions are limited solely to class issues (*i.e.*, Dr. Rena Conti, Laura Craft, and the corresponding defense experts) will be set on a schedule aligned with the disposition of *Daubert* and class certification motions.

*Dispositive Motions*

- 27 February 2023 – Dispositive motions filed
- 3 April 2023 – Responsive briefs on dispositive motions filed
- 24 April 2023 – Reply briefs on dispositive motions filed

Note:  The Court recognizes the need for class notice and the scope and timing of class notice and the notice period.

Dated:  31 August 2022

s/ Robert B. Kugler
The Honorable Robert B. Kugler
United States District Judge