IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## SPECIAL MASTER ORDER NO. 71

**NOW, this 8th day of September, 2022, IT IS HEREBY ORDERED THAT** Defendants shall submit proposed redactions to the Final GMP Inspection Report, Ex. CC to ECF Doc. No. 1189, no later than **September 15, 2022**, bearing in mind the observations made today during oral argument that only competitively sensitive information should be redacted.  Plaintiffs may respond to the proposed redactions no later than **September 22, 2022.**  A determination as to the appropriate redactions will be made without further oral argument.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
