IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## SPECIAL MASTER ORDER NO. 72

**NOW, this 9th day of September, 2022,** in accordance with the discussions and rulings made during oral arguments presented on January 18, 2022 and September 8, 2022, dealing with the question of whether certain documents that have been filed in this matter should remain sealed, **IT IS HEREBY ORDERED THAT:**

1. Exhibit 49 to ECF Doc. No 826 shall remain sealed.  (Jan. 18, 2022 Tr. at 10.)

2. Exhibit 5 to ECF Doc. No. 1250 shall remain sealed.  (Jan. 18, 2022 Tr. at 14.)

3. Exhibit 16 to ECF Doc. No. 1250 shall be **unsealed**.  (Jan. 18, 2022 Tr. at 16.)

4. Exhibit 17 to ECF Doc. No. 1250 shall remain sealed.  (Jan. 18, 2022 Tr.

1

at 20-21.)

5. Exhibit 28 to ECF Doc. No. 1250, as submitted in redacted from with the February 8, 2022 email from Julie Greenberg, Esq., shall be **unsealed.** **(**Jan. 18, 2022 Tr. at 25.)  The redactions proposed by defense counsel are approved.

6. Exhibit 6 to ECF Doc. No. 1250 shall be **unsealed.**  (Jan. 18, 2022 Tr. at 26-27.)

7.  Exhibit 7 to ECF Doc. No. 1250 shall be **unsealed.**  (Jan. 18, 2022 Tr. at 29.)

8. Exhibit 8 to ECF Doc. No. 1250 shall remain sealed.  (Jan. 18, 2022 Tr. at 32.)

9. Exhibit X to ECF Doc. No. 1189 shall remain sealed.  (Jan. 18, 2022 Tr. at 35.)

10. Exhibit 20 to  ECF Doc. No. 1250 shall be **unsealed.**[1]

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master

---

[1] If there are any other documents that have been filed with the Court under seal that any party believe should be unsealed, they shall promptly identify them and make an appropriate request that the documents be unsealed.