```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

_____   CIVIL ACTION NUMBER:

IN RE:  VALSARTAN PRODUCTS     19-md-02875-RBK-KMW
LIABILITY LITIGATION
                               CASE MANAGEMENT CONFERENCE
_____    via ZOOM VIDEOCONFERENCE

```
    Mitchell H. Cohen Building & U.S. Courthouse
    4th & Cooper Streets
    Camden, New Jersey  08101
    April 13, 2022
    Commencing at 4:04 p.m.
```

**B E F O R E:**
                    THE HONORABLE THOMAS I. VANASKIE (RET.)
                        SPECIAL MASTER

**A P P E A R A N C E S**:

```
    MAZIE SLATER KATZ & FREEMAN, LLC
    BY:  ADAM M. SLATER, ESQUIRE
    103 Eisenhower Parkway
    Roseland, New Jersey  07068
    For the Plaintiffs


    PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
    BY:  JASON M. REEFER, ESQUIRE
    One Oxford Centre, 38th Floor
    Pittsburgh, Pennsylvania  15219
    For the Defendant, Mylan Pharmaceuticals, Inc.



         Ann Marie Mitchell, Official Court Reporter
             AnnMarie_Mitchell@njd.uscourts.com
                       (856) 576-7018

  Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.
```

```
 1   A P P E A R A N C E S (Continued):

 2
          ULMER & BERNE LLLP
 3        BY:  JEFFREY D. GEOPPINGER, ESQUIRE
          600 Vine Street, Suite 2800
 4        Cincinnati, Ohio 445202
          For the Wholesaler Defendants and AmerisourceBergen
 5

 6        BARNES & THORNBURG, LLP
          BY:  KRISTEN L. RICHER, ESQUIRE
 7        2029 Century Park East, Suite 300
          Los Angeles, California  90067
 8        For the Retailer Defendants and CVS Pharmacy, Inc., and
          Rite Aid Corporation
 9
     ALSO PRESENT:
10
          LORETTA SMITH, ESQUIRE
11        Judicial Law Clerk to The Honorable Robert B. Kugler

12        Larry MacStravic, Courtroom Deputy

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            (PROCEEDINGS held via Zoom before The Honorable The
 2   Honorable Thomas I. Vanaskie (Ret.), Special Master at
 3   4:04 p.m.)
 4            THE COURT:  Good afternoon, everyone.  We'll bring
 5   this session to order, I guess.  We'll be a little formal
 6   here.  It shouldn't be a very long session.
 7            Who will be addressing this matter on behalf of the
 8   plaintiffs?
 9            MR. SLATER:  Good afternoon.  Adam Slater for
10   plaintiffs.
11            THE COURT:  Good afternoon, Mr. Slater.
12            And who will be speaking on behalf of the defense?
13            MR. REEFER:  Good afternoon, Judge.  This is
14   Jason Reefer.  It depends on the nature of the inquiry, but
15   generally speaking, I can answer some preliminary questions
16   depending on how the conversation goes.
17            THE COURT:  All right.  Very well.  And then if
18   anybody else needs to weigh in, just come on in on the call.
19            Now, the protocol here is to silence your microphones
20   so that we don't get a lot of interference, and one person
21   speaks at a time.
22            And I know, Mr. Slater, you're well known to our
23   court reporter, I am sure.
24            And, Mr. Reefer, identify yourself when you speak.
25            Anybody else should identify themselves before being
```

1  heard.
2          And so, I've read the agenda letter and the
3  attachments.  And I'll ask Mr. Slater, what are you
4  requesting?  Are you requesting that the counsel be directed
5  to meet and confer on these defend and indemnify agreements?
6  Or what exactly are you asking?
7          MR. SLATER:  We're asking for exactly that,
8  Your Honor, to be completed by April 30th.  We think that that
9  gives everybody enough time.  We've already had time, and some
10 of the defendants have been very cooperative and have already
11 met and conferred with us.  And we just would like to have the
12 deadlines that we can finish this process.  And we don't
13 really understand why there would be any hesitancy to do it.
