Steven D. Resnick, Esq. (NJ Bar ID #042822000)
**PARAFINCZUK WOLF, P.A.**
9050 Pines Blvd, Suite 450-02
Pembroke Pines, FL 33024
Phone: (954) 462-6700
Fax: (954) 678-4122
sresnick@parawolf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | MDL No. 19-2875 |
| **TERRY HARVEY, BENITO G. PEREZ, JR., STEVE STARZ, INA MARIE RODDEY, ELIZABETH STEWART O/B/O OF LOIS F. KEMPSON, HOWARD ENGEL, TERESA TATE DENTON, RITA BELLE CHIKHI O/B/O OF THE ESTATE OF RICHARD CLARK, ANDREW BANKS, JR., ANDREW MONTZ, WILLIAM D KILGOUR, PETER BEISWANGER, CHARLES H BERNHARDT O/B/O OF THE ESTATE OF ACHSA BERNHARDT, IRVIN BITTING, DETRETCH BLACK, JOAN BLANKENSHIP, RENEE BROWN O/B/O OF REINA DAVIS, SOPHIA BRUNSON, CARYN ARETINO O/B/O OF THE ESTATE OF ANDREA BRYAN, JAMES WALLACE BURNS, VENUS DICKINSON, CYNTHIA ELLEN EARNEY, REBECCA WILLIAMS, CHRISTIAN ZAIO O/B/O THE ESTATE OF FRANK ZAIO, DOUGLAS AHLFELD, ROBERT AZZARA, YVONNE BAKER O/B/O OF THE ESTATE OF DEONTRE BAKER , TOBY MILLER, KASHA MORGAN, MARGIE HOUSTON, SHIRLEY JENKINS, DARLENE JENNINGS O/B/O OF THE ESTATE OF CALVIN JENNINGS, NANCY FARMER, ELAINE JOHNSON O/B/O OF THE ESTATE OF PATRICIA JOHNSON, JANICE JONES, DOROTHY FULMER O/B/O OF THE ESTATE OF JOE FULMER, MARLA RYAN O/B/O OF THE ESTATE OF JOHN RYAN, RAYLISA SAMUEL O/B/O OF THE ESTATE OF DERRICK SAMUEL, DONNA KING O/B/O OF THE ESTATE OF BERNADINE BADGER, LAURA KYLES O/B/O OF THE ESTATE OF KENNETH KYLES, GARY** | Honorable Robert B. Kugler, **District Court Judge**<br><br>Honorable Joel Schneider, **Magistrate Judge**<br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

1
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | **CHEATWOOD, ANITA CONSOLE, DORETHA CONWAY O/B/O OF THE ESTATE OF DOLLY STUART, JOSEPH MICHAEL LETTIERE, ANTHONY DANIELE, ANTHONY JUNIOR ANDERSON O/B/O OF THE ESTATE OF DAPHNE DANIELS, DANA LUMPKIN, ANGELLE MARTIN, RICHARD FLINT DEGRAY, DEADRIA DEEDEE MCGUFFIE O/B/O OF THE ESTATE OF KEIARA JONES, EMILIO ERNESTO MENENDEZ, JR., EDWINA GIBSON, CHARLES GINETTO, ROBERT MICHAEL GOLDBERG O/B/O OF THE ESTATE OF DUNCAN GOLDBERG, SYLVIA IRIS GOMEZ, DANA HARDY, MARY HICKS, KIMBERLY MUNCY, KAREN NEMETH, BEATRICE SANDERS O/B/O OF HAROLD SANDERS, ELVIA OLLOQUE, THOMAS SCOTT, SR., TERESA FRAKES O/B/O OF THE ESTATE OF DANNY L. FRAKES, VELMA SHARP, MARY PARDUE, STEVEN PEARSON, AUBREY SMITH O/B/O OF THE ESTATE OF BEVERLY SMITH, DAVID STAFFORD, SAMUEL PIRRELLO, CONNIE STRICKLAND, JOHN SVERCAUSKI, JESSE TREVINO, HAMIDU TURAY, MARINEL ROBBINS, CLARK ROSS, GALE WAKEEL, MICHAEL WEBB, RICHARD WENSON, HENRY BROWN, MICHAEL KLATT, JAMES RIGDON, MARILYN HADLEY WHITE, DONALD BAILEY, and JAMES LACY,**<br><br>Plaintiffs,<br><br>v.<br><br>**ZHEJIANG HUAHAI PHARMACUETICAL CO., LTD., HUAHAI U.S., INC., PRINSTON PHARMACEUTICAL, INC., SOLCO HEALTHCARE US, LLC, A-S MEDICATION SOLUTIONS, LLC, HJ HARKINS CO., INC., NUCARE PHARMACEUTICALS, INC., REMEDYREPACK, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICAL INDUSTRIES USA, INC., ACTAVIS, LLC, ACTAVIS PHARMA, INC., BRYANT RANCH PREPACK, INC. (PA), A-S MEDICATION SOLUTIONS, LLC, AVKARE, INC., NORTHWIND PHARMACEUTICALS, THE HARVARD** | |

| | |
|---|---|
| **DRUG GROUP, LLC D/B/A MAJOR PHARMACEUTICALS, CARDINAL HEALTH, INC., TORRENT PHARMACEUTICALS, LTD., TORRENT PHARMACEUTICALS, INC., HETERO LABS, LTD., HETERO DRUGS, LTD., HETERO USA, INC., CAMBER PHARMACEUTICALS, INC., AVKARE, INC., PREFERRED PHARMACEUTICALS, INC., MYLAN LABORATORIES, LTD., MYLAN N.V.2, MYLAN PHARMACEUTICALS, INC., AUROBINDO PHARMA, LTD., AUROLIFE PHARMA, LLC., ARROW PHARM (MALTA) LTD., AUROBINDO PHARMA USA, INC., ACETRIS, LLC., AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC., MCKESSON CORPORATION, JOHN DOE, CVS HEALTH, WALGREENS BOOTS ALLIANCE, EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS HOLDING COMPANY, CIGNA CORPORATION, OPTUMRX, OPTUM, INC., UNITEDHEALTH GROUP, WAL-MART, INC., THE KROGER CO., RITE AID CORP., HUMANA PHARMACY, INC., and HUMANA, INC.,**<br><br>**Defendants.** | |

**TO THE COURT, THE PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of appearance of Steven D. Resnick, Esq. of Parafinczuk Wolf, P.A., as counsel of record for and on behalf of the above-named Plaintiffs in this matter.

Dated: October 6, 2022

                                            Respectfully submitted,

                                            _/s/ Steven D. Resnick_

                                            Steven D. Resnick, Esq. (NJ Bar ID #042822000)
                                            **PARAFINCZUK WOLF, P.A.**
                                            9050 Pines Blvd, Suite 450-02
                                            Pembroke Pines, FL 33024
                                            Phone: (954) 462-6700
                                            Fax: (954) 678-4122
                                            sresnick@parawolf.com

## **PROOF OF SERVICE**

I, Steven D. Resnick, declare:

I reside in the County of Montgomery, Commonwealth of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is Parafinczuk Wolf, P.A., 9050 Pines Blvd, Suite 450-02, Pembroke Pines, FL 33024.

On October 6, 2022, I served the foregoing document:

- **NOTICE OF APPEARANCE**

on all counsel of record as follows:

☒ Electronically via E-File

I declare under penalty of perjury under applicable laws that the foregoing is true and correct.

Executed on October 6, 2022, in the County of Montgomery, Pennsylvania.

Steven D. Resnick, Esq. (NJ Bar ID #042822000)