UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 6, 2022

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**                                **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Steven Harkins, Esq. |
| Conlee Whiteley, Esq. | Victoria Lockard, Esq. |
| Rubin Honik, Esq. | Greg Ostfeld, Esq. |
| Zalman Kass, Esq. | Clem Trischler, Esq. |
| Andres Rivero, Esq. | Liza Walsh, Esq. |
| Jorge Mestre, Esq. | Kathleen Kelly, Esq. |
| Gregory Hansel, Esq. | Andrew Albero, Esq. |
| Behram Parekh, Esq. | William Murtha, Esq. |
| Layne Hilton, Esq. | Jason Reefer, Esq. |
| David Stanoch, Esq. | Frank Stoy, Esq. |
| Christopher Geddis, Esq. | Jeff Geoppinger, Esq. |
| | Jessica Miller, Esq. |
| | Daniel Campbell, Esq. |
| | Matthew Knepper, Esq. |
| | John Lavelle, Esq. |
| | Kate Deal, Esq. |
| | Kara Kapke, Esq. |
| | D'Lesli Davis, Esq. |
| | Mackenzie Lindquist, Esq. |
| | Alexia Brancato, Esq. |
| | Brittney Nagle, Esq. |

**NATURE OF PROCEEDINGS**:    CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Order to issue.

                                                            s/Lawrence MacStravic
                                                            Deputy Clerk

Time Commenced: 2:10p.m.     Time Adjourned: 2:30p.m.     Total Time in Court:   0:20