# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All Actions | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

On October 4, 2022, a jury returned a verdict in favor of the plaintiffs in a multi-state consumer class action in *Siquieros v. General Motors LLC*, No. 3:16-cv-07244 (N.D. Cal.). The plaintiffs alleged breach of certain warranties and state consumer protection laws for hidden engine defects, on behalf of approximately 38,000 consumers. After less than a day of deliberations, the jury found for plaintiffs under all three states' laws submitted to the jury (California, Idaho, and North Carolina law), and awarded $102.6 million to the three-state class in total.

Plaintiffs submit this notice in connection with Class Plaintiffs' Motion for Class Certification currently pending before this Court. *See* ECF 1747. This is but the latest example of the manageability of a multi-state class trial. By way of example, the 4-page verdict form used in *Siquieros* is attached hereto.

Dated: October 13, 2022　　　　　　　　　Respectfully submitted,

*/s/ Ruben Honik*
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

*/s/ Daniel Nigh*
Daniel Nigh
**LEVIN, PAPANTONIO, THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street
Pensacola, FL 32502
Phone: (850) 435-7013
dnigh@levinlaw.com

*/s/ Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*MDL Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ *David J. Stanoch*
David J. Stanoch