# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All Actions | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit this notice in connection with Class Plaintiffs' Motion for Class Certification currently pending before this Court. *See* ECF 1747.

On September 19, 2022, the court in *In re Namenda Indirect Purchaser Antitrust Litigation*, No. 1:15-cv-6549, 2022 WL 4298767 (S.D.N.Y. Sept. 19, 2022) (Exhibit A hereto) denied the defendants' motion to decertify an earlier-certified multi-state class of indirect purchasers (specifically, third-party payors) of prescription drugs. The defendants there, like Defendants here, argued among other things that variations in state consumer protection laws and class-wide damages issues pertaining to "government subsidies" and "rebates and discounts" warranted decertification.

The *Namenda* court disagreed, and re-affirmed its earlier finding that common issues predominated over individual ones. As to class-wide damages, the court

stated: "[a]ggregate damages are perfectly permissible in this case." *Id.* at *8. As to variations in state laws, the court stated: "[v]ariation among the state laws as to enhanced damages is manageable…Courts routinely certify multistate class actions brought under state antitrust and consumer protection statutes[.]" *Id.* at *11.

Notably, the *Namenda* court's decision directly contradicts Defendants' argument at the last CMC here, at which they argued (incorrectly) that an earlier *Namenda* opinion suggested variations in state law preclude certification or present intractable choice-of-law issues for trial.

Dated: October 13, 2022                               Respectfully submitted,


*/s/ Ruben Honik*                                              */s/ Daniel Nigh*
Ruben Honik                                                     Daniel Nigh
**HONIK LLC**                                                **LEVIN, PAPANTONIO, THOMAS,**
1515 Market Street, Suite 1100              **MITCHELL RAFFERTY &**
Philadelphia, PA 19102                            **PROCTOR, P.A.**
Phone: (267) 435-1300                            316 South Baylen Street
ruben@honiklaw.com                             Pensacola, FL 32502
                                                                    Phone: (850) 435-7013
                                                                    dnigh@levinlaw.com

/s/ *Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*MDL Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ David J. Stanoch
David J. Stanoch