SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

1.212.735.3453

1.917.777.3453

RICHARD.BERNARDO@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 13, 2022

**VIA ECF**

Special Master
Hon. Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103
TIV@stevenslee.com

RE:     *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Special Master Vanaskie:

I write on behalf of Defendants Zhejiang Huahai Pharmaceutical Co, Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; and Solco Healthcare US, LLC (collectively, "ZHP") to follow up on the September 8, 2022 hearing regarding plaintiffs' Motion for Rule 37 Sanctions.

At that hearing, you indicated that ZHP had not submitted an affidavit or declaration explaining the nature of Chinese government procedures with respect to the evaluation of requests for permits to travel, like the one submitted by Mr. Chen Baohua.  (*See, e.g.*, Hr'g Tr. 41:3-42:11, Sept. 8, 2022.)  In response, we retained Jacques deLisle, the Stephen A. Cozen Professor of Law, Professor of Political Science, Director of the Center for the Study of Contemporary China, and Co-Director of the Center for Asian Law at the University of Pennsylvania (full CV attached as Ex. 1), to prepare a declaration explaining the context surrounding the denial of Mr. Baohua's request to travel to Macau for a deposition in this matter.  Professor deLisle's declaration (attached as Ex. 2) confirms that Mr. Baohua applied in good faith for permission to travel and thus demonstrates why the sanctions sought by plaintiffs would not be appropriate.

Special Master the Honorable Thomas Vanaskie
October 13, 2022

We hope you will consider the attached submission, and please let us know if you would like copies of any of the materials cited in the declaration.

Sincerely,

Richard T. Bernardo

cc:      All counsel of record (via ECF)

2