# EXHIBIT 1

# Jacques deLisle

University of Pennsylvania Law School
3501 Sansom Street
Philadelphia, PA 19104-6204
(215) 898-5781
Fax: (215) 573-2025
jdelisle@law.upenn.edu

**EMPLOYMENT:**

Stephen A. Cozen Professor of Law, 2006-, Professor of Law, 1999-2006, Assistant Professor of Law, 1994-99
Professor of Political Science, 2010-
Director, Center for East Asian Studies, 2009-2019, Member of CEAS Faculty, 1996-
Director, Center for the Study of Contemporary China, 2019-, Deputy Director, 2012-2019
Co-Director, Center for Asian Law, 2014-

*Research Interests*: Law and politics of China, China and international law, international status of Taiwan, cross-Strait and Mainland-Hong Kong relations, comparative law, public international law, China's foreign relations, U.S.-China relations

*Courses*:
Chinese Law; Law, Politics and Society in China; Law and Economic Reform in Contemporary China (seminar); Law and the Economy in China (seminar); China and International Law (seminar); China and International Human Rights; China and International Human Rights Law; International Law; Selected Topics in International Law (seminar); Torts;
International Law and International Relations (Lauder M.B.A.-M.A. Program, University of Pennsylvania)
China in an Era of Transition, Reform and Globalization (Organizational Dynamics Program, University of Pennsylvania)
China and International Law (National University of Singapore)
Law and the Economy in China (Tel Aviv University, Hebrew University of Jerusalem)
Government and Politics of the PRC; External Politics of the PRC (Universidad de Aveiro, Portugal)
The Common Law of Civil Obligations; The U.S. Structural Constitution (Waseda University, Tokyo)

Visiting Professor, Universidad de Aveiro (Portugal, short-term, 1999-2002), National University of Singapore (summer 2004), Waseda University (summer 2007), Visiting Scholar, University of Hong Kong Law School (May 2012), Tel Aviv University (spring 2014), Hebrew University (spring 2022)

Director, Asia Program, Foreign Policy Research Institute, 2002-, Senior Fellow, 1999-

Attorney-Adviser, Office of Legal Counsel, United States Department of Justice, 1992-94

Law Clerk to Stephen G. Breyer, United States Court of Appeals for the First Circuit, 1991-92

**EDUCATION:**

Harvard Law School, J.D. *magna cum laude*, 1990

Harvard Graduate School of Arts and Sciences, Department of Government, Ph.D. program (ABD)

Princeton University, A.B. *summa cum laude*, Phi Beta Kappa, 1982
  Major: Public and International Affairs

**PUBLICATIONS:**

*Not Quite Déjà Vu All Over Again: CPTPP Accession and Taiwan-China-US Relations* in RACING TO THE CLUB: IMPLICATIONS OF UK, CHINA, AND TAIWAN APPLICATIONS TO THE CPTPP (forthcoming 2023)

*Authoritarian Police and Policing in East Asia: Scope, Patterns, and Paradoxes* in AUTHORITARIAN POLICING IN EAST ASIA: REGIME TYPE AND BEYOND (Weitseng Chen and Hualing Fu, eds., Cambridge, forthcoming 2022)

*Deterrence Dilemmas and Alliance Dynamics: United States Policy on Cross-Strait Issues and the Implications of the War in Ukraine*, AMERICAN JOURNAL OF CHINESE STUDIES, vol. 29, no. 2, 401-419 (2022)

*China's Russia/Ukraine Problem, and Why It's Bad for Almost Everyone Else Too*, ORBIS, vol. 66, no. 3, 402-423 (2022)

*Assessing the Chinese Communist Party and its Many, Changing Roles* in THE PARTY LEADS ALL: THE EVOLVING ROLES OF THE CHINESE COMMUNIST PARTY 1-42 (Jacques deLisle and Guobin Yang, eds., Brookings, 2022)

*China and COVID-19: An Archetypal Legal and Governmental Response to an Exceptional Challenge* (with Shen Kui) in ROUTLEDGE HANDBOOK ON LAW AND THE COVID-19 PANDEMIC 60-72 (Joelle Gorgan and Alice Donald, eds. Routledge, 2022)

*The Rule of Law and Chinese Characteristics* in RULE OF LAW: CASES, STRATEGIES, AND INTERPRETATIONS 103-112 (Barbara Faedda, ed., Ronzani, 2021)

[2]

*The Institutum Iurisprudentiae: Multifaceted Perspectives on Law in China, Law and Cross-Strait Issues, and China and International Law,* in THE WAY TO LAW: IN COMMEMORATION OF IIAS'S 10TH ANNIVERSARY 101-115 (Chien-Liang Lee, ed., Academia Sinica, 2021)

*The COVID-19 Pandemic and Geopolitics in the Indo-Pacific: A View from the United States* in QUESTIONING THE PANDEMIC'S IMPACT ON THE INDO-PACIFIC (Gilbert Rozman, ed.) 32 JOINT U.S. KOREA ACADEMIC STUDIES 31-61 (Korea Economic Institute of America, 2021)

