UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

**NOTICE OF THE TPP TRIAL DEFENDANTS'
JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
DATA RELEVANT TO PLAINTIFF'S ALLEGED DAMAGES
AND TO SET DEADLINES FOR DAMAGES EXPERTS**

**PLEASE TAKE NOTICE** that on November 21, 2022, or as soon as counsel may be heard, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC, Solco Healthcare US, LLC, Teva Pharmaceuticals USA, Inc., Actavis Pharma, Inc., Actavis, LLC, and Torrent Pharma Inc. (collectively, the "TPP Defendants") shall move for entry of an Order compelling the production of documents and data relevant to Plaintiff's alleged damages, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for an Order to set deadlines for damages experts.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the TPP Defendants shall rely upon the Memorandum of Law in Support submitted

herewith, the Certification of Gregory E. Ostfeld, Esq., together with the attached

exhibits, and any submissions made hereafter in further support of their motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted

herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: October 20, 2022

By: */s/ Gregory E. Ostfeld*

GREENBERG TRAURIG, LLP
Lori G. Cohen, Esq.
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864

2

Fax: (214) 689-4419
rubensteinb@gtlaw.com
*Attorneys for Teva Pharmaceuticals
USA, Inc., Teva Pharmaceutical
Industries Ltd., Actavis LLC, and Actavis
Pharma, Inc.*

Jessica Davidson Miller
Nina R. Rose
Skadden, Arps, Slate, Meagher & Flom
LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-0525
jessica.miller@skadden.com
nina.rose@skadden.com
*Attorneys for Zhejiang Huahai
Pharmaceutical Co., Ltd., Huahai U.S.,
Inc., Prinston Pharmaceutical Inc., and
Solco Healthcare U.S., LLC*

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com
alexia.brancato@kirkland.com
*Attorneys for Torrent Pharmaceuticals
Ltd.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Gregory E. Ostfeld
Gregory E. Ostfeld