# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 2173]

On October 13, 2022, Plaintiffs submitted a jury verdict form from a class action trial as supposed supplemental authority in support of their pending motion for class certification. *See* ECF. No. 2173-1. As set forth below, the jury verdict form in *Siqueiros v. General Motors LLC*, No. 3:16-cv-07244 (N.D. Cal.) only serves to highlight why class certification is inappropriate in this litigation.

Notably, the *Siqueiros* court *denied* certification of the vast majority of the plaintiffs' claims in that case.[1] The court substantially narrowed the remaining

---

[1] Moreover, for many claims, including all claims for unjust enrichment, the *Siqueiros* Court never reached the issue of class certification because these claims were dismissed at the summary judgment stage. *See Sloan v. Gen. Motors LLC*, No. 16-CV-07244-EMC, 2020 WL 1955643, at \*27 (N.D. Cal. Apr. 23, 2020); *Siqueiros v. Gen. Motors LLC*, No. 16-CV-07244-EMC, 2021 WL 2115400, at \*20 (N.D. Cal. May 25, 2021), *on reconsideration in part*, No. 16-CV-07244-EMC, 2021 WL 3291837 (N.D. Cal. Aug. 2, 2021).

proposed classes and certified only three claims under three states' laws, all arising out of the same alleged engine defect in the at-issue vehicles: two for breach of implied warranty under the laws of California and North Carolina, and one for violation of the Idaho Consumer Protection Act. Plaintiffs assert that this four-page verdict form "is but the latest example of the manageability of a multi-state class trial." *See* ECF No. 2173 (the "Notice"). But to the extent *Siqueiros* has any relevance to this matter, it only serves to highlight why Plaintiffs' claims here are not manageable.

*First*, although *Siqueiros* was described as a "multi-state class trial," it involved only one claim from each of just three states. That stands in stark contrast to Plaintiffs' request in this case to certify ***93 overlapping subclasses*** of economic loss consumers advancing ***five different claims per state*** under the laws of ***52 jurisdictions*** against ***30 defendants***, with individual subclasses encompassing claims from at least ***three dozen states***. Plaintiffs gloss over the stark differences in scope and complexity between that case and this litigation.

*Second*, the jury instructions used in *Siqueiros* (attached hereto as **Exhibit A**) underscore the manageability problems that plague Plaintiffs' class proposal here, which is presumably why Plaintiffs neglected to attach them to Plaintiffs' Notice. After all, the jury instructions for just three claims from three states spanned 34 pages, with nine discrete jury instructions directed to the three-state-specific claims,

including state-specific jury instructions on the substantive elements of each claim, affirmative defenses like statute of limitations, and tolling instructions for fraudulent concealment and the discovery rule. The jury instructions here would be exponentially more complex and unmanageable, with a jury having to resolve 5 claims per state, across 52 separate jurisdictions, incorporating 30 defendants' defenses. No jury, no matter how diligent, could keep track of and faithfully apply such long and disparate instructions.

*Third*, the *Siqueiros* court has not entered judgment on the jury's verdict, which is subject to post-trial motions practice and appeal. *See Siqueiros v. General Motors LLC*, No. 3:16-cv-07244 (N.D. Cal.), Docket Report.

For these reasons, the *Siqueiros* verdict form only demonstrates the unmanageability of Plaintiffs' trial proposal, further undermining their motion for class certification.

Dated: October 20, 2022                By: */s/ Gregory E. Ostfeld*

GREENBERG TRAURIG, LLP
Lori G. Cohen, Esq.
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com

3

harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
rubensteinb@gtlaw.com
*Attorneys for Teva Pharmaceuticals
USA, Inc., Teva Pharmaceutical
Industries Ltd., Actavis LLC, and Actavis
Pharma, Inc.*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Jessica Davidson Miller
Nina R. Rose
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-0525
jessica.miller@skadden.com
nina.rose@skadden.com
*Attorneys for Zhejiang Huahai
Pharmaceutical Co., Ltd., Huahai U.S.,
Inc., Prinston Pharmaceutical Inc., and
Solco Healthcare U.S., LLC*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
Frank H. Stoy

