# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Hon. Robert. B. Kugler<br><br>Civ. No. 19-2875 (RBK/JS)<br><br>**CERTIFICATION OF SCHNEUR Z. KASS** |

SCHNEUR Z. KASS, being of full age, certifies as follows:

1. I am a partner with the law firm of Rivero Mestre, LLP and serve as counsel for MSPRC. I make this certification based on personal knowledge and in support of MSPRC's Brief on Discovery Issues as Ordered by the Court on October 6, 2022.

2. Attached as Exhibit A is a true and accurate copy of the declaration of Brandon Riff.

3. Attached as Exhibit B is a true and accurate copy of the declaration of Tiffanie Mrakovich.

4. Attached as Exhibit C is a true and accurate copy of the 2018 bid data dictionary, obtained from the Centers for Medicare and Medicaid Service's website at: https://www.cms.gov/files/zip/bpt2018-data.zip.

Dated: October 20, 2022

By: /s/ *Schneur Z. Kass*
Schneur Z. Kass

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd.,
Suite 1000
Miami, FL 33134
Phone (305) 445-2500
zkass@riveromestre.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2022, a true and correct copy of the foregoing was filed and served on all counsel of record by the Court's CM/ECF system.

*/s/ Jorge A. Mestre*
Jorge A. Mestre