# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| *In re Valsartan Products Liability Litigation* | MDL No. 2875 |
| This document relates to: | Case No.: 1:20-cv-20602-RBK-SAK |
| Richard Allen Williams and Genita E. Johnson v. Zhejiang Huahai Pharmaceutical, Ltd et al. | Hon. Robert B. Kugler, United States District Judge |
| | Hon. Sharon A. King Magistrate Judge |

## RESPONSE TO OSC/REQUEST FOR 30-DAY CONTINUANCE OF OSC OR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

Plaintiff Richard Allen Williams, requests this Court continue the OSC scheduled for October 6, 2022, for 30 (thirty) days while Plaintiff determines whether to voluntarily dismiss this action against Defendants. Currently, Plaintiff who is a doctor, with assistance of counsel Alvin L. Pittman, is now, and has been for the past few weeks, in the process of reviewing the opinions of Plaintiffs' expert witnesses disclosed in the In re Valsartan Products Liability case, pursuant to Rule 26 of the Federal Rules of Civil Procedure. (See Declaration of Alvin L. Pittman). Plaintiff is also reviewing the studies cited in the medical expert opinions. Based on

this review, Plaintiff will make the decision whether to continue prosecuting his claims, file his Plaintiff's Fact Sheet or will voluntarily dismiss his action.

WHEREFORE, Plaintiff hereby respectfully requests that this Court grant the following relief:

1) Order that the OSC currently set for October 6, be continued for approximately 30 days to a subsequent CMC date to allow Plaintiff to complete his review of the applicable expert opinions and studies AND/OR

2) Extension of time to file Plaintiff's Fact Sheet.

DATED: October 4, 2022      LAW OFFICES OF ALVIN L. PITTMAN

By: /s/ Alvin L. Pittman
Alvin L. Pittman (SB #127009)
Email: office@apittman-law.com
Attorneys for Plaintiffs
Richard Allen Williams
LAW OFFICES OF ALVIN L. PITTMAN
5777 W. Century Boulevard, Suite 1685
Los Angeles, CA 90045
Tele. (310) 337-3077
Fax.: (310) 337-3080

2
Request for 30-day Continuance of OSC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| *In re Valsartan Products Liability Litigation* | MDL No. 2875 |
| This document relates to: | Case No.: 1:20-cv-20602-RBK-SAK |
| Richard Allen Williams and Genita E. Johnson v. Zhejiang Huahai Pharmaceutical, Ltd et al. | Hon. Robert B. Kugler, United States District Judge |
| | Hon. Sharon A. King Magistrate Judge |

## CERTIFICATE OF SERVICE

I certify that on October 4, 2022, in addition to defendants served on October 4, 2022, via the CM/ECF system, I served the Response to OSC/Request for Extension of Time to Respond to OSC Or for Extension of Time to File Plaintiff's Fact Sheet on Defendants, Aurobindo Pharma. Ltd., Aurolife Pharma LLC.; Aurobindo Pharma USA, Inc., through their counsel of record as follows, and other counsel for defendants, via email which was successfully transmitted:

Elizabeth.hood@morganlewis.com; Caitlin.mckenna@morganlewis.com; lockardv@gtlaw.com; Jessica.miller@skadden.com; john.lavell@morganlewis.com; john.gisleson@morganlewis.com; Clem C. Trischler at cct@pietragallo.com; William Kuzma at William.kuzma@morganlewis.com

DATED: October 4, 2022

/s/ Alvin L. Pittman
Alvin L. Pittman
Law Offices of Alvin L. Pittman
5777 W. Century Blvd., Ste 1685
Los Angeles, CA 90045
Tel. (310) 337-3077
Fax. (310) 337=3080
Email: Office@apittman-law.com
Attorneys for Plaintiffs Richard Allen Williams and Genita E. Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| *In re Valsartan Products Liability Litigation* | MDL No. 2875 |
| This document relates to: | Case No.: 1:20-cv-20602-RBK-SAK |
| Richard Allen Williams and Genita E. Johnson v. Zhejiang Huahai Pharmaceutical, Ltd et al. | Hon. Robert B. Kugler, United States District Judge |
| | Hon. Sharon A. King Magistrate Judge |

## DECLARATION OF ALVIN L. PITTMAN

I, Alvin L. Pittman, declare as follows:

1. I represent Plaintiff Richard Allen Williams ("Plaintiff") in the current action. I have personal knowledge of the facts set out in this statement, and if called to testify could and would testify truthfully as to the matters stated below. I make this declaration in support of Plaintiff's Response to OSC/Request for 30-day Continuance of OSC or Extension of Time to File Plaintiffs' Fact Statement.

2. I have downloaded copies of all the expert opinions disclosed by Plaintiffs in the In re Valsartan Products Liability Litigation cases in the MDL. My client, who is a doctor, has been and still is reviewing the expert opinions and some of the

1

Declaration of Alvin Pittman in Support of Request for 30-day Continuance of OSC

studies cited by those experts to determine where his case fits, or doesn't, in the action.

3.  Plaintiff requests just a brief extension of time to complete his review of the opinions and studies and make a determination of whether to continue as part of the MDL, file his Plaintiff's Fact Sheet, or voluntarily dismiss his case. This review would have occurred earlier but for my second bout with COVID-19 which took me out of the office for approximately 6 weeks this summer, causing serious exacerbation of my chronic lung condition.

4.  I anticipate, based on the progress of reviewing these expert opinions, that another 30 days will allow completion of the task of review, discussion and the above-described decision-making process.

**I declare under penalty of perjury that the foregoing is true and correct, pursuant to the laws of the State of California and United States.**

**Executed this 4th day of October 2022, in Los Angeles, California.**

      /s/ Alvin L. Pittman
      ALVIN L. PITTMAN, DECLARANT

2

Declaration of Alvin Pittman in Support of Request for 30-day Continuance of OSC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

*In re Valsartan Products Liability Litigation*

MDL No. 2875

This document relates to:

Richard Allen Williams and Genita E. Johnson v. Zhejiang Huahai Pharmaceutical, Ltd et al.

Case No.: 1:20-cv-20602-RBK-SAK

Hon. Robert B. Kugler, United States District Judge

Hon. Sharon A. King
Magistrate Judge

## [PROPOSED] ORDER

The Court having reviewed the Plaintiff Richard Allen Williams' Request for Continuance of OSC or Extension of Time to File Plaintiff's Fact Sheet and, for good cause shown,

IT IS on this _____ day of _____ 2022, hereby

ORDERED that Plaintiff's Request for 30 day Continuance of OSC or Extension of Time to File Plaintiff's Fact Sheet is GRANTED. Plaintiff shall have until _____ to file his Plaintiff's Fact Sheet. The OSC is continued until _____, 2022.

1
[PROPOSED] ORDER

DATED: October ____, 2022

_____
U.S. DISTRICT COURT JUDGE