# EXHIBIT 2

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____ :
Richard Williams,                                      :
                    Plaintiff,         :       Civil No. 20-20602 (RBK-SAK)
                                      :
      v.                                             :       **CONTINUATION OF**
                                      :       **ORDER TO SHOW CAUSE**
                                        :
Zhejiang Huahai Pharmaceuticals, Ltd., *et al.*, :
                    Defendants.   :
_____ :

**KUGLER**, United States District Judge:

      **THIS MATTER HAVING COME BEFORE** the Court during the Case Management Conference ["CMC"] in this Multi-District Litigation ["MDL 2875"] on Thursday 06 October 2022 [" September CMC"];

      **THE COURT HAVING ORDERED** previously that plaintiff show cause before this Court why plaintiff's complaint and all claims against defendants should not be dismissed for failure to file a compliant Plaintiff Fact Sheet ["PFS"] in accordance with Case Management Order No. 16 (MDL 2875, Doc. 249);

      **AT THE SEPTEMBER CMC, DEFENDANTS GRANTING** plaintiff a one month continuation in which to Show Cause,

      **IT IS HEREBY ORDERED:**

      Plaintiff's SHOW CAUSE ORDER (Doc. No. 24) is continued to the October 2022 CMC, **currently scheduled for Thursday 27 October 2022 at 10:00 am via teleconference**

Dated:  11 October 2022                              s/ Robert B. Kugler
                                                                         The Honorable Robert B. Kugler
                                                                          United States District Judge