# EXHIBIT 3

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____ :
Richard Williams, :
                                          Plaintiff, :        Civil No. 20-20602 (RBK-SAK)
:
            v. :        **ORDER TO SHOW CAUSE**
:
:
Zhejiang Huahai Pharmaceutical Co., Ltd., *et al.*, :
                                Defendants. :
_____ :

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court during the Case Management Conference ["CMC"] in this Multi-District Litigation ["MDL 2875"] on Wednesday 24 August 2022 ["the August CMC"];

      **IT APPEARING TO THE COURT** that a compliant Plaintiff Fact Sheet ["PFS"] in this matter had not been filed or completed and was reported as such for at least the second time at the August CMC;

      **IT IS HEREBY ORDERED THAT:**

plaintiff **SHOW CAUSE** before this Court at the September CMC to be held **Wednesday 28 September 2022 at 10:00 a.m.**, **in person,** why plaintiff's complaint and all counts against defendants should not be dismissed for plaintiff's failure to file a compliant PFS in accordance with Case Management Order No. 16 (in MDL 2875, Doc. No. 249); **AND,**

failure to respond to this Order to Show Cause shall result in dismissal with prejudice of plaintiff's complaint and counts.

Dated:  25 August 2022                                           s/ Robert B. Kugler
                                                                              The Honorable Robert B. Kugler
                                                                              United States District Judge