# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## CASE MANAGEMENT ORDER NO. [ __ ]

The parties having met and conferred pursuant to the Court's instructions with respect to establishing deadlines relating to damages experts for the upcoming third-party payor ("TPP") plaintiff trial, and the Court having reviewed the joint proposed schedule, **IT IS HEREBY ORDERED** this ___ day of November, 2022, that deadlines relating to damages experts for the upcoming TPP trial shall be as follows:

- **January 20, 2023** – Plaintiff MSPRC to serve damages expert report(s).

- **March 10, 2023** – TPP Trial Defendants to serve damages expert report(s).

- **April 10, 2023** – Deadline to complete damages expert depositions.

- **April 17, 2023** – Deadline for Rule 702/*Daubert* motions on damages experts.

- **May 8, 2023** – Deadline for responsive briefs on Rule 702/*Daubert* motions on damages experts.

- **May 22, 2023** – Deadline for reply briefs on Rule 702/*Daubert* motions on damages experts.

ORDERED this ___ day of November, 2022.

_____
The Honorable Robert B. Kugler
United States District Judge