UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re*: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>*This Document Relates to All Actions* | MDL No. 2875 (RBK-SAK) |

**Kugler, District Court Judge:**

## CASE MANAGEMENT ORDER NO. 30

**The Parties Having Met and Conferred,** as instructed by the Court, to set deadlines relating to expert reports and depositions concerning damages for the upcoming third- party payor ("TPP") plaintiff trial, and

**The Court Having Reviewed** the parties' jointly proposed schedule,

**IT IS ORDERED:** the deadlines for experts' reports and depositions concerning damages for the upcoming TPP trial are:

- **January 20, 202** – Plaintiff MSPRC to serve expert report(s) concerning damages;

- **March 10, 2023** – TPP Trial Defendants to serve expert report(s) concerning damages;

- **April 10, 2023** – Deadline to complete experts' depositions concerning damages;

- **April 17, 2023** – Deadline for Rule 702/*Daubert* motions on experts' reports concerning damages;

- **May 8, 2023** – Deadline for responsive briefs to Rule 702/*Daubert* motions on experts' reports concerning damages;

- **May 22, 2023** – Deadline for reply briefs to Rule 702/*Daubert* motions on experts' reports concerning damages.

Date:  16 November 2022                    s/ Robert B. Kugler
                                           The Honorable Robert B. Kugler
                                           United States District Judge