# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*  
Adam M. Slater*°  
Eric D. Katz*°  
David M. Freeman  
Beth G. Baldinger  
Matthew R. Mendelsohn*°  
David M. Estes  
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°  
Cory J. Rothbort*°  
Michael R. Griffith°  
Christopher J. Geddis  
Samuel G. Wildman  
Julia S. Slater°  
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

November 28, 2022

*VIA ECF*

Honorable Robert Kugler, U.S.D.J.  
U.S. District Court - District of New Jersey  
Mitchell S. Cohen Building & US Courthouse  
1 John F. Gerry Plaza, Courtroom 4D  
4th and Cooper Streets  
Camden, New Jersey 08101

Honorable Thomas I. Vanaskie (Ret.)  
Special Master  
Stevens & Lee  
1500 Market St., East Tower, Suite 1800  
Philadelphia, Pennsylvania 19103-7360

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation***,
   **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Kugler and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs in advance of the November 30, 2022 case management conference.

1. **MSP's Motion to Seal Certain Portions of the Class Certification Briefing**

MSP's briefing in support of its confidentiality designations to the exhibits to the class certification briefing is currently due on December 2, 2022. Counsel for MSP has been working with counsel for Defendants to narrow down the disputed issues; however, counsel for Defendants that was taking lead on the confidentiality designations has been out of the office due to the flu. For that reason, MSP requests additional time to meet and confer with Defense counsel to try and

Honorable Robert Kugler, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
November 28, 2022
Page 2

narrow the issues before the Court. MSP asks that the Court grant it until December 16, 2022, to file its initial brief, with Defendants' opposing brief due on January 6, 2023. Counsel for Defendants agree with the requested relief.

**2. PFS Deficiencies and Orders to Show Cause**

Plaintiffs will be prepared to address this issue during the case management conference.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)