UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

**NOTICE OF THE TEVA DEFENDANTS' MOTION TO SEAL EXHIBITS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF CONSUMER ECONOMIC LOSS CLAIMS (Dkt. 1748) PURSUANT TO LOCAL CIVIL RULE 5.3(c)**

**PLEASE TAKE NOTICE** that on January 3, 2023, or as soon as counsel may be heard, counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis, LLC, and Actavis Pharma, Inc., (collectively, the "Teva Defendants" or "Teva") shall move for entry of an Order sealing Exhibits 16, 66, 67, 72, 88, 90, and 97 to Plaintiffs' Motion for Class Certification of Consumer Economic Loss Claims (Dkt. 1748), pursuant to Local Civil Rule 5.3(c) and the Amended Confidentiality and Protective Order (Dkt. 1661) entered in this case.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the Teva Defendants shall rely upon the accompanying Declaration of Brian H. Rubenstein, dated December 2, 2022; the Declaration of Anthony R. Binsol, dated November 29, 2022, attached as **Exhibit A** thereto; an Index identifying the

documents the Teva Defendants seek to seal, attached as **Exhibit B** thereto; and any submissions made hereafter in further support of their motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith, including Proposed Findings of Fact and Conclusions of Law pursuant to Local Civil Rule 5.3(c)(6); and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: December 2, 2022 By: */s/ Brian H. Rubenstein*

GREENBERG TRAURIG, LLP
Lori G. Cohen, Esq.
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania

Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com
*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Gerond J. Lawrence*
Gerond J. Lawrence
Greenberg Traurig, LLP