UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants submit this Notice of Supplemental Authority concerning Plaintiffs' Motion for Class Certification (ECF No. 1747), and Defendants' opposition to the same (ECF No. 2008).

The United States Court of Appeals for the Fifth Circuit recently issued a decision in *Earl v. Boeing*, No. 21-40720, 2022 WL 17088680 (5th Cir. Nov. 21, 2022), decertifying a class of consumers and holding that the case must be dismissed for lack of Article III standing, which the court recognized as "an inherent prerequisite to the class certification inquiry." *Id.* at *2 (internal quotations omitted). *Earl* is instructive because the theory of economic injury at issue was strikingly similar to the one advanced by Plaintiffs here.

The plaintiffs in *Earl* alleged the defendants fraudulently concealed defects in the Boeing 737 MAX 8 aircraft, thereby placing passengers at risk of serious injury or death. *Id.* at *3. The FAA issued an emergency order grounding the MAX 8 after

two fatal crashes, but not before thousands of consumers purchased tickets and completed trips on the aircraft. *Id.* at *2. The plaintiffs in *Earl*—none of whom were involved in a crash or otherwise suffered physical injuries—alleged they endured economic harm "because the ticket prices they paid 'were significantly higher than the value of those tickets, which for many, if not most, passengers was zero.'" *Id.* at *3. The plaintiffs in *Earl* maintained they would have never flown on a MAX 8 aircraft had they been aware of the concealed defects and, therefore, the tickets they had purchased before FAA grounded the MAX 8 fleet were economically worthless.

The Fifth Circuit, relying on recent Supreme Court decisions in *TransUnion LLC v. Ramirez*, ⎯⎯ U.S. ⎯⎯, 141 S. Ct. 2190 (2021) and *Spokeo, Inc. v. Robins*, 578 U.S. 330 (2016), rejected plaintiffs' theory of standing and economic harm. The court found that the plaintiffs failed to "plausibly allege[] that they're any worse off financially" as a result of defendants' alleged conduct. Rather, the court determined plaintiffs likely **benefited** from the availability of the MAX 8 because, had the MAX 8 fleet been grounded sooner, plaintiffs "would have had to take different, more expensive (or otherwise less desirable) flights instead." *Id.* at *4.

Here, Plaintiffs have advanced the exact same "zero value" theory of economic injury to support class certification that was rejected by the Fifth Circuit in *Earl*. Plaintiffs seek to recover the purchase price of their valsartan-containing drugs ("VCDs") because of the potential presence of nitrosamine impurities, which

purportedly rendered the medication "illegal" to sell and therefore "worthless." Like the passengers in *Earl* who arrived safely at their destinations despite the defects in the MAX 8 that prompted FAA to ground the entire fleet, Plaintiffs here have admitted the VCDs they purchased were efficacious in controlling their hypertension without causing any untoward side effects. Moreover, just as the plaintiffs in *Earl* benefited from the availability of the MAX 8 aircraft to drive down ticket prices, Plaintiffs reaped the reward of competition among manufacturers of generic VCDs and, in any event, would have still been required to purchase medication to control their hypertension even if Defendants' VCDs were no longer on the market. These facts, which require an individualized inquiry with respect to each putative class member, demonstrate that Plaintiffs' proffered theory of economic injury is fundamentally flawed and should be rejected.

Dated: December 5, 2022

By: */s/ Clem C. Trischler*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
Frank H. Stoy
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel.: (412) 263-2000
Fax: (412) 263-2001
cct@pietragallo.com
jmr@pietragallo.com
fhs@pietragallo.com
*Attorneys for Mylan Laboratories Ltd.*

*and Mylan Pharmaceuticals Inc.*

GREENBERG TRAURIG, LLP
Lori G. Cohen, Esq.
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
rubensteinb@gtlaw.com
*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Jessica Davidson Miller

4

Nina R. Rose
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-0525
jessica.miller@skadden.com
nina.rose@skadden.com
*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

MORGAN, LEWIS & BOCKIUS LLP
John P. Lavelle, Jr.
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 963-5000
Fax: (215) 963-5001
john.lavelle@morganlewis.com

John K. Gisleson
One Oxford Centre, Thirty-Second Floor
Pittsburgh, Pennsylvania 15219
Tel.: (412) 560-3300
Fax: (412) 560-7001
john.gisleson@morganlewis.com
*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

HILL WALLACK LLP
Eric I. Abraham
William P. Murtha
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Tel.: (609) 734-6358
Fax: (609) 452-1888
eabraham@hillwallack.com
wmurtha@hillwallack.com

*Attorneys for Hetero Drugs, Ltd. and Hetero Labs Ltd.*

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Devora.allon@kirkland.com
Alexia.brancato@kirkland.com
*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

HARDIN KUNDLA MCKEON & POLETTO
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
673 Morris Ave.
Springfield, New Jersey 07081
Tel.: (973) 912-5222
Fax: (973) 912-9212
jpoletto@hkmpp.com
rblanton@hkmpp.com
*Attorneys for Hetero USA Inc.*

CROWELL & MORING
Andrew D. Kaplan
Daniel T. Campbell
Marie S. Dennis
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel.: (202) 624-1000
Fax: (202) 628-5116
akaplan@crowell.com
dcampbell@crowell.com
mdennis@crowell.com
*Attorneys for Cardinal Health, Inc.*

ULMER & BERNE LLP
Jeffrey D. Geoppinger
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
jgeoppinger@ulmer.com
*Attorneys for AmerisourceBergen Corporation*

NORTON ROSE FULBRIGHT US LLP
D'Lesli M. Davis
Ellie K. Norris
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel.: (214) 855-8221
Fax: (214) 855-8200
Dlesli.davis@nortonrosefulbright.com
Ellie.norris@nortonrosefulbright.com
*Attorneys for McKesson Corporation*

BARNES & THORNBURG LLP
Sarah E. Johnston *Liaison Counsel for Retailer Defendants*
Kristen L. Richer
2029 Century Park East
Suite 300
Los Angeles, California 90067
Tel.: (310) 284-3880
Fax: (310) 284-3894
sarah.johnston@btlaw.com
kristen.richer@btlaw.com

Kara Kapke
11 S Meridian St.
Indianapolis, Indiana 46204
Tel. (317) 236-1313
Fax (317) 231-7433
kara.kapke@btlaw.com
*Attorneys for CVS Pharmacy, Inc.,*

7

*(incorrectly named as CVS Health Corporation), Rite Aid Corporation, Walgreen Co. (incorrectly named as Walgreens Co.), and Walmart Inc. (incorrectly named as Walmart Stores, Inc.)*

HUSCH BLACKWELL LLP
Matt Knepper
James Spung
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105
Tel.: (314) 480-1500
Fax: (314) 480-1505
Matt.knepper@huschblackwell.com
James.spung@huschblackwell.com
*Attorneys for Express Scripts, Inc.*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Andrew F. Albero
Walter H. Swayze III
550 E. Swedesford Rd., Suite 270
Wayne, PA 19087
Tel.: (215) 977-4058
Fax: (215) 977-4101
Andrew.albero@lewisbrisbois.com
Pete.swayze@lewisbrisbois.com
*Attorneys for Camber Pharmaceuticals, Inc.*

8

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Clem C. Trischler*
Clem C. Trischler