# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHY LMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875<br><br>Honorable Robert B. Kugler |
| *This Document Relates to All Actions* | **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Beth Behrens of Barnes & Thornburg LLP on this Court's MDL master docket on behalf of Defendants Walgreen Co., Walmart Inc., CVS Pharmacy, Inc. (improperly named as CVS Health Co.), and Rite Aid Corporation (collectively, "Defendants"). Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendants preserve all defenses, including but not limited to service and personal jurisdiction, in any individual case in which Defendants are named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

Dated:  December 14, 2022                    Respectfully submitted,

*/s/ Beth Behrens*
Beth Behrens, Esq.
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel:     (317) 231-6495
Fax:    (317) 231-7433
Email:  Beth.Behrens@btlaw.com

*Counsel for Defendants Walgreen Co. Walmart Inc., CVS Pharmacy, Inc. (improperly named as CVS Health Co.), and Rite Aid Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2022, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ Beth Behrens
Beth Behrens, Esq.