UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>*MSP Recovery Claims, Series LLC v. Huahai US, Inc., et al.*,<br>Case No. 1:19-cv-06830 | |

## NOTICE OF FILING DEPOSITION TRANSCRIPT

Counsel for MSPRC and Defendants have met and conferred about the exhibits that the parties originally filed under seal as part of the class certification and *Daubert* briefing. In accordance with those discussions, MSPRC is filing as Exhibit A a partially redacted deposition transcript of Tiffanie Mrakovich, which MSPRC originally filed under seal at docket entry 2088-2.

Dated: December 16, 2022

                                            Respectfully submitted,

                                            /s/ *Jorge A. Mestre*
                                            JORGE A. MESTRE
                                            Florida Bar No. 088145
                                            **RIVERO MESTRE LLP**
                                            2525 Ponce de León Blvd., Suite 1000
                                            Miami, Florida 33134
                                            Telephone: (305) 445-2500
                                            Facsimile: (305) 445-2505
                                            jmestre@riveromestre.com

**CERTIFICATE OF SERVICE**

      I certify that on December 16, 2022 I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECF.

      /s/ Jorge A. Mestre
      JORGE A. MESTRE