# Exhibit A

HIGHLY CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT.
                 DISTRICT OF NEW JERSEY

2

    IN RE:  VALSARTAN, LOSARTAN,
3   AND IRBESARTAN PRODUCTS
    LIABILITY LITIGATION          MDL NO. 2875
4                                 HON. ROBERT B. KUGLER
    THIS DOCUMENT RELATES TO:
5   In Re: Valsartan, Losartan and
    Irbesartan Products Liability
6   Litigation,
    Case No. 1:19-md-2875-RBK
7   --------------------------------x
8
9
10    *HIGHLY CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION*
11              OF TIFFANIE MRAKOVICH
12             THURSDAY, JULY 22, 2021
13                  9:08 a.m.
14
                 Witness' Location:
15             1200 East Market Street
                    Akron, Ohio
16
17        TRANSCRIPT of the stenographic notes of the
18   proceedings in the above-entitled matter as taken by
19   and before DAVID LEVY, a Certified Court Reporter and
20   Notary Public of the State of New Jersey, held
21   remotely over the Internet, on Thursday, July 22,
22   2021, commencing approximately 9:08 in the forenoon,
23   pursuant to Notice.
24
25

HIGHLY CONFIDENTIAL

Page 2

```
 1   A P P E A R A N C E S:
 2     (All appearances are remote via Zoom conference.)
 3   ON BEHALF OF THE PLAINTIFFS:
       AIDA LANDA, ESQ.
 4     MSP RECOVERY LAW FIRM
             2701 South LeJeune Road
 5           Coral Gables, Florida 33134
             305-614-2222
 6
 7   ON BEHALF OF THE DEFENDANT CVS PHARMACY, INC., and
     RITE AID CORPORATION:
 8     KARA KAPKE, ESQ.
       BARNES & THORNBERG
 9           2029 Century Park East, Suite 300
             Los Angeles, California 90067-2904
10           310-284-3880
             kara.kapke@btlaw.cm
11
     ON BEHALF OF THE DEFENDANT TEVA
12   PHARMACEUTICALS USA,  INC.
       GREG OSTFELD, ESQ.
13     TIFFANY ANDRAS, ESQ.
       GREENBERG TRAURIG, LLP
14           77 West Wacker Drive, Suite 3100
             Chicago, Illinois 60601
15           312-456-8400
             ostfeldg@gtlaw.com
16           andrast@gtlaw.com
17
     ON BEHALF OF THE THE DEFENDANT CAMBER
18   PHARMACEUTICALS, INC.
       ASHER BLOCK, ESQ.
19     LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
             550 E. Swedesford Road, Suite 270
20           Wayne, Pennsylvania 19087
             215-977-4100
21           asher.block@lewisbrisbois.com
22
     ON BEHALF OF THE DEFENDANT AUROBINDO PHARMA LIMITED
23     ETHAN FELDMAN, ESQ.
       CIPRIANI & WERNER, P.C.
24           450 Sentry Parkway, Suite 200
             Blue Bell, Pennsylvania 10422
25           610-567-0700
             efeldman@c-wlaw.com
```

HIGHLY CONFIDENTIAL

```
 1    A P P E A R A N C E S (Cont'd.):
 2    ON BEHALF OF THE DEFENDANTS ZHEJIANG HUAHAI
      PHARMACEUTICAL CO., LTD., PRINSTON PHARMACEUTICAL
 3    INC., AND SOLCO HEALTHCARE US, LLC
        DREW T. DORNER, ESQ.
 4      DUANE MORRIS, LLP
              505 9th Street N.W., Suite 1000
 5            Washington, D.C. 20004-2166
              202-776-5253
 6            dtdorner@duanemorris.com
 7
      ON BEHALF OF THE DEFENDANT MYLAN N.V.
 8      MELISSA B. CATELLO, ESQ.
        PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP
 9            301 Grant Street, 38th Floor
              Pittsburgh, Pennsylvania 15219
10            412-263-4397
              mbcatello@pietragallo.com
11
12    ON BEHALF OF THE DEFENDANT ALBERTSON'S LLC
        CHRISTOPHER B. HENRY, ESQ.
13      BUCHANAN INGERSOLL ROONEY
              Carillon Tower
14            227 West Trade Street, Suite 600
              Charlotte, North Carolina 28202-3490
15            704-444-3475
              christopher.henry@bipc.com
16
17    FOR THE DEFENDANT SUMMA CORP.
      CHARLES WHORTON, ESQ.
18    DAVID DaPONTE, ESQ.
      RIVERO MESTRE
19            2525 Ponce de Leon Boulevard, Suite 1000
              Miami, Florida 33134
20            305-445-2500
              cwhorton@riveromestre.com
21            ddaponte@riveromestre.com
22
23    ALSO PRESENT:
        MICHAEL FRYE, ESQ.
24      VINCENT JONES, Intern, Summa Corp.
        NICHOLAS LAYMAN, Videographer
25
```

HIGHLY CONFIDENTIAL

Page 4

1    ------------------------INDEX---------------------

2      WITNESS                EXAMINATION              PAGE

3      TIFFANIE MRAKOVICH   MR. OSTFELD              7

4

5      MRAKOVICH EXHIBITS                      FOR IDENT.

6      Exhibit 1   Membership chart and backup,    21

7                  14 pages

8

9      Exhibit 2   E-Mail chain Bates numbered     50

10                 MSP-SUMMACARE-003553 through

11                 002556

12

13     Exhibit 3   Formulary excerpts, not         58

14                 consecutively Bates numbered

15

16     Exhibit 4   2015 formulary co-pay           86

17                 schedule effective 1/1/15,

18                 three pages

19

20     Exhibit 5   Updated formulary co-pay        92

21                 schedule, effective 8/1/15,

22                 three pages

23     Exhibit 6   Formulary changes Excel         96

24                 spreadsheet 2015-2016

25                 MSP-SUMMACARE-006239.XLSX

HIGHLY CONFIDENTIAL

Page 5

1       -----------------------INDEX---------------------

2       MRAKOVICH EXHIBITS (Cont'd.)            FOR IDENT.

3       Exhibit 7   Side-By-Side July October       105

4                   November 2018 formularies,

5                   three pages

6

7       Exhibit 8   PBM Agreement with MedImpact,    135

8                   225 pages, Bates numbered

9                   MSP-SUMMACARE-005978 through

10                  006202

11

12      Exhibit 9   E-Mail chain Bates numbered     153

13                  MSP-SUMMACARE-2670 through

14                  2672

15

16      Exhibit 10  MedImpact recall letter         156

17                  7/18/18, Bates numbered

18                  MSP-SUMMACARE-002358 and 2359

19

20      Exhibit 11  MedImpact member letter dated   163

21                  7/18/18, with cover e-mail,

22                  Bates numbered

23                  MSP-SUMMACARE-003035 through

24                  3041

25

HIGHLY CONFIDENTIAL

Page 6

1        -----------------------INDEX---------------------

2     MRAKOVICH EXHIBITS (Cont'd.)            FOR IDENT.

3     Exhibit 12  MedImpact Camber recall          168

4                 letter with cover e-mail

5                 chain, Bates numbered

6                 MSP-SUMMACARE-002836 through

7                 2839

8

9     Exhibit 13  MedImpact Torrent recall         171

10                letter with cover e-mail

11                chain, Bates numbered

12                MSP-SUMMACARE-2823 through

13                2826

14

15    Exhibit 15  E-Mail chain dated 7/23/28,      175

16                Bates numbered

17                MSP-SUMMACARE-3032 through

18                3034

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 7

1              VIDEOGRAPHER:  Good morning.  We're

2     going on the record at 9:08 a.m. on July 22nd, 2021.

3     This is media unit 1 of the video recorded deposition

4     of Tiffanie Mrackovich taken by counsel in the matter

5     of In re: Valsartan, Losartan et al. filed in the

6     United States District Court, District of New Jersey,

7     case MDL number 2875.  My name is Nicholas Layman

8     from the firm Veritext, and I'm the videographer.

9     The court reporter is David Levy from the firm

10    Veritext.

11              I'm not authorized to administer an

12    oath, I'm not related to any party in this action,

13    nor am I financially interested in the outcome.

14    Counsel will be noted on the stenographic record.

15              Will the court reporter please swear in

16    the witness and then we may proceed.

17    T I F F A N I E     M R A K O V I C H ,  having been

18         duly sworn by the Notary Public, was examined

19         and testified as follows:

20    EXAMINATION BY

21    MR. OSTFELD:

22         Q.    All right, good morning, Ms. Mrakovich.

23    Am I pronouncing your last name correctly?

24         A.    Yes.

25         Q.    I just introduced myself to you a moment

HIGHLY CONFIDENTIAL

Page 8

1   ago but, for the record, my name is Greg Ostfeld.

2   I'm one of the attorneys representing Teva

3   Pharmaceuticals USA, Inc., in this case.  Could you

4   please state and spell your name for the record?

5          A.     Sure.  Tiffanie Mrakovich,

6   T-i-f-f-a-n-i-e, M-r-a-k-o-vi-c-h.

7          Q.     Thank you.  And have you ever been known

8   by any other name?

9          A.     Yes.  My maiden name is Tiffanie Swartz,

10  S-w-a-r-t-z.

11         Q.     And what is your business address?

12         A.     1200 East Market Street, Akron, Ohio.

13         Q.     Have you ever been deposed before?

14         A.     No.

15         Q.     All right.  So you probably had an

16  opportunity to speak with your counsel about this.

17  But just to make sure that you and I are on the same

18  page, I'd like to go over a couple of the ground

19  rules that will make this process a little easier

20  today, especially given we're doing this remotely,

21  which is already a complicated and awkward process

22  and made more so when you've got a bunch of attorneys

23  on the line and a court reporter and a videographer.

24                So I'll start with the simple stuff.

25  You understand that you're under oath just like if

HIGHLY CONFIDENTIAL

Page 9

1   you were testifying in a courtroom?

2        A.     Correct.

3        Q.     And for the benefit of the court

4   reporter, when you and I speak with one another

5   today, it's important that we not treat it the way we

6   would an normal conversation where we might know

7   where the other one is going and just kind of jump in

8   and start talking or interrupt a little bit, not out

9   of rudeness but just to kind of move thing along.

10             We have a court reporter who is taking

11   down everything I say and ever you say, and

12   everything anybody else says, and his life will be

13   made much easier if each of us just pauses for a

14   moment to make sure the other has finished speaking,

15   before we begin speaking, is that fair enough?

16        A.     Yes.

17        Q.     Likewise, the court reporter can't

18   really take down, like, shakes of the head or nods of

19   the head or body language.  There's a way of

20   indicating that but it's not as meaningful as words

21   that are spoken out loud.  So if at some point I say,

22   "Is that a yes," "Is that a no," I'm not doing that

23   to be pedantic, I'm doing that for the benefit of the

24   court reporter and for the benefit of the record,

25   okay?

HIGHLY CONFIDENTIAL

Page 10

```
 1          A.      Sure.
 2          Q.      If at any time I ask a question that you
 3   do not understand, which will certainly happen at
 4   times during the day today, that's not a problem,
 5   just let me know and I will do my best to rephrase my
 6   question in a way that you understand it; okay?
 7          A.      Okay.
 8          Q.      If you do answer my question, I'm going
 9   to assume that you understood it; is that fair
10   enough?
11          A.      Yes.
12          Q.      If at any point you want to take a
13   break, that's fine.  We'll take as many breaks as you
14   want.  We're going to be spending some time together
15   today.  This isn't meant to be a marathon or an
16   endurance contest.  This is supposed to be as
17   comfortable as we can make it for you.
18              My only request will be, if there's a
19   question pending, unless you feel like you must speak
20   with your attorney, I would ask that you answer the
21   question before you take your break; fair enough?
22          A.      Okay.
23          Q.      The last thing that I will say is that
24   because we're in a remote environment, we don't get
25   the benefit of being in a room together and getting
```

Page 11

1   to see each other, and that involves a lot of trust

2   on each of our parts.

3                    So you know, just as if you were

4   testifying in court, if you were looking at a written

5   piece of paper or looking at notes or consulting

6   something to answer my questions, I would be entitled

7   to see what you were doing or to know that you were

8   doing that.  So if you consult something other than

9   your memory in answering my questions today, I would

10  ask that you let me know that you're doing that, and

11  let me know what you're consulting or what you're

12  looking at, okay?

13           A.    Okay.

14           Q.    Have you brought any notes or devices or

15  anything with you today that you were planning to

16  consult during the deposition today?

17           A.    I do have my laptop with some notes that

18  I had jotted down at a point.

19           Q.    Okay.  And I'm not suggesting that

20  you're not allowed to consult that.  You're certainly

21  welcome to if it will help you testify today.  If you

22  do so, I will just ask that you let me know and I may

23  ask to see the notes that you're consulting, okay?

24           A.    Okay.

25           Q.    Great.  Then the only other thing that I

HIGHLY CONFIDENTIAL

1  would ask is that, I know that you're there with the

2  Assistant General Counsel -- is it Assistant General

3  Counsel or Associate General Counsel?  You're there

4  with an attorney from your company.  Is there anyone

5  else in the room with you?

6          A.     No.

7          Q.     Okay.  My last request would be, if

8  somebody else enters the room, you know, other than

9  just for like incidental purposes, just, you know, if

10  someone is passing through or whatever, that's fine.

11  But if somebody else enters the room and is planning

12  to stay, will you please let me know?

13          A.     Yes.

14          Q.     Okay.  Any questions on your part before

15  we go into this today?

16          A.     No.

17          Q.     Do you understand that you are

18  testifying today as a corporate representative?

