# Exhibit F

# RAPHAEL NUDELMAN

HOME  /  OUR SPEAKERS  /  RAPHAEL NUDELMAN



in

## RAPHAEL NUDELMAN, PH.D., ERT

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. To find out more about the cookies we use, see our Cookies Policy.



Raphael has over 20 years of pharmaceutical industry experience. He has a Ph.D. in organic chemistry from the Weizmann Institute of Science in Israel, a post-doctorate at the US Air Force Research Lab in Aberdeen Proving Ground, Maryland, and another post-doctorate at Duke University Medical Center, North Carolina. In 2003 Raphael joined the Medicinal Chemistry department at Teva Pharmaceuticals.

In 2010 he established the Chemical & Computational Toxicology group in Teva, and now he is Senior Director Impurity Expert in R&D Operations. Raphael's main topics of expertise are impurity and excipient qualification in drug substances and drug products. Over the past few years he has specialized in risk assessment of nitrosamine impurities in pharmaceuticals.

## RELATED SESSIONS:



DETAILS

### GENOTOXIC IMPURITIES IN PHARMACEUTICALS SUMMIT 2019

GTI strategies & new methodologies: analysis, in silico & regulations. Challenges &

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. To find out more about the cookies we use, see our Cookies Policy.

**DAY 2:** FRIDAY, 12 APRIL 2019

**CASE STUDY:** BEST PRACTICE FOR DEALING WITH CONFLICTING COMPUTATIONAL PREDICTIONS FOR MUTAGENICITY.

- ☑ Must we always take the conservative approach when dealing with conflicting predictions?
- ☑ When can we overrule a predictions
- ☑ Case studies showing methods to come to a consensus predictions

VIEW DETAILS



DETAILS

## 2ND ANNUAL GENOTOXIC IMPURITIES IN PHARMACEUTICALS SUMMIT 2021

Genotoxic Impurities in Pharmaceuticals strategies & new methodologies: analysis, in silico & regulations.



📅 15 Jul 2021     📍 Virtual,     💚 Pharma

**DAY 1:** THURSDAY, 15 JULY 2021

**CASE STUDY:** SETTING LIMITS FOR NITROSAMINES THAT LACK CARCINOGENICITY DATA.

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. To find out more about the cookies we use, see our Cookies Policy.



## DETAILS

### 3RD ANNUAL GENOTOXIC IMPURITIES IN PHARMACEUTICALS SUMMIT 2023

Genotoxic Impurities in Pharmaceuticals strategies & new methodologies: analysis, in silico & regulations.

📅 09 Mar 2023    📍 Virtual,    💚 Pharma

**DAY 1: THURSDAY, 09 MARCH 2023**

**CASE STUDY: SETTING LIMITS FOR COMPLEX NITROSAMINES (NDSRIS)**

- ☑ Differences between ICH M7 and nitrosamine guidances
- ☑ Setting AIs for NDSRIs using SAR/read-across
- ☑ Case studies - De-risking of NDSRIs of drug classes (Ca channel blockers, β-blockers, ACE inhibitors)

VIEW DETAILS

## QUICK LINKS

Home

Upcoming Events

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. To find out more about the cookies we use, see our Cookies Policy.

- About Qepler
- Contact Us

## OUR POLICIES

- Terms & Conditions
- Privacy Policy
- Cookies Policy

## CONTACT US

Qepler s.r.o.

Vršovická 733/83,

100 00 Praha 10-Vršovice,

Prague, Czech Republic

IČO: 06582893 / DIČ: CZ06582893

📞 +420 770 699 211
📠 +420 223 558 277
✉ info@qepler.com



© All rights reserved Qepler s.r.o. 2019

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. To find out more about the cookies we use, see our Cookies Policy.