# Exhibit H

# Management of the Supply Chain: Excipients & APIs



Lifecycle Approach

Janeen Skutnik-Wilkinson

Director, Quality Strategy

Pfizer

# 1.8 Quality Manual/Quality Policy

– Pfizer has integrated much of the supply chain Quality elements into its Quality Manual

# 1.6 Knowledge Management

- How is this concept applied with regard to the upstream supply chain?
  - Supplier Identification and Selection
    - Acquiring knowledge about suppliers, their systems, how they qualify their suppliers
    - Enterprise System for global sharing of suppliers and supplier qualification information
  - Routine monitoring of suppliers
    - Ongoing review of systems, audits, inspections
    - Business intelligence searches for Key Indicators of performance

# 1.6 Knowledge Management (cont'd)

- Monitoring and engaging in the External Environment
  - Reviewing current events, trends in markets, political regions and extrapolating to potential areas of risk for the company
  - Working with companies, trade associations, professional organizations, governments etc on the gathering and interpreting of knowledge pertaining to the supply chain
  - Usage of on line tools to gather data and information on items that may impact supply chain
    - Google Alerts
    - News reports
    - Trade Press

# Melamine Case Study

- >8,000 Pets were killed from Melamine Contaminated Pet Food
- At least 5 infants died from melamine contaminated infant formula
- Melamine intentionally added to boost protein content
- Vulnerabilities in supply chain
  - Transparency/traceability
  - Lack of full knowledge of suppliers/GMPs/GDPs
  - Detection concerns

# Melamine (2)

- While pharmaceutical industry was not immediately impacted, same risk was there
- Potential for similar effect, and devastating results
- Industry could not afford "another heparin"
- Case Study for Use of Knowledge Management, Management Responsibility and Management Review

# Melamine (3)

- Summer 2008 (prior to FDA development of Melamine Guidance)
  - Based on evaluation of the issue and potential impact Pfizer instituted a company wide CAPA
    - Management notified of the issue and agreed with opening a CAPA
  - Looked at all materials that relied on nitrogen test to detect protein content
  - Assessed supply chain and vulnerabilities
  - Implemented appropriate measures to close gaps and secure supply chain

# 2.7 Management of Outsourced Activities and Purchased Materials

- (a) Assessing prior to outsourcing operations or selecting material suppliers, the suitability and competence of the other party to carry out the activity or provide the material using a defined supply chain (e.g., audits, material evaluations, qualification);

- (b) Defining the responsibilities and communication processes for quality-related activities of the involved parties. For outsourced activities, this should be included in a written agreement between the contract giver and contract acceptor;

- (c) Monitoring and review of the performance of the contract acceptor or the quality of the material from the provider, and the identification and implementation of any needed improvements;

- (**d) Monitoring incoming ingredients and materials to ensure they are from approved sources using the agreed supply chain.**

# Supplier Identification Model

## Quality Risk Evaluation

- Evaluate Quality Risks Prior to Audit & Supplier Qualification
- Build R&V assessment into pipeline development process
- Build in new business intelligence factors

Section 1.6.2

*Slide courtesy of Londa Ritchey*

# Supplier Qualification Process Flow



*Slide courtesy of Londa Ritchey*

# Qualification Approach

## Material Qualification and Supplier Qualification
## - two separate, parallel paths

| Supplier Qualification | Material Qualification |
|---|---|
| • Lead Site Qualification of Supplier<br>• Qualify Supplier Mfg. by location and material category (not each part #)<br>• Qualify Distributors by the location and role as a Distributor<br>• Shared SQ Summary Reports specify the category for which the supplier is Qualified<br>• One SQ summary can be used to document qualifications of several material categories at the same Supplier location. | • Each site qualifies materials for process use<br>• Qualify each material part number<br>• Each site maintains material qualification documentation<br>• Each material part # added to site through change management process which should include check of SQ status.<br>• Document the qualification of each material as separate studies<br>• Includes evaluation of specific material supply chain from original mfg to user site |

*Slide courtesy of Londa Ritchey*

# Supplier Qualification Status Assignments

- *SQ Summary Document:*
  - **Evaluation of pre-audit risk information ( consider cross-functional evaluation)**
  - **Audit review**
  - **CAPA Reviews**
  - **Initiation of Quality Agreement**
    - **Supplier agrees to enter an agreement**
  - **Review of performance history at User Site (for existing suppliers)**

