# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO CERTIFY THIS MATTER FOR INTERLOCUTORY APPEAL** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order reconsidering the Court's *Daubert* ruling, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

Defendants' Motion is Granted in its entirety.

On reconsideration, the Court GRANTS Defendants' motions to exclude Plaintiffs' experts' general causation opinions in this litigation.

                                                                             _____

                                                                              Hon. Robert B. Kugler, U.S.D.J.