THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY:  CAMDEN VICINAGE

_____ :
: 
*In re*:  **VALSARTAN,  LOSARTAN, AND IRBESARTAN** : 
**PRODUCTS LIABILITY LITIGATION** :   Master Docket No. 19-2875 (RBK/JS)
:
:   **ORDER**
*This Document Applies to All Actions* :
_____ :

**KUGLER**, United States District Judge:

**THIS MATTER HAVING** come before the Court on defendants' motion (ECF No. 2209, dated 20 Dec 22) for Reconsideration of this Court's *Daubert* Order (ECF No. 1958) Or, In The Alternative, To Certify This Matter For Interlocutory Appeal;

**THE COURT HAVING REVIEWED** defendants' arguments in the accompanying submission (ECF No. 2209-1), which rely on *In re Zantac (Ranitidine) Prods. Liab. Litig.*, MDL No. 2924, 2022 U.S. Dist. LEXIS 220327 (S.D. Fla. 6 Dec 2022) regarding the lack of methodologically reliable expert evidence of the human body's catalysis of cancer-causing nitrosamine contaminants upon ingestion of the pharmaceutical Zantac® (generic Ranitidine);

**THE COURT HAVING CONSIDERED:**

That the Ranitidine MDL Court observed no methodologically reliable study which either showed that, or proposed how, the human body actually catalyzed ranitidine into a nitrosamine, thus raising scientific doubt as to a nitrosamine-induced genotoxic effect caused by the ingestion of a ranitidine containing pharmaceutical,

That there is, and has been, no showing that a ranitidine pharmaceutical contained before ingestion an amount of NDMA or NDEA, which upon repeated exposure could lead to a lifetime cumulative threshold ["LCT"] sufficient to cause cancer, and

That in this MDL, unlike in the Ranitidine MDL, there is no scientific doubt about the presence of nitrosamines in the human body upon the ingestion of the "valsartan-containing drugs containing NDMA or NDEA" ["VCDs"], because the VCDs contained nitrosamines before ingestion;

Accordingly, there is no sufficient reason for this Court to re-consider its Daubert Opinion in ECF Doc. 1958 or to certify this matter for interlocutory appeal.

**IT IS HEREBY ORDERED:**  Defendants' motion (ECF No. 2209) is **DENIED as to both Reconsideration of the Daubert Order and the Request to Certify for Interlocutory Appeal.**

Dated:  22 Dec 2022                                                       s/Robert B. Kugler
                                                                                       Honorable Robert B. Kugler
                                                                                       United States District Judge