UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 4, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**          **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                     FOR DEFENDANTS:
As stated on the record.              As stated on the record.

**NATURE OF PROCEEDINGS**:   TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:30p.m.    Time Adjourned: 1:50p.m.    Total Time in Court:  0:20