# EXHIBIT 3

**From:** Conlee Whiteley <c.whiteley@kanner-law.com>
**Sent:** Wednesday, December 21, 2022 10:52 AM
**To:** Santoli, Christopher J (NYC) <Christopher.Santoli@skadden.com>
**Cc:** Miller, Jessica D (WAS) <Jessica.Miller@skadden.com>; Layne Hilton <lhilton@meyerwilson.com>
**Subject:** [Ext] Re: Notice of Subpoena to Valisure LLC

Chris—Plaintiffs object to this subpoena to Valisure LLC as out of time given that fact discovery closed long ago.  We request a meet and confer to discuss this further.  Thank you, Conlee

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE.  _____


**From:** Santoli, Christopher J <Christopher.Santoli@skadden.com>
**Date:** Wednesday, December 14, 2022 at 2:30 PM
**To:** 'ruben@honiklaw.com' <ruben@honiklaw.com>, 'dnigh@levinlaw.com' <dnigh@levinlaw.com>, 'ASlater@mazieslater.com' <ASlater@mazieslater.com>, Conlee Whiteley <c.whiteley@kanner-law.com>
**Cc:** Rose, Nina R <Nina.Rose@skadden.com>, Cox, Christopher D <Christopher.Cox@skadden.com>
**Subject:** Notice of Subpoena to Valisure LLC

Dear Counsel,

Attached please find a copy of Defendants' Notice of Subpoena, which is also being sent via FedEx.

Regards,
Chris

**Christopher J. Santoli**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**

**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.2665** | **F: +1.917.777.2665**
**christopher.santoli@skadden.com**

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.