# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL MATERIALS IN THE POSSESSION OF THIRD PARTY VALISURE LLC** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "the ZHP Defendants") for entry of an order compelling the production of certain materials in the possession of third party Valisure LLC, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

The ZHP Defendants' Motion is Granted in its entirety.

Valisure LLC is ordered to produce information responsive to the ZHP Defendants' December 14, 2022 subpoena within ___ days of the date of this order.

                                                            _____
Hon. Robert B. Kugler, U.S.D.J.