**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

<table>
<tr>
<td>IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to All Actions</td>
<td>MDL No. 2875<br><br>Civil No.: 19-02875 (RBK)</td>
</tr>
</table>

## NOTICE OF APPEARANCE OF ALEXANDER J. KASPARIE

To the Clerk:

Please enter the appearance of Alexander J. Kasparie on behalf of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Date: January 9, 2023

/s/ *Alexander J. Kasparie*
Alexander J. Kasparie (IL Bar No. 6324149)
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0614
Facsimile: (312) 827-9483
alexander.kasparie@skadden.com

*Counsel for Defendants Zhejiang Huahai*
*Pharmaceutical Co., Ltd., Huahai U.S., Inc.,*
*Prinston Pharmaceutical Inc., and Solco*
*Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the foregoing Notice of

Appearance of Alexander J. Kasparie with the Clerk of Court by using the CM/ECF system,

which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Alexander J. Kasparie*
Alexander J. Kasparie (IL Bar No. 6324149)