```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| _____ | CIVIL ACTION NUMBER: 19-md-02875 |
| IN RE:  VALSARTAN PRODUCTS LIABILITY LITIGATION | |
| | TELEPHONIC STATUS CONFERENCE |
| _____ | |

Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101
January 4, 2023
Commencing at 1:30 p.m.

**B E F O R E:**          THE HONORABLE ROBERT B. KUGLER
                          UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S:**

MAZIE SLATER KATZ & FREEMAN, LLC
BY:  ADAM M. SLATER, ESQUIRE
103 Eisenhower Parkway
Roseland, New Jersey  07068
For the Plaintiffs

HAFFNER LAW, PC
BY:  VAHAN MIKAYELYAN, ESQUIRE
445 S. Figueroa Street, Suite 2625
Los Angeles, California 90071
For the Plaintiffs

FLEMING, NOLEN & JEZ, LLP
BY:   DAVID HOBBS, ESQUIRE
2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056
For the Plaintiffs

Ann Marie Mitchell, Official Court Reporter
AnnMarie_Mitchell@njd.uscourts.gov
(856) 576-7018

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription.

```
 1  A P P E A R A N C E S (Continued):

 2
        GREENBERG TRAURIG LLP
 3      BY:  STEVEN M. HARKINS, ESQUIRE
        3333 Piedmont Road, NE, Suite 2500
 4      Atlanta, Georgia  30305
        For the Defendants, Teva Pharmaceutical Industries Ltd.,
 5      Teva Pharmaceuticals USA, Inc., Actavis LLC,
        and Actavis Pharma, Inc.
 6

 7  ALSO PRESENT:

 8      LORETTA SMITH, ESQUIRE
        Judicial Law Clerk to The Honorable Robert B. Kugler
 9
        Larry MacStravic, Courtroom Deputy
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (PROCEEDINGS held telephonically before The Honorable
2     ROBERT B. KUGLER at 1:30 p.m.)
3          THE COURT:  Good afternoon, it's Judge Kugler.  Happy
4     New Year, everyone.
5          RESPONSE:  Good afternoon, Judge.  Happy New Year to
6     you, Judge!
7          THE COURT:  All I see on the agenda today are these
8     orders to show cause, and there's only apparently one of those
9     left.
10         Who wants to speak for the defendants on these?
11         MR. HARKINS:  Good afternoon, Your Honor.  This is
12    Steve Harkins with Greenberg Traurig for the Teva defendants
13    and the joint defense group.  I'll be handling this today.
14         THE COURT:  Apparently only the Collins, Carrie
15    Collins, matter remains unresolved.
16         Is that still true?
17         MR. HARKINS:  That is true, Your Honor.  The Collins
18    matter is the only case where we are asking for dismissal.
19         One update to that section of the chart, the Owens
20    case, which is listed here for continuation, has been
21    resolved, so that can be removed.
22         So we would ask only for the Collins matter to be
23    dismissed, and then to continue the orders to show cause in
24    the other five cases, Bailey, Amoia, Bishop, Conley and Lewis,
25    to the next case management conference.

1        THE COURT:  Is anyone here to speak on the Carrie
2   Collins matter?
3        MR. MIKAYELYAN:  Good morning, Your Honor.  Vahan
4   Mikayelyan on behalf of Carrie Collins.
5        THE COURT:  Yeah.  What's going on?
6        MR. MIKAYELYAN:  So what we did, Your Honor, we filed
7   a request to dismiss the action without prejudice yesterday.
8   And this morning a text was entered on the docket that the
9   case is terminated.
10       THE COURT:  I'm sorry, what was on the docket this
11  morning?
12       MR. MIKAYELYAN:  The docket number is number 30.  And
13  we filed the request to dismiss in the individual case
14  number --
15       THE COURT:  Right.
16       MR. MIKAYELYAN:  -- 16386.
17       THE COURT:  Yeah.
18       MR. MIKAYELYAN:  And this morning I checked the
19  docket.  There was a text entered that the case is terminated.
20       THE COURT:  Well, the question is whether it's to be
21  terminated with or without prejudice.
22       You apparently asked that it be terminated without
23  prejudice?
24       MR. MIKAYELYAN:  Yes, Your Honor.
25       THE COURT:  But you don't have the consent of defense

```
 1  counsel.  Correct?
 2          MR. MIKAYELYAN:  No, I did not.  But what we did, we
 3  filed a request to dismiss under FRCP 41(a)(2) with the
 4  Court's order.
 5          THE COURT:  Well, I can only do it on conditions.
 6          If the defendants won't agree to dismissal without
 7  prejudice, then how can I do that?
 8          MR. HARKINS:  Your Honor, this is Steve Harkins for
 9  defendants.
10          Typically we have not opposed voluntary dismissals,
11  given that no answers have been filed, in the majority of
12  these cases.
13          In this particular action, there was an answer filed
14  by the ZHP defendants, which would require consent of those
15  parties to stipulate to a voluntary dismissal.
16          Not representing the ZHP entities, I can only say
17  that I think Your Honor is correct.  Without such a
18  stipulation, the voluntary dismissal, which would ordinarily
19  satisfy defendants, I don't believe is operative, so we would
20  still ask for this case to be dismissed pursuant to the order
21  to show cause process with prejudice.
22          THE COURT:  Is anybody from Skadden here who wants to
23  speak about this?
24          Does anybody from Skadden want to agree to a
25  dismissal without prejudice?
```

They represent ZHP.

(No response.)

THE COURT: Hearing nothing, and on the application of defense counsel, that will be dismissed with prejudice.

MR. MIKAYELYAN: Your Honor, regarding the dismissal of the actions, under 41(a)(2), the section specifically says that there is an opportunity to file and request dismissal without prejudice if a defendant has pleaded -- if a defendant has not pleaded a counterclaim.

