IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br>*Davis v. Camber Pharmaceuticals Inc. et al.,*<br>2:21-cv-00254 (M.D.Ala) | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Melissa A. Chuderewicz, Esq. hereby enters an appearance in this MDL on behalf of Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. ("Amneal") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: melissa.chuderewicz@troutman.com.

By entering an appearance, Amneal does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 13, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Melissa A. Chuderewicz*
　　　　　　　　　　　　　　　　　　　　Melissa A. Chuderewicz
　　　　　　　　　　　　　　　　　　　　N.J. Bar No. 023392001
　　　　　　　　　　　　　　　　　　　　**TROUTMAN PEPPER HAMILTON SANDERS LLP**
　　　　　　　　　　　　　　　　　　　　301 Carnegie Center
　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　Princeton, NJ 08540
　　　　　　　　　　　　　　　　　　　　(609) 951-4118
　　　　　　　　　　　　　　　　　　　　Melissa.Chuderewicz@Troutman.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Melissa A. Chuderewicz
Melissa A. Chuderewicz
N.J. Bar No. 023392001
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 Carnegie Center
Suite 400
Princeton, NJ 08540
(609) 951-4118
Melissa.Chuderewicz@Troutman.com

*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*