IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

**[PROPOSED] ORDER NO. __**

THIS MATTER having been brought before the Court by way of Defendant ZHP's Motion to Compel and Plaintiffs' Response and Cross-Motion for Protective Order, and the court having considered the Plaintiffs' submission finds that the Subpoena *Duces Tecum* issued to Valisure is untimely, irrelevant, and the production of such documents will cause Plaintiffs' extreme prejudice.

It is hereby ORDERED this ___ day of _____, 2023 that (1) Defendant ZHP's Motion to Compel is DENIED, (2) Plaintiffs' Motion for Protective Order is hereby **GRANTED** and consequently (3) Defendant ZHP's Subpoena Duces Tecum to Valisure is hereby **QUASHED**.

/s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master