# Exhibit F

| | |
|---|---|
| **From**: | TGO Communications [TGOCDoNotReply@comms.teva-pharm.com] |
| **Sent**: | 6/18/2019 4:00:16 PM |
| **To**: | Dan Barreto [dan.barreto05@tevapharm.com] |
| **Subject**: | Sartan Surveillance |

Web Version

Tuesday, June 18, 2019

## Top News

**Fourth Carcinogen Discovered in Heart Pills Used by Millions**

(6/18, Anna Edney, Bloomberg) ...Valisure, based in New Haven, Connecticut, said in a filing last week to the Food and Drug Administration that it discovered a solvent called dimethylformamide, or DMF, in valsartan made by several companies, including Swiss pharmaceutical giant Novartis AG...Valisure's findings suggest the manufacturing of drugs may be more porous than commonly understood. "Medicines are kind of like used cars: By the time you get it it's already five or six years old, it's touched hundreds of hands and it's got 100,000 miles on it," Valisure Chief Executive Officer David Light said in an interview... Full

**Teva Expands Recall of Losartan Potassium Tablets**

(6/17, James Limbach, Consumer Affairs) ...Teva Pharmaceuticals USA is expanding an earlier recall of losartan potassium tablets used for the treatment of hypertension, hypertensive patients with left ventricular hypertrophy, and nephropathy in Type 2 diabetic patients. The product contains trace amounts of N-Nitroso N-Methyl 4-amino butyric acid, a potential human carcinogen... Full

CONFIDENTIAL

## U.S. Regulatory News

**Why Aren't Docs Outraged by Inadequate Generic Drug Approval?**
(6/17, Joe Graedon, The People's Pharmacy) ...Over the last year, manufacturers have recalled tens of millions of blood pressure pills. That's because drugs like losartan, valsartan and irbesartan were found to be contaminated with carcinogens. The Chinese and Indian manufacturers had apparently been producing substandard products for years. We have not heard an outcry from American health professionals. Doctors, nurses and pharmacists are responsible for their patients' safety just as pilots are responsible for their passengers' safety. Yet providers have not demanded changes in the way the Food and Drug Administration oversees the generic drug approval and monitoring process... Full

## International Regulatory News

**Update on the EDQM Review of CEP Applications for Sartans and Next Steps (June 2019)**
(6/18, Council of Europe) ...The EDQM has now finalised the review and update of the vast majority of CEP dossiers for sartans containing a tetrazole ring structure. The CEP dossiers have been assessed following a risk- and science-based approach. When sufficient data was given to demonstrate that there were no risks of presence of nitrosamines and a limit in the specification of the active substance was not necessary (based on the process and an appropriate control strategy), the CEP was not revised but a letter of approval was sent to the CEP holder instead... Full

## Full Access Instructions:

**Scrip and The Pink Sheet** news: please register here using the link in the upper right-hand corner.
**FirstWord PharmaPlus** premium news: please register here with your **Teva** email address.
**Scientific Journal Articles**: if you cannot access the full-text via the publishers website, you can use RightFind to find or order the full article. If you need RightFind access, please contact Michelle Cornacchia.

Please contact Michelle Cornacchia if you have any issues or questions about access to news or literature.

Note: Article links may expire over time or require a free registration. All news articles are the property of their respective publishers and copyright holders. [contextual emphasis added].

CONFIDENTIAL

TEVA-MDL2875-00495937

CONFIDENTIAL

TEVA-MDL2875-00495938