**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

<table>
<tr>
<td>
IN RE: VALSARTAN, LOSARTAN,<br>
AND IRBESARTAN PRODUCTS<br>
LIABILITY LITIGATION
</td>
<td>
MDL No. 2875<br>
Civil No.: 1:19-md-2875 RBK-JS<br><br>
<b>JUDGE ROBERT B. KUGLER</b><br><br>
<b>MAGISTRATE JUDGE SHARON A. KING</b>
</td>
</tr>
</table>

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk:

Please enter the appearance of Douglas Tween on behalf of Defendant Vivimed Life

Sciences Pvt. Ltd., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including

but not limited to defenses related to service of process and personal jurisdiction in any individual

case that is currently pending in MDL 2875 or that subsequently may be transferred to or

consolidated with MDL 2875.

Date: January 18, 2023

/s/ *Douglas Tween*
Douglas Tween
**Linklaters LLP**
1290 Avenue of the Americas
New York, NY 10105
(212) 903-9072
douglas.tween@linklaters.com

## CERTIFICATE OF SERVICE

I certify that on January 18, 2023, I filed the foregoing Notice of Appearance

electronically through the CM/ECF system, which will send notice of filing to all CM/ECF

participants.

/s/ *Douglas Tween*

Douglas Tween

**Linklaters LLP**

1290 Avenue of the Americas

New York, NY 10105

(212) 903-9072

douglas.tween@linklaters.com