**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br>Civil No.: 1:19-md-2875 RBK-JS<br><br>**JUDGE ROBERT B. KUGLER**<br><br>**MAGISTRATE JUDGE SHARON A. KING** |

THIS DOCUMENT RELATES TO: ALL CASES

## DEFENDANT VIVIMED LIFE SCIENCES PVT. LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vivimed Life Sciences Pvt. Ltd. ("Vivimed") discloses that its ultimate parent corporation is Strides Pharma Science Limited, a publicly held company the shares of which are traded on BSE Ltd. under the scrip code 532531 and on the National Stock Exchange of India Ltd. under the scrip code STAR. There are no publicly traded companies between Vivimed and Strides Pharma Science Limited.

Respectfully submitted,

/s/ *Douglas Tween*
Douglas Tween
**Linklaters LLP**
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9072
douglas.tween@linklaters.com

## CERTIFICATE OF SERVICE

I certify that on January 18, 2023, I filed the foregoing Defendant Vivimed Life Sciences Pvt. Ltd. Rule 7.1 Corporate Disclosure Statement electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ *Douglas Tween*
Douglas Tween
**Linklaters LLP**
1290 Avenue of the Americas
New York, NY 10105
(212) 903-9072
douglas.tween@linklaters.com