### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO ALL CASES | Civil Action No.: 1:19-md-02875 |

### NOTICE OF REQUEST TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 102.1, Devora W. Allon of Kirkland & Ellis, LLP, who previously entered her appearance on behalf of Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. ("Amneal") (ECF No. 1462), hereby requests the Court's permission to withdraw as attorney for Defendants Amneal.

**PLEASE TAKE FURTHER NOTICE** that Kirkland & Ellis LLP will continue to serve as counsel of record for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.

Dated: January 18, 2023

Respectfully submitted:

*/s/ Devora W. Allon*

KIRKLAND & ELLIS LLP
Devora W. Allon
601 Lexington Avenue
New York, New York 10022
Tel: (212) 909-3344
Fax: (212) 446-6460
devora.allon@kirkland.com