**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br>Civil No.: 1:19-md-2875 RBK-JS<br><br>**JUDGE ROBERT B. KUGLER**<br><br>**MAGISTRATE JUDGE SHARON A. KING** |

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

To the Clerk:

Please enter the appearance of John Eichlin on behalf of Defendant Vivimed Life Sciences Pvt. Ltd., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Date: January 18, 2023

/s/ *John Eichlin*
John Eichlin
**Linklaters LLP**
1290 Avenue of the Americas
New York, NY 10105
(212) 903-9231
john.eichlin@linklaters.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 18, 2023, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ *John Eichlin*
John Eichlin
**Linklaters LLP**
1290 Avenue of the Americas
New York, NY 10105
(212) 903-9231
john.eichlin@linklaters.com