# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO ALL CASES | Civil Action No.: 1:19-md-02875 |

### NOTICE OF REQUEST TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 102.1, Devora W. Allon of Kirkland & Ellis, LLP, who previously entered her appearance on behalf of Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. ("Amneal") (ECF No. 1462), hereby requests the Court's permission to withdraw as attorney for Defendants Amneal.

**PLEASE TAKE FURTHER NOTICE** that Kirkland & Ellis LLP will continue to serve as counsel of record for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.

Dated: January 18, 2023

                Respectfully submitted:

                */s/ Devora W. Allon*

                KIRKLAND & ELLIS LLP
                Devora W. Allon
                601 Lexington Avenue
                New York, New York 10022
                Tel: (212) 909-3344
                Fax: (212) 446-6460
                devora.allon@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I electronically filed the foregoing Notice of of Request to Withdraw as Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

       /s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:    212-446-4800
Fax:   212-446-4900
devora.allon@kirkland.com

*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*