UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | Civil Action No.: 1:19-md-02875 |

**[PROPOSED ORDER]**

**SO ORDERED** that Devora W. Allon of Kirkland & Ellis LLP is withdrawn from representing Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. ("Amneal") in this case. Counsel from the law firm Troutman Pepper Hamilton Sanders LLP will continue to represent Defendants Amneal.

Dated: _____           _____

                                                                    Hon. Robert B. Kugler, U.S.D.J.