

38TH FLOOR   ONE OXFORD CENTRE   PITTSBURGH, PA  15219
412.263.2000      FAX: 412.263.2001
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.:  412.263.1816
DIRECT FAX NO:  412.263.4246
FILE NO.:  MYLAN-112578
EMAIL:  cct@pietragallo.com

January 30, 2023

**Via ECF**

The Hon. Robert B. Kugler               Special Master the Hon. Thomas Vanaskie
United States District Judge            Stevens & Lee
USDC, District of New Jersey            1500 Market Street, East Tower, 18th Floor
Mitchell H. Cohen Building & U.S. Courthouse   Philadelphia, PA 19103
4th & Cooper Streets, Room 1050
Camden, NJ 08101

> Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
>        USDC, District of New Jersey, No. 1:19-md-2875-RBK

Dear Judge Kugler and Judge Vanaskie:

I write on behalf of the Defendants' Executive Committee to provide Defendants' positions

for the conference with the Court on Wednesday, February 1, 2023. There is only one item on the

agenda, and it does not require confidentiality.

### 1.   Plaintiff Fact Sheet Deficiencies and Orders to Show Cause

**Cases Addressed at the January 4, 2023 Case Management Conference:**

The Court issued 9 show cause orders returnable at the February 1, 2023 Case Management
Conference:

1. *Estate of Clifford Conley v. Aurobindo, et al. –* 22-cv-3323
2. *Robert Bailey v. Mylan Labs, et al. –* 22-cv-01518
3. *Thomas Amoia v. Mylan Labs, et al. –* 22-cv-02438
4. *Renae Bishop v. Mylan Labs, et al. –* 22-cv-03441
5. *Robert Lewis v. Aurobindo, et al. –* 22-cv-02524
6. *Estate of James Willis v. ZHP, et al. –* 22-cv-5352
7. *Estate of Gale Barber v. ZHP, et al. –* 22-cv-5051
8. *Mary Ann Knudson v. ZHP, et al. –* 22-cv-4813
9. *Diana R. Balay, Personal Representative of Esteban C. Rodriguez, Deceased, v. Aurobindo Pharma Ltd., et al.v. Aurobindo, et al –* 22-cv-05040

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 2

The issues in the *Conley*, *Bailey*, *Amoia*, and *Bishop* matters are resolved, and the show cause orders may be withdrawn.

The issues in the *Lewis*, *Willis*, *Barber*, *Knudson*, and *Balay* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

**<u>Second Listing Cases – Order to Show Cause Requested:</u>**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on January 24, 2023, and a global meet and confer was held on January 27, 2023. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

Defense counsel will be prepared to address the individual issues with respect to each of these cases, to the extent necessary, during the February 1, 2023 Case Management Conference:

|   | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Mark Czajkowski v. ZHP, et al. | 22-cv-5582 | Fleming Nolen | Need medical expenses | 11/30/22 |
| 2. | Beverly Thomson v. Aurobindo, et al. | 22-cv-6111 | Stark & Stark | Need pharmacy records | 12/7/22 |
| 3. | Robert Casper v. ZHP, et al. | 22-cv-5787 | Meshbesher & Spence | Need medical expenses or indicate you are dropping claim | 12/5/22 |
| 4. | Sheri Barone v. CVS Health, et al. | 21-cv-6253 | Stark & Stark | Largely deficient PFS, including blank sections IV and VI; need authorizations and signed declaration | 11/29/22 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 3

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 5. | Jacqueline Carter Individually and as Administrator for the Estate of James Carter vs. Mylan Laboratories Ltd., et al. | 22-cv-05561 | Hollis Law | No medical expenses; Worker's compensation and disability claim section incomplete; dietary exposure section incomplete | 12/5/22 |
| 6. | Elie Greene v. Aurobindo Pharma USA, Inc., et al | 21-cv-3214 | Serious Injury Law Group | No records or authorizations, sections I.E. & X. are in conflict regarding who completed PFS, plaintiff's purported signature on declaration postdates death by more than a year | 5/9/22 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiff leadership on January 24, 2023, and a global meet and confer was held on January 27, 2023. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Estate of Max Schwartz v. ZHP, et al. | 22-cv-05685 | Levin Papantonio | II.C.4 – dietary questions unanswered; need medical expenses | 1/3/23 |
| 2. | Deborah Tsakalas v. Aurobindo Pharma, et al. | 22-cv-06294 | Fleming Nolen | Need medical expenses | 1/3/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 4

