# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Please take notice that Kathleen E. Kelly withdraws her appearance in this MDL on behalf of Defendant, H.J. Harkins d/b/a Pharma Pac, in the above-captioned action, and requests that the Clerk of Court remove undersigned counsel from the mailing list for this case.

The Defendant, H.J. Harkins d/b/a Pharma Pac, continues to be represented by Geoffrey M. Coan of Hinshaw & Culbertson, LLP.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Kathleen E. Kelly*
Kathleen E. Kelly
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA  02109
617-213-7000; 617-213-7001 fax
kekelly@hinshawlaw.com

*Attorneys for Defendant*
*H.J. Harkins d/b/a Pharma Pac*

## CERTIFICATE OF SERVICE

I, Kathleen E. Kelly, hereby certify that on February 10, 2023, the foregoing **Notice of Withdrawal of Appearance of Counsel** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kathleen E. Kelly*
Kathleen E. Kelly

A3093\312467266.v1