UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Karen M. Williams,<br>Magistrate Judge |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Please take notice that Kathleen E. Kelly withdraws her appearance in this MDL on behalf of Defendant, Sciegen Pharmaceuticals Inc., in the above-captioned action, and requests that the Clerk of Court remove undersigned counsel from the mailing list for this case.

The Defendant, Sciegen Pharmaceuticals Inc. continues to be represented by Geoffrey M. Coan of Hinshaw & Culbertson LLP.

Dated: February 10, 2023

Respectfully submitted,

/s/ Kathleen E. Kelly
Kathleen E. Kelly
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000; 617-213-7001 fax
kekelly@hinshawlaw.com

*Attorneys for Defendant*
*Sciegen Pharmaceuticals Inc.*

### CERTIFICATE OF SERVICE

I, Kathleen E. Kelly, hereby certify that on February 10, 2023, the foregoing **Notice of Withdrawal of Appearance of Counsel** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kathleen E. Kelly
Kathleen E. Kelly