SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
JESSICA.MILLER@SKADDEN.COM

February 21, 2023

**VIA ECF**

The Hon. Robert B. Kugler
United States District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

   RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Judge Kugler:

  I am writing on behalf of the TPP Trial Defendants to request a call with the Court this week to address scheduling issues that have arisen as a result of the Court's recent class-certification ruling. We believe that the parties would benefit from immediate direction from the Court. Although the parties are currently set to participate in a status conference before Your Honor on February 28, we request an earlier call to discuss these emergent issues as soon as possible given upcoming deadlines in the litigation. We have conferred with plaintiffs, who do not join our request for an earlier call but do not object to it.

  The plaintiffs and the TPP Trial Defendants are in agreement that in light of the class-certification ruling, it is not feasible to go forward with trial in June, since there must be notice to class members and an opportunity to opt out before any rulings are issued and a trial is set. Thus, we would like to clarify how best to handle the upcoming deadlines, which now implicate classwide issues.

The Honorable Robert B. Kugler
February 21, 2023
Page 2

      Defendants also wish to inform the Court that they plan to file a Rule 23(f) petition before the Third Circuit Wednesday and will be seeking a stay of class proceedings pending the Third Circuit's ruling. Plaintiffs will oppose the motion.

      Thank you for your attention to this matter.

      Respectfully Submitted,

      Jessica Davidson (Miller)

cc: All counsel of record (via ECF)