# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

April 23, 2023

<u>**VIA ECF**</u>
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey  08101

  Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation***,
    **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Kugler:

  I am writing to confirm the discussion during today's conference regarding certain deadlines moving forward.

  Defendants' motion to stay pending their Rule 23(f) motion to be filed by February 27, 2023.

  Plaintiffs' response to the motion to stay to be filed by March 13, 2023.

  Hearing on the motion to stay on March 29, 2023 at 1 pm in Court.

  Daubert briefs on liability experts, currently due on February 27, 2023, now due on March 13, 2023.

  Responsive Daubert briefs on liability experts, now due on April 3, 2023.

  Reply Daubert briefs on liability experts, now due April 17, 2023.

  The deadlines for the defense damage expert reports, and for the filing of dispositive

February 23, 2023
Page 2

motions are held in abeyance pending the March 29, 2023 hearing in Court.

 The April 26, 2023 in Court meeting remains on the schedule and will go forward.

 Thank you for your courtesies and consideration.

        Respectfully,

        ADAM M. SLATER

cc: All Counsel (via ECF)