UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 23, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**                **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                FOR DEFENDANTS:
Adam Slater, Esq.                Jessica Miller, Esq.
Ruben Honik, Esq.                Greg Ostfeld, Esq.

**NATURE OF PROCEEDINGS**:    STATUS CONFERENCE

**DISPOSITION:**
Status conference held via Zoom videoconference.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 2:00 p.m.    Time Adjourned: 2:25 p.m.    Total Time in Court: 25 minutes