```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2
 3   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

 4                            CIVIL ACTION NUMBER:
     IN RE:  VALSARTAN PRODUCTS
     LIABILITY LITIGATION         19-md-02875
 5
                               STATUS CONFERENCE via ZOOM
 6   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

 7        Mitchell H. Cohen Building & U.S. Courthouse
          4th & Cooper Streets
 8        Camden, New Jersey  08101
          February 23, 2023
 9        Commencing at 2:00 p.m.

10
     B E F O R E:            THE HONORABLE ROBERT B. KUGLER
11                           UNITED STATES DISTRICT JUDGE

12
     A P P E A R A N C E S:
13

14        MAZIE SLATER KATZ & FREEMAN, LLC
          BY:  ADAM M. SLATER, ESQUIRE
15        103 Eisenhower Parkway
          Roseland, New Jersey  07068
16        For the Plaintiffs

17
          HONIK LLC
18        BY:  RUBEN HONIK, ESQUIRE
          1515 Market Street, Suite 1100
19        Philadelphia, Pennsylvania  191032
          For the Plaintiffs
20

21
            Ann Marie Mitchell, Official Court Reporter
22             AnnMarie_Mitchell@njd.uscourts.gov
                     (856) 576-7018
23
      Proceedings recorded by mechanical stenography; transcript
24            produced by computer-aided transcription.

25
```

1    **A P P E A R A N C E S (Continued):**

2

3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     BY:  JESSICA DAVIDSON MILLER, ESQUIRE
4    1440 New York Avenue, N.W.
     Washington, DC 20005
5    For the Defendants, Prinston Pharmaceuticals,
     Solco Healthcare U.S. LLC, and  Zhejiang Huahai
6    Pharmaceuticals Ltd.

7    GREENBERG TRAURIG LLP
     BY:  GREGORY E. OSTFELD,  ESQUIRE
8    77 West Wacker Drive, Suite 3100
     Chicago, Illinois 60601
9    For the Defendants, Teva Pharmaceutical Industries Ltd.,
     Teva Pharmaceuticals USA, Inc., Actavis LLC,
10   and Actavis Pharma, Inc.

11

12   **ALSO PRESENT:**

13   LORETTA SMITH, ESQUIRE
     Judicial Law Clerk to The Honorable Robert B. Kugler
14
     Dave Bruey, Courtroom Deputy
15

16

17

18

19

20

21

22

23

24

25

1          (PROCEEDINGS held via Zoom before The Honorable
2    ROBERT B. KUGLER at 2:00 p.m.)
3          THE COURT:  I got a letter from Ms. Davidson
4    (Miller).
5          Ms. Davidson (Miller), what do you want me to call
6    you?  I don't know what the parens is.
7          MS. DAVIDSON:  Would you like an explanation, Your
8    Honor?
9          THE COURT:  Sure, if you want to give me one.  If you
10   don't, that's fine.
11         MS. DAVIDSON:  I'm in the course of changing my last
12   name.  And I just don't want people to be confused, so I was
13   just going to leave the old one for a while, for like a month,
14   during the transition period.
15         THE COURT:  Okay.  Fine.
16         MS. DAVIDSON:  Great question.
17         THE COURT:  Fine, fine, fine.
18         All right.  I got your letter.  I'm not sure I
19   understand what the problem is.  I mean, I understand you're
20   going to file the appeal on the class action.  That's fine.  I
21   mean, we'll see what the Third Circuit does.
22         If they disagree and say there shouldn't be any
23   classes, well, then I guess we send all the cases back to the
24   Panel, just go back to the various districts at that point as
25   individual cases.

1          But as I understand the trial that we've scheduled to

2   come up, there's three defendants and really one plaintiff, so

3   what is the issue here?

4          MS. DAVIDSON:  Your Honor, the issue is that now that

5   a class has been certified, under the rules of one-way

6   intervention, a named plaintiff can't try a case outside the

7   class context.  So the only class that can -- trial that can

8   go forward now would be a class trial.  And a class trial

9   can't go forward until there's notice and opt-out.

10          So right now we're sort of prepping for a trial that

11   can't happen.  And, for example, like damages, expert reports

12   are coming up, and the damages that we had instructed our

13   experts to respond to were, you know, MSP damages.

14          But now that there's a certified class, any trial

15   would involve the entire class, which is a whole different can

16   of worms in terms of damages reports.

17          So because we can no longer have a single plaintiff

18   trial in light of the class certification order, we sort of

19   feel stuck, and we have all these upcoming deadlines for a

20   trial that is no longer feasible.

21          The other problem, Your Honor, is that in order to

22   have a class trial, we would obviously have to have notice and

23   opt-out first.  And realistically, that can't happen by June.

24          THE COURT:  Well, I agree, we're not going to have a

25   class trial, but I've said all along we're not going to start

1   with class trials.

2           Who wants to speak for the plaintiffs?

3           MR. HONIK:  Your Honor, I guess I can start.

4           I want to start by agreeing in some respects with

5   what defense counsel has said.

6           I think in view of Your Honor's ruling on our class

7   cert motion, that we have an obligation currently to submit to

8   Your Honor for review and approval a notice program and a

9   60-day opt-out period.

10          I think we also agree with them that one-way

11  intervention and pretty clear Third Circuit precedence

12  suggests that a trial going forward of any class member that

13  you've now certified -- and certainly MSP is not only a member

14  but identified as a class rep in your ruling -- needs to

15  proceed on a class-wide basis.

16          So I think it's well within your purview to manage

17  that in whatever way you think is most efficient, but the

18  reality is that I don't think we can proceed in June because

19  we need to give the now certified classes an opportunity to

20  obtain notice and opt out.

21          So I think we can stick with Your Honor's plan.  I

22  just think at the least it needs to be deferred out into --

23  for sufficient time to have an opt-out period.

24          THE COURT:  Well, we can't really manage that until

25  the appeals are filed and decided.  Right?

```
 1              MR. HONIK:  I'm not sure that's entirely correct.  I
 2    don't know that the Third Circuit needs to weigh in
 3    definitively on the 23(f) petition which have now been filed
 4    as of last night.
 5              I think certainly we can continue to prepare for a
 6    trial.  And in the absence of a direction from the Third
 7    Circuit, I think it's appropriate to have a trial, a
 8    class-wide trial.
 9              THE COURT:  But that's 60 days opt out -- so that's
10    at least 90 days away.  Right?
11              MR. HONIK:  I agree.  I think -- we did some
12    calculating, and I think at the earliest, you know, we could
13    probably get a class trial ready, by about middle/end of
14    September.
15              MR. SLATER:  And, Judge, I'll just add that --
16    because Rubin talked about the fact that you can manage the
17    class any way you want.
18              We certainly don't think that you need to try all of
19    these classes in one trial.
20              I read the 23(f) petition, and it seems to be getting
21    suggested that the plan is to have every single subclass in
22    one trial.  We're certainly not asserting that.  We certainly
23    believe that Your Honor could -- frankly, with the parties
24    that have already been identified -- structure a trial for the
25    claims that are within the purview of those -- that plaintiff
```

1    and those defendants utilizing the subclasses.

2           So we just want to make sure that we say that, that

3    we think you have a tremendous amount of discretion in how you

4    manage and deal with the class as you move forward.

5           MR. OSTFELD:  Your Honor, Greg Ostfeld for

6    defendants.

7           I think I understand the suggestions from both

8    Mr. Honik and Mr. Slater, but we would respectfully disagree

9    both from the standpoint of efficiency and practicality.

