Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 24, 2023

**VIA ECF**

| | |
|---|---|
| The Hon. Robert B. Kugler<br>United States District Judge<br>USDJ, District of New Jersey<br>Mitchell H. Cohen Building & U.S. Courthouse<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 | Special Master the Hon. Thomas Vanaskie<br>Stevens & Lee<br>1500 Market Street, East Tower, 18th Floor<br>Philadelphia, PA 19103 |

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Judge Kugler and Judge Vanaskie:

  I write on behalf of the Defendants' Executive Committee to inform the Court that there is only one agenda topic for the conference with the Court on February 28, 2023 and to set forth our positions on that item.

<b><u>PFS Deficiencies and Orders to Show Cause</u></b>

**<u>Cases Addressed at the February 1, 2023, Case Management Conference</u>**

The Court issued 8 show cause orders returnable at the February 28, 2023, Case Management Conference:

1. *Robert Lewis v. Aurobindo, et al* – 22-cv-02524
2. *Estate of James Willis v. ZHP, et al* – 22-cv-5352
3. *Estate of Gale Barber v. ZHP, et al* – 22-cv-5051
4. *Mary Ann Knudson v. ZHP, et al* – 22-cv-4813

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
February 24, 2023
Page 2

5. *Diana R. Balay, Personal Representative of Esteban C. Rodriguez, Deceased*, v. *Aurobindo Pharma Ltd., et al.v. Aurobindo, et al* – 22-cv-05040
6. *Mark Czajkowski v. ZHP, et al* – 22-cv-5582
7. *Sheri Barone v. CVS Health, et al* – 21-cv-6253
8. *Elie Greene v. Aurobindo Pharma, et al* – 21-cv-3214

The issues in the *Lewis, Willis,* and *Barone* matters are resolved, and the show cause orders may be withdrawn.

The issues in the *Barber, Knudson, Balay,* and *Czajkowski* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

The issues in the *Greene* matter remain unresolved and Defendants request its dismissal.

Respectfully Submitted,

Jessica Davidson

cc: All counsel of record (via ECF)