# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)

Defendants respectfully request a stay of proceedings pending the U.S. Court of Appeals for the Third Circuit's resolution of defendants' Rule 23(f) petitions for leave to appeal the Court's class certification order.

For the reasons set forth in the attached memorandum, the Court should stay all remaining class-related deadlines and proceedings until the Third Circuit resolves the petitions and (if it grants them) rules on the merits of the appeal.

Dated: February 27, 2023

Respectfully submitted,

By: */s/ Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West

New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-2588
jessica.davidson@skadden.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Lori G. Cohen, Esq.
GREENBERG TRAURIG, LLP
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals*

2

*USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

BUCHANAN INGERSOLL
& ROONEY PC
Jonathan D. Janow
Jason R. Parish
1700 K Street NW
Suite 300
Washington, DC 20006
Tel.: (202) 452-7940
Fax: (202) 452-7989
Jonathan.Janow@bipc.com
Jason.Parish@bipc.com

*Counsel for Albertson's LLC*

/s/ Devora W. Allon, P.C.
KIRKLAND & ELLIS LLP
Devora W. Allon, P.C.
Jay P. Lefkowitz, P.C.
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4970
Fax: (212) 446-6460
Devora.allon@kirkland.com
Lefkowitz@kirkland.com
Alexia.brancato@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

**HARDIN KUNDLA MCKEON & POLETTO**

/s/ Janet L. Poletto, Esq.
Janet L. Poletto, Esq.
NJ Attorney ID 024871980

3

Robert E. Blanton Jr., Esq.
NJ Attorney ID 028392012
673 Morris Ave.
Springfield, New Jersey 07081
Tel: (973) 912-5222
Fax: (973) 912-9212
Email: jpoletto@hkmpp.com
Email: rblanton@hkmpp.com

*Attorneys for Hetero USA Inc.*

**DORSEY & WHITNEY LLP**

By  */s/ Jennifer Coates*
　　Jennifer Coates (MN #0388959)
　　coates.jennifer@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendant
OptumRX and Optum, Inc.*

*/s/ Clem C. Trischler*
Clem C. Trischler
Jason M. Reefer
Frank H. Stoy
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Tel: (412) 263-2000
cct@pietragallo.com
jmr@pietragallo.com
fhs@pietragallo.com

*Member of Defendants' Executive Committee and Counsel for Mylan Laboratories Ltd., Mylan*

4

*Pharmaceuticals Inc., and Mylan N.V.*

BARNES & THORNBURG LLP
Sarah E. Johnston, *Liaison Counsel for Retailer Defendants*
Kristen L. Richer
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
Fax: (310) 284-3894
sarah.johnston@btlaw.com
Kristen.Richer@btlaw.com

Kara M. Kapke
11 S Meridian St.
Indianapolis, Indiana 46204
Tel: (317) 236-1313
Fax (317) 231-7433
kara.kapke@btlaw.com

*Attorneys for CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation), Rite Aid Corporation, Walgreen Co. (incorrectly named as Walgreens Co.), and Walmart Inc. (incorrectly named as Walmart Stores, Inc.)*

Matthew D. Knepper
A. James Spung
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
Matt.knepper@huschblackwell.com
James.spung@huschblackwell.com

*Counsel for Express Scripts, Inc.*

5

>D'Lesli Davis
>Ellie Norris
>NORTON ROSE FULBRIGHT US LLP
>2200 Ross Avenue, Suite 3600
>Dallas, Texas 75201-7932
>Tel.: (214) 855-8000
>dlesli.davis@nortonrosefulbright.com
>ellie.norris@nortonrosefulbright.com
>
>*Counsel for McKesson Corporation*
>
>*/s/ John P. Lavelle, Jr.*
>John P. Lavelle, Jr.
>NJ Attorney ID 004891989
>502 Carnegie Center
>Princeton, New Jersey 08540
>Tel.: (609) 919-6688
>Fax: (609) 919-6701
>Email: John.lavelle@morganlewis.com
>
>*/s/ John K. Gisleson*
>John K. Gisleson
>One Oxford Centre
>Thirty-Second Floor
>Pittsburgh, PA  15219-6401
>(412) 560-3300 (telephone)
>(412) 560-7001 (facsimile)
>john.gisleson@morganlewis.com
>
>*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*
>
>Andrew D. Kaplan
>Daniel T. Campbell
>Marie S. Dennis
>Luke J. Bresnahan
>Emily G. Tucker
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, NW

6

Washington, D.C. 20004
Tel.: (202) 624-2500
Fax: (202) 628-5116
Email: akaplan@crowell.com
Email: dcampbell@crowell.com
Email: mdennis@crowell.com
Email: lbresnahan@crowell.com
Email: etucker@crowell.com

*Counsel for Cardinal Health, Inc.*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
/s/ Walter H. Swayze, Esq.
Walter H. Swayze, Esq.
Andrew F. Albero, Esq.
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Tel: (215) 977-4100
Fax: (215) 977-4101
Email: Pete.Swayze@lewisbrisbois.com
Email: andrew.albero@lewisbrisbois.com

*Attorneys for Camber Pharmaceuticals, Inc., and The Kroger Co.*

HILL WALLACK LLP
/s/ Eric Abraham
Eric I. Abraham, Esq.
William P. Murtha, Esq.
HILL WALLACK, LLP
21 Roszel Road,
Princeton, NJ 08543-5226
(609) 734-6395
eabraham@hillwallack.com
wmurtha@hillwallack.com

*Attorneys for Hetero Drugs Ltd. and Hetero Labs Ltd.*

7

        ULMER & BERNE LLP
/s/ Jeffrey D. Geoppinger
Jeffrey D. Geoppinger
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
Email: jgeoppinger@ulmer.com

*Counsel for AmerisourceBergen Corporation*

8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)