# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF JESSICA DAVIDSON, ESQ.** |

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Support of Joint Motion to Stay Proceedings Pending Appeal Pursuant to Federal Rule of Civil Procedure 23(f).

2. Attached hereto as Exhibit 1 is a true and accurate copy of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., Actavis LLC, Hetero USA Inc., Camber Pharmaceuticals, Inc., Hetero Drugs Ltd., Hetero Labs Ltd., Torrent Pharmaceuticals Ltd., and Torrent Pharma Inc.'s Petition for Permission to

Appeal Pursuant to Federal Rule of Civil Procedure 23(f), filed in the U.S. Court of Appeals for the Third Circuit on February 22, 2023, Case No. 23-8005.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the Pharmacy Defendants' Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f), filed in the U.S. Court of Appeals for the Third Circuit on February 22, 2023, Case No. 23-8006.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the NDEA Defendants' Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f), filed in the U.S. Court of Appeals for the Third Circuit on February 22, 2023, Case No. 23-8007.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the Wholesaler Defendants' Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f), filed in the U.S. Court of Appeals for the Third Circuit on February 22, 2023, Case No. 23-8008.

Respectfully submitted,

*/s/ Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West

        New York, NY 10001
        Telephone: (212) 735-3000
        Facsimile: (917) 777-2588
        jessica.davidson@skadden.com

        *Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Dated: February 27, 2023