## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order staying all remaining class-related deadlines and proceedings until the U.S. Court of Appeals for the Third Circuit rules on defendants' pending petitions for permission to appeal the Court's class certification ruling pursuant to Fed. R. Civ. P. 23(f), and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

Defendants' Motion is Granted in its entirety, and all remaining class-related deadlines and proceedings in this Court are hereby **STAYED** until the Third Circuit

resolves Defendants' petitions for permission to appeal, and (if it grants them) rules

on the merits of the appeal.


_____

Hon. Robert B. Kugler, U.S.D.J.