UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 28, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**   **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**   FOR DEFENDANTS:
As stated on the record.   As stated on the record.

**NATURE OF PROCEEDINGS**:   TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:00 p.m.   Time Adjourned: 1:05p.m.   Total Time in Court: 0:05