```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


    _____
                                          CIVIL ACTION NUMBER:

    IN RE:  VALSARTAN PRODUCTS            19-md-02875
    LIABILITY LITIGATION
                                          TELEPHONIC CASE MANAGEMENT
    _____     CONFERENCE


         Mitchell H. Cohen Building & U.S. Courthouse
         4th & Cooper Streets
         Camden, New Jersey  08101
         February 28, 2023
         Commencing at 1:01 p.m.

    B E F O R E:            THE HONORABLE ROBERT B. KUGLER
                            UNITED STATES DISTRICT JUDGE

    A P P E A R A N C E S:


         MAZIE SLATER KATZ & FREEMAN, LLC
         BY:  ADAM M. SLATER, ESQUIRE
         103 Eisenhower Parkway
         Roseland, New Jersey  07068
         For the Plaintiffs


         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
         BY:  JESSICA DAVIDSON, ESQUIRE
         1440 New York Avenue, N.W.
         Washington, DC 20005
         For the Defendants, Prinston Pharmaceuticals,
         Solco Healthcare U.S. LLC, and  Zhejiang Huahai
         Pharmaceuticals Ltd.




              Ann Marie Mitchell, Official Court Reporter
                AnnMarie_Mitchell@njd.uscourts.gov
                         (856) 576-7018

      Proceedings recorded by mechanical stenography; transcript
              produced by computer-aided transcription.
```

```
 1  A P P E A R A N C E S (Continued):

 2
        GREENBERG TRAURIG LLP
 3      BY:  STEVEN M. HARKINS, ESQUIRE
        3333 Piedmont Road, NE, Suite 2500
 4      Atlanta, Georgia  30305
        For the Defendants, Teva Pharmaceutical Industries Ltd.,
 5      Teva Pharmaceuticals USA, Inc., Actavis LLC,
        and Actavis Pharma, Inc.
 6

 7
     ALSO PRESENT:
 8
        LORETTA SMITH, ESQUIRE
 9      Judicial Law Clerk to The Honorable Robert B. Kugler

10      Larry MacStravic, Courtroom Deputy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (PROCEEDINGS held telephonically before The Honorable
2   ROBERT B. KUGLER at 1:01 p.m.)
3          THE COURT:  Good afternoon, it's Judge Kugler.
4          Is everybody on?
5          RESPONSE:  Good afternoon.
6          THE COURT:  I got a letter February 24th from defense
7   counsel, Ms. Davidson, about -- apparently there's only one
8   matter, the Greene matter, still to be dismissed.  Correct?
9          MR. HARKINS:  Good afternoon, Your Honor.  This is
10  Steve Harkins for the joint defense group with Greenberg
11  Traurig.
12         And yes, that's correct, just the Greene matter.  And
13  we'll resume listing additional cases for the pending orders
14  to show cause and our standard tables on the agenda next
15  month.
16         THE COURT:  The Lewis and Willis matters and the
17  Barone matter have been resolved, so we'll dismiss the order
18  to show cause.
19         And you want to carry the Barber, Knudson, Balay,
20  ballet, B-A-L-A-Y, and Czajkowski to the next one, so that
21  leaves Greene.
22         Is anyone speaking on behalf of Elie or Elie,
23  E-L-I-E, Greene?
24         (No response.)
25         THE COURT:  Well, then your application to dismiss is

```
 1  granted.  We'll dismiss that case.
 2          That's all we have as far as I know on the agenda
 3  today.  Correct?
 4          MR. SLATER:  I believe so.
 5          MR. HARKINS:  Nothing for defendants, Your Honor.
 6          THE COURT:  I see we've got the defendants' motion to
 7  stay, so I'm looking forward to reading those papers.  And the
 8  plaintiffs, I'm sure they'll oppose that.  So we'll go from
 9  there.  Okay?
10          MR. SLATER:  Yes.
11          THE COURT:  Anything else?
12          MR. SLATER:  I don't think there's anything else for
13  plaintiffs, Your Honor.
14          MS. DAVIDSON HARKINS:  Nothing for defendants, Your
15  Honor.
16          THE COURT:  All right.  Thank you, everybody.  We'll
17  talk to you in a couple of weeks.
18          (Proceedings concluded at 1:04 p.m.)
19                          - - -
20          I certify that the foregoing is a correct transcript
21  from the record of proceedings in the above-entitled matter.
