THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Civil No. 19-2875 (RBK/JS) |
| This document relates to: *all cases* | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THROGGS NECK PHARMACY

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs") ;

**WHEREAS** THROGGS NECK PHARMACY having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and THROGGS NECK PHARMACY that all current cases pending and all future cases to be filed in this MDL alleging claims against THROGGS NECK PHARMACY in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

*/s/ Ashleigh Raso*
On behalf of Plaintiffs' Executive Committee
Nigh Goldenberg Raso & Vaughn, PLLC
712 H Street NE
DPT 32022
Washington D.C. 20002
Dated: March 2, 2023

*/s/ James M. Brown*
On behalf of Throggs Neck Pharmacy
Abrams Gorelick Friedman & Jacobson, LLP
One Battery Park Plaza, 4th Floor
New York, NY 10004
Dated: March 2, 2023