## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **In Re: Valsartan NDMA Products Liability Litigation**<br>MICHAEL SHEMES,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARM, LTD.; AUROLIFE PHARMA, LLC; ACTAVIS, LLC; ACTAVIS PHARMA, INC; AUROBINDO PHARMA USA, INC.; CVS HEALTH.; HUMANA PHARMAY, INC.; JOHN DOE; CVS PHARMACY, INC.; ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; SANDOZ, INC.,<br><br>Defendants. | Master Docket No. 1:19-md-2875<br>Honorable Robert B. Kugler<br>Magistrate Judge Joel Schneider<br><br><br>**MOTION FOR SUBSTITUTION OF PARTY**<br><br>MDL No. 2875 |

The named Plaintiff in this action, Michael Shemes, died on July 30, 2022. *See* Certificate of Death, Exhibit A. On September 23, 2022, Dolores A. Shemes, Mr. Shemes' widow, was appointed Special Administrator of the Estate of Michael Shemes. *See* Letters of Special Administration, Exhibit B. Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff respectfully moves that Dolores Shemes be substituted as the proper party in this action pursuant to her status as the Special Administrator of the Estate of Michael Shemes.

Dated: Wednesday, March 8, 2023

Respectfully submitted,

**/S/ MARK T. SADAKA**
Mark T. Sadaka, Esq., MSPH
SADAKA ASSOCIATES LLC
155 North Dean Street, 4th Floor
Englewood, NJ 07631
Telephone: (201) 266-5670
Fax:          (201) 266-5671
Email:      mark@sadakafirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all Defendants of record.

Dated:  Wednesday, March 8, 2023

                                            **/S/ MARK T. SADAKA**
                                            Mark T. Sadaka, Esq., MSPH