# Kansas Department of Health and Environment
## Office of Vital Statistics
### CERTIFICATE OF DEATH

**State File Number:** 115-2022-17633

**Decedent's Legal Name (First, Middle, Last):** MICHAEL JEFFREY SHEMES

**Last Name Prior to First Marriage:**

**Date of Death:** 07/30/2022
**Age:** 71 YEAR(S)
**Date of Birth:** 06/18/1951
**Sex:** MALE
**Social Security Number:**

**Residence-Street Address:** 15201 PERRY STREET
**City or Town:** OVERLAND PARK
**State or Foreign Country:** KANSAS
**Zip Code:** 66221

**Place of Birth:** FLINT, MICHIGAN
**Armed Forces:** NO
**Marital Status:** MARRIED
**Surviving Spouse (Name prior to First Marriage):** DOLORES ANNE REASONER

**Father/Parent Name Prior to First Marriage:** NORMAN SHEMES
**Mother/Parent Name Prior to First Marriage:** GLADYS LASHER

**Place of Death:** DECEDENT RESIDENCE
**Facility Name:** 15201 PERRY STREET

**City or Town of Death:** OVERLAND PARK
**County of Death:** JOHNSON
**Zip Code:** 66221

**Method of Disposition:** CREMATION
**Place of Disposition:** D. W. NEWCOMERS AND SONS
**Location of Disposition:** KANSAS CITY, MISSOURI

**Decedent's Occupation:** SEMICONDUCTOR MANAGER
**Decedent's Industry:** HIGH TECHNOLOGY

**Decedent's Education:** MASTER'S DEGREE
**Decedent's Race:** WHITE
**Decedent's Ancestry:**

**Informant's Name:** DOLORES SHEMES
**Relationship to Decedent:** WIFE
**Informant's Mailing Address:** 15201 PERRY STREET OVERLAND PARK, KANSAS 66221

**Name and Address of Firm:** NEPTUNE SOCIETY 8438 WARD PARKWAY KANSAS CITY, MISSOURI 64114

**Cause of Death:** PENDING MEDICAL RECORD REVIEW

**Approximate Interval: Onset to Death**

**Other Significant Conditions:**

**Autopsy:** NO
**Tobacco Contribute to Death?** UNKNOWN
**If Female:**

**Date of Injury:**
**Time of Injury:**
**Injury at Work:**
**Manner of Death:** PENDING INVESTIGATION

**Place of Injury:**
**Location of Injury:**

**How Injury Occurred:**
**Actual or Presumed Time of Death:** UNKNOWN

**Medical Certifier:** CHRISTINE R JAMES - DO
**Date Certified:** 08/01/2022
**Date Filed By State Registrar:** 08/02/2022

08/03/2022 F014767139901 SHEMES 202204017633 5 REG M DR

This is a true and correct reproduction of the document officially registered with the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.



2022 Aug 03 AM 10:40

N3133727

Kay Haug,
State Registrar
Office of Vital Statistics
Department of Health & Environment

It is in violation of KSA 65-2422d(g) to prepare or issue any certificate which purports to be an original, certified copy or abstract or copy of a certificate, except as authorized in the Uniform Vital Statistics Act or rules and regulations adopted under this act.

CERTIFIED COPIES WILL BE PRODUCED ON WATERMARKED MULTI-COLOR SECURITY PAPER.

STATE SEAL COLOR WILL FADE WHEN RUBBED