**IN THE DISTRICT COURT OF JOHNSON COUNTY KANSAS**
**PROBATE DEPARTMENT**

| | | |
|---|---|---|
| **In the Matter of the Estate of** | ) | **Case No. 22PR00984** |
| | ) | **Division 8** |
| **MICHAEL JEFFREY SHEMES,** | ) | |
| Deceased. | ) | **K.S.A. Chapter 59** |

## <u>LETTERS OF SPECIAL ADMINISTRATION</u>

Dolores A. Shemes of Johnson County, Kansas, having been appointed and having qualified as Special Administrator of the Estate of Michael Jeffrey Shemes, deceased, is granted Letters of Special Administration to perform the following duties until further Order of the Court:

1.      A Special Administrator should be appointed to administer and manage possible proceedings related to the decedent's interest in a future lawsuit against United States Moving Service LLC and USA Logistics in connection with those parties Breach of Contract, Negligence, Unjust Enrichment, and Violations of the Consumer Protection Act.

2.      A Special Administrator should be appointed to manage decedent's interest in the Valsartan Products Liability Litigation, MDL No. 2875, In the United States District Court for the District of New Jersey, Camden Vicinage to which decedent is a Plaintiff.

IN WITNESS, I the undersigned District Judge, have subscribed my name and affixed the official seal of this Court at Olathe, Johnson County, Kansas, this date.

/s/ CHARLES DROEGE
Dated: 09/23/22

Judge of the District Court

*Clerk of the District Court, Johnson County Kansas*
*09/23/22  04:32pm JL*

Submitted by:

**JONES, MCCOY & COVINGTON, P.A.**

By: /s/ Jason R. Covington
Jason R. Covington, #23275
9401 Indian Creek Pkwy, Ste. 600
Overland Park, KS 66210
T: 913.322.7200
jason@jocolegal.com
*Counsel for Petitioner*