# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Valsartan NDMA Products Liability Litigation**<br>MICHAEL SHEMES,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARM, LTD.; AUROLIFE PHARMA, LLC; ACTAVIS, LLC; ACTAVIS PHARMA, INC; AUROBINDO PHARMA USA, INC.; CVS HEALTH.; HUMANA PHARMAY, INC.; JOHN DOE; CVS PHARMACY, INC.; ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; SANDOZ, INC.,<br><br>Defendants. | Master Docket No. 1:19-md-2875<br>Honorable Robert B. Kugler<br>Magistrate Judge Joel Schneider<br><br><br>**ORDER**<br><br>MDL No. 2875 |

The Court, having read the Motion of Plaintiff, and having been otherwise sufficiently advised;

The Court hereby substitutes Dolores Shemes in her Capacity as the Special Administrator of the Estate of Michael Shemes as the proper party.