**GT GreenbergTraurig**

Victoria Davis Lockard
Tel 678.553.2100
Fax 678.553.2212
lockardv@gtlaw.com

March 13, 2023

**VIA ECF**

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

Re:   **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
      **Case No. 1:19-md-02875-RBK-JS**

Dear Special Master Vanaskie:

This letter is to provide Defendants' position with respect to the sole topic on the agenda for the Teleconference with Your Honor on March 15, 2023. The parties do not expect the need to discuss any confidential materials as part of this agenda item.

**1. Defendants' Request to Meet and Confer on Product Preservation**

Defendants may require the Court's assistance in addressing an issue raised by Defendant ZHP with Plaintiffs' counsel regarding the scope of ongoing retention of API and finished product. To the extent this request can be resolved prior to Wednesday's teleconference we will promptly advise Your Honor.

Respectfully submitted,

*/s/ Victoria Davis Lockard*

Victoria Davis Lockard



Special Master the Honorable Thomas Vanaskie
Page 2

cc:    Adam Slater, Esq. (*via email, for distribution to Plaintiffs' Counsel*)
       Jessica D. Miller, Esq. (*via email, for distribution to Defendants' Counsel*)
       Lori G. Cohen, Esq. (*via email*)
       Clem C. Trischler, Esq. (*via email*)
       Sarah E. Johnston, Esq. (*via email*)
       Jeffrey D. Geoppinger, Esq. (*via email*)

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
Terminus 200 Building, 3333 Piedmont Road NE, 25th Floor ■ Atlanta, Georgia 30305 ■ Tel 678.553.2100 ■ Fax 78.553.2212