# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF JESSICA DAVIDSON, ESQ.** |

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants' Motion to Exclude the Opinions of Laura Plunkett, Ph.D.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Report of Laura M. Plunkett, dated October 31, 2022, served in MDL 2875.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the transcript of the deposition of Laura M. Plunkett, in MDL 2875, dated January 12, 2023.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the Tentative Ruling Permitting Dr. Plunkett's Opinions in Part in *Lloyd v. Johnson & Johnson (Pl. Eva Echeverria only)*, No. BC628228 (JCCP No. 4872) (Cal. Super. Ct.).

5.      Attached hereto as Exhibit 4 is a true and accurate copy of the transcript of the deposition of Laura M. Plunkett, in MDL 2875, dated February 10, 2023.

Respectfully submitted,

*/s/ Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-2588
jessica.davidson@skadden.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Dated: March 13, 2023