## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED]**<br>**ORDER EXCLUDING**<br>**THE OPINIONS OF**<br>**LAURA PLUNKETT, PH.D.** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert Laura Plunkett, Ph.D., and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

Defendants' Motion to Exclude the Opinions of Laura Plunkett, Ph.D. is Granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J.