**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER MDL NO. 19-2875 (RBK) |

**CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF**
**PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE**
**THE OPINIONS OF DEFENSE EXPERT ALI AFNAN, PH.D.**

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to exclude the testimony of Defense Expert Ali Afnan, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the deposition transcript of Ali Afnan in this case.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of ZHP's Investigation Regarding Unknown Impurity (Genotoxic Impurity) of Valsartan API (Version 3) (PRINSTON0076100).

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the FDA's July 23 to August 3, 2018 Establishment Inspection Report (PRINSTON0016249).

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the Stipulation of ZHP in this case.

6.          Attached hereto as **Exhibit 5** is a true and accurate copy of ZHP's Investigation Regarding Unknown Impurity (Genotoxic Impurity) of Valsartan API (Version 2) (PRINSTON00075797).

7.          Attached hereto as **Exhibit 6** is a true and accurate copy of Plaintiffs' translation of Jinsheng Lin's July 27, 2017 email regarding the NDMA contamination of ZHP's valsartan (ZHP00190573).

8.          Attached hereto as **Exhibit 7** is a true and accurate copy of ZHP's translation of Jinsheng Lin's July 27, 2017 email regarding the NDMA contamination of ZHP's valsartan (ZHP00190573).

9.          Attached hereto as **Exhibit 8** is a true and accurate copy of ZHP's PowerPoint on the Center of Excellence for Modern Analytical Technologies (CEMAT) (ZHP 432).

10.        Attached hereto as **Exhibit 9** is a true and accurate copy of Min Li's CV (ZHP 292).

11.        Attached hereto as **Exhibit 10** is a true and accurate copy of the transcript of Min Li's April 20, 2021 deposition in this case.

12.        Attached hereto as **Exhibit 11** is a true and accurate copy of the FDA's Warning Letter to ZHP (PRINSTON00077339).

13.        Attached hereto as **Exhibit 12** is a true and accurate copy of the transcript of David Chesney's March 21, 2022 deposition in this case.

14.        Attached hereto as **Exhibit 13** is a true and accurate copy of the Amended Report of Ali Afnan in this case.

15.        Attached hereto as **Exhibit 14** is a true and accurate copy of *Player v. Motiva Enterprises LLC*, No. Civ. 02–3216(RBK), 2006 WL 166452 (D.N.J. Jan. 20, 2006).

16.     Attached hereto as **Exhibit 15** is a true and accurate copy of the transcript of Peng Dong's March 29, 2021 deposition in this case.

17.     Attached hereto as **Exhibit 16** is a true and accurate copy of an Email Chain Between ZHP and Novartis in June 2018 (ZHP01390017).

18.     Attached hereto as **Exhibit 17** is a true and accurate copy of ZHP's Standard Management Procedure for Quality Risk Management (SMP-023) (ZHP00703030).

19.     Attached hereto as **Exhibit 18** is a true and accurate copy of the transcript of Peng Dong's March 30, 2021 deposition in this case.

20.     Attached hereto as **Exhibit 19** is a true and accurate copy of the transcript of Minli Zhang's March 23, 2021 deposition in this case.

21.     Attached hereto as **Exhibit 20** is a true and accurate copy of the transcript of Peng Dong's April 1, 2021 deposition in this case.

22.     Attached hereto as **Exhibit 21** is a true and accurate copy of ZHP's ZnCl2 DMF, Impurities Section (HUAHAI-US00007752).

23.     Attached hereto as **Exhibit 22** is a true and accurate copy of ZHP's TEA with Sodium Nitrite Quenching DMF, Impurities Section (PRINSTON00080011).

24.     Attached hereto as **Exhibit 23** is a true and accurate copy of Zhejiang Jianye Chemical Co., Ltd.'s Certificate of Analysis for Triethylamine.

25.     Attached hereto as **Exhibit 24** is a true and accurate copy of Long & Meek, *Concise International Chemical Assessment Document 31: N,N-Dimethylformamide* (WHO 2001).

26.     Attached hereto as **Exhibit 25** is a true and accurate copy of Juillard, *Dimethylformamide: Purification, Tests For Purity And Physical Properties*, Int'l Union of Pure and Applied Chem (Pergamon Press 1977).

27.     Attached hereto as **Exhibit 26** is a true and accurate copy of the transcript of Fengtian Xue's February 3, 2023 deposition in this case.

28.     Attached hereto as **Exhibit 27** is a true and accurate copy of Sun, Liu, and Zhong, *Theoretical Investigation of N-Nitrosodimethylamine Formation from Nitrosation of Trimethylamine*, J. Phys. Chem. A. 114, 455-465 (2010).

29.     Attached hereto as **Exhibit 28** is a true and accurate copy of *FDA Statement on the FDA's ongoing investigation into valsartan and ARB impurities and the agency's steps to address the root cause of the safety issues* (Jan. 25, 2019).

30.     Attached hereto as **Exhibit 29** is a true and accurate copy of the FDA's Important Alert, dated September 28, 2018 (ZHP00061080).

31.     Attached hereto as **Exhibit 30** is a true and accurate copy of the FDA's December 5, 2022 Letter to Valisure, LLC.

32.     Attached hereto as **Exhibit 31** is a true and accurate copy of an Email Chain Between ZHP and Novartis in May and June 2018 (ZHP00359796).

33.     Attached hereto as **Exhibit 32** is a true and accurate copy of USP's General Notices and Requirements, dated April 1, 2015.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:___/s/ Adam M. Slater_____

Dated: May 13, 2022