# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE OPINIONS OF LAURA R. CRAFT

**PLEASE TAKE NOTICE** that on May 1, 2023, or as soon thereafter as counsel may be heard, the undersigned Defendants shall move for entry of an Order excluding the opinions of Plaintiffs' expert, Laura R. Craft, pursuant to Federal Rules of Evidence 104, 702, and 703.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned Defendants shall rely upon the Memorandum of Law in Support of Defendants' Joint Motion to Exclude Opinions of Laura R. Craft submitted herewith, and any reply submissions made hereafter and the Certification of Alexia R. Brancato together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: March 13, 2023

Respectfully submitted,

*/s/ Alexia R. Brancato*

KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
Devora W. Allon
Alexia R. Brancato
Brittney Nagle
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Lefkowitz@kirkland.com
Devora.allon@kirkland.com
Alexia.brancato@kirkland.com
Bee.nagle@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

GREENBERG TRAURIG, LLP
Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Road, N.E., Ste. 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
Fax: (678) 553-2386
CohenL@gtlaw.com
LockardV@gtlaw.com
HarkinsS@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

2

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Jessica Davidson, Liaison Counsel for
Manufacturer Defendants
Allison M. Brown
One Manhattan West
New York, NY 1001
Telephone: (212) 735-2588
Facsimile: (917) 777-2588
jessica.davidson@skadden.com
allison.brown@skadden.com

Nina R. Rose
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel: (202) 371-7000
Fax: (202) 661-0525
nina.rose@skadden.com

*Attorneys for Zhejiang Huahai
Pharmaceutical Co, Ltd., Huahai
U.S., Inc., Prinston Pharmaceutical
Inc., and Solco Healthcare US, LLC*

## **CERTIFICATE OF SERVICE**

I, Alexia R. Brancato, an attorney, hereby certify that on March 13, 2023, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF.

*/s/ Alexia R. Brancato*
Alexia R. Brancato
Kirkland & Ellis LLP