# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge |
| This Document Relates to All Actions | **CERTIFICATION OF ALEXIA R. BRANCATO** |

ALEXIA R. BRANCATO, being of full age, certifies as follows:

1. I am a partner at Kirkland & Ellis LLP, attorneys for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. I make this Certification based on personal knowledge and in support of the Defendants' Motion to Exclude Opinions of Laura R. Craft.

2. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Laura R. Craft, dated October 31, 2022, with Exhibits A-E, served in MDL 2875.

3. Attached hereto as Exhibit B is a true and accurate copy of the transcript of the deposition of Laura R. Craft, dated February 22, 2022.

4. Attached hereto as Exhibit C is a true and accurate copy of the Expert Report of Rena Conti, Ph.D., dated February 3, 2023, with Exhibits 1-2 and Attachments A-D, served in MDL 2875.

| | |
|---|---|
| Dated: March 13, 2023 | Respectfully submitted, |
| | */s/ Alexia R. Brancato* |
| | KIRKLAND & ELLIS LLP<br>Jay P. Lefkowitz<br>Devora W. Allon<br>Alexia R. Brancato<br>Brittney Nagle<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-5967<br>Fax: (212) 446-6460<br>Lefkowitz@kirkland.com<br>Devora.allon@kirkland.com<br>Alexia.brancato@kirkland.com<br>Bee.nagle@kirkland.com |
| | *Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.* |

## **CERTIFICATE OF SERVICE**

I, Alexia R. Brancato, an attorney, hereby certify that on March 13, 2023, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF.

/s/ Alexia R. Brancato
Alexia R. Brancato
Kirkland & Ellis LLP