## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| **This Document Relates to All Actions** | **[PROPOSED] ORDER EXCLUDING THE OPINION OF LAURA R. CRAFT** |

## ORDER

**THIS MATTER**, having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert, Laura R. Craft, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on the ___ day of _____, 2023

ORDERED as follows:

Defendants' Joint Motion to Exclude the Opinion of Laura R. Craft is granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J