UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER MDL NO. 19-2875 (RBK) |

## CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE THE OPINIONS OF DEFENSE EXPERT FENGTIAN XUE, PH.D.

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to exclude the testimony of Defense Expert Fengtian Xue, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Fengtian Xue's PSC Faculty Profile.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Fengtian Xue's Report, dated December 22, 2022 in this case.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the transcript of Fengtian Xue's February 3, 2023 deposition in this case.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of ZHP's Investigation Regarding Unknown Impurity (Genotoxic Impurity) of Valsartan API (Version 2) (PRINSTON00075797).

6. Attached hereto as **Exhibit 5** is a true and accurate copy of ZHP's Investigation Regarding Unknown Impurity (Genotoxic Impurity) of Valsartan API (Version 3) (PRINSTON0076100).

7. Attached hereto as **Exhibit 6** is a true and accurate copy of the relevant excerpts of ZHP's April 14, 2019 Correspondence with the FDA (PRINSTON00158423).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of Sun, Liu, and Zhong, *Theoretical Investigation of N-Nitrosodimethylamine Formation from Nitrosation of Trimethylamine*, J. Phys. Chem. A. 114, 455-465 (2010).

9. Attached hereto as **Exhibit 8** is a true and accurate copy of Gowenlock, Hutchinson, Little, Pfab, *Nitrosative dealkylation of some symmetrical tertiary amines,* J. Chem. Soc., Perkin Trans. 2, 1110-1114 (1979)

10. Attached hereto as **Exhibit 9** is a true and accurate copy of *Player v. Motiva Enterprises LLC*, No. Civ. 02–3216(RBK), 2006 WL 166452 (D.N.J. Jan. 20, 2006).

11. Attached hereto as **Exhibit 10** is a true and accurate copy of FDA, Guidance for Industry, *Genotoxic ad Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches* (Dec. 2008)

12. Attached hereto as **Exhibit 11** is a true and accurate copy of ZHP's ZnCl2 DMF, Impurities Section (HUAHAI-US00007752).

13. Attached hereto as **Exhibit 12** is a true and accurate copy of ZHP's TEA with Sodium Nitrite Quenching DMF, Impurities Section (PRINSTON00080011).

14. Attached hereto as **Exhibit 13** is a true and accurate copy of the transcript of Peng Dong's March 29, 2021 deposition in this case.

15. Attached hereto as **Exhibit 14** is a true and accurate copy of Long & Meek, *Concise International Chemical Assessment Document 31: N,N-Dimethylformamide* (WHO 2001).

16. Attached hereto as **Exhibit 15** is a true and accurate copy of Shandong Hualu-Hengsheng Chem Co., *Certification of Analysis for N,H-Dimethylformamide*.

17. Attached hereto as **Exhibit 16** is a true and accurate copy of Fengtian Xue's Amended and Supplemental List of Materials Reviewed and Considered.

18. Attached hereto as **Exhibit 17** is a true and accurate copy of Zhejiang Jianye Chemical Co., Ltd.'s Certificate of Analysis for Triethylamine.

19. Attached hereto as **Exhibit 18** is a true and accurate copy of Juillard, *Dimethylformamide: Purification, Tests For Purity And Physical Properties*, Int'l Union of Pure and Applied Chem (Pergamon Press 1977).

20. Attached hereto as **Exhibit 19** is a true and accurate copy of the transcript of Min Li's April 20, 2021 deposition in this case.

21. Attached hereto as **Exhibit 20** is a true and accurate copy of Plaintiffs' translation of Jinsheng Lin's July 27, 2017 email regarding the NDMA contamination of ZHP's valsartan (ZHP00190573).

22. Attached hereto as **Exhibit 21** is a true and accurate copy of ZHP's translation of Jinsheng Lin's July 27, 2017 email regarding the NDMA contamination of ZHP's valsartan (ZHP00190573).

23. Attached hereto as **Exhibit 22** is a true and accurate copy of the transcript of Min Li's April 22, 2021 deposition in this case.

24. Attached hereto as **Exhibit 23** is a true and accurate copy of Fengtian Xue's Supplemental Report, dated January 30, 203, in this case.

25. Attached hereto as **Exhibit 24** is a true and accurate copy of Dr. Stephen S. Hecht's July 6, 2021 expert report in this case.

26. Attached hereto as **Exhibit 25** is a true and accurate copy of the transcript of Jun Du's May 28, 2021 deposition in this case.

27. Attached hereto as **Exhibit 26** is a true and accurate copy of Dr. Stephen S. Hecht's October 31, 2022 expert report in this case.

                                          **MAZIE SLATER KATZ & FREEMAN, LLC**
                                          Attorneys for Plaintiffs

                                          By:   /s/ Adam M. Slater

Dated: May 13, 2022