# Exhibits 2-6, 11-13, 16, 19, 22-23, & 25

ZHP has designated the above exhibits as confidential.  Plaintiffs are in the process of meeting and conferring with ZHP on the propriety of these designations.  In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.