# EXHIBITS A – G; I – Z; BB; and EE – LL

**Documents marked Confidential or Restricted Confidential Information. With regard to Defendants' Depositions and Exhibits, Defendants' thirty days to designate as confidential has not elapased.
In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.**