# Valsartan

$C_{24}H_{29}N_5O_3$                                                                 435.52

L-Valine, $N$-(1-oxopentyl)-$N$-[[2'-(1$H$-tetrazol-5-yl)[1,1'-biphenyl]-4-yl]methyl]-;

$N$-[$p$-($o$-1$H$-Tetrazol-5-ylphenyl)benzyl]-$N$-valeryl-L-valine [137862-53-4].

## DEFINITION

Valsartan contains NLT 98.0% and NMT 102.0% of valsartan ($C_{24}H_{29}N_5O_3$), calculated on the anhydrous basis.

## IDENTIFICATION

*Change to read:*

- **A.** ▲**S**PECTROSCOPIC **I**DENTIFICATION **T**ESTS ⟨197⟩, *Infrared Spectroscopy*: **197M**▲ (CN 1-May-2020)
- **B.** The retention time of the major peak of the *Sample solution* corresponds to that of the *Standard solution*, as obtained in the *Assay*.

## ASSAY

- **P**ROCEDURE

  **Mobile phase:** Acetonitrile, glacial acetic acid, and water (500:1:500)

  **Standard solution:** 0.5 mg/mL of USP Valsartan RS in *Mobile phase*

  **Sample solution:** 0.5 mg/mL of Valsartan in *Mobile phase*

  **Chromatographic system**
  (See *Chromatography* ⟨621⟩, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 273 nm
  **Column:** 3.0-mm × 12.5-cm; 5-µm packing L1
  **Flow rate:** 0.4 mL/min
  **Injection volume:** 10 µL

  **System suitability**
  **Sample:** *Standard solution*
  **Suitability requirements**
  **Relative standard deviation:** NMT 2.0%

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan ($C_{24}H_{29}N_5O_3$) in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of the *Sample solution*
  $r_S$ = peak response of the *Standard solution*
  $C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  **Acceptance criteria:** 98.0%–102.0% on the anhydrous basis

## IMPURITIES

- **R**ESIDUE ON **I**GNITION ⟨281⟩**:** NMT 0.1%
- **P**ROCEDURE **1: L**IMIT OF **V**ALSARTAN **R**ELATED **C**OMPOUND **A**

  **Mobile phase:** *n*-Hexane, 2-propanol, and trifluoroacetic acid (850:150:1)

  **System suitability solution:** 0.04 mg/mL each of USP Valsartan Related Compound A RS and USP Valsartan RS in *Mobile phase*

  **Standard solution:** 0.01 mg/mL of USP Valsartan Related Compound A RS in *Mobile phase*

  **Sample solution:** 1 mg/mL of Valsartan in *Mobile phase*. Sonicate for 5 min.

  **Chromatographic system**
  (See *Chromatography* ⟨621⟩, *System Suitability*.)
  **Mode:** LC
  **Detector:** UV 230 nm
  **Column:** 4.6-mm × 25-cm; 5-µm packing L40
  **Flow rate:** 0.8 mL/min
  **Injection volume:** 10 µL

  **System suitability**
  **Sample:** *System suitability solution*
  **Suitability requirements**
  **Resolution:** NLT 2.0 between valsartan related compound A and valsartan
  **Relative standard deviation:** NMT 5% for valsartan related compound A peak

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan related compound A in the portion of Valsartan taken:

  $$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

  $r_U$ = peak response of valsartan related compound A from the *Sample solution*
  $r_S$ = peak response of valsartan related compound A from the *Standard solution*
  $C_S$ = concentration of USP Valsartan Related Compound A RS in the *Standard solution* (mg/mL)
  $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

  **Acceptance criteria:** NMT 1.0% of valsartan related compound A.

- **P**ROCEDURE **2: L**IMIT OF **V**ALSARTAN **R**ELATED **C**OMPOUND **B, V**ALSARTAN **R**ELATED **C**OMPOUND **C,** AND **O**THER **R**ELATED **C**OMPOUNDS

  **Mobile phase:** Proceed as directed in the *Assay*.

  **Standard solution:** 1 µg/mL each of USP Valsartan RS, USP Valsartan Related Compound B RS, and USP Valsartan Related Compound C RS in *Mobile phase*

  **Sample solution:** 0.5 mg/mL of Valsartan in *Mobile phase*

  **Chromatographic system:** Proceed as directed in the *Assay*, except for the following.
  **Detector:** UV 225 nm

  **System suitability**
  **Sample:** *Standard solution*
  **Suitability requirements**
  **Resolution:** NLT 1.8 between valsartan related compound B and valsartan
  **Relative standard deviation:** NMT 10.0% for valsartan related compound B and NMT 2.0% for valsartan

  **Analysis**
  **Samples:** *Standard solution* and *Sample solution*
  Calculate the percentage of valsartan related compound B and valsartan related compound C in the portion of Valsartan taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

- $r_U$ = peak response of valsartan related compound B or valsartan related compound C from the *Sample solution*
- $r_S$ = peak response of valsartan related compound B or valsartan related compound C from the *Standard solution*
- $C_S$ = concentration of USP Valsartan Related Compound B RS or USP Valsartan Related Compound C RS in the *Standard solution* (mg/mL)
- $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

Calculate the percentage of any other impurity in the portion of Valsartan taken:

$$\text{Result} = (r_U/r_S) \times (C_S/C_U) \times 100$$

- $r_U$ = peak response of any other impurity from the *Sample solution*
- $r_S$ = peak response of valsartan from the *Standard solution*
- $C_S$ = concentration of USP Valsartan RS in the *Standard solution* (mg/mL)
- $C_U$ = concentration of Valsartan in the *Sample solution* (mg/mL)

**Acceptance criteria:** See *Table 1*.

**Table 1**

| Name | Acceptance Criteria, NMT (%) |
|---|---|
| Valsartan related compound B[a] | 2 |
| Valsartan related compound C[b] | 0. |
| Any other individual impurity[c] | 0.1 |

**Table 1** (continued)

| Name | Acceptance Criteria, NMT (%) |
|---|---|
| Total impurities[c] | 0.3 |

[a] *N*-Butyryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
[b] *N*-Valeryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
[c] Excluding valsartan related compound A.

**SPECIFIC TESTS**
- **WATER DETERMINATION,** *Method I* ⟨921⟩**:** NMT 2.0%
- **ABSORBANCE**
  **Analytical wavelength:** 420 nm
  **Sample solution:** A 1-in-20 solution of valsartan in methanol
  **Acceptance criteria:** The absorbance divided by the path length is NMT 0.02.

**ADDITIONAL REQUIREMENTS**
- **PACKAGING AND STORAGE:** Preserve in tight containers, and store at controlled room temperature. Protect from moisture and h
- **USP REFERENCE STANDARDS** ⟨11⟩
  USP Valsartan RS
  USP Valsartan Related Compound A RS
    *N*-Valeryl *N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl} D-valine.
    $C_{24}H_{29}N_5O_3$   435.52
  USP Valsartan Related Compound B RS
    Butyryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine.
    $C_{23}H_{27}N_5O_3$   421.49
  USP Valsartan Related Compound C RS
    *N*-Valeryl-*N*-{[2′-(1*H*-tetrazole-5-yl)biphenyl-4-yl]methyl}-L-valine benzyl ester.
    $C_{31}H_{35}N_5O_3$   525.64