# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## NOTICE OF DEFENDANTS' MOTION TO PARTIALLY EXCLUDE OPINIONS OF DRS. STEPHEN HECHT AND RAMIN NAJAFI

**PLEASE TAKE NOTICE** that on May 1, 2023, or as soon thereafter as counsel may be heard, the undersigned Defendants' counsel, on behalf of all Defendants named below, shall move for an entry of Order partially excluding the opinions of Plaintiffs' experts, Stephen Hecht and Ramin Najafi, pursuant to Federal Rule of Evidence 702.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter and the Certification of Jessica Davidson, Esq. together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: March 13, 2023 | Respectfully submitted,<br><br>By: */s/ Jessica Davidson*<br>Jessica Davidson (DC Bar No. 457021)<br>(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)<br>*Liaison Counsel for Manufacturer Defendants*<br>Allison M. Brown<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-2588<br>Facsimile: (917) 777-2588<br>jessica.davidson@skadden.com<br>Allison.Brown@skadden.com<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Nina R. Rose<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 371-7000<br>Fax: (202) 661-0525<br>nina.rose@skadden.com<br><br>*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*<br><br>Lori G. Cohen, Esq.<br>GREENBERG TRAURIG, LLP<br>Victoria Davis Lockard<br>Steven M. Harkins<br>Terminus 200<br>3333 Piedmont Rd., NE,<br>Suite 2500 |

2

Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Brian H. Rubenstein
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

3

By: */s/ Alexia R. Brancato*
KIRKLAND & ELLIS LLP
Jay P. Lefkowitz
Devora W. Allon
Alexia R. Brancato
Brittney Nagle
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
lefkowitz@kirkland.com
devora.allon@kirkland.com
alexia.brancato@kirkland.com
brittney.nagle@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)