# EXHIBIT 1

Page 1

1                  UNITED STATES DISTRICT COURT

                   DISTRICT OF NEW JERSEY

2                  CAMDEN VICINAGE

3

                                   : MDL NO. 2875

4     IN RE: VALSARTAN,           :

      LOSARTAN, AND IRBESARTAN    :

5     PRODUCTS LIABILITY          :

      LITIGATION                  :   VIDEOTAPED DEPOSITION

6                                 :           UPON

                                  :   ORAL EXAMINATION

7                                 :           OF

                                  :   STEPHEN S. HECHT, PhD

8     ------------------------    X

9

10              TRANSCRIPT of the stenographic notes of

11    the proceedings in the above-entitled matter, as

12    taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

13    held via ZOOM VIDEOCONFERENCE from various locations,

14    with the witness located at 2231 6th Street,

15    Minneapolis, Minnesota, on Friday, January 13, 2023,

16    commencing at 8:18 a.m. Central Time.

17

18

19

20

21

22

23

24

25

Page 2

```
1   APPEARANCES:
2   FOR ZHEJIANG HUAHAI PHARMACEUTICAL, CO., LTD.
3   SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
        BY:  RICHARD T. BERNARDO, ESQ.
4         JOSHUA J. SCHOCH, ESQ.
          JORDAN EINSTEIN, ESQ.
5   One Manhattan West
    New York, New York 10001-8602
6   212-735-3000
    richard.bernardo@skadden.com
7
8   FOR PLAINTIFFS:
9   MAZIE SLATER KATZ & FREEMAN
        BY:  ADAM M. SLATER, ESQ.
10        CHRISTOPHER J. GEDDIS, ESQ.
        103 Eisenhower Parkway
11  2nd Floor
    Roseland, New Jersey 07068
12  973-228-9898
    aslater@mazieslater.com
13  cgeddis@mazieslater.com
14
    LEVIN PAPANTONIO RAFFERTY
15  BY:  DANIEL NIGH, ESQ.
    316 South Baylen St.
16  Pensacola, Florida 32502
    850-435-7013
17  dnigh@levinlaw.com
18
    HOLLIS LAW FIRM
19  BY:  C. BRETT VAUGHN, RN, BSN, ESQ.
    8101 College Boulevard
20  Suite 260
    Overland Park, Kansas 66210
21  913-385-5400
22
23
24
25
```

Page 3

```
1   A P P E A R A N C E S (Continued)
2   FOR TEVA PHARMACEUTICALS USA, INC., TEVA
    PHARMACEUTICAL INDUSTRIES LTD., ACTAVIS PHARMA, INC.,
3   AND ACTAVIS LLC:
4   GREENBERG TRAURIG, LLP
        BY:  STEVEN M. HARKINS, ESQ.
5         VICTORIA DAVIS LOCKARD, ESQ.
        Terminus 200
6   3333 Piedmont Road NE, Suite 2500
    Atlanta, Georgia 30305
7   678-553-2100
    Harkinss@gtlaw.com
8   Lockardv@gtlaw.com
9   MARTIN, HARDING & MAZZOTTI, LLP
        BY:  ROSEMARIE RIDDELL BOGDAN, ESQ.
10  P.O. Box 15141
    23 Albany, New York 12212
11  518-724-2207
    Rosemarie.bogdan@1800law1010.com
12
13  FOR HUMANA INC. & HUMANA PHARMACY, INC.:
14  FALKENBERG IVES, LLP
        BY:  KIRSTIN B. IVES, ESQ.
15  230 W. Monroe, Suite 2220
    Chicago, Illinois 60606
16  312-566-4808
    kbi@falkenbergives.com
17
18  FOR PFIZER INC., VALEANT PHARMACEUTICALS
    INTERNATIONAL, INC., BAUSCH & LOMB INCORPORATED, AND
19  ATON PHARMA, INC.:
20  WALSH PIZZI O'REILLY FALANGA, LLP
        BY:  CHRISTINE I. GANNON, ESQ.
21  Three Gateway Center
    100 Mulberry Street, 15th Floor
22  Newark, New Jersey 07102
    973-757-1100
23  cgannon@walsh.com
24
25
```

Page 4

```
1   A P P E A R A N C E S (Continued):
2   FOR MYLAN PHARMACEUTICALS INC., AND MYLAN
    LABORATORIES, LTD.:
3
    PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
4   BY:  JASON M. REEFER, ESQ.
    One Oxford Centre
5   301 Grant Street, 38th Floor
    Pittsburgh, Pennsylvania 15219
6   412-263-4397
    jmr@pietragallo.com
7
    FOR TORRENT PHARMA INC. & TORRENT PHARMACEUTICALS,
8   LTD.:
10  KIRKLAND & ELLIS, LLP
        BY:  BRITTNEY NAGLE, ESQ.
11  601 Lexington Avenue
    New York, New York 10022
12  212-390-4210
    brittney.nagle@kirkland.com
13
14  FOR HETERO LABS, LTD:
15  HILL WALLACK, LLP
        BY:  JOHN C. BOBBER, JR., ESQ.
16  777 Township Line Road
    Suite 250
17  Yardley, Pennsylvania 19067
    267-759-2064
18  jbobber@hillwallack.com
19
    FOR ALBERTSON'S COMPANIES, LLC:
20
    BUCHANAN INGERSOLL & ROONEY, PC
21  BY:  CHRISTOPHER B. HENRY, ESQ.
    Carillon Tower
22  227 West Trade Street, Suite 600
    Charlotte, North Carolina 28202
23  704-444-3475
    christopher.henry@bipc.com
24
25
```

Page 5

```
1           I N D E X
2
3   Examinations         Page
4
    S T E P H E N   H E C H T, Ph.D.      11
5
6   EXAMINATION BY MR. BERNARDO          11
7
    CONTINUED EXAMINATION BY MR. BERNARDO    205
8
9   EXAMINATION BY MR. HARKINS           250
10
    EXAMINATION BY MS. NAGLE             286
11
12  EXAMINATION BY MR. SLATER            291
13
    EXAMINATION BY MR. BERNARDO          312
14
15  EXAMINATION BY MR HARKINS            318
16
    EXAMINATION BY MR. SLATER            320
17
    EXAMINATION BY MR. BERNARDO          322
18
19  EXAMINATION BY MR. SLATER            323
20
21  EXAMINATION BY MR. BERNARDO          324
22
    EXAMINATION BY MR HARKINS            325
23
24
25
```

2 (Pages 2 - 5)

Page 6

1        INDEX (Continued)
2
            EXHIBITS
3
4    NumberDescription              Page
5
     Hecht-1  Letter Report of Stephen S.    12
6            Hecht, PhD, dated July 6, 2021,
             No Bates Stamps, 44 Pages
7
8    Hecht-2  Letter Report of Stephen S.    13
             Hecht, PhD, dated October 31,
9            2022, No Bates Stamps, 15 Pages
10
     Hecht-3  FDA Receipt Letter for ZHP Drug  18
11           Master File Submission, Bates
             SOLCO00032578 through 32580
12
13   Hecht-4  ZHP Product Development Report  22
             for Valsartan, Bates ZHP01710663
14           through 1710729
15
     Hecht-5  Amendment to Drug Master File   27
16           dated April 16, 2012, Bates
             PRINSTON00079747 through 79755
17
18   Hecht-6  Amendment to Drug Master File for  34
             Valsartan dated December 10,
19           2013, Bates PRINSTON00073102
             through 73119
20
21   Hecht-7  Expert Report of Fengtian Xue,   49
             PhD dated December 22, 2022, No
22           Bates, 107 Pages
23
     Hecht-8  United States Patent 5,502,191   81
24           Issued March 26, 1996
25

Page 7

1        E X H I B I T S (Continued)
2
     Number    Description         Page
3
4    Hecht-9  FDA Statement entitled, "FDA     120
             Statement on FDA's ongoing
5            investigation into valsartan
             impurities and recalls and an
6            update on FDA's current findings"
             dated August 30, 2018, No Bates,
7            Six Pages
8
     Hecht-10  FDA Statement entitled, "FDA    123
9            Statement on the FDA's ongoing
             investigation into valsartan and
10           ARB class impurities and the
             agency's steps to address the
11           root causes of the safety
             issues," dated January 25, 2019,
12           No Bates, Five Pages
13
     Hecht-11  Article entitled "High          136
14           performance mini-gas
             chromatography-flame ionization
15           detector system based on micro
             gas chromatography column," from
16           Review of Scientific Instruments,
             published April 21, 2016
17
18   Hecht-12  Email Chain ending 2/28/2019 in  163
             Chinese Language, Bates
19           ZHP02630924 through 2630925
20
     Hecht-13  English Translation of Hecht-12,  166
21           previously marked ZHP-265A
22
     Hecht-14  Document in Chinese Language    167
23           previously marked ZHP-266, Bates
             ZHP02630926 through 2630927
24
25

Page 8

1        E X H I B I T S (Continued)
2
     Number    Description         Page
3
4    Hecht-15  English Translation of Hecht-14,  168
             Bates ZHP02630926 through 2630927
5
6    Hecht-16  Email Chain ending December 27,  172
             2016, Bates ZHP0477534 through
7            477553
8
9    Hecht-17  Email Chain ending February 29,  178
             2019, Bates ZHP02709940 through
10           2709984
11   Hecht-18  Email Chain in Chinese Language   188
             ending February 28, 2019
12           previously marked ZHP-271, Bates
             ZHP00496153 through 496154
13
14   Hecht-19  Document in Chinese Language     188
             previously marked ZHP-272, Bates
15           ZHP00496155 through 496156
16
     Hecht-20  English Translation of Hecht-19,  188
17           previously marked ZHP-272A
18
19   Hecht-21  Email Chain ending December 22,  190
             2016, Bates ZHP02118712 through
             2118731
20
21   Hecht-22  Email Chain ending April 20,      193
             2017, Bates ZHP02118680 through
22           2118708
23
     Hecht-23  Chart titled "D5191-15-359,"     195
24           Bates ZHP02118709 through 2118711
25

Page 9

1        E X H I B I T S (Continued)
2
     Number    Description         Page
3
4    Hecht-24  Excerpt from Purification of     206
             Laboratory Chemicals, Fourth
5            Edition, by W.L.F. Amarego and
             D.D. Perrin, No Bates, 21 Pages
6
7    Hecht-25  Composite Exhibit, Copies of Dr.  225
             Hecht's Exhibit Binders
8
9    Hecht-26  Curriculum Vitae of Stephen S.   293
             Hecht, PhD, Nine Pages
10
11   Hecht-27  FDA Warning Letter 320-19-04     297
             dated November 29, 2018,
12           previously marked ZHP-213, Bates
             ZHP01344159 through 1344164
13
14   Hecht-28  Article entitled "Identification  304
             and Control of Impurities for
15           Drug Substance Development using
             LC/MS and GC/MS," from The
16           Journal of Liquid Chromatography
             and Related Technologies
17
18   Hecht-29  Document entitled "Valsartan,    308
             Analysis Report for Peak
19           Identification in GC Chromatogram
             Other Than Listed Solvents,"
20           Bates ZHP01746277 through
             1746288
21
22   Hecht-30  Qualitative Reports, Bates       310
             SYNCOR00001458 through 1465
23
24   Hecht-31  PowerPoint Presentation dated    311
             August 23, 2012, No Bates, 19
25           Slides

Page 10

1    THE VIDEOGRAPHER:  Good morning.  We are
2  going on the record at 8:18 a.m. Central Time on
3  January 13, 2023.  Please note that this deposition
4  is being conducted virtually.  The quality of
5  recording depends on the quality of camera and
6  internet connection of participants.  What is seen
7  from the witness and heard on screen is what will be
8  recorded.  Audio and video recording will continue to
9  take place unless all parties agree to go off the
10  record.
11    This is Media Unit 1 of the
12  video-recorded deposition of Dr. Stephen Hecht in the
13  matter of In Re:  Valsartan, Losartan, and Irbesartan
14  Products Liability Litigation, filed in the United
15  States District Court for District of New Jersey,
16  Camden Vicinage, MDL Number 2875.
17    My name is Lee Bowry, from the firm of
18  Veritext New Jersey, and I am the videographer.  The
19  court reporter is Ellen Godino, and our concierge is
20  Justin Biley, also with Veritext.
21    I am not related to any party in this
22  action, nor am I financially interested in the
23  outcome.
24    If there are any objections to
25  proceeding, please state them at this time.

Page 11

1    Having heard none, counsel attending
2  remotely will be noted on the stenographic record.
3    Will the court reporter please swear in
4  the witness and then counsel may proceed.
5  S T E P H E N   H E C H T, Ph.D., 2231 6th Street,
6  Minneapolis, Minnesota, having been duly sworn,
7  testified as follows:
8  EXAMINATION BY MR. BERNARDO:
9    Q.   Good morning, Dr. Hecht.  Would you
10  please state your name for the record?
11    A.   Pardon?  I couldn't hear you.
12    Q.   Well.  I'll adjust my volume.  Can you
13  hear me if I speak at this volume?
14    A.   Yeah.
15    Q.   Okay.  Would you please state your name
16  for the record?
17    A.   Stephen Hecht.
18    Q.   And you understand, Dr. Hecht, that
19  you're here today under oath, as if you were in a
20  courtroom, and testifying as if you were in a
21  courtroom.  Correct?
22    A.   Yes.
23    Q.   And I know you've been deposed a number
24  of times, so I'm not going to go through the standard
25  preamble, but I just want to say that I'm going to

Page 12

1  assume that you understand the questions I'm asking,
2  unless you ask me to clarify.  Is that fair?
3    A.   Okay.
4    Q.   Is there anything that would prevent you
5  from providing truthful and accurate testimony today?
6    A.   No.
7    Q.   Okay.  And I know you're -- we're all
8  doing this through technology, and I trust that
9  you're not going to communicate to anybody or look at
10  communications from anybody, either by email or chat
11  or text or otherwise, during the course of my
12  questions.  Is that fair?
13    A.   Yes.
14    Q.   Dr. Hecht, you've written two reports in
15  this case.  One is dated July 21 -- I'm sorry,
16  July 6, 2021, and one is dated October 31st, 2022.
17  Correct?
18    A.   Yes.
19    MR. BERNARDO:  I'd like to mark those
20  two exhibits as Hecht-1 and 2?
21    MR. SLATER:  Which one is 1?
22    MR. BERNARDO:  His first report -- thank
23  you, Adam -- July 6, 2021, will be 1; and
24  October 31st, 2022 will be 2.
25    (Exhibit Hecht-1, Letter Report of

Page 13

1  Stephen S. Hecht, Ph.D., dated July 6, 2021, No Bates
2  Stamps, 44 Pages, was received and marked for
3  identification.)
4    (Exhibit Hecht-2, Letter Report of
5  Stephen S. Hecht, Ph.D., dated October 31, 2022, No
6  Bates Stamps, 15 Pages, was received and marked for
7  identification.)
8    Q.   And I understand, Dr. Hecht, you may
9  have copies of those reports with you.  And just to
10  clarify the questions I'm going to ask you:  I'm
11  going to be asking you about your 2022 report,
12  Exhibit 2, in its entirety, but I'm only going to be
13  asking you about certain portions of your 2021
14  report; and it would be the Section Roman II.2,
15  titled "Formation of Nitrosamines" on pages 6 to 7,
16  if you want to just take a look at that.
17    A.   Yes.
18    Q.   And then all of Section Roman III,
19  titled "Formation of Nitrosamines in Valsartan API."
20    (Court Stenographer clarification.)
21    Q.   Section III, titled "Formation of
22  Nitrosamines in Valsartan API."
23    A.   Section III?
24    Q.   And I'm doing this, Dr. Hecht, just to
25  be efficient here.  So when I just ask about your

4 (Pages 10 - 13)

Page 14

1 opinions in this case or your opinions or your
2 report, I don't want to go through this
3 clarification. I just want you to assume, unless I
4 state otherwise, that those are the sections of your
5 first report and the entirety of your second report
6 about which I'm asking. Is that clear?
7     A.   No.
8     Q.   Okay.
9         MR. SLATER: Rich, I think this is -- I
10 get what you're saying, but I think this is very
11 confusing. Because you're going to make him think
12 he's got to go look at --
13     A.   I'm not sure what you mean by "Section
14 3."
15     Q.   There's a section, Roman III?
16        MR. SLATER: What page?
17        MR. BERNARDO: Give me a minute.
18        MR. SLATER: Page 18 of the first
19 report.
20     Q.   And while you're looking at that,
21 Dr. Hecht, the reason I'm doing this is, I just don't
22 want there to be confusion, and this goes to a point
23 that Mr. Slater raised. I'm really here asking you
24 questions about certain opinions.
25        And I just, when I say "your opinions in

Page 15

1 this case" or "your report," I'm really referring to
2 these confines. I just want that to be clear on the
3 record, and for you to understand that so we're not
4 talking about either general caution or other issues.
5        Does that help clarify?
6     A.   Yes.
7     Q.   Okay. Thank you very much.
8        And Dr. Hecht, did you sign -- we're
9 going to be talking about exhibits that have been
10 marked "Confidential" in this litigation.
11        Have you signed the appropriate exhibits
12 to the protective order in this case? Are you
13 familiar with the protective order that has been
14 entered in this litigation?
15     A.   No.
16        MR. SLATER: Yes, he signed it, Rich.
17 This was years ago.
18        MR. BERNARDO: Okay. I just want a
19 clarification for that on the record, and he just
20 said something different than you did.
21     Q.   So let me ask you that again. There's a
22 protective order that's been entered in this case
23 that governs the use of confidential information. I
24 just want to ensure that you've read that, and that
25 you have signed on it, intending that you agree to

Page 16

1 its terms?
2     A.   Okay.
3     Q.   So is "okay" a "yes"?
4     A.   Yes.
5     Q.   Thank you.
6        Dr. Hecht, you agree ZHP used four
7 distinct manufacturing processes to produce valsartan
8 API, prior to 2018. Fair?
9     A.   Yes.
10     Q.   And the first one is known as the TIN
11 process?
12     A.   Yes.
13     Q.   And the second is known as the TEA
14 process?
15     A.   Yes.
16     Q.   And the third is a TEA with quenching
17 process?
18     A.   Yes.
19     Q.   And the fourth is the zinc chloride
20 process?
21     A.   Right.
22     Q.   Okay. Let's talk about those processes.
23 Let's start with the TIN process.
24        And if you need me to pull up
25 documentation in order for you to answer these

Page 17

1 questions, please ask and I'm happy to do that and
2 have that marked, but I think some of these, you
3 should be able to answer without having to look at
4 them.
5        So let's talk about the TIN process. In
6 that process -- that's what the company refers to --
7 in that process, in company documents, there is a
8 reference to "Step 4, the carbon-nitrogen group or CN
9 starting material, which was treated with sodium
10 azide to form the tetrazole compound." Is that
11 correct?
12     A.   Yes.
13     Q.   Okay. And in simple terms, what is a
14 tetrazole compound?
15     A.   The tetrazole has four nitrogens in a
16 ring structure, and it's part of the structure of the
17 sartans.
18     Q.   And the --
19     A.   The sodium azide provides three of the
20 nitrogens.
21     Q.   And this process was done in the
22 presence of a catalyst, ████████████ using
23 ████ as a solvent?
24        And pardon me if I'm not pronouncing
25 these exactly correctly, but I think you'll get the

Page 18

1  gist?
2      A.    It's ▮▮▮▮▮▮▮▮▮▮▮▮▮
3      Q.    Thank you.
4      (Court Reporter Clarification.)
5      MR. BERNARDO:  Sure.
6      Q.    Let's switch over to the TEA process.
7      ZHP filed a paper submission, which is
8  called the Drug Master File, with the FDA for the TEA
9  process in January of 2010.  Correct?
10     A.    Yes.
11     Q.    Okay.
12     MR. BERNARDO:  Let's pull up on the
13  screen and mark as Exhibit 3 company documents
14  regarding the product development report.
15     MR. BILY:  Counsel, what tab?
16     MR. BERNARDO:  Tab 3.
17     (Exhibit Hecht-3, FDA Receipt Letter for
18  ZHP Drug Master File Submission, Bates SOLCO00032578
19  through 32580, was received and marked for
20  identification.)
21     Q.    Can you see what's on the screen?
22     A.    No, it's too small.
23     MR. BERNARDO:  Can you expand the size?
24     Q.    Does that help?
25     A.    Yeah, that's a little better.

Page 19

1      Q.    Okay.  Have you seen this document
2  before?
3      MR. SLATER:  Sorry, Rich, can we see the
4  Bates number?
5      MR. BERNARDO:  Sure.
6      MR. SLATER:  If someone can just scroll
7  to the Bates number.
8      MR. BERNARDO:  And it's SOLCO 00032578,
9  and we're on page 1.
10     MR. SLATER:  Thank you.
11     A.    Yeah, I don't remember.
12     Q.    You don't remember whether you've seen
13  this document before?
14     A.    No.
15     Q.    I will represent to you that this is, as
16  you can see from it, a document sent to the Food and
17  Drug Administration assigning a number of a
18  submission by ZHP on January 22nd, and the title of
19  the submission is "Valsartan Process As
20  Manufactured."
21     Are you familiar with this type of
22  document?
23     A.    With this type of document?  Is that
24  what you said?
25     Q.    Yes, that was my question?

Page 20

1      A.    I'm not terribly familiar with it, no.
2      Q.    Okay.
3      A.    But I can see what -- I can understand
4  what it is.
5      Q.    So this isn't the kind of document you
6  would have looked at to form your opinions in this
7  case, as to the manufacturing changes or the reason
8  for changes, or the process?
9      MR. SLATER:  Objection to the form of
10  the question.
11     You can answer.
12     A.    Not directly from this document.  I
13  mean, I've read descriptions of the -- you know, the
14  processes that were used.
15     Q.    And where did you get the descriptions,
16  and what kind of documents did you get the
17  descriptions of the processes that were being used,
18  Dr. Hecht?
19     A.    From the -- well, I've seen the, you
20  know, the documents from ZHP that describe a lot of
21  this.  And also...
22     Q.    Why don't you turn to the next page --
23     A.    I don't know where I saw them.
24     Q.    If we can scroll to the next page.  And
25  further --

Page 21

1      MR. BERNARDO:  Can we go off record for
2  one minute.
3      THE VIDEOGRAPHER:  Going off the record.
4  The time is 8:30 --
5      MR. BERNARDO:  Oh --
6      THE VIDEOGRAPHER:  Did you not want to
7  go off the record?
8      MR. BERNARDO:  I think we can resolve
9  this.  I want my colleague to share the documents,
10  not the videographer, so that I can direct and be
11  efficient and show him pages.  I also wanted to
12  resolve it at a break, so he can look at things, so
13  we don't have to do this, because I think these are
14  documents with which he's familiar, and this is going
15  to take us a long time, if this doesn't work.  And I
16  reiterate comments that Mr. Slater made earlier.
17     THE VIDEOGRAPHER:  So would you like to
18  go off the record right now, Counsel, then?
19     MR. SLATER:  I don't understand why
20  we're going off the record.
21     MR. BERNARDO:  I don't either.  I think
22  if -- as long as my colleague can pull up the
23  documents and share his screen so we can show Dr.
24  Hecht what we're talking about, I think that will be
25  more efficient.

6 (Pages 18 - 21)

Page 22

1  Is there a reason why we can't do that?
2  MR. BILY: You should be able to.
3  THE VIDEOGRAPHER: Okay.
4  MR. BERNARDO: There we go.
5  Q.  And if you scroll through this document,
6  this is a receipt of a document from ZHP. And if you
7  take a look further and go through the document,
8  let's turn to Section 3.2.
9  MR. BERNARDO: Which is on page 29,
10  Josh.
11  MR. SCHOCH: Sure. This is the
12  document.
13  MR. BERNARDO: Okay. All right.
14  Let's put up Tab 4, Exhibit 4.
15  (Exhibit Hecht-4, ZHP Product
16  Development Report for Valsartan, Bates ZHP01710663
17  through 1710729, was received and marked for
18  identification.)
19  MR. BERNARDO: Yes, yes. I'd like to
20  mark this as Exhibit 4.
21  Q.  Dr. Hecht, is this a document that
22  you've seen before?
23  A.  I believe so.
24  Q.  Can you tell us your understanding of
25  what this is?

Page 23

1  A.  It's a product development report.
2  Q.  From ZHP?
3  A.  Yes.
4  Q.  With respect to valsartan. Correct?
5  A.  Yes.
6  Q.  All right.
7  MR. BERNARDO: Let's go over to page 29
8  of this.
9  Q.  And if you take a look at 3.2, "Huahai's
10  Route," this is discussing the TEA process. And what
11  I simply want to establish is that we agree, as
12  described in this document, that the TEA process used
13  triethylamine hydrochloride salt, TEA HCL, as the
14  catalyst for the tetrazole formation, instead of
15  ▌▌▌▌▌▌▌. Is that correct?
16  A.  Correct.
17  Q.  Okay. And it's used as a catalyst in
18  order to avoid the usage of a metal-based catalyst --
19  sorry -- the TEA process, the tri [audio dropout]
20  chloride was used as a catalyst, to avoid the usage
21  of a metal-based catalyst, ▌▌▌▌▌▌. Is
22  that correct?
23  A.  Yes.
24  MR. SLATER: Objection.
25  You can answer.

Page 24

1  A.  Yes.
2  Q.  And that change eliminated the concern
3  of removing any residual amount of metals during the
4  production of valsartan, according to the company
5  documents. Is that correct?
6  A.  Yes.
7  Q.  And the removal of metal; that would be
8  a safety concern. Is that fair to say?
9  MR. SLATER: Objection.
10  You can answer.
11  A.  A safety concern, maybe an environmental
12  concern. I don't really know.
13  Q.  Okay. But ▌▌▌▌▌▌▌▌ has an
14  unpleasant odor. Is that fair to say?
15  A.  I've never smelled it.
16  Q.  Okay. Would you agree that it could be
17  harmful to employees during the manufacturing
18  process?
19  MR. SLATER: Objection.
20  You can answer.
21  A.  I really don't know.
22  Q.  Okay. Isn't that something you'd want
23  to know, to understand the nature or purpose of
24  changes that were made that you're commenting on?
25  MR. SLATER: Objection.

Page 25

1  You can answer.
2  Argumentative.
3  A.  I thought the problem with the
4  ▌▌▌▌▌▌▌▌ had to do with the potential
5  environmental aspects of its disposal.
6  Q.  Okay.
7  A.  I don't really know anything about the
8  smell.
9  Q.  Fair. Thank you, Dr. Hecht.
10  MR. BERNARDO: Hey, Rich, just do me a
11  favor. You're jumping in a little bit when he's
12  still talking, so please just let him finish. Thank
13  you.
14  MR. BERNARDO: Thanks for pointing that
15  out, Adam, I'll try to be better.
16  MR. SLATER: I'm your friend, I'm here
17  for you.
18  MR. BERNARDO: Same here, Adam.
19  MR. SLATER: I know that.
20  Q.  And according to this document, the new
21  catalyst, triethylamine hydrochloride salt, is also
22  more cost-efficient than ▌▌▌▌▌▌. Is
23  that correct?
24  MR. SLATER: Objection.
25  You can answer.

7 (Pages 22 - 25)

Page 26

1    A.    I haven't seen the numbers, but I would
2    assume so, yes.
3        Q.    And it says that in this document.  Do
4    you see, down where we're highlighting here?
5        A.    Okay, I forgot that.
6        Q.    And there's nothing wrong with a company
7    adopting a change that improves a process, but also
8    saves money.  Is that fair?
9            MR. SLATER:  Objection.
10            You can answer.
11        A.    It sounds logical.
12        Q.    Okay.  Companies and scientists would do
13    that all the time:  They want to be more efficient
14    and make a product, and reducing costs of making that
15    product is an appropriate consideration.  Is that
16    fair?
17            MR. SLATER:  Objection.
18            You can answer.
19        A.    Well, we always try to be as efficient
20    as possible in synthesis.
21        Q.    Thank you.
22        A.    So it sounds reasonable.
23        Q.    Thank you.  Let's talk about the TEA
24    with quenching process.
25            And do you agree that ZHP filed its

Page 27

1    original paper submission with the FDA for the TEA
2    quenching process, in or about April of 2012?
3        A.    Yes, that sounds right.
4        Q.    Okay.
5            MR. SLATER:  When you said the quenching
6    process, Rich, did you mean with the sodium nitrite
7    quenching process?
8            MR. BERNARDO:  Yes.
9            MR. SLATER:  Okay.
10        Q.    And let's pull up company documentation
11    here.
12            MR. BERNARDO:  And I want to mark an
13    amendment to the DMF dated 4/16 as exhibit -- what
14    are we, five?  Five.
15            (Exhibit Hecht-5, Amendment to Drug
16    Master File dated April 16, 2012, Bates
17    PRINSTON00079747 through 79755, was received and
18    marked for identification.)
19        Q.    Okay.  Are you familiar with this
20    document?
21        A.    Yes.
22        Q.    Okay.  And what is it, Dr. Hecht?
23        A.    This is the amendment where they're
24    going to describe the change from ███████ to
25    triethylamine.

Page 28

1        Q.    Okay.
2            MR. BERNARDO:  And let's take a look at
3    page 4 of this document.
4        Q.    And if you look at the bullets --
5            MR. BERNARDO:  It's page 4 -- right.
6        Q.    You'll see it talks about adding a
7    quenching procedure after the tetrazole formation
8    reaction in the crude valsartan, Step 4.
9            Do you see that?  It's the third bullet
10    down under three, Step 4?
11        A.    Yeah.
12            MR. SLATER:  What's the question?
13            MR. BERNARDO:  I just want to ask if he
14    sees there was a quenching procedure after the
15    tetrazole reaction with the sodium nitrite solution
16    that was added.
17            MR. SLATER:  I object; I'm not sure
18    that's what that's talking about.
19        Q.    And it used a sodium nitrate and
20    hydrochloric acid for that quenching, is that
21    correct?
22        A.    That's to quench the sodium, you said?
23        Q.    Right.  In the quenching procedure,
24    after the tetrazole reaction.  Correct?
25        A.    Correct.

Page 29

1        Q.    Okay.  If you go to page number 5, and
2    there's a section called "Justification For --
3    Justification and Risk Assessment."
4            And in that section, you would agree
5    that, according to the company, the sodium nitrate
6    and hydrochloric acid solution was used to destroy
7    the excess sodium azide used in the tetrazole
8    formation reaction.  Correct?
9        A.    Yes.
10        Q.    Okay.  And that's because sodium azide
11    can be explosive.  Is that correct?
12        A.    Correct.
13        Q.    And it was also done to minimize the
14    risk that sodium azide could be in the final product.
15    Is that fair?
16        A.    Yes.
17        Q.    Okay.  So that's another change that was
18    done to enhance the safety of the process in the
19    manufacturing environment.  Is that fair?
20            MR. SLATER:  Objection.
21            You can answer.
22        A.    I'm not sure it was just to enhance
23    safety.  I imagine that's -- that's one
24    consideration.
25        Q.    That's a fair clarification, Dr. Hecht.

8 (Pages 26 - 29)

Page 30

1  One of the considerations was to enhance the safety
2  of the process in the manufacturing environment with
3  the change we just discussed. Is that fair?
4      A.    Yes.
5      Q.    Thank you. And then the TEA with
6  quenching process also changed the molar ratio for
7  the sodium azide used in the reaction. ███████
8  ████████████████████ And you see that in that
9  bullet, under 3. Is that right?
10     A.    Yes, yes.
11     Q.    And that was done to decrease the
12 formation of a potential impurity known as
13 d-valsartan. Is that correct?
14     A.    Yes.
15     Q.    Okay. So the change with -- the change
16 to TEA with quenching, one of the purposes was to
17 reduce the amount of potential impurities. Is that
18 fair?
19         MR. SLATER: Objection.
20         You can answer.
21     A.    Yeah, I -- yes.
22     Q.    Okay. If you go back to page 4 in
23 Section 3 of the third bullet. The TEA with
24 quenching, it also involved the replacement of
25 ████████████████ with ████████████████ in the

Page 31

1  saponification process. Is that correct?
2      A.    Yes.
3      Q.    And that was what is described as a
4  "nonfunctional replacement." Is that correct?
5      A.    Yes.
6      Q.    What's a nonfunctional replacement, what
7  does that mean?
8      A.    Well, I mean, the key thing there is the
9  ███████████. I'm not sure, actually, why they switched
10 from ███████ to ███████. I don't -- I don't
11 remember. But it doesn't matter; it's the ███████
12 that they need to saponify -- to convert the ester to
13 the acid.
14     Q.    Was that done --
15     A.    Hydrolyze the ester.
16     Q.    I'm sorry, say that again, I chopped
17 over you?
18     A.    They need the ███████████ for the
19 hydrolysis of the ester.
20     Q.    And was that a change that was intended
21 to make the process more cost-efficient?
22         MR. SLATER: Objection.
23         You can answer.
24     A.    I imagine so.
25     Q.    And again, we discussed that there's

Page 32

1  nothing wrong with adopting a change that improves a
2  process, but also makes it more cost-efficient?
3          MR. SLATER: Objection.
4          You can answer.
5      A.    Well, I don't know about that. I mean,
6  in this particular instance, it doesn't seem to make
7  any difference. But, you know, every -- every
8  process change that you make has to be considered
9  individually, for its potential impacts on the
10 overall process and on the overall product. So I
11 don't know whether you can just generalize, you know.
12 Every step -- every step is different.
13     Q.    These changes, as part of the process,
14 were provided to the FDA in documentation. Is that
15 correct?
16     A.    Yes.
17     Q.    And in fact, we've looked at some of the
18 documentation that was provided to FDA. Is that
19 correct?
20     A.    Yep.
21     Q.    Okay. And FDA could respond to this
22 documentation once it's received, or throughout the
23 life of the product, if it has concerns. Is that
24 fair?
25     A.    Yes.

Page 33

1          MR. SLATER: Objection.
2          You can answer.
3      Q.    Have you found any documentation,
4  Dr. Hecht, showing that FDA responded to ZHP to raise
5  concerns, prior to 2018, about the use of TEA?
6      A.    No, I haven't seen that.
7      Q.    Have you found any documentation showing
8  FDA responded to ZHP to raise any concerns about the
9  use of sodium nitrate -- nitrite and hydrochloric
10 acid solution, prior to 2018?
11     A.    No, I don't think there was anything
12 before 2018.
13     Q.    What about with respect to the use of
14 any particular compounds or solvents or reagents?
15 Have you seen any documentation showing that FDA
16 responded to ZHP's submission to raise any concerns
17 about that, prior to 2018?
18     A.    No.
19     Q.    Did FDA -- have you found any
20 documentation showing that FDA responded to ZHP to
21 raise any concerns about the potential for nitrosamine
22 formation, prior to 2018?
23     A.    No, I haven't seen anything.
24     Q.    Have you seen any documentation
25 whatsoever, Dr. Hecht, indicating that FDA raised any

9 (Pages 30 - 33)

Page 34

1  concerns with respect to the process change we've
2  just discussed?
3      MR. SLATER:  Objection.
4   A.   Yes.
5   Q.   Prior to -- I'm sorry, Dr. Hecht.  Prior
6  to 2018?
7   A.   No.
8   Q.   Let's move over and talk about the last
9  of the processes, the zinc chloride process.
10     MR. BERNARDO:  And I want to mark as
11 Exhibit 6 the amendment to the Drug Master File, if
12 we can pull that up.
13     (Exhibit Hecht-6, Amendment to Drug
14 Master File for Valsartan dated December 10, 2013,
15 Bates PRINSTON00073102 through 73119, was received
16 and marked for identification.)
17  Q.   ZHP filed its original paper submission
18 with the FDA for the zinc chloride process on
19 December 10, 2013, just as it shows right there.
20 Correct?
21  A.   Yes.
22  Q.   And have you seen this document before?
23  A.   Yes.
24  Q.   What is its purpose?
25  A.   To describe the change in the process.

Page 35

1   Q.   To whom are they describing the change
2  in the process?  Are they describing the change in
3  the process to the FDA?  Is that one of the purposes
4  of this document?
5   A.   I do not think so.
6   Q.   Okay.  It's an amendment to the Drug
7  Master File.  Correct?
8   A.   Yes.
9   Q.   And that gets submitted for a change to
10 FDA.  Correct?
11  A.   Okay, I guess that's right.
12  Q.   Okay.  And you say you guess that's
13 right, because you're -- fair to say, you're not
14 really an expert in regulatory or FDA issues.  Is
15 that fair?
16  A.   Yes, that's correct.
17  Q.   Okay.
18     MR. BERNARDO:  Let's take a look at Page
19 Number 2 of 16.
20  Q.   So the new process changed triethylamine
21 hydrochloride salt to zinc chloride for the tetrazole
22 formation.  Is that correct?
23  A.   Yes.
24  Q.   And that change was to reduce -- and
25 again, I'm sorry for my pronunciation, Dr. Hecht --

Page 36

1  racemization and reduce impurities, according to the
2  document.  Is that correct?
3   A.   Yep.
4   Q.   Okay.  It also reduced an EHS concern,
5  as it states there.  Correct?
6   A.   Reduced what?
7   Q.   EHS?  It's on the bottom left of the
8  block that's highlighted?
9      MR. SLATER:  You're asking, does it say
10 that on the document?
11     MR. BERNARDO:  I'm asking first, if it
12 says that on the document, yes.
13  A.   Oh.
14  Q.   Would it help --
15  A.   Yes, I guess it's environmental health
16 and safety.
17  Q.   Thank you.  That was going to be my
18 question.  And you raised environmental concerns
19 before, in response to another question.  Correct?
20  A.   Yes.
21     MR. SLATER:  Objection.
22     You can answer.
23  Q.   Because sometimes, manufacturers will
24 make changes to their processes to address
25 environmental concerns.  Is that correct?

Page 37

1   A.   If they're forced to, sure.
2   Q.   If you turn to page 8 of 16 of the
3  document, to the paragraph beginning "Therefore,"
4  which we will highlight for you.
5      Would you just please just read that
6  paragraph into the record?
7   A.   That's going to be hard to do.
8      MR. BERNARDO:  Can you -- is there a way
9  to blow this up a little bit.  Thank you.
10  A.   "Therefore, INT3/sodium azide zinc
11 chloride with a quantity ratio of ███████ [sic] -- I
12 don't understand that -- "is preferred and adopted
13 for a proposed process of tetrazole forming and the
14 output quantity with wet basis from Step 4 is
15 increased from ██ to ██ kilograms to ██ to
16 ██ kilograms.  The process validation has been
17 conducted and confirmed the suitability of commercial
18 production."
19     So in other words, they're getting
20 better yield.
21  Q.   Thank you.  That was going to be my next
22 question.  Is it fair to say that a layperson's
23 translation of this document -- of this paragraph you
24 just read would be that using zinc chloride as a
25 catalyst improved the conversion of the tetrazole

10 (Pages 34 - 37)

Page 38

1 formation reaction, and increased the crude process
2 output? Is that a fair layperson summary?
3     A.    Yes, it increased the yield of the
4 tetrazole.  But I don't know why -- I don't know why
5 the word "conversion" is in there.
6     Q.    Okay.
7     A.    It increased the yield of the tetrazole
8 formation from the precursor, in the reaction with
9 sodium azide.
10         (Court Stenographer clarification.)
11     A.    It increased the yield of the conversion
12 to the tetrazole, in the reaction of the precursor
13 with sodium azide, A-Z-I-D-E.
14     Q.    Is it fair to characterize this as a
15 change to optimize the manufacturing process?
16     A.    Yes.
17     Q.    Okay.  And if you increase the yield or
18 the crude output, is it fair to say that that would
19 also therefore reduce the amount of non-valsartan
20 substances from the process?
21     A.    No.  I wouldn't say that.  I mean, I
22 don't think you -- I don't think you can really
23 describe it that way.
24     Q.    Okay.
25     A.    That's a little bit -- that's a little

Page 39

1 bit too broad.
2     Q.    Fair.
3     A.    You'd have to look at it in detail.
4     Q.    Have you done that, have you looked at
5 the change in the process in that level of detail?
6     A.    No.
7     Q.    Let's go back to page 2 of 16.  Okay.
8 Under the "Minor Changes" section.
9         So the zinc chloride process also
10 changed the solvent for the tetrazole formation
11 reaction from toluene to dimethylformamide, or DMF.
12 Is that correct?
13     A.    Yes.
14     Q.    And that change was made to facilitate
15 the synthesis.  Is that correct?
16     A.    Yes.
17     Q.    And is it fair to say, that was also a
18 change that would optimize the manufacturing process?
19         MR. SLATER:  Objection.
20         You can answer.
21     A.    I don't really know.
22     Q.    Okay.  The zinc chloride --
23     A.    Presumably it did, but that's an
24 assumption on my part.
25     Q.    And if you don't know --

Page 40

1     A.    The goal is to -- obviously, their goal
2 is to optimize the process within the confines of
3 regulatory aspects.
4     Q.    And the zinc chloride process also
5 changed the manufacturing process, so that the
6 quenching occurred in the presence of an newly-added
7 solvent -- which I'm not even going to try to
8 pronounce -- MTBE.  Is that correct?
9         MR. SLATER:  Objection.
10         You can answer.
11     A.    Yes.
12     Q.    And the change to MTBE provided better
13 solubility for the in situ intermediate, to avoid
14 emulsification, disturbing the liquid delamination
15 and separation process.  Correct?
16     A.    Right.
17     Q.    So that change was intended to enhance
18 the separation process.  Fair?
19     A.    Right.
20     Q.    Again, a change intended to improve the
21 overall manufacturing process?
22     A.    Yep.
23     Q.    Okay.  That change also, to the
24 hydrolysis process, decreased the formation of the
25 impurity, d-valsartan.

Page 41

1         MR. BERNARDO:  Do you want to put that
2 back up again, Josh?  Sorry about that.  Are we in
3 the right section?  Okay.
4     Q.    The change that we just talked about,
5 Dr. Hecht, to the hydrolysis process also helped to
6 decrease the formation of the impurity d-valsartan.
7 Is that correct?
8     A.    Correct.
9     Q.    So that change to the process was
10 intended to reduce the amount of potential
11 impurities.  Correct?
12         MR. SLATER:  Objection.
13         You can answer.
14     A.    Yes.
15         MR. BERNARDO:  And you can take that
16 down.
17     Q.    Is it fair to say that, based on company
18 documents, the change to the hydrolysis process also
19 helped to minimize the unhydrolyzed valsartan methyl
20 ester group, to provide a better overall yield of the
21 reaction?
22     A.    Yes.
23     Q.    So now, we already -- I want to make
24 sure we agree that this kind of change was submitted
25 to FDA, the documentation we just looked at.  You

11 (Pages 38 - 41)

Page 42

1  have no reason to dispute that. Is that correct?
2      A.   Yes.
3      Q.   Let me ask it a different way. Are you
4  disputing -- I think we had some double negative in
5  there, and I just want to make sure the record is
6  clear. Are you disputing that -- withdrawn.
7           ZHP sent documentation of this change to
8  FDA. Correct?
9      A.   Yes.
10     Q.   Thank you. And again, FDA could respond
11 if it had concerns. Correct?
12          MR. SLATER: Objection.
13          You can answer.
14     A.   I assume so.
15     Q.   Okay.
16     A.   I don't know, really.
17     Q.   I didn't hear the last word. "I don't
18 know," what?
19     A.   I don't know really.
20     Q.   Okay. Have you found any documentation
21 showing FDA communicated any concerns about the use
22 of DMF before 2018?
23     A.   No.
24          MR. SLATER: Objection.
25          You can answer.

Page 43

1      Q.   Before 2018, have you found any
2  documentation showing FDA communicated concerns about
3  ZHP's use of a sodium nitrite and hydrochloric acid
4  solution?
5           MR. SLATER: Objection.
6      A.   No, I haven't.
7           MR. SLATER: You're asking, Rich, about
8  direct communications to ZHP, specific to the
9  process. Right?
10          MR. BERNARDO: I'm asking him if he's
11 found any documentations at all, any kind of
12 communication whatsoever from FDA to ZHP, expressing
13 concerns about the use of DMF, is what we talked
14 about.
15          MR. SLATER: You're talking about
16 specific to these processes. Right, prior to 2018?
17     Q.   Do you understand my questions,
18 Dr. Hecht?
19          MR. SLATER: Rich, why are you not
20 answering me?
21          (Court Stenographer clarification.)
22          MR. SLATER: I'm not being contentious,
23 I'm just trying to clarify that we're not talking
24 about general communications that ZHP may have seen,
25 as opposed to specific communications directed to

Page 44

1  these specific processes.
2           MR. BERNARDO: I'm not saying you're not
3  trying to be helpful. I'm trying to make sure I
4  can -- I'm communicating with Dr. Hecht --
5           MR. SLATER: Why can't you just answer
6  my question, though? It's a yes or no, I don't
7  understand.
8           MR. BERNARDO:
9      Q.   Dr. Hecht, have you found any evidence
10 of any communication between FDA and ZHP, expressing
11 any concerns about ZHP's use of DMF prior to 2018?
12          MR. SLATER: Objection.
13          You can answer.
14     A.   No, I haven't.
15     Q.   Or its use of sodium nitrite and
16 hydrochloric acid solution, prior to 2018?
17     A.   I haven't seen that.
18     Q.   Have you seen any documentation showing
19 that FDA communicated, in any manner, concerns to
20 ZHP, prior to 2019, about the potential for
21 nitrosamine formation from the changes we've just
22 described?
23          MR. SLATER: Objection.
24     A.   Prior to 2019?
25     Q.   '18.

Page 45

1      A.   '18.
2      Q.   Correct?
3      A.   No.
4      Q.   So there's no indication whatsoever that
5  FDA had any concern about the process change that we
6  discussed. Correct?
7      A.   I have no idea. I haven't seen it.
8      Q.   Thank you.
9      A.   That's all I can say.
10     Q.   That's all I'm asking you to say,
11 Dr. Hecht. Thank you.
12          So we just we went through four
13 different process changes that ZHP used in its
14 manufacture of valsartan prior to 2018. I want to
15 focus on one of them in particular, which is the last
16 one we just discussed.
17          So just to sort of make sure we agree:
18 ZHP used a zinc-chloride-catalyzed tetrazole
19 formation reaction as part of its zinc chloride
20 manufacturing process we just discussed. Correct?
21     A.   Right.
22     Q.   And that zinc-chloride-catalyzed
23 tetrazole formation reaction involved sodium azide as
24 a reagent, and used DMF as a solvent. Correct?
25     A.   Yes.

12 (Pages 42 - 45)

Page 46

1     Q.   Okay.  And that's the step in the
2  process that yielded dimethylamine.  Correct?
3          MR. SLATER:  Objection.
4          You can answer.
5     A.   We don't really know that.  The
6  dimethylamine could have already been present in the
7  dimethylformamide.  I haven't seen anything in the
8  documents that I have that indicates that ZHP ever
9  looked into that possibility.
10    Q.   So we don't still know exactly how the
11  dimethylalamine [sic] occurred.  I just want to make
12  sure I'm understanding what you're saying.  It could
13  have occurred by degradation, or it could have
14  occurred because it was already present in the DMF
15  that was used.  I just want to make sure that's what
16  you just said?
17         MR. SLATER:  Objection.
18         Dimethylamine, right.
19    Q.   Sorry if I --
20         (Court Reporter Clarification.)
21    Q.   Let me try that again, since we were
22  talking over each other.
23         So we still don't know today whether or
24  not the dimethylamine that was part of the DMF,
25  nitrosamine formation process was already in the DMF,

Page 47

1  or whether it somehow degraded and -- from the DMF to
2  form dimethylamine.  Is that fair?
3          MR. SLATER:  Objection.
4          You can answer.
5     A.   The way you stated that, I mean,
6  "somehow degraded"; that sounds likes it's, you know,
7  a mysterious, unexpected process.  The hydrolysis of
8  DMF to dimethylamine is absolutely basic chemistry.
9     Q.   Okay.
10    A.   So I wouldn't say -- I wouldn't put it
11  that way at all.  So no, it's not correct.
12    Q.   And well --
13    A.   The way you -- the way you stated it.
14    Q.   I appreciate that --
15         (Court Stenographer clarification.)
16    Q.   I appreciate that qualification,
17  Dr. Hecht.  So let me ask the question in a different
18  way.
19         So we still don't know today whether the
20  dimethylamine that started or was part of the process
21  that formed nitrosamines was present in DMF that was
22  used as a solvent, or whether it degraded during the
23  process, the DMF degraded during the process, to form
24  dimethylamine.  Is that fair?
25         MR. SLATER:  Objection.

Page 48

1          You can answer.
2     A.   From what I've seen, we don't know.
3     Q.   Let me go back to where we were.  So
4  we're talking about the zinc-chloride-catalyzed
5  tetrazole formation reaction, using sodium azide as a
6  reagent.
7          ZHP was not the first to use a
8  zinc-chloride-catalyzed tetrazole formation reaction
9  using sodium azide as a reagent.  Is that correct?
10         MR. SLATER:  Objection to form.
11    A.   I don't know.  I assume that this
12  chemistry was already known.  I don't think they
13  invented it.
14    Q.   That was my question.  ZHP didn't invent
15  this reaction.  Fair?
16         MR. SLATER:  Objection.
17         You can answer.
18    A.   I don't know, really.
19    Q.   Okay.
20    A.   That would be my assumption, but I don't
21  really know.
22    Q.   Okay.  I believe, and correct me if I'm
23  wrong, Dr. Hecht, that you've read the report of
24  ZHP's expert, Dr. Xue?  And it's spelled X-U-E, my
25  understanding is, you pronounce it "sure," so if

Page 49

1  that's not --
2     A.   Yeah, I read it.
3     Q.   Okay.
4          MR. BERNARDO:  Why don't we pull that up
5  and mark that as an exhibit.  And what are we up to?
6          MR. SCHOCH:  Seven.
7          MR. BERNARDO:  Seven.
8          (Exhibit Hecht-7, Expert Report of
9  Fengtian Xue, Ph.D. dated December 22, 2022, No
10  Bates, 107 Pages, was received and marked for
11  identification.)
12    Q.   And this is the report of Dr. Fengtian
13  Xue, dated December 22, 2022.  And this is the report
14  that we just talked about that you read.  Correct?
15    A.   Yes.
16    Q.   Okay.
17         MR. BERNARDO:  If we could turn, Josh,
18  to page 28.  The middle of the first paragraph.
19  Okay.  In fact, the literature review.
20    Q.   Bear with me one minute, I'm sorry,
21  Dr. Hecht.  I just want to point you to the right
22  place.  Okay.
23         And why don't you just take a minute to
24  orient yourself to the topic about which Dr. Xue is
25  talking?  Are you able to read it in the size it's on

13 (Pages 46 - 49)

Page 50

1 the screen, Dr. Hecht?
2      A.    Not when you highlight it like that, no.
3           MR. SLATER:  It's harder to read.
4      A.    It makes it harder.
5      Q.    Got it.  We'll just do that to point you
6 to that?
7      A.    Okay.
8      Q.    Why don't you just take a minute to
9 orient yourself to where you are on the report?
10          MR. SLATER:  You want to him to read
11 that sentence that says "in fact"?
12          THE WITNESS:  I'm reading it.
13     A.    Okay, yeah.
14     Q.    Can you just read that sentence that
15 says "in fact" into the record.
16     A.    "In fact, a literature search related to
17 the synthetic method to the production of tetrazoles
18 using zinc chloride as a catalyst on SciFinder
19 generated at least 28 reports, nine of which used DMF
20 as a solvent for the tetrazole formation reaction.
21 Importantly, none of these nine examples mentioned
22 any side reaction caused by the decomposition of the
23 DMF solvent."
24     Q.    Do you have any reason to dispute that
25 statement that you just read, or any part of it?

Page 51

1      A.    This is very tricky of you.  No, I
2 don't.  But I mean, there was no reason -- in those
3 studies that he quotes, there would be no reason for
4 anybody to even think about the partial decomposition
5 or the hydrolysis of DMF.  It's not an issue, so of
6 course it wouldn't be reported.
7      Q.    Okay.  And Dr. Hecht, I just -- I'm here
8 to ask --
9      A.    I mean, this is -- this is amazing.  I
10 mean, why are you even asking this?
11     Q.    Okay.  And Dr. Hecht, first of all, I am
12 troubled by your statement, and I just want to
13 clarify --
14          MR. SLATER:  That's argument, that
15 you're troubled by the statement.  Let's just ask the
16 questions, okay?
17     Q.    Dr. Hecht, I'm not here to trick you.
18 I'm not here to do anything.  I'm here to ask you
19 questions.  And I think I've been fair in asking you
20 if you agree with them; and if you disagree with
21 them, I'm going to ask you why you disagree.
22          So I want to make sure we keep this in
23 that vein.  I'm not here to trick you or be tricky.
24     A.    Okay.
25     Q.    So -- okay?  I don't want to make this

Page 52

1 personal.  Thank you.
2      A.    Okay.  No, it's not personal at all.
3 It's just that this particular thing is irrelevant to
4 the question, I think.
5      Q.    Well, but let me --
6      A.    It's true, I mean in his report, it's
7 true they don't mention the decomposition, as he
8 calls it, of the DMF solvent.  That is -- that is
9 true.
10          But it's also true that there's no
11 reason why they would mention it, because it's not
12 relevant to the chemistry that's being done there,
13 presumably.  I didn't look at every report.
14     Q.    Fair.  But Dr. Hecht, let's talk about
15 that for a little bit.  So if there are reports in
16 the scientific literature using the exact same
17 chemical formation or process, also using DMF, and it
18 is your opinion that everybody would know that DMF
19 would degrade during that process, wouldn't it be
20 incumbent upon researchers either not to use it, or
21 to report that possibility?
22          MR. SLATER:  Objection.
23          You can answer.  There's a lot in there.
24     A.    Well, it's well-established in the
25 literature that DMF, on heating, or even crude DMF,

Page 53

1 can contain small amounts of dimethylamine.  That's
2 well-established.  In fact, DMF sometimes has a fishy
3 odor due to the dimethylamine.  So, you know,
4 dimethylamine is a potential contaminant of DMF,
5 that's well-established.
6      Q.    When was it well-established, Dr. Hecht?
7      A.    Oh, I don't remember the exact date, but
8 it's well before 2018, that's for sure.
9      Q.    And fair to say that part of your
10 opinion isn't just that it was well-established, but
11 that it was widely known.  Correct?
12     A.    I don't know how widely known it is.
13     Q.    Well, that's my question.  Did you --
14 let's talk about --
15     A.    I mean, what do you mean by "widely
16 known"?
17     Q.    I'm asking you, since it was your
18 opinion --
19     A.    Yes.
20     Q.    -- that any chemist, organic chemist
21 looking at this should have known this, is it your
22 opinion that any organic chemist in 2013 ought to
23 have known the conditions under which DMF would
24 degrade?
25          MR. SLATER:  Objection.

14 (Pages 50 - 53)

1    A.    Any organic -- not exactly.  I mean, my
2  opinion -- I'll tell you what my opinion is.  Okay?
3  And then you can take it from there.
4        My opinion is that if they were using
5  sodium nitrite to -- in this reaction, then they
6  should have thought about the possibility that there
7  might be some dimethylamine present that would get
8  nitrosated under the conditions that they were doing
9  the synthesis.  That's what they should have thought.
10    Q.    Why should they have thought of that?
11    A.    Because nitrosamines are known powerful
12  carcinogens, and they should have thought of the
13  fact -- they should have thought of the possibility
14  that, by using sodium nitrite at pH █, which is
15  perfect conditions for nitrosamine formation, they
16  should have thought of the fact that their product
17  might have been contaminated with
18  dimethylnitrosamine.  They should have thought of
19  that, absolutely.
20    Q.    Okay.  But what we're talking about here
21  is the first step of that; is the presence of
22  dimethylamine in the process.  Correct?
23        MR. SLATER:  Objection.
24        You can answer.
25    A.    And they should have thought of that.

1  They should have thought, you know, if we use
2  dimethylformamide, there could be some dimethylamine
3  in there; we could form dimethylnitrosamine when
4  we're dumping nitrite in this reaction to decompose
5  the sodium azide at pH █.
6        They should have thought of that.
7  That's my opinion.  That's my core opinion.
8    Q.    And I understand that, and I thank you
9  for clarifying that, Dr. Hecht.  And I'd like to
10  explore the core opinion, because I want to
11  understand the process or steps you took to get to
12  that.
13        And the first step would be:  If
14  somebody should have thought of something, is it fair
15  to say that the first step would be:  It has to be
16  widely known.  It has to be very knowable.  It's not
17  some esoteric fact.  Is that correct?
18        MR. SLATER:  Objection.
19        You can answer.
20    A.    It is widely know that --
21        (Simultaneous speaking.)
22        (Court Stenographer clarification.)
23        THE WITNESS:  Should I continue?
24        THE COURT REPORTER:  Yes, please,
25  Doctor.

1    A.    It is widely known that dimethylamine is
2  easily nitrosated to form dimethylnitrosamine, using
3  a sodium nitrite at pH █  That is widely known.  And
4  it is widely known that dimethylamine is a potential
5  contaminant in dimethylformamide, period.
6    Q.    Thank you, Doctor.  Again, I'm sorry --
7    A.    Furthermore, they demonstrated that this
8  was the case by forming dimethylnitrosamine in their
9  product.
10        MR. BERNARDO:  Ellen, would you just
11  mind just reading the beginning of that?  I
12  apologize, something got cut off here.  The beginning
13  of his answer, I got the last part.
14        (Testimony read back.)
15    A.    Dimethylnitrosamine.
16    Q.    And again, thank you, let me just take
17  back.  Because you stated, Dr. Hecht, that this is
18  your core opinion, and I appreciate that.  And I
19  really want to make sure I understand it, and what
20  you did to get there.
21        And the first step I want to talk about
22  is the presence of dimethylamine, because that's
23  important that dimethylamine is part of this process
24  that resulted in the formation of nitrosamines.
25        Do you agree with that?

1    A.    Yes.
2        MR. SLATER:  Objection --
3    A.    Yes --
4        MR. SLATER:  One second, Doctor.
5        Objection to the form, compound,
6  colloquy.
7        You can answer.
8    A.    Dimethylamine is part of the problem,
9  yes.
10    Q.    Okay.  So I really want to focus at this
11  point just on the knowledge that DMF could degrade to
12  form dimethylamine, or contains dimethylamine.
13        Do you understand where I'm trying to
14  focus?
15    A.    Yes.
16    Q.    Okay.  And you "said it 'is' widely
17  known," or words to that effect.
18    A.    Yes.
19    Q.    What I want to understand is:  It your
20  opinion that in 2013, it was widely known that DMF
21  could degrade under certain conditions to form
22  dimethylamine, or have dimethylamine in it?
23    A.    Yes.
24    Q.    Okay.  What is your basis for that?
25  What steps did you take to determine what was known,

Page 58

1 and how widely it was known in 2013?
2    A.   Well, I have various articles that I've
3 looked at from the literature talking about, you
4 know, the hydrolysis of DMF.
5    Q.   And you cited to only two of them --
6       MR. SLATER:  I'm sorry, had you
7 finished, Dr. Hecht?
8       MR. BERNARDO:  I'm sorry, I thought he
9 was.
10    A.   Yeah.  So, you know, there's a number of
11 different articles in the literature, and it's also
12 described in certain texts.  I've got all that --
13 I've got all that information; they should have known
14 that.
15    Q.   I understand you're saying they should
16 have known, Dr. Hecht.  And again, I want to
17 understand why they should have known, and I want to
18 understand the process.
19       I mean, it's fair to say, Dr. Hecht,
20 it's your opinion they should have known that.  And I
21 understand that, and you can explain that to the
22 jury.  But I want the jury to understand how it is
23 that you got there.
24       And I guess one thing you just said, and
25 I want to unpackage that a bit, is it's in -- and I

Page 59

1 forget the word you used, several or some
2 publications, and I think you said a text.  Is that
3 correct?
4    A.   Yes.
5       MR. SLATER:  Objection.
6       You can answer.
7       (Court Stenographer clarification.)
8       MR. SLATER:  Doctor, what's happening is
9 if you don't pause and I don't get the objection out
10 and we talk at the same time, the court reporter is
11 going to ask you to answer after I speak.  So she
12 just needs you to say "yes" again.
13       THE WITNESS:  Are you talking to me?
14       MR. SLATER:  Yep.
15    A.   Yes.
16    Q.   Okay.  How many articles or publications
17 are there or did you find that discuss the conditions
18 under which DMF can degrade to form dimethylamine,
19 such that it would be widely known?
20       MR. SLATER:  Objection.
21       You can answer.
22    A.   There are -- there's several that I
23 found.  I don't know the exact number.  Some of them
24 are like textbooks.  For example, WHO, that's the
25 World Health Organization, states that DMF sold

Page 60

1 commercially contains trace amounts of methanol,
2 water, formic acid, and dimethylamine.  1994.
3    Q.   Okay.  In that publication --
4    A.   That's one example.  So I mean, you
5 know, this is not -- this is not something recent.  I
6 mean, DMF has been around a long time.
7    Q.   Understood.  And the document you just
8 cited to is not in your -- referenced in your report
9 or listed in the materials upon which you relied.  Is
10 that correct?
11       MR. SLATER:  Objection.
12    A.   It's not in my report, no.
13    Q.   Okay.  There were only two documents in
14 your report upon which you relied or state that you
15 relied, in connection with your opinions that deal
16 with dimethylamine formation in DMF.  Correct?
17       MR. SLATER:  Rich, I believe that
18 article is on the reliance list, just in case you
19 didn't see it.
20       MR. BERNARDO:  Okay, I'll take a look.
21    Q.   Again, I want to go back to understand
22 the steps that you took, Dr. Hecht.
23       So your opinion is that it's widely
24 known.  And is it fair to say -- and I don't want to
25 put words in your mouth; I just want to make sure I

Page 61

1 can understand your opinion and we can talk about the
2 basis for it.  Is it fair to say it was your
3 opinion -- it is your opinion that in 2013, any
4 chemist who would be working with DMF should have
5 known that DMF could degrade to form dimethylamine?
6    A.   I don't know about "any chemist."  You
7 know, there are millions of chemists out there.  Some
8 of them aren't very smart.
9    Q.   Okay.  So then who should have known, in
10 your opinion, about the degradation of DMF, and how
11 did you go about --
12    A.   The people at this company should have
13 known.  Absolutely, they should have known.  They
14 should have looked at it.  Absolutely.
15    Q.   Okay.
16    A.   And I mean, you know, this is like
17 textbook information.  They should have thought of
18 it.
19    Q.   Okay.
20    A.   I have no doubt about that.
21    Q.   Okay.  I understand.  And I'm not trying
22 to challenge your conviction to it, Dr. Hecht.  I'm
23 trying to understand, is it -- so maybe we can cut
24 through this.
25       Did you go through any process

16 (Pages 58 - 61)

Page 62

1 whatsoever to determine that this should have been
2 known to ZHP or any organic chemist using this, or is
3 it just: This is Dr. Hecht's, you know, view of DMF?
4     A.    No --
5         MR. SLATER:  Objection --
6         One second, Doctor.  One second.
7         Objection.  Are you saying in addition
8 to what he just told you, which is going to the
9 scientific literature, or are you saying including
10 that?  What's the question?
11        MR. BERNARDO:  I'm asking -- let me
12 ask --
13        MR. SLATER:  Because that question was a
14 mischaracterization, and --
15        MR. BERNARDO:  Withdrawn.
16        MR. SLATER:  Wait, let me finish.
17        MR. BERNARDO:  I'm withdrawing the
18 question.
19        MR. SLATER:  All right, but I just want
20 to make it clear, because you're going to come back
21 to this, so I want to make sure.  And you ignored
22 what you just asked him about for five or 10 minutes.
23 So I don't think it's a reasonable question.
24        MR. BERNARDO:  And that's why I've
25 withdrawn it.

Page 63

1     Q.    Dr. Hecht, in your report -- let's pull
2 up a statement in your report.  Hold on.
3         Actually, why don't -- sorry.  I don't
4 mean to delay this, we've been going for a little
5 over hour.  Why don't we just take a brief break, and
6 we can pull up the report and we can walk through
7 that.
8         THE VIDEOGRAPHER:  Okay.  Going off the
9 record.  The time is 9:21 a.m. Central Time.  This is
10 the end of Media Unit 1.
11        (A brief recess takes place.)
12        THE VIDEOGRAPHER:  We are back on the
13 record.  The time is 9:33 a.m. Central Time.  This
14 is the beginning of Media Unit 2.
15 BY MR. BERNARDO:
16    Q.    Dr. Hecht, I'd like to pull up your
17 report from 2022 for a moment, and I'd like to focus
18 on the paragraph that's at the bottom that is being
19 highlighted here, right there.
20        And it says, "The readily available
21 scientific knowledge and testing should have been
22 applied to identify the NDMA and NDEA, even after the
23 processes were adopted."
24        This is the sentence I want to focus on,
25 Dr. Hecht.  This -- presumably, you're talking about

Page 64

1 readily available scientific knowledge and
2 testing "should have been apparent to any organic
3 chemist involved in the development or assessment of
4 these processes."
5         Did I read that right?
6     A.    "Any organic chemist."
7     Q.    Is that --
8     A.    It should be apparent, yes, it should be
9 apparent to -- so what are you asking, exactly?
10    Q.    I simply was asking --
11    A.    You're confusing me.
12    Q.    -- to make sure we agree that I've read
13 this correctly.  That was all.
14        MR. SLATER:  Doctor, all he's asking you
15 is if he just read what your report says.
16        THE WITNESS:  Yes.
17    Q.    Okay.  I just want to make sure we're on
18 the same page.
19        So is it correct that there are several
20 things that needed to have been known in order to
21 utilize or apply the readily-available scientific
22 knowledge?  Correct?
23        MR. SLATER:  Objection.
24        You can answer.
25    A.    Several things?  Sure.

Page 65

1     Q.    Okay.  So first, can we agree that one
2 of the things that would have to have been known,
3 such that it would be apparent to any organic
4 chemist, is that DMF was present -- I'm sorry, is
5 that dimethylamine was present or formed during the
6 process.
7         Do you agree with that?
8     A.    That it could be present, yes.
9     Q.    Correct.  Okay.  So we do agree with
10 that.
11    A.    Yes.
12    Q.    And you raise two, I think, distinct
13 ways in which dimethylamine could be present in the
14 process.  One would be that ZHP used DMF that was
15 contaminated with some amount of dimethylamine.  Is
16 that correct?
17    A.    Yes.
18    Q.    Okay.  Did you do anything to
19 investigate whether or not ZHP took steps to ensure
20 that the -- that the DMF it was using did not contain
21 dimethylamine?
22    A.    Yeah, I looked through all the documents
23 that I have, and I couldn't find anything that
24 specifically said that they checked for the presence
25 of dimethylamine in -- in the actual process, where

17 (Pages 62 - 65)

Page 66

1 they were doing the bulk synthesis of, you know, the
2 valsartan.
3    Q.    Okay. Let's talk about -- sorry, go on?
4    A.    They did do one -- I did find an example
5 of one kind of post hoc analysis that they did. Not
6 for the process itself, but to, you know, to look
7 into the possibility. I'd have to look again at
8 that.
9    Q.    Do you remember what was concluded from
10 that analysis you're referring to?
11    A.    Yes, I believe they checked the sample
12 of DMF and -- for dimethylamine, and they didn't find
13 any.
14    Q.    Okay.
15    A.    I think that's what they -- that's what
16 they found. But that was -- that was not -- you
17 know, that is the case, that's what it was. But that
18 was not the -- that was not the DMF that was actually
19 used in the bulk process, according to my
20 understanding of what I read. That was like a post
21 hoc analysis, you know, after they realized what was
22 going on.
23        Then they said, well, let's look at the
24 DMF, let's look at the DMF and see if we see any
25 dimethylamine in it. But that wasn't necessarily the

Page 67

1 DMF that they actually used in the process. Anyhow,
2 that's what I remember.
3    Q.    Thank you. Let me talk about the
4 documents with you for a minute. About how many
5 documents would you say -- well, withdrawn.
6        Are the documents that you reviewed or
7 considered in connection with forming your opinions
8 those that are listed in your report, and
9 supplemented by those that were provided to us a day
10 or so ago? Is that the totality of documents that
11 you reviewed?
12    A.    I don't know what was provided to you.
13 I have no idea.
14    Q.    You don't know what was provided to us?
15    A.    I have got eight binders in my office
16 here. And so that's what I have. I don't know what
17 you have.
18    Q.    Understood. Let's talk about your eight
19 binders, Dr. Hecht. Because I just -- I want to --
20 the purpose of this is, I'm not trying to be
21 mysterious. I just want to understand what you've
22 looked at, to see if you've looked at other documents
23 than I may have in mind.
24        So you have eight binders of documents.
25 And are those company documents pertaining to ZHP,

Page 68

1 those eight binders?
2    A.    Some of them are company documents,
3 yeah.
4    Q.    Okay. Outside of those eight binders
5 that include company documents of ZHP, are there any
6 other documents, company documents of ZHP, that you
7 have looked at?
8    A.    Not company documents.
9        (Simultaneous speaking.)
10    MR. SLATER:  Objection.
11    You can answer.
12        (Court Stenographer clarification.)
13    A.    Not -- I haven't looked at any other
14 company documents, other than the ones that I just
15 mentioned.
16    MR. SLATER:  Rich, just so that you know
17 this, because I don't want you to be misled.
18        The binders were documents that -- it's
19 some of the documents he had, we put into binders so
20 he would have access to them in hard copy. It's not
21 every single document.
22        I just want you to know that, just so
23 that you don't have a disconnect with him, because
24 there's no point to that.
25    MR. BERNARDO:  I appreciate that, Adam,

Page 69

1 and that's what I want to explore and pin down,
2 because I want to understand the scope of what
3 Dr. Hecht looked at, so I can ask questions that take
4 that into account.
5    MR. SLATER:  Yeah, he's not a -- he's
6 not a regular litigation, do-this-all-the-time
7 expert. So when you use terms like "materials," you
8 know, your reliance list and things; those aren't
9 terms that he's using every day, so it's just -- I
10 just want you to know, you just might want to just
11 explain what you're looking at, or what you're asking
12 about. Because I don't want you to be, you know --
13    MR. BERNARDO:  I don't think we're near
14 that point yet. So let me -- let's just keep going
15 through this.
16    Q.    So Dr. Hecht, here's what I'm trying to
17 understand.
18        I want to understand the scope of or
19 totality of company -- ZHP company documents that you
20 personally reviewed, prior to forming your opinions
21 in this case.
22        Do you understand what I'm trying to
23 understand?
24    A.    Yes.
25    Q.    Okay. Thank you. So I think, based

18 (Pages 66 - 69)

Page 70

1  upon the discussion you and I just had, supplemented
2  by what Mr. Slater told me, that some portion of
3  those are in eight binders that you have with you
4  today. Correct?
5     A.   Yes.
6     Q.   Could you estimate, outside of those
7  eight binders, the number -- and I'm just looking for
8  an estimate, like ten, a hundred, 10,000 -- the
9  number of additional ZHP company documents that you
10 reviewed?
11    MR. SLATER: Please don't give him a --
12 if you can give a reasonable estimate, you can do it,
13 but please don't guess.
14    A.   Could you repeat the question? I mean,
15 I --
16    Q.   Yes. Outside -- outside of those eight
17 binders of documents?
18    A.   Yes.
19    Q.   I want to know approximately the number
20 of ZHP company documents that you personally
21 reviewed, prior to forming the opinions that you
22 included in your reports in this case. Do you
23 understand my question?
24    A.   Right. I mean, I've seen some other
25 documents online. I don't remember -- I don't

Page 71

1  remember the exact number.
2     Q.   And I don't want an exact number. What
3  I want to get a sense of is just a range. Are we
4  talking about fewer than a hundred?
5     MR. SLATER: Objection.
6     A.   It depends how you define "document."
7     Q.   I'm defining it as --
8     A.   What is the definition of "document"?
9     Q.   I'm defining a document as a ZHP company
10 document; a document kind of like what we were
11 looking at before, that appears to have been authored
12 by or written by ZHP, a ZHP company document.
13    Does that help you answer the question?
14    A.   Yeah. So what was the question again?
15    Q.   The question was: Outside of the
16 binders that we're talking about -- and I'm sorry,
17 let me withdraw that question.
18    The eight binders you have, I think you
19 may have answered this, and I've forgotten already.
20 Are those just ZHP company documents --
21    A.   No.
22    Q.   Or are there other kinds of materials?
23    A.   No, there are other materials, too.
24    Q.   Could you estimate the percentage, a
25 quarter, half, 75 percent of the eight binders that

Page 72

1  you reviewed, that are with you that are company
2  documents, roughly?
3     A.   Well, not all the binders are purely
4  company documents. Okay? Some of them are like a
5  mixture. But probably half of them have --
6     Q.   Okay. That's about --
7     A.   -- company-related material in them.
8     Q.   Got it. So about four binders, roughly?
9  And again, I'm really looking to get rough --
10    A.   Very rough.
11    Q.   Okay. Outside of those four binders of
12 company documents, about how many others? Fewer than
13 a hundred, or more than a hundred?
14    MR. SLATER: Objection.
15    Q.   Of company documents?
16    MR. SLATER: Objection.
17    A.   Probably fewer than a hundred.
18    Q.   Okay, that's all I'm looking for. So
19 the four binders, plus fewer than a hundred.
20    Do you have any understanding of the
21 number of company documents that were provided in
22 this litigation by ZHP?
23    A.   I have no idea.
24    Q.   How did you come to receive those
25 documents, the company documents that you looked at

Page 73

1  in forming your opinions?
2     A.   The law firm provided them to me.
3     Q.   Did you ask for particular documents,
4  did you take what they sent you, something else?
5     A.   I don't really remember. I don't think
6  I asked specifically for documents, but I don't
7  really remember.
8     Q.   Fair. So you basically looked at the
9  documents that plaintiff's counsel selected and
10 provided for you. Is that a fair statement?
11    A.   Yes.
12    Q.   As you were going through those --
13 withdrawn.
14    I think you know that ZHP is a Chinese
15 company, and that many of the documents are in
16 Chinese. Is that fair?
17    MR. SLATER: Objection.
18    You can answer.
19    A.   Sure. But the ones I have have, you
20 know, translations. They have English translations.
21    Q.   Because you don't speak Chinese. Fair?
22    A.   That's correct, yeah.
23    Q.   Okay. And Dr. Xue speaks -- ZHP's
24 expert speaks Chinese. Is that correct?
25    A.   Yep.

19 (Pages 70 - 73)

Page 74

1    Q.    And in his report, he cites to other
2   documents that he states -- and I'm not asking you to
3   agree or disagree -- but that he states support his
4   opinion, that are in Chinese.  Correct?
5    A.    Yes.  Yeah.
6    Q.    Fair to say, you didn't look at those
7   documents, correct, because you wouldn't be able to
8   understand them?
9    A.    I didn't read them, no, because I don't
10   read Chinese.
11    Q.    Right.  So you mentioned that post hoc,
12   I think that was your word, ZHP took steps to
13   determine that there was no dimethylamine in the DMF
14   it used.  And it determined, in that batch that it
15   looked at post-hoc, that there was none.  Correct?
16    A.    That's how I recall it.
17    Q.    Is it fair to say that you have no
18   knowledge, one way or the other, as to whether or not
19   ZHP evaluated the DMF that was used in their
20   valsartan in 2013 to ensure that there was no
21   dimethylamine?
22        MR. SLATER:  Objection.
23        You can answer.
24    A.    I haven't seen it.
25    Q.    But we just established you've not seen

Page 75

1   all of the documents.  Correct?  Because some of
2   them --
3        MR. SLATER:  Objection.  Objection.
4   This is argumentative.  I mean, I mean -- there's --
5   and the question -- the foundation is improper; it's
6   a misleading, mischaracterizing question.  I'm happy
7   to explain it to you why, if you wanted to do it without
8   Dr. Hecht.  But --
9        MR. BERNARDO:  No need to explain.  I
10   fully understand your objection, Adam, and I will
11   take it into account in my questions, and you can
12   address them later.
13    Q.    So Dr. Hecht, I just want -- again, for
14   purposes of understanding the basis of your opinions,
15   I want to understand what you've looked at.
16        Because don't you think it's important
17   for the jury to understand if you've seen, you know,
18   all the materials, a portion of the materials, a few
19   selected materials?  Don't you think that would be
20   important, for the jury to understand your opinions?
21        MR. SLATER:  Objection to this question.
22   I don't think he's here to be an expert on what the
23   jury needs to -- would want to see or not.
24        You can answer.
25    A.    Right, I agree with Adam.

Page 76

1    Q.    So you don't think it really matters at
2   all as to whether you've seen the complete record, or
3   only a portion of the record?
4    A.    I don't know.  I mean, you know, I've --
5   I've seen enough to convince me that they didn't know
6   what they were doing.
7    Q.    Okay.  All right.  Then let me just --
8   I think you'll agree with me on this, and then we can
9   move on, but let me just make sure.  As you sit
10   here --
11    A.    I mean, they were totally oblivious.
12   You know -- okay, go ahead, sorry.
13    Q.    That's okay.  As you sit here today, do
14   you agree you have no knowledge whatsoever as to
15   whether or not ZHP took steps in 2013 to ensure that
16   their DMF did not contain dimethylamine?
17        MR. SLATER:  One second.  One second,
18   Doctor.  Don't answer yet.
19        I object.  And I just want to say:
20   Counsel, if there are documents that you think
21   address this question specifically, and you're
22   representing it happened, I'd like to see them,
23   because they've never been produced.
24    Q.    Can you answer the question?  Can you
25   answer the question?

Page 77

1        MR. SLATER:  Wait, let me just finish.
2        Because you're talking about your expert
3   looking at documents in Chinese, which I don't even
4   know if we have them, I don't know if we have
5   translated versions.  And I'm starting to be
6   concerned that you're suggesting something that you
7   and I know didn't happen.
8        But you can go ahead.
9        MR. BERNARDO:  Court Reporter, would you
10   repeat the question?
11        (The testimony is read back.)
12    A.    I don't know if they did that or not.
13    Q.    Okay.  Thank you.
14    A.    I do not.
15    Q.    Let's move to the second piece.  So
16   again, dimethylamine can be in DMF in, I think, two
17   ways we just discussed.  One, it could be in there
18   already, and we just talked about that.  Correct?
19    A.    Yes.
20    Q.    Okay.  And then the second is, it could
21   degrade under certain conditions to form
22   dimethylamine.  Correct?
23    A.    Yes.
24    Q.    Okay.  I want to talk about the second
25   piece only, because I've moved past the first.  So I

20 (Pages 74 - 77)

Page 78

1 want to talk about knowledge that, under certain
2 conditions, dimethylamine could degrade -- I'm sorry,
3 withdrawn. I want to talk about -- that's the
4 problem with the -- I want to talk about the
5 knowledge that was available, in your opinion,
6 regarding that, as to the degradation of DMF to form
7 dimethylamine.
8        Do you understand the very narrow
9 question that I'm going to be exploring with you?
10   A.   Yes.
11   Q.   Okay. I want to go back to --
12        MR. BERNARDO: If you could pull up,
13 Josh, Dr. Hecht's statement.
14   Q.   And I understand that this statement
15 doesn't say what I just said. But a piece of -- but
16 what I just said is a piece of this statement.
17        Would you agree, in order for ZHP -- if
18 there was no DMF that was in -- withdrawn. I need
19 more coffee.
20        If there was no dimethylamine in the DMF
21 that they used, they would have to know that
22 dimethylamine could form from DMF, in order to start
23 the process that resulted in nitrosamines. Is that
24 fair?
25        MR. SLATER: Objection.

Page 79

1        You can answer.
2   A.   Yes.
3   Q.   Okay. And again, I want to be very
4 clear. These are not the words in there, but I want
5 to see if this is your opinion.
6        Is it your opinion that it should have
7 been apparent, to any organic chemist involved in the
8 development or assessment of this process, that DMF
9 could degrade under certain conditions, back in 2013?
10 Is that your opinion?
11   A.   Yes.
12   Q.   Thank you.
13        MR. BERNARDO: So you can remove that.
14   Q.   So I want to --
15   A.   Especially as it relates to this
16 process.
17   Q.   Sure. So I want to go back to where we
18 were before. And I don't think we need to put up
19 these articles, and I understand your views on that
20 statement.
21        But you don't dispute that there are
22 articles in the scientific literature before 2013
23 that have a similar process that formed the tetrazole
24 ring and utilized DMF. Correct?
25        MR. SLATER: Objection.

Page 80

1        You can answer.
2   A.   No, I don't dispute that.
3   Q.   Okay. And again, I'm not asking you,
4 because I know you've not looked at them, but do you
5 have any reason to dispute that none of those papers
6 mention the degradation of the DMF into
7 dimethylamine -- or to form dimethylamine?
8        MR. SLATER: Objection.
9        You can answer.
10   A.   They wouldn't mention it, because it's
11 not relevant. All right? I mean, the trace amount
12 of dimethylamine that's present in the DMF only
13 becomes relevant because they're dumping sodium
14 nitrite into the reaction.
15        If it's another kind of reaction where,
16 you know, they're using DMF as a solvent, and, you
17 know, there's a certain amount of dimethylamine
18 formed, it's not relevant to the product, so it
19 wouldn't even be mentioned.
20   Q.   Okay.
21        MR. BERNARDO: I want to take a look,
22 Josh, if you can pull up -- hold on the patent, what
23 number is that?
24        MR. SCHOCH: Exhibit 8.
25   Q.   Okay. I want to pull up and mark as

Page 81

1 Exhibit 8 a March 26, 1996 United States patent.
2        Do you see what's on the screen, Doctor?
3        (Exhibit Hecht-8, United States Patent
4 5,502,191, Issued March 26, 1996, was received and
5 marked for identification.)
6   A.   Yes.
7   Q.   Okay. I don't -- have you seen this
8 document before? I'm guessing not, but...
9   A.   I don't know.
10        MR. SLATER: What exhibit number was
11 that, I'm sorry?
12        MR. BERNARDO: Eight, Adam.
13        MR. SLATER: Thank you.
14        MR. BERNARDO: Sure.
15        MR. SLATER: We're starting to get up in
16 big numbers, so...
17        MR. BERNARDO: I know. When we hit
18 double digits, we're going to be in trouble.
19   Q.   Have they fixed your Exhibit Share yet,
20 Dr. Hecht? Because I'd like you to take a moment and
21 look at this document, and then I want to ask you a
22 couple of questions about it.
23   A.   Okay.
24   Q.   Have they fixed your Exhibit Share so
25 that you can do that?

21 (Pages 78 - 81)

Page 82

1    A. Well, I can see it on the Zoom screen.
2    Q. Oh, okay. It's longer than just what's
3 on the Zoom screen; that's why I just wanted to do
4 it. Well, why don't I ask you the questions and you
5 can tell me if you feel like you need to see more
6 about it. Right?
7        So this is a patent from, you could see
8 on its face, March 26, 1996. Correct?
9    A. Yes.
10   Q. And it talks about a method -- I'm
11 sorry, if you look at the abstract, a method for
12 making five-substituted -- slower -- a method for
13 making five-substituted tetrazoles of Formula I. And
14 it shows you the tetrazole ring. Correct?
15   A. Right.
16   Q. Thank you. And if you -- I'll --
17       MR. BERNARDO: Josh, if you just want to
18 go through the next two pages and give Dr. Hecht a
19 moment to take a look at those.
20   Q. And it goes through the background and
21 the summary of invention. And I'm going to give you
22 my question on page 4, and you can tell us if you
23 need to take a look at this more. I don't think you
24 will, based upon your prior testimony, but I want to
25 see.

Page 83

1        And if you look, part of the background
2 gives a description of some examples of the use. And
3 here's Example 1. Okay? Do you see that?
4    A. Yeah.
5    Q. And can you --
6        MR. SLATER: And Rich, just for the
7 record, is that pink highlighting on the document as
8 it will be submitted as an exhibit?
9        MR. BERNARDO: Yes.
10       MR. SLATER: Okay.
11   Q. And I just want to focus you on the
12 language in the pink highlighted.
13   A. Yep.
14   Q. If you'd just take a minute and take a
15 look at that.
16   A. Okay.
17   Q. Okay? And you see it adds some sodium
18 azide, according to what's described there. Correct?
19   A. Yeah.
20   Q. And then the reaction mixture with DMF,
21 zinc chloride, and sodium azide is heated for
22 36 hours. Do you see that?
23   A. Yes.
24   Q. Okay. And then it's cooled off and
25 acidified with hydraulic -- I'm sorry, hydrochloric

Page 84

1 acid. Do you see that?
2    A. Uh-hum.
3    Q. Okay. So this is a patent that is
4 describing, in 1996, a process that is very similar
5 to ZHP's zinc chloride process. Is that fair?
6        MR. SLATER: Objection.
7        You can answer.
8    A. It is.
9    Q. Thank you. And I will represent to you,
10 just because we're having document issues: Nowhere
11 in this document does it mention that DMF can
12 degrade. Do you have any reason to dispute that?
13       MR. SLATER: Objection, that's really
14 not a reasonable question to ask him. It's a long
15 document that he hasn't had a chance to read. How
16 would he have any basis to dispute it when he hasn't
17 read the document?
18       MR. BERNARDO: Fair enough.
19   Q. I will represent --
20       MR. SLATER: If you want to represent it
21 and ask him --
22       MR. BERNARDO: I'm going to represent --
23       MR. SLATER -- assuming that you're
24 correct -- let me finish. If you want to represent
25 it and ask him, assuming that you're correct, and

Page 85

1 then you want to ask a question based on that, I
2 wouldn't object to that.
3        MR. BERNARDO: That's what I was about
4 to do, Adam.
5        MR. SLATER: I'm here for you.
6 BY MR. BERNARDO:
7    Q. Dr. Hecht, I will represent to you that
8 nowhere in this document does it mention that DMF
9 might degrade. And before you said, in these
10 scientific publications, they wouldn't need to,
11 because it's the -- I think you used the dumping of
12 acid. But this process similarly uses acid as --
13 after it has cooled. Is that correct?
14       MR. SLATER: Objection.
15       One second.
16       That mischaracterizes the prior
17 testimony.
18       Go ahead.
19   A. What I said before was that there was no
20 reason to mention it because you weren't adding
21 sodium nitrite. You know, there was no reason to be
22 concerned about a small amount of dimethylamine that
23 might have formed from the DMF. There was -- you
24 know, there was no reason to even think about that.
25   Q. Okay. Is that your testimony with

22 (Pages 82 - 85)

Page 86

1  respect to this as well, just so we can understand
2  that?
3       A.   No --
4            MR. SLATER:  Objection.
5            Stop, stop, Doctor.  Doctor, one second,
6  just let me just get my objection in.
7            Objection, because this is, as well as
8  this patent, that he obviously hasn't read.  So, I'm
9  just -- I just want to make it clear what the "this"
10 is.
11      Q.   So Dr. Hecht, based on the description
12 that is highlighted in pink, which is similar to the
13 process that ZHP used, wouldn't you expect that if
14 the degradation of DMF to form dimethylamine was
15 widely known, that that would be referenced in here?
16           MR. SLATER:  Objection.
17           You can answer.
18      A.   No.  Because this patent, this process,
19 doesn't say anything about adding sodium nitrite to
20 decompose the sodium azide.  It doesn't go into that.
21      Q.   What's the effect of --
22      A.   At least not what you're showing me.
23      Q.   Sure.  What would be the effect of
24 adding the sodium nitrite that would cause the
25 degradation?

Page 87

1            MR. SLATER:  Objection, that's a --
2  there's no foundation to that question.
3       A.   I don't get the question.
4            MR. SLATER:  It doesn't makes sense.
5       A.   I don't get your question.
6       Q.   Sure.  Dr. Hecht, explain to me the
7  circumstances of the zinc chloride process that set
8  the stage for the decomposition of DMF to form
9  dimethylamine?
10      A.   They had added sodium nitrite to
11 decompose the excess sodium azide.  The sodium azide
12 on that scale is an explosion risk, so they had to
13 add sodium nitrite to get rid of the sodium azide.
14 Sodium nitrite will react with sodium azide to
15 decompose it.  So that's why they add the sodium
16 nitrite.
17      Q.   And what effect did the --
18      A.   But they don't talk about that here.
19      Q.   What effect did the addition of the
20 sodium nitrite have on the degradation of DMF to form
21 dimethylamine?
22           MR. SLATER:  Objection.
23           You can answer.
24      A.   None.  I mean, the dimethylamine was
25 already there.  The dimethylamine formed during the

Page 88

1  heating process of the dimethylformamide.
2            So the dimethylamine was already present
3  in the reaction mixture.  And then when they added
4  the sodium nitrite without extracting product out
5  first, then the dimethylnitrosamine formed and
6  contaminated the product.  They could have avoided
7  the whole thing by just extracting out the product
8  first.
9       Q.   So it's your opinion that the point at
10 which the dimethylamine formed was during the heating
11 process?  I just want to make sure I'm understanding
12 your testimony.  I don't want to put words in your
13 mouth?
14      A.   No, I don't know.  It could have been
15 present in the DMF to begin with.  I haven't seen
16 anything that says that they tested their DMF to
17 ensure that it was free of dimethylamine.
18      Q.   Okay.
19      A.   I didn't see that.
20      Q.   Understood.
21      A.   Maybe it's in some of the other
22 documents, I don't know.
23      Q.   Okay.  And I don't want to go back to
24 that, and I appreciate your making that
25 qualification, because I do want to make sure your

Page 89

1  testimony is very clear.
2            So again, I want to compartmentalize
3  this so I can understand what you're saying.
4            So we're going to assume, for purposes
5  of these questions, there was no dimethylamine in the
6  DMF at the time it was used.  What I want to talk
7  about is, if the dimethylamine was formed during the
8  degradation of DMF, is it your testimony that that
9  happened at the point at which the -- well, you tell
10 me:  At what point in the process did that happen?
11      A.   Well, if it wasn't there to begin with,
12 then it happened during the ███ hours that they heat
13 the mixture to the tetrazole formation reaction.  It
14 happened during that heating process.
15      Q.   Great.  Thank you very much.
16           MR. BERNARDO:  You can take that down.
17      A.   I am sure of that.
18      Q.   So I want to go back, Dr. Hecht, to --
19           MR. BERNARDO:  Can you put his report
20 back up.
21           MR. SCHOCH:  Uh-hum.
22           MR. BERNARDO:  Yes, please.
23      Q.   I want to go back to this sentence.  So,
24 "it should have been apparent to any organic
25 chemist."

23 (Pages 86 - 89)

Page 90

1    Should it have been apparent to any
2 organic chemist in 2013 that DMF, when heated to its
3 boiling point, would degrade to form dimethylamine,
4 in your opinion?
5    MR. SLATER: Are you asking any organic
6 chemist -- okay, go ahead. Are you saying any
7 organic chemist --
8    (Simultaneous speaking.)
9 A.   I don't know about any organic chemist.
10    (Court Stenographer clarification.)
11    MR. SLATER: Go ahead, Doctor.
12 A.   It should have been apparent.
13    (Simultaneous speaking.)
14 Q.   And again --
15 A.   Let me --
16    MR. SLATER: Rich, Rich. Objection to
17 form --
18    (Simultaneous speaking.)
19 A.   I don't know about any --
20    (Court Reporter Clarification.)
21    THE WITNESS: Yes.
22 Q.   I want to go back, and I think you
23 said --
24    MR. SLATER: You've got to stop for a
25 second. He's still --

Page 91

1    MR. BERNARDO: No, I don't, because my
2 question was very clear --
3    MR. SLATER: I haven't even gotten my
4 objection in yet.
5    MR. BERNARDO: Adam, I'm using his
6 language.
7    MR. SLATER: Can I speak?
8    (Simultaneous speaking.)
9    MR. BERNARDO: -- fairly long. And
10 you've been doing that throughout the deposition.
11    MR. SLATER: Can I object? Can I place
12 my objection or not? It was a simple question for
13 you, when you say "any organic chemist," because
14 you've been over this with him now four or five times
15 already in the deposition, I was going to ask you:
16 Are you talking about any organic chemist that was
17 involved in the development and the oversight of the
18 process, or are you talking about the organic chemist
19 that's, you know, working in a high school in
20 Kentucky right now, teaching 10th grade chemistry?
21 Because he's already clarified that
22 opinion multiple times already, so I'm just asking:
23 Are you asking a different question?
24    MR. BERNARDO: I'm not asking a
25 different question. I think it's been clear the

Page 92

1 question I'm asking, but it's up to Dr. Hecht to tell
2 me if he's not --
3    MR. SLATER: I don't think it is clear;
4 that's why I'm objecting.
5 BY MR. BERNARDO:
6 Q.   Dr. Hecht, let me rephrase the question.
7    In 2013, should it have been clear --
8 I'm sorry. In 2013, should it have been apparent to
9 any organic chemist involved in the development or
10 assessment of these processes that DMF could degrade
11 to form dimethylamine at its boiling point?
12 A.   Yes.
13 Q.   Thank you.
14    What steps did you take to determine
15 that in 2013, it should have been apparent to any
16 organic chemist involved?
17    MR. SLATER: All right, let me just --
18 stop for a second, Doctor.
19    You literally asked this question like
20 an hour and a half ago, and he talked about the
21 literature and he went through this.
22    Is this a new question, or are you
23 saying in addition to what he's already said? You're
24 going over old ground already.
25    MR. BERNARDO: I'm not going over old

Page 93

1 ground, Adam, and I would appreciate it if you
2 wouldn't feed Dr. Hecht --
3    MR. SLATER: I'm not feeding him
4 anything --
5    (Simultaneous speaking.)
6    MR. SLATER: You've literally -- well,
7 look, you can't just keep going over the same --
8 you've asked that question already. So I'm asking,
9 is it a new question or the same question? Because I
10 object to the same question being asked over and
11 over. That's not a reasonable use of the time.
12 Q.   Dr. Hecht, would you please answer my
13 question?
14    MR. BERNARDO: And these are my seven
15 hours and I have a limit of seven hours, and it's not
16 up to you to determine what's a reasonable use of his
17 time.
18 A.   Could you repeat the question?
19 Q.   Yes. What was the process that you went
20 through -- now that we've established what your
21 opinion is, which it should have been apparent to any
22 organic chemist involved in the development or
23 assessment of these processes, that DMF would degrade
24 at its boiling point; what was the process you went
25 through to determine what should or should not have

Page 94

1  been apparent to any organic chemist involved in the
2  development or assessment of the process?
3        MR. SLATER: I object, asked and
4  answered.
5        You can answer again.
6     A.    I looked in the literature to see
7  whether, you know, the contamination of DMF with
8  dimethylamine or the formation of dimethylamine from
9  DMF was, you know -- was reported. I mean, there's
10  no doubt that DMF can hydrolyze to dimethylamine when
11  you heat it for ▮ hours at ▮ degrees, or whatever
12  it was. I mean, that's like basic organic chemist --
13  chemistry. Yeah, I mean, I think, quote, any organic
14  chemist would know that.
15        But there's also a fair amount of
16  literature on just contamination of DMF with
17  dimethylamine. I think I noted before that sometimes
18  it has a fishy odor, due to the dimethylamine. But
19  there's -- you know, there's published literature. I
20  mean, you know, I have a paragraph here from Fields,
21  you know, "methods for removing the FMOC group."
22        (Court Reporter Clarification.)
23     A.    FMOC, F-M-O-C. In Methods in Molecular
24  Biology, Volume XXXV, Peptide Synthesis Protocols,
25  published in 1994 by Humana Press in Totowa,

Page 95

1  New Jersey.
2        And what that -- within that volume --
3  within that volume on page 22, it says that "amine
4  impurities that could completely remove the FMOC group
5  include dimethylamine found in DMF," and then it
6  references Number 47. I'm not sure what 47 was.
7        But anyhow, you know, this is like --
8  this is not something new. I mean, DMF has been
9  around a long time, and this is -- this is not new,
10  that there might be some dimethylamine in the DMF, or
11  the dimethylamine could form when you heat DMF at ▮
12  degrees for ▮ hours.
13     Q.    Dr. Hecht, was the example you just gave
14  me an example -- you used the word "found," I don't
15  have the article you're looking at. Was that an
16  example where DMF --
17        MR. SLATER: It's on the reliance list,
18  the supplemental list.
19     Q.    Dr. Hecht, I don't have the article in
20  front of me that you're looking at. You just used
21  the word "found." Was that an article that discusses
22  the presence of dimethylamine in DMF, or is that an
23  article that discusses the degradation at its boiling
24  point?
25     A.    No, the presence.

Page 96

1     Q.    Okay. Again, I really want to try and
2  be efficient here, Dr. Hecht. I don't want to ask
3  any more questions, and I'm not intending to ask you
4  any more questions, about the presence of
5  dimethylamine in DMF. I really want to focus this
6  discussion on the knowledge, or what should or should
7  not have been known in 2013, by any organic chemist
8  involved in the development of these processes.
9  That's really what I want to focus on, Dr. Hecht. Do
10  you understand my --
11     A.    Okay, sure.
12     Q.    Okay. And I understand your testimony,
13  and I'm just really trying to make sure I can
14  understand how you got there. That's really what I'm
15  trying to do.
16        And you mentioned that it's cited in
17  some literature that you found. Does the fact that a
18  concept is cited in literature mean that it should
19  have been known to any organic chemist in a process
20  that involves that constituent or process, in your
21  opinion? Does the mere citation in the literature to
22  something?
23     A.    Well, yes. It's my opinion that in this
24  particular case, they definitely should have taken
25  this into account; that's my opinion. You can't

Page 97

1  change it.
2     Q.    And Dr. Hecht, I wouldn't begin to try
3  to, nor is it my goal to change your opinion at all.
4  That's not what this process is about. I respect
5  your opinion, you're entitled to your opinion; I just
6  want to understand the steps you took to get there.
7  That's really the purpose. So this is not trying to
8  change your opinion.
9        So Dr. Hecht, you would agree that there
10  are -- I couldn't even begin to estimate; probably
11  tens of thousands, if not hundreds of thousands, of
12  publications in the world's scientific literature.
13  Is that a fair statement, generally?
14     A.    Sure.
15     Q.    Okay. And certainly, an organic chemist
16  at a company couldn't be expected to know everything
17  that's in every one of those pieces of literature.
18  Is that a fair statement?
19     A.    Yes, that's correct.
20     Q.    And in fact, you're a very
21  well-respected scientist, and you don't certainly
22  purport to know everything that's in the world's
23  literature. Is that fair?
24     A.    Yeah, I guess.
25     Q.    Okay. You'll give me that one.

25 (Pages 94 - 97)

Page 98

1    So what I'm trying to understand -- and
2    let me just, let me give you an example. So the --
3    withdrawn.
4    What I'm trying to understand is, how
5    does a piece of information go from being referenced
6    in an article or several articles, to being something
7    that should be widely known by any organic chemist in
8    the development or assessment of a process? How
9    does -- how do you distinguish between any fact in
10   the scientific literature, and one that is so
11   well-established that any organic chemist involved in
12   the development or assessment of these processes
13   should know it? What was your process of getting
14   there?
15   A.    The answer is awareness. Okay? If
16   you're developing a specific process, it's your
17   responsibility to be aware of all aspects of that
18   process. Not only just that, "Oh, this process
19   works, because it gives us a high yield and it's less
20   expensive, so this is going to give us a great yield
21   of our product." No.
22   You have to know all possible aspects.
23   You have to consider the possible hazards that are
24   involved with your -- with your process, and you have
25   to consider the possible costs that are involved with

Page 99

1    your process. You have to consider the environmental
2    impact of the process that you're using. You have to
3    consider whether the drug that you're making, if
4    you're making a drug, is going to have toxicity.
5    It all has to do with the awareness of
6    the particular part of organic chemistry that you're
7    working in. You can't be -- you can't know
8    everything, but you have to be aware of the specific
9    aspects of the process, and its possible
10   consequences, that relate to this particular reaction
11   conditions that you're using. It's awareness.
12   Q.    Awareness of everything that's in the
13   scientific literature?
14   A.    No.
15   MR. SLATER: Objection.
16   One second, Doctor --
17   A.    Not everything.
18   MR. SLATER: Stop. One second.
19   A.    You can't be -- it's impossible to be
20   aware of everything. But you do -- it is your
21   responsibility to be aware of the aspects that relate
22   to your particular process. That is absolutely
23   basic.
24   Q.    So, Dr. Hecht, you wouldn't dispute that
25   the FDA has some of the world's leading chemists and

Page 100

1    scientists that it utilizes in evaluating
2    pharmaceuticals that we all consume. Is that fair?
3    MR. SLATER: Objection. Objection.
4    Lack of foundation.
5    MR. BERNARDO: I'm asking the -- I'm
6    asking if he knows it.
7    MR. SLATER: Well, I object to the
8    question, the foundation and the way the question was
9    asked. He can answer it.
10   A.    I don't know.
11   (Court Stenographer clarification.)
12   MR. SLATER: He said, "I don't know."
13   A.    I don't know whether the FDA has some of
14   the world's greatest scientists.
15   Q.    Okay. Do you know if the FDA scientists
16   were aware or not aware that DMF could degrade at the
17   boiling point?
18   MR. SLATER: Objection to form.
19   A.    I do not know.
20   Q.    Okay. Let me just change --
21   MR. SLATER: You know, Rich --
22   Q.    Moving on. So Doctor -- Dr. Hecht, the
23   valsartan, ZHP's valsartan manufacturing process is a
24   multistep process. We can agree on that. Right?
25   MR. SLATER: Which process are we

Page 101

1    talking about?
2    MR. BERNARDO: Sorry. The zinc chloride
3    process.
4    A.    Could you repeat the question, please?
5    Q.    Sure. It's just a foundational
6    question. I just want to -- I think we agree that
7    there are many steps in the process of making
8    valsartan. Whether it's the zinc chloride process or
9    the TEA with quenching process, it's a multistep
10   process. Is that fair?
11   A.    Yes.
12   Q.    Okay. I'm just trying to make sure I
13   understand your opinions as to which step really
14   matters here, for purposes of discussion. I'll give
15   where I'm going, just to make sure that -- I think I
16   know what your opinion is, but I want to make sure.
17   And you believe that nitrosamines formed
18   during the crude valsartan step. Is that correct?
19   A.    What do you mean by "the crude valsartan
20   step"?
21   Q.    The -- do you want me to go back to our
22   first -- Step 4, basically, that we discussed
23   earlier?
24   A.    I don't remember --
25   MR. SLATER: Do you want to put back up.

26 (Pages 98 - 101)

Page 102

1    A.    What you mean by "Step 4."
2    Q.    Let me do it this way.
3    A.    It forms when they dump in the nitrate.
4    Q.    Okay.  Does it -- let me see if I can
5  approach it this way.
6          Does it form at any other step of the
7  manufacturing process, in your opinion?
8    A.    Not before the nitrite.
9    Q.    Thank you.  That's all I'm just
10  trying to --
11    A.    I don't knowing about after the nitrate.
12    Q.    Fair enough.  And is it your opinion
13  that NDMA formed during that part of the process --
14  only NDMA formed during that part of the zinc
15  chloride process?
16          MR. SLATER:  Objection.  I'm not sure I
17  understand the question.
18    A.    I didn't get it either.
19    Q.    Sure.  Do you believe that NDMA formed
20  during any process, other than the point we just
21  described in the zinc chloride process?
22          MR. SLATER:  Objection.  When you say
23  "the process," do you mean "step"?  Isn't that the
24  question you just asked him?
25    Q.    Dr. Hecht, can you answer?

Page 103

1    A.    The NDMA -- the NDMA forms when you add
2  the nitrite, add the sodium nitrite.
3    Q.    Okay.  Do you have an opinion as to
4  whether NDEA forms at that point?
5    A.    The NDEA was from the triethylamine
6  process.
7    Q.    And that's what I'm trying to establish,
8  Dr. Hecht --
9    A.    But that's a different, that's a
10  different process.
11    Q.    Exactly.  That's all I'm trying to
12  establish.  I just want to make sure that my
13  understanding of your opinion is correct; which is
14  that NDMA only forms during the zinc chloride
15  process, and that NDEA forms only during the TEA with
16  quenching process?
17          MR. SLATER:  Objection.
18    Q.    I believe that's what you're saying, but
19  I just want to confirm that, and if it's not, I want
20  to understand?
21    A.    Yes, I believe that's correct.
22    Q.    Okay.  Thank you.
23          (Court Reporter Clarification.)
24    Q.    Dr. Hecht, one of your opinions -- I
25  want to move on to the -- I want to move out of DMF

Page 104

1  degradation, and on to the risk assessment process.
2          Are you with me?
3    A.    Yeah.
4    Q.    Great.  One of your opinions is that ZHP
5  failed to perform what you describe as a -- and I
6  think the word you use is "straightforward" risk
7  assessment.
8          Do you agree with that, or do you want
9  to see your report?
10    A.    Yes.
11    Q.    Okay.  Now, you are not saying that ZHP
12  failed to conduct any risk assessment.  Correct?
13    A.    No, I'm referring to specifically the
14  possibility of nitrosamine formation during their
15  process.
16    Q.    Okay.  So you would agree that ZHP did,
17  in fact, conduct a risk assessment for its
18  TEA-with-quenching process.  Correct?
19    A.    You lost me.
20    Q.    Sure.  Did ZHP conduct a risk assessment
21  or not for its TEA-with-quenching process?
22    A.    With respect to what?
23    Q.    Any risk assessment whatsoever, of that
24  process?
25    A.    Oh, I don't know risk assessment.

Page 105

1  That's a big word.  You know, they have to -- they
2  have to consider many factors before they initiate a
3  process on that scale.  There could be any number of
4  factors.  So I don't know if they considered -- you
5  know, I don't know if they carried out a risk
6  assessment for various different things.  I have no
7  idea.
8    Q.    I want to make sure my question is
9  clear, because I'm not sure, based on your answer, it
10  is, so let me just try this again.  Okay?
11          Before changing -- we talked about the
12  four processes.  Right?  And the last two processes,
13  we went through changes that the company made, and
14  the documentation about those changes that they
15  submitted to FDA.  Right?
16    A.    Yes.
17    Q.    Okay.  Before they made or proposed to
18  make those changes, do you agree -- let's talk about
19  the TEA quenching, the changes they made for the TEA
20  quenching process.  Do you agree or not that they
21  conducted a risk assessment with respect to those
22  changes?
23    A.    I don't know, because a risk assessment
24  -- you know, what do you mean by "risk assessment"?
25  That's a huge word.

27 (Pages 102 - 105)

Page 106

1    Q.    Can we pull up your report?  Just a
2  minute, we're going to just pull up your report,
3  Doctor.  Because I just want to make sure we're...
4         MR. BERNARDO:  It's on page 2.  There
5  you go, Josh.
6    A.    Okay.
7    Q.    Let's put it in your words.
8         So "ZHP failed to perform a
9  straightforward assessment of the chemistry."
10        Do you see that?
11   A.    Yes.
12   Q.    Okay.  Is it your testimony that they
13 performed no assessment, or you just disagree with
14 the thoroughness or detail of the assessment?  That's
15 what I'm trying to understand?
16   A.    I don't know if they -- I have no idea
17 whether they did an assessment or not.  I mean, I can
18 only go on what's reported.  Maybe they did an
19 assessment and they -- and they decided, you know,
20 there's no problem, so let's go forward, and it was
21 never recorded.  I don't know.  Maybe they did an
22 assessment, maybe they didn't.  I have no idea.
23   Q.    Okay.  So -- so your characterization of
24 the assessment as not being straightforward; you
25 don't know one way or the other whether they did any

Page 107

1  assessment.  That's your --
2         MR. SLATER:  Objection, that's not what
3  he said.
4    A.    No, all I know is --
5         (Simultaneous speaking.)
6    Q.    I withdraw -- I withdraw my question.
7         MR. SLATER:  Okay.
8    Q.    Why don't we -- did you ask to see,
9  Dr. Hecht, documents showing what ZHP did, prior to
10 making the change, to assess the changes that were
11 made?
12   A.    Which change are you talking about now?
13   Q.    Sorry, good question.  Let's start with
14 the TEA with quenching.
15        Did you ask to see any documents that
16 describe the steps that ZHP took to assess that
17 process, prior to making the changes?
18   A.    I'm sorry, but I really don't understand
19 what you're talking about, okay?
20   Q.    I'm asking -- let me --
21        MR. BERNARDO:  Let's pull, let's pull up
22 one of the documents here.  Let's pull up what I'll
23 mark as --
24        MR. SLATER:  Rich, are you talking about
25 an assessment --

Page 108

1         MR. BERNARDO:  I'm going --
2         MR. SLATER:  -- in general, or are you
3  talking about an assessment of the specific parts of
4  the reactions that Dr. Hecht has been focusing on?
5         MR. BERNARDO:  There's no question on
6  the table to ask that about.
7         MR. SLATER:  Well, we're not trying to
8  trick anyone we said.  Right?
9         MR. BERNARDO:  Adam, there's no question
10 on the table for which you can object.
11        Are you going to pull up --
12        MR. SCHOCH:  Okay.
13   Q.    Okay.  I'm pulling up and going to
14 mark -- this was already marked, right?  This was
15 Exhibit 5, right?  This was the amendment to the Drug
16 Master File.
17        I forget whether you've said you have
18 seen this before or not.  Would you refresh my
19 recollection, Dr. Hecht?
20   A.    Maybe.
21   Q.    Maybe you've seen it.  Okay.  This is a
22 document that was submitted to FDA.  Correct?
23   A.    Yes.
24   Q.    Okay.  And there are multiple sections
25 analyzing if you --

Page 109

1         MR. BERNARDO:  Again, have we figured
2  out if the doctor can have a look at this document on
3  his own.  This makes this sort of clunky.
4    Q.    Dr. Hecht, are you able to pull up
5  documents, has that been sorted through?
6    A.    I haven't tried, I mean.
7    Q.    Well, let's just take a look at the
8  changes.  And the first change we discuss is on
9  page 3 to 4, page 2 of document.  Right?
10   A.    Yeah.
11   Q.    And we looked at this before.  And we
12 looked at -- if you look at Table 4 -- I'm sorry,
13 Table 1 on page 4 of 8, right, it gives you data that
14 the company compiled.  And they used that data to
15 determine that the process leads to equivalent yields
16 and impurity levels.
17        Do you see that?
18   A.    Yes.
19   Q.    And this is under --
20        MR. BERNARDO:  If you scroll back, Josh.
21   A.    A section called "Justification and Risk
22 Assessment."  Correct?
23   A.    Yes.
24   Q.    And is it fair to say that this document
25 demonstrates the steps that the company took to

28 (Pages 106 - 109)

Page 110

1 determine whether this was an appropriate or
2 not-appropriate change?
3     A.    Yes.
4     Q.    Okay.  So they did take steps, that's
5 really all I want to establish, to evaluate the
6 change.  Correct?
7     A.    Yes.
8     Q.    Okay.  And if you look -- there's
9 another assessment on page 4.  Okay?  And it says,
10 "After reaction" -- I'm sorry.  "No adverse change in
11 qualitative and quantitative impurity profile."
12 Correct?
13     A.    Yes.
14     Q.    Okay.  So they -- the point I'm trying
15 to make sure we agree on is that ZHP didn't simply
16 make changes to the process; but they evaluated the
17 changes they were making, to see if they were
18 appropriate changes to make.
19         Do you agree with that point?
20     A.    No.
21     Q.    You don't think they took any steps
22 whatsoever to evaluate the changes that they were
23 making?
24     A.    They didn't take the right steps.
25     Q.    Okay.  Now I think I understand --

Page 111

1     A.    I can take all kinds of different steps
2 to evaluate a process that are meaningless.  They
3 didn't take the critical steps.
4     Q.    Okay.  So it's your testimony that the
5 steps that ZHP took in the risk assessment they did
6 were meaningless?
7     A.    No.  They're meaningless with respect to
8 the formation of nitrosamines in their product.
9     Q.    Okay.  So --
10     A.    That's the risk assessment that they
11 should have taken.
12     Q.    Got it.
13     A.    One of them.  Which they did not take.
14     Q.    Okay.  So that's the risk assessment, in
15 your opinion, that particular one:  To evaluate DMF,
16 and whether or not it degrades or how it gets used.
17 Correct?
18     A.    They should have looked for nitrosamines
19 in their product.
20     Q.    Okay.  But again, to clarify --
21     A.    They're using sodium nitrite.  That is
22 the step that they should have taken.
23     Q.    Okay.
24     A.    They were oblivious.
25     Q.    Okay.  Dr. Hecht, whether it's your

Page 112

1 opinion that they were oblivious or not as to one
2 aspect, you will agree, based upon what we're looking
3 at, we could look at more if you'd like, that they
4 did take steps to evaluate the risks of the changes?
5         MR. SLATER:  One second before you
6 answer, Doctor, I just want to object.
7         Because you characterized the statement
8 as "oblivious" as an opinion.  I believe it's a
9 stipulated fact, per the stipulation entered into
10 this litigation, so I think that that question is
11 inappropriate.
12         MR. BERNARDO:  Okay.  We'll have to look
13 at the stipulation again.  But that's -- despite
14 that, I think it's an appropriate question.
15     Q.    And if you would answer it, Dr. Hecht?
16     A.    Okay.  So what's the question again?
17         MR. BERNARDO:  Can you read the question
18 back, Ellen?
19         (The testimony is read back.)
20     A.    No.  No, that's not -- it's taken out of
21 context.  That's not my opinion.  It's not my opinion
22 that they were meaningless.  What I said was they
23 were meaningless with respect to the formation of
24 nitrosamines in their product.
25     Q.    Understood.

Page 113

1     A.    They were not necessarily meaningless,
2 with respect to other aspects of risk.
3     Q.    Correct.  So they -- again, I understand
4 what you're saying:  That there's one, in your view,
5 important piece that they did not look at.  But
6 you're not -- it is -- would you agree that they did
7 take steps to evaluate the risks of their changes,
8 prior to making those changes, and submitted those
9 evaluations to FDA through the document that we're
10 looking at?
11         MR. SLATER:  Objection to the form of
12 the question.
13         You can answer.
14     A.    Yes.  I don't know about risk.  But
15 yeah, they submitted the changes to the FDA; they
16 have to do that.
17     Q.    But they submitted more than just
18 changes, Dr. Hecht.  That's what I want to see if you
19 agree or disagree on.  They submitted more than --
20 they didn't just say, "I'm changing this to this."
21 They said, "I'm changing this to this, and these are
22 the steps we took to determine that those changes are
23 appropriate."
24         Do you agree with that general
25 characterization?

29 (Pages 110 - 113)

Page 114

1     A.   Yes.
2          MR. SLATER:  Objection.
3          You can answer.
4          You know, Dr. Hecht, most people aren't
5     quicker than me.  You're pretty quick on the draw
6     there.
7     Q.   I want to take a look at -- let's
8     mark --
9          MR. BERNARDO:  Actually, why don't we --
10    I think we've been going about an hour.  Why don't we
11    take a break before I turn to a new topic here, and
12    cut it in the middle.
13         THE VIDEOGRAPHER:  All right.  Going off
14    the record.  The time is 10:34 a.m., Central Time.
15    This is the end of Media Unit 2.
16         (A brief recess takes place.)
17         THE VIDEOGRAPHER:  We're back on the
18    record.  The time is 10:48 a.m. Central Time.  This
19    is the beginning of Media Unit 3.
20    BY MR. BERNARDO:
21    Q.   Dr. Hecht, you would agree that
22    pharmaceutical manufacturers would not be expected to
23    test for every conceivable impurity.  Is that a fair
24    statement?
25         MR. SLATER:  Objection.

Page 115

1          You can answer.
2     A.   I don't know what you mean by "every
3     conceivable impurity."  I mean, sure, there are
4     priorities.
5     Q.   But roughly how many potential
6     impurities could there be that could contaminate a
7     product, in the world of impurities?
8          MR. SLATER:  Objection.  Are you asking
9     in the world of every product that is manufactured
10    around the world?  Are you talking about with this --
11         MR. BERNARDO:  I'm asking a general
12    question.
13         MR. SLATER:  All right.
14         So you --
15         MR. BERNARDO:  Adam -- Adam, I think the
16    objections are getting a little over the line.  I'm
17    trying to just not go back and forth.  I think
18    there's been a hearing with the judge on this, and
19    I'm -- you know -- let's just --
20         MR. SLATER:  I don't think --
21         MR. BERNARDO:  If the doctor has -- if
22    the doctor has a question about my question, or
23    thinks it's not clear, he can ask me.  If you have an
24    objection to form, you can tell me you think the
25    question is vague, and I can go on.  But I don't

Page 116

1     think you can go and give the 12 versions of what you
2     think my question could possibly mean.  Let's move
3     on.
4          MR. SLATER:  Well, I didn't --
5     Q.   Dr. Hecht, Dr. Hecht --
6          MR. SLATER:  Hang on, hang on.  Hang on,
7     Mr. Bernardo.  I'm trying to answer you.  You're not
8     going to -- I'd appreciate it.  I'm not talking over
9     you; please don't do that to me.
10         I didn't give the 12 versions of your
11    question.  I asked you to clarify an improperly
12    asked, lack of foundation, ambiguous question.
13    That's what I did.  And I tried to help you to make
14    it clear, because it's not a usable question.  So
15    don't mischaracterize what I did, please.
16         MR. BERNARDO:  Adam, I would appreciate
17    if you would be governed by what you need to do to
18    represent your client --
19         MR. SLATER:  I am doing that.
20         MR. BERNARDO:  -- instead of -- let me
21    finish now.  Instead of helping me.  Okay?  I
22    think --
23         MR. SLATER:  Do me a favor.  Let's
24    neither of us will lecture each other.  I'll make my
25    objections; you don't like what I'm doing, you

Page 117

1     always -- you have many -- you can do what you think
2     you need.
3          MR. BERNARDO:  And that's what I just
4     did.  I'm telling you:  I feel like you're getting,
5     if not over the line, close to the line.  I don't
6     feel as if we need to get the Court on the phone.
7     I'm simply, as a courtesy, telling you what my
8     opinion is, as to the extent to which you're invading
9     this deposition.  So let's move on.
10    BY MR. BERNARDO:
11    Q.   Dr. Hecht, do you agree that -- first of
12    all, what I was asking when we got interrupted here,
13    was:  If you consider the world of impurities that
14    could affect a potential pharmaceutical, a single
15    pharmaceutical, we're talking about there could be,
16    you know, hundreds, if not thousands, of potential
17    impurities that could affect something or contaminate
18    something.  Is that -- is that a fair statement?
19         MR. SLATER:  Objection.
20         You can answer.
21    A.   I don't know about the number that you
22    gave.  Of course, there can be on different
23    impurities.
24    Q.   Okay.  And --
25    A.   But I don't know about -- I wouldn't say

30 (Pages 114 - 117)

Page 118

1  hundreds or thousands.  That's -- I don't -- well, I
2  don't -- I don't think that's a good way to put it.
3      Q.    Okay.  Would you agree that there should
4  be a reasonable chance that an impurity can form,
5  before the pharmaceutical manufacturer, in your
6  opinion, would be expected to test for the impurity?
7          MR. SLATER:  Objection.
8          You can answer.
9      A.    Not in this case.  You'll never get me
10  to agree to that.
11          They're dumping in nitrate at pH █.
12  They have to test for nitrosamines, absolutely.
13      Q.    In your opinion, because there was a
14  reasonable chance it could form; or just, period?
15      A.    No, a reasonable chance that they could
16  form.  Absolutely.
17      Q.    Okay.  So you would agree that, I think,
18  that there would have -- you think there was a
19  reasonable chance that nitrosamines could have
20  formed.  I understand that testimony, right?
21      A.    Yes.
22      Q.    Okay.  But that then would suggest you
23  agree with me:  That in order to test for something,
24  there ought to be a reasonable chance that it could
25  form.  Is that fair?

Page 119

1          MR. SLATER:  Objection.
2          You can answer.
3      A.    I don't know about "anything."  Okay?  I
4  don't know why you're extending this to, you know, to
5  all things.  I mean -- that's, to me is like --
6  well, I don't know.  I mean, I'm just saying that in
7  this particular case, where they're adding sodium
8  nitrite at pH █ they should have tested for
9  nitrosamines.
10      Q.    I want to give you a hypothetical, so I
11  want you to assume that -- and I know this is
12  different than your opinion, Dr. Hecht, but I want to
13  assume for my question that ZHP had no knowledge that
14  nitrosamines could form.  Okay?
15          Are you with me on the assumption?
16      A.    Yeah.
17      Q.    Okay.  Under those circumstances, you
18  would not expect them to test for it.  Is that fair?
19          MR. SLATER:  Objection.
20          You can answer.
21      A.    Yeah, I guess.  You know, if there was
22  no reason to think that nitrosamines would form,
23  then, you know, there would be -- probably would be
24  no reason to test for them.  I mean, you can't test
25  for every contaminant that could possibly be in a

Page 120

1  drug, because, you know, there are just too many.
2          So, you know, they do -- you do have to
3  be a little focused, and that's where awareness and
4  knowledge come in.  That's where awareness of risk,
5  knowledge of possible risks, enter into the picture.
6  And, you know, that differentiates a responsible,
7  knowledgeable chemist from one that is unaware.
8      Q.    Thank you, Dr. Hecht.
9          MR. BERNARDO:  I want to put up as
10  exhibit, I'm sorry, Adam -- I don't know why I called
11  you Adam?  Josh, what number are we up to?  Yeah,
12  Adam is right, it's hard, it's difficult; there are
13  big numbers here.  I want to mark as Exhibit 9 an
14  August 30, 2018, statement from the FDA.
15          (Exhibit Hecht-9, FDA Statement
16  entitled, "FDA Statement on FDA's ongoing
17  investigation into valsartan impurities and recalls
18  and an update on FDA's current findings" dated August
19  30, 2018, No Bates, Six Pages, was received and
20  marked for identification.)
21      Q.    Okay.  So Dr. Hecht, as you see, this is
22  an FDA statement, and the title is:  "FDA statement
23  on FDA's ongoing investigation into valsartan
24  impurities and recalls and update on FDA's current
25  findings."

Page 121

1          And it says, "For immediate release,"
2  from -- I'm sorry, on August 30, 2018, from Scott
3  Gottlieb.  Do you see that?
4      A.    Yes.
5      Q.    Have you seen this document before?
6      A.    It does not look familiar.  I don't know
7  if I've seen it.
8      Q.    Okay.  And are you aware that
9  Dr. Gottlieb, at the time, was the FDA Commissioner?
10      A.    Yes.
11      Q.    Okay.  And if you -- and this is a
12  document, and if you want, you can scroll through it
13  or have us scroll for you, but I really want to focus
14  on a statement that's made at page 4 of the document?
15      A.    Okay.
16      Q.    And this is a document, you would agree,
17  that was issued, or a statement issued by FDA, by way
18  of follow-up to the discovery of nitrosamines in 2018
19  in valsartan.  Right?
20      A.    So it would appear.
21      Q.    Okay.
22          MR. BERNARDO:  Are we on page 4?  There
23  we go.
24      Q.    I want you to read the sentence, and
25  like --

Page 122

1    MR. BERNARDO: Yeah, exactly. If you
2  un-highlight it, it's easy for him, Josh.
3    Q.  My colleague highlighted the beginning,
4  "Because."
5    A.  Yeah.
6    Q.  I'm sorry, would you read it into the
7  record?
8    A.  Yeah. "It was not anticipated."
9    Q.  Sorry. Would you read the whole
10 sentence into the record, and then I'll ask you a
11 question about it?
12   A.  Okay.
13      "Because it was not anticipated that
14 NDMA would occur at these levels in the manufacturing
15 of the valsartan API, manufacturers would not have
16 been testing for it."
17   Q.  Okay. So in this document, the FDA
18 Commissioner is explicitly stating that it was not
19 anticipated that NDMA would occur at these levels in
20 the manufacturing of valsartan. Correct?
21   A.  That's what he's saying.
22   Q.  And because of that, the Commissioner of
23 the FDA was saying, and for that reason, drug
24 manufacturers would not have been testifying --
25 would not have been testing for it.

Page 123

1    Is that what he's saying?
2    MR. SLATER: Objection.
3    You can answer.
4    A.  That's what the sentence appears to say.
5    Q.  Okay. Do you disagree with the FDA
6  Commissioner's statement here?
7    A.  Absolutely disagree.
8    Q.  Okay.
9    A.  A hundred percent.
10   Q.  Okay. So you think the FDA was wrong
11 when it said this to the public?
12   A.  Yes, it should have been testing for it.
13   Q.  Okay. So let's take a look at another
14 statement.
15      MR. BERNARDO: And this is marked as
16 Exhibit 10.
17      (Exhibit Hecht-10, FDA Statement
18 entitled, "FDA Statement on the FDA's ongoing
19 investigation into valsartan and ARB class impurities
20 and the agency's steps to address the root causes of
21 the safety issues," dated January 25, 2019, No Bates,
22 Five Pages, was received and marked for
23 identification.)
24      MR. SCHOCH: Uh-hum.
25      MR. BERNARDO: Oh, sorry, the

Page 124

1  January 25, 2019.
2    Q.  And this is a statement, it looks like
3  it's issued several months later from FDA,
4  January 25, 2019, also from Scott Gottlieb, M.D., the
5  Commissioner. Do you see that?
6    A.  Yep.
7    Q.  And it's another statement FDA issued as
8  they were continuing to investigate the nitrosamine
9  formation in valsartan. Is that correct?
10   A.  Yes.
11   Q.  Again, if you need to look at it, you'll
12 let me know, but let's just jump ahead to page 3, and
13 I'll show you the section about which I want to ask
14 you a question.
15      So where my colleague highlighted, and
16 he'll take that off so you can better read it --
17      MR. BERNARDO: Thank you.
18   Q.  Can you just read that sentence?
19   A.  Yeah.
20      "Tests are selected based on assessments
21 of what impurities may develop as a result of the
22 manufacturing process. In other words, it generally
23 needs to be recognized that there's a risk of an
24 impurity occurring as a result of a manufacturing
25 process to know the impurity should be tested for."

Page 125

1  Yes, right.
2    Q.  And I think you would agree with that,
3  based upon what you said. Correct?
4    A.  Yeah, right. They should have tested
5  for it.
6    Q.  Okay. Is it your expectation that
7  pharmaceutical companies generally test for NDMA or
8  NDEA or other nitrosamines?
9    A.  Not generally, no. I don't think they
10 do.
11   Q.  Okay. To your knowledge, prior to 2018,
12 did pharmaceutical companies regularly test for NDMA
13 or NDEA or other nitrosamines?
14      MR. SLATER: Objection.
15      You can answer.
16   A.  I do not know.
17   Q.  I'm sorry, I didn't hear your answer?
18   A.  I don't know.
19   Q.  Would that be relevant to your opinion,
20 with respect to how widely-known, and how any chemist
21 in a manufacturing process would be expected to know,
22 if other manufacturers didn't test for NDMA or NDEA
23 in pharmaceuticals?
24      MR. SLATER: Objection.
25      You can answer.

32 (Pages 122 - 125)

Page 126

1    A.    My opinion is based on knowledge of the
2    literature, and on decades of research on
3    nitrosamines that has established them as some of the
4    most potent carcinogens that are present in various
5    situations that humans are exposed to.  So my opinion
6    is well formed on that, with respect to nitrosamines.
7          So if I were the FDA Commissioner, and I
8    saw this process, I would tell the company that they
9    had to test for nitrosamines.
10   Q.    Okay.
11   A.    Specifically for nitrosamines.
12         Whether nitrosamines should be tested in
13   all drug substances, it's probably not necessary;
14   because the manufacturing process, in probably the
15   vast majority of cases, would not involve the use of
16   sodium nitrite in the presence of secondary amines at
17   pH █
18         (Court Reporter Clarification.)
19         MR. SLATER:  He said -- I'll tell you.
20   He said, "the presence of secondary amines at pH █"
21   A.    Very few pharmaceutical companies would
22   venture to use that kind of chemistry, okay?  Because
23   the people in pharmaceutical companies, they're not
24   idiots, they're aware of the literature.  Okay?
25   There's hundreds of published papers on the

Page 127

1    carcinogenicity of nitrosamines.  There's multiple
2    reviews.  There's conferences that have taken place
3    for years, okay?  So this is -- this is not something
4    that's -- this is something that's widely known,
5    let's put that way.
6          And organic chemists and pharmaceutical
7    agents -- pharmaceutical companies should be aware of
8    it.  They are aware of it.  All right?  Because I
9    mean, the FDA has had committees on nitrosamines.
10   FDA started their meetings on nitrosamines in the
11   1970s.  Okay?  So this is not a niche issue; this is
12   a well-known issue.  But ZHP was not thinking or --
13   whatever.  I don't know.
14   Q.    There are many different kinds of
15   nitrosamines in chemistry, fair to say?
16   A.    Yes.
17   Q.    So for example, there are
18   tobacco-specific nitrosamines; that's one kind.
19   Correct?
20   A.    Yes.
21   Q.    There are nitrosamines that could be
22   formed during the -- the curing or grilling of meats
23   and other foods, and nitrosamines that go in foods.
24   They're all different, and have a different mechanism
25   for formation.  Is that fair?

Page 128

1    A.    Sure.
2    Q.    Okay.  And I just want to establish:
3    What you're talking about was, generally with respect
4    to the development of nitrosamines; not specifically
5    the development of nitrosamines in pharmaceuticals.
6    Fair, in terms of the wide knowledge?
7    A.    Yes, generally.  But pharmaceuticals is
8    one aspect of it, okay?  And people -- investigators,
9    chemists from drug companies, pharmaceutical
10   companies, attended the meetings that discussed
11   nitrosamine formation.  Okay?  They attend the
12   American Chemical Society meeting, where nitrosamine
13   formation, nitrosamine formation, nitrosamine
14   carcinogenicity, nitrosamine chemistry is discussed.
15   So they are aware.
16   Q.    Are you aware, have there been any of
17   these types of conferences that you're aware of that
18   discussed the development of NDMA or NDEA, under the
19   conditions that were present in the processes we've
20   discussed today?
21   A.    Starting in 1970, sure.
22   Q.    So you're saying that the formation of
23   NDMA, for example, in a process like the zinc
24   chloride process, has been the subject of a
25   conference since the 1970s?

Page 129

1          MR. SLATER:  Objection.
2    Q.    I want to understand what you are saying
3    has been in a conference?
4    A.    Not specifically --
5          MR. SLATER:  One second, Doctor --
6          (Simultaneous speaking.)
7    A.    No, not specifically for this process,
8    okay?  I'm saying the general mechanism of formation,
9    okay?  So that is the beauty of chemistry, okay?  You
10   have certain reactions that will take place under
11   certain conditions, and it doesn't matter whether
12   that's in a food product or a pharmaceutical product,
13   or in the environment.  Okay?  We can predict that
14   that reaction will take place.
15         And the formation of dimethylnitrosamine
16   from dimethylamine has been known for decades.
17   Q.    Okay.  I want to go back to your report
18   for a moment, and we're going to put on the screen,
19   page 20.  And I want to have you take a look; it's
20   about five, six lines from the bottom.
21         "In their analyses of the product, they
22   would not have identified NDMA in the chromatograms
23   unless they were specifically looking for it, because
24   the peaks would be too small."
25         Do you see that?

33 (Pages 126 - 129)

Page 130

1   A.   Yep.
2   Q.   Okay.  And I understand you follow-up by
3  saying that that's not a legitimate scientific
4  excuse.  I want to ask you a question.
5       Hypothetically, if ZHP was not expected
6  -- sorry.  If nitrosamine formation would not be
7  expected, you'd -- you agree, there's no reason they
8  should have detected it in their products with the
9  testing that was done.  Correct?
10       MR. SLATER:  Objection.
11       (Simultaneous speaking.)
12       MR. SLATER:  That doesn't make sense.
13   A.   They wouldn't have seen it.  Not in
14  routine testing.
15   Q.   Okay.  And now you say ZHP should have
16  been testing its API for both NDMA and NDEA.  Is that
17  correct?
18   A.   Yes.
19   Q.   Is it your opinion that ZHP should have
20  been testing for all nitrosamines, or just those two?
21   A.   Well, those would be -- those would be
22  the main two.  But I mean, again, they're adding
23  nitrite at pH █ this is like perfect conditions for
24  nitrosamine formation.  You can read it in the
25  literature.  It's been known since the 1950s, all

Page 131

1  right?
2       So, you know, if there were other
3  secondary or even tertiary amines present in their
4  reaction mixtures for whatever reasons, then other
5  nitrosamines possibly could have formed.
6   Q.   Now fair to say, Doctor, you've never
7  worked at a pharmaceutical company.  Correct?
8   A.   Yes.
9   Q.   That's correct, you haven't worked at
10  one.  Right?
11   A.   Correct.
12   Q.   Thank you.  And you've never done any
13  kind of systemic evaluation of the kind of testing or
14  testing program that a pharmaceutical company does.
15  Correct?
16   A.   That's correct.
17   Q.   Okay.  So fair to say, you're not an
18  expert in testing pharmaceuticals for impurities?
19       MR. SLATER:  Objection.
20   A.   Well, I know how to do it.  All right?
21  I just haven't worked in that area.  But I certainly
22  know how to do it.
23   Q.   Right.  But you're not an expert in
24  terms of what is done or what should be done, or the
25  types of equipment that are typically used or not

Page 132

1  used.  Is that fair?
2       MR. SLATER:  Objection.
3       (Simultaneous speaking.)
4   A.   Well, I know what should have been done
5  in this case.  Absolutely, I'm an expert.
6   Q.   But I'm talking about in the category of
7  testing pharmaceuticals generally, Dr. Hecht?
8       MR. SLATER:  Objection --
9   A.   I don't know what you mean.  I mean, if
10  I saw this process, I don't care whether I'm in the
11  pharmaceutical industry or wherever I am; I would
12  take this material into the lab and test it for
13  nitrosamines.
14   Q.   Okay.  So gas chromatography, GC, is a
15  type of chromatography that's used in analytical
16  chemistry for separating and analyzing organic
17  compounds that can be vaporized without
18  decomposition.  Is that fair?
19   A.   Yes.
20   Q.   Okay.  And would you agree that -- can I
21  just call it "GC"?
22   A.   Yes.
23   Q.   Thank you.  You would agree that GC is
24  routinely used by chemists to test the purity of a
25  substance?

Page 133

1   A.   Yes.
2   Q.   Okay.  And GC can be followed by a
3  couple detectors, such as a flame ionization
4  detector?
5   A.   Correct.
6   Q.   Okay.  Which I'm going to refer to as
7  FID, if that's okay?
8   A.   Right.
9   Q.   And the FID is an analytic instrument
10  that measures analytes in a gas stream?
11   A.   Yes.
12   Q.   And FID functions by detecting ions that
13  are formed during combustion of organic compounds in
14  a hydrogen flame?
15   A.   Yes.
16   Q.   And you agree that the combination,
17  which I'll refer to as GC-FID, is commonly used by
18  chemists in separating and analyzing organic
19  compounds that can be vaporized without
20  decomposition?
21   A.   Yes.
22   Q.   And you agree that GC-FID can detect
23  almost all carbon-containing organic molecules?
24   A.   I wouldn't go that far.
25   Q.   Where do we depart?

34 (Pages 130 - 133)

Page 134

1     A.    They have to be volatile.
2     Q.    Okay.  That would be your qualifier?
3     A.    Well, the detection method is pretty
4  general, but it wouldn't work unless you -- you have
5  to convert the analyte into the gas stream of the --
6  of the GC.  If it's not volatile, it wouldn't go
7  through the GC.
8     Q.    Thank you.  And you would agree that
9  there are articles that have been published in the
10  peer-reviewed scientific literature about GC-FID as
11  an analytic tool.  Correct?
12     A.    Yes.
13     Q.    Okay.  Would you agree that it's become
14  the most widely-used tool for volatile organic
15  compound detection?
16     A.    It's one of the most volatile --
17  volatile?  It's one of the most widely used.
18     Q.    Okay.  But if there's an article --
19  again, I'm trying to just be efficient and not have
20  to go through it -- that stated that it's become the
21  most widely-used tool for VOC detection, you wouldn't
22  have a reason to dispute that.  Correct?
23     A.    Yes.
24     MR. SLATER:  Objection.
25     Q.    You -- I think you agreed with me,

Page 135

1  Dr. Hecht, but I just want to make sure?
2     A.    It's one of the most widely used.  I
3  don't know if it's the most widely used anymore.  But
4  it's definitely one of the most widely used.  But you
5  know, GC mass spec has taken over.
6     Q.    And --
7     A.    You know, there's always evolution of
8  analytical methods.  And, you know, the older ones
9  fall by the wayside, new ones come along.  And the
10  new ones are usually pretty expensive at first, but,
11  you know, as further advances are made, they also
12  become cheaper and they take over.  It's just like
13  any product.
14     Q.    Sure.  As science evolves, so too does
15  technology.  Right?
16     A.    Yep.
17     Q.    And again, I'm just trying to be
18  efficient, because if you do disagree, we can pull it
19  up and take a look at it.  But if there were an
20  article that were published that -- in 2016.  And by
21  the way, let me take a step --
22     MR. SLATER:  I'm sorry, can you show him
23  the article?  I don't really understand what you're
24  doing here.
25     MR. BERNARDO:  I'm just asking a

Page 136

1  question.  Okay?
2     MR. SLATER:  I get it, but I'm asking
3  you to show him the article, rather than asking him
4  to assume that articles say things.
5     MR. BERNARDO:  Okay.
6     Q.    Dr. Hecht, first of all, you agree what
7  we're looking at really should be -- what we're
8  evaluating should be what was in use in 2000 --
9  before 2018.  Correct?  Because that's the period of
10  time that we're talking about.  Is that fair?
11     A.    Right.
12     Q.    Okay.
13     MR. BERNARDO:  So why don't we pull it.
14  I was trying to be efficient.  Why don't we just mark
15  this.
16     (Exhibit Hecht-11, Article entitled
17  "High performance mini-gas chromatography-flame
18  ionization detector system based on micro gas
19  chromatography column," from Review of Scientific
20  Instruments, published April 21, 2016, was received
21  and marked for identification.)
22     Q.    And this is a 2016 article entitled,
23  "High-performance mini-gas chromatography-flame
24  ionization detector system based on micro gas
25  chromatography column."

Page 137

1     I'll ask the question, but I can't
2  imagine you'll remember.
3     Do you know if you've had occasion to
4  review this article before?
5     A.    Have I what?
6     Q.    Had occasion to review this article
7  before, if you know?
8     A.    No, I haven't seen this one.
9     Q.    Okay.  Why don't we just take a look at
10  the second page, the bottom left.  Okay.  I simply --
11  and again, you're welcome to look at as much or as
12  little of this off the record as you'd like.  But I
13  just want to see if you have any reason to dispute --
14  you see this --
15     MR. BERNARDO:  You want to get the
16  bottom left since the N --
17     Q.    If you look at that last paragraph --
18  whoops, there we go, the last paragraph on the
19  left-hand column that begins "Since the advent"?
20     A.    Yup.
21     Q.    Okay.  Can you just read that?
22     A.    "Since the advent of the flame
23  ionization detector, it has become the most
24  widely-used tool for VOC detection."
25     Q.    As you sit here today, Dr. Hecht, I just

35 (Pages 134 - 137)

Page 138

1 want to understand: Do you have any reason to
2 dispute that conclusion?
3          MR. SLATER: Objection.
4     Q.    This is a 2016 article?
5          MR. SLATER: Objection.
6          You can answer.
7          Asked and answered.
8          You can answer again.
9     A.    Yeah, I have reason to dispute it,
10 because I think GC mass spec might be just as widely
11 used. I don't know, I don't have the figures before
12 me. But, you know, GC mass spec is certainly widely
13 used. I think all universities have it, and I'm sure
14 all pharmaceutical companies have it. And all
15 industry has it.
16          I mean, you know, it's hard to imagine
17 doing analytical chemistry these days without a GC
18 mass spec or LC mass spec.
19     Q.    And --
20     A.    So yeah, whether GC-FID is more widely
21 used than GC mass spec, I'm really not sure.
22     Q.    Thank you, that's all I'm asking. And
23 this -- I just want to make sure we're on the same
24 page, literally. That we're in -- this is an article
25 in 2016, I'm not asking you about today, I'm asking

Page 139

1 you about 2016.
2          Is your answer the same for 2016 as you
3 just gave me. Correct?
4     A.    Yes.
5     Q.    Okay. Thank you. Would you agree that
6 there are actually times when --
7          MR. BERNARDO: You could take that down.
8     Q.    When GC-FID is, in fact, the best method
9 for testing?
10         MR. SLATER: Objection.
11         You can answer.
12    A.    That's a really hard question to answer.
13 I mean, I don't know what you're driving at. The
14 best method? I mean, the best method for what?
15    Q.    Fair enough. I'm simply asking whether
16 you would acknowledge that there are circumstances in
17 which this could be the best method to use. I'm not
18 asking you to delineate them.
19         And if you don't know, you don't know?
20         MR. SLATER: Objection.
21         You can answer.
22    A.    Yes, I suppose there are circumstances
23 where GC-FID could be a better method than GC mass
24 spec.
25    Q.    Have you, Dr. Hecht, ever tested for

Page 140

1 impurities using GC-FID?
2     A.    Yes.
3     Q.    Have you ever tested for impurities
4 using GS [sic] mass spectrometry?
5     A.    Yes.
6     Q.    I want to go back to Dr. Xue's report,
7 which we'll put on the screen?
8          MR. BERNARDO: And if Josh, you could
9 turn to page 53.
10    Q.    And I'll just tell you in advance: The
11 purpose of this question, Dr. Hecht, is just to get
12 an understanding. I think there's certain things
13 that you and Dr. Xue agree with, and I know there's
14 certain things you disagree with, and I just -- I'm
15 trying to distinguish or understand the difference.
16         So page 53, the last line, it says, "The
17 five methods" -- I'm sorry.
18         "Plaintiff's experts also state that
19 five testing methods for nitrosamines were available,
20 and any reasonable organic chemist would have used
21 one of them to test valsartan API for nitrosamines."
22         That's a fair characterization.
23 Correct?
24         MR. SLATER: I'm sorry. One second,
25 Doctor.

Page 141

1          Are you saying, did you read the
2 statement correctly?
3          MR. BERNARDO: I'm asking if it's a fair
4 characterization.
5     Q.    Do you agree with that characterization
6 of the plaintiff's experts, in what they say?
7          MR. BERNARDO: So, no, Adam, I'm not
8 asking if I read it correctly.
9     A.    Five methods.
10    Q.    No, I'm just on the first -- oh, yeah.
11         MR. SLATER: Are you including the
12 footnote to that sentence?
13         MR. BERNARDO: Yes.
14    A.    Okay. Five methods, I can't read the
15 footnote, but I don't know --
16         MR. BERNARDO: Can you blow that up,
17 Josh. Blow it up a little more. Thanks.
18    A.    Yeah, I guess these are -- these are the
19 five methods they -- that he's mentioning.
20    Q.    Right. Okay. Just going on the
21 carryover sentence, Dr. Xue says, "The five methods
22 identified by plaintiff's experts include the
23 combined head space method" -- and I'm going to skip
24 over the abbreviations -- "combined direct injection
25 method, direct injection, head space, and LC-HRMS

36 (Pages 138 - 141)

Page 142

1  method."
2       Did I read that correctly?
3       A.   Yeah, that sounds right.
4       Q.   And those are the five methods that
5  plaintiff's experts have pointed to.  Is that fair?
6       A.   Yep.
7       Q.   Okay.
8            MR. BERNARDO:  And can you move it up a
9  little bit, Josh -- sorry.  Sorry, I want to continue
10 reading, thank you.
11      Q.   And he also says, "All of these methods
12 use MS," or mass spectrometry, "as a detector."
13           Do you agree with that?
14      A.   Yes, that's right.
15      Q.   Okay.  Here's the part I want to see if
16 you agree with.
17           "Although these methods" -- sorry.
18           "Although these MS-based methods are
19 sensitive toward the nitrosamines NDMA and NDEA,
20 I" -- and he's saying Dr. Xue -- "have not seen any
21 evidence that they were the standard in the industry
22 at the time when the zinc chloride process and the
23 TEA process with quenching were being utilized for
24 the production of valsartan API.  And as I've
25 explained above, ZHP did not have a scientific reason

Page 143

1  to be looking for NDMA or NDEA in valsartan API at
2  that time."
3           Did I read that correctly?  That's all
4  I'm --
5       A.   Yes, you did.
6       Q.   Okay.  I want to eliminate the last
7  part, because I know your position on there.  I want
8  to ask, Dr. Hecht, if you have identified evidence,
9  and if so, what it is, that these methods that were
10 described above were standard in the industry at the
11 time when the zinc chloride process and the TEA
12 process with quenching were being utilized for the
13 production of valsartan API?
14           MR. SLATER:  Objection.
15      A.   Absolutely.  GC-MS and LC-MS are
16 standard in the industry.  Absolutely, a hundred
17 percent.
18      Q.   And what is -- can you point me to
19 something that would help us understand where you get
20 to that conclusion?
21      A.   I know from -- from my students or post
22 docs that have gone into industry, they come back and
23 tell me how well-equipped these pharmaceutical
24 industries, pharmaceutical companies are.  Okay?  I
25 mean, a mass spectrometer is a significant

Page 144

1  investment, and it's not always easy for academic
2  institutions to acquire them, because they can be
3  quite expensive.  But industry certainly, the
4  pharmaceutical industry, absolutely, a hundred
5  percent, has these instruments available.
6            I don't know where this guy gets his
7  information from.  It's absolutely wrong.  Okay?
8       Q.   And to be clear, Dr. Xue is saying he's
9  not seeing evidence.  And what you're pointing me to,
10 if I understand, is commentary from your students.
11 So this commentary from your students is from 2013 or
12 prior?
13      A.   I can't tell you exactly when it's from.
14      Q.   I'm just trying --
15      A.   Look, I know the pharmaceutical industry
16 definitely is well-equipped for mass spectrometry.
17 There's no doubt.
18      Q.   In 2013?
19      A.   Yes, in 2013.  No doubt.
20      Q.   Okay.  And I understand you have no
21 doubt.  I'm trying to understand the reason you have
22 no doubt, and you've told me because students you've
23 had have come back and told you.  Is there any --
24      A.   That's not a good example, okay?
25      Q.   Okay.

Page 145

1       A.   A better example is from, you know, I
2  attend conferences every year of the American
3  Chemical Society.  I see the hundreds of papers that
4  are presented, many of them from the industry, okay?
5  I attend the conference, the American Society for
6  Mass Spectrometry, ASMS, that happens every year,
7  okay?  They have hundreds of presentations, many of
8  which are from industry, and all use these methods.
9            So I mean, I don't know where this guy
10 gets his information from.  It's wrong.  It's
11 absolutely wrong.
12      Q.   Okay.  I'm not asking whether or not
13 they were used.  I'm asking whether or not they were
14 the standard in the industry, and I'm trying to
15 understand --
16      A.   Yes, they are the standard.
17      Q.   Let me just finish.  I understand that's
18 your opinion, Dr. Hecht.
19      A.   It's more than an opinion; it's a fact.
20      Q.   Okay.  I'm trying --
21      A.   To be clear, okay?  This is a fact.
22      Q.   Okay.  Is it a fact because you say it's
23 a fact, or is it a fact because you can point me to a
24 process to be determined --
25           (Simultaneous speaking.)

37 (Pages 142 - 145)

Page 146

1    (Court Stenographer clarification.)
2    Q.   Wait.  Wait, Dr. Hecht --
3    A.   Go to the abstracts of the American
4    Society For Mass Spectrometry, ASMS, which are
5    published every year.  Look at the hundreds of
6    abstracts and where they come from.
7    Q.   Okay.
8    A.   And you'll find your answer.
9    Q.   Okay.  I don't want to -- I don't intend
10   personally to research this.  I'm simply trying to
11   ask if you've done: -- have you done anything to
12   research this, or are you saying it based upon your
13   observations?
14   A.   It's based on my observations.  I've
15   attended the ASMS meetings.
16        You know, I was editor-in-chief of
17   Chemical Research and Toxicology for five years, so I
18   see all the papers that are submitted, many of which
19   come from industry, and they use this technology.
20   Q.   Dr. Hecht, what did you do to prepare
21   for your deposition today?
22   A.   I studied the binders.
23   Q.   And the binders are the ones that you
24   referred me to that include approximately four
25   binders of ZHP documents, and some other materials?

Page 147

1    A.   Yes.
2    Q.   Okay.  Generally, in respect to forming
3    your opinions in this case, did you read deposition
4    testimony?
5    A.   Yes, I did read a couple.
6    Q.   And did you read the depositions in
7    their entirety, or did you read -- read portions of
8    them?
9    A.   I don't really know.
10   Q.   Okay.  Well, you cite to some of them,
11   so I'm trying to understand a little bit better.
12   A.   Yes, so I mean, I have the deposition
13   of -- I don't know.  The guy...
14        MR. SLATER:  Take your time, there's no
15   rush.
16   Q.   Let's do it this way, Dr. Hecht.  You've
17   cited to certain ones, and we don't need to get into
18   the specifics.  I'm really just trying to get a
19   general sense.
20   A.   Yeah, well, I'm looking for the
21   deposition of -- I don't know; I can't find it right
22   now.
23   Q.   Okay.
24   A.   Anyhow, there's a guy from industry that
25   talked about the various analytical methods that were

Page 148

1    used, and then, you know, he showed the various
2    different peaks that you could get from GC-FID, and,
3    you know, the peaks were very small for NDMA, and
4    blah-blah-blah, and -- whatever.  It's irrelevant, I
5    mean -- well, it's not irrelevant.  It's relevant.
6        But the point is that, in order to get a
7    firm handle on the quantitation of NDMA or NDEA at
8    these levels, you're talking about like an average of
9    65 parts per million or whatever, you're going to
10   have to use a mass spec detector, a GC-MS.
11   Q.   Yeah, I'm on a different topic,
12   Dr. Hecht, just let me help here.  So I moved past
13   the testing methodology, and I really want to just
14   understand what you, Dr. Hecht, did to form your
15   opinions in this case.
16        And remember, I'm talking about your
17   opinions in your December 2022 or your October '22
18   report and just a portion of your 2021 report that we
19   talked about earlier.  Are you with me?
20   A.   Yep.
21   Q.   Okay.  Before you formed your opinions
22   as to what ZHP did or didn't do, or knew or should
23   know, those opinions, did you review testimony of ZHP
24   employees?
25        MR. SLATER:  Objection.

Page 149

1        You can answer.
2    A.   Could you rephrase that?  I mean,
3    that's --
4    Q.   I'm simply asking --
5    A.   I don't really know -- try to rephrase
6    it, okay?
7    Q.   Of course.  In connection with the
8    portion of your report we've talked about, okay?  I
9    just want to make this a simpler question.
10       So you do remember our discussion at the
11   beginning of this deposition, that I'm only asking
12   you questions about your ZHP-specific opinions, the
13   ones that are in your 2022 report, and in a portion
14   of your 2021 report.  Are you with me on that?
15   A.   Yeah.
16   Q.   Okay.  So those opinions, in connection
17   with forming those opinions, did you review
18   testimony, deposition testimony, of ZHP company
19   employees?
20       MR. SLATER:  Objection.
21       You can answer.
22   A.   Yes.
23   Q.   Okay.  Approximately how many employees'
24   depositions did you read?
25   A.   I don't know.

38 (Pages 146 - 149)

Page 150

1    Q.    Okay.  Do you know if you read the
2  entire testimony of the employee, a portion of the
3  testimony of the employee?  Like, did you sit down
4  and say, "Here, I'm going to read this particular
5  person from cover to cover"; or did you just look at
6  portions of it?
7    A.    Portions.
8    Q.    Okay.  How did you identify which
9  portion to take a look at?
10    A.    You know, I have binders that have
11  portions of testimony in them.
12    Q.    Okay.  And who selected --
13    A.    That were sent to me.
14    Q.    So you didn't select the portions of the
15  testimony that you were going to review; somebody
16  else selected them for you.  Is that fair?
17    A.    Yes.
18    Q.    Okay.  About how much time would you say
19  you spent, just looking at deposition testimony?
20    A.    Oh, I don't know.  Several hours.
21    Q.    Okay.
22    A.    I don't know.
23    Q.    Did you -- it's fair to say -- I'm
24  sorry?
25    A.    Yeah, go ahead.

Page 151

1    Q.    Fair to say, you didn't interview any
2  company employees yourself.  Correct?
3    A.    Correct, yes.
4    Q.    Did you ask Mr. Slater if you could?
5    A.    No.
6    Q.    And did you write your report yourself,
7  or did somebody else write it for you?  What would --
8  help me understand the process?
9    A.    I wrote the draft.
10    MR. SLATER:  Wait, wait, time out.  Time
11  out.  Stop for a second.
12    I got distracted for a second.
13  Objection.  You're not going to ask these questions.
14  It's off limits, it's the work product.  You're not
15  asking about the writing of the report.  You're not
16  asking who wrote, who did what.  That's it.  Move on
17  to the next subject.
18    MR. BERNARDO:  I'm not asking anything
19  about lawyers, I'm simply asking if Dr. Hecht wrote
20  it or if he had somebody else write it.  I think --
21    MR. SLATER:  Objection.  You can go to
22  the Court.  It's work product.  How the report is
23  written is work product; you know better.  Come on.
24    MR. BERNARDO:  Okay.  I disagree with
25  your characterization.

Page 152

1    MR. SLATER:  Really?  Do you want us to
2  ask your experts --
3    MR. BERNARDO:  Adam --
4    MR. SLATER -- who wrote their reports?
5    MR. BERNARDO:  Adam, let's just have
6  some ground rules.  You don't -- I don't interrupt
7  you when you're talking, let me finish my response,
8  and then you can respond to that.  It will make this
9  much easier.
10    We will move on.  I disagree with you.
11  Let's move on.
12    MR. SLATER:  Okay.  And what I was
13  saying, before you interrupted my interruption of
14  your interruption of my interruption of you, was
15  that's -- we're not going to be asking your experts
16  that either, because it's clearly off-limits under
17  the federal rules of civil procedure and the case
18  law.  Come on.
19    MR. BERNARDO:  I disagree with that, but
20  I'm happy to move on.
21    MR. SLATER:  Okay.  Are you suggesting
22  when we depose your experts, we can ask them who had
23  input into the writing of their reports?
24    Q.    Dr. Hecht --
25    MR. BERNARDO:  Adam, you're eating into

Page 153

1  my time, let's move on.
2  BY MR. BERNARDO:
3    Q.    Dr. Hecht, did you read Dr. Bain's
4  expert report?
5    A.    Spell it?
6    Q.    B-A-I-N?  I think it might be it's
7  B-A-I-N-S, but --
8    A.    I don't know.  What was it about?  I
9  don't remember.
10    Q.    Okay.  You answered my question.
11    So you don't know if you reviewed
12  Dr. Bain's report before your report was written.
13  Correct?
14    MR. SLATER:  He doesn't know if he even
15  saw it.
16    A.    I don't know.  I may have.  I mean, I
17  don't know how to answer it, because you have to tell
18  me what was his report about.  I don't remember the
19  name necessarily.  Who is Dr. Bain?  I mean...
20    Q.    You've answered my question.  Thank you.
21    MR. BERNARDO:  So Adam, I'm about to
22  turn to a section that's not going to get done in a
23  few minutes.  It's 12:35, we're a little shy of an
24  hour, but I'm thinking maybe now is a good time to
25  take a lunch break.  But that depends.  We're an hour

Page 154

1  behind for Dr. Hecht, so maybe --
2       MR. SLATER: So hang on, hang on. This
3  is what I'd like to do. I want to leave it up to
4  Dr. Hecht. We're not doing an eleven --
5       MR. BERNARDO: Yeah, of course.
6       MR. SLATER: Because what I'm not doing
7  is an 11-and-a-half-hour deposition today, like
8  happened last night. You were fortunate enough not
9  to be on the deposition. It went 'til 8:30; it
10  started at 9:00 in the morning here on the East
11  Coast. It went on forever.
12       So I just -- whatever breaks we take, I
13  don't want to take them just for the sake of taking
14  them. So I would ask the doctor if he wants to take
15  a break, when he wants to take it, how long he needs.
16  Because I really don't want to have this deposition
17  going to 8 o'clock tonight.
18       MR. BERNARDO: I don't expect it will
19  be, unless you have many hours of questions. I'm
20  simply acknowledging that at some point in time, even
21  if the doctor doesn't, there are other lawyers,
22  myself included, who would want to take a break for
23  lunch.
24       MR. SLATER: Well, I think the other
25  lawyers, frankly, between you and me, they can eat

Page 155

1  while they watch. So I'm not --
2       MR. BERNARDO: I can't, and I'm not --
3       MR. SLATER: Look, it's 11:30 where he
4  is. If Dr. Hecht is okay to keep going, we'd like to
5  keep going.
6       MR. BERNARDO: Okay. Let's take, then,
7  a brief bio break, and then we'll go for another
8  hour, and then we'll decide about lunch. How's that?
9       Q.   Does that work for you, Dr. Hecht?
10       A.   Yes.
11       Q.   Okay, thank you.
12       THE VIDEOGRAPHER: Going off the record.
13  The time is 11:36 a.m. Central Time. This is the end
14  of Media Unit 3.
15       (A brief recess takes place.)
16       THE VIDEOGRAPHER: We're back on the
17  record. The time is 11:46 a.m., Central Time. This
18  is the beginning of Media Unit 4.
19  BY MR. BERNARDO:
20       Q.   Dr. Hecht, I want to change topics here,
21  and we want to put back a copy of your report, or if
22  you could take a look at a look at your report at
23  pages 6 to 7. I just want to refresh your
24  recollection about the subject I'm going to be
25  talking about. Okay?

Page 156

1       MR. SLATER: What report did you say,
2  Rich, the 2022?
3       MR. BERNARDO: Yes.
4       MR. SLATER: Thank you.
5       MR. BERNARDO: And it's on the screen.
6       Q.   I want to focus, Dr. Hecht, on what is
7  on the screen, which is your report that says, "A
8  series of customer complaints was received by ZHP
9  with regard to the unknown peak or aberrant peaks on
10  the chromatography. And this includes" -- and then
11  you list six -- seven pieces there.
12       Do you see that where I am?
13       A.   Yes.
14       Q.   Okay. And I think you refer to these as
15  "customer complaints." Correct?
16       A.   Yes.
17       Q.   And you cite to various documents and
18  testimony. Do you see that?
19       A.   Yes.
20       Q.   And this is -- these are -- well, let me
21  go back.
22       So the deposition testimony just has
23  excerpts. So for example, the first one says,
24  "Quiangming Li," and it gives the date of the depo,
25  and it has page 130, line 7, through 170, line 11.

Page 157

1  Correct?
2       A.   Yeah.
3       Q.   And those are ones I think we talked
4  about earlier, is that the same thing here: Those
5  are ones that plaintiff's counsel selected for you to
6  take a look at?
7       A.   Yes.
8       MR. SLATER: Objection.
9       You can answer.
10       A.   Yes.
11       Q.   And did you ask to look at any other
12  parts of the deposition of those witnesses you cite,
13  for context or other information?
14       A.   I'm not sure I understand your question.
15       Q.   Sure. I'll rephrase it. When you
16  looked at, for example, the first reference we have
17  under Number 1, it has, it looks like, 40 pages,
18  maybe, right --
19       A.   Sure.
20       Q.   -- of testimony? When you read that,
21  did you ask, based upon your reading of that, to see
22  other testimony that would be relevant to that
23  particular topic, or did you limit your review to
24  those pages?
25       MR. SLATER: Objection.

40 (Pages 154 - 157)

Page 158

1    You can answer.
2    A.    No, I didn't ask for more.
3    Q.    And you cite to -- again, I'm just going
4    to do it by way of example. For the first one, you
5    cite to a single document.
6        Is it fair to say that that's the only
7    document from the company that you looked at with
8    respect to that particular issue?
9        MR. SLATER: Objection.
10       You can answer.
11   Q.    I'm sorry, I didn't hear your answer,
12   Doctor?
13   A.    Yes.
14   Q.    So, as you were looking at these, you
15   didn't look at other documents that might pertain to
16   the same circumstance. Correct?
17       MR. SLATER: Objection.
18       You can answer.
19   A.    As far as I recall.
20   Q.    Okay. And did you do any -- did you
21   take any other steps to investigate the circumstances
22   regarding the seven, I'll call them, as you do,
23   customer complaints that are listed in your report,
24   than look at the deposition excerpt and the documents
25   cited?

Page 159

1    A.    Any other steps with respect to what?
2    Q.    Did you take -- did you take any other
3    steps to investigate what was done in connection, or
4    said in connection, with those customer complaints?
5    A.    Well, all the material that I reviewed
6    was related to these complaints. So I mean, I don't
7    really know what you're getting at.
8    Q.    I'm really --
9    A.    The whole thing I related. They're all,
10   they're all related.
11   Q.    Okay.
12   A.    So yeah, I did take other steps. I
13   read, you know, all the other reports.
14   Q.    Right. Let me be more -- we'll get into
15   one or two of these with specifics, and then we can
16   pursue that.
17       We know that the seventh one was the
18   identification of NDMA -- or NDEA. Correct? The
19   Novartis, Number 7?
20   A.    Yes.
21   Q.    Did the other six pertain to customer
22   complaints that were received with respect to
23   nitrosamines?
24   A.    I don't think they had identified the
25   nitrosamines at that time. I'm not sure. I mean --

Page 160

1    Novartis was the one that identified it, as far as I
2    know. So I'm not sure. I don't think the other
3    ones -- I mean the other complaints, I think, had to
4    do also with a lot of other peaks that were in the
5    chromatograms.
6    Q.    Explain to me, setting aside Number 7,
7    how Numbers 1 through 6 play into your opinion or a
8    factor or something you considered? Explain to me
9    what the relevance of them is?
10       MR. SLATER: Objection.
11       You can answer.
12   A.    Well, I think, you know, they indicated
13   a general lack of care on the part of the
14   manufacturer.
15   Q.    Explain to me how they demonstrate a
16   lack of care on the part of the manufacturer?
17   A.    Well, I think they saw other peaks in
18   the chromatograms. You know, I don't think -- I
19   don't think the NDMA and NDEA had been identified at
20   that time. But, you know, they saw -- they saw other
21   peaks in the chromatograms, as far as I recall,
22   that -- you know, that they didn't think they should
23   be there. They indicate lack of purity.
24   Q.    So the fact that there were other peaks
25   indicates a lack of care of the company? I just want

Page 161

1    to make sure I'm not putting words in your mouth, and
2    I want to understand what you just said?
3    A.    No, a lack of -- lack of purity, I said.
4    Not lack of care, lack of purity.
5        So, you know, they're getting the API
6    from ZHP, they're going to check it and make sure
7    it's pure. And that's not what they saw.
8    Q.    So is it possible that there could be
9    impurities that don't cause concern, and that, after
10   investigation, are perfectly okay? Or is it your
11   opinion that any impurity whatsoever demonstrates a
12   lack of care?
13   A.    No, there could be impurities that are,
14   you know, not a -- not a matter for concern.
15   Q.    And do you know whether any of these
16   examples that you identified concluded that the peaks
17   related to impurities that were of no concern? Do
18   you -- do you understand my question?
19   A.    I don't remember what all the peaks
20   were, to tell you the truth. We'd have to go through
21   them one by one. So, you know, some things would be
22   concerning and others would not. But, you know, if I
23   were one of these companies, I wouldn't want to see a
24   lot of other peaks in stuff that's supposed to be
25   pure.

41 (Pages 158 - 161)

Page 162

1    Because, you know, I'm going to
2 incorporate this into my product; I'm going to check
3 and make sure that it's pure.
4    Q.   Would it change your opinion if the
5 company addressed them and looked into them, and
6 found that they were of no concern; or that the
7 person who or customer who complained about them was
8 satisfied?  Would that -- would that change your
9 opinion?
10    MR. SLATER:  Objection.
11    You can answer.
12    A.   Nothing is going to change my opinion
13 about what happened in this main issue.
14    Q.   I'm sorry.
15    A.   Nothing will change my opinion about
16 that.  I can guarantee you that.
17    Q.   You pointed out a problem with my
18 question.  Thank you, Dr. Hecht.
19    I meant would it change your opinion as
20 to the relevance of -- to your opinions, of these
21 particular customer complaints?  In other words, if
22 these customer complaints were investigated, and it
23 was determined what these issues were, and it was
24 resolved to the customers' satisfaction, would these
25 complaints have any relevance, or factor into your

Page 163

1 opinion anymore?  That's just what I'm trying to find
2 out?
3    MR. SLATER:  Objection.
4    You can answer.
5    A.   Yeah, I mean, they saw some peaks.  And,
6 you know, if the peak turned out to be something
7 that's, you know, of no concern, then, you know,
8 there wouldn't be a problem.
9    Q.   And you -- I think you said, you didn't
10 do anything to investigate each of these six
11 circumstances, other than to look at the excerpts and
12 documents that you were provided.  Is that fair?
13    A.   Yes, that's correct.
14    Q.   Okay.  Why don't we just take one of
15 them.
16    MR. BERNARDO:  And let's pull up, what
17 exhibit number are we at?
18    MR. SCHOCH:  12.
19    MR. BERNARDO:  Okay, that works out.
20 Let's take -- well, first of all, let's take the, I
21 think it's called Vertex.
22    (Exhibit Hecht-12, Email Chain ending
23 2/28/2019 in Chinese Language, Bates ZHP02630924
24 through 2630925, was received and marked for
25 identification.)

Page 164

1    Q.   Do you know what Vertex is, Dr. Hecht?
2    A.   They're a pharmaceutical company.
3    Q.   Do you know where they fit, in terms of
4 their relationship with ZHP?  Are they a customer of
5 ZHP?
6    A.   I believe they are.
7    Q.   Okay.
8    MR. BERNARDO:  I'm sorry, Josh, I want
9 to take a look at the document, Tab 22.
10    Q.   And I want to show you the first
11 document that you have cited in your report.  It may
12 be helpful, Dr. Hecht, if you have -- and I think you
13 said you did have -- your report handy, just so you
14 could just take a look at numbers, if you have your
15 report handy and can be on the page we were just
16 looking at.  Which was --
17    MR. BERNARDO:  Josh, what page?
18    MR. SCHOCH:  Page 6.
19    Q.   Which is page 6 of your 2022 report.
20 Tell me when you're there.
21    A.   Yeah.
22    Q.   Okay.  So we're going to pull up -- we
23 have pulled up --
24    MR. BERNARDO:  If you scroll down to
25 show the Bates number, Josh.

Page 165

1    Q.   The first one that you have cited there.
2 Correct?
3    A.   Yep.
4    Q.   Okay.  And you can scroll through, it's
5 a two-page document.  Presumably you reviewed this,
6 since it's cited in your report.  Is that fair?
7    MR. SLATER:  I don't think Dr. Hecht is
8 looking at the screen.  I think he's looking for
9 something.
10    A.   Okay.  Go ahead.
11    Q.   Sure.  This is the first document that
12 you cite on Number 4, Vertex.
13    Do you agree with me?  If you look at --
14    A.   At Vertex, right.
15    Q.   Okay.  And I just want to understand
16 what, if anything, in connection with this particular
17 customer complaint you got from this particular
18 document?
19    A.   I don't remember.  I'd have to look at
20 it.
21    Q.   We're looking at it now.  It's --
22    A.   Yeah, okay, I know, but you didn't show
23 me anything so far.
24    Q.   I guess that's my point.  Is there
25 anything substantively that you could derive from

42 (Pages 162 - 165)

Page 166

1  this document?
2      A.  I don't remember.  I have to look at it.
3      Q.  I'm asking you to do that.  Has your --
4      A.  I'm looking at it, right.  But it
5  doesn't show anything.  It's just like two pages.
6      Q.  Okay.
7          MR. BERNARDO:  Can you expand the size,
8  Josh?  Okay.
9      Q.  My point -- and I think you're agreeing
10  -- well, first of all, there are portions of this
11  document that are in Chinese.  That's fair, and we'll
12  look at the translation?
13      A.  Yeah.
14      Q.  Okay.  But I just want to confirm, you
15  agree, and I think you just said that:  This document
16  doesn't tell you anything that would explain to you
17  what happened with respect to this Vertex customer
18  complaint.  I think --
19      A.  Not these -- not these two pages, no.
20          MR. SLATER:  Objection.
21      Q.  Thank you, okay.
22          MR. BERNARDO:  Let's look at the
23  translation of these two pages, Josh, which is 265A.
24          (Exhibit Hecht-13, English Translation
25  of Hecht-12, previously marked ZHP-265A, was received

Page 167

1  and marked for identification.)
2      Q.  Okay.  This is the translation that has
3  been used or provided.
4          MR. SLATER:  It's cut off.
5          MR. BERNARDO:  That's exactly how it was
6  provided and used as a deposition exhibit.  And this
7  is the document, if you look the reference that's
8  cited in his report.  I didn't create this.
9      A.  Well, there's nothing useful here.
10      Q.  Okay.  Let's take a look at the other
11  exhibit, which is ending in Bates 926.
12          MR. BERNARDO:  And we'll mark that as
13  exhibit, whatever number we're up to.
14          (Exhibit Hecht-14, Document in Chinese
15  Language previously marked ZHP-266, Bates ZHP02630926
16  through 2630927, was received and marked for
17  identification.)
18      Q.  And this document is also in Chinese, so
19  I'll just tell you there's an English translation
20  that was used, and that is part of this, so we'll
21  just turn to that.
22      A.  Yeah.
23          MR. SLATER:  Objection.
24      A.  I see it.
25          MR. BERNARDO:  Do you want to pull up

Page 168

1  the English translation?
2          (Exhibit Hecht-15, English Translation
3  of Hecht-14, Bates ZHP02630926 through 2630927, was
4  received and marked for identification.)
5      Q.  Okay.  And this is the other document
6  that you have cited.  Correct?
7      A.  Yes.
8      Q.  Okay.  What did you glean from this
9  document that supports your opinion that these
10  customer complaints showed a lack of care of ZHP?
11  And we can scroll through; just tell us when to
12  scroll down, Dr. Hecht, if you'd like?
13      A.  Well, there's --
14          MR. SLATER:  One second.  One second.
15  Doctor, one second.
16          Objection to the question.  The
17  foundation, the mischaracterization, and the method
18  that you're proceeding through these documents, and
19  the way you're asking the questions.
20          Now you can answer.
21      A.  There are solvent residues -- in the,
22  you know, in the API.
23      Q.  And you agree, at least what I see,
24  where you're looking at the top, am I correct, you're
25  looking at the, "Samples provided found solvent

Page 169

1  residues not contained"?
2      A.  What?
3      Q.  Where did you conclude from this page
4  that there were solvent residues?
5      A.  Just go back to the previous page.
6      Q.  This is page 1.  There we go.
7      A.  Okay.  Go down --
8          MR. SLATER:  Can you make it bigger,
9  please?
10          MR. BERNARDO:  Sure.
11          Am I understanding that Dr. Hecht's
12  document share still doesn't work?
13      A.  I can see it.  I can see it fine.  They
14  said -- yeah.  They found solvent residues.
15      Q.  Okay.
16      A.  "Not contained in the following Russian
17  giant registration document."  I'm not sure what that
18  means.
19      Q.  Okay.  But based upon --
20      A.  But on the previous page or the next
21  page, I saw a list of solvents.
22      Q.  Okay.  Let's take a look at that.
23          MR. BERNARDO:  Let's go to the next
24  page.
25      A.  Maybe it was the previous page, I don't

43 (Pages 166 - 169)

1 know. I saw it. So, you know, they didn't want to
2 have solvent residues in their -- their API.
3     Q.    Dr. Hecht, do you know what steps, if
4 any, ZHP took in response to the issue that you're
5 describing?
6     A.    To the solvent residues?
7     Q.    Yes.
8     A.    I really don't remember.
9     Q.    Do you know if they did --
10    A.    They might have -- they might have done
11 some analyses of the solvent residues that were
12 mentioned, and I don't remember.
13    Q.    Okay. So as you sit here today, you're
14 not in a position to explain what the circumstances
15 were, with respect to the fourth item on page 6 that
16 you describe as "customer complaints." Is that fair?
17        MR. SLATER: Objection.
18        You can answer.
19    A.    No, I wouldn't say that. I mean, there
20 were definitely aberrant peaks in the chromatograms
21 that they obtained when they analyzed the API, so I
22 mean, that -- you know, that was a problem.
23    Q.    Okay.
24    A.    I can't say exactly what these peaks
25 were, and I don't recall exactly what the resolution

1 of the thing was. Because I think around that same
2 time then, that's when Novartis discovered the NDMA,
3 and that kind of made all this other stuff
4 irrelevant. Because then, as ZHP had to go back and
5 analyze their 5,000 batches, and they found NDMA in
6 all of them. So I mean, that kind of made all these
7 complaints totally irrelevant.
8     Q.    Well, then, if you think these
9 complaints are irrelevant, then I don't want to spend
10 time going through them and understanding your
11 knowledge, Dr. Hecht. But they're listed in your
12 report, and I'm trying to understand why you listed
13 them, the points that you're trying to make about
14 them and the extent to which you rely on them. If
15 they're irrelevant --
16    A.    Because -- because --
17        MR. SLATER: One second, Doctor.
18 Doctor.
19        Objection to the question. You've
20 cherry-picked one thing without other parts. You
21 haven't asked about the rest of the citation in that
22 number, including the deposition testimony. The
23 foundation is very misleading. You have his report.
24        You can answer the question.
25    A.    They show a lack of care.

1     Q.    Okay. They show a lack of --
2     A.    And that's -- that's pertinent to the
3 big issue.
4     Q.    Okay.
5        MR. BERNARDO: Let's pull up Tab 26. Or
6 Document 26.
7        (Exhibit Hecht-16, Email Chain ending
8 December 27, 2016, Bates ZHP0477534 through 477553,
9 was received and marked for identification.)
10    Q.    Okay. I'm showing you a document that
11 I've marked as Exhibit 16, a December 27th, 2016,
12 email from Sophie Lee to a variety of recipients.
13    A.    Okay.
14    Q.    Do you see that? And why don't we pull
15 up -- this is another document that's in Chinese, so
16 we will pull up the English translation that was
17 provided.
18        MR. SLATER: I'm sorry, I totally got
19 spaced. Did you say that you pulled up deposition
20 testimony? Because I see a document.
21        MR. BERNARDO: No, I said I pulled up a
22 document, Adam, and I identified the document for the
23 record. And I'm about to ask him if he's seen it,
24 but I want to pull up.
25        Or is that the English? Oh, sorry.

1 Hold on a second.
2     Q.    So Dr. Hecht, this is not --
3        MR. BERNARDO: Let's pull this back up.
4     Q.    This is not a document --
5        MR. BERNARDO: Let's go back to the
6 beginning, Josh.
7     Q.    This is not a document that was listed
8 in your report. Is it fair to say, therefore, that
9 you did not see this document, or you don't have a
10 recollection of having seen this document, in
11 connection with the points that you were making on
12 page 6 of your report?
13    A.    I don't remember if I've seen this or
14 not. Maybe I did, maybe I didn't.
15    Q.    If you did, and you were using it to
16 make your point, wouldn't you have listed it in
17 connection with the fourth item, as being pertinent
18 to that?
19    A.    I don't know.
20    Q.    You don't know whether you would have
21 identified it? Okay. So --
22    A.    I don't know. I don't see the relevance
23 of this whole thing. So, you know, what are you
24 trying to get at?
25    Q.    If you go to page 4 of this document.

Page 174

1  Okay?  We see a December 22nd, 2016, email.  Right?
2      A.    Yeah.
3      Q.    Okay.  In which Jenny Liu writes that,
4  and why don't you -- yeah.
5          "It seems that your product cannot fully
6  comply with ND for residual solvents before two to
7  three years ago.  Vertex claimed that there were
8  additional peaks appeared which was not indicated in
9  ND. So I'm worried if your product can fully comply
10 with ND and if you can sign on it.  Please recheck."
11         Do you see that?
12     A.    Yeah.
13     Q.    Okay.  That's from Jenny Liu at Shanghai
14 Pharmtech Company.  Correct?
15     A.    Yes.
16     Q.    And who -- who is Shanghai Pharmtech
17 Company?
18     A.    It's one of their customers.
19     Q.    Okay.  And then, if you continue on, she
20 says, "We haven't received any complaint."
21         So do you have any reason to dispute
22 that this line of communication pertains to the same
23 Vertex issue that we've been talking about,
24 Dr. Hecht?
25         MR. SLATER:  Objection.  This entire

Page 175

1  line of questioning, it's just being --
2      A.    What same Vertex issue?
3          MR. SLATER:  Let me finish, Doctor.
4  Doctor, let me finish.
5          The foundation for this whole entire
6  line of questioning is completely misleading, and
7  it's just completely inappropriate, the way this is
8  being approached.
9          You can answer the questions as best you
10 can.  I'll clean it up later.
11         MR. BERNARDO:  I'll give you a running
12 objection on that.
13         MR. SLATER:  I don't want a running
14 objection to this, honestly, because I want to be
15 able to place the objections as you go.  Because what
16 you're doing here, with the cherry-picking, is
17 really, really misleading.
18     Q.    Dr. Hecht, I'm showing you documents
19 that you have not cited to, that pertain to the very
20 same specific circumstances that, I will represent to
21 you, Dr. Hecht, show the investigation that was done
22 and the description of what those unknown peaks are.
23         I will tell you right now, that's what
24 I'm trying to do here, through documents that you
25 didn't look at.  Your counsel is objecting, and you

Page 176

1  said that these show an absence of care.
2          And I'm trying to determine whether or
3  not other documents that you did not look at, or do
4  not appear to know about, or have seen, or don't
5  remember having seen, have impacted that.  I just
6  want to explain to you what I'm doing, to make this a
7  little bit simpler --
8          MR. SLATER:  Yeah, I object to your
9  colloquy; I object to everything else you're saying.
10         MR. BERNARDO:  Okay.
11     Q.    And it says, "Dear Jenny, we haven't
12 received any complaint from other Russian clients for
13 valsartan quality.  If it's problem for Vertex, then
14 we have to withdraw the signed ND."
15         Do you see that?
16     A.    Yeah.
17     Q.    Okay.  And then Jenny Liu responds, and
18 we'll look at that.
19         And it says, "Good morning.  Last time
20 you provided three batch samples of valsartan and I
21 just asked the test results about the solvents.  Here
22 is the reply.  Please comment.  It seems there are
23 many additional peaks which did not indicate in ND."
24         Do you know what the "ND" is?
25     A.    No, what is "ND"?

Page 177

1      Q.    That's what I'm asking, if you know what
2  "ND" means.
3      A.    What is this?  Tell me what it is?
4      Q.    Okay.  So it's what is referred to as a
5  normative document.  Do you know the purpose of a
6  normative document?
7      A.    To -- it's a validation document for the
8  material.
9      Q.    Okay.  So what they're saying is they
10 found things which were not in the normative
11 document.  Correct?
12     A.    Yes.
13     Q.    Okay.  And if you look at what is listed
14 below, none of them are nitrosamines.  Correct?
15     A.    That is correct.
16     Q.    Okay.  And it says, "Please provide
17 justification of appearances of these peaks."
18 Correct?
19     A.    Yep.
20     Q.    Okay.  So this communication is not
21 about a complaint with respect to unknown peaks that
22 were nitrosamines.  Is that fair?
23         MR. SLATER:  Objection.
24         You can answer.
25     A.    What do you mean?  What do you mean,

45 (Pages 174 - 177)

Page 178

1  "unknown peaks"?

2      Q.   What they determined are that these are

3  the peaks that they found.  Correct?

4      A.   This is what they found, right.

5      Q.   Right.  Okay.  Do you know what ZHP did

6  to investigate this, to come to this conclusion?

7      A.   No.  I mean, I'm not sure I understand

8  your question.

9      Q.   Okay.  Did you know that -- and you have

10 not read this; but did you understand, either through

11 the testimony or through the document that we're

12 looking at, that it was determined that Vertex wasn't

13 actually using the right valsartan ND?

14     A.   No. I don't -- I don't know.

15     Q.   Okay.

16          MR. BERNARDO:  Let's take a look at the

17 document with the Bates number ending in 2709940,

18 which we'll mark as Exhibit 17.

19          (Exhibit Hecht-17, Email Chain ending

20 February 29, 2019, Bates ZHP02709940 through 2709984,

21 was received and marked for identification.)

22     Q.   Okay.  And this is another email --

23          MR. BERNARDO:  Go to the front page,

24 okay.

25     Q.   This is another email that's part of

Page 179

1  this chain.  And if you go down to page 7, you can

2  see -- you see the same chain that we just looked at,

3  Dr. Hecht?

4      A.   No.

5      Q.   Okay.  So you can see that this includes

6  her last email about the peaks issue.  Right?

7      A.   Yeah.

8      Q.   Okay.  And this is another document that

9  you do not cite in your report.  Is that correct?

10     A.   Right.

11     Q.   Okay.  And you would agree, if you look

12 at it, this relates to the issue we've been

13 discussing.  Correct?

14     A.   I would agree with what?

15     Q.   You would agree that this particular

16 email chain relates to the issue that we've just been

17 discussing with respect to Vertex, that's cited on

18 page 4 of your report.  Correct?

19          MR. SLATER:  Objection, foundation.

20          You can answer.

21     I don't know.  I suppose so.

22     Q.   Well, I guess let me ask it a different

23 way.  Based upon the context and what is in this

24 document, do you have any reason to disagree that

25 this appears to relate to the same issue that we've

Page 180

1  been talking about?

2      A.   No.

3      Q.   Okay.  If we go through, and we can

4  scroll through the document, I want you to take a

5  look.  And you can see that ZHP worked with Jenny Liu

6  and Shanghai Pharmtech to try and figure out what was

7  going through with these peaks.  And we'll scroll

8  through.  Okay?

9          So Dr. Hecht, do you have any

10 disagreement that this document, which is a 45-page

11 document -- and again, you're free to pull this up,

12 and your counsel can send it to you at a break, and

13 we thought we had technology that allowed you to do

14 it.  I just want to have you look at it.

15          This shows that they were looking at

16 this from December 2016, into well into 2017.  Do you

17 have any reason to dispute that?

18     A.   No.

19     Q.   Okay.  And if you look at the email at

20 the bottom of page 3, it says that Vertex is not

21 asking ZHP to remove the peaks, because Vertex

22 already defined what the peaks were.  Is that

23 correct?

24     A.   Yeah.

25     Q.   Okay.  They just wanted an explanation

Page 181

1  about the nature of the peaks.  Right?

2      A.   Yeah.

3      Q.   And then there's some back-and-forth

4  about the testing that was done by Vertex to find the

5  peaks.  Correct?

6      A.   Yeah.

7      Q.   Now, if you go to the top of the first

8  page of the document, which would bring you to sort

9  of the last-in-time email, ZHP responds that Vertex

10 was using the wrong normative document.

11          Do you see that?  It says -- and it

12 gives a number, "Is not our valsartan ND number.  Our

13 valsartan ND number is," and then they provide --

14 they provide that.  Do you see that?

15     A.   Okay, yes.

16     Q.   Okay?  So ZHP says that the valsartan ND

17 is actually different.  Is that fair?

18     A.   That's what they're saying.

19     Q.   So there's clearly some confusion going

20 on at Vertex, pertaining to this whole circumstance.

21 Is that fair?

22     A.   Yeah.

23     Q.   And I raise this, Dr. Hecht -- and I'm

24 not going to go through all of these.  Is it fair to

25 say, this is an example of how, if you look at other

Page 182

1 documents that provide context for the documents that
2 you cite, they may provide additional explanation
3 that's inconsistent with what might appear on the
4 face of the document that you cite?
5        MR. SLATER: Objection.
6        You can answer.
7    A.   I don't know what you're talking about.
8    Q.   Well, having --
9        MR. SLATER: You're arguing with him. I
10 mean --
11        MR. BERNARDO: I'm not.
12        MR. SLATER: It's not -- come on.
13    Q.   Dr. Hecht, let me ask you a question.
14 Having walked through this document, do you think
15 this is an example of ZHP not caring, as you
16 described, these are examples?
17        MR. SLATER: Objection.
18        You can answer.
19    A.   Did I say that, not caring?
20    Q.   That was your word, Dr. Hecht.
21    A.   Yeah. No, sure, they -- they have to
22 care about it. I mean, this is their product, so.
23    Q.   So is it fair to say that -- again, and
24 you're welcome to look at as much or as little of
25 this as you want to to answer my questions, and

Page 183

1 you'll tell me if you need to look at more.
2        Do you agree that, based upon what I've
3 tried to walk you through, that this demonstrates
4 that ZHP took the customer complaints seriously?
5        MR. SLATER: Objection.
6        You can answer.
7    A.   I don't know if they took the customer
8 complaints seriously or not, really. I mean, yeah,
9 this would indicate that they do. And they have to
10 do that.
11    Q.   Let me ask it a different way, because
12 that's a fair point.
13        Does this demonstrate that they
14 appropriately responded to an inquiry about unknown
15 peaks?
16        MR. SLATER: Objection.
17        You can answer.
18    A.   It seems to, yes.
19    Q.   Okay. And it shows that the unknown
20 peaks had nothing to do with nitrosamine development.
21 Is that fair?
22        MR. SLATER: Objection.
23        You can answer.
24    A.   I don't know about that. I mean, I
25 don't want to answer that. I mean, you know, there

Page 184

1 were unknown peaks, and, you know, the nitrosamines
2 were also in there. And --
3    Q.   But the --
4        (Simultaneous speaking.)
5        MR. SLATER: I'm sorry, Mr. Bernardo,
6 you're interrupting him.
7    A.   By the time -- by the analyst. So I
8 don't think I should answer that.
9    Q.   Okay. But the unknown -- the unknown
10 peaks turned out not to be nitrosamines. Correct?
11        MR. SLATER: Objection.
12    A.   The ones they're listing here were not
13 nitrosamines, but that doesn't mean that there were
14 not nitrosamines in there.
15    Q.   And I'm not --
16    A.   So there might be other unknown peaks
17 that they didn't even see, or they didn't mention or
18 they didn't look at. So they were just probably
19 looking at the bigger peaks.
20        So, you know, these solvent-related
21 compounds are going to give larger peaks in the
22 chromatograms than the ones of interest here, the
23 nitrosamines. Nitrosamine peaks will be very small
24 compared to these, by the -- by the method they're
25 using. If that's what you're trying to get at.

Page 185

1    Q.   I'm not trying to get at anything,
2 Dr. Hecht, I'm simply trying to ask the question.
3        Now that we've been through at least
4 some additional communications pertaining -- and to
5 be clear, I'm not representing that this is the
6 totality either. I'm just trying to show that this
7 is an example of, there are additional
8 communications.
9        But now that we've walked through this,
10 do you think that this example should be on your list
11 of examples that are pertinent to your opinion?
12        MR. SLATER: Objection.
13        You can answer.
14    A.   I don't think this is pertinent to my
15 opinion at all.
16    Q.   Okay. And that's because --
17    A.   I think it's irrelevant.
18    Q.   Okay. Thank you, Dr. Hecht.
19        Let's take a look at another one, let's
20 look at Number 5, and Number 5 is Glenmark.
21        Do you see that on your report,
22 Dr. Hecht?
23    A.   Yes, Glenmark.
24    Q.   Okay. And have you look at the
25 documents. So there are three documents cited with

47 (Pages 182 - 185)

Page 186

1 respect to Number 5. Do you see those?
2    A.    Yes.
3    Q.    Okay. And I take it you've looked at
4 those documents?
5    A.    Probably.
6    Q.    Can you -- can you, as you sit here
7 today, explain to me the circumstances with Glenmark,
8 such that it's an example of one of the customer
9 complaints you're pointing to in your report?
10    A.    No, I don't remember --
11        MR. SLATER: Do you want him to give
12 the --
13    A.    I don't remember the details.
14        MR. SLATER: I'm sorry. Do you want to
15 give him the documents and the deposition testimony
16 that's cited in the report?
17        MR. BERNARDO: I want to ask him
18 questions without being interrupted, but I don't
19 think that's going to happen.
20    Q.    So as you sit here today, you're not
21 recalling, Dr. Hecht? Is that fair?
22        MR. SLATER: Objection.
23    Q.    I just want to understand, as you sit
24 here today, what you can tell me, without looking at
25 documents. That's all I'm trying to get at. If it's

Page 187

1 nothing, it's nothing. That's fine.
2        MR. SLATER: Yeah, objection.
3 You can answer.
4    A.    I don't remember the specifics of this
5 document.
6    Q.    Okay.
7        MR. BERNARDO: Let's pull up the first
8 document that's cited.
9        MR. SLATER: Well, first -- are you
10 talking about under Glenmark in the report? The
11 first document cited was deposition testimony. So I
12 assume you're going to the second document cited,
13 which is not the deposition testimony?
14        MR. BERNARDO: I'm referring to
15 documents, separate and distinct from testimony.
16        MR. SLATER: Right.
17    Q.    Okay. And let me ask, since Mr. Slater
18 raised that. Do you recall anything, or can you
19 point to anything in testimony with respect to the
20 first document -- or the first circumstance we did
21 with respect to Vertex, that would somehow change
22 your opinion, having now looked at the underlying
23 documents?
24        MR. SLATER: Is the question without
25 looking at the testimony?

Page 188

1    A.    My opinion will not change.
2    Q.    Thank you.
3    A.    I don't care what you bring up.
4    Q.    Okay.
5    A.    My opinion is solid.
6        (Exhibit Hecht-18, Email Chain in
7 Chinese Language ending February 28, 2019 previously
8 marked ZHP-271, Bates ZHP00496153 through 496154, was
9 received and marked for identification.)
10    Q.    The first document you cite that is not
11 testimony is ZHP-271. And this looks like it's in
12 English. And again, there's nothing -- do you want
13 to flip through the document? There's nothing of
14 substance; this is just a cover transmittal. Is that
15 fair?
16    A.    Yes.
17    Q.    Okay. Let's bring up the second one,
18 which is ZHP-272.
19        (Exhibit Hecht-19, Document in Chinese
20 Language previously marked ZHP-272, Bates ZHP00496155
21 through 496156, was received and marked for
22 identification.)
23    Q.    And that one is in Chinese, so we're
24 going to bring up 272A, which is in English.
25        (Exhibit Hecht-20, English Translation

Page 189

1 of Hecht-19, previously marked ZHP-272A, was received
2 and marked for identification.)
3        MR. BERNARDO: I'm sorry. Thank you.
4        MR. SLATER: By the way, Mr. Bernardo, I
5 think, but I could be wrong, because I wasn't in this
6 deposition. But my understanding is Mr. Lee was
7 deposed about the Chinese documents, and the English
8 translations were given to counsel. I could be
9 wrong; but you -- I just want to make that clear.
10 You could probably look at the testimony to figure
11 that out.
12        MR. BERNARDO: You very well may be
13 right, and you can certainly make that point.
14 I'm simply trying to understand the
15 extent to which Dr. Hecht has looked at these
16 materials.
17 BY MR. BERNARDO:
18    Q.    So can you -- so this is a three-page
19 document. If we just take a minute and scroll
20 through, can you explain to me what this is, and how
21 it impacts your opinion? With respect to the 2016
22 complaint in December, from Glenmark?
23    A.    I can't read that fast, sorry.
24    Q.    No, no, no.
25    A.    So, you know, apparently, there's some

48 (Pages 186 - 189)

Page 190

1  solvent peaks similar to the other one.
2      Q.   Okay.  So is there anything you can tell
3  us about this document that's somehow relevant to
4  your inclusion of the Glenmark customer complaint,
5  and what you -- what, if anything, you derive from
6  it?
7      A.   I can't derive much from this document.
8      Q.   Okay.
9          MR. BERNARDO:  Let's look at the third
10  and last document, which is Tab 34.  What number is
11  that?
12          MR. SCHOCH:  Twenty-one.
13          MR. BERNARDO:  Which is Exhibit 21.  And
14  how many pages is that?
15      (Exhibit Hecht-21, Email Chain ending
16  December 22, 2016, Bates ZHP02118712 through 2118731,
17  was received and marked for identification.)
18      Q.   Okay.  And this is, again, a much longer
19  document, right?  And it's from Francis D'Souza to a
20  number of individuals.
21          Do you know who Francis D'Souza is?
22      A.   I do not.
23      Q.   Okay.  And here, Francis D'Souza is
24  identifying some unknown peaks, and asking ZHP for
25  their justification and origin.

Page 191

1      A.   Right.
2      Q.   Is that fair?
3      A.   Same deal.
4      Q.   Right.  If you go to the third page of
5  this email chain.
6          MR. BERNARDO:  Sorry, scroll back a
7  little, there we go.
8      Q.   There appears to be a preliminary
9  analysis, some of Glenmark's preliminary analysis of
10  what the peaks are.  Do you see that?
11      A.   Yes.
12      Q.   Okay.  So they aren't totally unknown.
13  Correct?  There's some at least initial analysis of
14  what these peaks are.  Is that correct?
15      A.   Right, right.
16      Q.   And Glenmark is really asking ZHP to
17  confirm their identities and justify the origin.
18  Correct?
19      A.   Yep.
20      Q.   Okay.  And then ZHP responds on
21  December 22nd, do you see that, saying they're
22  investigating, and asking for the chromatograph for
23  further investigation.
24      A.   Yep.
25      Q.   Right?

Page 192

1      A.   Right.
2      Q.   And then on December 22nd, Francis
3  D'Souza responds with some more questions.  Do you
4  see those?
5      A.   Yep.
6      Q.   Okay.  And if we go back to what we just
7  looked at, that was Exhibit 20, that's -- was marked
8  278, that's the summary of communications between ZHP
9  and Glenmark about the unknown peak.  Is that fair?
10      A.   Yes.
11      Q.   Okay.  And you can see the first
12  communication that's up there on the upper left is
13  December 19, 2016.  That's the email we just looked
14  at.  Right?
15      A.   Yeah.
16      Q.   And then there's some responses from ZHP
17  and Glenmark on December 22nd, 2016, and that's in
18  the summary, you'll see those?
19      A.   Yeah.
20      Q.   Okay.  Those are the ones that we just
21  looked at.  Then the summary goes on with
22  communications back and forth for another couple of
23  pages.  Right?
24      A.   Yes.
25      Q.   Okay.  It goes all the way until April,

Page 193

1  2017.  Is that correct?
2      A.   Yes.
3      Q.   Okay.  That's the last entry, and it
4  says ZHP responded to Glenmark about Glenmark's
5  replies.  Right?  And "there was no further feedback
6  from subsequent customer and there's no follow-up."
7  Do you see that?
8      A.   Yep.
9          MR. BERNARDO:  Let's take a look at the
10  April 20, 2017, communication.
11      (Exhibit Hecht-22, Email Chain ending
12  April 20, 2017, Bates ZHP02118680 through 2118708,
13  was received and marked for identification.)
14      Q.   And again, this was not listed in your
15  materials, so I take it this is not something that
16  you looked at, or you just don't know?
17          MR. SLATER:  What exhibit number is
18  this?
19          MR. BERNARDO:  22.
20          MR. SLATER:  Exhibit 22.  And what is
21  it, it's an April 20, 2017 email?
22          MR. BERNARDO:  Yes.
23      A.   Yeah.
24      Q.   Okay.  And it has the same subject line:
25  "Unknown peaks of residual" -- or attachments.

49 (Pages 190 - 193)

Page 194

1    A.    Right.
2    Q.    Okay. So it's no question but that it
3  relates to the issue we've been talking about?
4        MR. SLATER: Objection.
5    A.    I don't really agree with that.
6    Q.    Okay. Fair enough. It appears to
7  relate, from the text of this, and the description --
8    A.    I don't know if it really relates.
9    Q.    Okay. Let's go through the email -- I
10 don't want to go through each page, and you'll see
11 that ZHP and Glenmark are talking about these peaks.
12       MR. BERNARDO: Is the attachment part of
13 this, Josh?
14       MR. SCHOCH: Yeah.
15       MR. BERNARDO: Okay.
16   Q.    Do you agree that -- and you'll see this
17 particular one, this is the one we just looked at a
18 minute ago. They're talking about the three unknown
19 peaks. Correct?
20   A.    Yes.
21   Q.    And this email has an attachment?
22       MR. BERNARDO: Let's bring that up,
23 which is 23.
24       MR. SLATER: Are we still on Exhibit 22?
25       MR. BERNARDO: We're moving to

Page 195

1  Exhibit 23.
2        (Exhibit Hecht-23, Chart titled
3  "D5191-15-359," Bates ZHP02118709 through 2118711,
4  was received and marked for identification.)
5        MR. SLATER: 23, okay.
6    Q.    And the attachment -- and this is an
7  attachment from April 20, 2017. And the attachment
8  actually lists all of the peaks that Glenmark raised.
9  Correct?
10       MR. SLATER: Objection.
11   A.    Yep.
12   Q.    Okay. And you can see it identifies
13 each of the peaks in the one, two, three, four, fifth
14 column?
15       MR. SCHOCH: Page 6.
16       MR. BERNARDO: Under "Library Search,"
17 do you see that?
18   A.    Yes.
19   Q.    And none of those is nitrosamines. Is
20 that correct?
21   A.    Yes.
22   Q.    Okay. And the table also includes
23 the -- see that column that's highlighted in yellow
24 and blue, that says "Origin of Impurities"?
25   A.    Yep.

Page 196

1    Q.    Okay. And the control mechanism for the
2  impurities. Is that correct?
3    A.    Yes.
4    Q.    And then the limitation standard for
5  those impurities?
6    A.    Right.
7    Q.    Okay. And this is the last
8  communication in the summary correspondence, and
9  Glenmark actually identifies each of the unknown
10 peaks, and gives more information about each peak.
11 Is that fair?
12   A.    Yep.
13   Q.    And again, these are not nitrosamines.
14 Right?
15   A.    Right.
16   Q.    Okay. So looking at again, all of the
17 communications -- and I'm not representing this is
18 the entirety; I'm just saying these are more than
19 what was listed in your report or listed in your
20 reliance materials -- you would agree, wouldn't you,
21 that it shows that ZHP was working with its customer
22 to address and understand the origin of unknown
23 peaks?
24       MR. SLATER: Objection.
25       You can answer.

Page 197

1    A.    It appears that way, yes.
2    Q.    Okay. Would you therefore take this off
3  of your list of examples of the customer complaints
4  that are relevant to your opinion on page 6?
5        MR. SLATER: Objection.
6    A.    No, I would not.
7    Q.    Why not?
8    A.    Well, because, you know, these are
9  instances of impurities being found in the -- in the
10 API that these companies were purchasing from ZHP, so
11 naturally, it's a concern.
12   Q.    Is it a concern if they're within the
13 limitation standard?
14       MR. SLATER: Objection.
15       You can answer.
16   A.    When you see the peaks, the first thing
17 you have to do is identify them, and then the second
18 thing you have to do is quantify them. And then when
19 that work is complete, then you can decide, you know,
20 whether it's a problem or not.
21   Q.    And is it fair to say, from the
22 communications we just looked at, that that's in fact
23 what happened: They were both investigated and
24 quantified?
25   A.    Well, it seems to be -- that, you know,

50 (Pages 194 - 197)

Page 198

1 that appears to be the intent.
2   Q.   Okay.  On page 7 of your report, on the
3 top page, you'll see another customer complaint,
4 Number 7.  And it's Novartis, and that's the one in
5 which nitrosamines or NDMA was identified.  Is that
6 correct?
7   A.   Yes.
8   Q.   Okay.  In your report, you say --
9         MR. BERNARDO:  You want to pull it down,
10 just a little further.
11   Q.   In the third line, Dr. Hecht,
12 beginning "Novartis."
13         "Novartis investigated the unknown peaks
14 to determine what was causing them, and identified
15 the NDMA in ZHP API manufactured with the zinc
16 chloride process."
17         What do you mean when you say, Novartis
18 investigated and identified NDMA?
19   A.   How could it be clearer than that?
20   Q.   Well, how about this.  Let me ask --
21   A.   They investigated, and they identified
22 it.
23   Q.   Okay.  Walk me through the steps that
24 Novartis took.  And was it Novartis, was it a third
25 party, when did it occur?  I just want to

Page 199

1 understand --
2   A.   As far as I know, it was Novartis in
3 Ireland, someone named Kevin O' Mahoney, or something
4 like that, that, you know, first suspected, and then
5 figured out that it was NDMA.
6         And as far as I remember, that person
7 took a look at the process that ZHP was using, and
8 that gave him the hint that this -- that there could
9 be NDMA in there.  And then, and then he, they,
10 confirmed it, Novartis confirmed it.
11         I believe that's the sequence of events.
12 But, you know, I could be a little bit off.
13   Q.   Okay.
14   A.   Novartis went into a little more detail,
15 I believe.  You know, they actually looked at the
16 process and, you know, they figured out that -- what
17 could be going on here, because of the use of
18 nitrite.
19   Q.   Okay.
20   A.   That's my understanding of it.
21   Q.   And how did you get that understanding?
22   A.   By reading.  Reading the reports,
23 reading the binders and everything.
24   Q.   So you're saying the binders contain
25 information that delineate the steps that Novartis

Page 200

1 took?
2   A.   I don't know.  I read it, okay?  I
3 didn't make it up.  It's in the material that I have.
4   Q.   I'm not suggesting you made it up, I'm
5 just trying to understand, so I can --
6   A.   Yeah.
7   Q.   -- see how --
8         MR. SLATER:  Objection to form.
9   A.   It's in the -- it's in one of the
10 binders.  I have the -- I have something from
11 Novartis, from this guy, Kevin O'Mahoney in Ireland,
12 that, you know, identified the NDMA.
13         And I don't think the document that I
14 have actually goes into the origin of it, but he
15 figured it out.  And the reason he was able to figure
16 it out was, I'm sure, although I don't know if it's
17 in the documents, is that he looked at the process.
18 And once you look at the process, then you're going
19 to figure it out.
20   Q.   So you just said you're sure, but you
21 don't know if it's in the documents.  If it's not in
22 the documents, how else would you be sure that they
23 looked at the --
24   A.   Okay, I don't know that.  Maybe I'm not
25 sure.

Page 201

1   Q.   Okay.  Again, I'm just trying to
2 understand.  So --
3   A.   I read this, I definitely read that
4 Novartis figured it out.  And as far as I know, it
5 was by someone named Kevin O'Mahoney.  And that's --
6 somewhere in -- somewhere in these binders is that.
7 I can't remember exactly where it is.
8   Q.   Do you know --
9   A.   But I couldn't make something like that
10 up.
11   Q.   I'm not suggesting you did, Dr. Hecht.
12         Do you know if Novartis did the testing
13 themselves, or if they retained a third party to do
14 the testing?
15   A.   I don't remember.
16   Q.   Okay.  Do you know if Novartis conducted
17 any other tests previously to this, and the results
18 of those tests?
19   A.   I don't -- I don't know.  I don't
20 remember how much Novartis did.
21   Q.   Okay.  Do you know the circumstance of
22 why Novartis was testing?
23   A.   Yes.
24   Q.   What were they?
25   A.   They looked at the procedure.

51 (Pages 198 - 201)

Page 202

1    Q.    Why were they looking --
2    A.    And they saw -- I mean, how many times
3  do I have to repeat it?  They saw how they decomposed
4  the sodium azide by dumping in nitrite at pH █ in the
5  presence of the product.  And then the light bulb
6  went off.
7    Q.    Do you know how long Novartis, if they
8  were, were testing API from ZHP?
9    A.    No, I don't know how long.
10    Q.    Okay.  And as we just identified before,
11  you will agree that sometimes additional documents or
12  additional communications can shed more light on
13  communication that you're looking at.  Correct?
14        MR. SLATER:  Objection.
15        You can answer.
16    A.    Sure.  The more information we have, the
17  better off we'll be.  I don't know what your point
18  is.
19    Q.    You answered my question.  That was my
20  only point.
21    A.    All right.
22    Q.    Do you know whether Novartis did any
23  testing of valsartan, prior to May of 2018?
24    A.    Not that I'm aware of.
25    Q.    But you don't know, one way or the

Page 203

1  other?
2    A.    No, I don't know.
3    Q.    Do you have any reason to dispute that
4  Novartis conducted testing on valsartan API, prior to
5  2018?
6    A.    I don't know.
7    Q.    Okay.  Hypothetically --
8    A.    I don't know whether they did or they
9  didn't.  That's my answer.
10    Q.    Hypothetically -- understood.
11  Hypothetically, if Novartis did conduct testing on
12  valsartan API prior to May 2018, and did not find
13  NDMA, would that factor into your consideration and
14  the forming of your opinion?
15    A.    No, because in order to find NDMA in the
16  testing, you need to be looking for it.  All right?
17  The peaks -- the NDMA peak would be too small for it
18  to stand out.  That's why some of these companies
19  missed it, because they looked at the solvents, the
20  ones we were just talking about.  They're going to be
21  like relatively larger peaks.  The NDMA peak is going
22  to be very small.
23        So you wouldn't see it.  You wouldn't
24  notice it unless you were actually looking for it.
25  And that's why only Novartis figured it out, because

Page 204

1  the guy at Novartis was smart enough to look at the
2  procedure, and he saw how ZHP dumped in nitrite at
3  pH █ and then he said, well, there might be
4  nitrosamines here, so let's look at NDMA.  That's
5  what happened.
6    Q.    I want to shift gears to -- and if we
7  turn to your report --
8        MR. SLATER:  If we're going to a
9  different area, now would probably be a good time to
10  eat.
11        MR. BERNARDO:  No, I'm thinking -- yeah,
12  right.  I was going to say, I could do this pretty
13  quickly.  Why don't we do that, Adam.
14        MR. SLATER:  I mean, now it's late
15  enough.
16        MR. BERNARDO:  Yeah, yeah.
17        MR. SLATER:  How much time does
18  everybody want to take?
19        THE VIDEOGRAPHER:  Should we go off the
20  record first, Counsel?
21        MR. BERNARDO:  Sure, please.
22        THE VIDEOGRAPHER:  Going off the record.
23  The time is 12:45 Central Time.  This is the end of
24  Media Unit Number 4.
25        (A luncheon recess takes place.)

Page 205

1        THE VIDEOGRAPHER:  We're back on the
2  record.  The time is 1:27 p.m. Central Time.  This is
3  the beginning of Media Unit 5.
4  CONTINUED EXAMINATION BY MR. BERNARDO:
5    Q.    Good afternoon -- yeah, it's afternoon
6  in Minnesota, yes.  Good afternoon, Dr. Hecht.  We've
7  had a little lunch break here.
8        I want to go back to further discuss a
9  topic we talked about this morning, the decomposition
10  of DMF.  And again, for purposes of these questions,
11  Dr. Hecht, I want to clarify:  I understand your
12  opinion that there may have been dimethylamine in DMF
13  already, but I want to assume there was not.  I want
14  to assume that whatever contribution of DMF came
15  through degradation, for purposes of these questions.
16        Do you understand what I'm saying?
17    A.    Yes.
18    Q.    Okay.  So if the DMF degraded to form
19  dimethylamine, it's my understanding from your
20  earlier testimony that it's your opinion that that
21  occurred when the process was heated to █ degrees
22  celsius.  Is that correct?
23    A.    Yes.
24    Q.    Okay.  Is there any other point in the
25  process you believe that if degradation was what

52 (Pages 202 - 205)

Page 206

1  resulted in the formation of dimethylamine, that that
2  would have occurred?
3      A.    This was -- this would be the most
4  likely.
5      Q.    Okay. Well, you say "it would be the
6  most likely." I just -- I just want to understand,
7  so we can talk about others, if there are others.
8      A.    I don't have any others in mind.
9      Q.    Okay.
10         MR. BERNARDO: I want to pull up -- I
11  don't think we've marked it already, have we, Josh?
12     Q.    Okay. One of the publications you cite
13  to -- and I'm not sure exactly how to pronounce it,
14  so I'll just call it Armarego, if that is right.
15         MR. BERNARDO: And let's mark that as
16  exhibit -- what are we up to? 24.
17         (Exhibit Hecht-24, Excerpt from
18  Purification of Laboratory Chemicals, Fourth Edition,
19  by W.L.F. Amarego and D.D. Perrin, No Bates, 21
20  Pages, was received and marked for identification.)
21         MR. SLATER: Doctor, if you have that
22  there, you can pull up the hard copy too, if you need
23  to.
24     Q.    And before we get into -- so this is --
25  what I've marked as Exhibit 24 is a book called

Page 207

1  Purification of Laboratory Chemicals, Fourth Edition.
2         And you're familiar with this book.
3  Correct, Dr. Hecht?
4      A.    Right.
5      Q.    When did you first become familiar with
6  this publication?
7      A.    Oh, this is like a standard in the --
8  you know, there's a whole shelf full of standard kind
9  of laboratory -- not manuals, exactly, but different
10  books that collect laboratory methods that are, you
11  know, relevant to those that are commonly used in
12  organic chemistry laboratories. So, you know, this
13  is one of those.
14     Q.    When did you first -- do you have a copy
15  of this?
16     A.    I do not.
17     Q.    Okay. When is the first time that you
18  saw this?
19     A.    Probably about 40 years ago. I don't
20  know; I don't remember.
21     Q.    What would be the circumstances for
22  which you would consult this type of publication?
23     A.    Well, if we're doing a process in the
24  lab, and, you know, we had to use a solvent or
25  reagent that we hadn't used before, and, you know, we

Page 208

1  want to find out more about it. So in the lab, we
2  would have, you know, bookshelves -- or not in the
3  lab, necessarily, but, you know, in the area,
4  where -- like a reference library. And you know, you
5  would go to a book like this to find out more about a
6  particular solvent or process that you were using.
7  These kinds of books are very useful.
8         Now they're probably all online. But in
9  the past, it would be typical to have, you know,
10  bookshelves with relevant references available.
11         MR. BERNARDO: If we can go to the
12  preface of this. Okay. And if you go down to --
13  Josh, if you can find that, "to keep this book in a
14  convenient size, portions." Josh? Oh.
15     Q.    Okay. This -- and we'll undo it,
16  because I know this makes it harder for you to look,
17  but I just wanted to point out to you where I'm
18  looking.
19         It says, "To keep this book a convenient
20  size, and bearing in mind that its most likely users
21  will be laboratory trained, we've omitted
22  manipulative details with which they can be assumed
23  to be familiar, and also detailed theoretical
24  discussions."
25         Do you see what I just read?

Page 209

1      A.    Yes.
2      Q.    So this book is not intended to
3  communicate information with which a lab technician
4  would be assumed to be familiar; they omitted that,
5  to help the size of the book. Is that a fair
6  interpretation of what's being said there?
7         MR. SLATER: Objection.
8         You can answer.
9      A.    Well, yeah, I mean, that's what it says.
10  But, you know, that's a matter of opinion, obviously.
11  So, you know, what to include and what not to
12  include. You don't know what a person's likely to be
13  familiar with or not. I mean, it's all a matter of
14  opinion.
15     Q.    Of course, it is. But it's the opinion
16  of the authors and people who had responsibility for
17  this book, that this book only includes things with
18  which people would not be expected to be familiar.
19  That's what they're saying here. Is that fair?
20         MR. SLATER: Objection.
21         You can answer.
22     A.    Probably.
23     Q.    Okay. And if you go back to the preface
24  to the fourth edition -- or go to the preface to the
25  fourth edition. It says on the bottom, you see it,

53 (Pages 206 - 209)

Page 210

1　there's a total of --
2　　　　MR. SLATER: Wait, I'm sorry, Rich. Is
3　this a different edition? Because that was the
4　preface, I might have just blanked it?
5　　　　MR. BERNARDO: No, we're in the same --
6　the same edition that I've been showing him, and this
7　is the same thing that's been cited, as far as I'm
8　aware. I haven't left the same book.
9　　　　MR. SLATER: Got it. Got it. It
10　confused me, because it looked like there were two
11　prefaces.
12　　Q.　The authors point out that there's a
13　total of 5,700 entries. Correct?
14　　A.　That's what it says.
15　　Q.　And this book is -- if I'm correct,
16　Dr. Hecht, it's not a textbook; it's a compendium,
17　listed alphabetically, of various chemical -- I don't
18　know whether they're called compounds, or -- but
19　there's -- it's almost like -- a little bit more of
20　an encyclopedia. Is that fair?
21　　A.　Yeah, you could say that.
22　　Q.　Okay. And is it also fair to say that
23　you wouldn't expect that any lab chemist would
24　commonly know every one of the 5700 entries in this
25　book? Can you agree with that?

Page 211

1　　　　I think we agree from your response, but
2　I'd like you to confirm?
3　　A.　Probably.
4　　Q.　In fact, you don't know if -- I would
5　assume -- every one of the 5700 entries in here, and
6　what they say?
7　　A.　That's a good chance that's correct.
8　　Q.　So the fact that it is in this book does
9　not mean that information about the conditions under
10　which DMF could degrade would be widely known. Is
11　that fair?
12　　　　MR. SLATER: Objection.
13　　A.　Well, you know, if I were making
14　kilograms of valsartan, I would certainly check into
15　every reagent that's being used in that process.
16　Absolutely. This not like a casual experiment, you
17　know, that you do, "oh, let's try this and see if it
18　works." You know, this is an industrial process
19　where the materials are going to be distributed
20　worldwide.
21　　　　So I would make damn sure that
22　everything that I used, everything that I did in this
23　process, was bulletproof.
24　　　　MR. BERNARDO: Ellen --
25　　A.　So yeah, I would look at it.

Page 212

1　　　　MR. BERNARDO: Would you read back the
2　question?
3　　Q.　Because I don't think that's the
4　question I asked, Dr. Hecht?
5　　　　(The testimony is read back.)
6　　　　MR. SLATER: Objection.
7　　　　You can answer.
8　　A.　It may or may not be widely known. I
9　was certainly aware of it.
10　　Q.　Okay. Fair --
11　　A.　I don't know whether it's widely known
12　or not. But I repeat: If I were doing this on the
13　scale that they're doing it, I would certainly look
14　into it.
15　　Q.　And Dr. Hecht, and I -- we've done a
16　search; I mean, you've written several hundred
17　articles. Is that fair to say?
18　　A.　Yes.
19　　Q.　We didn't find any citation of this
20　portion of this publication discussing degradation of
21　DMF in any of your writings. Is that consistent with
22　your expectation?
23　　A.　I'm surprised you went through all of
24　them, but --
25　　Q.　We didn't read them all, but that's what

Page 213

1　computers are for.
2　　A.　I don't -- I don't think we used DMF
3　that much.
4　　Q.　Okay.
5　　A.　In the studies we did. But I was
6　certainly familiar with the fact that DMF, you know,
7　could have dimethylamine in it, or could be
8　hydrolyzed into dimethylamine. I mean, that's like
9　basic chemistry.
10　　Q.　And again, I just want to understand
11　this book.
12　　　　MR. BERNARDO: If you can go back to the
13　first page again, Josh, please.
14　　Q.　You would agree, this is not what you
15　would characterize as a textbook; it's not something
16　that would be used to teach organic chemistry or
17　chemistry. Is that fair?
18　　　　MR. SLATER: Objection.
19　　　　You can answer.
20　　A.　Well, that depends. I mean, if you're
21　teaching a laboratory course, you might very well use
22　this book.
23　　Q.　Okay. Do you know whether anybody
24　teaching a lab report -- laboratory course does use
25　this book?

54 (Pages 210 - 213)

Page 214

1    A.    I have no idea.
2    Q.    Okay.  And again, it's talking about
3    "Purification of Laboratory Chemicals."  If you're
4    purchasing -- like if you're using DMF that you
5    purchased, and if you took steps to -- or your
6    quality steps ensure that it didn't contain
7    dimethylene -- dimethylamine, would there be any
8    reason for you to consult this purification of DMF --
9    consult this purification manual to determine how to
10   purify DMF?
11       Let me -- and that was a bad question,
12   Dr. Hecht, I'm sorry.
13       I want you to assume the following.  I
14   want you to assume that a manufacturer uses DMF
15   that's purchased, and that it's purchased pursuant to
16   specifications to ensure its purity.  If that were
17   the case, would there be a reason for somebody to
18   look up how to purify, or the purification of DMF, in
19   this particular book that we're looking at here?
20       MR. SLATER:  Objection.
21       You can answer.
22   A.    No, I mean, you know, if the -- if the
23   standards were given by the person selling it -- by
24   the company selling it, you know, and dimethylamine
25   was one of those standards, I don't think there would

Page 215

1    be a reason to necessarily look into it.
2        But -- you know, again, I would
3    certainly -- well, if I were using the process that
4    they were using, I would have checked to make sure
5    there's no dimethylamine; either in the DMF to begin
6    with, or that's not formed during the process.
7    Q.    What would you have checked --
8    A.    That's my bottom line.
9    Q.    Understood.  What would you have
10   checked?
11       MR. SLATER:  Objection.
12       You can answer.
13   A.    I would check the DMF for dimethylamine.
14   That's easy to do by GC-MS.
15   Q.    Okay.
16   A.    Or I would also look into the formation
17   of dimethylamine, under the conditions that I was
18   doing the synthesis.
19   Q.    Thank you.
20       MR. BERNARDO:  Let's turn to page, is it
21   192, yes.  Can you make that a little bit bigger?
22   That's good.
23   Q.    And this is the paragraph of this book
24   that we've been looking at that's relevant to your
25   testimony.  Is that fair, the one that's on the

Page 216

1    screen?
2    A.    Yes.
3    Q.    Okay.  Thank you.  And it says -- what
4    are the various abbreviations up front, the M, the B,
5    the 153 degrees, what does that all mean?
6    A.    The M is the molecular weight --
7        (Court Reporter Clarification.)
8    A.    Molecular weight.  B is the boiling
9    point, at two different pressures.  D is the density,
10   and N25 is the refractive index, I believe.
11   Q.    When you say it's two different
12   pressures, give me a little bit more understanding of
13   what you mean by that, with respect to the boiling
14   point?
15   A.    Well, boiling point is a function of
16   pressure.  So, you know, if you go on a camping trip
17   and you go up to the top of a mountain and boil your
18   water, you'll find that it's not a hundred degrees;
19   it's less.  So as the pressure goes down, so does the
20   boiling point.
21   Q.    And what does the 153 degrees represent
22   there, with respect to pressure?
23   A.    So 153 is the boiling point at
24   atmospheric pressure, 760 millimeters.
25   Q.    And then what's the 76 degrees; what

Page 217

1    pressure is that?
2    A.    39 millimeters of mercury.
3    Q.    And what would have been the conditions
4    and pressure at the step in the valsartan
5    manufacturing process where you say that DMF could
6    have degraded?
7    A.    That would be the 153.
8    Q.    Okay.  So --
9    A.    I mean, the pressure would be the 760.
10   Q.    Thank you.  I understood what you meant,
11   but thank you for that clarification.
12       So it says here that -- can I just refer
13   to it as "DMF"?
14       "DMF decomposes slightly at its normally
15   boiling point" -- and that, we just discussed, was
16   153 degrees celsius.  Correct?  You're nodding, but
17   please --
18   A.    Yes.
19   Q.    Thank you.
20       "To give small amounts of dimethylamine
21   and carbon monoxide."
22       But I thought we just talked about the
23   temperature when heated in the valsartan
24   manufacturing process was ███ degrees celsius.
25   Correct?

55 (Pages 214 - 217)



Page 218

1    A.    For ▮ hours.
2    Q.    Understood.
3    A.    For ▮ hours.
4    Q.    Understood.  Let me ask my question,
5    then.  I just want to make -- we agree that for --
6    put aside the time; we'll talk about that in a
7    minute.  It was not for ▮ hours maintained at a
8    boiling point, or even reaching a boiling point; it
9    was many degrees lower than a boiling point.  Is that
10   fair?
11       MR. SLATER:  Objection.
12       You can answer.
13   A.    ▮ degrees lower.
14   Q.    ▮ degrees celsius lower?
15   A.    Correct.
16   Q.    Which is about -- I'm really bad at
17   this, about ▮▮▮▮ degrees Fahrenheit lower?
18   A.    That's about right, yep.
19   Q.    Okay.  So sort of the difference
20   between, you know, ▮ degrees and ▮ degrees
21   Fahrenheit, just for a reference point.  Is that
22   right?
23   A.    Yep.
24   Q.    Okay.  Does it say anyplace in here that
25   the duration of time at a lower boiling point could

Page 219

1    increase the risk of degradation to form
2    dimethylamine?
3    A.    No, it doesn't go into that, but I can
4    tell you from experience that it -- you're going to
5    get some dimethylamine, if you heat DMF at ▮
6    degrees for ▮ hours.  You're going to get some
7    dimethylamine.
8    Q.    And you say from -- I think you said
9    from experience.  Tell me what experience you have at
10   heating dimethylamine at ▮ degrees celsius for
11   ▮ hours, or some --
12   A.    You mean heating dimethylformamide.
13   Q.    Sorry.  Heating DMF.  Sorry.  Let me --
14   A.    No, I don't have specific experience
15   with dimethylformamide that I can recall, but I have
16   lots of experience with organic chemistry and organic
17   synthesis.  And, you know, just because the -- this
18   difference between 153 versus ▮ degrees, especially
19   given the timeframe of ▮ hours; I can guarantee you
20   that some dimethylamine is going to be formed.  I'd
21   stand by it.
22   Q.    I appreciate that you stand by it.  And
23   I'm trying to just understand why you do, and how you
24   do.  I'm not trying to challenge you, Dr. Hecht; I'm
25   just trying to understand.

Page 220

1        So your standing by that is not based
2    upon your experience of heating DMF to ▮ degrees
3    for ▮ hours -- ▮ degrees.  Correct?
4    A.    Not specifically with DMF, but it is
5    based on my experience with organic chemical
6    reactions.  And I can guarantee you, a hundred
7    percent, that some dimethylamine will be formed if
8    you heat dimethylformamide for the length of time
9    they said in the thing -- I just blanked on.  But
10   you're going to get some.
11   Q.    Okay.  But again --
12   A.    Because that's how organic chemistry is.
13   Okay?  It's not -- so I disagree with the other --
14   with the guy, Xue, on this.  I mean, he goes into
15   that in his report, but I think he's wrong there.  I
16   disagree with that.
17   Q.    Understood.
18   A.    Because he says specifically that no, we
19   didn't heat it to 153; we only heated it -- they only
20   heated it to ▮.
21       When I read that, I thought to myself,
22   is he kidding?  I mean, that's not enough of a
23   difference.  Okay?  You're going to get some
24   dimethylamine.  And they proved that by finding
25   dimethylnitrosamine when they added nitrite.

Page 221

1    Q.    What did they prove?  Wasn't the
2    dimethylamine already formed when they added the
3    nitrite, in your opinion?
4        MR. SLATER:  Objection,
5    mischaracterization.
6        You can answer.
7    A.    I'm not sure what you're asking.  But I
8    do know that when they added nitrite and they got
9    dimethylnitrosamine, which everybody agrees happened,
10   that that demonstrates that there was dimethylamine
11   in there.  Because that's one way you identify
12   secondary amines:  By making the nitrosamine.
13   Q.    And I'm not questioning you as to what
14   did or didn't actually happen.  What I'm questioning
15   you about is the knowledge that somebody might have.
16       And nothing in what we're looking at on
17   the screen here, which is the purifications book that
18   we've been talking about, says that if you heat it to
19   ▮ centigrade for ▮ hours, it will degrade.  Is
20   that fair?
21       MR. SLATER:  Objection.
22       You can answer again.
23   A.    That's fair.  But listen; this is a
24   professional outfit that is producing materials by
25   organic synthesis, okay?  They know this.  All right?

56 (Pages 218 - 221)

Page 222

1  What they didn't know, what they were non-aware of,
2  was that formation of nitrosamine under their
3  conditions would even be a problem.  They never
4  thought about that.
5      Q.   Dr. Hecht --
6      A.   That, that is where they fell down.
7      Q.   The process --
8      A.   I mean, they're oblivious.
9      Q.   The process that we've been talking
10 about of NDMA formation during the zinc chloride
11 process, I want to talk about that a little bit.
12         Would you agree that there are multiple
13 steps that have to occur in the NDMA formation
14 process following the formation of dimethylamine from
15 DMF?
16     A.   Well, there's basically one step.  I
17 don't know multiple steps.
18         So you have nitrite in there; you're at
19 pH █.  So what happens is that you form N203, and
20 N203 reacts with the amine to get the nitrosamine.
21     Q.   Thank you.  You saved me a lot of
22 questions.  That's what I was really trying to get
23 at:  Were the steps that was necessary for it to
24 form, and you just explained them.  Thank you.
25     A.   It's a simple reaction, okay?  It's not

Page 223

1  complicated.  It's one of the simplest reactions in
2  chemistry.  That's why there's so much concern about
3  it, and that's why there's so much contamination of
4  various items.  Because it's a very simple reaction,
5  not complicated.
6      Q.   I'd like to, Dr. Hecht -- and we can
7  talk with you after the deposition to figure out the
8  best way to coordinate that, mark the binders that
9  you've got with you in your office?
10     MR. SLATER:  You have them.  Rich, you
11 have them.
12         Oh, didn't you send them all to him
13 already?  Oh, we can -- I thought that they were
14 already sent to you.  We can electronically send them
15 to you right now.
16     MR. BERNARDO:  Sure.  I just -- Adam,
17 and we can discuss this after the deposition, I
18 simply just want to have them be part of the record,
19 so we have like an understanding on the record of
20 exactly what they are.  So I just want to mark --
21 I'm going to reserve --
22     MR. SLATER:  Oh, so you don't want us to
23 send them to you electronically so you can actually
24 mark them?  Because everything he was sent, we have
25 electronically --

Page 224

1      MR. BERNARDO:  Yeah, we can -- I want to
2  discuss this --
3      MR. SLATER:  Let me finish.  Let me
4  finish.  It's a PDF with the index.  Do you want to
5  put a sticker on them?  I have no idea -- and then
6  what do you want to do, send them out to have
7  someone --
8      MR. SCHOCH:  Each binder is a separate
9  PDF.
10     MR. SLATER:  Yes, each binder is a
11 separate PDF.  We can send them to you; but if you
12 don't trust us and you want to have stickers put on
13 the binders, we can do that too.
14     MR. BERNARDO:  This isn't a lack of
15 trust or not, and we can talk at a break as to how to
16 do it; I just want to have the inventory of what's in
17 there be part of the record, and we can discuss the
18 best logistical way to do that at a break.  We don't
19 need to --
20     MR. SLATER:  I'm just offering you that
21 we have PDFs of every single binder that we can just
22 give to you, and then you can just mark them as
23 exhibits and attach them right now.
24     MR. BERNARDO:  Perfect.  I don't want to
25 go through that right now.  We don't need to do that

Page 225

1  right now.
2          And I'm just going to reserve -- and
3  we'll do it as one composite exhibit that we can just
4  call Exhibit 25, which are the binders that Dr. Hecht
5  has.
6          And I will accept Mr. Slater's
7  representation that the copy he provides will be the
8  copy -- or identical to the copy that Mr. -- that
9  Dr. Hecht has.
10         (Exhibit Hecht-25, Composite Exhibit,
11 Copies of Dr. Hecht's Exhibit Binders, was received
12 and marked for identification.)
13 BY MR. BERNARDO:
14     Q.   I want to talk about another topic,
15 Dr. Hecht.  And I want to go back to your report at
16 pages 7 to 8.
17     A.   Which one?
18     Q.   I'm sorry, the October -- the
19 October 31st, 2022, report, and I want you to turn to
20 page 7 to 8.
21     A.   Okay.
22     Q.   There we go.  My colleague just
23 highlighted, and we'll take it off; I just want to
24 draw your attention to the section that I'm pointing
25 out, which is, "Of note, and perhaps not a

Page 226

1  coincidence, the July 27, 2017, email written by
2  Jinsheng Lin, Ph.D. confirming that there was NDMA in
3  ZHP's valsartan API caused by the quenching with
4  sodium nitrite was written during the same month."
5          Do you see that?
6      A.   Yep.
7      Q.   Have you reviewed that email, Dr. Hecht?
8      A.   Pardon me?
9      Q.   Have you reviewed that email?
10     A.   Yes.
11     Q.   Okay.  And I take it that was part of
12  the materials that you were sent to review.  Correct?
13     A.   Yes.
14     Q.   And the version that was sent to you was
15  in English.  Is that correct?
16     A.   No, it was in Chinese.
17          Right.
18     Q.   I'm simply asking, Dr. Hecht --
19     A.   Okay.  Yeah, it was in English.
20     Q.   Okay.  I understand you know this and I
21  know this, but we just need to make things clear on
22  the record.  That's why I'm asking you this.
23     A.   Okay.
24     Q.   And you know that the document was
25  originally written in Chinese.  Correct?

Page 227

1      A.   Yes.
2      Q.   Okay.  And it was produced in the
3  litigation also in Chinese, as it was maintained in
4  the ordinary course of business.  Is that correct?
5      A.   I guess so, yeah.
6      Q.   Okay.  And I think we established that
7  you don't speak or read Chinese.  Correct?
8      A.   Correct.
9      Q.   And are you aware that there are
10  different English translations of this e-mail?
11         MR. SLATER:  Objection.
12         You can answer.
13     A.   No.
14     Q.   Okay.  Do you know -- and you've read
15  one translation.  Correct?
16     A.   Yes.
17     Q.   Okay.  And obviously, you would not
18  understand the original Chinese if you read it.
19  Fair?
20     A.   That's fair to say.
21     Q.   So you relied on the English translation
22  that was provided to you.  Fair?
23     A.   I did.
24     Q.   Okay.  Do you agree that you, sitting
25  here, have no way of knowing if that translation is

Page 228

1  actually accurately translating what was said in
2  Chinese?
3          MR. SLATER:  Objection.
4      A.   I have some Chinese colleagues in my
5  lab.  I could easily find out.
6      Q.   I'm not asking you if you could find
7  out; I'm asking if you've done that?
8          MR. SLATER:  Objection.
9          You can answer.
10     A.   I have not.
11     Q.   Okay.  And we know already that you've
12  read Dr. Xue's export report.  Correct?
13     A.   Yes.
14     Q.   And in his report, he addresses this
15  email.  Do you recall that?
16     A.   Yes.
17     Q.   Okay.  And, you know, I think, because
18  he says it, that Dr. Xue is a native Chinese speaker.
19  Correct?
20     A.   Yes.
21     Q.   And he obviously also speaks English.
22  Correct?
23     A.   Yes.
24     Q.   And he's also a chemist.  Correct?
25     A.   Right.

Page 229

1      Q.   So fair to say, he's probably in the
2  best position to understand what is said in here,
3  because he has both native Chinese speaking skills,
4  and a deep understanding of chemistry?
5          MR. SLATER:  Objection.  Compared to
6  who?
7      A.   Yeah, I don't know about that.
8      Q.   A better understanding --
9      A.   First of all, I don't know -- I don't
10  know anything about his Chinese skills, even though
11  he says it's his native language.  You know, there
12  are different dialects and stuff.  So I really don't
13  know.  I have no idea.
14     Q.   Okay.  It's fair to say --
15     A.   His chemistry, I think, is probably
16  pretty strong.
17     Q.   Okay.  Fair to say that minor
18  distinctions in wording, in science in particular,
19  can result in different meanings?
20         MR. SLATER:  Objection.
21     A.   It's possible.
22     Q.   Okay.  And do you have any reason, as
23  you sit here today, to dispute his conclusion that
24  when you read the document in its original Chinese,
25  the email makes no reference to possible nitrosamine

58 (Pages 226 - 229)

Page 230

1  formation, from the TEA process with quenching or the
2  zinc chloride process, for valsartan API?
3          MR. SLATER: Objection.
4      A.  Well, the email talks about nitrosamine
5  formation.
6      Q.  I'm asking if you have any reason to
7  challenge or dispute his conclusion that it makes no
8  reference, when you read the original Chinese, to
9  possible nitrosamine formation from the TEA process
10 with quenching, or the zinc chloride process for
11 valsartan?
12         MR. SLATER: Objection.
13         You can answer.
14     A.  I haven't tried to read it in Chinese,
15 so I have no idea.
16     Q.  So that's -- you don't have, as you sit
17 here today, a basis to dispute that.  Is that fair?
18         MR. SLATER: Objection.
19         You can answer.
20     A.  What I have is an English translation.
21 Okay?  So, you know, the person who translated it
22 maybe didn't translate it correctly, it's possible.
23 But I have an English translation.  I didn't look at
24 the memo, the email in Chinese.  Even if I had done
25 that, I would have no idea what it said.

Page 231

1          So I'm depending on what I have in my
2  hand.
3      Q.  Do you know what --
4      A.  Which is an English translation.
5      Q.  I'm sorry to interrupt.
6      A.  That's pretty clear.  Right?
7      Q.  Do you know what irbesartan is?
8      A.  Yes, it's another -- another sartan.
9      Q.  And have you studied irbesartan, as you
10 have valsartan?
11     A.  Have I studied it?  I don't know what
12 you mean by that.
13     Q.  Have you -- have you investigated the
14 potential or not of nitrosamine formation in
15 irbesartan?
16         MR. SLATER: Stop for a second.
17         Are you asking if he's done anything --
18         Well, you know what, you can just go
19 ahead and answer the question.  I don't care.
20     A.  Only in this email.
21     Q.  Okay.  And is it fair to say, or do you
22 not know, that irbesartan is a different drug
23 molecule from the generic valsartan API?
24     A.  Yes, for sure, it's different.
25     Q.  Just a moment here, my computer is

Page 232

1  saying it's going to shut down.  One second here.
2          MR. SLATER: The time has come.
3          MR. BERNARDO: What have you done to my
4  computer, Adam?
5          MR. SLATER: I released -- I have other
6  people, though.  I have people in there.
7      Q.  Sorry.  Have you done anything to
8  research the structural differences between
9  irbesartan and valsartan API?
10     A.  I don't have to research it.  It's
11 obvious.  I mean, if you look at the structure,
12 they're different.
13     Q.  You say in your report at -- and again,
14 I'm sorry, to be clear, your October 2022 report at
15 page 2.
16         MR. BERNARDO: If you want to pull that
17 up.
18     Q.  That "ZHP acknowledged the possibility
19 of cross-contamination of valsartan API on shared
20 product production lines."
21         Do you see that?
22         MR. SLATER: Hey, I'm sorry, what page
23 are you on, in which report?  Last year's?
24         MR. BERNARDO: Correct, Adam, yes.
25         MR. SLATER: Which page, I'm sorry?

Page 233

1          MR. BERNARDO: On page 2, I believe.
2          MR. SLATER: Page 2.
3          MR. BERNARDO: We'll highlight the
4  language for you.
5          MR. SLATER: No, it's all right.  I just
6  wanted to make sure I was in the right place.
7  BY MR. BERNARDO:
8      Q.  Do you see that, Dr. Hecht?
9      A.  Yep.
10     Q.  Okay.  And you say that "ZHP
11 acknowledged the likely occurrence of
12 cross-contamination."  Correct?
13     A.  Yes.
14     Q.  Have you investigated whether in fact
15 any kind of cross-contamination occurred?
16         MR. BERNARDO: Can you hold -- can we go
17 off the record?
18         THE VIDEOGRAPHER: Going off the record.
19 The time is 2:04 p.m. Central Time.
20         (A brief recess takes place.)
21         THE VIDEOGRAPHER: We are back on the
22 record.  The time is 2:12 p.m. Central Time.
23 BY MR. BERNARDO:
24     Q.  Dr. Hecht, we were talking about
25 cross-contamination.  I don't think we got very far,

59 (Pages 230 - 233)

Page 234

1  but I think the only point I wanted to establish is,
2  you say that ZHP acknowledged the -- and I think the
3  words you used are "likely occurrence" of
4  cross-contamination. Right?
5      A.  Yes.
6      Q.  Okay. Did you do anything to
7  investigate whether cross-contamination did, in fact,
8  occur?
9      A.  Well, it's in the documents. With
10 the -- they go into a great deal of detail about the
11 cross-contamination of the lines that were used in
12 various processes, which is one way that the
13 dimethylnitrosamine ended up in one of the products
14 that also had diethylnitrosamine.
15         In other words, from the -- I think
16 there was cross-contamination between the TEA process
17 and the later processes. I'm not exactly sure, but I
18 know, from what I read, there was some
19 cross-contamination in the lines. ZHP mentions that.
20 And that was the source, I believe.
21     Q.  That was my --
22     A.  Of part of the dimethylnitrosamine that
23 they found in the TEA process.
24     Q.  And I think you answered my question,
25 but let me just make sure.

Page 235

1         The basis for your understanding of what
2  did or didn't occur with respect to
3  cross-contamination is the document you have cited
4  there, the ZHP deviation investigation report. Is
5  that correct?
6      A.  Which document are you talking about
7  now?
8      Q.  The one that's cited that we'll
9  highlight for you in a moment. Right there?
10     A.  Yeah.
11     Q.  Okay. And I just simply want to make
12 sure that that's the totality of what you're relying
13 on with respect to the contamination issue; that you
14 did not do anything to investigate it, additional
15 from that?
16         MR. SLATER: Additional from reading the
17 documents, is that what you're asking?
18         MR. BERNARDO: That's exactly what I'm
19 asking.
20     A.  I guess I'm a little confused. Because
21 I mean, before your computer went down, we were
22 talking about something different. We were talking
23 about the irbesartan.
24     Q.  We were, and right before --
25     A.  Then all of a sudden, you're talking

Page 236

1  about something different. So what's going on here?
2      Q.  I switched -- I finished that topic and
3  moved to this topic.
4      A.  Okay.
5      Q.  And then asked --
6      A.  You didn't ask anything about it.
7      Q.  Well, let me start over. I think we've
8  completed the questions I wanted to ask you, and I
9  think you've answered them. I can go back, but I
10 don't see a need to, unless there's -- you disagree
11 with any of the testimony you've given.
12         Let me do it this way, so the record is
13 clear.
14     A.  You're asking the questions, so that's
15 fine. It just confused me --
16     Q.  Yeah, I'm sorry --
17     A.  That you jumped from one thing to
18 another, without any notice.
19     Q.  Without a transition. Let me just
20 summarize this, because I think the record is clear,
21 but just to make sure.
22         You talk about cross-contamination on
23 this page of your report; that's in the first line.
24 Correct?
25     A.  Yes.

Page 237

1      Q.  And then you cite to -- and you
2  explained a little bit about what you think happened,
3  with respect to cross-contamination. Right?
4      A.  Yeah.
5      Q.  And I simply wanted to confirm that the
6  basis of your understanding is the document that you
7  cite; that you didn't do anything on your own
8  otherwise to investigate the cross-contamination.
9  And I think you confirmed that, too?
10     A.  Right.
11     Q.  That's all I wanted to do.
12         I'm going to switch topics, to give
13 you -- we're done with cross-contamination.
14         Prior to your involvement in this case,
15 Dr. Hecht, had you ever done any research on
16 impurities in pharmaceuticals in particular?
17     A.  No, not pharmaceuticals.
18     Q.  Okay. And in particular, I think this
19 is consistent with what you just said, but just to be
20 sure. So you've never researched the development of
21 nitrosamines in pharmaceuticals, prior to your
22 involvement in this case. Correct?
23     A.  Yes.
24     Q.  Fair to say, therefore, you've never
25 taught on that subject; the subject being the

60 (Pages 234 - 237)

Page 238

1  formation of -- let me start with impurities in
2  pharmaceuticals?
3      A.    Not in pharmaceuticals.  I mean --
4      Q.    Yeah, I'm purely asking about
5  pharmaceuticals?
6      A.    We did do a study on dishwashing
7  liquids.  And of course, we've done a lot on tobacco,
8  but we haven't done pharmaceuticals.
9      Q.    And you've never performed any
10 evaluation of a manufacturer's compliance with CGMP
11 manufacturing practices with respect to
12 pharmaceuticals.  Is that fair?
13     A.    Yes, correct.
14     Q.    And you've never conducted testing of
15 any kind for a pharmaceutical company of any of its
16 products.  Is that correct?
17     A.    Correct.
18     Q.    And you've never conducted an assessment
19 of a pharmaceutical product.  Correct?
20     A.    What do you mean by "assessment"?
21     Q.    Well, I was going to use risk
22 assessment, but you didn't like that phrase earlier?
23     A.    No.
24     Q.    You've never studied a pharmaceutical,
25 previously to this case, to determine what risks the

Page 239

1  pharmaceutical might present.  Is that fair?
2      A.    Correct.
3      Q.    Okay.  And you have no experience with
4  respect to pharmaceutical regulation and enforcement.
5  Fair?
6      A.    Correct.
7      Q.    And outside of litigation, you've never
8  reviewed any pharmaceutical regulatory filings.
9  Correct?
10     A.    Correct.
11     Q.    Okay.
12           MR. BERNARDO:  And this is where the
13 word comes up, Adam.
14     Q.    You're not an epidemiologist.  Is that
15 fair?
16     A.    I'm not what?
17     Q.    An epidemiologist?
18     A.    That's correct; I'm not an
19 epidemiologist.
20     Q.    And therefore, you don't consider
21 yourself to be an expert in the field of
22 epidemiology.  Correct?
23     A.    That's correct.
24     Q.    When was the last time you taught a
25 full-time university course, Dr. Hecht?

Page 240

1      A.    That would probably be about 20 years
2  ago.
3      Q.    And in -- what about a class in organic
4  chemistry, how long ago was that?
5      A.    No, I never taught -- oh, no, that's not
6  true.  I taught organic chemistry at Haverford
7  College in 1969.
8      Q.    And when was the last time that you
9  personally utilized gas chromatography?
10     A.    Personally?
11     Q.    Yes.
12     A.    Probably in about 1994.
13     Q.    And what about gas chromatography with
14 flame ionization detector?
15     A.    Yes, the same.
16     Q.    The same answer, okay.  1994?
17     A.    Right.
18     Q.    And what about gas chromatography with
19 mass spectrometry?
20     A.    GC-MS?  Personally, you mean I injected
21 the sample?
22     Q.    Correct.
23     A.    No, I worked with -- side by side with
24 somebody else who injected the sample?
25     Q.    Correct?

Page 241

1      A.    I injected the sample?
2      Q.    Yes, that's what I'm asking.
3      A.    Okay.  1995.
4      Q.    And let's ask the question that you're
5  trying to qualify.  Explain when was the last time
6  you did what you were describing, where maybe you
7  were standing next to somebody who was doing it?
8      A.    Well, we're still doing it in the lab.
9  So, you know, we use GC-MS and LC-MS every day.  We
10 have 15 instruments.
11     Q.    New topic.  This is going to be a
12 transition.  I want to talk about your invoices.  But
13 I can bring them up if you need to refer to them, or
14 we could talk generally.
15           Let me ask my question, and then you can
16 tell me whether we need to refer to them.
17           Looking at your most recent invoice that
18 was provided here, it appears that you last billed
19 time, other than one hour that was recently billed,
20 in July of 2021.  Is that correct?
21           MR. SLATER:  What he's asking is, what
22 you've invoiced us for.
23     A.    Yeah, I guess that's correct.
24     Q.    How much time since July of 2021 have
25 you devoted to work on this case, just roughly?  And

61 (Pages 238 - 241)

Page 242

1  July of 2021; I'm asking that, because that's the
2  date of your report?
3     A.   I don't know.  Maybe 30 hours or so?  I
4  haven't added it all up yet.
5     Q.   Okay.  So you've just not billed that
6  time.  Is that fair?
7     A.   Yeah, that's right.
8     Q.   Got it.  Okay.  And Dr. Hecht, I think
9  we talked about this before.  You have a lot of
10 experience studying nitrosamines.  I understand that;
11 that's fair?
12    A.   Right.
13    Q.   And you've published hundreds of
14 articles about nitrosamines.  Correct?
15    A.   Correct.
16    Q.   And given presentations -- and I'm
17 talking generally, nitrosamines?
18    A.   Yes.
19    Q.   And many of them, if I recall, are
20 focused on NNN or NNK, tobacco-specific nitrosamines.
21 Is that correct?
22    A.   Right.
23    Q.   And you've taught university students
24 about nitrosamines generally.  Correct?
25    A.   Yes.

Page 243

1     Q.   Okay.  Now, is it fair to say that
2  you've never published anything or taught anything
3  with respect to the formation of NDMA in a
4  pharmaceutical product?
5     A.   I don't know about "never."  But in
6  general, you know, it's not one of the main topics,
7  for sure.  But I mean, there could have been an
8  example in -- I can't think of any offhand.  So I'd
9  say yes, it's fair to say.
10    Q.   Okay.  And prior to this litigation,
11 fair to say you've never had any discussions with
12 regulators about how DMF can degrade and form
13 nitrosamines in a pharmaceutical product?
14    A.   No, that's not true.  Because I was on
15 the FDA panel that looked into this.  So there's
16 plenty of discussion.
17    Q.   And when was that?
18    A.   2021?
19    Q.   I was asking prior to the litigation,
20 Dr. Hecht?
21    A.   Yeah, prior to the litigation.  So the
22 FDA panel was established or reenergized around the
23 time when all this was happening, so I forget the
24 exact date.  It's either 2020 or 2021.  So I mean, I
25 was on that panel.  So I participated in a few

Page 244

1  conference calls, and also at a symposium.  So I
2  participated in all that, I don't remember the exact
3  details.  But it was either 2020 or 2021.
4     Q.   Okay.  You were retained in 2019.
5  Correct?
6     A.   Yes.
7     Q.   So I was asking you whether you've done
8  any of this prior to your retention as an expert in
9  this litigation.
10    A.   Done any of what?
11    Q.   Sorry.  The panel you're talking about,
12 you were answering my question --
13    A.   No, that was after.
14    Q.   Okay.  So the example you just gave was
15 after you were retained as an expert in litigation?
16    A.   Yes, that's right.
17    Q.   Okay.  Thank you.  Dr. Hecht, during
18 your last deposition, you were asked about whether or
19 not you disclosed your work for plaintiffs in this
20 case when you participated in that FDA panel.
21         I don't want to re-hash that; I just
22 want to ask if you recall that questioning?
23    A.   Not really.
24    Q.   Okay.  Is it fair to say that you did
25 not disclose your work for plaintiffs, prior to

Page 245

1  participating in that panel?
2         MR. SLATER:  Objection.
3         You can answer.
4     A.   You mean disclose to the FDA?
5     Q.   Correct.  As a potential conflict of
6  interest.
7     A.   I really don't remember.
8     Q.   Okay.  Do you agree that it's important
9  to provide disclosure about whatever kind of work
10 you're doing in connection with papers or
11 publications or panels, so that the people listening
12 to you have an understanding of what role you have?
13 I mean, you have your education; but whether or not
14 you do work for plaintiffs or otherwise?  Do you
15 think that's important?
16    A.   Yes --
17         MR. SLATER:  Objection.
18         You can answer.
19    Q.   I didn't hear your --
20    A.   Yes, it's important.
21    Q.   Okay.  And you've previously had issues
22 brought to your attention where you in fact did not
23 disclose your work for plaintiffs in litigation,
24 where you should have.  Do you recall that?
25         MR. SLATER:  Objection.

62 (Pages 242 - 245)

Page 246

1    A.    There might have been -- there might
2 have been one or two.
3    Q.    Okay.  And an example of one of them is
4 a paper you wrote with respect to smokeless tobacco,
5 with an author called Dr. Boffetta.
6        Do you recall that?
7        MR. SLATER:  Objection.
8    A.    I remember the paper for sure.
9    Q.    But you don't remember whether or not
10 you disclosed?
11        MR. SLATER:  Objection.
12    A.    Disclosed what?
13    Q.    The fact that you were a paid expert in
14 smokeless tobacco litigation for plaintiffs?
15    A.    Oh, yeah, right.
16        MR. SLATER:  One second, Doctor.
17        Objection to this whole line of
18 questioning.
19        You can answer.
20    A.    I was, yeah.  I guess I -- maybe I
21 didn't disclose it, I don't know.  I don't know.
22    Q.    And you later --
23    A.    This was like -- this was 20 years ago.
24    Q.    Okay.  And you later issued an errata,
25 as a result of being asked to disclose your --

Page 247

1    A.    Yeah.
2    Q.    -- relationship.
3    A.    Right.
4    Q.    Okay.
5    A.    And I probably neglected to disclose it
6 when we wrote the paper.  I probably forgot about it.
7    Q.    Okay.  You recently published a paper
8 that talks about NDMA forming in valsartan, within
9 the last year, I believe.  Correct?
10    A.    Yep.
11    Q.    And it's entitled "Metabolic activation
12 and DNA interactions with carcinogenic n-nitrosamines
13 to which humans are commonly exposed"?
14    A.    Yep.
15    Q.    Okay.  And do you agree that in that
16 paper, you also did not disclose that you're a
17 retained expert in litigation involving that very
18 subject?
19        MR. SLATER:  Objection.
20        You can answer the question.
21    A.    Yeah, actually I did write to the
22 journal afterwards.  I did forget to add it in the
23 paper itself, but I did write to the journal
24 afterwards.  I can read you the email.
25    Q.    No.  I appreciate --

Page 248

1    A.    So I --
2        MR. SLATER:  Let him finish the answer,
3 please.
4    A.    I did write to the journal and disclose
5 that I was a witness in testimony about this subject.
6    Q.    What were the circumstances that caused
7 you to do that, if you recall?
8    A.    Yeah, Slater reminded me.
9    Q.    Okay.
10        MR. BERNARDO:  Reserving time for
11 redirect, and turning it -- oh, I'm sorry, one last
12 question.
13    Q.    Dr. Hecht, we've gone through your two
14 reports; a portion of your 2021 report and the
15 entirety of your 2022 report, and talked about a lot
16 of topics.
17        I want to just ask you:  Are there any
18 points about which you expect to testify pertaining
19 to the subjects we discussed that we haven't talked
20 you about here today?
21        MR. SLATER:  Objection.
22        You could answer.
23    A.    No.  But -- no.  Something else could
24 come up, I mean....
25    Q.    But as you sit here today, there's

Page 249

1 nothing else that you can think of.  Is that fair?
2        MR. SLATER:  Objection.
3        You can answer.
4    A.    Right.  I said that.
5        MR. BERNARDO:  I don't have any further
6 questions at this time.  I turn it over to my
7 colleagues for other counsel.  And as I mentioned a
8 few minutes ago, obviously, I'm reserving the
9 remainder of my time for any redirect, of course, to
10 the extent Mr. Slater does direct.
11        MR. SLATER:  When you say the remainder
12 of your time?
13        MR. BERNARDO:  The remainder of the
14 seven hours that haven't been used, after the other
15 folks ask their questions.  I'm trying to make it
16 clear:  I may not be done.  I have seven hours, and I
17 may ask questions after you're asking them.  I think
18 that was pretty clear, but.
19        All right.  Do you want to take a break,
20 Dr. Hecht, before somebody else comes, or should we
21 let -- it looks like maybe Mr. Harkins will ask
22 questions.
23        THE WITNESS:  Yeah, let's keep going.
24        MR. HARKINS:  Can we just take a quick
25 five-minute break or do you want to keep going?

63 (Pages 246 - 249)

Page 250

1    THE WITNESS: Let's take a break then.
2    THE VIDEOGRAPHER: Going off the record.
3  The time is 2:32 p.m. Central Time. This is the end
4  of Media Unit 5.
5    (A brief recess takes place.)
6    THE VIDEOGRAPHER: We're back on the
7  record. The time is 2:41 p.m. Central Time. This is
8  the beginning of Media Unit 6.
9  EXAMINATION BY MR. HARKINS:
10    Q.    Good afternoon, Dr. Hecht.
11    A.    Good afternoon.
12    Q.    My name is Steven Harkins with the law
13  firm of Greenberg Traurig, and I represent the Teva
14  defendants.
15    You're familiar with the Teva defendants
16  and their role as a finished-dose manufacturer in
17  this case. Right?
18    A.    Yes.
19    Q.    The main thrust of my questioning is
20  going to be find out, in your supplemental report and
21  in the one section of your report submitted in 2021,
22  if you have any criticisms or opinions about the
23  finished-dose manufacturers.
24    And when I say "finished-dose
25  manufacturers," unless otherwise indicated, I'm

Page 251

1  referring to both Teva and Torrent, who were the two
2  finished-dose manufacturers involved here. Okay?
3    A.    Okay.
4    Q.    Is that a yes?
5    A.    Yes.
6    Q.    Can you hear me okay?
7    A.    Yes.
8    Q.    All right. Generally speaking, you
9  understand that this upcoming trial involves the ZHP
10  API that was used by both Teva and Torrent in their
11  finished-dose valsartan drug product. Right?
12    A.    Yes.
13    Q.    And looking at your supplemental report
14  that was submitted back in October of 2022. Do you
15  have a copy of that, or would it be helpful for me to
16  share that?
17    A.    Yes.
18    Q.    In this report, are you intending to
19  offer any opinions with regard to the finished-dose
20  manufacturers?
21    MR. SLATER: Objection.
22    You can answer.
23    A.    No. I mean, they received the material
24  from ZHP. ZHP created the faulty material. And I
25  guess it's -- you know, it's their responsibility

Page 252

1  to -- well, I don't know. I mean, someone along the
2  line has to figure out that, you know, this process
3  that was being used was not correct. And, you know,
4  that it presents the potential problem of nitrosamine
5  contamination.
6    Q.    And we'll go through this; I'll give you
7  more opportunities to talk about specific sections of
8  that report. But I just want to generally, you know,
9  see if you agree that the main thrust of your report,
10  your supplemental report, are criticisms of ZHP, and
11  there are some areas that might apply to the
12  finished-dose manufacturers?
13    I just want to understand if that's
14  fair?
15    A.    Right, that's correct.
16    Q.    Then looking at the report that you
17  submitted on July 6, 2021, I believe that's already
18  been marked as Exhibit 1. Do you have that report
19  with you as well?
20    A.    Yeah.
21    Q.    There is a section that starts on
22  page 25 of your report, under the Heading 6, and it's
23  titled "Nitrosamines in the Teva Finished Dose
24  Formulation"?
25    A.    Yes.

Page 253

1    Q.    And I just want to make sure that we
2  understand if there's anything in this report that we
3  need to address, I want you to take a moment and look
4  at the first paragraph of this section, and read
5  through it quickly. And -- I'm sorry; read
6  through it at your own pace, and let me know when
7  you're finished.
8    (Brief pause in proceedings.)
9    A.    Yeah.
10    Q.    Am I correct that this paragraph
11  describes the product that is manufactured by API
12  received from ZHP and Mylan by Teva. Correct?
13    A.    Right.
14    Q.    It's a factual paragraph?
15    A.    Yes.
16    Q.    It wasn't intended to be an opinion or
17  criticism of Teva's conduct. Right?
18    A.    Correct.
19    Q.    The next paragraph, I believe, indicates
20  levels of NDMA identified by Teva in their valsartan
21  product, testing on the ZHP product. Go ahead and
22  take a look at it, and just -- my question is: Is
23  this just another factual paragraph describing that
24  topic?
25    A.    Yes.

64 (Pages 250 - 253)

Page 254

1    Q.   This paragraph doesn't contain any
2    opinions or criticisms of Teva's conduct.  Right?
3    A.   Right.
4    Q.   And the final paragraph, again, just
5    to -- I'm sorry, the third paragraph, again, just to
6    go through, is discussing the NDEA testing levels in
7    the Mylan product, and is similarly just a factual
8    paragraph.  Right?
9    A.   Right.
10   Q.   It doesn't contain any opinions or
11   criticisms with respect to Teva?
12   A.   Right.
13   Q.   Then the final paragraph says, "These
14   contamination levels caused an unreasonably dangerous
15   and unacceptable risk of causing or substantially
16   contributing to the causation of cancer for those
17   ingesting the valsartan sold by Teva."
18        A, did I read that correctly?
19   A.   Yes.
20   Q.   And B, that was part of your general
21   causation opinion that you previously provided.
22   Correct?
23   A.   Right.
24   Q.   So Dr. Hecht, turning back to the report
25   that you submitted in October of this case, and

Page 255

1    looking at the first paragraph?
2    A.   Yeah.
3    Q.   And I believe you said this generally,
4    but I just want to be clear.
5        In the first paragraph here, you state
6    that the purpose of this report is to provide further
7    discussion of your conclusions as what ZHP -- I'm
8    sorry; to supplement your opinions with respect to
9    ZHP.  Is that correct?
10   A.   Yes.
11   Q.   And the second paragraph indicates a
12   summary of your supplemental opinions and conclusions
13   as what ZHP could or should have done?
14   A.   Yes.
15   Q.   You don't mention either of the
16   finished-dose manufacturers, including Teva, anywhere
17   in those two paragraphs.  Right?
18   A.   Right.
19   Q.   And turning down through your report --
20   and I'm happy to let you take more time to look.  But
21   I will say, the only place in your report, the
22   supplemental report submitted in October, that I see
23   a reference to Teva and Torrent in the body of the
24   report is at the bottom of page 10; if you can turn
25   to that.

Page 256

1    A.   Yep.
2    Q.   And the statement that you're making
3    with regard to Teva and Torrent here is just to
4    report the levels of impurities that were found in
5    their finished dose product.  Correct?
6    A.   Right.
7    Q.   And similar to the question I was asking
8    with the other report, this paragraph is not intended
9    to contain any opinions or criticisms of the
10   finished-dose manufacturers; it's factual?
11   A.   It's just facts.
12   Q.   Right.  Dr. Hecht, to make sure that we
13   cover anything that may fall into that gray area
14   where you were talking about obligations the
15   finished-dose manufacturers might have, can you turn
16   back to your first report, the July 6 -- 2021,
17   apologies, report, and go to page 18?
18   A.   Okay.
19   Q.   And this is a statement that you
20   discussed already, and I just want to clarify a few
21   things about it from the finished-dose manufacturers'
22   perspective.
23        At the end of that paragraph, you
24   indicate "a qualified organic chemist in industry
25   would be aware of this literature."

Page 257

1    A.   Where is this now?
2    Q.   Sorry.  The bottom of the first full
3    paragraph, on page 18?
4    A.   Oh, okay.  Oh.  Yes.
5    Q.   And I'm not going to go back over it,
6    but this is the statement that you were discussing
7    with Mr. Bernardo, about the literature that you may
8    have reviewed in connection with coming to this -- to
9    forming this opinion.  Right?
10   A.   Yes.
11   Q.   Does this opinion in your report apply
12   equally to the organic chemists working for the
13   finished-dose manufacturers, like Teva and Torrent?
14        MR. SLATER:  Objection.
15        You can answer.
16   A.   Yeah, I would think that anybody doing
17   organic chemistry should have at least a passing
18   knowledge of what the hazards of various compounds
19   are, yeah.  And of their place in the overall
20   firmament of organic compounds.  And, you know,
21   nitrosamines have a special place.
22   Q.   And I think I understand your testimony
23   on this from earlier today, so I'm not going to go
24   back over that.  I just want to clarify a few things
25   that I don't know if they were exactly clear on the

65 (Pages 254 - 257)

Page 258

1  record, in a slightly narrower fashion.
2          You discussed the world of literature,
3  and sort of the body of scientific knowledge
4  surrounding these issues. I just want to confirm:
5  You are not aware of any literature, prior to June
6  2018, that discussed the potential for nitrosamine
7  impurities, specifically in valsartan API or
8  valsartan drug products. Correct?
9          MR. SLATER: Objection.
10         You can answer.
11     A.   Published literature, or any --
12     Q.   Published literature?
13     A.   Published literature. That specifically
14  related to valsartan?
15     Q.   Yes.
16     A.   Is that the question?
17     Q.   Yes.
18     A.   No, I don't think there was any, unless
19  I'm forgetting something.
20     Q.   And in your review of material in this
21  case, you haven't seen any document that indicates
22  that Teva specifically was aware of the potential for
23  nitrosamine formation in valsartan API or valsartan
24  drug product, prior to June 2018. Correct?
25     A.   Prior to when?

Page 259

1      Q.   June of 2018?
2      A.   Correct.
3      Q.   And Dr. Hecht, one more thing as we're
4  just kind of cleaning up stuff on your report, I just
5  want to make sure that I'm clear.
6          Looking at the supplemental report that
7  you submitted, the October 31st, 2022, report, and
8  specifically going to the list of supplemental
9  materials reviewed that begins on Exhibit A. Let me
10  know when you're there.
11     A.   Yeah.
12     Q.   So the first page of this is all under a
13  heading that includes ZHP documents. Correct?
14     A.   Yes.
15     Q.   And then on the second page, there are a
16  handful of Torrent documents as well. Correct?
17     A.   Yes.
18     Q.   And then there are four deposition
19  transcripts here.
20     A.   Yeah?
21     Q.   And I believe all four of those
22  deposition transcripts are ZHP witnesses. Is that
23  correct?
24     A.   I think so, yeah.
25     Q.   There are no additional Teva documents

Page 260

1  included on the list of supplemental materials
2  reviewed. Correct?
3      A.   Right.
4      Q.   And Dr. Hecht, turning now back to your
5  July report, there is an exhibit that has a similar
6  list of the materials that you reviewed. I believe
7  it's Exhibit -- I believe it's Exhibit 2 to your
8  July 7, 2021 report. If you could go ahead and take
9  a look at that.
10     A.   Which exhibit is it?
11     Q.   It's Exhibit 2?
12     A.   All right.
13     Q.   And I believe it's unnumbered.
14     A.   Okay. "Documents Reviewed."
15     Q.   And there's a header --
16     A.   What's your question?
17     Q.   Sure. I just want to confirm: There's
18  a header for ZHP documents again, and that goes on
19  until the third page --
20     A.   Right.
21     Q.   -- of this exhibit. Then there are
22  Hetero and Mylan documents?
23     A.   Right.
24     Q.   And then there's a list of 13 Teva
25  documents. Do you see that?

Page 261

1      A.   Right.
2      Q.   And just so I'm clear: In forming your
3  opinions, both in your initial report and in your
4  supplemental report, these are the only 13 Teva
5  documents that you reviewed?
6      A.   Correct.
7      Q.   All right. Dr. Hecht, if you could turn
8  back to the body of your July 6, 2021, report. Oh, I
9  apologize. The supplemental report.
10         MR. SLATER: What did you say? I lost
11  it, I missed it?
12         MR. HARKINS: I identified the wrong
13  report. The next question is about the supplemental
14  October report.
15     A.   Okay.
16     Q.   Strike that again. I'm getting my
17  reports mixed up.
18         I apologize, Dr. Hecht. This question
19  is about the July report, and specifically on page 23
20  of that report.
21     A.   Okay.
22     Q.   So at the top of that, there's a
23  paragraph that starts in the middle, and beginning in
24  the second line, you have a sentence after a comma,
25  I'm happy to read the beginning of it. It says,

66 (Pages 258 - 261)

Page 262

1  "Thereafter, when aberrant peaks demonstrated
2  unaccounted-for impurities, the nitrosamine
3  contamination could have been easily discovered,
4  based on knowledge of the potential chemical
5  reactions and application of GC-MS to identify
6  potential NDMA/NDEA."
7       Did I read that correctly?
8       A.   Yes.
9       Q.   And then it says, "This was identified
10  by Novartis, even without the full information
11  available to ZHP."
12       Did I read that correctly as well?
13       A.   Yes.
14       Q.   At the end of that statement, you say,
15  "the full information available to ZHP."
16       What do you mean by that?
17       A.   Well, it took -- according to my
18  understanding, ZHP never thought of the possibility
19  that dimethylnitrosamine could form in this process.
20  Of if they had thought of it, they never mentioned
21  it. But Novartis, the guy at Novartis, figured it
22  out by, you know, taking into consideration the
23  process.
24       So, you know, he's the one, according to
25  my understanding, he's the one that figured out

Page 263

1  dimethylamine could have been formed from DMF, and,
2  you know, once he saw that, then obviously the light
3  bulb went off.
4       Q.   Doctor, are you familiar with the FDA's
5  review process for approving DMFs and ANDA
6  applications?
7       A.   Not very.
8       Q.   So would you say you have an
9  understanding of what information in the Drug Master
10  File is or is not available to a finished-dose
11  manufacturer when they submit an ANDA?
12       A.   It's not my area.
13       Q.   And you haven't reviewed Teva's ANDAs
14  that were submitted in this case?
15       A.   Pardon?
16       Q.   Sorry. You have not reviewed the ANDA
17  files submitted by the finished-dose manufacturers,
18  Teva and Torrent, in this case, have you?
19       A.   No.
20       Q.   Do you have any understanding -- I
21  believe you may have already answered this, but just
22  to be clear -- do you have any opinion or
23  understanding as to what a finished-dose manufacturer
24  like Teva does or does not have access to, in the ZHP
25  DMF when they submit those ANDAs?

Page 264

1       A.   Well, I can imagine what it -- what it
2  would be, but I don't have a -- I mean, when you say
3  do I have an understanding; sure, I have an
4  understanding if it -- you know, if somebody would
5  show it to me and discuss it with me. I mean, it's
6  not something that's forefront in my mind.
7       Q.   You don't have an opinion generally
8  about what types of information a finished-dose
9  manufacturer has access to, in submitting an ANDA
10  that refers to a DMF. Right?
11       A.   You're saying I don't have an opinion?
12       Q.   I guess before I get to this specific
13  question, I was hoping to ask a more general one.
14       The specific question is going to be:
15  Have you reviewed documents to determine what
16  information on the ZHP process was available to the
17  finished-dose manufacturers, when they submitted
18  their ANDAs for the valsartan product prior to 2018?
19       A.   No, I haven't.
20       Q.   And then the more general question is:
21  Do you generally have an opinion or knowledge of what
22  types of information is available to a finished-dose
23  manufacturer, in that type of situation?
24       A.   No.
25       Q.   So I understand, and correct me if I'm

Page 265

1  mischaracterizing, that it's your opinion ZHP should
2  have recognized the potential for nitrosamine
3  formation in the API, based on the information that
4  was available to ZHP. Correct?
5       A.   Yes.
6       Q.   But you have not undertaken to analyze
7  whether the finished-dose manufacturers, including
8  Teva, should have recognized the potential for
9  nitrosamine formation, based on the information that
10  was available to them about ZHP's process at the time
11  they submitted their ANDAs?
12       A.   No, I haven't looked at that.
13       Q.   I believe you testified earlier that --
14  though I understand you think differently about what
15  ZHP should have done -- you testified that if ZHP had
16  no reason to think nitrosamines could form, there
17  would be no reason for ZHP to test for nitrosamines.
18  Is that accurate?
19       MR. SLATER: Objection.
20       You can answer.
21       A.   Could you repeat that?
22       Q.   Sure. I believe you testified earlier
23  today that, assuming ZHP had no reason to think
24  nitrosamines could form, there would not be a reason
25  for them to test for nitrosamines in their valsartan

67 (Pages 262 - 265)

Page 266

1  drug product?
2        MR. SLATER: Objection.
3        You can answer.
4    A.    That question doesn't make sense to me.
5  I mean, I don't see how they could assume that.
6    Q.    Sure?
7    A.    Considering in the process they used. I
8  mean, that's the whole basis of my testimony. I
9  don't see how they could possibly assume that.
10   Q.    And I understand that, Dr. Hecht. And I
11  believe the exact way the question was phrased to you
12  is: Understanding that you think they should have
13  had a reason to think nitrosamines could form, asking
14  for purposes of the question that to -- I'm sorry.
15       You were asked, for purposes of the
16  question, to assume that they had no reason to think
17  that they would form. I'm just confirming that your
18  testimony from today was: If, assuming ZHP had no
19  reason to think nitrosamines could form, there would
20  be no reason for them to test for nitrosamines?
21       MR. SLATER: Objection.
22       You can answer.
23   A.    I guess so, but I'm really not sure.
24  Because -- you know, I have trouble with the first --
25  your assumption, your presumed assumption, I have

Page 267

1  real trouble with that. I have trouble getting my
2  mind around the fact that they could possibly have
3  not thought of this, even though they didn't.
4        So you're asking me to assume that they
5  didn't think of it. So I guess, yeah, if they didn't
6  think of it, you know, then -- you know, the second
7  part could make sense. But I can't see how they
8  couldn't think of that. Does that make sense?
9    Q.    Yes, Doctor. And I understand your
10  concern, and that you disagree with the premise that
11  I'm asking you to assume for the question. I totally
12  understand that.
13       My next question is: Would that same
14  logic hold true for the finished-dose manufacturers?
15  If the finished-dose manufacturers had no reason to
16  think that nitrosamines could form in the valsartan
17  drug substance, there would be no reason for the
18  finished-dose manufacturers to test for nitrosamines?
19       MR. SLATER: Objection.
20       You can answer.
21   A.    That's probably true. I mean, I think I
22  have more sympathy with the finished-dose
23  manufacturers than I do with the ZHP. But of course,
24  the finished-dose manufacturers, I'm sure, are well
25  aware of the procedures that are used to prepare the

Page 268

1  API. So really, that's a little surprising to me
2  that only Novartis could think of this. I don't
3  really know what's wrong with the other ones.
4    Q.    Apologies; I just want to make sure
5  you're finished?
6    A.    I'm finished.
7    Q.    I just want to clarify the last
8  response, just so I'm sure.
9        You just stated that you assume they
10  have some information about the API process, but I
11  believe you just testified that you have not reviewed
12  documents to form an opinion about what information
13  from ZHP's DMF on the process was available to the
14  finished-dose manufacturers. Correct?
15   A.    Yeah, that's true, I -- I don't know
16  what was available. Yeah, it's just an assumption on
17  my part.
18   Q.    Dr. Hecht, turning to just another one
19  of these statements I want to make sure we don't
20  miss. On your initial July report, on page 11 --
21       MR. SLATER: The 2022 report, you said?
22       MR. HARKINS: Yes.
23       MR. SLATER: Okay.
24   A.    Yep.
25   Q.    So I've got -- I must have mixed these

Page 269

1  two up. I apologize. The supplemental report on
2  page 11?
3        MR. SLATER: The October 2022 report,
4  right?
5        MR HARKINS: Yes.
6    A.    Okay.
7    Q.    This is into your Conclusions section
8  here, Dr. Hecht, and I just want to understand the
9  conclusion sentence here that starts with, "The
10  available knowledge and technology should have been
11  applied to add straightforward testing for NDMA and
12  NDEA of each batch of API and finished dose
13  manufactured using the API with these processes,
14  which would have revealed the process of NDMA and
15  NDEA."
16       Did I read that correctly?
17   A.    Yes.
18       MR. SLATER: Objection. I think you
19  might have missed a couple of words.
20   Q.    Dr. Hecht, this statement includes the
21  finished-dose manufacturer. Is this intended to be
22  an opinion about testing that the finished-dose
23  manufacturers should have also added to their
24  manufacture of valsartan finished product?
25   A.    Yes.

68 (Pages 266 - 269)

Page 270

1    Q.    And my question, generally speaking, is:
2  What guidances or standards do you feel should have
3  caused the finished-dose manufacturers to add this
4  type of testing to their product, to the extent that
5  you reviewed it and considered it in forming that
6  opinion?
7    A.    Well, the finished-dose manufacturer, I
8  assume, is familiar with the process that was used to
9  prepare the API. That's my assumption; that they
10 certainly ought to be aware of that. And of course,
11 they also do testing of the API before they put it
12 into the finished dose.
13        So again, I come back to Novartis. I
14 mean, Novartis thought of this. So I don't see why
15 somebody at Teva or one of these other companies that
16 use the API couldn't think of it.
17   Q.    So -- and Doctor, I just want to make
18 sure I understand the two areas you talked about
19 there. One was their analysis of the process for the
20 manufacturing of the API; and I believe the other one
21 you said was their own testing, the finished-dose
22 manufacturers' testing of the API that they're using.
23 Are those the two areas? Did I get that right?
24        MR. SLATER: Objection.
25        You can answer.

Page 271

1    A.    Well, yeah. Both.
2    Q.    So turning to the first one that you
3  discussed, the analysis by the finished-dose
4  manufacturers of the API process. I believe we've
5  already set out and established that you did not
6  undertake to review what, if anything, about that
7  process was known to the finished-dose manufacturers.
8  Correct?
9    A.    Could you repeat that?
10   Q.    It's the same question we were going
11 over. You did not review what information was
12 available to the finished-dose manufacturers when
13 they were evaluating ZHP's process. Correct?
14   A.    Right. No, I didn't review that.
15   Q.    And you don't have opinions on what is
16 generally available, as part of that review process,
17 to a finished-dose manufacturer. Correct?
18   A.    I don't know much about it. But, you
19 know, it's my assumption that the basic methodology
20 to prepare the API would be made clear to the
21 finished-dose manufacturer. That's my assumption.
22   Q.    Turning to the second area that you
23 talked about, their testing of the API, I'd like to
24 refer you to page 20 of your initial report, the July
25 report.

Page 272

1        MR. SLATER: Tell me what page again,
2  Steve?
3        MR HARKINS: 20.
4        MR. SLATER: 20, thank you.
5    A.    Okay.
6    Q.    If I have this backwards again, I'm
7  going to be...
8        At the bottom of this page, I believe it
9  is the third-to-last sentence, it says, "In their
10 analyses of the product, they would not have
11 identified NDMA in the chromatograms unless they were
12 specifically looking for it, because the peaks were
13 too small."
14        Did I read that correctly?
15   A.    Right.
16   Q.    That's an opinion about ZHP. Correct?
17   A.    Yes.
18   Q.    And from your testimony earlier today,
19 you agree that, in order to find NDMA in valsartan
20 testing, you need to be looking for it.
21   A.    Right.
22   Q.    And you testified that ZHP would not
23 have identified NDMA through routine chromatography
24 testing of the API?
25   A.    Most likely.

Page 273

1    Q.    And I apologize; I want to make sure.
2  Were there peaks, or would there be peaks, in routine
3  chromatography testing of the API that would be large
4  enough for ZHP to have identified it?
5    A.    There were small peaks. But they didn't
6  further investigate the small peaks.
7    Q.    Were the peaks large enough that they
8  would have been noticeable, and allowed detection of
9  NDMA on routine chromatography testing?
10   A.    Probably not. Again, you know, with a
11 peak that size, you have to develop a method to look
12 for it specifically. You know, like a routine GC-MS
13 analysis or LC-MS analysis, you know, it would just
14 appear as a small peak.
15        So, you know, unless you were -- unless
16 you had some knowledge, like the guy at Novartis, to
17 look for it specifically, then you wouldn't -- you
18 probably -- you might not even notice it. So no, you
19 would focus on the larger peaks, which were all like
20 solvent residues and stuff.
21   Q.    My question is just that the same holds
22 true for the finished-dose manufacturers: They would
23 not have identified NDMA in the chromatograms of API
24 unless they were specifically looking for it, because
25 the peaks would be too small?

69 (Pages 270 - 273)

Page 274

1    A.    Probably.  But Novartis did.  So.
2    Q.    And as far as testing -- apologies, were
3  you finished?
4    A.    Yep.
5    Q.    And as far as testing of the
6  finished-dose product itself; again, the
7  finished-dose manufacturers looking at chromatograms
8  on the finished-dose product would not have
9  identified NDMA unless they were specifically looking
10  for it.  Correct?
11    A.    Probably.
12    Q.    And I just want to make sure I'm getting
13  the terminology right.
14        When you say, "identified NDMA in the
15  chromatograms," are you talking about analysis of the
16  raw data and imaging that results from
17  chromatography?
18    A.    I don't know about imaging.  But I mean,
19  you get a chromatogram, which is a series of peaks.
20  Okay?  And the NDMA peak, when it's detected by flame
21  ionization detection in this circumstance, would be
22  quite small.  So since there were larger peaks in the
23  same chromatogram, you know, you might ignore the
24  small NDMA peak.
25        Does that answer your question?

Page 275

1    Q.    I think so, and I think I probably just
2  said it inartfully.
3        When you talk about what would be shown
4  in the chromatograms, we're talking about the data,
5  and then the graphical representation of the peaks?
6    A.    Yes.  The graphic -- the chromatogram is
7  a graphical representation of the peaks.  You know,
8  there's a baseline, and it goes up, and it comes down
9  again, and it goes up again and comes down again.
10  It's like a mountain range.  Not exactly, but, you
11  know, the peaks are -- that's why they're called
12  "peaks."
13    Q.    And the review of that chromatography
14  data in the graph by the finished-dose manufacturers
15  would not have identified NDMA unless they were
16  looking for it, because the peaks were too small?
17    A.    Well, I can't exclude the fact that it
18  could have been identified.  All right?  I'm just
19  saying that in the absence of other information, when
20  they looked at the chromatogram, the NDMA peak is
21  going to be quite small compared to the other peaks.
22  So they would not have first noticed it.  All right?
23        They would -- they'd look at the big
24  peaks first; I mean, anybody would do that.  So there
25  would be a small peak that was actually the NDMA, but

Page 276

1  they might ignore it completely.
2    Q.    And I think I understand your opinion
3  with regard to other ways that it could have been
4  identified; I just want to be clear.  Analysis of
5  chromatography from the routine testing by the
6  finished-dose manufacturers, just that piece, would
7  not have identified NDMA, because the peak is too
8  small?
9    A.    Well, no, that's not true.  I mean, if
10  they used GC -- if they had used GC-MS, for example,
11  or LC-MS, rather than GC-FID, you know; or LC with UV
12  detection; in other words, if they used a more
13  specific method, like Novartis did, then they would
14  have seen it clearly.
15    Q.    And Dr. Hecht, I just want to be clear.
16  I'm not talking about other investigational methods,
17  or other ways that they could have identified it.
18  I'm just -- I'm just trying to clarify, because I
19  think I used the wrong term.
20        It's your opinion that use of the
21  routine detection method from chromatography by the
22  finished-dose manufacturers on the valsartan API in
23  this case would not have identified NDMA, because the
24  peaks generated by that testing would be too small?
25        MR. SLATER:  Objection.

Page 277

1        You can answer.
2    A.    Well, that depends on how you define
3  "routine."  So --
4    Q.    Doctor --
5    A.    If they used GC mass spec, and they
6  monitored multiple different ion transitions in the
7  same run, which is definitely possible, then they
8  might have seen a larger peak for NDMA.  But you
9  know, if they used GC-FID, then the peak is going to
10  be quite small, compared to like solvent residue
11  peaks.  So you know, it depends on how they did this,
12  how they did the work.
13    Q.    And Dr. Hecht --
14        (Court Reporter Clarification.)
15    Q.    And Doctor, I apologize if I've confused
16  the question.
17        You're aware that GC-FID was the
18  detection method -- you're aware of the detection
19  method that was approved in the ANDA specifications
20  for performing chromatography on valsartan API in the
21  relevant ANDAs, or are you not?
22    A.    No, I don't know what the approved
23  method was.  Was it GC-FID, or, I don't know.  Or was
24  it GC-MS?
25    Q.    I'll represent to you that it was not

70 (Pages 274 - 277)

Page 278

1  GC-MS.
2         Using the methods that you discussed
3  previously with reference to the ZHP API that we were
4  talking about, where you indicated that using that
5  method of routine chromatography testing, ZHP would
6  not have detected NDMA in their API on routine
7  chromatography testing; I'm asking you to assume the
8  same method of routine chromatography testing for the
9  finished-dose manufacturers.  Do you understand?
10     A.   Yeah, right.
11     Q.   Using that method of chromatography
12 testing to analyze raw chromatography data on the
13 incoming API, the finished-dose manufacturers would
14 not have identified the NDMA because the peaks would
15 have been too small?
16     A.   Well, I mean, I have to say that really
17 depends on the operator.  Okay?  I mean, I've had
18 years of experience with this.  And, you know, I'm in
19 the office, the guy who's running things in the lab.
20 So there are differences, you know.
21        Some people in the lab will look at
22 every small peak, and question it.  Others will say,
23 oh, that's just a small peak; we don't have to worry
24 about it.  So it really depends to some extent on the
25 operator, and also on the question that's being

Page 279

1  asked.
2      Q.   Doctor, are you familiar with the
3  release standards for valsartan API, as far as
4  identification of unknown impurities that show up on
5  chromatograms?
6      A.   No.
7      Q.   That's not something you reviewed in
8  connection with your work in this case?
9      A.   Not specifically, no.
10     Q.   Are you familiar with the specifications
11 put in place in the ANDAs for approving use of APIs,
12 based on levels of unknown impurities that are
13 identified in that API?
14     A.   It's not really my area.  I'm not that
15 familiar with it.
16     Q.   Are you familiar with the ICH guidances
17 that set certain target standards for the
18 pharmaceutical industry as a whole to use in
19 evaluating unknown impurities in their API?
20     A.   No.
21     Q.   Are you familiar with a plaintiff's
22 expert who testified last week named Philip Russ?
23     A.   No.
24     Q.   Have you reviewed anything that Mr. Russ
25 has submitted in connection with this case?

Page 280

1      A.   No.
2      Q.   Do you have any understanding of what
3  Mr. Russ's opinions are?
4      A.   I don't know Mr. Russ.  I don't think
5  I've read anything by Mr. Russ.
6      Q.   I'm going to ask you to assume for the
7  purposes of the next question that Mr. Russ has
8  testified that the specifications in place for
9  release of valsartan API would not have been exceeded
10 by any of the ZHP API used in manufacturing by any of
11 the finished-dose manufacturers.
12        Can you assume that, just for purposes
13 of this question?
14        MR. SLATER:  Objection.
15        You can answer.
16     A.   Could you repeat that?
17     Q.   You've testified that you don't know the
18 standards that are applicable to determining whether
19 to release and use the API under either the ANDAs,
20 ICH, or any of those other guidances.  Right?
21     A.   Yeah, right.
22     Q.   I'm going to ask you to assume, for
23 purposes of this question, that plaintiff's expert,
24 Philip Russ, has testified that none of the ZHP API
25 used by any of the finished-dose manufacturers would

Page 281

1  have exceeded the minimum specifications for unknown
2  impurities, like NDMA, in any of the products used to
3  manufacture their finished dose.
4         I'm going to ask you to assume that, for
5  purposes of my next question.  Okay?
6      A.   All right.
7         MR. SLATER:  And I'm objecting to it,
8  because there's serious issues with that question.
9  I'm not going to speak about it, but I have serious
10 issues with that question.
11     Q.   So Dr. Hecht, assuming that the routine
12 chromatogram did not exceed any of the specifications
13 in place, that operator would have no reason to think
14 that nitrosamines specifically were forming, based on
15 their review of the chromatograms in testing that
16 API?
17        MR. SLATER:  Objection.
18        You can answer.
19     A.   Right.  If the operator didn't know
20 anything else, you know, there would be no reason for
21 them to suspect that the small peak was NDMA.  You
22 know, if they're -- if they didn't know anything
23 about the process used to manufacture the API.
24     Q.   All right.  Dr. Hecht, I believe you
25 testified that your opinions about how prevalent

71 (Pages 278 - 281)

Page 282

1 GC-MS is in the pharmaceutical industry are based, at
2 least in part, on discussions with former students
3 and colleagues who have gone and worked in the
4 pharmaceutical industry. Is that right?
5          MR. SLATER: Objection.
6          You can answer.
7     A.   I mentioned that, but really, a much
8 better example is the ASMS meetings. There you will
9 see literally hundred of papers from the
10 pharmaceutical industry using mass spectrometry,
11 LC-MS and GC-MS. That's really a much better example
12 than, you know, what my former students might have
13 said. That wasn't really a very good example,
14 although it has happened.
15          But the ASMS is really the right answer
16 to that.
17     Q.   And Doctor --
18     A.   ASMS is the American Society For Mass
19 Spectrometry. They have an annual meeting.
20     Q.   And Dr. Hecht, my next question, just --
21 I know this is not the main thing you're saying
22 you're relying on. Are any of those students
23 currently, or have they worked, for any of the
24 defendants in this case, if you know?
25     A.   Not for -- oh, no. I don't think so,

Page 283

1 no.
2     Q.   And just because we have a couple of
3 different entities; the Teva entities include Teva,
4 Actavis, Watson and Aero are all sort of involved?
5     A.   No, no.
6     Q.   Doctor -- I'm sorry, Dr. Hecht,
7 apologies. Are you familiar with USP monographs?
8     A.   USP monographs?
9     Q.   Yes.
10     A.   No.
11     Q.   Do you understand what is set out in the
12 USP monographs, as far as testing that's performed on
13 drugs and drug substances?
14     A.   No, I'm not familiar with it.
15     Q.   Are you aware of the types of tests that
16 are specified to perform specific assays in
17 connection with USP monographs?
18     A.   No.
19     Q.   Are you aware of how many USP monographs
20 there are?
21     A.   No.
22     Q.   I'll represent to you that in the
23 plaintiff's expert report, Laura Plunkett's report,
24 she identifies over 5,000 such monographs that are
25 currently approved by USP. I would ask you to assume

Page 284

1 that for purposes of this question, okay?
2     A.   Okay.
3     Q.   Are you aware of how many of those over
4 5,000 monographs require testing with GC-MS to
5 perform a specified assay?
6     A.   I have no idea.
7     Q.   And Dr. Hecht, again, for purposes of
8 this question, I'll represent to you that of those
9 over 5,000 monographs, only four require the use of
10 GC-MS to perform a specified assay.
11     A.   Yeah.
12     Q.   Assuming that's accurate, just for
13 purposes of this question, would that change your
14 opinion in any way on how regularly GC-MS is used in
15 the pharmaceutical industry?
16     A.   No.
17     Q.   Okay. And I believe I -- I believe I
18 heard you correctly today that there's nothing we
19 could show you on that that would change any of your
20 opinions today. Correct?
21     A.   Well, I wouldn't say nothing, but --
22          MR. SLATER: Objection to the form.
23     A.   You know, well, okay. I don't know
24 about the whole pharmaceutical industry, but. So
25 you're the expert.

Page 285

1     Q.   No, I promise you I'm not, Dr. Hecht. I
2 just want --
3     A.   Well, I mean, I don't know, you know,
4 what percentage of all drug companies actually have
5 mass spectrometry. I really don't know. It's my
6 assumption that it's very widely used in the
7 pharmaceutical industry. I'd be shocked if that's
8 not the case. But that's just an opinion. I
9 don't -- I don't really have facts to back that up.
10          MR. HARKINS: All right. Dr. Hecht,
11 those are all the questions that I have for you. I
12 believe one of the other defendants may have some
13 questions.
14          It might help to take a quick break just
15 to clear that up?
16          THE WITNESS: Okay.
17          THE VIDEOGRAPHER: All right. Going off
18 the record. The time is 3:35 p.m. Central Time.
19 This is the end of Media Unit 6.
20          (A brief recess takes place.)
21          THE VIDEOGRAPHER: We're back on the
22 record. The time is 3:49 p.m. Central Time. This is
23 the beginning of Media Unit 7.
24          MR. BERNARDO: Dr. Hecht, during the
25 break, Mr. Slater and I were doing a little bit of

72 (Pages 282 - 285)

Page 286

1 housekeeping, and I just want to the record to
2 reflect the accurate numbers, so we can have the
3 proper exhibit marked.
4     Earlier, when I asked you how many
5 binders you had with you, your answer was eight. And
6 we got copies of them from Mr. Slater, and there were
7 only seven. And I understand during the break you
8 went back and recounted, and there were, in fact,
9 seven binders you have with you, not eight. Is that
10 correct?
11     THE WITNESS: Yeah, it only seems like
12 eight. Yes, seven is correct.
13     MR. BERNARDO: Okay, thank you.
14 Brittney?
15     MS. NAGLE: All right.
16 EXAMINATION BY MS. NAGLE:
17     Q.   Hi, Dr. Hecht. My name is Brittney
18 Nagle, and I represent the Torrent defendants. I'm
19 going to be asking you a brief set of questions just
20 to wrap up on behalf of Torrent today.
21     Dr. Hecht, first I want to look at your
22 July report, July 2021.
23     A.   Yeah.
24     Q.   And I'd like to draw your attention to
25 Section 7, which begins on page 26 of the report.

Page 287

1     MR. SLATER: You said 27?
2     MS. NAGLE: It's Section 7, page 26.
3     MR. SLATER: Oh, got it.
4     Q.   Dr. Hecht, do you see the Section 7 is
5 entitled, "Nitrosamines In the Torrent Finished-Dose
6 Formulation." Correct?
7     A.   Yeah.
8     Q.   And Dr. Hecht, a few minutes ago, do you
9 recall Mr. Harkins asked you some questions about the
10 section that precedes this section about Teva?
11     A.   Yes.
12     Q.   Do you remember that?
13     A.   Yes.
14     Q.   So Dr. Hecht, I just want to confirm, in
15 line with how you testified earlier, that the
16 information contained in this section is intended to
17 be like factual information. Is that correct?
18     A.   Yes.
19     Q.   And this section isn't offering
20 commentary on Torrent's conduct. Correct?
21     MR. SLATER: Objection.
22     You can answer.
23     A.   I have to read over it. Just hold on a
24 second.
25     Q.   Of course.

Page 288

1     A.   Well, the first three paragraphs are
2 statements of fact. I believe that the fourth
3 paragraph is also a statement of fact.
4     Q.   Okay. So this section just contains
5 factual information with respect to Torrent's
6 finished drug product?
7     A.   Correct.
8     Q.   Okay.
9     (Court Reporter Clarification.)
10     MS. NAGLE: Finished drug product.
11     Q.   And while we're looking at the July
12 report, Dr. Hecht, can we turn your attention to
13 Exhibit 2 of your report, which is your "Materials
14 Relied Upon" list?
15     A.   What page?
16     Q.   I am looking at a version that has been
17 broken out separately, and it is at the bottom of
18 page 4 out of 6.
19     A.   I'm confused now, now what are you --
20     Q.   Exhibit 2?
21     A.   Exhibit 2.
22     Q.   Exhibit 2 to your July report?
23     A.   Yes.
24     Q.   It's "Documents Reviewed," and if you
25 scroll down --

Page 289

1     A.   Oh, right.
2     Q.   Look at the fourth page?
3     A.   Yeah, okay.
4     Q.   Okay. And you see the section labeled
5 "Torrent Documents"?
6     A.   I'm not there yet.
7     Q.   Okay.
8     A.   Okay.
9     Q.   Okay. So Dr. Hecht, this lists seven
10 documents. Correct?
11     A.   Exhibit 2 of -- Exhibit 2, yes -- seven
12 documents.
13     Q.   All right. And Dr. Hecht, do you recall
14 if you reviewed any additional Torrent documents that
15 are not included on this list, in connection with
16 your July report?
17     A.   No. No additional.
18     Q.   Okay. All right. So Dr. Hecht, let's
19 take -- let's turn to your October 2022 report,
20 please.
21     A.   Okay.
22     Q.   And similarly, I want to look at the
23 Exhibit A to your report, which is the "Supplemental
24 List of Materials Reviewed." Can you let me know
25 when you're there?

73 (Pages 286 - 289)

Page 290

1    A.    Yes.
2    Q.    Okay. So on this list, we see that
3 there's a section labeled "Torrent Documents," and it
4 includes four documents?
5    A.    Yes.
6    Q.    Are there any other documents that you
7 reviewed with respect to Torrent that are not listed
8 here?
9    A.    No.
10    Q.    And Dr. Hecht, in your review of
11 materials in this case, you haven't identified any
12 document that indicates that Torrent was aware of a
13 potential nitrosamine formulation in the valsartan
14 API or valsartan drug product, prior to June 2018.
15 Correct?
16    A.    Correct.
17        MS. NAGLE: Dr. Hecht, that is all the
18 questions I have for you today. Thanks very much.
19        THE WITNESS: Okay.
20        MR. SLATER: All right. So let's take
21 a -- let's go off and take about ten, 15 minutes. I
22 hope -- if we come back quicker, we'll be back
23 quicker. But when we come back, I'll have a few
24 questions. And I understand all defense counsel has
25 finished their questioning for now, subject to what I

Page 291

1 ask. So hopefully, we won't be too long and we can
2 get it done.
3        THE VIDEOGRAPHER: All right. Going off
4 the record. The time is 3:55 p.m. Central Time.
5        (A brief recess takes place.)
6        THE VIDEOGRAPHER: We're back on the
7 record. The time is 4:12 p.m. Central Time.
8 EXAMINATION BY MR. SLATER:
9    Q.    Doctor, I just have a few questions on a
10 couple of things you were asked about, and one or two
11 things I'd like to confirm. Okay?
12    A.    Okay.
13    Q.    First of all, all the opinions you've
14 offered today in your testimony; have they all been
15 offered to a reasonable degree of scientific
16 certainty?
17    A.    Yes.
18    Q.    And does the same hold true for all the
19 opinions set forth in your reports?
20    A.    Yes.
21        MR. SLATER: And Chris, why don't we
22 mark as the next exhibit, which I think is 25,
23 Dr. Hecht's CV.
24        MR. BERNARDO: I think we're up to 26,
25 Adam.

Page 292

1        MR. SLATER: We're up to 26?
2        MR. BERNARDO: I believe so.
3        (A discussion is held off the record.)
4        MR. SLATER: Whoever is the technical
5 person running this, can you allow Chris to share his
6 screen to put a document up, or upload it or
7 whatever?
8        MR. GEDDIS: It's uploading. I can
9 screen share.
10        MR. BILY: You should be able to screen
11 share.
12        MR. GEDDIS: Do want me to put it on the
13 screen?
14        MR. SLATER: Yeah, I mean, put it up.
15 But we've got to get it to everybody.
16        You're saying you're not able to share
17 it in your share file?
18        He's having trouble getting into the
19 share folder. He doesn't have permission to upload.
20        MR. BILY: I'll put my email in the
21 chat. Just quickly send it to me, and I can upload
22 it.
23        MR. SLATER: All right. If there comes
24 a point, Counsel, when you say, "Hey, we need that
25 document," Chris will just pause to send you

Page 293

1 whatever.
2        Most of what I'm asking about is things
3 you have, and I'm only going to use a couple
4 documents. But obviously, stop us if you need
5 something; we'll get it to you.
6        MR. BERNARDO: Will do, thank you.
7        MR. SLATER: All right. So first of
8 all, that's the CV. I assume I don't need to get
9 that to you guys before we ask some questions about
10 it?
11        MR. BERNARDO: Correct.
12        MR. SLATER: Okay. But for the record,
13 the CV will be Exhibit 26.
14        (Exhibit Hecht-26, Curriculum Vitae of
15 Stephen S. Hecht, Ph.D., Nine Pages, was received and
16 marked for identification.)
17    Q.    Doctor, on the screen what we have is
18 Exhibit 26, and that's the CV you just provided us, I
19 think a few days ago.
20        Is that your up-to-date curriculum
21 vitae?
22    A.    Yes.
23    Q.    And does it describe your education,
24 professional experience, publications, and other
25 professional accomplishments?

74 (Pages 290 - 293)

Page 294

1    A.    Yes.
2    Q.    Okay.  All right.
3          MR. SLATER:  Let's take that down.
4    Q.    Now, the next thing I would like to do
5    is ask you just a couple of questions.  You were
6    asked some questions about what ZHP or others would
7    be expected to know, and I just want to ask you one
8    or two things along those lines.  Okay?
9    A.    Okay.
10    Q.    With regard to those chemists who were
11    involved in developing and assessing and managing the
12    TEA with sodium nitrite quenching and zinc chloride
13    manufacturing processes, if they had performed -- and
14    I'm quoting now -- "a sound scientific appraisal of
15    the chemical reactions in the synthesis,
16    impurities associated with raw materials that could
17    contribute to the impurity profile of the new drug
18    substance, and possible degradation products," would
19    that, in your opinion, have encompassed the
20    information you've told us throughout your deposition
21    that should have been known to the people who
22    developed and assessed this process, these processes?
23    A.    Yes.
24    Q.    And is that for the reasons you told us
25    earlier, about the availability of this information

Page 295

1    in the scientific literature?
2    A.    Yes.
3          MR. BERNARDO:  Object to the form of the
4    question.
5    Q.    Similar question, if the people who
6    were -- the chemists who were involved in these
7    processes had applied science-based decision-making
8    with respect to the potential risks of those
9    processes, would have, in your opinion, encompassed
10    the information you've told us throughout the
11    deposition that they -- that ZHP's chemists, you told
12    us during the deposition, should have understood?
13    And I think you used the word "awareness"?
14    A.    Yes.
15    Q.    Okay.  In your opinion, did the chemists
16    that were involved in the development and assessment
17    and oversight of this process -- these processes,
18    both of them; in your opinion, did they apply sound
19    scientific evaluation and appraisal of these
20    processes in evaluating the risks?
21          MR. BERNARDO:  Object to the form of the
22    question.  Vague, compound.
23    A.    No.
24    Q.    And is that for the reasons you've told
25    us throughout the deposition, in terms of their

Page 296

1    failure to evaluate the potential presence of amines,
2    that would then be impacted by the sodium nitrite to
3    create nitrosamines?
4    A.    Yes.
5          MR. BERNARDO:  Object to form.
6    A.    When they decided to use nitrite in the
7    reaction mixture, they should have thought about
8    nitrosamine formation.
9    Q.    I'm now going to ask you about a
10    document I know you've seen, which is the FDA warning
11    letter, November 29, 2018.  And I'm going to go to
12    the fourth page of that.
13          In the context of the questioning that
14    defense counsel asked you, about what the FDA's views
15    on this situation are and were.  Do you remember, you
16    were asked some questions about that earlier?
17    A.    Yes.
18    Q.    I'm going to read now from the FDA
19    warning letter.
20          MR. BERNARDO:  Adam, which one?
21          MR. SLATER:  Sorry.  This is the FDA
22    warning letter dated November 29, 2018, which is
23    whatever exhibit we're up to now, which is I guess
24    27, which was marked as ZHP Exhibit 213 during
25    discovery.

Page 297

1          (Exhibit Hecht-27, FDA Warning Letter
2    320-19-04 dated November 29, 2018, previously marked
3    ZHP-213, Bates ZHP01344159 through 1344164, was
4    received and marked for identification.)
5    Q.    And one of the things the FDA said in
6    that letter to ZHP was, "You failed to adequately
7    assess the potential formation of mutagenic
8    impurities when you implemented the new process,"
9    and they're talking there about the zinc chloride
10    process.
11          "Specifically, you did not consider the
12    potential for mutagenic or other toxic impurities to
13    form from DMF degradants, including the primary DMF
14    degradant, dimethylamine."
15          I'm going to stop there.  Do you agree
16    with that, that there was a failure to adequately
17    assess?
18          MR. BERNARDO:  Object to the form of the
19    question, foundation.
20    A.    Yes, I agree.
21    Q.    And with regard to the TEA process with
22    sodium nitrite quenching, would your opinion be the
23    same with regard to the substances used in that
24    process?
25    A.    Yes.

75 (Pages 294 - 297)

Page 298

1    Q.   The FDA also said to ZHP directly in the
2  warning letter to ZHP, "You also failed to evaluate
3  the need for additional analytical methods to ensure
4  that unanticipated impurities were appropriately
5  detected and controlled in your valsartan API before
6  you approved the process change.  You are responsible
7  for developing and using suitable methods to detect
8  impurities when developing, and making changes to,
9  your manufacturing processes.  If new or higher
10 levels of impurities are detected, you should fully
11 evaluate the impurities, and take action to ensure
12 the drug is safe for patients."  I'm going to stop
13 there.
14         Are you in agreement with that?
15    A.   Yes.
16         MR. BERNARDO:  Object to the form --
17 Doctor, just give me a minute to put my objection on
18 the record.
19         Object to the form of the question,
20 foundation.
21         Go ahead.
22    Q.   Is that fully consistent with your
23 opinion that ZHP failed to ensure that they
24 anticipated and detected the NDMA and NDEA that came
25 from their -- these two processes we're talking

Page 299

1  about?
2         MR. BERNARDO:  Same objection.
3    A.   Yes.
4    Q.   The FDA then said, "Your response,"
5  referring to the response from ZHP to the 483 letters
6  that they got from the FDA, "Your response states
7  that predicting NDMA formation during the valsartan
8  manufacturing process required an extra dimension
9  over current industry practice, and that your process
10 development study was adequate.  We disagree."
11        So I'm going to stop there.  Do you also
12 disagree with that position taken by ZHP, and their
13 expert, for that matter?
14        MR. BERNARDO:  Same objection.
15    A.   Yes.
16    Q.   And is that for the reasons you're
17 explained during the deposition, in terms of what you
18 thought they should have done in their assessment?
19    A.   They should have known.
20    Q.   And then the FDA says, "We remind you
21 that common industry practice may not always be
22 consistent with Current Good Manufacturing Practice
23 requirements, and that you are responsible for the
24 quality of drugs you produce."
25        With regard to that statement by the

Page 300

1  FDA, if ZHP had performed the assessment that you
2  have testified in your opinion they should have,
3  would they have identified the NDMA and NDEA from
4  these two processes from the very beginning, before
5  they even went to market?
6         MR. BERNARDO:  Same objection.
7    A.   Yes, they would have.
8    Q.   And if they had applied that assessment
9  with regard to every batch manufactured going
10 forward, would they have also, in your opinion,
11 identified the NDMA and NDEA from these processes?
12    A.   Yes.
13    Q.   Let's go to your report of July 6, 2021,
14 page 19, please.  Okay.  Looking at the bottom of
15 page 19 of your July 6, 2021, report, you state,
16 "Once the presence of NDMA was discovered, it was not
17 difficult to determine the root cause.  A July 27,
18 2017, email within ZHP refers to the root cause:
19 Specifically, the fact that NDMA was known to occur
20 in valsartan as a result of the use of sodium nitrite
21 in the sodium azide quenching process, and that there
22 was a need for 'the optimization of the valsartan
23 sodium azide quenching process.'"
24        Do you see that?
25    A.   Yes.

Page 301

1    Q.   And there's a reference there, 91; and
2  I'm going to 91, which is "Min Li deposition
3  transcript, April 20, 2021, page 82, line 14 to
4  page 90, line 2."
5         And I just want to confirm that the --
6  am I correct that the source of that information was
7  the sworn testimony of Min Li, who, during the
8  deposition, confirmed what that email from Jin Shiang
9  Lin said?
10    A.   Yes.
11    Q.   And the fact stated in that email that
12 the sodium nitrite -- let me -- one second, let me
13 just catch my -- new question.
14        Looking at the email itself, as
15 discussed by Min Li, where it states that "there's
16 n-nitrosodimethylamine that occurs in valsartan when
17 quenched with sodium nitrite, and its structure is
18 very toxic."
19        With regard to that statement in terms
20 of the root cause for the creation of NDMA in
21 valsartan, is that a correct statement of why it
22 occurred, in terms of the quenching with sodium
23 nitrite?
24    A.   Yes.
25    Q.   And with regard to the TEA process with

76 (Pages 298 - 301)

Page 302

1 sodium nitrite quenching, would the same hold true in
2 terms of the root cause?
3      A.   Yes.
4      Q.   Now, what I'd like to do is put up on
5 the screen an article.
6           MR. SLATER:  And my guess is, we're
7 going to need to give this to the defense lawyers,
8 because I don't think that you've seen this.  It's
9 something that we --
10          MR. GEDDIS:  I'm putting it in the
11 Dropbox link, and I'm putting it in the chat.
12          MR. SLATER:  Oh, good.  Is that okay,
13 everybody?
14          You are muted, my friend.
15          MR. BERNARDO:  I can see it, but I'd
16 like to have a copy so I can --
17          MR. SLATER:  Yeah, Chris just said he
18 dropped it into the chat, I think.
19          MR. GEDDIS:  No, Dropbox, and I put the
20 DropBox link and in the chat.
21          MR. SLATER:  He's putting in the Dropbox
22 in the chat.
23          (A discussion is held off the record.)
24          MR. SLATER:  Yep.  Do you want us to
25 wait a second while you access that?

Page 303

1           MR. BERNARDO:  Yes, please.
2           MR. SLATER:  Yeah, no problem.
3           MR HARKINS:  Sorry.  I'm getting content
4 blocking trying to open it in Dropbox.  Is there
5 anywhere else that we've gotten this?
6           (Court Stenographer clarification.)
7           MR. HARKINS:  Apologies, this is Steve
8 Harkins for Teva.
9           I'm getting a content filtering message
10 for your Dropbox.  I'm just wondering if there was
11 anywhere that this is, or has been sent.
12          MR. BILY:  It's marked on Exhibit Share
13 now, Exhibit 28.
14          MR. SLATER:  Let me know when you all
15 are able to see it.  Any luck?
16          MR. BERNARDO:  I have it.
17          MR. SLATER:  Okay, great.  Is it okay if
18 I proceed?
19          MR. BERNARDO:  From my perspective.
20 I'll defer to my co-defendants.
21          MR. SLATER:  Steve, is it okay if I get
22 moving?
23          MR HARKINS:  Sorry, I'm still not happy.
24 This isn't on the doctor's reliance list, is it?
25          MR. SLATER:  No, it's not.  Although

Page 304

1 we're supplementing it through this deposition.
2           MR HARKINS:  Sorry.  I have a folder for
3 that.
4           MR. SLATER:  Is it all right if I
5 proceed now?  Hearing no objection, okay.
6 BY MR. SLATER:
7      Q.   Doctor --
8           MR. SLATER:  This is Exhibit 28, you
9 said, Chris?
10          (Exhibit Hecht-28, Article entitled
11 "Identification and Control of Impurities for Drug
12 Substance Development using LC/MS and GC/MS," from
13 The Journal of Liquid Chromatography and Related
14 Technologies, was received and marked for
15 identification.)
16 BY MR. SLATER:
17      Q.   Doctor, what we've put on the screen as
18 Exhibit 28 is an article that frankly, we pulled
19 during your deposition when you were being questioned
20 about whether or not drug companies would be expected
21 to have LC-MS and GC-MS methodologies available to
22 them, and the equipment to perform that, prior to
23 2011, 2012, 2013; the time period when the
24 development of these processes occurred.  And
25 thereafter.

Page 305

1           On the screen is an article titled
2 "Identification and Control of Impurities For Drug
3 Substance Development Using LC-MS and GC-MS," which
4 was published in 2008, in The Journal of Liquid
5 Chromatography and Related Technologies.
6           Do you see that?
7      A.   Yes.
8      Q.   And the authors, Heewon Lee, Sherry
9 Shen, and Nelu Grinberg, apparently worked in the
10 Chemical Development Department at Boehringer
11 Ingelheim Pharmaceuticals in Ridgefield, Connecticut.
12          Do you see that?
13     A.   Yes.
14     Q.   And the abstract -- and I'm only going
15 to ask you about the first page, frankly -- says at
16 the top, in the beginning, "Identification and
17 control of impurities for drug substances is a
18 critical task in pharmaceutical process development
19 for quality and safety."
20          And just that general principle you
21 agree with.  Correct?
22     A.   Yes.
23          MR. BERNARDO:  Object to form -- let me
24 just put my objection on to the use of an article
25 that was pulled -- and we'll determine who pulled

77 (Pages 302 - 305)

Page 306

1  it -- during Dr. Hecht's deposition, that was not
2  part of his reliance material, or otherwise disclosed
3  in advance of the deposition.  But go on, Adam.
4          MR. SLATER:  Yeah.  The article was
5  pulled by Christopher Geddis, who is the lawyer who's
6  working on this deposition with me, while Dr. Hecht
7  was being questioned.
8          It's a line of questioning that we
9  didn't really anticipate, so we addressed it while
10  the deposition was happening.
11  BY MR. SLATER:
12     Q.    Now, looking at the abstract, at the
13  last five lines, it says, "Three case studies are
14  described where unknown process impurities were
15  analyzed for identification using LC-MS and GC-MS
16  methodologies.  It is demonstrated that
17  identification of the unknown impurity enabled
18  chemists to pinpoint the chemical step of impurity
19  generation, aiding the effort to reduce or even
20  eliminate the impurity in the drug substances."
21          Do you see what I just read?
22     A.    Yes.
23     Q.    Is this the type of literature you were
24  stating that you believed was readily available in
25  the scientific literature, demonstrating that drug

Page 307

1  companies did actually maintain LC-MS and GC-MS
2  technology, prior to the development of the TEA with
3  sodium nitrite quenching and zinc chloride processes
4  were developed?
5     A.    Yes.
6          MR. BERNARDO:  Object to the form of
7  the --
8     A.    Absolutely, this is the type of
9  literature.  There's no doubt that drug companies had
10  this technology available.
11          MR. BERNARDO:  Object to the form of the
12  question, and object to the characterization of the
13  prior testimony.
14     A.    It's absolutely consistent with what I
15  was saying.
16          MR. SLATER:  Chris, let's go to the next
17  document, which will be the valsartan analysis report
18  for peak identification.
19          MR. BERNARDO:  I'm sorry, can you repeat
20  what we're going to?
21          MR. SLATER:  I'm talking to Chris.  He's
22  going to bring it up on the screen and give it to you
23  all.
24          (A discussion is held off the record.)
25          MR. SLATER:  He's putting it in the

Page 308

1  Dropbox first, then he'll put it on the screen, so
2  that you guys can get it, and then when you have it,
3  I can start asking about it.
4          (Exhibit Hecht-29, Document entitled
5  "Valsartan, Analysis Report for Peak Identification
6  in GC Chromatogram Other Than Listed Solvents," Bates
7  ZHP01746277 through 1746288, was received and marked
8  for identification.)
9          MR. SLATER:  Great.  Is this Exhibit 29?
10  Great.
11     Q.    So we're marking this as Exhibit 29.
12  It's titled, "Valsartan analysis report for peak
13  identification in GC chromatogram, other than listed
14  solvents."  And I can represent to you, based on the
15  metadata, that this goes back to 2009, this document.
16          And you can see, you'll be able --
17  defense counsel will be able to see that there's
18  actually the chromatograms that are discussed go back
19  to -- they're dated; you can see the dates in 2009.
20          MR. SLATER:  And if we go now to the
21  second page of this, which is page 2 of 12, please.
22  Let's blow that up, because that is small.  Great.
23     Q.    In this analysis report from 2009 at
24  ZHP, it states that "For residual solvent method,
25  observed extra peaks in the region of about six to

Page 309

1  eight minutes, which are observed in GC chromatogram
2  available in valsartan batch analysis.  The
3  identification of extra peaks, other than listed
4  solvent peaks, are conducted by" -- ZHP.
5          "The analytical method for residual
6  solvents determination was developed by a head-space
7  GC method.  Based on actual two peaks raised at five
8  to seven minutes, we have performed GC-MS, and got
9  the same value of 102 with reference to the solvents'
10  structure."  And I'm going to just stop there.
11          Does this confirm, based on what the
12  language says right there, that ZHP in 2009 had GC-MS
13  technology available to it?
14          MR. BERNARDO:  Object to the form of the
15  question, lack of foundation.
16          Go ahead.
17     A.    Yes, it confirms.
18     Q.    And is that consistent with your opinion
19  that you would expect a company like ZHP to have had
20  this technology?
21     A.    Yes.
22          MR. HARKINS:  Object to form, leading.
23          MR. SLATER:  Let's go now to the next
24  one, the qualitative report, please.  And we'll make
25  that Exhibit 30.

78 (Pages 306 - 309)

Page 310

1    (Exhibit Hecht-30, Qualitative Reports,
2  Bates SYNCOR00001458 through 1465, was received and
3  marked for identification.)
4    (Court Stenographer clarification.)
5    MR. BERNARDO:  Richard Bernardo did.
6    MR. SLATER:  I think Steve Harkins had
7  one too.
8    MR. HARKINS:  Yes, Steve Harkins for
9  Teva.
10    (Court Stenographer clarification.)
11    MR. SLATER:  It was Mr. Bernardo, and
12  also Steve Harkins objected.
13    I'm here for you, Steve, just like I'm
14  here for Rich.
15    MR. BERNARDO:  And we so appreciate it,
16  Adam.
17    MR. SLATER:  Okay.
18  BY MR. SLATER:
19    Q.    Looking at Exhibit 30, which is a
20  qualitative report dated November -- November 19,
21  2012, does this show a printout of GC-MS
22  chromatograms?  Do you see the GC-MS method is
23  indicated at the top?
24    A.    Yes.
25    Q.    So does this show, consistent with your

Page 311

1  understanding, that ZHP had GC-MS technology
2  available to it, at least as of 2012?
3    A.    Yes.
4    Q.    Okay.
5    MR. SLATER:  Let's take that down, and
6  let's go to the next exhibit, which is going to be a
7  PowerPoint.  And I'll just say for the record, the
8  Bates number is SOLCO 00027588.  And it's a
9  PowerPoint dated August 23, 2012, from ZHP.
10    (Exhibit Hecht-31, PowerPoint
11  Presentation dated August 23, 2012, No Bates, 19
12  Slides, was received and marked for identification.)
13    MR. SLATER:  And let's go to -- I don't
14  know how to number the pages, but it's I think the
15  fourth or fifth to last page, which has a listing of
16  research and development capabilities, listing
17  analytical instruments and capabilities at ZHP.
18    Q.    And if you look down, it says "mass
19  spectrometry."  And do you see it lists two different
20  types of mass spectrometry?
21    A.    Yes.
22    Q.    "LC-MS Agilent 1100, GC-MS Agilent
23  7890A."  Are those both mass spectrometers of the
24  nature -- of the type that you would have expected,
25  as you testified earlier, a company like ZHP would

Page 312

1  have had available to it?
2    A.    Yes.
3    Q.    And Doctor, I just want to make one more
4  thing clear.  Today you were asked a lot of questions
5  about the zinc chloride process.
6    With regard to your fundamental opinions
7  about why it happened, the availability of the
8  literature, if a reasonable scientific review was
9  done in order to understand the risks of that
10  procedure, and the methodology and capability to test
11  for NDMA and NDEA; would all of your opinions, as you
12  gave them regarding the zinc chloride process, apply
13  to the TEA with sodium nitrite quenching process?
14    A.    Yes.
15    MR. SLATER:  I have no other questions,
16  thank you.
17    MR. BERNARDO:  Dr. Hecht, just a few
18  follow-ups.
19  EXAMINATION BY MR. BERNARDO:
20    Q.    First, I want to talk about the
21  July 2017 Jin Shiang Lin memo that Mr. Slater was
22  asking about a moment ago.  Do you know what document
23  I'm talking about?
24    A.    Yep.
25    Q.    Okay.  And you cite to testimony of one

Page 313

1  individual, Min Li.  Correct?
2    A.    Yes.
3    Q.    And what's your understanding -- first
4  of all, did Min Li write that document?  The July --
5    A.    No, I think Jin Shiang Lin wrote it.
6    Q.    Did you read any testimony or
7  interviews, or otherwise have any understanding of
8  what Jin Shiang Lin's statements as to the meaning of
9  that memo would be?
10    MR. SLATER:  Objection.
11    You could answer.
12    A.    I don't remember.
13    Q.    Okay.  What is your understanding or
14  recollection of what Dr. Li testified, what's your
15  understanding of that memo, from Dr. Li's testimony?
16    MR. SLATER:  Objection, it's ambiguous.
17    A.    This is from Jin Shiang Lin.  I'm lost
18  here.  I mean, what are you asking me?
19    Q.    Mr. Slater was pointing out to you that
20  in your report, you're citing to testimony of Dr. Li
21  as to what that memo means.  Is that right?
22    A.    Yes.
23    Q.    And I'm asking you, what is your
24  understanding, based upon the testimony of Dr. Li, of
25  what that memo means?

79 (Pages 310 - 313)

Page 314

1    A.    Well --
2    Q.    And you can use your report, Doctor.
3  You can also reference that if you want to?
4    A.    I mean, what it means is that, you know,
5  there was -- that they had identified
6  dimethylnitrosamine in valsartan.  I mean, that's
7  what this says.
8    Q.    And that's your understanding of what
9  Dr. Li testified about?
10   A.    Yeah.
11   Q.    And Dr. Li didn't write the memo.  Is
12 that fair?
13   A.    No, the memo was written by Lin.
14   Q.    And did you read any testimony of any
15 other individuals at ZHP who testified about what
16 that memo means?
17   A.    I don't remember.
18   Q.    Well, okay.  Mr. Slater -- different
19 topic.  Mr. Slater pulled up an article during your
20 deposition with respect to a couple of the issues
21 about which we've talked.  I want to talk about the
22 first article that was pulled up.
23         MR. BERNARDO:  And if we could pull that
24 one up again, Adam or Chris, whoever was pulling that
25 up.

Page 315

1         MR. SLATER:  Yeah, sure, let's pull it
2  up.
3    Q.    And this is not an article that you read
4  or relied on in connection with your report or your
5  opinions previous to today.  Is that fair?
6    A.    Correct.
7    Q.    And this is a report that talks about
8  the availability of this type of testing.  Is that
9  correct?
10   A.    Instrumentation, yes.
11   Q.    Correct, okay.  But it doesn't speak to
12 what would be used in what circumstances, or what was
13 standard in the industry to use in particular
14 circumstances.  Is that fair?
15         MR. SLATER:  Objection.
16         You can answer.
17   A.    Well, I haven't read the article, but...
18   Q.    So if you haven't read the article, then
19 it's clearly not something you're relying with
20 respect to your testimony.  It's something that
21 Mr. Slater just showed you here.  Correct?
22         MR. SLATER:  Objection.
23         You can answer.
24   A.    I'm relying on my knowledge of the field
25 of mass spectrometry.  And when I said that this

Page 316

1  instrumentation was widely available in the
2  pharmaceutical industry at the time when all this was
3  happening, that's a fact.  And this just confirms it.
4    Q.    It confirms that it was available,
5  Dr. Hecht, but does it confirm that it would be the
6  type of testing or spectrometry that would be used,
7  under the circumstances of the type of testing that
8  was being done by ZHP or any other manufacturer?
9    A.    Of course it would be used.
10   Q.    Well, let me --
11   A.    Because it's -- you know, it's better
12 than just GC-FID, and it's better than LC with UV
13 detection.  So of course it would be used.
14   Q.    In certain types of circumstances, it
15 would be better.  Correct?
16   A.    Yes.
17         MR. SLATER:  Objection.
18         You could answer.
19   A.    Right, that's true.
20   Q.    So neither this article nor the other
21 documents that Mr. Slater showed you from ZHP'S files
22 would necessarily show that this was the better type
23 to use, under the type of testing that was being done
24 of valsartan in the routine testing.  Is that fair?
25         MR. SLATER:  Objection to the question.

Page 317

1         You can answer.
2    A.    Novartis used it, so I mean...
3    Q.    In 2018?
4    A.    This is really -- I mean -- professional
5  chemists want to use the best available technology,
6  and the industry certainly wants to get the best
7  available technology to analyze their products.
8         And, you know, what this says is that
9  technology was clearly available in -- when was this
10 published?  2009.
11         This is just consistent with what I've
12 been saying all along:  That the technology has been
13 available since the early 2000s.  The LC-MS
14 technology -- after electro-spray came out, LC-MS
15 took off, all right?  And, you know, before that, I
16 mean, GC-MS was available since the 1970s.
17         So I mean, to propose that the
18 pharmaceutical industry didn't have access to this
19 instrumentation is almost laughable.
20   Q.    Dr. Hecht, we're not talking about what
21 was available; we're talking about what would have
22 been typically used, under the type of testing that
23 was done.  Right?
24   A.    Yep.
25   Q.    And this -- neither this article nor the

80 (Pages 314 - 317)

Page 318

1  documents from ZHP show that this type of technology,
2  despite its availability, would have been industry
3  standard to use, in the type of testing that was
4  being done; rather, it would show that it was
5  available technology. Is that fair?
6      MR. SLATER: Objection.
7      You can answer.
8  A.   If it's available, it will be used,
9  believe me.
10  Q.   All right.
11     MR. SLATER: I don't have any further
12  questions, Dr. Hecht.
13     MR HARKINS: I'm sorry. Just one
14  clarification for the record, Dr. Hecht.
15  EXAMINATION BY MR HARKINS:
16  Q.   Looking at that article that you
17  reviewed, or I'm sorry, that article that you did not
18  review; can you read the second sentence from the
19  abstract?
20  A.   No, you have to make it larger.
21  Q.   I apologize, I don't have control of it.
22  A.   The second sentence says, "The most
23  commonly used analytical technique for impurity
24  analysis in drug substances and drug products is
25  undoubtedly the chromatographic method, namely HPLC."

Page 319

1  Q.   Do you dispute that sentence?
2  A.   Not at all, because most --
3      MR HARKINS: That's all I have.
4  A.   Most things that they would be analyzing
5  for -- not most things, but many things that they
6  would not -- that they would be analyzing for, you
7  couldn't do by GC, because they're not volatile. So
8  that's why LC-MS, the use of it, exploded after the
9  development of the electro spray interface, which was
10  around 2000, which I believe somebody got the Nobel
11  Prize for. So, you know, LC-MS took over the field
12  after electro spray came along.
13     So, you know, those are just the facts.
14  And I mean, to propose that the industry didn't have
15  this instrumentation is nonsense.
16  Q.   Dr. Hecht, my question was just: Do you
17  agree with the statement in this article that --
18  while you have not read, you are apparently relying
19  on for your opinion -- that "the most commonly-used
20  analytical technique for impurity analysis in drug
21  substances and drug products is undoubtedly a
22  chromatographic method, namely high-performance
23  liquid chromatography, HPLC."
24     Do you agree with that?
25  A.   Yes, HPLC, yeah. Coupled -- I mean, you

Page 320

1  have to have a detection system. So this is not
2  saying, you know, what the detection system is.
3      HPLC stands for high-performance liquid
4  chromatography; that's the separation system. Then
5  the HPLC has to be connected to a detector of some
6  sort. And that could be UV detection, or that could
7  be mass spec detection.
8      MR HARKINS: No questions.
9      MR. SLATER: I just have one follow-up.
10     Chris, could you scroll to the next
11  page, please. Yes, perfect.
12  EXAMINATION BY MR. SLATER:
13  Q.   Doctor, at the middle of the second page
14  of this article, which is page 2236, it states,
15  "Identification and tracking of organic impurities
16  using LC-MS-related technologies for drug substance
17  and drug product development is well-documented in
18  the literature," and you see that there's citations
19  from 3 to 12 and 13 to 16. Do you see that?
20  A.   Yep.
21  Q.   And is that consistent with your opinion
22  that the use of this technology would have been
23  well-documented in the literature?
24  A.   Absolutely.
25  Q.   And that's -- it states "for drug

Page 321

1  substance and drug product development." That would
2  apply to what we're talking about in this case.
3  Right?
4  A.   Yes.
5  Q.   And if we go to the next page, 2237, the
6  second full paragraph, the end of that paragraph.
7      MR. SLATER: Scroll up a little bit,
8  Chris. All right, perfect. No, no, don't go any
9  further. Yeah, a little more. I want to see more of
10  the bottom of the page. Okay, perfect.
11  Q.   Towards the bottom of the page, there's
12  a paragraph that starts "most drug substances."
13     Do you see that?
14  A.   Yes.
15  Q.   The last sentence of that paragraph
16  says, "Especially, GC-MS is a powerful analytical
17  technique for identification of unknowns, due to the
18  availability of vast and accessible spectral
19  libraries."
20     What does that mean, that there are
21  "vast and accessible spectral libraries" available,
22  as they're stating there?
23     MR. BERNARDO: Object to the form of the
24  question, foundation.
25  A.   Exactly what it says. I mean, there are

81 (Pages 318 - 321)

Page 322

1  vast libraries that show the mass spec fragmentation
2  pattern of, you know, thousands of compounds. So you
3  can take your output from the GC-MS, which will be a
4  mass spectrum, and compare to the database to, you
5  know, get a possible match.
6      Q.    And again, is that consistent with the
7  opinion you provided in your deposition that, to your
8  understanding, that this technology was available and
9  utilized in the drug development and drug
10 manufacturing industry, before the TEA with sodium
11 nitrite and zinc chloride processes were developed,
12 and all throughout the time that they were used, up
13 until 2018?
14     A.    Yes, it was available.
15         MR. SLATER: I have no other questions.
16         MR. BERNARDO: I have one last.
17 EXAMINATION BY MR. BERNARDO:
18     Q.    Dr. Hecht, I just want to clarify
19 something for the record, because I don't think those
20 words came out of your mouth; but rather, plaintiff's
21 counsel's mouth.
22         The article that we're looking at is not
23 one that you researched and identified, for purposes
24 of your opinion or forming your opinions. Correct?
25     A.    Correct.

Page 323

1      Q.    It's one that plaintiff's counsel,
2  during your deposition, found and is asking you
3  questions about, because they're asking you questions
4  to determine whether this article is consistent with
5  your testimony. Is that correct?
6          MR. SLATER: Objection.
7      A.    Yeah, I didn't read the article. I
8  mean, I've been doing this 40 years.
9      Q.    I just want to clarify --
10     A.    I know the field. I didn't need to read
11 this article to tell me that the pharmaceutical
12 industry has mass spectrometers.
13     Q.    I didn't ask that question. I simply
14 wanted to know, from a logistical standpoint, that
15 this was something that you didn't identify, but
16 plaintiff's counsel identified for you, during your
17 deposition. Is that correct?
18     A.    Correct.
19         MR. BERNARDO: Thank you. I have no
20 further questions and --
21         MR. SLATER: One last question.
22 EXAMINATION BY MR. SLATER:
23     Q.    Now that you've seen this -- well,
24 rephrase. Just to be very clear.
25         Is this article consistent and

Page 324

1  confirming -- confirmatory of the opinion you gave
2  earlier in the deposition, regarding the availability
3  and use of these technologies?
4      A.    Yes.
5      Q.    And now that you have the article, is it
6  something that you would rely on, if you testified at
7  trial, to support that opinion?
8      A.    Yes.
9          MR. SLATER: No other questions.
10         MR. BERNARDO: I don't want to take some
11 time.
12 EXAMINATION BY MR. BERNARDO:
13     Q.    But Dr. Hecht, you have not read this
14 article in the last few minutes that we've been
15 talking about it. Correct?
16     A.    I saw the abstract.
17     Q.    You read the abstract?
18     A.    Yes.
19     Q.    Wouldn't you first want to read the
20 entire article, to determine if it's one on which you
21 would rely to form your opinion, or do you just read
22 an abstract and determine that this is --
23     A.    No, I could read the whole article.
24     Q.    But you didn't read the whole article.
25 Correct?

Page 325

1      A.    No, I didn't read the whole article. I
2  didn't need to, because I know this stuff. I could
3  have written that article.
4      Q.    But you didn't?
5      A.    No.
6      Q.    And you didn't read the article?
7      A.    No, I didn't read the article.
8          MR. BERNARDO: Sorry, Steve.
9          MR HARKINS: No.
10 EXAMINATION BY MR HARKINS:
11     Q.    Just to confirm, Dr. Hecht, are you able
12 to identify any article that you have actually read,
13 either in your materials cited in support of your
14 opinions, or that you can identify to us now, in
15 support of this point?
16     A.    Well, much of my work that's cited in my
17 CV, which I think you have, relies on these methods.
18 I'm not in the pharmaceutical industry, but it's the
19 same thing: You're looking at complex mixtures by
20 GC-MS or LC-MS to identify specific substances,
21 including dimethylnitrosamine.
22         So no, I don't work in the
23 pharmaceutical industry; and no, I didn't use GSMC
24 and LC-MS to identify compounds, contaminants, minor
25 constituents of pharmaceutical products; but I used

82 (Pages 322 - 325)

Page 326

1  it for -- to identify minor constituents of other
2  products, like tobacco. So it's the same principle.
3        And, you know, I was at a small
4  foundation. We had to stretch to spend the money to
5  get the instrumentation, GC-MS and LC-MS. You know,
6  to propose that the pharmaceutical industry did not
7  have access to this instrumentation at the time when
8  all this was going is -- it's absolutely wrong. They
9  absolutely had access, and used it.
10     Q.   Doctor, I think you might have been
11 confused by my question. I'm asking if you can
12 identify, or have identified in connection with
13 either of your reports, any article that you have
14 actually read to support the proposition that this
15 was widespread in the pharmaceutical industry?
16     A.   No, I did not.
17        MR HARKINS: No further questions.
18        MR. SLATER: I have no other questions.
19        MR. BERNARDO: Thank you very much,
20 Dr. Hecht, for your time. I hope your snow
21 dissipates.
22        THE WITNESS: Thank you.
23        THE VIDEOGRAPHER: We're off the record
24 at 4:55 p.m. Central Time, and this concludes today's
25 testimony given by Dr. Stephen Hecht. The total

Page 327

1  number of media used was seven, and will be retained
2  by Veritext.
3        (The proceedings concluded at 4:55 p.m.
4  CST.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 328

1              J U R A T
2
3        I DO HEREBY CERTIFY that I have read the
4  foregoing transcript of my deposition testimony and I
5  certify that is it true and correct to the best of my
6  knowledge.
7
8
9
10
11        _____
        STEPHEN HECHT
12
13
14  Subscribed and sworn to before me
15
    this __ day of _____, 2023.
16
17  _____
    Notary public
18
19
20
21
22
23
24
25

Page 329

1        C E R T I F I C A T E
2    I, ELLEN J. GODINO, LICENSE NO. Xl0l6l8, a
    Certified Shorthand Reporter of the State of New
3  Jersey, do hereby certify that prior to the
    commencement of the examination,
4  STEPHEN HECHT, Ph.D. was duly sworn by me to testify
    the truth, the whole truth and nothing but the truth.
5    I DO FURTHER CERTIFY that the foregoing is a
    true and accurate transcript of the testimony as
6  taken stenographically by and before me at the time,
    place and on the date hereinbefore set forth, to the
7  best of my ability.
        I DO FURTHER CERTIFY that I am neither a
8  relative nor employee nor attorney nor counsel of any
    of the parties to this action, and that I am neither
9  a relative nor employee of such attorney or counsel,
    and that I am not financially interested in the
10  action.
11
12                        .
13    *Ellen J. Godino*
    ELLEN J. GODINO
14  CERTIFIED COURT REPORTER
    State of New Jersey
15  DATED: 1/18/23
16
17
18
19
20
21
22
23
24
25

83 (Pages 326 - 329)

Page 330

```
 1              ERRATA SHEET
            VERITEXT/NEW YORK REPORTING, LLC
 2
 3   CASE NAME: In Re: Valsartan, Losartan, Et Al v.
     DATE OF DEPOSITION: 1/13/2023
     WITNESSES' NAME: Stephen Hecht , M.D.
 4
 5   PAGE  LINE (S)    CHANGE        REASON
 6   _____|_____|_____|_____
 7   _____|_____|_____|_____
 8   _____|_____|_____|_____
 9   _____|_____|_____|_____
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17   _____|_____|_____|_____
18   _____|_____|_____|_____
19   _____|_____|_____|_____
20
21          _____
            Stephen Hecht , M.D.
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS _____ DAY OF _____, 20__.
23
24   _____
25   (NOTARY PUBLIC)          MY COMMISSION EXPIRES:
```

Veritext Legal Solutions
800-227-8440                                              973-410-4040

**[& - 2]**                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&** 2:3,9 3:9,13 3:18 4:3,8,10 4:20 | **10:34** 114:14<br>**10:48** 114:18<br>**10th** 91:20<br>**11** 5:4,6 7:13 | **136** 7:13<br>**14** 7:22 8:4 167:14 168:3 301:3 | ▓▓▓▓▓<br>▓▓▓▓▓<br>▓▓▓▓▓ |

**&**
  **&** 2:3,9 3:9,13
  3:18 4:3,8,10
  4:20

**0**
**00027588** 311:8
**00032578** 19:8
**07068** 2:11
**07102** 3:22

**1**
**1** 6:5 10:11
  12:20,21,23,25
  19:9 63:10
  83:3 109:13
  157:17 160:7
  169:6 252:18
  ▓▓▓▓▓▓▓
**1.5.** 30:8
**1/13/2023**
  330:3
**1/18/23** 329:15
**10** 6:18 7:8
  34:14,19 62:22
  123:16,17
  255:24
**10,000** 70:8
  ▓▓▓▓▓▓
**10001-8602** 2:5
**10022** 4:11
**102** 309:9
**103** 2:10
**107** 6:22 49:10

**10:34** 114:14
**10:48** 114:18
**10th** 91:20
**11** 5:4,6 7:13
  136:16 154:7
  156:25 268:20
  269:2
**1100** 311:22
**11:30** 155:3
**11:36** 155:13
**11:46** 155:17
**12** 6:5 7:18,20
  116:1,10
  163:18,22
  166:25 308:21
  320:19
**120** 7:4
**12212** 3:10
**123** 7:8
**12:35** 153:23
**12:45** 204:23
**13** 1:15 6:8
  7:20 10:3
  166:24 260:24
  261:4 320:19
**130** 156:25
**1344164** 9:12
  297:3
  ▓▓▓▓▓▓
  ▓▓▓▓▓▓▓
  ▓▓▓▓▓▓
  ▓▓▓▓▓
  ▓▓▓▓▓

**136** 7:13
**14** 7:22 8:4
  167:14 168:3
  301:3
**1465** 9:22
  310:2
**15** 6:9 8:4 13:6
  168:2 241:10
  290:21
**15141** 3:10
**15219** 4:5
**153** 216:5,21,23
  217:7,16
  219:18 220:19
**15th** 3:21
**16** 6:16 8:6
  27:16 35:19
  37:2 39:7
  172:7,11
  320:19
**163** 7:18
**166** 7:20
**167** 7:22
**168** 8:4
**17** 8:8 178:18
  178:19
**170** 156:25
**1710729** 6:14
  22:17
**172** 8:6
**1746288** 9:20
  308:7
**178** 8:8
  ▓▓▓▓▓▓
  ▓▓▓▓▓

▓▓▓▓▓
▓▓▓▓▓
▓▓▓▓▓
**1800law1010...**
  3:11
**188** 8:11,14,16
**19** 8:14,16 9:24
  188:19 189:1
  192:13 300:14
  300:15 310:20
  311:11
**190** 8:18
**19067** 4:17
**192** 215:21
**193** 8:21
**195** 8:23
**1950s** 130:25
**1969** 240:7
**1970** 128:21
**1970s** 127:11
  128:25 317:16
**1994** 60:2
  94:25 240:12
  240:16
**1995** 241:3
**1996** 6:24 81:1
  81:4 82:8 84:4
**1:27** 205:2

**2**
**2** 6:8 12:20,24
  13:4,12 30:8
  35:19 39:7
  63:14 106:4
  109:9 114:15
  232:15 233:1,2

260:7,11
288:13,20,21
288:22 289:11
289:11 301:4
308:21
**2/28/2019**   7:18
163:23
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████████
████████
**200**   3:5
**2000**   136:8
319:10
**2000s**   317:13
**2008**   305:4
**2009**   308:15,19
308:23 309:12
317:10
**2010**   18:9
**2011**   304:23
**2012**   6:16 9:24
27:2,16 304:23
310:21 311:2,9
311:11
**2013**   6:19
34:14,19 53:22

57:20 58:1
61:3 74:20
76:15 79:9,22
90:2 92:7,8,15
96:7 144:11,18
144:19 304:23
**2016**   7:16 8:6
8:19 135:20
136:20,22
138:4,25 139:1
139:2 172:8,11
174:1 180:16
189:21 190:16
192:13,17
**2017**   8:21
180:16 193:1
193:10,12,21
195:7 226:1
300:18 312:21
**2018**   7:6 9:11
16:8 33:5,10
33:12,17,22
34:6 42:22
43:1,16 44:11
44:16 45:14
53:8 120:14,19
121:2,18
125:11 136:9
202:23 203:5
203:12 258:6
258:24 259:1
264:18 290:14
296:11,22
297:2 317:3
322:13

**2019**   7:11 8:9
8:11 44:20,24
123:21 124:1,4
178:20 188:7
244:4
**2020**   243:24
244:3
**2021**   6:6 12:16
12:23 13:1,13
148:18 149:14
241:20,24
242:1 243:18
243:24 244:3
248:14 250:21
252:17 256:16
260:8 261:8
286:22 300:13
300:15 301:3
**2022**   6:9,21
12:16,24 13:5
13:11 49:9,13
63:17 148:17
149:13 156:2
164:19 225:19
232:14 248:15
251:14 259:7
268:21 269:3
289:19
**2023**   1:15 10:3
328:15
**205**   5:7
**206**   9:4
**21**   7:16 8:18
9:5 12:15
136:20 190:13

190:15 206:19
**2118708**   8:22
193:12
**2118711**   8:24
195:3
**2118731**   8:19
190:16
**212-390-4210**
4:12
**212-735-3000**
2:6
**213**   9:12
296:24 297:3
**22**   6:13,21 8:18
8:21 49:9,13
95:3 148:17
164:9 190:16
193:11,19,20
194:24
**2220**   3:15
**2231**   1:14 11:5
**2236**   320:14
**2237**   321:5
**225**   9:7
**227**   4:22
**22nd**   19:18
174:1 191:21
192:2,17
**23**   3:10 8:23
9:24 194:23
195:1,2,5
261:19 311:9
311:11
**230**   3:15

**[24 - 477553]**                                                    Page 3



**24**  9:4 206:16
206:17,25
**25**  7:11 9:7
123:21 124:1,4
225:4,10
252:22 291:22
**250**  4:16 5:9
**2500**  3:6
**26**  6:24 9:9
81:1,4 82:8
172:5,6 286:25
287:2 291:24
292:1 293:13
293:14,18
**260**  2:20
**2630925**  7:19
163:24
**2630927**  7:23
8:4 167:16
168:3
**265a**  7:21
166:23,25
**266**  7:23
167:15
**267-759-2064**
4:17
**27**  6:15 8:6
9:11 172:8
226:1 287:1
296:24 297:1
300:17
**2709940**  178:17
**2709984**  8:9
178:20

**271**  8:12 188:8
188:11
**272**  8:14
188:18,20
**272a**  8:17
188:24 189:1
**278**  192:8
**27th**  172:11
**28**  8:11 9:14
49:18 50:19
188:7 303:13
304:8,10,18
**28202**  4:22
**286**  5:10
**2875**  1:3 10:16
**29**  8:8 9:11,18
22:9 23:7
178:20 296:11
296:22 297:2
308:4,9,11
**291**  5:12
**293**  9:9
**297**  9:11
**2:04**  233:19
**2:12**  233:22
**2:32**  250:3
**2:41**  250:7
**2nd**  2:11

**3**

**3.2**  23:9
**3.2.**  22:8
**30**  7:6 9:22
120:14,19
121:2 242:3
309:25 310:1
310:19
**301**  4:5
**30305**  3:6
**304**  9:14
**308**  9:18
**31**  6:8 9:24
13:5 311:10
**310**  9:22
**311**  9:24
**312**  5:13
**312-566-4808**
3:16
**316**  2:15
**318**  5:15
**31st**  12:16,24
225:19 259:7
**320**  5:16
**320-19-04**  9:11
297:2
**322**  5:18
**323**  5:19
**324**  5:21
**325**  5:22

**32502**  2:16
**32580**  6:11
18:19
**3333**  3:6
**34**  6:18 190:10
**36**  83:22
**38th**  4:5
**39**  217:2
**3:35**  285:18
**3:49**  285:22
**3:55**  291:4

**4**

**4**  6:13 17:8
22:14,14,15,20
28:3,5,8,10
30:22 37:14
82:22 101:22
102:1 109:9,12
109:13 110:9
121:14,22
155:18 165:12
173:25 179:18
204:24 288:18
**4/16**  27:13
**412-263-4397**
4:6
**44**  6:6 13:2
**45**  180:10
**47**  95:6,6
**477553**  8:7
172:8

[483 - accept]    Page 4

**483**  299:5
**49**  6:21
**496154**  8:12
  188:8
**496156**  8:15
  188:21
**4:12**  291:7
**4:55**  326:24
  327:3

**5**

**5**  6:15 27:15
  29:1 108:15
  185:20,20
  186:1 205:3
  250:4
**5,000**  171:5
  283:24 284:4,9
**5,502,191**  6:23
  81:4
**5,700**  210:13
**518-724-2207**
  3:11
**53**  140:9,16
**5700**  210:24
  211:5

**6**

**6**  6:6,18 12:16
  12:23 13:1,15
  34:11,13
  155:23 160:7
  164:18,19
  170:15 173:12

195:15 197:4
250:8 252:17
252:22 256:16
261:8 285:19
288:18 300:13
300:15
**600**  4:22
**601**  4:11
**60606**  3:15
**65**  148:9
**66210**  2:20
**678-553-2100**
  3:7
**6th**  1:14 11:5

**7**

**7**  6:21 13:15
  49:8 155:23
  156:25 159:19
  160:6 179:1
  198:2,4 225:16
  225:20 260:8
  285:23 286:25
  287:2,4
**704-444-3475**
  4:23
**73119**  6:19
  34:15
**75**  71:25
**76**  216:25
**760**  216:24
  217:9
**777**  4:16

**7890a**  311:23
**79755**  6:16
  27:17

**8**

**8**  6:23 37:2
  80:24 81:1,3
  109:13 154:17
  225:16,20
**81**  6:23
**8101**  2:19
**82**  301:3
**850-435-7013**
  2:16
**8:18**  1:16 10:2
**8:30**  21:4 154:9

**9**

**9**  7:4 120:13,15
**90**  301:4
**91**  301:1,2
**913-385-5400**
  2:21
**9251**  329:12
**926**  167:11
**973-228-9898**
  2:12
**973-757-1100**
  3:22
**9:00**  154:10
**9:21**  63:9
**9:33**  63:13

**a**

**a.m.**  1:16 10:2
  63:9,13 114:14
  114:18 155:13

155:17
**abbreviations**
  141:24 216:4
**aberrant**  156:9
  170:20 262:1
**ability**  329:7
**able**  17:3 22:2
  49:25 74:7
  109:4 175:15
  200:15 292:10
  292:16 303:15
  308:16,17
  325:11
**above**  1:11
  142:25 143:10
**absence**  176:1
  275:19
**absolutely**  47:8
  54:19 61:13,14
  99:22 118:12
  118:16 123:7
  132:5 143:15
  143:16 144:4,7
  145:11 211:16
  307:8,14
  320:24 326:8,9
**abstract**  82:11
  305:14 306:12
  318:19 324:16
  324:17,22
**abstracts**  146:3
  146:6
**academic**  144:1
**accept**  225:6

**access** 68:20
263:24 264:9
302:25 317:18
326:7,9
**accessible**
321:18,21
**accomplishm...**
293:25
**account** 69:4
75:11 96:25
**accurate** 12:5
265:18 284:12
286:2 329:5
**accurately**
228:1
**acid** 28:20 29:6
31:13 33:10
43:3 44:16
60:2 84:1
85:12,12
**acidified** 83:25
**acknowledge**
139:16
**acknowledged**
232:18 233:11
234:2
**acknowledging**
154:20
**acquire** 144:2
**actavis** 3:2,3
283:4
**action** 10:22
298:11 329:8
329:10

**activation**
247:11
**actual** 65:25
309:7
**actually** 31:9
63:3 66:18
67:1 114:9
139:6 178:13
181:17 195:8
196:9 199:15
200:14 203:24
221:14 223:23
228:1 247:21
275:25 285:4
307:1 308:18
325:12 326:14
**adam** 2:9 12:23
25:15,18 68:25
75:10,25 81:12
85:4 91:5 93:1
108:9 115:15
115:15 116:16
120:10,11,12
141:7 152:3,5
152:25 153:21
172:22 204:13
223:16 232:4
232:24 239:13
291:25 296:20
306:3 310:16
314:24
**add** 87:13,15
103:1,2 247:22
269:11 270:3

**added** 28:16
40:6 87:10
88:3 220:25
221:2,8 242:4
269:23
**adding** 28:6
85:20 86:19,24
119:7 130:22
**addition** 62:7
87:19 92:23
**additional** 70:9
174:8 176:23
182:2 185:4,7
202:11,12
235:14,16
259:25 289:14
289:17 298:3
**address** 7:10
36:24 75:12
76:21 123:20
196:22 253:3
**addressed**
162:5 306:9
**addresses**
228:14
**adds** 83:17
**adequate**
299:10
**adequately**
297:6,16
**adjust** 11:12
**administration**
19:17
**adopted** 37:12
63:23

**adopting** 26:7
32:1
**advance** 140:10
306:3
**advances**
135:11
**advent** 137:19
137:22
**adverse** 110:10
**aero** 283:4
**affect** 117:14
117:17
**afternoon**
205:5,5,6
250:10,11
**agency's** 7:10
123:20
**agents** 127:7
**agilent** 311:22
311:22
**ago** 15:17
67:10 92:20
174:7 194:18
207:19 240:2,4
246:23 249:8
287:8 293:19
312:22
**agree** 10:9
15:25 16:6
23:11 24:16
26:25 29:4
41:24 45:17
51:20 56:25
64:12 65:1,7,9
74:3 75:25

[agree - answer]                                                    Page 6

76:8,14 78:17
97:9 100:24
101:6 104:8,16
105:18,20
110:15,19
112:2 113:6,19
113:24 114:21
117:11 118:3
118:10,17,23
121:16 125:2
130:7 132:20
132:23 133:16
133:22 134:8
134:13 136:6
139:5 140:13
141:5 142:13
142:16 165:13
166:15 168:23
179:11,14,15
183:2 194:5,16
196:20 202:11
210:25 211:1
213:14 218:5
222:12 227:24
245:8 247:15
252:9 272:19
297:15,20
305:21 319:17
319:24
**agreed** 134:25
**agreeing** 166:9
**agreement**
298:14
**agrees** 221:9

**ahead** 76:12
77:8 85:18
90:6,11 124:12
150:25 165:10
231:19 253:21
260:8 298:21
309:16
**aiding** 306:19
**al** 330:2
**albany** 3:10
**albertson's**
4:19
**alfano** 4:3
**allow** 292:5
**allowed** 180:13
273:8
**alphabetically**
210:17
**amarego** 9:5
206:19
**amazing** 51:9
**ambiguous**
116:12 313:16
**amendment**
6:15,18 27:13
27:15,23 34:11
34:13 35:6
108:15
**american**
128:12 145:2,5
146:3 282:18
**amine** 95:3
222:20
**amines** 126:16
126:20 131:3

221:12 296:1
**amount** 24:3
30:17 38:19
41:10 65:15
80:11,17 85:22
94:15
**amounts** 53:1
60:1 217:20
**analyses**
129:21 170:11
272:10
**analysis** 9:18
66:5,10,21
191:9,9,13
270:19 271:3
273:13,13
274:15 276:4
307:17 308:5
308:12,23
309:2 318:24
319:20
**analyst** 184:7
**analyte** 134:5
**analytes** 133:10
**analytic** 133:9
134:11
**analytical**
132:15 135:8
138:17 147:25
298:3 309:5
311:17 318:23
319:20 321:16
**analyze** 171:5
265:6 278:12
317:7

**analyzed**
170:21 306:15
**analyzing**
108:25 132:16
133:18 319:4,6
**anda** 263:5,11
263:16 264:9
277:19
**andas** 263:13
263:25 264:18
265:11 277:21
279:11 280:19
**annual** 282:19
**answer** 16:25
17:3 20:11
23:25 24:10,20
25:1,25 26:10
26:18 29:21
30:20 31:23
32:4 33:2
36:22 39:20
40:10 41:13
42:13,25 44:5
44:13 46:4
47:4 48:1,17
52:23 54:24
55:19 56:13
57:7 59:6,11
59:21 64:24
68:11 71:13
73:18 74:23
75:24 76:18,24
76:25 79:1
80:1,9 84:7
86:17 87:23

93:12 94:5
98:15 100:9
102:25 105:9
112:6,15
113:13 114:3
115:1 116:7
117:20 118:8
119:2,20 123:3
125:15,17,25
138:6,8 139:2
139:11,12,21
146:8 149:1,21
153:17 157:9
158:1,10,11,18
160:11 162:11
163:4 168:20
170:18 171:24
175:9 177:24
179:20 182:6
182:18,25
183:6,17,23,25
184:8 185:13
187:3 196:25
197:15 202:15
203:9 209:8,21
212:7 213:19
214:21 215:12
218:12 221:6
221:22 227:12
228:9 230:13
230:19 231:19
240:16 245:3
245:18 246:19
247:20 248:2
248:22 249:3

251:22 257:15
258:10 265:20
266:3,22
267:20 270:25
274:25 277:1
280:15 281:18
282:6,15 286:5
287:22 313:11
315:16,23
316:18 317:1
318:7
**answered**
71:19 94:4
138:7 153:10
153:20 202:19
234:24 236:9
263:21
**answering**
43:20 244:12
**anticipate**
306:9
**anticipated**
122:8,13,19
298:24
**anybody**  12:9
12:10 51:4
213:23 257:16
275:24
**anymore**  135:3
163:1
**anyplace**
218:24
**api**  13:19,22
16:8 122:15
130:16 140:21

142:24 143:1
143:13 161:5
168:22 170:2
170:21 197:10
198:15 202:8
203:4,12 226:3
230:2 231:23
232:9,19
251:10 253:11
258:7,23 265:3
268:1,10
269:12,13
270:9,11,16,20
270:22 271:4
271:20,23
272:24 273:3
273:23 276:22
277:20 278:3,6
278:13 279:3
279:13,19
280:9,10,19,24
281:16,23
290:14 298:5
**apis**  279:11
**apologies**
256:17 268:4
274:2 283:7
303:7
**apologize**  56:12
261:9,18 269:1
273:1 277:15
318:21
**apparent**  64:2
64:8,9 65:3
79:7 89:24

90:1,12 92:8
92:15 93:21
94:1
**apparently**
189:25 305:9
319:18
**appear**  121:20
176:4 182:3
273:14
**appearances**
2:1 177:17
**appeared**  174:8
**appears**  71:11
123:4 179:25
191:8 194:6
197:1 198:1
241:18
**applicable**
280:18
**application**
262:5
**applications**
263:6
**applied**  63:22
269:11 295:7
300:8
**apply**  64:21
252:11 257:11
295:18 312:12
321:2
**appraisal**
294:14 295:19
**appreciate**
47:14,16 56:18
68:25 88:24

93:1 116:8,16
219:22 247:25
310:15
**approach**
102:5
**approached**
175:8
**appropriate**
15:11 26:15
110:1,2,18
112:14 113:23
**appropriately**
183:14 298:4
**approved**
277:19,22
283:25 298:6
**approving**
263:5 279:11
**approximately**
70:19 146:24
149:23
**april**  6:16 7:16
8:21 27:2,16
136:20 192:25
193:10,12,21
195:7 301:3
**arb**  7:10
123:19
**area**  131:21
204:9 208:3
256:13 263:12
271:22 279:14
**areas**  252:11
270:18,23

**arguing**  182:9
**argument**
51:14
**argumentative**
25:2 75:4
**armarego**
206:14
**arps**  2:3
**article**  7:13
9:14 60:18
95:15,19,21,23
98:6 134:18
135:20,23
136:3,16,22
137:4,6 138:4
138:24 302:5
304:10,18
305:1,24 306:4
314:19,22
315:3,17,18
316:20 317:25
318:16,17
319:17 320:14
322:22 323:4,7
323:11,25
324:5,14,20,23
324:24 325:1,3
325:6,7,12
326:13
**articles**  58:2,11
59:16 79:19,22
98:6 134:9
136:4 212:17
242:14

**aside**  160:6
218:6
**asked**  62:22
73:6 92:19
93:8,10 94:3
100:9 102:24
116:11,12
138:7 171:21
176:21 212:4
236:5 244:18
246:25 266:15
279:1 286:4
287:9 291:10
294:6 296:14
296:16 312:4
**asking**  12:1
13:11,13 14:6
14:23 36:9,11
43:7,10 45:10
51:10,19 53:17
62:11 64:9,10
64:14 69:11
74:2 80:3 90:5
91:22,23,24
92:1 93:8
100:5,6 107:20
115:8,11
117:12 135:25
136:2,3 138:22
138:25,25
139:15,18
141:3,8 145:12
145:13 149:4
149:11 151:15
151:16,18,19

152:15 166:3
168:19 177:1
180:21 190:24
191:16,22
221:7 226:18
226:22 228:6,7
230:6 231:17
235:17,19
236:14 238:4
241:2,21 242:1
243:19 244:7
249:17 256:7
266:13 267:4
267:11 278:7
286:19 293:2
308:3 312:22
313:18,23
323:2,3 326:11
**aslater**  2:12
**asms**  145:6
146:4,15 282:8
282:15,18
**aspect**  112:2
128:8
**aspects**  25:5
40:3 98:17,22
99:9,21 113:2
**assay**  284:5,10
**assays**  283:16
**assess**  107:10
107:16 297:7
297:17
**assessed**  294:22
**assessing**
294:11

**assessment**
29:3 64:3 79:8
92:10 93:23
94:2 98:8,12
104:1,7,12,17
104:20,23,25
105:6,21,23,24
106:9,13,14,17
106:19,22,24
107:1,25 108:3
109:22 110:9
111:5,10,14
238:18,20,22
295:16 299:18
300:1,8
**assessments**
124:20
**assigning**  19:17
**associated**
294:16
**assume**  12:1
14:3 26:2
42:14 48:11
89:4 119:11,13
136:4 187:12
205:13,14
211:5 214:13
214:14 266:5,9
266:16 267:4
267:11 268:9
270:8 278:7
280:6,12,22
281:4 283:25
293:8

**assumed**
208:22 209:4
**assuming**  84:23
84:25 265:23
266:18 281:11
284:12
**assumption**
39:24 48:20
119:15 266:25
266:25 268:16
270:9 271:19
271:21 285:6
**atlanta**  3:6
**atmospheric**
216:24
**aton**  3:19
**attach**  224:23
**attachment**
194:12,21
195:6,7,7
**attachments**
193:25
**attend**  128:11
145:2,5
**attended**
128:10 146:15
**attending**  11:1
**attention**
225:24 245:22
286:24 288:12
**attorney**  329:8
329:9
**audio**  10:8
23:19

**august**  7:6 9:24
120:14,18
121:2 311:9,11
**author**  246:5
**authored**  71:11
**authors**  209:16
210:12 305:8
**availability**
294:25 312:7
315:8 318:2
321:18 324:2
**available**  63:20
64:1,21 78:5
140:19 144:5
208:10 262:11
262:15 263:10
264:16,22
265:4,10
268:13,16
269:10 271:12
271:16 304:21
306:24 307:10
309:2,13 311:2
312:1 316:1,4
317:5,7,9,13,16
317:21 318:5,8
321:21 322:8
322:14
**avenue**  4:11
**average**  148:8
**avoid**  23:18,20
40:13
**avoided**  88:6
**aware**  98:17
99:8,20,21

100:16,16
121:8 126:24
127:7,8 128:15
128:16,17
202:24 210:8
212:9 222:1
227:9 256:25
258:5,22
267:25 270:10
277:17,18
283:15,19
284:3 290:12
**awareness**
98:15 99:5,11
99:12 120:3,4
295:13
**azide**  17:10,19
29:7,10,14
30:7 37:10
38:9,13 45:23
48:5,9 55:5
83:18,21 86:20
87:11,11,13,14
202:4 300:21
300:23

**b**

**b**  3:14 4:21 7:1
8:1 9:1 153:6,7
216:4,8 254:20
**back**  30:22
39:7 41:2 48:3
56:14,17 60:21
62:20 63:12
77:11 78:11
79:9,17 88:23

89:18,20,23
90:22 101:21
101:25 109:20
112:18,19
114:17 115:17
129:17 140:6
143:22 144:23
155:16,21
156:21 169:5
171:4 173:3,5
181:3 191:6
192:6,22 205:1
205:8 209:23
212:1,5 213:12
225:15 233:21
236:9 250:6
251:14 254:24
256:16 257:5
257:24 260:4
261:8 270:13
285:9,21 286:8
290:22,22,23
291:6 308:15
308:18
**background**
82:20 83:1
**backwards**
272:6
**bad** 214:11
218:16
**bain** 153:19
**bain's** 153:3,12
**based** 7:15
23:18,21 41:17
69:25 82:24

85:1 86:11
105:9 112:2
124:20 125:3
126:1 136:18
136:24 142:18
146:12,14
157:21 169:19
179:23 183:2
220:1,5 262:4
265:3,9 279:12
281:14 282:1
295:7 308:14
309:7,11
313:24
**baseline** 275:8
**basic** 47:8
94:12 99:23
213:9 271:19
**basically** 73:8
101:22 222:16
**basis** 37:14
57:24 61:2
75:14 84:16
230:17 235:1
237:6 266:8
**batch** 74:14
176:20 269:12
300:9 309:2
**batches** 171:5
**bates** 6:6,9,11
6:13,16,19,22
7:6,12,18,23
8:4,6,9,12,14
8:19,21,24 9:5
9:12,20,22,24

13:1,6 18:18
19:4,7 22:16
27:16 34:15
49:10 120:19
123:21 163:23
164:25 167:11
167:15 168:3
172:8 178:17
178:20 188:8
188:20 190:16
193:12 195:3
206:19 297:3
308:6 310:2
311:8,11
**bausch** 3:18
**baylen** 2:15
**bear** 49:20
**bearing** 208:20
**beauty** 129:9
**beginning** 37:3
56:11,12 63:14
114:19 122:3
149:11 155:18
173:6 198:12
205:3 250:8
261:23,25
285:23 300:4
305:16
**begins** 137:19
259:9 286:25
**behalf** 286:20
**believe** 22:23
48:22 60:17
66:11 101:17
102:19 103:18

103:21 112:8
164:6 199:11
199:15 205:25
216:10 233:1
234:20 247:9
252:17 253:19
255:3 259:21
260:6,7,13
263:21 265:13
265:22 266:11
268:11 270:20
271:4 272:8
281:24 284:17
284:17 285:12
288:2 292:2
318:9 319:10
**believed** 306:24
**bernardo** 2:3
5:6,7,13,18,21
11:8 12:19,22
14:17 15:18
18:5,12,16,23
19:5,8 21:1,5,8
21:21 22:4,9
22:13,19 23:7
25:14,18 27:8
27:12 28:2,5
28:13 34:10
35:18 36:11
37:8 41:1,15
43:10 44:2,8
49:4,7,17
56:10 58:8
60:20 62:11,15
62:17,24 63:15

**[bernardo - blocking]**                                      Page 11

| | | | |
|---|---|---|---|
| 68:25 69:13 | 167:12,25 | 303:16,19 | **bily** 18:15 22:2 |
| 75:9 77:9 | 169:10,23 | 305:23 307:6 | 292:10,20 |
| 78:12 79:13 | 172:5,21 173:3 | 307:11,19 | 303:12 |
| 80:21 81:12,14 | 173:5 175:11 | 309:14 310:5,5 | **binder** 224:8 |
| 81:17 82:17 | 176:10 178:16 | 310:11,15 | 224:10,21 |
| 83:9 84:18,22 | 178:23 182:11 | 312:17,19 | **binders** 9:7 |
| 85:3,6 89:16 | 184:5 186:17 | 314:23 321:23 | 67:15,19,24 |
| 89:19,22 91:1 | 187:7,14 189:3 | 322:16,17 | 68:1,4,18,19 |
| 91:5,9,24 92:5 | 189:4,12,17 | 323:19 324:10 | 70:3,7,17 |
| 92:25 93:14 | 190:9,13 191:6 | 324:12 325:8 | 71:16,18,25 |
| 100:5 101:2 | 193:9,19,22 | 326:19 | 72:3,8,11,19 |
| 106:4 107:21 | 194:12,15,22 | **best** 139:8,14 | 146:22,23,25 |
| 108:1,5,9 | 194:25 195:16 | 139:14,17 | 150:10 199:23 |
| 109:1,20 | 198:9 204:11 | 175:9 223:8 | 199:24 200:10 |
| 112:12,17 | 204:16,21 | 224:18 229:2 | 201:6 223:8 |
| 114:9,20 | 205:4 206:10 | 317:5,6 328:5 | 224:13 225:4 |
| 115:11,15,21 | 206:15 208:11 | 329:7 | 225:11 286:5,9 |
| 116:7,16,20 | 210:5 211:24 | **better** 18:25 | **bio** 155:7 |
| 117:3,10 120:9 | 212:1 213:12 | 25:15 37:20 | **biology** 94:24 |
| 121:22 122:1 | 215:20 223:16 | 40:12 41:20 | **bipc.com** 4:23 |
| 123:15,25 | 224:1,14,24 | 124:16 139:23 | **bit** 25:11 37:9 |
| 124:17 135:25 | 225:13 232:3 | 145:1 147:11 | 38:25 39:1 |
| 136:5,13 | 232:16,24 | 151:23 202:17 | 52:15 58:25 |
| 137:15 139:7 | 233:1,3,7,16,23 | 229:8 282:8,11 | 142:9 147:11 |
| 140:8 141:3,7 | 235:18 239:12 | 316:11,12,15 | 176:7 199:12 |
| 141:13,16 | 248:10 249:5 | 316:22 | 210:19 215:21 |
| 142:8 151:18 | 249:13 257:7 | **big** 81:16 105:1 | 216:12 222:11 |
| 151:24 152:3,5 | 285:24 286:13 | 120:13 172:3 | 237:2 285:25 |
| 152:19,25 | 291:24 292:2 | 275:23 | 321:7 |
| 153:2,21 154:5 | 293:6,11 295:3 | **bigger** 169:8 | **blah** 148:4,4,4 |
| 154:18 155:2,6 | 295:21 296:5 | 184:19 215:21 | **blanked** 210:4 |
| 155:19 156:3,5 | 296:20 297:18 | **biley** 10:20 | 220:9 |
| 163:16,19 | 298:16 299:2 | **billed** 241:18 | **block** 36:8 |
| 164:8,17,24 | 299:14 300:6 | 241:19 242:5 | **blocking** 303:4 |
| 166:7,22 167:5 | 302:15 303:1 | | |

**blow** 37:9
141:16,17
308:22
**blue** 195:24
**bobber** 4:15
**body** 255:23
258:3 261:8
**boehringer**
305:10
**boffetta** 246:5
**bogdan** 3:9
**boil** 216:17
**boiling** 90:3
92:11 93:24
95:23 100:17
216:8,13,15,20
216:23 217:15
218:8,9,9,25
**book** 206:25
207:2 208:5,13
208:19 209:2,5
209:17,17
210:8,15,25
211:8 213:11
213:22,25
214:19 215:23
221:17
**books** 207:10
208:7
**bookshelves**
208:2,10
**bosick** 4:3
**bottom** 36:7
63:18 129:20
137:10,16

180:20 209:25
215:8 255:24
257:2 272:8
288:17 300:14
321:10,11
**boulevard** 2:19
**bowry** 10:17
**box** 3:10
**break** 21:12
63:5 114:11
153:25 154:15
154:22 155:7
180:12 205:7
224:15,18
249:19,25
250:1 285:14
285:25 286:7
**breaks** 154:12
**brett** 2:19
**brief** 63:5,11
114:16 155:7
155:15 233:20
250:5 253:8
285:20 286:19
291:5
**bring** 181:8
188:3,17,24
194:22 241:13
307:22
**brittney** 4:10
286:14,17
**brittney.nagle**
4:12
**broad** 39:1

**broken** 288:17
**brought** 245:22
**bsn** 2:19
**buchanan** 4:20
**bulb** 202:5
263:3
**bulk** 66:1,19
**bullet** 28:9 30:9
30:23
**bulletproof**
211:23
**bullets** 28:4
**business** 227:4

**c**

**c** 2:19 3:1 4:1
4:15 5:4 11:5
94:23 329:1,1
**call** 132:21
158:22 206:14
225:4
**called** 18:8 29:2
109:21 120:10
163:21 206:25
210:18 246:5
275:11
**calls** 52:8 244:1
**camden** 1:2
10:16
**camera** 10:5
**camping**
216:16
**cancer** 254:16
**capabilities**
311:16,17

**capability**
312:10
**carbon** 17:8
133:23 217:21
**carcinogenic**
247:12
**carcinogenicity**
127:1 128:14
**carcinogens**
54:12 126:4
**care** 132:10
160:13,16,25
161:4,12
168:10 171:25
176:1 182:22
188:3 231:19
**carillon** 4:21
**caring** 182:15
182:19
**carolina** 4:22
**carried** 105:5
**carryover**
141:21
**case** 12:15 14:1
15:1,12,22
20:7 56:8
60:18 66:17
69:21 70:22
96:24 118:9
119:7 132:5
147:3 148:15
152:17 214:17
237:14,22
238:25 241:25
244:20 250:17

[case - check]                                                      Page 13

254:25 258:21
263:14,18
276:23 279:8
279:25 282:24
285:8 290:11
306:13 321:2
330:2
**cases** 126:15
**casual** 211:16
**catalyst** 17:22
23:14,17,18,20
23:21 25:21
37:25 50:18
**catalyzed** 45:18
45:22 48:4,8
**catch** 301:13
**category** 132:6
**causation**
254:16,21
**cause** 86:24
161:9 300:17
300:18 301:20
302:2
**caused** 50:22
226:3 248:6
254:14 270:3
**causes** 7:11
123:20
**causing** 198:14
254:15
**caution** 15:4
**ccr** 1:12
**celsius** 205:22
217:16,24
218:14 219:10

**center** 3:21
**centigrade**
221:19
**central** 1:16
10:2 63:9,13
114:14,18
155:13,17
204:23 205:2
233:19,22
250:3,7 285:18
285:22 291:4,7
326:24
**centre** 4:4
**certain** 13:13
14:24 57:21
58:12 77:21
78:1 79:9
80:17 129:10
129:11 140:12
140:14 147:17
279:17 316:14
**certainly** 97:15
97:21 131:21
138:12 144:3
189:13 211:14
212:9,13 213:6
215:3 270:10
317:6
**certainty**
291:16
**certified** 329:2
329:14
**certify** 328:3,5
329:3,5,7

**cgannon** 3:23
**cgeddis** 2:13
**cgmp** 238:10
**chain** 7:18 8:6
8:8,11,18,21
163:22 172:7
178:19 179:1,2
179:16 188:6
190:15 191:5
193:11
**challenge** 61:22
219:24 230:7
**chance** 84:15
118:4,14,15,19
118:24 211:7
**change** 24:2
26:7 27:24
29:17 30:3,15
30:15 31:20
32:1,8 34:1,25
35:1,2,9,24
38:15 39:5,14
39:18 40:12,17
40:20,23 41:4
41:9,18,24
42:7 45:5 97:1
97:3,8 100:20
107:10,12
109:8 110:2,6
110:10 155:20
162:4,8,12,15
162:19 187:21
188:1 284:13
284:19 298:6
330:5

**changed** 30:6
35:20 39:10
40:5
**changes** 20:7,8
24:24 32:13
36:24 39:8
44:21 45:13
105:13,14,18
105:19,22
107:10,17
109:8 110:16
110:17,18,22
112:4 113:7,8
113:15,18,22
298:8
**changing**
105:11 113:20
113:21
**characterizati...**
106:23 113:25
140:22 141:4,5
151:25 307:12
**characterize**
38:14 213:15
**characterized**
112:7
**charlotte** 4:22
**chart** 8:23
195:2
**chat** 12:10
292:21 302:11
302:18,20,22
**cheaper** 135:12
**check** 161:6
162:2 211:14

**[check - citation]**    Page 14

215:13
**checked** 65:24
66:11 215:4,7
215:10
**chemical** 52:17
128:12 145:3
146:17 210:17
220:5 262:4
294:15 305:10
306:18
**chemicals** 9:4
206:18 207:1
214:3
**chemist** 53:20
53:20,22 61:4
61:6 62:2 64:3
64:6 65:4 79:7
89:25 90:2,6,7
90:9 91:13,16
91:18 92:9,16
93:22 94:1,12
94:14 96:7,19
97:15 98:7,11
120:7 125:20
140:20 210:23
228:24 256:24
**chemistry** 47:8
48:12 52:12
91:20 94:13
99:6 106:9
126:22 127:15
128:14 129:9
132:16 138:17
207:12 213:9
213:16,17

219:16 220:12
223:2 229:4,15
240:4,6 257:17
**chemists** 61:7
99:25 127:6
128:9 132:24
133:18 257:12
294:10 295:6
295:11,15
306:18 317:5
**cherry** 171:20
175:16
**chicago** 3:15
**chief** 146:16
**chinese** 7:18,22
8:11,14 73:14
73:16,21,24
74:4,10 77:3
163:23 166:11
167:14,18
172:15 188:7
188:19,23
189:7 226:16
226:25 227:3,7
227:18 228:2,4
228:18 229:3
229:10,24
230:8,14,24

**chopped** 31:16
**chris** 291:21
292:5,25
302:17 304:9
307:16,21
314:24 320:10
321:8
**christine** 3:20
**christopher**
2:10 4:21
306:5
**christopher.h...**
4:23
**chromatogram**
9:19 274:19,23
275:6,20
281:12 308:6
308:13 309:1
**chromatograms**
129:22 160:5
160:18,21
170:20 184:22
272:11 273:23

274:7,15 275:4
279:5 281:15
308:18 310:22
**chromatograph**
191:22
**chromatogra...**
318:25 319:22
**chromatogra...**
7:14,15 9:16
132:14,15
136:17,19,23
136:25 156:10
240:9,13,18
272:23 273:3,9
274:17 275:13
276:5,21
277:20 278:5,7
278:8,11,12
304:13 305:5
319:23 320:4
**circumstance**
158:16 181:20
187:20 201:21
274:21
**circumstances**
87:7 119:17
139:16,22
158:21 163:11
170:14 175:20
186:7 207:21
248:6 315:12
315:14 316:7
316:14
**citation** 96:21
171:21 212:19

**citations**
  320:18
**cite**  147:10
  156:17 157:12
  158:3,5 165:12
  179:9 182:2,4
  188:10 206:12
  237:1,7 312:25
**cited**  58:5 60:8
  96:16,18
  147:17 158:25
  164:11 165:1,6
  167:8 168:6
  175:19 179:17
  185:25 186:16
  187:8,11,12
  210:7 235:3,8
  325:13,16
**cites**  74:1
**citing**  313:20
**civil**  152:17
**claimed**  174:7
**clarification**
  13:20 14:3
  15:19 18:4
  29:25 38:10
  43:21 46:20
  47:15 55:22
  59:7 68:12
  90:10,20 94:22
  100:11 103:23
  126:18 146:1
  216:7 217:11
  277:14 288:9
  303:6 310:4,10

318:14
**clarified**  91:21
**clarify**  12:2
  13:10 15:5
  43:23 51:13
  111:20 116:11
  205:11 256:20
  257:24 268:7
  276:18 322:18
  323:9
**clarifying**  55:9
**class**  7:10
  123:19 240:3
**clean**  175:10
**cleaning**  259:4
**clear**  14:6 15:2
  42:6 62:20
  79:4 86:9 89:1
  91:2,25 92:3,7
  105:9 115:23
  116:14 144:8
  145:21 185:5
  189:9 226:21
  231:6 232:14
  236:13,20
  249:16,18
  255:4 257:25
  259:5 261:2
  263:22 271:20
  276:4,15
  285:15 312:4
  323:24
**clearer**  198:19
**clearly**  152:16
  181:19 276:14

315:19 317:9
**client**  116:18
**clients**  176:12
**close**  117:5
**clunky**  109:3
**cn**  17:8
**coast**  154:11
**coffee**  78:19
**coincidence**
  226:1
**colleague**  21:9
  21:22 122:3
  124:15 225:22
**colleagues**
  228:4 249:7
  282:3
**collect**  207:10
**college**  2:19
  240:7
**colloquy**  57:6
  176:9
**column**  7:15
  136:19,25
  137:19 195:14
  195:23
**combination**
  133:16
**combined**
  141:23,24
**combustion**
  133:13
**come**  62:20
  72:24 120:4
  135:9 143:22
  144:23 146:6

146:19 151:23
  152:18 178:6
  182:12 232:2
  248:24 270:13
  290:22,23
**comes**  239:13
  249:20 275:8,9
  292:23
**coming**  257:8
**comma**  261:24
**commencem...**
  329:3
**commencing**
  1:16
**comment**
  176:22
**commentary**
  144:10,11
  287:20
**commenting**
  24:24
**comments**
  21:16
**commercial**
  37:17
**commercially**
  60:1
**commission**
  330:25
**commissioner**
  121:9 122:18
  122:22 124:5
  126:7
**commissioner's**
  123:6

[committees - conclusion]                                    Page 16

**committees**
127:9
**common**
299:21
**commonly**
133:17 207:11
210:24 247:13
318:23 319:19
**communicate**
12:9 209:3
**communicated**
42:21 43:2
44:19
**communicating**
44:4
**communication**
43:12 44:10
174:22 177:20
192:12 193:10
196:8 202:13
**communicati...**
12:10 43:8,24
43:25 185:4,8
192:8,22
196:17 197:22
202:12
**companies**  4:19
26:12 125:7,12
126:21,23
127:7 128:9,10
138:14 143:24
161:23 197:10
203:18 270:15
285:4 304:20
307:1,9

**company**  17:6
17:7 18:13
24:4 26:6
27:10 29:5
41:17 61:12
67:25 68:2,5,6
68:8,14 69:19
69:19 70:9,20
71:9,12,20
72:1,4,7,12,15
72:21,25 73:15
97:16 105:13
109:14,25
126:8 131:7,14
149:18 151:2
158:7 160:25
162:5 164:2
174:14,17
214:24 238:15
309:19 311:25
**compare**  322:4
**compared**
184:24 229:5
275:21 277:10
**compartment...**
89:2
**compendium**
210:16
**compiled**
109:14
**complained**
162:7
**complaint**
165:17 166:18
174:20 176:12

177:21 189:22
190:4 198:3
**complaints**
156:8,15
158:23 159:4,6
159:22 160:3
162:21,22,25
168:10 170:16
171:7,9 183:4
183:8 186:9
197:3
**complete**  76:2
197:19
**completed**
236:8
**completely**
175:6,7 276:1
**complex**
325:19
**compliance**
238:10
**complicated**
223:1,5
**comply**  174:6,9
**composite**  9:7
225:3,10
**compound**
17:10,14 57:5
134:15 295:22
**compounds**
33:14 132:17
133:13,19
184:21 210:18
257:18,20
322:2 325:24

**computer**
231:25 232:4
235:21
**computers**
213:1
**conceivable**
114:23 115:3
**concept**  96:18
**concern**  24:2,8
24:11,12 36:4
45:5 161:9,14
161:17 162:6
163:7 197:11
197:12 223:2
267:10
**concerned**  77:6
85:22
**concerning**
161:22
**concerns**  32:23
33:5,8,16,21
34:1 36:18,25
42:11,21 43:2
43:13 44:11,19
**concierge**
10:19
**conclude**  169:3
**concluded**  66:9
161:16 327:3
**concludes**
326:24
**conclusion**
138:2 143:20
178:6 229:23
230:7 269:9

**[conclusions - continue]**                                        Page 17

**conclusions**
  255:7,12 269:7
**conditions**
  53:23 54:8,15
  57:21 59:17
  77:21 78:2
  79:9 99:11
  128:19 129:11
  130:23 211:9
  215:17 217:3
  222:3
**conduct**  104:12
  104:17,20
  203:11 253:17
  254:2 287:20
**conducted**  10:4
  37:17 105:21
  201:16 203:4
  238:14,18
  309:4
**conference**
  128:25 129:3
  145:5 244:1
**conferences**
  127:2 128:17
  145:2
**confidential**
  15:10,23
**confines**  15:2
  40:2
**confirm**  103:19
  166:14 191:17
  211:2 237:5
  258:4 260:17
  287:14 291:11

  301:5 309:11
  316:5 325:11
**confirmatory**
  324:1
**confirmed**
  37:17 199:10
  199:10 237:9
  301:8
**confirming**
  226:2 266:17
  324:1
**confirms**
  309:17 316:3,4
**conflict**  245:5
**confused**
  210:10 235:20
  236:15 277:15
  288:19 326:11
**confusing**
  14:11 64:11
**confusion**
  14:22 181:19
**connected**
  320:5
**connecticut**
  305:11
**connection**
  10:6 60:15
  67:7 149:7,16
  159:3,4 165:16
  173:11,17
  245:10 257:8
  279:8,25
  283:17 289:15
  315:4 326:12

**consequences**
  99:10
**consider**  98:23
  98:25 99:1,3
  105:2 117:13
  239:20 297:11
**consideration**
  26:15 29:24
  203:13 262:22
**considerations**
  30:1
**considered**
  32:8 67:7
  105:4 160:8
  270:5
**considering**
  266:7
**consistent**
  212:21 237:19
  298:22 299:22
  307:14 309:18
  310:25 317:11
  320:21 322:6
  323:4,25
**constituent**
  96:20
**constituents**
  325:25 326:1
**consult**  207:22
  214:8,9
**consume**  100:2
**contain**  53:1
  65:20 76:16
  199:24 214:6
  254:1,10 256:9

**contained**
  169:1,16
  287:16
**containing**
  133:23
**contains**  57:12
  60:1 288:4
**contaminant**
  53:4 56:5
  119:25
**contaminants**
  325:24
**contaminate**
  115:6 117:17
**contaminated**
  54:17 65:15
  88:6
**contamination**
  94:7,16 223:3
  232:19 233:12
  233:15,25
  234:4,7,11,16
  234:19 235:3
  235:13 236:22
  237:3,8,13
  252:5 254:14
  262:3
**content**  303:3,9
**contentious**
  43:22
**context**  112:21
  157:13 179:23
  182:1 296:13
**continue**  10:8
  55:23 142:9

**[continue - correctly]**                                    Page 18

| | | | |
|---|---|---|---|
| 174:19 | 207:14 225:7,8 | 108:22 109:22 | 238:13,16,17 |
| **continued** 3:1 | 225:8 251:15 | 110:6,12 | 238:19 239:2,6 |
| 4:1 5:7 6:1 7:1 | 302:16 | 111:17 113:3 | 239:9,10,18,22 |
| 8:1 9:1 205:4 | **core** 55:7,10 | 122:20 124:9 | 239:23 240:22 |
| **continuing** | 56:18 | 125:3 127:19 | 240:25 241:20 |
| 124:8 | **correct** 11:21 | 130:9,17 131:7 | 241:23 242:14 |
| **contribute** | 12:17 17:11 | 131:9,11,15,16 | 242:15,21,24 |
| 294:17 | 18:9 23:4,15 | 133:5 134:11 | 244:5 245:5 |
| **contributing** | 23:16,22 24:5 | 134:22 136:9 | 247:9 252:3,15 |
| 254:16 | 25:23 28:21,24 | 139:3 140:23 | 253:10,12,18 |
| **contribution** | 28:25 29:8,11 | 151:2,3 153:13 | 254:22 255:9 |
| 205:14 | 29:12 30:13 | 156:15 157:1 | 256:5 258:8,24 |
| **control** 9:14 | 31:1,4 32:15 | 158:16 159:18 | 259:2,13,16,23 |
| 196:1 304:11 | 32:19 34:20 | 163:13 165:2 | 260:2 261:6 |
| 305:2,17 | 35:7,10,16,22 | 168:6,24 | 264:25 265:4 |
| 318:21 | 36:2,5,19,25 | 174:14 177:11 | 268:14 271:8 |
| **controlled** | 39:12,15 40:8 | 177:14,15,18 | 271:13,17 |
| 298:5 | 40:15 41:7,8 | 178:3 179:9,13 | 272:16 274:10 |
| **convenient** | 41:11 42:1,8 | 179:18 180:23 | 284:20 286:10 |
| 208:14,19 | 42:11 45:2,6 | 181:5 184:10 | 286:12 287:6 |
| **conversion** | 45:20,24 46:2 | 191:13,14,18 | 287:17,20 |
| 37:25 38:5,11 | 47:11 48:9,22 | 193:1 194:19 | 288:7 289:10 |
| **convert** 31:12 | 49:14 53:11 | 195:9,20 196:2 | 290:15,16 |
| 134:5 | 54:22 55:17 | 198:6 202:13 | 293:11 301:6 |
| **conviction** | 59:3 60:10,16 | 205:22 207:3 | 301:21 305:21 |
| 61:22 | 64:19,22 65:9 | 210:13,15 | 313:1 315:6,9 |
| **convince** 76:5 | 65:16 70:4 | 211:7 217:16 | 315:11,21 |
| **cooled** 83:24 | 73:22,24 74:4 | 217:25 218:15 | 316:15 322:24 |
| 85:13 | 74:7,15 75:1 | 220:3 226:12 | 322:25 323:5 |
| **coordinate** | 77:18,22 79:24 | 226:15,25 | 323:17,18 |
| 223:8 | 82:8,14 83:18 | 227:4,7,8,15 | 324:15,25 |
| **copies** 9:7 13:9 | 84:24,25 85:13 | 228:12,19,22 | 328:5 |
| 225:11 286:6 | 97:19 101:18 | 228:24 232:24 | **correctly** 17:25 |
| **copy** 68:20 | 103:13,21 | 233:12 235:5 | 64:13 141:2,8 |
| 155:21 206:22 | 104:12,18 | 236:24 237:22 | 142:2 143:3 |

[correctly - davis]                                                      Page 19

| | | | **d** |
|---|---|---|---|
| 230:22 254:18 | 249:9 267:23 | cross 232:19 | **d** 5:1 30:13 |
| 262:7,12 | 270:10 287:25 | 233:12,15,25 | 38:13 40:25 |
| 269:16 272:14 | 316:9,13 | 234:4,7,11,16 | 41:6 216:9 |
| 284:18 | **court** 1:1 10:15 | 234:19 235:3 | **d'souza** 190:19 |
| **corresponden...** | 10:19 11:3 | 236:22 237:3,8 | 190:21,23 |
| 196:8 | 13:20 18:4 | 237:13 | 192:3 |
| **cost** 25:22 | 38:10 43:21 | **crude** 28:8 38:1 | **d.d.** 9:5 206:19 |
| 31:21 32:2 | 46:20 47:15 | 38:18 52:25 | **d5191-15-359** |
| **costs** 26:14 | 55:22,24 59:7 | 101:18,19 | 8:23 195:3 |
| 98:25 | 59:10 68:12 | **cst** 327:4 | **damn** 211:21 |
| **counsel** 11:1,4 | 77:9 90:10,20 | **curing** 127:22 | **dangerous** |
| 18:15 21:18 | 94:22 100:11 | **current** 7:6 | 254:14 |
| 73:9 76:20 | 103:23 117:6 | 120:18,24 | **daniel** 2:15 |
| 157:5 175:25 | 126:18 146:1 | 299:9,22 | **data** 109:13,14 |
| 180:12 189:8 | 151:22 216:7 | **currently** | 274:16 275:4 |
| 204:20 249:7 | 277:14 288:9 | 282:23 283:25 | 275:14 278:12 |
| 290:24 292:24 | 303:6 310:4,10 | **curriculum** 9:9 | **database** 322:4 |
| 296:14 308:17 | 329:14 | 293:14,20 | **date** 53:7 |
| 323:1,16 329:8 | **courtesy** 117:7 | **customer** 156:8 | 156:24 242:2 |
| 329:9 | **courtroom** | 156:15 158:23 | 243:24 293:20 |
| **counsel's** | 11:20,21 | 159:4,21 162:7 | 329:6 330:3 |
| 322:21 | **cover** 150:5,5 | 162:21,22 | **dated** 6:6,8,16 |
| **couple** 81:22 | 188:14 256:13 | 164:4 165:17 | 6:18,21 7:6,11 |
| 133:3 147:5 | **crcr** 1:12 | 166:17 168:10 | 9:11,24 12:15 |
| 192:22 269:19 | **create** 167:8 | 170:16 183:4,7 | 12:16 13:1,5 |
| 283:2 291:10 | 296:3 | 186:8 190:4 | 27:13,16 34:14 |
| 293:3 294:5 | **created** 251:24 | 193:6 196:21 | 49:9,13 120:18 |
| 314:20 | **creation** 301:20 | 197:3 198:3 | 123:21 296:22 |
| **coupled** 319:25 | **critical** 111:3 | **customers** | 297:2 308:19 |
| **course** 12:11 | 305:18 | 162:24 174:18 | 310:20 311:9 |
| 51:6 117:22 | **criticism** | **cut** 56:12 61:23 | 311:11 329:15 |
| 149:7 154:5 | 253:17 | 114:12 167:4 | **dates** 308:19 |
| 209:15 213:21 | **criticisms** | **cv** 291:23 293:8 | **davis** 3:5 |
| 213:24 227:4 | 250:22 252:10 | 293:13,18 | |
| 238:7 239:25 | 254:2,11 256:9 | 325:17 | |

**[day - deposition]** Page 20

| | | | |
|---|---|---|---|
| **day** 67:9 69:9 241:9 328:15 330:22 | **decrease** 30:11 41:6 | **degrade** 52:19 53:24 57:11,21 59:18 61:5 77:21 78:2 79:9 84:12 85:9 90:3 92:10 93:23 100:16 211:10 221:19 243:12 | 183:3 221:10 |
| **days** 138:17 293:19 | **decreased** 30:8 40:24 | | **demonstrating** 306:25 |
| **deal** 60:15 191:3 234:10 | **deep** 229:4 | | **density** 216:9 |
| **dear** 176:11 | **defendants** 250:14,15 282:24 285:12 286:18 303:20 | | **depart** 133:25 |
| **decades** 126:2 129:16 | | | **department** 305:10 |
| **december** 6:18 6:21 8:6,18 34:14,19 49:9 49:13 148:17 172:8,11 174:1 180:16 189:22 190:16 191:21 192:2,13,17 | **defense** 290:24 296:14 302:7 308:17 | **degraded** 47:1 47:6,22,23 205:18 217:6 | **depending** 231:1 |
| | **defer** 303:20 | | **depends** 10:5 71:6 153:25 213:20 277:2 277:11 278:17 278:24 |
| | **define** 71:6 277:2 | **degrades** 111:16 | |
| | **defined** 180:22 | **degree** 291:15 | |
| | **defining** 71:7,9 | **degrees** 94:11 95:12 205:21 216:5,18,21,25 217:16,24 218:9,13,14,17 218:20,20 219:6,10,18 220:2 | **depo** 156:24 |
| **decide** 155:8 197:19 | **definitely** 96:24 135:4 144:16 170:20 201:3 277:7 | | **depose** 152:22 |
| **decided** 106:19 296:6 | | | **deposed** 11:23 189:7 |
| **decision** 295:7 | **definition** 71:8 | | **deposition** 1:5 10:3,12 91:10 91:15 117:9 146:21 147:3 147:12,21 149:11,18 150:19 154:7,9 154:16 156:22 157:12 158:24 167:6 171:22 172:19 186:15 187:11,13 189:6 223:7,17 244:18 259:18 259:22 294:20 295:11,12,25 299:17 301:2,8 |
| **decompose** 55:4 86:20 87:11,15 | **degradant** 297:14 | **delamination** 40:14 | |
| | **degradants** 297:13 | **delay** 63:4 | |
| **decomposed** 202:3 | **degradation** 46:13 61:10 78:6 80:6 86:14,25 87:20 89:8 95:23 104:1 205:15 205:25 212:20 219:1 294:18 | **delineate** 139:18 199:25 | |
| **decomposes** 217:14 | | **demonstrate** 160:15 183:13 | |
| **decomposition** 50:22 51:4 52:7 87:8 132:18 133:20 205:9 | | **demonstrated** 56:7 262:1 306:16 | |
| | | **demonstrates** 109:25 161:11 | |

304:1,19 306:1
306:3,6,10
314:20 322:7
323:2,17 324:2
328:4 330:3
**depositions**
147:6 149:24
**derive** 165:25
190:5,7
**describe** 20:20
27:24 34:25
38:23 104:5
107:16 170:16
293:23
**described**
23:12 31:3
44:22 58:12
83:18 102:21
143:10 182:16
306:14
**describes**
253:11
**describing** 35:1
35:2 84:4
170:5 241:6
253:23
**description** 7:2
8:2 9:2 83:2
86:11 175:22
194:7
**descriptions**
20:13,15,17
**despite** 112:13
318:2

**destroy** 29:6
**detail** 39:3,5
106:14 199:14
234:10
**detailed** 208:23
**details** 186:13
208:22 244:3
**detect** 133:22
298:7
**detected** 130:8
274:20 278:6
298:5,10,24
**detecting**
133:12
**detection** 134:3
134:15,21
137:24 273:8
274:21 276:12
276:21 277:18
277:18 316:13
320:1,2,6,7
**detector** 7:15
133:4 136:18
136:24 137:23
142:12 148:10
240:14 320:5
**detectors** 133:3
**determination**
309:6
**determine**
57:25 62:1
74:13 92:14
93:16,25
109:15 110:1
113:22 176:2

198:14 214:9
238:25 264:15
300:17 305:25
323:4 324:20
324:22
**determined**
74:14 145:24
162:23 178:2
178:12
**determining**
280:18
**develop** 124:21
273:11
**developed**
294:22 307:4
309:6 322:11
**developing**
98:16 294:11
298:7,8
**development**
6:13 9:15
18:14 22:16
23:1 64:3 79:8
91:17 92:9
93:22 94:2
96:8 98:8,12
128:4,5,18
183:20 237:20
295:16 299:10
304:12,24
305:3,10,18
307:2 311:16
319:9 320:17
321:1 322:9

**deviation** 235:4
**devoted** 241:25
**dialects** 229:12
**diethylnitros...**
234:14
**difference** 32:7
140:15 218:19
219:18 220:23
**differences**
232:8 278:20
**different** 15:20
32:12 42:3
45:13 47:17
58:11 91:23,25
103:9,10 105:6
111:1 117:22
119:12 127:14
127:24,24
148:2,11
179:22 181:17
183:11 204:9
207:9 210:3
216:9,11
227:10 229:12
229:19 231:22
231:24 232:12
235:22 236:1
277:6 283:3
311:19 314:18
**differentiates**
120:6
**differently**
265:14
**difficult** 120:12
300:17

**digits**  81:18
**dimension**
  299:8
**dimethylalam...**
  46:11
**dimethylamine**
  46:2,6,18,24
  47:2,8,20,24
  53:1,3,4 54:7
  54:22 55:2
  56:1,4,22,23
  57:8,12,12,22
  57:22 59:18
  60:2,16 61:5
  65:5,13,15,21
  65:25 66:12,25
  74:13,21 76:16
  77:16,22 78:2
  78:7,20,22
  80:7,7,12,17
  85:22 86:14
  87:9,21,24,25
  88:2,10,17
  89:5,7 90:3
  92:11 94:8,8
  94:10,17,18
  95:5,10,11,22
  96:5 129:16
  205:12,19
  206:1 213:7,8
  214:7,24 215:5
  215:13,17
  217:20 219:2,5
  219:7,10,20
  220:7,24 221:2

  221:10 222:14
  263:1 297:14
**dimethylene**
  214:7
**dimethylfor...**
  39:11 46:7
  55:2 56:5 88:1
  219:12,15
  220:8
**dimethylnitro...**
  54:18 55:3
  56:2,8,15 88:5
  129:15 220:25
  221:9 234:13
  234:22 262:19
  314:6 325:21
**direct**  21:10
  43:8 141:24,25
  249:10
**directed**  43:25
**directly**  20:12
  298:1
**disagree**  51:20
  51:21 74:3
  106:13 113:19
  123:5,7 135:18
  140:14 151:24
  152:10,19
  179:24 220:13
  220:16 236:10
  267:10 299:10
  299:12
**disagreement**
  180:10

**disclose**  244:25
  245:4,23
  246:21,25
  247:5,16 248:4
**disclosed**
  244:19 246:10
  246:12 306:2
**disclosure**
  245:9
**disconnect**
  68:23
**discovered**
  171:2 262:3
  300:16
**discovery**
  121:18 296:25
**discuss**  59:17
  109:8 205:8
  223:17 224:2
  224:17 264:5
**discussed**  30:3
  31:25 34:2
  45:6,16,20
  77:17 101:22
  128:10,14,18
  128:20 217:15
  248:19 256:20
  258:2,6 271:3
  278:2 301:15
  308:18
**discusses**  95:21
  95:23
**discussing**
  23:10 179:13
  179:17 212:20

  254:6 257:6
**discussion**  70:1
  96:6 101:14
  149:10 243:16
  255:7 292:3
  302:23 307:24
**discussions**
  208:24 243:11
  282:2
**dishwashing**
  238:6
**disposal**  25:5
**dispute**  42:1
  50:24 79:21
  80:2,5 84:12
  84:16 99:24
  134:22 137:13
  138:2,9 174:21
  180:17 203:3
  229:23 230:7
  230:17 319:1
**disputing**  42:4
  42:6
**dissipates**
  326:21
**distinct**  16:7
  65:12 187:15
**distinctions**
  229:18
**distinguish**
  98:9 140:15
**distracted**
  151:12
**distributed**
  211:19

**district** 1:1,1
  10:15,15
**disturbing**
  40:14
**dmf** 27:13
  39:11 42:22
  43:13 44:11
  45:24 46:14,25
  47:1,8,21,23
  50:19,23 51:5
  52:8,17,18,25
  52:25 53:2,4
  53:23 57:11,20
  58:4 59:18,25
  60:6,16 61:4,5
  61:10 62:3
  65:4,14,20
  66:12,18,24,24
  67:1 74:13,19
  76:16 77:16
  78:6,18,20,22
  79:8,24 80:6
  80:12,16 83:20
  84:11 85:8,23
  86:14 87:8,20
  88:15,16 89:6
  89:8 90:2
  92:10 93:23
  94:7,9,10,16
  95:5,8,10,11,16
  95:22 96:5
  100:16 103:25
  111:15 205:10
  205:12,14,18
  211:10 212:21

213:2,6 214:4
214:8,10,14,18
215:5,13 217:5
217:13,14
219:5,13 220:2
220:4 222:15
243:12 263:1
263:25 264:10
268:13 297:13
297:13
**dmfs** 263:5
**dna** 247:12
**dnigh** 2:17
**docs** 143:22
**doctor** 55:25
  56:6 57:4 59:8
  62:6 64:14
  76:18 81:2
  86:5,5 90:11
  92:18 99:16
  100:22 106:3
  109:2 112:6
  115:21,22
  129:5 131:6
  140:25 154:14
  154:21 158:12
  168:15 171:17
  171:18 175:3,4
  206:21 246:16
  263:4 267:9
  270:17 277:4
  277:15 279:2
  282:17 283:6
  291:9 293:17
  298:17 304:7

304:17 312:3
314:2 320:13
326:10
**doctor's** 303:24
**document** 7:22
  8:14 9:18 19:1
  19:13,16,22,23
  20:5,12 22:5,6
  22:7,12,21
  23:12 25:20
  26:3 27:20
  28:3 34:22
  35:4 36:2,10
  36:12 37:3,23
  60:7 68:21
  71:6,8,9,10,10
  71:12 81:8,21
  83:7 84:10,11
  84:15,17 85:8
  108:22 109:2,9
  109:24 113:9
  121:5,12,14,16
  122:17 158:5,7
  164:9,11 165:5
  165:11,18
  166:1,11,15
  167:7,14,18
  168:5,9 169:12
  169:17 172:6
  172:10,15,20
  172:22,22
  173:4,7,9,10,25
  177:5,6,7,11
  178:11,17
  179:8,24 180:4

180:10,11
181:8,10 182:4
182:14 187:5,8
187:11,12,20
188:10,13,19
189:19 190:3,7
190:10,19
200:13 226:24
229:24 235:3,6
237:6 258:21
290:12 292:6
292:25 296:10
307:17 308:4
308:15 312:22
313:4
**documentation**
  16:25 27:10
  32:14,18,22
  33:3,7,15,20,24
  41:25 42:7,20
  43:2 44:18
  105:14
**documentatio...**
  43:11
**documented**
  320:17,23
**documents**
  17:7 18:13
  20:16,20 21:9
  21:14,23 24:5
  41:18 46:8
  60:13 65:22
  67:4,5,6,10,22
  67:24,25 68:2
  68:5,6,6,8,14

**[documents - dr]**                                                      Page 24

| | | | |
|---|---|---|---|
| 68:18,19 69:19 | 116:25 135:24 | 307:9 | 114:21 116:5,5 |
| 70:9,17,20,25 | 138:17 154:4,6 | **dr** 9:7 10:12 | 117:11 119:12 |
| 71:20 72:2,4 | 175:16 176:6 | 11:9,18 12:14 | 120:8,21 121:9 |
| 72:12,15,21,25 | 207:23 212:12 | 13:8,24 14:21 | 132:7 135:1 |
| 72:25 73:3,6,9 | 212:13 215:18 | 15:8 16:6 | 136:6 137:25 |
| 73:15 74:2,7 | 241:7,8 245:10 | 20:18 21:23 | 139:25 140:6 |
| 75:1 76:20 | 257:16 285:25 | 22:21 25:9 | 140:11,13 |
| 77:3 88:22 | 323:8 | 27:22 29:25 | 141:21 142:20 |
| 107:9,15,22 | **dose** 250:16,23 | 33:4,25 34:5 | 143:8 144:8 |
| 109:5 146:25 | 250:24 251:2 | 35:25 41:5 | 145:18 146:2 |
| 156:17 158:15 | 251:11,19 | 43:18 44:4,9 | 146:20 147:16 |
| 158:24 163:12 | 252:12,23 | 45:11 47:17 | 148:12,14 |
| 168:18 175:18 | 255:16 256:5 | 48:23,24 49:12 | 151:19 152:24 |
| 175:24 176:3 | 256:10,15,21 | 49:21,24 50:1 | 153:3,3,12,19 |
| 182:1,1 185:25 | 257:13 263:10 | 51:7,11,17 | 154:1,4 155:4 |
| 185:25 186:4 | 263:17,23 | 52:14 53:6 | 155:9,20 156:6 |
| 186:15,25 | 264:8,17,22 | 55:9 56:17 | 162:18 164:1 |
| 187:15,23 | 265:7 267:14 | 58:7,16,19 | 164:12 165:7 |
| 189:7 200:17 | 267:15,18,22 | 60:22 61:22 | 168:12 169:11 |
| 200:21,22 | 267:24 268:14 | 62:3 63:1,16 | 170:3 171:11 |
| 202:11 234:9 | 269:12,21,22 | 63:25 67:19 | 173:2 174:24 |
| 235:17 259:13 | 270:3,7,12,21 | 69:3,16 73:23 | 175:18,21 |
| 259:16,25 | 271:3,7,12,17 | 75:8,13 78:13 | 179:3 180:9 |
| 260:14,18,22 | 271:21 273:22 | 81:20 82:18 | 181:23 182:13 |
| 260:25 261:5 | 274:6,7,8 | 85:7 86:11 | 182:20 185:2 |
| 264:15 268:12 | 275:14 276:6 | 87:6 89:18 | 185:18,22 |
| 288:24 289:5 | 276:22 278:9 | 92:1,6 93:2,12 | 186:21 189:15 |
| 289:10,12,14 | 278:13 280:11 | 95:13,19 96:2 | 198:11 201:11 |
| 290:3,4,6 | 280:25 281:3 | 96:9 97:2,9 | 205:6,11 207:3 |
| 293:4 316:21 | 287:5 | 99:24 100:22 | 210:16 212:4 |
| 318:1 | **double** 42:4 | 102:25 103:8 | 212:15 214:12 |
| **doing** 12:8 | 81:18 | 103:24 107:9 | 219:24 222:5 |
| 13:24 14:21 | **doubt** 61:20 | 108:4,19 109:4 | 223:6 225:4,9 |
| 54:8 66:1 76:6 | 94:10 144:17 | 111:25 112:15 | 225:11,15 |
| 91:10 116:19 | 144:19,21,22 | 113:18 114:4 | 226:7,18 |

228:12,18
233:8,24
237:15 239:25
242:8 243:20
244:17 246:5
248:13 249:20
250:10 254:24
256:12 259:3
260:4 261:7,18
266:10 268:18
269:8,20
276:15 277:13
281:11,24
282:20 283:6
284:7 285:1,10
285:24 286:17
286:21 287:4,8
287:14 288:12
289:9,13,18
290:10,17
291:23 306:1,6
312:17 313:14
313:15,20,24
314:9,11 316:5
317:20 318:12
318:14 319:16
322:18 324:13
325:11 326:20
326:25
**draft** 151:9
**draw** 114:5
225:24 286:24
**driving** 139:13
**dropbox**
302:11,19,20

302:21 303:4
303:10 308:1
**dropout** 23:19
**dropped**
302:18
**drug** 6:10,15
6:18 9:15 18:8
18:18 19:17
27:15 34:11,13
35:6 99:3,4
108:15 120:1
122:23 126:13
128:9 231:22
251:11 258:8
258:24 263:9
266:1 267:17
283:13 285:4
288:6,10
290:14 294:17
298:12 304:11
304:20 305:2
305:17 306:20
306:25 307:9
318:24,24
319:20,21
320:16,17,25
321:1,12 322:9
322:9
**drugs** 283:13
299:24
**due** 53:3 94:18
321:17
**duly** 11:6 329:4
**dump** 102:3

**dumped** 204:2
**dumping** 55:4
80:13 85:11
118:11 202:4
**duration**
218:25

**e**

**e** 3:1,1 4:1,1 5:1
5:4,4,4 7:1 8:1
9:1 11:5,5,5
38:13 48:24
227:10 329:1,1
**earlier** 21:16
101:23 148:19
157:4 205:20
238:22 257:23
265:13,22
272:18 286:4
287:15 294:25
296:16 311:25
324:2
**early** 317:13
**easier** 152:9
**easily** 56:2
228:5 262:3
**east** 154:10
**easy** 122:2
144:1 215:14
**eat** 154:25
204:10
**eating** 152:25
**edition** 9:5
206:18 207:1
209:24,25
210:3,6

**editor** 146:16
**education**
245:13 293:23
**effect** 57:17
86:21,23 87:17
87:19
**efficient** 13:25
21:11,25 25:22
26:13,19 31:21
32:2 96:2
134:19 135:18
136:14
**effort** 306:19
**ehs** 36:4,7
**eight** 67:15,18
67:24 68:1,4
70:3,7,16
71:18,25 81:12
286:5,9,12
309:1
**einstein** 2:4
**eisenhower**
2:10
**either** 12:10
15:4 21:21
52:20 102:18
152:16 178:10
185:6 215:5
243:24 244:3
255:15 280:19
325:13 326:13
**electro** 317:14
319:9,12
**electronically**
223:14,23,25

**eleven** 154:4
**eliminate** 143:6
  306:20
**eliminated** 24:2
**ellen** 1:12 10:19
  56:10 112:18
  211:24 329:2
  329:13
**ellis** 4:10
**email** 7:18 8:6
  8:8,11,18,21
  12:10 163:22
  172:7,12 174:1
  178:19,22,25
  179:6,16
  180:19 181:9
  188:6 190:15
  191:5 192:13
  193:11,21
  194:9,21 226:1
  226:7,9 228:15
  229:25 230:4
  230:24 231:20
  247:24 292:20
  300:18 301:8
  301:11,14
**employee** 150:2
  150:3 329:8,9
**employees**
  24:17 148:24
  149:19,23
  151:2
**emulsification**
  40:14

**enabled** 306:17
**encompassed**
  294:19 295:9
**encyclopedia**
  210:20
**ended** 234:13
**enforcement**
  239:4
**english** 7:20
  8:4,16 73:20
  166:24 167:19
  168:1,2 172:16
  172:25 188:12
  188:24,25
  189:7 226:15
  226:19 227:10
  227:21 228:21
  230:20,23
  231:4
**enhance** 29:18
  29:22 30:1
  40:17
**ensure** 15:24
  65:19 74:20
  76:15 88:17
  214:6,16 298:3
  298:11,23
**enter** 120:5
**entered** 15:14
  15:22 112:9
**entire** 150:2
  174:25 175:5
  324:20
**entirety** 13:12
  14:5 147:7

196:18 248:15
**entities** 283:3,3
**entitled** 1:11
  7:4,8,13 9:14
  9:18 97:5
  120:16 123:18
  136:16,22
  247:11 287:5
  304:10 308:4
**entries** 210:13
  210:24 211:5
**entry** 193:3
**environment**
  29:19 30:2
  129:13
**environmental**
  24:11 25:5
  36:15,18,25
  99:1
**epidemiologist**
  239:14,17,19
**epidemiology**
  239:22
**equally** 257:12
**equipment**
  131:25 304:22
**equipped**
  143:23 144:16
**equivalent**
  109:15
**errata** 246:24
  330:1
**esoteric** 55:17
**especially**
  79:15 219:18

321:16
**esq** 2:3,4,9,10
  2:15,19 3:4,5,9
  3:14,20 4:4,10
  4:15,21
**establish** 23:11
  103:7,12 110:5
  128:2 234:1
**established**
  52:24 53:2,5,6
  53:10 74:25
  93:20 98:11
  126:3 227:6
  243:22 271:5
**ester** 31:12,15
  31:19 41:20
**estimate** 70:6,8
  70:12 71:24
  97:10
**et** 330:2
**evaluate** 110:5
  110:22 111:2
  111:15 112:4
  113:7 296:1
  298:2,11
**evaluated**
  74:19 110:16
**evaluating**
  100:1 136:8
  271:13 279:19
  295:20
**evaluation**
  131:13 238:10
  295:19

**evaluations**
  113:9
**events**  199:11
**everybody**
  52:18 204:18
  221:9 292:15
  302:13
**evidence**  44:9
  142:21 143:8
  144:9
**evolution**  135:7
**evolves**  135:14
**exact**  52:16
  53:7 59:23
  71:1,2 243:24
  244:2 266:11
**exactly**  17:25
  46:10 54:1
  64:9 103:11
  122:1 144:13
  167:5 170:24
  170:25 201:7
  206:13 207:9
  223:20 234:17
  235:18 257:25
  275:10 321:25
**examination**
  1:6 5:6,7,9,10
  5:12,13,15,16
  5:18,19,21,22
  11:8 205:4
  250:9 286:16
  291:8 312:19
  318:15 320:12
  322:17 323:22

  324:12 325:10
  329:3
**examinations**
  5:3
**example**  59:24
  60:4 66:4 83:3
  95:13,14,16
  98:2 127:17
  128:23 144:24
  145:1 156:23
  157:16 158:4
  181:25 182:15
  185:7,10 186:8
  243:8 244:14
  246:3 276:10
  282:8,11,13
**examples**  50:21
  83:2 161:16
  182:16 185:11
  197:3
**exceed**  281:12
**exceeded**  280:9
  281:1
**excerpt**  9:4
  158:24 206:17
**excerpts**
  156:23 163:11
**excess**  29:7
  87:11
**exclude**  275:17
**excuse**  130:4
**exhibit**  9:7,7
  12:25 13:4,12
  18:13,17 22:14
  22:15,20 27:13

  27:15 34:11,13
  49:5,8 80:24
  81:1,3,10,19,24
  83:8 108:15
  120:10,13,15
  123:16,17
  136:16 163:17
  163:22 166:24
  167:6,11,13,14
  168:2 172:7,11
  178:18,19
  188:6,19,25
  190:13,15
  192:7 193:11
  193:17,20
  194:24 195:1,2
  206:16,17,25
  225:3,4,10,10
  225:11 252:18
  259:9 260:5,7
  260:7,10,11,21
  286:3 288:13
  288:20,21,22
  289:11,11,23
  291:22 293:13
  293:14,18
  296:23,24
  297:1 303:12
  303:13 304:8
  304:10,18
  308:4,9,11
  309:25 310:1
  310:19 311:6
  311:10

**exhibits**  6:2
  12:20 15:9,11
  224:23
**expand**  18:23
  166:7
**expect**  86:13
  119:18 154:18
  210:23 248:18
  309:19
**expectation**
  125:6 212:22
**expected**  97:16
  114:22 118:6
  125:21 130:5,7
  209:18 294:7
  304:20 311:24
**expensive**
  98:20 135:10
  144:3
**experience**
  219:4,9,9,14,16
  220:2,5 239:3
  242:10 278:18
  293:24
**experiment**
  211:16
**expert**  6:21
  35:14 48:24
  49:8 69:7
  73:24 75:22
  77:2 131:18,23
  132:5 153:4
  239:21 244:8
  244:15 246:13
  247:17 279:22

280:23 283:23
284:25 299:13
**experts** 140:18
141:6,22 142:5
152:2,15,22
**expires** 330:25
**explain** 58:21
69:11 75:7,9
87:6 160:6,8
160:15 166:16
170:14 176:6
186:7 189:20
241:5
**explained**
142:25 222:24
237:2 299:17
**explanation**
180:25 182:2
**explicitly**
122:18
**exploded** 319:8
**explore** 55:10
69:1
**exploring** 78:9
**explosion** 87:12
**explosive** 29:11
**export** 228:12
**exposed** 126:5
247:13
**expressing**
43:12 44:10
**extending**
119:4
**extent** 117:8
171:14 189:15

249:10 270:4
278:24
**extra** 299:8
308:25 309:3
**extracting** 88:4
88:7

**f**

**f** 94:23 329:1
**face** 82:8 182:4
**facilitate** 39:14
**fact** 32:17
49:19 50:11,15
50:16 53:2
54:13,16 55:17
96:17 97:20
98:9 104:17
112:9 139:8
145:19,21,22
145:23,23
160:24 197:22
211:4,8 213:6
233:14 234:7
245:22 246:13
267:2 275:17
286:8 288:2,3
300:19 301:11
316:3
**factor** 160:8
162:25 203:13
**factors** 105:2,4
**facts** 256:11
285:9 319:13
**factual** 253:14
253:23 254:7
256:10 287:17

288:5
**fahrenheit**
218:17,21
**failed** 104:5,12
106:8 297:6
298:2,23
**failure** 296:1
297:16
**fair** 12:2,12
16:8 24:8,14
25:9 26:8,16
29:15,19,25
30:3,18 32:24
35:13,15 37:22
38:2,14,18
39:2,17 40:18
41:17 47:2,24
48:15 51:19
52:14 53:9
55:14 58:19
60:24 61:2
73:8,10,16,21
74:6,17 78:24
84:5,18 94:15
97:13,18,23
100:2 101:10
102:12 109:24
114:23 117:18
118:25 119:18
127:15,25
128:6 131:6,17
132:1,18
136:10 139:15
140:22 141:3
142:5 150:16

150:23 151:1
158:6 163:12
165:6 166:11
170:16 173:8
177:22 181:17
181:21,24
182:23 183:12
183:21 186:21
188:15 191:2
192:9 194:6
196:11 197:21
209:5,19
210:20,22
211:11 212:10
212:17 213:17
215:25 218:10
221:20,23
227:19,20,22
229:1,14,17
230:17 231:21
237:24 238:12
239:1,5,15
242:6,11 243:1
243:9,11
244:24 249:1
252:14 314:12
315:5,14
316:24 318:5
**fairly** 91:9
**falanga** 3:20
**falkenberg**
3:14
**falkenbergiv...**
3:16

**fall** 135:9
  256:13
**familiar** 15:13
  19:21 20:1
  21:14 27:19
  121:6 207:2,5
  208:23 209:4
  209:13,18
  213:6 250:15
  263:4 270:8
  279:2,10,15,16
  279:21 283:7
  283:14
**far** 133:24
  158:19 160:1
  160:21 165:23
  199:2,6 201:4
  210:7 233:25
  274:2,5 279:3
  283:12
**fashion** 258:1
**fast** 189:23
**faulty** 251:24
**favor** 25:11
  116:23
**fda** 6:10 7:4,4,8
  7:8 9:11 18:8
  18:17 27:1
  32:14,18,21
  33:4,8,15,19,20
  33:25 34:18
  35:3,10,14
  41:25 42:8,10
  42:21 43:2,12
  44:10,19 45:5

99:25 100:13
  100:15 105:15
  108:22 113:9
  113:15 120:14
  120:15,16,22
  120:22 121:9
  121:17 122:17
  122:23 123:5
  123:10,17,18
  124:3,7 126:7
  127:9,10
  243:15,22
  244:20 245:4
  296:10,18,21
  297:1,5 298:1
  299:4,6,20
  300:1
**fda's** 120:23,24
  263:4 296:14
**fda's** 7:4,6,9
  120:16,18
  123:18
**february** 8:8,11
  178:20 188:7
**federal** 152:17
**feed** 93:2
**feedback** 193:5
**feeding** 93:3
**feel** 82:5 117:4
  117:6 270:2
**fell** 222:6
**fengtian** 6:21
  49:9,12
**fewer** 71:4
  72:12,17,19

**fid** 133:7,9,12
  133:17,22
  134:10 138:20
  139:8,23 140:1
  148:2 276:11
  277:9,17,23
  316:12
**field** 239:21
  315:24 319:11
  323:10
**fields** 94:20
**fifth** 195:13
  311:15
**figure** 180:6
  189:10 200:15
  200:19 223:7
  252:2
**figured** 109:1
  199:5,16
  200:15 201:4
  203:25 262:21
  262:25
**figures** 138:11
**file** 6:11,15,18
  18:8,18 27:16
  34:11,14 35:7
  108:16 263:10
  292:17
**filed** 10:14 18:7
  26:25 34:17
**files** 263:17
  316:21
**filings** 239:8
**filtering** 303:9

**final** 29:14
  254:4,13
**financially**
  10:22 329:9
**find** 59:17
  65:23 66:4,12
  146:8 147:21
  163:1 181:4
  203:12,15
  208:1,5,13
  212:19 216:18
  228:5,6 250:20
  272:19
**finding** 220:24
**findings** 7:6
  120:18,25
**fine** 169:13
  187:1 236:15
**finish** 25:12
  62:16 77:1
  84:24 116:21
  145:17 152:7
  175:3,4 224:3
  224:4 248:2
**finished** 58:7
  236:2 250:16
  250:23,24
  251:2,11,19
  252:12,23
  253:7 255:16
  256:5,10,15,21
  257:13 263:10
  263:17,23
  264:8,17,22
  265:7 267:14

[finished - form]                                                    Page 30

267:15,18,22
267:24 268:5,6
268:14 269:12
269:21,22,24
270:3,7,12,21
271:3,7,12,17
271:21 273:22
274:3,6,7,8
275:14 276:6
276:22 278:9
278:13 280:11
280:25 281:3
287:5 288:6,10
290:25
**firm** 2:18 10:17
73:2 148:7
250:13
**firmament**
257:20
**first** 12:22 14:5
14:18 16:10
36:11 48:7
49:18 51:11
54:21 55:13,15
56:21 65:1
77:25 88:5,8
101:22 109:8
117:11 135:10
136:6 141:10
156:23 157:16
158:4 163:20
164:10 165:1
165:11 166:10
181:7 187:7,9
187:11,20,20

188:10 192:11
197:16 199:4
204:20 207:5
207:14,17
213:13 229:9
236:23 253:4
255:1,5 256:16
257:2 259:12
266:24 271:2
275:22,24
286:21 288:1
291:13 293:7
305:15 308:1
312:20 313:3
314:22 324:19
**fishy** 53:2
94:18
**fit** 164:3
**five** 7:12 27:14
27:14 62:22
82:12,13 91:14
123:22 129:20
140:17,19
141:9,14,19,21
142:4 146:17
249:25 306:13
309:7
**fixed** 81:19,24
**flame** 7:14
133:3,14
136:17,23
137:22 240:14
274:20
**flip** 188:13

**flom** 2:3
**floor** 2:11 3:21
4:5
**florida** 2:16
**fmoc** 94:21,23
95:4
**focus** 45:15
57:10,14 63:17
63:24 83:11
96:5,9 121:13
156:6 273:19
**focused** 120:3
242:20
**focusing** 108:4
**folder** 292:19
304:2
**folks** 249:15
**follow** 121:18
130:2 193:6
312:18 320:9
**followed** 133:2
**following**
169:16 214:13
222:14
**follows** 11:7
**food** 19:16
129:12
**foods** 127:23
127:23
**footnote** 141:12
141:15
**forced** 37:1
**forefront** 264:6
**foregoing**
328:4 329:5

**forever** 154:11
**forget** 59:1
108:17 243:23
247:22
**forgetting**
258:19
**forgot** 26:5
247:6
**forgotten** 71:19
**form** 17:10
20:6,9 47:2,23
48:10 55:3
56:2 57:5,12
57:21 59:18
61:5 77:21
78:6,22 80:7
86:14 87:8,20
90:3,17 92:11
95:11 100:18
102:6 113:11
115:24 118:4
118:14,16,25
119:14,22
148:14 200:8
205:18 219:1
222:19,24
243:12 262:19
265:16,24
266:13,17,19
267:16 268:12
284:22 295:3
295:21 296:5
297:13,18
298:16,19
305:23 307:6

**[form - gas]** Page 31

307:11 309:14
309:22 321:23
324:21
**formation**
13:15,19,21
23:14 28:7
29:8 30:12
33:22 35:22
38:1,8 39:10
40:24 41:6
44:21 45:19,23
46:25 48:5,8
50:20 52:17
54:15 56:24
60:16 89:13
94:8 104:14
111:8 112:23
124:9 127:25
128:11,13,13
128:22 129:8
129:15 130:6
130:24 206:1
215:16 222:2
222:10,13,14
230:1,5,9
231:14 238:1
243:3 258:23
265:3,9 296:8
297:7 299:7
**formed** 47:21
65:5 79:23
80:18 85:23
87:25 88:5,10
89:7 101:17
102:13,14,19

118:20 126:6
127:22 131:5
133:13 148:21
215:6 219:20
220:7 221:2
263:1
**former** 282:2
282:12
**formic** 60:2
**forming** 37:13
56:8 67:7
69:20 70:21
73:1 147:2
149:17 203:14
247:8 257:9
261:2 270:5
281:14 322:24
**forms** 102:3
103:1,4,14,15
**formula** 82:13
**formulation**
252:24 287:6
290:13
**forth** 115:17
181:3 192:22
291:19 329:6
**fortunate** 154:8
**forward** 106:20
300:10
**found** 33:3,7,19
42:20 43:1,11
44:9 59:23
66:16 95:5,14
95:21 96:17
162:6 168:25

169:14 171:5
177:10 178:3,4
197:9 234:23
256:4 323:2
**foundation**
75:5 87:2
100:4,8 116:12
168:17 171:23
175:5 179:19
297:19 298:20
309:15 321:24
326:4
**foundational**
101:5
**four** 16:6 17:15
45:12 72:8,11
72:19 91:14
105:12 146:24
195:13 259:18
259:21 284:9
290:4
**fourth** 9:4
16:19 170:15
173:17 206:18
207:1 209:24
209:25 288:2
289:2 296:12
311:15
**fragmentation**
322:1
**francis** 190:19
190:21,23
192:2
**frankly** 154:25
304:18 305:15

**free** 88:17
180:11
**freeman** 2:9
**friday** 1:15
**friend** 25:16
302:14
**front** 95:20
178:23 216:4
**full** 207:8
239:25 257:2
262:10,15
321:6
**fully** 75:10
174:5,9 298:10
298:22
**function**
216:15
**functions**
133:12
**fundamental**
312:6
**further** 20:25
22:7 135:11
191:23 193:5
198:10 205:8
249:5 255:6
273:6 318:11
321:9 323:20
326:17 329:5,7
**furthermore**
56:7

**g**

**gannon** 3:20
**gas** 7:14,15
132:14 133:10

134:5 136:17
136:18,23,24
240:9,13,18
**gateway** 3:21
**gc** 9:15,19
132:14,21,23
133:2,17,22
134:6,7,10
135:5 138:10
138:12,17,20
138:21 139:8
139:23,23
140:1 143:15
148:2,10
215:14 240:20
241:9 262:5
273:12 276:10
276:10,11
277:5,9,17,23
277:24 278:1
282:1,11 284:4
284:10,14
304:12,21
305:3 306:15
307:1 308:6,13
309:1,7,8,12
310:21,22
311:1,22
316:12 317:16
319:7 321:16
322:3 325:20
326:5
**gears** 204:6
**geddis** 2:10
292:8,12

302:10,19
306:5
**general** 15:4
43:24 108:2
113:24 115:11
129:8 134:4
147:19 160:13
243:6 254:20
264:13,20
305:20
**generalize**
32:11
**generally** 97:13
124:22 125:7,9
128:3,7 132:7
147:2 241:14
242:17,24
251:8 252:8
255:3 264:7,21
270:1 271:16
**generated**
50:19 276:24
**generation**
306:19
**generic** 231:23
**georgia** 3:6
**getting** 37:19
98:13 115:16
117:4 159:7
161:5 261:16
267:1 274:12
292:18 303:3,9
**giant** 169:17
**gist** 18:1

**give** 14:17
70:11,12 82:18
82:21 97:25
98:2,20 101:14
116:1,10
119:10 175:11
184:21 186:11
186:15 216:12
217:20 224:22
237:12 252:6
298:17 302:7
307:22
**given** 189:8
214:23 219:19
236:11 242:16
326:25
**gives** 83:2
98:19 109:13
156:24 181:12
196:10
**glean** 168:8
**glenmark**
185:20,23
186:7 187:10
189:22 190:4
191:16 192:9
192:17 193:4
194:11 195:8
196:9
**glenmark's**
191:9 193:4
**go** 10:9 11:24
14:2,12 21:1,7
21:18 22:4,7
23:7 29:1

30:22 39:7
48:3 60:21
61:11,25 66:3
76:12 77:8
78:11 79:17
82:18 85:18
86:20 88:23
89:18,23 90:6
90:11,22 98:5
101:21 106:5
106:18,20
115:17,25
116:1 121:23
127:23 129:17
133:24 134:6
134:20 137:18
140:6 146:3
150:25 151:21
155:7 156:21
161:20 165:10
169:5,6,7,23
171:4 173:5,25
175:15 178:23
179:1 180:3
181:7,24 191:4
191:7 192:6
194:9,10
204:19 205:8
208:5,11,12
209:23,24
213:12 216:16
216:17 219:3
224:25 225:15
225:22 231:18
233:16 234:10

[go - guy]                                                                        Page 33

| | | | |
|---|---|---|---|
| 236:9 252:6 | 93:7 98:20 | 286:19 291:3 | 308:9,10,22 |
| 253:21 254:6 | 99:4 101:15 | 293:3 296:9,11 | **greatest** 100:14 |
| 256:17 257:5 | 106:2 108:1,11 | 296:18 297:15 | **greenberg** 3:4 |
| 257:23 260:8 | 108:13 114:10 | 298:12 299:11 | 250:13 |
| 290:21 296:11 | 114:13 116:8 | 300:9 301:2 | **grilling** 127:22 |
| 298:21 300:13 | 129:18 133:6 | 302:7 305:14 | **grinberg** 305:9 |
| 306:3 307:16 | 141:20,23 | 307:20,22 | **ground** 92:24 |
| 308:18,20 | 148:9 150:4,15 | 309:10 311:6 | 93:1 152:6 |
| 309:16,23 | 151:13 152:15 | 326:8 | **group** 17:8 |
| 311:6,13 321:5 | 153:22 154:17 | **good** 10:1 11:9 | 41:20 94:21 |
| 321:8 | 155:4,5,12,24 | 107:13 118:2 | 95:4 |
| **goal** 40:1,1 | 158:3 161:6 | 144:24 153:24 | **gs** 140:4 |
| 97:3 | 162:1,2,12 | 176:19 204:9 | **gsmc** 325:23 |
| **godino** 1:12 | 164:22 171:10 | 205:5,6 211:7 | **gtlaw.com** 3:7 |
| 10:19 329:2,13 | 180:7 181:19 | 215:22 250:10 | 3:8 |
| **goes** 14:22 | 181:24 184:21 | 250:11 282:13 | **guarantee** |
| 82:20 192:21 | 186:19 187:12 | 299:22 302:12 | 162:16 219:19 |
| 192:25 200:14 | 188:24 199:17 | **gordon** 4:3 | 220:6 |
| 216:19 220:14 | 200:18 203:20 | **gotten** 91:3 | **guess** 35:11,12 |
| 260:18 275:8,9 | 203:21 204:8 | 303:5 | 36:15 58:24 |
| 308:15 | 204:12,22 | **gottlieb** 121:3,9 | 70:13 97:24 |
| **going** 10:2 | 211:19 219:4,6 | 124:4 | 119:21 141:18 |
| 11:24,25 12:9 | 219:20 220:10 | **governed** | 165:24 179:22 |
| 13:10,11,12 | 220:23 223:21 | 116:17 | 227:5 235:20 |
| 14:11 15:9 | 225:2 232:1 | **governs** 15:23 | 241:23 246:20 |
| 21:3,14,20 | 233:18 236:1 | **grade** 91:20 | 251:25 264:12 |
| 27:24 36:17 | 237:12 238:21 | **grant** 4:5 | 266:23 267:5 |
| 37:7,21 40:7 | 241:11 249:23 | **graph** 275:14 | 296:23 302:6 |
| 51:21 59:11 | 249:25 250:2 | **graphic** 275:6 | **guessing** 81:8 |
| 62:8,20 63:4,8 | 250:20 257:5 | **graphical** | **guidances** |
| 66:22 69:14 | 257:23 259:8 | 275:5,7 | 270:2 279:16 |
| 73:12 78:9 | 264:14 271:10 | **gray** 256:13 | 280:20 |
| 81:18 82:21 | 272:7 275:21 | **great** 89:15 | **guy** 144:6 |
| 84:22 89:4 | 277:9 280:6,22 | 98:20 104:4 | 145:9 147:13 |
| 91:15 92:24,25 | 281:4,9 285:17 | 234:10 303:17 | 147:24 200:11 |

[guy - hecht]                                                    Page 34

| | | | |
|---|---|---|---|
| 204:1 220:14 | **happy** 17:1 | **head** 141:23,25 | 9:7,9,9,11,14 |
| 262:21 273:16 | 75:6 152:20 | 309:6 | 9:18,22,24 |
| 278:19 | 255:20 261:25 | **header** 260:15 | 10:12 11:9,17 |
| **guys** 293:9 | 303:23 | 260:18 | 11:18 12:14,20 |
| 308:2 | **hard** 37:7 | **heading** 252:22 | 12:25 13:1,4,5 |
| | 68:20 120:12 | 259:13 | 13:8,24 14:21 |
| **h** | 138:16 139:12 | **health** 36:15 | 15:8 16:6 |
| **h** 5:4,4,4 7:1 | 206:22 | 59:25 | 18:17 20:18 |
| 8:1 9:1 11:5,5 | **harder** 50:3,4 | **hear** 11:11,13 | 21:24 22:15,21 |
| 11:5 | 208:16 | 42:17 125:17 | 25:9 27:15,22 |
| **half** 71:25 72:5 | **harding** 3:9 | 158:11 245:19 | 29:25 33:4,25 |
| 92:20 154:7 | **harkins** 3:4 5:9 | 251:6 | 34:5,13 35:25 |
| **hand** 137:19 | 5:15,22 249:21 | **heard** 10:7 11:1 | 41:5 43:18 |
| 231:2 | 249:24 250:9 | 284:18 | 44:4,9 45:11 |
| **handful** 259:16 | 250:12 261:12 | **hearing** 115:18 | 47:17 48:23 |
| **handle** 148:7 | 268:22 269:5 | 304:5 | 49:8,21 50:1 |
| **handy** 164:13 | 272:3 285:10 | **heat** 89:12 | 51:7,11,17 |
| 164:15 | 287:9 303:3,7 | 94:11 95:11 | 52:14 53:6 |
| **hang** 116:6,6,6 | 303:8,23 304:2 | 219:5 220:8,19 | 55:9 56:17 |
| 154:2,2 | 309:22 310:6,8 | 221:18 | 58:7,16,19 |
| **happen** 77:7 | 310:8,12 | **heated** 83:21 | 60:22 61:22 |
| 89:10 186:19 | 318:13,15 | 90:2 205:21 | 63:1,16,25 |
| 221:14 | 319:3 320:8 | 217:23 220:19 | 67:19 69:3,16 |
| **happened** | 325:9,10 | 220:20 | 75:8,13 81:3 |
| 76:22 89:9,12 | 326:17 | **heating** 52:25 | 81:20 82:18 |
| 89:14 154:8 | **harkinss** 3:7 | 88:1,10 89:14 | 85:7 86:11 |
| 162:13 166:17 | **harmful** 24:17 | 219:10,12,13 | 87:6 89:18 |
| 197:23 204:5 | **hash** 244:21 | 220:2 | 92:1,6 93:2,12 |
| 221:9 237:2 | **haverford** | **hecht** 1:7 6:5,6 | 95:13,19 96:2 |
| 282:14 312:7 | 240:6 | 6:8,8,10,13,15 | 96:9 97:2,9 |
| **happening** 59:8 | **hazards** 98:23 | 6:18,21,23 7:4 | 99:24 100:22 |
| 243:23 306:10 | 257:18 | 7:8,13,18,20,20 | 102:25 103:8 |
| 316:3 | **hcl** 23:13 | 7:22 8:4,4,6,8 | 103:24 107:9 |
| **happens** 145:6 | **he'll** 124:16 | 8:11,14,16,16 | 108:4,19 109:4 |
| 222:19 | 308:1 | 8:18,21,23 9:4 | 111:25 112:15 |

113:18 114:4
114:21 116:5,5
117:11 119:12
120:8,15,21
123:17 132:7
135:1 136:6,16
137:25 139:25
140:11 143:8
145:18 146:2
146:20 147:16
148:12,14
151:19 152:24
153:3 154:1,4
155:4,9,20
156:6 162:18
163:22 164:1
164:12 165:7
166:24,25
167:14 168:2,3
168:12 170:3
171:11 172:7
173:2 174:24
175:18,21
178:19 179:3
180:9 181:23
182:13,20
185:2,18,22
186:21 188:6
188:19,25
189:1,15
190:15 193:11
195:2 198:11
201:11 205:6
205:11 206:17
207:3 210:16

212:4,15
214:12 219:24
222:5 223:6
225:4,9,10,15
226:7,18 233:8
233:24 237:15
239:25 242:8
243:20 244:17
248:13 249:20
250:10 254:24
256:12 259:3
260:4 261:7,18
266:10 268:18
269:8,20
276:15 277:13
281:11,24
282:20 283:6
284:7 285:1,10
285:24 286:17
286:21 287:4,8
287:14 288:12
289:9,13,18
290:10,17
293:14,15
297:1 304:10
306:6 308:4
310:1 311:10
312:17 316:5
317:20 318:12
318:14 319:16
322:18 324:13
325:11 326:20
326:25 328:11
329:4 330:3,21

**hecht's** 9:7 62:3
78:13 169:11
225:11 291:23
306:1
**heewon** 305:8
**held** 1:13 292:3
302:23 307:24
**help** 15:5 18:24
36:14 71:13
116:13 143:19
148:12 151:8
209:5 285:14
**helped** 41:5,19
**helpful** 44:3
164:12 251:15
**helping** 116:21
**henry** 4:21
**hereinbefore**
329:6
**hetero** 4:14
260:22
**hey** 25:10
232:22 292:24
**hi** 286:17
**high** 7:13 91:19
98:19 136:17
136:23 319:22
320:3
**higher** 298:9
**highlight** 37:4
50:2 122:2
233:3 235:9
**highlighted**
36:8 63:19
83:12 86:12

122:3 124:15
195:23 225:23
**highlighting**
26:4 83:7
**hill** 4:15
**hillwallack.c...**
4:18
**hint** 199:8
**hit** 81:17
**hoc** 66:5,21
74:11,15
**hold** 63:2 80:22
173:1 233:16
267:14 287:23
291:18 302:1
**holds** 273:21
**hollis** 2:18
**honestly**
175:14
**hope** 290:22
326:20
**hopefully** 291:1
**hoping** 264:13
**hour** 63:5
92:20 114:10
153:24,25
154:7 155:8
241:19
**hours** 83:22
89:12 93:15,15
94:11 95:12
150:20 154:19
218:1,3,7
219:6,11,19
220:3,3 221:19

242:3 249:14
249:16
**housekeeping**
286:1
**how's** 155:8
**hplc** 318:25
319:23,25
320:3,5
**hrms** 141:25
**huahai** 2:2
**huahai's** 23:9
**huge** 105:25
**hum** 84:2 89:21
123:24
**humana** 3:13
3:13 94:25
**humans** 126:5
247:13
**hundred** 70:8
71:4 72:13,13
72:17,19 123:9
143:16 144:4
212:16 216:18
220:6 282:9
**hundreds**
97:11 117:16
118:1 126:25
145:3,7 146:5
242:13
**hydraulic**
83:25
**hydrochloric**
28:20 29:6
33:9 43:3
44:16 83:25

**hydrochloride**
23:13 25:21
35:21
**hydrogen**
133:14
**hydrolysis**
31:19 40:24
41:5,18 47:7
51:5 58:4
**hydrolyze**
31:15 94:10
**hydrolyzed**
213:8

**hypothetical**
119:10
**hypothetically**
130:5 203:7,10
203:11

**i**

**ich** 279:16
280:20
**idea** 45:7 67:13
72:23 105:7
106:16,22
214:1 224:5
229:13 230:15
230:25 284:6
**identical** 225:8
**identification**
9:14,19 13:3,7
18:20 22:18
27:18 34:16

49:11 81:5
120:20 123:23
136:21 159:18
163:25 167:1
167:17 168:4
172:9 178:21
188:9,22 189:2
190:17 193:13
195:4 206:20
225:12 279:4
293:16 297:4
304:11,15
305:2,16
306:15,17
307:18 308:5,8
308:13 309:3
310:3 311:12
320:15 321:17
**identified**
129:22 141:22
143:8 159:24
160:1,19
161:16 172:22
173:21 198:5
198:14,18,21
200:12 202:10
253:20 261:12
262:9 272:11
272:23 273:4
273:23 274:9
274:14 275:15
275:18 276:4,7
276:17,23
278:14 279:13
290:11 300:3

300:11 314:5
322:23 323:16
326:12
**identifies**
195:12 196:9
283:24
**identify** 63:22
150:8 197:17
221:11 262:5
323:15 325:12
325:14,20,24
326:1,12
**identifying**
190:24
**identities**
191:17
**idiots** 126:24
**ignore** 274:23
276:1
**ignored** 62:21
**ii.2** 13:14
**iii** 13:18,21,23
14:15
**illinois** 3:15
**imagine** 29:23
31:24 137:2
138:16 264:1
**imaging** 274:16
274:18
**immediate**
121:1
**impact** 99:2
**impacted** 176:5
296:2

**impacts** 32:9
189:21
**implemented**
297:8
**important**
56:23 75:16,20
113:5 245:8,15
245:20
**importantly**
50:21
**impossible**
99:19
**improper** 75:5
**improperly**
116:11
**improve** 40:20
**improved**
37:25
**improves** 26:7
32:1
**impurities** 7:5
7:10 9:14
30:17 36:1
41:11 95:4
115:6,7 117:13
117:17,23
120:17,24
123:19 124:21
131:18 140:1,3
161:9,13,17
195:24 196:2,5
197:9 237:16
238:1 256:4
258:7 262:2
279:4,12,19

281:2 294:16
297:8,12 298:4
298:8,10,11
304:11 305:2
305:17 306:14
320:15
**impurity** 30:12
40:25 41:6
109:16 110:11
114:23 115:3
118:4,6 124:24
124:25 161:11
294:17 306:17
306:18,20
318:23 319:20
**inappropriate**
112:11 175:7
**inartfully**
275:2
**include** 68:5
95:5 141:22
146:24 209:11
209:12 283:3
**included** 70:22
154:22 260:1
289:15
**includes** 156:10
179:5 195:22
209:17 259:13
269:20 290:4
**including** 62:9
141:11 171:22
255:16 265:7
297:13 325:21

**inclusion** 190:4
**incoming**
278:13
**inconsistent**
182:3
**incorporate**
162:2
**incorporated**
3:18
**increase** 38:17
219:1
**increased**
37:15 38:1,3,7
38:11
**incumbent**
52:20
**index** 6:1
216:10 224:4
**indicate** 160:23
176:23 183:9
256:24
**indicated**
160:12 174:8
250:25 278:4
310:23
**indicates** 46:8
160:25 253:19
255:11 258:21
290:12
**indicating**
33:25
**indication** 45:4
**individual**
313:1

**individually**
32:9
**individuals**
190:20 314:15
**industrial**
211:18
**industries** 3:2
143:24
**industry**
132:11 138:15
142:21 143:10
143:16,22
144:3,4,15
145:4,8,14
146:19 147:24
256:24 279:18
282:1,4,10
284:15,24
285:7 299:9,21
315:13 316:2
317:6,18 318:2
319:14 322:10
323:12 325:18
325:23 326:6
326:15
**information**
15:23 58:13
61:17 98:5
144:7 145:10
157:13 196:10
199:25 202:16
209:3 211:9
262:10,15
263:9 264:8,16
264:22 265:3,9

268:10,12
271:11 275:19
287:16,17
288:5 294:20
294:25 295:10
301:6
**ingelheim**
305:11
**ingersoll**  4:20
**ingesting**
254:17
**initial**  191:13
261:3 268:20
271:24
**initiate**  105:2
**injected**  240:20
240:24 241:1
**injection**
141:24,25
**input**  152:23
**inquiry**  183:14
**instance**  32:6
**instances**  197:9
**institutions**
144:2
**instrument**
133:9
**instrumentati...**
315:10 316:1
317:19 319:15
326:5,7
**instruments**
7:16 136:20
144:5 241:10
311:17

**int3**  37:10
**intend**  146:9
**intended**  31:20
40:17,20 41:10
209:2 253:16
256:8 269:21
287:16
**intending**
15:25 96:3
251:18
**intent**  198:1
**interactions**
247:12
**interest**  184:22
245:6
**interested**
10:22 329:9
**interface**  319:9
**intermediate**
40:13
**international**
3:18
**internet**  10:6
**interpretation**
209:6
**interrupt**  152:6
231:5
**interrupted**
117:12 152:13
186:18
**interrupting**
184:6
**interruption**
152:13,14,14

**interview**  151:1
**interviews**
313:7
**invading**  117:8
**invent**  48:14
**invented**  48:13
**invention**  82:21
**inventory**
224:16
**investigate**
65:19 124:8
158:21 159:3
163:10 178:6
234:7 235:14
237:8 273:6
**investigated**
162:22 197:23
198:13,18,21
231:13 233:14
**investigating**
191:22
**investigation**
7:5,9 120:17
120:23 123:19
161:10 175:21
191:23 235:4
**investigational**
276:16
**investigators**
128:8
**investment**
144:1
**invoice**  241:17
**invoiced**
241:22

**invoices**  241:12
**involve**  126:15
**involved**  30:24
45:23 64:3
79:7 91:17
92:9,16 93:22
94:1 96:8
98:11,24,25
251:2 283:4
294:11,15
295:6,16
**involvement**
237:14,22
**involves**  96:20
251:9
**involving**
247:17
**ion**  277:6
**ionization**  7:14
133:3 136:18
136:24 137:23
240:14 274:21
**ions**  133:12
**irbesartan**  1:4
10:13 231:7,9
231:15,22
232:9 235:23
**ireland**  199:3
200:11
**irrelevant**  52:3
148:4,5 171:4
171:7,9,15
185:17
**issue**  51:5
127:11,12

158:8 162:13
170:4 172:3
174:23 175:2
179:6,12,16,25
194:3 235:13
**issued**   6:24
81:4 121:17,17
124:3,7 246:24
**issues**   7:11 15:4
35:14 84:10
123:21 162:23
245:21 258:4
281:8,10
314:20
**item**   170:15
173:17
**items**   223:4
**ives**   3:14,14

**j**

**j**   1:12 2:4,10
328:1 329:2,13
**january**   1:15
7:11 10:3 18:9
19:18 123:21
124:1,4
**jason**   4:4
**jbobber**   4:18
**jenny**   174:3,13
176:11,17
180:5
**jersey**   1:1 2:11
3:22 10:15,18
95:1 329:3,14
**jin**   301:8
312:21 313:5,8

313:17
**jinsheng**   226:2
**jmr**   4:6
**john**   4:15
**jordan**   2:4
**josh**   22:10 41:2
49:17 78:13
80:22 82:17
106:5 109:20
120:11 122:2
140:8 141:17
142:9 164:8,17
164:25 166:8
166:23 173:6
194:13 206:11
208:13,14
213:13
**joshua**   2:4
**journal**   9:16
247:22,23
248:4 304:13
305:4
**jr**   4:15
**judge**   115:18
**july**   6:6 12:15
12:16,23 13:1
226:1 241:20
241:24 242:1
252:17 256:16
260:5,8 261:8
261:19 268:20
271:24 286:22
286:22 288:11
288:22 289:16
300:13,15,17

312:21 313:4
**jump**   124:12
**jumped**   236:17
**jumping**   25:11
**june**   258:5,24
259:1 290:14
**jury**   58:22,22
75:17,20,23
**justification**
29:2,3 109:21
177:17 190:25
**justify**   191:17
**justin**   10:20

**k**

**kansas**   2:20
**katz**   2:9
**kbi**   3:16
**keep**   51:22
69:14 93:7
155:4,5 208:13
208:19 249:23
249:25
**kentucky**   91:20
**kevin**   199:3
200:11 201:5
**key**   31:8
**kidding**   220:22
**kilograms**
37:15,16
211:14
**kind**   20:5,16
41:24 43:11
66:5 71:10
80:15 126:22
127:18 131:13

131:13 171:3,6
207:8 233:15
238:15 245:9
259:4
**kinds**   71:22
111:1 127:14
208:7
**kirkland**   4:10
**kirkland.com**
4:12
**kirstin**   3:14
**knew**   148:22
**know**   11:23
12:7 20:13,20
20:23 24:12,21
24:23 25:7,19
32:5,7,11,11
38:4,4 39:21
39:25 42:16,18
42:19 46:5,10
46:23 47:6,19
48:2,11,18,21
52:18 53:3,12
55:1,20 58:4
58:10 59:23
60:5 61:6,7,16
62:3 66:1,6,17
66:21 67:12,14
67:16 68:16,22
69:8,10,12
70:19 73:14,20
75:17 76:4,4,5
76:12 77:4,4,7
77:12 78:21
80:4,16,17

81:9,17 85:21
85:24 88:14,22
90:9,19 91:19
94:7,9,14,19,20
94:21 95:7
97:16,22 98:13
98:22 99:7
100:10,12,13
100:15,19,21
101:16 104:25
105:1,4,5,5,23
105:24 106:16
106:19,21,25
107:4 113:14
114:4 115:2,19
117:16,21,25
119:3,4,4,6,11
119:21,23
120:1,2,6,10
121:6 124:12
124:25 125:16
125:18,21
127:13 131:2
131:20,22
132:4,9 135:3
135:5,7,8,11
137:3,7 138:11
138:12,16
139:13,19,19
140:13 141:15
143:7,21 144:6
144:15 145:1,9
146:16 147:9
147:13,21
148:1,3,23

149:5,25 150:1
150:10,20,22
151:23 153:8
153:11,14,16
153:17 159:7
159:13,17
160:2,12,18,20
160:22 161:5
161:14,15,21
161:22 162:1
163:6,7,7
164:1,3 165:22
168:22 170:1,1
170:3,9,22
173:19,20,22
173:23 176:4
176:24 177:1,5
178:5,9,14
179:21 182:7
183:7,24,25
184:1,20
189:25 190:21
193:16 194:8
197:8,19,25
199:2,4,12,15
199:16 200:2
200:12,16,21
200:24 201:4,8
201:12,16,19
201:21 202:7,9
202:17,22,25
203:2,6,8
207:8,11,12,20
207:24,25
208:2,3,4,9,16

209:10,11,12
210:18,24
211:4,13,17,18
212:11 213:6
213:23 214:22
214:24 215:2
216:16 218:20
219:17 221:8
221:25 222:1
222:17 226:20
226:21,24
227:14 228:11
228:17 229:7,9
229:10,11,13
230:21 231:3,7
231:11,18,22
234:18 241:9
242:3 243:5,6
246:21,21
251:25 252:1,2
252:3,8 253:6
257:20,25
259:10 262:22
262:24 263:2
264:4 266:24
267:6,6 268:3
268:15 271:18
271:19 273:10
273:12,13,15
274:18,23
275:7,11
276:11 277:9
277:11,22,23
278:18,20
280:4,17

281:19,20,22
281:22 282:12
282:21,24
284:23,23
285:3,3,5
289:24 294:7
296:10 303:14
311:14 312:22
314:4 316:11
317:8,15
319:11,13
320:2 322:2,5
323:10,14
325:2 326:3,5
**knowable**
  55:16
**knowing**
  102:11 227:25
**knowledge**
  57:11 63:21
  64:1,22 74:18
  76:14 78:1,5
  96:6 119:13
  120:4,5 125:11
  126:1 128:6
  171:11 221:15
  257:18 258:3
  262:4 264:21
  269:10 273:16
  315:24 328:6
**knowledgeable**
  120:7
**known**   16:10
  16:13 30:12
  48:12 53:11,12

[known - lin]                                                          Page 41

53:16,21,23
54:11 55:16
56:1,3,4 57:17
57:20,25 58:1
58:13,16,17,20
59:19 60:24
61:5,9,13,13
62:2 64:20
65:2 86:15
96:7,19 98:7
125:20 127:4
127:12 129:16
130:25 211:10
212:8,11 271:7
294:21 299:19
300:19
**knows** 100:6

**l**

**lab** 132:12
207:24 208:1,3
209:3 210:23
213:24 228:5
241:8 278:19
278:21
**labeled** 289:4
290:3
**laboratories**
4:2 207:12
**laboratory** 9:4
206:18 207:1,9
207:10 208:21
213:21,24
214:3
**labs** 4:14

**lack** 100:4
116:12 160:13
160:16,23,25
161:3,3,4,4,12
168:10 171:25
172:1 224:14
309:15
**language** 7:18
7:22 8:11,14
83:12 91:6
163:23 167:15
188:7,20
229:11 233:4
309:12
**large** 273:3,7
**larger** 184:21
203:21 273:19
274:22 277:8
318:20
**late** 204:14
**laughable**
317:19
**laura** 283:23
**law** 2:18 73:2
152:18 250:12
**lawyer** 306:5
**lawyers** 151:19
154:21,25
302:7
**layperson** 38:2
**layperson's**
37:22
**lc** 9:15 138:18
141:25 143:15
241:9 273:13

276:11,11
282:11 304:12
304:21 305:3
306:15 307:1
311:22 316:12
317:13,14
319:8,11
320:16 325:20
325:24 326:5
**leading** 99:25
309:22
**leads** 109:15
**leave** 154:3
**lecture** 116:24
**lee** 10:17
172:12 189:6
305:8
**left** 36:7 137:10
137:16,19
192:12 210:8
**legitimate**
130:3
**length** 220:8
**letter** 6:5,8,10
9:11 12:25
13:4 18:17
296:11,19,22
297:1,6 298:2
**letters** 299:5
**level** 39:5
**levels** 109:16
122:14,19
148:8 253:20
254:6,14 256:4
279:12 298:10

**levin** 2:14
**levinlaw.com**
2:17
**lexington** 4:11
**li** 156:24 301:2
301:7,15 313:1
313:4,14,20,24
314:9,11
**li's** 313:15
**liability** 1:5
10:14
**libraries**
321:19,21
322:1
**library** 195:16
208:4
**license** 329:2
**life** 32:23
**light** 202:5,12
263:2
**likely** 206:4,6
208:20 209:12
233:11 234:3
272:25
**likes** 47:6
**limit** 93:15
157:23
**limitation**
196:4 197:13
**limits** 151:14
152:16
**lin** 226:2 301:9
312:21 313:5
313:17 314:13

**lin's**  313:8
**line**  4:16
  115:16 117:5,5
  140:16 156:25
  156:25 174:22
  175:1,6 193:24
  198:11 215:8
  236:23 246:17
  252:2 261:24
  287:15 301:3,4
  306:8 330:5
**lines**  129:20
  232:20 234:11
  234:19 294:8
  306:13
**link**  302:11,20
**liquid**  9:16
  40:14 304:13
  305:4 319:23
  320:3
**liquids**  238:7
**list**  60:18 69:8
  95:17,18
  156:11 169:21
  185:10 197:3
  259:8 260:1,6
  260:24 288:14
  289:15,24
  290:2 303:24
**listed**  9:19 60:9
  67:8 158:23
  171:11,12
  173:7,16
  177:13 193:14
  196:19,19

210:17 290:7
  308:6,13 309:3
**listen**  221:23
**listening**
  245:11
**listing**  184:12
  311:15,16
**lists**  195:8
  289:9 311:19
**literally**  92:19
  93:6 138:24
  282:9
**literature**
  49:19 50:16
  52:16,25 58:3
  58:11 62:9
  79:22 92:21
  94:6,16,19
  96:17,18,21
  97:12,17,23
  98:10 99:13
  126:2,24
  130:25 134:10
  256:25 257:7
  258:2,5,11,12
  258:13 295:1
  306:23,25
  307:9 312:8
  320:18,23
**litigation**  1:5
  10:14 15:10,14
  69:6 72:22
  112:10 227:3
  239:7 243:10
  243:19,21

244:9,15
  245:23 246:14
  247:17
**little**  18:25
  25:11 37:9
  38:25,25 52:15
  63:4 115:16
  120:3 137:12
  141:17 142:9
  147:11 153:23
  176:7 182:24
  191:7 198:10
  199:12,14
  205:7 210:19
  215:21 216:12
  222:11 235:20
  237:2 268:1
  285:25 321:7,9
**liu**  174:3,13
  176:17 180:5
**llc**  3:3 4:19
  330:1
**llp**  2:3 3:4,9,14
  3:20 4:3,10,15
**located**  1:14
**locations**  1:13
**lockard**  3:5
**lockardv**  3:8
**logic**  267:14
**logical**  26:11
**logistical**
  224:18 323:14
**lomb**  3:18
**long**  21:15,22
  60:6 84:14

91:9 95:9
  154:15 202:7,9
  240:4 291:1
**longer**  82:2
  190:18
**look**  12:9 13:16
  14:12 17:3
  21:12 22:7
  23:9 28:2,4
  35:18 39:3
  52:13 60:20
  66:6,7,23,24
  74:6 80:21
  81:21 82:11,19
  82:23 83:1,15
  93:7 109:2,7
  109:12 110:8
  112:3,12 113:5
  114:7 121:6
  123:13 124:11
  129:19 135:19
  137:9,11,17
  144:15 146:5
  150:5,9 155:3
  155:22,22
  157:6,11
  158:15,24
  163:11 164:9
  164:14 165:13
  165:19 166:2
  166:12,22
  167:7,10
  169:22 175:25
  176:3,18
  177:13 178:16

**[look - make]**                                                    Page 43

179:11 180:5
180:14,19
181:25 182:24
183:1 184:18
185:19,20,24
189:10 190:9
193:9 199:7
200:18 204:1,4
208:16 211:25
212:13 214:18
215:1,16
230:23 232:11
253:3,22
255:20 260:9
273:11,17
275:23 278:21
286:21 289:2
289:22 311:18
**looked** 20:6
32:17 39:4
41:25 46:9
58:3 61:14
65:22 67:22,22
68:7,13 69:3
72:25 73:8
74:15 75:15
80:4 94:6
109:11,12
111:18 157:16
158:7 162:5
179:2 186:3
187:22 189:15
192:7,13,21
193:16 194:17
197:22 199:15

200:17,23
201:25 203:19
210:10 243:15
265:12 275:20
**looking** 14:20
53:21 69:11
70:7 71:11
72:9,18 77:3
95:15,20 112:2
113:10 129:23
136:7 143:1
147:20 150:19
158:14 164:16
165:8,8,21
166:4 168:24
168:25 178:12
180:15 184:19
186:24 187:25
196:16 202:1
202:13 203:16
203:24 208:18
214:19 215:24
221:16 241:17
251:13 252:16
255:1 259:6
272:12,20
273:24 274:7,9
275:16 288:11
288:16 300:14
301:14 306:12
310:19 318:16
322:22 325:19
**looks** 124:2
157:17 188:11
249:21

**losartan** 1:4
10:13 330:2
**lost** 104:19
261:10 313:17
**lot** 20:20 52:23
160:4 161:24
222:21 238:7
242:9 248:15
312:4
**lots** 219:16
**lower** 218:9,13
218:14,17,25
**luck** 303:15
**lunch** 153:25
154:23 155:8
205:7
**luncheon**
204:25

**m**

**m** 2:9 3:4 4:4
94:23 216:4,6
**m.d.** 124:4
330:3,21
**made** 21:16
24:24 39:14
105:13,17,19
107:11 121:14
135:11 171:3,6
200:4 271:20
**mahoney** 199:3
**mail** 227:10
**main** 130:22
162:13 243:6
250:19 252:9
282:21

**maintain** 307:1
**maintained**
218:7 227:3
**majority**
126:15
**make** 14:11
26:14 31:21
32:6,8 36:24
41:23 42:5
44:3 45:17
46:11,15 51:22
51:25 56:19
60:25 62:20,21
64:12,17 76:9
86:9 88:11,25
96:13 101:12
101:15,16
103:12 105:8
105:18 106:3
110:15,16,18
116:13,24
130:12 135:1
138:23 149:9
152:8 161:1,6
162:3 169:8
171:13 173:16
176:6 189:9,13
200:3 201:9
211:21 215:4
215:21 218:5
226:21 233:6
234:25 235:11
236:21 249:15
253:1 256:12
259:5 266:4

[make - material]                                                    Page 44

267:7,8 268:4
268:19 270:17
273:1 274:12
309:24 312:3
318:20
**makes**  32:2
50:4 87:4
109:3 208:16
229:25 230:7
**making**  26:14
82:12,13 88:24
99:3,4 101:7
107:10,17
110:17,23
113:8 173:11
211:13 221:12
256:2 295:7
298:8
**managing**
294:11
**manhattan**  2:5
**manipulative**
208:22
**manner**  44:19
**manual**  214:9
**manuals**  207:9
**manufacture**
45:14 269:24
281:3,23
**manufactured**
19:20 115:9
198:15 253:11
269:13 300:9
**manufacturer**
118:5 160:14

160:16 214:14
250:16 263:11
263:23 264:9
264:23 269:21
270:7 271:17
271:21 316:8
**manufacturer's**
238:10
**manufacturers**
36:23 114:22
122:15,24
125:22 250:23
250:25 251:2
251:20 252:12
255:16 256:10
256:15,21
257:13 263:17
264:17 265:7
267:14,15,18
267:23,24
268:14 269:23
270:3,22 271:4
271:7,12
273:22 274:7
275:14 276:6
276:22 278:9
278:13 280:11
280:25
**manufacturing**
16:7 20:7
24:17 29:19
30:2 38:15
39:18 40:5,21
45:20 100:23
102:7 122:14

122:20 124:22
124:24 125:21
126:14 217:5
217:24 238:11
270:20 280:10
294:13 298:9
299:8,22
322:10
**march**  6:24
81:1,4 82:8
**mark**  12:19
18:13 22:20
27:12 34:10
49:5 80:25
107:23 108:14
114:8 120:13
136:14 167:12
178:18 206:15
223:8,20,24
224:22 291:22
**marked**  7:21
7:23 8:12,14
8:17 9:12 13:2
13:6 15:10
17:2 18:19
22:17 27:18
34:16 49:10
81:5 108:14
120:20 123:15
123:22 136:21
163:24 166:25
167:1,15,16
168:4 172:9,11
178:21 188:8,9
188:20,21

189:1,2 190:17
192:7 193:13
195:4 206:11
206:20,25
225:12 252:18
286:3 293:16
296:24 297:2,4
303:12 304:14
308:7 310:3
311:12
**market**  300:5
**marking**
308:11
**martin**  3:9
**mass**  135:5
138:10,12,18
138:18,21
139:23 140:4
142:12 143:25
144:16 145:6
146:4 148:10
240:19 277:5
282:10,18
285:5 311:18
311:20,23
315:25 320:7
322:1,4 323:12
**master**  6:11,15
6:18 18:8,18
27:16 34:11,14
35:7 108:16
263:9
**match**  322:5
**material**  17:9
72:7 132:12

| | | | |
|---|---|---|---|
| 159:5 177:8 | 70:14,24 75:4 | 243:7,24 245:4 | 114:15,19 |
| 200:3 251:23 | 75:4 76:4,11 | 245:13 248:24 | 155:14,18 |
| 251:24 258:20 | 80:11 87:24 | 251:23 252:1 | 204:24 205:3 |
| 306:2 | 94:9,12,13,20 | 262:16 264:2,5 | 250:4,8 285:19 |
| **materials** 60:9 | 95:8 96:18 | 266:5,8 267:21 | 285:23 327:1 |
| 69:7 71:22,23 | 101:19 102:1 | 270:14 274:18 | **meeting** 128:12 |
| 75:18,18,19 | 102:23 105:24 | 275:24 276:9 | 282:19 |
| 146:25 189:16 | 106:17 109:6 | 278:16,17 | **meetings** |
| 193:15 196:20 | 115:2,3 116:2 | 285:3 292:14 | 127:10 128:10 |
| 211:19 221:24 | 119:5,6,24 | 313:18 314:4,6 | 146:15 282:8 |
| 226:12 259:9 | 127:9 130:22 | 317:2,4,16,17 | **memo** 230:24 |
| 260:1,6 288:13 | 132:9,9 138:16 | 319:14,25 | 312:21 313:9 |
| 289:24 290:11 | 139:13,14 | 321:20,25 | 313:15,21,25 |
| 294:16 325:13 | 143:25 145:9 | 323:8 | 314:11,13,16 |
| **matter** 1:11 | 147:12 148:5 | **meaning** 313:8 | **mention** 52:7 |
| 10:13 31:11 | 149:2 153:16 | **meaningless** | 52:11 80:6,10 |
| 129:11 161:14 | 153:19 159:6 | 111:2,6,7 | 84:11 85:8,20 |
| 209:10,13 | 159:25 160:3 | 112:22,23 | 184:17 255:15 |
| 299:13 | 163:5 170:19 | 113:1 | **mentioned** |
| **matters** 76:1 | 170:22 171:6 | **meanings** | 50:21 68:15 |
| 101:14 | 177:25,25 | 229:19 | 74:11 80:19 |
| **mazie** 2:9 | 178:7 182:10 | **means** 169:18 | 96:16 170:12 |
| **mazieslater.c...** | 182:22 183:8 | 177:2 313:21 | 249:7 262:20 |
| 2:12,13 | 183:24,25 | 313:25 314:4 | 282:7 |
| **mazzotti** 3:9 | 184:13 198:17 | 314:16 | **mentioning** |
| **mdl** 1:3 10:16 | 202:2 204:14 | **meant** 162:19 | 141:19 |
| **meagher** 2:3 | 209:9,13 211:9 | 217:10 | **mentions** |
| **mean** 14:13 | 212:16 213:8 | **measures** | 234:19 |
| 20:13 27:6 | 213:20 214:22 | 133:10 | **mercury** 217:2 |
| 31:7,8 32:5 | 216:5,13 217:9 | **meats** 127:22 | **mere** 96:21 |
| 38:21 47:5 | 219:12 220:14 | **mechanism** | **message** 303:9 |
| 51:2,9,10 52:6 | 220:22 222:8 | 127:24 129:8 | **metabolic** |
| 53:15,15 54:1 | 231:12 232:11 | 196:1 | 247:11 |
| 58:19 60:4,6 | 235:21 238:3 | **media** 10:11 | **metadata** |
| 61:16 63:4 | 238:20 240:20 | 63:10,14 | 308:15 |

metal   23:18,21
    24:7
metals   24:3
methanol   60:1
method   50:17
    82:10,11,12
    134:3 139:8,14
    139:14,17,23
    141:23,25
    142:1 168:17
    184:24 273:11
    276:13,21
    277:18,19,23
    278:5,8,11
    308:24 309:5,7
    310:22 318:25
    319:22
methodologies
    304:21 306:16
methodology
    148:13 271:19
    312:10
methods   94:21
    94:23 135:8
    140:17,19
    141:9,14,19,21
    142:4,11,17,18
    143:9 145:8
    147:25 207:10
    276:16 278:2
    298:3,7 325:17
methyl   41:19
micro   7:15
    136:18,24

middle   49:18
    114:12 261:23
    320:13
millimeters
    216:24 217:2
million   148:9
millions   61:7
min   301:2,7,15
    313:1,4
mind   56:11
    67:23 206:8
    208:20 264:6
    267:2
mini   7:14
    136:17,23
minimize   29:13
    41:19
minimum
    281:1
minneapolis
    1:15 11:6
minnesota   1:15
    11:6 205:6
minor   39:8
    229:17 325:24
    326:1
minute   14:17
    21:2 49:20,23
    50:8 67:4
    83:14 106:2
    189:19 194:18
    218:7 249:25
    298:17
minutes   62:22
    153:23 249:8

287:8 290:21
    309:1,8 324:14
mischaracteri...
    62:14 168:17
    221:5
mischaracteri...
    116:15
mischaracteri...
    85:16
mischaracteri...
    75:6 265:1
misleading
    75:6 171:23
    175:6,17
misled   68:17
missed   203:19
    261:11 269:19
mixed   261:17
    268:25
mixture   72:5
    83:20 88:3
    89:13 296:7
mixtures   131:4
    325:19
molar   30:6
molecular
    94:23 216:6,8
molecule
    231:23
molecules
    133:23
moment   63:17
    81:20 82:19
    129:18 231:25
    235:9 253:3

312:22
money   26:8
    326:4
monitored
    277:6
monographs
    283:7,8,12,17
    283:19,24
    284:4,9
monoxide
    217:21
monroe   3:15
month   226:4
months   124:3
morning   10:1
    11:9 154:10
    176:19 205:9
mountain
    216:17 275:10
mouth   60:25
    88:13 161:1
    322:20,21
move   34:8 76:9
    77:15 103:25
    103:25 116:2
    117:9 142:8
    151:16 152:10
    152:11,20
    153:1
moved   77:25
    148:12 236:3
moving   100:22
    194:25 303:22
mtbe   40:8,12

**mulberry** 3:21
**multiple** 91:22
  108:24 127:1
  222:12,17
  277:6
**multistep**
  100:24 101:9
**mutagenic**
  297:7,12
**muted** 302:14
**mylan** 4:2,2
  253:12 254:7
  260:22
**mysterious**
  47:7 67:21

**n**

**n** 3:1 4:1 5:1,4
  11:5 137:16
  153:6,7 247:12
  301:16
**n203** 222:19,20
**n25** 216:10
**nagle** 4:10 5:10
  286:15,16,18
  287:2 288:10
  290:17
**name** 10:17
  11:10,15
  153:19 250:12
  286:17 330:2,3
**named** 199:3
  201:5 279:22
**narrow** 78:8
**narrower**
  258:1

**native** 228:18
  229:3,11
**naturally**
  197:11
**nature** 24:23
  181:1 311:24
**nd** 174:6,9,10
  176:14,23,24
  176:25 177:2
  178:13 181:12
  181:13,16
**ndea** 63:22
  103:4,5,15
  125:8,13,22
  128:18 130:16
  142:19 143:1
  148:7 159:18
  160:19 254:6
  262:6 269:12
  269:15 298:24
  300:3,11
  312:11
**ndma** 63:22
  102:13,14,19
  103:1,1,14
  122:14,19
  125:7,12,22
  128:18,23
  129:22 130:16
  142:19 143:1
  148:3,7 159:18
  160:19 171:2,5
  198:5,15,18
  199:5,9 200:12
  203:13,15,17

  203:21 204:4
  222:10,13
  226:2 243:3
  247:8 253:20
  262:6 269:11
  269:14 272:11
  272:19,23
  273:9,23 274:9
  274:14,20,24
  275:15,20,25
  276:7,23 277:8
  278:6,14 281:2
  281:21 298:24
  299:7 300:3,11
  300:16,19
  301:20 312:11
**ne** 3:6
**near** 69:13
**necessarily**
  66:25 113:1
  153:19 208:3
  215:1 316:22
**necessary**
  126:13 222:23
**need** 16:24
  31:12,18 75:9
  78:18 79:18
  82:5,23 85:10
  116:17 117:2,6
  124:11 147:17
  183:1 203:16
  206:22 224:19
  224:25 226:21
  236:10 241:13
  241:16 253:3

  272:20 292:24
  293:4,8 298:3
  300:22 302:7
  323:7,10 325:2
**needed** 64:20
**needs** 59:12
  75:23 124:23
  154:15
**negative** 42:4
**neglected** 247:5
**neither** 116:24
  316:20 317:25
  329:7,8
**nelu** 305:9
**never** 24:15
  76:23 106:21
  118:9 131:6,12
  222:3 237:20
  237:24 238:9
  238:14,18,24
  239:7 240:5
  243:2,5,11
  262:18,20
**new** 1:1 2:5,5
  2:11 3:10,22
  4:11,11 10:15
  10:18 25:20
  35:20 92:22
  93:9 95:1,8,9
  114:11 135:9
  135:10 241:11
  294:17 297:8
  298:9 301:13
  329:2,14 330:1

**[newark - number]**                                                    Page 48

| | | | |
|---|---|---|---|
| **newark** 3:22 | **nitrosamine** | 196:13 198:5 | **note** 10:3 |
| **newly** 40:6 | 33:21 44:21 | 204:4 237:21 | 225:25 |
| **niche** 127:11 | 46:25 54:15 | 242:10,14,17 | **noted** 11:2 |
| **nigh** 2:15 | 104:14 124:8 | 242:20,24 | 94:17 |
| **night** 154:8 | 128:11,12,13 | 243:13 247:12 | **notes** 1:10 |
| **nine** 9:9 50:19 | 128:13,14 | 252:23 257:21 | **notice** 203:24 |
| 50:21 293:15 | 130:6,24 | 265:16,17,24 | 236:18 273:18 |
| **nitrate** 28:19 | 183:20 184:23 | 265:25 266:13 | **noticeable** |
| 29:5 33:9 | 221:12 222:2 | 266:19,20 | 273:8 |
| 102:3,11 | 222:20 229:25 | 267:16,18 | **noticed** 275:22 |
| 118:11 | 230:4,9 231:14 | 281:14 287:5 | **novartis** 159:19 |
| **nitrite** 27:6 | 252:4 258:6,23 | 296:3 | 160:1 171:2 |
| 28:15 33:9 | 262:2 265:2,9 | **nitrosated** 54:8 | 198:4,12,13,17 |
| 43:3 44:15 | 290:13 296:8 | 56:2 | 198:24,24 |
| 54:5,14 55:4 | **nitrosamines** | **nitrosodimet...** | 199:2,10,14,25 |
| 56:3 80:14 | 13:15,19,22 | 301:16 | 200:11 201:4 |
| 85:21 86:19,24 | 47:21 54:11 | **nnk** 242:20 | 201:12,16,20 |
| 87:10,13,14,16 | 56:24 78:23 | **nnn** 242:20 | 201:22 202:7 |
| 87:20 88:4 | 101:17 111:8 | **nobel** 319:10 | 202:22 203:4 |
| 102:8 103:2,2 | 111:18 112:24 | **nodding** 217:16 | 203:11,25 |
| 111:21 119:8 | 118:12,19 | **non** 38:19 | 204:1 262:10 |
| 126:16 130:23 | 119:9,14,22 | 222:1 | 262:21,21 |
| 199:18 202:4 | 121:18 125:8 | **nonfunctional** | 268:2 270:13 |
| 204:2 220:25 | 125:13 126:3,6 | 31:4,6 | 270:14 273:16 |
| 221:3,8 222:18 | 126:9,11,12 | **nonsense** | 274:1 276:13 |
| 226:4 294:12 | 127:1,9,10,15 | 319:15 | 317:2 |
| 296:2,6 297:22 | 127:18,21,23 | **normally** | **november** 9:11 |
| 300:20 301:12 | 128:4,5 130:20 | 217:14 | 296:11,22 |
| 301:17,23 | 131:5 132:13 | **normative** | 297:2 310:20 |
| 302:1 307:3 | 140:19,21 | 177:5,6,10 | 310:20 |
| 312:13 322:11 | 142:19 159:23 | 181:10 | **number** 7:2 8:2 |
| **nitrogen** 17:8 | 159:25 177:14 | **north** 4:22 | 9:2 10:16 |
| **nitrogens** 17:15 | 177:22 184:1 | **notary** 328:17 | 11:23 19:4,7 |
| 17:20 | 184:10,13,14 | 330:25 | 19:17 29:1 |
| | 184:23 195:19 | | 35:19 58:10 |

**[number - observed]**                                                      Page 49

| | | | |
|---|---|---|---|
| 59:23 70:7,9 | 295:21 296:5 | 99:15 100:3,3 | 221:21 227:11 |
| 70:19 71:1,2 | 297:18 298:16 | 100:18 102:16 | 228:3,8 229:5 |
| 72:21 80:23 | 298:19 305:23 | 102:22 103:17 | 229:20 230:3 |
| 81:10 95:6 | 307:6,11,12 | 107:2 113:11 | 230:12,18 |
| 105:3 117:21 | 309:14,22 | 114:2,25 115:8 | 245:2,17,25 |
| 120:11 157:17 | 321:23 | 115:24 117:19 | 246:7,11,17 |
| 159:19 160:6 | **objected** | 118:7 119:1,19 | 247:19 248:21 |
| 163:17 164:25 | 310:12 | 123:2 125:14 | 249:2 251:21 |
| 165:12 167:13 | **objecting**  92:4 | 125:24 129:1 | 257:14 258:9 |
| 171:22 178:17 | 175:25 281:7 | 130:10 131:19 | 265:19 266:2 |
| 181:12,12,13 | **objection**  20:9 | 132:2,8 134:24 | 266:21 267:19 |
| 185:20,20 | 23:24 24:9,19 | 138:3,5 139:10 | 269:18 270:24 |
| 186:1 190:10 | 24:25 25:24 | 139:20 143:14 | 276:25 280:14 |
| 190:20 193:17 | 26:9,17 29:20 | 148:25 149:20 | 281:17 282:5 |
| 198:4 204:24 | 30:19 31:22 | 151:13,21 | 284:22 287:21 |
| 311:8,14 327:1 | 32:3 33:1 34:3 | 157:8,25 158:9 | 298:17 299:2 |
| **numberdescri...** | 36:21 39:19 | 158:17 160:10 | 299:14 300:6 |
| 6:4 | 40:9 41:12 | 162:10 163:3 | 304:5 305:24 |
| **numbers**  26:1 | 42:12,24 43:5 | 166:20 167:23 | 313:10,16 |
| 81:16 120:13 | 44:12,23 46:3 | 168:16 170:17 | 315:15,22 |
| 160:7 164:14 | 46:17 47:3,25 | 171:19 174:25 | 316:17,25 |
| 286:2 | 48:10,16 52:22 | 175:12,14 | 318:6 323:6 |
| | 53:25 54:23 | 177:23 179:19 | **objections** |
| **o** | 55:18 57:2,5 | 182:5,17 183:5 | 10:24 115:16 |
| | 59:5,9,20 | 183:16,22 | 116:25 175:15 |
| **o**  94:23 199:3 | 60:11 62:5,7 | 184:11 185:12 | **obligations** |
| **o'clock**  154:17 | 64:23 68:10 | 186:22 187:2 | 256:14 |
| **o'mahoney** | 71:5 72:14,16 | 194:4 195:10 | **oblivious**  76:11 |
| 200:11 201:5 | 73:17 74:22 | 196:24 197:5 | 111:24 112:1,8 |
| **o'reilly**  3:20 | 75:3,3,10,21 | 197:14 200:8 | 222:8 |
| **oath**  11:19 | 78:25 79:25 | 202:14 209:7 | **observations** |
| **object**  28:17 | 80:8 84:6,13 | 209:20 211:12 | 146:13,14 |
| 76:19 85:2 | 85:14 86:4,6,7 | 212:6 213:18 | **observed** |
| 91:11 93:10 | 86:16 87:1,22 | 214:20 215:11 | 308:25 309:1 |
| 94:3 100:7 | 90:16 91:4,12 | 218:11 221:4 | |
| 108:10 112:6 | | | |
| 176:8,9 295:3 | | | |

[obtained - okay]                                                    Page 50

| | | | |
|---|---|---|---|
| **obtained** | **offer**   251:19 | 38:24 39:7,22 | 108:24 110:4,8 |
| 170:21 | **offered**   291:14 | 40:23 41:3 | 110:9,14,25 |
| **obvious**   232:11 | 291:15 | 42:15,20 46:1 | 111:4,9,14,20 |
| **obviously**   40:1 | **offering**   224:20 | 47:9 48:19,22 | 111:23,25 |
| 86:8 209:10 | 287:19 | 49:3,16,19,22 | 112:12,16 |
| 227:17 228:21 | **offhand**   243:8 | 50:7,13 51:7 | 116:21 117:24 |
| 249:8 263:2 | **office**   67:15 | 51:11,16,24,25 | 118:3,17,22 |
| 293:4 | 223:9 278:19 | 52:2 54:2,20 | 119:3,14,17 |
| **occasion**   137:3 | **oh**   21:5 36:13 | 57:10,16,24 | 120:21 121:8 |
| 137:6 | 53:7 82:2 | 59:16 60:3,13 | 121:11,15,21 |
| **occur**   122:14 | 98:18 104:25 | 60:20 61:9,15 | 122:12,17 |
| 122:19 198:25 | 123:25 141:10 | 61:19,21 63:8 | 123:5,8,10,13 |
| 222:13 234:8 | 150:20 172:25 | 64:17 65:1,9 | 125:6,11 |
| 235:2 300:19 | 207:7 208:14 | 65:18 66:3,14 | 126:10,22,24 |
| **occurred**   40:6 | 211:17 223:12 | 68:4 69:25 | 127:3,11 128:2 |
| 46:11,13,14 | 223:13,22 | 72:4,6,11,18 | 128:8,11 129:8 |
| 205:21 206:2 | 240:5 246:15 | 73:23 76:7,12 | 129:9,9,13,17 |
| 233:15 301:22 | 248:11 257:4,4 | 76:13 77:13,20 | 130:2,15 |
| 304:24 | 261:8 278:23 | 77:24 78:11 | 131:17 132:14 |
| **occurrence** | 282:25 287:3 | 79:3 80:3,20 | 132:20 133:2,6 |
| 233:11 234:3 | 289:1 302:12 | 80:25 81:7,23 | 133:7 134:2,13 |
| **occurring** | **okay**   11:15 | 82:2 83:3,10 | 134:18 136:1,5 |
| 124:24 | 12:3,7 14:8 | 83:16,17,24 | 136:12 137:9 |
| **occurs**   301:16 | 15:7,18 16:2,3 | 84:3 85:25 | 137:10,21 |
| **october**   6:8 | 16:22 17:13 | 88:18,23 90:6 | 139:5 141:14 |
| 12:16,24 13:5 | 18:11 19:1 | 96:1,11,12 | 141:20 142:7 |
| 148:17 225:18 | 20:2 22:3,13 | 97:15,25 98:15 | 142:15 143:6 |
| 225:19 232:14 | 23:17 24:13,16 | 100:15,20 | 143:24 144:7 |
| 251:14 254:25 | 24:22 25:6 | 101:12 102:4 | 144:20,24,25 |
| 255:22 259:7 | 26:5,12 27:4,9 | 103:3,22 | 145:4,7,12,20 |
| 261:14 269:3 | 27:19,22 28:1 | 104:11,16 | 145:21,22 |
| 289:19 | 29:1,10,17 | 105:10,17 | 146:7,9 147:2 |
| **odor**   24:14 | 30:15,22 32:21 | 106:6,12,23 | 147:10,23 |
| 53:3 94:18 | 35:6,11,12,17 | 107:7,19 | 148:21 149:6,8 |
| | 36:4 38:6,17 | 108:12,13,21 | 149:16,23 |

| | | | |
|---|---|---|---|
| 150:1,8,12,18 | 196:1,7,16 | 251:2,3,6 | 192:20 203:20 |
| 150:21 151:24 | 197:2 198:2,8 | 256:18 257:4 | 268:3 |
| 152:12,21 | 198:23 199:13 | 260:14 261:15 | **ongoing** 7:4,9 |
| 153:10 155:4,6 | 199:19 200:2 | 261:21 268:23 | 120:16,23 |
| 155:11,25 | 200:24 201:1 | 269:6 272:5 | 123:18 |
| 156:14 158:20 | 201:16,21 | 274:20 278:17 | **online** 70:25 |
| 159:11 161:10 | 202:10 203:7 | 281:5 284:1,2 | 208:8 |
| 163:14,19 | 205:18,24 | 284:17,23 | **open** 303:4 |
| 164:7,22 165:4 | 206:5,9,12 | 285:16 286:13 | **operator** |
| 165:10,15,22 | 207:17 208:12 | 288:4,8 289:3 | 278:17,25 |
| 166:6,8,14,21 | 208:15 209:23 | 289:4,7,8,9,18 | 281:13,19 |
| 167:2,10 168:5 | 210:22 212:10 | 289:21 290:2 | **opinion** 52:18 |
| 168:8 169:7,15 | 213:4,23 214:2 | 290:19 291:11 | 53:10,18,22 |
| 169:19,22 | 215:15 216:3 | 291:12 293:12 | 54:2,2,4 55:7,7 |
| 170:13,23 | 217:8 218:19 | 294:2,8,9 | 55:10 56:18 |
| 172:1,4,10,13 | 218:24 220:11 | 295:15 300:14 | 57:20 58:20 |
| 173:21 174:1,3 | 220:13,23 | 302:12 303:17 | 60:23 61:1,3,3 |
| 174:13,19 | 221:25 222:25 | 303:17,21 | 61:10 74:4 |
| 176:10,17 | 225:21 226:11 | 304:5 310:17 | 78:5 79:5,6,10 |
| 177:4,9,13,16 | 226:19,20,23 | 311:4 312:25 | 88:9 90:4 |
| 177:20 178:5,9 | 227:2,6,14,17 | 313:13 314:18 | 91:22 93:21 |
| 178:15,22,24 | 227:24 228:11 | 315:11 321:10 | 96:21,23,25 |
| 179:5,8,11 | 228:17 229:14 | **old** 92:24,25 | 97:3,5,5,8 |
| 180:3,8,19,25 | 229:17,22 | **older** 135:8 | 101:16 102:7 |
| 181:15,16 | 230:21 231:21 | **omitted** 208:21 | 102:12 103:3 |
| 183:19 184:9 | 233:10 234:6 | 209:4 | 103:13 111:15 |
| 185:16,18,24 | 235:11 236:4 | **once** 32:22 | 112:1,8,21,21 |
| 186:3 187:6,17 | 237:18 239:3 | 200:18 263:2 | 117:8 118:6,13 |
| 188:4,17 190:2 | 239:11 240:16 | 300:16 | 119:12 125:19 |
| 190:8,18,23 | 241:3 242:5,8 | **ones** 68:14 | 126:1,5 130:19 |
| 191:12,20 | 243:1,10 244:4 | 73:19 135:8,9 | 145:18,19 |
| 192:6,11,20,25 | 244:14,17,24 | 135:10 146:23 | 160:7 161:11 |
| 193:3,24 194:2 | 245:8,21 246:3 | 147:17 149:13 | 162:4,9,12,15 |
| 194:6,9,15 | 246:24 247:4,7 | 157:3,5 160:3 | 162:19 163:1 |
| 195:5,12,22 | 247:15 248:9 | 184:12,22 | 168:9 185:11 |

[opinion - page]                                                    Page 52

185:15 187:22
188:1,5 189:21
197:4 203:14
205:12,20
209:10,14,15
221:3 253:16
254:21 257:9
257:11 263:22
264:7,11,21
265:1 268:12
269:22 270:6
272:16 276:2
276:20 284:14
285:8 294:19
295:9,15,18
297:22 298:23
300:2,10
309:18 319:19
320:21 322:7
322:24 324:1,7
324:21
**opinions**  14:1,1
14:24,25 20:6
60:15 67:7
69:20 70:21
73:1 75:14,20
101:13 103:24
104:4 147:3
148:15,17,21
148:23 149:12
149:16,17
162:20 250:22
251:19 254:2
254:10 255:8
255:12 256:9

261:3 271:15
280:3 281:25
284:20 291:13
291:19 312:6
312:11 315:5
322:24 325:14
**opportunities**
252:7
**opposed**  43:25
**optimization**
300:22
**optimize**  38:15
39:18 40:2
**oral**  1:6
**order**  15:12,13
15:22 16:25
23:18 64:20
78:17,22
118:23 148:6
203:15 272:19
312:9
**ordinary**  227:4
**organic**  53:20
53:22 54:1
62:2 64:2,6
65:3 79:7
89:24 90:2,5,7
90:9 91:13,16
91:18 92:9,16
93:22 94:1,12
94:13 96:7,19
97:15 98:7,11
99:6 127:6
132:16 133:13
133:18,23

134:14 140:20
207:12 213:16
219:16,16
220:5,12
221:25 240:3,6
256:24 257:12
257:17,20
320:15
**organization**
59:25
**orient**  49:24
50:9
**origin**  190:25
191:17 195:24
196:22 200:14
**original**  27:1
34:17 227:18
229:24 230:8
**originally**
226:25
**ought**  53:22
118:24 270:10
**outcome**  10:23
**outfit**  221:24
**output**  37:14
38:2,18 322:3
**outside**  68:4
70:6,16,16
71:15 72:11
239:7
**overall**  32:10
32:10 40:21
41:20 257:19
**overland**  2:20

**oversight**  91:17
295:17
**own**  109:3
237:7 253:6
270:21
**oxford**  4:4

## p

**p**  3:1,1 4:1,1
5:4 11:5
**p.m.**  205:2
233:19,22
250:3,7 285:18
285:22 291:4,7
326:24 327:3
**p.o.**  3:10
**pace**  253:6
**page**  5:3 6:4
7:2 8:2 9:2
14:16,18 19:9
20:22,24 22:9
23:7 28:3,5
29:1 30:22
35:18 37:2
39:7 49:18
64:18 82:22
95:3 106:4
109:9,9,13
110:9 121:14
121:22 124:12
129:19 137:10
138:24 140:9
140:16 156:25
164:15,17,18
164:19 165:5
169:3,5,6,20,21

**[page - peak]**                                                    Page 53

169:24,25
170:15 173:12
173:25 178:23
179:1,18
180:10,20
181:8 189:18
191:4 194:10
195:15 197:4
198:2,3 213:13
215:20 225:20
232:15,22,25
233:1,2 236:23
252:22 255:24
256:17 257:3
259:12,15
260:19 261:19
268:20 269:2
271:24 272:1,8
286:25 287:2
288:15,18
289:2 296:12
300:14,15
301:3,4 305:15
308:21,21
311:15 320:11
320:13,14
321:5,10,11
330:5
**pages** 6:6,9,22
7:7,12 9:5,9
13:2,6,15
21:11 49:10
82:18 120:19
123:22 155:23
157:17,24

166:5,19,23
190:14 192:23
206:20 225:16
293:15 311:14
**paid** 246:13
**panel** 243:15
243:22,25
244:11,20
245:1
**panels** 245:11
**papantonio**
2:14
**paper** 18:7 27:1
34:17 246:4,8
247:6,7,16,23
**papers** 80:5
126:25 145:3
146:18 245:10
282:9
**paragraph**
37:3,6,23
49:18 63:18
94:20 137:17
137:18 215:23
253:4,10,14,19
253:23 254:1,4
254:5,8,13
255:1,5,11
256:8,23 257:3
261:23 288:3
321:6,6,12,15
**paragraphs**
255:17 288:1
**pardon** 11:11
17:24 226:8

263:15
**park** 2:20
**parkway** 2:10
**part** 17:16
32:13 39:24
45:19 46:24
47:20 50:25
53:9 56:13,23
57:8 83:1 99:6
102:13,14
142:15 143:7
160:13,16
167:20 178:25
194:12 223:18
224:17 226:11
234:22 254:20
267:7 268:17
271:16 282:2
306:2
**partial** 51:4
**participants**
10:6
**participated**
243:25 244:2
244:20
**participating**
245:1
**particular** 32:6
33:14 45:15
52:3 73:3
96:24 99:6,10
99:22 111:15
119:7 150:4
157:23 158:8
162:21 165:16

165:17 179:15
194:17 208:6
214:19 229:18
237:16,18
315:13
**parties** 10:9
329:8
**parts** 108:3
148:9 157:12
171:20
**party** 10:21
198:25 201:13
**passing** 257:17
**past** 77:25
148:12 208:9
**patent** 6:23
80:22 81:1,3
82:7 84:3 86:8
86:18
**patients** 298:12
**pattern** 322:2
**pause** 59:9
253:8 292:25
**pc** 4:20
**pdf** 224:4,9,11
**pdfs** 224:21
**peak** 9:18
156:9 163:6
192:9 196:10
203:17,21
273:11,14
274:20,24
275:20,25
276:7 277:8,9
278:22,23

**[peak - pharmacy]**                                          Page 54

281:21 307:18
308:5,12
**peaks** 129:24
148:2,3 156:9
160:4,17,21,24
161:16,19,24
163:5 170:20
170:24 174:8
175:22 176:23
177:17,21
178:1,3 179:6
180:7,21,22
181:1,5 183:15
183:20 184:1
184:10,16,19
184:21,23
190:1,24
191:10,14
193:25 194:11
194:19 195:8
195:13 196:10
196:23 197:16
198:13 203:17
203:21 262:1
272:12 273:2,2
273:5,6,7,19,25
274:19,22
275:5,7,11,12
275:16,21,24
276:24 277:11
278:14 308:25
309:3,4,7
**peer** 134:10
**pennsylvania**
4:5,17

**pensacola** 2:16
**people** 61:12
114:4 126:23
128:8 209:16
209:18 232:6,6
245:11 278:21
294:21 295:5
**peptide** 94:24
**percent** 71:25
123:9 143:17
144:5 220:7
**percentage**
71:24 285:4
**perfect** 54:15
130:23 224:24
320:11 321:8
321:10
**perfectly**
161:10
**perform** 104:5
106:8 283:16
284:5,10
304:22
**performance**
7:14 136:17,23
319:22 320:3
**performed**
106:13 238:9
283:12 294:13
300:1 309:8
**performing**
277:20
**period** 56:5
118:14 136:9
304:23

**permission**
292:19
**perrin** 9:5
206:19
**person** 150:5
162:7 199:6
214:23 230:21
292:5
**person's**
209:12
**personal** 52:1,2
**personally**
69:20 70:20
146:10 240:9
240:10,20
**perspective**
256:22 303:19
**pertain** 158:15
159:21 175:19
**pertaining**
67:25 181:20
185:4 248:18
**pertains** 174:22
**pertinent** 172:2
173:17 185:11
185:14
**pfizer** 3:18
**ph** 54:14 55:5
56:3 118:11
119:8 126:17
126:20 130:23
202:4 204:3
222:19
**ph.d.** 5:4 11:5
13:1,5 49:9

226:2 293:15
329:4
**pharma** 3:2,19
4:8
**pharmaceutical**
2:2 3:2 114:22
117:14,15
118:5 125:7,12
126:21,23
127:6,7 128:9
129:12 131:7
131:14 132:11
138:14 143:23
143:24 144:4
144:15 164:2
238:15,19,24
239:1,4,8
243:4,13
279:18 282:1,4
282:10 284:15
284:24 285:7
305:18 316:2
317:18 323:11
325:18,23,25
326:6,15
**pharmaceutic...**
3:2,18 4:2,8
100:2 125:23
128:5,7 131:18
132:7 237:16
237:17,21
238:2,3,5,8,12
305:11
**pharmacy** 3:13

[pharmtech - potential] Page 55

pharmtech
174:14,16
180:6
phd  1:7 6:6,8
6:21 9:9
philip  279:22
280:24
phone  117:6
phrase  238:22
phrased  266:11
picked  171:20
picking  175:16
picture  120:5
piece  77:15,25
78:15,16 98:5
113:5 276:6
pieces  97:17
156:11
piedmont  3:6
pietragallo  4:3
pietragallo.co...
4:6
pin  69:1
pink  83:7,12
86:12
pinpoint
306:18
pittsburgh  4:5
pizzi  3:20
place  10:9
49:22 63:11
91:11 114:16
127:2 129:10
129:14 155:15
175:15 204:25

233:6,20 250:5
255:21 257:19
257:21 279:11
280:8 281:13
285:20 291:5
329:6
plaintiff's  73:9
140:18 141:6
141:22 142:5
157:5 279:21
280:23 283:23
322:20 323:1
323:16
plaintiffs  2:8
244:19,25
245:14,23
246:14
play  160:7
please  10:3,25
11:3,10,15
17:1 25:12
37:5 55:24
70:11,13 89:22
93:12 101:4
116:9,15 169:9
174:10 176:22
177:16 204:21
213:13 217:17
248:3 289:20
300:14 303:1
308:21 309:24
320:11
plenty  243:16
plunkett's
283:23

plus  72:19
point  14:22
49:21 50:5
57:11 68:24
69:14 88:9
89:9,10 90:3
92:11 93:24
95:24 100:17
102:20 103:4
110:14,19
143:18 145:23
148:6 154:20
165:24 166:9
173:16 183:12
187:19 189:13
202:17,20
205:24 208:17
210:12 216:9
216:14,15,20
216:23 217:15
218:8,8,9,21,25
234:1 292:24
325:15
pointed  142:5
162:17
pointing  25:14
144:9 186:9
225:24 313:19
points  171:13
173:11 248:18
portion  70:2
75:18 76:3
148:18 149:8
149:13 150:2,9
212:20 248:14

portions  13:13
147:7 150:6,7
150:11,14
166:10 208:14
position  143:7
170:14 229:2
299:12
possibility  46:9
52:21 54:6,13
66:7 104:14
232:18 262:18
possible  26:20
98:22,23,25
99:9 120:5
161:8 229:21
229:25 230:9
230:22 277:7
294:18 322:5
possibly  95:4
116:2 119:25
131:5 266:9
267:2
post  66:5,20
74:11,15
143:21
████████████
████████████
potent  126:4
potential  25:4
30:12,17 32:9
33:21 41:10
44:20 53:4
56:4 115:5
117:14,16
231:14 245:5

[potential - procedures]                                                    Page 56

252:4 258:6,22
262:4,6 265:2
265:8 290:13
295:8 296:1
297:7,12
**powerful** 54:11
321:16
**powerpoint**
9:24 311:7,9
311:10
**practice** 299:9
299:21,22
**practices**
238:11
**preamble** 11:25
**precedes**
287:10
**precursor** 38:8
38:12
**predict** 129:13
**predicting**
299:7
**preface** 208:12
209:23,24
210:4
**prefaces**
210:11
**preferred**
37:12
**preliminary**
191:8,9
**premise** 267:10
**prepare** 146:20
267:25 270:9
271:20

**presence** 17:22
40:6 54:21
56:22 65:24
95:22,25 96:4
126:16,20
202:5 296:1
300:16
**present** 46:6,14
47:21 54:7
65:4,5,8,13
80:12 88:2,15
126:4 128:19
131:3 239:1
**presentation**
9:24 311:11
**presentations**
145:7 242:16
**presented**
145:4
**presents** 252:4
**press** 94:25
**pressure**
216:16,19,22
216:24 217:1,4
217:9
**pressures**
216:9,12
**presumably**
39:23 52:13
63:25 165:5
**presumed**
266:25
**pretty** 114:5
134:3 135:10
204:12 229:16

231:6 249:18
**prevalent**
281:25
**prevent** 12:4
**previous** 169:5
169:20,25
315:5
**previously** 7:21
7:23 8:12,14
8:17 9:12
166:25 167:15
188:7,20 189:1
201:17 238:25
245:21 254:21
278:3 297:2
**primary**
297:13
**principle**
305:20 326:2
**prinston0007...**
6:19 34:15
**prinston0007...**
6:16 27:17
**printout**
310:21
**prior** 16:8 33:5
33:10,17,22
34:5,5 43:16
44:11,16,20,24
45:14 69:20
70:21 82:24
85:16 107:9,17
113:8 125:11
144:12 202:23
203:4,12

237:14,21
243:10,19,21
244:8,25 258:5
258:24,25
264:18 290:14
304:22 307:2
307:13 329:3
**priorities** 115:4
**prize** 319:11
**probably** 72:5
72:17 97:10
119:23 126:13
126:14 184:18
186:5 189:10
204:9 207:19
208:8 209:22
211:3 229:1,15
240:1,12 247:5
247:6 267:21
273:10,18
274:1,11 275:1
**problem** 25:3
57:8 78:4
106:20 162:17
163:8 170:22
176:13 197:20
222:3 252:4
303:2
**procedure** 28:7
28:14,23
152:17 201:25
204:2 312:10
**procedures**
267:25

[proceed - products]                                              Page 57

**proceed**   11:4
303:18 304:5
**proceeding**
10:25 168:18
**proceedings**
1:11 253:8
327:3
**process**   16:11
16:14,17,20,23
17:5,6,7,21
18:6,9 19:19
20:8 23:10,12
23:19 24:18
26:7,24 27:2,6
27:7 29:18
30:2,6 31:1,21
32:2,8,10,13
34:1,9,18,25
35:2,3,20
37:13,16 38:1
38:15,20 39:5
39:9,18 40:2,4
40:5,15,18,21
40:24 41:5,9
41:18 43:9
45:5,13,20
46:2,25 47:7
47:20,23,23
52:17,19 54:22
55:11 56:23
58:18 61:25
65:6,14,25
66:6,19 67:1
78:23 79:8,16
79:23 84:4,5

85:12 86:13,18
87:7 88:1,11
89:10,14 91:18
93:19,24 94:2
96:19,20 97:4
98:8,13,16,18
98:18,24 99:1
99:2,9,22
100:23,24,25
101:3,7,8,9,10
102:7,13,15,20
102:21,23
103:6,10,15,16
104:1,15,18,21
104:24 105:3
105:20 107:17
109:15 110:16
111:2 124:22
124:25 125:21
126:8,14
128:23,24
129:7 132:10
142:22,23
143:11,12
145:24 151:8
198:16 199:7
199:16 200:17
200:18 205:21
205:25 207:23
208:6 211:15
211:18,23
215:3,6 217:5
217:24 222:7,9
222:11,14
230:1,2,9,10

234:16,23
252:2 262:19
262:23 263:5
264:16 265:10
266:7 268:10
268:13 269:14
270:8,19 271:4
271:7,13,16
281:23 294:22
295:17 297:8
297:10,21,24
298:6 299:8,9
300:21,23
301:25 305:18
306:14 312:5
312:12,13
**processes**   16:7
16:22 20:14,17
34:9 36:24
43:16 44:1
63:23 64:4
92:10 93:23
96:8 98:12
105:12,12
128:19 234:12
234:17 269:13
294:13,22
295:7,9,17,20
298:9,25 300:4
300:11 304:24
307:3 322:11
**produce**   16:7
299:24
**produced**
76:23 227:2

**producing**
221:24
**product**   6:13
18:14 22:15
23:1 26:14,15
29:14 32:10,23
54:16 56:9
80:18 88:4,6,7
98:21 111:8,19
112:24 115:7,9
129:12,12,21
135:13 151:14
151:22,23
162:2 174:5,9
182:22 202:5
232:20 238:19
243:4,13
251:11 253:11
253:21,21
254:7 256:5
258:24 264:18
266:1 269:24
270:4 272:10
274:6,8 288:6
288:10 290:14
320:17 321:1
**production**
24:4 37:18
50:17 142:24
143:13 232:20
**products**   1:5
10:14 130:8
234:13 238:16
258:8 281:2
294:18 317:7

318:24 319:21
325:25 326:2
**professional**
221:24 293:24
293:25 317:4
**profile** 110:11
294:17
**program**
131:14
**promise** 285:1
**pronounce**
40:8 48:25
206:13
**pronouncing**
17:24
**pronunciation**
35:25
**proper** 286:3
**propose** 317:17
319:14 326:6
**proposed** 37:13
105:17
**proposition**
326:14
**protective**
15:12,13,22
**protocols** 94:24
**prove** 221:1
**proved** 220:24
**provide** 41:20
177:16 181:13
181:14 182:1,2
245:9 255:6
**provided** 32:14
32:18 40:12

67:9,12,14
72:21 73:2,10
163:12 167:3,6
168:25 172:17
176:20 227:22
241:18 254:21
293:18 322:7
**provides** 17:19
225:7
**providing** 12:5
**public** 123:11
328:17 330:25
**publication**
60:3 207:6,22
212:20
**publications**
59:2,16 85:10
97:12 206:12
245:11 293:24
**published** 7:16
94:19,25
126:25 134:9
135:20 136:20
146:5 242:13
243:2 247:7
258:11,12,13
305:4 317:10
**pull** 16:24
18:12 21:22
27:10 34:12
49:4 63:1,6,16
78:12 80:22,25
106:1,2 107:21
107:21,22
108:11 109:4

135:18 136:13
163:16 164:22
167:25 172:5
172:14,16,24
173:3 180:11
187:7 198:9
206:10,22
232:16 314:23
315:1
**pulled** 164:23
172:19,21
304:18 305:25
305:25 306:5
314:19,22
**pulling** 108:13
314:24
**purchased**
214:5,15,15
**purchasing**
197:10 214:4
**pure** 161:7,25
162:3
**purely** 72:3
238:4
**purification**
9:4 206:18
207:1 214:3,8
214:9,18
**purifications**
221:17
**purify** 214:10
214:18
**purity** 132:24
160:23 161:3,4
214:16

**purport** 97:22
**purpose** 24:23
34:24 67:20
97:7 140:11
177:5 255:6
**purposes** 30:16
35:3 75:14
89:4 101:14
205:10,15
266:14,15
280:7,12,23
281:5 284:1,7
284:13 322:23
**pursuant**
214:15
**pursue** 159:16
**put** 22:14 41:1
47:10 60:25
68:19 79:18
88:12 89:19
101:25 106:7
118:2 120:9
127:5 129:18
140:7 155:21
218:6 224:5,12
270:11 279:11
292:6,12,14,20
298:17 302:4
302:19 304:17
305:24 308:1
**putting** 161:1
302:10,11,21
307:25

| q | | | |
|---|---|---|---|
| **qualification** | 104:21 105:19 | 124:14 130:4 | 323:21 326:11 |
| 47:16 88:25 | 105:20 107:14 | 136:1 137:1 | **questioned** |
| **qualified** | 142:23 143:12 | 139:12 140:11 | 304:19 306:7 |
| 256:24 | 226:3 230:1,10 | 149:9 153:10 | **questioning** |
| **qualifier**  134:2 | 294:12 297:22 | 153:20 157:14 | 175:1,6 221:13 |
| **qualify**  241:5 | 300:21,23 | 161:18 162:18 | 221:14 244:22 |
| **qualitative** | 301:22 302:1 | 168:16 171:19 | 246:18 250:19 |
| 9:22 110:11 | 307:3 312:13 | 171:24 178:8 | 290:25 296:13 |
| 309:24 310:1 | **question**  19:25 | 182:13 185:2 | 306:8 |
| 310:20 | 20:10 28:12 | 187:24 194:2 | **questions**  12:1 |
| **quality**  10:4,5 | 36:18,19 37:22 | 202:19 212:2,4 | 12:12 13:10 |
| 176:13 214:6 | 44:6 47:17 | 214:11 218:4 | 14:24 17:1 |
| 299:24 305:19 | 48:14 52:4 | 231:19 234:24 | 43:17 51:16,19 |
| **quantified** | 53:13 62:10,13 | 241:4,15 | 69:3 75:11 |
| 197:24 | 62:18,23 70:14 | 244:12 247:20 | 81:22 82:4 |
| **quantify** | 70:23 71:13,14 | 248:12 253:22 | 89:5 96:3,4 |
| 197:18 | 71:15,17 75:5 | 256:7 258:16 | 149:12 151:13 |
| **quantitation** | 75:6,21 76:21 | 260:16 261:13 | 154:19 168:19 |
| 148:7 | 76:24,25 77:10 | 261:18 264:13 | 175:9 182:25 |
| **quantitative** | 78:9 82:22 | 264:14,20 | 186:18 192:3 |
| 110:11 | 84:14 85:1 | 266:4,11,14,16 | 205:10,15 |
| **quantity**  37:11 | 87:2,3,5 91:2 | 267:11,13 | 222:22 236:8 |
| 37:14 | 91:12,23,25 | 270:1 271:10 | 236:14 249:6 |
| **quarter**  71:25 | 92:1,6,19,22 | 273:21 274:25 | 249:15,17,22 |
| **quench**  28:22 | 93:8,9,9,10,13 | 277:16 278:22 | 285:11,13 |
| **quenched** | 93:18 100:8,8 | 278:25 280:7 | 286:19 287:9 |
| 301:17 | 101:4,6 102:17 | 280:13,23 | 290:18,24 |
| **quenching** | 102:24 105:8 | 281:5,8,10 | 291:9 293:9 |
| 16:16 26:24 | 107:6,13 108:5 | 282:20 284:1,8 | 294:5,6 296:16 |
| 27:2,5,7 28:7 | 108:9 112:10 | 284:13 295:4,5 | 312:4,15 |
| 28:14,20,23 | 112:14,16,17 | 295:22 297:19 | 318:12 320:8 |
| 30:6,16,24 | 113:12 115:12 | 298:19 301:13 | 322:15 323:3,3 |
| 40:6 101:9 | 115:22,22,25 | 307:12 309:15 | 323:20 324:9 |
| 103:16 104:18 | 116:2,11,12,14 | 316:25 319:16 | 326:17,18 |
| | 119:13 122:11 | 321:24 323:13 | |

**quiangming**
   156:24
**quick**  114:5
   249:24 285:14
**quicker**  114:5
   290:22,23
**quickly**  204:13
   253:5 292:21
**quite**  144:3
   274:22 275:21
   277:10
**quote**  94:13
**quotes**  51:3
**quoting**  294:14

**r**

**r**  3:1 4:1 328:1
   329:1
**racemization**
   36:1
**rafferty**  2:14
**raise**  33:4,8,16
   33:21 65:12
   181:23
**raised**  14:23
   33:25 36:18
   187:18 195:8
   309:7
**range**  71:3
   275:10
**raspanti**  4:3
**rather**  136:3
   276:11 318:4
   322:20
**ratio**  30:6
   37:11

**raw**  274:16
   278:12 294:16
**reaching**  218:8
**react**  87:14
**reaction**  28:8
   28:15,24 29:8
   30:7 38:1,8,12
   39:11 41:21
   45:19,23 48:5
   48:8,15 50:20
   50:22 54:5
   55:4 80:14,15
   83:20 88:3
   89:13 99:10
   110:10 129:14
   131:4 222:25
   223:4 296:7
**reactions**  108:4
   129:10 220:6
   223:1 262:5
   294:15
**reacts**  222:20
**read**  15:24
   20:13 37:5,24
   48:23 49:2,14
   49:25 50:3,10
   50:14,25 56:14
   64:5,12,15
   66:20 74:9,10
   77:11 84:15,17
   86:8 112:17,19
   121:24 122:6,9
   124:16,18
   130:24 137:21
   141:1,8,14

142:2 143:3
   147:3,5,6,7,7
   149:24 150:1,4
   153:3 157:20
   159:13 178:10
   189:23 200:2
   201:3,3 208:25
   212:1,5,25
   220:21 227:7
   227:14,18
   228:12 229:24
   230:8,14
   234:18 247:24
   253:4,5 254:18
   261:25 262:7
   262:12 269:16
   272:14 280:5
   287:23 296:18
   306:21 313:6
   314:14 315:3
   315:17,18
   318:18 319:18
   323:10 324:13
   324:17,19,21
   324:23,24
   325:1,6,7,12
   326:14 328:3
**readily**  63:20
   64:1,21 306:24
**reading**  50:12
   56:11 142:10
   157:21 199:22
   199:22,23
   235:16

**reagent**  45:24
   48:6,9 207:25
   211:15
**reagents**  33:14
**real**  267:1
**realized**  66:21
**really**  14:23
   15:1 24:12,21
   25:7 35:14
   38:22 39:21
   42:16,19 46:5
   48:18,21 56:19
   57:10 72:9
   73:5,7 76:1
   84:13 96:1,5,9
   96:13,14 97:7
   101:13 107:18
   110:5 121:13
   135:23 136:7
   138:21 139:12
   147:9,18
   148:13 149:5
   152:1 154:16
   159:7,8 170:8
   175:17,17
   183:8 191:16
   194:5,8 218:16
   222:22 229:12
   244:23 245:7
   266:23 268:1,3
   278:16,24
   279:14 282:7
   282:11,13,15
   285:5,9 306:9
   317:4

**reason** 14:21
20:7 22:1 42:1
50:24 51:2,3
52:11 80:5
84:12 85:20,21
85:24 119:22
119:24 122:23
130:7 134:22
137:13 138:1,9
142:25 144:21
174:21 179:24
180:17 200:15
203:3 214:8,17
215:1 229:22
230:6 265:16
265:17,23,24
266:13,16,19
266:20 267:15
267:17 281:13
281:20 330:5
**reasonable**
26:22 62:23
70:12 84:14
93:11,16 118:4
118:14,15,19
118:24 140:20
291:15 312:8
**reasons** 131:4
294:24 295:24
299:16
**recall** 74:16
158:19 160:21
170:25 187:18
219:15 228:15
242:19 244:22

245:24 246:6
248:7 287:9
289:13
**recalling**
186:21
**recalls** 7:5
120:17,24
**receipt** 6:10
18:17 22:6
**receive** 72:24
**received** 13:2,6
18:19 22:17
27:17 32:22
34:15 49:10
81:4 120:19
123:22 136:20
156:8 159:22
163:24 166:25
167:16 168:4
172:9 174:20
176:12 178:21
188:9,21 189:1
190:17 193:13
195:4 206:20
225:11 251:23
253:12 293:15
297:4 304:14
308:7 310:2
311:12
**recent** 60:5
241:17
**recently** 241:19
247:7
**recess** 63:11
114:16 155:15

204:25 233:20
250:5 285:20
291:5
**recheck** 174:10
**recipients**
172:12
**recognized**
124:23 265:2,8
**recollection**
108:19 155:24
173:10 313:14
**record** 10:2,10
11:2,10,16
15:3,19 21:1,3
21:7,18,20
37:6 42:5
50:15 63:9,13
76:2,3 83:7
114:14,18
122:7,10
137:12 155:12
155:17 172:23
204:20,22
205:2 223:18
223:19 224:17
226:22 233:17
233:18,22
236:12,20
250:2,7 258:1
285:18,22
286:1 291:4,7
292:3 293:12
298:18 302:23
307:24 311:7
318:14 322:19

326:23
**recorded** 10:8
10:12 106:21
**recording** 10:5
10:8
**recounted**
286:8
**redirect** 248:11
249:9
**reduce** 30:17
35:24 36:1
38:19 41:10
306:19
**reduced** 36:4,6
**reducing** 26:14
**reefer** 4:4
**reenergized**
243:22
**refer** 133:6,17
156:14 217:12
241:13,16
271:24
**reference** 17:8
157:16 167:7
208:4 218:21
229:25 230:8
255:23 278:3
301:1 309:9
314:3
**referenced** 60:8
86:15 98:5
**references** 95:6
208:10
**referred** 146:24
177:4

**[referring - report]**                                                    Page 62

| | | | |
|---|---|---|---|
| **referring** 15:1 | **reiterate** 21:16 | **relied** 60:9,14 | **remove** 79:13 |
| 66:10 104:13 | **relate** 99:10,21 | 60:15 227:21 | 95:4 180:21 |
| 187:14 251:1 | 179:25 194:7 | 288:14 315:4 | **removing** 24:3 |
| 299:5 | **related** 9:16 | **relies** 325:17 | 94:21 |
| **refers** 17:6 | 10:21 50:16 | **rely** 171:14 | **repeat** 70:14 |
| 264:10 300:18 | 72:7 159:6,9 | 324:6,21 | 77:10 93:18 |
| **reflect** 286:2 | 159:10 161:17 | **relying** 235:12 | 101:4 202:3 |
| **refractive** | 184:20 258:14 | 282:22 315:19 | 212:12 265:21 |
| 216:10 | 304:13 305:5 | 315:24 319:18 | 271:9 280:16 |
| **refresh** 108:18 | 320:16 | **remainder** | 307:19 |
| 155:23 | **relates** 79:15 | 249:9,11,13 | **rephrase** 92:6 |
| **regard** 156:9 | 179:12,16 | **remember** | 149:2,5 157:15 |
| 251:19 256:3 | 194:3,8 | 19:11,12 31:11 | 323:24 |
| 276:3 294:10 | **relationship** | 53:7 66:9 67:2 | **replacement** |
| 297:21,23 | 164:4 247:2 | 70:25 71:1 | 30:24 31:4,6 |
| 299:25 300:9 | **relative** 329:8,9 | 73:5,7 101:24 | **replies** 193:5 |
| 301:19,25 | **relatively** | 137:2 148:16 | **reply** 176:22 |
| 312:6 | 203:21 | 149:10 153:9 | **report** 6:5,8,13 |
| **regarding** | **release** 121:1 | 153:18 161:19 | 6:21 9:18 |
| 18:14 78:6 | 279:3 280:9,19 | 165:19 166:2 | 12:22,25 13:4 |
| 158:22 312:12 | **released** 232:5 | 170:8,12 | 13:11,14 14:2 |
| 324:2 | **relevance** | 173:13 176:5 | 14:5,5,19 15:1 |
| **region** 308:25 | 160:9 162:20 | 186:10,13 | 18:14 22:16 |
| **registration** | 162:25 173:22 | 187:4 199:6 | 23:1 48:23 |
| 169:17 | **relevant** 52:12 | 201:7,15,20 | 49:8,12,13 |
| **regular** 69:6 | 80:11,13,18 | 207:20 244:2 | 50:9 52:6,13 |
| **regularly** | 125:19 148:5 | 245:7 246:8,9 | 52:21 60:8,12 |
| 125:12 284:14 | 157:22 190:3 | 287:12 296:15 | 60:14 63:1,2,6 |
| **regulation** | 197:4 207:11 | 313:12 314:17 | 63:17 64:15 |
| 239:4 | 208:10 215:24 | **remind** 299:20 | 67:8 74:1 |
| **regulators** | 277:21 | **reminded** | 89:19 104:9 |
| 243:12 | **reliance** 60:18 | 248:8 | 106:1,2 129:17 |
| **regulatory** | 69:8 95:17 | **remotely** 11:2 | 140:6 148:18 |
| 35:14 40:3 | 196:20 303:24 | **removal** 24:7 | 148:18 149:8 |
| 239:8 | 306:2 | | 149:13,14 |

151:6,15,22
153:4,12,12,18
155:21,22
156:1,7 158:23
164:11,13,15
164:19 165:6
167:8 171:12
171:23 173:8
173:12 179:9
179:18 185:21
186:9,16
187:10 196:19
198:2,8 204:7
213:24 220:15
225:15,19
228:12,14
232:13,14,23
235:4 236:23
242:2 248:14
248:15 250:20
250:21 251:13
251:18 252:8,9
252:10,16,18
252:22 253:2
254:24 255:6
255:19,21,22
255:24 256:4,8
256:16,17
257:11 259:4,6
259:7 260:5,8
261:3,4,8,9,13
261:14,19,20
268:20,21
269:1,3 271:24
271:25 283:23

283:23 286:22
286:25 288:12
288:13,22
289:16,19,23
300:13,15
307:17 308:5
308:12,23
309:24 310:20
313:20 314:2
315:4,7
**reported** 51:6
94:9 106:18
**reporter** 10:19
11:3 18:4
46:20 55:24
59:10 77:9
90:20 94:22
103:23 126:18
216:7 277:14
288:9 329:2,14
**reporting**
330:1
**reports** 9:22
12:14 13:9
50:19 52:15
70:22 152:4,23
159:13 199:22
248:14 261:17
291:19 310:1
326:13
**represent**
19:15 84:9,19
84:20,22,24
85:7 116:18
175:20 216:21

250:13 277:25
283:22 284:8
286:18 308:14
**representation**
225:7 275:5,7
**representing**
76:22 185:5
196:17
**require** 284:4,9
**required** 299:8
**requirements**
299:23
**research** 126:2
146:10,12,17
232:8,10
237:15 311:16
**researched**
237:20 322:23
**researchers**
52:20
**reserve** 223:21
225:2
**reserving**
248:10 249:8
**residual** 24:3
174:6 193:25
308:24 309:5
**residue** 277:10
**residues** 168:21
169:1,4,14
170:2,6,11
273:20
**resolution**
170:25

**resolve** 21:8,12
**resolved**
162:24
**respect** 23:4
33:13 34:1
86:1 97:4
104:22 105:21
111:7 112:23
113:2 125:20
126:6 128:3
147:2 158:8
159:1,22
166:17 170:15
177:21 179:17
186:1 187:19
187:21 189:21
216:13,22
235:2,13 237:3
238:11 239:4
243:3 246:4
254:11 255:8
288:5 290:7
295:8 314:20
315:20
**respected**
97:21
**respond** 32:21
42:10 152:8
**responded** 33:4
33:8,16,20
183:14 193:4
**responds**
176:17 181:9
191:20 192:3

**response**  36:19
 152:7 170:4
 211:1 268:8
 299:4,5,6
**responses**
 192:16
**responsibility**
 98:17 99:21
 209:16 251:25
**responsible**
 120:6 298:6
 299:23
**rest**  171:21
**result**  124:21
 124:24 229:19
 246:25 300:20
**resulted**  56:24
 78:23 206:1
**results**  176:21
 201:17 274:16
**retained**
 201:13 244:4
 244:15 247:17
 327:1
**retention**  244:8
**revealed**
 269:14
**review**  7:16
 49:19 136:19
 137:4,6 148:23
 149:17 150:15
 157:23 226:12
 258:20 263:5
 271:6,11,14,16
 275:13 281:15

 290:10 312:8
 318:18
**reviewed**  67:6
 67:11 69:20
 70:10,21 72:1
 134:10 153:11
 159:5 165:5
 226:7,9 239:8
 257:8 259:9
 260:2,6,14
 261:5 263:13
 263:16 264:15
 268:11 270:5
 279:7,24
 288:24 289:14
 289:24 290:7
 318:17
**reviews**  127:2
**rich**  14:9 15:16
 19:3 25:10
 27:6 43:7,19
 60:17 68:16
 83:6 90:16,16
 100:21 107:24
 156:2 210:2
 223:10 310:14
**richard**  2:3
 310:5
**richard.berna...**
 2:6
**rid**  87:13
**riddell**  3:9
**ridgefield**
 305:11

**right**  16:21
 21:18 22:13
 23:6 27:3 28:5
 28:23 30:9
 34:19 35:11,13
 40:16,19 41:3
 43:9,16 45:21
 46:18 49:21
 62:19 63:19
 64:5 70:24
 74:11 75:25
 76:7 80:11
 82:6,15 91:20
 92:17 100:24
 105:12,15
 108:8,14,15
 109:9,13
 110:24 114:13
 115:13 118:20
 120:12 121:19
 125:1,4 127:8
 131:1,10,20,23
 133:8 135:15
 136:11 141:20
 142:3,14
 147:21 157:18
 159:14 165:14
 166:4 174:1
 175:23 178:4,5
 178:13 179:6
 179:10 181:1
 187:16 189:13
 190:19 191:1,4
 191:15,15,25
 192:1,14,23

 193:5 194:1
 196:6,14,15
 202:21 203:16
 204:12 206:14
 207:4 218:18
 218:22 221:25
 223:15 224:23
 224:25 225:1
 226:17 228:25
 231:6 233:5,6
 234:4 235:9,24
 237:3,10
 240:17 242:7
 242:12,22
 244:16 246:15
 247:3 249:4,19
 250:17 251:8
 251:11 252:15
 253:13,17
 254:2,3,8,9,12
 254:23 255:17
 255:18 256:6
 256:12 257:9
 260:3,12,20,23
 261:1,7 264:10
 269:4 270:23
 271:14 272:15
 272:21 274:13
 275:18,22
 278:10 280:20
 280:21 281:6
 281:19,24
 282:4,15
 285:10,17
 286:15 289:1

**[right - says]**                                                                   Page 65

289:13,18
290:20 291:3
292:23 293:7
294:2 304:4
309:12 313:21
316:19 317:15
317:23 318:10
321:3,8
**ring**  17:16
79:24 82:14
**risk**  29:3,14
87:12 104:1,6
104:12,17,20
104:23,25
105:5,21,23,24
109:21 111:5
111:10,14
113:2,14 120:4
124:23 219:1
238:21 254:15
**risks**  112:4
113:7 120:5
238:25 295:8
295:20 312:9
**rn**  2:19
**road**  3:6 4:16
**role**  245:12
250:16
**roman**  13:14
13:18 14:15
**rooney**  4:20
**root**  7:11
123:20 300:17
300:18 301:20
302:2

**roseland**  2:11
**rosemarie**  3:9
**rosemarie.bo...**
3:11
**rough**  72:9,10
**roughly**  72:2,8
115:5 241:25
**route**  23:10
**routine**  130:14
272:23 273:2,9
273:12 276:5
276:21 277:3
278:5,6,8
281:11 316:24
**routinely**
132:24
**rpr**  1:12
**rules**  152:6,17
**run**  277:7
**running**  175:11
175:13 278:19
292:5
**rush**  147:15
**russ**  279:22,24
280:4,5,7,24
**russ's**  280:3
**russian**  169:16
176:12

**s**

**s**  1:7 3:1 4:1 5:4
6:5,8 7:1 8:1
9:1,9 11:5 13:1
13:5 153:7
293:15 330:5

**safe**  298:12
**safety**  7:11
24:8,11 29:18
29:23 30:1
36:16 123:21
305:19
**sake**  154:13
**salt**  23:13
25:21 35:21
**sample**  66:11
240:21,24
241:1
**samples**  168:25
176:20
**saponification**
31:1
**saponify**  31:12
**sartan**  231:8
**sartans**  17:17
**satisfaction**
162:24
**satisfied**  162:8
**saved**  222:21
**saves**  26:8
**saw**  20:23
126:8 132:10
153:15 160:17
160:20,20
161:7 163:5
169:21 170:1
202:2,3 204:2
207:18 263:2
324:16
**saying**  14:10
44:2 46:12

58:15 62:7,9
89:3 90:6
92:23 103:18
104:11 113:4
119:6 122:21
122:23 123:1
128:22 129:2,8
130:3 141:1
142:20 144:8
146:12 152:13
176:9 177:9
181:18 191:21
196:18 199:24
205:16 209:19
232:1 264:11
275:19 282:21
292:16 307:15
317:12 320:2
**says**  26:3 36:12
50:11,15 63:20
64:15 88:16
95:3 110:9
121:1 140:16
141:21 142:11
156:7,23
174:20 176:11
176:19 177:16
180:20 181:11
181:16 193:4
195:24 208:19
209:9,25
210:14 216:3
217:12 220:18
221:18 228:18
229:11 254:13

**[says - see]**

Page 66

| | | | |
|---|---|---|---|
| 261:25 262:9 | **scope** 69:2,18 | 168:14,14,15 | 75:23 76:22 |
| 272:9 299:20 | **scott** 121:2 | 171:17 173:1 | 79:5 81:2 82:1 |
| 305:15 306:13 | 124:4 | 187:12 188:17 | 82:5,7,25 83:3 |
| 309:12 311:18 | **screen** 10:7 | 197:17 231:16 | 83:17,22 84:1 |
| 314:7 317:8 | 18:13,21 21:23 | 232:1 246:16 | 88:19 94:6 |
| 318:22 321:16 | 50:1 81:2 82:1 | 255:11 259:15 | 102:4 104:9 |
| 321:25 | 82:3 129:18 | 261:24 267:6 | 106:10 107:8 |
| **scale** 87:12 | 140:7 156:5,7 | 271:22 287:24 | 107:15 109:17 |
| 105:3 212:13 | 165:8 216:1 | 301:12 302:25 | 110:17 113:18 |
| **schoch** 2:4 | 221:17 292:6,9 | 308:21 318:18 | 120:21 121:3 |
| 22:11 49:6 | 292:10,13 | 318:22 320:13 | 124:5 129:25 |
| 80:24 89:21 | 293:17 302:5 | 321:6 | 137:13,14 |
| 108:12 123:24 | 304:17 305:1 | **secondary** | 142:15 145:3 |
| 163:18 164:18 | 307:22 308:1 | 126:16,20 | 146:18 156:12 |
| 190:12 194:14 | **scroll** 19:6 | 131:3 221:12 | 156:18 157:21 |
| 195:15 224:8 | 20:24 22:5 | **section** 13:14 | 161:23 167:24 |
| **school** 91:19 | 109:20 121:12 | 13:18,21,23 | 168:23 169:13 |
| **science** 135:14 | 121:13 164:24 | 14:13,15 22:8 | 169:13 172:14 |
| 229:18 295:7 | 165:4 168:11 | 29:2,4 30:23 | 172:20 173:9 |
| **scientific** 7:16 | 168:12 180:4,7 | 39:8 41:3 | 173:22 174:1 |
| 52:16 62:9 | 189:19 191:6 | 109:21 124:13 | 174:11 176:15 |
| 63:21 64:1,21 | 288:25 320:10 | 153:22 225:24 | 179:2,2,5 |
| 79:22 85:10 | 321:7 | 250:21 252:21 | 180:5 181:11 |
| 97:12 98:10 | **search** 50:16 | 253:4 269:7 | 181:14 184:17 |
| 99:13 130:3 | 195:16 212:16 | 286:25 287:2,4 | 185:21 186:1 |
| 134:10 136:19 | **second** 14:5 | 287:10,10,16 | 191:10,21 |
| 142:25 258:3 | 16:13 57:4 | 287:19 288:4 | 192:4,11,18 |
| 291:15 294:14 | 62:6,6 76:17 | 289:4 290:3 | 193:7 194:10 |
| 295:1,19 | 76:17 77:15,20 | **sections** 14:4 | 194:16 195:12 |
| 306:25 312:8 | 77:24 85:15 | 108:24 252:7 | 195:17,23 |
| **scientist** 97:21 | 86:5 90:25 | **see** 18:21 19:3 | 197:16 198:3 |
| **scientists** 26:12 | 92:18 99:16,18 | 19:16 20:3 | 200:7 203:23 |
| 100:1,14,15 | 112:5 129:5 | 26:4 28:6,9 | 208:25 209:25 |
| **scifinder** 50:18 | 137:10 140:24 | 30:8 60:19 | 211:17 226:5 |
| | 151:11,12 | 66:24,24 67:22 | 232:21 233:8 |

[see - showing]                                                                      Page 67

236:10 252:9
255:22 260:25
266:5,9 267:7
270:14 282:9
287:4 289:4
290:2 300:24
302:15 303:15
305:6,12
306:21 308:16
308:17,19
310:22 311:19
320:18,19
321:9,13
**seeing** 144:9
**seem** 32:6
**seems** 174:5
176:22 183:18
197:25 286:11
**seen** 10:6 19:1
19:12 20:19
22:22 26:1
33:6,15,23,24
34:22 43:24
44:17,18 45:7
46:7 48:2
70:24 74:24,25
75:17 76:2,5
81:7 88:15
108:18,21
121:5,7 130:13
137:8 142:20
172:23 173:10
173:13 176:4,5
258:21 276:14
277:8 296:10

302:8 323:23
**sees** 28:14
**select** 150:14
**selected** 73:9
75:19 124:20
150:12,16
157:5
**selling** 214:23
214:24
**send** 180:12
223:12,14,23
224:6,11
292:21,25
**sense** 71:3 87:4
130:12 147:19
266:4 267:7,8
**sensitive**
142:19
**sent** 19:16 42:7
73:4 150:13
223:14,24
226:12,14
303:11
**sentence** 50:11
50:14 63:24
89:23 121:24
122:10 123:4
124:18 141:12
141:21 261:24
269:9 272:9
318:18,22
319:1 321:15
**separate**
187:15 224:8
224:11

**separately**
288:17
**separating**
132:16 133:18
**separation**
40:15,18 320:4
**sequence**
199:11
**series** 156:8
274:19
**serious** 281:8,9
**seriously** 183:4
183:8
**set** 87:7 271:5
279:17 283:11
286:19 291:19
329:6
**setting** 160:6
**seven** 49:6,7
93:14,15
156:11 158:22
249:14,16
286:7,9,12
289:9,11 309:8
327:1
**seventh** 159:17
**several** 59:1,22
64:19,25 98:6
124:3 150:20
212:16
**shanghai**
174:13,16
180:6
**share** 21:9,23
81:19,24

169:12 251:16
292:5,9,11,16
292:17,19
303:12
**shared** 232:19
**shed** 202:12
**sheet** 330:1
**shelf** 207:8
**shen** 305:9
**sherry** 305:8
**shiang** 301:8
312:21 313:5,8
313:17
**shift** 204:6
**shocked** 285:7
**shorthand**
329:2
**show** 21:11,23
124:13 135:22
136:3 164:10
164:25 165:22
166:5 171:25
172:1 175:21
176:1 185:6
264:5 279:4
284:19 310:21
310:25 316:22
318:1,4 322:1
**showed** 148:1
168:10 315:21
316:21
**showing** 33:4,7
33:15,20 42:21
43:2 44:18
86:22 107:9

**[showing - slater]**                                    Page 68

| | | | |
|---|---|---|---|
| 172:10 175:18 | 139:15 146:10 | 209:5 273:11 | 70:2,11 71:5 |
| 210:6 | 149:4 151:19 | **skadden** 2:3 | 72:14,16 73:17 |
| **shown** 275:3 | 154:20 185:2 | **skadden.com** | 74:22 75:3,21 |
| **shows** 34:19 | 189:14 223:18 | 2:6 | 76:17 77:1 |
| 82:14 180:15 | 226:18 235:11 | **skills** 229:3,10 | 78:25 79:25 |
| 183:19 196:21 | 237:5 323:13 | **skip** 141:23 | 80:8 81:10,13 |
| **shut** 232:1 | **simultaneous** | **slate** 2:3 | 81:15 83:6,10 |
| **shy** 153:23 | 55:21 68:9 | **slater** 2:9,9 | 84:6,13,20,23 |
| **sic** 37:11 46:11 | 90:8,13,18 | 5:12,16,19 | 85:5,14 86:4 |
| 140:4 | 91:8 93:5 | 12:21 14:9,16 | 86:16 87:1,4 |
| **side** 50:22 | 107:5 129:6 | 14:18,23 15:16 | 87:22 90:5,11 |
| 240:23,23 | 130:11 132:3 | 19:3,6,10 20:9 | 90:16,24 91:3 |
| **sign** 15:8 | 145:25 184:4 | 21:16,19 23:24 | 91:7,11 92:3 |
| 174:10 | **single** 68:21 | 24:9,19,25 | 92:17 93:3,6 |
| **signature** | 117:14 158:5 | 25:10,16,19,24 | 94:3 95:17 |
| 329:12 | 224:21 | 26:9,17 27:5,9 | 99:15,18 100:3 |
| **signed** 15:11,16 | **sit** 76:9,13 | 28:12,17 29:20 | 100:7,12,18,21 |
| 15:25 176:14 | 137:25 150:3 | 30:19 31:22 | 100:25 101:25 |
| **significant** | 170:13 186:6 | 32:3 33:1 34:3 | 102:16,22 |
| 143:25 | 186:20,23 | 36:9,21 39:19 | 103:17 107:2,7 |
| **similar** 79:23 | 229:23 230:16 | 40:9 41:12 | 107:24 108:2,7 |
| 84:4 86:12 | 248:25 | 42:12,24 43:5 | 112:5 113:11 |
| 190:1 256:7 | **sitting** 227:24 | 43:7,15,19,22 | 114:2,25 115:8 |
| 260:5 295:5 | **situ** 40:13 | 44:5,12,23 | 115:13,20 |
| **similarly** 85:12 | **situation** | 46:3,17 47:3 | 116:4,6,19,23 |
| 254:7 289:22 | 264:23 296:15 | 47:25 48:10,16 | 117:19 118:7 |
| **simple** 17:13 | **situations** | 50:3,10 51:14 | 119:1,19 123:2 |
| 91:12 222:25 | 126:5 | 52:22 53:25 | 125:14,24 |
| 223:4 | **six** 7:7 120:19 | 54:23 55:18 | 126:19 129:1,5 |
| **simpler** 149:9 | 129:20 156:11 | 57:2,4 58:6 | 130:10,12 |
| 176:7 | 159:21 163:10 | 59:5,8,14,20 | 131:19 132:2,8 |
| **simplest** 223:1 | 308:25 | 60:11,17 62:5 | 134:24 135:22 |
| **simply** 23:11 | **size** 18:23 | 62:13,16,19 | 136:2 138:3,5 |
| 64:10 110:15 | 49:25 166:7 | 64:14,23 68:10 | 139:10,20 |
| 117:7 137:10 | 208:14,20 | 68:16 69:5 | 140:24 141:11 |

**[slater - sodium]**                                              Page 69

| | | | |
|---|---|---|---|
| 143:14 147:14 | 221:4,21 | 304:8,16 306:4 | 281:21 308:22 |
| 148:25 149:20 | 223:10,22 | 306:11 307:16 | 326:3 |
| 151:4,10,21 | 224:3,10,20 | 307:21,25 | **smart** 61:8 |
| 152:1,4,12,21 | 227:11 228:3,8 | 308:9,20 | 204:1 |
| 153:14 154:2,6 | 229:5,20 230:3 | 309:23 310:6 | **smell** 25:8 |
| 154:24 155:3 | 230:12,18 | 310:11,17,18 | **smelled** 24:15 |
| 156:1,4 157:8 | 231:16 232:2,5 | 311:5,13 | **smokeless** |
| 157:25 158:9 | 232:22,25 | 312:15,21 | 246:4,14 |
| 158:17 160:10 | 233:2,5 235:16 | 313:10,16,19 | **snow** 326:20 |
| 162:10 163:3 | 241:21 245:2 | 314:18,19 | **society** 128:12 |
| 165:7 166:20 | 245:17,25 | 315:1,15,21,22 | 145:3,5 146:4 |
| 167:4,23 | 246:7,11,16 | 316:17,21,25 | 282:18 |
| 168:14 169:8 | 247:19 248:2,8 | 318:6,11 320:9 | **sodium** 17:9,19 |
| 170:17 171:17 | 248:21 249:2 | 320:12 321:7 | 27:6 28:15,19 |
| 172:18 174:25 | 249:10,11 | 322:15 323:6 | 28:22 29:5,7 |
| 175:3,13 176:8 | 251:21 257:14 | 323:21,22 | 29:10,14 30:7 |
| 177:23 179:19 | 258:9 261:10 | 324:9 326:18 | 30:25 31:10 |
| 182:5,9,12,17 | 265:19 266:2 | **slater's** 225:6 | 33:9 37:10 |
| 183:5,16,22 | 266:21 267:19 | **slides** 9:25 | 38:9,13 43:3 |
| 184:5,11 | 268:21,23 | 311:12 | 44:15 45:23 |
| 185:12 186:11 | 269:3,18 | **slightly** 217:14 | 48:5,9 54:5,14 |
| 186:14,22 | 270:24 272:1,4 | 258:1 | 55:5 56:3 |
| 187:2,9,16,17 | 276:25 280:14 | **slower** 82:12 | 80:13 83:17,21 |
| 187:24 189:4 | 281:7,17 282:5 | **small** 18:22 | 85:21 86:19,20 |
| 193:17,20 | 284:22 285:25 | 53:1 85:22 | 86:24 87:10,11 |
| 194:4,24 195:5 | 286:6 287:1,3 | 129:24 148:3 | 87:11,13,13,14 |
| 195:10 196:24 | 287:21 290:20 | 184:23 203:17 | 87:14,15,20 |
| 197:5,14 200:8 | 291:8,21 292:1 | 203:22 217:20 | 88:4 103:2 |
| 202:14 204:8 | 292:4,14,23 | 272:13 273:5,6 | 111:21 119:7 |
| 204:14,17 | 293:7,12 294:3 | 273:14,25 | 126:16 202:4 |
| 206:21 209:7 | 296:21 302:6 | 274:22,24 | 226:4 294:12 |
| 209:20 210:2,9 | 302:12,17,21 | 275:16,21,25 | 296:2 297:22 |
| 211:12 212:6 | 302:24 303:2 | 276:8,24 | 300:20,21,23 |
| 213:18 214:20 | 303:14,17,21 | 277:10 278:15 | 301:12,17,22 |
| 215:11 218:11 | 303:25 304:4,6 | 278:22,23 | 302:1 307:3 |

312:13 322:10
**solco** 19:8
  311:8
**solco00032578**
  6:11 18:18
**sold** 59:25
  254:17
**solid** 188:5
**solubility** 40:13
**solution** 28:15
  29:6 33:10
  43:4 44:16
**solvent** 17:23
  39:10 40:7
  45:24 47:22
  50:20,23 52:8
  80:16 168:21
  168:25 169:4
  169:14 170:2,6
  170:11 184:20
  190:1 207:24
  208:6 273:20
  277:10 308:24
  309:4
**solvents** 9:19
  33:14 169:21
  174:6 176:21
  203:19 308:6
  308:14 309:6,9
**somebody**
  55:14 150:15
  151:7,20
  214:17 221:15
  240:24 241:7
  249:20 264:4

270:15 319:10
**sophie** 172:12
**sorry** 12:15
  19:3 23:19
  31:16 34:5
  35:25 41:2
  46:19 49:20
  56:6 58:6,8
  63:3 65:4 66:3
  71:16 76:12
  78:2 81:11
  82:11 83:25
  92:8 101:2
  107:13,18
  109:12 110:10
  120:10 121:2
  122:6,9 123:25
  125:17 130:6
  135:22 140:17
  140:24 142:9,9
  142:17 150:24
  158:11 162:14
  164:8 172:18
  172:25 184:5
  186:14 189:3
  189:23 191:6
  210:2 214:12
  219:13,13
  225:18 231:5
  232:7,14,22,25
  236:16 244:11
  248:11 253:5
  254:5 255:8
  257:2 263:16
  266:14 283:6

296:21 303:3
  303:23 304:2
  307:19 318:13
  318:17 325:8
**sort** 45:17
  109:3 181:8
  218:19 258:3
  283:4 320:6
**sorted** 109:5
**sound** 294:14
  295:18
**sounds** 26:11
  26:22 27:3
  47:6 142:3
**source** 234:20
  301:6
**south** 2:15
**space** 141:23
  141:25 309:6
**spaced** 172:19
**speak** 11:13
  59:11 73:21
  91:7 227:7
  281:9 315:11
**speaker** 228:18
**speaking** 55:21
  68:9 90:8,13
  90:18 91:8
  93:5 107:5
  129:6 130:11
  132:3 145:25
  184:4 229:3
  251:8 270:1
**speaks** 73:23
  73:24 228:21

**spec** 135:5
  138:10,12,18
  138:18,21
  139:24 148:10
  277:5 320:7
  322:1
**special** 257:21
**specific** 43:8,16
  43:25 44:1
  98:16 99:8
  108:3 127:18
  149:12 175:20
  219:14 242:20
  252:7 264:12
  264:14 276:13
  283:16 325:20
**specifically**
  65:24 73:6
  76:21 104:13
  126:11 128:4
  129:4,7,23
  220:4,18 258:7
  258:13,22
  259:8 261:19
  272:12 273:12
  273:17,24
  274:9 279:9
  281:14 297:11
  300:19
**specifications**
  214:16 277:19
  279:10 280:8
  281:1,12
**specifics**
  147:18 159:15

187:4
**specified**
283:16 284:5
284:10
**spectral** 321:18
321:21
**spectrometer**
143:25
**spectrometers**
311:23 323:12
**spectrometry**
140:4 142:12
144:16 145:6
146:4 240:19
282:10,19
285:5 311:19
311:20 315:25
316:6
**spectrum** 322:4
**spell** 153:5
**spelled** 48:24
**spend** 171:9
326:4
**spent** 150:19
**spray** 317:14
319:9,12
**st** 2:15
**stage** 87:8
**stamps** 6:6,9
13:2,6
**stand** 203:18
219:21,22
**standard** 11:24
142:21 143:10
143:16 145:14

145:16 196:4
197:13 207:7,8
315:13 318:3
**standards**
214:23,25
270:2 279:3,17
280:18
**standing** 220:1
241:7
**standpoint**
323:14
**stands** 320:3
**start** 16:23
78:22 107:13
236:7 238:1
308:3
**started** 47:20
127:10 154:10
**starting** 17:9
77:5 81:15
128:21
**starts** 252:21
261:23 269:9
321:12
**state** 10:25
11:10,15 14:4
60:14 140:18
255:5 300:15
329:2,14
**stated** 47:5,13
56:17 134:20
268:9 301:11
**statement** 7:4,4
7:8,9 50:25
51:12,15 63:2

73:10 78:13,14
78:16 79:20
97:13,18 112:7
114:24 117:18
120:14,15,16
120:22,22
121:14,17
123:6,14,17,18
124:2,7 141:2
256:2,19 257:6
262:14 269:20
288:3 299:25
301:19,21
319:17
**statements**
268:19 288:2
313:8
**states** 1:1 6:23
10:15 36:5
59:25 74:2,3
81:1,3 299:6
301:15 308:24
320:14,25
**stating** 122:18
306:24 321:22
**stenographer**
13:20 38:10
43:21 47:15
55:22 59:7
68:12 90:10
100:11 146:1
303:6 310:4,10
**stenographic**
1:10 11:2

**stenographic...**
329:6
**step** 17:8 28:8
28:10 32:12,12
37:14 46:1
54:21 55:13,15
56:21 101:13
101:18,20,22
102:1,6,23
111:22 135:21
217:4 222:16
306:18
**stephen** 1:7 6:5
6:8 9:9 10:12
11:17 13:1,5
293:15 326:25
328:11 329:4
330:3,21
**steps** 7:10
55:11 57:25
60:22 65:19
74:12 76:15
92:14 97:6
101:7 107:16
109:25 110:4
110:21,24
111:1,3,5
112:4 113:7,22
123:20 158:21
159:1,3,12
170:3 198:23
199:25 214:5,6
222:13,17,23
**steve** 272:2
303:7,21 310:6

**[steve - sure]**                                                    Page 72

310:8,12,13
325:8
**steven** 3:4
250:12
**sticker** 224:5
**stickers** 224:12
**stipulated**
112:9
**stipulation**
112:9,13
**stop** 86:5,5
90:24 92:18
99:18 151:11
231:16 293:4
297:15 298:12
299:11 309:10
**straightforward**
104:6 106:9,24
269:11
**stream** 133:10
134:5
**street** 1:14 3:21
4:5,22 11:5
**stretch** 326:4
**strike** 261:16
**strong** 229:16
**structural**
232:8
**structure** 17:16
17:16 232:11
301:17 309:10
**students**
143:21 144:10
144:11,22
242:23 282:2

282:12,22
**studied** 146:22
231:9,11
238:24
**studies** 51:3
213:5 306:13
**study** 238:6
299:10
**studying**
242:10
**stuff** 161:24
171:3 229:12
259:4 273:20
325:2
**subject** 128:24
151:17 155:24
193:24 237:25
237:25 247:18
248:5 290:25
**subjects** 248:19
**submission**
6:11 18:7,18
19:18,19 27:1
33:16 34:17
**submit** 263:11
263:25
**submitted** 35:9
41:24 83:8
105:15 108:22
113:8,15,17,19
146:18 250:21
251:14 252:17
254:25 255:22
259:7 263:14
263:17 264:17

265:11 279:25
**submitting**
264:9
**subscribed**
328:14 330:22
**subsequent**
193:6
**substance** 9:15
132:25 188:14
267:17 294:18
304:12 305:3
320:16 321:1
**substances**
38:20 126:13
283:13 297:23
305:17 306:20
318:24 319:21
321:12 325:20
**substantially**
254:15
**substantively**
165:25
**substituted**
82:12,13
**sudden** 235:25
**suggest** 118:22
**suggesting** 77:6
152:21 200:4
201:11
**suitability**
37:17
**suitable** 298:7
**suite** 2:20 3:6
3:15 4:16,22

**summarize**
236:20
**summary** 38:2
82:21 192:8,18
192:21 196:8
255:12
**supplement**
255:8
**supplemental**
95:18 250:20
251:13 252:10
255:12,22
259:6,8 260:1
261:4,9,13
269:1 289:23
**supplemented**
67:9 70:1
**supplementing**
304:1
**support** 74:3
324:7 325:13
325:15 326:14
**supports** 168:9
**suppose** 139:22
179:21
**supposed**
161:24
**sure** 14:13 18:5
19:5 22:11
28:17 29:22
31:9 37:1
41:24 42:5
44:3 45:17
46:12,15 48:25
51:22 53:8

[sure - talk]                                                                    Page 73

56:19 60:25
62:21 64:12,17
64:25 73:19
76:9 79:17
81:14 86:23
87:6 88:11,25
89:17 95:6
96:11,13 97:14
101:5,12,15,16
102:16,19
103:12 104:20
105:8,9 106:3
110:15 115:3
128:1,21 135:1
135:14 138:13
138:21,23
157:14,15,19
159:25 160:2
161:1,6 162:3
165:11 169:10
169:17 178:7
182:21 200:16
200:20,22,25
202:16 204:21
206:13 211:21
215:4 221:7
223:16 231:24
233:6 234:17
234:25 235:12
236:21 237:20
243:7 246:8
253:1 256:12
259:5 260:17
264:3 265:22
266:6,23

267:24 268:4,8
268:19 270:18
273:1 274:12
315:1
**surprised**
212:23
**surprising**
268:1
**surrounding**
258:4
**suspect** 281:21
**suspected**
199:4
**swear** 11:3
**switch** 18:6
237:12
**switched** 31:9
236:2
**sworn** 11:6
301:7 328:14
329:4 330:22
**sympathy**
267:22
**symposium**
244:1
**syncor00001...**
9:22 310:2
**synthesis** 26:20
39:15 54:9
66:1 94:24
215:18 219:17
221:25 294:15
**synthetic** 50:17
**system** 7:15
136:18,24

320:1,2,4
**systemic**
131:13

**t**

**t** 2:3 5:4,4 7:1
8:1 9:1 11:5,5
328:1 329:1,1
**tab** 18:15,16
22:14 164:9
172:5 190:10
**table** 108:6,10
109:12,13
195:22
**take** 10:9 13:16
21:15 22:7
23:9 28:2
35:18 41:15
49:23 50:8
54:3 56:16
57:25 60:20
63:5 69:3 73:4
75:11 80:21
81:20 82:19,23
83:14,14 89:16
92:14 109:7
110:4,24 111:1
111:3,13 112:4
113:7 114:7,11
123:13 124:16
129:10,14,19
132:12 135:12
135:19,21
137:9 139:7
147:14 150:9
153:25 154:12

154:13,14,15
154:22 155:6
155:22 157:6
158:21 159:2,2
159:12 163:14
163:20,20
164:9,14
167:10 169:22
178:16 180:4
185:19 186:3
189:19 193:9
193:15 197:2
204:18 225:23
226:11 249:19
249:24 250:1
253:3,22
255:20 260:8
285:14 289:19
290:20,21
294:3 298:11
311:5 322:3
324:10
**taken** 1:12
96:24 111:11
111:22 112:20
127:2 135:5
299:12 329:6
**takes** 63:11
114:16 155:15
204:25 233:20
250:5 285:20
291:5
**talk** 16:22 17:5
26:23 34:8
52:14 53:14

[talk - tested]                                                                                                    Page 74

56:21 59:10
61:1 66:3 67:3
67:18 77:24
78:1,3,4 87:18
89:6 105:18
206:7 218:6
222:11 223:7
224:15 225:14
236:22 241:12
241:14 252:7
275:3 312:20
314:21
**talked** 41:4
43:13 49:14
77:18 92:20
105:11 147:25
148:19 149:8
157:3 205:9
217:22 242:9
248:15,19
270:18 271:23
314:21
**talking** 15:4,9
21:24 25:12
28:18 43:15,23
46:22 48:4
49:25 54:20
58:3 59:13
63:25 71:4,16
77:2 91:16,18
101:1 107:12
107:19,24
108:3 115:10
116:8 117:15
128:3 132:6

136:10 148:8
148:16 152:7
155:25 174:23
180:1 182:7
187:10 194:3
194:11,18
203:20 214:2
221:18 222:9
233:24 235:6
235:22,22,25
242:17 244:11
256:14 274:15
275:4 276:16
278:4 297:9
298:25 307:21
312:23 317:20
317:21 321:2
324:15
**talks** 28:6
82:10 230:4
247:8 315:7
**target** 279:17
**task** 305:18
**taught** 237:25
239:24 240:5,6
242:23 243:2
**tea** 16:13,16
18:6,8 23:10
23:12,13,19
26:23 27:1
30:5,16,23
33:5 101:9
103:15 104:18
104:21 105:19
105:19 107:14

142:23 143:11
230:1,9 234:16
234:23 294:12
297:21 301:25
307:2 312:13
322:10
**teach** 213:16
**teaching** 91:20
213:21,24
**technical** 292:4
**technician**
209:3
**technique**
318:23 319:20
321:17
**technologies**
9:16 304:14
305:5 320:16
324:3
**technology**
12:8 135:15
146:19 180:13
269:10 307:2
307:10 309:13
309:20 311:1
317:5,7,9,12,14
318:1,5 320:22
322:8
**tell** 22:24 54:2
82:5,22 89:9
92:1 115:24
126:8,19
140:10 143:23
144:13 153:17
161:20 164:20

166:16 167:19
168:11 175:23
177:3 183:1
186:24 190:2
219:4,9 241:16
272:1 323:11
**telling** 117:4,7
**temperature**
217:23
**ten** 70:8 290:21
**tens** 97:11
**term** 276:19
**terminology**
274:13
**terminus** 3:5
**terms** 16:1
17:13 69:7,9
128:6 131:24
164:3 295:25
299:17 301:19
301:22 302:2
**terribly** 20:1
**tertiary** 131:3
**test** 114:23
118:6,12,23
119:18,24,24
125:7,12,22
126:9 132:12
132:24 140:21
176:21 265:17
265:25 266:20
267:18 312:10
**tested** 88:16
119:8 124:25
125:4 126:12

[tested - thing]                                                          Page 75

| | | | |
|---|---|---|---|
| 139:25 140:3 | 272:18 291:14 | **tetrazole** 17:10 | **texts** 58:12 |
| **testified** 11:7 | 301:7 307:13 | 17:14,15 23:14 | **thank** 12:22 |
| 265:13,15,22 | 312:25 313:6 | 28:7,15,24 | 15:7 16:5 18:3 |
| 268:11 272:22 | 313:15,20,24 | 29:7 35:21 | 19:10 25:9,12 |
| 279:22 280:8 | 314:14 315:20 | 37:13,25 38:4 | 26:21,23 30:5 |
| 280:17,24 | 323:5 326:25 | 38:7,12 39:10 | 36:17 37:9,21 |
| 281:25 287:15 | 328:4 329:5 | 45:18,23 48:5 | 42:10 45:8,11 |
| 300:2 311:25 | **testing** 63:21 | 48:8 50:20 | 52:1 55:8 56:6 |
| 313:14 314:9 | 64:2 122:16,25 | 79:23 82:14 | 56:16 67:3 |
| 314:15 324:6 | 123:12 130:9 | 89:13 | 69:25 77:13 |
| **testify** 248:18 | 130:14,16,20 | **tetrazoles** | 79:12 81:13 |
| 329:4 | 131:13,14,18 | 50:17 82:13 | 82:16 84:9 |
| **testifying** 11:20 | 132:7 139:9 | **teva** 3:2,2 | 89:15 92:13 |
| 122:24 | 140:19 148:13 | 250:13,15 | 102:9 103:22 |
| **testimony** 12:5 | 181:4 201:12 | 251:1,10 | 120:8 124:17 |
| 56:14 77:11 | 201:14,22 | 252:23 253:12 | 131:12 132:23 |
| 82:24 85:17,25 | 202:8,23 203:4 | 253:20 254:11 | 134:8 138:22 |
| 88:12 89:1,8 | 203:11,16 | 254:17 255:16 | 139:5 142:10 |
| 96:12 106:12 | 238:14 253:21 | 255:23 256:3 | 153:20 155:11 |
| 111:4 112:19 | 254:6 269:11 | 257:13 258:22 | 156:4 162:18 |
| 118:20 147:4 | 269:22 270:4 | 259:25 260:24 | 166:21 185:18 |
| 148:23 149:18 | 270:11,21,22 | 261:4 263:18 | 188:2 189:3 |
| 149:18 150:2,3 | 271:23 272:20 | 263:24 265:8 | 215:19 216:3 |
| 150:11,15,19 | 272:24 273:3,9 | 270:15 283:3,3 | 217:10,11,19 |
| 156:18,22 | 274:2,5 276:5 | 287:10 303:8 | 222:21,24 |
| 157:20,22 | 276:24 278:5,7 | 310:9 | 244:17 272:4 |
| 171:22 172:20 | 278:8,12 | **teva's** 253:17 | 286:13 293:6 |
| 178:11 186:15 | 281:15 283:12 | 254:2 263:13 | 312:16 323:19 |
| 187:11,13,15 | 284:4 315:8 | **text** 12:11 59:2 | 326:19,22 |
| 187:19,25 | 316:6,7,23,24 | 194:7 | **thanks** 25:14 |
| 188:11 189:10 | 317:22 318:3 | **textbook** 61:17 | 141:17 290:18 |
| 205:20 212:5 | **tests** 124:20 | 210:16 213:15 | **theoretical** |
| 215:25 236:11 | 201:17,18 | **textbooks** | 208:23 |
| 248:5 257:22 | 283:15 | 59:24 | **thing** 31:8 52:3 |
| 266:8,18 | | | 58:24 88:7 |

**[thing - time]**                                                       Page 76

| | | | |
|---|---|---|---|
| 157:4 159:9 | 91:25 92:3 | 245:15 249:1 | 217:22 220:21 |
| 171:1,20 | 94:13,17 101:6 | 249:17 257:16 | 222:4 223:13 |
| 173:23 197:16 | 101:15 104:6 | 257:22 258:18 | 262:18,20 |
| 197:18 210:7 | 110:21,25 | 259:24 265:14 | 267:3 270:14 |
| 220:9 236:17 | 112:10,14 | 265:16,23 | 296:7 299:18 |
| 259:3 282:21 | 114:10 115:15 | 266:12,13,16 | **thousands** |
| 294:4 312:4 | 115:17,20,24 | 266:19 267:5,6 | 97:11,11 |
| 325:19 | 116:1,2,22 | 267:8,16,21 | 117:16 118:1 |
| **things** 21:12 | 117:1 118:2,17 | 268:2 269:18 | 322:2 |
| 64:20,25 65:2 | 118:18 119:22 | 270:16 275:1,1 | **three** 3:21 |
| 69:8 105:6 | 123:10 125:2,9 | 276:2,19 280:4 | 17:19 28:10 |
| 119:5 136:4 | 134:25 138:10 | 281:13 282:25 | 174:7 176:20 |
| 140:12,14 | 138:13 140:12 | 291:22,24 | 185:25 189:18 |
| 161:21 177:10 | 151:20 153:6 | 293:19 295:13 | 194:18 195:13 |
| 209:17 226:21 | 154:24 156:14 | 302:8,18 310:6 | 288:1 306:13 |
| 256:21 257:24 | 157:3 159:24 | 311:14 313:5 | **thrust** 250:19 |
| 278:19 291:10 | 160:2,3,12,17 | 322:19 325:17 | 252:9 |
| 291:11 293:2 | 160:18,19,22 | 326:10 | **time** 1:16 10:2 |
| 294:8 297:5 | 163:9,21 | **thinking** | 10:25 21:4,15 |
| 319:4,5,5 | 164:12 165:7,8 | 127:12 153:24 | 26:13 59:10 |
| **think** 14:9,10 | 166:9,15,18 | 204:11 | 60:6 63:9,9,13 |
| 14:11 17:2,25 | 171:1,8 182:14 | **thinks** 115:23 | 63:13 69:6 |
| 21:8,13,21,24 | 184:8 185:10 | **third** 16:16 | 89:6 93:11,17 |
| 33:11 35:5 | 185:14,17 | 28:9 30:23 | 95:9 114:14,14 |
| 38:22,22 42:4 | 186:19 189:5 | 190:9 191:4 | 114:18,18 |
| 48:12 51:4,19 | 200:13 206:11 | 198:11,24 | 121:9 136:10 |
| 52:4 59:2 | 211:1 212:3 | 201:13 254:5 | 142:22 143:2 |
| 62:23 65:12 | 213:2 214:25 | 260:19 272:9 | 143:11 147:14 |
| 66:15 69:13,25 | 219:8 220:15 | **thoroughness** | 150:18 151:10 |
| 71:18 73:5,14 | 227:6 228:17 | 106:14 | 151:10 153:1 |
| 74:12 75:16,19 | 229:15 233:25 | **thought** 25:3 | 153:24 154:20 |
| 75:22 76:1,8 | 234:1,2,15,24 | 54:6,9,10,12,13 | 155:13,13,17 |
| 76:20 77:16 | 236:7,9,20 | 54:16,18,25 | 155:17 159:25 |
| 79:18 82:23 | 237:2,9,18 | 55:1,6,14 58:8 | 160:20 171:2 |
| 85:11,24 90:22 | 242:8 243:8 | 61:17 180:13 | 171:10 176:19 |

**[time - translation]**                                                Page 77

181:9 184:7
204:9,17,23,23
205:2,2 207:17
218:6,25 220:8
232:2 233:19
233:19,22,22
239:24,25
240:8 241:5,19
241:24 242:6
243:23 248:10
249:6,9,12
250:3,3,7,7
255:20 265:10
285:18,18,22
285:22 291:4,4
291:7,7 304:23
316:2 322:12
324:11 326:7
326:20,24
329:6
**timeframe**
219:19
**times** 11:24
91:14,22 139:6
202:2
**tin** 16:10,23
17:5
**title** 19:18
120:22
**titled** 8:23
13:15,19,21
195:2 252:23
305:1 308:12
**tobacco** 127:18
238:7 242:20

246:4,14 326:2
**today** 11:19
12:5 46:23
47:19 70:4
76:13 128:20
137:25 138:25
146:21 154:7
170:13 186:7
186:20,24
229:23 230:17
248:20,25
257:23 265:23
266:18 272:18
284:18,20
286:20 290:18
291:14 312:4
315:5
**today's** 326:24
**told** 62:8 70:2
144:22,23
294:20,24
295:10,11,24
**toluene** 39:11
**tonight** 154:17
**took** 55:11
60:22 65:19
74:12 76:15
97:6 107:16
109:25 110:21
111:5 113:22
170:4 183:4,7
198:24 199:7
200:1 214:5
262:17 317:15
319:11

**tool** 134:11,14
134:21 137:24
**top** 168:24
181:7 198:3
216:17 261:22
305:16 310:23
**topic** 49:24
114:11 148:11
157:23 205:9
225:14 236:2,3
241:11 253:24
314:19
**topics** 155:20
237:12 243:6
248:16
**torrent** 4:8,8
251:1,10
255:23 256:3
257:13 259:16
263:18 286:18
286:20 287:5
289:5,14 290:3
290:7,12
**torrent's**
287:20 288:5
**total** 210:1,13
326:25
**totality** 67:10
69:19 185:6
235:12
**totally** 76:11
171:7 172:18
191:12 267:11
**totowa** 94:25

**toward** 142:19
**towards** 321:11
**tower** 4:21
**township** 4:16
**toxic** 297:12
301:18
**toxicity** 99:4
**toxicology**
146:17
**trace** 60:1
80:11
**tracking**
320:15
**trade** 4:22
**trained** 208:21
**transcript** 1:10
301:3 328:4
329:5
**transcripts**
259:19,22
**transition**
236:19 241:12
**transitions**
277:6
**translate**
230:22
**translated** 77:5
230:21
**translating**
228:1
**translation**
7:20 8:4,16
37:23 166:12
166:23,24
167:2,19 168:1

[translation - under]                                                Page 78

| | | | |
|---|---|---|---|
| 168:2 172:16 | **troubled** 51:12 | 171:12,13 | 216:11 246:2 |
| 188:25 227:15 | 51:15 | 173:24 175:24 | 248:13 251:1 |
| 227:21,25 | **true** 52:6,7,9,10 | 176:2 184:25 | 255:17 269:1 |
| 230:20,23 | 240:6 243:14 | 185:1,2,6 | 270:18,23 |
| 231:4 | 267:14,21 | 186:25 189:14 | 291:10 294:8 |
| **translations** | 268:15 273:22 | 200:5 201:1 | 298:25 300:4 |
| 73:20,20 189:8 | 276:9 291:18 | 219:23,24,25 | 309:7 311:19 |
| 227:10 | 302:1 316:19 | 222:22 241:5 | **type** 19:21,23 |
| **transmittal** | 328:5 329:5 | 249:15 276:18 | 132:15 207:22 |
| 188:14 | **trust** 12:8 | 303:4 | 264:23 270:4 |
| **traurig** 3:4 | 224:12,15 | **turn** 20:22 22:8 | 306:23 307:8 |
| 250:13 | **truth** 161:20 | 37:2 49:17 | 311:24 315:8 |
| **treated** 17:9 | 329:4,4,4 | 114:11 140:9 | 316:6,7,22,23 |
| **tri** 23:19 | **truthful** 12:5 | 153:22 167:21 | 317:22 318:1,3 |
| **trial** 251:9 | **try** 25:15 26:19 | 204:7 215:20 | **types** 128:17 |
| 324:7 | 40:7 46:21 | 225:19 249:6 | 131:25 264:8 |
| **tributyltin** | 96:1 97:2 | 255:24 256:15 | 264:22 283:15 |
| 17:22 18:2 | 105:10 149:5 | 261:7 288:12 | 311:20 316:14 |
| 23:15,21 24:13 | 180:6 211:17 | 289:19 | **typical** 208:9 |
| 25:4,22 27:24 | **trying** 43:23 | **turned** 163:6 | **typically** |
| **trick** 51:17,23 | 44:3,3 57:13 | 184:10 | 131:25 317:22 |
| 108:8 | 61:21,23 67:20 | **turning** 248:11 | |
| **tricky** 51:1,23 | 69:16,22 96:13 | 254:24 255:19 | **u** |
| **tried** 109:6 | 96:15 97:7 | 260:4 268:18 | **u** 48:24 328:1 |
| 116:13 183:3 | 98:1,4 101:12 | 271:2,22 | **uh** 84:2 89:21 |
| 230:14 | 102:10 103:7 | **twenty** 190:12 | 123:24 |
| **triethylamine** | 103:11 106:15 | **two** 12:14,20 | **un** 122:2 |
| 23:13 25:21 | 108:7 110:14 | 58:5 60:13 | **unacceptable** |
| 27:25 35:20 | 115:17 116:7 | 65:12 77:16 | 254:15 |
| 103:5 | 134:19 135:17 | 82:18 105:12 | **unaccounted** |
| **trip** 216:16 | 136:14 140:15 | 130:20,22 | 262:2 |
| **trouble** 81:18 | 144:14,21 | 159:15 165:5 | **unanticipated** |
| 266:24 267:1,1 | 145:14,20 | 166:5,19,23 | 298:4 |
| 292:18 | 146:10 147:11 | 174:6 195:13 | **unaware** 120:7 |
| | 147:18 163:1 | 210:10 216:9 | **under** 11:19 |
| | | | 28:10 30:9 |

[under - update]                                                    Page 79

39:8 53:23
54:8 57:21
59:18 77:21
78:1 79:9
109:19 119:17
128:18 129:10
152:16 157:17
187:10 195:16
211:9 215:17
222:2 252:22
259:12 280:19
316:7,23
317:22
**underlying**
187:22
**understand**
11:18 12:1
13:8 15:3 20:3
21:19 24:23
37:12 43:17
44:7 55:8,11
56:19 57:13,19
58:15,17,18,21
58:22 60:21
61:1,21,23
67:21 69:2,17
69:18,22,23
70:23 74:8
75:10,15,17,20
78:8,14 79:19
86:1 89:3
96:10,12,14
97:6 98:1,4
101:13 102:17
103:20 106:15

107:18 110:25
113:3 118:20
129:2 130:2
135:23 138:1
140:15 143:19
144:10,20,21
145:15,17
147:11 148:14
151:8 157:14
161:2,18
165:15 171:12
178:7,10
186:23 189:14
196:22 199:1
200:5 201:2
205:11,16
206:6 213:10
219:23,25
226:20 227:18
229:2 242:10
251:9 252:13
253:2 257:22
264:25 265:14
266:10 267:9
267:12 269:8
270:18 276:2
278:9 283:11
286:7 290:24
312:9
**understanding**
22:24 46:12
48:25 66:20
72:20 75:14
88:11 103:13
140:12 169:11

171:10 189:6
199:20,21
205:19 216:12
223:19 229:4,8
235:1 237:6
245:12 262:18
262:25 263:9
263:20,23
264:3,4 266:12
280:2 311:1
313:3,7,13,15
313:24 314:8
322:8
**understood**
60:7 67:18
88:20 112:25
203:10 215:9
217:10 218:2,4
220:17 295:12
**undertake**
271:6
**undertaken**
265:6
**undo**  208:15
**undoubtedly**
318:25 319:21
**unexpected**
47:7
**unhydrolyzed**
41:19
**unit**  10:11
63:10,14
114:15,19
155:14,18
204:24 205:3

250:4,8 285:19
285:23
**united**  1:1 6:23
10:14 81:1,3
**universities**
138:13
**university**
239:25 242:23
**unknown**  156:9
175:22 177:21
178:1 183:14
183:19 184:1,9
184:9,16
190:24 191:12
192:9 193:25
194:18 196:9
196:22 198:13
279:4,12,19
281:1 306:14
306:17
**unknowns**
321:17
**unnumbered**
260:13
**unpackage**
58:25
**unpleasant**
24:14
**unreasonably**
254:14
**upcoming**
251:9
**update**  7:6
120:18,24

**[upload - valsartan]**

Page 80

**upload**  292:6
292:19,21
**uploading**
292:8
**upper**  192:12
**ups**  312:18
**usa**  3:2
**usable**  116:14
**usage**  23:18,20
**use**  15:23 33:5
33:9,13 42:21
43:3,13 44:11
44:15 48:7
52:20 55:1
69:7 83:2
93:11,16 104:6
126:15,22
136:8 139:17
142:12 145:8
146:19 148:10
199:17 207:24
213:21,24
238:21 241:9
270:16 276:20
279:11,18
280:19 284:9
293:3 296:6
300:20 305:24
314:2 315:13
316:23 317:5
318:3 319:8
320:22 324:3
325:23
**used**  16:6 20:14
20:17 23:12,17

23:20 28:19
29:6,7 30:7
45:13,18,24
46:15 47:22
50:19 59:1
65:14 66:19
67:1 74:14,19
78:21 85:11
86:13 89:6
95:14,20
109:14 111:16
131:25 132:1
132:15,24
133:17 134:14
134:17,21
135:2,3,4
137:24 138:11
138:13,21
140:20 145:13
148:1 167:3,6
167:20 207:11
207:25 211:15
211:22 213:2
213:16 234:3
234:11 249:14
251:10 252:3
266:7 267:25
270:8 276:10
276:10,12,19
277:5,9 280:10
280:25 281:2
281:23 284:14
285:6 295:13
297:23 315:12
316:6,9,13

317:2,22 318:8
318:23 319:19
322:12 325:25
326:9 327:1
**useful**  167:9
208:7
**users**  208:20
**uses**  85:12
214:14
**using**  9:15
17:22 37:24
48:5,9 50:18
52:16,17 54:4
54:14 56:2
62:2 65:20
69:9 80:16
91:5 99:2,11
111:21 140:1,4
173:15 178:13
181:10 184:25
199:7 208:6
214:4 215:3,4
269:13 270:22
278:2,4,11
282:10 298:7
304:12 305:3
306:15 320:16
**usp**  283:7,8,12
283:17,19,25
**usually**  135:10
**utilize**  64:21
**utilized**  79:24
142:23 143:12
240:9 322:9

**utilizes**  100:1
**uv**  276:11
316:12 320:6

**v**

**v**  330:2
**vague**  115:25
295:22
**valeant**  3:18
**validation**
37:16 177:7
**valsartan**  1:4
6:13,18 7:5,9
9:18 10:13
13:19,22 16:7
19:19 22:16
23:4 24:4 28:8
30:13 34:14
38:19 40:25
41:6,19 45:14
66:2 74:20
100:23,23
101:8,18,19
120:17,23
121:19 122:15
122:20 123:19
124:9 140:21
142:24 143:1
143:13 176:13
176:20 178:13
181:12,13,16
202:23 203:4
203:12 211:14
217:4,23 226:3
230:2,11
231:10,23

**[valsartan - want]**                                                    Page 81

232:9,19 247:8
251:11 253:20
254:17 258:7,8
258:14,23,23
264:18 265:25
267:16 269:24
272:19 276:22
277:20 279:3
280:9 290:13
290:14 298:5
299:7 300:20
300:22 301:16
301:21 307:17
308:5,12 309:2
314:6 316:24
330:2
**value** 309:9
**vaporized**
132:17 133:19
**variety** 172:12
**various** 1:13
58:2 105:6
126:4 147:25
148:1 156:17
210:17 216:4
223:4 234:12
257:18
**vast** 126:15
321:18,21
322:1
**vaughn** 2:19
**vein** 51:23
**venture** 126:22
**veritext** 10:18
10:20 327:2

330:1
**version** 226:14
288:16
**versions** 77:5
116:1,10
**versus** 219:18
**vertex** 163:21
164:1 165:12
165:14 166:17
174:7,23 175:2
176:13 178:12
179:17 180:20
180:21 181:4,9
181:20 187:21
**vicinage** 1:2
10:16
**victoria** 3:5
**video** 10:8,12
**videoconfere...**
1:13
**videographer**
10:1,18 21:3,6
21:10,17 22:3
63:8,12 114:13
114:17 155:12
155:16 204:19
204:22 205:1
233:18,21
250:2,6 285:17
285:21 291:3,6
326:23
**videotaped** 1:5
**view** 62:3 113:4
**views** 79:19
296:14

**virtually** 10:4
**vitae** 9:9
293:14,21
**voc** 134:21
137:24
**volatile** 134:1,6
134:14,16,17
319:7
**volume** 11:12
11:13 94:24
95:2,3

**w**

**w** 3:15
**w.l.f.** 9:5
206:19
**wait** 62:16 77:1
146:2,2 151:10
151:10 210:2
302:25
**walk** 63:6
183:3 198:23
**walked** 182:14
185:9
**wallack** 4:15
**walsh** 3:20
**walsh.com** 3:23
**want** 11:25
13:16 14:2,3
14:22 15:2,18
15:24 21:6,9
23:11 24:22
26:13 27:12
28:13 34:10
41:1,23 42:5
45:14 46:11,15

49:21 50:10
51:12,22,25
55:10 56:19,21
57:10,19 58:16
58:17,22,25
60:21,24,25
62:19,21 63:24
64:17 67:19,21
68:17,22 69:1
69:2,10,10,12
69:18 70:19
71:2,3 75:13
75:15,23 76:19
77:24 78:1,3,4
78:11 79:3,4
79:14,17 80:21
80:25 81:21
82:17,24 83:11
84:20,24 85:1
86:9 88:11,12
88:23,25 89:2
89:6,18,23
90:22 96:1,2,5
96:9 97:6
101:6,16,21,25
103:12,19,19
103:25,25
104:8 105:8
106:3 110:5
112:6 113:18
114:7 119:10
119:11,12
120:9,13
121:12,13,24
124:13 128:2

| | | | |
|---|---|---|---|
| 129:2,17,19 | 244:22 248:17 | **watson** 283:4 | **week** 279:22 |
| 130:4 135:1 | 249:19,25 | **way** 37:8 38:23 | **weight** 216:6,8 |
| 137:13,15 | 252:8,13 253:1 | 42:3 47:5,11 | **welcome** |
| 138:1,23 140:6 | 253:3 255:4 | 47:13,13,18 | 137:11 182:24 |
| 142:9,15 143:6 | 256:20 257:24 | 74:18 100:8 | **went** 45:12 |
| 143:7 146:9 | 258:4 259:5 | 102:2,5 106:25 | 92:21 93:19,24 |
| 148:13 149:9 | 260:17 268:4,7 | 118:2 121:17 | 105:13 154:9 |
| 152:1 154:3,13 | 268:19 269:8 | 127:5 135:21 | 154:11 199:14 |
| 154:16,22 | 270:17 273:1 | 147:16 158:4 | 202:6 212:23 |
| 155:20,21,23 | 274:12 276:4 | 168:19 175:7 | 235:21 263:3 |
| 156:6 160:25 | 276:15 285:2 | 179:23 183:11 | 286:8 300:5 |
| 161:2,23 164:8 | 286:1,21 | 189:4 192:25 | **west** 2:5 4:22 |
| 164:10 165:15 | 287:14 289:22 | 197:1 202:25 | **wet** 37:14 |
| 166:14 167:25 | 292:12 294:7 | 221:11 223:8 | **whatsoever** |
| 170:1 171:9 | 301:5 302:24 | 224:18 227:25 | 33:25 43:12 |
| 172:24 175:13 | 312:3,20 314:3 | 234:12 236:12 | 45:4 62:1 |
| 175:14 176:6 | 314:21 317:5 | 266:11 284:14 | 76:14 104:23 |
| 180:4,14 | 321:9 322:18 | **ways** 65:13 | 110:22 161:11 |
| 182:25 183:25 | 323:9 324:10 | 77:17 276:3,17 | **whoops** 137:18 |
| 186:11,14,17 | 324:19 | **wayside** 135:9 | **wide** 128:6 |
| 186:23 188:12 | **wanted** 21:11 | **we've** 32:17 | **widely** 53:11 |
| 189:9 194:10 | 75:7 82:3 | 34:1 44:21 | 53:12,15 55:16 |
| 198:9,25 204:6 | 180:25 208:17 | 63:4 93:20 | 55:20 56:1,3,4 |
| 204:18 205:8 | 233:6 234:1 | 114:10 128:19 | 57:16,20 58:1 |
| 205:11,13,13 | 236:8 237:5,11 | 149:8 174:23 | 59:19 60:23 |
| 206:6,10 208:1 | 323:14 | 179:12,16,25 | 86:15 98:7 |
| 213:10 214:13 | **wants** 154:14 | 185:3,9 194:3 | 125:20 127:4 |
| 214:14 218:5 | 154:15 317:6 | 205:6 206:11 | 134:14,17,21 |
| 222:11 223:18 | **warning** 9:11 | 208:21 212:15 | 135:2,3,4 |
| 223:20,22 | 296:10,19,22 | 215:24 221:18 | 137:24 138:10 |
| 224:1,4,6,12,16 | 297:1 298:2 | 222:9 236:7 | 138:12,20 |
| 224:24 225:14 | **watch** 155:1 | 238:7 248:13 | 211:10 212:8 |
| 225:15,19,23 | **water** 60:2 | 271:4 292:15 | 212:11 285:6 |
| 232:16 235:11 | 216:18 | 303:5 304:17 | 316:1 |
| 241:12 244:21 | | 314:21 324:14 | |

[widespread - yeah]                                                                      Page 83

**widespread**
  326:15
**withdraw**
  71:17 107:6,6
  176:14
**withdrawing**
  62:17
**withdrawn**
  42:6 62:15,25
  67:5 73:13
  78:3,18 98:3
**witness**  1:14
  10:7 11:4
  50:12 55:23
  59:13 64:16
  90:21 248:5
  249:23 250:1
  285:16 286:11
  290:19 326:22
**witnesses**
  157:12 259:22
**witnesses'**
  330:3
**wondering**
  303:10
**word**  38:5
  42:17 59:1
  74:12 95:14,21
  104:6 105:1,25
  182:20 239:13
  295:13
**wording**
  229:18
**words**  37:19
  57:17 60:25

79:4 88:12
106:7 124:22
161:1 162:21
234:3,15
269:19 276:12
322:20
**work**  21:15
  134:4 151:14
  151:22,23
  155:9 169:12
  197:19 241:25
  244:19,25
  245:9,14,23
  277:12 279:8
  325:16,22
**worked**  131:7,9
  131:21 180:5
  240:23 282:3
  282:23 305:9
**working**  61:4
  91:19 99:7
  196:21 257:12
  306:6
**works**  98:19
  163:19 211:18
**world**  59:25
  115:7,9,10
  117:13 258:2
**world's**  97:12
  97:22 99:25
  100:14
**worldwide**
  211:20
**worried**  174:9

**worry**  278:23
**wrap**  286:20
**write**  151:6,7
  151:20 247:21
  247:23 248:4
  313:4 314:11
**writes**  174:3
**writing**  151:15
  152:23
**writings**  212:21
**written**  12:14
  71:12 151:23
  153:12 212:16
  226:1,4,25
  314:13 325:3
**wrong**  26:6
  32:1 48:23
  123:10 144:7
  145:10,11
  181:10 189:5,9
  220:15 261:12
  268:3 276:19
  326:8
**wrote**  151:9,16
  151:19 152:4
  246:4 247:6
  313:5

**x**

**x**  1:8 5:1 7:1
  8:1 9:1 48:24
**xl0l6l8**  329:2
**xue**  6:21 48:24
  49:9,13,24
  73:23 140:13
  141:21 142:20

144:8 220:14
228:18
**xue's**  140:6
  228:12
**xxxv**  94:24
**xylene**  17:23

**y**

**yardley**  4:17
**yeah**  11:14
  18:25 19:11
  28:11 30:21
  49:2 50:13
  58:10 65:22
  68:3 69:5
  71:14 73:22
  74:5 83:4,19
  94:13 97:24
  104:3 109:10
  113:15 119:16
  119:21 120:11
  122:1,5,8
  124:19 125:4
  138:9,20
  141:10,18
  142:3 147:20
  148:11 149:15
  150:25 154:5
  157:2 159:12
  163:5 164:21
  165:22 166:13
  167:22 169:14
  174:2,4,12
  176:8,16 179:7
  180:24 181:2,6
  181:22 182:21

| | | | |
|---|---|---|---|
| 183:8 187:2 | 240:1 246:23 | 19:18 20:20 | 197:10 198:15 |
| 192:15,19 | 278:18 323:8 | 22:6,15 23:2 | 199:7 202:8 |
| 193:23 194:14 | **yellow** 195:23 | 26:25 33:4,8 | 204:2 232:18 |
| 200:6 204:11 | **yep** 32:20 36:3 | 33:20 34:17 | 233:10 234:2 |
| 204:16,16 | 40:22 59:14 | 42:7 43:8,12 | 234:19 235:4 |
| 205:5 209:9 | 73:25 83:13 | 43:24 44:10,20 | 251:9,24,24 |
| 210:21 211:25 | 124:6 130:1 | 45:13,18 46:8 | 252:10 253:12 |
| 224:1 226:19 | 135:16 142:6 | 48:7,14 62:2 | 253:21 255:7,9 |
| 227:5 229:7 | 148:20 165:3 | 65:14,19 67:25 | 255:13 259:13 |
| 235:10 236:16 | 177:19 191:19 | 68:5,6 69:19 | 259:22 260:18 |
| 237:4 238:4 | 191:24 192:5 | 70:9,20 71:9 | 262:11,15,18 |
| 241:23 242:7 | 193:8 195:11 | 71:12,12,20 | 263:24 264:16 |
| 243:21 246:15 | 195:25 196:12 | 72:22 73:14 | 265:1,4,15,15 |
| 246:20 247:1 | 218:18,23 | 74:12,19 76:15 | 265:17,23 |
| 247:21 248:8 | 226:6 233:9 | 78:17 86:13 | 266:18 267:23 |
| 249:23 252:20 | 247:10,14 | 104:4,11,16,20 | 272:16,22 |
| 253:9 255:2 | 256:1 268:24 | 106:8 107:9,16 | 273:4 278:3,5 |
| 257:16,19 | 274:4 302:24 | 110:15 111:5 | 280:10,24 |
| 259:11,20,24 | 312:24 317:24 | 119:13 127:12 | 294:6 296:24 |
| 267:5 268:15 | 320:20 | 130:5,15,19 | 297:3,6 298:1 |
| 268:16 271:1 | **yield** 37:20 | 142:25 146:25 | 298:2,23 299:5 |
| 278:10 280:21 | 38:3,7,11,17 | 148:22,23 | 299:12 300:1 |
| 284:11 286:11 | 41:20 98:19,20 | 149:12,18 | 300:18 308:24 |
| 286:23 287:7 | **yielded** 46:2 | 156:8 161:6 | 309:4,12,19 |
| 289:3 292:14 | **yields** 109:15 | 164:4,5 166:25 | 311:1,9,17,25 |
| 302:17 303:2 | **york** 2:5,5 3:10 | 167:15 168:10 | 314:15 316:8 |
| 306:4 314:10 | 4:11,11 330:1 | 170:4 171:4 | 318:1 |
| 315:1 319:25 | **yup** 137:20 | 178:5 180:5,21 | **zhp's** 33:16 |
| 321:9 323:7 | **z** | 181:9,16 | 43:3 44:11 |
| **year** 145:2,6 | | 182:15 183:4 | 48:24 73:23 |
| 146:5 247:9 | **z** 38:13 | 188:8,11,18,20 | 84:5 100:23 |
| **year's** 232:23 | **zhejiang** 2:2 | 189:1 190:24 | 226:3 265:10 |
| **years** 15:17 | **zhp** 6:10,13 | 191:16,20 | 268:13 271:13 |
| 127:3 146:17 | 7:21,23 8:12 | 192:8,16 193:4 | 295:11 316:21 |
| 174:7 207:19 | 8:14,17 9:12 | 194:11 196:21 | |
| | 16:6 18:7,18 | | |

**[zhp00496153 - zoom]**                                    Page 85

| | |
|---|---|
| **zhp00496153** | 142:22 143:11 |
| 8:12 188:8 | 198:15 222:10 |
| **zhp00496155** | 230:2,10 |
| 8:15 188:20 | 294:12 297:9 |
| **zhp01344159** | 307:3 312:5,12 |
| 9:12 297:3 | 322:11 |
| **zhp01710663** | **zoom**    1:13 82:1 |
| 6:13 22:16 | 82:3 |
| **zhp01746277** | |
| 9:20 308:7 | |
| **zhp02118680** | |
| 8:21 193:12 | |
| **zhp02118709** | |
| 8:24 195:3 | |
| **zhp02118712** | |
| 8:19 190:16 | |
| **zhp02630924** | |
| 7:19 163:23 | |
| **zhp02630926** | |
| 7:23 8:4 | |
| 167:15 168:3 | |
| **zhp02709940** | |
| 8:9 178:20 | |
| **zhp0477534** | |
| 8:6 172:8 | |
| **zinc**    16:19 34:9 | |
| 34:18 35:21 | |
| 37:10,24 39:9 | |
| 39:22 40:4 | |
| 45:18,19,22 | |
| 48:4,8 50:18 | |
| 83:21 84:5 | |
| 87:7 101:2,8 | |
| 102:14,21 | |
| 103:14 128:23 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.