14 It's obviously very important.  And I know Judge Kugler
15 confirmed that, I know that Your Honor's confirmed that.  So
16 we would just like to complete the process by the end of the
17 month, please.
18         THE COURT:  All right.  Mr. Reefer.
19         MR. REEFER:  Thank you, Judge.  Jason Reefer for the
20 defendants.
21         Judge, I think what the letters reflect is that there
22 has been a general willingness among the defendants to meet
23 and confer.  The process was somewhat delayed from the first
24 time it was raised before the Court.  I think it was back in
25 February.  I think plaintiffs then followed up with a letter

1  in mid-March.  And as the plaintiffs' letter suggests, the
2  manufacturer defendants have exhibited an intention of meeting
3  and conferring and responding to the plaintiffs' requests.
4  And so I really don't think that there's anything to be done
5  at this time.
6           I think the point that some of the downstream
7  defendants have made is that they've already provided fulsome
8  discovery responses and deposition testimony, that much of the
9  information that plaintiffs seek should potentially come from
10 the manufacturer defendants, and therefore, what should happen
11 is the manufacturer defendants should meet and confer with the
12 plaintiffs, and to the extent there's any additional
13 outstanding issues, then they can be taken up at that time.  I
14 don't think that there's any need for Court intervention or a
15 court order requiring any deadlines at this time.
16          MR. SLATER:  Your Honor, I think we do need a
17 deadline only because of the fact that you even got a letter
18 back with any questions about this process.  We obviously need
19 to speak to both sides of the supply chain to make sure
20 there's no differences in interpretation or variations in
21 understanding.
22          And what's very important to us is not only to know
23 what was stated during discovery but to know what the current
24 status is because that status quo could have changed.  There
25 could be one party in the supply chain that thinks there's an

1  indemnification obligation and the other party doesn't believe
2  there is one.  There may be disputes.  There may be new deals
3  that have been made in the last month.  Whatever the case may
4  be, it's critical for us to understand that as we embark on
5  the resolution process that Judge Kugler has ordered us into
6  with the Special Master.
7          So, again, we would just ask a deadline of April 30th
8  to complete the meet-and-confer process.
9          THE COURT:  Mr. Slater, are you able to identify any
10 defendants with whom you've completed the meet-and-confer
11 process?
12         MR. SLATER:  I think that it sounds like we're done
13 with Teva.  I believe from talking with Mr. Williamson and
14 some other counsel it looks like that process was done, and
15 from reading some of the emails.  I know that there's been
16 some other discussions.  I don't want to say right now that
17 it's over, because I'm not in each of those meetings.
18         But Mr. Reefer said the manufacturers haven't seemed
19 to be pushing back on meeting and conferring.  It's more the
20 downstream defendants.  And that's something that we need to
21 tie up also.  So there's certainly no burden to anybody to
22 have these discussions.
23         THE COURT:  All right.
24         MR. REEFER:  Right, Judge.  And my response, again,
25 is I don't think that there's any realistic probability that

1  the manufacturers will have information that is inconsistent
2  with the information in the possession of the downstream
3  defendants.  I think the gist of plaintiffs' requests
4  ultimately go up the food chain to the manufacturers.  And so
5  if there's additional information that has been developed or
6  updates that need to be given with respect to the status of
7  indemnification demands, who better than to provide it than
8  the manufacturers?
9            THE COURT:  And, Mr. Reefer, whose interests do you
10 represent in this matter?  I'm sorry, I'm not completely
11 familiar with this.
12           MR. REEFER:  That's okay, Judge.  I'm actually
13 flattered that you don't see my face too often.  It means that
14 I haven't been called into the, you know, principal's office
15 too often.  But my office represents the Mylan defendants,
16 Your Honor.
17           THE COURT:  Okay.  All right.  Does anybody else want
18 to be heard on this issue?
19           I will say, I am inclined to grant the requested
20 relief to direct that you complete a meet-and-confer process
21 with respect to defend and indemnification agreements by
22 April 30th, just so that there is a deadline and something
23 that we can hold the parties' feet to the fire for.