*The Chinese Model of Law, China's Agenda in International Law, and Implications for Democracy in Asia and Beyond* in DEMOCRATIZATION, NATIONAL IDENTITY, AND FOREIGN POLICY IN ASIA 38-59 (Gilbert Rozman, ed., Routledge, 2021)

*Introduction: Change, Continuity, and Challenges for Taiwan in the Tsai Era* (with June Teufel Dreyer) in TAIWAN IN THE ERA OF TSAI ING-WEN: CHANGES AND CHALLENGES 1-18 (June Teufel Dreyer and Jacques deLisle, eds. Routledge, 2021)

*U.S.-Taiwan Relations: Continuity and Change in a Triangular Dynamic* (with Vincent Wei-cheng Wang) in TAIWAN IN THE ERA OF TSAI ING-WEN: CHANGES AND CHALLENGES 161-207 (June Teufel Dreyer and Jacques deLisle, eds. Routledge, 2021)

*Taiwan's Quest for International Space in the Tsai Era: Adapting Old Strategies to New Circumstances* in TAIWAN IN THE ERA OF TSAI ING-WEN: CHANGES AND CHALLENGES 239-283 (June Teufel Dreyer and Jacques deLisle, eds. Routledge, 2021)

*When the Fever Breaks?: COVID-19, U.S.-China Relations, and East Asia*, ORBIS, vol. 65, no. 2, 231-256 (Spring 2021)

*Rivalry and Security in a New Era for US-China Relations* (with Avery Goldstein) in AFTER ENGAGEMENT: DILEMMAS IN US-CHINA SECURITY RELATIONS 1-47 (Jacques deLisle and Avery Goldstein, eds. Brookings, 2021)

*China's Response to COVID-19* (with Shen Kui), 73 ADMINISTRATIVE LAW REVIEW 19-51 (2021)

*When Rivalry Goes Viral: COVID-19, U.S.-China Relations, and East Asia*, ORBIS, vol. 65, no. 1, 46-74 (Winter 2021)

[3]

*Introduction—Chinese Law in a Time of Crises: Regulatory Challenges at Home, Ideological Contests Abroad…and More*, 16 UNIVERSITY OF PENNSYLVANIA ASIAN LAW REVIEW 1-7 (2020)

*Lessons from China's Response to COVID-19: Shortcomings, Successes, and Prospects for Reform in the Chinese Regulatory State* (with Shen Kui) 16 UNIVERSITY OF PENNSYLVANIA ASIAN LAW REVIEW 66-149 (2020)

*Editor's Corner: Political Warfare, Sharp Power, the U.S., and East Asia,* ORBIS, vol. 64, no. 2 , 1-7 (Spring 2020)

*Foreign Policy through Other Means: Hard Power, Soft Power, and China's Turn to Political Warfare to Influence the United States,* ORBIS, vol. 64, no. 2, 174-206  (Spring 2020)

*Authoritarian Legality in East Asia: What, Why, and Whither?* in AUTHORITARIAN LEGALITY IN ASIA: FORMATION, DEVELOPMENT AND TRANSITION 17-59 (Weitseng Chen and Hualing Fu, eds. Cambridge, 2020)

*The Taiwan Relations Act at 40: A Troubled but Durable Legal Framework for U.S. Policy*, ASIA POLICY, vol. 14, no. 3, 35-42 (October 2019)

*Hong Kong's Summer of Discontent: Another Battle in the Long War over Autonomy, Democracy, and the Rule of Law*, ORBIS, vol. 63, no. 3, 473-504 (Fall 2019)

*International Law and Institutions* in TAIWAN: THE DEVELOPMENT OF AN ASIAN TIGER 171-206 (Hans Stockton and Yao-Yuan Yeh, eds., Lynne Rienner, 2019)

*China's Economic Reform and Opening at Forty: Past Accomplishments and Emerging Challenges''* (with Avery Goldstein) in TO GET RICH IS GLORIOUS: CHALLENGES FACING CHINA'S ECONOMIC REFORM AND OPENING AT FORTY 1-26 (Jacques deLisle and Avery Goldstein, eds. Brookings, 2019)

*China's Legal System* in POLITICS IN CHINA: AN INTRODUCTION 224-253 (3rd edition, William A. Joseph, ed., Oxford, 2019)

*"All the World's a Stage": Taiwan's Human Rights Performance and Playing to International Norms* in TAIWAN AND INTERNATIONAL HUMAN RIGHTS: A STORY OF TRANSFORMATION 173-206 (Jerome A. Cohen, William P. Alford, and Chang-Fa Lo, eds. Springer, 2019)

*The Chinese Model of Law, China's Agenda in International Law, and Implications for Democracy in Asia and Beyond,* ASAN FORUM (September 2018) http://www.theasanforum.org/the-chinese-model-of-law-chinas-agenda-in-international-law-and-implications-for-democracy-in-asia-and-beyond/

[4]

*International Law in US-China Relations: Trade Wars and Maritime Rights in the Era of Xi and Trump*  ASAN FORUM (August 2018) http://www.theasanforum.org/international-law-in-us-china-relations-trade-wars-and-maritime-rights-in-the-era-of-xi-and-trump/

*Washington-Taipei Relations at a Crossroads: Introduction,* THE CHINA REVIEW, vol. 18, no. 3, 1-11 (2018) (with Lin Gang, guest co-editors, special issue)