4

38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel.: (412) 263-2000
Fax: (412) 263-2001
cct@pietragallo.com
jmr@pietragallo.com
fhs@pietragallo.com
*Counsel for Mylan Laboratories, Ltd.*
*and Mylan Pharmaceuticals, Inc.*

MORGAN, LEWIS & BOCKIUS LLP
John P. Lavelle, Jr.
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-5000
Fax: (215) 963-5001
john.lavelle@morganlewis.com

John K. Gisleson
One Oxford Centre, Thirty-Second Floor
Pittsburgh, Pennsylvania 15219
Tel.: (412) 560-3300
Fax: (412) 560-7001
john.gisleson@morganlewis.com
*Attorneys for Aurobindo Pharma Ltd.,*
*Aurobindo Pharma USA, Inc., and*
*Aurolife Pharma LLC*

HILL WALLACK LLP
Eric I. Abraham
William P. Murtha
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Tel.: (609) 734-6358
Fax: (609) 452-1888
eabraham@hillwallack.com
wmurtha@hillwallack.com
*Attorneys for Hetero Drugs, Ltd. and*
*Hetero Labs Ltd.*

5

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Devora.allon@kirkland.com
Alexia.brancato@kirkland.com
*Attorneys for Torrent Pharmaceuticals*
*Ltd. and Torrent Pharma Inc.*

HARDIN KUNDLA MCKEON &
POLETTO
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
673 Morris Ave.
Springfield, New Jersey 07081
Tel.: (973) 912-5222
Fax: (973) 912-9212
jpoletto@hkmpp.com
rblanton@hkmpp.com
*Attorneys for Hetero USA Inc.*

CROWELL & MORING
Andrew D. Kaplan
Daniel T. Campbell
Marie S. Dennis
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel.: (202) 624-1000
Fax: (202) 628-5116
akaplan@crowell.com
dcampbell@crowell.com
mdennis@crowell.com
*Attorneys for Cardinal Health, Inc.*

ULMER & BERNE LLP
Jeffrey D. Geoppinger
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
jgeoppinger@ulmer.com
*Attorneys for AmerisourceBergen*
*Corporation*

NORTON ROSE FULBRIGHT US LLP
D'Lesli M. Davis
Ellie K. Norris
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel.: (214) 855-8221
Fax: (214) 855-8200
Dlesli.davis@nortonrosefulbright.com
Ellie.norris@nortonrosefulbright.com
*Attorneys for McKesson Corporation*

BARNES & THORNBURG LLP
Sarah E. Johnston *Liaison Counsel for*
*the Retail Pharmacy Defendants*
Kristen L. Richer
2029 Century Park East
Suite 300
Los Angeles, California 90067
Tel.: (310) 284-3880
Fax: (310) 284-3894
sarah.johnston@btlaw.com
kristen.richer@btlaw.com

Kara Kapke
11 S Meridian St.
Indianapolis, Indiana 46204
Tel. (317) 236-1313
Fax (317) 231-7433
kara.kapke@btlaw.com
*Attorneys for CVS Pharmacy, Inc.,*

*(incorrectly named as CVS Health Corporation), Rite Aid Corporation, Walgreen Co. (incorrectly named as Walgreens Co.), and Walmart Inc. (incorrectly named as Walmart Stores, Inc.)*

BUCHANAN INGERSOLL & ROONEY PC
Jonathan D. Janow
Jason R. Parish
1700 K Street NW
Suite 300
Washington, DC 20006
Tel.: (202) 452-7940
Fax: (202) 452-7989
Jonathan.Janow@bipc.com
Jason.Parish@bipc.com
*Attorneys for Albertson's LLC*

HUSCH BLACKWELL LLP
Matt Knepper
James Spung
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105
Tel.: (314) 480-1500
Fax: (314) 480-1505
Matt.knepper@huschblackwell.com
James.spung@huschblackwell.com
*Attorneys for Express Scripts, Inc.*

LEWIS   BRISBOIS   BISGAARD   & SMITH LLP
Andrew F. Albero
Walter H. Swayze III
550 E. Swedesford Rd., Suite 270
Wayne, PA 19087
Tel.: (215) 977-4058
Fax: (215) 977-4101

8

Andrew.albero@lewisbrisbois.com
Pete.swayze@lewisbrisbois.com
*Attorneys for Camber Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