19          A.     Yes.

20          Q.     Could you please explain to you your

21  understanding of what it means to be testifying as a

22  corporate representative?

23          A.     I am testifying that the drugs that are

24  in question today were not -- should not be covered

25  by our organization because they contain products we

HIGHLY CONFIDENTIAL

Page 13

1    do not believe we should cover.

2            Q.      And when you say "our organization,"

3    you're referring to SummaCare?

4            A.      SummaCare.

5            Q.      And you understand that you're

6    testifying today not just as to your personal or

7    individual knowledge but as a representative of

8    SummaCare on the claims that it assigns to the

9    plaintiff in this case, MSP Recovery Claims Series?

10           A.      Yes.

11           Q.      And have you had an opportunity to

12   review the list of topics on which you've been

13   designated as a representative?

14           A.      Yes.

15           Q.      Do you believe that you understand and

16   are prepared to testify on each of those

17   approximately 23 topics?

18           A.      There are some I am not a hundred

19   percent clear on but the bulk of them, yes.

20           Q.      Okay.  And you know, I don't expect you

21   to be able to recite the topics from memory but if

22   you could describe for me in general terms what the

23   topics are that you're less clear on, please.

24           A.      Topics related to warranties are ones

25   that are not as clear on what the ask is, or what

HIGHLY CONFIDENTIAL

Page 14

1    information you're seeking.

2           Q.     Okay.  Well, why don't we start there.

3    When you say that you're confused by that topic, is

4    it your understanding that the manufacturers,

5    distributors or retailers of Valsartan made any

6    warranties to SummaCare as a third-party payor?

7                  MR. WHORTON:  Objection to form.

8                  THE WITNESS:  I'm sorry?

9                  MR. WHORTON:  I'm sorry, I just made an

10   objection to form.  You can still answer.

11          A.     They -- SummaCare does not have any

12   direct relationships with manufacturers who -- we do

13   not have any warranties in place with manufacturers

14   directly.

15          Q.     Okay.  Do you have any warranties in

16   place directly with wholesalers?

17          A.     No.

18          Q.     Do you have any warranties in place

19   directly with pharmacies or retailers?

20          A.     No.

21          Q.     All right.  Other than the warranty

22   topics, are there any other topics on which you feel

23   you don't have a complete understanding or feel

24   unprepared to testify?

25          A.     Not at this time.

HIGHLY CONFIDENTIAL

Page 15

1      Q.    All right.  So for this next question,
2  I'm not asking you to describe the substance of any
3  conversations with your attorney.  Those are
4  privileged and I don't want to know those, so don't
5  disclose any of that.  But my next question is, what
6  have you done to prepare for your deposition today?
7      A.    I reviewed the case, the notice, went
8  through our processes, knowledge and refreshed on the
9  PBM agreement, reviewed the formularies and our
10 benefits.
11     Q.    Okay.  I'm sorry, I'm having a little
12 bit of the same problem the court reporter is having,
13 your voice sounds a little bit soft to me.  Is it
14 possible to move the phone a little bit closer to
15 you?
16     A.    Sure.  Is that better?
17     Q.    I think so.  We'll see how that works.
18 All right.  How much time did you spend preparing for
19 your deposition?
20     A.    Three hours.
21     Q.    Okay.  Without getting into any of the
22 contents of conversations with attorneys, whom did
23 you speak with in preparing for your deposition
24 today?
25     A.    The conversation with Charlie from MSP,

HIGHLY CONFIDENTIAL

Page 16

```
 1   that was an hour-long conversation.
 2        Q.    Did you speak with anyone else in
 3   preparing for your deposition?
 4             THE WITNESS:   Charlie, I know someone
 5   else was with you.   I don't recall the name.
 6             MR. WHORTON:   I think David.
 7             Greg, if you just -- I'm not trying to
 8   testify, but I want to make the record complete.
 9             MR. OSTFELD:   Okay.
10        Q.    I heard Mr. Whorton say that he and
11   Mr. DaPont from his firm were there.   And then,
12   Ms. Mrakovich, I think you were going to identify
13   someone else that was at the meeting?
14        A.    Mike Frye was also at the meeting.
15        Q.    Okay.   And that was all one meeting with
16   you and the three of them?
17        A.    Yes.
18        Q.    Okay.   Did you speak with anyone else in
19   preparing for your deposition today?
20        A.    No.
21        Q.    Did you review any documents in
22   preparing for your deposition today?
23        A.    Yes, recall notice, the notice of the --
24   whatever this is that we're going through -- and my
25   formularies, plan information, policies.
```

HIGHLY CONFIDENTIAL

Page 17

```
 1          Q.     Okay.  Are you currently employed by
 2    SummaCare?
 3          A.     Yes.
 4          Q.     How long have you been with SummaCare?
 5          A.     Five-and-a-half years.
 6          Q.     And what is your title?
 7          A.     Director of Pharmacy.
 8          Q.     How long have you been the Director of
 9    Pharmacy?
10          A.     For probably four years.
11          Q.     And what are your primary
12    responsibilities as the Director of Pharmacy?
13          A.     Everything as it relates to pharmacy, so
14    managing the relationships with our PBMs, ensuring
15    that they are administering our benefits as we have
16    them outlined; we have several lines of business, of
17    which managed Medicare is primary, that takes a lot
18    of oversight of the PBMs.  I'm responsible for the
19    Pharmacy and Therapeutic Committee, and the
20    formularies that we offer, responsible for medical
21    drug benefit information.  It's a whole host of
22    things that I do.
23          Q.     Okay.  Did you hold a title at SummaCare
24    prior to the Director of Pharmacy?
25          A.     Yes.
```

HIGHLY CONFIDENTIAL

Page 18

1          Q.     What was your previous title?

2          A.     Manager of Formulary and Pharmacy

3    Benefits.

4          Q.     All right.  And how long did you hold

5    that position?

6          A.     For a year-and-a-half.

7          Q.     All right.  Have you held any other

8    titles at SummaCare?

9          A.     No.

10         Q.     Who was your previous employer before

11   SummaCare?

12         A.     PDMI.

13         Q.     All right.  And how long were you there?

14         A.     Five years.

15         Q.     All right.  Was that PD or TD?

16         A.     P as in Paul, D as in dog, MI.

17         Q.     Okay.  And what was your title there?

18         A.     Medical pharmacist.

19         Q.     Could you briefly walk us through your

20   educational background?

21         A.     Sure.  I got my undergrad at the

22   University of Findlay in biology and environmental

23   health and science, and did work in that field for

24   five years or so; and then went back to pharmacy

25   school at NEOMed in Ohio and got my pharmacist degree

HIGHLY CONFIDENTIAL

Page 19

1   ten years ago.

2          Q.     And was PDMI your first employer after

3   pharmacy school?

4          A.     Yes.

5          Q.     Are you employed by SummaCare or by

6   Summa Health Systems?

7          A.     SummaCare.

8          Q.     Okay.  And are you familiar with what

9   the relationship is between those two entities?

10         A.     I'm not intimately aware, but I

11  understand that that is our -- Summa Health is our

12  parent company.

13         Q.     Okay, got it.  All right.  And you are

14  currently in Akron, Ohio.  Is SummaCare based in

15  Ohio?

16         A.     Yes.

17         Q.     Are you joining this deposition from

18  SummaCare's offices today?

19         A.     Yes.

20         Q.     Are all of SummaCare's operations in

21  Ohio?

22         A.     Yes.

23         Q.     Are all of SummaCare's members or

24  beneficiaries in Ohio?

25                MR. WHORTON:  Objection, vague.

HIGHLY CONFIDENTIAL

Page 20

1          Q.      You can go ahead and answer if you are
2     able to.
3          A.      The base of all of them are in Ohio but
4     I know we have a few members that are outside of our
5     area.
6          Q.      Okay.  What is SummaCare's area?
7                  MR. WHORTON:  Objection, vague.
8          Q.      You can go ahead.
9          A.      As it relates to a particular line of
10    business?
11         Q.      Well, you just used the phrase, "Outside
12    of our area."  So I'd like to understand what you
13    mean by SummaCare's area.
14         A.      It is primarily Ohio.
15         Q.      Okay.  And when you use the phrase, "Our
16    area," that's the area where SummaCare's membership
17    is based?
18         A.      Yes.
19         Q.      Okay.  Just because it's happened a few
20    times now and I'm sure it will happen a lot more
21    during the day, I didn't cover what happens when an
22    objection is made.
23                 So for the most part, at times during
24    the deposition, Mr. Wharton is going to make an
25    objection, like he'll say, "Objection, vague,"

HIGHLY CONFIDENTIAL

Page 21

1    "Objection, form," and he's typically doing that for

2    the record.  So after he's made an objection, you can

3    go ahead and answer the question unless you feel like

4    you need clarifying or you're not able to answer it,

5    okay?

6            A.    Okay.

7            Q.    And if you're not supposed to answer,

8    I'm quite confident one of your attorneys will tell

9    you not to answer.  Otherwise you can just go ahead

10   and do so.  It's being made for the record so if a

11   judge has to rule on this later, the judge can do so,

12   fair enough?

13           A.    Sure.

14           Q.    All right.  So I think what I'd like to

15   do next is learn a little bit more about SummaCare's

16   membership and plans.  So I am going to try to share

17   screen.

18                 (A pause in the proceedings.)

19           Q.    All right.  Hopefully, you now have a

20   shared screen in front of you with a document that is

21   marked Exhibit 1.  Do you see that?

22           A.    Yes.

23   EXH           (Mrakovich Exhibit 1, membership chart

24   and backup, 14 pages, marked for identification, as

25   of this date.)

HIGHLY CONFIDENTIAL

Page 22

1      Q.    All right.  So the first page of this is
2    not going to be familiar to you.  I will represent to
3    you that the first page of this exhibit is a chart
4    that we prepared from SummaCare's annual financial
5    overviews and then there's a bunch of other pages
6    that are the annual reports that we used to build
7    this chart.
8              I'm not going to ask you, unless you
9    want to, to read all of those reports in detail right
10   now.  But I just want to scroll through them really
11   fast and ask you in general if you're familiar with
12   these documents.
13             MR. WHORTON:  Greg, I'm sorry, are you
14   going to put this in the chat room so others can
15   download it and look at it?
16             MR. OSTFELD:  It's in the Exhibit Share,
17   the Veritext Exhibit Share room.
18             MR. WHORTON:  Okay.  All right, thank
19   you.
20             MR. OSTFELD:  Sure.
21      Q.    Are these reports that you're familiar
22   with?
23      A.    I have not reviewed these reports.
24      Q.    Okay.  You're not involved in preparing
25   these reports?

HIGHLY CONFIDENTIAL

Page 23

1        A.      No.

2        Q.      All right.  The type of information

3   contained in this report, SummaCare total members and

4   just, for the record, I'm currently showing you the

5   financial group for 2016 year-end review, and there's

6   a series of SummaCare total members broken down by

7   category and then a total number of 120,396.

8               Is the membership base of SummaCare's

9   plans something you're familiar with?

10       A.      Yes.

11       Q.      All right.  So the first page of this,

12  what we've done for convenience is summarize those

13  individualized breakdowns of membership numbers for

14  each year from 2013 to 2019; do you see that?

15       A.      Yes.

16       Q.      And I will represent to you that we have

17  transcribed the numbers -- you just saw the sample

18  numbers for, I think it was 2015 or 2016 -- we took

19  those numbers from each report and transcribed them

20  into this chart.

21              So I will represent to you that we've

22  done that, okay?

23       A.      Okay.

24       Q.      So understanding that you almost

25  certainly don't have the exact numbers in your memory

HIGHLY CONFIDENTIAL

Page 24

1    and at your fingertips, do these numbers generally

2    look right to you as the breakdown of SummaCare's

3    membership from 2013 to 2019?

4            A.      Yes.

5            Q.      Okay.  It looks like the number of

6    members has declined year to year each year from 2013

7    to 2019.  Is that right?

8            A.      Yes.

9            Q.      Do you have an understanding of why the

10   numbers have declined each year?

11           A.      In some areas, yes.

12           Q.      Okay.  Could you please share with me

13   your understanding in the areas where you have one?

14           A.      Um -- sure.  For Medicare, I know, we've

15   had -- well, in 2014, we did have a sanction with CMS

16   and that put our membership for standing members in

17   2015 on hold, so -- and that's probably disrupted

18   some of our membership.  So that was the major

19   decline in the Medicare line of business.

20                   And then just -- we have not had strong

21   sales to gain the membership back.  It's been a

22   pretty stagnant enrollment around here.

23           Q.      Okay.  Now, the reports broke down

24   SummaCare's membership into as many as five

25   categories.  So one of the categories kind of went

HIGHLY CONFIDENTIAL

Page 25

1      away in 2018 and 2019.  The five categories are

2      commercial self-insured, commercial fully-insured,

3      group BPO/PS and Medicare and individual PPO.  Are

4      you familiar with each of those categories and what

5      each category represents?

6             A.     Not in detail.  Just vaguely.

7             Q.     Okay.  Then I guess what I'd like to do

8      is get your best understanding of each of the

9      categories and we'll go through them.  What is your

10     understanding of what commercial self-insured is?

11            A.     Well, there are self-funded benefits

12     wherein the insurer is taking on all the risk and

13     we're administering the benefit on their behalf.

14            Q.     Okay.  And just to kind of go

15     bigger-picture for a moment, does each of these

16     categories represent a different category of plans

17     that are offered by SummaCare?

18            A.     Yes.

19                   MR. WHORTON:  Objection.

20            Q.     Okay.  So when we're talking about

21     commercial self-insured, we're talking about

22     commercial self-insured plans where the sponsor of

23     the plan is taking on all of the risk?