## Supplier Qualification Status Declarations:

| Qualified | Conditionally Qualified | Disqualified |
|---|---|---|
| Supplier/Contractor has been evaluated and found to meet the Pfizer Quality Standards for Suppliers/Contractors | Exhibits performance concerns such as continued quality issues. Continued use of materials/services shall be justified through written risk assessment. | **Deemed incapable or unreliable and shall no longer be used.** |

Suppliers with these status designations may be used

*Slide courtesy of Londa Ritchey*



Supplier Quality Performance Monitoring and Q10

**Pharmaceutical Quality System (ICH Q10) Conference**
October 4-6, 2011 | Crystal Gateway Marriott | Arlington, Virginia
November 14-16, 2011 | Sheraton | Brussels, Belgium

- Complaints
  - Timely and adequate responses
  - Identifying trends
    - 1.6 Knowledge Management
    - 3.2.4 Management Review
- CAPA
  - Proactive, preventative, timely
    - 3.2 PQS and 3.2.2 CAPA
- Change Management
  - 3.2 PQS and 3.2.3 Change Management
- Quality Notifications
  - Timely notice and Analysis
    - 2.6 Management Review
    - 3.2.4 Management Review
- Quality Agreement Conformance
  - 2.7

**Supplier Qualification and Monitoring is more than just an audit!**

# Supplier Performance Review



3.2.4 Management review

• Management Review of Supplier Performance Metrics/Trends

> • Knowledge  Management Approach to Supplier Re-assessment
• Qualification dependent on:
> – **Critical Quality Event (recall, safety concern)**
> – **Critical Audit Findings**
> – **Scheduled re-assessment frequency based on material category**

• Feedback to Supplier and Goal Setting (SRM) , Scorecard Review

**Allows for an enterprise wide scorecard of supplier, based on all User Sites**

*Slide courtesy of Londa Ritchey*

# SCS Development

- Pfizer took a holistic systems approach to Supply Chain Security
  - In the definition of the issue
    - Cargo Theft & Diversion
    - Counterfeiting
    - Economically Motivated Adulteration
  - In development of a cross-functional team
- Used knowledge management, Management review, process performance, monitoring, continual improvement to create new function

*courtesy of Brian Johnson*

Development Strategy

### Understanding the threats

- What are the supply chain security threats and how big is the problem?

- What are the key components of the strategy?

- How will we define the supply chain?

- What regions around the world are impacted?

### Current / Future State Mapping

- What organizations are involved?

- What are the key processes?

- How do we attack the problem holistically?

- How do our processes integrate?

### Developing the Strategy

- What is our future state vision?

- What are our opportunities for improvement?

- How do our processes need to change?

- How can we best deliver safe, authentic, and effective medicines to the consumer?







16

*courtesy of Brian Johnson*





Network Performance

Supply Chain Security

*courtesy of Brian Johnson*

Functional Responsibilities

**Procurement**
- Supplier selection
- Supplier management

**Commercial Operations**
- Trading partner relationships
- Serialization

**Logistics & Supply**
- Logistic center security
- Product conveyance security
- Cargo Theft/Diversion

**External Supply**
- Contractor selection
- Contractor management

**Pfizer
Supply Chain Security
Program Team**

**Quality**
- Quality Systems
- SQM
- Adulteration

**Packaging**
- Packaging technology
- Serialization

**Providing strategic direction and
leadership in globally aligning
and improving supply chain
security processes across Pfizer**

**Environmental
Health & Safety**
- Returned goods
- Waste disposal

**Communications & Public Affairs**
- Consumer education
- Legislation

**Security**
-Site security
-Anti-Counterfeiting
-Incident investigation/response

**Network
Performance**
- SCS Leadership
- Program Owner

**Operational
Excellence**
- Continuous improvement

*courtesy of Brian Johnson*

# Conclusion

- ICH Q10 provides valuable information and guidance regarding Quality Systems that can be applied to many areas including Supplier Qualification, Management and Monitoring.

- The concepts in Q10 can be applied to assist in management of the supply chain with a focus on Quality and Quality Systems

# Acknowledgements

- Londa Ritchey – Pfizer
- Brian Johnson - Pfizer