And although there was an answer filed, there was no counterclaim pleaded. And this section gives the Court the opportunity to dismiss the case without prejudice.

And at the same time -- at the same time, the reason that the defendant requests dismissal with prejudice is that they think the PFS will have a core deficiency related to any area where an information regarding that cancer diagnosis is required.

We disagree with the defendants' interpretation. Since the case -- if this interpretation is accepted, any part of the plaintiff's fact sheet that is not applicable to any plaintiff and is therefore left blank or identified as nonapplicable may render the PFS deficient.

The plaintiff's fact sheet itself differentiates cancer diagnosis and noncancer injuries, which means that the requirement of cancer diagnosis is not mandatory within the

1  meaning and interpretation of the PFS.
2          My second argument will be that the initial PFS was
3  submitted on October 12th, and we received the deficiency
4  notice via the MDL Centrality from the defense counsel on
5  October 12th.  And it took us five days to cure the
6  deficiencies.
7          Later on, our expectation was that further deficiency
8  notice is going to be given via MDL Centrality, but instead, a
9  chart was circulated.  And for some reason, as a result of a
10 mistake or inadvertence, we were not on notice regarding the
11 deficiency.
12         And besides that, the order to show cause itself asks
13 for a letter to be sent to the plaintiffs regarding any
14 deficiency, but instead a chart was circulated.
15         Even after that, after receiving the Court's order to
16 show cause on November 30, we started working, and we started
17 curing the deficiencies.  And we have cured all of the
18 deficiencies -- most of the deficiencies, not all of them, of
19 course.
20         We submitted the authorizations with witness
21 signatures and medical records and bills that the plaintiff
22 had in her possession.  And also we were in the process of
23 working and curing the rest of the deficiencies.  And I don't
24 think that the defendants' request to dismiss this case with
25 prejudice is fair.

|    |    |
|---|---|
| 1  | That's all from me, Your Honor. |
| 2  | THE COURT:  Can you go back a minute. |
| 3  | Are you saying that Ms. Collins does or does not have |
| 4  | a diagnosis of cancer? |
| 5  | MR. MIKAYELYAN:  She does not have a cancer diagnosis |
| 6  | at this point, but she has a diagnosis that is a precursor to |
| 7  | diagnosis.  And the dismissal of this case with prejudice will |
| 8  | preclude her, you know, filing an -- to refile the action when |
| 9  | she is diagnosed with the cancer in the future. |
| 10 | THE COURT:  Well, why do you say she'll be diagnosed |
| 11 | in the future if she hasn't been diagnosed now?  I don't |
| 12 | understand what you're saying. |
| 13 | MR. MIKAYELYAN:  She has -- she has a diagnosis which |
| 14 | is -- which is a precursor to cancer, which is endometrial |
| 15 | hypertensia (ph), and -- which is a precursor to cervical |
| 16 | cancer.  There is a possibility that she might be diagnosed |
| 17 | with cancer in the future. |
| 18 | THE COURT:  And you're going to go to trial with a |
| 19 | client who has a, quote, possibility of cancer in the future. |
| 20 | Is that what you're saying?  That's what you want to |
| 21 | do? |
| 22 | MR. MIKAYELYAN:  And what we are willing to do, what |
| 23 | we want to do, to dismiss the case without prejudice, and if |
| 24 | there is a future cancer diagnosis, to be able to refile -- to |
| 25 | refile the case. |

```
 1            THE COURT:  I'm going to grant the motion to dismiss
 2   with prejudice.  You've acknowledged that you have not
 3   complied despite three notices for the requirements.
 4            So the motion of the defense will be granted.  The
 5   Carrie Collins matter will be dismissed with prejudice.
 6            The Mirabile, McCarty, Yount, Parker, Kwoka,
 7   K-W-O-K-A, Hernandez, Quarles, Bass, King, Thompson and Clark
 8   matters, those orders to show cause are dismissed.
 9            The Owens and Bailey, Amoia, Bishop, Conley and Lewis
10   matters, they will be relisted.
11            And that Owens matter order to show cause is
12   dismissed.
13            So now you're seeking an order to show cause,
14   Mr. Harkins, on five cases; is that correct?  Any update on
15   those?
16            MR. HARKINS:  That's correct, Your Honor.  No updates
17   on these five.  We request orders to show cause returnable at
18   the next case management conference in each of these five
19   matters.
20            THE COURT:  All right.  The Levin firm is on three of
21   them, the Fleming firm is on two of them.
22            Anyone want to speak on behalf of those cases?
23            MR. HOBBS:  Your Honor, this is David Hobbs.
24            I can speak to the Fleming cases.  I don't know if
25   you want to start with --
```

1  THE COURT: Sure. You've got Mary Ann Knudson and
2  Diana Balay, B-A-L-A-Y.
3  MR. HOBBS: Yes, Your Honor. So I'll start with Mary
4  Ann Knudson.
5  The only deficiency listed on there, it says need
6  medical expense records for all medical expenses listed in
7  Section IIIG of the fact sheet.
8  So we've given them all the records that we have, and
9  we've put expenses and -- we've bundled up expenses in that
10 section.
11 The only thing that is pending is we have medical
12 requests -- we have billing request records out to -- to
13 Medicare, and so we're waiting for Medicare to return back any
14 records.
15 So I don't -- I think that we have complied with
16 exactly what is required from Ms. Knudson. I don't -- I don't
17 see there's a deficiency at all, so I'm just -- I'm not
18 sure -- I actually reached out earlier today to see what the
19 issue is, because I -- honestly, I don't understand what we're
20 being asked to do at this point.
21 THE COURT: You're being asked to provide the
22 records. That's all.
23 MR. HOBBS: Right.
24 THE COURT: You'll have -- you'll have another four
25 weeks to do it.