| 3. | Estate of Juanita Calhoun v. ZHP, et al. | 22-cv-05654 | Moore Law Group | All authorizations must be undated; need medical expenses. | 1/5/23 |
|---|---|---|---|---|---|
| 4. | Marcus Pittman v. ZHP, et al. | 22-cv-06395 | Fleming Nolen | III.C.2.a - Please confirm if any non-cancer injuries are being claimed. See C.3.a below;<br><br>III.C.3.a - This section is for non-cancer injuries claimed as a result of valsartan use. Likely that if you are claiming such injuries that Valsartan was not the medication prescribed.<br><br>II.D.4 – dietary questions unanswered<br><br>III.F – annual income in lost wages claim period missing<br><br>III.G – need medical expenses<br><br>IV.A – need dates of healthcare providers; IV.D – need dates of Blue Cross coverage<br><br>VI.A – medications chart blank | 1/6/23 |
| 5. | Brenda Greksa v. ZHP, et al. | 22-cv-6468 | Levin Papantonio | Need medical expenses; health insurance authorization needs to be witnessed. | 1/12/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 5

| | | | | | |
|---|---|---|---|---|---|
| 6. | Nancy Lalonde | 21-cv-02620 | Law Offices of Michael S. Mehrmann | I.C. – all listed NDC codes are for products other than valsartan; pharmacy and medical records make no mention of valsartan prescription or use; need undated authorizations in proper format; largely deficient PFS. | 12/13/22 |
| 7. | Kenneth Mintz v. Hetero Drugs, Ltd., et al. | 22-cv-6060 | Levin Papantonio | No Amended PFS Filed*<br><br>II.A.1.b – Plaintiff indicated that his hypertension is managed with an alternative medication he has been managing his hypertension with. Please supplement.<br><br>III.B.3 – Plaintiff failed to specify whether the referenced instructions are still in his possession or not. If so, please produce a copy of said instructions.<br><br>III.B.4 – Plaintiff did not provide the name of the referenced prescribing physician who gave instructions regarding valsartan use to Plaintiff. Please supplement.<br><br>III.G.a – III.G.c – Failed to provide any substantive responses to the request to identify Plaintiff's claimed medical expenses, including: the name of the healthcare provider for each claimed medical expense; the date of service for each claimed medical expense; and the monetary amount of each claimed medical expense.<br><br>V.DI.b – VI.D.c – Plaintiff stated that he used tobacco from 1958 to 1998, but also states that he smoked cigarettes for 23 years. However, the amount of time between 1958 to | 1/4/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 6

| | | | | | |
|---|---|---|---|---|---|
| | | | | 1998 is 30 years, instead of 23 years. Please clarify and supplement.<br><br>XI.A.1 – No health care authorizations produced for: St. Mary's General Hospital; Christopher DiMaio, MD; Lenox Hill Radiology; Dr. Daniel Roses.<br><br>XI.B.18 – No billing records produced. | |
| 8. | E.O. James Huse, et al. v. Hetero Drugs, Ltd., et al. | 22-cv-5829 | Levin Papantonio | No Amended PFS Filed.*<br><br>III.A.1.b – Answering Plaintiff has identified that the last Valsartan usage date for decedent was 8/9/2018 and decedent Plaintiff passed away on 11/6/2020. As such, please supplement and identify how decedent Plaintiff managed his hypertension from the last Valsartan usage date (8/9/2018) until the date of his death (11/6/2020).<br><br>III.B.5 – Please produce photographs of the referenced Valsartan pill bottle.<br><br>III.G.a -III.G.c – Failed to provide any substantive responses to the request to identify Plaintiff's claimed medical expenses, including: the name of the healthcare provider for each claimed medical expense; the date of service for each claimed medical expense; and the monetary amount of each claimed medical expense.<br><br>XI.A.1 – No health care authorizations were produced for: FHC West Family Medicine; or Baylor Scott & White Health. Please produce undated and properly executed authorizations for | 1/9/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Jan. 30, 2023
Page 7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | each of the foregoing health care providers.<br><br>XI.B.2 – No pharmacy records for H-E-B.<br><br>XI.B.18 – No billing records produced. | |
| 9. | Yvonne Trautman v. Aurobindo Pharma, Ltd., et al. | 22-cv-05471 | Fleming, Nolen & Jez, L.L.P | No authorizations; largely incomplete PFS containing numerous areas only stating "will supplement" | 12/5/22 |
| 10. | David Andreotti, et al. v. Mylan Laboratories, Ltd., et al. | 22-CV-05291 | Meshbesher & Spence, Ltd. | No medical expenses | 12/5/22 |
| 11. | Maurice Mottie v. Aurobindo Pharma, Ltd. et al | 22-cv-06304 | Fleming, Nolen & Jez, L.L.P | No medical expenses; medical history incomplete—please specify surgery and provide records reflecting such | 1/11/23 |
| 12. | Bertha Smith vs. Mylan Pharmaceuticals Inc., et al. | 22-cv-06229 | Hollis Law Firm, P.A. | No medical expenses | 1/12/23 |

Respectfully submitted,

Clem C. Trischler

c:      All counsel of record (via ECF)