10          From an efficiency standpoint, by the time notice

11   goes out, we'll probably know from the Third Circuit whether

12   they're taking the appeal or not.  But there are -- obviously,

13   Your Honor ruled as you ruled, and you believe you got the

14   ruling right.  And the Third Circuit will have an opportunity

15   to weigh in.

16          If the Third Circuit disagrees, an enormous amount of

17   time and energy could be expended on notice, preparing for

18   trial, taking the case for trial before there's any

19   opportunity -- or possibly to have to simply reinvent the

20   wheel afterwards.

21          Until notice goes out, there can't even be action on

22   things like dispositive motions because of the one-way

23   intervention problem, probably there can't be action on

24   Daubert motions because we don't know who's opting out yet.

25          And with respect to Mr. Slater's suggestion, the

1  problem I would note is a class representative can only try

2  its claims once.

3          So even if you limited this just to MSP, it would

4  have to try all of its claims in one trial, and it is the

5  representative for a series of TPP subclasses for which all of

6  the defendants, at least all the TPP trial defendants are --

7  excuse me, all of the TPP defendants are defendants.  So it

8  couldn't just be the three defendants you're currently

9  contemplating for trial, it would need to be all of the

10 defendants that MSP is suing.

11         THE COURT:  Okay.

12         MS. DAVIDSON:  If I could just add, Your Honor, a few

13 points.

14         Adam, Mr. Slater talked about, you know, you could

15 just fashion this any way you can, but, I mean, the reality of

16 Rule 23 is that you certify a case, you're certifying it for

17 trial.  And so the trial would have to include the entire TPP

18 class against all the defendants who the class was certified

19 against.

20         And the other thing I wanted to note, Your Honor, is

21 that the Third Circuit has recognized that, as you intimated

22 correctly, that you don't go forward with notice while a 23(f)

23 is pending.  Right?  Because then what happens?  You give

24 notice to the class members -- and assuming review is granted,

25 then the notice has to be retracted.

1          So 23(f) does usually proceed more quickly than your

2   typical Third Circuit appeal.  And it doesn't make any sense

3   to do notice until you know whether the Third Circuit is

4   granting the appeal or not -- granting the permission for

5   leave.  Right?  It's a two-step process.

6          MR. HONIK:  Your Honor --

7          MS. DAVIDSON:  I wasn't --

8          MR. HONIK:  -- I'm unaware of such jurisprudence.  I

9   don't say it's impossible.  I'd certainly like to see such

10  evidence of that.

11         I think we've got an affirmative obligation to

12  undertake notice.  I don't think we're permitted to sit on our

13  hands in view of the ruling.  I think both the TPP and the

14  economic consumer classes as well as the medical monitoring

15  class members need to be apprised of the ruling, and there

16  needs to be a period to opt out.

17         And the very idea that this entire MDL litigation

18  should grind to a halt until the Third Circuit acts I think is

19  incorrect.

20         And I know from firsthand experience, I had a matter

21  that concluded just this past year in the First Circuit where

22  the First Circuit didn't act on a 23(f) for I think about 16

23  months.

24         And so the idea of this very mature litigation that

25  you've been managing for four years at this point, or almost,

1  grinding to a halt is just a preposterous proposal.

2          There are concerns about one-way intervention, but

3  that doesn't mean that Your Honor can't and shouldn't in this

4  roughly 90-day period where we will notice the classes, that

5  you can't entertain Daubert, that you can't entertain

6  dispositive motions, that you can't move the litigation

7  forward so that we don't have downtime.

8          I dare say the other thing we ought to do to address

9  the concerns of the defendants that there may be other

10 defendants implicated is to get them on board and have them

11 produce reports just like ZHP has done.

12          So we recognize the challenge, small C, that we may

13 be a couple months back in our schedule and not having the

14 desired June trial, but there's no reason on earth that we

15 can't have a September trial following an appropriate notice

16 period.

17          We've already begun to price out the program for

18 notice.  It's not inexpensive, but it's not prohibitive.  If

19 this were a settlement class and we had to direct notice based

20 on, you know, retailer information about consumers, that could

21 get expensive.

22          But we're prepared to trigger notice.  We believe the

23 class deserves to be apprised of Your Honor's ruling.  And I

24 think that we can make very effective use of these next

25 several months to get everything teed up so that when we get

 1    past the opt-out period, we'll be in a position to try a case.

 2              MS. DAVIDSON:  Your Honor, if I may.

 3              THE COURT:  Hang on a minute.  I have a question.

 4              MS. DAVIDSON:  Sure.

 5              THE COURT:  Do you agree with Ms. Davidson's

 6    suggestion that what we're facing now, whatever it is -- let's

 7    assume by your optimistic reasoning that somehow the Third

 8    Circuit doesn't disturb anything and we're ready to go

 9    sometime in September, this is going to be all plaintiffs and

10    defendants in the TPP matters at the same time?

11              MR. HONIK:  I don't agree.  I agree with what Adam

12    suggested, which is that now that we have a certified class,

13    and once we get past notice and an opt-out period, you have

14    multiple trial management tools at your disposal as an MDL

15    judge to try such fewer claims or fewer defendants as Your

16    Honor believes is appropriate.  And there are I think

17    arguments on both sides to suggest that it should be bigger or

18    smaller.

19              We took some guidance from you, Judge, that I think

20    we wanted to take a smaller bite.  And I think it's perfectly

21    within your purview to order a class trial, represented by MSP

22    in a courtroom, as to such trials as Your Honor thinks should

23    go.

24              So you had suggested and we agreed that it should be

25    all the claims brought by MSP, which is to say all the TPP

```
 1  claims, the two warranty claims, the statutory, you know,

 2  claims, unjust enrichment and the like.  All of that can be

 3  tried, and MSP can be in the courtroom representing the TPP

 4  class, period.  That can be managed very ably in a trial,

 5  whether it's in September or October.  That can absolutely be

 6  done.  And it would be proper for Your Honor to do that.

 7          THE COURT:  Ms. Davidson, go ahead.

 8          MS. DAVIDSON:  Okay.  Thank you, Your Honor.  A

 9  couple things.

10          First of all, we have another named plaintiff, MADA,

11  so the Maine Automobile Dealers Association.  It's unclear to

12  me if plaintiffs are trying to drop them as a named plaintiff,

13  but obviously they would be in the trial.

14          Secondly, Your Honor, the class was certified against

15  all defendants, so I really -- I understand that judges have

16  discretion with respect to trial management to some extent,

17  but it sounds like some sort of claim splitting they're

18  proposing.

19          The class was certified as to all defendants.  It

20  wasn't separate certifications, so that is one class, and to

21  me it's one trial.

22          Also, Your Honor, court after court after court has

23  held that you don't issue class notice while 23(f) is pending.

24  When we file our motion for stay, I will include 10 to 15 case

25  cites to that effect.  It is widely recognized that it's
```

1  wasteful, confusing, and risky.  The Manual for Complex

2  Litigation says not to do it.  So I'm just surprised to hear

3  plaintiffs saying that, because it is well established that

4  while a 23(f) petition is pending, courts do not issue notice.

5          And the last thing I want to say is that I believe

6  Mr. Honik said something about Your Honor entertaining Daubert

7  and MSJ rulings, but that cannot be done before notice and

8  opportunity to opt out, because the whole idea of one-way

9  intervention is class members can't sort of stand around and

10 see how the wind is blowing and then decide if they're in or

11 out.  Like oh, there's Daubert rulings and there's MSJ

12 rulings, they're going one way or the other, that's going to

13 affect opt-out.  The whole idea of one-way intervention is

14 like you're either in or out before you know which way the

15 wind is blowing in the court.