22
23  /S/ Ann Marie Mitchell, CCR, CRR, RDR, RMR
    Court Reporter/Transcriber
24
    28th day of February, 2023
25      Date
```

### /

**/S** [1] - 4:23

### 0

**07068** [1] - 1:14
**08101** [1] - 1:8

### 1

**103** [1] - 1:14
**1440** [1] - 1:17
**19-md-02875** [1] - 1:4
**1:01** [2] - 1:9, 3:2
**1:04** [1] - 4:18

### 2

**20005** [1] - 1:18
**2023** [2] - 1:8, 4:24
**24th** [1] - 3:6
**2500** [1] - 2:3
**28** [1] - 1:8
**28th** [1] - 4:24

### 3

**30305** [1] - 2:4
**3333** [1] - 2:3

### 4

**4th** [1] - 1:7

### 5

**576-7018** [1] - 1:23

### 8

**856** [1] - 1:23

### A

**above-entitled** [1] - 4:21
**Actavis** [2] - 2:5, 2:5
**ACTION** [1] - 1:3
**ADAM** [1] - 1:13
**additional** [1] - 3:13
**afternoon** [3] - 3:3, 3:5, 3:9
**agenda** [2] - 3:14, 4:2
**aided** [1] - 1:24
**ALSO** [1] - 2:7
**Ann** [1] - 4:23
**ann** [1] - 1:22
**AnnMarie_Mitchell@ njd.uscourts.gov** [1] - 1:22
**application** [1] - 3:25
**ARPS** [1] - 1:16
**Atlanta** [1] - 2:4

**Avenue** [1] - 1:17

### B

**Balay** [1] - 3:19
**BALAY** [1] - 3:20
**ballet** [1] - 3:20
**Barber** [1] - 3:19
**Barone** [1] - 3:17
**behalf** [1] - 3:22
**Building** [1] - 1:7

### C

**Camden** [1] - 1:8
**carry** [1] - 3:19
**CASE** [1] - 1:5
**case** [1] - 4:1
**cases** [1] - 3:13
**CCR** [1] - 4:23
**certify** [1] - 4:20
**CIVIL** [1] - 1:3
**Clerk** [1] - 2:9
**Cohen** [1] - 1:7
**Commencing** [1] - 1:9
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concluded** [1] - 4:18
**CONFERENCE** [1] - 1:5
**Continued** [1] - 2:1
**Cooper** [1] - 1:7
**correct** [4] - 3:8, 3:12, 4:3, 4:20
**counsel** [1] - 3:7
**couple** [1] - 4:17
**Court** [2] - 1:22, 4:23
**COURT** [1] - 1:1
**Courthouse** [1] - 1:7
**Courtroom** [1] - 2:10
**CRR** [1] - 4:23
**Czajkowski** [1] - 3:20

### D

**Date** [1] - 4:25
**DAVIDSON** [2] - 1:17, 4:14
**Davidson** [1] - 3:7
**DC** [1] - 1:18
**defendants** [2] - 4:5, 4:14
**Defendants** [2] - 1:18, 2:4
**defendants'** [1] - 4:6
**defense** [2] - 3:6, 3:10
**Deputy** [1] - 2:10
**dismiss** [3] - 3:17, 3:25, 4:1
**dismissed** [1] - 3:8

**DISTRICT** [3] - 1:1, 1:1, 1:10

### E

**Eisenhower** [1] - 1:14
**Elie** [2] - 3:22
**ELIE** [1] - 3:23
**entitled** [1] - 4:21
**ESQUIRE** [4] - 1:13, 1:17, 2:3, 2:8

### F

**far** [1] - 4:2
**February** [3] - 1:8, 3:6, 4:24
**FLOM** [1] - 1:16
**foregoing** [1] - 4:20
**forward** [1] - 4:7
**FREEMAN** [1] - 1:13

### G

**Georgia** [1] - 2:4
**granted** [1] - 4:1
**GREENBERG** [1] - 2:2
**Greenberg** [1] - 3:10
**Greene** [4] - 3:8, 3:12, 3:21, 3:23
**group** [1] - 3:10

### H

**HARKINS** [4] - 2:3, 3:9, 4:5, 4:14
**Harkins** [1] - 3:10
**Healthcare** [1] - 1:19
**held** [1] - 3:1
**Honor** [4] - 3:9, 4:5, 4:13, 4:15
**HONORABLE** [1] - 1:10
**Honorable** [2] - 2:9, 3:1
**Huahai** [1] - 1:19

### I

**Inc** [2] - 2:5, 2:5
**Industries** [1] - 2:4

### J

**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**JESSICA** [1] - 