24           But does anybody else have a strong objection, or am
25 I missing something here?

1       MR. GEOPPINGER:  Your Honor, if I may, Jeff
2  Geoppinger of the wholesalers.
3       I wouldn't say I have a strong objection, but to echo
4  Mr. Reefer's comments, you know, it seems that the process is
5  proceeding with the manufacturers.  I looked at the dates in
6  the letter.  It looks like it will get done with them by the
7  30th.  A lot of the information that the plaintiffs would
8  be -- it would be a lot easier for us if they finish with the
9  manufacturers first so they can, you know, have pointed
10 questions for us for what they don't have as opposed to us
11 regurgitating information that they already got, especially if
12 we're dealing with, you know, different -- obviously I know
13 the plaintiffs, they have a lot of ground to cover, so they
14 have different teams and whatnot.
15      So the extent, you know, the Court is thinking about
16 a deadline, I would perhaps suggest that we make that for
17 completion of the manufacturers meet and confers, which seem
18 to be already on the schedule, by the end of the month, and
19 then we can bring out -- we can deal with the downstream
20 defendants after that.
21      MS. RICHER:  And, Your Honor, this is Kristen Richer
22 for the retail pharmacy defendants.  I would just echo
23 Mr. Geoppinger's statements on that.  I think that that's a
24 very orderly way to proceed and makes a lot of sense here.
25 And to the extent they feel like they need to ask specific

1  questions to specific retailers, they could do so after
2  they've actually conferred with the manufacturers.
3          MR. SLATER:  I can tell you --
4          THE COURT:  Thank you, Ms. Richer.
5          Go ahead, Mr. Slater.
6          MR. SLATER:  Yeah, we do need to speak to all levels
7  of the supply chain.  I am honestly so surprised at this
8  pushback.  I don't know why these parties will not just have a
9  meet and confer, confirm the information, update us on whether
10 there's any disputes or whether it's status quo.  Some of
11 these calls will be very quick, but at least we'll have
12 verified on all levels, including whether the wholesalers are
13 indemnifying any of the retailers since they stand between the
14 manufacturers and the retailers.
15         THE COURT:  Anybody else want to be heard on this?
16         All right.  I am going to direct that the
17 meet-and-confer process for all levels of defendants be
18 completed by April 30th.
19         It's important that this be completed.  The letter
20 that went out that reignited this issue is dated March 17th.
21 So I think that's plenty of time to have completed the
22 process.  Obviously, if you run into scheduling problems and
23 need to go beyond April 30th, that can be accommodated, but
24 right now the goal is and the target is April 30th.
25         I'd ask, Mr. Slater, if you would submit to me a

1  proposed order to issue in the matter reflecting the fact that
2  the meet and confer on these agreements is to be completed.
3         And the other aspect of it, whatever disputes there
4  may be out there.  There was a second component, a question of
5  litigation, arbitration, mediations between and among any
6  defendants concerning contaminated Valsartan, those meet and
7  confers should be completed by April 30th.  All right?
8         MR. SLATER:  Thank you.  I'll do that, Your Honor.
9  You'll have it by tomorrow.
10        THE COURT:  Is there anything else we need to discuss
11 today?
12        MR. SLATER:  Nothing for plaintiffs.
13        MR. REEFER:  I don't believe so, Judge, for
14 defendants.
15        THE COURT:  Thank you, Mr. Reefer.
16        All right.  We are concluded then. Thank you very
17 much.  Take care.
18        (Proceedings concluded at 4:14 p.m.)
19                        -  -  -
20        I certify that the foregoing is a correct transcript
21 from the record of proceedings in the above-entitled matter.