*United States-Taiwan Relations: Tsai's Presidency and Washington's Policy,* THE CHINA REVIEW, vol. 18, no. 3, 13-59 (2018)

*China's Rise, the U.S. and the WTO: Perspectives from International Relations Theory*, 2018 UNIVERSITY OF ILLINOIS LAW REVIEW Online 57-71 (2018) (a response to Gregory Shaffer and Henry Gao, *China's Rise: How it Took on the U.S. at the WTO*)

*How International is International Law? (Remarks on Implications of a Rising China)* 111 ASIL PROCEEDINGS 75-78 (2018)

*Political Implications of the July 2016 Arbitration Decision in the Philippines-PRC Case Concerning the South China Sea: The United States, China, and International Law* in ASIAN YEARBOOK OF INTERNATIONAL LAW, vol. 21 49-82 (2016, published 2017)

*China's Maritime Disputes in the South and East China Seas: What Role for International Law?* in CHINA'S GLOBAL ENGAGEMENT: COOPERATION, COMPETITION, AND INFLUENCE IN THE 21ST CENTURY 235-290 (Jacques deLisle and Avery Goldstein, eds., Brookings, 2017)

*Democracy and Constitutionalism in China's Shadow: Sunflowers in Taiwan and Umbrellas in Hong Kong* in LAW AND POLITICS OF THE TAIWAN SUNFLOWER AND HONG KONG UMBRELLA MOVEMENTS  205-231 (Brian Christopher Jones, ed., Routledge, 2017)

*From Accepting to Challenging the Law of the Sea?: China and the South China Sea Disputes* in LEGAL THOUGHTS BETWEEN THE EAST AND THE WEST IN THE MULTILEVEL LEGAL ORDER: A LIBER AMICORUM IN HONOR OF PROFESSOR HERBERT H.P. MA 255-276 (Lo Chang-fa, ed., Springer, 2016)

*Law in the China Model 2.0: Legality, Developmentalism and Leninism under Xi Jinping* in JOURNAL OF CONTEMPORARY CHINA, vol. 26, no. 103, 68-84 (2016)

*Taiwan in the Tsai Era* (with June Teufel Dreyer) ORBIS, vol. 60, no. 4, 465-472 (Fall 2016)

*Taiwan's Quest for International Space: Ma's Legacy, Tsai's Options, China's Choices, and U.S. Policy*, ORBIS, vol. 60, no. 4, 550-574 (Fall 2016)

*International Law in the Obama Administration's Pivot to Asia: The China Seas Disputes, the Trans-Pacific Partnership, Rivalry with the PRC, and Status Quo Legal Norms in U.S. Foreign Policy* in 48 CASE WESTERN RESERVE JOURNAL OF INTERNATIONAL LAW 143-176 (2016)

*Introduction: The Internet, Social Media and a Changing China* (with Avery Goldstein and Guobin Yang) in THE INTERNET, SOCIAL MEDIA AND A CHANGING CHINA 1-27 (Jacques deLisle, Avery Goldstein and Guobin Yang, eds., University of Pennsylvania, 2016)

THE BEST OF FPRI'S ESSAYS ON ASIA (editor and contributor, FPRI E-Book, 2016, http://www.fpri.org/articles/2016/01/best-fpris-essays-asia-2005-2015)

*Xi Jinping's Impact on China's Legal Development: Domestic and International*, ASAN FORUM, vol. 3, no. 5, 42-63 (September-October 2015) http://www.theasanforum.org/xi-jinpings-impact-on-chinas-legal-development-domestic-and-international/

*The Rule of Law with Xi-Era Characteristics: Law for Economic Reform, Anticorruption and Illiberal Politics*, in Roundtable: The Future of "Rule According to Law" in China, ASIA POLICY (National Bureau of Asian Research), no. 20, 23-29 (July 2015)

*Review of Chinese Contemporary Perspectives on International Law by Xue Hanqin*, 108 AMERICAN JOURNAL OF INTERNATIONAL LAW 850-56 (2015)

*China's Challenges: Reform Era Legacies and the Road Ahead* (with Avery Goldstein) in CHINA'S CHALLENGES 1-24 (Jacques deLisle and Avery Goldstein, eds., University of Pennsylvania, 2014)

*Law and Democracy in China: A Complicated Relationship* in DEMOCRATIZATION IN CHINA, KOREA AND SOUTHEAST ASIA?: LOCAL AND NATIONAL PERSPECTIVES 126-140 (Shelley Rigger, Lynn White and Kate Zhou, eds., Routledge, 2014)

*China's Legal System* in POLITICS IN CHINA: AN INTRODUCTION 224-253 (2nd edition, William A. Joseph, ed., Oxford, 2014)

*Law and the Economy* in HANDBOOK OF THE CHINESE ECONOMY 255-279 (Gregory Chow and Dwight Perkins, eds., Routledge, 2014)

*Introduction: Taiwan at the Crossroads* (with Jean-Pierre Cabestan) in POLITICAL CHANGES IN TAIWAN UNDER MA YING-JEOU: PARTISAN CONFLICT, POLICY CHOICES, EXTERNAL CONSTRAINS AND SECURITY CHALLENGES 1-12 (Jean-Pierre Cabestan and Jacques deLisle, eds., Routledge, 2014)