24            A.     Yes.

25            Q.     Okay.  What is commercial fully-insured?

HIGHLY CONFIDENTIAL

Page 26

1        A.       That is where SummaCare is taking some

2   of the risk and we are building the benefits and

3   offering them to groups and they can elect to buy or

4   not, in the fully-insured.

5        Q.       I want to understand a little bit better

6   what you mean when you say, when you talk about who

7   is taking on the risk.

8              Are you speaking in terms of who is

9   paying the benefit?

10        A.       I guess I don't know.

11        Q.       Okay.  So for example, when we're

12   talking about a commercial self-insured plan, if a

13   member fills a prescription under a commercial

14   self-insured plan, who is paying the cost for that

15   prescription, or who is paying the plan's share of

16   the cost of that prescription?

17              MR. WHORTON:  Objection.  If the witness

18   could -- I'm sorry, sometimes I'll lodge an

19   objection.  So if you could just have a brief pause

20   after the question so I can lodge an objection if

21   necessary.  I was objecting based on the question

22   lacking foundation.

23              MR. OSTFELD:  Why don't I go ahead and

24   restate the question.

25        Q.       So Ms. Mrakovich, when we're talking

HIGHLY CONFIDENTIAL

Page 27

1    about a commercial self-insured plan, do you have an

2    understanding of who pays the plan's share of the

3    cost when a member fills a prescription under a

4    commercial self-insured plan?

5         A.    Yes.

6         Q.    Okay.  Who incurs that cost?

7         A.    We invoice the client self-insured group

8    for the drug cost.

9         Q.    Okay.  So ultimately, it's the client

10   who pays that cost.

11        A.    Ultimately, yes.

12        Q.    All right.  And not SummaCare.

13        A.    Correct.

14        Q.    So to the extent that you're involved in

15   the payment, it's as a pass-through transaction.

16        A.    Yes.

17        Q.    How about for a commercial fully-insured

18   plan?

19        A.    I have an understanding but I don't

20   know --

21        Q.    But you don't know?  I'm sorry?

22        A.    I don't know if my understanding is a

23   hundred percent correct.

24        Q.    Okay.  I'll take that caveat, and why

25   don't you just share what your understanding is.

HIGHLY CONFIDENTIAL

Page 28

1              MR. WHORTON:  Objection, calls for

2     speculation.

3         Q.     Go ahead.

4         A.     That SummaCare will pay for those funds

5     by premiums from these fully insured groups to cover

6     the cost.

7         Q.     Okay.  So in that instance, SummaCare is

8     collecting premiums from the client and the costs are

9     covered by SummaCare out of the premiums, is that

10    right?

11        A.     That's my understanding.

12        Q.     Okay.  And to the extent that the costs

13    exceed the premiums, that's the risk that SummaCare

14    is incurring?

15        A.     Could you restate that?

16        Q.     Sure.  If it turns out that the total

17    cost incurred by the plan in that year exceeds the

18    total premiums collected, that's the risk that you're

19    referring to that SummaCare is taking on?

20        A.     Correct.

21        Q.     Okay.  So I want to understand just a

22    little bit better the flow of payments that you

23    described for that pass-through transaction for a

24    self-insured plan.

25              And for that I think I'm going to have

HIGHLY CONFIDENTIAL

1    to introduce the Pharmacy Benefits Manager concept.

2    So the SummaCare uses Pharmacy Benefits Managers, is

3    that right?

4          A.    Yes.

5          Q.    Do the Pharmacy Benefits Managers have

6    any role in the flow of payments for a self-insured

7    plan?

8                MR. WHORTON:  Objection, vague.

9          A.    I'm not sure I understand.

10          Q.    Okay.  Maybe it would be easier if I

11    just asked you to walk me through what happens from a

12    plan reimbursement perspective when a member goes to

13    the pharmacy and fills a covered prescription under a

14    self-insured plan.  Could you walk me through that

15    process?

16          A.    Sure.  So a member goes to the pharmacy,

17    presents their insurance card.  That will get

18    submitted to the PBM, they will process the claim

19    based on our benefit design, and send it back to the

20    pharmacy what the member owes.  And then MedImpact,

21    which is our PBM, will pay the pharmacy and then they

22    will send us a batch invoice for all claims for that

23    line of business and then we will pay MedImpact.

24                We'll take, for the self-funded groups,

25    we'll take that invoice for the drugs and we will

HIGHLY CONFIDENTIAL

Page 30

1    tack that on and bill the self-funded client.

2         Q.    Okay, thank you, that was very helpful.

3    So that's how it works for the self-funded groups.

4    How about for the fully-insured plans, how does that

5    process differ for the fully-insured plans?

6         A.    So the same -- it starts the same with

7    the member going to the pharmacy, presenting their

8    card, and getting billed to MedImpact.  MedImpact

9    will pay the pharmacies and then we will be billed

10   the invoice for the drugs for the fully-insured line

11   of business.  We do not take a claim, then, and pass

12   them on to the fully-insured client.

13        Q.    Okay.  So essentially the difference

14   from a payment flow perspective between a

15   self-insured and a fully-insured plan is, so for the

16   self-insured plan, you proceed to invoice those costs

17   to the plan sponsor.  For the fully-insured plan, the

18   payments stop with SummaCare because you've collected

19   premiums to cover those payments, is that right?

20        A.    That's my understanding.

21        Q.    Okay.  So let's move to the next

22   category, "Group PBO/PSN."  I'll start with, do you

23   know what those acronyms mean?

24        A.    I do not.

25        Q.    I looked all the -- I found the terms

HIGHLY CONFIDENTIAL

Page 31

1   "Business Process Outsourcing" and "Professional

2   Services Network."  Do those sound right to you?

3          A.    I really don't know that much about that

4   line of business because it was really fading out

5   when I started here.  I didn't have any focus there.

6          Q.    Okay.  All right.  Do you have any

7   knowledge or understanding of how those plans work?

8          A.    I do not.

9          Q.    Okay.  Do you have any knowledge of who

10  pays members' claims under those plans?

11         A.    I do not.

12         Q.    Okay.  I also want to make sure I'm

13  getting my terminology right.  I've been using the

14  word "members."  Is that how you all designate plan

15  members or enrollees or beneficiaries under your

16  plans or do you use one of those other terms?

17         A.    Any of those work for me.

18         Q.    And does the terminology differ if we're

19  talking about Medicare plans vs. commercial plans vs.

20  individual plans?

21         A.    No.

22         Q.    Okay.  All right.  So then let's move on

23  to Medicare plans which, if I've understood your

24  testimony earlier, you spend a lot of time dealing

25  with the Medicare plans, is that right?

HIGHLY CONFIDENTIAL

Page 32

```
 1          A.     That's correct.
 2          Q.     Okay.  So could you describe for me what
 3   the Medicare plans are.
 4          A.     In what respect?
 5          Q.     So I guess I'll start with the basics.
 6   Does Medicare refer to both Medicare Part D and
 7   Medicare Advantage plans?
 8                 MR. WHORTON:  Objection to form.
 9          Q.     Go ahead.
10          A.     From the standpoint of these numbers,
11   I'm not sure what Summa Health reported out, if it
12   was only those that had Part D or a combination, I'm
13   not -- I can't speak to that from the reporting that
14   you've pulled.
15          Q.     Okay.  Does Medicare -- I'm sorry, does
16   SummaCare have both Medicare Part D and Medicare
17   Advantage plans?
18                 MR. WHORTON:  Objection to form.
19          A.     I mean, I do believe all advantage plans
20   have Part D.
21          Q.     Okay.  So do you have Medicare Part D
22   plans that do not have a Medicare Advantage
23   component?
24          A.     No.
25          Q.     Okay.
```

HIGHLY CONFIDENTIAL

Page 33

1        A.      Not --

2        Q.      Sorry, go ahead.

3        A.      -- not currently.

4        Q.      Was there a time where you did?

5        A.      Before my time, I've heard that we had a

6   PVP, which was only a Part D plan.

7        Q.      But in the time that you've been with

8   SummaCare, it's only been Medicare Advantage plans

9   with Medicare Part D coverage?

10       A.      And we have a very small group of

11  Part-B-only plans, we call them, which is medical

12  plan without a Part D benefit.  We just started those

13  in the more recent years.

14       Q.      Okay.  I want to make sure I have the

15  time frames correct.  With respect to Part D plans

16  that were not Medicare Advantage plans, do you know

17  if any of those existed at any time between 2013 and

18  2019?

19       A.      I do not know for sure what year we had

20  the PVP plan.

21       Q.      Okay.  In terms of the Medicare

22  Part-B-only plans, when did you begin offering those?

23       A.      I'm trying to think if it was 2019 or

24  2020.  I don't recall for sure.

25       Q.      Okay.  And then do you have any plans

HIGHLY CONFIDENTIAL

Page 34

1    that offer Medicare Part A coverage?

2        A.    I don't know.

3        Q.    Okay.  Earlier you described how the

4    flow of payments works when a member fills a

5    prescription at a pharmacy under the two commercial

6    categories.  Could you please describe now how that

7    process works when a member in a Medicare plan fills

8    a prescription at a pharmacy.

9        A.    Yes.  It would follow the fully-insured

10   where the member presents their insurance information

11   to the pharmacy, the pharmacy submits the claim to

12   MedImpact, they send back to the pharmacy what the

13   member owes, and then MedImpact will pay the pharmacy

14   through their invoicing and then they will invoice us

15   to collect -- invoice SummaCare to collect back some

16   money.

17       Q.    Okay.  Now, with the commercial plans,

18   SummaCare's premiums are coming from the plan

19   sponsor.  How does that differ for the Medicare

20   plans?

21       A.    We have -- our Medicare plans have

22   premiums, so we do have one that is a zero-dollar

23   premium, and then those are paid by the members.

24       Q.    Okay.  And is there a component of the

25   funding for the Medicare plans that comes from CMS or

HIGHLY CONFIDENTIAL

Page 35

1    from the government?

2          A.      Yes.  That's correct.

3          Q.      Okay.  Do you know what the approximate

4    breakdown is in terms of what the government's share

5    of the Medicare plans are vs. what the premiums cover

6    for the Medicare plans?

7                  MR. WHORTON:  Objection.

8          A.      I do not.

9          Q.      I'm sorry, you don't know?

10         A.      I don't know.

11         Q.      Does it differ from plan to plan?

12                 MR. WHORTON:  Lacks foundation.

13         A.      I'm not a hundred percent sure.

14         Q.      Okay.  Whatever share of the Medicare

15   plan comes from the government, it's paid essentially

16   similar to the premiums, it's paid as an up-front

17   cost and not on an individual transaction

18   reimbursement basis, is that right?

19                 MR. WHORTON:  Objection, lacks

20   foundation.

21         A.      You would have to repeat the question.

22         Q.      Sure.  Well, when you were describing

23   how a self-insured plan works, you described how

24   SummaCare sends an invoice to the plan sponsor to

25   cover the specific costs that SummaCare is paid to

1    the Pharmacy Benefit Manager.  Is there a process

2    like that for the Medicare plans where direct costs

3    are billed to Medicare, or is it more like the

4    premium model where the money comes in from the

5    government like the premiums do, and then SummaCare

6    pays the costs?

7           A.    I know we get, based on the bid that is

8    submitted to CMS, we get a monthly amount that's

9    based on many factors that we use to help pay for

10   Medicare.  But it's not --

11          Q.    Are you involved -- I'm sorry.

12          A.    -- it is not invoiced directly based on

13   claims.

14          Q.    Okay.  Are you involved in the bid

15   process or preparing the bids to Medicare for the

16   plans?

17          A.    Yes.

18          Q.    Could you please describe for me, just

19   kind of at a general level, how the bid process works

20   that leads to these monthly payments?

21          A.    I participate on the bid process as it

22   relates to Part D drugs formulary and information

23   with the PBM.  I don't get into the detail of the

24   financials.

25          Q.    Okay, got it.  All right.  Do you know

HIGHLY CONFIDENTIAL

Page 37

1   whether each Medicare plan is bid separately to CMS

2   or if you bid batches of plans together?

3          A.     Separate.

4          Q.     Separate.  Okay.  Are the monthly

5   payments under each plan separate and vary by plan?

6          A.     I'm not sure.

7          Q.     Okay.  Let's talk about the last

8   category, "Individual PPO."  Could you describe what

9   type of a plan the individual PPO plans are?

10         A.     Um -- you know, I'm not a hundred

11  percent sure.  The way we break out some of our

12  benefits and terminology internally is not the way I

13  break them up with my PBM, so I'm not always on the

14  same page with them.

15         Q.     Okay.  Do you have any idea of what the

16  individual PPO plans are?

17         A.     I would be guessing it's related to our

18  marketplace line of business but they are no longer a

19  PPO plan.

20         Q.     All right.  When you refer to

21  marketplace, is that like the Affordable Care Act

22  marketplace?

23         A.     Correct.

24         Q.     Okay.  So -- all right, understood.  For

25  the marketplace plans that you're familiar with, do

HIGHLY CONFIDENTIAL

Page 38

1    those function like self-insured plans or like

2    fully-insured plans?

3         A.    Like fully-insured plans.

4         Q.    Okay.  So the customer pays a premium

5    and SummaCare incurs the risk, essentially, of

6    payments exceeding the premium.

7         A.    Correct.  We do have individual and

8    small groups, but that works the same way.

9         Q.    Okay.  And the flow of payments works

10   like the fully-insured commercial plan that you

11   described earlier?

12        A.    Correct.

13        Q.    Does SummaCare administer its plans in

14   Ohio?

15        A.    Yes.

16        Q.    Does SummaCare administer any plans that

17   are not SummaCare plans, like do you have third-party

18   contracts with any other providers to administer

19   their plans for them?