1          MR. HOBBS:  We provided all records -- we have
2  provided the records.  That's what I'm saying.  I don't --
3          THE COURT:  Well --
4          MR. HOBBS:  -- there's other records to provide.
5          We told --
6          THE COURT:  You're saying you've provided the records
7  that you have.  That's not good enough.  You've got to get all
8  the records of your client.
9          MR. HOBBS:  We have all the records.  We have
10 provided all the records from the -- that the client has.  We
11 provided all the -- we've requested -- we've had record
12 requests pending -- I mean, this case was filed over -- in the
13 summer, I believe.  We've had record requests pending since
14 before then, and so we've produced everything.
15         The only -- the only thing that we don't have is
16 information from Medicare, and that's just because Medicare
17 has not given us anything yet.  But we have requests on file.
18         THE COURT:  Okay.  Well, when you get them, you'll
19 send them over and that will be the end of the problem.  And
20 you still have time to do it.  Okay?
21         MR. HOBBS:  Yes, Your Honor.
22         THE COURT:  And you can work with Mr. Harkins or
23 whomever.  I mean, they'll carry it another -- as you just
24 saw, they're willing to carry a lot of these orders to show
25 cause to the next listing if progress is being made.  And I'm

*1* sure they'll continue to do that.

*2*         How about the other one, the Balay, the

*3* representative of Rodriguez?

*4*         MR. HOBBS:  For Ms. Rodriguez -- Mr. Rodriguez died

*5* in June of 2022, so this is a very recent death.  The family

*6* had been working through to get -- to get basically authority

*7* to get -- request all the records, which we have.  We've

*8* requested everything.  I believe that we -- we did an amended

*9* fact sheet back at the -- let's see.

*10*         Yeah.  We did an amended fact sheet at the end of

*11* November.

*12*         So the only thing that's listed on here, it says

*13* incomplete medical expenses, pharmacy records showing proof of

*14* sartan medications, and then it generally refers to the

*15* incompleteness of the plaintiff's fact sheet.

*16*         I believe that our amendment addressed anything in

*17* terms of substantial information from the plaintiff's fact

*18* sheet perspective.

*19*         The pharmacy records I believe are the only thing

*20* that are actually pending, because we've also included all

*21* medical expenses and totalled those up.

*22*         For the pharmacy records, those are with the VA.  And

*23* again, it's a situation where we've requested and the VA has

*24* just not produced anything yet, so we keep following up.  But,

*25* I mean, we don't have the ability to produce something that we

```
 1  don't have.
 2          And I just -- I still don't see that as a deficiency,
 3  but...
 4          THE COURT:  Well, the pharmacy records are pretty
 5  important in this case.  But anyway, you've got more time.
 6  Work with Mr. Harkins on this.  I mean, you're doing the best
 7  you can, and that's fine.  You'll have more time.  And be in
 8  touch with defense counsel before the next order to show cause
 9  return date.  And if you're making progress and they're
10  satisfied you're making process, I'm sure they'll agree to
11  carry it.
12          MR. HOBBS:  Yes.  No, Your Honor.  I understand.  And
13  I appreciate that.  And I just -- again, for the record, I
14  need to object just to preserve any error that is -- again,
15  this is not a deficiency.  We have complied with the discovery
16  process as much as capable.
17          But I do understand from a practical standpoint that
18  we'll have additional opportunity to hopefully supply this
19  information.
20          THE COURT:  Okay.  Then we have eight -- well, I'll
21  go back to that.
22          I guess I should put on the record, the five are
23  Estate of James Willis; Estate of Gale, G-A-L-E, Barber; Mary
24  Ann Knudson, K-N-U-D-S-O-N; Kenneth Bacque, B-A-C-Q-U-E, III;
25  and Diana Balay, B-A-L-A-Y, the representative of Rodriguez.
```

1  They will all be listed for orders to show cause on the next
2  return date.
3          MR. HARKINS:  Apologies, Your Honor.  This is Steve
4  Harkins for the defendants.
5          Just while we have been on this call, I received an
6  update that the fourth case on this list, Kenneth Bacque,
7  B-A-C-Q-U-E, has been cured.  And we can withdraw the request
8  for an order to show cause with respect to that matter.
9          THE COURT:  Okay.  Number 4, Kenneth Bacque,
10 B-A-C-Q-U-E, III is withdrawn.  Good.  Progress.
11         So that leaves eight that you want to relist again.
12         Any update on those?
13         MR. HARKINS:  No updates from defendants, Your Honor.
14 We would ask just to carry these forward to the next agenda
15 statement.
16         THE COURT:  Any objections from plaintiffs' counsel?
17         (No response.)
18         THE COURT:  Thomas Donahue; Mark Czajkowski,
19 C-Z-A-J-K-O-W-S-K-I; Beverly Thomson, T-H-O-M-S-O-N; Robert
20 Casper; Sheri, S-H-E-R-I, Barone; Jacqueline Carter,
21 Individually and Administrator for the Estate of James Carter;
22 Karlene, K-A-R-L-E-N-E, Smith; and the Estate of Joseph
23 Kreseski, K-R-E-S-E-S-K-I, they will be listed next time on a
24 second listing.
25         All right.  I think that covers the agenda items.

```
 1            Would any -- do we have to discuss anything else
 2   anybody has?
 3            How about from the plaintiffs, any other issues?
 4            (No response.)
 5            THE COURT:  None.  How about defense counsel, any
 6   other issues?
 7            MR. HARKINS:  I don't believe so, Your Honor.
 8            THE COURT:  All right.  Well, we have to start moving
 9   towards the bellwether trials, and I'm looking at early summer
10   for that.  But we'll talk about that again next meeting.
11            But early summer to start the trials.  Okay?
12            All right, everybody.  Thank you very much.  We'll
13   talk to you again soon.
14            (Proceedings concluded at 1:47 p.m.)
15                           - - -
16            I certify that the foregoing is a correct transcript
     from the record of proceedings in the above-entitled matter.
17
     /S/ Ann Marie Mitchell          5th of January, 2023
18   CRR, RDR, RMR, CCR-NJ           Date
     Official Court Reporter
19
20
21
22
23
24
25
```