16         I don't know --

17         MR. HONIK:  I completely agree with that, Judge.

18         MS. DAVIDSON:  You interrupted me.

19         MR. HONIK:  I suggested that it could be briefed,

20 that these matters could be briefed during this period.  I'm

21 not suggesting the Court should rule.  In fact, it should not

22 rule.  It is a contravention of the one-way intervention rule.

23 But it doesn't mean that you can't order the parties to tee

24 the motions up so that they're briefed and available to Your

25 Honor so that you can rule on them before the trial.

 1          The second point I would make, we're not trying to

 2    dodge MADA's participation.  If they are to be in the case,

 3    that's fine, they can be in the case.  Those are the two class

 4    reps that you identified.

 5          And to highlight a point that Adam made months and

 6    months and months ago, suggesting that we ought to have a

 7    sequence of trials, I think that's exactly what Your Honor

 8    should do.  I think trial one should be ZHP, and I think we

 9    ought to get the other defendants in line directly behind them

10    with -- in the months running up to it, getting their damages

11    reports, their expert reports, just exactly as ZHP has done.

12          I don't disagree with the concept that with certified

13    classes against, quote, all defendants that they ought to get

14    in a queue.  I only suggested it's well within your discretion

15    and management tool to try them sequentially.  And that's

16    something that Adam and the plaintiffs had proposed months

17    ago.

18          MR. OSTFELD:  Your Honor -- I'm sorry.

19          THE COURT:  Hold on.

20          Ms. Davidson, you just mentioned you're going to make

21    a motion to stay.

22          Is that coming soon?

23          MS. DAVIDSON:  Yes, Your Honor.  Probably tomorrow or

24    Monday.

25          THE COURT:  That's fine.  That may be one way to tee

```
1    up these legal issues, by starting out with a motion to stay.
2            And you say you're going to cite all these cases as
3    to why I should not delve into cross-notice and all those
4    kinds of things at this stage.  Right?
5            MS. DAVIDSON:  Yes, Your Honor.
6            THE COURT:  Well, why don't we do this then.  If
7    you're going to file that in the next couple days, and I
8    assume the plaintiffs will respond with, I don't know, 10 days
9    or whatever you want to do.
10           We have scheduled already in court in April -- April
11   26th.  Let's leave that on for in court.  But I want to
12   make -- I'll make some decisions on where we're going from
13   here before then.
14           So defense will file the motion for the stay by the
15   27th of February.  That's Monday.
16           You can do that?
17           MS. DAVIDSON:  Yes, Your Honor.
18           THE COURT:  Okay.  Let's get a response from the
19   plaintiffs then by March 13th.  That will give you two weeks.
20   Okay?
21           MR. HONIK:  Yes, sir.
22           MR. SLATER:  That works.
23           THE COURT:  And then what we can do is how about
24   March 29th in court we'll discuss that -- those motions and
25   where we're going from there.  Let's make it at 1:00 p.m.
```

*United States District Court*

1    Okay?

2             MR. HONIK:  Yes.

3             THE COURT:  And then we'll decide where we're going

4    from there once I have the chance to read your briefs.

5             MR. OSTFELD:  Your Honor, respectfully, there are a

6    number of deadlines on the calendar that are coming up between

7    now and March 29th that could very well be affected by Your

8    Honor's determination with respect to a stay, including --

9    Daubert motions, damages report disclosures, dispositive

10   motions are all on the calendar.

11            Could those dates be held in abeyance pending the

12   March 29th ruling?

13            THE COURT:  Yeah.  We'll set new dates March 29th.

14            I've got to tell you, though, I'm not convinced that

15   we can't do Daubert.  I understand the motions for summary

16   judgment, the one-way intervention problem and that, but

17   Daubert I don't think is in that category.  But we'll decide

18   all that.

19            So let's decide all those things then March -- at the

20   end of March then, March 29th, as to what the new deadlines

21   are going to be, depending on where we go from there.  Okay?

22            MR. SLATER:  The only thing I would say, Judge, is --

23   and I was going to say it before you spoke -- we have no

24   problem with moving the deadline for some period on the

25   Daubert briefs which are due Monday, but I'm not sure that we

1  need to put them out that far, because I don't think that

2  filing the Daubert briefs treads on one-way intervention.

3          I just would like to make sure we at least get that

4  moving, because that's one piece that the parties are probably

5  pretty close to being done.  Again, I have no problem moving

6  it few weeks.  In fact, there's people on our team that have

7  said to me, if you can get us more time -- and I'm sure the

8  defense feels the same way -- nobody would weep.  But I don't

9  know how everybody feels about that, to just move that

10  deadline a little bit.

11          THE COURT:  What's your proposal?

12          MS. DAVIDSON:  If I could respond to that, or --

13          THE COURT:  Yeah, sure.

14          MS. DAVIDSON:  So actually, our briefs are done, so I

15  think my paralegal would kill me for saying I don't think we

16  should file them.

17          But the concern I have is that with the certified

18  class, there are other defendants at stake, and I think they

19  should have a say into the Daubert briefing.  I agree that

20  filing the briefs doesn't create a one-way intervention

21  problem, but I am concerned about the fact that we now have a

22  certified class and we have some defendants.  And I can give

23  an example.  For example, Mylan and other defendants who are

24  not in this trial as it was originally envisioned but are

25  defendants in the certified class and have very strong

```
 1   feelings, as Your Honor may know, if you looked at the Third

 2   Circuit filings, Mylan didn't even join our 23(f).  Mylan and

 3   Aurobindo did their own 23(f) petition because they have their

 4   own issues that they want to raise.  So that is my concern

 5   about having Daubert motions at this point on behalf of just

 6   three defendants.

 7          I feel like as liaison counsel I have a duty to make

 8   that point.

 9          THE COURT:  Well, unfortunately, they're not here at

10   the moment being represented, so we can't hear from them, but

11   I understand your point.  And they do have some obligation to

12   let us know that they're concerned about this.

13          So, Mr. Slater, do you have a proposed list of when

14   you want to change these dates to?

15          MR. SLATER:  I was going to propose to push it out a

16   couple weeks, the filing date of the Daubert.

17          THE COURT:  I don't have a problem with that.

18          I mean, if, Ms. Davidson, you want to file what

19   you've got done, that's fine.  You want to send that in,

20   that's fine.  But if you want to give me proposed dates to

21   finish this up, that's fine.  I'll listen.

22          MR. SLATER:  I was going to offer March 13th --

23   that's actually the same date -- that's two weeks out, so --

24   that our opposition is due to the state motion, but I don't

25   think that will cause any problem, so we're fine with filing
```

*United States District Court*

 1  our briefs then.

 2          THE COURT:  Okay.  Sure.

 3          MR. SLATER:  Thank you, Judge.  I appreciate that.

 4          THE COURT:  Yep.  No problem.

 5          Okay.  A fine mess we're in, but we'll get it

 6  straightened out.

 7          MR. SLATER:  This is the life we chose.

 8          THE COURT:  You'd rather be pitching baseballs, I'm

 9  sure.

10          LAW CLERK:  At the risk of, you know, asking

11  plaintiffs to do more, just a little more, could you please

12  send a letter clarifying what dates you are asking for from

13  this meeting.  I know there will be a transcript, but it would

14  just be lovely --

15          MR. SLATER:  Sure.

16          LAW CLERK:  -- to have it on the docket.

17          MR. SLATER:  No problem.  The letter is going to say

18  March 13th for the initial briefs and then to just push out

19  the deadlines commensurate with what the deadlines already

20  were in terms of dates so that we don't have to figure --

21  we'll take a look and figure out what those dates are, and I

22  can put them right in a letter.  Happy to do it.