1:17
**joint** [1] - 3:10
**JUDGE** [1] - 1:10
**Judge** [1] - 3:3
**Judicial** [1] - 2:9

### K

**KATZ** [1] - 1:13
**Knudson** [1] - 3:19
**Kugler** [2] - 2:9, 3:3
**KUGLER** [2] - 1:10, 3:2

### L

**larry** [1] - 2:10
**Law** [1] - 2:9
**leaves** [1] - 3:21
**letter** [1] - 3:6
**Lewis** [1] - 3:16
**LIABILITY** [1] - 1:4
**listing** [1] - 3:13
**LITIGATION** [1] - 1:4
**LLC** [3] - 1:13, 1:19, 2:5
**LLP** [2] - 1:16, 2:2
**looking** [1] - 4:7
**LORETTA** [1] - 2:8
**Ltd** [2] - 1:19, 2:4

### M

**MacStravic** [1] - 2:10
**MANAGEMENT** [1] - 1:5
**Marie** [2] - 1:22, 4:23
**matter** [5] - 3:8, 3:12, 3:17, 4:21
**matters** [1] - 3:16
**MAZIE** [1] - 1:13
**MEAGHER** [1] - 1:16
**mechanical** [1] - 1:24
**Mitchell** [3] - 1:7, 1:22, 4:23
**month** [1] - 3:15
**motion** [1] - 4:6
**MR** [5] - 3:9, 4:4, 4:5, 4:10, 4:12
**MS** [1] - 4:14

### N

**N.W** [1] - 1:17
**NE** [1] - 2:3
**NEW** [1] - 1:1
**New** [3] - 1:8, 1:14, 1:17
**next** [2] - 3:14, 3:20
**nothing** [2] - 4:5, 4:14
**NUMBER** [1] - 1:3

### O

**Official** [1] - 1:22
**one** [2] - 3:7, 3:20
**oppose** [1] - 4:8
**order** [1] - 3:17

**orders** [1] - 3:13

### P

**p.m** [3] - 1:9, 3:2, 4:18
**papers** [1] - 4:7
**Parkway** [1] - 1:14
**pending** [1] - 3:13
**Pharma** [1] - 2:5
**Pharmaceutical** [1] - 2:4
**Pharmaceuticals** [3] - 1:18, 1:19, 2:5
**Piedmont** [1] - 2:3
**plaintiffs** [2] - 4:8, 4:13
**Plaintiffs** [1] - 1:15
**PRESENT** [1] - 2:7
**Prinston** [1] - 1:18
**proceedings** [1] - 4:21
**Proceedings** [2] - 1:24, 4:18
**PROCEEDINGS** [1] - 3:1
**produced** [1] - 1:24
**PRODUCTS** [1] - 1:4

### R

**RDR** [1] - 4:23
**RE** [1] - 1:4
**reading** [1] - 4:7
**record** [1] - 4:21
**recorded** [1] - 1:24
**Reporter** [1] - 1:22
**Reporter/ Transcriber** [1] - 4:23
**resolved** [1] - 3:17
**RESPONSE** [1] - 3:5
**response** [1] - 3:24
**resume** [1] - 3:13
**RMR** [1] - 4:23
**Road** [1] - 2:3
**ROBERT** [2] - 1:10, 3:2
**Robert** [1] - 2:9
**Roseland** [1] - 1:14

### S

**see** [1] - 4:6
**show** [2] - 3:14, 3:18
**SKADDEN** [1] - 1:16
**SLATE** [1] - 1:16
**SLATER** [5] - 1:13, 1:13, 4:4, 4:10, 4:12
**SMITH** [1] - 2:8
**Solco** [1] - 1:19
**speaking** [1] - 3:22
**standard** [1] - 3:14

**STATES** [2] - 1:1, 1:10
**stay** [1] - 4:7
**stenography** [1] - 1:24
**Steve** [1] - 3:10
**STEVEN** [1] - 2:3
**still** [1] - 3:8
**Streets** [1] - 1:7
**Suite** [1] - 2:3

## T

**tables** [1] - 3:14
**TELEPHONIC** [1] - 1:5
**telephonically** [1] - 3:1
**Teva** [2] - 2:4, 2:5
**THE COURT** [7] - 3:3, 3:6, 3:16, 3:25, 4:6, 4:11, 4:16
**today** [1] - 4:3
**transcript** [2] - 1:24, 4:20
**transcription** [1] - 1:24
**Traurig** [1] - 3:11
**TRAURIG** [1] - 2:2

## U

**U.S** [2] - 1:7, 1:19
**UNITED** [2] - 1:1, 1:10
**USA** [1] - 2:5

## V

**VALSARTAN** [1] - 1:4

## W

**Washington** [1] - 1:18
**weeks** [1] - 4:17
**Willis** [1] - 3:16

## Y

**York** [1] - 1:17

## Z

**Zhejiang** [1] - 1:19