22
23 */S/ Ann Marie Mitchell, CCR, CRR, RDR, RMR*
   *Court Reporter/Transcriber*
24
   *14th day of April, 2022*
25     *Date*

## /

- **/S** [1] - 10:23

## 0

- **07068** [1] - 1:14
- **08101** [1] - 1:8

## 1

- **103** [1] - 1:14
- **13** [1] - 1:8
- **14th** [1] - 10:24
- **15219** [1] - 1:18
- **17th** [1] - 9:20
- **19-md-02875-RBK-KMW** [1] - 1:4

## 2

- **2022** [2] - 1:8, 10:24
- **2029** [1] - 2:6
- **2800** [1] - 2:3

## 3

- **300** [1] - 2:6
- **30th** [8] - 4:8, 6:7, 7:22, 8:7, 9:18, 9:23, 9:24, 10:7
- **38th** [1] - 1:17

## 4

- **445202** [1] - 2:4
- **4:04** [2] - 1:9, 3:3
- **4:14** [1] - 10:18
- **4th** [1] - 1:7

## 5

- **576-7018** [1] - 1:22

## 6

- **600** [1] - 2:3

## 8

- **856** [1] - 1:22

## 9

- **90067** [1] - 2:6

## A

- **able** [1] - 6:9
- **above-entitled** [1] - 10:21
- **accommodated** [1] - 9:23
- **ACTION** [1] - 1:3
- **Adam** [1] - 3:9
- **ADAM** [1] - 1:13
- **additional** [2] - 5:12, 7:5
- **addressing** [1] - 3:7
- **afternoon** [4] - 3:4, 3:9, 3:11, 3:13
- **agenda** [1] - 4:2
- **agreements** [3] - 4:5, 7:21, 10:2
- **ahead** [1] - 9:5
- **Aid** [1] - 2:7
- **aided** [1] - 1:23
- **ALFANO** [1] - 1:16
- **ALSO** [1] - 2:8
- **AmerisourceBergen** [1] - 2:4
- **Angeles** [1] - 2:6
- **Ann** [1] - 10:23
- **ann** [1] - 1:21
- **AnnMarie_Mitchell@njd.uscourts.com** [1] - 1:21
- **answer** [1] - 3:15
- **April** [9] - 1:8, 4:8, 6:7, 7:22, 9:18, 9:23, 9:24, 10:7, 10:24
- **arbitration** [1] - 10:5
- **aspect** [1] - 10:3
- **attachments** [1] - 4:3

## B

- **BARNES** [1] - 2:5
- **behalf** [2] - 3:7, 3:12
- **BERNE** [1] - 2:2
- **better** [1] - 7:7
- **between** [2] - 9:13, 10:5
- **beyond** [1] - 9:23
- **BOSICK** [1] - 1:16
- **bring** [2] - 3:4, 8:19
- **Building** [1] - 1:7
- **burden** [1] - 6:21

## C

- **California** [1] - 2:6
- **Camden** [1] - 1:8
- **care** [1] - 10:17
- **CASE** [1] - 1:5
- **case** [1] - 6:3
- **CCR** [1] - 10:23
- **Centre** [1] - 1:17
- **Century** [1] - 2:6
- **certainly** [1] - 6:21
- **certify** [1] - 10:20
- **chain** [4] - 5:19, 5:25, 7:4, 9:7
- **changed** [1] - 5:24
- **Cincinnati** [1] - 2:4
- **CIVIL** [1] - 1:3
- **Clerk** [1] - 2:10
- **Cohen** [1] - 1:7
- **Commencing** [1] - 1:9
- **comments** [1] - 8:4
- **complete** [3] - 4:16, 6:8, 7:20
- **completed** [7] - 4:8, 6:10, 9:18, 9:19, 9:21, 10:2, 10:7
- **completely** [1] - 7:10
- **completion** [1] - 8:17
- **component** [1] - 10:4
- **computer** [1] - 1:23
- **computer-aided** [1] - 1:23
- **concerning** [1] - 10:6
- **concluded** [2] - 10:16, 10:18
- **confer** [9] - 4:5, 4:23, 5:11, 6:8, 6:10, 7:20, 9:9, 9:17, 10:2