[6]

*Taiwan and Soft Power: Competing with China and Seeking Security* in POLITICAL CHANGES IN TAIWAN UNDER MA YING-JEOU: PARTISAN CONFLICT, POLICY CHOICES, EXTERNAL CONSTRAINS AND SECURITY CHALLENGES 265-295 (Jean-Pierre Cabestan and Jacques deLisle, eds., Routledge, 2014)

*China's Changing Approach to Sovereignty in International Law?: Lessons from Territorial Disputes and Human Rights* in 107 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 348-352 (2014)

*Damages Remedies for Infringement of Human Rights under U.S. Law* in AMERICAN JOURNAL OF COMPARATIVE LAW (SUPP.) 457-490 (2014)
revised version in DAMAGES FOR VIOLATIONS OF HUMAN RIGHTS—A COMPARATIVE STUDY OF DOMESTIC LEGAL SYSTEMS 395-426 (Ewa Bagińska, ed., Springer Verlag, 2016)

*Comment on Shi Hexing, "The People's Congress System and China's Constitutional Development* in CHINA'S POLITICAL DEVELOPMENT 120-130, 134-135 (Kenneth Lieberthal and Yu Keping, eds., Brookings, 2014). Chinese version: *Comment on Shi Hexing's Essay of "The People's Congress System and the Development of Constitutionalism in China*" in CHINA'S POLITICAL DEVELOPMENT: FROM THE VIEW OF AMERICAN AND CHINESE SCHOLARS 120-130 (Yu Keping and Kenneth Lieberthal, eds., Brookings, 2014)

*From Economic Development to What—and Why?* in RETHINKING LAW AND DEVELOPMENT: THE CHINESE EXPERIENCE 107-145 (Yu Guanghua, ed., Routledge, 2013)

*Troubled Waters: China's Claims and the South China Sea,* ORBIS, vol. 56 no. 4, 608-642 (2012)

*A Common Law-like Civil Law and a Public Face for Private Law: China's Tort Law in Comparative Perspective* in TOWARDS A CHINESE CIVIL CODE 353-394 (Chen Lei and C.H. (Remco) van Rhee, eds., Martinus Nijhoff, 2012)

*Law and China's Development Model* in IN SEARCH OF CHINA'S DEVELOPMENT MODEL: BEYOND THE BEIJING CONSENSUS 147-165 (Philip Hsu, Yushan Wu and Suisheng Zhao, eds., Routledge, 2011)

*The Internationalization of Law and its Implications for Legal Education: Lessons from Interactions between the United States and China* in CROSS STRAIT / FOUR REGION: LAW DEVELOPMENTS IN TAIWAN, CHINA, HONG KONG AND MACAU vol. 1, 1-30 (Dennis T.C. Tang and Chi Chung, eds., Academia Sinica, 2011)

*Soft Power in a Hard Place: China, Taiwan, Cross-Strait Competition and U.S. Policy* ORBIS vol. 54 no. 4, 493-524 (2010)

*Security First?: Patterns and Lessons from China's Use of Law to Address National Security Threats* 4 JOURNAL OF NATIONAL SECURITY LAW & POLICY 397-436 (2010)

*Consumer Protection in Transnational Contexts (U.S. Law)* (with E. Trujillo) 58 AMERICAN JOURNAL OF COMPARATIVE LAW (SUPP.) 135-164 (2010),
alternative version in CONSUMER PROTECTION IN INTERNATIONAL PRIVATE RELATIONSHIPS 509-546 (Diego P. Fernando Arroyo ed., Springer, 2010)

*Exceptional Powers in an Exceptional State: Emergency Powers Law in China* in EMERGENCY POWERS LAW IN ASIA 342-390 (Victor V. Ramraj and Arun K. Thiruvengadam, eds, Cambridge, 2010)

*The Other China Trade Deficit: Export Safety Problems and Responses* in IMPORT SAFETY: REGULATORY GOVERNANCE IN THE GLOBAL ECONOMY 22-49 (Cary Coglianese, David Zaring, and Adam Finkel, eds., University of Pennsylvania, 2010)

*After the Gold Rush: The Beijing Olympics and China's Evolving International Roles,* ORBIS vol. 52, no. 3, 179-204 (2009)

*Development without Democratization? China, Law and the East Asian Model* in DEMOCRATIZATIONS: COMPARISONS, CONFRONTATIONS AND CONTRASTS 197-232 (Jose V. Ciprut, ed., MIT, 2009)

*Vicious Cycles and Virtuous Circles: International Contexts, Taiwanese Democracy and Cross-Strait Relations* in CROSS-STRAIT AT THE TURNING POINT 373-424 (I Yuan, ed., Institute for International Relations, 2009)

*International Contexts and Domestic Pushback* in POLITICAL CHANGE IN CHINA: COMPARISONS WITH TAIWAN 185-211 (Bruce Gilley and Larry Diamond, eds., Lynne Rienner, 2008)