20        A.    Not at this time.

21        Q.    Has there been a time where that was

22   done?

23        A.    Yes, and I -- I do believe that's the

24   BPO piece that I'm not familiar with.

25        Q.    Okay.  We talked earlier about the fact

HIGHLY CONFIDENTIAL

Page 39

1   that there may be some members outside of SummaCare's

2   service area.  Could you please explain how someone

3   from outside Ohio comes to enroll in an Ohio

4   insurance plan?

5           A.      Yes, those are essentially dependents,

6   actually, of people that are in Ohio.

7           Q.      All right.  Do you know the number of

8   plans that SummaCare currently offers across all

9   categories?

10          A.      It's a lot.  I do not know the exact

11  number.

12          Q.      When you say "a lot," are we talking

13  thousands, hundreds, dozens?  I just want to, if we

14  can narrow it down at all.

15          A.      I would say hundreds.

16          Q.      Hundreds.  And does that number change

17  from year to year?

18          A.      Slightly.

19          Q.      Okay.  Do you know, of those hundreds,

20  do you know approximately how many are Medicare

21  plans?

22          A.      Yes.

23          Q.      How many Medicare plans does SummaCare

24  currently offer?

25          A.      I don't know off the top of my head.

Veritext Legal Solutions

HIGHLY CONFIDENTIAL

1      Q.     Are you able to provide a range?

2      A.     Yes.  Probably eight to ten individual

3  plans and five or six employer group plans.

4      Q.     Okay.  Could you explain the difference

5  between an individual plan and an employer group plan

6  in the Medicare category?

7      A.     So the individual plans are plans that

8  we put together, submit a bid for and sell out to

9  individuals that can sign up for our plans.  An

10  employer group plan would be where a group is paying

11  the premium and selecting the benefits that they are

12  going to offer to the member.

13      Q.     Okay.

14      A.     And they are the group paying for part

15  of that.  I'm not sure if they pass the premium on to

16  the members or not.

17      Q.     Okay.  So in the employer group plan

18  category for Medicare, these are all

19  Medicare-eligible individuals that have plans through

20  their employers?

21      A.     Correct.  A very small part of the --

22  it's a small part of the business.

23      Q.     Okay.  Got it.  So there are some

24  employers who offer their eligible employees Medicare

25  Advantage plans alongside whatever private insurance

Page 41

1    options they may offer?

2         A.     I believe so.

3         Q.     Okay.  In terms of the breakdown of

4    enrollment between the individual Medicare Advantage

5    plans and the employer Medicare plans, can you give

6    me the rough percentages in each, for each?

7         A.     Let's say we have -- probably less than

8    a thousand employer group plan members now.

9         Q.     So the remaining 21,000 or so would be

10   in individual Medicare Advantage plans?

11        A.     Correct.

12        Q.     In terms of the total number of Medicare

13   plans, has that varied over the years from 2013 to

14   2019?

15        A.     Yes.

16        Q.     I'm not going to ask you for the exact

17   number reach year.  But could you please describe for

18   me kind of what the general ranges have been over

19   time from 2013 to 2019?

20        A.     It's been fairly similar.  We may add a

21   plan here or remove a plan here.  It's not a wide

22   range of changes.

23        Q.     Okay.  All right.

24               MR. OSTFELD:  We're about an hour in.  I

25   usually offer a break about every hour or so.  We

HIGHLY CONFIDENTIAL

Page 42

1    haven't gone quite an hour yet, but I'm about to jump

2    into formularies and I'm going to have a bunch of

3    questions there, so if you'd like to take a break

4    now, we can.  If you want to keep going, we can keep

5    going for a little while longer, I'll leave it up to

6    you.

7              THE WITNESS:  A break would be good.

8              MR. OSTFELD:  Okay.  Let's take, how

9    about a ten-minute break, does that seem okay?

10             VIDEOGRAPHER:  Stand by, to get us off

11   the video.  The time is 9:57 a.m.  This concludes

12   media unit 1.

13             (Recess taken.)

14             VIDEOGRAPHER:  The time is 10:10 a.m.

15   This begins media unit 2.

16   EXAMINATION (Cont'd.)

17   BY MR. OSTFELD:

18        Q.    All right.  Ms. Mrakovich, earlier, you

19   indicated that you had reviewed formularies in

20   preparing for your deposition today, is that correct?

21        A.    Yes.

22        Q.    All right.  Could you please briefly

23   describe what a formulary is.

24        A.    A formulary is a list of drugs that the

25   plan covers.  It will notify the members what drugs

HIGHLY CONFIDENTIAL

Page 43

1  we cover, at what tier we'll cover them, so that they

2  can understand what their copay will be, and if there

3  are any restrictions as far as quantities, prior

4  authorization requirements, step therapy

5  requirements.

6          Q.    And we'll talk a little bit more about

7  those requirements later.  I'd like to begin with,

8  does SummaCare use a single comprehensive formulary

9  across all of its plans or do the formularies differ

10  on a plan-by-plan basis?

11          A.    They can differ.

12          Q.    All right.  Does each plan have its own

13  formulary?

14          A.    Define "plans," please.

15          Q.    Okay.  Let's start with the Medicare

16  plans, because we're going to be spending most of our

17  time talking about those.  You described earlier that

18  there's about dozen or so Medicare plans that

19  SummaCare offers.  Do each of those plans have its

20  own formulary or is it one formulary for all of them

21  or somewhere in between?

22          A.    For Medicare, we have one formulary for

23  all of them.

24          Q.    Okay.  And does that formulary have a

25  name or a terminology that you apply to it at

HIGHLY CONFIDENTIAL

Page 44

1   SummaCare?

2            A.      The SummaCare Medicare formulary.

3            Q.      Okay.  I've seen documents containing

4   the title, "Comprehensive Formulary."  Is that the

5   Medicare formulary?

6            A.      Yes.

7            Q.      All right.  So that's on the Medicare

8   side.  How about for the commercial plans, do they

9   have their own comprehensive formulary or their own

10   commercial formulary?

11            A.      We have two formularies for commercial.

12   One is specific to our marketplace plan, and then we

13   have another one that covers the rest of our

14   several-funded and commercial plan.

15            Q.      Okay.  All right.  Does SummaCare design

16   its own comprehensive formulary for Medicare or are

17   they developed by the Pharmacy Benefits Manager?

18                    MR. WHORTON:  Object to form.  Vague.

19            A.      We used to do our own custom Medicare

20   formulary with the PBM.  We did switch to a standard

21   PBM formulary in 2015 so.

22            Q.      So from 2015 to the present, you've been

23   using a standard formulary prepared by the Pharmacy

24   Benefits Manager?

25            A.      Yes.

HIGHLY CONFIDENTIAL

Page 45

1      Q.      And prior to 2015, you customized your

2  own formularies with the PBM, is that what you said?

3      A.      I was not here before 2015.  It was a

4  custom formulary, it was not a MedImpact standard

5  formulary, that's all I know.

6      Q.      Understanding that this is before your

7  time, do you have any understanding of how the

8  customization process worked when SummaCare

9  customized its own formulary?

10     A.      I do not know how that one originated.

11  I know that they would take feedback from the PBMs

12  when making a decision.

13     Q.      Okay.  Now that SummaCare uses a

14  standard formulary from the PBM, is it just one

15  option or does the PBM present multiple options and

16  SummaCare chooses between different standard

17  formularies?

18     A.      There are multiple options.

19     Q.      All right.  And are you involved in

20  selecting which formulary SummaCare uses each year?

21     A.      Yes.

22     Q.      All right.  Could you describe how the

23  process works for SummaCare to select a standard

24  formulary each year?

25     A.      We evaluate the -- PBM will put out a

HIGHLY CONFIDENTIAL

Page 46

1   white paper, a documentation that tells you what

2   formulary options they have.  The differences vary by

3   the number of tiers you may offer and why they may

4   choose to place some of the generic products, and

5   then you can select how many tiers you want on your

6   formulary, and where you want some of the generic

7   products to fall.  We evaluate against our

8   competitors and our current utilization and decide

9   what makes sense for us.

10          Q.     Okay.  I want to drill down a little bit

11  on each of those two items, the number of tiers and

12  where the generic products fall on the formulary.

13              How many tiers does SummaCare's current

14  Medicare comprehensive formulary have?

15          A.     Six.

16          Q.     All right.  And has it been six for the

17  entire time that you've been with SummaCare?

18          A.     No.

19          Q.     What other numbers of tiers has

20  SummaCare used in the past?

21          A.     Five.

22          Q.     Okay.  Does the Pharmacy Benefits

23  Manager offer formularies that have different numbers

24  from either five or six tiers?

25          A.     Yes.

HIGHLY CONFIDENTIAL

Page 47

1      Q.      What are, I guess, the different tier

2  options that have been made available, the PBM's

3  standard formularies?

4      A.      I don't recall them all.  We've always

5  focused on five and six.

6      Q.      Okay.  What difference does it make in

7  terms of the number of tiers that are offered in the

8  formulary?

9      A.      I'm not sure I know what you're asking

10  with that.

11      Q.      Okay.  In terms of evaluating, for

12  example, you want five or six tiers, what are the

13  implications of that decision from SummaCare's point

14  of view that leads you to choose one vs. the other?

15              MR. WHORTON:  Objection, vague.

16      A.      The sixth tier we added several years

17  ago, I don't remember the exact year, to cover

18  vaccines at zero dollars per member.  So that's the

19  difference between five and six.  We just moved some

20  vaccines into the sixth tier to cover them as well.

21      Q.      Okay, got it.  So as far as the

22  placement of generic medication, could you please

23  describe how different formularies in terms of which

24  tiers generic products are placed into?

25      A.      So the SummaCare formularies I can speak

HIGHLY CONFIDENTIAL

Page 48

```
1    to, the SummaCare Medicare.  And we've always had two
2    tiers of generic, tier one being our preferred
3    generics, and tier two being generic.
4           Q.    Okay.  Are there other formularies that
5    don't put generics into multiple tiers like that?
6           A.    I suppose you could select one, but we
7    never have.
8           Q.    Are there formulary options where you
9    have more than two tiers of generic products?
10          A.    There are formulary options where you
11   can move generics into the higher tiering.  They are
12   not solely generic tiers.
13          Q.    Got it.  I think you said SummaCare's
14   current Pharmacy Benefit Manager is MedImpact?
15          A.    Correct.
16          Q.    How long has MedImpact been SummaCare's
17   PBM?
18          A.    Since 2012.
19          Q.    All right.  So the entire time you've
20   been with SummaCare, it's been MedImpact?
21          A.    Yes.
22          Q.    Do you know who SummaCare's PBM was
23   prior to MedImpact?
24          A.    Yes.
25          Q.    Who was it?
```

HIGHLY CONFIDENTIAL

Page 49

1          A.     Catalyst?  They have changed over so

2     many times, I think that was the name they were under

3     at that point in time.

4          Q.     I'm sorry, what was the name?

5          A.     Catalyst.

6          Q.     Catalyst.  Okay.  And how long was

7     Catalyst the PBM?

8          A.     I don't know.

9          Q.     Okay.  How often does SummaCare

10     renegotiate or renew its contracts with MedImpact?

11          A.     Our terms are about three years each and

12     we do a market check somewhere in that time frame to

13     evaluate rates.

14          Q.     Okay.  I want to understand a little bit

15     better when you say that these are standard

16     formularies from the PBM.  Is there any customization

17     or adjustment of the formularies or is it essentially

18     you're shown several out-of-the-box options and you

19     pick one of them?

20               MR. WHORTON:  Objection to form.

21          A.     We are shown different options, again

22     with tiering.  The drug list cannot be changed,

23     essentially.  You have some opportunities to do

24     something in the sixth tier if you like, as we chose

25     to put vaccines in the sixth tier for zero dollar

HIGHLY CONFIDENTIAL

Page 50

1    copay.  You could elect to put Star Measure drugs in

2    the sixth tier, or diabetic drugs in the sixth tier.

3    So there are a few a la carte type changes you can

4    make but you cannot specifically change certain drugs

5    on the list.

6           Q.    Got it.  All right, I'm going to share

7    my screen.  And I am going to show you what has been

8    marked for identification as Exhibit 2.

9    EXH            (Mrakovich Exhibit 2, e-mail chain Bates

10   numbered MSP-SUMMACARE-003553 through 002556, marked

11   for identification, as of this date.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 51



HIGHLY CONFIDENTIAL

Page 52



HIGHLY CONFIDENTIAL

Page 53



HIGHLY CONFIDENTIAL

Page 54



HIGHLY CONFIDENTIAL

Page 55



HIGHLY CONFIDENTIAL

Page 56



HIGHLY CONFIDENTIAL

17        Q.    I'm going to stop sharing for a moment

18  so I can switch exhibits.

19                MR. WHORTON:  Greg, was that Exhibit 2?

20                MR. OSTFELD:  That was Exhibit 2.  And

21  incidentally, I have a bad history of sometimes

22  forgetting to share my screen; so if at some point

23  I'm asking you questions and it appears like I'm

24  referring to a document and you have no idea why

25  there's nothing on screen, if you could just let me

HIGHLY CONFIDENTIAL

Page 58

1    know, I probably just need a reminder to share my

2    screen.