**/**

**/S** [1] - 15:17

**0**

**07068** [1] - 1:14
**08101** [1] - 1:8

**1**

**103** [1] - 1:13
**12th** [2] - 7:3, 7:5
**16386** [1] - 4:16
**19-md-02875** [1] - 1:3
**1:30** [2] - 1:9, 3:2
**1:47** [1] - 15:14

**2**

**2022** [1] - 12:5
**2023** [2] - 1:8, 15:17
**2500** [1] - 2:3
**2625** [1] - 1:17
**2800** [1] - 1:20

**3**

**30** [2] - 4:12, 7:16
**30305** [1] - 2:4
**3333** [1] - 2:3

**4**

**4** [2] - 1:8, 14:9
**4000** [1] - 1:20
**41(a)(2** [2] - 5:3, 6:6
**445** [1] - 1:17
**4th** [1] - 1:7

**5**

**576-7018** [1] - 1:24
**5th** [1] - 15:17

**7**

**77056** [1] - 1:21

**8**

**856** [1] - 1:24

**9**

**90071** [1] - 1:17

**A**

**ability** [1] - 12:25
**able** [1] - 8:24
**above-entitled** [1] - 15:16
**accepted** [1] - 6:19
**acknowledged** [1] - 9:2
**Actavis** [2] - 2:5, 2:5
**ACTION** [1] - 1:3
**action** [3] - 4:7, 5:13, 8:8
**actions** [1] - 6:6
**ADAM** [1] - 1:13
**additional** [1] - 13:18
**addressed** [1] - 12:16
**Administrator** [1] - 14:21
**afternoon** [3] - 3:3, 3:5, 3:11
**agenda** [3] - 3:7, 14:14, 14:25
**agree** [3] - 5:6, 5:24, 13:10
**aided** [1] - 1:25
**ALSO** [1] - 2:7
**amended** [2] - 12:8, 12:10
**amendment** [1] - 12:16
**Amoia** [2] - 3:24, 9:9
**Angeles** [1] - 1:17
**Ann** [4] - 10:1, 10:4, 13:24, 15:17
**ann** [1] - 1:23
**AnnMarie_Mitchell@ njd.uscourts.gov** [1] - 1:23
**answer** [2] - 5:13, 6:10
**answers** [1] - 5:11
**anyway** [1] - 13:5
**apologies** [1] - 14:3
**applicable** [1] - 6:20
**application** [1] - 6:3
**appreciate** [1] - 13:13
**area** [1] - 6:16
**argument** [1] - 7:2
**Atlanta** [1] - 2:4
**authority** [1] - 12:6
**authorizations** [1] - 7:20

**B**

**B-A-L-A-Y** [1] - 10:2
**Bacque** [3] - 13:24, 14:6, 14:9
**BACQUE** [3] - 13:24, 14:7, 14:10
**Bailey** [2] - 3:24, 9:9
**Balay** [3] - 10:2, 12:2, 13:25
**BALAY** [1] - 13:25
**Barber** [1] - 13:23
**Barone** [1] - 14:20
**Bass** [1] - 9:7
**behalf** [2] - 4:4, 9:22
**bellwether** [1] - 15:9
**best** [1] - 13:6
**Beverly** [1] - 14:19
**billing** [1] - 10:12
**bills** [1] - 7:21
**Bishop** [2] - 3:24, 9:9
**blank** [1] - 6:21
**Boulevard** [1] - 1:20
**Building** [1] - 1:7
**bundled** [1] - 10:9
**but..** [1] - 13:3

**C**

**California** [1] - 1:17
**Camden** [1] - 1:8
**cancer** [11] - 6:16, 6:24, 6:25, 8:4, 8:5, 8:9, 8:14, 8:16, 8:17, 8:19, 8:24
**capable** [1] - 13:16
**Carrie** [4] - 3:14, 4:1, 4:4, 9:5
**carry** [4] - 11:23, 11:24, 13:11, 14:14
**Carter** [2] - 14:20, 14:21
**case** [17] - 3:18, 3:20, 3:25, 4:9, 4:13, 4:19, 5:20, 6:12, 6:19, 7:24, 8:7, 8:23, 8:25, 9:18, 11:12, 13:5, 14:6
**cases** [5] - 3:24, 5:12, 9:14, 9:22, 9:24
**Casper** [1] - 14:20
**CCR** [1] - 15:18
**CCR-NJ** [1] - 15:18
**Centrality** [2] - 7:4, 7:8
**certify** [1] - 15:16
**cervical** [1] - 8:15
**chart** [3] - 3:19, 7:9, 7:14
**checked** [1] - 4:18
**circulated** [2] - 7:9, 7:14
**CIVIL** [1] - 1:3
**Clark** [1] - 9:7
**Clerk** [1] - 2:8
**client** [3] - 8:19, 11:8, 11:10
**Cohen** [1] - 1:7
**Collins** [8] - 3:14, 3:15, 3:17, 3:22, 4:2, 4:4, 8:3, 9:5
**Commencing** [1] - 1:9
**complied** [3] - 9:3, 10:15, 13:15
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concluded** [1] - 15:14
**conditions** [1] - 5:5
**CONFERENCE** [1] - 1:5
**conference** [2] - 3:25, 9:18
**Conley** [2] - 3:24, 9:9
**consent** [2] - 4:25, 5:14
**continuation** [1] - 3:20
**continue** [2] - 3:23, 12:1
**Continued** [1] - 2:1
**Cooper** [1] - 1:7
**core** [1] - 6:15
**correct** [5] - 5:1, 5:17, 9:14, 9:16, 15:16
**counsel** [6] - 5:1, 6:4, 7:4, 13:8, 14:16, 15:5
**counterclaim** [2] - 6:9, 6:11
**course** [1] - 7:19
**Court** [2] - 1:23, 15:18
**COURT** [1] - 1:1
**Court's** [2] - 5:4, 7:15
**Courthouse** [1] - 1:7
**Courtroom** [1] - 2:9
**covers** [1] - 14:25
**CRR** [1] - 15:18
**cure** [1] - 7:5
**cured** [2] - 7:17, 14:7
**curing** [2] - 7:17, 7:23
**Czajkowski** [1] - 14:18
**CZAJKOWSKI** [1] - 14:19