23          LAW CLERK:  Why don't you.  Then maybe Judge Kugler

24  could issue a new or an amended case management order to make

25  it clear.

```
 1            MR. SLATER:  Will do.  You'll have it today.

 2            THE COURT:  Okay.  Mr. Ostfeld?

 3            MR. OSTFELD:  Your Honor, I'm sorry, because I'm

 4    afraid I may be confused at this point.

 5            My understanding is it's -- the Daubert motions are

 6    being pushed out, the other dates are being held in abeyance

 7    until you rule on the motion to stay?

 8            THE COURT:  Well, unless somebody tells me there's

 9    some other date that needs to be pushed out -- I mean, needs

10    to be met, yes.

11            MR. OSTFELD:  Okay.  Thank you, Your Honor.

12            MR. SLATER:  I can put that in the letter too if

13    that's helpful, just to confirm that that was the discussion.

14            THE COURT:  Yep.

15            MR. HONIK:  And Loretta, we'll confirm 2/27 for the

16    stay motion, 3/13 for plaintiff's response to the stay motion,

17    and 3/29 at 1:00 p.m. for an in-person audience with the Judge

18    in court.

19            LAW CLERK:  Thank you.

20            THE COURT:  That's it.  Okay, everybody.  Unless

21    there's something else, I'll let you go.

22            RESPONSE:  Thank you, Your Honor.

23            MS. DAVIDSON:  Thank you so much for seeing us on

24    such short notice, Your Honor.

25            THE COURT:  You're welcome.  We're going to get it
```

1    figured out.  Don't worry it.  We'll get there, folks.

2            MR. SLATER:  We always do, Judge.  One way or the

3    other, you always get there.

4            THE COURT:  Thank you.  See you guys.

5            (Proceedings concluded at 2:25 p.m.)

6                            -  -  -

7            I certify that the foregoing is a correct transcript

8    from the record of proceedings in the above-entitled matter.

9

10   _/S/ Ann Marie Mitchell, CCR, CRR, RDR, RMR_
     _Court Reporter/Transcriber_

11

12   _24th day of February, 2023_
          _Date_

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

/S [1] - 21:10

## 0

07068 [1] - 1:15
08101 [1] - 1:8

## 1

10 [2] - 12:24, 15:8
103 [1] - 1:15
1100 [1] - 1:18
13th [3] - 15:19, 18:22, 19:18
1440 [1] - 2:3
15 [1] - 12:24
1515 [1] - 1:18
16 [1] - 9:22
19-md-02875 [1] - 1:4
191032 [1] - 1:19
1:00 [2] - 15:25, 20:17

## 2

2/27 [1] - 20:15
20005 [1] - 2:4
2023 [2] - 1:8, 21:12
23 [2] - 1:8, 8:16
23(f [8] - 6:3, 6:20, 8:22, 9:1, 9:22, 12:23, 13:4, 18:3
23(f) [1] - 18:2
24th [1] - 21:12
26th [1] - 15:11
27th [1] - 15:15
29th [5] - 15:24, 16:7, 16:12, 16:13, 16:20
2:00 [2] - 1:9, 3:2
2:25 [1] - 21:5

## 3

3/13 [1] - 20:16
3/29 [1] - 20:17
3100 [1] - 2:8

## 4

4th [1] - 1:7

## 5

576-7018 [1] - 1:22

## 6

60 [1] - 6:9
60-day [1] - 5:9
60601 [1] - 2:8

## 7

77 [1] - 2:8

## 8

856 [1] - 1:22

## 9

90 [1] - 6:10
90-day [1] - 10:4

## A

abeyance [2] - 16:11, 20:6
ably [1] - 12:4
above-entitled [1] - 21:8
absence [1] - 6:6
absolutely [1] - 12:5
act [1] - 9:22
Actavis [2] - 2:9, 2:10
ACTION [1] - 1:3
action [3] - 3:20, 7:21, 7:23
acts [1] - 9:18
Adam [4] - 8:14, 11:11, 14:5, 14:16
ADAM [1] - 1:14
add [2] - 6:15, 8:12
address [1] - 10:8
affect [1] - 13:13
affected [1] - 16:7
afraid [1] - 20:4
afterwards [1] - 7:20
ago [2] - 14:6, 14:17
agree [4] - 4:24, 5:10, 6:11, 11:5, 11:11, 13:17, 17:19
agreed [1] - 11:24
agreeing [1] - 5:4
ahead [1] - 12:7
aided [1] - 1:24
almost [1] - 9:25
ALSO [1] - 2:12
amended [2] - 19:24
amount [2] - 7:3, 7:16
Ann [1] - 21:10
ann [1] - 1:21
AnnMarie_Mitchell@njd.uscourts.gov [1] - 1:22
appeal [4] - 3:20, 7:12, 9:2, 9:4
appeals [1] - 5:25
appreciate [1] - 19:3
apprised [2] - 9:15, 10:23
appropriate [3] - 6:7,

10:15, 11:16
approval [1] - 5:8
April [1] - 15:10
arguments [1] - 11:17
ARPS [1] - 2:2
asserting [1] - 6:22
Association [1] - 12:11
assume [2] - 11:7, 15:8
assuming [1] - 8:24
audience [1] - 20:17
Aurobindo [1] - 18:3
Automobile [1] - 12:11
available [1] - 13:24
Avenue [1] - 2:3

## B

baseballs [1] - 19:8
based [1] - 10:19
basis [1] - 5:15
begun [1] - 10:17
behalf [1] - 18:5
behind [1] - 14:9
believes [1] - 11:16
between [1] - 16:6
bigger [1] - 11:17
bit [1] - 17:10
bite [1] - 11:20
blowing [2] - 13:10, 13:15
board [1] - 10:10
briefed [3] - 13:19, 13:20, 13:24
briefing [1] - 17:19
briefs [7] - 16:4, 16:25, 17:2, 17:14, 17:20, 19:1, 19:18
brought [1] - 11:25
Bruey [1] - 2:14
Building [1] - 1:7

## C

calculating [1] - 6:12
calendar [2] - 16:6, 16:10
Camden [1] - 1:8
cannot [1] - 13:7
case [8] - 4:6, 7:18, 8:16, 11:1, 12:24, 14:2, 14:3, 19:24
cases [3] - 3:23, 3:25, 15:2
category [1] - 16:17
CCR [1] - 21:10
cert [1] - 5:7
certainly [6] - 5:13,