- **CONFERENCE** [1] - 1:5
- **conferred** [2] - 4:11, 9:2
- **conferring** [2] - 5:3, 6:19
- **confers** [2] - 8:17, 10:7
- **confirm** [1] - 9:9
- **confirmed** [2] - 4:15
- **contaminated** [1] - 10:6
- **Continued** [1] - 2:1
- **conversation** [1] - 3:16
- **Cooper** [1] - 1:7
- **cooperative** [1] - 4:10
- **Corporation** [1] - 2:7
- **correct** [1] - 10:20
- **counsel** [2] - 4:4, 6:14
- **Court** [3] - 1:21, 5:14, 10:23
- **COURT** [1] - 1:1
- **court** [2] - 3:23, 5:15
- **Courthouse** [1] - 1:7
- **Courtroom** [1] - 2:11
- **cover** [1] - 8:13
- **critical** [1] - 6:4
- **CRR** [1] - 10:23
- **current** [1] - 5:23
- **CVS** [1] - 2:7

## D

- **Date** [1] - 10:25
- **dated** [1] - 9:20
- **dates** [1] - 8:5
- **deadline** [4] - 5:17, 6:7, 7:22, 8:16
- **deadlines** [2] - 4:12, 5:15
- **deal** [1] - 8:19
- **dealing** [1] - 8:12
- **deals** [1] - 6:2
- **defend** [2] - 4:5, 7:21
- **Defendant** [1] - 1:18
- **defendants** [16] - 4:10, 4:20, 4:22, 5:2, 5:7, 5:10, 5:11, 6:10, 6:20, 7:3, 7:15, 8:20, 8:22, 9:17, 10:6, 10:14
- **Defendants** [2] - 2:4, 2:7
- **defense** [1] - 3:12
- **delayed** [1] - 4:23
- **demands** [1] - 7:7
- **deposition** [1] - 5:8
- **Deputy** [1] - 2:11
- **developed** [1] - 7:5
- **differences** [1] - 5:20
- **different** [2] - 8:12, 8:14
- **direct** [2] - 7:20, 9:16
- **directed** [1] - 4:4
- **discovery** [2] - 5:8, 5:23
- **discuss** [1] - 10:10
- **discussions** [2] - 6:16, 6:22
- **disputes** [3] - 6:2, 9:10, 10:3
- **DISTRICT** [2] - 1:1, 1:1
- **done** [4] - 5:4, 6:12, 6:14, 8:6
- **downstream** [4] - 5:6, 6:20, 7:2, 8:19
- **during** [1] - 5:23

## E

- **easier** [1] - 8:8
- **East** [1] - 2:6
- **echo** [2] - 8:3, 8:22
- **Eisenhower** [1] - 1:14
- **emails** [1] - 6:15
- **embark** [1] - 6:4
- **end** [2] - 4:16, 8:18
- **entitled** [1] - 10:21
- **especially** [1] - 8:11
- **ESQUIRE** [5] - 1:13, 1:17, 2:3, 2:5, 2:9
- **exactly** [2] - 4:6, 4:7
- **exhibited** [1] - 5:2
- **extent** [3] - 5:12, 8:15, 8:25

## F

- **face** [1] - 7:13
- **fact** [2] - 5:17, 10:1
- **familiar** [1] - 7:11
- **February** [1] - 4:25
- **feet** [1] - 7:23
- **finish** [2] - 4:12, 8:8
- **fire** [1] - 7:23
- **first** [2] - 4:23, 8:9
- **flattered** [1] - 7:13
- **Floor** [1] - 1:17
- **followed** [1] - 4:25
- **food** [1] - 7:4
- **foregoing** [1] - 10:20
- **formal** [1] - 3:5
- **FREEMAN** [1] - 1:13
- **fulsome** [1] - 5:7

## G

- **general** [1] - 4:22
- **generally** [1] - 3:15
- **GEOPPINGER** [2] - 2:3, 8:1
- **Geoppinger** [1] - 8:2
- **Geoppinger's** [1] - 8:23