*'One World, Different Dreams': Assessing the Struggle to Define the Beijing Olympics* in OWNING THE OLYMPICS: NARRATIVES OF THE NEW CHINA 17-66 (Monroe E. Price and Daniel Dayan, eds., University of Michigan, 2008)

*Legalization without Democratization in China under Hu Jintao* in CHINA'S CHANGING POLITICAL LANDSCAPE: PROSPECTS FOR DEMOCRACY 185-211 (Cheng Li, ed., Brookings, 2008)

*Traps, Gaps and Law: Prospects and Challenges for China's Reforms* in IS CHINA TRAPPED IN TRANSITION? IMPLICATIONS FOR FUTURE REFORMS (Oxford Foundation for Law, Justice and Society, 2007)

*Legislating the Cross-Strait Status Quo?: China's Anti-Secession Law, Taiwan's Constitutional Reform, and the U.S.'s Taiwan Relations Act* in ECONOMIC INTEGRATION, DEMOCRATIZATION AND NATIONAL SECURITY IN EAST ASIA 101-138 (Peter C.Y. Chow, ed., Edward Elgar, 2007)

*Eroding, Not Attacking, the "One China Policy": Participating in International Regimes without State Membership, Choosing Symbolic Struggles with Substantive Content, and Getting Help from U.S. Law* in RESHAPING THE TAIWAN STRAIT 111-145 (John Tkacik, Jr., ed., Heritage Foundation, 2007)

*Free Trade Areas in East Asia: Legal and Economic Liberalism and the Interest-Based Politics of U.S., PRC and Taiwan Participation* in FREE TRADE AND EAST ASIA (Jacques deLisle, ed., Foreign Policy Research Institute, 2007)

*Pressing Engagement: Uneven Human Rights Progress in China, Modest Successes of American Policy, and the Absence of Better Options* (Carnegie Endowment for International Peace, "China Debates" series, 2007)

*Navigating a Dangerous Strait: Assessing Responsibility, Defining Interests and Prescribing Tactics in Relations among Taiwan, China and the International Community* TAIWAN JOURNAL OF DEMOCRACY vol. 2, no. 1 123-130 (review essay 2006)

*China under Hu Jintao: Introduction* (with T.J. Cheng and Deborah Brown) in CHINA UNDER HU JINTAO: OPPORTUNITIES, DANGERS AND DILEMMAS, 1-25 (Jacques deLisle, T.J. Cheng and Deborah Brown, eds., World Scientific, 2006)

*China and the WTO: Evolving Agendas of Economic Openness, Domestic Reform and Challenges of the Post-Accession Era* in CHINA UNDER HU JINTAO: OPPORTUNITIES, DANGERS AND DILEMMAS, 229-292 (Jacques deLisle, T.J. Cheng and Deborah Brown, eds., World Scientific, 2006)

*Atypical Pneumonia and Ambivalent Law and Politics: SARS and the Response to SARS in China* 77 TEMPLE LAW REVIEW 193-245 (2004)

*Reforming / Replacing the ROC Constitution: Implications for Taiwan's State(-like) Status and U.S. Policy*, WOODROW WILSON INTERNATIONAL CENTER ASIA PROGRAM SPECIAL REPORT 12-18 (November 2004)

*Democratization and Its Limits in Greater China*, ORBIS, vol. 48, no. 2, 193-203 (2004)

*The Common Law of Causation in Tort and Questions of Policy and Institutions in the*

*Development of Chinese Tort Law*, FAZHI CANKAO [LEGAL MATERIALS JOURNAL] 2004, no. 5, Democracy and the Legal System Press, under the National People's Congress, People's Republic of China) 122-124 (in Chinese 2004)

*SARS and the Pathologies of Globalization and Transition in Greater China*, ORBIS, vol. 47, no. 4, 587-604 (2003) (conference volume on Asia's Shifting Strategic Landscape)

*Human Rights, Civil Wrongs and International Politics: A 'Sinical' Look at the Use of U.S. Litigation to Address Abuses Abroad*, 52 DEPAUL LAW REVIEW 473-561 (2003) (conference volume on American Civil Justice in a Global Context)

*Chasing the God of Wealth while Evading the Goddess of Democracy: Development, Democracy and Law in Reform-Era China,* in DEVELOPMENT AND DEMOCRACY: NEW PERSPECTIVES ON AN OLD DEBATE 252-293 (Sunder Ramaswamy & Jeffrey W. Cason, eds., University Press of New England, 2003)

*The China-Taiwan Relationship: Law's Spectral Answers to the Cross-Strait Sovereignty Question*, ORBIS, vol. 46, no. 4, 733-752 (2002) (conference volume on sovereignty and cross-Strait relations)

*The Roles of Law in the War on Terrorism,* ORBIS, vol. 46, no. 2, 301-320 (2002)

*Humanitarian Intervention: Legality, Morality, and the Good Samaritan*, ORBIS, vol. 45, no. 3, 535-556 (2001)

*The Rule of Law and the Roles of Law in China* (review essay of *The Limits of the Rule of Law in China*) in SINO-PLATONIC PAPERS, Reviews IX, October 2000, 1-21

*China's Approach to International Law: A Historical Perspective*, 94 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 267-275 (2000)

*The Chinese Puzzle of Taiwan's Status*, ORBIS, vol. 44, no. 1, 35-62 (2000)