3                   All right, I am now showing you what has

HIGHLY CONFIDENTIAL

Page 59



HIGHLY CONFIDENTIAL

Page 60



HIGHLY CONFIDENTIAL

Page 61



HIGHLY CONFIDENTIAL

Page 62



HIGHLY CONFIDENTIAL

Page 63



HIGHLY CONFIDENTIAL

Page 64



HIGHLY CONFIDENTIAL

Page 65



HIGHLY CONFIDENTIAL

Page 66



HIGHLY CONFIDENTIAL

Page 67



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 68



HIGHLY CONFIDENTIAL

Page 69



HIGHLY CONFIDENTIAL

Page 70



HIGHLY CONFIDENTIAL

Page 71



HIGHLY CONFIDENTIAL

Page 72



HIGHLY CONFIDENTIAL

Page 73



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 74



HIGHLY CONFIDENTIAL

Page 75



HIGHLY CONFIDENTIAL

Page 76



HIGHLY CONFIDENTIAL

Page 77



HIGHLY CONFIDENTIAL

Page 78



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 79



HIGHLY CONFIDENTIAL

Page 80



HIGHLY CONFIDENTIAL

Page 81



HIGHLY CONFIDENTIAL

Page 82



HIGHLY CONFIDENTIAL

Page 83



HIGHLY CONFIDENTIAL

Page 84



HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11             MR. OSTFELD:  I'm at least temporarily

12   done with this exhibit, and it's been about another

13   hour.  Would you like to take another break?

14             THE WITNESS:  Yes, please.

15             MR. OSTFELD:  Why don't we take a

16   ten-minute break.

17             VIDEOGRAPHER:  The time is 11:15 a.m.

18   This concludes media unit 2.

19             (Recess taken.)

20             VIDEOGRAPHER:  The time is 11:29 a.m.

21   This begins media unit 3.

22   EXAMINATION (Cont'd.)

23   BY MR. OSTFELD:

24        Q.    All right.  I think what I'd like to do

25   next is get a little better understanding in concrete

HIGHLY CONFIDENTIAL

Page 86

```
 1    terms what the different tier levels mean in terms of
 2    the copays that are paid by the members.  So I'm
 3    going to share my screen again.  And hopefully you
 4    now have on your screen what has been marked for
 5    identification as -- you know what?  I've got to
 6    wrong document.  Let me switch out.
 7                    (A pause in the proceedings.)
 8          Q.    Okay.  Now I'm going to show you what
 9    has in fact been marked for identification as
10    Exhibit 4.
11    EXH           (Mrakovich Exhibit 4, 2015 formulary
12    co-pay schedule effective 1/1/15, three pages, marked
13    for identification, as of this date.)
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

Page 87



HIGHLY CONFIDENTIAL

Page 88



HIGHLY CONFIDENTIAL

Page 89



HIGHLY CONFIDENTIAL

Page 90



HIGHLY CONFIDENTIAL

Page 91



HIGHLY CONFIDENTIAL

Page 92

```
 1          Q.      All right.  Well, that transitions us
 2   nicely into our next exhibit.  So one moment.
 3                  (A pause in the proceedings.)
 4          Q.      Okay, I am now going to show you what
 5   has been marked for identification as Exhibit 5.
 6   EXH              (Mrakovich Exhibit 5, updated formulary
 7   co-pay schedule, effective 8/1/15, three pages,
 8   marked for identification, as of this date.)
 9          Q.      So this is another version of the 2015
10   comprehensive formulary.  Although it says,
11   "Effective January 1, 2015," on the cover page, on
12   the second page, you'll see there is an effective
13   date of August 1st, 2015.  Do you see that?
14          A.      Yes.
15          Q.      And then I'm going to take you to the
16   co-pay chart that we were just looking at.  And now
17   in the August 1st, 2015 version of the chart, we have
18   another category, Topaz; is that the plan you were
19   just referring to?
20          A.      Yes.
21          Q.      Okay.  Is it unusual for a formulary to
22   be updated midyear?
23          A.      No.
24          Q.      What are the circumstances that would
25   lead to a formulary being updated with an effective
```

HIGHLY CONFIDENTIAL

Page 93

1   date in midyear?

2          A.     CMS requires a monthly submission of a

3   formulary for Medicare.  And --

4          Q.     Okay.

5          A.     -- they may make changes based on the

6   formulary reference file that CMS publishes monthly,

7   the plan reference.

8          Q.     Got it.  So it sounds like formularies

9   are routinely updated throughout the year based on

10  what CMS publishes.

11         A.     Correct.

12         Q.     Got it.  What about the addition of a

13  new plan middle of the year, is that unusual?

14         A.     That would -- well, that I -- that would

15  be unusual, yes.

16         Q.     Okay.

17         A.     But again, this was the year we were

18  sanctioned, so we couldn't sell Topaz right away

19  beginning in 2015.  It was a new plan to us.  So we

20  couldn't sell it until we were relieved of the

21  sanction.

22         Q.     Got it.  By August 1st, 2015, had the

23  sanction been lifted?

24         A.     Yes.

25         Q.     So -- understood.  Let's talk about how

HIGHLY CONFIDENTIAL

Page 94

1    the Topaz plan differs from the other plans.  It

2    looks like the Topaz plan has a deductible for brand

3    name drugs, is that right?

4            A.      That is correct.

5            Q.      And then it has zero dollar co-pays for

6    tier 1 drugs like all the other plans?

7            A.      At this point in time, yes.

8            Q.      It looks like its co-pays for some of

9    the other drugs are fairly similar to Ruby other than

10   tier 2 is a little higher, it's closer to Sapphire

11   for tier 2; is that right?

12           A.      Yes.

13           Q.      And actually as I look down the line, it

14   looks like it's identical to Sapphire all the way

15   down the row; is that right?

16           A.      It looks that way.

17           Q.      Okay.  Was Topaz designed as a

18   lower-cost alternative plan?

19           A.      Yes, it's a zero-dollar premium plan.

20           Q.      Got it.  So to whom is Topaz offered as

21   a zero-dollar premium plan?

22           A.      Medicare members.

23           Q.      Is there an income requirement or an

24   income limit?

25           A.      No.

HIGHLY CONFIDENTIAL

Page 95

1          Q.     The other three plans, Ruby, Sapphire

2    and Emerald, those all involve some level of premium?

3          A.     That's correct.

4          Q.     When a drug is removed from a

5    formulary -- we saw earlier for example there were

6    brand name drugs that were taken off the formulary --

7    when a drug is taken off the formulary, does coverage

8    on that drug halt immediately or is there a

9    transition period?

10                 MR. WHORTON:   Objection to form.  Vague.

11         A.     That process has somewhat changed over

12   time but generally speaking, the members are always

13   given a notice that that change is going to occur to

14   the formulary so that they have -- it was at least 60

15   days to work with their physician to choose an

16   alternative or submit a request to choose a new

17   coverage.

18         Q.     Okay.  What about when a drug is

19   recalled, does coverage halt on that drug?

20         A.     Yes, if a drug is result, we will pull

21   that for safety reasons from the formulary.

22         Q.     Okay.

23         A.     A drug may still be representative on

24   the formulary because the recall may not impact the

25   entire availability of the drug.

Page 96

1      Q.      Okay.  Got it.  So if a drug is recalled

2   in its entirety, then it's pulled from the formulary.

3   If it's not recalled in its entirety, it may stay on

4   the formulary?

5      A.      That's correct.

6      Q.      And is there a transition period when a

7   drug is recalled?

8              MR. WHORTON:  Objection.

9      A.      No.

10             MR. WHORTON:  Vague.

11     Q.      Okay.  I'm going to share my screen

12   again.

13             MR. OSTFELD:  For counsel on the line, I

14   will represent that the exhibit I'm about to show is

15   the one that's marked as Exhibit 6 in the

16   Exhibit Share, but I'm going to show it on my Excel

17   screen because Exhibit Share doesn't do real well

18   with native spreadsheets.

19   EXH          (Mrakovich Exhibit 6, formulary

20   Changes Excel spreadsheet 2015-2016

21   MSP-SUMMACARE-006239.XLSX, marked for identification,

22   as of this date.)

23     Q.      So Ms. Mrakovich, hopefully you have an

24   Excel screen in front of you and you are seeing what

25   I have marked for identification as Exhibit 6, a

HIGHLY CONFIDENTIAL

Page 97

1    spreadsheet?

2          A.    Yes.

3          Q.    Have you seen this spreadsheet before?

4          A.    Probably.

5          Q.    And the reason I'm showing you this is,

6    I want to get a better understanding of the process

7    when a drug is removed from the formulary.  So I want

8    to go through some of these columns first and make

9    sure that I understand them.

10               Column A is labeled, "Scenario," and the

11   most common scenario we see here is formulary in 2015

12   and NF in 2016.  Do you know what that means?

13         A.    Non-formulary, and NF stands for

14   non-formulary.

15         Q.    Okay.  So are these drugs or -- the

16   scenario, we were looking at a drug that was on the

17   formulary in 2015, and was pulled from the formulary

18   in 2016?

19         A.    That's correct.

20         Q.    Okay.  And then "expected result," it

21   says, "Approved in transition, denied for

22   non-formulary outside transition."  Can you explain

23   what that means?

24         A.    Yes.

25         Q.    Okay.

HIGHLY CONFIDENTIAL

Page 98

```
 1          A.     So --
 2          Q.     Sorry, sorry, go ahead.
 3          A.     This process -- this is testing that we
 4   do at the beginning of the year for formulary
 5   changes.  And for year-over-year changes, we do allow
 6   member transition.  And what that means is, we will
 7   allow them a fill within the first 90 days of the
 8   plan, we'll pay for a 30-day supply and we'll send a
 9   letter to the member and the provider to let them
10   know that we've only covered this as part of
11   transition, and you should work with your prescriber
12   to make sure that you switch to another drug or that
13   you request a prior offer, whatever is needed to
14   continue to take the drug.
15          Q.     Okay, got it.  And then "E-to-E
16   comments," first of all, what does "E to E comments"
17   mean?
18          A.     "E-to-E" is end-to-end testing.
19          Q.     Okay.
20          A.     And we're looking to identify if the
21   member is in transition or not in transition.
22          Q.     Okay.  Now, I want to understand.  You
23   said you tested these at the beginning of the year.
24   Are these real-life member scenarios that you're
25   testing or are these hypothetical scenarios?
```

HIGHLY CONFIDENTIAL

Page 99

1          A.     They are hypothetical but they are in

2     their -- this closely mirrors as close as possible

3     their live environment.

4          Q.     Okay.  So you're identifying actual

5     members who may be affected by the formulary change

6     and then you're running a hypothetical scenario of

7     what that would look like for them, is that correct?

8          A.     Yes.

9          Q.     Got it.  "HQ code," what is that?

10         A.     That's our headquarter code.  That is

11    how we define line of business with MedImpact.

12         Q.     Got it.  And SUM03, is that a code for a

13    particular type of plan?

14         A.     SUM03 is for Medicare.

15         Q.     Okay.  Then brand name, that seems

16    self-explanatory.  It looks like in 2016, for

17    example, Exforge came off of the formulary.

18         A.     Yes.

19         Q.     And Exforge, that's an ACE inhibitor?

20         A.     I'm trying -- I think that was an ACE

21    inhibitor section.  Was that -- yeah, I think it was.

22    I don't remember off the top of my head, ACE or ARB,

23    it's one of the two.

24         Q.     Okay.  What is "Claim ID"?

25         A.     Claim ID is the came ID and MedImpact

HIGHLY CONFIDENTIAL

Page 100

1    test system.

2         Q.    So is that a claim ID that is assigned

3    to a hypothetical claim or would these correlate to

4    actual claim IDs from, like, the previous year?

5         A.    This would be -- this should be a

6    hypothetical.

7         Q.    Got it.

8         A.    I mean, it's real in their test

9    environment but it's not linked to an actual claim

10   that's processed at a pharmacy in real life.

11        Q.    Okay, got it.  Does MedImpact, are these

12   the ones that run the spreadsheet?

13        A.    Yes.

14        Q.    So then there's a status code that is

15   either approved or denied.  And from a quick review,

16   it looks like approval or denial is largely tied to

17   the date of the hypothetical.  The January 1, 2016

18   are for the most part approved.  The February 1, 2016

19   are for the most part but not entirely denied.

20             Can you explain why that is?

21        A.    Did you say February?

22        Q.    I'm sorry, April 1, 2016.

23        A.    Okay.  Yes, so again, they are allowed

24   transition fill without an authorization placed for

25   the first 90 days of the plan.  So we expect for

HIGHLY CONFIDENTIAL

Page 101

1   those to pay in the first 90 days if it's a drug they

2   had been taking prior to this change.  If it's a drug

3   they haven't been taking prior to this change, it

4   would actually deny them in the first 90 days.  But

5   if for these members that had been taking it, if --

6   once you get past the 90 days, it will deny unless

7   they have received a formulary exception.

8           Q.      Okay.  And is the 90 days, is that the

9   standard transition period for all drugs that come

10  off the formulary?

11          A.      Yes.

12          Q.      When a drug comes off of the formulary,

13  but you're still in that transition period, from the

14  member's standpoint, does their co-pay change during

15  the transition?

16          A.      No.

17          Q.      In terms of the amount SummaCare pays

18  for the drug that has come off of formulary, is it

19  paying the same amount as it paid the previous year?

20          A.      As it relates to the difference between

21  the member co-pay?  I guess I need to correct that,

22  because -- um -- these drugs default to a specific

23  tier if they were not on the formulary.  So I'm not

24  sure what tier these were all in 2015.  If they were

25  all tier 4, and they were removed from formulary,

HIGHLY CONFIDENTIAL

Page 102

1    then they would still all process in tier 4 in this

2    transition.

3              If they were in tier 3 in the prior

4    year, and the drug came off, then it would default to

5    tier 4 as a non-formulary drug or brand.

6         Q.    Got it.

7         A.    So their co-pay may change from that

8    perspective year over year.

9         Q.    Okay.  So for example, Exforge, which is

10   row 5 here, and Exforge HCT, which is row 6, if we go

11   to column O we've got a co-pay amount, which is 5.13

12   for Exforge and 9.95 for Exforge HCT.  Based on that

13   co-pay amount, are you able to identify which tier

14   each product is in?

15        A.    No, because the problem with their

16   testing system is, I don't know if there's a total

17   drug cost on this somewhere.  You cannot count the --

18   the dollars that they put in these are not relevant.

19        Q.    These are not real dollars?

20        A.    There's no way 15.13 for a thirty-day

21   supply of Exforge is correct.

22        Q.    Fair enough.  And when I look over to

23   the right, I see that column Y does have a tier.

24   Would that tell us what tier the drug is in during

25   the transition period, or would that data not be

HIGHLY CONFIDENTIAL

Page 103

1    meaningful for a transition purpose?

2         A.     That would be what it is being paid on

3    this claim at this point in time during transition,

4    so, yeah.

5         Q.     Okay.  Understanding the numbers aren't

6    meaningful, I want to get a quick understanding of

7    what the other column headers mean.  So column P,

8    D-e-d amount, what is that?

9         A.     Deductible amount.

10        Q.     Okay.  Column Q, O-O-P amount?

11        A.     That is the out-of-pocket amount, and it

12   applies to pharmacy only.

13        Q.     Okay.  Help me understand what that

14   means as it applies to pharmacy only.

15        A.     So on Medicare, the Part D out-of-pocket

16   is tracked separately than a Part B or medical

17   benefit out-of-pocket.

18        Q.     What is "Applied TDS"?

19        A.     Applied to total drug spend.

20        Q.     Okay.  So that identifies how much is

21   applied to the member's total drug spend?

22        A.     Yes.

23        Q.     Okay.  What is applied T-R-O-O-P,

24   "Applied troop"?

25        A.     Applies to -- I often have to look these

Case 1:19-md-02875-RBK-SAK  Document 2206-1  Filed 12/16/22  Page 105 of 196 PageID: 75850

HIGHLY CONFIDENTIAL

Page 104

1  up, I'll admit to you, Medicare terminology, to keep
2  them all straight.  One is the TROOP and one is Total
3  Drug Spend, and they help track them towards their
4  coverage gap level and their catastrophic levels.
5      Q.    Okay, got it.  And we'll talk a little
6  bit more about those latter.  What about TDT amount
7  and TROOP amount?
8      A.    I don't remember from the testing
9  purposes how those would vary from the applied vs.
10  what they have there.
11      Q.    Okay.  Just a few other categories that
12  I was interested in.  Price code AD, what is that?
13      A.    That tells you the price, the source of
14  the pricing.  If it was AWP or a MAC pricing.
15      Q.    Okay.  "Used price," what is that?
16      A.    It -- I'm not certain.
17      Q.    Okay.  "Discount PCT," discount percent,
18  and "column aging"?
19      A.    That would be the discount applied to
20  the price code.
21      Q.    And then the ingredient costs?
22      A.    That I'm not certain without doing the
23  math.  Should be the calculation of the one times the
24  other.  I'm not certain.  Again, I don't use these
25  testing scenarios to validate pricing.  I use them to

HIGHLY CONFIDENTIAL

Page 105