**D**

**Date** [1] - 15:18
**date** [2] - 13:9, 14:2
**DAVID** [1] - 1:20
**David** [1] - 9:23
**days** [1] - 7:5
**death** [1] - 12:5
**defendant** [3] - 6:8, 6:14
**Defendants** [1] - 2:4
**defendants** [8] - 3:10, 3:12, 5:6, 5:9, 5:14, 5:19, 14:4, 14:13
**defendants'** [2] - 6:18, 7:24
**defense** [7] - 3:13, 4:25, 6:4, 7:4, 9:4, 13:8, 15:5
**deficiencies** [5] - 7:6, 7:17, 7:18, 7:23
**deficiency** [9] - 6:15, 7:3, 7:7, 7:11, 7:14, 10:5, 10:17, 13:2, 13:15
**deficient** [1] - 6:22
**Deputy** [1] - 2:9
**despite** [1] - 9:3
**diagnosed** [4] - 8:9, 8:10, 8:11, 8:16
**diagnosis** [9] - 6:16, 6:24, 6:25, 8:4, 8:5, 8:6, 8:7, 8:13, 8:24
**Diana** [2] - 10:2, 13:25
**died** [1] - 12:4
**differentiates** [1] - 6:23
**disagree** [1] - 6:18
**discovery** [1] - 13:15
**discuss** [1] - 15:1
**dismiss** [7] - 4:7, 4:13, 5:3, 6:12, 7:24, 8:23, 9:1
**dismissal** [9] - 3:18, 5:6, 5:15, 5:18, 5:25, 6:5, 6:7, 6:14, 8:7
**dismissals** [1] - 5:10
**dismissed** [6] - 3:23, 5:20, 6:4, 9:5, 9:8, 9:12
**DISTRICT** [3] - 1:1, 1:1, 1:10
**docket** [4] - 4:8, 4:10, 4:12, 4:19
**Donahue** [1] - 14:18

**E**

**early** [2] - 15:9, 15:11
**eight** [2] - 13:20, 14:11
**Eisenhower** [1] - 1:13
**end** [2] - 11:19, 12:10
**endometrial** [1] - 8:14
**entered** [2] - 4:8, 4:19
**entities** [1] - 5:16
**entitled** [1] - 15:16
**error** [1] - 13:14
**ESQUIRE** [5] - 1:13, 1:16, 1:20, 2:3, 2:8
**Estate** [4] - 13:23, 14:21, 14:22
**exactly** [1] - 10:16
**expectation** [1] - 7:7
**expense** [1] - 10:6
**expenses** [5] - 10:6, 10:9, 12:13, 12:21

**F**

**fact** [7] - 6:20, 6:23,

10:7, 12:9, 12:10, 12:15, 12:17
**fair** [1] - 7:25
**family** [1] - 12:5
**Figueroa** [1] - 1:17
**file** [2] - 6:7, 11:17
**filed** [7] - 4:6, 4:13, 5:3, 5:11, 5:13, 6:10, 11:12
**filing** [1] - 8:8
**fine** [1] - 13:7
**firm** [2] - 9:20, 9:21
**five** [6] - 3:24, 7:5, 9:14, 9:17, 9:18, 13:22
**Fleming** [2] - 9:21, 9:24
**FLEMING** [1] - 1:19
**following** [1] - 12:24
**foregoing** [1] - 15:16
**forward** [1] - 14:14
**four** [1] - 10:24
**fourth** [1] - 14:6
**FRCP** [1] - 5:3
**FREEMAN** [1] - 1:12
**future** [5] - 8:9, 8:11, 8:17, 8:19, 8:24

**G**

**Gale** [1] - 13:23
**GALE** [1] - 13:23
**generally** [1] - 12:14
**Georgia** [1] - 2:4
**given** [4] - 5:11, 7:8, 10:8, 11:17
**grant** [1] - 9:1
**granted** [1] - 9:4
**GREENBERG** [1] - 2:2
**Greenberg** [1] - 3:12
**group** [1] - 3:13
**guess** [1] - 13:22

**H**

**HAFFNER** [1] - 1:16
**handling** [1] - 3:13
**happy** [1] - 3:3
**Happy** [1] - 3:5
**HARKINS** [8] - 2:3, 3:11, 3:17, 5:8, 9:16, 14:3, 14:13, 15:7
**Harkins** [6] - 3:12, 5:8, 9:14, 11:22, 13:6, 14:4
**hearing** [1] - 6:3
**held** [1] - 3:1
**Hernandez** [1] - 9:7
**Hobbs** [1] - 9:23
**HOBBS** [10] - 1:20,