6:5, 6:18, 6:22, 9:9
certification [1] - 4:18
certifications [1] - 12:20
certified [12] - 4:5, 4:14, 5:13, 5:19, 8:18, 11:12, 12:14, 12:19, 14:12, 17:17, 17:22, 17:25
certify [2] - 8:16, 21:7
certifying [1] - 8:16
challenge [1] - 10:12
chance [1] - 16:4
change [1] - 18:14
changing [1] - 3:11
Chicago [1] - 2:8
chose [1] - 19:7
Circuit [15] - 3:21, 5:11, 6:2, 6:7, 7:11, 7:14, 7:16, 8:21, 9:2, 9:3, 9:18, 9:21, 9:22, 11:8, 18:2
cite [1] - 15:2
cites [1] - 12:25
CIVIL [1] - 1:3
claim [1] - 12:17
claims [8] - 6:25, 8:2, 8:4, 11:15, 11:25, 12:1, 12:2
clarifying [1] - 19:12
class [39] - 3:20, 4:5, 4:7, 4:8, 4:14, 4:15, 4:18, 4:22, 4:25, 5:1, 5:6, 5:12, 5:14, 5:15, 6:8, 6:13, 6:17, 7:4, 8:1, 8:18, 8:24, 9:15, 10:19, 10:23, 11:12, 11:21, 12:4, 12:14, 12:19, 12:20, 12:23, 13:9, 14:3, 17:18, 17:22, 17:25
class-wide [2] - 5:15, 6:8
classes [6] - 3:23, 5:19, 6:19, 9:14, 10:4, 14:13
clear [2] - 5:11, 19:25
CLERK [4] - 19:10, 19:16, 19:23, 20:19
Clerk [1] - 2:13
close [1] - 17:5
Cohen [1] - 1:7
coming [3] - 4:12, 14:22, 16:6
Commencing [1] - 1:9
commensurate [1] - 19:19
completely [1] - 13:17
Complex [1] - 13:1
computer [1] - 1:24

computer-aided [1] - 1:24
concept [1] - 14:12
concern [2] - 17:17, 18:4
concerned [2] - 17:21, 18:12
concerns [2] - 10:2, 10:9
concluded [2] - 9:21, 21:5
CONFERENCE [1] - 1:5
confirm [2] - 20:13, 20:15
confused [2] - 3:12, 20:4
confusing [1] - 13:1
consumer [1] - 9:14
consumers [1] - 10:20
contemplating [1] - 8:9
context [1] - 4:7
continue [1] - 6:5
Continued [1] - 2:1
contravention [1] - 13:22
convinced [1] - 16:14
Cooper [1] - 1:7
correct [2] - 6:1, 21:7
correctly [1] - 8:22
counsel [4] - 5:5, 18:7
couple [4] - 10:13, 12:9, 15:7, 18:16
course [1] - 3:11
COURT [1] - 1:1
court [7] - 12:22, 15:10, 15:11, 15:24, 20:18
Court [2] - 1:21, 21:10
Courthouse [1] - 1:7
courtroom [2] - 11:22, 12:3
Courtroom [1] - 2:14
courts [1] - 13:4
create [1] - 17:20
cross [1] - 15:3
cross-notice [1] - 15:3
CRR [1] - 21:10

## D

damages [6] - 4:11, 4:12, 4:13, 4:16, 14:10, 16:9
dare [1] - 10:8
date [3] - 18:16, 18:23, 20:9
Date [1] - 21:12
dates [8] - 16:11,

16:13, 18:14, 18:20, 19:12, 19:20, 19:21, 20:6
**Daubert** [13] - 7:24, 10:5, 13:6, 13:11, 16:9, 16:15, 16:17, 16:25, 17:2, 17:19, 18:5, 18:16, 20:5
**dave** [1] - 2:14
**DAVIDSON** [17] - 2:3, 3:7, 3:11, 3:16, 4:4, 8:12, 9:7, 11:2, 11:4, 12:8, 13:18, 14:23, 15:5, 15:17, 17:12, 17:14, 20:23
**Davidson** [5] - 3:3, 3:5, 12:7, 14:20, 18:18
**Davidson's** [1] - 11:5
**days** [4] - 6:9, 6:10, 15:7, 15:8
**DC** [1] - 2:4
**deadline** [2] - 16:24, 17:10
**deadlines** [5] - 4:19, 16:6, 16:20, 19:19
**deal** [1] - 7:4
**Dealers** [1] - 12:11
**decide** [4] - 13:10, 16:3, 16:17, 16:19
**decided** [1] - 5:25
**decisions** [1] - 15:12
**defendants** [23] - 4:2, 7:1, 7:6, 8:6, 8:7, 8:8, 8:10, 8:18, 10:9, 10:10, 11:10, 11:15, 12:15, 12:19, 14:9, 14:13, 17:18, 17:22, 17:23, 17:25, 18:6
**Defendants** [2] - 2:4, 2:9
**defense** [3] - 5:5, 15:14, 17:8
**deferred** [1] - 5:22
**definitively** [1] - 6:3
**delve** [1] - 15:3
**Deputy** [1] - 2:14
**deserves** [1] - 10:23
**desired** [1] - 10:14
**determination** [1] - 16:8
**different** [1] - 4:15
**direct** [1] - 10:19
**direction** [1] - 6:6
**directly** [1] - 14:9
**disagree** [3] - 3:22, 7:8, 14:12
**disagrees** [1] - 7:16
**disclosures** [1] - 16:9
**discretion** [3] - 7:3,

12:16, 14:14
**discuss** [1] - 15:24
**discussion** [1] - 20:13
**disposal** [1] - 11:14
**dispositive** [3] - 7:22, 10:6, 16:9
**DISTRICT** [3] - 1:1, 1:1, 1:11
**districts** [1] - 3:24
**disturb** [1] - 11:8
**docket** [1] - 19:16
**dodge** [1] - 14:2
**done** [7] - 10:11, 12:6, 13:7, 14:11, 17:5, 17:14, 18:19
**downtime** [1] - 10:7
**Drive** [1] - 2:8
**drop** [1] - 2:12
**due** [2] - 16:25, 18:24
**during** [2] - 3:14, 13:20
**duty** [1] - 18:7

**E**

**earliest** [1] - 6:12
**earth** [1] - 10:14
**economic** [1] - 9:14
**effect** [1] - 12:25
**effective** [1] - 10:24
**efficiency** [2] - 7:9, 7:10
**efficient** [1] - 5:17
**Eisenhower** [1] - 1:15
**either** [1] - 13:14
**end** [1] - 16:20
**energy** [1] - 7:17
**enormous** [1] - 7:16
**enrichment** [1] - 12:2
**entertain** [2] - 10:5
**entertaining** [1] - 13:6
**entire** [3] - 4:15, 8:17, 9:17
**entirely** [1] - 6:1
**entitled** [1] - 21:8
**envisioned** [1] - 17:24
**ESQUIRE** [5] - 1:14, 1:18, 2:3, 2:7, 2:13
**established** [1] - 13:3
**evidence** [1] - 9:10
**exactly** [2] - 14:7, 14:11
**example** [3] - 4:11, 17:23
**excuse** [1] - 8:7
**expended** [1] - 7:17
**expensive** [1] - 10:21
**experience** [1] - 9:20
**expert** [2] - 4:11, 14:11

**experts** [1] - 4:13
**explanation** [1] - 3:7
**extent** [1] - 12:16

**F**

**facing** [1] - 11:6
**fact** [4] - 6:16, 13:21, 17:6, 17:21
**far** [1] - 17:1
**fashion** [1] - 8:15
**feasible** [1] - 4:20
**February** [3] - 1:8, 15:15, 21:12
**feelings** [1] - 18:1
**few** [2] - 8:12, 17:6
**fewer** [2] - 11:15
**figure** [2] - 19:20, 19:21
**figured** [1] - 21:1
**file** [6] - 3:20, 12:24, 15:7, 15:14, 17:16, 18:18
**filed** [2] - 5:25, 6:3
**filing** [4] - 17:2, 17:20, 18:16, 18:25
**filings** [1] - 18:2
**fine** [13] - 3:10, 3:15, 3:17, 3:20, 14:3, 14:25, 18:19, 18:20, 18:21, 18:25, 19:5
**finish** [1] - 18:21
**first** [2] - 4:23, 12:10
**First** [2] - 9:21, 9:22
**firsthand** [1] - 9:20
**FLOM** [1] - 2:2
**folks** [1] - 21:1
**following** [1] - 10:15
**foregoing** [1] - 21:7
**forward** [6] - 4:8, 4:9, 5:12, 7:4, 8:22, 10:7
**four** [1] - 9:25
**frankly** [1] - 6:23
**FREEMAN** [1] - 1:14