- **gist** [1] - 7:3
- **given** [1] - 7:6
- **goal** [1] - 9:24
- **GORDON** [1] - 1:16
- **grant** [1] - 7:19
- **ground** [1] - 8:13
- **guess** [1] - 3:5

## H

- **heard** [3] - 4:1, 7:18, 9:15
- **held** [1] - 3:1
- **hesitancy** [1] - 4:13
- **hold** [1] - 7:23
- **honestly** [1] - 9:7
- **Honor** [6] - 4:8, 5:16, 7:16, 8:1, 8:21, 10:8
- **Honor's** [1] - 4:15
- **HONORABLE** [1] - 1:10
- **Honorable** [3] - 2:10, 3:1, 3:2

## I

- **identify** [3] - 3:24, 3:25, 6:9
- **important** [3] - 4:14, 5:22, 9:19
- **Inc** [2] - 1:18, 2:7
- **inclined** [1] - 7:19
- **including** [1] - 9:12

**inconsistent** [1] - 7:1
**indemnification** [3] - 6:1, 7:7, 7:21
**indemnify** [1] - 4:5
**indemnifying** [1] - 9:13
**information** [7] - 5:9, 7:1, 7:2, 7:5, 8:7, 8:11, 9:9
**inquiry** [1] - 3:14
**intention** [1] - 5:2
**interests** [1] - 7:9
**interference** [1] - 3:20
**interpretation** [1] - 5:20
**intervention** [1] - 5:14
**issue** [3] - 7:18, 9:20, 10:1
**issues** [1] - 5:13

**J**

**Jason** [2] - 3:14, 4:19
**JASON** [1] - 1:17
**Jeff** [1] - 8:1
**JEFFREY** [1] - 2:3
**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**Judge** [8] - 3:13, 4:14, 4:19, 4:21, 6:5, 6:24, 7:12, 10:13
**Judicial** [1] - 2:10

**K**

**KATZ** [1] - 1:13
**known** [1] - 3:22
**Kristen** [1] - 8:21
**KRISTEN** [1] - 2:5
**Kugler** [3] - 2:10, 4:14, 6:5

**L**

**larry** [1] - 2:11
**last** [1] - 6:3
**Law** [1] - 2:10
**least** [1] - 9:11
**letter** [6] - 4:2, 4:25, 5:1, 5:17, 8:6, 9:19
**letters** [1] - 4:21
**levels** [3] - 9:6, 9:12, 9:17
**LIABILITY** [1] - 1:4
**litigation** [1] - 10:5
**LITIGATION** [1] - 1:4
**LLC** [1] - 1:13
**LLLP** [1] - 2:2
**LLP** [2] - 1:16, 2:5
**looked** [1] - 8:5
**looks** [2] - 6:14, 8:6

**LORETTA** [1] - 2:9
**Los** [1] - 2:6

**M**

**MacStravic** [1] - 2:11
**MANAGEMENT** [1] - 1:5
**manufacturer** [3] - 5:2, 5:10, 5:11
**manufacturers** [9] - 6:18, 7:1, 7:4, 7:8, 8:5, 8:9, 8:17, 9:2, 9:14
**March** [2] - 5:1, 9:20
**Marie** [2] - 1:21, 10:23
**Master** [2] - 3:2, 6:6
**MASTER** [1] - 1:11
**matter** [4] - 3:7, 7:10, 10:1, 10:21
**MAZIE** [1] - 1:13
**means** [1] - 7:13
**mechanical** [1] - 1:23
**mediations** [1] - 10:5
**meet** [11] - 4:5, 4:22, 5:11, 6:8, 6:10, 7:20, 8:17, 9:9, 9:17, 10:2, 10:6
**meet-and-confer** [4] - 6:8, 6:10, 7:20, 9:17
**meeting** [2] - 5:2, 6:19
**meetings** [1] - 6:17
**met** [1] - 4:11
**microphones** [1] - 3:19
**mid** [1] - 5:1
**mid-March** [1] - 5:1
**missing** [1] - 7:25
**Mitchell** [3] - 1:7, 1:21, 10:23
**month** [3] - 4:17, 6:3, 8:18
**MR** [14] - 3:9, 3:13, 4:7, 4:19, 5:16, 6:12, 6:24, 