*The P.R.C.'s Population and Family Planning Policies:  Legal Issues and Social Consequences in the Mainland and the United States* in LIANG-AN SHE-HUI PIEN-CH'IEN-CHUNG CHIA-T'ING YÜ-CH'I HSIANG-KUAN WEN-T'I HSÜEH-SHU YEN-CHIU T'AN-HUI HUI-I LUN-WEN-CHI 239-260 (Fu-jen Ta-hsüeh She-hui Wen-hua Yen-chiu Chung-hsin, 1999)

*The Taiwan Question*, SINO-AMERICAN RELATIONS, Winter 1999, 22-28

*Lex Americana?: United States Legal Assistance, American Legal Models, and Legal Change in the Post-Communist World and Beyond*, 20 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 179-308 (1999)

*The East Asian Debate on International Human Rights: Domestic Approaches and Attitudes in the Absence of Regional Commitments*, 92 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 64-66 (1998) (co-author)

*Sovereignty Resumed: China's Conception of Law for Hong Kong, and its Implications for the SAR and US-PRC Relations*, HARVARD ASIA QUARTERLY 21-27 (Summer 1998)

*Political Alchemy, the Long Transition and Law's Promised Empire: How July 1, 1997 Matters -- and Doesn't Matter -- in Hong Kong's Return to China*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 69-131 (1997) (symposium issue on Hong Kong's transition from British colony to Chinese Special Administrative Region)

*Hong Kong's Endgame and the Rule of Law (I): The Struggle over Institutions and Values in the Transition to Chinese Rule*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 195-254 (1997) (with Kevin P. Lane)

*Hong Kong's Endgame and the Rule of Law (II): The Battle over "the People" and the Business Community in the Transition to Chinese Rule*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 811-1047 (1997) (with Kevin P. Lane)

*Cooking the Rice without Cooking the Goose: The Rule of Law, the Battle over Business, and the Quest for Prosperity in Hong Kong After 1997* (with Kevin P. Lane) in HONG KONG UNDER CHINESE RULE: THE ECONOMIC AND POLITICAL IMPLICATIONS OF REVERSION 31-70 (Warren I. Cohen & Zhao Li, eds., Cambridge, 1997)

*Of Chinese Walls, Battering Rams, and Building Permits: Five Lessons about International Economic Law from Sino-U.S. Trade and Investment Relations*, 17 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 513-532 (1996)

*Disquiet on the Eastern Front: Liberal Agendas, Domestic Legal Orders, and the Role of International Law after the Cold War and amid Resurgent Cultural Identities*, 18 FORDHAM INTERNATIONAL LAW JOURNAL 1725-1741 (1995) (symposium issue on the roles of international law in the twenty-first century)

*Massacre in Beijing: The Events of 3-4 June and their Aftermath* (Ad Hoc Study Group on Human Rights in China, and International League for Human Rights, 1989) (co-author)

*China's Foreign Economic Contract Law and Technology Import Regulations*, 27 HARVARD INTERNATIONAL LAW JOURNAL 275-283 (1986)

[11]

**OTHER WRITINGS AND COMMENTARY:**

Op-eds/commentary/essays for newspapers and other media, including *The Asian Wall Street Journal*, *The Philadelphia Inquirer*, *Foreign Policy Research Institute E-notes, China Online*, *Asia Times, Free China Journal*, *The Asan Forum, Global Times, Nikkei Weekly, Taiwan Insight,* and *The Penn Law Journal*; titles include:

Pelosi's Taiwan Visit: More Symptom than Cause of the Trouble in US-China Relations
From WTO to CPTPP: What Makes Consideration of China's and Taiwan's Accessions Different?
Beijing's Olympic Moments, 2008 and 2022: How China and the Meaning of the Games Have, and Have Not, Changed
A Tale of Two Elections: Lessons from the Very Different Trajectories of Democracy in Taiwan and Hong Kong in December 2021
The Growing Dangers of Potential U.S.-China Conflict [over Taiwan]
Taiwan's Opportunities and Risks under the Biden Administration
Purple State China: China's Preferences in the U.S. 2020 Presidential Elections are… Complicated
When the U.S.-China Rivalry Goes Viral
The Legacy of Taiwan's Lee Teng-hui
China's Administrative State is Both a Blessing and a Curse in COVID-19
Tsai's Rocky Road: Challenges in Tsai's Second Term
Taiwan and the WHO in 2020: A Novel Virus and Viral Politics
Beyond COVID-19: U.S.-China Relations at a Standstill
Pursuing Politics through Legal Means: U.S. Efforts to Hold China Responsible for COVID-19
Unconventional Candidates and Cross-Strait Relations in Taiwan's 2020 Presidential Campaigns
The 40th Anniversary of the Taiwan Relations Act
Red State China: Why China (Sort of) Likes Trump
The South China Sea Arbitration Decision: China Fought the Law and the Law Won…Or Did It?
Why President Ma Ying-jeou's Day Trip to Taiping Island was Such a Big Deal
Taiwan's 2016 Elections and Cross-Strait Relations
Mr. Xi Meets Mr. Ma for a Singapore Fling
Blurring Borders: National, Subnational, and Regional Orders in East Asia—An FPRI Conference Report
Reflections on the Umbrella Movement in Hong Kong
Two Sessions Work Advances Rule of Law
Legal Reform Promised in China Though the Party is Still the Law
China and International Law/Norms: A US Perspective
China and the World: The View from Salzburg, Then and Now
Energy, Environment and Security in Asia—An FPRI Conference Report