```
 1    validate formulary administration.
 2         Q.    Okay.  If the ingredient cost is equal
 3    to the co-pay amount, which appears to be the case
 4    for Exforge, does that tell you anything meaningful
 5    about it?
 6         A.    It tells me that the cost of the drugs
 7    in this made-up scenario was less than the member's
 8    co-pay, so they paid the full price.
 9         Q.    Got it.  So the last thing that I want
10    to understand before we move off of the formularies
11    topic is what happened with SummaCare's formularies
12    when the Valsartan recall occurred.  So I will share
13    screen.  And I am showing you what has been marked
14    for identification as Exhibit 7.
15    EXH            (Mrakovich Exhibit 7, side-by-side July
16    October November 2018 formularies.pdf, three pages,
17    marked for identification, as of this date.)
18         Q.    Now, we've done another simplifying
19    exercise here.  So this was not a document you're
20    going to have seen before.  I will represent to you
21    that what we did was extract from the July, October
22    and November 2018 versions of SummaCare's formularies
23    the entries for Diovan, Irbesartan, Losartan,
24    Valsartan, and several other ARBs for each month.
25    And I'm going to ask you to assume for purposes of
```

HIGHLY CONFIDENTIAL

Page 106

1    these questions that we have accurately excerpted the
2    formularies.
3              You can rely on what I put in here and
4    we're at risk if we got it wrong, okay?
5        A.    Okay.
6        Q.    Now, what we did is, we highlighted the
7    changes that we saw across this time period.  So for
8    example, you'll note in July 2018, there's no Diovan;
9    and in October of 2018, we highlighted the inclusion
10   of Diovan, and by November 2018, that's no longer
11   highlighted because that's no longer a change.  Does
12   that make sense to you?
13       A.    Yes.
14       Q.    Okay.  So one change that we noted is
15   the one I just pointed out, that Diovan went from
16   being unlisted in July 2018 to being listed as a tier
17   4 step therapy drug in October and November 2018.  Do
18   you see that?
19       A.    Yes.
20       Q.    Do you know who made this change to the
21   formularies?
22       A.    This is still the Medicare formulary?
23       Q.    Yes.
24       A.    That would have been MedImpact.
25       Q.    Okay.  And to your knowledge, was this

HIGHLY CONFIDENTIAL

Page 107

1    change made in response to the Valsartan recall?

2         A.    Yes.

3         Q.    Do you know what alternatives were

4    needed to satisfy the step therapy requirement for

5    Diovan?

6         A.    Not off the top of my head.

7         Q.    Okay.  Do you know if they were other

8    ARBs or if they were ACE inhibitors or both?

9         A.    I do not know.

10        Q.    With a step therapy situation, is there

11   usually one specific alternative offered or could

12   there be multiple alternatives and they have to try

13   at least one of those before they can step up to the

14   step-restricted drug?

15              MR. WHORTON:  Object to form, vague.

16        A.    Usually it does list alternatives,

17   multiple alternatives.  Rarely, unless it's for a

18   clinical reason, would you only be looking for one.

19   So generally, on a brand, you'd be looking at any of

20   the generics available to treat the same condition.

21        Q.    Okay.  And if there were multiple

22   alternatives, do all of the alternatives have to be

23   tried to satisfy the step therapy requirement or is

24   it just one of the alternatives?

25        A.    It depends on the therapy requirement.

HIGHLY CONFIDENTIAL

```
 1   Some require one, some require two, and there may be
 2   other variations of that.
 3        Q.    Okay.  Another change that occurred in
 4   October 2018, Valsartan oral tablet 160 milligram,
 5   320 milligram, 40 milligram, and 80 milligram, came
 6   all into the formulary and the previous generic
 7   version stayed on the formulary.
 8             Do you know why the Valsartan oral
 9   tablet without HCT was added to the formulary?
10        A.    I do not.
11        Q.    And then it looks like all of the
12   generic versions of Valsartan came off the formulary
13   in November 2018; do you know why that occurred?
14        A.    Not exactly, no.
15        Q.    Okay.  And then we have a list of other
16   generic and brand drugs which I think are all ARBs,
17   although it's possible some may be ACE inhibitors,
18   were added in November 2018.  Do you know why those
19   were added?
20        A.    I do not.
21        Q.    These changes all would have come from
22   MedImpact?
23        A.    That's correct.
24        Q.    To your knowledge, were all of these
25   changes in response to the Valsartan recall?
```

Page 109

1          A.      I do not know.

2          Q.      Okay.  Is MedImpact your Pharmacy

3   Benefits Manager for your non-Medicare plans as well?

4          A.      Yes.

5          Q.      Do you know if they made the same

6   changes across the board to their non-Medicare

7   formularies at the same time they were making these

8   changes to the Medicare formulary?

9          A.      We manage custom formularies on the

10  commercial side still.

11         Q.      Got it.  Do you have knowledge of what

12  changes you made on the commercial side to your

13  formularies in response for the Valsartan recall?

14         A.      Not off the top of my head.  But I can

15  tell you those are more open, especially during that

16  time frame, so we probably were still covering the

17  brand and generics of all the products in some degree

18  on those formularies, so it didn't require same

19  amount of manipulation.

20         Q.      Got it.  It was just a matter of

21  switching to other drugs that were already on the

22  formulary.

23         A.      Yes.

24         Q.      Okay.  Does SummaCare have one Pharmacy

25  and Therapeutic Committee for all of its plans and

HIGHLY CONFIDENTIAL

Page 110

1    formularies, or does it have separate committees for

2    each formulary?

3           A.    One committee.

4           Q.    The four plan names we looked at

5    earlier, Topaz, Ruby, Sapphire and Emerald, you've

6    already talked about when Topaz came into existence.

7    How long has SummaCare been using the terms Ruby,

8    Sapphire and Emerald for its other Medicare plans?

9           A.    I do not know for sure.  That's what

10   it's been since I've been here, but I understand they

11   were different prior.

12          Q.    Okay.  Do you know what the terms were

13   before you arrived?

14          A.    I think -- I don't know for certain.

15          Q.    Okay.  Aside from the different co-pay

16   amounts and for Topaz, the existence of the

17   deductible requirement, are there other significant

18   differences between the prescription drug benefits

19   across those four plans, Topaz, Ruby, Sapphire and

20   Emerald?

21          A.    No.

22          Q.    In the time that you have been at

23   SummaCare, has it offered any other plans going by

24   names other than Topaz, Ruby, Sapphire and Emerald?

25          A.    Yes.

HIGHLY CONFIDENTIAL

Page 111

1          Q.     Okay.  What other plans has SummaCare

2     offered?

3          A.     We also offer, but it's part B only, how

4     I say it, it's -- they're called Amber plans.

5          Q.     Okay.

6          A.     And we also added Garnet plans.

7          Q.     Amber and Garnet.  Okay.  So is Garnet

8     also a Part B only?

9          A.     Garnet is Medicare Advantage, both Part

10    B and Part D.

11         Q.     Okay.  So if Amber is Part B only, is

12    there a prescription drug benefit as part of the

13    Amber plan?

14         A.     No.

15         Q.     For Garnet, how does its prescription

16    drug plan differ from the other four plans that we

17    looked at, if at all?

18         A.     I can't tell you off the top of my head.

19    It's just -- it came in at a different premium level

20    and there may be some variations in co-pays.  But

21    other than that, all the benefits are the same.

22         Q.     Do you know, is there a deductible with

23    the Garnet --

24         A.     There is not.

25         Q.     -- prescription plans?

HIGHLY CONFIDENTIAL

Page 112

1          A.      There is none.

2          Q.      Okay.  Earlier we talked about

3    employer-sponsored Medicare Advantage plans that are

4    a relatively small piece of the business.  Do those

5    also use the terms Topaz, Ruby, Sapphire, Emerald,

6    Garnet, to describe those plans?

7          A.      Not -- no.

8          Q.      To your knowledge, do any of the

9    employer-sponsored Medicare Advantage plans have a

10   deductible for prescription drugs?

11         A.      No.

12         Q.      Do the co-pays for the

13   employer-sponsored Medicare Advantage plan differ

14   from plan to plan or is there a kind of a universal

15   co-pay structure for the employer plans?

16         A.      Some of the employer plans near our --

17   some of our individual plans, and others have made up

18   their own co-pay structure.

19         Q.      So the co-pay structure is negotiated

20   separately for each employer-sponsored Medicare

21   Advantage plan?

22         A.      Yes.

23         Q.      Other than the Topaz plan, are you aware

24   of any other SummaCare Medicare plan that has a

25   deductible for prescription drugs?

HIGHLY CONFIDENTIAL

Page 113

1         A.      That is the only one.

2         Q.      Do any of the Medicare plans have a

3    coinsurance structure rather than a co-pay structure

4    for prescription drug benefits?

5         A.      None of the individual ones have

6    coinsurance.

7         Q.      Do you know if any of the employer ones

8    do?

9         A.      Off the top of my head, I don't recall

10   if there are or not.

11        Q.      Okay.  On the commercial plan side, does

12   SummaCare have deductibles for prescription drug

13   benefits for some of its commercial plans?

14        A.      Yes.

15        Q.      And does the co-pay structure differ

16   from plan to plan on the commercial side or are there

17   uniform co-pay structures?

18        A.      There are differences.

19        Q.      Do you have a sense of what the range of

20   premiums are across the Medicare plans today?

21        A.      I have a sense, yes.

22        Q.      You've said that the Topaz plan is a

23   zero plan.  So on the low end of the range it's zero.

24   What's the high end of the range of premium for a

25   SummaCare Medicare plan?

HIGHLY CONFIDENTIAL

Page 114

1        A.      I know Emerald is our most expensive

2    plan, and that's upper one hundreds, low two

3    hundreds.  I don't remember where that ended up.

4        Q.      When you say upper 100s, low 200s,

5    that's the monthly premium in that?

6        A.      Yes.

7        Q.      Okay.  Is the concept of out-of-pocket

8    maximum, is that something that applies to Medicare

9    plans at all?

10        A.      On the Part B medical benefits side,

11    yes.  Not on Part D side.

12               (A pause in the proceedings.)

13               THE WITNESS:  I know.  I don't know why

14    CMS did that, right?  It's on the part B as in Boy,

15    medical benefits.  The maximum amount would apply.

16        Q.      In the time you have been at SummaCare,

17    have any of the Medicare plans had a formulary that

18    differs from the comprehensive formulary provided by

19    MedImpact?

20        A.      Could you say that again?

21        Q.      Sure, I can probably simplify it.  In

22    the time that you've been at SummaCare, have all of

23    the Medicare plans been on the same formulary?

24        A.      Yes.

25        Q.      And that formulary is the one that

HIGHLY CONFIDENTIAL

Page 115

1   SummaCare selects from the options provided by

2   MedImpact?

3           A.    Yes.

4           Q.    In terms of the total cost of a

5   prescription drug reimbursed under a Medicare plan,

6   is that -- and I'm talking about the combined cost by

7   both the member and SummaCare -- is that cost the

8   same regardless of which plan is used?

9           A.    I would say yes.

10          Q.    The breakdown of the cost can vary

11  depending on which plan, because the co-pay amount

12  varies, is that fair?

13          A.    Yes.

14          Q.    So under a higher-cost plan, the member

15  pays a lower co-pay, and SummaCare picks up more of

16  the cost, and vice-versa for a lower-cost plan?

17          A.    Generally speaking.

18          Q.    Okay.  But for tier 1, zero dollar

19  co-pay for all of the plans.

20          A.    Except for what we looked at there.

21  There were some plans that had two dollars.

22          Q.    Okay, right.  Does SummaCare support

23  mail order pharmacy benefits through its plans?

24          A.    Yes.

25          Q.    Are there incentives for mail order

HIGHLY CONFIDENTIAL

Page 116

1    pharmacies?

2         A.    I guess it may be important to note that

3    mail order and 90-day retail are the same, so we're

4    not incentivizing mail order over retail.  That

5    changed over time.  It used to be you could get a

6    90-day supply of tier 2 and tier 3 drugs at a better

7    rate at mail than retail 90, but we've since made it

8    such that it's the same no matter where.

9         Q.    Okay.  We've kind of talked around a

10   little bit the difference in coverage phases for

11   Medicare prescription drug coverage, and I'd like to

12   spend a little bit of time going through those phases

13   and getting a better understanding of what they are

14   and how they impact the coverage under the different

15   plans, okay?

16              So as I understand it, there are

17   different phases of Medicare prescription drug

18   coverage and the amounts paid by the member and

19   potentially by the plan differ, depending on which

20   phase of coverage you're in, is that a fair

21   characterization?

22        A.    Yes.

23        Q.    Okay.  And as I understand it, the first

24   phase is generally referred to as the annual

25   deductible phase, is that right?

HIGHLY CONFIDENTIAL

Page 117

1      A.      That's correct.

2      Q.      All right.  And as I understand it, that

3  phase is applicable to the extent that there is a

4  deductible and, during that phase, the member pays

5  the cost until the deductible is satisfied; is that

6  correct?

7      A.      At a specific tier level as specified,

8  yes.

9      Q.      Okay.  So for most of SummaCare's

10  Medicare plans, there is no annual deductible phase

11  because for most of your plans, there is not a

12  deductible applicable to prescription drugs, right?

13      A.      Correct.

14      Q.      Okay.  And the one exception would be

15  Topaz, which does have a deductible for brand drugs,

16  is that right?

17      A.      Tier 3 and 4 drugs.

18      Q.      Okay, tier 3 and 4, fair.  So the Topaz

19  member has an annual deductible phase for tier 3 and

20  4 drugs until they have satisfied their deductible?

21      A.      That's correct.

22      Q.      Okay.  And in that phase, for those plan

23  members, SummaCare doesn't pay the costs of the

24  prescription drugs until the deductible is satisfied?

25      A.      That's correct.

HIGHLY CONFIDENTIAL

Page 118

1       Q.      So then the next phase, as I understand
2   it, usually referred to as the initial coverage
3   period, is that how you've heard it referred?
4       A.      Yes.
5       Q.      And in that phase the, as I understand
6   it, the patient is responsible for the co-pay if
7   there is a co-pay, and then SummaCare picks up the
8   remaining cost of the prescription drug, is that
9   right?
10      A.      Yes.
11      Q.      And I think as you mentioned earlier,
12  that's similar to how it works with a commercial
13  fully-insured plan.  SummaCare is basically picking
14  up the rest of the tab after the co-pay; is that
15  right?
16      A.      Yes.
17      Q.      Okay.  Is there a fixed dollar amount or
18  a fixed range after which the initial coverage period
19  ends?
20      A.      Yes.
21      Q.      And has that not changed over time?
22      A.      It changes every year.  That's
23  established by Medicare.
24      Q.      Okay.  Do you know what the current
25  number is?

HIGHLY CONFIDENTIAL

Page 119

1        A.      It's in the four-thousand-some range.

2        Q.      And are you able to approximate how much

3    that number changes each year, either on a number or

4    a percentage basis?

5        A.      Generally less than a hundred dollars.

6    But it could be over a hundred.  I don't -- you know,

7    it's -- it does change each year.  Not by thousands,

8    but hundred or couple of hundred maybe.

9        Q.      Okay.  And that's specifically the

10   number for prescription drug coverage.  Once you've

11   exceeded that number for prescription drug coverage,

12   you move into the next phase?

13       A.      Yes.

14       Q.      So when a member has filled more than

15   approximately four thousand dollars' worth of

16   prescription drugs in a given year, they move out of

17   the initial coverage period, is that right?

18       A.      Correct.

19       Q.      And then as I understand it, the next

20   phase is known as the coverage gap phase or sometimes

21   the donut hole phase, is that right?

22       A.      Yes.

23       Q.      For this one, I think I'd like you to

24   just explain to me what happens to the prescription

25   drug coverage in the coverage gap phase.

HIGHLY CONFIDENTIAL

Page 120

1      A.     Well, and that changed significantly

2  over this whole time frame we're referring to as

3  well.

4            But in the coverage gap phase, what

5  happens is, the member goes to a coinsurance, which

6  has changed over the years.  They would pay, for a

7  generic drug, they would pay 25 percent of the cost

8  of the generic drug and SummaCare would pay the rest.

9  And for a brand drug, the member would pay 25 percent

10  of the cost of the drug, SummaCare would pay five

11  percent, that's how it's broken down, and then the

12  manufacturer pays 70 percent for brand name drugs.

13            So for generic drugs, member pays a

14  percentage and SummaCare pays the balance.

15      Q.     Okay.  So instead of the co-pay

16  structure, that goes away and then now we're in a

17  coinsurance structure.

18      A.     Correct.

19      Q.     And you say today, the coinsurance

20  structure is 25 percent member, 75 percent insurer?

21      A.     Yes.

22      Q.     You say that's changed over time.  Can

23  you explain how it's changed?

24      A.     That percentage has changed as Medicare

25  has worked to, what they call close the gap.  It used

HIGHLY CONFIDENTIAL

Page 121