9:23, 10:3, 10:23, 11:1, 11:4, 11:9, 11:21, 12:4, 13:12
**honestly** [1] - 10:19
**Honor** [17] - 3:11, 3:17, 4:3, 4:6, 4:24, 5:8, 5:17, 6:5, 8:1, 9:16, 9:23, 10:3, 11:21, 13:12, 14:3, 14:13, 15:7
**HONORABLE** [1] - 1:10
**Honorable** [2] - 2:8, 3:1
**hopefully** [1] - 13:18
**Houston** [1] - 1:21
**hypertensia** [1] - 8:15

**I**

**identified** [1] - 6:21
**III** [2] - 13:24, 14:10
**IIIG** [1] - 10:7
**important** [1] - 13:5
**inadvertence** [1] - 7:10
**Inc** [2] - 2:5, 2:5
**included** [1] - 12:20
**incomplete** [1] - 12:13
**incompleteness** [1] - 12:15
**individual** [1] - 4:13
**Individually** [1] - 14:21
**Industries** [1] - 2:4
**information** [4] - 6:16, 11:16, 12:17, 13:19
**initial** [1] - 7:2
**injuries** [1] - 6:24
**instead** [2] - 7:8, 7:14
**interpretation** [3] - 6:18, 6:19, 7:1
**issue** [1] - 10:19
**issues** [2] - 15:3, 15:6
**items** [1] - 14:25
**itself** [2] - 6:23, 7:12

**J**

**Jacqueline** [1] - 14:20
**James** [2] - 13:23, 14:21
**January** [2] - 1:8, 15:17
**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**JEZ** [1] - 1:19
**joint** [1] - 3:13
**Joseph** [1] - 14:22
**JUDGE** [1] - 1:10
**Judge** [3] - 3:3, 3:5,

3:6
**Judicial** [1] - 2:8
**June** [1] - 12:5

**K**

**Karlene** [1] - 14:22
**KARLENE** [1] - 14:22
**KATZ** [1] - 1:12
**keep** [1] - 12:24
**Kenneth** [3] - 13:24, 14:6, 14:9
**King** [1] - 9:7
**Knudson** [4] - 10:1, 10:4, 10:16, 13:24
**KNUDSON** [1] - 13:24
**Kreseski** [1] - 14:23
**KRESESKI** [1] - 14:23
**Kugler** [2] - 2:8, 3:3
**KUGLER** [2] - 1:10, 3:2
**Kwoka** [1] - 9:6
**KWOKA** [1] - 9:7

**L**

**larry** [1] - 2:9
**Law** [1] - 2:8
**LAW** [1] - 1:16
**leaves** [1] - 14:11
**left** [2] - 3:9, 6:21
**letter** [1] - 7:13
**Levin** [1] - 9:20
**Lewis** [2] - 3:24, 9:9
**LIABILITY** [1] - 1:4
**list** [1] - 14:6
**listed** [6] - 3:20, 10:5, 10:6, 12:12, 14:1, 14:23
**listing** [2] - 11:25, 14:24
**LITIGATION** [1] - 1:4
**LLC** [2] - 1:12, 2:5
**LLP** [2] - 1:19, 2:2
**looking** [1] - 15:9
**LORETTA** [1] - 2:8
**Los** [1] - 1:17
**Ltd** [1] - 2:4

**M**

**MacStravic** [1] - 2:9
**majority** [1] - 5:11
**management** [2] - 3:25, 9:18
**mandatory** [1] - 6:25
**Marie** [2] - 1:23, 15:17
**Mark** [1] - 14:18
**Mary** [3] - 10:1, 10:3, 13:23
**matter** [8] - 3:15, 3:18,

3:22, 4:2, 9:5, 9:11, 14:8, 15:16
**matters** [3] - 9:8, 9:10, 9:19
**MAZIE** [1] - 1:12
**McCarty** [1] - 9:6
**MDL** [2] - 7:4, 7:8
**mean** [4] - 11:12, 11:23, 12:25, 13:6
**meaning** [1] - 7:1
**means** [1] - 6:24
**mechanical** [1] - 1:25
**medical** [6] - 7:21, 10:6, 10:11, 12:13, 12:21
**Medicare** [4] - 10:13, 11:16
**medications** [1] - 12:14
**meeting** [1] - 15:10
**might** [1] - 8:16
**MIKAYELYAN** [12] - 1:16, 4:3, 4:6, 4:12, 4:16, 4:18, 4:24, 5:2, 6:5, 8:5, 8:13, 8:22
**Mikayelyan** [1] - 4:4
**minute** [1] - 8:2
**Mirabile** [1] - 9:6
**mistake** [1] - 7:10
**Mitchell** [3] - 1:7, 1:23, 15:17
**morning** [4] - 4:3, 4:8, 4:11, 4:18
**most** [1] - 7:18
**motion** [2] - 9:1, 9:4
**moving** [1] - 15:8
**MR** [27] - 3:11, 3:17, 4:3, 4:6, 4:12, 4:16, 4:18, 4:24, 5:2, 5:8, 6:5, 8:5, 8:13, 8:22, 9:16, 9:23, 10:3, 10:23, 11:1, 11:4, 11:9, 11:21, 12:4, 13:12, 14:3, 14:13, 15:7

**N**

**NE** [1] - 2:3
**need** [2] - 10:5, 13:14
**NEW** [1] - 1:1
**New** [4] - 1:8, 1:14, 3:4, 3:5
**next** [8] - 3:25, 9:18, 11:25, 13:8, 14:1, 14:14, 14:23, 15:10
**NJ** [1] - 15:18
**NOLEN** [1] - 1:19
**nonapplicable** [1] - 6:22