**G**

**granted** [1] - 8:24
**granting** [2] - 9:4
**great** [1] - 3:16
**GREENBERG** [1] - 2:7
**Greg** [1] - 7:5
**GREGORY** [1] - 2:7
**grind** [1] - 9:18
**grinding** [1] - 10:1
**guess** [2] - 3:23, 5:3
**guidance** [1] - 11:19
**guys** [1] - 21:4

**H**

**halt** [2] - 9:18, 10:1
**hands** [1] - 9:13
**hang** [1] - 11:3
**happy** [1] - 19:22
**Healthcare** [1] - 2:5
**hear** [2] - 13:2, 18:10
**held** [4] - 3:1, 12:23, 16:11, 20:6
**helpful** [1] - 20:13
**highlight** [1] - 14:5
**hold** [1] - 14:19
**HONIK** [13] - 1:17, 1:18, 5:3, 6:1, 6:11, 9:6, 9:8, 11:11, 13:17, 13:19, 15:21, 16:2, 20:15
**Honik** [2] - 7:8, 13:6
**Honor** [32] - 3:8, 4:4, 4:21, 5:3, 5:8, 6:23, 7:5, 7:13, 8:12, 8:20, 9:6, 10:3, 11:2, 11:16, 11:22, 12:6, 12:8, 12:14, 12:22, 13:6, 13:25, 14:7, 14:18, 14:23, 15:5, 15:17, 16:5, 18:1, 20:3, 20:11, 20:22, 20:24
**Honor's** [4] - 5:6, 5:21, 10:23, 16:8
**Honorable** [2] - 2:13, 3:1
**HONORABLE** [1] - 1:10
**Huahai** [1] - 2:5

**I**

**idea** [4] - 9:17, 9:24, 13:8, 13:13
**identified** [3] - 5:14, 6:24, 14:4
**Illinois** [1] - 2:8
**implicated** [1] - 10:10
**impossible** [1] - 9:9
**in-person** [1] - 20:17
**Inc** [2] - 2:9, 2:10
**include** [3] - 8:17, 12:24
**including** [1] - 16:8
**incorrect** [1] - 9:19
**individual** [1] - 3:25
**Industries** [1] - 2:10
**inexpensive** [1] - 10:18
**information** [1] - 10:20
**initial** [1] - 19:18

**instructed** [1] - 4:12
**interrupted** [1] - 13:18
**intervention** [10] - 4:6, 5:11, 7:23, 10:2, 13:9, 13:13, 13:22, 16:16, 17:2, 17:20
**intimated** [1] - 8:21
**involve** [1] - 4:15
**issue** [5] - 4:3, 4:4, 12:23, 13:4, 19:24
**issues** [2] - 15:1, 18:4

**J**

**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:15
**JESSICA** [1] - 2:3
**join** [1] - 18:2
**Judge** [8] - 6:15, 11:19, 13:17, 16:22, 19:3, 19:23, 20:17, 21:2
**JUDGE** [1] - 1:11
**judge** [1] - 11:15
**judges** [1] - 12:15
**judgment** [1] - 16:16
**Judicial** [1] - 2:13
**June** [4] - 4:23, 5:18, 10:14
**jurisprudence** [1] - 9:8

**K**

**KATZ** [1] - 1:14
**kill** [1] - 17:15
**kinds** [1] - 15:4
**KUGLER** [2] - 1:10, 3:2
**Kugler** [2] - 2:13, 19:23

**L**

**last** [3] - 3:11, 6:4, 13:5
**LAW** [4] - 19:10, 19:16, 19:23, 20:19
**Law** [1] - 2:13
**least** [4] - 5:22, 6:10, 8:6, 17:3
**leave** [3] - 3:13, 9:5, 15:11
**legal** [1] - 15:1
**letter** [6] - 3:3, 3:18, 19:12, 19:17, 19:22, 20:12
**LIABILITY** [1] - 1:4
**liaison** [1] - 18:7
**life** [1] - 19:7
**light** [1] - 4:18

**limited** [1] - 8:3
**line** [1] - 14:9
**list** [1] - 18:13
**listen** [1] - 18:21
**litigation** [3] - 9:17, 9:24, 10:6
**LITIGATION** [1] - 1:4
**Litigation** [1] - 13:2
**LLC** [4] - 1:14, 1:17, 2:5, 2:9
**LLP** [2] - 2:2, 2:7
**look** [1] - 19:21
**looked** [1] - 18:1
**LORETTA** [1] - 2:13
**Loretta** [1] - 20:15
**lovely** [1] - 19:14
**Ltd** [2] - 2:5, 2:9

## M

**MADA** [1] - 12:10
**MADA's** [1] - 14:2
**Maine** [1] - 12:11
**manage** [4] - 5:16, 5:24, 6:16, 7:4
**managed** [1] - 12:4
**management** [4] - 11:14, 12:16, 14:15, 19:24
**managing** [1] - 9:25
**Manual** [1] - 13:1
**March** [10] - 15:19, 15:24, 16:7, 16:12, 16:13, 16:19, 16:20, 18:22, 19:18
**Marie** [2] - 1:21, 21:10
**Market** [1] - 1:18
**matter** [2] - 9:20, 21:8
**matters** [2] - 11:10, 13:20
**mature** [1] - 9:24
**MAZIE** [1] - 1:14
**MDL** [2] - 9:17, 11:14
**MEAGHER** [1] - 2:2
**mean** [7] - 3:19, 3:21, 8:15, 10:3, 13:23, 18:18, 20:9
**mechanical** [1] - 1:23
**medical** [1] - 9:14
**meeting** [1] - 19:13
**member** [2] - 5:12, 5:13
**members** [3] - 8:24, 9:15, 13:9
**mentioned** [1] - 14:20
**mess** [1] - 19:5
**met** [1] - 20:10
**middle/end** [1] - 6:13
**MILLER** [1] - 2:3
**Miller** [1] - 3:5

**Miller)** [1] - 3:4
**minute** [1] - 11:3
**Mitchell** [3] - 1:7, 1:21, 21:10
**moment** [1] - 18:10
**Monday** [4] - 14:24, 15:15, 16:25
**monitoring** [1] - 9:14
**month** [1] - 3:13
**months** [8] - 9:23, 10:13, 10:25, 14:5, 14:6, 14:10, 14:16
**most** [1] - 5:17
**motion** [9] - 5:7, 12:24, 14:21, 15:1, 15:14, 18:24, 20:7, 20:16
**motions** [10] - 7:22, 7:24, 10:6, 13:24, 15:24, 16:9, 16:10, 16:15, 18:5, 20:5
**move** [3] - 7:4, 10:6, 17:9
**moving** [3] - 16:24, 17:4, 17:5
**MR** [28] - 5:3, 6:1, 6:11, 6:15, 7:5, 9:6, 9:8, 11:11, 13:17, 13:19, 14:18, 15:21, 15:22, 16:2, 16:5, 16:22, 18:15, 18:22, 19:3, 19:7, 19:15, 19:17, 20:1, 20:3, 20:11, 20:12, 20:15, 21:2
**MS** [16] - 3:7, 3:11, 3:16, 4:4, 8:12, 9:7, 11:2, 11:4, 12:8, 13:18, 14:23, 15:5, 15:17, 17:12, 17:14, 20:23
**MSJ** [2] - 13:7, 13:11
**MSP** [7] - 4:13, 5:13, 8:3, 8:10, 11:21, 11:25, 12:3
**multiple** [1] - 11:14
**Mylan** [3] - 17:23, 18:2