7:12, 8:1, 9:3, 9:6, 10:8, 10:12, 10:13
**MS** [1] - 8:21
**Mylan** [2] - 1:18, 7:15

**N**

**nature** [1] - 3:14
**need** [9] - 5:14, 5:16, 5:18, 6:20, 7:6, 8:25, 9:6, 9:23, 10:10
**needs** [1] - 3:18
**NEW** [1] - 1:1
**new** [1] - 6:2
**New** [2] - 1:8, 1:14
**nothing** [1] - 10:12

**NUMBER** [1] - 1:3

**O**

**objection** [2] - 7:24, 8:3
**obligation** [1] - 6:1
**obviously** [4] - 4:14, 5:18, 8:12, 9:22
**office** [2] - 7:14, 7:15
**Official** [1] - 1:21
**often** [2] - 7:13, 7:15
**Ohio** [1] - 2:4
**one** [3] - 3:20, 5:25, 6:2
**One** [1] - 1:17
**opposed** [1] - 8:10
**order** [3] - 3:5, 5:15, 10:1
**ordered** [1] - 6:5
**orderly** [1] - 8:24
**outstanding** [1] - 5:13
**Oxford** [1] - 1:17

**P**

**p.m** [3] - 1:9, 3:3, 10:18
**Park** [1] - 2:6
**Parkway** [1] - 1:14
**parties** [1] - 9:8
**parties'** [1] - 7:23
**party** [2] - 5:25, 6:1
**Pennsylvania** [1] - 1:18
**perhaps** [1] - 8:16
**person** [1] - 3:20
**Pharmaceuticals** [1] - 1:18
**pharmacy** [1] - 8:22
**Pharmacy** [1] - 2:7
**PIETRAGALLO** [1] - 1:16
**Pittsburgh** [1] - 1:18
**plaintiffs** [8] - 3:8, 3:10, 4:25, 5:9, 5:12, 8:7, 8:13, 10:12
**Plaintiffs** [1] - 1:15
**plaintiffs'** [3] - 5:1, 5:3, 7:3
**plenty** [1] - 9:21
**point** [1] - 5:6
**pointed** [1] - 8:9
**possession** [1] - 7:2
**potentially** [1] - 5:9
**preliminary** [1] - 3:15
**PRESENT** [1] - 2:8
**principal's** [1] - 7:14
**probability** [1] - 6:25
**problems** [1] - 9:22

**proceed** [1] - 8:24
**proceeding** [1] - 8:5
**Proceedings** [2] - 1:23, 10:18
**PROCEEDINGS** [1] - 3:1
**proceedings** [1] - 10:21
**process** [12] - 4:12, 4:16, 4:23, 5:18, 6:5, 6:8, 6:11, 6:14, 7:20, 8:4, 9:17, 9:22
**produced** [1] - 1:23
**PRODUCTS** [1] - 1:4
**proposed** [1] - 10:1
**protocol** [1] - 3:19
**provide** [1] - 7:7
**provided** [1] - 5:7
**pushback** [1] - 9:8
**pushing** [1] - 6:19

**Q**

**questions** [4] - 3:15, 5:18, 8:10, 9:1
**quick** [1] - 9:11
**quo** [2] - 5:24, 9:10

**R**

**raised** [1] - 4:24
**RASPANTI** [1] - 1:16
**RDR** [1] - 10:23
**RE** [1] - 1:4
**read** [1] - 4:2
**reading** [1] - 6:15
**realistic** [1] - 6:25
**really** [2] - 4:13, 5:4
**record** [1] - 10:21
**recorded** [1] - 1:23
**Reefer** [7] - 3:14, 3:24, 4:18, 4:19, 6:18, 7:9, 10:15
**REEFER** [6] - 1:17, 3:13, 4:19, 6:24, 7:12, 10:13
**Reefer's** [1] - 8:4
**reflect** [1] - 4:21
**reflecting** [1] - 10:1
**regurgitating** [1] - 8:11
**reignited** [1] - 9:20
**relief** [1] - 7:20
**reporter** [1] - 3:23
**Reporter** [1] - 1:21
**Reporter/Transcriber** [1] - 10:23
**represent** [1] - 7:10
**represents** [1] - 7:15