[12]

Contested Terrain: China's Periphery and International Relations in Asia—An FPRI Conference Report
Taiwan's 2012 Presidential and Legislative Elections: Winners, Losers, and Implications
9/11 and U.S.-China Relations (10 Years After)
Politics and Governance in the People's Republic of China
Strait Ahead? China's Fifth Generation Leaders and Beijing's Taiwan Policy
Taiwan: Sovereignty and Participation in International Organizations
Dragon and (Legal) Eagle: International Law and American Interests in U.S.-China Relations beyond the Hu-Obama Summit
A Tale of Two Summits: Hu Jintao in Washington, Wen Jiabao in New Delhi and U.S.-China-India Relations
The Elephant in the Room: Summitry and China's Challenging Relations with Great Powers in Asia
Taiwan: Elections at Home, Economic Relations with the Mainland and U.S.-China-Taiwan Relations (An FPRI Symposium Report)
Regional Security in East Asia (An FPRI Conference Report)
What's Happened to Democracy in China?: Elections, Law and Reform (An FPRI Symposium Report)
Power in East Asia (An FPRI Conference Report)
Hu, Obama and U.S.-China Economic and Legal Relations: Structural Issues the Summit Will Not Address but Should Not Ignore
China Policy under Obama
The U.S. Elections and America's Role in East Asia: Views from the Region— An FPRI Roundtable Report
China is a Rising Star, but Unusually Weak and Poor
Elections, Political Transitions and Foreign Policy in East Asia: An FPRI Conference Report
China's Legal Encounter with the West
Taiwan in the World Health Assembly: A Victory, With Limits
Taiwan under President Ma Ying-jeou: A Horse of a Different Color? – Democracy and Distrust in Taiwan
Taiwan under President Ma Ying-jeou: Changing Horses in the Middle of the Strait? – Taiwan's External Relations
Playing for Keeps (The Beijing 2008 Olympics)
Kind of Blue?: Implications of Taiwan's 2008 Elections
China Rising: Assessing China's Economic and Military Power—An FPRI Conference Report
Into Africa: China's Quest for Resources and Influence
Free Trade Areas: Legal Aspects and the Politics of U.S., PRC and Taiwan Participation
Free Trade Areas in East Asia: An FPRI Symposium Report
Constitutional Change and Foreign Policy in East Asia: An FPRI Conference Report
Taiwan's Democracy and Lessons from Yet Another Election
Party Politics and Foreign Policy in East Asia: An FPRI Conference Report

      China after Jiang: Two Strengths and Five Unresolved Issues
      The Aftermath of Taiwan's Presidential Election: An FPRI Symposium Report
      Fifteen Years after Tiananmen: Persistence, Memory and Change in China
      Democracy and Its Limits in Greater China: An FPRI Conference Report
      Asia's Shifting Strategic Landscape: An FPRI Conference Report
      Illegal? Yes; Lawless? Not So Fast: The U.S., International Law and Iraq
      Sinical Voters?: Elections in Greater China
      Bless and Keep the S.A.R. . . . Far Away from Us: Taiwan's Hong Kong Phobia, Five Years On
      Humanitarian Intervention: The International Law and Morality of Force and Rescue
      Varieties of Sovereignty and Cross-Strait Relations: A Conference Report
      Politics, Law and Resentment on the China Coast
      U.S. Policy toward Taiwan: Sustaining the Status Quo
      The [2000 Presidential] Election, Sausages and Foreign Policy
      Foreign Affairs, Federalism and Well-Meaning-Mischief: The Constitutional Infirmity of Massachusetts's Burma Law
      A Progression of Reform [for Law in China]: Not Revolution but Evolution
      Fifty Years after the Revolution [in China]
      Who's Afraid of Falun Gong?
      Appeal of Falun Gong Puts Strain on Beijing
      The Taiwan Question
      Chinese Law: A Middle Path for the Middle Kingdom
      Impeachment: It's Political Not Judicial
      Hong Kong's Legal Crisis (with Kevin P. Lane)

Commentary/interviews for major television and radio stations, newspapers, and magazines in the United States, East Asia and Europe

**FELLOWSHIPS AND AWARDS:**

University of Pennsylvania China Research and Engagement Fund Grant and Henry R. Luce Foundation Grant (project on the Future of United States-China Relations), 2020-22

Global Law Faculty, Peking University Law School, 2018-

Honorary Guest Professor, Renmin University Law School (Beijing), 2014-17

Taipei Economic and Cultural Office research grant, 2008 (for research in Taiwan on cross-Strait relations)

Salzburg Seminar: Faculty (China as a Superpower Session), 2012, Senior Fellow, (Asian Law Session), 2002, Fellow, (Freeman Foundation Symposia "East Asia-United States: A

[14]

Search for Common Values"), 1998, 1999, 2000, Fellow (U.S. Foreign Policy toward Asia) 1995