```
 1    to be a higher member percentage and each year
 2    they've ratcheted it down.  The last couple of years
 3    have been consistent with 25.
 4          Q.    Okay.  So, you know, here we're going
 5    all the way back to 2012.  Do you know approximately
 6    what the percentage was on the member side in 2012?
 7          A.    I do not recall.
 8          Q.    Putting aside specific years when the
 9    member percentage was higher, do you know
10    approximately what the highest member percentage was
11    before Medicare started closing the gap?
12          A.    I can't, to be honest, I can't even
13    remember how high it ended up going.
14          Q.    Okay.  How about in the time you've been
15    with SummaCare, how much has the coinsurance changed
16    in the gap coverage in the time you've been with
17    SummaCare?
18          A.    I remember it being at 35 percent at one
19    point, and it may have been even higher than that
20    before that.
21          Q.    Okay.  And then it's just sort of
22    stepped down each year over time?
23          A.    Not -- yeah, until a point they
24    considered the gap closed now, so it's not looking to
25    adjust as far as I know from here.
```

HIGHLY CONFIDENTIAL

Page 122

1          Q.     Okay.  When we were looking at the

2    formularies earlier in the restrictions and

3    requirements codes, there was a GC code, a gap

4    coverage code.  What happened for drugs that have the

5    GC designation during the coverage gap period?

6          A.     Well, for drugs with a GC, that means

7    that we will cover them at that initial coverage

8    phase level through the gap phase.

9          Q.     Okay.  So for a GC drug, the member

10   continues to just pay their normal co-pay for that

11   drug.

12         A.     That's correct.

13         Q.     Okay.  They don't move into the coverage

14   gap mode of coinsurance?

15         A.     They do for drugs and they do from their

16   benefit perspective, but for that particular drug and

17   claim, it will just take the co-pay.

18         Q.     Got it.  Is there a fixed dollar amount

19   or dollar level at which the coverage gap period ends

20   and you move into the next phase of coverage?

21         A.     Yes.

22         Q.     Do you know approximately what that

23   level is now?

24         A.     It's in the seven -- low $7,000 range.

25         Q.     Okay.  And has that number changed over

HIGHLY CONFIDENTIAL

Page 123

1    time?

2            A.      Yes.

3            Q.      Are you able to approximate about how

4    much that number changes each year?

5            A.      Not exactly.  Probably close to similar

6    ratios, but I can't say for sure.

7            Q.      In your experience, has it tended to

8    move up at approximately the same percentage each

9    year as the level that initiates the coverage gap

10   period?

11           A.      Yes, I would -- I would say.

12           Q.      Okay.  Do you know if they are tied to

13   the same benchmark or the same index?

14           A.      I have no idea.

15           Q.      You don't know what index or benchmark

16   is used to adjust those numbers each year?

17           A.      I do not.

18           Q.      Okay.

19           A.      Probably in the hundred-page CMS call

20   letter summary.

21           Q.      Fair enough.  Do tiers matter during the

22   coverage gap period?

23                   MR. WHORTON:  Objection to form.

24           A.      Only from the standpoint that the

25   coverage gap level coverage is defined in five tiers.

HIGHLY CONFIDENTIAL

Page 124

1        Q.      Okay.  I see.  So you mentioned earlier

2    that it differs for a brand drug vs. the generic

3    drug.  So tier placement impacts how the coinsurance

4    works in the coverage gap period?

5        A.      Well, that's based on a brand or a

6    generic drug.  But we apply -- when you submit to

7    CMS, you say we define it at a tier level, this is

8    the tier we'll cover through the gap discount.  We're

9    not fussing what drug we cover.  We're just fussing

10   at a tier level.  We thought -- we selected a tier

11   level what drugs will have coverage through the gap,

12   so we applied coverage gap to tier 1.

13       Q.      Okay.  I see.  Let me make sure that I

14   understand.  So we talked earlier about the drugs

15   that have the GC code.  Do you apply the GC code to

16   all drugs in a particular tier?

17       A.      Yes.

18       Q.      Got it.  So all tier 1 drugs are also GC

19   drugs.

20       A.      Yes.

21       Q.      Got it.  Do you know approximately what

22   percentage of SummaCare members in the Medicare plans

23   reach the coverage gap phase each year?

24       A.      I don't have that number off the top of

25   my head.

HIGHLY CONFIDENTIAL

Page 125

1          Q.     Okay.  Are you able to approximate a

2     range of what percentage of SummaCare members reach

3     the coverage gap phase each year?

4          A.     I don't feel comfortable doing that off

5     the top of my head.  I have resources for that, but I

6     didn't look at these numbers recently.

7          Q.     Is that something that is contained in

8     SummaCare's public reporting to CMS?

9          A.     I'm not sure.

10          Q.     If you were trying to find the number of

11     what percentage of SummaCare members reached the

12     coverage gap phase each year, is there a particular

13     report or document that you would go to to find that

14     information?

15          A.     Yes.

16          Q.     What report or document would you go to?

17          A.     I could run some reports out of the

18     MedImpact system and there probably, our financing

19     tracks that as well.

20          Q.     Got it.  Okay, so that takes us to the

21     fourth, and as far as I know the final phase, which

22     is generally referred to as catastrophic coverage, is

23     that right?

24          A.     Yes.

25          Q.     And that's triggered above that

HIGHLY CONFIDENTIAL

Page 126

1    threshold you mentioned before, the seven thousand or

2    so dollars, is that right?

3         A.    Yes.

4         Q.    Okay.  So during the catastrophic

5    coverage phase, what happened to the prescription

6    drug benefit, how does it change?

7         A.    It goes to a five percent -- it's the

8    greater of five percent for a dollar amount

9    established for generics, and a dollar amount

10   established for brands.

11        Q.    Okay.  So the members' share go down

12   when they enter the catastrophic coverage phase?

13        A.    Yes.

14        Q.    And then in terms of the costs, the

15   remainder of the costs and who picks those up, does

16   that differ for generic and brand drugs?

17        A.    I believe that all goes to the plan.  I

18   don't -- I'm not recalling if the manufacturer pays

19   anything in the catastrophic phase.

20        Q.    Okay.  So -- okay.  So five percent or

21   so is to the member and then the remainder to the

22   plan?

23        A.    Yes.

24        Q.    Does the plan, does SummaCare get any

25   additional money from the government from CMS to

Page 127

1    cover members that enter the catastrophic coverage

2    phase, or is it the same amount regardless?

3            A.    As part of the bid process, you estimate

4    what you believe will go -- how many members you

5    believe will go into catastrophic, so they build that

6    into that monthly payment, expecting you to get to a

7    certain level of catastrophic membership.

8            Q.    So that number is baked into the monthly

9    payment?

10           A.    Yes.

11           Q.    Can those monthly payments change during

12   a bid period based on if you have, for example, a lot

13   more customers, a lot more members who go into

14   catastrophic coverage, can you get an adjustment from

15   Medicare for that?

16           A.    My understanding is that they -- you get

17   the same monthly payment throughout the year based on

18   your bid and that would be trued up later.

19           Q.    So there's a true-up process to deal

20   with that?

21           A.    And I'm using the term "true-up."  I

22   don't know the official term.  But yes.

23           Q.    So if -- for the Medicare plans, if

24   costs dramatically exceed the bid assumptions due to

25   circumstances beyond SummaCare's control, there's a

HIGHLY CONFIDENTIAL

Page 128

1    way to true up those payments and get more money from

2    CMS?

3              A.    I do believe so.

4              Q.    Are you able to approximate what

5    percentage of SummaCare members reach the

6    catastrophic coverage phase each year?

7              A.    No, that's -- with the gap, I don't

8    recall.

9              Q.    If you wanted to get that information,

10   would you go to the same MedImpact reports you

11   referenced earlier or would there be a different

12   report you would go to for that?

13             A.    I'd have to look for sure.  I'm not sure

14   if it's all captured on one or if it would be two

15   different reports.

16             Q.    Okay.  Do you know what the names of

17   those reports are?  Is there a reference you use to

18   describe those reports?

19             A.    No, I don't know the name.  I just look

20   through the whole list of reports they have

21   available.

22             Q.    Got it.  Is it your understanding that a

23   low-income Medicare enrollee can receive extra help

24   from the government?

25             A.    Yes.

HIGHLY CONFIDENTIAL

Page 129

1          Q.      To help pay for plan premiums,

2   deductibles and co-pays?

3          A.      Yes.

4          Q.      How does that work?

5          A.      The member would have to submit to CMS,

6   or maybe through Social Security, their income level

7   and they can fall into four different categories

8   where they may have to pay zero dollars for their

9   premium, deductibles and co-pay, or they maybe go

10  into a different level where they have an established

11  lower co-pay for generics and a separate established

12  co-pay for brands.

13          And then there's the highest level.  The

14  least amount of help gives them 15 percent

15  coinsurance for the plan benefit, if that's better,

16  around 15 percent for the plan benefits.

17          Q.      And is there a formal application

18  process for that extra help?

19          A.      Yes.  That would be my understanding.

20          Q.      Okay.  Is the application made through

21  SummaCare or is it made directly with the government?

22          A.      I believe it's made with the government.

23  We do not make that determination.

24          Q.      Does SummaCare or its Pharmacy Benefits

25  Manager play any role in administering the extra help

HIGHLY CONFIDENTIAL

Page 130

1    when it's given?

2         A.    When it's approved, then our eligibility

3    system is updated and we cede that over to MedImpact

4    so they know how to adjudicate the claim.

5         Q.    So it impacts other claims that are

6    adjudicated by MedImpact?

7         A.    Yes.

8         Q.    Does it impact the costs that are paid

9    by SummaCare for a given prescription?

10         A.    Only from a standpoint that if the

11    member is paying less, we pay the differential.

12         Q.    Got it.  So the extra help doesn't mean

13    the government gives SummaCare a little extra money

14    to pay for those drugs, it's just they tell you

15    you're operating under a different co-pay structure

16    for those members?

17         A.    I know the bid as a -- accounts for

18    catastrophic also accounts for what your expected

19    LICS coverage is, so Low Income Subsidy.

20         Q.    And was that L-I-T or L-I-S?

21         A.    L-I-C, and then S.  Yes, I've seen it

22    changed.

23         Q.    Okay.  Does SummaCare require members to

24    use network pharmacies, to use their prescription

25    drug benefit under the Medicare plans?

HIGHLY CONFIDENTIAL

Page 131

1          A.     Yes, they should go to the network

2   pharmacy.

3          Q.     Okay.  And who determines the network

4   pharmacies?

5          A.     We use the MedImpact network.

6          Q.     Do you have any insights or transparency

7   into how MedImpact selects pharmacies for its

8   network?

9          A.     I don't think so.

10         Q.     To your knowledge, do the network

11  pharmacies vary from year to year?

12         A.     Slightly.

13         Q.     Does SummaCare provide any coverage for

14  prescriptions that are filled outside of the network?

15         A.     Yes.

16         Q.     Okay.  And how does that work?

17         A.     They would submit a direct member

18  reimbursement and then they would be reimbursed the

19  difference -- they would be reimbursed based on what

20  our contracted rate at a network pharmacy would be.

21         Q.     I see.

22         A.     That's their co-pay.

23         Q.     So if a member fills at an

24  out-of-network pharmacy, they basically pay for the

25  prescription and then they get a reimbursement that

HIGHLY CONFIDENTIAL

Page 132

1    would be equivalent to what you would have paid to a

2    network pharmacy.

3              A.    Yes.

4              Q.    Got it.  And in that sense, the member

5    is responsible for the difference between that and

6    the cost of their prescription?

7              A.    Yes.

8              Q.    Okay.

9                    MR. OSTFELD:  I'm about to enter into a

10   new phase of the deposition.  The exhibit that I'm

11   going to load is a big one, it's going to take a long

12   time to load.  And it's also 12:37 on your end.

13                   So it seems like it might be a good time

14   for our lunch break but if anybody wants to take a

15   shorter break and then come back and go for a while

16   before lunch, I'm fine with that as well.

17                   VIDEOGRAPHER:  The time is 12:38 p.m.

18   This concludes media 3.

19                   (Luncheon recess:   12:38 p.m.)

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 133

1                  A F T E R N O O N   S E S S I O N

2                         (1:32 p.m.)

3    T I F F A N I E    M R A K O V I C H ,   having

4              been previously sworn, resumed the stand and

5              testified further as follows:

6                    VIDEOGRAPHER:  The time is 1:32 p.m.

7    This begins media unit 4.

8                    MR. OSTFELD:  All right, before I resume

9    my questions, I had a call with Mr. Whorton while we

10   were on our break, and I understand that the witness

11   has a scheduling conflict at 3 o'clock Eastern Time.

12   So he offered tomorrow to finish the deposition.

13   Unfortunately, I have basically no holes in my

14   calendar tomorrow.

15                    So what we've agreed to do is get as far

16   as we can in the next hour-and-a-half, and then we'll

17   just find a time that works for folks and finish up

18   whatever we're not able to do today on a later date.

19                    Charlie, does that accurately reflect

20   what we discussed?

21                    MR. WHORTON:  It does, thanks, Greg.

22                    MR. OSTFELD:  Okay.

23   EXAMINATION (Cont'd.)

24   BY MR. OSTFELD:

25          Q.    All right, so Ms. Mrakovich, in your

HIGHLY CONFIDENTIAL

Page 134