**noncancer** [1] - 6:24
**none** [1] - 15:5
**nothing** [1] - 6:3
**notice** [3] - 7:4, 7:8, 7:10
**notices** [1] - 9:3
**November** [2] - 7:16, 12:11
**NUMBER** [1] - 1:3
**number** [4] - 4:12, 4:14, 14:9

**O**

**Oak** [1] - 1:20
**object** [1] - 13:14
**objections** [1] - 14:16
**October** [2] - 7:3, 7:5
**Official** [2] - 1:23, 15:18
**one** [3] - 3:8, 3:19, 12:2
**operative** [1] - 5:19
**opportunity** [3] - 6:7, 6:12, 13:18
**opposed** [1] - 5:10
**order** [8] - 5:4, 5:20, 7:12, 7:15, 9:11, 9:13, 13:8, 14:8
**orders** [6] - 3:8, 3:23, 9:8, 9:17, 11:24, 14:1
**ordinarily** [1] - 5:18
**Owens** [3] - 3:19, 9:9, 9:11

**P**

**p.m** [3] - 1:9, 3:2, 15:14
**Parker** [1] - 9:6
**Parkway** [1] - 1:13
**part** [1] - 6:19
**particular** [1] - 5:13
**parties** [1] - 5:15
**PC** [1] - 1:16
**pending** [4] - 10:11, 11:12, 11:13, 12:20
**perspective** [1] - 12:18
**PFS** [4] - 6:15, 6:22, 7:1, 7:2
**ph** [1] - 8:15
**Pharma** [1] - 2:5
**Pharmaceutical** [1] - 2:4
**Pharmaceuticals** [1] - 2:5
**pharmacy** [4] - 12:13, 12:19, 12:22, 13:4
**Piedmont** [1] - 2:3