## N

**N.W** [1] - 2:3
**name** [1] - 3:12
**named** [3] - 4:6, 12:10, 12:12
**need** [5] - 5:19, 6:18, 8:9, 9:15, 17:1
**needs** [5] - 5:14, 5:22, 6:2, 9:16, 20:9
**NEW** [1] - 1:1
**new** [3] - 16:13, 16:20,

19:24
**New** [3] - 1:8, 1:15, 2:3
**next** [2] - 10:24, 15:7
**night** [1] - 6:4
**nobody** [1] - 17:8
**note** [2] - 8:1, 8:20
**notice** [23] - 4:9, 4:22, 5:8, 5:20, 7:10, 7:17, 7:21, 8:22, 8:24, 8:25, 9:3, 9:12, 10:4, 10:15, 10:18, 10:19, 10:22, 11:13, 12:23, 13:4, 13:7, 15:3, 20:24
**NUMBER** [1] - 1:3
**number** [1] - 16:6

## O

**obligation** [3] - 5:7, 9:11, 18:11
**obtain** [1] - 5:20
**obviously** [3] - 4:22, 7:12, 12:13
**October** [1] - 12:5
**offer** [1] - 18:22
**Official** [1] - 1:21
**old** [1] - 3:13
**once** [3] - 8:2, 11:13, 12:4
**one** [23] - 3:9, 3:13, 4:2, 4:5, 5:10, 6:19, 6:22, 7:22, 8:4, 10:2, 12:20, 12:21, 13:8, 13:12, 13:13, 13:22, 14:8, 14:25, 16:16, 17:2, 17:4, 17:20, 21:2
**one-way** [10] - 4:5, 5:10, 7:22, 10:2, 13:8, 13:13, 13:22, 16:16, 17:2, 17:20
**opportunity** [4] - 5:19, 7:14, 7:19, 13:8
**opposition** [1] - 18:24
**opt** [11] - 4:9, 4:23, 5:9, 5:20, 5:23, 6:9, 9:16, 11:1, 11:13, 13:8, 13:13
**opt-out** [7] - 4:9, 4:23, 5:9, 5:23, 11:1, 11:13, 13:13
**optimistic** [1] - 11:7
**opting** [1] - 7:24
**order** [5] - 4:18, 4:21, 11:21, 13:23, 19:24
**originally** [1] - 17:24
**OSTFELD** [6] - 2:7, 7:5, 14:18, 16:5, 20:3, 20:11

**Ostfeld** [2] - 7:5, 20:2
**ought** [4] - 10:8, 14:6, 14:9, 14:13
**outside** [1] - 4:6
**own** [2] - 18:3, 18:4

## P

**p.m** [5] - 1:9, 3:2, 15:25, 20:17, 21:5
**Panel** [1] - 3:24
**paralegal** [1] - 17:15
**parens** [1] - 3:6
**Parkway** [1] - 1:15
**participation** [1] - 14:2
**parties** [3] - 6:23, 13:23, 17:4
**past** [3] - 9:21, 11:1, 11:13
**pending** [4] - 8:23, 12:23, 13:4, 16:11
**Pennsylvania** [1] - 1:19
**people** [2] - 3:12, 17:6
**perfectly** [1] - 11:20
**period** [11] - 3:14, 5:9, 5:23, 9:16, 10:4, 10:16, 11:1, 11:13, 12:4, 13:20, 16:24
**permission** [1] - 9:4
**permitted** [1] - 9:12
**person** [1] - 20:17
**petition** [4] - 6:3, 6:20, 13:4, 18:3
**Pharma** [1] - 2:10
**Pharmaceutical** [1] - 2:9
**Pharmaceuticals** [3] - 2:4, 2:5, 2:9
**Philadelphia** [1] - 1:19
**piece** [1] - 17:4
**pitching** [1] - 19:8
**plaintiff** [6] - 4:2, 4:6, 4:17, 6:25, 12:10, 12:12
**plaintiff's** [1] - 20:16
**Plaintiffs** [2] - 1:16, 1:19
**plaintiffs** [8] - 5:2, 11:9, 12:12, 13:3, 14:16, 15:8, 15:19, 19:11
**plan** [2] - 5:21, 6:21
**point** [8] - 3:24, 9:25, 14:1, 14:5, 18:5, 18:8, 18:11, 20:4
**points** [1] - 8:13
**position** [1] - 11:1
**possibly** [1] - 7:19

**practicality** [1] - 7:9
**precedence** [1] - 5:11
**prepare** [1] - 6:5
**prepared** [1] - 10:22
**preparing** [1] - 7:17
**preposterous** [1] - 10:1
**prepping** [1] - 4:10
**PRESENT** [1] - 2:12
**pretty** [2] - 5:11, 17:5
**price** [1] - 10:17
**Prinston** [1] - 2:4
**problem** [12] - 3:19, 4:21, 7:23, 8:1, 16:16, 16:24, 17:5, 17:21, 18:17, 18:25, 19:4, 19:17
**proceed** [2] - 5:15, 5:18, 9:1
**proceedings** [1] - 21:8
**Proceedings** [2] - 1:23, 21:5
**PROCEEDINGS** [1] - 3:1
**process** [1] - 9:5
**produce** [1] - 10:11
**produced** [1] - 1:24
**PRODUCTS** [1] - 1:4
**program** [2] - 5:8, 10:17
**prohibitive** [1] - 10:18
**proper** [1] - 12:6
**proposal** [2] - 10:1, 17:11
**propose** [1] - 18:15
**proposed** [3] - 14:16, 18:13, 18:20
**proposing** [1] - 12:18
**purview** [3] - 5:16, 6:25, 11:21
**push** [2] - 18:15, 19:18
**pushed** [2] - 20:6, 20:9
**put** [3] - 17:1, 19:22, 20:12

## Q

**queue** [1] - 14:14
**quickly** [1] - 9:1
**quote** [1] - 14:13

## R

**raise** [1] - 18:4
**rather** [1] - 19:8
**RDR** [1] - 21:10
**RE** [1] - 1:4
**read** [2] - 6:20, 16:4

**ready** [2] - 6:13, 11:8
**realistically** [1] - 4:23
**reality** [2] - 5:18, 8:15
**really** [3] - 4:2, 5:24, 12:15
**reason** [1] - 10:14
**reasoning** [1] - 11:7
**recognize** [1] - 10:12
**recognized** [2] - 8:21, 12:25
**record** [1] - 21:8
**recorded** [1] - 1:23
**reinvent** [1] - 7:19
**rep** [1] - 5:14
**report** [1] - 16:9
**Reporter** [1] - 1:21
**Reporter/ Transcriber** [1] - 21:10
**reports** [5] - 4:11, 4:16, 10:11, 14:11
**representative** [2] - 8:1, 8:5
**represented** [2] - 11:21, 18:10
**representing** [1] - 12:3
**reps** [1] - 14:4
**respect** [3] - 7:25, 12:16, 16:8
**respectfully** [2] - 7:8, 16:5
**respects** [1] - 5:4
**respond** [3] - 4:13, 15:8, 17:12
**response** [2] - 15:18, 20:16
**RESPONSE** [1] - 20:22
**retailer** [1] - 10:20
**retracted** [1] - 8:25
**review** [2] - 5:8, 8:24
**risk** [1] - 19:10
**risky** [1] - 13:1
**RMR** [1] - 21:10
**Robert** [1] - 2:13
**ROBERT** [2] - 1:10, 3:2
**Roseland** [1] - 1:15
**roughly** [1] - 10:4
**RUBEN** [1] - 1:18
**Rubin** [1] - 6:16
**rule** [5] - 13:21, 13:22, 13:25, 20:7
**Rule** [1] - 8:16
**ruled** [2] - 7:13
**rules** [1] - 4:5
**ruling** [7] - 5:6, 5:14, 7:14, 9:13, 9:15,