**requested** [1] - 7:19
**requesting** [2] - 4:4
**requests** [2] - 5:3, 7:3
**requiring** [1] - 5:15
**resolution** [1] - 6:5
**respect** [2] - 7:6, 7:21
**responding** [1] - 5:3
**response** [1] - 6:24
**responses** [1] - 5:8
**Ret** [1] - 3:2
**RET** [1] - 1:10
**retail** [1] - 8:22
**Retailer** [1] - 2:7
**retailers** [3] - 9:1, 9:13, 9:14
**RICHER** [2] - 2:5, 8:21
**Richer** [2] - 8:21, 9:4
**Rite** [1] - 2:7
**RMR** [1] - 10:23
**Robert** [1] - 2:10
**Roseland** [1] - 1:14
**run** [1] - 9:22

**S**

**schedule** [1] - 8:18
**scheduling** [1] - 9:22
**second** [1] - 10:4
**see** [1] - 7:13
**seek** [1] - 5:9
**seem** [1] - 8:17
**sense** [1] - 8:24
**session** [2] - 3:5, 3:6
**sides** [1] - 5:19
**silence** [1] - 3:19
**SLATER** [10] - 1:13, 1:13, 3:9, 4:7, 5:16, 6:12, 9:3, 9:6, 10:8, 10:12
**Slater** [7] - 3:9, 3:11, 3:22, 4:3, 6:9, 9:5, 9:25
**SMITH** [1] - 2:9
**somewhat** [1] - 4:23
**sorry** [1] - 7:10
**sounds** [1] - 6:12
**speaking** [2] - 3:12, 3:15
**speaks** [1] - 3:21
**SPECIAL** [1] - 1:11
**Special** [2] - 3:2, 6:6
**specific** [2] - 8:25, 9:1
**stand** [1] - 9:13
**statements** [1] - 8:23
**STATES** [1] - 1:1
**status** [4] - 5:24, 7:6, 9:10
**stenography** [1] - 1:23
**Street** [1] - 2:3
**Streets** [1] - 1:7

**strong** [2] - 7:24, 8:3
**submit** [1] - 9:25
**suggest** [1] - 8:16
**suggests** [1] - 5:1
**Suite** [2] - 2:3, 2:6
**supply** [3] - 5:19, 5:25, 9:7
**surprised** [1] - 9:7

### T

**target** [1] - 9:24
**teams** [1] - 8:14
**testimony** [1] - 5:8
**Teva** [1] - 6:13
**The Court** [14] - 3:4, 3:11, 3:17, 4:18, 4:24, 6:9, 6:23, 7:9, 7:17, 8:15, 9:4, 9:15, 10:10, 10:15
**themselves** [1] - 3:25
**therefore** [1] - 5:10
**they've** [2] - 5:7, 9:2
**thinking** [1] - 8:15
**thinks** [1] - 5:25
**THOMAS** [1] - 1:10
**Thomas** [1] - 3:2
**THORNBURG** [1] - 2:5
**tie** [1] - 6:21
**today** [1] - 10:11
**tomorrow** [1] - 10:9
**transcript** [2] - 1:23, 10:20
**transcription** [1] - 1:23

### U

**U.S** [1] - 1:7
**ULMER** [1] - 2:2
**ultimately** [1] - 7:4
**UNITED** [1] - 1:1
**up** [4] - 4:25, 5:13, 6:21, 7:4
**update** [1] - 9:9
**updates** [1] - 7:6

### V

**Valsartan** [1] - 10:6
**VALSARTAN** [1] - 1:4
**Vanaskie** [1] - 3:2
**VANASKIE** [1] - 1:10
**variations** [1] - 5:20
**verified** [1] - 9:12
**via** [2] - 1:5, 3:1
**VIDEOCONFERENCE** [1] - 1:5
**Vine** [1] - 2:3

### W

**weigh** [1] - 3:18
**whatnot** [1] - 8:14
**Wholesaler** [1] - 2:4
**wholesalers** [2] - 8:2, 9:12
**Williamson** [1] - 6:13
**willingness** [1] - 4:22

### Y

**yourself** [1] - 3:24

### Z

**Zoom** [1] - 3:1
**ZOOM** [1] - 1:5