University of Pennsylvania China Research and Engagement Fund Grant (project on the United States, China and International Law), 2016

University of Pennsylvania Center for East Asian Studies, U.S. Department of Education National Resource Center Course Development Grant (for two linked courses: Public International Law, and China and International Law), 1999

University of Pennsylvania Center for East Asian Studies, U.S. Department of Education National Resource Center Conference Grant, 1998, 2004

University of Pennsylvania Research Foundation, 1996-97

Dissertation Fellowship, Institute for the Study of World Politics, 1990-91

NCR Foundation Fellowship, Harvard University Council on East Asian Studies (for dissertation field research in China), 1990

Kukin Scholar, Harvard Academy for International and Area Studies, Harvard University (for research combining regional studies and a social science discipline), 1986-88

Sears Prize, Harvard Law School (awarded to the two students receiving the highest averages in work of the second year of law school), 1986

Graduate School of Arts and Sciences Fellow, Harvard University (awarded for academic merit to ten students, throughout the Graduate School of Arts and Sciences, who have completed departmental Ph.D. qualifying exams), 1986-87

Foreign Language and Area Studies Fellowship, Harvard University (for study at Harvard Law School), 1989-90; (for study at the Chinese Language School, Middlebury College), 1985

**OTHER EXPERIENCE / PROFESSIONAL ACTIVITIES / SERVICE:**

Consultant, expert witness on issues of Chinese law and government policies, in litigation in federal and state courts, arbitration proceedings, and proceedings before federal agencies, 1996-

Senior Fellow, Foreign Policy Research Institute, 1999-; Director of the Asia Program, 2002-

Member, National Committee on United States-China Relations, 2001-

[15]

American Society of Comparative Law, Board of Directors, 1996- , Executive Committee, 2020-

Associate Member, International Academy of Comparative Law, 2006-

Board of Directors, American Association for Chinese Studies, 2010-; Vice President 2022-2023

Board of Editors, ORBIS, 2004-

Editorial Advisory Board, JOURNAL OF CONTEMPORARY CHINA, 2007-

Editorial Board, FRONTIERS OF LAW IN CHINA, 2010-

Editorial Board, CHINA (TAIWAN) YEARBOOK OF INTERNATIONAL LAW, 2014-

Editorial Advisory Board, ASIAN JOURNAL OF COMPARATIVE LAW, 2016-

Co-editor, series on Chinese and Comparative Law, Brill / Nijhoff publishers, 2014-2019

Vice Chair, Pacific Rim Interest Group, American Society of International Law, 2003-05, 2012-13

Member, U.S. Delegation, U.S.-China Rule of Law Experts Dialogue (track 1.5), 2013, 2015

Consultant, Asia Foundation Rule of Law in China Project on Administrative Law, 2000

Tsinghua University / Temple University Law School Program Conferences on Law Reform, 2002-2004

Member, Advisory Council, International Council on Intellectual Property Rights (China), American International Education Foundation, 2004-2006

Fellow, Institute for Corean-American Studies, 1999-

Board of Advisors and consultant, Russian American Institute for Law and Economics, 2000-2004

Council for International Educational Exchange, Fulbright Senior Scholars Awards, peer review awards panel (China, Taiwan, Hong Kong), 2000-2002; distinguished chair awards panel (law), 2003-2005

University Grants Committee (Hong Kong), Research Grants Council, peer reviewer, 1998-; Member, Humanities and Social Sciences Panel, 2007-2013; Member, Joint Research Schemes Panel, 2021-2023

External Review Panel, University of Hong Kong Law Faculty, 2015, 2021 (chair)
    Informal intra-faculty reviews, 2017, 2018

Research Assessment Exercise Panel Member, all law faculties in Hong Kong, 2014

External Examiner, Administrative and Constitutional Law, City University of Hong Kong,
    2005-2015

Academic Advisory Board, Tsinghua University / Temple University School of Law
    Masters of Law Program in Beijing, 1997-

Ad Hoc Study Group on Human Rights in China (report and brief on Tiananmen Incident of
    June, 1989, and its aftermath, presented jointly with the International League for Human
    Rights to the principal human rights subcommission of the United Nations), 1989

Harvard International Law Journal, Articles Editor (including special issue on legal reforms in
    China) 1987

Harvard University, Teaching Fellow, 1985-1992
    Courses: The Chinese Cultural Revolution; Government and Politics of China;
    China After Mao: A New Revolution? (Institute of Politics seminar, Kennedy School of
    Government); International Organizations; Modern Political Ideologies

Peking University, Department of International Politics, Visiting Researcher, 1990, 1991

Chinese University of Hong Kong, Universities Service Centre, Research Affiliate, 1989, 1991

Summer Associate, Paul, Weiss, Rifkind, Wharton & Garrison (New York, 1986),
    Baker & McKenzie (New York, 1984), Townley & Updike (New York, 1983)

Research Assistant, Program in New Jersey Affairs, Woodrow Wilson School, Princeton
    University, summer 1982

Matsushita Electric Industrial Corporation, Osaka, Japan (program for foreign students of
    business and economics), summer 1981

**LANGUAGES:** Chinese (Mandarin), French