```
 1    role at SummaCare, are you involved in negotiation of

 2    SummaCare's agreements with its Pharmacy Benefits

 3    Manager?

 4         A.    Yes.

 5         Q.    Has that been true for as long as you've

 6    been the Director of Pharmacy?

 7         A.    Yes.

 8         Q.    Okay.  What is your role in that

 9    process?

10         A.    We actually hire a third-party vendor to

11    assist us in reviewing the contracts and, you know,

12    if we go to RFP, evaluating all the vendors and

13    having a feel for where the market's going to make

14    sure that we get a fair price in the market.

15         Q.    Okay.  So, and I apologize, it may be on

16    my end, but your voice sounds a little softer to me

17    than it did before the break.  I don't know if you're

18    further from the phone but if there's anything we can

19    do on your end?

20         A.    Is that any better?

21         Q.    I think that's a little better, yeah.

22         A.    Okay.

23         Q.    Okay.  So I am going to share screen and

24    I will show you what has been marked for

25    identification as Exhibit 8.
```

HIGHLY CONFIDENTIAL

Page 135

1          For the record, this is a document

2     entitled, "Service Agreement between SummaCare, Inc.,

3     and MedImpact Healthcare Systems, Inc."  I believe

4     this one is from October 2011, with 2016 through 2018

5     amendments.

6     EXH          (Mrakovich Exhibit 8, PBM Agreement with

7     MedImpact, 225 pages, Bates numbered

8     MSP-SUMMACARE-005978 through 006202, marked for

9     identification, as of this date.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 136



HIGHLY CONFIDENTIAL

Page 137



HIGHLY CONFIDENTIAL

Page 138



HIGHLY CONFIDENTIAL

Page 139



HIGHLY CONFIDENTIAL

Page 140



HIGHLY CONFIDENTIAL

Page 141



HIGHLY CONFIDENTIAL

Page 142



HIGHLY CONFIDENTIAL

Page 143



HIGHLY CONFIDENTIAL

Page 144



HIGHLY CONFIDENTIAL

Page 145



HIGHLY CONFIDENTIAL

Page 146



HIGHLY CONFIDENTIAL

Page 147



HIGHLY CONFIDENTIAL

Page 148



HIGHLY CONFIDENTIAL

Page 149



HIGHLY CONFIDENTIAL

Page 150



HIGHLY CONFIDENTIAL

Page 151





HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

Page 153



18        Q.     I'd like to next show you what has been

19   marked for identification as Exhibit 9.

20   EXH          (Mrakovich Exhibit 9, e-mail chain Bates

21   numbered MSP-SUMMACARE-2670 through 2672, marked for

22   identification, as of this date.)

23

24

25

HIGHLY CONFIDENTIAL

Page 154



HIGHLY CONFIDENTIAL

Page 155



HIGHLY CONFIDENTIAL

Page 156



        Q.      I am going to show you what has been

marked for identification as Exhibit 10.   It bears

Bates numbers MSP-SUMMACARE-2358 through 2359.

EXH             (Mrakovich Exhibit 10, MedImpact recall

letter 7/18/18, Bates numbered MSP-SUMMACARE-002358

and 2359, marked for identification, as of this

date.)

HIGHLY CONFIDENTIAL

Page 157



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Page 159



HIGHLY CONFIDENTIAL

Page 160



HIGHLY CONFIDENTIAL

Page 161



HIGHLY CONFIDENTIAL

Page 162



HIGHLY CONFIDENTIAL

Page 163



22        Q.    All right.  I'm now going to show you

23   what's been marked for identification as Exhibit 11.

24   EXH           (Mrakovich Exhibit 11, MedImpact member

25   letter dated 7/18/18, with cover e-mail, Bates

HIGHLY CONFIDENTIAL

Page 164

1    numbered MSP-SUMMACARE-003035 through 3041, marked

2    for identification, as of this date.)

HIGHLY CONFIDENTIAL

Page 165



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 166



HIGHLY CONFIDENTIAL

Page 167



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24          MR. OSTFELD:   Sorry, this next one is
25     taking a moment to load.

HIGHLY CONFIDENTIAL

Page 168

1              (A pause in the proceedings.)

2     EXH          (Mrakovich Exhibit 12, MedImpact Camber

3     recall letter with cover e-mail chain, Bates numbered

4     MSP-SUMMACARE-002836 through 2839, marked for

5     identification, as of this date.)

HIGHLY CONFIDENTIAL

Page 169



HIGHLY CONFIDENTIAL

Page 170



HIGHLY CONFIDENTIAL

Page 171



```
13        Q.      I'm now showing you what has been marked
14   for identification as Exhibit 13.
15   EXH           (Mrakovich Exhibit 13, MedImpact Torrent
16   recall letter with cover e-mail chain, Bates numbered
17   MSP-SUMMACARE-2823 through 2826, marked for
18   identification, as of this date.)
```

HIGHLY CONFIDENTIAL

Page 172



HIGHLY CONFIDENTIAL

Page 173



HIGHLY CONFIDENTIAL

Page 174



HIGHLY CONFIDENTIAL

Page 175



12          MR. OSTFELD:  Given time constraints,

13     I'm going to skip ahead to what's been marked for

14     identification as Exhibit 15.  This is an e-mail

15     bearing Bates numbers MSP-SUMMACARE-3032 through

HIGHLY CONFIDENTIAL

Page 176



HIGHLY CONFIDENTIAL

Page 177



HIGHLY CONFIDENTIAL

Page 178



HIGHLY CONFIDENTIAL

Page 179



HIGHLY CONFIDENTIAL

Page 180



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 181



HIGHLY CONFIDENTIAL

Page 182



HIGHLY CONFIDENTIAL

Page 183



HIGHLY CONFIDENTIAL

Page 184



HIGHLY CONFIDENTIAL

Page 185



HIGHLY CONFIDENTIAL

Page 186



HIGHLY CONFIDENTIAL

Page 187



HIGHLY CONFIDENTIAL

Page 188



HIGHLY CONFIDENTIAL

Page 189



HIGHLY CONFIDENTIAL

Page 190



HIGHLY CONFIDENTIAL

Page 191



(Continued on following page.)

HIGHLY CONFIDENTIAL

Page 192

1            MR. OSTFELD:  I'm at a decent stopping

2     point and I know that we're about two minutes away

3     from what I know is your stopping point.  Do we want

4     to stop here for the day?

5            THE WITNESS:  I'm good with that.

6            MR. OSTFELD:  Okay.  Charlie and I will

7     circle off and we'll schedule the next session.

8            MR. WHORTON:  Sounds good.

9            VIDEOGRAPHER:  The time is 2:58 p.m.

10    Here ends this session of the deposition of Tiffanie

11    Mrakovich.

12            (Time noted:  2:58 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 193

```
 1              C E R T I F I C A T E.

 2              I, DAVID LEVY, a certified court

 3    reporter and notary public of the State of New

 4    Jersey, certify that the foregoing is a true and

 5    accurate transcript of the stenographic notes of the

 6    deposition of said witness who was first duly sworn

 7    by me, on the date and place as hereinbefore set

 8    forth.

 9              I FURTHER CERTIFY that I am neither

10    attorney, nor counsel for, nor related to or employed

11    by, any of the parties to the action in which this

12    deposition was taken, and further that I am not a

13    relative or employee of any attorney or counsel in

14    this place, nor am I financially interested in this

15    case.

16              IN WITNESS WHEREOF, I have hereunto

17      set my hand this 6th day of August 2021.

18

19

20

21

22              DAVID LEVY, RPR, CRR

23              LICENSE NO. 30X100234000

24

25
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.