| | | | | |
|---|---|---|---|---|
| **plaintiff** [2] - 6:21, 7:21<br>**plaintiff's** [4] - 6:20, 6:23, 12:15, 12:17<br>**Plaintiffs** [3] - 1:14, 1:18, 1:21<br>**plaintiffs** [2] - 7:13, 15:3<br>**plaintiffs'** [1] - 14:16<br>**pleaded** [3] - 6:8, 6:9, 6:11<br>**point** [2] - 8:6, 10:20<br>**possession** [1] - 7:22<br>**possibility** [2] - 8:16, 8:19<br>**Post** [1] - 1:20<br>**practical** [1] - 13:17<br>**preclude** [1] - 8:8<br>**precursor** [3] - 8:6, 8:14, 8:15<br>**prejudice** [15] - 4:7, 4:21, 4:23, 5:7, 5:21, 5:25, 6:4, 6:8, 6:12, 6:14, 7:25, 8:7, 8:23, 9:2, 9:5<br>**PRESENT** [1] - 2:7<br>**preserve** [1] - 13:14<br>**pretty** [1] - 13:4<br>**problem** [1] - 11:19<br>**proceedings** [1] - 15:16<br>**Proceedings** [2] - 1:25, 15:14<br>**PROCEEDINGS** [1] - 3:1<br>**process** [4] - 5:21, 7:22, 13:10, 13:16<br>**produce** [1] - 12:25<br>**produced** [3] - 1:25, 11:14, 12:24<br>**PRODUCTS** [1] - 1:4<br>**progress** [3] - 11:25, 13:9, 14:10<br>**proof** [1] - 12:13<br>**provide** [2] - 10:21, 11:4<br>**provided** [5] - 11:1, 11:2, 11:6, 11:10, 11:11<br>**pursuant** [1] - 5:20<br>**put** [2] - 10:9, 13:22<br><br>**Q**<br><br>**Quarles** [1] - 9:7<br>**quote** [1] - 8:19<br><br>**R**<br><br>**RDR** [1] - 15:18<br>**RE** [1] - 1:4 | **reached** [1] - 10:18<br>**reason** [2] - 6:13, 7:9<br>**received** [2] - 7:3, 14:5<br>**receiving** [1] - 7:15<br>**recent** [1] - 12:5<br>**record** [5] - 11:11, 11:13, 13:13, 13:22, 15:16<br>**recorded** [1] - 1:25<br>**records** [18] - 7:21, 10:6, 10:8, 10:12, 10:14, 10:22, 11:1, 11:2, 11:4, 11:6, 11:8, 11:9, 11:10, 12:7, 12:13, 12:19, 12:22, 13:4<br>**refers** [1] - 12:14<br>**refile** [3] - 8:8, 8:24, 8:25<br>**regarding** [4] - 6:5, 6:16, 7:10, 7:13<br>**related** [1] - 6:15<br>**relist** [1] - 14:11<br>**relisted** [1] - 9:10<br>**remains** [1] - 3:15<br>**removed** [1] - 3:21<br>**render** [1] - 6:22<br>**Reporter** [2] - 1:23, 15:18<br>**represent** [1] - 6:1<br>**representative** [2] - 12:3, 13:25<br>**representing** [1] - 5:16<br>**request** [9] - 4:7, 4:13, 5:3, 6:7, 7:24, 9:17, 10:12, 12:7, 14:7<br>**requested** [3] - 11:11, 12:8, 12:23<br>**requests** [5] - 6:14, 10:12, 11:12, 11:13, 11:17<br>**require** [1] - 5:14<br>**required** [2] - 6:17, 10:16<br>**requirement** [1] - 6:25<br>**requirements** [1] - 9:3<br>**resolved** [1] - 3:21<br>**respect** [1] - 14:8<br>**response** [3] - 6:2, 14:17, 15:4<br>**RESPONSE** [1] - 3:5<br>**rest** [1] - 7:23<br>**result** [1] - 7:9<br>**return** [3] - 10:13, 13:9, 14:2<br>**returnable** [1] - 9:17<br>**RMR** [1] - 15:18<br>**Road** [1] - 2:3<br>**ROBERT** [2] - 1:10, | 3:2<br>**Robert** [2] - 2:8, 14:19<br>**Rodriguez** [4] - 12:3, 12:4, 13:25<br>**Roseland** [1] - 1:14<br><br>**S**<br><br>**sartan** [1] - 12:14<br>**satisfied** [1] - 13:10<br>**satisfy** [1] - 5:19<br>**saw** [1] - 11:24<br>**second** [2] - 7:2, 14:24<br>**Section** [1] - 10:7<br>**section** [4] - 3:19, 6:6, 6:11, 10:10<br>**see** [5] - 3:7, 10:17, 10:18, 12:9, 13:2<br>**seeking** [1] - 9:13<br>**send** [1] - 11:19<br>**sent** [1] - 7:13<br>**sheet** [7] - 6:20, 6:23, 10:7, 12:9, 12:10, 12:15, 12:18<br>**SHERI** [1] - 14:20<br>**Sheri** [1] - 14:20<br>**show** [13] - 3:8, 3:23, 5:21, 7:12, 7:16, 9:8, 9:11, 9:13, 9:17, 11:24, 13:8, 14:1, 14:8<br>**showing** [1] - 12:13<br>**signatures** [1] - 7:21<br>**situation** [1] - 12:23<br>**Skadden** [2] - 5:22, 5:24<br>**SLATER** [2] - 1:12, 1:13<br>**SMITH** [1] - 2:8<br>**Smith** [1] - 14:22<br>**soon** [1] - 15:13<br>**sorry** [1] - 4:10<br>**specifically** [1] - 6:6<br>**standpoint** [1] - 13:17<br>**start** [4] - 9:25, 10:3, 15:8, 15:11<br>**started** [2] - 7:16<br>**statement** [1] - 14:15<br>**STATES** [2] - 1:1, 1:10<br>**STATUS** [1] - 1:5<br>**stenography** [1] - 1:25<br>**Steve** [3] - 3:12, 5:8, 14:3<br>**STEVEN** [1] - 2:3<br>**still** [4] - 3:16, 5:20, 11:20, 13:2<br>**stipulate** [1] - 5:15<br>**stipulation** [1] - 5:18<br>**Street** [1] - 1:17 | **Streets** [1] - 1:7<br>**submitted** [2] - 7:3, 7:20<br>**substantial** [1] - 12:17<br>**Suite** [3] - 1:17, 1:20, 2:3<br>**summer** [3] - 11:13, 15:9, 15:11<br>**supply** [1] - 13:18<br><br>**T**<br><br>**TELEPHONIC** [1] - 1:5<br>**telephonically** [1] - 3:1<br>**terminated** [4] - 4:9, 4:19, 4:21, 4:22<br>**terms** [1] - 12:17<br>**Teva** [3] - 2:4, 2:5, 3:12<br>**Texas** [1] - 1:21<br>**text** [2] - 4:8, 4:19<br>**The Court** [33] - 3:3, 3:7, 3:14, 4:1, 4:5, 4:10, 4:15, 4:17, 4:20, 4:25, 5:5, 5:22, 6:3, 6:11, 8:2, 8:10, 8:18, 9:1, 9:20, 10:1, 10:21, 10:24, 11:3, 11:6, 11:18, 11:22, 13:4, 13:20, 14:9, 14:16, 14:18, 15:5, 15:8<br>**therefore** [1] - 6:21<br>**Thomas** [1] - 14:18<br>**Thompson** [1] - 9:7<br>**Thomson** [1] - 14:19<br>**THOMSON** [1] - 14:19<br>**three** [2] - 9:3, 9:20<br>**today** [3] - 3:7, 3:13, 10:18<br>**took** [1] - 7:5<br>**totalled** [1] - 12:21<br>**touch** [1] - 13:8<br>**towards** [1] - 15:9<br>**transcript** [2] - 1:25, 15:16<br>**transcription** [1] - 1:25<br>**Traurig** [1] - 3:12<br>**TRAURIG** [1] - 2:2<br>**trial** [1] - 8:18<br>**trials** [2] - 15:9, 15:11<br>**true** [2] - 3:16, 3:17<br>**two** [1] - 9:21<br>**typically** [1] - 5:10<br><br>**U**<br><br>**U.S** [1] - 1:7<br>**under** [2] - 5:3, 6:6 | **UNITED** [2] - 1:1, 1:10<br>**unresolved** [1] - 3:15<br>**up** [3] - 10:9, 12:21, 12:24<br>**update** [4] - 3:19, 9:14, 14:6, 14:12<br>**updates** [2] - 9:16, 14:13<br>**USA** [1] - 2:5<br><br>**V**<br><br>**VA** [2] - 12:22, 12:23<br>**Vahan** [1] - 4:3<br>**VAHAN** [1] - 1:16<br>**VALSARTAN** [1] - 1:4<br>**via** [2] - 7:4, 7:8<br>**voluntary** [3] - 5:10, 5:15, 5:18<br><br>**W**<br><br>**waiting** [1] - 10:13<br>**wants** [2] - 3:10, 5:22<br>**weeks** [1] - 10:25<br>**willing** [2] - 8:22, 11:24<br>**Willis** [1] - 13:23<br>**withdraw** [1] - 14:7<br>**withdrawn** [1] - 14:10<br>**witness** [1] - 7:20<br><br>**Y**<br><br>**Year** [2] - 3:4, 3:5<br>**yesterday** [1] - 4:7<br>**Yount** [1] - 9:6<br><br>**Z**<br><br>**ZHP** [3] - 5:14, 5:16, 6:1 |