10:23, 16:12
**rulings** [3] - 13:7, 13:11, 13:12
**running** [1] - 14:10

## S

**schedule** [1] - 10:13
**scheduled** [2] - 4:1, 15:10
**second** [1] - 14:1
**secondly** [1] - 12:14
**see** [4] - 3:21, 9:9, 13:10, 21:4
**seeing** [1] - 20:23
**send** [3] - 3:23, 18:19, 19:12
**sense** [1] - 9:2
**separate** [1] - 12:20
**September** [4] - 6:14, 10:15, 11:9, 12:5
**sequence** [1] - 14:7
**sequentially** [1] - 14:15
**series** [1] - 8:5
**set** [1] - 16:13
**settlement** [1] - 10:19
**several** [1] - 10:25
**short** [1] - 20:24
**sides** [1] - 11:17
**simply** [1] - 7:19
**single** [2] - 4:17, 6:21
**sit** [1] - 9:12
**SKADDEN** [1] - 2:2
**SLATE** [1] - 2:2
**SLATER** [14] - 1:14, 1:14, 6:15, 15:22, 16:22, 18:15, 18:22, 19:3, 19:7, 19:15, 19:17, 20:1, 20:12, 21:2
**Slater** [3] - 7:8, 8:14, 18:13
**Slater's** [1] - 7:25
**small** [1] - 10:12
**smaller** [2] - 11:18, 11:20
**SMITH** [1] - 2:13
**Solco** [1] - 2:5
**sometime** [1] - 11:9
**soon** [1] - 14:22
**sorry** [2] - 14:18, 20:3
**sort** [4] - 4:10, 4:18, 12:17, 13:9
**sounds** [1] - 12:17
**splitting** [1] - 12:17
**stage** [1] - 15:4
**stake** [1] - 17:18
**stand** [1] - 13:9
**standpoint** [2] - 7:9,

7:10
**start** [3] - 4:25, 5:3, 5:4
**starting** [1] - 15:1
**state** [1] - 18:24
**STATES** [2] - 1:1, 1:11
**STATUS** [1] - 1:5
**statutory** [1] - 12:1
**stay** [8] - 12:24, 14:21, 15:1, 15:14, 16:8, 20:7, 20:16
**stenography** [1] - 1:23
**step** [1] - 9:5
**stick** [1] - 5:21
**straightened** [1] - 19:6
**Street** [1] - 1:18
**Streets** [1] - 1:7
**strong** [1] - 17:25
**structure** [1] - 6:24
**stuck** [1] - 4:19
**subclass** [1] - 6:21
**subclasses** [2] - 7:1, 8:5
**submit** [1] - 5:7
**sufficient** [1] - 5:23
**suggest** [1] - 11:17
**suggested** [5] - 6:21, 11:12, 11:24, 13:19, 14:14
**suggesting** [2] - 13:21, 14:6
**suggestion** [2] - 7:25, 11:6
**suggestions** [1] - 7:7
**suggests** [1] - 5:12
**suing** [1] - 8:10
**Suite** [2] - 1:18, 2:8
**summary** [1] - 16:15
**surprised** [1] - 13:2

## T

**team** [1] - 17:6
**tee** [2] - 13:23, 14:25
**teed** [1] - 10:25
**terms** [2] - 4:16, 19:20
**Teva** [2] - 2:9, 2:9
**The court** [33] - 3:3, 3:9, 3:15, 3:17, 4:24, 5:24, 6:9, 8:11, 11:3, 11:5, 12:7, 13:15, 13:21, 14:19, 14:25, 15:6, 15:18, 15:23, 16:3, 16:13, 17:11, 17:13, 18:9, 18:17, 19:2, 19:4, 19:8, 20:2, 20:8, 20:14, 20:20, 20:25, 21:4
**thinks** [1] - 11:22

**Third** [13] - 3:21, 5:11, 6:2, 6:6, 7:11, 7:14, 7:16, 8:21, 9:2, 9:3, 9:18, 11:7, 18:1
**three** [3] - 4:2, 8:8, 18:6
**today** [1] - 20:1
**tomorrow** [1] - 14:23
**took** [1] - 11:19
**tool** [1] - 14:15
**tools** [1] - 11:14
**TPP** [8] - 8:5, 8:6, 8:7, 8:17, 9:13, 11:10, 11:25, 12:3
**transcript** [3] - 1:23, 19:13, 21:7
**transcription** [1] - 1:24
**transition** [1] - 3:14
**TRAURIG** [1] - 2:7
**treads** [1] - 17:2
**tremendous** [1] - 7:3
**trial** [36] - 4:1, 4:7, 4:8, 4:10, 4:14, 4:18, 4:20, 4:22, 4:25, 5:12, 6:6, 6:7, 6:8, 6:13, 6:19, 6:22, 6:24, 7:18, 8:4, 8:6, 8:9, 8:17, 10:14, 10:15, 11:14, 11:21, 12:4, 12:13, 12:16, 12:21, 13:25, 14:8, 17:24
**trials** [3] - 5:1, 11:22, 14:7
**tried** [1] - 12:3
**trigger** [1] - 10:22
**try** [7] - 4:6, 6:18, 8:1, 8:4, 11:1, 11:15, 14:15
**trying** [2] - 12:12, 14:1
**two** [5] - 9:5, 12:1, 14:3, 15:19, 18:23
**two-step** [1] - 9:5
**typical** [1] - 9:2

## U

**U.S** [2] - 1:7, 2:5
**unaware** [1] - 9:8
**unclear** [1] - 12:11
**under** [1] - 4:5
**undertake** [1] - 9:12
**unfortunately** [1] - 18:9
**UNITED** [2] - 1:1, 1:11
**unjust** [1] - 12:2
**unless** [2] - 20:8, 20:20
**up** [8] - 4:2, 4:12,

10:25, 13:24, 14:10, 15:1, 16:6, 18:21
**upcoming** [1] - 4:19
**USA** [1] - 2:9
**utilizing** [1] - 7:1

## V

**VALSARTAN** [1] - 1:4
**various** [1] - 3:24
**via** [2] - 1:5, 3:1
**view** [2] - 5:6, 9:13

## W

**Wacker** [1] - 2:8
**wants** [1] - 5:2
**warranty** [1] - 12:1
**Washington** [1] - 2:4
**wasteful** [1] - 13:1
**weeks** [4] - 15:19, 17:6, 18:16, 18:23
**weep** [1] - 17:8
**weigh** [2] - 6:2, 7:15
**welcome** [1] - 20:25
**West** [1] - 2:8
**wheel** [1] - 7:20
**whole** [3] - 4:15, 13:8, 13:13
**wide** [2] - 5:15, 6:8
**widely** [1] - 12:25
**wind** [2] - 13:10, 13:15
**works** [1] - 15:22
**worms** [1] - 4:16
**worry** [1] - 21:1

## Y

**year** [1] - 9:21
**years** [1] - 9:25
**York** [1] - 2:3

## Z

**Zhejiang** [1] - 2:5
**ZHP** [3] - 10:11, 14:8, 14:11
**Zoom** [1] - 3:1
**ZOOM** [1] - 1:5