# EXHIBIT 2

Page 1

1                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW JERSEY

2                    CAMDEN VICINAGE

3

                                    : MDL NO. 2875

4       IN RE: VALSARTAN,          :

        LOSARTAN, AND IRBESARTAN   :

5       PRODUCTS LIABILITY         :

        LITIGATION                 :   VIDEOTAPED DEPOSITION

6                                  :            UPON

                                   :     ORAL EXAMINATION

7                                  :            OF

                                   :   RAMIN (RON) NAJAFI,

8       ------------------------   X Ph.D.

9

10                  TRANSCRIPT of the stenographic notes of

11      the proceedings in the above-entitled matter, as

12      taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

13      held via ZOOM VIDEOCONFERENCE from various locations,

14      with the witness located at 1000 Atlantic Avenue,

15      Suite 110, Alameda, California, on Wednesday, January

16      18, 2023, commencing at 9:10 Pacific Time.

17

18

19

20

21

22

23

24

25

Page 2

```
1   A P P E A R A N C E S :
2   FOR PLAINTIFFS:
3
    MAZIE SLATER KATZ & FREEMAN
4   BY:   ADAM M. SLATER, ESQ.
          CHRISTOPHER J. GEDDIS, ESQ.
5   103 Eisenhower Parkway
    2nd Floor
6   Roseland, New Jersey 07068
    973-228-9898
7   aslater@mazieslater.com
    cgeddis@mazieslater.com
8
    KANNER & WHITELEY
9   BY:   CONLEE WHITELEY
    701 Camp Street
10  New Orleans, Louisiana 70130
    504-524-5777
11  504-524-5763
12  LEVIN PAPANTONIO RAFFERTY
    BY:   DANIEL NIGH, ESQ.
13  316 South Baylen St.
    Pensacola, Florida 32502
14  850-435-7013
    dnigh@levinlaw.com
15
16  HOLLIS LAW FIRM
    BY:   C. BRETT VAUGHN, RN, BSN, ESQ.
17  8101 College Boulevard
    Suite 260
18  Overland Park, Kansas 66210
    913-385-5400
19
20
21
22
23
24
25
```

Page 3

```
1   A P P E A R A N C E S (Continued):
2   RIVERO MESTRE
    BY:   ZALMAN KASS, ESQ.
3   2525 Ponce de Leon #1000
    Miami, Florida 33134
4   (305) 445-2500
    Zkass@riveromestre.com
5
    MEYER WILSON
6   BY:   LAYNE HILTON, ESQ.
          RICHARD CLARK, ESQ.
7   305 W. Nationwide Boulevard
    Columbus, Ohio 43215
8   866-827-6537
    614-255-2697
9   lhilton@meyerwilson.com
10  FOR ZHEJIANG HUAHAI PHARMACEUTICAL, CO., LTD.
11  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
    BY:   NINA R. ROSE, ESQ.
12        SEPTEMBER R. MCCARTHY, ESQ.
          ALEX KASPARIE, ESQ.
13  One Manhattan West
    New York, New York 10001-8602
14  212-735-3000
    nina.rose@skadden.com
15  september.mccarthy@skadden.com
    alex.kasparie@skadden.com
16
17  FOR TEVA PHARMACEUTICALS USA, INC., TEVA
    PHARMACEUTICAL INDUSTRIES LTD., ACTAVIS PHARMA, INC.,
18  AND ACTAVIS LLC:
19  GREENBERG TRAURIG, LLP
    BY:   STEVEN M. HARKINS, ESQ.
20  Terminus 200
    3333 Piedmont Road NE, Suite 2500
21  Atlanta, Georgia 30305
    678-553-2100
22  Harkinss@gtlaw.com
23
24
25
```

Page 4

```
1   A P P E A R A N C E S (Continued):
2   MARTIN, HARDING & MAZZOTTI, LLP
    BY:   RONALD B. ORLANDO, ESQ.
3         ROSEMARIE RIDDELL BOGDAN, ESQ.
    P.O. Box 15141
4   23 Albany, New York 12212
    518-724-2207
5   Ronald.Orlando@1800law1010
    Rosemarie.bogdan@1800law1010.com
6
7   FOR HUMANA INC. & HUMANA PHARMACY, INC.:
8   FALKENBERG IVES, LLP
    BY:   KIRSTIN B. IVES, ESQ.
9   230 W. Monroe, Suite 2220
    Chicago, Illinois 60606
10  312-566-4808
    kbi@falkenbergives.com
11
12  FOR PFIZER INC., VALEANT PHARMACEUTICALS
    INTERNATIONAL, INC., BAUSCH & LOMB INCORPORATED, AND
13  ATON PHARMA, INC.:
14  WALSH PIZZI O'REILLY FALANGA, LLP
    BY:   CHRISTINE I. GANNON, ESQ.
15  Three Gateway Center
    100 Mulberry Street, 15th Floor
16  Newark, New Jersey 07102
    973-757-1100
17  cgannon@walsh.com
18
19
20
21
22
23
24
25
```

Page 5

```
1   A P P E A R A N C E S (Continued):
2   FOR MYLAN PHARMACEUTICALS INC., AND MYLAN
    LABORATORIES, LTD.:
3
    PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
4   BY:   JASON M. REEFER, ESQ.
    One Oxford Centre
5   301 Grant Street, 38th Floor
    Pittsburgh, Pennsylvania 15219
6   412-263-4397
    jmr@pietragallo.com
7
8   FOR TORRENT PHARMA INC. & TORRENT PHARMACEUTICALS,
9   LTD.:
10  KIRKLAND & ELLIS, LLP
    BY:   BRITTNEY NAGLE, ESQ.
11  601 Lexington Avenue
    New York, New York 10022
12  212-390-4210
    brittney.nagle@kirkland.com
13
14  FOR HETERO LABS, LTD:
15  HILL WALLACK, LLP
    BY:   JOHN C. BOBBER, JR., ESQ.
16  777 Township Line Road
    Suite 250
17  Yardley, Pennsylvania 19067
    267-759-2064
18  jbobber@hillwallack.com
19
    FOR ALBERTSON'S COMPANIES, LLC:
20
    BUCHANAN INGERSOLL & ROONEY, PC
21  BY:   CHRISTOPHER B. HENRY, ESQ.
    Carillon Tower
22  227 West Trade Street, Suite 600
    Charlotte, North Carolina 28202
23  704-444-3475
    Christopher.henry@bipc.com
24
25
```

2 (Pages 2 - 5)

Page 6

I N D E X

Examinations                          Page

RAMIN (RON) NAJAFI, Ph.D.                9

EXAMINATION BY MS. ROSE               9

EXAMINATION BY MR. HARKINS         253


EXHIBITS

NumberDescription                    Page

Najafi-1    Defendants' Notice of        16
            Videotaped Deposition of Ron
            Najafi

Najafi-2    FDA News Release entitled,    24
            "FDA announces voluntary
            recall of several medicines
            containing valsartan following
            detection of an impurity,"
            dated July 13, 2018

Najafi-3    FDA Statement entitled, "FDA's  29
            ongoing investigation into
            valsartan impurities and
            recalls and an update on FDA's
            current findings," dated
            August 30, 2018

Page 7

E X H I B I T S (Continued)

Number    Description              Page

Najafi-4    FDA Statement entitled, "FDA    50
            Statement on the FDA's ongoing
            investigation into valsartan
            and ARB class impurities and
            the agency's steps to address
            the root causes of the safety
            issues," dated January 25,
            2019

Najafi-5    Emery Pharma Invoice dated     78
            November 18, 2022

Najafi-6    Form 483 issued to Emery       93
            Pharma, dated April 9, 2021

Najafi-7    Expert Report of Ramin (Ron)  115
            Najafi, Ph.D. dated October
            31, 2022

Najafi-8    USP 35 General Notices and    132
            Requirements, No Bates, 13
            Pages

Najafi-9    Article entitled,             137
            "Identification and Control of
            Impurities For Drug Substance
            Development using LC/MS and
            GC/MS," from The Journal of
            Liquid Chromatography and
            Related Technologies

Najafi-10   PowerPoint Presentation       149
            entitled, "Where is NDMA
            Coming From? Root Cause
            Analysis" No Bates, 25 Slides

Page 8

E X H I B I T S (Continued)

Number    Description              Page

Najafi-11   LibreTexts Document on Sodium  150
            Azide, No Bates, One Page

Najafi-12   Book entitled, Purification of  150
            Laboratory Chemicals by W.L.F.
            Amarego and D.D. Perrin, 544
            Pages,

Najafi-13   Novartis Testing Monograph for  238
            Valsartan, Bates ZHP02214602
            through 2214671

Najafi-14   FDA Document entitled "Q7 Good  246
            Manufacturing Practice
            Guidance for Active
            Pharmaceutical Ingredients,
            Guidance for Industry," No
            Bates, 58 Pages


REQUESTS

                    Page    Line

................................  81    24

Page 9

THE VIDEOGRAPHER:  We are going on the
record at 9:10 on January 18, 2023.  This is Media
Unit Number 1 of the video-recorded deposition of
Ron Najafi regarding the valsartan litigation.

My name is Justin Bily representing
Veritext, and I'm the videographer.  The court
reporter is Ellen Godino from the same firm.

All counsel will be noted on the
stenographic record.

Will the court reporter please swear in
the witness and then we can begin.

RAMIN (RON) NAJAFI, Ph.D., 1000 Atlantic Avenue,
Suite 110, Alameda, California, having been duly
sworn, testified as follows:

EXAMINATION BY MS. ROSE:

Q.    Hi, Dr. Najafi.  My name is Nina Rose,
and I represent the ZHP defendants in this case.

Can you please state your full name for
the record.

MS. ROSE:  I'm having a hard time
hearing.  Can anyone else hear?

MR. NIGH:  I can't hear him either.

THE WITNESS:  Can you hear me?

MR. NIGH:  Yes.  Now we can.

3 (Pages 6 - 9)

Page 10

1    THE WITNESS: It's Ramin Ron Najafi.
2    Q.   Dr. Najafi, as you know, this
3  deposition is being conducted remotely via an online
4  platform.
5    Have you performed a test of the
6  platform that we're using to conduct this deposition
7  prior to today?
8    A.   Yes, I have.
9    Q.   Is there anyone in the room with you
10 where you are testifying today?
11   A.   No.
12   Q.   Can anyone other than the online
13 participants to this deposition hear your testimony
14 today?
15   A.   No.
16   Q.   Are you participating on this
17 deposition using your computer audio and microphone?
18   A.   Yes, I am.
19   Q.   Do you have a telephone line available
20 in case there's a problem with your audio?
21   A.   I do.  In fact, I can -- if you give me
22 a number, I would actually rather use the phone, so
23 I can call in.
24   MS. ROSE:  I can hear you fine.
25   If -- Daniel, if you want to stop and

Page 11

1  go off and change platforms, we can.
2    MR. NIGH:  I can hear you fine too,
3  Dr. Najafi.
4    THE WITNESS:  Okay.  Then let's
5  continue.  But if a problem arises, I have a phone
6  next to me.
7    MS. ROSE:  Perfect.  Thank you.
8    Q.   Dr. Najafi, I know you've been deposed
9  in this litigation and others.
10   So is it safe to say you know the basic
11 rules of a deposition?
12   A.   Yes, I do.
13   Q.   All right.  I'll save time and not run
14 through them all, but if we can remember not to talk
15 over one another, if you can let me finish my
16 questions before you answer, I will do my best to
17 let you finish your answers before I ask a new
18 question.  Fair?
19   A.   Yes.
20   Q.   I will, for the court reporter, attempt
21 to speak slowly, especially when reading from
22 documents, so she can get every word.  Because we
23 are doing this deposition remotely, there's a few
24 things I want to discuss.
25   Aside from Zoom, do you have any other

Page 12

1  software open on your computer right now?
2    A.   No.
3    (Court Reporter Clarification.)
4    THE WITNESS:  Let me switch to phone, I
5  think, because otherwise, I'll be shouting.
6    MS. ROSE:  Okay.  Let's go off the
7  record.
8    THE VIDEOGRAPHER:  The time is 9:13.
9  Going off the record.
10   (A brief recess takes place.)
11   THE VIDEOGRAPHER:  The time is 9:17.
12 We're back on the record.
13 BY MS. ROSE:
14   Q.   Okay.  Dr. Najafi, just to clarify, you
15 are now connected to the deposition on your
16 telephone.  Correct?
17   A.   Yes, it is.
18   Q.   Okay.  And I'm not sure if we got
19 through this question before.
20   You don't have any email or messaging
21 software open on your computer.  Correct?
22   A.   No, I don't.
23   Q.   Will you agree not to open any software
24 on your computer aside from Zoom while we are on the
25 record during this deposition?

Page 13

1    A.   Yes, I do.
2    Q.   Do you have any documents or other
3  files open on your computer?
4    A.   No.
5    Q.   We're going to look at some documents
6  today on Zoom, and aside from those documents, will
7  you agree not to look at any other electronic files
8  while we are on the record for this deposition?
9    A.   I do.
10   Q.   Will you agree not to have any private
11 communications while we are on the record during the
12 deposition?
13   A.   Yes, I do.
14   Q.   Have you had any alcoholic drinks in
15 the past eight hours?
16   A.   No.
17   Q.   Are you on any medication today that
18 might interfere with your ability to give accurate
19 testimony?
20   A.   No, I'm not.
21   Q.   Is there any other reason you cannot
22 give complete and accurate testimony here today?
23   A.   No.
24   Q.   Dr. Najafi, you first submitted a
25 report in this case in November 2021.  Correct?

4 (Pages 10 - 13)

Page 14

1    A.   I believe so.
2    Q.   Is it okay with you if I refer to that
3  as your initial report or your 2021 report today?
4    A.   Sure.
5    Q.   And you gave a deposition about your
6  initial report in February of 2022.  Correct?
7    A.   Restate your question.
8    Q.   Am I correct that you gave a deposition
9  about your initial report in February 2022?
10   A.   No.
11   Q.   Have you given a deposition?
12   A.   February -- February 2022 on valsartan?
13   Q.   Yes.
14   A.   I don't recall.
15   Q.   Do you recall giving a prior deposition
16  on valsartan?
17   A.   Yes, I do.
18   Q.   Do you recall what year it was in?
19   A.   I think it was 2021.
20   Q.   Okay.  We'll get there, but how about
21  just for purposes of clarity, I'll refer to your
22  last deposition --
23   A.   Yes.
24   Q.   -- to refer to the prior deposition you
25  gave.  Is that okay?

Page 15

1    A.   Sure.
2    Q.   And since your last deposition, you
3  submitted a second report on October 31st, 2022.
4  Correct?
5    A.   Yes.
6    Q.   Is it fair to say that that's a more
7  in-depth report setting forth all your opinions in
8  this case?
9        MR. NIGH:  Form objection.
10   A.   Two different reports.
11   Q.   Would you say that your current report
12  contains all of the opinions in your 2021 report
13  plus additional opinions?
14   A.   Yes, I would say so.
15   Q.   Do you intend to offer any opinions in
16  this case that are not included in your October 2022
17  report?
18        MR. NIGH:  Form objection.
19   A.   I may have other opinions depending on
20  topic.
21   Q.   Okay.  What opinions not included in
22  your October 31st, 2022, report do you intend to
23  offer in this case?
24        MR. NIGH:  Form objection.
25   A.   Currently, I don't have any, but if

Page 16

1  something comes up and I'm asked to offer an
2  opinion, then I would.
3    Q.   Okay.  But as of today, you intend to
4  only offer the opinions that are provided in your
5  October 31st, 2022, report?
6    A.   That's correct, that's my latest
7  opinion.
8    Q.   Is it fair to say that in addition to
9  your personal experience, your opinions in this case
10  are based on the materials cited in your
11  October 2022 report and the list of materials
12  considered that was included with that report?
13   A.   Yes.
14   Q.   Did you rely or consider any other
15  materials not identified in your current report?
16   A.   No.
17   Q.   I'd like to bring up and introduce
18  Tab 1.
19        (Exhibit Najafi-1, Defendants' Notice
20  of Videotaped Deposition of Ron Najafi was received
21  and marked for identification.)
22   Q.   Dr. Najafi, have you seen this document
23  before?
24   A.   I have to -- can you make it bigger?
25        MR. NIGH:  I'm actually not seeing this

Page 17

1  document yet in the test exhibits.
2        THE VIDEOGRAPHER:  You may just have to
3  refresh.
4        MR. NIGH:  Okay.
5    A.   I haven't seen this, no.
6        MR. NIGH:  Dr. Najafi, were you able to
7  load this document up on your other screen?
8        THE WITNESS:  No.
9        MR. NIGH:  Because you can navigate
10  through the document too, as opposed to asking to
11  make it bigger and where to go.
12        THE WITNESS:  Right.  How do I -- how
13  do I load it into --
14        MS. ROSE:  Counsel -- I'm sorry.  I'm
15  sorry to interrupt, Dr. Najafi.  Why don't we go off
16  the record while we get the text right on this.  We
17  can do it for this first exhibit, and then we'll be
18  good to go for the rest of the deposition.
19        THE VIDEOGRAPHER:  The time is 9:23.
20  We're going off the record.
21        (A brief recess takes place.)
22        THE VIDEOGRAPHER:  The time is 9:24.
23  We're back on the record.
24  BY MS. ROSE:
25   Q.   Okay.  Dr. Najafi, have you seen this

5 (Pages 14 - 17)

Page 18

1 document before?
2     A.    Yes, I have.
3     Q.    When did you last see it?
4     A.    I've seen so many documents.  I think
5 this is a notice -- this is a notice of today's
6 deposition.
7     Q.    Okay.  And if you --
8         MS. ROSE:  Justin, if we go to page 5
9 of the document to Request 6.  We're actually going
10 to go to the next page.
11     Q.    This is a request for your complete and
12 entire file for this case, including -- and then if
13 you go down to Subsection (c), it says:  "All
14 materials and documents that you have reviewed at
15 any time and from any source that relate to the
16 facts of this case, your opinions in this case,
17 valsartan or nitrosamines."
18         Do you see that?
19     A.    Which page?  Page 6?
20     Q.    If you look at the screen on your first
21 screen.
22         Do you see that language?
23     A.    Page 6.
24     Q.    Page 6, Subsection (c)?
25     A.    Correct.  Got it.  Yeah.  Yeah, you

Page 19

1 have -- prepared.  Yeah, okay.
2     Q.    Did anyone ask you to produce documents
3 responsive to this request?
4     A.    Did anyone -- would you repeat your
5 question.
6     Q.    Sure.  Did anyone ask you to produce
7 documents to the defendants that are responsive to
8 this request prior to your deposition today?
9     A.    No.
10     Q.    All right.
11         MS. ROSE:  We can take the document
12 down, Justin.
13     Q.    I believe you previously testified that
14 you have never worked at FDA.  Is that correct?
15     A.    That's correct.
16     Q.    And you still have not done any
17 consulting work for the FDA.  Is that correct?
18     A.    That's correct.
19     Q.    Have you ever been to the FDA
20 headquarters?
21     A.    Yes, I have.
22     Q.    When was that?
23     A.    In 2006, 2008, you know, 2012, you
24 know, multiple times.
25     Q.    And what was the purpose for those

Page 20

1 visits, generally?
2     A.    We're -- we were developing drugs, and
3 we had multiple meetings with the FDA around our
4 investigation on new drug application.
5     Q.    And were any of those drugs
6 pharmaceuticals API?
7     A.    Yes, they were.
8     Q.    Do you recall which pharmaceutical
9 APIs?
10     A.    Investigational drugs, it's called
11 NVC-422.
12     Q.    Sorry, is NVC-422 -- that's the name of
13 the investigational drug?
14     A.    That's -- the name of the
15 investigational drug is N like Nancy, V like Victor,
16 C like Charlie, dash, 422.
17     Q.    And was that API ever used in a drug
18 that was released on the market?
19     A.    No.
20     Q.    Was a DMF, or drug master file,
21 submitted for that API?
22     A.    No.
23     Q.    And that API was manufactured by a
24 company for which you worked.  Is that correct?
25     A.    We were the -- we were contracting this

Page 21

1 out to a contract manufacturer.
2     Q.    Sorry, are you done?  I couldn't tell
3 if you were pausing or done with your answer.
4     A.    I'm done.
5     Q.    Okay.  So you -- your company and --
6 I'll back up.
7         Who was the company you were working
8 for at the time?
9     A.    It's a Swiss company called Carbogen.
10     Q.    And were you employed there?
11     A.    No.  They were -- I had hired them to
12 manufacture our API under cGMP.
13     Q.    Okay.  When you say "our API," who is
14 the "our" you are referring to there?
15     A.    My company, NovaBay Pharmaceuticals.
16     Q.    And roughly what year was that?  Or
17 years?
18     A.    I think 2000 -- late 2007, 2007, 2008,
19 2012.  We made multiple batches, you know, multiple
20 manufacturing lots.
21     Q.    But your company, NovaBay
22 Pharmaceuticals, did not manufacture the API.  It
23 was manufactured by a contract company.  Is that
24 correct?
25     A.    So on record, we are responsible for

6 (Pages 18 - 21)

Page 22

1 the manufacturing of our API, so we contracted out
2 the procedure and the methodology to manufacture to
3 Carbogen, and Carbogen was our contract
4 manufacturer. This is done very often in our
5 industry.
6     Q.    Did NovaBay Pharmaceuticals actually
7 manufacture any -- sorry, actually manufacture any
8 pharmaceutical API?
9     A.    No.
10    Q.    Do you have friends or colleagues who
11 work or have worked for the FDA?
12    A.    Yes.
13    Q.    Do you hold them in high regard
14 professionally?
15    A.    I do.
16    Q.    Would you agree that the FDA is
17 statutorily charged with protecting the public
18 health by ensuring that pharmaceutical drugs are
19 safe and effective?
20        MR. NIGH: Form objection.
21    A.    Can you be more specific?
22    Q.    Sure. I just -- do you agree that
23 there is a statute that charges the FDA with
24 protecting the public health by ensuring that
25 pharmaceutical drugs are safe and effective?

Page 23

1        MR. NIGH: Form objection.
2     A.    I presume so; that's the goal.
3     Q.    I'm sorry. I think I spoke over you.
4     A.    I said that's their goal. That's their
5 objective.
6     Q.    Okay.
7        MS. ROSE: Ellen, I just wanted to let
8 you know. I think there's a little bit of a delay
9 between the audio for Dr. Najafi. So there might be
10 times where I think he's done and he's still
11 speaking. So I apologize for that. I'll try to
12 give him time so that we don't do that again; but if
13 it's becoming a problem for you, let me know.
14    Q.    Do you agree the FDA generally acts in
15 the best interest of the public?
16        MR. NIGH: Form objection.
17    A.    I agree.
18    Q.    Are you aware that after nitrosamines
19 were identified in valsartan in June of 2018, the
20 FDA began an investigation of nitrosamine
21 contamination of pharmaceuticals?
22    A.    Yes, I am.
23    Q.    Are you aware the FDA released a number
24 of public statements updating the public on that
25 investigation?

Page 24

1     A.    Yes, I am.
2     Q.    I'm going to introduce Tab 3.
3        (Exhibit Najafi-2, FDA News Release
4 entitled, "FDA announces voluntary recall of several
5 medicines containing valsartan following detection
6 of an impurity," dated July 13, 2018, was received
7 and marked for identification.)
8        Dr. Najafi, this is an FDA news release
9 titled "FDA announces voluntary recall of several
10 medicines containing valsartan following detection
11 of an impurity."
12        Have you seen this document before?
13    A.    Was this uploaded in our -- let me just
14 take a look. Not uploaded to the -- to the
15 documents.
16    Q.    Have you hit refresh?
17    A.    Hold on one second.
18        I am doing it. It's --
19        MR. NIGH: It just showed up for me.
20    A.    Okay. Let me do it again.
21        FDA statement, okay, they're not in
22 order, that's why. Okay. I'm looking at it. Just
23 bear with me. I need to make it bigger a little
24 bit. I don't have good eyesight anymore.
25        MS. ROSE: Can we go off the record for

Page 25

1 a second.
2     A.    I have seen it.
3     Q.    You have. I'm sorry. We'll start.
4     A.    Go ahead. I have seen it.
5     Q.    I was having a tech issue, but you've
6 answered my question. You've seen it before.
7        When?
8     A.    Yeah.
9     Q.    When did you first see this?
10    A.    I can't recall; sometime -- sometime
11 probably in 2019.
12    Q.    Okay. Did you review it before you
13 were retained in connection with valsartan
14 litigation?
15    A.    Yes, I have.
16    Q.    But you don't cite this press release
17 in your report or on your list of materials
18 considered. Correct?
19    A.    I don't recall if I have or I have not.
20    Q.    Did you consider it in forming your
21 opinions in this case?
22    A.    I don't recall.
23        What is your specific question
24 regarding this that I can answer?
25    Q.    Oh, we'll get there, trust me. Trust

7 (Pages 22 - 25)

Page 26

1  me.
2      A.    Okay.
3      Q.    I have a variety of questions.
4      A.    Right.
5      Q.    So generally the press release
6  addresses the identification of NDMA in valsartan
7  API. Correct?
8      A.    That's correct.
9      Q.    And it also addresses the resulting
10 voluntary recall of certain valsartan drug products.
11 Correct?
12     A.    That's correct.
13     Q.    Are you aware of any previous
14 statements by the FDA regarding the presence of
15 nitrosamines in valsartan API or
16 valsartan-containing drugs?
17     A.    Am I aware of FDA's previous statement
18 regarding valsartan -- nitrosamine in valsartan?
19     Q.    Yes.  This press release is dated
20 July 13, 2018.  Are you aware of any prior public
21 statement by the FDA regarding the presence of
22 nitrosamines in valsartan?
23         MR. NIGH:  Form objection.
24     A.    I don't know.  I don't believe so.
25     Q.    Okay.  If we go to page 1, paragraph 1.

Page 27

1  The FDA states in the press release:  "The presence
2  of NDMA was unexpected and is thought to be related
3  to changes in the way the active substance was
4  manufactured."
5         Do you see that?
6         MR. NIGH:  Dr. Najafi, you need to
7  answer with a verbal response as opposed to nodding
8  your head yes.
9      A.    Sorry, let me take a look at this
10 statement, if you don't mind.
11     Q.    Sure.  Just so you know, it's right up
12 on the screen and it's highlighted.
13     A.    Yeah, that's very useful.  Thank you.
14         Nitrosamine -- I'm not going to read,
15 sorry.
16         Yes.
17     Q.    Okay.  Do you agree with the statement
18 by the FDA in 2018?
19     A.    You know, there is -- you can have a
20 lot of discussions around the presence of NDMA was
21 unexpected and is thought to be related to changes
22 in the way the active substance was manufactured.  I
23 think it's an accurate statement.
24     Q.    I'm sorry, did you say an accurate
25 statement or inaccurate statement?

Page 28

1      A.    It is an accurate statement.  It was --
2  it was unexpected by the defendants, that's correct,
3  but the entire -- you know, my entire opinion is
4  based on the fact that they should have expected it.
5      Q.    Got it.  Okay.  Thank you.
6         Going to page 2, paragraph 5.  The
7  press release states:  "The FDA will continue to
8  investigate this issue and provide additional
9  information when it becomes available."
10        Do you see that?  It's right up on the
11 screen.
12        Sorry, did you say you see that,
13 Dr. Najafi?
14     A.    Yes, I do.  I see it.
15     Q.    Great.
16        So in July 2018, a month after NDMA was
17 identified in valsartan API, the FDA was still
18 investigating how NDMA came to be in the product.
19 Correct?
20     A.    That's according to their statement.
21 They are continuing their investigation on this
22 issue and additional information when it becomes
23 available.
24     Q.    Thank you.
25        Dr. Najafi, are you aware that on

Page 29

1  August 30th of 2018, FDA Commissioner Dr. Scott
2  Gottlieb issued another public statement on behalf
3  of the FDA regarding nitrosamines and valsartan?
4      A.    I don't know which one you're referring
5  to.  Can you show me the specific document you're
6  talking about?
7      Q.    You're -- we're in a mind meld.  I'm
8  about to go there.
9         MS. ROSE:  We'll introduce Tab 4.
10        And, Justin, I don't think we've been
11 marking as exhibits.  So if we need to go back on a
12 break, and we can do that, I believe at this point
13 we're up to Exhibit 3?
14        THE VIDEOGRAPHER:  Correct.
15        (Exhibit Najafi-3, FDA Statement
16 entitled, FDA's ongoing investigation into valsartan
17 impurities and recalls and an update on FDA's
18 current findings, dated August 30, 2018, was
19 received and marked for identification.)
20        MS. ROSE:  Okay.  How about in putting
21 the documents up -- we can fix this on a break, but
22 in putting the documents up in the folder for
23 Dr. Najafi, we could limit -- is there any way to
24 identify them as by the exhibit number?  That might
25 be helpful for him.

8 (Pages 26 - 29)

Page 30

1    THE WITNESS: I think that might be
2  helpful.
3    MS. ROSE: We can talk about it on the
4  next break.
5    Q.   Okay. But in front of you now and
6  should be on your folder is the August 30, 2018, FDA
7  statement that I was just referring to.
8    Have you seen this before?
9    A.   I believe I have, but if you don't
10  mind, just for the sake of accuracy, could you put
11  it up on my -- on --
12    THE WITNESS: Justin, if you could put
13  it up so I can click on it and make it bigger.
14    MR. NIGH: Dr. Najafi, you can see it
15  in your folder too. I don't know if that's what
16  you're asking, but it's Tab 4 at the --
17    THE WITNESS: Yeah, in the folder.
18    MR. NIGH: Okay.
19    A.   I see Tab 1. Okay, I see it, Tab 4.
20  Okay.
21    Q.   Okay. Do you see the document,
22  Dr. Najafi?
23    A.   Just one second.
24    Yeah, I have seen this document before.
25    Q.   When was the first time you saw this

Page 31

1  document?
2    A.   Months ago.
3    Q.   Was it after you were retained in
4  connection with this litigation?
5    A.   I can't recall to the specific date and
6  time.
7    Q.   When you say "months ago," you were
8  retained in connection with this litigation in 2019,
9  I believe, so that would be about three or so years
10  ago.
11    Have you seen this document since then?
12    A.   Yes.
13    Q.   You saw it for the first time after you
14  were retained. Is that fair?
15    A.   I can't recall. It could be before; it
16  could be after.
17    Q.   Did you consider this document in
18  forming your opinions in this case?
19    A.   Yes, I did consider this document.
20  Yes.
21    Q.   But you did not include this document
22  in your list of materials considered or cited in
23  your report. Correct?
24    MR. NIGH: Form objections.
25    A.   I don't recall if I have or not.

Page 32

1    Q.   Okay. If I represent to you that this
2  document is not cited in your report or included on
3  your list of materials considered, do you have a
4  reason to take issue with that?
5    MR. NIGH: Form objection, that being
6  an inaccurate representation.
7    A.   What -- what is the specific question
8  regarding this document?
9    Q.   Oh, my question is whether you cited it
10  in your report.
11    MR. NIGH: Form objection.
12    A.   I may have or I may not. I can't
13  recall.
14    MS. ROSE: Well, let's go to page 3 of
15  the PDF at paragraph 2, where it starts "In St.
16  Louis," third paragraph down.
17    Q.   "In St. Louis the FDA maintains the
18  most advanced pharmaceutical laboratory of any
19  regulatory agency in the world."
20    Do you agree with that statement?
21    A.   What is the -- you know, it really
22  depends on whose definition is most advanced
23  pharmaceutical laboratories.
24    Q.   Do you agree --
25    A.   I haven't visited --

Page 33

1    Q.   I'm sorry. Go ahead, finish your
2  answer.
3    A.   I haven't visited their lab to see if
4  they have a most advanced pharmaceutical laboratory.
5  I can only take their word for it.
6    Q.   Okay. Do you have any reason to
7  dispute the FDA's claim that it has the most
8  advanced pharmaceutical laboratory of any regulatory
9  agency in the world?
10    MR. NIGH: Form objection.
11    A.   That's what FDA says. You know, I take
12  their word for it.
13    Q.   The statement also states at three,
14  paragraph 2: "As soon as we were aware of the NDMA
15  impurity in certain valsartan drugs, we began
16  collecting samples of all valsartan API and products
17  marketed in the United States."
18    Do you see that? Do you see that
19  what's on the screen?
20    A.   Yes, I do.
21    Q.   Do you have any reason to dispute that
22  the FDA began collecting samples of valsartan to
23  test after NDMA was identified in valsartan in
24  June 2018?
25    MR. NIGH: Form objection.

9 (Pages 30 - 33)

Page 34

1    A.    I have no reason to dispute that.
2    Q.    It goes on to state: "At the same time
3  our scientists began developing a test to detect and
4  quantify NDMA in valsartan API."
5        Do you see that?
6    A.    Yes, I do.
7    Q.    Do you have any reason to dispute that
8  the FDA began developing a test to detect NDMA in
9  valsartan after June 2018?
10        MR. NIGH:  Form objection.
11    A.    Can you repeat your question?
12    Q.    Do you have any reason to dispute this
13  statement by the FDA, that it began developing a
14  test to detect NDMA in valsartan after June 2018?
15        MR. NIGH:  Form objection.
16    A.    I have no way of knowing that, whether
17  they did or they did not, but I take their word for
18  it.
19    Q.    The next sentence says: "NDMA's
20  properties make it difficult to find."
21        Do you agree with Dr. Gottlieb, the
22  head of the FDA, that NDMA's properties make it
23  difficult to find?
24        MR. NIGH:  Form objection.
25    A.    What is the definition of -- what's

Page 35

1  your definition of "NDMA property makes it difficult
2  to find"?
3    Q.    My definition is not important.  It's
4  the FDA who is stating it.  I'm just asking if you
5  agree with that statement that was made by the FDA
6  in 2018.
7        MR. NIGH:  Form objection.
8    A.    I disagree.  I respectfully disagree
9  with the FDA.  I think it's -- that's a bad sentence
10  to begin with.  What do you mean to find?  NDMA's
11  property makes it difficult to find?  Find what?
12    Q.    Okay.  So you respectfully disagree
13  with the statement made by the head of the FDA that
14  NDMA's properties make it difficult to find?
15        MR. NIGH:  Form objection.
16    A.    It's a vague statement, but I disagree
17  with that.
18    Q.    Moving to paragraph 3 of the same page.
19  It says: "To determine if valsartan products do
20  contain this impurity, CDER scientists have now
21  developed the gas chromatography mass spectrometry
22  (GCMS) headspace testing method.  We posted this
23  method to the Web to help manufacturers and
24  regulators detect NDMA and valsartan API in
25  tablets."

Page 36

1        Do you agree with the statement that
2  the FDA developed the GCMS headspace method for
3  manufacturers to use to detect NDMA in valsartan in
4  the summer of 2018?
5    A.    I take their word for it.  They
6  apparently posted a method for detecting NDMA to
7  their website and to help the manufacturers, but
8  what I need to elaborate is that detecting NDMA and
9  analyzing NDMA has been done since late 1970s.
10    Q.    But according to this statement by the
11  FDA, the FDA developed the gas chromatography mass
12  spectrometry testing method in June 2018.
13        MR. NIGH:  Form objection.
14    A.    That's what FDA stated.  What I'm
15  saying is that, you know, FDA is not the ultimate
16  analytical expert on this -- on the planet.  You
17  know, NDMA analysis, you know, has been done since
18  late seventies.
19    Q.    Would you agree that the FDA had not
20  identified a specific method to test for NDMA or
21  NDEA prior to the summer of 2018?
22    A.    Would you repeat again?
23    Q.    Sure.  Would you agree that the FDA had
24  not identified publicly a specific method to test
25  for NDMA or NDEA prior to the summer of 2018?

Page 37

1    A.    I don't know.
2    Q.    Do you know if the FDA --
3    A.    What I can tell you -- if you don't
4  mind, what I can tell you, not only NDMA was being
5  analyzed in the seventies, which is really 50 years
6  ago, prior to that, Novartis found NDMA and they had
7  a method to analyze NDMA.  And Novartis's
8  subcontractors, Sovias, also was able to -- had a
9  method to detect NDMA in -- by GCMS, by GC-FID.  FDA
10  was not the first body to come up with a method with
11  the NDMA, if that's what you're asking.
12    Q.    That wasn't what I was asking.
13        What I was asking was do you agree that
14  the FDA had not mandated a specific method to use to
15  test for NDMA or NDEA prior to the summer of 2018?
16        MR. NIGH:  Form objection.
17    A.    In my opinion, FDA is not the body that
18  mandates testing.  It's the manufacturers that need
19  to do their testing, come up with the methodologies,
20  et cetera, et cetera.  It's really not FDA's
21  responsibility to say what should be done or
22  shouldn't be done.
23    Q.    Do you agree that current 2022 -- now
24  we're in 2023; I haven't caught up in years yet --
25  current FDA regulations and guidance provide for the

10 (Pages 34 - 37)

Page 38

1  use of GCMS testing to test for NDMA and NDEA?
2      A.   I think as a result of valsartan and
3  other -- pardon me.  Let me actually turn off my
4  phone.
5          As a result of nitrosamine situation,
6  they have gotten involved, but, you know, the
7  guidances -- there are plenty of guidances out there
8  for genotoxic impurities and controlling and
9  limiting genotoxic impurities by ICH, by FDA, by,
10 you know, European regulatory bodies.  You know, so
11 there are plenty of guidances out there dating back
12 to beginning of time.
13     Q.   Okay.  But I'm asking a very specific
14 question, and I think you answered it in a
15 roundabout way already.
16         The FDA had --
17     A.   Okay.
18     Q.   As of today, the FDA has adopted
19 guidance regarding the use of GCMS testing for NDMA
20 and NDEA.  Correct?
21     A.   They have now guidances, correct.
22     Q.   Great.
23         But prior to the summer of 2018, the
24 FDA, and only the FDA, had not adopted any guidances
25 on using GCMS testing to detect NDMA or NDEA.

Page 39

1  Correct?
2      A.   I think, you know, FDA reacts to
3  matters that come before them, and in this case,
4  they have come up with guidances.  But typically
5  manufacturers need -- tell FDA how they're going
6  to do their testing, what the testing entails and
7  how they're going to be controlling genotoxic
8  impurities, et cetera, and not the other way around.
9          Just to elaborate for the sake of
10 better communication, when I go to the FDA around my
11 API, I don't ask FDA how I should be testing my
12 drug.
13     Q.   Okay.  I appreciate the elaboration
14 and, again, I think maybe we have the answer, but I
15 just want to clarify that we have it on record.
16         That prior to the summer of 2018, the
17 FDA had not adopted guidance providing a method to
18 detect for NDMA or NDEA in pharmaceutical
19 substances.  I believe you've said yes through your
20 elaboration, but I just want to make sure that I'm
21 clear so we're on the same page.
22     A.   I said yes with qualifications, and
23 it's a very important one, that --
24     Q.   I appreciate the qualifications.
25     A.   For us, you know, because FDA -- do you

Page 40

1  think FDA has a guidance for every genotoxic
2  compound?  No, they don't.
3      Q.   Okay.  We'll move on.
4      A.   They don't.
5      Q.   Let's look at page, on page 3 of the
6  PDF, paragraph 5, that partially states:
7  "... specifically a combination of conditions which
8  include certain chemicals, processing conditions,
9  and production steps could lead to formation of the
10 NDMA impurity.  We believe that these risks are
11 introduced through a specific sequence of steps in
12 the manufacturing process where certain chemical
13 reactions are needed to form the active ingredient.
14 Before we undertook this analysis, neither
15 regulators nor industry fully understood how NDMA
16 could form during this process."
17         Do you agree with the FDA commissioner,
18 that before the FDA undertook its analysis following
19 the identification of NDMA in valsartan in June of
20 2018, neither regulators nor industry fully
21 understood how NDMA could form during the
22 manufacturing process?
23         MR. NIGH:  Form objection.
24     A.   I'm trying to download this on my list.
25 Is that Tab 4?

Page 41

1      Q.   This is the same document we've been
2  talking about.  If we want to go off the record so
3  you can look at the document in full for a few
4  minutes and then talk about it, that's fine.  We're
5  fine with that, but we haven't switched documents.
6  We're on the same document we've been on.
7      A.   Let's not go off the record because I'm
8  not planning to be here all day.
9      Q.   Okay.  Well, you want some time to
10 review the document?
11     A.   Yeah.
12     Q.   I appreciate that.  I want to give you
13 the time you need.
14     A.   Right.  So this is -- this is on the
15 same document Dr. Gottlieb's press release you're
16 talking about.
17     Q.   I'm talking about the exact same
18 document we've been talking about.
19     A.   Okay.
20     Q.   I'm talking about the July 2018 -- I'm
21 sorry, August 2018.  Same page that we've been
22 looking at, the last paragraph in the page, on
23 page 3.
24     A.   Three, last paragraph, okay.  Got it.
25 I see it now.

11 (Pages 38 - 41)

Q. Do you agree with the FDA's statement that is highlighted on the screen right now?
MR. NIGH: Form objection.
Q. Dr. Najafi, I'm going to ask to go off the record so you can review the document. I just don't want to waste time with reading documents.
MR. NIGH: Ms. Rose, I don't know if you know the ruling. If it's something where he's trying to read for five to ten minutes --
MS. ROSE: I don't think that's what the document -- sorry, what the ruling said. But also, we've been on the same document for a while, and it's just a sentence.
MR. NIGH: I would disagree. That is the ruling. So to try to go off the record 30 seconds after a question when he's trying to look at the document to answer the question I think is inappropriate.
THE WITNESS: And, Nina, if you keep bombarding me with questions, it interrupts me from reading that statement. I cannot accurately respond to you, you know -- you know, if we're off the record, but just please allow me, you know, like 60 seconds of no conversation so I can actually read the statement.

MS. ROSE: Okay, Ellen, did we ever go off the record? We've been on the record this whole time?
I'll give you 30 seconds to read this one sentence.
A. You want to give me -- I appreciate 30 seconds of no conversation.
Q. Okay. Perfect.
A. I appreciate it.
Q. Dr. Najafi, I just timed on my phone 30 seconds. Are you comfortable talking about this?
A. Yeah, yes. So what's your specific question?
Q. To repeat my question, do you agree with the FDA commissioner's statement that prior to June of 2018, neither regulators nor industry fully understood how NDMA could form during the manufacturing process?
MR. NIGH: Form objection.
A. I respectfully disagree with the FDA's statement.
Q. Is it your position --
A. And I can explain, and I can explain why.
Q. I'm fine with your answer. You

answered my question. Thank you.
Is it your position that the FDA should have known prior to the summer of 2018 that NDMA could form during the manufacturing process for valsartan API?
MR. NIGH: Form objection.
A. Not the responsibility of FDA to understand the process.
Q. Okay. Looking at paragraph 5 on pages 3 to 4 --
MS. ROSE: So actually, you can stay just where you are, Justin, the next sentence after the highlighted part -- you don't have to go anywhere else.
Q. "We are still not 100 percent sure that this is the root cause of the problem. Full understanding will require correlation of multiple test results from valsartan APIs made by different processes with the various process steps used by different manufacturers or at different times."
Do you agree with this statement?
A. I think what they're saying is they are -- essentially they're doing root-cause analysis of how NDMA is being developed, being generated. Do I agree with that statement, "full understanding

would require correlation of multiple test results from valsartan API made by different processes with the various process steps"? I think, you know, this is being written by some regulatory people and it's not -- you know, when we looked at the process, it immediately -- you know, something immediately jumped at us and said this is why NDMA is formed.
Q. So would you say that as of August 2018, the FDA was not still a hundred percent sure of how NDMA became present in valsartan API?
MR. NIGH: Form objection.
A. I'm not sure what you mean by "a hundred percent sure," and I don't know whether various key individuals at FDA were looking -- looking at it. You know, if some, you know, QA, quality assurance, person is looking at it, yeah, they couldn't figure it out. If they put it before a very experienced and synthetic chemist, organic chemist, CMC specialist at the FDA, I think they would immediately be able to see the problem.
Q. All right. But this statement which was by Dr. Gottlieb, the head of the FDA, the commissioner of the FDA, he stated: "We are not a hundred percent sure this is the root cause." Correct?

Page 46

1    A.    That's what he says.

2    Q.    Okay. Going down to page 5 at

3  paragraph 1. Okay. Very top of the page.

4        "Recognizing these risks is based on a

5  deep understanding of the chemistry involved in drug

6  manufacturing and the theoretical risk that an

7  impurity could be a byproduct of an essential step

8  used in the manufacture of an active ingredient."

9        Do you agree with that statement?

10    A.    I need 30 seconds.

11    Q.    I've got the clock running, don't

12  worry. I-phones are counting.

13    A.    So the key statement here is

14  recognizing these risks is based on deep

15  understanding of chemistry involved in drug

16  manufacturing and theoretical risk that an impurity

17  could be a byproduct of an essential step used in

18  the manufacture of an active ingredient.

19        And whose responsibility is that? Is

20  that FDA's responsibility or manufacturer's

21  responsibility? In my opinion, as I've stated in my

22  expert report, it is a hundred percent

23  manufacturer's responsibility.

24    Q.    Okay. But would you agree that

25  understanding the risk of nitrosamine formation in

Page 47

1  valsartan requires an understanding of a theoretical

2  risk that an impurity could be a byproduct of a step

3  used in the manufacture of API?

4        MR. NIGH: Form objection.

5    A.    I don't understand what they are saying

6  by "theoretical risk." As part of cGMP, your client

7  could have conducted a thorough risk assessment,

8  and -- and that risk assessment should have --

9  should have conducted, by their lead organic

10  chemist, especially -- especially when they're

11  changing the manufacturing process.

12        When you -- you know, when you changed,

13  you know, when -- instead of adding sugar, you add

14  artificial sweetener, you know, you're changing --

15  you're going to change the taste of your cake. You

16  know, and you need to do a risk assessment.

17        You know, while the taste is going to

18  change, what about its thickness? What about its

19  consistency? What about its weight? That is not

20  theoretical. That is a very serious matter. And,

21  you know, FDA -- you know, on record and off record,

22  I can tell you they have never manufactured a

23  product in their life.

24    Q.    Okay. So again, just trying to go back

25  to my question, and I think you answered --

Page 48

1    A.    I answered it.

2    Q.    You disagree with the FDA that

3  recognizing the risk of NDMA is kind of based on

4  understanding a theoretical risk that an impurity

5  could form. Is that correct?

6        MR. NIGH: Form objection.

7    A.    So it is -- again, as I've -- I've

8  already answered your question, I think. We should

9  probably move on; but if you want further

10  elaboration, you know, theoretical risk, what FDA is

11  stating here, theoretical risk, a lot of FDA, very

12  experienced chemistry manufacturing control people,

13  they call them CMC experts at FDA, this is not

14  written by their CMC expert; I can tell you that

15  much.

16        Theoretical risk -- this is not,

17  there's no theory involved in manufacturing. You

18  know, you do a risk assessment.

19    Q.    Dr. Najafi, were you involved in

20  writing this public statement?

21        MR. NIGH: Form objection.

22    A.    What is -- are you asking me if I wrote

23  this?

24    Q.    Well, you just said that you know for a

25  fact that CMC people at the FDA were not involved in

Page 49

1  writing this report. So I'm just asking how you

2  know that.

3    A.    Because it doesn't sound like a CMC

4  person.

5    Q.    But you don't know --

6    A.    I can speculate.

7    Q.    I'm sorry, you just said you're

8  speculating that CMC was not involved?

9        MR. NIGH: Form objection.

10    A.    I am speculating -- it does not sound

11  like a CMC person writing that statement.

12    Q.    But that's your assumption. You don't

13  have any personal knowledge of that?

14        MR. NIGH: Form objection.

15    Q.    Is that correct?

16    A.    This is based on my experience in the

17  industry for the last 40 years.

18    Q.    But you've never worked at the FDA.

19  Correct?

20    A.    I have never worked for the FDA, but

21  I've worked with the FDA, and I know how they talk

22  as it relates to these matters.

23    Q.    Okay. We'll move on.

24        I'm going to look at five, paragraph 1,

25  where it states: "Because it was not anticipated

13 (Pages 46 - 49)

Page 50

1  that NDMA would occur at these levels in the
2  manufacturing of the valsartan API, manufacturers
3  would not have been testing for it."
4      Is that correct?  I'm just asking if I
5  read that correctly.
6      A.  This is from the same statement
7  because -- the continuation, I think.  Because it
8  was not anticipated that NDMA would occur at these
9  levels, these manufacturers -- manufacturer of
10 valsartan API and would not have been testing for
11 it.  That's what they say, and I disagree with that
12 statement.
13     Q.  You disagree with the FDA, and the
14 commissioner of the FDA, Scott Gottlieb?
15         MR. NIGH:  Form objection.
16     A.  I do.  And I can -- I can further
17 elaborate.
18     Q.  I'm fine.  No need.  You've answered my
19 question.
20     A.  I respect -- I respect -- yeah.
21     Q.   Thank you.
22         MS. ROSE:  I'm going to move to mark
23 Tab 5.  I think that would be Exhibit 4.
24         (Exhibit Najafi-4, FDA Statement
25 entitled, FDA Statement on the FDA's ongoing

Page 51

1  investigation into valsartan and ARB class
2  impurities and the agency's steps to address the
3  root causes of the safety issues, dated January 25,
4  2019, was received and marked for identification.)
5          MS. ROSE:  Thank you.
6      Q.  This document is "FDA's statement on
7  the FDA's ongoing investigation into valsartan and
8  ARB class impurities and the agency steps to address
9  the root causes of the safety issues," and it was
10 issued on January 25, 2019.
11     Have you seen this document before,
12 Dr. Najafi?
13     A.  I believe so.
14     Q.  Do you know when you first saw this
15 document?
16     A.  I cannot give you exact time and date.
17     Q.  Well, was it after you were retained as
18 an expert in valsartan litigation?
19     A.  I cannot give you exact time and date.
20 It might be before; it might be after.
21     Q.  Did you rely on this document in
22 forming your opinions in connection with this case?
23     A.  If I relied on this, probably it's in
24 my citations.
25     Q.  And if it's not in your citations, does

Page 52

1  that mean that you did not consider or rely on it in
2  forming your opinions?
3      A.  Yes.  I believe I have reviewed it at
4  one point.
5      Q.  All right.  In this January 29th press
6  release, the FDA said on page 4, at paragraph 2:
7  "One challenge we faced is that NDMA's properties
8  make it hard to detect in standard laboratory
9  testing the kind of testing results that are
10 reviewed during a surveillance inspection."
11     Do you agree with the FDA's statement
12 that NDMA's properties make it hard to detect in
13 standard laboratory testing?
14     A.  What page is this again?
15     Q.  Sure.  It's right up on the screen in
16 front of you.  It's on page 4 at paragraph 2.  I'll
17 give you 30 seconds.
18     A.  Oh, no.  We need more than 30 seconds.
19 This is --
20     I have -- okay.  Yeah, okay.  What's
21 your question?
22     Q.  I just asked if you agreed with the
23 FDA's statement that NDMA's properties make it hard
24 to detect in standard laboratory testing.
25         MR. NIGH:  Form objection.

Page 53

1      A.  I disagree with that statement because
2  prior to this date, in June of 2018 or perhaps even
3  earlier, Novartis, in their very routine GC-FID
4  testing, they saw lots of impurities in your
5  client's API, and they wanted to know what those
6  impurities were.
7      And they sent it to a contract lab, and
8  they got it -- within a day they knew they had an
9  NDMA in it.
10     Q.  Okay.  So you disagree that NDMA's
11 properties make it hard to detect in lab testing?
12     A.  I disagree.
13         MR. NIGH:  Form --
14     Hold on, Dr. Najafi.
15     Form objection.
16     You can answer.
17         MS. ROSE:  I think he answered already.
18     A.  I disagree.
19     Q.  Okay.  You just said a couple of things
20 that I want to talk about really quickly.  You said
21 that in June of 2018, Novartis discovered NDMA in
22 routine FID, testing?
23     A.  GC-FID testing.
24     Q.  Sorry, apologies for my shorthand.
25     You also said that maybe earlier they

14 (Pages 50 - 53)

Page 54

1  identified NDMA using GC-FID testing.
2         Do you have any evidence to support the
3  notion that Novartis identified NDMA in valsartan
4  earlier than June 2018?
5      A.   Do you agree that Novartis did find
6  NDMA in their routine GC-FID testing?  It's in my
7  report.
8      Q.   Sorry, are you asking me a question or
9  is that your answer?
10     A.   It's the same.  It could be an answer
11 and statement.  They did find it.
12     Q.   Okay.  Is -- does -- stated anywhere in
13 your report that Novartis identified NDMA in
14 valsartan prior to May/June 2018?
15     A.   I don't believe so, but I believe
16 certain individual at your client's manufacturing
17 facility had testified to the fact that they had
18 nitrosation of another sartan as early as 2017.
19     Q.   Okay.  Not my question.  We can go back
20 to that.  Trust me, we can go back to that, but I'm
21 just asking about Novartis.
22        Do you have any evidence that Novartis
23 identified NDMA in valsartan prior to May/June 2018?
24     A.   No.
25     Q.   And would you agree -- I think you

Page 55

1  already stated this -- that Novartis didn't identify
2  NDMA in valsartan using GC-FID testing.  It wasn't
3  until a contract lab was brought in to test
4  valsartan that NDMA was identified.  Correct?
5      A.   So you're making it sound like they had
6  to go to a contract specialized lab to get this
7  done.  Novartis has far, far, far more resources in
8  terms of GCMS capability than any contract lab on
9  the planet.  The reason why they go to a contract
10 lab, sometimes it's because of internal resources
11 and, you know, resource planning and so forth.
12        It probably would have taken them
13 longer to actually get it done at their own
14 facility, and it's a lot quicker to send it out to a
15 contract lab.  So that's what they did.
16        GCMS testing is extremely routine, and
17 because Novartis's GC-FID trace was so dirty, was so
18 much full of impurities, Novartis just wanted to
19 know what are all these little tiny impurities.  And
20 that's what -- they send it to get a quick response,
21 quick answer.
22     Q.   Okay.  But you agree that even with all
23 of Novartis's capabilities, they did not identify
24 NDMA or ask anyone else to identify NDMA in
25 valsartan prior to May/June 2018?

Page 56

1         MR. NIGH:  Form objection.
2      A.   All I'm aware is what has been, you
3  know, shown to me as part of my, you know, various
4  disclosures.  I know that Novartis had that at that
5  time and point, and Sovias did the work for them --
6         (Court Reporter Clarification.)
7      A.   So let me repeat.
8         You know, Novartis -- Novartis was
9  responsible for identifying NDMA in valsartan.
10 Whether they did it themselves or sent it out to a
11 contract lab, it's immaterial.  It's their finding.
12     Q.   Okay.  Again, my question was a
13 temporal one.
14        You agree that neither Novartis, nor
15 any contract lab that they may have partnered with,
16 identified NDMA in valsartan prior to May/June 2018?
17     A.   They might have, but I don't know.  I
18 haven't seen any document.  They might have.
19     Q.   Did you ask for any documents regarding
20 Novartis's investigation of NDMA prior to May
21 of 2018?
22     A.   No.  We were -- I was simply given what
23 the lawyers provided to me.
24     Q.   So the materials that you considered in
25 this case were limited to materials that the lawyers

Page 57

1  provided to you.  Correct?
2      A.   Correct.
3      Q.   Okay.  I'm going to change topics
4  quick.
5         Would you say that you use the same
6  rigor in your work as an expert as you do in your
7  work at your lab at Emery Pharmaceuticals?
8      A.   I do.
9      Q.   Is that true in all the cases in which
10 you serve as an expert?
11     A.   I do my best.
12     Q.   Do you use the same level of rigor and
13 standards in all your expert work?
14     A.   I do my best.  I try.
15     Q.   You try to use the same level of rigor
16 in all your cases?
17     A.   Yes.
18     Q.   But you might not always live up to
19 that standard?
20     A.   We're only human and we know what we
21 know, and sometime we don't know what we don't know.
22     Q.   That would be true for pharmaceutical
23 manufacturers as well.  Right, Dr. Najafi?
24     A.   That's true.  That's true.
25     Q.   When did you start writing the report

15 (Pages 54 - 57)

Page 58

1  that you submitted on October 31st, 2022?
2      A.    Probably sometime during summer.
3      Q.    I want to put -- well, you know what?
4  I'll just -- I'll say it.
5          When you were deposed in February about
6  your first report, you said at the time that you
7  were in the process of creating a second report.
8  Was that accurate at the time?
9      A.    Yes.
10     Q.    So you probably started writing your
11 report prior to February 2022?
12     A.    I can't recall.  We have been putting
13 basically lots of communication to the lawyers.  You
14 know, I put lots of confidential attorney-client,
15 you know, material together for them, so yeah.
16     Q.    So when would you say you started
17 coming up with the opinions in your October 31st,
18 2022, report?
19     A.    I cannot put a time and date on it.
20     Q.    But fair to say it was after you were
21 retained as an expert?
22     A.    I started immediately after we were
23 retained, and I've been accumulating opinions as we
24 sort of got documents and reviewing things and so
25 forth.

Page 59

1      Q.    Much of your report concerns actions
2  that you state were taken or not taken by ZHP, who
3  is the manufacturer of valsartan API.  Correct?
4      A.    Could you repeat your question?
5      Q.    Oh, sort of a simple point, that your
6  report talks about actions taken or not taken by
7  ZHP.  Correct?
8      A.    I also -- you know, it's not only ZHP,
9  you know.  It's -- ZHP's API manufacturer.  You
10 know, I've also written about the finish dose
11 manufacturers as well.
12     Q.    Okay.  Did you speak to anyone from ZHP
13 in forming your opinions?
14     A.    No.
15     Q.    Did you ask to speak to anyone at ZHP?
16     A.    No.
17     Q.    Were you ever told you could not speak
18 to someone from ZHP?
19     A.    No.
20     Q.    And you just said that your report also
21 discusses finish dose manufacturers.
22          Does that include Novartis?
23     A.    I might have mentioned Novartis, but
24 specifically, finish dose manufacturers that used
25 ZHP's API.

Page 60

1      Q.    Did you speak to anyone from Novartis
2  in forming your opinions in this case?
3      A.    No.
4      Q.    Did you ask to speak to anyone at
5  Novartis?
6      A.    No.
7      Q.    Were you ever told you could not speak
8  to someone from Novartis?
9      A.    No.
10     Q.    Okay.  And when you were talking about
11 the finish dose manufacturers for valsartan, would
12 that include Torrent, Teva, Solco, and Princeton?
13     A.    I believe so.
14     Q.    Did you speak with anyone from any of
15 these drug product manufacturers in forming your
16 opinions?
17     A.    No.
18     Q.    Did you ask -- sorry, did you ask to?
19     A.    No.
20     Q.    And were you ever told you could not
21 speak to anyone from these companies in forming your
22 opinion?
23     A.    No.
24     Q.    We've talked a little bit about your
25 report and your list of materials considered.  Did

Page 61

1  you review all of the documents that are included in
2  your report and the list of materials considered?
3      A.    I -- some, I scanned through them.
4  Some, I read through all of it, you know, and yeah,
5  it's been a while.
6      Q.    So you can't say for sure you've looked
7  at every document that's listed on your materials
8  considered?
9          MR. NIGH:  Form objection.
10     A.    I've cited them.  I've actually read
11 through parts that I've cited, but I cannot tell you
12 that I've read a hundred percent of the material, of
13 a paper.
14     Q.    Who decided what would be included on
15 your list of materials considered?
16          MR. NIGH:  Form objection.
17     A.    I did.
18     Q.    And how did you make that
19 determination?  What documents did you include?
20     A.    Based on documents that were provided
21 to me, and there were a ton of documents that I did
22 not cite.
23     Q.    How did you make the decision of what
24 you cited and what you didn't cite?
25     A.    Material that mattered to the NDMA, I

16 (Pages 58 - 61)

Page 62

1  focused on.
2      Q.   How many documents were you provided by
3  the lawyers in total?
4      A.   Do you need an exact number?
5      Q.   Oh, no.  An estimate is fine.  Dozens?
6  Hundreds?  Thousands?
7      A.   More than a hundred, probably less than
8  a thousand.
9      Q.   Do you know how many documents have
10 been produced by the ZHP defendants in connection
11 with this case?
12     A.   No.
13     Q.   Do you know how many documents have
14 been produced by all defendants in the case?
15     A.   No.
16     Q.   Could you say what percentage of the
17 defendants' production you reviewed?
18     A.   No.
19     Q.   Is it fair to say that you don't know
20 if you reviewed the entire universe of documents
21 that have been produced in this case?
22     A.   That's correct.
23     Q.   Did you ask the lawyers to review any
24 specific documents?
25     A.   Did I ask the lawyers -- could you

Page 63

1  repeat your question.
2      Q.   Sure.  Did you ask plaintiffs' lawyers
3  to provide you with any specific documents?
4      A.   Yes, I have.
5      Q.   Which documents?
6      A.   I cannot recall right now.
7      Q.   Any category, you can't give any -- any
8  information about what you may have asked for?
9      A.   No; but I have inquired about, you
10 know, additional documents or additional information
11 regarding various deposition that they were
12 conducting of various individuals.  Those -- and in
13 some cases, I've asked to get more detail on some of
14 the deposition, things like that.
15     Q.   Who did you ask when you asked for more
16 information from the plaintiffs' lawyers?
17     A.   Primarily Rosemarie Bogdan and
18 secondarily, Daniel Nigh.
19     Q.   Have you read any of the complaints in
20 this case?
21     A.   Not thoroughly; scanned through them.
22     Q.   And do you know who the plaintiffs are
23 in the case currently at issue?
24     A.   I only know Daniel and Rosemarie; I
25 don't know anybody else.

Page 64

1      Q.   Oh, sorry.  I didn't mean the
2  plaintiffs' lawyers.  The plaintiffs themselves, who
3  Daniel and Rosemarie represent.
4      A.   No, I do not know any of them.
5      Q.   Have you ever heard of Susan Bain?
6      A.   No.
7      Q.   Have you ever heard of Laura Plunkett?
8      A.   No.
9      Q.   Have you ever heard of Dr. Stephen
10 Hecht?
11     A.   I believe I have, yes.
12     Q.   Who is Dr. Hecht?
13     A.   I think one of the experts on the case.
14     Q.   Have you read the report -- I'm sorry,
15 have you read any report that Dr. Hecht has
16 submitted in the case?
17     A.   No.
18     Q.   Have you communicated with Dr. Hecht at
19 all?
20     A.   No.
21     Q.   Are you basing any of your opinions on
22 information or opinions provided by Dr. Hecht?
23     A.   No.
24     Q.   Are any of Dr. Hecht's opinions
25 relevant to your opinions?

Page 65

1      A.   I don't know what his opinions are, so
2  I can't tell you.  I don't know him.
3      Q.   Okay.  Do you know who Philip Russ is?
4      A.   No.
5      Q.   Do you know who Laura Craft is?
6      A.   No.
7      Q.   Is it fair to say that if you don't
8  know anyone who I just mentioned who you said you
9  don't know who they are, you are not relying on any
10 opinions they might have provided in this case?
11     A.   Correct.
12     Q.   Is it accurate to say that you're
13 offering opinions in this case as an expert in
14 chemistry?
15     A.   That's correct.
16     Q.   Have you been offered as an expert in
17 any other field?
18     A.   No.
19     Q.   Is it accurate to say that you offer
20 opinions on what was generally known in the field of
21 chemistry regarding the potential for the formation
22 of NDMA or NDEA during the times ZHP was developing
23 and using the zinc chloride and TEA with quenching
24 processes to manufacture valsartan API?
25     A.   Yes.

17 (Pages 62 - 65)

Page 66

1    Q.   Is it accurate to say that you're
2  offering opinions regarding compliance with cGMPs by
3  manufacturers of generic valsartan API and finish
4  dose products?
5    A.   Yes.
6    Q.   Accurate to say that you're offering
7  opinions as to whether generic finish dose -- sorry,
8  offering opinions as to whether generic finish dose
9  valsartan drugs manufactured using ZHP's API were
10  adulterated?
11    A.   Yes.
12    Q.   And are you offering the opinion that
13  generic valsartan manufactured with ZHP's API is not
14  chemically or pharmaceutically equivalent to the
15  brand-name reference listed drugs Diovan and
16  Exforge?
17    A.   Yes.
18    Q.   Any other general opinions are you
19  offering in this case?
20    MR. NIGH:  Form objection.
21    A.   Whatever I have put in my expert report
22  is the opinion that I've given.
23    Q.   Do you intend to offer opinions
24  regarding causation?
25    MR. NIGH:  Form objection.

Page 67

1    A.   Causation as it relates to what?
2    Q.   Are you offering any opinion about
3  whether nitrosamines are genotoxic or can cause
4  cancer?
5    A.   No.
6    Q.   Are you offering any opinions on the
7  toxicity of nitrosamines?
8    A.   No.
9    Q.   Are you offering any opinions about the
10  level of exposure to nitrosamines that you believe
11  is capable of causing cancer?
12    A.   No.
13    Q.   Are you offering the opinion that a
14  specific patient developed cancer as a result of
15  taking valsartan?
16    A.   No.
17    Q.   And you agree you're not a medical
18  doctor, toxicologist, or epidemiologist.  Correct?
19    A.   That's correct.
20    MS. ROSE:  Do you want to take a break
21  right now?  It's up to you.  We've been going for a
22  bit.  I'm happy to keep going.  I just wanted to
23  offer you the opportunity.
24    THE WITNESS:  No, let's keep going.
25    MS. ROSE:  Okay, I like your style.

Page 68

1    THE WITNESS:  I have a dinner plan at
2  my mom's tonight, so I want to make it to that.
3    MS. ROSE:  Well, you're three hours
4  earlier than me, at least, so you have a chance.
5  I'm out for dinner, I fear.
6    Q.   All right.  Dr. Najafi, who wrote your
7  October 31st, 2022, report?
8    A.   I did.
9    Q.   Did you have assistance from anyone in
10  researching or drafting your report?
11    MR. SLATER:  Work product.  Please
12  object.  That's work product.  They can't ask the
13  question.  Come on, guys.
14    MS. ROSE:  I'll rephrase my question.
15    Q.   To be clear, I'm not trying to get any
16  communication you may have with plaintiffs' counsel
17  involved in this case.
18    MR. SLATER:  You can ask who wrote the
19  report or who had input into the report.  Under the
20  federal rules, that's work product.
21    MS. ROSE:  Okay.  I'm not trying to get
22  into work product at all.
23    Q.   Did you have assistance from anyone,
24  other than lawyers, in researching or drafting your
25  report?

Page 69

1    A.   I have several people here at Emery
2  that I routinely ask for support for research for,
3  you know, various things that they do for me.
4    Q.   All right.  So let's go through those
5  people.
6     Who at Emery Lab assisted you in
7  researching or drafting your report in this case?
8    A.   Dr. Neil Bose, and primarily Dr. Rakesh
9  Jain.
10    Q.   Can you spell that last name?
11    A.   Which one?  Bose is B-O-S --
12    Q.   Bose I have.  Sorry.
13    A.   Like Bose speaker, and Rakesh is
14  R-A-K-E-S-H, Jain, J-A-I-N, like Nancy.
15    Q.   Okay.  Anyone else at Emery Lab?
16    A.   No.
17    Q.   Did anyone else at Emery Lab
18  participate at all in your research or in your
19  report in this case?
20    A.   No.
21    Q.   What specifically did Dr. Neil Bose do
22  in helping you inform your opinions in this case?
23    A.   He's an analytical chemist, Ph.D.
24  analytical chemist.
25    Q.   Okay.  And did he perform research?

18 (Pages 66 - 69)

Page 70

1     A.   He worked for me here in my lab.  And
2   he's in charge.  He's our chief scientific officer
3   and in charge of our mass GCMS, GC-FID, and in
4   charge of our various LCMS instruments.  That's what
5   he does.
6     Q.   Okay.  But I'm just asking about his
7   role in you creating your report in this case.
8          What did he do?
9     A.   Provide me with some of the research
10  activities.
11    Q.   What do you mean by "research
12  activities"?
13    A.   I can't put my finger on it, from time
14  to time I've asked him to, you know, search
15  something or explain something to me or things like
16  that.
17    Q.   Okay.  How many hours do you think he
18  spent on this case?
19    A.   Probably five to ten hours.
20    Q.   And did he draft any portions of your
21  report?
22    A.   No.
23    Q.   Did he edit any portions of your
24  report?
25         MR. NIGH:  I'm sorry, I saw your lips,

Page 71

1   Dr. Najafi, but I am not sure we could actually hear
2   that answer.
3          MS. ROSE:  I didn't hear it.
4     A.   I said, "No."  "No."  Sorry about that.
5     Q.   Did Dr. Bose review any of the company
6   documents you cite in your report?
7     A.   I believe so.
8     Q.   Do you have an estimate of how many
9   company documents Dr. Bose reviewed?
10    A.   No.
11    Q.   Did he review any draft of your report?
12    A.   No.
13    Q.   Did he decide which documents would be
14  cited in your report?
15    A.   No.
16    Q.   Going to Dr. Rakesh Jain, I assume --
17  is it safe to assume that that is a he?
18    A.   It's a he.
19    Q.   Great.  Thank you.  I don't want to
20  assume, so I want to ask.
21         What was his role in helping you write
22  your report in this case?
23    A.   So Rakesh is a Ph.D. synthetic organic
24  chemist, and I helped -- I asked him to research
25  NDMA from the beginning of time.  And he had no

Page 72

1   access to any of the documents at all.
2     Q.   And did Dr. Jain do all of the research
3   on NDMA that's cited in your report?
4     A.   I believe -- you know, so he put
5   together something for me.  I think I've taken --
6   I've cut and pasted some of his research into my
7   report.
8     Q.   But did you do any independent -- I'm
9   sorry, I didn't mean to cut you off.  Were you still
10  speaking?
11    A.   No.  I said -- you asked me which --
12  what I don't recall right now, but I believe I have
13  some of this cut and paste.  These are basically
14  literature public information, publicly available
15  NDMAs by things, chemical reactions and things like
16  that.
17    Q.   Did you do any research regarding NDMA
18  aside from what Dr. Jain did?
19    A.   Yes, I did.
20    Q.   Okay.  How does your research differ
21  from Dr. Jain's research?
22    A.   Mine was sort of very specific to
23  certain, you know, chemical reactions of NDMA.  His
24  was more global.  And effectively, I asked him to
25  put a review together for me, almost like a review

Page 73

1   for publication.  You want to publish a review of
2   NDMA and how -- where NDMA, how NDMA is formed, and,
3   you know, were the sources of NDMA.  That's what we
4   did.
5     Q.   Okay.  So Dr. Jain did the research and
6   you looked at his findings.  Is that fair to say?
7          MR. NIGH:  Form objection.
8     A.   Yes.
9     Q.   And you just talked about publication
10  of NDMA.  I just wanted to make sure.
11         You've never published anything
12  regarding the formation of NDMA.  Correct?
13    A.   Well, it depends what you consider
14  publication.  We -- we submitted a petition to the
15  FDA regarding Zantac and NDMA formation in Zantac on
16  January 2nd, 2020.  So that was a publication, I
17  assume, because it was submitted to the FDA and the
18  FDA immediately published it on their website.
19    Q.   Okay.  But aside from the citizens
20  petition -- you haven't published --
21         (Court Reporter Clarification.)
22    Q.   I'm sorry.  I'm sorry, Dr. Najafi.
23         MR. NIGH:  Dr. Najafi --
24    Q.   Can I finish my question?
25    A.   I'm sorry.

Page 74

1    Q.    No, no.  We're trying the best we can.
2        Aside from the citizen petition you
3    just mentioned, you haven't published any
4    peer-reviewed literature on the formation of NDMA.
5    Correct?
6    A.    So the petition with the FDA was
7    reviewed and corroborated by FDA.  So I considered
8    that as peer reviewed by their analytical chemist
9    and various individuals.
10        As far as, quote/unquote, peer-review
11    publication, no.
12    Q.    Thanks.
13        Okay.  We just talked a little bit
14    about the ranitidine citizens petition.
15        You previously testified that you were
16    retained to serve as an expert in litigation
17    regarding ranitidine.  Correct?
18    A.    That's correct.
19    Q.    And that litigation involved claims
20    that the recalled drug Zantac was contaminated with
21    NDMA?
22        MR. NIGH:  Form objection.
23    A.    That's incorrect.
24    Q.    What -- how would you describe that
25    litigation?

Page 75

1    A.    So the NDMA in Zantac is not a
2    contamination.  NDMA in valsartan is a
3    contamination.  Just semantics.
4    Q.    Okay.  So to be precise, and I
5    apologize for my lack of precision, the ranitidine
6    litigation involves claims that the drug Zantac
7    included NDMA?
8        MR. NIGH:  Form objection.
9    A.    No.
10    Q.    Let me try one more time.
11    A.    Our -- yeah.
12    Q.    The ranitidine litigation includes --
13    involves claims that the recalled drug Zantac
14    degrades into NDMA?
15    A.    Correct.
16    Q.    Third time is a charm.
17    A.    Yep.
18    Q.    And you submitted an expert report for
19    the plaintiffs and provided a deposition in that
20    litigation.  Correct?
21    A.    Correct.
22    Q.    And am I correct that your work in
23    connection with ranitidine related to litigation
24    that was pending in the United States District Court
25    in the Southern District of Florida?

Page 76

1    A.    I believe so.
2    Q.    Are any of the plaintiffs' lawyers
3    you've interacted with in connection with this suit
4    also involved in the ranitidine litigation?
5    A.    Yes, they are.
6    Q.    Do you know which ones?
7    A.    Rosemarie and Daniel.
8    Q.    And have you talked to Rosemarie and
9    Daniel about both litigations?
10    A.    Yes, I have.
11    Q.    Are you aware that your opinions in the
12    ranitidine litigation were excluded by the Southern
13    District of Florida as unreliable in December of
14    2022?
15        MR. NIGH:  Form objection.
16    A.    What I'm aware is that all experts were
17    excluded from that litigation.
18    Q.    Okay.  And you were one of those
19    experts who was included -- who was excluded?
20    A.    Correct.
21    Q.    Have you ever previously had expert
22    opinions in litigation that were excluded by a
23    court?
24    A.    No.
25    Q.    I'm going to put up Tab -- you know

Page 77

1    what, I'm going to ask a question first.
2        Your billing rate, when you submitted
3    your first report in this litigation, was $650 an
4    hour.  Is that right?
5    A.    I don't recall.  I don't do the
6    billing.  It's our accounting team and finance team
7    does that.
8    Q.    Do you know that your billing rate in
9    connection -- it listed -- in your October 31, 2022,
10    report is listed as $720 an hour?
11    A.    I believe so.  I'm not -- I have to
12    look at the invoices.
13    Q.    Okay.  Did you write that section of
14    your report where you listed your billing rate?
15    A.    I don't recall.
16    Q.    Is $720 an hour the rate you're
17    charging for giving deposition testimony here today?
18    A.    I believe so, but I have to check.
19    Q.    Were you aware that your rate went up
20    for providing expert services in this case between
21    your February '22 deposition and the filing of your
22    October 31st, 2022, report?
23    A.    Yes, I am.
24    Q.    Why did your rate go up?
25    A.    Inflation.

20 (Pages 74 - 77)

Page 78

1    Q.    How much have you charged plaintiffs to
2  date in connection with this litigation?
3    A.    How much am I charging the plaintiffs
4  today?
5    Q.    No, sorry.  I wasn't clear.
6        Can you give an estimate of how much
7  you have charged plaintiffs total in connection with
8  the valsartan litigation?
9    A.    I would need to look at all of our
10  invoices.  I can't give you an estimate.
11        MS. ROSE:  Okay.  With that prelude,
12  I'll introduce Tab 8, which would be Exhibit 5.
13        (Exhibit Najafi-5, Emery Pharma Invoice
14  dated November 18, 2022, was received and marked for
15  identification.)
16        Please correct me if I'm wrong, Ellen.
17        COURT REPORTER:  You're right.
18  Counsel, when you get to a convenient restroom break
19  time --
20        MS. ROSE:  Oh, sure, yeah.  Do you want
21  to stop right now, Ellen?
22        COURT REPORTER:  Whatever is best for
23  you.
24        MS. ROSE:  Sure.  We can just take down
25  this exhibit and then we can -- can we take it down

Page 79

1  before -- if we're not going to get into questioning
2  it?
3        Okay.  Great.
4        Why don't we do a quick restroom break.
5  I don't need that long.
6        I don't know how long you need,
7  Dr. Najafi.
8        Let's go off the record.
9        THE WITNESS:  One minute.
10        MR. NIGH:  I think we'll be about ten
11  to 15 minutes.
12        THE WITNESS:  Okay.
13        MS. ROSE:  Ten to 15?
14        MR. NIGH:  Yes.
15        THE VIDEOGRAPHER:  This ends Media Unit
16  Number 1.  We're going off the record.
17        (A brief recess takes place.)
18        THE VIDEOGRAPHER:  The time is 11:22.
19  This begins Media Unit Number 2.  We're back on the
20  record.
21  BY MS. ROSE:
22    Q.    Dr. Najafi, right before we went off, I
23  had just introduced Exhibit 5, which we can put back
24  up on the screen.  You should have that also in your
25  folder if you want to bring it up.

Page 80

1    A.    Okay.  I actually -- I hit something
2  and I lost the whole link.  Is that in the chat?
3        MS. ROSE:  All right.  Let's go off the
4  record and let's figure that out.
5        THE VIDEOGRAPHER:  The time is 11:23,
6  and we're going off the record.
7        (A brief recess takes place.)
8        THE VIDEOGRAPHER:  The time is 11:24.
9  We're back on the record.
10  BY MS. ROSE:
11    Q.    Okay, so I will represent to you that
12  these are your invoices which were produced to us by
13  plaintiffs' counsel earlier this week.
14    A.    Right.
15    Q.    Okay.  Have you seen --
16    A.    Right.
17    Q.    You produced these invoices to
18  plaintiffs' counsel.  Is that correct?
19    A.    I believe my office has.
20    Q.    Okay.  And this invoice that is on the
21  first page, which was dated 11/18/2022, that is the
22  most recent invoice that you've issued to
23  plaintiffs?
24    A.    Uh-hum.
25    Q.    Is that a "yes"?

Page 81

1    A.    Yes.
2    Q.    I'm going to assume that you've billed
3  time to this matter since November 18, 2022.
4  Correct?
5    A.    I believe we should have additional
6  invoices --
7    Q.    And have those invoices --
8    A.    -- since November 20th.
9    Q.    Apologies for interrupting.  Are you
10  done?
11    A.    I believe there were additional more,
12  you know, work done on -- on the deposition and so
13  forth, so there are a few more invoices.
14    Q.    Have you produced -- I apologize --
15  have you submitted invoices subsequent to 11/18/22
16  to plaintiffs' counsel?
17    A.    I do not know.  I have to check with
18  our finance team.
19    Q.    Okay.  But you think that there are
20  invoices that exist for time billed after
21  November 18, 2022?
22    A.    That's correct.
23    Q.    All right.
24        MS. ROSE:  Defendants would ask that
25  Dr. Najafi produce any invoices between November 18,

21 (Pages 78 - 81)

Page 82

1   2022, and the present date that have been prepared.
2       A.   Can you repeat your question.
3       Q.   That was mostly just a statement for
4   counsel. I just wanted to let counsel know that
5   we're requesting any invoices that you have in your
6   possession for time billed on this case after
7   11/18/2022.
8           MR. NIGH: I'm not aware that we
9   received any other invoices, but we'll double-check
10  on that.
11          MS. ROSE: Okay.
12      Q.   Now, Dr. Najafi, we've been through
13  these invoices, and according to my math, you've
14  been paid more than $300,000 in connection with this
15  -- this case based on these invoices.
16          Would you have a reason to disagree
17  with that?
18          MR. NIGH: Form objection.
19      A.   I would need to, you know, look at all
20  the invoices and total them up to confirm.
21      Q.   Maybe we'll do that on a break or go
22  off the record later and you can confirm that.
23          Does that number sound right to you?
24          MR. NIGH: Just to be clear, I'm not
25  going to ask him to do math on a break. We use

Page 83

1   breaks for breaks.
2           You can continue.
3       Q.   Does that number sound right to you?
4       A.   It generally sounds -- if you've done
5   the math and you think it's correct, that's the one
6   it is.
7       Q.   All right. Based on our math, the
8   total amount that you were paid in 2021 in
9   connection with this litigation was over a hundred
10  thousand dollars.
11          Does that sound right?
12          MR. NIGH: Form objection.
13      A.   I would need to look at all the
14  invoices. I cannot confirm or deny.
15      Q.   Assuming that my math was right and
16  that you were paid over a hundred thousand dollars
17  in 2021, what percentage of your total income in
18  2021 would that be generally?
19          MR. NIGH: Form objection.
20      A.   Probably less than -- less than
21  5 percent.
22      Q.   And according to my math, based on
23  these invoices, you were paid over a hundred
24  thousand dollars in 2022 for valsartan litigation.
25  So I have the same question on that.

Page 84

1           Assuming my math is right, what
2   percentage of your income in 2022 would that be?
3           MR. NIGH: Form objection.
4       A.   Less than I would say -- I would say
5   less than 5 percent. Between 1 to 5 percent.
6       Q.   And how much -- what percentage of your
7   income in 2022 would come from all expert work done
8   in any litigation?
9           MR. NIGH: Form objection.
10      A.   I cannot tell you it will be
11  21.35 percent, but it would be probably less than --
12  in 2021 or 2022?
13      Q.   Both. We can start with 2021, then
14  we'll go to 2022.
15      A.   2021, probably less than 10 percent.
16      Q.   And 2022?
17      A.   Probably about the same.
18          Keep in mind, we are a contract
19  research laboratory, by and large. We support
20  companies that come to us for drug development or
21  analytical method development validation, so really
22  we're not -- we're not -- you know, this, what we're
23  doing is -- doesn't constitute a big part of our
24  business.
25          MS. ROSE: Can we go to PDF page 3.

Page 85

1   Okay. Great.
2       Q.   If you see here, there's an entry:
3   "Activity consulting chemistry valsartan, Emery
4   Pharma team hours, reviewing and locating documents
5   per counsel's request"?
6       A.   Uh-hum.
7       Q.   What does Emery Pharma team refer to?
8       A.   Refers to my research team that worked
9   for me, and that's -- you know, I primarily mention
10  Dr. Bose and Dr. Jain.
11      Q.   Okay. Anyone else besides Dr. Bose or
12  Dr. Jain included in the Emery Pharma -- I'm sorry,
13  Emery Pharmacy team for which you billed time in
14  this invoice?
15      A.   No, not really.
16      Q.   Okay. You say "not really," but -- I'm
17  asking as an absolute.
18          Did anyone else do any work on the --
19      A.   I mean, there are some clerical type of
20  activities, but I can't really point to anybody
21  specific. But it's -- it's a team effort here at my
22  company, and I have over 20 people here. And
23  basically what they do for me, I review and, you
24  know, and I basically make my own opinion. I put it
25  together, you know, based on what I think should be

Page 86

1  done, but I do ask them to do global research on
2  certain things, and they do that for me.
3      Q.  Okay.  So you said there's a team of 20
4  people, so any one of those 20 people, you may have
5  asked to do research in connection with this case?
6      A.  Just Rakesh and Neil would be the main
7  ones.
8      Q.  I'm not trying to belabor the point.  I
9  just want to make clear.  There were other staff
10 members in Emery Pharma besides Rakesh and Neil who
11 worked on this case for you?
12     A.  I cannot tell you specifically at that
13 point in time on August 16, 2022, you know, out of
14 the time they spent.  If they got their receptionist
15 to help us sort out some papers or, you know,
16 organize something, I cannot tell you who it was,
17 but we might have asked somebody to help with
18 certain activities.  But by and large, Rakesh and
19 Neil are the primary team members.
20     Q.  And of this 24.5 hours, how much of
21 that time was spent by Dr. Bose and Dr. Jain?
22     A.  I cannot tell you right now.  It's hard
23 for me to tell without looking at the -- you know,
24 going back to, you know, August of 2022, and take a
25 look at our, you know, time tracking system and

Page 87

1  figuring out who did what.
2      Q.  So you do have a time tracking system
3  that would show you who spent how much time on this
4  case on a given day?
5          MR. NIGH:  Form objection.
6      A.  We are a contract research lab, so yes,
7  we do keep track of our time count.
8      Q.  So it would be possible to determine
9  how much of this 24.5 hours was worked by you and
10 how much by other members of your team?
11     A.  Yes, it would be.  And this, I consider
12 work product done by my team and I.
13     Q.  Can you say whether the majority of
14 those 24.5 hours that were spent reviewing and
15 locating documents were spent by you versus Dr. Bose
16 and Dr. Jain?
17     A.  I would say majority of it is spent --
18 is by me.  Yes.
19     Q.  So you did the majority of reviewing
20 and locating documents in this case?
21     A.  I cannot tell you exactly.  I think
22 I've already answered that question.  I'm happy to
23 keep repeating.  I think we're just taking time.
24     Q.  I guess I just have one more question.
25         So you have a rate of 650, and you have

Page 88

1  on this invoice, and this is just as an example,
2  24.5 hours.  You would bill $650 an hour regardless
3  of whether it was you working the time or Dr. Jain
4  or Dr. Bose.  Correct?
5      A.  Right.
6          MS. ROSE:  Can we go to PDF page 1.
7      Q.  11/18 invoice.  I just had a
8  clarification, sorry.
9          On the last invoice, it says:
10 "Conference call with Emery Pharma and counsel on
11 October 27, 2022," and this says "quantity, 4."
12         Would that be -- just looking at this,
13 would you think that that was four separate
14 conference calls on one day or four hours, one
15 four-hour conference call, or is it a four
16 conference call with four different people on it?
17     A.  I'll tell you what it was at this time.
18 It could be four hours' conference call; it could be
19 two people, two hours' conference call.
20     Q.  Okay.
21     A.  We would have to get our accountants
22 involved in this.
23     Q.  Got it.
24         MS. ROSE:  All right.  We can take this
25 tab down for now.

Page 89

1      Q.  Dr. Najafi, your report discusses
2  Form 483 reports issued by the FDA.  Correct?
3      A.  Two -- repeat your question.
4      Q.  Sure.  Your report in this case
5  discusses Form 483 reports issued by the FDA.  Is
6  that correct?
7      A.  Form 483 issued by the FDA to who?
8      Q.  To ZHP.
9      A.  Okay.
10     Q.  I'm just confirming you discussed the
11 term "Form 483 reports" in your report in this case.
12     A.  Yes, I have.
13     Q.  Could you just briefly explain what is
14 a 483 report?
15     A.  Form 483 is typically given to -- you
16 know, there are basically degrees -- there are
17 findings that FDA, during the inspection of the
18 facility, discovers.  If you're not compliant for
19 certain activities, cGMP, typically, you know,
20 various CFR-related activities and if they're not
21 compliant, they get a Form 483 issued to them.
22         It's a citation.  And you need to, you
23 know, correct things, you know, within a certain
24 period as you agree with the inspector and so forth.
25     Q.  Would you say that a Form 483 report is

23 (Pages 86 - 89)

Page 90

1　evidence of a cGMP violation?
2　　　A.　Yes, it could be.
3　　　Q.　All right.　I think we discussed.
4　　　So your role at Emery Pharma, you're
5　the founder and chairman currently.　Correct?
6　　　A.　That's correct.
7　　　Q.　And you've been in that role from 2011
8　to the present?
9　　　A.　That's correct.
10　　　Q.　I think you've described Emery Pharma
11　as a contract testing lab a couple of times.　Is
12　that correct?
13　　　A.　Contract research lab.
14　　　Q.　Okay.　But Emery Pharma --
15　　　A.　There's a distinction.
16　　　Q.　Oh, apologies.　I didn't mean to speak
17　over you.
18　　　　MS. ROSE:　Did you get that, Ellen?
19　　　　COURT REPORTER:　I don't believe I did.
20　　　A.　I said it's a contract research lab and
21　not a contract testing lab.
22　　　Q.　You testified at your last deposition
23　that Emery does not sell or manufacture any drug
24　product but you do release them.
25　　　　Does that sound accurate?

Page 91

1　　　A.　That's correct.
2　　　Q.　What do you mean by "release"?
3　　　A.　Release is a term that's used as it
4　relates to a manufacturing product, a GMP.
5　Typically it's called GMP release.　So when you
6　manufacture a product, you undertake certain
7　activities as it relates to HPLC, LCMS.　You know,
8　you could do melting point, boiling point, you know,
9　various activities that confirms that the identity
10　of your drug, the purity of your drug, and various
11　aspects that's set by the manufacturer, by the
12　producer.
13　　　　And then once you -- they meet those
14　criterias, then you can say we're not officially
15　releasing this product, releasing it into the
16　market.　So it's a release to the market.
17　　　Q.　It's the manufacturer of the drug that
18　releases it into the market.　Correct?
19　　　A.　So the manufacturer could do, you know,
20　official releasing or a contract manufacturer could
21　do that or a CRO like us could do that.
22　　　Q.　So you have released -- when you have
23　released a drug product onto the market, is there a
24　form you fill out?　How does one release a drug
25　product onto the market?　Do you have to file

Page 92

1　something with the FDA?
2　　　A.　So what -- you know, in our instance,
3　what we do is we go through the series of testing
4　that clients would ask us to do, and then we give
5　the client a certificate of analysis based on the
6　criteria that they have specified.
7　　　　And then we say:　We are now officially
8　giving you the certificate of analysis, that you can
9　release it.　Now the manufacturer does whatever they
10　want to do, they need to do additional work, and
11　that's terminology of releasing.
12　　　Q.　Okay.　So you release a certificate of
13　analysis to the manufacturer?
14　　　A.　Right.
15　　　Q.　Okay.　Perfect.
16　　　　You testified at your last deposition
17　that Emery received a Form 483 in 2021.
18　　　　Do you recall that?
19　　　A.　Yes, I do.
20　　　Q.　And you testified that the Form 483 was
21　about data backup that did not comply with the regs.
22　　　　Do you remember that?
23　　　A.　Yes, I do.
24　　　Q.　Okay.　And you also said it was a risk
25　management issue and their question was:　"What

Page 93

1　happens if there's an earthquake and we lose all the
2　data?"
3　　　　Is that an accurate assessment of the
4　483 report?
5　　　A.　That's correct.
6　　　Q.　Okay.
7　　　　MS. ROSE:　I want to put up Tab 11.
8　　　　(Exhibit Najafi-6, Form 483 issued to
9　Emery Pharma, dated April 9, 2021, was received and
10　marked for identification.)
11　　　　MS. ROSE:　This should be available for
12　you as well.
13　　　　COURT REPORTER:　This is 6?
14　　　　MS. ROSE:　Thank you.　This is 6.
15　　　Q.　Dr. Najafi, this is the form --
16　Form 483 issued to Emery Pharma on April 9, 2021.
17　Correct?
18　　　A.　I need 30 seconds.
19　　　Q.　Okay.
20　　　A.　I'm loading it up on my second monitor.
21　　　　Okay.　It is.
22　　　Q.　And this Form 483 states that it is
23　issued to you specifically as CEO.　Correct?
24　　　A.　Yes.
25　　　Q.　And the type of establishment inspected

24 (Pages 90 - 93)

Page 94

1  is listed as a control testing laboratory?
2      A.   Right.
3      Q.   And do you agree with that designation?
4      A.   That's their designation.  It's not
5  ours.
6      Q.   And below, the Form 483 lists three
7  observations labeled A, B, and C.  And it's --
8      A.   Correct.
9      Q.   And -- okay.  Hold on.  I'm sorry.
10         So for A, the observation A, it is the
11 first observation, states that it relates to the
12 FDA's -- I'm sorry -- relates to the FDA's review of
13 what appears to be a standard operating procedure.
14 Is that right?
15     A.   Where are you reading?  "A, the
16 following was noted during a" -- okay.  It was --
17 not.  Yeah, yeah, so what's -- what's the question?
18     Q.   So there are two subobservations
19 under observation A, and they relate to an
20 inspection conducted on April 8, 2021.  Correct?
21     A.   Right.
22     Q.   Okay.  All right.  And the first
23 subobservation says that Emery failed to follow
24 Section 6.4.2 of the SOP given that users of,
25 redacted, utilized for, redacted, did not have

Page 95

1  unique usernames and passwords.  Correct?
2      A.   Yes.
3      Q.   Is it safe to assume you know what's
4  underneath these redactions?
5      A.   I have the original, you know, file.
6      Q.   Is it your understanding -- no, go
7  ahead.
8      A.   Yes, so these are equipment, in all
9  likelihood.  I don't have access to the original
10 483, but these are equipment.  And it's really
11 referring to that, you know, equipment needs to have
12 unique username/password for every -- every -- every
13 chemist who operates these instruments.
14     Q.   Okay.  So the FDA found that Emery
15 employees were using the same username and password
16 to access the computer system?
17     A.   That's correct.
18     Q.   Okay.  And that was in -- contrary to
19 the SOP for the lab?
20     A.   That's contrary to basically -- there
21 was -- I believe there was no SOP.  The equipment
22 could not have the username/password.  It was not
23 possible for the equipment to have that, and we had
24 actually managed that equipment without having that
25 unique username/password.

Page 96

1      Since then, we've upgraded the
2  password, upgraded the instruments with additional
3  software to be able -- enable us to do unique
4  username/password for every individual.
5      Q.   Okay.  But at the time --
6      A.   They -- yeah.
7      Q.   -- at the time of the inspection that
8  was mentioned, Emery Lab was not following the SOP
9  that required unique username and passwords for each
10 chemist.  Correct?
11     A.   That's correct.
12     Q.   And is not following an SOP a cGMP
13 violation, in your opinion?
14     A.   Yes, it is.  That's why we have this
15 483.
16     Q.   Okay.  So it's your understanding that
17 this 483 is showing that your lab failed to follow a
18 cGMP?
19     A.   This 483 is indicating that we had to
20 upgrade our software in order to be able to operate
21 that particular instrument.  In fact, FDA gave us an
22 additional year and a half to actually do that.  So
23 we -- because they needed this particular drug
24 release and there are not too many contract labs
25 that can do the work, they basically said, Please

Page 97

1  continue, but please remedy this problem and we're
2  going to give you, you know, a year to do it.
3      And then we couldn't do it within a
4  year.  We told them we needed -- we need more time,
5  and they gave us more time.  And ultimately, I think
6  we ended up getting it done, I think, just a few
7  months ago.
8      Q.   Okay.  But my question was a little bit
9  different.  I appreciate the clarification.
10     My question was by issuing this 483,
11 the FDA was saying that as of April 8th, 2021, you
12 were not following cGMP.  I understand that you have
13 taken steps to remedy that, but that, by virtue of
14 this 483 inspection, that is what the FDA found?
15     MR. NIGH:  Form objection.
16     A.   I think I answered your question.  That
17 is a finding by FDA.  It's a violation of cGMP
18 rules, and they gave us, you know, about a year to
19 comply with it.  And we needed more time.  They gave
20 us more time, and we finally were able to make it
21 happen.
22     Q.   Okay.  So the second --
23     A.   And the following -- and the following
24 violations are also -- Item Number 2, it's also
25 related to that.  They wanted to make sure that we

25 (Pages 94 - 97)

Page 98

1  have backup, we have audit trail. If somebody would
2  delete a file, there would be an audit trail, and
3  all of those were part of the same thing.
4      Q.    Right. I was just going to get to
5  number two. So number two says that the SOP was not
6  followed as raw data and audit trail files from
7  software could be modified and deleted.
8      A.    Correct.
9      Q.    So someone in the lab could delete raw
10 data and audit trails without there being a record
11 of it?
12     A.    That's correct.
13     Q.    And that was also a cGMP violation as
14 of April 2021?
15     A.    That is correct. And they provided us
16 more time to remedy those issues, which we have
17 remedied.
18     Q.    Appreciate that.
19         So the next sentence down says: "The
20 director of quality has administrative abilities to
21 modify and delete data files on all computer systems
22 in the laboratory."
23         Is that also a cGMP violation?
24     A.    That is also a cGMP violation. So we
25 actually remedied that immediately so that he

Page 99

1  wouldn't -- he wouldn't have access to it.
2      Q.    But prior to remedying it, the director
3  of quality could just delete data files on your
4  computer system or delete your testing information
5  without it being recorded?
6      A.    That's correct.
7      Q.    And observation B says: "Your firm
8  lacks an approved release testing procedure." And
9  it says that you released identification material
10 results -- let me see. Hold on. Released
11 identification material -- material results, and
12 then it says from certain dates by redacted.
13         Just trying to understand, is that
14 redacted, is that also like a computer system?
15     A.    These are -- you know, you have to have
16 a procedure for, you know, essentially a release
17 testing. We have procedure for testing the
18 material, but they need to have a procedure for
19 procedure. So basically they said you need to have
20 one. We did have one on draft, and I think we, as I
21 recall, we basically gave it to them while -- during
22 their, you know, inspection.
23     Q.    Okay.
24     A.    And that was remedied.
25     Q.    Before it was remedied, was the failure

Page 100

1  to have an approved testing procedure a deviation
2  from cGMP?
3      A.    Yes, it is.
4      Q.    And this says that you did not have an
5  approved testing procedure from August of 2019 to
6  February of 2021. Did you alert any of your
7  customers that you released test results during that
8  time period without an approved procedure?
9      A.    Yes, we did.
10     Q.    And did you tell your customers that
11 the results that you released during that time were
12 not reliable?
13     A.    The results that we provided them was
14 reliable. FDA, actually, the inspectors found no
15 problem with the results with our data, with our
16 interpretation, with our, you know, certificates of
17 analysis whatsoever. And so to that end, we had no
18 problem.
19         We shared our 483 with customers that
20 we had release data, and a couple of them came for
21 an inspection of our facility and, you know, so they
22 -- we've had inspections from our customers, our
23 clients, and all of them are continuing working with
24 us because the work we've done has been extremely
25 good.

Page 101

1          And it's really -- the issue is around
2  procedure that need to be in place or, you know,
3  basically release testing. There should be a
4  release testing procedure, which is debatable
5  whether really we needed to have one, but FDA
6  thought we should have one, so we put one in place.
7  We had one in draft form, and then the data issue
8  and the software issue, you know, our customers
9  basically said, well, you know, it can be managed,
10 that username/password with some logbook, because
11 just the computer couldn't manage it.
12         So we were managing it with logbook
13 until we were able to actually find the software
14 now. Everything has been resolved, and we lost no
15 customers over this. Period.
16     Q.    Okay. You just said a second ago that
17 it was questionable whether you had to have an
18 approved release testing procedure, but the FDA said
19 you did. So would you agree that the FDA saying
20 that you need something doesn't necessarily make it
21 true?
22         MR. NIGH: Form objection.
23     A.    Would you sort of rephrase your
24 question?
25     Q.    Sure. I'm just trying to get at what

26 (Pages 98 - 101)

Page 102

1  you just said.
2       You said it's questionable whether you
3  needed an approved testing procedure even though you
4  were cited by the FDA as -- for a cGMP violation for
5  not having one. So I'm just trying to get at if you
6  disagree that the FDA giving you a Form 483 saying
7  you needed a release testing procedure, it's your
8  position that the FDA overstated what you needed to
9  do?
10      MR. NIGH: Form objection.
11      A.   Sometimes you can negotiate certain
12  procedures and SOPs, and if you can make a good
13  reason why one is not necessary because there are
14  other procedures that effectively manage that
15  activity, they would agree. By and large, you know,
16  a lot of this is common sense, and, you know, if
17  they see that we're doing some clerical activity
18  that's unnecessary, they might say, let's forget
19  about that.
20      So it is negotiable to some extent, but
21  in this case, I think they managed to convince my
22  team that we need one, and we put one -- we -- I
23  think we already -- from what I recall, we already
24  had one in draft form, and we effectively issued it
25  on -- when they were visiting here.

Page 103

1       Q.   Okay. And on Observation C, it says:
2  "Your firm lacks an approved procedure defining
3  roles for computer systems."
4       And that's also a cGMP violation?
5       A.   Yeah, you know, you could say it is a
6  cGMP violation. What really this refers to is it's
7  like when you give permission to an operator to use
8  a computer, you want them -- you want to limit their
9  access to certain part of the computer or certain
10  folders in the computer. And that's referring to
11  limiting access to certain folders. So it's really
12  related to issue number 1 on -- you know, basically
13  username/password and limiting access.
14      So it is, you know, a cGMP violation,
15  but it was something that they felt we should focus
16  on, and we ended up focusing on it and it took us
17  nearly two years to make it happen.
18      Q.   In light of this document, is it fair
19  to say that the 483 report covered more than just
20  what happens if there's an earthquake and you lose
21  data?
22      A.   Pardon me?
23      Q.   Is it fair to say that this 483 report
24  covers more than what happens if there's an
25  earthquake and you lose data?

Page 104

1       A.   It is -- it includes that because you
2  may also -- you know, loss of data is a big -- big
3  problem as well. So, you know, we're in an
4  earthquake zone and a flood zone and you name it,
5  and they want to essentially weekly backup or daily
6  backup into the cloud, which we instituted.
7       Q.   But nothing on this document refers to
8  having daily backup, weekly backup, or
9  earthquake-related prevention of data loss?
10      MR. NIGH: Form objection.
11      A.   No.
12      Q.   Okay. Has --
13      A.   So --
14      Q.   -- the FDA issued anything to
15  Emery Pharma since your last deposition confirming
16  that all of these observations have been remedied?
17      A.   Would you rephrase your question.
18      Q.   Sure. Has the FDA issued anything to
19  you in terms of a document confirming that these
20  observations have all been remedied?
21      A.   So they don't really typically issue
22  any documents, so we basically tell them it's been
23  remedied, and they take our word for it. And this
24  will come up during their next inspection. So
25  during their next inspection, they'll be here and

Page 105

1  they'll be looking at these items and testing it to
2  make sure that we've actually complied.
3       Q.   When is your next -- next inspection
4  scheduled?
5       A.   It could be today. Nobody knows; it's
6  a surprise audit.
7       Q.   All right. Changing gears.
8       Prior to starting Emery Pharma, you
9  were the founder, chairman, and CEO of NovaBay
10  Pharmaceuticals. Right?
11      A.   That's correct.
12      Q.   And you took NovaBay public?
13      A.   That's correct.
14      Q.   Do you continue to own any shares in
15  NovaBay?
16      A.   No.
17      Q.   And NovaBay is a medical device
18  manufacturer?
19      A.   NovaBay, when I was there, we were
20  developing drugs for urology, for impetigo, a skin
21  infection, for a number of things. Right now
22  they're doing a lot of different things. I'm not
23  really keeping track of them. I'm no longer there.
24      Q.   When you were there, did NovaBay
25  manufacture any pharmaceutical API?

27 (Pages 102 - 105)

Page 106

1    A.    Yes, we did.
2    Q.    Which ones?
3    A.    We already discussed that. NVC-422,
4  and it was contracted out to Carbogen.
5    Q.    Got it. Thank you for clarifying.
6          Outside of any testing related to
7  valsartan, have you personally worked with the
8  solvent DMF in your career?
9    A.    Yes, I have.
10   Q.    In what context?
11   A.    I -- so in graduate school, you know,
12  working on my Ph.D., I was doing -- looking --
13  synthesizing molecule, and in the course of
14  synthesis of a molecule, you try different solvents.
15  You want to potentially improve your synthesis. And
16  DMF was one of my solvents of choice, although I
17  tried to avoid it as much as I could because -- it's
18  a good solvent for the chemical reaction, but it
19  actually causes testicular cancer, so I was trying
20  to stay away from it as much as I could.
21   Q.    When did you come to the opinion that
22  DMF causes testicular cancer?
23   A.    It's in the literature, the --
24        (Court Reporter Clarification.)
25   A.    It's a teratogen. It causes -- you

Page 107

1  know, you lose your ability to have a child.
2    Q.    You're saying DMF causes infertility?
3    A.    Yes.
4    Q.    And is that when you're exposed to it
5  in a lab setting?
6    A.    No, I was never exposed to it. You
7  asked me if I used DMF. I said it's a great
8  solvent. I used it in my chemistry, but I try to
9  avoid it as much as I could. But it's one of those
10  necessary evil solvents that you need to use to get
11  the job done.
12   Q.    I'm just trying to be clear. So are
13  you saying that when DMF is used in creating a drug
14  substance, that drug substance can cause testicular
15  cancer?
16   A.    You asked me about DMF. I told you
17  about DMF. DMF is dimethylformamide. It has
18  toxicity, and, you know, those make the poison. So
19  it's really a matter of how much exposure you have
20  to DMF. But DMF is not a very safe solvent; that's
21  the bottom line. I used it.
22   Q.    When is the last time you used DMF?
23   A.    You want time and date?
24   Q.    No.
25   A.    I would say between -- I used it off

Page 108

1  and on in 1985, '86, '87, '88, '89. I used it when
2  I worked at a chemical company, at a pharmaceutical
3  company, you know. So it's one of those solvents
4  that a lot of chemists go to because it's -- it has
5  an ability to dissolve organic, and also it has an
6  ability to dissolve some water-soluble molecules, so
7  it's a good solvent.
8    Q.    Does your lab, Emery Pharmaceuticals,
9  do they use DMF as a solvent?
10   A.    I cannot recall offhand, but we do have
11  DMF here on our facility. I'm not sure when we used
12  it or if we use it.
13   Q.    Why would you have the DMF if you don't
14  use it?
15   A.    We have a lot of solvents that we don't
16  use.
17   Q.    So you can't say if you or anyone at
18  Emery Pharma has used DMF as a solvent since 2011?
19   A.    No, I cannot.
20   Q.    And outside of any work related to
21  valsartan, have you or anyone at your lab performed
22  reactions using DMF as a solvent and observed DMF
23  degrading into dimethylamine?
24   A.    Kindly repeat your question --
25   Q.    Sure.

Page 109

1    A.    -- or clarify it.
2    Q.    Outside of any work related to
3  valsartan, have you or your labs performed reactions
4  using DMF as a solvent and observed the degradation
5  of DMF into dimethylamine?
6    A.    So like -- as I mentioned to you
7  before, I've used DMF, you know, many, many, many
8  times, and I have not, you know, made an observation
9  that it causes degradation into dimethylamine.
10   Q.    And outside of any testing related to
11  valsartan, have you performed any testing using DMF
12  as a solvent and observed the formation of NDMA?
13   A.    I have not.
14   Q.    In times when you've used DMF as a
15  solvent, have you always tested for NDMA as a result
16  of the reaction?
17   A.    I cannot recall. DMF, on its own, may
18  not -- doesn't generate NDMA. DMF, you know, has
19  impurities. Even fresh brand-new DMF that you buy
20  from, say, some Sigma-Aldrich probably will contain
21  some dimethylamine.
22          And as you heat it, as you expose it to
23  acid or base, you generate more dimethylamine. But
24  if I put it in hundred different reaction, if you --
25  there's no expectation of NDMA. You have

28 (Pages 106 - 109)

Page 110

1  expectation of NDMA when you use sodium nitrite. So
2  if you use sodium nitrite, then you have expectation
3  of NDMA.
4      Q.   Okay. So when using DMF as a solvent
5  outside the presence of sodium nitrite, there's no
6  reason to test for NDMA?
7      A.   When using DMF without the use of
8  sodium nitrite, you do not need to test for NDMA,
9  correct.
10     Q.   But you just said a second ago that
11 NDMA -- I'm sorry, I misspoke. Too many acronyms.
12         You just said a second ago that DMF
13 that you purchased from Sigma-Aldrich could contain
14 some dimethylamine. So there's no need --
15     A.   Yes.
16     Q.   -- to test for NDMA, even though there
17 might be some dimethylamine in the DMF?
18     A.   Right. You just have dimethylamine in
19 DMF. There is no -- yeah.
20     Q.   Is it your opinion that the DMF used by
21 ZHP contained dimethylamine when it was purchased in
22 its pure form before it was used in a reaction?
23     A.   I have not tested the DMF that ZHP used
24 in their product, but I would rely on my expert
25 opinion that there will be perhaps nanogram or

Page 111

1  microgram quantities of dimethylamine already
2  present in DMF.
3         And I want to qualify that. As your
4  client uses DMF, they're exposing DMF to heat, acid,
5  and base. All three will further the amount of
6  dimethylamine.
7      Q.   All right. We'll get there talking
8  more about that process. I just want to really be
9  clear on what your opinion is.
10         So it is not your opinion that a
11 pharmaceutical manufacturer that uses DMF in a
12 manufacturing process is required to test for NDMA
13 unless its process also involves sodium nitrite?
14     MR. NIGH: Form objection.
15     A.   So my opinion has been that in order
16 for you to have an NDMA form, you need sodium
17 nitrite, or in the case of Zantac, you need to have
18 a nitrite or nitrate -- or nitro group on a
19 molecule. So, you know, it's really a function of
20 NO2, you know, sodium nitrite, those are chemicals
21 that one as part of your risk assessment, you know,
22 in a -- you know, in a good cGMP operation, you do
23 the risk assessment and you effectively say, yeah,
24 we should be expecting NDMA.
25     Q.   All right. In your opinion, should

Page 112

1  pharmaceutical manufacturers who use DMF as a
2  solvent test for NDMA -- who used test -- let me
3  strike the whole thing.
4         Should pharmaceutical manufacturers who
5  use DMF as a solvent test for NDEA, period, full
6  stop?
7      MR. NIGH: Form objection.
8      A.   If the pharmaceutical manufacturer is
9  using only DMF and there is nitro, NO2, there's no
10 sodium nitrite involved, and they need to do a
11 global risk assessment on every step of their
12 synthesis and then say, does it make sense to test
13 for NDMA or not.
14     Q.   So it's a subjective analysis as to
15 whether NDMA --
16         (Court Reporter Clarification.)
17     Q.   Sorry. I was -- are you saying it's a
18 subjective analysis as to whether testing for NDMA
19 is required when using DMF?
20     MR. NIGH: Form objection.
21     A.   Case-by-case basis.
22     Q.   Outside of any testing related to
23 valsartan, have you personally worked with
24 triethylamine, or TEA?
25     A.   I have personally worked with

Page 113

1  triethylamine, again, back in graduate school and
2  back when I worked at a pharmaceutical company in
3  Philadelphia and back where I worked at a chemical
4  company. So triethylamine is the molecule I'm
5  familiar with.
6      Q.   And have you -- outside of your work
7  related to valsartan, have you ever performed
8  reactions using TEA and observed the formation of
9  NDEA?
10     A.   Triethylamine just doesn't form NDEA --
11         (Court Reporter Clarification.)
12     A.   Prior to -- yeah, I said triethylamine
13 does not readily form NDEA. You need the
14 nitrosating agent, which is that NO+. The NO+ comes
15 from sodium nitrite.
16     Q.   Okay. So it's -- is it your opinion
17 that a pharmaceutical manufacturer using
18 triethylamine needs to test for NDEA if sodium
19 nitrite is not involved in the process in which the
20 TEA is being used?
21     A.   So in the -- when you're using
22 triethylamine, trimethylamine, dimethylamine, any --
23 I'm sorry if I'm going too fast for you -- any of
24 these reagents in the presence of sodium nitrite is
25 very prone to formation of nitrosamine. This

29 (Pages 110 - 113)

Page 114

1  chemistry goes back to 1970s, late seventies.
2       In fact, when I was in undergraduate as
3  a chemist, chemistry undergraduate, there was huge
4  publicity on, you know, sodium nitrite being added
5  to cold cuts and being added to meats, you know, in
6  the delis of different grocery stores. And it
7  resulted in people saying, you know, you got to have
8  a label on these meats and all that.
9       So sodium nitrite is a very well-known
10  sort of an actor and very well known in -- both in
11  food industry and in pharmaceutical industry. And
12  in the presence of amines, dimethylamine,
13  triethylamine, it forms nitrosamine. 50 years.
14  50 years.
15      Q.  All right. We're going to get back to
16  that. I just want to close out this -- this train
17  of thought.
18      So you just mentioned that NDEA is
19  formed when a nitrosonium ion reacts with
20  triethylamine. Is that correct?
21      A.  That's correct.
22      Q.  Can a nitrosonium ion react directly
23  with triethylamine to create NDEA, or are there
24  intervening steps?
25          (Court Reporter Clarification.)

Page 115

1          MS. ROSE: No problem. And I think
2  maybe we'll provide you with a list of these
3  scientific terms to help you with spelling.
4       Q.  You said earlier that NDEA is formed
5  when a nitrosonium ion reacts with triethylamine.
6  Is that correct?
7       A.  Correct.
8       Q.  And you said that that's been well
9  known since the seventies?
10      A.  That's correct.
11      Q.  Okay. I'm going to take a step back to
12  talk about a different subject, and then we're going
13  to come back and we're going to talk about DMF and
14  TEA and all this fun stuff.
15      So let's look at your report which is
16  Tab 7. I think this will be Exhibit 7, Ellen; is
17  that right?
18          (Exhibit Najafi-7, Expert Report of
19  Ramin (Ron) Najafi, Ph.D. dated October 31, 2022,
20  was received and marked for identification.)
21          MS. ROSE: Exhibit 7, is that where we
22  are?
23          THE VIDEOGRAPHER: Yes.
24      Q.  All right. On page 12 of your report,
25  which should be --

Page 116

1          MS. ROSE: 14 of the PDF. There you
2  go. Perfect. Thank you. Hold on. Is that where
3  we are?
4          THE WITNESS: Page 14.
5       Q.  Sorry. It's page 14.
6       A.  Okay, I'm on page 14.
7       Q.  Hold on. I'm just making sure I have
8  the right page. Give me one second.
9       A.  Not the same as mine.
10      Q.  Okay. It's on page 12 of the report,
11  not page 14. And it is the last sentence of the
12  first paragraph. And it says: "Valsartan with NDMA
13  and/or NDEA would constitute an adulterated drug."
14      Do you see that?
15      A.  Adulterated, okay. I lost -- lost my
16  other monitor. Hang on one second.
17      Q.  Are you having --
18          MS. ROSE: Why don't we go off the
19  record.
20          THE VIDEOGRAPHER: The time is 12:24.
21  This ends Media Unit 2. We're going off the record.
22          (A brief recess takes place.)
23          THE VIDEOGRAPHER: The time is 12:44.
24  This begins Media Unit Number 3. We're back on the
25  record.

Page 117

1  BY MS. ROSE:
2       Q.  Dr. Najafi, we've now had two breaks
3  during the deposition. I just wanted to ask, did
4  you speak with anyone during those breaks?
5       A.  During the breakout, I spoke to
6  Rosemarie and Daniel.
7       Q.  During both breaks?
8       A.  You know, when we went to break, yeah.
9       Q.  Okay. So we've had two breaks. So
10  during each break, you spoke to Rosemarie and
11  Daniel?
12      A.  Yes.
13      Q.  And did you review any documents during
14  either break?
15      A.  No.
16      Q.  Thank you.
17      All right. I believe we just
18  introduced Exhibit 7, which is your report, and we
19  were looking at page 12, which talks about your
20  opinion that valsartan with NDMA or NDEA would
21  constitute an adulterated drug.
22      You looked at that already?
23      A.  This is page -- which page was that?
24      Q.  Page -- sorry. I thought we were
25  taking a break so you could pull up the document.

30 (Pages 114 - 117)

Page 118

1    Do you have it pulled up?
2    A.    No, I have the document. This is what
3    section? What page?
4    Q.    You are on page 12 of your report, the
5    last sentence in the first paragraph.
6    A.    Got it.
7    Q.    Line 4. And it's on the screen as
8    well.
9    A.    Well, I'm looking at my -- the report
10   that you have uploaded. It's -- it's not the same.
11   Q.    Okay.
12   A.    Are you looking at my expert report?
13   Q.    I'm looking at your expert report. We
14   can go off again and we can sort it out. Sorry. I
15   thought we sorted this out during the last break.
16         MR. NIGH: I think the discrepancy is
17   it's page 14 on the PDF number, numbered page 12 on
18   the --
19         MS. ROSE: Just look at the numbered
20   pages every time I talk about the report. Right at
21   the bottom of the report on each page, there's a
22   number.
23   A.    Right.
24   Q.    Look at your page numbers, not the PDF.
25   A.    I'm looking at page 12 of my report.

Page 119

1    Q.    Got it.
2    Do you see the sentence that's in
3    highlight?
4    A.    No.
5         MS. ROSE: Okay. Let's go off again.
6    Let me go off the record again.
7         THE VIDEOGRAPHER: The time is 12:46.
8    We're going off the record.
9         (A brief recess takes place.)
10        THE VIDEOGRAPHER: The time is 12:48.
11   We're back on the record.
12   BY MS. ROSE:
13   Q.    All right. I think we've sorted out
14   that we're talking about the fourth line down on
15   page 12, valsartan and NDMA?
16   A.    Yeah.
17   Q.    Okay. Great.
18   Adulterations is a finding made by the
19   FDA. Correct?
20   A.    That's correct.
21   Q.    Is a product adulterated even if the
22   FDA has not issued a finding that it's adulterated?
23         MR. NIGH: Form objection.
24   A.    The definition of adulterated to me is
25   if there's a problem with the purity and identity of

Page 120

1    the drug, then it's considered adulterated. FDA has
2    certainly, you know -- you know, has written about
3    it in their various, you know, guidances and so
4    forth, but it's really that, you know, if there's an
5    impurity. It's like milk can be adulterated. Foods
6    can be adulterated. It means it's not -- there's
7    something in there that shouldn't be there.
8    Q.    Who determines if a product is
9    adulterated?
10   A.    FDA determines it, the manufacturer can
11   determine it, but, you know, it's not, you know,
12   exclusive to any agency.
13   Q.    Did the FDA make a finding that generic
14   valsartan was adulterated prior to the summer of
15   2018?
16         MR. NIGH: Form objection.
17   A.    I do not recall that they have -- they
18   have had any findings regarding adulteration of the
19   drug prior to the summer of 2018.
20   Q.    But sitting here, you have no reason to
21   believe that they did?
22   A.    No.
23   Q.    Is it your opinion that generic
24   valsartan is adulterated because the ZHP's API was
25   not manufactured in conformance with cGMP?

Page 121

1    A.    I believe because -- yes, that's
2    correct. It was adulterated primarily because your
3    client did not follow cGMP, very important cGMP
4    requirements as it relates to purity, identity of
5    their manufactured product.
6    Q.    Does any cGMP violation by a drug
7    substance manufacturer render all drugs made with
8    that drug substance adulterated, in your opinion?
9    A.    No.
10   Q.    How do you know if a cGMP violation
11   rises to the level of rendering a product
12   adulterated?
13   A.    You know, if they find impurity in the
14   drug that's not supposed to be in it, especially if
15   it's genotoxic, then you could label it as
16   adulterated.
17   Q.    Okay. So if an impurity is found in
18   the drug, then it is adulterated.
19   Is that what your testimony is?
20         MR. NIGH: Form objection.
21   A.    If there isn't -- if there is an
22   impurity that is not part of what impurities
23   supposed to have in the drug, and if -- specifically
24   if it's genotoxic, if it's one of those cohorts of
25   concerns, then, yes, it's designated as adulterated.

31 (Pages 118 - 121)

Page 122

1    Q.    So is it your opinion that any drug
2 product that includes an impurity listed in the
3 cohort of concern renders it adulterated?
4        MR. NIGH:  Form objection.
5    Q.    Sorry, let me restate the question
6 because I think I was confusing.
7        Is it your opinion that any drug
8 product that contains an impurity that's listed
9 within the cohort of concern is adulterated?
10       MR. NIGH:  Form objection.
11   A.    Only if it's uncontrolled.  So by that,
12 you know, there are genotoxic molecules that are
13 used, for example, for cancer chemotherapy, you
14 know, so -- and there are maybe even more genotoxic,
15 but you need to know what's in it.  If you have no
16 clue and then you have a genotoxic pop up in your
17 compound, then it's adulterated.
18       But let's, for example, say, you know,
19 ZHP knew that NDMA is being formed and ZHP basically
20 said, we're going to keep the NDMA to 10 nanogram
21 per pill -- that's our top limit for this genotoxic
22 compound -- and FDA accepts it, then it's no longer
23 adulterated.
24       Do you follow?
25   Q.    I'm a little unclear.

Page 123

1        You're saying if the FDA says that the
2 amount of genotoxic impurity in your -- in a
3 manufacturer's drug substance is okay, then it is
4 not adulterated.
5    A.    Exactly, so if -- sorry for me quickly
6 responding.
7        Okay.  So what I said was if the
8 genotoxic -- let's say valsartan says, we cannot
9 manufacture valsartan without having some NDMA in it
10 and they put some control limits to it and say,
11 okay, maximum we're going to have is 20 nanogram per
12 pill and FDA okays it, then that becomes part of
13 your impurity profile that you need to then monitor
14 and, you know, continuously keep track of and it's
15 no longer adulterated.
16   Q.    Would you say that a drug substance or
17 drug product that includes impurities below the
18 0.1 USP monograph standard is adulterated if the
19 manufacturer does not specifically confirm none of
20 those impurities are genotoxic?
21   A.    You're asking my opinion on -- could
22 you rephrase your question.
23   Q.    I don't know that I can --
24       MS. ROSE:  Can you read it back, Ellen.
25       (Testimony read back.)

Page 124

1    A.    Very good question, you know.
2    Q.    Thank you, Doctor.
3    A.    Yeah, I think, if the manufacturer, you
4 know, sees the impurity -- let's say, less than
5 .1 percent, let's say .05 percent -- identifies it,
6 and says, this is not one of the cohorts of
7 concerns, and then reports it to the FDA and comes
8 up with some rationale as to why this impurity is
9 harmless, yes, it can sustain the drug.
10   Q.    That's different from my question,
11 which was, my question was are drug substance and
12 drug manufacturers required, in your opinion, to
13 test all impurities that are under the 0.1 percent
14 USP standard and determine if they are genotoxic in
15 order to ensure the drug is not adulterated?
16       MR. NIGH:  Form objection.
17   A.    I think it's the responsibility of the
18 manufacturer to do a thorough due diligence into
19 every impurity that's produced with .1 percent,
20 .05 percent, .01 percent.  As long as they can see a
21 peak on the chromatogram and as long as it's a nice
22 baseline to baseline, you know, sort of a peak, it
23 doesn't matter how small it is.  You cannot dismiss
24 those peaks as -- you know, I think your client
25 called them ghost peaks or noise, you know.

Page 125

1        So they need to monitor those
2 impurities, and then they need to do what Novartis
3 did, which is -- Novartis isn't even manufacturing
4 the product.  They bought -- they just were looking
5 to buy some, you know, valsartan drug substance from
6 your client, and they just ran a GC-FID.
7        And I saw the chromatogram; it was
8 awful, you know, and it was full of impurities.  And
9 they basically said, we want to -- we want to do the
10 right thing.  We want to see what these impurities
11 are.  There's nothing wrong with that.
12       And today, Nina, you know, with the
13 presence of GCMS can actually train you in about no
14 more than an hour how to actually run those, you
15 know, GCMSs.  It's so simple; it's point and click.
16   Q.    Okay.  I think we've gone a little far
17 afield of the question when we're talking about my
18 training to run GCMS.
19   A.    I was just trying to kind of --
20   Q.    I appreciate --
21   A.    -- give you a little bit of an
22 education.
23   Q.    I appreciate your confidence in me and
24 my scientific skills.
25       As of 2013, was there any FDA

32 (Pages 122 - 125)

Page 126

1  regulation or guidance that required drug substance
2  manufacturers to test for impurities under the 0 --
3  sorry, 1. -- sorry, .1 -- let me start that again.
4      As of 2013, was there any FDA
5  regulation or guidance that required drug substance
6  manufacturers to test for impurities under the .10
7  level?
8      A.    There were -- I think, 2015, there was
9  a draft guidance.
10     Q.    My question was related to 2013, as of
11 2013.
12     A.    As of 2013, there were -- there were
13 Q3, Q3A. There were a bunch of guidances, and I
14 think Q3, Q3B that pointed to genotoxic compounds
15 and testing for them. Genotoxic toxins have been a
16 concern since, you know, I was an undergraduate.
17 And nobody wants them in their drug, and there --
18 you want to make sure you have the proper testing
19 methodology, especially if you see them in your
20 chromatogram. You got to identify and you got to
21 justify it. You know, if -- okay, maybe I'm talking
22 too much.
23     Q.    I understand -- you answered my
24 question, and you raised another question that I
25 have.

Page 127

1      You just referenced what I believe is
2  ICH Q3. ICH Q3 doesn't appear anywhere in your
3  report or on your reliance -- your list of materials
4  considered.
5      MR. NIGH: Form objection.
6      Q.    Is that -- apologies. I'm sorry, I
7  didn't finish my question. It doesn't appear
8  anywhere in your report or on your list of materials
9  considered, and earlier you said you didn't consider
10 anything in forming your opinions that wasn't
11 included with your report.
12     Did you consider Q3?
13     MR. NIGH: Form objection.
14     A.    Q3, Q3AB are mentioned in the -- in the
15 M7. They're predecessors, you know, to M7.
16     Q.    Got it.
17     So it's your position that as of 2013,
18 pharmaceutical manufacturers were required to test
19 impurities under the USP .10 percent standard
20 pursuant to ICH Q3. Is that right?
21     A.    It is my opinion that from the
22 beginning of time, as long as people have had access
23 to gas chromatography, if you see a peak, as little
24 as it can be, you need to try to -- you need to make
25 an attempt to identify it.

Page 128

1      Q.    You need to make an attempt to identify
2  any impurity of -- at any level even if it's under
3  the USP 0.1 standard. Is that correct?
4      A.    Absolutely -- absolutely.
5      Q.    And you say that is set forth in ICH
6  Q3?
7      A.    ICH -- you know, it's Q3A, Q3B, M7, all
8  of those.
9      Q.    You're saying those standards say test
10 for any impurity at any level?
11     A.    Those -- you need to make sure your
12 product is free of genotoxic compounds, and
13 genotoxic compounds could be as low as
14 .00001 percent, Nina.
15     Q.    I see what you're saying, but what I'm
16 trying to get at is are you saying that all
17 manufacturers of all drug substances have to test
18 every impurity, even those that are below the USP
19 standard for 0.1 percent for genotoxic impurities?
20 All manufacturers?
21     MR. NIGH: Form objection.
22     A.    All manufacturers must look at --
23 specifically when you're doing residual solvent
24 analysis, you're not going to have a thousand
25 different little peaks. You're going to have maybe

Page 129

1  20 little impurities, just like Novartis.
2      Yeah, they have -- they have to do it;
3  otherwise, they're in the wrong business. Do you
4  want to take genotoxic impurity, Nina, for, you
5  know, rest of your life, especially if you're on a
6  chronic drug that you're taking every day? I know I
7  don't.
8      Q.    So what is the point of a USP
9  0.10 percent standard for testing for impurities if
10 all manufacturers are required to test all
11 impurities to make sure that they're not genotoxic
12 no matter what the level?
13     A.    You need to report -- any impurities
14 that are, you know, .1 percent, then .05 percent,
15 you need to identify them. You need to look for
16 them. If you looking for, you know, minor things,
17 less than .001, and you find that basically they're
18 non-genotoxic, you don't -- you leave them alone or
19 you can report them to the agency.
20     But the purpose of that is USP, you
21 know, sets those limits assuming that anything below
22 it is not genotoxic. You see, there are -- probably
23 99.9 percent of the impurities are not genotoxic.
24     Q.    But in order to determine whether there
25 are genotoxic impurities, you would need to test

33 (Pages 126 - 129)

Page 130

1  every single impurity that appears, even trace
2  impurities below 0.10 percent.  Correct?
3           MR. NIGH:  Form objection.
4       A.   Yes, that's correct.  You need to test
5  those.
6       Q.   And you're saying that's what
7  pharmaceutical manufacturers were required to do in
8  2013?
9           MR. NIGH:  Form objection.
10      A.   Absolutely.  Let me qualify this.
11  Absolutely.  CGMP is really it states to current
12  everything.  You know, you have ability to test
13  them, you want -- you need to test them.  You know,
14  you have -- GCMS -- I know in 2013 and/or 2014 your
15  client had GCMS at their facility.  In fact, they
16  were using it.  I know I saw it in some of the
17  documents that I've presented.  And why didn't they
18  test it?
19      Q.   Okay.  I think we're -- again, we're
20  going a little past -- going a little past the
21  question that we asked, but let me try to focus back
22  in on what we were talking about.
23           Is it your opinion that every lot of
24  generic valsartan was adulterated even if it did not
25  contain any NDEA or NDMA?

Page 131

1           MR. NIGH:  Form objection.
2       A.   If a valsartan did not contain NDMA or
3  NDEA and met its purity criteria as set by USP, then
4  it's not adulterated.
5       Q.   Okay.  So whether generic valsartan was
6  adulterated would depend on whether that specific
7  lot included NDEA or NDMA.
8       A.   Exactly.  But I also want to qualify
9  this just as a follow-up to your question.  The USP
10  standards that you have in front of you and I've
11  also cited in my report, that USP standard is for
12  Diovan.  It's not for ZHP's valsartan.  You follow
13  me?
14      Q.   Well, I don't think so.
15           So your point is the USP valsartan
16  standard doesn't apply to generic valsartan?
17      A.   The USP -- USP valsartan is talking
18  about impurity profile that was present in Diovan,
19  which was using a different, you know, chemistry.
20  It was using tributyltin methodology which was not
21  producing NDMA.  But once they changed the process,
22  they should have actually upgraded the USP with
23  their -- essentially, they should have created their
24  own impurity profile.
25      Q.   Okay.

Page 132

1       A.   USP states in one of their general
2  chapters that if you change your synthetic
3  procedure, you need to, you know, essentially have
4  an updated, you know, impurity profile and
5  everything.  So what USP doesn't really -- you know,
6  USP is not taking responsibility for anything, and
7  the company cannot rely on that original USP from
8  their brand manufacturer.  Not.
9       Q.   All right.  We just started talking
10  about the USP general notice.  So I want to
11  introduce as Exhibit, I believe, 8, Tab 35.
12           (Exhibit Najafi-8, USP 35 General
13  Notices and Requirements, No Bates, 13 Pages, was
14  received and marked for identification.)
15      Q.   That's USP 35 General Notice and
16  Requirements.
17           You were just talking about this.
18  Right?
19      A.   Right.  Let me just see.
20           MS. ROSE:  Justin, can we go to
21  Section 5.6.10 on page 4.  It's on 4 of the PDF.
22      A.   5.60.10?
23      Q.   Yeah, 5.60.10.  You will see there it
24  says:  "The presence of any unlabeled other impurity
25  in an official substance is a variance from the

Page 133

1  standard if the content is 0.1 percent or greater.
2  The sum of all other impurities combined with the
3  monograph detected impurities may not exceed 2.0."
4           Do you see that?
5       A.   Yes.
6       Q.   Okay.  Do you agree that USP sets the
7  standard that unlabeled impurities in a substance
8  are only a variance from the standard if the content
9  is 0.1 or greater?
10      A.   One second.  Let me...
11      Q.   Are you still reading that one
12  sentence, or are you answering my question?
13      A.   I'm actually reading the -- reading the
14  paragraph before it just to get context --
15      Q.   Do you want to go off the record?
16      A.   Oh, no, no, no, no.
17      Q.   It's been about 45 seconds.  Just want
18  to -- you told me to tell you when it's 30 seconds.
19           Are you able to answer my question,
20  Dr. Najafi?
21           MS. ROSE:  I think he's having an audio
22  problem.  Can we go off the record.  Yeah, he's
23  calling a time-out.  He's calling a visual time-out.
24           THE VIDEOGRAPHER:  Let's go off the
25  record, please.

34 (Pages 130 - 133)

Page 134

1       (A brief recess takes place.)
2       (Testimony reread.)
3       THE VIDEOGRAPHER: The time is 1:18.
4   We're back on the record.
5   BY MS. ROSE:
6       Q.   Okay.  You can answer.
7       A.   I think -- yeah, I think under general
8   chapter, you know, basically same -- same as, you
9   know, 5.60.10.  There's -- the answer is there for
10  you.
11      Q.   I'm sorry, you're going to have --
12      A.   Okay?
13      Q.   Can you -- can you clarify that?
14      A.   Any substances known to be toxic, in
15  this case, genotoxic, shall not be listed under
16  "other impurities."
17      Q.   Okay.  And where does --
18      A.   This is 5. -- this is 5.60.10.  There's
19  other impurities in USP --
20      (Court Reporter Clarification.)
21      MS. ROSE: He's reading --
22      A.   To answer your question -- I'm reading.
23  I'm reading from the general chapter.  "Any
24  substance known to be toxic shall not be listed
25  under other impurities."

Page 135

1       Q.   Are you saying you're reading that from
2   something?
3       A.   I'm reading it from a general chapter,
4   and basically it's saying toxic impurities do not
5   need to meet the threshold of 0.1 percent, known
6   genotoxic compounds.
7       Q.   Oh, I see.  Okay.
8       A.   Do you see that?
9       Q.   I see what you're saying.
10      MS. ROSE: Can you exit out of --
11  Justin, exit out of the -- that -- yes.  Thank you.
12  I appreciate it.
13      Q.   Okay.  Any substance that is known to
14  be toxic, that's what you're reading from.  Okay.
15      A.   Right.  I'm reading it from the general
16  chapter.
17      Q.   Got it.
18           It's your opinion that as of 2013,
19  valsartan -- I'm sorry.  It was -- your opinion that
20  as of 2013, it was known that there was impurities
21  that were known to be toxic under the 0.1 percent
22  standard in valsartan?
23      A.   No.  I mean, we didn't know there was
24  these impurities are out there.  I'm saying if they
25  were present, they should have -- they should have

Page 136

1   looked for it.  That's the whole idea.  Toxic
2   impurities do not need to meet the threshold,
3   .1 percent threshold.
4       Q.   But you can't know --
5       A.   And are --
6       Q.   I'm sorry.
7           A drug manufacturer can't know that an
8   impurity is toxic unless it specifically tests for
9   it.  Correct?
10      MR. NIGH: Form objection.
11      A.   Only if -- only if it's an unknown
12  entity.  NDMA was not an unknown entity.  We've
13  known NDMA for 50 years, at least.
14      Q.   So you're saying that, again, every
15  drug substance manufacturer has to test every single
16  impurity under 0.1 percent to make sure it is not a
17  substance known to be toxic?
18      A.   Yes.
19      Q.   So any drug manufacturer that doesn't
20  test every single impurity, even those under
21  0.1 percent, is in violation of cGMP?
22      MR. NIGH: Form objection.
23      A.   That's correct.
24      MS. ROSE: I just wanted to introduce
25  Tab 51.  I think this will be Exhibit 9.

Page 137

1       THE VIDEOGRAPHER: Right.
2       (Exhibit Najafi-9, Article entitled:
3   Identification and Control of Impurities For Drug
4   Substance Development using LC/MS and GC/MS, from
5   The Journal of Liquid Chromatography and Related
6   Technologies, was received and marked for
7   identification.)
8       A.   Right.
9       Q.   Have you seen this document before,
10  Dr. Najafi?
11      A.   I believe I have.
12      Q.   Okay.  I'll represent to you this was
13  included on a supplemental reliance list that was
14  created by plaintiffs' counsel to defendants on
15  Monday.
16      A.   Right.
17      Q.   And you see this article.  It's called
18  "Identification and Control of Impurities For Drug
19  Substance Development using LC/MS and GC/MS."
20  Correct?
21      A.   Yes, that's correct.
22      Q.   And it was published in 2018?
23      A.   Okay.
24      Q.   If you can look at page 3 of the PDF,
25  it has 2236 at the top of the page.  At one, two,

35 (Pages 134 - 137)

Page 138

1  three -- four lines down at the end of that line, it
2  says that "ICH guideline Q3A(R) requires that
3  organic impurities at or above 0.1 percent or
4  1.0 milligrams total daily intake, whichever is
5  lower, should be identified for drug substance with
6  maximum daily dose of less than 2 grams daily."
7       Do you see that?
8    A.   Correct.
9    Q.   Okay.  So according to this article,
10  which you cited as something you considered in
11  forming your opinion, it says that under ICH Q3A,
12  organic impurities need to be identified if they are
13  at or above 0.1 percent, or 1.0 milligrams.
14  Correct?
15   A.   That's what the article says, and I
16  believe, you know, any impurities that you can
17  identify on the chromatogram, and it points to even
18  .001 percent impurity and by GCMS, and it shows a
19  genotoxic compound, you have a moral duty to report
20  that and to identify it and to control it.
21   Q.   But according to this, and you cited to
22  Q3 earlier, Q3 only requires the identification of
23  impurities at or above 0.1 percent.
24   A.   I think -- we were talking about
25  organic impurities.  We're not talking about

Page 139

1  genotoxic impurities.  I think there's a provision
2  in Q3A -- Q3A and B regarding genotoxic impurities
3  as well, if I'm not mistaken.
4    Q.   So the drug manufacturer would have to
5  know that there is a genotoxic impurity in its drug
6  in order to go and look for it at a level below
7  0.1 percent.
8        MR. NIGH:  Form objection.
9    A.   So there are two ways that you go about
10  looking for genotoxic impurities.  One, we call it
11  targeted.  And the second one, we call it
12  untargeted.  The way Novartis was looking at their
13  chromatography was untargeted.  They were basically
14  looking at every impurity.  And they said, We have
15  to identify what these impurities are.
16       Some of them were less than .1 percent.
17  And that's how they discovered it.  A targeted
18  approach is -- it's really done by your organic
19  chemist, by your process chemist.  And that
20  typically -- the organic chemist says, hmm, we're
21  using sodium nitrite.  We should worry about NDMA
22  and NDEA, period.
23       Now, let's say nobody can guess that
24  DMF is going to be composed into dimethylamine.
25  Nobody can guess triethylamine is going to convert

Page 140

1  into NDEA.  But because you're using sodium nitrite,
2  you know, all antennas should go up.  So that
3  becomes targeted, where now the chemistry team tells
4  the QC team, Could you guys get set up to test for
5  NDMA, NDEA, and also diisopropyl, nitrosol, all
6  kinds of variation, and they do.
7        This is what Novartis does.  This is
8  what, you know, Sanofi-Aventis, my former company,
9  does.  You know, we do that.  This is routine.
10   Q.   Okay.  Again, I think we've gone a
11  different -- I was just asking --
12   A.   I'm just trying to help you understand
13  a little bit.
14   Q.   I understand.  I think we're -- you
15  said that anytime a company is using sodium nitrite
16  in its reactions in making a drug substance, that
17  alarm bells should go off and you should test for
18  genotoxic impurities.
19       Is that your position?
20       MR. NIGH:  Form objection.
21   A.   Exactly.
22       (Court Reporter Clarification.)
23       MR. NIGH:  Hold on.
24       Form objection.  I'll indicate that he
25  was responsive to the prior question.

Page 141

1    Q.   What FDA regulations or guidance
2  require drug manufacturers to test for genotoxic
3  impurities anytime sodium nitrite is being used?
4        MR. NIGH:  Form objection.
5    A.   FDA is not here to legislate common
6  sense.  You know, often FDA tells us, the
7  manufacturer -- or they tell us, tell us how you
8  want to develop the drug.  Tell us what your
9  manufacturing is.
10       They don't tell you -- if FDA were to
11  try to provide guidance for this, for that, we would
12  have so much papers, you know, it's crazy.  So this
13  is manufacturer's responsibility.
14       And I think USP also states in their
15  general chapter -- and I can point it to you -- that
16  once you change the process, it's the manufacturer's
17  responsibility to go above and beyond to make sure,
18  you know, there's proper impurity profile, you know,
19  and there's also proper risk assessment is done.
20       And risk assessment effectively creates
21  that targeted analysis, where you say, we're using
22  sodium nitrite.  We got to use -- we got to check
23  for this, this, this, and that, you know.
24   Q.   Okay.  But, again, going back to my
25  question.  I think what you just said was the FDA

Page 142

1  doesn't have any guidance or regulations that say
2  when you're using sodium nitrite, you need to look
3  for genotoxic impurities?
4      A.  No.
5          MR. NIGH:  Form objection.
6      A.  Of course not, yeah.
7      Q.  Okay.  All right.  I'm going to move
8  back to where we were before, which was:  Is it your
9  opinion that the mere presence of NDMA or NDEA in
10 generic valsartan renders it adulterated because the
11 reference listed drugs for valsartan, Diovan, and
12 Exforge do not contain NDMA or NDEA?
13     A.  Because, you know, NDMA and NDEA are
14 genotoxic, their mere presence renders them
15 adulterated.
16     Q.  I think we covered that opinion, and
17 maybe we'll go back to that at some point.  But I'm
18 asking about a separate opinion.
19          You've said that the presence of NDEA
20 or NDMA renders it adulterated because they're
21 genotoxic; that's one.  But I'm asking if you have a
22 separate opinion that the presence of NDMA or NDEA
23 in genetic valsartan renders it adulterated because
24 the reference listed drugs do not contain NDMA or
25 NDEA.

Page 143

1      A.  That's correct.  Because the reference
2  listed drugs does not contain NDEA and NDMA, then
3  it's -- if it shows up, then it's adulterated.
4      Q.  Okay.  So it's your position that
5  Diovan and Exforge have never contained NDMA or
6  NDEA?
7          MR. NIGH:  Form objection.
8      A.  Based on the chemistry of Diovan and
9  because they're not using sodium nitrite, you do not
10 expect to have NDMA or NDEA.  And this has been
11 confirmed by Health Canada in their extensive
12 testing of Diovan in Canada, and I think I've cited
13 that in my report as well.  So Diovan has shown to
14 be free of any NDMA and NDEA.
15     Q.  And you say in your report that Diovan
16 and Exforge are manufactured by Novartis.  Correct?
17     A.  I believe so.
18     Q.  Do you know if Novartis sells any
19 valsartan products other than Diovan and Exforge in
20 the United States?
21     A.  I do not.
22     Q.  You have no reason to believe that they
23 do?
24     A.  I have no reason --
25         MR. NIGH:  Objection to form.

Page 144

1      A.  -- to be, yeah.
2      Q.  I know you've talked at your last
3  deposition about the 2019 citizen petition that was
4  filed by Valisure.  Correct?
5      A.  That's correct.
6      Q.  And you're aware that Valisure citizens
7  petition reported that it tested samples of
8  Novartis's valsartan and it contained NDMA.
9  Correct?
10     A.  I'm aware of that.
11     Q.  And you've testified that you were
12 involved in validating some of the testing that
13 Valisure did in connection with the citizens
14 petition.  Correct?
15     A.  That's correct.
16     Q.  And you submitted a declaration in this
17 litigation in 2022 stating that you were sent some
18 of the samples that Valisure tested and you
19 validated their results.  Right?
20     A.  We were blinded to Valisure's testing,
21 so we have no idea what we tested.  Basically they
22 sent us pills.  They said, please test these for
23 NDMA.  We gave them results.  So what they gave to
24 us were codes, effectively.
25         And then later, they said these were

Page 145

1  this, that, and so forth.  And we don't know whether
2  they reported our results at all, you know, but
3  they -- they had -- we had worked with them.
4      Q.  How many samples from Valisure did you
5  test?
6      A.  I cannot tell you right now.  It was --
7  we can look that up.  I don't know.  I don't think
8  it's more than maybe somewhere between ten to
9  hundred, maybe.
10     Q.  Okay.  Did you make any effort to
11 investigate that when you were writing your
12 declaration?
13     A.  No.
14     Q.  Did you validate Valisure's results for
15 all of the samples that you did test?
16         MR. NIGH:  Form objection.
17     A.  As I mentioned to you, we simply tested
18 for NDMA using GCMS not knowing what we're testing.
19 So, you know, we knew, according to Valisure -- or
20 Valisure that they were -- it was valsartan.  But we
21 really couldn't tell what -- valsartan from who, who
22 was the manufacturer.
23     Q.  Okay.  That -- again, not what I was
24 asking.  I was just asking when you -- whatever,
25 whichever results you got, that ten to a hundred

37 (Pages 142 - 145)

Page 146

1   samples and you retested, did you get the same
2   results as Valisure?
3          MR. NIGH: Form objection.
4       A.    If I'm blinded to what the data -- you
5   know, what they're sending to me, how would I be
6   able to know --
7       Q.    So you had no --
8       A.    -- if it's validated?
9       Q.    You just gave them your samples?
10      A.    We just gave them the results.
11      Q.    And if your results differed from their
12  results, would they have contacted you?
13      A.    They basically told us that we're in
14  the ballpark; that's the terminology they used.
15      Q.    Was this in a written communication?
16      A.    In other words, you know, I think, you
17  know, it could have been telephone, telephonic
18  communication. I can't recall.
19      Q.    Okay. But they -- they communicated to
20  you that the results that you reached on the ten to
21  a hundred samples you tested were in the same
22  ballpark as the results they reached in their
23  citizens petition. Correct?
24      A.    That's correct.
25      Q.    Okay. Had you or Emery Pharma worked

Page 147

1   with Valisure prior to validating their valsartan
2   testing in 2019?
3          MR. NIGH: Form objection.
4       A.    No.
5       Q.    They approached you out of the blue?
6       A.    No, we had met actually a couple of
7   years before that, actually at the J.P. Morgan
8   healthcare conference, at a conference.
9       Q.    When you says "you had met," was it
10  someone in particular at Valisure?
11      A.    With the CEO of Valisure.
12      Q.    Is that David Light?
13      A.    David Light, yeah.
14      Q.    You were friendly with David Light?
15         MR. NIGH: Form objection.
16      Q.    I'm sorry, I didn't hear your answer.
17      A.    Yes.
18      Q.    Have you or Emery Pharma worked with
19  Valisure since you validated their testing for the
20  2019 citizen petition?
21      A.    Since our work with valsartan, we also
22  supported a little bit of their work with Zantac as
23  well, and --
24      Q.    What do you mean by "support"?
25      A.    And I believe --

Page 148

1       Q.    I apologize if I cut you off. I didn't
2   mean to. I thought you were done.
3       A.    Yeah, so, no, so we did the valsartan
4   project, I think, in early 2019, or maybe 2018, I
5   don't remember. And then, then we actually looked
6   at their testing for Zantac which they wanted us to
7   run GC, GCMS for Zantac, which we did. And we did
8   not agree with the way Zantac should be tested by
9   GCMS, and then -- they went on and filed the
10  petition, but we were not involved with their
11  petition for Zantac at all.
12         Then we also did some benzene testing
13  for them or maybe -- maybe we got an inquiry from
14  them for benzene and in sunscreen.
15      Q.    Got it.
16         And have you ever asked Valisure to
17  validate any findings from your lab?
18         MR. NIGH: Form objection.
19      A.    No.
20      Q.    Do you respect Valisure as a
21  laboratory?
22         MR. NIGH: Form objection.
23      A.    What do you mean by "respect Valisure
24  as a laboratory"?
25      Q.    Do you think -- would you say it's a

Page 149

1   respected laboratory?
2          MR. NIGH: Form objection.
3       A.    Valisure is a pharmacy. I respect them
4   as a pharmacy.
5       Q.    Okay. So you don't -- does Valisure do
6   testing?
7       A.    No.
8       Q.    So is it your understanding that the
9   testing that was done to support the 2019 citizens
10  petition was not done by Valisure?
11      A.    Valisure has some analytical equipment.
12  I believe they did the testing themselves, but
13  they're not -- I would not consider them as a, you
14  know, a contract research testing lab. And they are
15  a pharmacy that tests their -- sort of their goal is
16  to test every drug they sell for their customers.
17      Q.    Okay. Would you say that you respect
18  the scientists who work at Valisure as scientists?
19         MR. NIGH: Form objection.
20      A.    Yeah, I respect the scientific team at
21  Valisure.
22      Q.    I want to introduce -- I'm going to say
23  Exhibit 9. I could be wrong. It's Tab 17.
24         (Exhibit Najafi-10, PowerPoint
25  Presentation entitled, "Where is NDMA Coming From?

38 (Pages 146 - 149)

Page 150

1  Root Cause Analysis" No Bates, 25 Slides, was
2  received and marked for identification.)
3       (Exhibit Najafi-11, LibreTexts Document
4  on Sodium Azide, No Bates, One Page, was received
5  and marked for identification.)
6       (Exhibit Najafi-12, Book entitled,
7  Purification of Laboratory Chemicals by W.L.F.
8  Amarego and D.D. Perrin, 544 Pages, was received and
9  marked for identification.)
10       THE VIDEOGRAPHER:  This should be
11  Exhibit 10.
12       MS. ROSE:  Oh, Exhibit 10, thank you
13  very much.
14       Q.   Dr. Najafi, these are slides for a
15  presentation about NDMA in ranitidine that you
16  presented at an industry conference in 2020.
17  Correct?
18       A.   This does look like it is my
19  presentation.
20       Q.   And this is listed on your CV.
21  Correct?
22       A.   I don't know.
23       Q.   You presented at that conference about
24  the mechanism by which you think NDMA can form in
25  connection with ranitidine.  Is that correct?

Page 151

1       A.   Yes, I believe so.
2       Q.   And as we have discussed, you were a
3  paid expert in the ranitidine litigation?
4       A.   Yes, I was.
5       Q.   But your expert -- your opinions were
6  excluded there.  Correct?
7       A.   All experts' opinions on ranitidine
8  case were excluded through a Daubert hearing which
9  essentially shows that it's -- by and large, it's
10  about, you know, connection within, you know, NDMA
11  and cancer.  But that's not my area of expertise,
12  and that's how -- that's how the exclusion occurred,
13  but the data that we generated and presented is
14  absolutely valid and reliable and will be published.
15       Q.   Okay.  I just want to be clear, are you
16  aware that the Court in ranitidine specifically
17  looked at your opinions and the testing that you
18  conducted and excluded it?
19       A.   I was one of the experts that they
20  excluded.
21       Q.   Yes.  I'm aware, but I just wanted --
22  it sounded like you were saying all experts were
23  generally excluded based on something that had
24  nothing to do with your opinions, but I just wanted
25  to make sure, have you read the opinion that

Page 152

1  excluded your -- the testing you performed in
2  connection with ranitidine?
3       MR. NIGH:  Form objection.
4       A.   I haven't read it in hundred percent
5  detail, but I scanned through it.
6       Q.   You're aware the Court there found in
7  the testing that you conducted was unreliable.
8  Correct?
9       MR. NIGH:  Form objection.
10       A.   I disagree with the Court's conclusion
11  and -- but, you know, basically all experts were
12  excluded.  Again, I'll repeat that.
13       Q.   I appreciate you repeating it, but I --
14  I don't think you answered me.
15       Are you aware that the Court looked at
16  your testing and excluded your opinions based on
17  your testing on the grounds that it was unreliable?
18       MR. NIGH:  Form objection.
19       A.   I disagree with their conclusion.
20       Q.   Okay.  All right.  I -- were you paid
21  to make this presentation at the industry conference
22  in 2022?
23       A.   No.
24       Q.   If you turn to the last slide in the
25  presentation.  It is their acknowledgments.  The

Page 153

1  Emery Pharma team is mentioned, including Dr. Bose,
2  who you said has helped you in forming your opinions
3  in this case.
4       Did any of the other Emery Pharma team
5  members listed here, who we have not previously
6  discussed, helped you in any way with forming your
7  opinions in writing your report for this case?
8       A.   No.
9       Q.   In your acknowledgments for this
10  preparation, you also mention the Valisure team.
11  Correct?
12       A.   That's correct.
13       Q.   And you specifically mentioned
14  David Light and Dr. Kaury Kucera.  Correct?
15       A.   Correct.
16       Q.   Are you aware that David Light and
17  Kaury Kucera were the two individuals who signed the
18  Valisure 2019 citizens petition about valsartan?
19       A.   Correct.
20       Q.   Was it one of these two people who
21  asked you to validate the citizens petition testing?
22       MR. NIGH:  Form objection.
23       A.   David Light is our primary contact.
24       Q.   And then you, a year later, asked them
25  to help you prepare an industry presentation on

39 (Pages 150 - 153)

Page 154

1  ranitidine. Correct?
2      MR. NIGH: Form objection.
3      A.  Would you repeat your question?
4      Q.  Sure.
5          After David Light asked you to validate
6  the testing underlying the citizens petition in
7  2019, you asked David Light and members of his team
8  to help you prepare an industry presentation on
9  ranitidine?
10     A.  No, that's not correct.
11     Q.  Does this presentation rely on any
12 testing performed by Valisure?
13     A.  Would you show me the presentation?
14     Q.  Sure. You have access to it.
15         MS. ROSE: But, Justin, could you also
16 click through it.
17         THE WITNESS: Could you just flip
18 through it, and slide number 1, slide number 2.
19 Okay. That's my background, keep going. NDMA, keep
20 going. Keep going. NDMA, okay, okay.
21     A.  So this presentation is entirely about
22 NDMA and ranitidine. It has nothing to do with
23 valsartan. And the industry people that I've known
24 for many years, they contacted me and they said,
25 Would you like to present at this event? And when I

Page 155

1  mentioned to them that this is what's going on with
2  ranitidine and valsartan, they also went and sought
3  David Light, and, you know, various other
4  individuals. I believe there was a USP person also
5  on a panel. So there was a -- multiple people, you
6  know, on the presentation thing, and I presented
7  this, yes.
8      Q.  Okay. Appreciate that, not my
9  question.
10         My question was: Does your
11 presentation rely in any way on testing performed by
12 Valisure on ranitidine?
13     A.  Zero.
14     Q.  So they didn't help you prepare your
15 preparation. You didn't rely on their testing.
16         Why did you acknowledge them at the end
17 of your presentation?
18         MR. NIGH: Form objection.
19     A.  It's a good question. Because they
20 sort of introduced us to the problem of ranitidine
21 potentially generating NDMA.
22     Q.  And when was that?
23     A.  When was that? I think it was back in
24 maybe August of 20 -- 2019.
25     Q.  All right. So you kind of formed a

Page 156

1  trust with Valisure because they alerted you to a
2  problem. Then you researched and became an expert
3  in litigation with respect to it.
4      MR. NIGH: Form objection.
5      A.  We --
6      (Court Reporter Clarification.)
7      A.  That's correct.
8      Q.  Have you ever asked Valisure whether
9  the Novartis samples that they tested and in which
10 they found NDMA were Diovan and/or Exforge?
11         MR. NIGH: Form objection.
12     A.  Frankly, I did not really care too much
13 to know about it. As I mentioned to you before,
14 this is not anything -- you know, we're not -- this
15 is not the only thing we're doing at Emery Pharma.
16 So at any one time I have probably two dozen other
17 projects at Emery Pharma, biologic project, drug
18 development project.
19         So basically, when he came to, he
20 called me and said, Hey, can you test these things?
21 And we did it probably, you know, just as a favor to
22 him and send him the data. And I didn't really dug
23 into what is what and all that.
24         And at the time, it was really
25 beginning of valsartan situation, and I wasn't too

Page 157

1  aware of all the various controversies and various
2  things.
3      Q.  Okay. So you said earlier that you are
4  offering the opinion now in 20 -- we'll say now it
5  was in your 2022 report, but you're offering your
6  opinion at this deposition that generic valsartan
7  was adulterated because it contained NDEA or NDMA
8  and the reference listed drugs, Diovan and Exforge,
9  did not.
10         And you were aware that the 2019
11 citizens petition by Valisure found NDMA in a
12 Novartis product. Is that all correct?
13         MR. NIGH: Form objection.
14     A.  I wasn't aware of valsartan results,
15 and when they put it in their -- their citizen
16 petition, I might have even not read their citizen
17 petition.
18     Q.  When did you read the 2019 citizens
19 petition?
20     A.  Probably sometime in 2020.
21     Q.  Okay. So but you're offering the
22 opinion now -- or you offered the opinion in an
23 October 2022 report that Exforge and Diovan do not
24 contain NDMA. And you offer that opinion --
25     A.  That's correct.

40 (Pages 154 - 157)

Page 158

1    Q.    -- knowing that in 2019, Valisure found
2   NDMA in a Novartis product?
3          MR. NIGH:  Form objection.
4    A.    Very good question again, Nina.  It's a
5   puzzle for us -- for me, because I do not expect
6   Diovan and Exforge -- if they're using that
7   synthetic methodology, I do not expect NDMA in their
8   process.
9          But having said that, you know, I don't
10  know, I wasn't -- I don't know what Novartis --
11  whether Novartis bought API from somebody, put it
12  together under this.  A lot could happen.
13         But original valsartan process, which
14  is the tributyltin azide, does not lend itself to
15  produce NDMA because no sodium nitrite issues.  So
16  I'm puzzled.  I think there might have been some
17  mistake made perhaps by Valisure in their testing.
18         There could have been a
19  cross-contamination during that testing.  It could
20  have been a labeling error.  It could have been, you
21  know, Novartis effectively buying some contaminated
22  API and putting it into their finished product.
23  It's all speculation.
24    Q.    That was the exact word I was about to
25  use.  So this is all speculation.  You don't know if

Page 159

1   any of that happened, but that's just your
2   speculation of what might occur?
3          MR. NIGH:  Form objection.
4          (Court Reporter Clarification.)
5    Q.    Sorry, I thought you said yes.  Right?
6    A.    It is all speculation on my part
7   because the Exforge and Diovan process, which
8   utilizes tributyltin azide and doesn't utilize
9   sodium nitrite, should not produce NDMA and --
10   Q.    Sorry.
11   A.    -- and Health Canada in their many
12  testing -- and I have a little bit more -- how I
13  should say?  I don't want to say respect.  I have a
14  lot more trust in Health Canada's testing, which
15  they showed that Diovan is free of any NDMA.
16   Q.    Have you ever --
17   A.    Now --
18   Q.    -- done any -- sorry.
19         Have you ever done any testing to
20  validate results obtained by Health Canada?
21   A.    We have -- I think as part of our
22  disclosure, we have -- been retained by a Canadian
23  lawyer.  We actually ran some testing of their
24  pills.  They sent us pills from their patients.  We
25  ran them, and we don't know what those pills -- who

Page 160

1   are the manufacturers of the pills.  But many, many
2   of them contained large amounts of NDMA.
3    Q.    Sorry, I want to clarify what we were
4   just talking about.
5          So you're saying a Canadian lawyer
6   contacted you to test valsartan pills?
7    A.    Right.
8    Q.    When was that?
9    A.    I think it was before Valisure
10  contacted us.  2018, sometime in 2018, late 2018.
11   Q.    And you don't know what medications you
12  were testing.  It could have been Exforge or Diovan?
13         MR. NIGH:  Form objection.
14   A.    Could have been Exforge, Diovan.  It
15  could have been anything.
16   Q.    So you can't say what type of valsartan
17  you found NDMA in?
18   A.    I cannot.
19   Q.    Have you ever -- has your lab made any
20  attempt to test Exforge or Diovan to determine if it
21  includes any NDMA or NDEA?
22   A.    We were not asked by the current
23  plaintiffs to do any testing for them.  So we have
24  not, and we have not taken it upon ourselves to do
25  any testing either.

Page 161

1    Q.    Wouldn't that testing resolve this
2   dispute and solve the puzzle?
3          MR. NIGH:  Form objection.
4    A.    Testing Diovan?
5    Q.    Yes.  You said there was a puzzle as to
6   why Valisure found Diovan.
7    A.    Yes.
8    Q.    Wouldn't it solve the puzzle if you
9   yourself tested Exforge or Diovan to see if there
10  was any NDMA --
11         MR. NIGH:  Form objection.
12         (Court Reporter Clarification.)
13         MS. ROSE:  Sorry.  I said -- I can't
14  remember the beginning of the question.
15         (Question read back.)
16   Q.    Sorry.
17         You said that there's a puzzle as to
18  why Valisure found NDMA in Diovan or Exforge.
19  Wouldn't it solve the puzzle if you yourself tested
20  Diovan and Exforge to see if it contains NDMA?
21         MR. NIGH:  Form objection,
22  mischaracterizes his testimony.
23   A.    I think it's already done by an
24  authority, which is namely Health Canada, already
25  has shown that Diovan doesn't contain NDMA.

41 (Pages 158 - 161)

Page 162

1    Q.    Has anyone ever instructed you not to
2  conduct testing on Exforge or Diovan?
3    A.    No.
4    Q.    So you're relying entirely on
5  Health Canada's results on opining that Diovan and
6  Exforge do not contain NDMA or NDEA?
7        MR. NIGH:  Form objection,
8  mischaracterizes testimony, asked and answered.
9    A.    I am relying a hundred percent on
10 Health Canada, and I trust -- I trust as much as I
11 trust FDA.
12   Q.    And do you know if -- did Health Canada
13 test both Canadian and U.S. supply of valsartan?
14   A.    I don't recall right now, but I've
15 cited them.  I think it's Diovan -- Canada Diovan, I
16 believe.  I don't know.  We have to check.
17   Q.    But it wouldn't surprise you if
18 Health Canada tested Diovan that was sold
19 exclusively in Canada?
20   A.    It doesn't matter.  Diovan, I mean,
21 there is no -- you know, it's the same pill.  They
22 ship it across the border.
23       MS. ROSE:  All right.  I'm about to go
24 into a new section.  I know that -- for me it's
25 late, but for you, it's past lunchtime.  Do you want

Page 163

1  to take a break for some lunch?
2        THE WITNESS:  I already have.  I'm
3  good.  I'm just worried about Ellen, if she wants to
4  take maybe a quick bio break.
5        COURT REPORTER:  Thank you, Doctor.
6        THE WITNESS:  I'm good.  We can
7  continue.
8        (Court Reporter Clarification.)
9        MR. NIGH:  Let's take a 15-minute
10 break.
11       MS. ROSE:  Okay.
12       THE VIDEOGRAPHER:  The time is 2:02.
13 This ends Media Unit Number 3.  We are off the
14 record.
15       (A brief recess takes place.)
16       THE VIDEOGRAPHER:  The time is 2:25.
17 This begins Media Unit Number 4.  We're back on the
18 record.
19 BY MS. ROSE:
20   Q.    Dr. Najafi, did you talk to anyone
21 while we were on a break?
22   A.    I talked with Rosemarie and Daniel.
23   Q.    Okay.  And did you look at any
24 documents while we were on the break?
25   A.    No.

Page 164

1    Q.    I may have asked this earlier, but I
2  think I may have skipped it.
3        Do you know who Kali Panagos?
4    A.    Who.
5    Q.    Panagos, P-A-N-A-G-O-S, does that name
6  mean anything to you?
7    A.    Never heard of it.
8    Q.    Okay.  Thanks.
9        I want to talk briefly about the
10 valsartan synthesis process, generally.  You've said
11 this earlier, but ZHP used different processes to
12 manufacture its valsartan API over time.  Correct?
13   A.    That's correct.
14   Q.    And you -- I'm so sorry.  I'm watching
15 your nods and not waiting for you to answer.
16       You said the first process was the TIN
17 process.  Correct?
18   A.    The TIN process was the process that
19 valsartan was approved on.  So the approved drug was
20 valsartan TIN process.
21   Q.    All right.  And it's your opinion that
22 the tin manufacturing process could not result in
23 the production of NDMA or NDEA?
24   A.    Based on my 40 years of experience as a
25 synthesis organic chemist, I do not expect the TIN

Page 165

1  process to generate NDMA, because sodium nitrite is
2  absent.  And the product was approved by the FDA,
3  God knows when, 20 years ago, and the USP is by and
4  large based on that process.
5    Q.    And the next process that ZHP used is
6  the TEA process.  Correct?
7    A.    That's correct.
8    Q.    And that process used triethylamine
9  hydrochloride in Step 4 of the valsartan
10 manufacturing process.  Right?
11   A.    That's correct.
12   Q.    And that process was documented with
13 the FDA in Drug Master File 23491?
14   A.    That's correct.
15   Q.    Is it your opinion that the TEA
16 manufacturing process documented in the original
17 Drug Master File 23491 could result in the formation
18 of NDMA or NDEA?
19   A.    If the process and -- if the process
20 involves sodium nitrite, absolutely.
21   Q.    All right.  Is it your understanding
22 that the TEA manufacturing process documented in the
23 original Drug Master File 23491 involved sodium
24 nitrite?
25       MR. NIGH:  Form objection.

42 (Pages 162 - 165)

Page 166

1     A.   Yes, it does.
2     Q.   Okay.
3     A.   Sorry, I spoke too soon.
4     Q.   Oh, it's all right.
5          Is it your understanding that ZHP made
6  an amendment to the drug master file for the TEA
7  process that added a quenching procedure after the
8  tetrasol reaction with sodium nitrite
9  solution/hydrochloric acid?
10    A.   My understanding.
11    Q.   Okay.  Before that amendment was made
12 to add the quenching procedure after the tetrasol
13 reaction, did the TEA manufacturing process involve
14 sodium nitrate?
15    A.   I have to look at my report.  I believe
16 it did.
17    Q.   Okay.  Well, look at your report.  It's
18 Tab 7.
19         MS. ROSE:  And Justin is going to have
20 to remind me of the exhibit number.  You can go
21 back.
22         THE VIDEOGRAPHER:  7.
23         MS. ROSE:  Sorry.  If you want to put
24 up Exhibit 7, page 19.  That's 19 of the actual
25 result, actual report, not 19 of the PDF, if you

Page 167

1  look at the page numbers on the bottom.
2     Q.   All right.  You see there that it says
3  the ZHP moved away from the TIN process and
4  submitted a DMF 23491 for the TEA process of
5  January 2010, and then that process changed Step 4
6  by using triethylamine.
7     A.   Right.
8     Q.   Correct?
9     A.   Right.
10    Q.   But it's your opinion that that process
11 changed, adding triethylamine, used sodium nitrite?
12         MR. NIGH:  Form objection.
13    A.   They used -- if you continue reading
14 after triethylamine, it says: "... by using
15 triethylamine hydrochloride, sodium azide," instead
16 of tributyltin fluoride and sodium azide.
17    Q.   So are you saying the sodium azide is
18 the same thing as sodium nitrite?
19    A.   No.
20         MR. NIGH:  Form objection.
21    A.   Sorry.  So when you use sodium azide,
22 you have to neutralize it with a neutralizing agent,
23 and the neutralizing agent is often sodium nitrite.
24    Q.   Okay.  But do you have any evidence
25 that in the original TEA process under the original

Page 168

1  DMF 23491, that ZHP was using sodium nitrite as a
2  neutralizing agent?
3     A.   Based on what documents I've reviewed,
4  it shows that they're using sodium nitrite to
5  neutralize sodium azide.
6     Q.   Okay.  Let's look a few lines down.
7  You say: "ZHP filed another amendment to DMF 23491
8  adding a quenching procedure after tetrasol reaction
9  with sodium nitrite solution/hydrochloric acid to
10 guarantee azide is destroyed thoroughly and to
11 minimize the risk of residual azide carryover into
12 the final drug substance on April 16, 2012."
13         Correct?
14    A.   Right.
15    Q.   So prior to April 16, 2012, sodium
16 nitrite was not being used in the manufacture of
17 ZHP's valsartan?
18    A.   I'm -- you know, I have to look at it
19 carefully.  Basically, ZHP decided to move away from
20 using the TIN process and submitted a DMF for the
21 TEA process in January 2010, and then TEA process
22 changed Step 4, crude step, by using triethylamine
23 hydrochloride sodium azide instead of tributyltin
24 chloride sodium azide.
25         So essentially they got rid of the

Page 169

1  tributyltin azide process.  But to get rid of the
2  sodium azide, sodium azide is an explosive agent,
3  and also not only that, sodium azide on its own is
4  very toxic, so they have to get rid of it.  And to
5  get rid of it -- I don't think they clearly indicate
6  what they're doing in that process.  But they must
7  be using sodium nitrite.
8          And then basically we're saying in
9  response to the DMF deficiency from --
10         (Court Reporter Clarification.)
11         MS. ROSE:  Yeah, I think he's -- you're
12 just reading from the document.
13    A.   Sorry.
14    Q.   It's okay.  I see what you're saying.
15 I'm just trying to make a point of it's very simple.
16         MR. NIGH:  Can you let him finish his
17 answer?
18         MS. ROSE:  Sure.  He's just reading
19 from the document at this point.
20    A.   I think the bottom line is -- this is
21 what's going on.  If you use tributyltin azide and
22 you don't use sodium nitrite, you're safe.  The
23 moment you use sodium nitrite, then you're going to
24 get NDMA.
25         And in this case, they used large

43 (Pages 166 - 169)

Page 170

1 excess of sodium azide in one of their subsequent
2 filings and processes. They filed with the FDA that
3 we need to -- they're improving the yield. They're
4 trying to increase the yield, and so they're just
5 generating lots and lots of sodium -- lots of sodium
6 azide they're using, and they have to neutralize it.
7        Sodium azide is an explosive and it's
8 also toxic, so they have to neutralize it;
9 otherwise, we'll have other problem in the final
10 product. We're going to end up with some sodium
11 azide in the valsartan product.
12    Q.    All right. I just want to be clear as
13 we're talking about the manufacturing processes.
14 How about this? If I refer to the TEA process
15 that -- I was going to refer to it as the TEA with
16 quenching process because that's how you refer to it
17 in your report.
18        Is it fair if I call it the TEA
19 quenching process that refers to TEA using sodium
20 nitrite to quench the azide solution?
21    A.    They use azide. They have to quench it
22 with sodium nitrite.
23    Q.    I'm just trying to get a definition.
24 If I say "TEA with quenching," I'm referring to the
25 TEA process using sodium nitrate. Is that fair?

Page 171

1    A.    Okay.
2    Q.    Okay. Great.
3    A.    Yes.
4    Q.    Is it your opinion that TEA with sodium
5 nitrate -- or I'll say TEA with quenching process
6 can result in the formation of NDMA?
7    A.    Yes.
8    Q.    Okay. Where is that opinion stated in
9 your report?
10    A.    It's in there somewhere.
11    Q.    And to be clear, I'm talking about the
12 TEA with quenching process causing NDMA.
13    A.    Let me look through my report and I can
14 tell you.
15    Q.    Okay. We can go off the record and --
16 do you want to go off the record and you can look
17 through your report to see if you have that opinion?
18    A.    No, I don't want to go off the record.
19 I should be able to find it quickly.
20    Q.    Before you look at your report, I just
21 want to know, you can't say right now, without an
22 in-depth review of your report, whether it's your
23 opinion that the TEA with quenching process causes
24 the formation of NDMA?
25        MR. NIGH: Form objection, it's been

Page 172

1 answered.
2        MS. ROSE: It has not.
3        MR. NIGH: It has been.
4    A.    TEA with quenching process generates
5 NDMA.
6    Q.    Yes. Is that your opinion? Without
7 looking at your report --
8    A.    That's my opinion.
9    Q.    -- that's your opinion. Okay.
10        Let's go off the record. You can look
11 at your report and you can show me where it says
12 that in the report.
13        MR. NIGH: I don't agree to those
14 terms. If you want him to look at his report to
15 point something out to you, that's on the record.
16    Q.    Okay. How about -- let me do it this
17 way: Can you explain to me the process by which the
18 TEA with quenching process results in the formation
19 of NDMA?
20    A.    And I -- repeat your question.
21    Q.    Sure. I'm just looking for an
22 explanation of the process by which TEA can react
23 with sodium nitrate to perform NDMA.
24    A.    So this is laid out in my report. I
25 think I have even a chemical reaction, you know,

Page 173

1 associated with it.
2    Q.    Okay.
3    A.    So let me -- so this is what happens.
4 When you treat the triethylamine hydrochloride, and
5 you have sodium nitrite and hydrochloric acid,
6 sodium nitrite converts to nitrous acid, HNO2. HNO2
7 gets degraded into NO+, nitrosonium compound.
8        Nitrosonium molecule gets reacted with
9 triethylamine and forms triethylamine and
10 nitrosonium, or nitrosated triethylamine. It's in
11 my report. And then you lose a -- lose a
12 basically HNO, and then it forms a double-bonded
13 moiety with an N+.
14        And then it reacts with water, and
15 forms a -- sort of a ketal moiety with nitrogen. So
16 there's -- every time you have two hetero atoms on a
17 carbon, it's a very unstable molecule. So you lose
18 an acid aldehyde, which by the way, is also a
19 carcinogen. And then now you form diethylamine.
20 Now it's the beginning of diethylamine reacting with
21 another nitrosonium ion, and now it forms NDEA.
22    Q.    Okay. I appreciate that understanding,
23 but at the end of that you ended with "NDEA."
24    A.    It's on my -- it's on page 24 of my
25 report.

44 (Pages 170 - 173)

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 174

1    (Court Stenographer clarification.)
2    MS. ROSE: I'm sorry, Ellen. Did you
3  need something?
4    COURT REPORTER: No. I'm fine.
5    MS. ROSE: Okay.
6    Q.  I appreciate that. But page 24 of your
7  report shows the process by which the triethylamine
8  hydrochloride process can result in NDEA.
9    My question was: Can it result in
10  NDMA, that I asked several times?
11    A.  No, it cannot.
12    Q.  Okay. I asked that question several
13  times, and I said "NDMA." So I'm just confused.
14    A.  Oh, I'm sorry. I think either I
15  misunderstood or you misspoke.
16    Q.  Okay.
17    A.  But if you have triethylamine, you're
18  going to end up with NDEA.
19    Q.  Okay.
20    A.  If you have a dimethylamine, you're
21  going to end up with NDMA.
22    Q.  Now we're on the same page. So my
23  follow-up question is -- I don't know if it's a
24  follow-up question, but -- or maybe it's the same
25  question.

Page 175

1    Can the TEA with quenching process
2  result in the production of NDMA? Not NDEA. Sorry
3  to talk over you.
4    A.  No.
5    Q.  No is the answer?
6    A.  No.
7    Q.  Okay. Great. And I'm --
8    A.  However, however, I want -- I need to
9  qualify it. Okay? Because if you're using --
10  basically, if anywhere there is a diethylamine
11  present, you know, you're also going to end up
12  with -- if DMF is part of the process, you're
13  going -- DMF is your contributor to NDMA, and
14  triethylamine is your contributor to NDEA.
15    Now, there's also one caveat, please.
16  You know, we've got to put that in the record.
17    The caveat is that if you used
18  contaminated solvents -- now, because I read, you
19  know, somewhere in various documents that I reviewed
20  that a lot of -- there are a lot of toluene was
21  redistilled and used, and so if you use contaminated
22  solvents, you're going to end up contaminating your
23  process. Now you're going to end up NDEA, NDMA and
24  not know where they came from.
25    Q.  Is it your opinion that the NDEA and

Page 176

1  NDMA that have been found in ZHP are the result of
2  contamination of the solvents used in the
3  manufacturing process rather than a product of the
4  manufacturing process itself?
5    A.  By and large, the process is generating
6  NDMA and NDEA because of the introduction of DMF,
7  which leads to trimethylamine and triethylamine,
8  which leads to NDEA.
9    But having solvents that are
10  interacting with all this moieties, the solvents --
11  because the amounts, the levels are so low, solvents
12  will pick them up and then introduce them into other
13  -- you know, if they're using it even for -- if they
14  go back and use a TIN process with a contaminated
15  solvent, the TIN process is going to get contam- --
16  you're going to get NDMA and NDEA.
17    Q.  Have you done any investigation as to
18  whether the solvents used by ZHP in the TIN process,
19  the TEA process, or the zinc chloride process were
20  contaminated?
21    A.  I was not asked to give -- to do any
22  investigation in that regard.
23    MR. NIGH: Form objection.
24    A.  Not, you know, in my lab. But I
25  investigated it, you know, by looking at documents,

Page 177

1  and it's clear that solvents got contaminated with
2  NDMA and NDEA.
3    Q.  Is it your opinion that ZHP knew that
4  its solvents were contaminated with NDMA and NDEA?
5    A.  Not -- I'm not certain if they knew or
6  they didn't -- they didn't know, but, you know, one
7  thing that I considered was the fact that they
8  weren't qualifying. They're recycled solvents in
9  the proper way. They didn't have proper
10  specifications.
11    Back in the day when I worked in the
12  lab, in fact in Philadelphia, Rhône-Poulenc Rorer,
13  which became Sanofi-Aventis, we were acutely aware
14  of potential of recycling solvents, and we -- and
15  recycling solvents is absolutely a good thing.
16    But you got to make sure you're not
17  carrying contamination from one drug to another
18  drug.
19    Q.  Is your -- is an opinion you're
20  offering in this case that ZHP violated cGMP by
21  recycling solvents?
22    MR. NIGH: Form objection.
23    A.  My opinion is that ZHP did not follow
24  good, you know, cGMP processes as it relates to
25  qualifying their solvents, and I believe there were

45 (Pages 174 - 177)

Page 178

1  some -- you know, basically citations as it relates
2  to their procedures, their equipment. Their
3  equipment was not qualified, which is, you know, a
4  big sin.
5        You know, so here's a manufacturing
6  company to have an equipment that's not qualified;
7  you know, they have to undergo IQ or QPQ. And so I
8  read some of the comments from the FDA inspectors,
9  and, you know, it was -- I wasn't surprised that
10 they -- they were -- they had contamination in their
11 solvents.
12    Q.   Okay. But I don't think that answered
13 my question, which is whether it's your opinion that
14 ZHP violated cGMP by failing to detect contamination
15 in their solvents?
16        MR. NIGH: Form objection.
17    A.   I believe they did.
18    Q.   And is that your opinion set forth in
19 your report?
20        MR. NIGH: Form objection.
21    A.   I believe so. You just -- you will
22 search for solvents contamination, contamination of
23 solvents. I can do that too.
24    Q.   Well, we'll move for a second. I want
25 to go back to TEA. You provided a really -- an

Page 179

1  explanation of all of the different steps that are
2  required to get from the TEA with quenching process
3  to NDEA, which we finally -- which we finally got
4  to. So I want to talk a little bit about that.
5        Okay. Let's see, on page 27 of your
6  report, where you're talking about -- okay. So one
7  thing we've talked about is that -- you've talked a
8  lot, is that the use of sodium nitrate should have
9  triggered a knowledge that there was a potential for
10 a nitrosamine formation.
11        I want to draw your attention to the
12 last paragraph of 27, where it says: "There's a
13 substantial" -- oh, I'm sorry. Before I get into
14 the -- before I get into the quote.
15        And so you talked about, when you were
16 reviewing all the steps that it takes to get from
17 triethylamine to NDEA, that one of the steps is that
18 you're going to eventually have -- the sodium
19 nitrite is going to turn into nitrous acid, and then
20 the nitrous acid is going to turn into a positively
21 charged nitrosonium ion. And then at that point,
22 it's going to react with the triethylamine. And
23 then --
24    A.   Right.
25    Q.   -- it's going to change the

Page 180

1  triethylamine into another compound. Is that
2  correct?
3    A.   It transforms triethylamine into
4  diethylamine.
5    Q.   Then the diethylamine reacts again with
6  the positive nitrosonium ion to get you NDEA.
7  Correct?
8    A.   Correct.
9    Q.   I'm not a chemist, so you got to give
10 me credit for following.
11        MR. NIGH: Form objection.
12    A.   But you're doing a good job.
13    Q.   Okay. So I want to go back to -- there
14 is -- okay. So we're talking about the quenching.
15 There's a substantial risk during the step that
16 nitrous acid is formed, which can nitrosate
17 triethylamine, diethylamine and form NDMA as well as
18 nitrosate triethylamine or diethylamine to form
19 NDEA. This a well-established textbook reaction
20 that should be recognized by process chemists
21 working in the pharmaceutical industry for companies
22 like ZHP.
23        Then there's a cite there. And I
24 wanted to go to that cite, which is -- let's see,
25 Tab -- let me find my tab, 22.

Page 181

1        I'll represent that this document was
2  produced to us by plaintiffs' counsel on Monday.
3  This is a one-page document. It's titled "Sodium
4  Azide." Correct?
5    A.   Okay.
6    Q.   Do you see the document?
7    A.   Right.
8    Q.   Do you see anywhere in the document
9  where it discusses nitrosation or the formation of
10 nitrosamines?
11    A.   No.
12    Q.   So the only relevance to the paragraph
13 that I just read from your report is that this
14 document says that sodium azide can be quenched with
15 nitrous acid. Correct?
16    A.   That's correct.
17    Q.   And as we've discussed, nitrous acid
18 itself cannot nitrosate triethylamine or
19 diethylamine. It has to give off a positive
20 nitrosonium ion, and that's the actual nitrosating
21 agent for NDEA. Right?
22    A.   Right.
23    Q.   This website doesn't say that the
24 formation of NDEA from triethylamine or diethylamine
25 is a well-established textbook reaction. Right?

46 (Pages 178 - 181)

Page 182

1    A.    Right.
2    Q.    Is it your opinion that it's a
3 well-known textbook reaction that nitrous acid can
4 nitrosate --
5         (Court Reporter Clarification.)
6    Q.    Sure.  Is it your opinion that it's a
7 well-known textbook reaction that nitrous acid can
8 nitrosate triethylamine and then form diethylamine
9 and then react with a positive nitrosonium ion to
10 form NDEA based on anything other than this web page
11 about sodium azide that you cited in your report?
12        MR. NIGH:  Form objection.
13   A.    I think that might not be the right
14 citation, and if you don't mind, I'll provide you
15 with the right citation during the break.
16   Q.    Okay.  We can discuss that when you
17 provide the citation.  We can look at it.
18        But you're saying this doesn't support
19 your opinion; this was incorrectly cited?
20   A.    No, that is an incorrect citation.
21   Q.    Okay.
22   A.    I have the proper citation.
23   Q.    Okay.  Great.  We have not -- I want to
24 say it on the record.  We have not seen that.  That
25 was not submitted with your report or in the

Page 183

1 materials that were provided to us on Monday.  So we
2 might need some time to look at that to question you
3 about it.
4    A.    Right.
5         MR. NIGH:  Form objection.
6    Q.    Is it your opinion that as of 2012,
7 when the TEA with quenching process was submitted to
8 the FDA, that every process chemist at ZHP who
9 looked at that process should have raised concerns
10 that TEA would react with sodium nitrate to form
11 NDEA?
12   A.    Triethylamine and -- you know, I
13 think -- I think sodium nitrite, just searching
14 sodium nitrite and the neutralization of sodium
15 azide with sodium nitrite should have raised a lot
16 of antennas within the chemistry, within their
17 medicine or chemistry department, within their
18 process chemistry department, yes.
19   Q.    Okay.  And but I have -- you're going
20 to supply us with the cite for that, but I'm just
21 wondering how would process chemists have known
22 that?  What -- what source would they have known
23 that triethylamine?
24        MR. NIGH:  Objection.
25   A.    Triethylamine is a cited literature

Page 184

1 reaction.
2    Q.    It's a cited literature reaction that
3 TEA can react with sodium nitrate to form NDEA.
4    A.    That is correct.
5    Q.    And did you cite that literature in
6 your report?
7    A.    As I mentioned to you, I'll get that
8 citation to you during the break.
9    Q.    Okay.  I'm not sure if you answered my
10 question.
11        Is it your opinion that as of 2013, ZHP
12 should have known that TEA with quenching could lead
13 to the formation of NDEA just from seeing the sodium
14 nitrate and the TEA in the process?
15   A.    I think you asked that question and I
16 answered it, and I'll answer it again.
17        By virtue of the fact that the team at
18 ZHP is using sodium nitrite, by itself, that should
19 have raised a lot of antennas, and they should have
20 worried about sodium, they should have worried about
21 NDMA, they should have worried about the NDEA, they
22 should have worried about, you know, probably
23 isopropyl alcohol nitrosated amine.  They should
24 have worried about hosts of different nitrosamines,
25 and I don't think they did.

Page 185

1    Q.    Is that true of every chemist who at
2 the finish dose manufacturers who looked at the TEA
3 with quenching process?
4         MR. NIGH:  Form objection.
5    A.    Every chemist that uses sodium
6 nitrite -- in fact, Dr. Min Li in his deposition, he
7 brings this up.  This is in my report; you know, I
8 think it's on page 29.  I discussed that.
9    Q.    I just want to interrupt --
10   A.    Min Li --
11   Q.    I'm so sorry.  I'm just trying not to
12 interrupt you.  You're now talking about Min Li
13 who's at ZHP, and we were just talking about ZHP.
14 But I asked a very specific question about finish
15 dose manufacturers.
16        So I'm just asking:  Is it your opinion
17 that as of 2013, finish dose manufacturers who
18 looked at the TEA with quenching process should have
19 known that it was going to result in the production
20 of NDEA?
21   A.    Finish dose manufacturers, if they had
22 access to the DMF, they should have -- you know,
23 they should have been aware of the chemical process.
24 Sometimes chemical process is maintained
25 confidential, but the finish dose process typically

47 (Pages 182 - 185)

Page 186

1  do untargeted analysis, and -- which is what
2  Novartis did. Very simple.
3         And then once they qualify the
4  material, then they go and do -- then they -- you
5  know, they essentially come up with a quality
6  agreement between the finish dose manufacturer and
7  the API manufacturer. And furthermore, then they
8  send the QA team to China to do an inspection. If
9  they failed to do any one of those things, they're
10 at fault.
11    Q.    Okay. Again, my question wasn't about
12 what they investigated. I was just saying if they
13 were to look at the manufacturing process and saw
14 sodium nitrite and triethylamine, should they have
15 known that NDEA was a likely result of that process,
16 the finish dose manufacturers? That's all I'm
17 asking, if that's your opinion.
18    A.    You have to ask your question in a
19 different way.
20    Q.    Maybe I'll just ask it from the
21 perspective, is it your opinion that any reasonable
22 chemist who looked at --
23    A.    Right.
24    Q.    -- the TEA with quenching manufacturing
25 process saw that it involved triethylamine and that

Page 187

1  it involved sodium nitrate should have expected that
2  NDEA would result from the process?
3         I'm asking if that's your opinion.
4     A.    If they did their due diligence, yes.
5     Q.    Okay. And would the same apply to the
6  chemists at the FDA who reviewed the TEA with
7  quenching process as part of its review of the ZHP
8  drug master file and the ANDAs that relied on that
9  drug master file?
10         MR. NIGH: Form objection,
11 misrepresents facts in evidence.
12    A.    Could you repeat the question again?
13         Are you talking about the FDA?
14    Q.    Yeah, you just said that chemists who
15 did their due diligence would have seen the TEA
16 with -- TEA with quenching manufacturing process,
17 seen that it included triethylamine and sodium
18 nitrate and should have known that it would result
19 in the production of NDEA.
20         I assume you believe that there are
21 reasonable chemists at the FDA. So if a chemist at
22 the FDA who was reviewing the manufacturing process
23 for TEA with quenching, should they have known --
24    A.    Right.
25    Q.    -- that it would result in the

Page 188

1  production of NDEA?
2         MR. NIGH: Form objection.
3     A.    The chemists at the FDA are not
4  responsible for the manufacturing because they're
5  not there on a day-to-day basis. They approve a
6  process, okay. And in this case, they approved a
7  process -- the CMC chemist at FDA approved and --
8  reviewed and approved the process that, you know,
9  effectively approved Exforge and Diovan. That
10 process was tributyltin. There was no sodium
11 azide -- there was no sodium nitrite.
12         And, you know, fast-forward to going
13 off patent and going generic and your client now
14 changing the process. You know, it's very possible
15 that the same thoroughness of review is not done at
16 the FDA. And FDA always tells you they're not
17 responsible for your screw-up. It's your -- it's
18 the manufacturer's responsibility. So perhaps they
19 missed it.
20    Q.    Okay.
21    A.    And I'm -- yeah.
22    Q.    I understand your response, but if -- I
23 understand that you are a -- you, again, did not
24 work at the FDA in 2013 through 2018. Correct?
25    A.    Right.

Page 189

1     Q.    You were not involved in the review of
2  the ANDAs for valsartan generic products using --
3  that were manufactured using the TEA with quenching
4  products. Correct?
5     A.    Correct.
6     Q.    And you were not involved in the review
7  of the DMF submitted by ZHP that set forth the TEA
8  with quenching process. Correct?
9         MR. NIGH: Form objection.
10    A.    I was not at FDA.
11    Q.    So you can only speculate that the FDA
12 missed it when reviewing those documents, that they
13 missed the entire manufacturing process for the TEA
14 with quenching manufacturing process system.
15         MR. NIGH: Form objection,
16 argumentative.
17         (Court Reporter Clarification.)
18    A.    I am saying FDA -- it's not really
19 FDA's job to do a thorough analysis of everything.
20 They do somewhat of a, you know, cursory look at the
21 chemistry, the reaction, and they ask a lot of
22 questions and people answer the questions. Probably
23 the ANDA people are not the same people that are
24 reviewing, they're reviewing the ANDA, and yeah, but
25 probably they missed it.

48 (Pages 186 - 189)

Page 190

1    Q.    Okay.  So putting aside your
2  speculation that they missed it when they were
3  looking, if a chemist at the FDA had reviewed the
4  DMF setting forth the steps of the TEA with
5  quenching process that listed triethylamine and
6  sodium nitrate, should that chemist have identified
7  that there was a risk for the formation of NDEA as
8  of 2013?
9        MR. NIGH:  Form objection,
10  argumentative.  Facts not in evidence.
11    A.    I don't know, I don't know the answer
12  to that.
13    Q.    So it's your opinion that a chemist at
14  ZHP should have looked at the process and expected
15  it, but you can't say if a chemist at the FDA should
16  have expected it if looking at the process?
17        MR. NIGH:  Form objection,
18  argumentative.  Facts not in evidence.
19    A.    I cannot speak on FDA's behalf, but I
20  can tell you my experience dealing with
21  manufacturing products.  Our chemists, when we were
22  manufacturing, for example, NVC-422, knew the
23  chemistry of NVC-422 inside out and much, much more
24  in depth than the reviewing chemists at the FDA.
25  And we should have known that chemistry better.

Page 191

1        And that's how it is.  FDA is
2  reviewing, you know, five, ten applications every
3  month.  They can't be so engaged in that chemistry,
4  whereas at ZHP and their contractors and who were
5  involved in changing the process, they were knee
6  deep involved in that chemistry.  And, you know, all
7  they had to do is look at the sodium nitrite and its
8  use in food, and there is just huge body of data on
9  the chemistry of sodium nitrite.
10    Q.    Okay.  But I'm just talking about, you
11  say in your report that it's a well-known textbook
12  reaction, that nitrosate triethylamine.  So I
13  understand your position that industry is more
14  familiar with its own drugs, but if it's a
15  well-known textbook reaction, shouldn't someone at
16  the FDA have looked at that process and said this is
17  a well-known textbook reaction that's going to
18  create NDEA in 2013?
19        MR. NIGH:  Form objection,
20  argumentative.
21    A.    Maybe, maybe not.  Again, as I stated,
22  and if somebody who is reading and looking at my
23  testimony, they should go back.  For the last five
24  minutes, I've been repeating the same thing.  FDA
25  cannot be thorough as a manufacturer; and they are

Page 192

1  not.
2        And that's fact and that's the only
3  expected.  We know more about our product than
4  anybody else on the planet, and that's how it should
5  be.
6        ZHP chemist, you know, Dr. Min Li
7  admits that, you know, this chemistry happens, and
8  Dr. Min Li, who is a ZHP chemist, admits that he was
9  actually looking at nitrosation of, you know,
10  various sartans back in 2015.  So this is not novel.
11  It wasn't novel to him.
12    Q.    When did you personally first learn
13  that TEA in the presence of sodium nitrate can react
14  to form diethylamine that then diethylamine can
15  react again with the positive nitrosonium ion to
16  produce NDEA?
17        MR. NIGH:  Form objection.
18    A.    When I was engaged with this project, I
19  immediately started looking at sodium nitrite and
20  its potential problems.  And basically, my guess
21  initially for formation of NDEA was that there were
22  some diethylamine impurities somewhere.
23        My thinking was in the process of
24  making triethylamine, you can always have a little
25  bit of diethylamine, and because the levels are so

Page 193

1  low, you're looking at nanogram quantities or in
2  this case, thousands of nanogram quantities.  You
3  could have that much diethylamine impurity in
4  triethylamine.  But as I continued my investigation,
5  I came across this chemistry, this reaction, that
6  triethylamine also converts to diethylamine through
7  nitrosation process.
8    Q.    So through your investigation in
9  connection with this litigation, you found the
10  reaction.  You initially -- that wasn't your first
11  thought, though.  Your first thought was that there
12  must be some diethylamine contamination.  You didn't
13  go straight to the process?
14        MR. NIGH:  Form objection.
15    A.    Yes.  My -- you know, my thinking was
16  sodium nitrite, that -- immediately that jumped at
17  me without doing any research because of the history
18  of sodium nitrite.  And then of course, you know,
19  and I was trying to figure out how NDMA is being
20  formed.
21        To form NDMA, you need dimethylamine.
22  To form NDEA, you need diethylamine.  So -- and it's
23  very possible that triethylamine has some
24  diethylamine as well.
25    Q.    Okay.  Are you aware of any --

49 (Pages 190 - 193)

Page 194

1      A.    You need -- you need microgram
2    quantities.
3      Q.    Okay. Are you aware of any textbook
4    that described the reaction of --
5          MS. ROSE: Oh, I'm getting an echo. Is
6    anybody else getting an echo.
7          THE WITNESS: Getting an echo.
8          MS. ROSE: Is it still happening? It
9    seems to have stopped. I'll go.
10      Q.    Are you aware of any textbook that
11   described this particular reaction of TEA reacting
12   with a positively charged nitrosonium ion to then
13   create diethylamine that then reacts again with a
14   positively charged nitrosonium ion to create NDMA
15   prior to 2018?
16      A.    I'm not aware of a textbook, no.
17      Q.    Are you aware of any article or
18   scientific journal that documented that process
19   prior to 2018?
20      A.    Yes.
21      Q.    And what is that article?
22      A.    I will share that with you.
23      Q.    This is the article that --
24      A.    We did --
25          (Court Reporter Clarification.)

Page 195

1      A.    We didn't -- we didn't cite it.
2          MS. ROSE: We didn't cite it, I think
3    he said.
4      A.    Yes, we haven't cited that article.
5      Q.    Okay. All right. I want to go back a
6    little bit to -- let's talk about NDMA for a little
7    bit. Change it up. Okay. So I want to be clear.
8    I'm talking about NDMA, not NDEA, at this point.
9    We're switching.
10          Okay. So it's your opinion that the
11   zinc chloride process, which is the process that was
12   adopted in December of 2013 through DMF amendment,
13   can result in the formation of NDMA. Correct?
14      A.    Right.
15      Q.    Okay. And is it your opinion that the
16   zinc chloride process can result in the formation of
17   NDEA?
18      A.    If there's no triethylamine present, it
19   shouldn't.
20      Q.    And do you have any evidence that there
21   was triethylamine present in the zinc chloride
22   process?
23      A.    No.
24      Q.    All right. So let's talk about how
25   NDMA can form during the zinc chloride process. I

Page 196

1    guess maybe I'll take it down generally.
2          Do you agree that NDMA is formed when a
3    positively charged nitrosonium ion reacts with
4    diethylamine [sic]?
5      A.    Yes.
6      Q.    So both a nitrosonium ion and
7    dimethylamine --
8          MS. ROSE: I'm sorry. If I said
9    diethylamine in my last question, I meant to say,
10   Ellen, dimethylamine. We will write down these
11   terms for you later.
12      Q.    Okay. So I'll start my question again.
13          Both a positively charged nitrosonium
14   ion and dimethylamine must be present in order to
15   form NDMA. Correct?
16          MR. NIGH: Form objection.
17      A.    Correct.
18      Q.    Okay. I want to look at Figure 1A-3 on
19   page 25 of your report. That is Tab 7.
20          This is the synthetic route of changed
21   process zinc chloride. Is that correct?
22      A.    What page is this?
23      Q.    I'm sorry, was that a question?
24      A.    I said: What page?
25      Q.    Oh, I'm sorry, on page 25. It's up on

Page 197

1    the screen right now, on your Zoom screen.
2      A.    Okay.
3      Q.    And it's page 25 of your report.
4      A.    Right.
5      Q.    So this is the synthetic route for the
6    zinc chloride process. Right?
7      A.    Right.
8      Q.    And dimethylamine is not part of this
9    process. Correct? It's not mentioned anywhere
10   here?
11      A.    That's correct.
12      Q.    Okay. But you need dimethylamine to
13   form NDMA. Correct?
14      A.    That's right.
15      Q.    Okay. So how does dimethylamine become
16   involved in the zinc chloride manufacturing process?
17      A.    So DMF, you know, there's some residual
18   amount of dimethylamine in DMF.
19      Q.    You're referring to the DMF solvent.
20   Correct?
21      A.    I'm looking at DMF solvents.
22      Q.    Okay.
23      A.    The DMF solvent is dimethylamine
24   attached to a carbonyl hydrogen --
25          (Court Reporter Clarification.)

50 (Pages 194 - 197)

Page 198

1    A.    Carbonyl hydrogen. I'm sorry, I'm
2  sorry, so it's just -- I think you should just write
3  down DMF contains residual dimethylamine.
4    Q.    Okay. So it's your opinion that the
5  DMF solvent used in the zinc chloride process in
6  itself contains dimethylamine.
7    A.    So DMF will contain some dimethylamine
8  and even if it doesn't contain dimethylamine, by
9  simply heating it or exposing it to acid or base, it
10  forms dimethylamine.
11    Q.    Okay. So correct me if I'm wrong. It
12  feels like that's too separate opinions.
13          One is that DMF solvent, when ZHP
14  receives it, has dimethylamine contamination in it,
15  and the other is that DMF solvent, when received by
16  ZHP and then used in the zinc chloride process,
17  decomposes into dimethylamine.
18          Are you offering both of those
19  opinions?
20    A.    That's correct.
21    Q.    You're offering both?
22    A.    That's correct. So in my opinion,
23  there is a good possibility that DMF comes with some
24  residual dimethylamine and it all depends on how old
25  that actual DMF is. As a function of time and

Page 199

1  temperature, DMF breaks down into dimethylamine and
2  probably carbon dioxide.
3          But if you -- my second opinion is that
4  if you heat DMF, you're gradually going to generate
5  dimethylamine. My third opinion is that if you
6  expose DMF solvent to acid, it's going to generate
7  dimethylamine.
8          My fourth opinion is if you expose DMF
9  to a base, it's going to generate dimethylamine.
10  You've got four things.
11    Q.    I missed that last word. You said if
12  you expose --
13          MS. ROSE: Ellen is nodding.
14    Q.    If you expose dimethylamine to --
15    A.    If you expose DMF solvent to an organic
16  base, like sodium hydroxide, you're going to
17  generate dimethylamine.
18    Q.    Okay.
19    A.    And heat, heat can exacerbate these
20  interactions. And that is -- I do have a citation
21  there, and I hope it's a good one there, in my
22  report.
23    Q.    Are you talking about the Purification
24  of Laboratory Chemicals by Armarego on page 26?
25    A.    That's correct.

Page 200

1    Q.    Okay. Great. We'll get there in
2  second. I just want to make sure.
3          So all four of those opinions, are
4  those all included in your report here?
5    A.    I believe so.
6    Q.    Okay. So you believe you opined in
7  your report that DMF solvent, when exposed to a
8  base, decomposes.
9    A.    Acid or base.
10    Q.    Okay. I thought the third opinion
11  was -- sorry. Let me make sure I understand.
12          One, the first opinion is that DMF,
13  when a pharmaceutical manufacturer gets it, has
14  dimethylamine in it. It just over time, no matter
15  what you do, DMF will decompose over time into
16  dimethylamine. Is that correct? That's one?
17    A.    Very small quantity as a function of
18  time.
19    Q.    Okay.
20    A.    The second opinion is that --
21    Q.    Hold on. I want to pause. Hold on. I
22  want to pause because I want to talk about that
23  opinion.
24          So do you have a citation for the
25  opinion that DMF solvent always decomposes into

Page 201

1  dimethylamine over time even without heat? Is there
2  a citation for that in your report?
3    A.    So when a product becomes
4  heat-sensitive, it's just a matter of temperature.
5  So if it's heat-sensitive at hundred degree, it's
6  also heat-sensitive at room temperature.
7    Q.    Okay. And do you have a cite for that
8  in your report?
9    A.    This common -- common knowledge in
10  chemistry.
11    Q.    It's common knowledge in chemistry that
12  if a substance degrades at a certain temperature, it
13  will degrade -- it will always degrade at
14  temperatures below that temperature over time?
15    A.    Degrades slowly. You know, so it's
16  really a function of rate and how fast. It's a
17  function of rate of reaction.
18    Q.    Okay. Well, you know what? Maybe the
19  best way for us to do this --
20    A.    You know, if I -- if I -- if I
21  basically put meat on the table, gradually it's
22  going to go bad. If I heat it, if I put exposed
23  higher temperature to that meat, it will go bad
24  faster. Essentially if you keep something cool, it
25  will last longer. And this is very true in this

51 (Pages 198 - 201)

Page 202

1    case as well.
2        If DMF has a propensity to generating
3    dimethylamine as a function of temperature, then at
4    a lower temperature it will also generate some
5    dimethylamine but at smaller amounts.
6        Q.   Okay. So I just -- I'm trying to
7    figure out the best way to go through these
8    opinions, because I think some of them are a bit
9    new.
10       Why don't we look at -- you said that
11   the cite you have, that DMF solvent -- here, let's
12   just go to page 26 of your report. And let's go to
13   the -- under the first heading, it says: "Using DMF
14   solvent in the process should have raised concern
15   for the possible formation of nitrosamines because
16   DMF solvent has been long known to decompose into
17   dimethylamine." That's where you cite the Armarego
18   publication. Correct?
19       A.   Correct.
20       Q.   So that's your support for the opinion
21   that DMF solvent can decompose into dimethylamine,
22   one, over time or two, with heat. Correct?
23       A.   Correct.
24       Q.   And when did you first become aware of
25   this publication?

Page 203

1        A.   I can't recall.
2        Q.   Okay. Do you recall reading it before
3    you became an expert in this litigation?
4        A.   No.
5        Q.   Did you first come upon this Armarego
6    publication through a litigation search, or did
7    someone provide it to you?
8        A.   No, it was through the literature
9    search.
10       Q.   Okay. And did you personally perform
11   that literature search or did someone else at Emery?
12       A.   I don't recall. It might have been
13   somebody else.
14       Q.   Okay. If it was someone else, who
15   would it have been?
16       A.   Either Rakesh or Neil.
17       Q.   Okay. All right. Well, I'll represent
18   to you that this publication appears to be
19   743 pages.
20       Is it fair to say that you have not
21   read the entire thing?
22       A.   I think so.
23       Q.   Sorry. You think you have read all
24   7 --
25       A.   I have not read -- I have not read

Page 204

1    700 pages.
2        Q.   Okay. How did you select the pages
3    that you were going to review?
4        A.   I came across the citation by the
5    author. Specifically, I think -- if you bring that
6    citation, it specifically talks about DMF and its
7    degradation and its heat sensitivity.
8        Q.   Okay. We'll get there. I just want to
9    ask some questions about the document generally.
10       Do you know if any undergraduate or
11   graduate-level chemistry programs use this
12   publication as a textbook?
13       A.   No, I don't.
14       Q.   Have you ever cited this publication in
15   any of your own published work?
16       A.   I don't believe I have.
17       Q.   Do you believe that every reasonable
18   chemist would be familiar with this text?
19       A.   I -- you know, Purification of
20   Laboratory Chemicals, some variation of this is in
21   every -- in every undergraduate textbook. It's used
22   in the lab, in the teaching lab. So it doesn't have
23   to be specific to this, but I have one on my desk,
24   Purification of Laboratory Chemicals, by some other
25   author. You know, so those are -- this is -- this

Page 205

1    is like a textbook.
2        Q.   Okay. The Purification of Laboratory
3    Chemicals that you have on your desk, did you look
4    in that to see if there was anything about DMF
5    solvent decomposing into dimethylamine?
6        A.   No.
7        Q.   Why not?
8        A.   Didn't need to.
9        Q.   Okay. Does -- sitting here now, do you
10   recall if this Armarego publication expressly states
11   that DMF solvent has long been known to decompose
12   into dimethylamine?
13       A.   I have to -- you know, show me the
14   Armarego, you know, specific -- specific sentence.
15       Q.   I'm heading there next. Again, we're
16   on a mind melds, Dr. Najafi.
17       Okay. We're going to go to Tab 19, and
18   we're going to go to page 66 which is page 76 of the
19   PDF. You know what? Nope, nope, ignore me. It's
20   not -- maybe I'm right.
21       We're going to go to page 192, which is
22   page 206 of the PDF.
23       Do you see at the bottom there's the
24   DMF entry?
25       A.   Right.

Page 206

1    Q.    Okay.  Great.  All right.  The first
2  line that says:  "DMF decomposes slightly at its
3  normal boiling point to give small amounts of
4  dimethylamine and CO."
5        Do you see that?
6    A.    Yes, carbon monoxide.
7    Q.    Are you aware of DMF's boiling point?
8    A.    Yes, I am.
9    Q.    What is it?
10    A.    153 degrees Celsius.
11    Q.    Do you know the highest temperature
12  that occurred during the Step 4 of the zinc chloride
13  process?
14    A.    Not right off -- right offhand, but I
15  think it was probably around hundred degrees since
16  they had water.
17    Q.    Okay.  So lower than the boiling point
18  of DMF.  Correct?
19    A.    Correct.
20    Q.    And the Armarego text says that DMF
21  will only slightly degrade at its boiling point.
22  Correct?
23    A.    Correct.
24    Q.    And it doesn't say anything about DMF
25  decomposing at lower temperatures?

Page 207

1    A.    So as mentioned to you before, if
2  something degrades at 150 degrees Celsius, it will
3  also degrade at 60 degrees Celsius.
4    Q.    But is that stated in Armarego?
5    A.    It doesn't have to.  This is, this is
6  well understood.  If something degrades at 153, you
7  know, if I heat sugar at a hundred degree and
8  caramelize it, and if I heat at 40 degrees Celsius,
9  it's going to get brown.  Not going to get
10  caramelized, but it's going to get brown.
11    Q.    And if you were to put sugar at
12  98 degrees, would it --
13    A.    It's going to get -- it's going to go
14  from light brown, dark brown, and then it gets
15  completely decomposed into a caramelized situation.
16    Q.    How long would that take?
17    A.    I'm not a good cook.  You know, sugar,
18  you know, I would think within minutes.
19    Q.    At 98 degrees --
20        MS. ROSE:  Sorry, Ellen, I thought we
21  were talking about Fahrenheit.
22    Q.    Are you talking about Celsius?
23    A.    No, we're talking about Celsius.
24    Q.    You're talking about Celsius, okay.
25  I'm going -- ignore my question.

Page 208

1        I guess my point is, you're saying it's
2  just well understood that if something degrades at a
3  high temperature, over time it will degrade at a low
4  temperature as well.  That's just well understood,
5  and there's no need to provide a citation for that?
6    A.    Gradually, gradually.  So something
7  really goes bad at 200 degree Celsius, it will start
8  going bad at -- gradually it starts to degrading at,
9  you know, even lower temperature.  That's why you
10  want to refrigerate the product.  That's why
11  pharmaceutical industry puts things in the freezer.
12    Q.    Okay.  And have you -- do you have any
13  citation that would support the notion that DMF at
14  the temperature in which the zinc chloride process
15  was run degrades?
16    A.    I don't have any citations offhand, but
17  you can take my word to bank.  That, you know, if it
18  degrades at 153, it will gradually degrade, very
19  gradually degrade at 30 degrees, 40 degrees Celsius.
20        What was the temperature of the
21  process?
22    Q.    I think you offered that it was a
23  hundred degrees.  I will represent to you that it's
24  my understanding it was 137 degrees Celsius, but --
25    A.    Okay.

Page 209

1    Q.    -- either way.
2    A.    It's coming close to the --
3    Q.    So my point is you said it will take a
4  longer time.  So I guess my point is do you have
5  anything -- what is the basis for your opinion that
6  DMF will decompose over time at the temperature used
7  in the zinc chloride process and how long that
8  degradation would take?
9    A.    I cannot give you exact answer on this,
10  but it is -- as I mentioned to you before, this is
11  well-known fact that if it degrades at 153 degrees,
12  if it starts generating, according to the author
13  here, it decomposes slightly at its normal boiling
14  point.
15        When an author says "slightly," it
16  means it could decompose 1 percent.  Now, if you
17  have, you know, if you have hundred grams and you
18  get, you get half a percent decomposition at 153,
19  and let's say you get .1 percent decomposition at
20  the temperature that your client is using, you're
21  talking about, you know, quite a few -- you know,
22  you're talking about -- yeah, even half -- half a
23  gram.
24        Half a gram translates into
25  500 milligram, which is 500,000 microgram, and add

Page 210

1 another three zeros, it will be nanogram. So you're
2 going to have plenty of NDMA, plenty of
3 dimethylamine forming for that nitrosonium ion to
4 attach.
5    Q.   But that's all based, again, on an
6 assumption -- you just were using all those
7 numbers on an assumption that DMF can degrade at the
8 temperature used in the zinc chloride process within
9 the time frame of the zinc chloride process, within
10 the time frame that that process is being run for.
11    Do you have anything to support --
12    A.   Right.
13    Q.   -- the notion that that decomposition
14 can happen within that time frame?
15    A.   No, I don't, but you want to also read
16 the second sentence of the author: "The
17 decomposition is catalyzed by acidic or basic
18 material so that even at room temperature, DMF is
19 appreciably decomposed if allowed to stand for
20 several hours with solid KOA, sodium hydroxide
21 calcium hydride. We're talking also acid.
22    And what do we have in our chemical
23 recommendation? We have hydrochloric acid. We have
24 pH of 1 even at room temperature.
25    Q.   Sorry, I was about to ask you about

Page 211

1 that sentence.
2    So this is saying that it can decompose
3 at room temperature if allowed to stand for several
4 hours with solid KOH, NAOH, or CAH2. Is it your
5 position that during the sodium chloride process,
6 DMF stood for several hours with those solids?
7    A.   Zinc chloride process, you mean.
8    Q.   If I said something different, I
9 apologize, but yes, I meant zinc chloride.
10    MR. NIGH: Form objection. Hold on.
11 Form objection, incomplete reading of the sentence.
12    You can answer.
13    A.   It is my opinion that your client's
14 process involved an acidic media and heat, and based
15 on this document, the purification of organic
16 compound, the decomposition is catalyzed by acidic
17 media even at room temperature --
18    Q.   Okay. But that didn't answer --
19    A.   -- to the dimethylamine.
20    Q.   That didn't answer --
21    A.   You keep saying you didn't answer my
22 question. You know, I did answer your question.
23    Q.   All right. Well, I will rephrase the
24 question, then.
25    I'm asking if it is your opinion that

Page 212

1 the zinc chloride process involved DMF standing for
2 several hours with solid KOH, NAOH, or CAH2.
3    MR. NIGH: Form objection.
4    A.   You're not reading the previous
5 sentence: "Decomposition is catalyzed by acidic."
6 What is acidic? What is acid? Do we have
7 hydrochloric acid in the process? I'm asking you.
8    Q.   All right. I'm not answering questions
9 here. So if you want -- if you want to answer the
10 question, then that's fine.
11    A.   Then I'm answering the question. The
12 decomposition of DMF is catalyzed by an acidic media
13 which your client has in the zinc chloride process.
14 And there's DMF and there's sufficient -- sufficient
15 thermal pressure on the system.
16    I'm not surprised that dimethylamine is
17 being generated under those conditions. We don't
18 need half a percent. We actually need .0001 percent
19 degradation to yield, you know, 10,000 nanogram of
20 NDMA.
21    Q.   But you can't say with any certainty
22 what degree of degradation there may have been of
23 DMF at the temperature and conditions in the
24 zinc chloride process?
25    A.   I cannot tell --

Page 213

1    MR. NIGH: Form -- hold on, Doctor.
2 Dr. Najafi, hold on.
3    Form objection.
4    You can answer.
5    A.   Your client can answer that question by
6 doing a proper root-cause analysis. Knowing --
7 knowing this methodology, it could take some DMF, it
8 could take some sodium nitrite, it could take some
9 acid and heat it and see if NDMA gets generated.
10    Q.   Okay. And it's your position that ZHP,
11 in 2013, should have known to do that testing to
12 look for NDMA based on what is set forth in
13 Armarego. Is that correct?
14    A.   This textbook was published I don't
15 know when, but sometime in 1990s, or maybe earlier.
16 I think it's a second edition. So it might have
17 been 1980s. And this is a cookbook. This a recipe
18 book for lots and lots of chemists to use to purify
19 things and learn from.
20    And I have a different version from a
21 different author. Basically, ZHP should have
22 started investigating by doing risk analysis when
23 they changed the process from tributyltin azide,
24 when they changed the branded drug process to
25 something else and they completely ended up changing

54 (Pages 210 - 213)

Page 214

1  the process, in my opinion, especially the
2  penultimate process, penultimate step, they should
3  have said: What's the impact of sodium nitrite? If
4  they had just Googled it, they don't even need to go
5  to Google Scholar or they don't even need to go to
6  SciFinder.
7      If they had just Googled "sodium
8  nitrite chemistry," you get a lot of information on
9  sodium nitrite. And immediately they would have
10 been worried about NDMA and NDEA and diisopropyl and
11 mono isopropyl, all kinds of --
12     (Court Reporter Clarification.)
13 A.   NDEA and other nitrosamines.
14 Q.   Okay. I want to follow up on that.
15     So again, we're going off of DMF
16 decomposition, and you're saying that ZHP should
17 have been testing for NDMA based solely on the use
18 of sodium nitrite in the process, putting aside
19 anything to do with DMF composition?
20     MR. NIGH: Form objection.
21 A.   When we have approved process, let's
22 say, or a process gets approved at Sanofi-Aventis,
23 Rhône-Poulenc Rorer and we change the process, every
24 change we make gets scrutinized. And in this case,
25 it was not scrutinized. I can tell you that much,

Page 215

1  that they didn't even do a Google search --
2  Q.   Okay.
3  A.   -- for sodium nitrite.
4  Q.   That's fine, Dr. Najafi. But I know
5  you have dinner plans. I'm trying to get you out
6  for dinner.
7      I'm just asking the question. You
8  brought it back to sodium nitrite.
9      So I'm saying, is it your position that
10 any pharmaceutical manufacturer, in 2013, who used
11 sodium nitrite in their manufacturing process needed
12 to be testing for NDMA or NDEA?
13     MR. NIGH: Form objection, asked and
14 answered.
15 A.   Any pharmaceutical product, in my
16 opinion, that was made post 1979, I won't even go to
17 1990s or 2000s, post 1979, if they used sodium
18 nitrite, they should have been worried about NDMA
19 and various other forms of nitrosamine.
20 Q.   Okay. I believe -- I could be
21 misremembering, but I believe you said earlier that
22 it's the sodium nitrate plus an amine that creates a
23 problem. But now you're just saying it's just the
24 sodium nitrate. And as soon as -- as soon as you
25 have sodium nitrate, to follow cGMP, you need to

Page 216

1  test for NDMA or NDEA.
2      MR. NIGH: Form objection,
3  misrepresenting.
4  A.   Nina, amines are everywhere. You know,
5  they're everywhere. Every drug you're taking,
6  there's some nitrogen moiety in it, you know, from
7  lisinopril to Lipitor to what have you.
8      And so we're using triethylamine,
9  dimethylamine. We're using a lot of different
10 amines as either intermediates, as reagents. So,
11 you know, yes, I think it's a very simple thing.
12 They just need to be concerned about when they use
13 sodium nitrite. They should be concerned about
14 formation of some form of nitrosamine.
15     It doesn't have to be NDMA. It can be
16 other nitrosated compound. It could be a nitrosated
17 valsartan, which Dr. Min Li actually alluded to in
18 his -- in his 2015 email from -- internal email.
19 I've cited him in my report.
20 Q.   Okay. So your point is that amines can
21 be anywhere. So if you are making a pharmaceutical
22 product and you are using sodium nitrate, you need
23 to be looking for nitrosamines.
24 A.   Sodium nitrite.
25 Q.   Sodium nitrite. I apologize if I

Page 217

1  pronounced it wrong.
2      But is the answer yes to that question,
3  if I had said it right?
4  A.   Yes. If you're using sodium nitrite,
5  you must be doing some investigation, you know, and
6  looking to what's going on, what's happening with
7  various impurities. And the easiest place to look
8  for some of the volatile nitrosated compounds is by
9  headspace GC. It cost probably 50 bucks to test it.
10 Q.   Okay. And is there any FDA regulation
11 or guidance that suggests that any process using
12 sodium nitrite should be evaluated for the formation
13 of nitrosamines?
14 A.   I believe there is, you know, a, you
15 know, guidance from IARC, International Association
16 For Cancer. They actually recommend doing, you
17 know -- you know, nitrosating agent, testing. It
18 goes back to the seventies, and many, many drugs
19 were tested, you know, for nitrosation potential.
20 It's IARC. I've actually cited it, I believe.
21 Q.   Oh, if you could show where you cited
22 it.
23 A.   NAP testing.
24     (Court Reporter Clarification.)
25 A.   IARC.

55 (Pages 214 - 217)

Page 218

1    Q.    And you cited?
2    A.    Google -- not Google. Search for IARC.
3    Q.    I'm sorry, you're asking me to search
4 in your report for IARC?
5    A.    Do you want me to search for it?
6    Q.    Let me see. Let's look.
7    A.    Let me just quickly -- it's page 8,
8 page 8. I'm referencing IARC.
9    Q.    All right. I apologize. I'm
10 looking -- oh, are you talking about page 7?
11   A.    Page 7, yeah.
12   Q.    Okay. Hold on. Let me try to find
13 that.
14        When did you first read this IARC
15 monograph that you cite on page 7 of your report?
16   A.    When did I first read it?
17   Q.    Yeah.
18   A.    Probably sometime -- I came across it
19 back in -- God knows, probably sometime in 1990s
20 once. And then I came across it during the Zantac
21 project.
22   Q.    Okay. Have you read the entire
23 monograph?
24   A.    Oh, for God's sake, no. God's sake,
25 good bedtime reading.

Page 219

1    Q.    Okay. So it's -- I want to go to --
2 let's see -- page 7 of your report what you cited it
3 for. You say -- okay, let's see.
4        "Nitrosamines are simple organic
5 compounds that include a nitroso group, NO+, bonded
6 to a nitrogen." I'm -- yes, thank you.
7        "These compounds are a class of
8 chemical compounds with the general structure R1,
9 R2, N-N=0. Nitrosamines can form from secondary and
10 tertiary amines by a relatively" --
11        (Court Reporter Clarification.)
12   Q.    Oh, I'm so sorry.
13        "Nitrosamines can form from secondary
14 and tertiary amines by a relatively simple chemical
15 reaction which has been known for many years."
16        That's you writing in your report, and
17 then you're citing to the IARC monograph. So --
18   A.    Yes.
19   Q.    Okay. You're not citing IARC for the
20 proposition that anytime sodium nitrite is used in a
21 manufacturing process, cGMP requires you to look for
22 NDMA?
23        MR. NIGH: Form objection.
24   A.    IARC essentially educates the chemist
25 that nitrosation with sodium nitrite is a

Page 220

1 possibility. That's what I said. So this
2 actually -- in fact, IARC provides guidance for --
3 they call it nitrosate -- it's a NAP testing and
4 it's a nitrosating ability something testing, where
5 back in the day, they actually looked to see what
6 drugs are -- can easily be nitrosated.
7        So sodium nitrite was used for that
8 kind of testing, and this was -- you know, back in
9 1970s, this was a big deal. And so it's been known
10 for -- you know, for 50 years.
11   Q.    All right. But I want to go back to my
12 original question, which was whether any FDA
13 regulations or guidance require you to look for
14 sodium nitrite -- sorry -- required you look for
15 nitrosamines anytime you were you using sodium
16 nitrite in a reaction. And I believe the answer is
17 no. Am I correct?
18   A.    As far as I know, there was no
19 guidance, but the only guidance is the IARC guidance
20 and various -- in various forms where they talk
21 about cohorts of concerns.
22        And as early as -- I believe 2015,
23 there's a draft guidance, and then of course prior
24 to that, there's concerns about nitrosamine and
25 nitrosating agent or essentially volatile

Page 221

1 nitrosamines.
2    Q.    But none of the ICH guidelines
3 specifically say if you are using sodium nitrite,
4 look for nitrosamines?
5    A.    You cannot legislate science. You
6 know, I think if you create guidance and guidance
7 and guidance, pretty soon nobody is going to pay
8 attention to anything. You can -- you cannot
9 legislate common sense and science. You know, they
10 say this is a genotoxic compound. You can't -- you
11 have to look for it and you have to test for it, and
12 that .1 percent doesn't apply to genotoxic. That's
13 what it is.
14   Q.    Wouldn't a pharmaceutical manufacturer
15 need to know that an impurity below 0.1 percent was
16 genotoxic to know they have to look for it?
17        MR. NIGH: Form objection, asked and
18 answered.
19   A.    I mean, it's going back to the same
20 question we had two hours ago, targeted analysis
21 versus untargeted analysis. The manufacturer -- the
22 API manufacturer does risk analysis, looks at -- you
23 know, they ask themselves, we're changing the
24 process. Instead of tributyltin azide, we're now
25 adding sodium azide. This is new. And then instead

56 (Pages 218 - 221)

Page 222

1    of, you know, quenching it with X, now we're
2    quenching with sodium nitrite.
3            Well, let's look into sodium nitrite,
4    let's look into sodium azide. We're changing
5    solvents. Let's look into solvents. You know, just
6    saying, you know, we didn't know, we couldn't tell,
7    you know, doesn't get you off the hook, you know.
8            So they needed to do proper risk
9    analysis by qualified synthetic organic chemist.
10   They would have been able to predict that it should
11   be looking for nitrosamine and they would have
12   probably managed to control it and saved a lot of
13   money and a lot of headache.
14       Q.   Okay. Well, you just made a point. It
15   would have saved a lot of money and headache. Don't
16   you assume that if ZHP had reason to believe that
17   NDMA or NDEA was going to form from its processes,
18   it would have tested for it to save the time and the
19   headache?
20           MR. NIGH: Form objection,
21   argumentative.
22       A.   Well, you know, I think it goes back to
23   not conducting a very proper risk analysis. If they
24   did a risk analysis, it was a white wash.
25           MS. ROSE: Can I take a break for a

Page 223

1    couple of seconds?
2            MR. NIGH: Sure.
3            MS. ROSE: Looking out for you too.
4            THE VIDEOGRAPHER: The time is 3:53.
5    This ends Media Unit Number 4. We are going off the
6    record.
7            (A brief recess takes place.)
8            THE VIDEOGRAPHER: The time is 4:38.
9    This begins Media Unit Number 5. We're back on the
10   record.
11           MR. NIGH: I just wanted to make a
12   representation that Dr. Najafi had previously
13   testified that he would get a document during the
14   break, and my understanding is he has that document.
15           Go ahead, Ms. Rose.
16           THE WITNESS: I didn't even have -- I
17   didn't even have time to go to the bathroom, just to
18   let you know.
19       A.   But, if you could kindly -- so, you
20   know, I put in a link in my report. I think it was
21   the wrong link. The correct link -- I actually have
22   three citations to share with you, Nina. It's in
23   the -- it's in print form. So I think the best
24   thing to do is to give you the title of the article,
25   and you can Google it.

Page 224

1        Q.   Okay. I'd -- sorry, before you do
2    that, I just want to -- for the record. We went off
3    the record about 45 minutes ago, and you found new
4    documents that were not included in your report or
5    on your reliance list of materials considered.
6    Correct?
7        A.   That's correct.
8        Q.   And you're providing those --
9        A.   And --
10       Q.   Sorry, I'm still talking. You're
11   providing those documents to me and to the
12   defendants for the first time at 7:39 p.m. Eastern
13   Time in your deposition which started at 12:00 p.m.
14   Eastern Time. Correct?
15           We can talk about how to transfer them,
16   but I'd like to go off the record to do that because
17   I don't want to waste more time here. And I have
18   not seen these documents before, so I'm probably
19   going to need some time to look at them. I'm not a
20   chemist and I can't review those documents super
21   quickly, so we're going to have to take a pause
22   here. This is brand-new material I have not seen
23   before.
24           Okay, so why don't we pause and let's
25   talk about how to transfer me the documents and then

Page 225

1    we'll go from there.
2            THE VIDEOGRAPHER: The time is 4:40.
3    We're going off the record.
4            (A brief recess takes place.)
5            THE VIDEOGRAPHER: The time is 4:55.
6    We're back on the record.
7            MS. ROSE: I just want to state for the
8    record what's happening. Right after the last
9    break, Dr. Najafi came back from a break and said
10   that he was going to provide three additional
11   sources that support his opinions that are not in
12   his report or on his reliance list that had not been
13   disclosed to defendants.
14           We went on to a break so that
15   Dr. Najafi could provide those materials. He
16   provided one PDF document that is 11 pages long. He
17   also provided two links to publications that are not
18   available online for -- that are not available
19   online without purchase. Only the abstracts are
20   available.
21           I just want to make the record --
22   Dr. Najafi subsequently indicated that he is only
23   relying on the abstracts.
24   BY MS. ROSE:
25       Q.   So my question is, Dr. Najafi, number

57 (Pages 222 - 225)

Page 226

1  one, while we were on the break and you were looking
2  for documents, did you speak to anyone?
3      MR. NIGH: Hold on one second.
4   A.  I did, I spoke to --
5      MR. NIGH: Hold on, hold on,
6  Dr. Najafi. I get to respond to that colloquy.
7      First off, the defendants asked certain
8  questions. He's allowed to answer fully to those
9  questions. He even asked, "Do you want me to find
10 that document?" And defendants on the record
11 said -- defense counsel responded "yes."
12     And so during the break, he found
13 documents that were responsive to the testimony that
14 he was giving, and that's why he has these documents
15 now. I don't know that it's a full list of every
16 single document that would be responsive to this
17 sort of testimony.
18     But now, Dr. Najafi, you can answer the
19 question.
20     MS. ROSE: Hold on. I want to respond
21 to that. I'll ask the question again.
22     Just to clarify, I was asking
23 Dr. Najafi about a cite in his report that he
24 provided in his report. I showed him a cite in his
25 report. He told me that cite was incorrect, and he

Page 227

1  did not intend to rely on that document. He
2  intended to rely on another document.
3      It was not -- he did not raise
4  documents in response to my questioning on topics
5  that were not in his report. He specifically said
6  he was replacing a document in his report. Just
7  want to make that clear.
8      So my question was when you were -- we
9  went off the record for you to look for this
10 document, did you speak to anyone during that break
11 while you were looking for the document.
12     MR. NIGH: To be clear on that
13 representation, the document that he cited is still
14 relevant as he explained. It's relevant to
15 statements that are above. But I do agree that he
16 said he wanted to replace the cite there with other
17 documents and asked you if you wanted those
18 documents and if he should find those during a
19 break, which he did.
20  Q.  Dr. Najafi, while you were on the break
21 looking for documents, did you speak to anyone?
22  A.  Very briefly with Rosemarie and Daniel.
23  Q.  Okay. The documents that you -- your
24 counsel has since provided to defendants, where did
25 you get those documents?

Page 228

1   A.  All three of them are online. One of
2  them actually is a ZHP document that Rosemarie
3  pointed out to me. The other two are abstracts that
4  are published, and they're available to us.
5   Q.  Okay. So let's talk about the ZHP
6  documents. And I -- I cannot upload it right now
7  because I -- we haven't yet had the time for us to
8  upload it to the system. But the PDF document that
9  you say is a ZHP document, you say Rosemarie, one of
10 the plaintiffs' lawyers, directed you to it.
11     Did she send you the document?
12  A.  Yes.
13  Q.  Okay. And that document had not
14 previously been in your files?
15  A.  I believe it's been in my files, in my
16 Dropbox files.
17  Q.  Okay. But you didn't include it in the
18 reliance list that you said you created?
19  A.  No, I meant to -- you know, I should
20 have included it. It was miscited. They're --
21 actually, Nina, there are probably two dozen things
22 that I could cite regarding the formation of [audio
23 distortion].
24     (Court Reporter Clarification.)
25  A.  Two dozen potential citations regarding

Page 229

1  what Nina is asking for. So I think we can rely on
2  just one of them.
3   Q.  Okay. But you didn't include any of
4  those two dozen in your report or in the reliance
5  list that you said that you created?
6   A.  It was mistakenly wrong article was
7  cited. Although it was a relevant article, it was
8  azide, sodium azide, but it was not the appropriate
9  one for what I was trying to show.
10  Q.  Are you going to release an amended
11 report that relies or cites to these documents that
12 you have just now produced to defendants --
13     MR. NIGH: No.
14  Q.  -- a couple of hours into your
15 deposition?
16     MR. NIGH: No, he doesn't need to.
17  Q.  But, Dr. Najafi, that was a question
18 for you.
19     MR. NIGH: I can answer that as his
20 counsel. The answer is no.
21     THE WITNESS: I had to discuss with,
22 yeah, with the counsel.
23  Q.  Okay. So the first document that's a
24 ZHP document, counsel just provided to you. And the
25 other two are links to abstracts that are available

58 (Pages 226 - 229)

Page 230

1  online.
2        Where did you get those abstracts?
3     A.   On PubMed.
4     Q.   When did you call up those abstracts?
5     A.   Now.
6     Q.   For the first time?
7     A.   I just did, yeah.
8     Q.   They were --
9     A.   No, no, no. One of them, one of them
10  is an article that -- he's a very famous guy -- had
11  already seen this, and you could rely on that.
12  Loeppky, he's been doing nitrosamine work for many,
13  many years; I've seen it. But I pulled it online
14  right now.
15     Q.   Did you rely on that article that you
16  just pulled online now when you were writing your
17  report that you submitted October 31st?
18     A.   Yes, I have.
19     Q.   And when was the first time you saw
20  that article? And tell me the name of it again?
21     A.   It's -- Loeppky is the author, and the
22  name of the article is "Ester-mediated nitrosamine
23  formation from nitrite and secondary or tertiary
24  amines."
25     Q.   And did you -- when you say you relied

Page 231

1  on that document, did you rely on the entire article
2  or just the abstract?
3     A.   So I've had -- I have the entire
4  article; I just cannot find it right now.
5     Q.   So you relied upon the entire article
6  in forming your opinions?
7     A.   Right, exactly.
8     Q.   And for the other link that you sent
9  me, I believe that's an article called "Theoretical
10  investigation of N-nitro dimethylamine formation
11  from nitrosation of trimethylamine." Right?
12     A.   Yes.
13     Q.   Did you rely on that whole article or
14  just the abstract?
15     A.   Basically I just relied on the
16  abstract.
17     Q.   You did not read the whole article?
18     A.   No.
19     Q.   Okay. And when was the first time you
20  read that abstract?
21     A.   I just -- the first time.
22     Q.   Today was the first time you read that
23  abstract?
24     A.   Yes.
25     Q.   So you did not consider that document

Page 232

1  when you were forming your opinions in October 2020?
2     A.   It is -- we can drop this off
3  altogether because my opinion is primarily formed on
4  Loeppky and, you know, on the document from ZHP.
5  You know, there is another -- Nina, there's another
6  two dozen articles that you can find on this that I
7  haven't reviewed, but, you know, they're relevant to
8  your question.
9     Q.   Sorry, documents that you haven't
10  reviewed, you're saying. There's two dozen
11  documents you have not reviewed?
12     A.   Yes.
13     Q.   Okay. But those documents, you're not
14  relying on forming your opinion. Those are just
15  anonymous documents that exist?
16     A.   Yeah, but they prove the same facts.
17     Q.   Okay. But you have not disclosed those
18  to defendants at any time?
19     A.   No.
20     Q.   No. Okay.
21        And you do not rely on them in writing
22  your report?
23     A.   No.
24        MS. ROSE: So I want to say on the
25  record, Dr. Najafi has testified that he relied on

Page 233

1  the entire article of the Loeppky article --
2        THE WITNESS: Loeppky.
3        MS. ROSE: -- and plaintiffs have not
4  disclosed that to defendants. We cannot question
5  him on that document if we don't see the whole
6  document that he reviewed when he was forming his
7  opinions.
8        So I'm going to have to state right now
9  I'm going to have to hold the deposition open until
10  we receive that document. We reserve the right to
11  question him on that document. And then I am going
12  to go off --
13        MR. NIGH: We can argue about that
14  later. I think we can move on to the other topics
15  at this point.
16        MS. ROSE: Okay. I'm going to need to
17  go off the record because I haven't had the chance
18  to review the ZHP document that you just disclosed
19  to us. So I'm going to have to go off the record so
20  I can look at that to decide if I'm able to ask you
21  questions given how late you disclosed it.
22        MR. NIGH: It's also been utilized in
23  multiple other depositions.
24     Q.   But it was not cited in your report or
25  reliance list, correct, Dr. Najafi?

59 (Pages 230 - 233)

Page 234

1      A.   I'm not sure.  I have to go to my
2   report and check.
3           MS. ROSE:  Okay.  Let's go off the
4   record.  Thank you.
5           THE VIDEOGRAPHER:  The time is 5:05.
6   We're going off the record.
7           (A brief recess takes place.)
8           THE VIDEOGRAPHER:  The time is 5:22.
9   We're back on the record.
10          MR. HARKINS:  Just for the record, this
11  is Steve Harkins with Greenberg Traurig for the Teva
12  defendants.  On behalf of the finish dose
13  manufacturers, including Teva and Torrent, we would
14  like to note for the record that significant time
15  with this witness has now been used out of the
16  standard seven hours for examination as a result of
17  these documents that were produced.
18          We also have not been able to review
19  and evaluate whether there's any questioning
20  required of this witness pertinent to these
21  documents and specific allegations against finish
22  dose manufacturers.
23          Dr. Najafi has indicated that he has
24  opinions specific to the finish dose manufacturers,
25  and though we have about an hour and 20 minutes of

Page 235

1   total questioning left, I suspect that we may need
2   to seek additional time beyond that again due in no
3   small part to this issue with obtaining documents.
4           We can deal with that when it comes,
5   but I believe we're going to have a back off the
6   record so that we can all take a look at the
7   additional material that Dr. Najafi has provided.
8           MR. NIGH:  I understand your position,
9   Mr. Harris [sic].  I do want to raise -- just to
10  make clear that on the break before these
11  documents -- before Dr. Najafi searched for these
12  documents, we got a time check, and at that time, it
13  was five hours and 28 minutes on the record.  That
14  was before any of the questioning about the
15  documents.
16          MR. HARKINS:  Understood.  We can go
17  back off.
18          MR. NIGH:  Yes.
19          THE VIDEOGRAPHER:  The time is 5:23.
20  We are off the record.
21          (A brief recess takes place.)
22          THE VIDEOGRAPHER:  The time is 5:43.
23  We're back on the record.
24          MS. ROSE:  I just wanted to state on
25  the record I echo Mr. Harkins' comments that ZHP

Page 236

1   feels it's inappropriate for Dr. Najafi to disclose
2   new scientific materials as support for major
3   assertions of his report at the end of a lengthy
4   deposition.
5           ZHP has not had appropriate time to
6   review the scientific materials and determine which
7   questions are necessary or appropriate.
8           Also, ZHP's experts have not had the
9   opportunity to review these materials, offer
10  opinions on them.  They may need to expand on their
11  opinions based on these newly disclosed materials
12  that were not included in Dr. Najafi's report.
13          In addition, the ZHP defendants, before
14  these materials were disclosed, had planned to ask
15  other questions of Dr. Najafi.  They have not
16  allocated time to discuss these documents because we
17  were not aware of them until the end of the
18  deposition.
19          At this point, we feel we need to ask
20  our other questions, and we're going to move
21  forward, and we are reserving the right to seek more
22  time with Mr. Najafi -- sorry -- Dr. Najafi to ask
23  about these newly disclosed materials that were not
24  included on his report or on his reliance list.  And
25  with that, I can move forward with our questioning.

Page 237

1           MR. NIGH:  I'll put something on very
2   briefly.  As stated previously by Dr. Najafi, he
3   couldn't rely on any one of these three documents to
4   establish the principles that he cited in his
5   report, and one of the documents is a document that
6   has been used in multiple other depositions.  So the
7   experts or whoever else is helping defendants
8   prepare for these depositions would have had access
9   to that document, especially since it's been used at
10  other expert depositions as well.
11          MS. ROSE:  I'll just state in response
12  that defendants' experts cannot be expected to
13  anticipate that Dr. Najafi or any other plaintiffs'
14  expert may be relying on any document that's been
15  produced in this litigation or has been used in a
16  deposition if it is not included in his report or on
17  his reliance list earlier in the deposition.
18          He specifically testified that his
19  opinions were based on the materials that were
20  included in his report and on his reliance list and
21  that he selected the materials for his reliance
22  list.
23          MR. NIGH:  We can continue.
24          MR. HARKINS:  I'll simply second what
25  Ms. Rose said on behalf of the finish dose

Page 238

1    manufacturers.  Thank you.
2           MS. ROSE:  All right.  Dr. Najafi, with
3    that aside, you can finish listening to lawyers talk
4    to each other, and I will ask you a few more
5    questions.
6           I'm going to introduce Tab 38.
7           (Exhibit Najafi-13, Novartis Testing
8    Monograph for Valsartan, Bates ZHP02214602 through
9    2214671, was received and marked for
10   identification.)
11          COURT REPORTER:  And this is document?
12          MS. ROSE:  I want to say we're at
13   Exhibit 9.
14          THE VIDEOGRAPHER:  13.
15          MS. ROSE:  Oh, 13.  Oh, wow.  Time
16   flies.
17      Q.    Okay.  Dr. Najafi, this is the Novartis
18   testing monograph for valsartan.  Correct?
19      A.    Right, yes.
20      Q.    Have you seen this document before?
21      A.    Yes, I have.
22      Q.    And you're aware this document is on
23   your list of materials considered?
24      A.    Yes, I am.
25      Q.    If you turn to page 19 of the document,

Page 239

1    not the PDF, page 19 of the document, the document
2    page numbers are on the top right-hand corners of
3    the page.
4           Do you see on page 19 that the Novartis
5    testing monograph provides for GC-FID testing for
6    residual solvents?
7      A.    Yes, I do.
8      Q.    Okay.  Great.  Oh, and can we go back
9    to page 1 of the document for a second?  If you look
10   at the very bottom, it says:  "Approved" -- sorry.
11   "Approved for report publication by Flavin Aine --
12   I'm going to try to pronounce this -- Ringaskiddy at
13   Wednesday, April 25, 2018."
14          Correct?
15     A.    Okay, yeah.
16     Q.    So we can go back to page 19.
17          So according to the Novartis testing
18   monograph for valsartan, as of April 2018, Novartis
19   was using GC-FID to test valsartan.  Correct?
20     A.    That's correct.
21     Q.    On that same page, it lists various
22   reagents and one of them is DMF.  Correct?
23     A.    Yes, that's correct.
24     Q.    Does that mean that Novartis was
25   testing for a DMF as part of its valsartan testing?

Page 240

1      A.    Reagents, solvents, I -- I would not
2    know.  These are some of the reagents they're using.
3    I don't know how they're using DMF.
4      Q.    Is it your interpretation of this
5    document that Novartis was using DMF as part of its
6    testing process?
7           MR. NIGH:  Form objection.
8      A.    It looks like -- it looks like it.  It
9    looks like they're testing for ethyl acetate,
10   benzene, methanol, ethanol, toluene, DMF,
11   tert-butyl-methyl ether, and of course there's
12   another solvent, it looks like, 1-methylpyrrolidone.
13   So it looks like they're testing for these.
14     Q.    Okay.  So Novartis had reason to expect
15   that DMF might be a part of -- I'm sorry.  I'll
16   restate the question.
17          It shows that Novartis was aware that
18   DMF might be present in valsartan?
19     A.    This is -- I don't -- you know, this
20   is -- Novartis is the manufacturer, original
21   manufacturer of valsartan.  So the question is, is
22   this -- you know, the product, is this the monograph
23   they're using that was used for manufacture of, you
24   know, basically valsartan, you know pre- -- pre-ZHP
25   or not?  I assume it is.  They're just using that

Page 241

1    same monograph.
2      Q.    So you think that Novartis was testing
3    for DMF in the original valsartan brand-name drugs?
4      A.    You know, I don't know.  I think what
5    you want to do is let me actually take a look at the
6    full document, if you don't mind.  Could you put
7    that -- put the link on chat --
8      Q.    You have --
9      A.    -- whoever is managing the chat?  The
10   link has disappeared.
11     Q.    Dr. Najafi, you have access -- you have
12   access to the whole document.
13     A.    Oh.
14     Q.    Oh, are you no longer able to access
15   the document, sir?
16     A.    I'm no longer.
17     Q.    All right.  Let's go --
18     A.    Every time we go into the --
19          MS. ROSE:  Let's go off the record.
20          THE WITNESS:  Every time we go in the
21   break room, we lose it.
22          THE VIDEOGRAPHER:  The time is 5:50.
23   We are going off the record.
24          (A brief recess takes place.)
25          THE VIDEOGRAPHER:  The time is 5:54.

61 (Pages 238 - 241)

Page 242

1    We're back on the record.
2         MS. ROSE: Ellen, can you read the
3    pending question.
4         (Question read back.)
5    A.    It looks like, you know, this document
6    shows that they're testing for DMF.
7    Q.    Okay. And I believe you previously
8    stated that you thought this monograph was the same
9    monograph that they used for the -- when I say
10   "they," Novartis used for the testing of its
11   original brand name Exforge and Diovan. Correct?
12   A.    I cannot confirm or deny that.
13   Q.    Okay. But this does show that as of
14   April 2018, Novartis was aware that DMF was likely
15   to appear in valsartan?
16        MR. NIGH: Form objection.
17   A.    That's something you have to ask
18   Novartis.
19   Q.    But I'm asking you if the testing
20   monograph is testing for DMF, doesn't that suggest
21   that Novartis expects DMF to be present?
22        MR. NIGH: Form objection.
23   A.    Obviously they have knowledge that DMF
24   is present and they're testing it, so that's what it
25   looks like.

Page 243

1    Q.    And there's a -- you're saying there's
2    a possibility that Novartis was using the same
3    monograph when it was testing its name brand Diovan
4    and Exforge?
5         MR. NIGH: Form objection.
6    A.    It's the possibility.
7    Q.    Okay. And if that is correct, if
8    assuming that they were using this monograph when
9    testing Diovan and Exforge, that would mean that
10   they were expecting that DMF might be present in
11   those name brand drugs?
12        MR. NIGH: Form objection.
13   A.    You're putting hypothetical thing over
14   hypothetical things. You know, I don't know. I
15   don't have the answer. Again, that's a question for
16   Novartis. But from the monograph itself, it looks
17   like they have DMF as one of the components they're
18   going to be testing for.
19   Q.    Okay. And you tested earlier that --
20   sorry, you testified earlier that it's basic science
21   that DMF can decompose into dimethylamine even at
22   room temperature?
23   A.    Dimethylamine.
24   Q.    Dimethylamine. I apologize, it's late
25   here.

Page 244

1    A.    DMF, you know, so they're -- they're
2    looking for DMF in this -- in this sample they're
3    testing. It looks like they are -- they have DMF
4    as -- you know, they're targeting DMF, so this is a
5    targeted analysis. They have selected series of
6    solvents, and they're looking to -- for their
7    measurements.
8    Q.    Okay. And they've only selected one,
9    two, three, four, five, six, seven, seven specific
10   solvents out of all the solvents in the world?
11   A.    Right.
12   Q.    They're looking for those seven?
13   A.    Exactly.
14   Q.    So there must be some expectation that
15   those seven might appear in valsartan?
16        MR. NIGH: Form objection.
17   A.    Exactly. So that's a targeted
18   analysis. I'm going to go over here.
19        MS. ROSE: I just want to state for the
20   record that Dr. Najafi just got up from his chair
21   and walked away.
22   A.    I'm turning on the heater in my room.
23   It's getting a little cold. Sorry.
24   Q.    No problem. No, just let me know. Let
25   me know. I don't think you're running away. You've

Page 245

1    given up.
2    A.    Okay. Yeah, no, no.
3         Yeah, so it's a targeted analysis, it
4    looks like.
5    Q.    You've previously taken the position
6    that you believe Novartis conducted appropriate
7    testing for valsartan. Correct?
8    A.    I believe so.
9    Q.    And you have no issue with the testing
10   set forth in this monograph?
11   A.    Not -- no, I think, I looked -- I've
12   actually looked at this before. This is where
13   Novartis is actually testing three matches of
14   valsartan from -- from your client, and this is a
15   batch that -- this is where they find lots of
16   impurities in valsartan batches using GC-FID, and
17   then they send it to Sovias for further -- further
18   characterization.
19   Q.    Okay. I just wanted to make the point.
20   I'm just asking about this document. I'm asking
21   about the valsartan testing monograph, Novartis's
22   valsartan testing monograph.
23        You have no criticisms of the testing
24   set forth in that document?
25   A.    No.

Page 246

1    Q.   Okay.
2         MS. ROSE:  We can move to Tab 14.
3         (Exhibit Najafi-14, FDA Document
4    entitled "Q7 Good Manufacturing Practice Guidance
5    for Active Pharmaceutical Ingredients, Guidance for
6    Industry," No Bates, 58 Pages, was received and
7    marked for identification.)
8    Q.   This is ICH Guidance Q7, "Good
9    Manufacturing Practice Guidance for Active
10   Pharmaceutical Ingredients."  Correct?
11   A.   Yes.
12   Q.   And the date on this is September 2016.
13   Correct?
14   A.   Correct.
15   Q.   And okay.  And this is what you cited
16   in your report.  Correct?
17   A.   Yes.
18   Q.   If we go to page 1 of the document, not
19   the PDF, but the document number and in the center
20   bottom of the page.
21        In the first paragraph, would you agree
22   that Q7 states that it is "...intended to provide
23   guidance regarding good manufacturing practice (GMP)
24   for the manufacturing of active pharmaceutical
25   ingredients (API) under an appropriate system for

Page 247

1    managing quality"?
2         MS. ROSE:  Are you okay, Ellen?
3         COURT REPORTER:  Yes, thank you.
4    Q.   Do you agree with that statement?
5    A.   Yes, I do.
6         MS. ROSE:  And if we go to -- let's go
7    to PDF 33, which I believe is page 27 of the actual
8    document.  Perfect.
9    Q.   In the last paragraph but midway
10   through, do you agree that it states specifications
11   and test procedures should be consistent with those
12   included in the registration filing?
13   A.   Yes.
14   Q.   So ICH Q7 doesn't set forth any
15   specific testing protocols for API itself, does it?
16   A.   No, it doesn't.  Last I checked, it's
17   really a very general, you know, sort of overview
18   of, you know -- but they do have a section on
19   contaminants.  You know, they do talk about a lot of
20   different, you know, potential issues that could
21   arise.
22   Q.   Dr. Najafi, does Q7 state that drug
23   substance manufacturers must demonstrate that their
24   process is not at risk for forming nitrosamines?
25        MR. NIGH:  Form objection.

Page 248

1    A.   I don't believe so.
2    Q.   Do you know if the term "nitrosamine"
3    or "nitro" appears anywhere in Q7?
4    A.   For the same reason that cyanide
5    doesn't appear in this document.  Cyanide is also
6    poisonous, and lots of other -- dimethyl sulfate is
7    possibly worse than nitrosamine.  Doesn't appear on
8    this document either.  So just the mere fact that
9    something doesn't appear doesn't -- doesn't make it
10   good.
11   Q.   Let's turn to page 29 of the document.
12   I believe that's PDF page 30 -- I actually don't
13   know.  You've got it, so it doesn't matter.
14        Okay.  The first sentence is:  "An
15   impurity profile describing the identified and
16   unidentified impurities present in a typical batch
17   produced by a specific controlled production process
18   should normally be established for each API."
19        Correct?
20   A.   Yeah, that's correct.
21   Q.   So Q7 assumes that there will be some
22   impurities in a drug substance?
23        I'm sorry, I want to correct myself.
24        It assumes that there will be some
25   unidentified impurities in a drug substance?

Page 249

1    A.   That's correct.
2    Q.   And it assumes that there will be
3    impurities in general in the substance.  Correct?
4    A.   That's correct.
5    Q.   In your report, you cite Q7 for the
6    proposition that "If a manufacturing process cannot
7    be modified to stop nitrosamines from forming, that
8    a purification or elimination step should be added
9    along with testing to verify the step was successful
10   and nitrosamines do not remain."
11        Does ICH Q7 specifically state that?
12        MR. NIGH:  Form objection.
13   A.   ICH Q7 does not specifically mention
14   this, but there are plenty of guidances that, you
15   know, mention that -- you know, the control of
16   impurities, whether it's .1 percent or .001 percent,
17   if they are genotoxic, then all bets are off.  And
18   there are plenty of documents I've cited in my
19   report.  There's ICH M7.  There's various guidances
20   from the FDA and all that.
21   Q.   But ICH Q7 doesn't say that?
22        MR. NIGH:  Form objection.
23   A.   I'm not sure.  We have to look at
24   ICH M7.  Oh, M7 does that.
25   Q.   I'm sorry.  I said -- I was just

Page 250

1  confirming that ICH Q7, which -- the document that
2  we're looking at and that you just took time to
3  review, that ICH Q7 does not say that?
4        MR. NIGH:  Form objection.
5     A.  Q7 -- you know, I'm on Q7.
6  "Appropriate specification" -- this is -- I'm
7  taking -- I don't know where it is on this thing on
8  the document.  It's page 34.  "Appropriate
9  specification" -- let me just read this for a
10  second, I don't want to bother Ellen --
11        THE WITNESS:  Ellen, don't write.
12        MR. NIGH:  No, she has to write.
13        THE WITNESS:  Okay, I'm just reading
14  it.  I'm reading it, sorry.
15        MS. ROSE:  Do you want to go off the
16  record so you can read it?
17        MR. NIGH:  No, no, no.  He's reading it
18  out loud in response.
19        THE WITNESS:  Quickly.
20        MS. ROSE:  I don't think he's reading
21  it out loud.  I think he's reading it to himself.
22        MR. NIGH:  You're right.
23        MS. ROSE:  Can we just go off the
24  record?
25        MR. NIGH:  No, no.  He's ready to

Page 251

1  respond.
2        THE WITNESS:  No.  Please, please,
3  let's -- "Appropriate specification should be
4  established for API in accordance with accepted
5  standards."  And accepted standards -- our accepted
6  standards are no mutagen in a drug that we're going
7  to be taking for 30 years.
8        And consistent with the manufacturing
9  process, the specification should include control of
10  impurities, organic impurities, inorganic
11  impurities, and residual solvent if API has
12  specification for microbiological purity, blah,
13  blah, blah.  So of course ICH -- you know, ICH Q7
14  talks about impurity.
15     Q.  I can't tell where you're reading from,
16  Dr. Najafi, but it's okay.  I don't want to belabor
17  the point.
18     A.  This is -- for the record, it's
19  Exhibit 14, and Tab 14, ICH Q7, FDA September 2016.
20     Q.  Yeah, I know which document we're on.
21     A.  And it's page -- page 34.
22     Q.  Page 34 of the document or the PDF at
23  the bottom of the document?
24     A.  Oh, at the bottom of the document, let
25  me look.

Page 252

1        No, I'm sorry.  It's page 28 on the
2  document, at the top of the page.  This document --
3  for the record, impurities are mentioned ten times
4  in this document.  I basically searched it.
5     Q.  Okay.  So it's your position that the
6  first paragraph on page 28 of Q7 is -- supports --
7  sorry, I'll start over.
8        It's your position that the first
9  paragraph of page 28 of Q7 stands for the
10  proposition that a purification or elimination step
11  needs to be added to a manufacturing process along
12  with testing to verify that nitrosamines do not
13  remain.
14        Is that your position that it's there
15  in that paragraph?  Correct?
16     A.  Also -- yes, also on page 29, for the
17  record, an impurity profile describing the
18  identified and unidentified impurities present in a
19  typical batch produced by a specific control
20  production process should normally be established
21  for each API.
22        The impurity profile should include
23  identity or some quantitative analytical designation
24  retention time, the range of each impurity observed
25  and the classification of each impurities in

Page 253

1  organic -- organic solvents, the impurity profile is
2  normally dependent upon the production process.  The
3  impurity profile is normally dependent upon the
4  production process.
5        So when you change the production
6  process, you're going to have changed impurity
7  profile.  So if you're -- if your client is using
8  their old USP monograph as impurity profile, they're
9  completely mistaken.  And I'm not surprised that
10  when, you know, Novartis ran their GC, they probably
11  freaked out.
12        MS. ROSE:  Okay.  I think we've gone
13  past responsiveness, and I would like to give Teva
14  and Torrent their time to question.  So I'm going to
15  at this point go off the record so we can evaluate.
16        THE VIDEOGRAPHER:  The time is 6:12.
17  We're going off the record.
18        (A brief recess takes place.)
19        THE VIDEOGRAPHER:  The time is 6:20.
20  We're back on the record.
21        MS. ROSE:  I'm going to pass Dr. Najafi
22  to Mr. Harkins for some questioning on behalf of
23  Teva and Torrent.
24  EXAMINATION BY MR. HARKINS:
25     Q.  Good evening --

64 (Pages 250 - 253)

Page 254

1    MR. NIGH: If I may, I need to
2  interject a couple of things here. I need to know
3  if there's anybody else other than you that has any
4  additional questions, other than -- other than in
5  regards to the new documents that were produced
6  today.
7    MR. HARKINS: I believe counsel for the
8  other finish dose manufacturer defendant may also
9  have questions after the conclusion of mine. I
10  don't know the scope of those, but I suspect that
11  there will be some.
12    MR. NIGH: Do you have any idea how
13  long your questioning -- about how long you have for
14  your questioning other than the new documents that
15  were produced today?
16    MR. HARKINS: I hope to be able to
17  complete my questioning with regard to topics other
18  than the new documents that were produced today
19  within the time. However, I'll note that some
20  amount of time has, as I stated on the record
21  before, been used dealing with those documents. The
22  finish dose manufacturer defendant Torrent may also
23  have further questioning, and if I speak a specific
24  number to the world, I'm sure it will be inaccurate.
25  So I would rather just keep going, if you guys don't

Page 255

1  mind.
2    MR. NIGH: No, I actually do mind. I'm
3  just trying to get a sense because Dr. Najafi has
4  let us know he's been here for nine hours and
5  20 minutes. You know, I'm trying to get a sense for
6  how much longer you have. Irrespective of what the
7  amount of time is for the seven hours, none of those
8  arguments, just how much more time and questions do
9  you think you have, your best estimate?
10    MR. HARKINS: Between the finish dose
11  manufacturers, I would estimate an hour.
12    MR. NIGH: Hour total between Torrent
13  and Teva?
14    MR. HARKINS: Pending specific
15  responses that do not apply to both of the finish
16  dose manufacturers from Dr. Najafi, I think that's
17  fair, yes.
18    MR. NIGH: Okay. And does Torrent's
19  counsel agree to that representation?
20    MS. ROSE: Yes.
21    MR. NIGH: I don't know who's here for
22  Torrent counsel. Brittney. Brittney Nagle?
23    MS. NAGLE: Yes, so I think we will be
24  able to fit within an hour along with Mr. Harkins'
25  estimate, but we'll see.

Page 256

1    MR. NIGH: Okay. I think respectfully
2  at this time, Dr. Najafi has been going for nine
3  hours and 23 minutes. He's let me know it's been a
4  long day. I agree. It's been a long day. I'm not
5  faulting either side. I understand that there's a
6  point where it took him some time, 45 minutes to
7  find the documents, and it took others time to try
8  to respond to those new documents.
9    But at this point he's tired. He would
10  like to break for the day. I'd like to try to work
11  on can we reschedule. He's let me know that on
12  January 24th, he's available between 8:00 to noon.
13  That's the only date that I could find that he's
14  available before we take defense expert depositions.
15    So to the extent that in terms of the
16  calendaring, if that time works, I'd like to be able
17  to calendar that time on the books now and continue
18  the deposition at that time.
19    MR. HARKINS: Can we jump to our
20  breakout room and discuss -- and just to confirm,
21  that's January 24th from 8:00 to 12:00 --
22    MR. NIGH: Pacific Time.
23    MR. HARKINS: I'm sorry. Pacific Time.
24    MR. NIGH: Pacific Time, 8:00 to noon.
25    MR. HARKINS: 8:00 to noon Pacific

Page 257

1  Time. Okay. Can we go to the breakout and -- I'm
2  sorry. Go off the record?
3    MS. ROSE: Yeah, let's go off the
4  record and then --
5    THE VIDEOGRAPHER: The time is 6:24.
6  We're going off the record.
7    (A brief recess takes place.)
8    THE VIDEOGRAPHER: The time is 6:40.
9  We're back on the record.
10    MR. NIGH: I just want to put on the
11  record we're going to let the witness go. At this
12  point he's let us know that it's nine hours and
13  40 minutes, and he's not going to be able to answer
14  any additional questions. He's let us know he has
15  fatigue at this point. And we agree to keep the
16  deposition open. We are going to try and meet and
17  confer as to timing and length.
18    Thank you, Doctor.
19    THE WITNESS: Thank you so much.
20  Thanks, everyone. Bye-bye.
21    THE VIDEOGRAPHER: The time is 6:40.
22  We're off the record.
23    (A brief recess takes place, and the
24  following takes place off the video record.)
25    MR. NIGH: Steven, you want to go ahead

65 (Pages 254 - 257)

Page 258

1  and put the proposal?
2          MR. HARKINS:  Sure.  This is
3  Steve Harkins with Greenberg Traurig for the Teva
4  defendants.
5          Per discussion with plaintiffs'
6  counsel, the parties have agreed to resume the
7  deposition of Dr. Najafi on January 24th at 8:00
8  a.m., Pacific Time.  The defendants allotted two
9  hours of total questioning time remaining on the
10  record.  I believe the parties are in agreement.
11          MR. NIGH:  Yes.  And my understanding
12  is that the defendants have conferred, and they
13  agree that that two hours of total time works for
14  all three of the defendants, that they would split
15  it up, they would meet and figure out how to split
16  up that time, and that if I do have additional
17  questioning, the time that they want to reserve for
18  questions, say it's a half hour, would -- that
19  would come out of their two-hour block, that they
20  would have that time after my questioning.
21          Is that agreeable?
22          MR. HARKINS:  That's correct and
23  agreeable.
24          MR. NIGH:  Thank you, all.  Appreciate
25  it.

Page 259

1          MR. HARKINS:  Off the record?
2          MR. NIGH:  Off.
3          (The proceedings concluded at
4  9:55 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 260

1  DANIEL NIGH, ESQ.
2  dnigh@levinlaw.com
3              January 20, 2023
4  RE:   In Re: Valsartan, Losartan, Et Al
5      1/18/2023, Ramin (Ron) Najafi , PhD (#5661352)
6    The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-nj@veritext.com.
16
17    Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

Page 261

1              J U R A T.
2
3      I DO HEREBY CERTIFY that I have read
4  the foregoing transcript of my deposition testimony
5  and I certify that is it true and correct to the
6  best of my knowledge.
7
8
9
10
11
12
13
14
15
16  SWORN AND SUBSCRIBED
17  BEFORE ME ON THIS
18  DAY OF        2023
19
20  Notary Public of the State of
21
22
23
24
25

66 (Pages 258 - 261)

Page 262

1  ATTACH TO DEPOSITION OF RAMIN (RON) NAJAFI, Ph.D.:
   IN THE MATTER OF:  VALSARTAN
2
   DATE TAKEN:  January 18, 2023
3
         E R R A T A   S H E E T
4
         INSTRUCTIONS:  After reading the
5  transcript of testimony, please note any change,
   addition or deletion on this sheet.  DO NOT make any
6  marks or notations on the transcript itself.
7
         Please sign and date this errata sheet
8  and return it.
9
   PAGE      LINE            CHANGE
10
11
12
13
14
15
16
17
18
19
20
   DATE and SIGNATURE:
21
22
23
24
25

Page 263

1        C E R T I F I C A T E
2        I, ELLEN J. GODINO, LICENSE NO. XI0I6I8, a
   Certified Shorthand Reporter of the State of New
3  Jersey, do hereby certify that prior to the
   commencement of the examination,
4  RAMIN (RON) NAJAFI, Ph.D. was duly sworn by me to
   testify the truth, the whole truth and nothing but
5  the truth.
        I DO FURTHER CERTIFY that the foregoing is a
6  true and accurate transcript of the testimony as
   taken stenographically by and before me at the time,
7  place and on the date hereinbefore set forth, to the
   best of my ability.
8        I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor counsel of
9  any of the parties to this action, and that I am
   neither a relative nor employee of such attorney or
10 counsel, and that I am not financially interested in
   the action.
11                        .
12



13        _____
          ELLEN J. GODINO
14        CERTIFIED COURT REPORTER
          State of New Jersey
15            DATED:  1/20/22
16
17
18
19
20
21
22
23
24
25

67 (Pages 262 - 263)

**[& - 2000s]**                                                                      Page 1

| & |
| --- |
| **&**  2:3,8 3:11 4:2,7,12 5:3,8 5:10,20 |

| 0 |
| --- |
| **0**  126:2 219:9 |
| **0.1**  123:18 124:13 128:3 128:19 133:1,9 135:5,21 136:16,21 138:3,13,23 139:7 221:15 |
| **0.10**  129:9 130:2 |
| **00001**  128:14 |
| **0001**  212:18 |
| **001**  129:17 138:18 249:16 |
| **01**  124:20 |
| **05**  124:5,20 129:14 |
| **07068**  2:6 |
| **07102**  4:16 |

| 1 |
| --- |
| **1**  6:14 9:3 16:18,19 26:25 26:25 30:19 46:3 49:24 79:16 84:5 88:6 103:12 124:5,19 126:3 126:3 129:14 136:3 139:16 |

154:18 209:16 209:19 210:24 221:12 239:9 240:12 246:18 249:16
**1.0**  138:4,13
**1/18/2023** 260:5
**1/20/22**  263:15
**10**  7:22 84:15 122:20 126:6 127:19 149:24 150:11,12
**10,000**  212:19
**100**  4:15 44:15
**1000**  1:14 3:3 9:13
**10001-8602** 3:13
**10022**  5:11
**103**  2:5
**11**  8:4 93:7 150:3 225:16
**11/18**  88:7
**11/18/2022** 80:21 82:7
**11/18/22**  81:15
**110**  1:15 9:14
**115**  7:13
**11:22**  79:18
**11:23**  80:5
**11:24**  80:8
**12**  8:6 115:24 116:10 117:19 118:4,17,25

119:15 150:6
**12212**  4:4
**12:00**  224:13 256:21
**12:24**  116:20
**12:44**  116:23
**12:46**  119:7
**12:48**  119:10
**13**  6:19 7:16 8:9 24:6 26:20 132:13 238:7 238:14,15
**132**  7:15
**137**  7:18 208:24
**14**  8:11 116:1,4 116:5,6,11 118:17 246:2,3 251:19,19
**149**  7:22
**15**  79:11,13 163:9
**150**  8:4,6 207:2
**15141**  4:3
**15219**  5:5
**153**  206:10 207:6 208:18 209:11,18
**15th**  4:15
**16**  6:14 86:13 168:12,15
**17**  149:23
**18**  1:16 7:9 9:2 78:14 81:3,21 81:25 262:2

**1800law1010** 4:5
**1800law1010...** 4:5
**19**  166:24,24,25 205:17 238:25 239:1,4,16
**19067**  5:17
**192**  205:21
**1970s**  36:9 114:1 220:9
**1979**  215:16,17
**1980s**  213:17
**1985**  108:1
**1990s**  213:15 215:17 218:19
**1:18**  134:3
**1a**  196:18

| 2 |
| --- |
| **2**  6:17 24:3 28:6 32:15 33:14 52:6,16 79:19 97:24 116:21 138:6 154:18 |
| **2.0.**  133:3 |
| **20**  85:22 86:3,4 123:11 129:1 155:24 157:4 165:3 234:25 255:5 260:3 |
| **200**  3:20 208:7 |
| **2000**  21:18 |
| **2000s**  215:17 |

[2006 - 3]                                                                    Page 2

| | | | |
|---|---|---|---|
| **2006** 19:23 | 39:16 40:20 | 58:1,11,18 | **24.5** 86:20 87:9 |
| **2007** 21:18,18 | 41:20,21 43:16 | 68:7 76:14 | 87:14 88:2 |
| **2008** 19:23 | 44:3 45:9 53:2 | 77:9,22 78:14 | **246** 8:11 |
| 21:18 | 53:21 54:4,14 | 81:3,21 82:1 | **24th** 256:12,21 |
| **2010** 167:5 | 54:23 55:25 | 83:24 84:2,7 | 258:7 |
| 168:21 | 56:16,21 | 84:12,14,16 | **25** 7:7,24 51:3 |
| **2011** 90:7 | 120:15,19 | 86:13,24 88:11 | 51:10 150:1 |
| 108:18 | 137:22 148:4 | 115:19 144:17 | 196:19,25 |
| **2012** 19:23 | 160:10,10,10 | 152:22 157:5 | 197:3 239:13 |
| 21:19 168:12 | 188:24 194:15 | 157:23 | **250** 5:16 |
| 168:15 183:6 | 194:19 239:13 | **2023** 1:16 9:2 | **2500** 3:20 |
| **2013** 125:25 | 239:18 242:14 | 37:24 260:3 | **2525** 3:3 |
| 126:4,10,11,12 | **2019** 7:7 25:11 | 261:18 262:2 | **253** 6:7 |
| 127:17 130:8 | 31:8 51:4,10 | **206** 205:22 | **26** 199:24 |
| 130:14 135:18 | 100:5 144:3 | **20th** 81:8 | 202:12 |
| 135:20 184:11 | 147:2,20 148:4 | **21.35** 84:11 | **260** 2:17 |
| 185:17 188:24 | 149:9 153:18 | **212-390-4210** | **267-759-2064** |
| 190:8 191:18 | 154:7 155:24 | 5:12 | 5:17 |
| 195:12 213:11 | 157:10,18 | **212-735-3000** | **27** 88:11 179:5 |
| 215:10 | 158:1 | 3:14 | 179:12 247:7 |
| **2014** 130:14 | **2020** 73:16 | **22** 77:21 | **28** 235:13 |
| **2015** 126:8 | 150:16 157:20 | 180:25 | 252:1,6,9 |
| 192:10 216:18 | 232:1 | **2214671** 8:10 | **28202** 5:22 |
| 220:22 | **2021** 7:11 | 238:9 | **2875** 1:3 |
| **2016** 246:12 | 13:25 14:3,19 | **2220** 4:9 | **29** 6:21 185:8 |
| 251:19 | 15:12 83:8,17 | **2236** 137:25 | 248:11 252:16 |
| **2017** 54:18 | 83:18 84:12,13 | **227** 5:22 | **29th** 52:5 |
| **2018** 6:19,23 | 84:15 92:17 | **23** 4:4 256:3 | **2:02** 163:12 |
| 23:19 24:6 | 93:9,16 94:20 | **230** 4:9 | **2:25** 163:16 |
| 26:20 27:18 | 97:11 98:14 | **23491** 165:13 | **2nd** 2:5 73:16 |
| 28:16 29:1,18 | 100:6 | 165:17,23 | **3** |
| 30:6 33:24 | **2022** 7:9,14 | 167:4 168:1,7 | |
| 34:9,14 35:6 | 14:6,9,12 15:3 | **238** 8:9 | **3** 6:21 24:2 |
| 36:4,12,21,25 | 15:16,22 16:5 | **24** 6:17 8:22 | 29:13,15 32:14 |
| 37:15 38:23 | 16:11 37:23 | 173:24 174:6 | 35:18 40:5 |
| | | | 41:23 44:10 |

**[3 - 704-444-3475]**

| | | | |
|---|---|---|---|
| 84:25 116:24 137:24 163:13 196:18 **30** 6:23 29:18 30:6 42:16 43:4,7,11 46:10 52:17,18 93:18 133:18 208:19 248:12 251:7 260:17 **300,000** 82:14 **301** 5:5 **30305** 3:21 **305** 3:4,7 **30th** 29:1 **31** 7:14 77:9 115:19 **312-566-4808** 4:10 **316** 2:13 **31st** 15:3,22 16:5 58:1,17 68:7 77:22 230:17 **32502** 2:13 **33** 247:7 **33134** 3:3 **3333** 3:20 **34** 250:8 251:21,22 **35** 7:15 132:11 132:12,15 **38** 238:6 **38th** 5:5 | **3:53** 223:4 | **4:55** 225:5 | **6** |

| **4** | **5** | **6** 7:11 18:9,19 |
|---|---|---|
| **4** 7:4 29:9 30:16,19 40:25 44:10 50:23,24 52:6,16 88:11 118:7 132:21 132:21 163:17 165:9 167:5 168:22 206:12 223:5 **40** 49:17 164:24 207:8 208:19 257:13 **412-263-4397** 5:6 **422** 20:11,12,16 106:3 190:22 190:23 **43215** 3:7 **445-2500** 3:4 **45** 133:17 224:3 256:6 **483** 7:11 89:2,5 89:7,11,14,15 89:21,25 92:17 92:20 93:4,8 93:16,22 94:6 95:10 96:15,17 96:19 97:10,14 100:19 102:6 103:19,23 **4:38** 223:8 **4:40** 225:2 | **5** 7:9 18:8 28:6 40:6 44:9 46:2 50:23 78:12,13 79:23 83:21 84:5,5 134:18 223:9 **5.6.10** 132:21 **5.60.10** 132:22 **5.60.10.** 132:23 134:9,18 **50** 7:4 37:5 114:13,14 136:13 217:9 220:10 **500** 209:25 **500,000** 209:25 **504-524-5763** 2:11 **504-524-5777** 2:10 **51** 136:25 **518-724-2207** 4:4 **544** 8:7 150:8 **5661352** 260:5 **58** 8:14 246:6 **5:05** 234:5 **5:22** 234:8 **5:23** 235:19 **5:43** 235:22 **5:50** 241:22 **5:54** 241:25 | 18:23,24 93:8 93:13,14 **6.4.2** 94:24 **60** 42:24 207:3 **600** 5:22 **601** 5:11 **60606** 4:9 **614-255-2697** 3:8 **650** 77:3 87:25 88:2 **66** 205:18 **66210** 2:18 **678-553-2100** 3:21 **6:12** 253:16 **6:20** 253:19 **6:24** 257:5 **6:40** 257:8,21 |

| **7** |
|---|
| **7** 7:13 115:16 115:16,18,21 117:18 166:18 166:22,24 196:19 203:24 218:10,11,15 219:2 **700** 204:1 **701** 2:9 **70130** 2:10 **704-444-3475** 5:23 |

**720**  77:10,16
**743**  203:19
**76**  205:18
**777**  5:16
**78**  7:9
**7:39**  224:12

**8**

**8**  7:15 78:12
   94:20 132:11
   132:12 218:7,8
**81**  8:22
**8101**  2:17
**850-435-7013**
   2:14
**86**  108:1
**866-827-6537**
   3:8
**87**  108:1
**88**  108:1
**89**  108:1
**8th**  97:11

**9**

**9**  6:4,6 7:11,18
   93:9,16 136:25
   137:2 149:23
   238:13
**913-385-5400**
   2:18
**9251**  263:12
**93**  7:11
**973-228-9898**
   2:6
**973-757-1100**
   4:16

**98**  207:12,19
**99.9**  129:23
**9:10**  1:16 9:2
**9:13**  12:8
**9:17**  12:11
**9:23**  17:19
**9:24**  17:22
**9:55**  259:4

**a**

**a.m.**  258:8
**abilities**  98:20
**ability**  13:18
   107:1 108:5,6
   130:12 220:4
   263:7
**able**  17:6 37:8
   45:20 96:3,20
   97:20 101:13
   133:19 146:6
   171:19 222:10
   233:20 234:18
   241:14 254:16
   255:24 256:16
   257:13
**above**  1:11
   138:3,13,23
   141:17 227:15
   260:6
**absent**  165:2
**absolute**  85:17
**absolutely**
   128:4,4 130:10
   130:11 151:14
   165:20 177:15

**abstract**  231:2
   231:14,16,20
   231:23
**abstracts**
   225:19,23
   228:3 229:25
   230:2,4
**accepted**  251:4
   251:5,5
**accepts**  122:22
**access**  72:1
   95:9,16 99:1
   103:9,11,13
   127:22 154:14
   185:22 237:8
   241:11,12,14
**accordance**
   251:4
**accountants**
   88:21
**accounting**
   77:6
**accumulating**
   58:23
**accuracy**  30:10
   260:9
**accurate**  13:18
   13:22 27:23,24
   28:1 58:8
   65:12,19 66:1
   66:6 90:25
   93:3 263:6
**accurately**
   42:21

**acetate**  240:9
**acid**  109:23
   111:4 166:9
   168:9 173:5,6
   173:18 179:19
   179:20 180:16
   181:15,17
   182:3,7 198:9
   199:6 200:9
   210:21,23
   212:6,7 213:9
**acidic**  210:17
   211:14,16
   212:5,6,12
**acknowledge**
   155:16
**acknowledg...**
   260:12
**acknowledg...**
   152:25 153:9
**acronyms**
   110:11
**actavis**  3:17,18
**action**  263:9,10
**actions**  59:1,6
**active**  8:12 27:3
   27:22 40:13
   46:8,18 246:5
   246:9,24
**activities**  70:10
   70:12 85:20
   86:18 89:19,20
   91:7,9
**activity**  85:3
   102:15,17

**actor** 114:10
**acts** 23:14
**actual** 166:24
166:25 181:20
198:25 247:7
**actually** 10:22
16:25 18:9
22:6,7 38:3
42:24 44:11
55:13 61:10
71:1 80:1
95:24 96:22
98:25 100:14
101:13 105:2
106:19 125:13
125:14 131:22
133:13 147:6,7
148:5 159:23
192:9 212:18
216:17 217:16
217:20 220:2,5
223:21 228:2
228:21 241:5
245:12,13
248:12 255:2
**acutely** 177:13
**adam** 2:4
**add** 47:13
166:12 209:25
**added** 114:4,5
166:7 249:8
252:11
**adding** 47:13
167:11 168:8
221:25

**addition** 16:8
236:13 262:5
**additional**
15:13 28:8,22
63:10,10 81:5
81:11 92:10
96:2,22 225:10
235:2,7 254:4
257:14 258:16
**address** 7:6
51:2,8
**addresses** 26:6
26:9
**administrative**
98:20
**admits** 192:7,8
**adopted** 38:18
38:24 39:17
195:12
**adulterated**
66:10 116:13
116:15 117:21
119:21,22,24
120:1,5,6,9,14
120:24 121:2,8
121:12,16,18
121:25 122:3,9
122:17,23
123:4,15,18
124:15 130:24
131:4,6 142:10
142:15,20,23
143:3 157:7
**adulteration**
120:18

**adulterations**
119:18
**advanced**
32:18,22 33:4
33:8
**afield** 125:17
**agency** 32:19
33:9 51:8
120:12 129:19
**agency's** 7:6
51:2
**agent** 113:14
167:22,23
168:2 169:2
181:21 217:17
220:25
**ago** 31:2,7,10
37:6 97:7
101:16 110:10
110:12 165:3
221:20 224:3
**agree** 12:23
13:7,10 22:16
22:22 23:14,17
27:17 32:20,24
34:21 35:5
36:1,19,23
37:13,23 40:17
42:1 43:14
44:21,25 46:9
46:24 52:11
54:5,25 55:22
56:14 67:17
89:24 94:3
101:19 102:15

**addition** 16:8
133:6 148:8
172:13 196:2
227:15 246:21
247:4,10
255:19 256:4
257:15 258:13
**agreeable**
258:21,23
**agreed** 52:22
258:6
**agreement**
186:6 258:10
**ahead** 25:4
33:1 95:7
223:15 257:25
**aine** 239:11
**al** 260:4
**alameda** 1:15
9:14
**alarm** 140:17
**albany** 4:4
**albertson's**
5:19
**alcohol** 184:23
**alcoholic** 13:14
**aldehyde**
173:18
**aldrich** 109:20
110:13
**alert** 100:6
**alerted** 156:1
**alex** 3:12
**alex.kasparie**
3:15

**alfano** 5:3

**allegations**
 234:21

**allocated**
 236:16

**allotted** 258:8
 260:20

**allow** 42:23

**allowed** 210:19
 211:3 226:8

**alluded** 216:17

**altogether**
 232:3

**amarego** 8:7
 150:8

**amended**
 229:10

**amendment**
 166:6,11 168:7
 195:12

**amine** 184:23
 215:22

**amines** 114:12
 216:4,10,20
 219:10,14
 230:24

**amount** 83:8
 111:5 123:2
 197:18 254:20
 255:7

**amounts** 160:2
 176:11 202:5
 206:3

**analysis** 7:24
 36:17 40:14,18

44:23 92:5,8
92:13 100:17
112:14,18
128:24 141:21
150:1 186:1
189:19 213:6
213:22 221:20
221:21,22
222:9,23,24
244:5,18 245:3

**analytical**
 36:16 69:23,24
 74:8 84:21
 149:11 252:23

**analyze** 37:7

**analyzed** 37:5

**analyzing** 36:9

**anda** 189:23,24

**andas** 187:8
 189:2

**announces** 6:17
 24:4,9

**anonymous**
 232:15

**answer** 11:16
 21:3 25:24
 27:7 33:2
 39:14 42:17
 43:25 53:16
 54:9,10 55:21
 71:2 133:19
 134:6,9,22
 147:16 164:15
 169:17 175:5
 184:16 189:22

190:11 209:9
211:12,18,20
211:21,22
212:9 213:4,5
217:2 220:16
226:8,18
229:19,20
243:15 257:13

**answered** 25:6
 38:14 44:1
 47:25 48:1,8
 50:18 53:17
 87:22 97:16
 126:23 152:14
 162:8 172:1
 178:12 184:9
 184:16 215:14
 221:18

**answering**
 133:12 212:8
 212:11

**answers** 11:17

**antennas** 140:2
 183:16 184:19

**anticipate**
 237:13

**anticipated**
 49:25 50:8

**anybody** 63:25
 85:20 192:4
 194:6 254:3

**anymore** 24:24

**anytime** 140:15
 141:3 219:20
 220:15

**api** 20:6,17,21
 20:23 21:12,13
 21:22 22:1,8
 26:7,15 28:17
 33:16 34:4
 35:24 39:11
 44:5 45:2,10
 47:3 50:2,10
 53:5 59:3,9,25
 65:24 66:3,9
 66:13 105:25
 120:24 158:11
 158:22 164:12
 186:7 221:22
 246:25 247:15
 248:18 251:4
 251:11 252:21

**apis** 20:9 44:18

**apologies** 53:24
 81:9 90:16
 127:6

**apologize** 23:11
 75:5 81:14
 148:1 211:9
 216:25 218:9
 243:24

**apparently**
 36:6

**appear** 127:2,7
 242:15 244:15
 248:5,7,9

**appears** 94:13
 130:1 203:18
 248:3

**applicable**
  260:8
**application**
  20:4
**applications**
  191:2
**apply**  131:16
  187:5 221:12
  255:15
**appreciably**
  210:19
**appreciate**
  39:13,24 41:12
  43:6,9 97:9
  98:18 125:20
  125:23 135:12
  152:13 155:8
  173:22 174:6
  258:24
**approach**
  139:18
**approached**
  147:5
**appropriate**
  229:8 236:5,7
  245:6 246:25
  250:6,8 251:3
**approve**  188:5
**approved**  99:8
  100:1,5,8
  101:18 102:3
  103:2 164:19
  164:19 165:2
  188:6,7,8,9
  214:21,22

  239:10,11
**april**  7:11 93:9
  93:16 94:20
  97:11 98:14
  168:12,15
  239:13,18
  242:14
**arb**  7:5 51:1,8
**area**  151:11
**argue**  233:13
**argumentative**
  189:16 190:10
  190:18 191:20
  222:21
**arguments**
  255:8
**arises**  11:5
**armarego**
  199:24 202:17
  203:5 205:10
  205:14 206:20
  207:4 213:13
**arps**  3:11
**article**  7:18
  137:2,17 138:9
  138:15 194:17
  194:21,23
  195:4 223:24
  229:6,7 230:10
  230:15,20,22
  231:1,4,5,9,13
  231:17 233:1,1
**articles**  232:6
**artificial**  47:14

**aside**  11:25
  12:24 13:6
  72:18 73:19
  74:2 190:1
  214:18 238:3
**asked**  16:1
  52:22 63:8,13
  63:15 70:14
  71:24 72:11,24
  86:5,17 107:7
  107:16 130:21
  148:16 153:21
  153:24 154:5,7
  156:8 160:22
  162:8 164:1
  174:10,12
  176:21 184:15
  185:14 215:13
  221:17 226:7,9
  227:17
**asking**  17:10
  30:16 35:4
  37:11,12,13
  38:13 48:22
  49:1 50:4 54:8
  54:21 70:6
  85:17 123:21
  140:11 142:18
  142:21 145:24
  145:24 185:16
  186:17 187:3
  211:25 212:7
  215:7 218:3
  226:22 229:1
  242:19 245:20

  245:20
**aslater**  2:7
**aspects**  91:11
**assertions**
  236:3
**assessment**
  47:7,8,16
  48:18 93:3
  111:21,23
  112:11 141:19
  141:20
**assistance**  68:9
  68:23
**assisted**  69:6
**associated**
  173:1
**association**
  217:15
**assume**  71:16
  71:17,20 73:17
  81:2 95:3
  187:20 222:16
  240:25
**assumes**  248:21
  248:24 249:2
**assuming**  83:15
  84:1 129:21
  243:8
**assumption**
  49:12 210:6,7
**assurance**
  45:16
**atlanta**  3:21
**atlantic**  1:14
  9:13

**atoms** 173:16
**aton** 4:13
**attach** 210:4
  262:1
**attached**
  197:24 260:11
**attempt** 11:20
  127:25 128:1
  160:20
**attention**
  179:11 221:8
**attorney** 58:14
  260:13 263:8,9
**audio** 10:17,20
  23:9 133:21
  228:22
**audit** 98:1,2,6
  98:10 105:6
**august** 6:23
  29:1,18 30:6
  41:21 45:9
  86:13,24 100:5
  155:24
**author** 204:5
  204:25 209:12
  209:15 210:16
  213:21 230:21
**authority**
  161:24
**available** 10:19
  28:9,23 72:14
  93:11 225:18
  225:18,20
  228:4 229:25
  256:12,14

260:6
**aventis** 140:8
  177:13 214:22
**avenue** 1:14
  5:11 9:13
**avoid** 106:17
  107:9
**aware** 23:18,23
  26:13,17,20
  28:25 33:14
  56:2 76:11,16
  77:19 82:8
  144:6,10
  151:16,21
  152:6,15
  153:16 157:1
  157:10,14
  177:13 185:23
  193:25 194:3
  194:10,16,17
  202:24 206:7
  236:17 238:22
  240:17 242:14
**awful** 125:8
**azide** 8:4 150:4
  158:14 159:8
  167:15,16,17
  167:21 168:5
  168:10,11,23
  168:24 169:1,2
  169:2,3,21
  170:1,6,7,11,20
  170:21 181:4
  181:14 182:11
  183:15 188:11

213:23 221:24
221:25 222:4
229:8,8

**b**

**b** 4:2,8 5:21 7:1
  8:1 69:11 94:7
  99:7 139:2
**back** 12:12
  17:23 21:6
  29:11 38:11
  47:24 54:19,20
  79:19,23 80:9
  86:24 113:1,2
  113:3 114:1,15
  115:11,13
  116:24 119:11
  123:24,25
  130:21 134:4
  141:24 142:8
  142:17 155:23
  161:15 163:17
  166:21 176:14
  177:11 178:25
  180:13 191:23
  192:10 195:5
  215:8 217:18
  218:19 220:5,8
  220:11 221:19
  222:22 223:9
  225:6,9 234:9
  235:5,17,23
  239:8,16 242:1
  242:4 253:20
  257:9

**background**
  154:19
**backup** 92:21
  98:1 104:5,6,8
  104:8
**bad** 35:9
  201:22,23
  208:7,8
**bain** 64:5
**ballpark**
  146:14,22
**bank** 208:17
**base** 109:23
  111:5 198:9
  199:9,16 200:8
  200:9
**based** 16:10
  28:4 46:4,14
  48:3 49:16
  61:20 82:15
  83:7,22 85:25
  92:5 143:8
  151:23 152:16
  164:24 165:4
  168:3 182:10
  210:5 211:14
  213:12 214:17
  236:11 237:19
**baseline** 124:22
  124:22
**basic** 11:10
  210:17 243:20
**basically** 58:13
  72:13 85:23,24
  89:16 95:20

**[basically - bose]**                                                                Page 9

96:25 99:19,21
101:3,9 103:12
104:22 122:19
125:9 129:17
134:8 135:4
139:13 144:21
146:13 152:11
156:19 168:19
169:8 173:12
175:10 178:1
192:20 201:21
213:21 231:15
240:24 252:4
**basing** 64:21
**basis** 112:21
188:5 209:5
**batch** 245:15
248:16 252:19
**batches** 21:19
245:16
**bates** 7:16,24
8:4,9,14
132:13 150:1,4
238:8 246:6
**bathroom**
223:17
**bausch** 4:12
**baylen** 2:13
**bear** 24:23
**becoming**
23:13
**bedtime** 218:25
**began** 23:20
33:15,22 34:3
34:8,13

**beginning**
38:12 71:25
127:22 156:25
161:14 173:20
**begins** 79:19
116:24 163:17
223:9
**behalf** 29:2
190:19 234:12
237:25 253:22
**belabor** 86:8
251:16
**believe** 14:1
19:13 26:24
29:12 30:9
31:9 39:19
40:10 51:13
52:3 54:15,15
60:13 64:11
67:10 71:7
72:4,12 76:1
77:11,18 80:19
81:5,11 90:19
95:21 117:17
120:21 121:1
127:1 132:11
137:11 138:16
143:17,22
147:25 149:12
151:1 155:4
162:16 166:15
177:25 178:17
178:21 187:20
200:5,6 204:16
204:17 215:20

215:21 217:14
217:20 220:16
220:22 222:16
228:15 231:9
235:5 242:7
245:6,8 247:7
248:1,12 254:7
258:10
**bells** 140:17
**benzene** 148:12
148:14 240:10
**best** 11:16
23:15 57:11,14
74:1 78:22
201:19 202:7
223:23 255:9
261:6 263:7
**bets** 249:17
**better** 39:10
190:25
**beyond** 141:17
235:2
**big** 84:23 104:2
104:2 178:4
220:9
**bigger** 16:24
17:11 24:23
30:13
**bill** 88:2
**billed** 81:2,20
82:6 85:13
**billing** 77:2,6,8
77:14
**bily** 9:5

**bio** 163:4
**biologic** 156:17
**bipc.com** 5:23
**bit** 23:8 24:24
60:24 67:22
74:13 97:8
125:21 140:13
147:22 159:12
179:4 192:25
195:6,7 202:8
**blah** 251:12,13
251:13
**blinded** 144:20
146:4
**block** 258:19
**blue** 147:5
**bobber** 5:15
**bodies** 38:10
**body** 37:10,17
191:8
**bogdan** 4:3
63:17
**boiling** 91:8
206:3,7,17,21
209:13
**bombarding**
42:20
**bonded** 173:12
219:5
**book** 8:6 150:6
213:18
**books** 256:17
**border** 162:22
**bose** 69:8,11,12
69:13,21 71:5

71:9 85:10,11
86:21 87:15
88:4 153:1
**bosick** 5:3
**bother** 250:10
**bottom** 107:21
118:21 167:1
169:20 205:23
239:10 246:20
251:23,24
**bought** 125:4
158:11
**boulevard** 2:17
3:7
**box** 4:3
**brand** 66:15
109:19 132:8
224:22 241:3
242:11 243:3
243:11
**branded**
213:24
**break** 29:12,21
30:4 67:20
78:18 79:4
82:21,25 117:8
117:10,14,25
118:15 163:1,4
163:10,21,24
182:15 184:8
222:25 223:14
225:9,9,14
226:1,12
227:10,19,20
235:10 241:21

256:10
**breakout** 117:5
256:20 257:1
**breaks** 83:1,1
117:2,4,7,9
199:1
**brett** 2:16
**brief** 12:10
17:21 79:17
80:7 116:22
119:9 134:1
163:15 223:7
225:4 234:7
235:21 241:24
253:18 257:7
257:23
**briefly** 89:13
164:9 227:22
237:2
**bring** 16:17
79:25 204:5
**brings** 185:7
**brittney** 5:10
255:22,22
**brittney.nagle**
5:12
**brought** 55:3
215:8
**brown** 207:9
207:10,14,14
**bsn** 2:16
**buchanan** 5:20
**bucks** 217:9
**bunch** 126:13

**business** 84:24
129:3
**butyl** 240:11
**buy** 109:19
125:5
**buying** 158:21
**bye** 257:20,20
**byproduct** 46:7
46:17 47:2

**c**

**c** 2:1,16 3:1 4:1
5:1,15 18:13
18:24 20:16
94:7 103:1
263:1,1
**cah2** 211:4
212:2
**cake** 47:15
**calcium** 210:21
**calendar**
256:17
**calendaring**
256:16
**california** 1:15
9:14
**call** 10:23
48:13 88:10,15
88:16,18,19
139:10,11
170:18 220:3
230:4
**called** 20:10
21:9 91:5
124:25 137:17
156:20 231:9

**calling** 133:23
133:23
**calls** 88:14
**camden** 1:2
**camp** 2:9
**canada** 143:11
143:12 159:11
159:20 161:24
162:10,12,15
162:18,19
**canada's**
159:14 162:5
**canadian**
159:22 160:5
162:13
**cancer** 67:4,11
67:14 106:19
106:22 107:15
122:13 151:11
217:16
**capabilities**
55:23
**capability** 55:8
**capable** 67:11
**caramelize**
207:8
**caramelized**
207:10,15
**carbogen** 21:9
22:3,3 106:4
**carbon** 173:17
199:2 206:6
**carbonyl**
197:24 198:1

carcinogen
  173:19
care  156:12
career  106:8
carefully
  168:19
carillon  5:21
carolina  5:22
carrying
  177:17
carryover
  168:11
case  9:18 10:20
  13:25 15:8,16
  15:23 16:9
  18:12,16,16
  25:21 31:18
  39:3 51:22
  56:25 60:2
  62:11,14,21
  63:20,23 64:13
  64:16 65:10,13
  66:19 68:17
  69:7,19,22
  70:7,18 71:22
  77:20 82:6,15
  86:5,11 87:4
  87:20 89:4,11
  102:21 111:17
  112:21,21
  134:15 151:8
  153:3,7 169:25
  177:20 188:6
  193:2 202:1
  214:24

cases  57:9,16
  63:13
catalyzed
  210:17 211:16
  212:5,12
category  63:7
caught  37:24
causation
  66:24 67:1
cause  7:23
  44:16,23 45:24
  67:3 107:14
  150:1 213:6
causes  7:6 51:3
  51:9 106:19,22
  106:25 107:2
  109:9 171:23
causing  67:11
  171:12
caveat  175:15
  175:17
ccr  1:12
cder  35:20
celsius  206:10
  207:2,3,8,22,23
  207:24 208:7
  208:19,24
center  4:15
  246:19
centre  5:4
ceo  93:23 105:9
  147:11
certain  26:10
  33:15 40:8,12
  54:16 72:23

86:2,18 89:19
  89:23 91:6
  99:12 102:11
  103:9,9,11
  177:5 201:12
  226:7
certainly  120:2
certainty
  212:21
certificate  92:5
  92:8,12
certificates
  100:16
certified  263:2
  263:14
certify  261:3,5
  263:3,5,8
cetera  37:20,20
  39:8
cfr  89:20
cgannon  4:17
cgeddis  2:7
cgmp  21:12
  47:6 89:19
  90:1 96:12,18
  97:12,17 98:13
  98:23,24 100:2
  102:4 103:4,6
  103:14 111:22
  120:25 121:3,3
  121:6,10
  130:11 136:21
  177:20,24
  178:14 215:25
  219:21

cgmps  66:2
chair  244:20
chairman  90:5
  105:9
challenge  52:7
chance  68:4
  233:17
change  11:1
  47:15,18 57:3
  132:2 141:16
  179:25 195:7
  214:23,24
  253:5 262:5,9
changed  47:12
  131:21 167:5
  167:11 168:22
  196:20 213:23
  213:24 253:6
changes  27:3
  27:21 260:10
changing  47:11
  47:14 105:7
  188:14 191:5
  213:25 221:23
  222:4
chapter  134:8
  134:23 135:3
  135:16 141:15
chapters  132:2
characterizati...
  245:18
charge  70:2,3,4
charged  22:17
  78:1,7 179:21
  194:12,14

**[charged - citizens]**                                                    Page 12

196:3,13
**charges** 22:23
**charging** 77:17
78:3
**charlie** 20:16
**charlotte** 5:22
**charm** 75:16
**chat** 80:2 241:7
241:9
**check** 77:18
81:17 82:9
141:22 162:16
234:2 235:12
**checked** 247:16
**chemical** 40:12
72:15,23
106:18 108:2
113:3 172:25
185:23,24
210:22 219:8
219:14
**chemically**
66:14
**chemicals** 8:6
40:8 111:20
150:7 199:24
204:20,24
205:3
**chemist** 45:18
45:19 47:10
69:23,24 71:24
74:8 95:13
96:10 114:3
139:19,19,20
164:25 180:9

183:8 185:1,5
186:22 187:21
188:7 190:3,6
190:13,15
192:6,8 204:18
219:24 222:9
224:20
**chemistry** 46:5
46:15 48:12
65:14,21 85:3
107:8 114:1,3
131:19 140:3
143:8 183:16
183:17,18
189:21 190:23
190:25 191:3,6
191:9 192:7
193:5 201:10
201:11 204:11
214:8
**chemists** 108:4
180:20 183:21
187:6,14,21
188:3 190:21
190:24 213:18
**chemotherapy**
122:13
**chicago** 4:9
**chief** 70:2
**child** 107:1
**china** 186:8
**chloride** 65:23
168:24 176:19
195:11,16,21
195:25 196:21

197:6,16 198:5
198:16 206:12
208:14 209:7
210:8,9 211:5
211:7,9 212:1
212:13,24
**choice** 106:16
**christine** 4:14
**christopher** 2:4
5:21
**christopher.h...**
5:23
**chromatogram**
124:21 125:7
126:20 138:17
**chromatogra...**
7:20 35:21
36:11 127:23
137:5 139:13
**chronic** 129:6
**citation** 89:22
182:14,15,17
182:20,22
184:8 199:20
200:24 201:2
204:4,6 208:5
208:13
**citations** 51:24
51:25 178:1
208:16 223:22
228:25
**cite** 25:16 61:22
61:24 71:6
180:23,24
183:20 184:5

195:1,2 201:7
202:11,17
218:15 226:23
226:24,25
227:16 228:22
249:5
**cited** 16:10
31:22 32:2,9
61:10,11,24
71:14 72:3
102:4 131:11
138:10,21
143:12 162:15
182:11,19
183:25 184:2
195:4 204:14
216:19 217:20
217:21 218:1
219:2 227:13
229:7 233:24
237:4 246:15
249:18
**cites** 229:11
**citing** 219:17
219:19
**citizen** 74:2
144:3 147:20
157:15,16
**citizens** 73:19
74:14 144:6,13
146:23 149:9
153:18,21
154:6 157:11
157:18

**claim** 33:7
**claims** 74:19
  75:6,13
**clarification**
  12:3 56:6
  73:21 88:8
  97:9 106:24
  112:16 113:11
  114:25 134:20
  140:22 156:6
  159:4 161:12
  163:8 169:10
  174:1 182:5
  189:17 194:25
  197:25 214:12
  217:24 219:11
  228:24
**clarify** 12:14
  39:15 109:1
  134:13 160:3
  226:22
**clarifying**
  106:5
**clarity** 14:21
**clark** 3:6
**class** 7:5 51:1,8
  219:7
**classification**
  252:25
**clear** 39:21
  68:15 78:5
  82:24 86:9
  107:12 111:9
  151:15 170:12
  171:11 177:1

  195:7 227:7,12
  235:10
**clearly** 169:5
**clerical** 85:19
  102:17
**click** 30:13
  125:15 154:16
**client** 47:6
  58:14 92:5
  111:4 121:3
  124:24 125:6
  130:15 188:13
  209:20 212:13
  213:5 245:14
  253:7
**client's** 53:5
  54:16 211:13
**clients** 92:4
  100:23
**clock** 46:11
**close** 114:16
  209:2
**cloud** 104:6
**clue** 122:16
**cmc** 45:19
  48:13,14,25
  49:3,8,11
  188:7
**codes** 144:24
**cohort** 122:3,9
**cohorts** 121:24
  124:6 220:21
**cold** 114:5
  244:23

**colleagues**
  22:10
**collecting**
  33:16,22
**college** 2:17
**colloquy** 226:6
**columbus** 3:7
**combination**
  40:7
**combined**
  133:2
**come** 37:10,19
  39:3,4 68:13
  84:7,20 104:24
  106:21 115:13
  186:5 203:5
  258:19
**comes** 16:1
  113:14 124:7
  198:23 235:4
**comfortable**
  43:11
**coming** 7:23
  58:17 149:25
  209:2
**commencem...**
  263:3
**commencing**
  1:16
**comments**
  178:8 235:25
**commissioner**
  29:1 40:17
  45:23 50:14

**commissioner's**
  43:15
**common**
  102:16 141:5
  201:9,9,11
  221:9
**communicated**
  64:18 146:19
**communication**
  39:10 58:13
  68:16 146:15
  146:18
**communicati...**
  13:11
**companies** 5:19
  60:21 84:20
  180:21
**company** 20:24
  21:5,7,9,15,21
  21:23 71:5,9
  85:22 108:2,3
  113:2,4 132:7
  140:8,15 178:6
**complaints**
  63:19
**complete** 13:22
  18:11 254:17
**completed**
  260:17
**completely**
  207:15 213:25
  253:9
**compliance**
  66:2

compliant
89:18,21
complied 105:2
comply 92:21
97:19
components
243:17
composed
139:24
composition
214:19
compound 40:2
122:17,22
138:19 173:7
180:1 211:16
216:16 221:10
compounds
126:14 128:12
128:13 135:6
217:8 219:5,7
219:8
computer
10:17 12:1,21
12:24 13:3
95:16 98:21
99:4,14 101:11
103:3,8,9,10
concern 122:3
122:9 126:16
202:14
concerned
216:12,13
concerns 59:1
121:25 124:7
183:9 220:21

220:24
concluded
259:3
conclusion
152:10,19
254:9
conditions 40:7
40:8 212:17,23
conduct 10:6
162:2
conducted 10:3
47:7,9 94:20
151:18 152:7
245:6
conducting
63:12 222:23
confer 257:17
conference
88:10,14,15,16
88:18,19 147:8
147:8 150:16
150:23 152:21
conferred
258:12
confidence
125:23
confidential
58:14 185:25
confirm 82:20
82:22 83:14
123:19 242:12
256:20
confirmed
143:11

confirming
89:10 104:15
104:19 250:1
confirms 91:9
conformance
120:25
confused
174:13
confusing
122:6
conlee 2:9
connected
12:15
connection
25:13 31:4,8
51:22 62:10
75:23 76:3
77:9 78:2,7
82:14 83:9
86:5 144:13
150:25 151:10
152:2 193:9
consider 16:14
25:20 31:17,19
52:1 73:13
87:11 127:9,12
149:13 231:25
considered
16:12 25:18
31:22 32:3
56:24 60:25
61:2,8,15 74:7
120:1 127:4,9
138:10 177:7
224:5 238:23

consistency
47:19
consistent
247:11 251:8
constitute
84:23 116:13
117:21
consulting
19:17 85:3
contact 153:23
contacted
146:12 154:24
160:6,10
contain 35:20
109:20 110:13
130:25 131:2
142:12,24
143:2 157:24
161:25 162:6
198:7,8
contained
110:21 143:5
144:8 157:7
160:2
containing 6:18
24:5,10 26:16
contains 15:12
122:8 161:20
198:3,6
contam 176:15
contaminants
247:19
contaminated
74:20 158:21
175:18,21

**[contaminated - correct]**                                                                Page 15

176:14,20
177:1,4
**contaminating**
175:22
**contamination**
23:21 75:2,3
158:19 176:2
177:17 178:10
178:14,22,22
193:12 198:14
**content** 133:1,8
**context** 106:10
133:14
**continuation**
50:7
**continue** 11:5
28:7 83:2 97:1
105:14 163:7
167:13 237:23
256:17
**continued** 3:1
4:1 5:1 7:1 8:1
193:4
**continuing**
28:21 100:23
**continuously**
123:14
**contract** 21:1
21:23 22:3
53:7 55:3,6,8,9
55:15 56:11,15
84:18 87:6
90:11,13,20,21
91:20 96:24
149:14

**contracted**
22:1 106:4
**contracting**
20:25
**contractors**
191:4
**contrary** 95:18
95:20
**contributor**
175:13,14
**control** 7:18
48:12 94:1
123:10 137:3
137:18 138:20
222:12 249:15
251:9 252:19
**controlled**
248:17
**controlling**
38:8 39:7
**controversies**
157:1
**convenient**
78:18
**conversation**
42:24 43:7
**convert** 139:25
**converts** 173:6
193:6
**convince**
102:21
**cook** 207:17
**cookbook**
213:17

**cool** 201:24
**copies** 260:14
**corners** 239:2
**correct** 12:16
12:21 13:25
14:6,8 15:4
16:6 18:25
19:14,15,17,18
20:24 21:24
25:18 26:7,8
26:11,12 28:2
28:19 29:14
31:23 38:20,21
39:1 45:25
48:5 49:15,19
50:4 55:4 57:1
57:2 59:3,7
62:22 65:11,15
67:18,19 73:12
74:5,17,18
75:15,20,21,22
76:20 78:16
80:18 81:4,22
83:5 88:4 89:2
89:6,23 90:5,6
90:9,12 91:1
91:18 93:5,17
93:23 94:8,20
95:1,17 96:10
96:11 98:8,12
98:15 99:6
105:11,13
110:9 114:20
114:21 115:6,7
115:10 119:19

119:20 121:2
128:3 130:2,4
136:9,23
137:20,21
138:8,14 143:1
143:16 144:4,5
144:9,14,15
146:23,24
150:17,21,25
151:6 152:8
153:11,12,14
153:15,19
154:1,10 156:7
157:12,25
164:12,13,17
165:6,7,11,14
167:8 168:13
180:2,7,8
181:4,15,16
184:4 188:24
189:4,5,8
195:13 196:15
196:17,21
197:9,11,13,20
198:11,20,22
199:25 200:16
202:18,19,22
202:23 206:18
206:19,22,23
213:13 220:17
223:21 224:6,7
224:14 233:25
238:18 239:14
239:19,20,22
239:23 242:11

[correct - david]                                                                    Page 16

243:7 245:7
246:10,13,14
246:16 248:19
248:20,23
249:1,3,4
252:15 258:22
261:5
**correctly** 50:5
**correlation**
44:17 45:1
**corroborated**
74:7
**cost** 217:9
**counsel** 9:8
17:14 68:16
78:18 80:13,18
81:16 82:4,4
88:10 137:14
181:2 226:11
227:24 229:20
229:22,24
254:7 255:19
255:22 258:6
260:14 263:8
263:10
**counsel's** 85:5
**count** 87:7
**counting** 46:12
**couple** 53:19
90:11 100:20
147:6 223:1
229:14 254:2
**course** 106:13
142:6 193:18
220:23 240:11

251:13
**court** 1:1 9:6
9:10 11:20
12:3 56:6
73:21 75:24
76:23 78:17,22
90:19 93:13
106:24 112:16
113:11 114:25
134:20 140:22
151:16 152:6
152:15 156:6
159:4 161:12
163:5,8 169:10
174:1,4 182:5
189:17 194:25
197:25 214:12
217:24 219:11
228:24 238:11
247:3 263:14
**court's** 152:10
**covered** 103:19
142:16
**covers** 103:24
**craft** 65:5
**crazy** 141:12
**crcr** 1:12
**create** 114:23
191:18 194:13
194:14 221:6
**created** 131:23
137:14 228:18
229:5
**creates** 141:20
215:22

**creating** 58:7
70:7 107:13
**credit** 180:10
**criteria** 92:6
131:3
**criterias** 91:14
**criticisms**
245:23
**cro** 91:21
**cross** 158:19
**crude** 168:22
**cs** 260:15
**current** 6:23
15:11 16:15
29:18 37:23,25
130:11 160:22
**currently** 15:25
63:23 90:5
**cursory** 189:20
**customers**
100:7,10,19,22
101:8,15
149:16
**cut** 72:6,9,13
148:1
**cuts** 114:5
**cv** 150:20
**cyanide** 248:4,5

**d**

**d** 6:1
**d.d.** 8:7 150:8
**daily** 104:5,8
138:4,6,6
**daniel** 2:12
10:25 63:18,24

64:3 76:7,9
117:6,11
163:22 227:22
260:1
**dark** 207:14
**dash** 20:16
**data** 92:21 93:2
98:6,10,21
99:3 100:15,20
101:7 103:21
103:25 104:2,9
146:4 151:13
156:22 191:8
**date** 31:5 51:16
51:19 53:2
58:19 78:2
82:1 107:23
246:12 256:13
262:2,7,20
263:7
**dated** 6:19,23
7:7,9,11,13
24:6 26:19
29:18 51:3
78:14 80:21
93:9 115:19
263:15
**dates** 99:12
**dating** 38:11
**daubert** 151:8
**david** 147:12
147:13,14
153:14,16,23
154:5,7 155:3

**day**  41:8 53:8
  87:4 88:14
  129:6 177:11
  188:5,5 220:5
  256:4,4,10
  261:18
**days**  260:17
**de**  3:3
**deal**  220:9
  235:4
**dealing**  190:20
  254:21
**debatable**
  101:4
**december**
  76:13 195:12
**decide**  71:13
  233:20
**decided**  61:14
  168:19
**decision**  61:23
**declaration**
  144:16 145:12
**decompose**
  200:15 202:16
  202:21 205:11
  209:6,16 211:2
  243:21
**decomposed**
  207:15 210:19
**decomposes**
  198:17 200:8
  200:25 206:2
  209:13

**decomposing**
  205:5 206:25
**decomposition**
  209:18,19
  210:13,17
  211:16 212:5
  212:12 214:16
**deep**  46:5,14
  191:6
**defendant**
  254:8,22
**defendants**
  6:14 9:18
  16:19 19:7
  28:2 62:10,14
  62:17 81:24
  137:14 224:12
  225:13 226:7
  226:10 227:24
  229:12 232:18
  233:4 234:12
  236:13 237:7
  237:12 258:4,8
  258:12,14
**defense**  226:11
  256:14
**deficiency**
  169:9
**defining**  103:2
**definition**
  32:22 34:25
  35:1,3 119:24
  170:23
**degradation**
  109:4,9 204:7

209:8 212:19
  212:22
**degrade**  201:13
  201:13 206:21
  207:3 208:3,18
  208:19 210:7
**degraded**  173:7
**degrades**  75:14
  201:12,15
  207:2,6 208:2
  208:15,18
  209:11
**degrading**
  108:23 208:8
**degree**  201:5
  207:7 208:7
  212:22
**degrees**  89:16
  206:10,15
  207:2,3,8,12,19
  208:19,19,23
  208:24 209:11
**delay**  23:8
**delete**  98:2,9,21
  99:3,4
**deleted**  98:7
**deletion**  262:5
**delis**  114:6
**demonstrate**
  247:23
**deny**  83:14
  242:12
**department**
  183:17,18

**depend**  131:6
**dependent**
  253:2,3
**depending**
  15:19
**depends**  32:22
  73:13 198:24
**deponent**
  260:13
**deposed**  11:8
  58:5
**deposing**
  260:13
**deposition**  1:5
  6:15 9:3 10:3,6
  10:13,17 11:11
  11:23 12:15,25
  13:8,12 14:5,8
  14:11,15,22,24
  15:2 16:20
  17:18 18:6
  19:8 63:11,14
  75:19 77:17,21
  81:12 90:22
  92:16 104:15
  117:3 144:3
  157:6 185:6
  224:13 229:15
  233:9 236:4,18
  237:16,17
  256:18 257:16
  258:7 261:4
  262:1
**depositions**
  233:23 237:6,8

237:10 256:14
**depth** 15:7
171:22 190:24
**describe** 74:24
**described**
90:10 194:4,11
**describing**
248:15 252:17
**description** 7:2
8:2
**designated**
121:25
**designation**
94:3,4 252:23
**desk** 204:23
205:3
**destroyed**
168:10
**detail** 63:13
152:5
**detect** 34:3,8
34:14 35:24
36:3 37:9
38:25 39:18
52:8,12,24
53:11 178:14
**detected** 133:3
**detecting** 36:6
36:8
**detection** 6:19
24:5,10
**determination**
61:19
**determine**
35:19 87:8

120:11 124:14
129:24 160:20
236:6
**determines**
120:8,10
**develop** 141:8
**developed**
35:21 36:2,11
44:24 67:14
**developing**
20:2 34:3,8,13
65:22 105:20
**development**
7:19 84:20,21
137:4,19
156:18
**deviation** 100:1
**device** 105:17
**diethylamine**
173:19,20
175:10 180:4,5
180:17,18
181:19,24
182:8 192:14
192:14,22,25
193:3,6,12,22
193:24 194:13
196:4,9
**differ** 72:20
**differed** 146:11
**different** 15:10
44:18,20,20
45:2 88:16
97:9 105:22
106:14 109:24

114:6 115:12
124:10 128:25
131:19 140:11
164:11 179:1
184:24 186:19
211:8 213:20
213:21 216:9
247:20
**difficult** 34:20
34:23 35:1,11
35:14
**diisopropyl**
140:5 214:10
**diligence**
124:18 187:4
187:15
**dimethyl** 248:6
**dimethylamine**
108:23 109:5,9
109:21,23
110:14,17,18
110:21 111:1,6
113:22 114:12
139:24 174:20
193:21 196:7
196:10,14
197:8,12,15,18
197:23 198:3,6
198:7,8,10,14
198:17,24
199:1,5,7,9,14
199:17 200:14
200:16 201:1
202:3,5,17,21
205:5,12 206:4

210:3 211:19
212:16 216:9
231:10 243:21
243:23,24
**dimethylfor...**
107:17
**dinner** 68:1,5
215:5,6
**diovan** 66:15
131:12,18
142:11 143:5,8
143:12,13,15
143:19 156:10
157:8,23 158:6
159:7,15
160:12,14,20
161:4,6,9,18,20
161:25 162:2,5
162:15,15,18
162:20 188:9
242:11 243:3,9
**dioxide** 199:2
**directed** 228:10
**directly** 114:22
**director** 98:20
99:2
**dirty** 55:17
**disagree** 35:8,8
35:12,16 42:14
43:20 48:2
50:11,13 53:1
53:10,12,18
82:16 102:6
152:10,19

**disappeared**
241:10
**disclose**  236:1
**disclosed**
225:13 232:17
233:4,18,21
236:11,14,23
**disclosure**
159:22
**disclosures**
56:4
**discovered**
53:21 139:17
**discovers**  89:18
**discrepancy**
118:16
**discuss**  11:24
182:16 229:21
236:16 256:20
**discussed**  89:10
90:3 106:3
151:2 153:6
181:17 185:8
**discusses**  59:21
89:1,5 181:9
**discussion**
258:5
**discussions**
27:20
**dismiss**  124:23
**dispute**  33:7,21
34:1,7,12
161:2
**dissolve**  108:5
108:6

**distinction**
90:15
**distortion**
228:23
**district**  1:1,1
75:24,25 76:13
**dmf**  20:20
106:8,16,22
107:2,7,13,16
107:17,17,20
107:20,22
108:9,11,13,18
108:22,22
109:4,5,7,11,14
109:17,18,19
110:4,7,12,17
110:19,20,23
111:2,4,4,11
112:1,5,9,19
115:13 139:24
167:4 168:1,7
168:20 169:9
175:12,13
176:6 185:22
189:7 190:4
195:12 197:17
197:18,19,21
197:23 198:3,5
198:7,13,15,23
198:25 199:1,4
199:6,8,15
200:7,12,15,25
202:2,11,13,16
202:21 204:6
205:4,11,24

206:2,18,20,24
208:13 209:6
210:7,18 211:6
212:1,12,14,23
213:7 214:15
214:19 239:22
239:25 240:3,5
240:10,15,18
241:3 242:6,14
242:20,21,23
243:10,17,21
244:1,2,3,4
**dmf's**  206:7
**dnigh**  2:14
260:2
**doctor**  67:18
124:2 163:5
213:1 257:18
**document**  8:4
8:11 16:22
17:1,7,10 18:1
18:9 19:11
24:12 29:5
30:21,24 31:1
31:11,17,19,21
32:2,8 41:1,3,6
41:10,15,18
42:5,11,12,17
51:6,11,15,21
56:18 61:7
103:18 104:7
104:19 117:25
118:2 137:9
150:3 169:12
169:19 181:1,3

181:6,8,14
204:9 211:15
223:13,14
225:16 226:10
226:16 227:1,2
227:6,10,11,13
228:2,8,9,11,13
229:23,24
231:1,25 232:4
233:5,6,10,11
233:18 237:5,9
237:14 238:11
238:20,22,25
239:1,1,9
240:5 241:6,12
241:15 242:5
245:20,24
246:3,18,19
247:8 248:5,8
248:11 250:1,8
251:20,22,23
251:24 252:2,2
252:4
**documented**
165:12,16,22
194:18
**documents**
11:22 13:2,5,6
18:4,14 19:2,7
24:15 29:21,22
41:5 42:6
56:19 58:24
61:1,19,20,21
62:2,9,13,20,24
63:3,5,10 71:6

[documents - drugs]                                                           Page 20

| | | | |
|---|---|---|---|
| 71:9,13 72:1 | 186:16 234:12 | 93:15 117:2 | 46:5,15 60:15 |
| 85:4 87:15,20 | 234:22,24 | 133:20 137:10 | 74:20 75:6,13 |
| 104:22 117:13 | 237:25 254:8 | 150:14 153:1 | 84:20 90:23 |
| 130:17 163:24 | 254:22 255:10 | 153:14 163:20 | 91:10,10,17,23 |
| 168:3 175:19 | 255:16 | 185:6 192:6,8 | 91:24 96:23 |
| 176:25 189:12 | **double** 82:9 | 205:16 213:2 | 107:13,14 |
| 224:4,11,18,20 | 173:12 | 215:4 216:17 | 116:13 117:21 |
| 224:25 226:2 | **download** | 223:12 225:9 | 120:1,19 121:6 |
| 226:13,14 | 40:24 | 225:15,22,25 | 121:8,14,18,23 |
| 227:4,17,18,21 | **dozen** 156:16 | 226:6,18,23 | 122:1,7 123:3 |
| 227:23,25 | 228:21,25 | 227:20 229:17 | 123:16,17 |
| 228:6 229:11 | 229:4 232:6,10 | 232:25 233:25 | 124:9,11,12,15 |
| 232:9,11,13,15 | **dozens** 62:5 | 234:23 235:7 | 125:5 126:1,5 |
| 234:17,21 | **dr** 9:17 10:2 | 235:11 236:1 | 126:17 128:17 |
| 235:3,11,12,15 | 11:3,8 12:14 | 236:12,15,22 | 129:6 136:7,15 |
| 236:16 237:3,5 | 13:24 16:22 | 237:2,13 238:2 | 136:19 137:3 |
| 249:18 254:5 | 17:6,15,25 | 238:17 241:11 | 137:18 138:5 |
| 254:14,18,21 | 23:9 24:8 27:6 | 244:20 247:22 | 139:4,5 140:16 |
| 256:7,8 | 28:13,25 29:1 | 251:16 253:21 | 141:2,8 149:16 |
| **doing** 11:23 | 29:23 30:14,22 | 255:3,16 256:2 | 156:17 164:19 |
| 24:18 44:23 | 34:21 41:15 | 258:7 | 165:13,17,23 |
| 84:23 102:17 | 42:4 43:10 | **draft** 70:20 | 166:6 168:12 |
| 105:22 106:12 | 45:22 48:19 | 71:11 99:20 | 177:17,18 |
| 128:23 156:15 | 51:12 53:14 | 101:7 102:24 | 187:8,9 213:24 |
| 169:6 180:12 | 57:23 64:9,12 | 126:9 220:23 | 216:5 247:22 |
| 193:17 213:6 | 64:15,18,22,24 | **drafting** 68:10 | 248:22,25 |
| 213:22 217:5 | 68:6 69:8,8,21 | 68:24 69:7 | 251:6 |
| 217:16 230:12 | 71:1,5,9,16 | **draw** 179:11 | **drugs** 20:2,5,10 |
| **dollars** 83:10 | 72:2,18,21 | **drinks** 13:14 | 22:18,25 26:16 |
| 83:16,24 | 73:5,22,23 | **drop** 232:2 | 33:15 66:9,15 |
| **dose** 59:10,21 | 79:7,22 81:25 | **dropbox** | 105:20 121:7 |
| 59:24 60:11 | 82:12 85:10,10 | 228:16 | 142:11,24 |
| 66:4,7,8 138:6 | 85:11,12 86:21 | **drug** 7:19 20:4 | 143:2 157:8 |
| 185:2,15,17,21 | 86:21 87:15,16 | 20:13,15,17,20 | 191:14 217:18 |
| 185:25 186:6 | 88:3,4 89:1 | 26:10 39:12 | 220:6 241:3 |

[drugs - especially]                                    Page 21

243:11
**due** 124:18
  187:4,15 235:2
**dug** 156:22
**duly** 9:14 263:4
**duty** 138:19

**e**

**e** 2:1,1 3:1,1 4:1
  4:1 5:1,1 6:1
  7:1 8:1 69:14
  262:3,3,3
  263:1,1
**earlier** 53:3,25
  54:4 68:4
  80:13 115:4
  127:9 138:22
  157:3 164:1,11
  213:15 215:21
  237:17 243:19
  243:20
**early** 54:18
  148:4 220:22
**earthquake**
  93:1 103:20,25
  104:4,9
**easiest** 217:7
**easily** 220:6
**eastern** 224:12
  224:14
**echo** 194:5,6,7
  235:25
**edit** 70:23
**edition** 213:16
**educates**
  219:24

**education**
  125:22
**effective** 22:19
  22:25
**effectively**
  72:24 102:14
  102:24 111:23
  141:20 144:24
  158:21 188:9
**effort** 85:21
  145:10
**eight** 13:15
**eisenhower** 2:5
**either** 9:23
  117:14 160:25
  174:14 203:16
  209:1 216:10
  248:8 256:5
**elaborate** 36:8
  39:9 50:17
**elaboration**
  39:13,20 48:10
**electronic** 13:7
**elimination**
  249:8 252:10
**ellen** 1:12 9:7
  23:7 43:1
  78:16,21 90:18
  115:16 123:24
  163:3 174:2
  196:10 199:13
  207:20 242:2
  247:2 250:10
  250:11 263:2
  263:13

**ellis** 5:10
**email** 12:20
  216:18,18
**emery** 7:9,11
  57:7 69:1,6,15
  69:17 78:13
  85:3,7,12,13
  86:10 88:10
  90:4,10,14,23
  92:17 93:9,16
  94:23 95:14
  96:8 104:15
  105:8 108:8,18
  146:25 147:18
  153:1,4 156:15
  156:17 203:11
**employed**
  21:10
**employee** 263:8
  263:9
**employees**
  95:15
**enable** 96:3
**ended** 97:6
  103:16 173:23
  213:25
**ends** 79:15
  116:21 163:13
  223:5
**engaged** 191:3
  192:18
**ensure** 124:15
**ensuring** 22:18
  22:24

**entails** 39:6
**entire** 18:12
  28:3,3 62:20
  189:13 203:21
  218:22 231:1,3
  231:5 233:1
**entirely** 154:21
  162:4
**entitled** 1:11
  6:17,21 7:4,18
  7:23 8:6,11
  24:4 29:16
  50:25 137:2
  149:25 150:6
  246:4
**entity** 136:12
  136:12
**entry** 85:2
  205:24
**epidemiologist**
  67:18
**equipment**
  95:8,10,11,21
  95:23,24
  149:11 178:2,3
  178:6
**equivalent**
  66:14
**errata** 260:11
  260:13,17
  262:7
**error** 158:20
**especially**
  11:21 47:10,10
  121:14 126:19

[especially - expert]                                                              Page 22

129:5 214:1
237:9
**esq**  2:4,4,12,16
3:2,6,6,11,12
3:12,19 4:2,3,8
4:14 5:4,10,15
5:21 260:1
**essential**  46:7
46:17
**essentially**
44:23 99:16
104:5 131:23
132:3 151:9
168:25 186:5
201:24 219:24
220:25
**establish**  237:4
**established**
180:19 181:25
248:18 251:4
252:20
**establishment**
93:25
**ester**  230:22
**estimate**  62:5
71:8 78:6,10
255:9,11,25
**et**  37:20,20
39:8 260:4
**ethanol**  240:10
**ether**  240:11
**ethyl**  240:9
**european**  38:10
**evaluate**
234:19 253:15

**evaluated**
217:12
**evening**  253:25
**event**  154:25
**eventually**
179:18
**evidence**  54:2
54:22 90:1
167:24 187:11
190:10,18
195:20
**evil**  107:10
**exacerbate**
199:19
**exact**  41:17
51:16,19 62:4
158:24 209:9
**exactly**  87:21
123:5 131:8
140:21 231:7
244:13,17
**examination**
1:6 6:6,7 9:16
234:16 253:24
263:3
**examinations**
6:3
**example**  88:1
122:13,18
190:22
**exceed**  133:3
**excess**  170:1
**excluded**  76:12
76:17,19,22
151:6,8,18,20

151:23 152:1
152:12,16
**exclusion**
151:12
**exclusive**
120:12
**exclusively**
162:19
**exforge**  66:16
142:12 143:5
143:16,19
156:10 157:8
157:23 158:6
159:7 160:12
160:14,20
161:9,18,20
162:2,6 188:9
242:11 243:4,9
**exhibit**  16:19
17:17 24:3
29:13,15,24
50:23,24 78:12
78:13,25 79:23
93:8 115:16,18
115:21 117:18
132:11,12
136:25 137:2
149:23,24
150:3,6,11,12
166:20,24
238:7,13 246:3
251:19
**exhibits**  6:11
17:1 29:11

**exist**  81:20
232:15
**exit**  135:10,11
**expand**  236:10
**expect**  143:10
158:5,7 164:25
240:14
**expectation**
109:25 110:1,2
244:14
**expected**  28:4
187:1 190:14
190:16 192:3
237:12
**expecting**
111:24 243:10
**expects**  242:21
**experience**  16:9
49:16 164:24
190:20
**experienced**
45:18 48:12
**expert**  7:13
36:16 46:22
48:14 51:18
57:6,10,13
58:21 65:13,16
66:21 74:16
75:18 76:21
77:20 84:7
110:24 115:18
118:12,13
151:3,5 156:2
203:3 237:10
237:14 256:14

**expertise**
151:11
**experts** 48:13
64:13 76:16,19
151:7,19,22
152:11 236:8
237:7,12
**explain** 43:23
43:23 70:15
89:13 172:17
**explained**
227:14
**explanation**
172:22 179:1
**explosive** 169:2
170:7
**expose** 109:22
199:6,8,12,14
199:15
**exposed** 107:4
107:6 200:7
201:22
**exposing** 111:4
198:9
**exposure** 67:10
107:19
**expressly**
205:10
**extensive**
143:11
**extent** 102:20
256:15
**extremely**
55:16 100:24

**eyesight** 24:24

**f**

**f** 263:1
**faced** 52:7
**facility** 54:17
55:14 89:18
100:21 108:11
130:15
**fact** 10:21 28:4
48:25 54:17
96:21 114:2
130:15 177:7
177:12 184:17
185:6 192:2
209:11 220:2
248:8
**facts** 18:16
187:11 190:10
190:18 232:16
**fahrenheit**
207:21
**failed** 94:23
96:17 186:9
**failing** 178:14
**fails** 260:19
**failure** 99:25
**fair** 11:18 15:6
16:8 31:14
58:20 62:19
65:7 73:6
103:18,23
170:18,25
203:20 255:17
**falanga** 4:14

**falkenberg** 4:8
**falkenbergiv...**
4:10
**familiar** 113:5
191:14 204:18
**famous** 230:10
**far** 55:7,7,7
74:10 125:16
220:18
**fast** 113:23
188:12 201:16
**faster** 201:24
**fatigue** 257:15
**fault** 186:10
**faulting** 256:5
**favor** 156:21
**fda** 6:17,17,21
7:4,4 8:11
19:14,17,19
20:3 22:11,16
22:23 23:14,20
23:23 24:3,4,8
24:9,21 26:14
26:21 27:1,18
28:7,17 29:1,3
29:15 30:6
32:17 33:11,22
34:8,13,22
35:4,5,9,13
36:2,11,11,14
36:15,19,23
37:2,9,14,17,25
38:9,16,18,24
38:24 39:2,5
39:10,11,17,25

40:1,17,18
43:15 44:2,7
45:9,14,19,22
45:23 47:21
48:2,10,11,13
48:25 49:18,20
49:21 50:13,14
50:24,25 52:6
73:15,17,18
74:6,7 89:2,5,7
89:17 92:1
95:14 96:21
97:11,14,17
100:14 101:5
101:18,19
102:4,6,8
104:14,18
119:19,22
120:1,10,13
122:22 123:1
123:12 124:7
125:25 126:4
141:1,5,6,10,25
162:11 165:2
165:13 170:2
178:8 183:8
187:6,13,21,22
188:3,7,16,16
188:24 189:10
189:11,18
190:3,15,24
191:1,16,24
217:10 220:12
246:3 249:20
251:19

**fda's** 6:21,22
7:4 26:17
29:16,17 33:7
37:20 42:1
43:20 46:20
50:25 51:6,7
52:11,23 94:12
94:12 189:19
190:19
**fear** 68:5
**february** 14:6,9
14:12,12 58:5
58:11 77:21
100:6
**federal** 68:20
**feel** 236:19
**feels** 198:12
236:1
**felt** 103:15
**fid** 37:9 53:3,22
53:23 54:1,6
55:2,17 70:3
125:6 239:5,19
245:16
**field** 65:17,20
**figure** 45:17
80:4 193:19
196:18 202:7
258:15
**figuring** 87:1
**file** 18:12 20:20
91:25 95:5
98:2 165:13,17
165:23 166:6
187:8,9

**filed** 144:4
148:9 168:7
170:2
**files** 13:3,7 98:6
98:21 99:3
228:14,15,16
**filing** 77:21
247:12
**filings** 170:2
**fill** 91:24
**final** 168:12
170:9
**finally** 97:20
179:3,3
**finance** 77:6
81:18
**financially**
263:10
**find** 34:20,23
35:2,10,11,11
35:14 54:5,11
101:13 121:13
129:17 171:19
180:25 218:12
226:9 227:18
231:4 232:6
245:15 256:7
256:13
**finding** 56:11
97:17 119:18
119:22 120:13
**findings** 6:23
29:18 73:6
89:17 120:18
148:17

**fine** 10:24 11:2
41:4,5 43:25
50:18 62:5
174:4 212:10
215:4
**finger** 70:13
**finish** 11:15,17
33:1 59:10,21
59:24 60:11
66:3,7,8 73:24
127:7 169:16
185:2,14,17,21
185:25 186:6
186:16 234:12
234:21,24
237:25 238:3
254:8,22
255:10,15
**finished** 158:22
**firm** 2:16 9:7
99:7 103:2
**first** 13:24
17:17 18:20
25:9 30:25
31:13 37:10
51:14 58:6
77:1,3 80:21
94:11,22
116:12 118:5
164:16 192:12
193:10,11
200:12 202:13
202:24 203:5
206:1 218:14
218:16 224:12

226:7 229:23
230:6,19
231:19,21,22
246:21 248:14
252:6,8
**fit** 255:24
**five** 42:9 49:24
70:19 191:2,23
235:13 244:9
**fix** 29:21
**flavin** 239:11
**flies** 238:16
**flip** 154:17
**flom** 3:11
**flood** 104:4
**floor** 2:5 4:15
5:5
**florida** 2:13 3:3
75:25 76:13
**fluoride** 167:16
**focus** 103:15
130:21
**focused** 62:1
**focusing**
103:16
**folder** 29:22
30:6,15,17
79:25
**folders** 103:10
103:11
**follow** 94:23
96:17 121:3
122:24 131:9
131:12 174:23
174:24 177:23

214:14 215:25
**followed**  98:6
**following**  6:18
24:5,10 40:18
94:16 96:8,12
97:12,23,23
180:10 257:24
**follows**  9:15
**food**  114:11
191:8
**foods**  120:5
**foregoing**
261:4 263:5
**forget**  102:18
**form**  7:11 15:9
15:18,24 22:20
23:1,16 26:23
31:24 32:5,11
33:10,25 34:10
34:15,24 35:7
35:15 36:13
37:16 40:13,16
40:21,23 42:3
43:17,19 44:4
44:6 45:11
47:4 48:5,6,21
49:9,14 50:15
52:25 53:13,15
56:1 61:9,16
66:20,25 73:7
74:22 75:8
76:15 82:18
83:12,19 84:3
84:9 87:5 89:2
89:5,7,11,15,21

89:25 91:24
92:17,20 93:8
93:15,16,22
94:6 97:15
101:7,22 102:6
102:10,24
104:10 110:22
111:14,16
112:7,20
113:10,13
119:23 120:16
121:20 122:4
122:10 124:16
127:5,13
128:21 130:3,9
131:1 136:10
136:22 139:8
140:20,24
141:4 142:5
143:7,25
145:16 146:3
147:3,15
148:18,22
149:2,19
150:24 152:3,9
152:18 153:22
154:2 155:18
156:4,11
157:13 158:3
159:3 160:13
161:3,11,21
162:7 165:25
167:12,20
171:25 173:19
176:23 177:22

178:16,20
180:11,17,18
182:8,10,12
183:5,10 184:3
185:4 187:10
188:2 189:9,15
190:9,17
191:19 192:14
192:17 193:14
193:21,22
195:25 196:15
196:16 197:13
211:10,11
212:3 213:1,3
214:20 215:13
216:2,14 219:9
219:13,23
221:17 222:17
222:20 223:23
240:7 242:16
242:22 243:5
243:12 244:16
247:25 249:12
249:22 250:4
**formation**  40:9
46:25 65:21
73:12,15 74:4
109:12 113:8
113:25 165:17
171:6,24
172:18 179:10
181:9,24
184:13 190:7
192:21 195:13
195:16 202:15

216:14 217:12
228:22 230:23
231:10
**formed**  45:7
73:2 114:19
115:4 122:19
155:25 180:16
193:20 196:2
232:3
**former**  140:8
**forming**  25:20
31:18 51:22
52:2 59:13
60:2,15,21
127:10 138:11
153:2,6 210:3
231:6 232:1,14
233:6 247:24
249:7
**forms**  114:13
173:9,12,15,21
198:10 215:19
220:20
**forth**  15:7
55:11 58:25
81:13 89:24
120:4 128:5
145:1 178:18
189:7 190:4
213:12 245:10
245:24 247:14
263:7
**forward**  188:12
236:21,25

**[found - give]**

**found** 37:6
95:14 97:14
100:14 121:17
152:6 156:10
157:11 158:1
160:17 161:6
161:18 176:1
193:9 224:3
226:12
**founder** 90:5
105:9
**four** 88:13,14
88:15,16,18
138:1 199:10
200:3 244:9
**fourth** 119:14
199:8
**frame** 210:9,10
210:14
**frankly** 156:12
**freaked** 253:11
**free** 128:12
143:14 159:15
**freeman** 2:3
**freezer** 208:11
**fresh** 109:19
**friendly** 147:14
**friends** 22:10
**front** 30:5
52:16 131:10
**full** 9:19 41:3
44:16,25 55:18
112:5 125:8
226:15 241:6

**fully** 40:15,20
43:16 226:8
**fun** 115:14
**function**
111:19 198:25
200:17 201:16
201:17 202:3
**further** 48:9
50:16 111:5
245:17,17
254:23 263:5,8
**furthermore**
186:7

**g**

**g** 164:5
**gannon** 4:14
**gas** 35:21 36:11
127:23
**gateway** 4:15
**gc** 7:20 37:9
53:3,23 54:1,6
55:2,17 70:3
125:6 137:4,19
148:7 217:9
239:5,19
245:16 253:10
**gcms** 35:22
36:2 37:9 38:1
38:19,25 55:8
55:16 70:3
125:13,18
130:14,15
138:18 145:18
148:7,9

**gcmss** 125:15
**gears** 105:7
**geddis** 2:4
**general** 7:15
66:18 132:1,10
132:12,15
134:7,23 135:3
135:15 141:15
219:8 247:17
249:3
**generally** 20:1
23:14 26:5
65:20 83:4,18
151:23 164:10
196:1 204:9
**generate**
109:18,23
165:1 199:4,6
199:9,17 202:4
**generated**
44:24 151:13
212:17 213:9
**generates**
172:4
**generating**
155:21 170:5
176:5 202:2
209:12
**generic** 66:3,7
66:8,13 120:13
120:23 130:24
131:5,16
142:10 157:6
188:13 189:2

**genetic** 142:23
**genotoxic** 38:8
38:9 39:7 40:1
67:3 121:15,24
122:12,14,16
122:21 123:2,8
123:20 124:14
126:14,15
128:12,13,19
129:4,11,18,22
129:23,25
134:15 135:6
138:19 139:1,2
139:5,10
140:18 141:2
142:3,14,21
221:10,12,16
249:17
**georgia** 3:21
**getting** 97:6
194:5,6,7
244:23
**ghost** 124:25
**give** 10:21
13:18,22 23:12
41:12 43:4,6
51:16,19 52:17
63:7 78:6,10
92:4 97:2
103:7 116:8
125:21 176:21
180:9 181:19
206:3 209:9
223:24 253:13

**given**  14:11
  56:22 66:22
  87:4 89:15
  94:24 233:21
  245:1
**giving**  14:15
  77:17 92:8
  102:6 226:14
**global**  72:24
  86:1 112:11
**gmp**  91:4,5
  246:23
**go**  11:1 12:6
  17:11,15,18
  18:8,10,13
  24:25 25:4
  26:25 29:8,11
  32:14 33:1
  39:10 41:2,7
  42:4,15 43:1
  44:13 47:24
  54:19,20 55:6
  55:9 69:4
  77:24 79:8
  80:3 82:21
  84:14,25 88:6
  92:3 95:6
  108:4 116:2,18
  118:14 119:5,6
  132:20 133:15
  133:22,24
  139:6,9 140:2
  140:17 141:17
  142:17 162:23
  166:20 171:15

171:16,18
172:10 176:14
178:25 180:13
180:24 186:4
191:23 193:13
194:9 195:5
201:22,23
202:7,12,12
205:17,18,21
207:13 214:4,5
215:16 219:1
220:11 223:15
223:17 224:16
225:1 233:12
233:17,19
234:1,3 235:16
239:8,16
241:17,18,19
241:20 244:18
246:18 247:6,6
250:15,23
253:15 257:1,2
257:3,11,25
**goal**  23:2,4
  149:15
**god**  165:3
  218:19
**god's**  218:24,24
**godino**  1:12 9:7
  263:2,13
**goes**  34:2 114:1
  208:7 217:18
  222:22
**going**  9:1 12:9
  13:5 17:20

18:9 24:2
27:14 28:6
39:5,7 42:4
46:2 47:15,17
49:24 50:22
57:3 67:21,22
67:24 71:16
76:25 77:1
79:1,16 80:6
81:2 82:25
86:24 97:2
98:4 113:23
114:15 115:11
115:12,13
116:21 119:8
122:20 123:11
128:24,25
130:20,20
134:11 139:24
139:25 141:24
142:7 149:22
154:19,20,20
155:1 166:19
169:21,23
170:10,15
174:18,21
175:11,13,22
175:23 176:15
176:16 179:18
179:19,20,22
179:25 183:19
185:19 188:12
188:13 191:17
199:4,6,9,16
201:22 204:3

205:17,18,21
207:9,9,10,13
207:13,25
208:8 210:2
214:15 217:6
221:7,19
222:17 223:5
224:19,21
225:3,10
229:10 233:8,9
233:11,16,19
234:6 235:5
236:20 238:6
239:12 241:23
243:18 244:18
251:6 253:6,14
253:17,21
254:25 256:2
257:6,11,13,16
**good**  8:11
  17:18 24:24
  100:25 102:12
  106:18 108:7
  111:22 124:1
  155:19 158:4
  163:3,6 177:15
  177:24 180:12
  198:23 199:21
  207:17 218:25
  246:4,8,23
  248:10 253:25
**google**  214:5
  215:1 218:2,2
  223:25

**[googled - held]**                                         Page 28

**googled**  214:4
    214:7
**gordon**  5:3
**gotten**  38:6
**gottlieb**  29:2
    34:21 45:22
    50:14
**gottlieb's**  41:15
**gradually**
    199:4 201:21
    208:6,6,8,18,19
**graduate**
    106:11 113:1
    204:11
**gram**  209:23,24
**grams**  138:6
    209:17
**grant**  5:5
**great**  28:15
    38:22 71:19
    79:3 85:1
    107:7 119:17
    171:2 175:7
    182:23 200:1
    206:1 239:8
**greater**  133:1,9
**greenberg**  3:19
    234:11 258:3
**grocery**  114:6
**grounds**  152:17
**group**  111:18
    219:5
**gtlaw.com**  3:22
**guarantee**
    168:10

**guess**  87:24
    139:23,25
    192:20 196:1
    208:1 209:4
**guidance**  8:12
    8:13 37:25
    38:19 39:17
    40:1 126:1,5,9
    141:1,11 142:1
    217:11,15
    220:2,13,19,19
    220:19,23
    221:6,6,7
    246:4,5,8,9,23
**guidances**  38:7
    38:7,11,21,24
    39:4 120:3
    126:13 249:14
    249:19
**guideline**  138:2
**guidelines**
    221:2
**guy**  230:10
**guys**  68:13
    140:4 254:25

**h**

**h**  7:1 8:1 69:14
    262:3
**half**  96:22
    209:18,22,22
    209:24 212:18
    258:18
**hand**  239:2
**hang**  116:16

**happen**  97:21
    103:17 158:12
    210:14
**happened**
    159:1
**happening**
    194:8 217:6
    225:8
**happens**  93:1
    103:20,24
    173:3 192:7
**happy**  67:22
    87:22
**hard**  9:21 52:8
    52:12,23 53:11
    86:22
**harding**  4:2
**harkins**  3:19
    6:7 234:10,11
    235:16,25
    237:24 253:22
    253:24 254:7
    254:16 255:10
    255:14,24
    256:19,23,25
    258:2,3,22
    259:1
**harkinss**  3:22
**harmless**  124:9
**harris**  235:9
**head**  27:8
    34:22 35:13
    45:22
**headache**
    222:13,15,19

**heading**  202:13
    205:15
**headquarters**
    19:20
**headspace**
    35:22 36:2
    217:9
**health**  22:18,24
    143:11 159:11
    159:14,20
    161:24 162:5
    162:10,12,18
**healthcare**
    147:8
**hear**  9:22,23,24
    10:13,24 11:2
    71:1,3 147:16
**heard**  64:5,7,9
    164:7
**hearing**  9:22
    151:8
**heat**  109:22
    111:4 199:4,19
    199:19 201:1,4
    201:5,6,22
    202:22 204:7
    207:7,8 211:14
    213:9
**heater**  244:22
**heating**  198:9
**hecht**  64:10,12
    64:15,18,22
**hecht's**  64:24
**held**  1:13

[help - identify]                                                          Page 29

| | | | |
|---|---|---|---|
| **help**  35:23 36:7 | **hno2**  173:6,6 | **hum**  80:24 85:6 | **ich**  38:9 127:2 |
| 86:15,17 115:3 | **hold**  22:13 | **human**  57:20 | 127:2,20 128:5 |
| 140:12 153:25 | 24:17 53:14 | **humana**  4:7,7 | 128:7 138:2,11 |
| 154:8 155:14 | 94:9 99:10 | **hundred**  45:9 | 221:2 246:8 |
| **helped**  71:24 | 116:2,7 140:23 | 45:13,24 46:22 | 247:14 249:11 |
| 153:2,6 | 200:21,21 | 61:12 62:7 | 249:13,19,21 |
| **helpful**  29:25 | 211:10 213:1,2 | 83:9,16,23 | 249:24 250:1,3 |
| 30:2 | 218:12 226:3,5 | 109:24 145:9 | 251:13,13,19 |
| **helping**  69:22 | 226:5,20 233:9 | 145:25 146:21 | **idea**  136:1 |
| 71:21 237:7 | **hollis**  2:16 | 152:4 162:9 | 144:21 254:12 |
| **henry**  5:21 | **hook**  222:7 | 201:5 206:15 | **identification** |
| **hereinbefore** | **hope**  199:21 | 207:7 208:23 | 7:18 16:21 |
| 263:7 | 254:16 | 209:17 | 24:7 26:6 |
| **hetero**  5:14 | **hosts**  184:24 | **hundreds**  62:6 | 29:19 40:19 |
| 173:16 | **hour**  77:4,10 | **hydride**  210:21 | 51:4 78:15 |
| **hey**  156:20 | 77:16 88:2,15 | **hydrochloric** | 93:10 99:9,11 |
| **hi**  9:17 | 88:15 125:14 | 166:9 168:9 | 115:20 132:14 |
| **high**  22:13 | 234:25 255:11 | 173:5 210:23 | 137:3,7,18 |
| 208:3 | 255:12,24 | 212:7 | 138:22 150:2,5 |
| **higher**  201:23 | 258:18,19 | **hydrochloride** | 150:9 238:10 |
| **highest**  206:11 | **hours**  13:15 | 165:9 167:15 | 246:7 |
| **highlight**  119:3 | 68:3 70:17,19 | 168:23 173:4 | **identified** |
| **highlighted** | 85:4 86:20 | 174:8 | 16:15 23:19 |
| 27:12 42:2 | 87:9,14 88:2 | **hydrogen** | 28:17 33:23 |
| 44:13 | 88:14,18,19 | 197:24 198:1 | 36:20,24 54:1 |
| **hill**  5:15 | 210:20 211:4,6 | **hydroxide** | 54:3,13,23 |
| **hillwallack.c...** | 212:2 221:20 | 199:16 210:20 | 55:4 56:16 |
| 5:18 | 229:14 234:16 | **hypothetical** | 138:5,12 190:6 |
| **hilton**  3:6 | 235:13 255:4,7 | 243:13,14 | 248:15 252:18 |
| **hired**  21:11 | 256:3 257:12 | | **identifies**  124:5 |
| **history**  193:17 | 258:9,13 | **i** | **identify**  29:24 |
| **hit**  24:16 80:1 | **hplc**  91:7 | | 55:1,23,24 |
| **hmm**  139:20 | **huahai**  3:10 | **iarc**  217:15,20 | 126:20 127:25 |
| **hno**  173:12 | **huge**  114:3 | 217:25 218:2,4 | 128:1 129:15 |
| | 191:8 | 218:8,14 | 138:17,20 |
| | | 219:17,19,24 | |
| | | 220:2,19 | |

139:15
**identifying**
  56:9
**identity**  91:9
  119:25 121:4
  252:23
**ignore**  205:19
  207:25
**illinois**  4:9
**immaterial**
  56:11
**immediately**
  45:6,6,20
  58:22 73:18
  98:25 192:19
  193:16 214:9
**impact**  214:3
**impetigo**
  105:20
**important**  35:3
  39:23 121:3
**improve**
  106:15
**improving**
  170:3
**impurities**  6:22
  7:5,19 29:17
  38:8,9 39:8
  51:2,8 53:4,6
  55:18,19
  109:19 121:22
  123:17,20
  124:13 125:2,8
  125:10 126:2,6
  127:19 128:19

129:1,9,11,13
129:23,25
130:2 133:2,3
133:7 134:16
134:19,25
135:4,20,24
136:2 137:3,18
138:3,12,16,23
138:25 139:1,2
139:10,15
140:18 141:3
142:3 192:22
217:7 245:16
248:16,22,25
249:3,16
251:10,10,11
252:3,18,25
**impurity**  6:19
24:6,11 33:15
35:20 40:10
46:7,16 47:2
48:4 120:5
121:13,17,22
122:2,8 123:2
123:13 124:4,8
124:19 128:2
128:10,18
129:4 130:1
131:18,24
132:4,24 136:8
136:16,20
138:18 139:5
139:14 141:18
193:3 221:15
248:15 251:14

252:17,22,24
253:1,3,6,8
**inaccurate**
  27:25 32:6
  254:24
**inappropriate**
  42:18 236:1
**include**  31:21
  40:8 59:22
  60:12 61:19
  219:5 228:17
  229:3 251:9
  252:22
**included**  15:16
  15:21 16:12
  32:2 61:1,14
  75:7 76:19
  85:12 127:11
  131:7 137:13
  187:17 200:4
  224:4 228:20
  236:12,24
  237:16,20
  247:12
**includes**  75:12
  104:1 122:2
  123:17 160:21
**including**  18:12
  153:1 234:13
**income**  83:17
  84:2,7
**incomplete**
  211:11
**incorporated**
  4:12

**incorrect**  74:23
  182:20 226:25
**incorrectly**
  182:19
**increase**  170:4
**independent**
  72:8
**indicate**  140:24
  169:5
**indicated**
  225:22 234:23
**indicating**
  96:19
**individual**
  54:16 96:4
**individuals**
  45:14 63:12
  74:9 153:17
  155:4
**industries**  3:17
**industry**  8:13
  22:5 40:15,20
  43:16 49:17
  114:11,11
  150:16 152:21
  153:25 154:8
  154:23 180:21
  191:13 208:11
  246:6
**infection**
  105:21
**infertility**
  107:2
**inflation**  77:25

**[inform - iq]**                                    Page 31

inform  69:22
information
  28:9,22 63:8
  63:10,16 64:22
  72:14 99:4
  214:8
ingersoll  5:20
ingredient
  40:13 46:8,18
ingredients
  8:13 246:5,10
  246:25
initial  14:3,6,9
initially  192:21
  193:10
inorganic
  251:10
input  68:19
inquired  63:9
inquiry  148:13
inside  190:23
inspected  93:25
inspection
  52:10 89:17
  94:20 96:7
  97:14 99:22
  100:21 104:24
  104:25 105:3
  186:8
inspections
  100:22
inspector  89:24
inspectors
  100:14 178:8

instance  92:2
instituted
  104:6
instructed
  162:1
instructions
  262:4
instrument
  96:21
instruments
  70:4 95:13
  96:2
intake  138:4
intend  15:15,22
  16:3 66:23
  227:1
intended  227:2
  246:22
interacted  76:3
interacting
  176:10
interactions
  199:20
interest  23:15
interested
  263:10
interfere  13:18
interject  254:2
intermediates
  216:10
internal  55:10
  216:18
international
  4:12 217:15

interpretation
  100:16 240:4
interrupt  17:15
  185:9,12
interrupting
  81:9
interrupts
  42:20
intervening
  114:24
introduce
  16:17 24:2
  29:9 78:12
  132:11 136:24
  149:22 176:12
  238:6
introduced
  40:11 79:23
  117:18 155:20
introduction
  176:6
investigate
  28:8 145:11
investigated
  176:25 186:12
investigating
  28:18 213:22
investigation
  6:21 7:5 20:4
  23:20,25 28:21
  29:16 51:1,7
  56:20 176:17
  176:22 193:4,8
  217:5 231:10

investigational
  20:10,13,15
invoice  7:9
  78:13 80:20,22
  85:14 88:1,7,9
invoices  77:12
  78:10 80:12,17
  81:6,7,13,15,20
  81:25 82:5,9
  82:13,15,20
  83:14,23
involve  166:13
involved  38:6
  46:5,15 48:17
  48:19,25 49:8
  68:17 74:19
  76:4 88:22
  112:10 113:19
  144:12 148:10
  165:23 186:25
  187:1 189:1,6
  191:5,6 197:16
  211:14 212:1
involves  75:6
  75:13 111:13
  165:20
ion  114:19,22
  115:5 173:21
  179:21 180:6
  181:20 182:9
  192:15 194:12
  194:14 196:3,6
  196:14 210:3
iq  178:7

**[irbesartan - know]**                                          Page 32

**irbesartan** 1:4
**irrespective**
  255:6
**isopropyl**
  184:23 214:11
**issue** 25:5 28:8
  28:22 32:4
  63:23 92:25
  101:1,7,8
  103:12 104:21
  235:3 245:9
**issued** 7:11
  29:2 51:10
  80:22 89:2,5,7
  89:21 93:8,16
  93:23 102:24
  104:14,18
  119:22
**issues** 7:7 51:3
  51:9 98:16
  158:15 247:20
**issuing** 97:10
**item** 97:24
**items** 105:1
**ives** 4:8,8

**j**

**j** 1:12 2:4 69:14
  261:1 263:2,13
**j.p.** 147:7
**jain** 69:9,14
  71:16 72:2,18
  73:5 85:10,12
  86:21 87:16
  88:3

**jain's** 72:21
**january** 1:15
  7:7 9:2 51:3,10
  52:5 73:16
  167:5 168:21
  256:12,21
  258:7 260:3
  262:2
**jason** 5:4
**jbobber** 5:18
**jersey** 1:1 2:6
  4:16 263:3,14
**jmr** 5:6
**job** 107:11
  180:12 189:19
**john** 5:15
**journal** 7:20
  137:5 194:18
**jr** 5:15
**july** 6:19 24:6
  26:20 28:16
  41:20
**jump** 256:19
**jumped** 45:7
  193:16
**june** 23:19
  33:24 34:9,14
  36:12 40:19
  43:16 53:2,21
  54:4,14,23
  55:25 56:16
**justify** 126:21
**justin** 9:5 18:8
  19:12 29:10
  30:12 44:12

  132:20 135:11
  154:15 166:19

**k**

**k** 69:14
**kali** 164:3
**kanner** 2:8
**kansas** 2:18
**kasparie** 3:12
**kass** 3:2
**katz** 2:3
**kaury** 153:14
  153:17
**kbi** 4:10
**keep** 42:19
  67:22,24 84:18
  87:7,23 122:20
  123:14 154:19
  154:19,20
  201:24 211:21
  254:25 257:15
**keeping** 105:23
**ketal** 173:15
**key** 45:14 46:13
**kind** 48:3 52:9
  125:19 155:25
  220:8
**kindly** 108:24
  223:19
**kinds** 140:6
  214:11
**kirkland** 5:10
**kirkland.com**
  5:12
**kirstin** 4:8

**knee** 191:5
**knew** 53:8
  122:19 145:19
  177:3,5 190:22
**know** 10:2 11:8
  11:10 19:23,24
  21:19 23:8,13
  26:24 27:11,19
  28:3 29:4
  30:15 32:21
  33:11 36:15,17
  36:17 37:1,2
  38:6,10,10
  39:2,25 42:7,8
  42:22,22,23
  45:3,5,6,13,15
  45:15 47:12,13
  47:14,16,17,21
  47:21 48:10,18
  48:24 49:2,5
  49:21 51:14
  53:5 55:11,19
  56:3,3,4,8,17
  57:20,21,21,21
  58:3,14,15
  59:8,9,10 61:4
  62:9,13,19
  63:10,22,24,25
  64:4 65:1,2,3,5
  65:8,9 69:3
  70:14 72:4,23
  73:3 76:6,25
  77:8 79:6
  81:12,17 82:4
  82:19 84:22

| | | | |
|---|---|---|---|
| 85:9,24,25 | 140:2,8,9 | 209:17,21,21 | **known** 44:3 |
| 86:13,15,23,24 | 141:6,12,18,18 | 211:22 212:19 | 65:20 114:9,10 |
| 86:25 89:16,19 | 141:23 142:13 | 213:15 215:4 | 115:9 134:14 |
| 89:23,23 91:7 | 143:18 144:2 | 216:4,6,11 | 134:24 135:5 |
| 91:8,19 92:2 | 145:1,2,7,19 | 217:5,14,15,17 | 135:13,20,21 |
| 95:3,5,11 97:2 | 146:5,6,16,17 | 217:17,19 | 136:13,17 |
| 97:18 99:15,16 | 149:14 150:22 | 220:8,10,18 | 154:23 182:3,7 |
| 99:22 100:16 | 151:10,10 | 221:6,9,15,16 | 183:21,22 |
| 100:21 101:2,8 | 152:11 155:3,6 | 221:23 222:1,5 | 184:12 185:19 |
| 101:9 102:15 | 156:13,14,21 | 222:6,6,7,7,22 | 186:15 187:18 |
| 102:16 103:5 | 158:9,10,10,21 | 223:18,20 | 187:23 190:25 |
| 103:12,14 | 158:25 159:25 | 226:15 228:19 | 191:11,15,17 |
| 104:2,3 106:11 | 160:11 162:12 | 232:4,5,7 | 202:16 205:11 |
| 107:1,18 108:3 | 162:16,21,24 | 240:2,3,19,22 | 209:11 213:11 |
| 109:7,8,18 | 164:3 168:18 | 240:24,24 | 219:15 220:9 |
| 111:19,20,21 | 171:21 172:25 | 241:4,4 242:5 | **knows** 105:5 |
| 111:22 114:4,5 | 174:23 175:11 | 243:14,14 | 165:3 218:19 |
| 114:7 117:8 | 175:16,19,24 | 244:1,4,24,25 | **koa** 210:20 |
| 120:2,2,3,4,11 | 176:13,24,25 | 247:17,18,19 | **koh** 211:4 |
| 120:11 121:10 | 177:6,6,24 | 247:20 248:2 | 212:2 |
| 121:13 122:12 | 178:1,3,5,7,9 | 248:13 249:15 | **kucera** 153:14 |
| 122:14,15,18 | 183:12 184:22 | 249:15 250:5,7 | 153:17 |
| 123:14,23 | 185:7,22 186:5 | 251:13,20 | |
| 124:1,4,22,24 | 188:8,12,14 | 253:10 254:2 | **l** |
| 124:25 125:5,8 | 189:20 190:11 | 254:10 255:4,5 | |
| 125:12,15 | 190:11 191:2,6 | 255:21 256:3 | **lab** 33:3 53:7 |
| 126:16,21 | 192:3,6,7,9 | 256:11 257:12 | 53:11 55:3,6,8 |
| 127:15 128:7 | 193:15,18 | 257:14 | 55:10,15 56:11 |
| 129:5,6,14,16 | 197:17 201:15 | **knowing** 34:16 | 56:15 57:7 |
| 129:21 130:12 | 201:18,20 | 145:18 158:1 | 69:6,15,17 |
| 130:13,14,16 | 204:10,19,25 | 213:6,7 | 70:1 87:6 |
| 131:19 132:3,4 | 205:13,14,19 | **knowledge** | 90:11,13,20,21 |
| 132:5 134:8,9 | 206:11 207:7 | 49:13 179:9 | 95:19 96:8,17 |
| 135:23 136:4,7 | 207:17,18 | 201:9,11 | 98:9 107:5 |
| 138:16 139:5 | 208:9,17 | 242:23 261:6 | 108:8,21 |
| | | | 148:17 149:14 |
| | | | 160:19 176:24 |

177:12 204:22
204:22
**label** 114:8
121:15
**labeled** 94:7
**labeling** 158:20
**laboratories**
5:2 32:23
**laboratory** 8:6
32:18 33:4,8
52:8,13,24
84:19 94:1
98:22 148:21
148:24 149:1
150:7 199:24
204:20,24
205:2
**labs** 5:14 96:24
109:3
**lack** 75:5
**lacks** 99:8
103:2
**laid** 172:24
**language** 18:22
**large** 84:19
86:18 102:15
151:9 160:2
165:4 169:25
176:5
**late** 21:18 36:9
36:18 114:1
160:10 162:25
233:21 243:24
**latest** 16:6

**laura** 64:7 65:5
**law** 2:16
**lawyer** 159:23
160:5
**lawyers** 56:23
56:25 58:13
62:3,23,25
63:2,16 64:2
68:24 76:2
228:10 238:3
**layne** 3:6
**lc** 7:19 137:4,19
**lcms** 70:4 91:7
**lead** 40:9 47:9
184:12
**leads** 176:7,8
**learn** 192:12
213:19
**leave** 129:18
**left** 235:1
**legal** 260:23
**legislate** 141:5
221:5,9
**lend** 158:14
**length** 257:17
**lengthy** 236:3
**leon** 3:3
**level** 57:12,15
67:10 121:11
126:7 128:2,10
129:12 139:6
204:11
**levels** 50:1,9
176:11 192:25

**levin** 2:12
**levinlaw.com**
2:14 260:2
**lexington** 5:11
**lhilton** 3:9
**li** 185:6,10,12
192:6,8 216:17
**liability** 1:5
**libretexts** 8:4
150:3
**license** 263:2
**life** 47:23 129:5
**light** 103:18
147:12,13,14
153:14,16,23
154:5,7 155:3
207:14
**likelihood** 95:9
**likely** 186:15
242:14
**limit** 29:23
103:8 122:21
**limited** 56:25
**limiting** 38:9
103:11,13
**limits** 123:10
129:21
**line** 5:16 8:20
10:19 107:21
118:7 119:14
138:1 169:20
206:2 262:9
**lines** 138:1
168:6

**link** 80:2
223:20,21,21
231:8 241:7,10
**links** 225:17
229:25
**lipitor** 216:7
**lips** 70:25
**liquid** 7:20
137:5
**lisinopril** 216:7
**list** 16:11 25:17
31:22 32:3
40:24 60:25
61:2,15 115:2
127:3,8 137:13
224:5 225:12
226:15 228:18
229:5 233:25
236:24 237:17
237:20,22
238:23
**listed** 61:7
66:15 77:9,10
77:14 94:1
122:2,8 134:15
134:24 142:11
142:24 143:2
150:20 153:5
157:8 190:5
**listening** 238:3
**lists** 94:6
239:21
**literature**
72:14 74:4
106:23 183:25

184:2,5 203:8
203:11
**litigation**  1:5
9:4 11:9 25:14
31:4,8 51:18
74:16,19,25
75:6,12,20,23
76:4,12,17,22
77:3 78:2,8
83:9,24 84:8
144:17 151:3
156:3 193:9
203:3,6 237:15
**litigations**  76:9
**little**  23:8 24:23
55:19 60:24
74:13 97:8
122:25 125:16
125:21 127:23
128:25 129:1
130:20,20
140:13 147:22
159:12 179:4
192:24 195:6,6
244:23
**live**  57:18
**llc**  3:18 5:19
**llp**  3:11,19 4:2
4:8,14 5:3,10
5:15
**load**  17:7,13
**loading**  93:20
**located**  1:14
**locating**  85:4
87:15,20

**locations**  1:13
**loeppky**  230:12
230:21 232:4
233:1,2
**logbook**  101:10
101:12
**lomb**  4:12
**long**  79:5,6
124:20,21
127:22 202:16
205:11 207:16
209:7 225:16
254:13,13
256:4,4
**longer**  55:13
105:23 122:22
123:15 201:25
209:4 241:14
241:16 255:6
**look**  13:5,7
18:20 24:14
27:9 40:5 41:3
42:16 49:24
77:12 78:9
82:19 83:13
86:25 115:15
118:19,24
128:22 129:15
137:24 139:6
142:2 145:7
150:18 163:23
166:15,17
167:1 168:6,18
171:13,16,20
172:10,14

182:17 183:2
186:13 189:20
191:7 196:18
202:10 205:3
213:12 217:7
218:6 219:21
220:13,14
221:4,11,16
222:3,4,5
224:19 227:9
233:20 235:6
239:9 241:5
249:23 251:25
**looked**  45:5
61:6 73:6
117:22 136:1
148:5 151:17
152:15 183:9
185:2,18
186:22 190:14
191:16 220:5
245:11,12
**looking**  24:22
41:22 44:9
45:14,15,16
86:23 88:12
105:1 106:12
117:19 118:9
118:12,13,25
125:4 129:16
139:10,12,14
172:7,21
176:25 190:3
190:16 191:22
192:9,19 193:1

197:21 216:23
217:6 218:10
222:11 223:3
226:1 227:11
227:21 244:2,6
244:12 250:2
**looks**  221:22
240:8,8,9,12,13
242:5,25
243:16 244:3
245:4
**losartan**  1:4
260:4
**lose**  93:1
103:20,25
107:1 173:11
173:11,17
241:21
**loss**  104:2,9
**lost**  80:2
101:14 116:15
116:15
**lot**  27:20 48:11
55:14 102:16
105:22 108:4
108:15 130:23
131:7 158:12
159:14 175:20
175:20 179:8
183:15 184:19
189:21 214:8
216:9 222:12
222:13,15
247:19

**[lots - manufacturing]**                                           Page 36

**lots**  21:20 53:4
  58:13,14 170:5
  170:5,5 213:18
  213:18 245:15
  248:6
**loud**  250:18,21
**louis**  32:16,17
**louisiana**  2:10
**low**  128:13
  176:11 193:1
  208:3
**lower**  138:5
  202:4 206:17
  206:25 208:9
**lunch**  163:1
**lunchtime**
  162:25

**m**

**m**  2:4 3:19 5:4
**m7**  127:15,15
  128:7 249:19
  249:24,24
**made**  21:19
  35:5,13 44:18
  45:2 109:8
  119:18 121:7
  158:17 160:19
  166:5,11
  215:16 222:14
**main**  86:6
**maintained**
  185:24
**maintains**
  32:17

**major**  236:2
**majority**  87:13
  87:17,19
**make**  16:24
  17:11 24:23
  30:13 34:20,22
  35:14 39:20
  52:8,12,23
  53:11 61:18,23
  68:2 73:10
  85:24 86:9
  97:20,25
  101:20 102:12
  103:17 105:2
  107:18 112:12
  120:13 126:18
  127:24 128:1
  128:11 129:11
  136:16 141:17
  145:10 151:25
  152:21 169:15
  177:16 200:2
  200:11 214:24
  223:11 225:21
  227:7 235:10
  245:19 248:9
  262:5
**makes**  35:1,11
**making**  55:5
  116:7 140:16
  192:24 216:21
**manage**  101:11
  102:14
**managed**  95:24
  101:9 102:21

  222:12
**management**
  92:25
**managing**
  101:12 241:9
  247:1
**mandated**
  37:14
**mandates**
  37:18
**manhattan**
  3:13
**manufacture**
  21:12,22 22:2
  22:7,7 46:8,18
  47:3 65:24
  90:23 91:6
  105:25 123:9
  164:12 168:16
  240:23
**manufactured**
  20:23 21:23
  27:4,22 47:22
  66:9,13 120:25
  121:5 143:16
  189:3
**manufacturer**
  21:1 22:4 50:9
  59:3,9 91:11
  91:17,19,20
  92:9,13 105:18
  111:11 112:8
  113:17 120:10
  121:7 123:19
  124:3,18 132:8

  136:7,15,19
  139:4 141:7
  145:22 186:6,7
  191:25 200:13
  215:10 221:14
  221:21,22
  240:20,21
  254:8,22
**manufacturer's**
  46:20,23 123:3
  141:13,16
  188:18
**manufacturers**
  35:23 36:3,7
  37:18 39:5
  44:20 50:2,9
  57:23 59:11,21
  59:24 60:11,15
  66:3 112:1,4
  124:12 126:2,6
  127:18 128:17
  128:20,22
  129:10 130:7
  141:2 160:1
  185:2,15,17,21
  186:16 234:13
  234:22,24
  238:1 247:23
  255:11,16
**manufacturing**
  8:12 21:20
  22:1 40:12,22
  43:18 44:4
  46:6,16 47:11
  48:12,17 50:2

54:16 91:4
111:12 125:3
141:9 164:22
165:10,16,22
166:13 170:13
176:3,4 178:5
186:13,24
187:16,22
188:4 189:13
189:14 190:21
190:22 197:16
215:11 219:21
246:4,9,23,24
249:6 251:8
252:11
**mark** 50:22
**marked** 16:21
24:7 29:19
51:4 78:14
93:10 115:20
132:14 137:6
150:2,5,9
238:9 246:7
**market** 20:18
91:16,16,18,23
91:25
**marketed**
33:17
**marking** 29:11
**marks** 262:6
**martin** 4:2
**mass** 35:21
36:11 70:3
**master** 20:20
165:13,17,23

166:6 187:8,9
**matches** 245:13
**material** 58:15
61:12,25 99:9
99:11,11,18
186:4 210:18
224:22 235:7
**materials** 16:10
16:11,15 18:14
25:17 31:22
32:3 56:24,25
60:25 61:2,7
61:15 127:3,8
183:1 224:5
225:15 236:2,6
236:9,11,14,23
237:19,21
238:23
**math** 82:13,25
83:5,7,15,22
84:1
**matter** 1:11
47:20 81:3
107:19 124:23
129:12 162:20
200:14 201:4
248:13 262:1
**mattered** 61:25
**matters** 39:3
49:22
**maximum**
123:11 138:6
**mazie** 2:3
**mazieslater.c...**
2:7,7

**mazzotti** 4:2
**mccarthy** 3:12
**mdl** 1:3
**meagher** 3:11
**mean** 35:10
45:12 52:1
64:1 70:11
72:9 85:19
90:16 91:2
135:23 147:24
148:2,23
162:20 164:6
211:7 221:19
239:24 243:9
**means** 120:6
209:16
**meant** 196:9
211:9 228:19
**measurements**
244:7
**meat** 201:21,23
**meats** 114:5,8
**mechanism**
150:24
**media** 9:2
79:15,19
116:21,24
163:13,17
211:14,17
212:12 223:5,9
**mediated**
230:22
**medical** 67:17
105:17

**medication**
13:17
**medications**
160:11
**medicine**
183:17
**medicines** 6:18
24:5,10
**meet** 91:13
135:5 136:2
257:16 258:15
**meetings** 20:3
**meld** 29:7
**melds** 205:16
**melting** 91:8
**members** 86:10
86:19 87:10
153:5 154:7
**mention** 85:9
153:10 249:13
249:15
**mentioned**
59:23 65:8
74:3 96:8
109:6 114:18
127:14 145:17
153:1,13 155:1
156:13 184:7
197:9 207:1
209:10 252:3
**mere** 142:9,14
248:8
**messaging**
12:20

mestre  3:2
met  131:3
   147:6,9
methanol
   240:10
method  35:22
   35:23 36:2,6
   36:12,20,24
   37:7,9,10,14
   39:17 84:21
methodologies
   37:19
methodology
   22:2 126:19
   131:20 158:7
   213:7
methyl  240:11
methylpyrrol...
   240:12
meyer  3:5
meyerwilson....
   3:9
miami  3:3
microbiologi...
   251:12
microgram
   111:1 194:1
   209:25
microphone
   10:17
midway  247:9
milk  120:5
milligram
   209:25

milligrams
   138:4,13
min  185:6,10
   185:12 192:6,8
   216:17
mind  27:10
   29:7 30:10
   37:4 84:18
   182:14 205:16
   241:6 255:1,2
mine  72:22
   116:9 254:9
minimize
   168:11
minor  129:16
minute  79:9
   163:9
minutes  41:4
   42:9 79:11
   191:24 207:18
   224:3 234:25
   235:13 255:5
   256:3,6 257:13
mischaracteri...
   161:22 162:8
miscited
   228:20
misremember...
   215:21
misrepresenti...
   216:3
misrepresents
   187:11
missed  188:19
   189:12,13,25

190:2 199:11
misspoke
   110:11 174:15
mistake  158:17
mistaken  139:3
   253:9
mistakenly
   229:6
misunderstood
   174:15
modified  98:7
   249:7
modify  98:21
moieties  176:10
moiety  173:13
   173:15 216:6
molecule
   106:13,14
   111:19 113:4
   173:8,17
molecules
   108:6 122:12
mom's  68:2
moment  169:23
monday  137:15
   181:2 183:1
money  222:13
   222:15
monitor  93:20
   116:16 123:13
   125:1
mono  214:11
monograph  8:9
   123:18 133:3
   218:15,23

219:17 238:8
   238:18 239:5
   239:18 240:22
   241:1 242:8,9
   242:20 243:3,8
   243:16 245:10
   245:21,22
   253:8
monoxide
   206:6
monroe  4:9
month  28:16
   191:3
months  31:2,7
   97:7
moral  138:19
morgan  147:7
move  40:3 48:9
   49:23 50:22
   142:7 168:19
   178:24 233:14
   236:20,25
   246:2
moved  167:3
moving  35:18
mulberry  4:15
multiple  19:24
   20:3 21:19,19
   44:17 45:1
   155:5 233:23
   237:6
mutagen  251:6
mylan  5:2,2

| n | | nationwide 3:7 | 216:1 222:17 |
|---|---|---|---|
| | 213:2 215:4 | navigate 17:9 | ndma 7:23 26:6 |
| n 2:1 3:1 4:1 | 223:12 225:9 | ndea 36:21,25 | 27:2,20 28:16 |
| 5:1 6:1 20:15 | 225:15,22,25 | 37:15 38:1,20 | 28:18 33:14,23 |
| 69:14 164:5 | 226:6,18,23 | 38:25 39:18 | 34:4,8,14 35:1 |
| 173:13 219:9,9 | 227:20 229:17 | 65:22 112:5 | 35:24 36:3,6,8 |
| 231:10 | 232:25 233:25 | 113:9,10,13,18 | 36:9,17,20,25 |
| nagle 5:10 | 234:23 235:7 | 114:18,23 | 37:4,6,7,9,11 |
| 255:22,23 | 235:11 236:1 | 115:4 116:13 | 37:15 38:1,19 |
| najafi 1:7 6:4 | 236:15,22,22 | 117:20 130:25 | 38:25 39:18 |
| 6:14,15,17,21 | 237:2,13 238:2 | 131:3,7 139:22 | 40:10,15,19,21 |
| 7:4,9,11,13,13 | 238:7,17 | 140:1,5 142:9 | 43:17 44:3,24 |
| 7:15,18,22 8:4 | 241:11 244:20 | 142:12,13,19 | 45:7,10 48:3 |
| 8:6,9,11 9:4,13 | 246:3 247:22 | 142:22,25 | 50:1,8 53:9,21 |
| 9:17 10:1,2 | 251:16 253:21 | 143:2,6,10,14 | 54:1,3,6,13,23 |
| 11:3,8 12:14 | 255:3,16 256:2 | 157:7 160:21 | 55:2,4,24,24 |
| 13:24 16:19,20 | 258:7 260:5 | 162:6 164:23 | 56:9,16,20 |
| 16:22 17:6,15 | 262:1 263:4 | 165:18 173:21 | 61:25 65:22 |
| 17:25 23:9 | najafi's 236:12 | 173:23 174:8 | 71:25 72:3,17 |
| 24:3,8 27:6 | name 9:5,17,19 | 174:18 175:2 | 72:23 73:2,2,2 |
| 28:13,25 29:15 | 20:12,14 66:15 | 175:14,23,25 | 73:3,10,12,15 |
| 29:23 30:14,22 | 69:10 104:4 | 176:6,8,16 | 74:4,21 75:1,2 |
| 42:4 43:10 | 164:5 230:20 | 177:2,4 179:3 | 75:7,14 109:12 |
| 48:19 50:24 | 230:22 241:3 | 179:17 180:6 | 109:15,18,25 |
| 51:12 53:14 | 242:11 243:3 | 180:19 181:21 | 110:1,3,6,8,11 |
| 57:23 68:6 | 243:11 | 181:24 182:10 | 110:16 111:12 |
| 71:1 73:22,23 | nancy 20:15 | 183:11 184:3 | 111:16,24 |
| 78:13 79:7,22 | 69:14 | 184:13,21 | 112:2,13,15,18 |
| 81:25 82:12 | nanogram | 185:20 186:15 | 116:12 117:20 |
| 89:1 93:8,15 | 110:25 122:20 | 187:2,19 188:1 | 119:15 122:19 |
| 115:18,19 | 123:11 193:1,2 | 190:7 191:18 | 122:20 123:9 |
| 117:2 132:12 | 210:1 212:19 | 192:16,21 | 130:25 131:2,7 |
| 133:20 137:2 | naoh 211:4 | 193:22 195:8 | 131:21 136:12 |
| 137:10 149:24 | 212:2 | 195:17 214:10 | 136:13 139:21 |
| 150:3,6,14 | nap 217:23 | 214:13 215:12 | 140:5 142:9,12 |
| 163:20 205:16 | 220:3 | | |

142:13,20,22
142:24 143:2,5
143:10,14
144:8,23
145:18 149:25
150:15,24
151:10 154:19
154:20,22
155:21 156:10
157:7,11,24
158:2,7,15
159:9,15 160:2
160:17,21
161:10,18,20
161:25 162:6
164:23 165:1
165:18 169:24
171:6,12,24
172:5,19,23
174:10,13,21
175:2,13,23
176:1,6,16
177:2,4 180:17
184:21 193:19
193:21 194:14
195:6,8,13,25
196:2,15
197:13 210:2
212:20 213:9
213:12 214:10
214:17 215:12
215:18 216:1
216:15 219:22
222:17

**ndma's** 34:19
34:22 35:10,14
52:7,12,23
53:10
**ndmas** 72:15
**ne** 3:20
**nearly** 103:17
**necessarily**
101:20
**necessary**
102:13 107:10
236:7
**need** 24:23 27:6
29:11 36:8
37:18 39:5
41:13 46:10
47:16 50:18
52:18 62:4
78:9 79:5,6
82:19 83:13
89:22 92:10
93:18 97:4
99:18,19 101:2
101:20 102:22
107:10 110:8
110:14 111:16
111:17 112:10
113:13 122:15
123:13 125:1,2
127:24,24
128:1,11
129:13,15,15
129:25 130:4
130:13 132:3
135:5 136:2

138:12 142:2
170:3 174:3
175:8 183:2
193:21,22
194:1,1 197:12
205:8 208:5
212:18,18
214:4,5 215:25
216:12,22
221:15 224:19
229:16 233:16
235:1 236:10
236:19 254:1,2
**needed** 40:13
96:23 97:4,19
101:5 102:3,7
102:8 215:11
222:8
**needs** 95:11
113:18 252:11
**negotiable**
102:20
**negotiate**
102:11
**neil** 69:8,21
86:6,10,19
203:16
**neither** 40:14
40:20 43:16
56:14 263:8,9
**neutralization**
183:14
**neutralize**
167:22 168:5
170:6,8

**neutralizing**
167:22,23
168:2
**never** 19:14
47:22 49:18,20
73:11 107:6
143:5 164:7
**new** 1:1 2:6,10
3:13,13 4:4,16
5:11,11 11:17
20:4 109:19
162:24 202:9
221:25 224:3
224:22 236:2
254:5,14,18
256:8 263:2,14
**newark** 4:16
**newly** 236:11
236:23
**news** 6:17 24:3
24:8
**nice** 124:21
**nigh** 2:12 9:23
9:25 11:2 15:9
15:18,24 16:25
17:4,6,9 22:20
23:1,16 24:19
26:23 27:6
30:14,18 31:24
32:5,11 33:10
33:25 34:10,15
34:24 35:7,15
36:13 37:16
40:23 42:3,7
42:14 43:19

44:6 45:11
47:4 48:6,21
49:9,14 50:15
52:25 53:13
56:1 61:9,16
63:18 66:20,25
70:25 73:7,23
74:22 75:8
76:15 79:10,14
82:8,18,24
83:12,19 84:3
84:9 87:5
97:15 101:22
102:10 104:10
111:14 112:7
112:20 118:16
119:23 120:16
121:20 122:4
122:10 124:16
127:5,13
128:21 130:3,9
131:1 136:10
136:22 139:8
140:20,23
141:4 142:5
143:7,25
145:16 146:3
147:3,15
148:18,22
149:2,19 152:3
152:9,18
153:22 154:2
155:18 156:4
156:11 157:13
158:3 159:3

160:13 161:3
161:11,21
162:7 163:9
165:25 167:12
167:20 169:16
171:25 172:3
172:13 176:23
177:22 178:16
178:20 180:11
182:12 183:5
183:24 185:4
187:10 188:2
189:9,15 190:9
190:17 191:19
192:17 193:14
196:16 211:10
212:3 213:1
214:20 215:13
216:2 219:23
221:17 222:20
223:2,11 226:3
226:5 227:12
229:13,16,19
233:13,22
235:8,18 237:1
237:23 240:7
242:16,22
243:5,12
244:16 247:25
249:12,22
250:4,12,17,22
250:25 254:1
254:12 255:2
255:12,18,21
256:1,22,24

257:10,25
258:11,24
259:2 260:1
**nina**   3:11 9:17
42:19 125:12
128:14 129:4
158:4 216:4
223:22 228:21
229:1 232:5
**nina.rose**   3:14
**nine**   255:4
256:2 257:12
**nitrate**   111:18
166:14 170:25
171:5 172:23
179:8 183:10
184:3,14 187:1
187:18 190:6
192:13 215:22
215:24,25
216:22
**nitrite**   110:1,2
110:5,8 111:13
111:17,18,20
112:10 113:15
113:19,24
114:4,9 139:21
140:1,15 141:3
141:22 142:2
143:9 158:15
159:9 165:1,20
165:24 166:8
167:11,18,23
168:1,4,9,16
169:7,22,23

170:20,22
173:5,6 179:19
183:13,14,15
184:18 185:6
186:14 188:11
191:7,9 192:19
193:16,18
213:8 214:3,8
214:9,18 215:3
215:8,11,18
216:13,24,25
217:4,12
219:20,25
220:7,14,16
221:3 222:2,3
230:23
**nitro**   111:18
112:9 231:10
248:3
**nitrogen**
173:15 216:6
219:6
**nitrosamine**
23:20 26:18
27:14 38:5
46:25 113:25
114:13 179:10
215:19 216:14
220:24 222:11
230:12,22
248:2,7
**nitrosamines**
18:17 23:18
26:15,22 29:3
67:3,7,10

**[nitrosamines - objection]**                                    Page 42

181:10 184:24
202:15 214:13
216:23 217:13
219:4,9,13
220:15 221:1,4
247:24 249:7
249:10 252:12
**nitrosate**
180:16,18
181:18 182:4,8
191:12 220:3
**nitrosated**
173:10 184:23
216:16,16
217:8 220:6
**nitrosating**
113:14 181:20
217:17 220:4
220:25
**nitrosation**
54:18 181:9
192:9 193:7
217:19 219:25
231:11
**nitroso** 219:5
**nitrosol** 140:5
**nitrosonium**
114:19,22
115:5 173:7,8
173:10,21
179:21 180:6
181:20 182:9
192:15 194:12
194:14 196:3,6
196:13 210:3

**nitrous** 173:6
179:19,20
180:16 181:15
181:17 182:3,7
**nj** 260:15
**no2** 111:20
112:9
**nodding** 27:7
199:13
**nods** 164:15
**noise** 124:25
**non** 129:18
**noon** 256:12,24
256:25
**nope** 205:19,19
**normal** 206:3
209:13
**normally**
248:18 252:20
253:2,3
**north** 5:22
**notary** 261:20
**notations** 262:6
**note** 234:14
254:19 260:10
262:5
**noted** 9:8 94:16
**notes** 1:10
**notice** 6:14
16:19 18:5,5
132:10,15
**notices** 7:15
132:13
**notion** 54:3
208:13 210:13

**novabay** 21:15
21:21 22:6
105:9,12,15,17
105:19,24
**novartis** 8:9
37:6 53:3,21
54:3,5,13,21,22
55:1,7,18 56:4
56:8,8,14
59:22,23 60:1
60:5,8 125:2,3
129:1 139:12
140:7 143:16
143:18 156:9
157:12 158:2
158:10,11,21
186:2 238:7,17
239:4,17,18,24
240:5,14,17,20
241:2 242:10
242:14,18,21
243:2,16 245:6
245:13 253:10
**novartis's** 37:7
55:17,23 56:20
144:8 245:21
**novel** 192:10
192:11
**november** 7:9
13:25 78:14
81:3,8,21,25
**number** 7:2 8:2
9:3 10:22
23:23 29:24
62:4 79:16,19

82:23 83:3
97:24 98:5,5
103:12 105:21
116:24 118:17
118:22 154:18
154:18 163:13
163:17 166:20
223:5,9 225:25
246:19 254:24
**numberdescri...**
6:13
**numbered**
118:17,19
**numbers**
118:24 167:1
210:7 239:2
**nvc** 20:11,12
106:3 190:22
190:23

**o**

**o** 69:11 164:5
**o'reilly** 4:14
**object** 68:12
**objection** 15:9
15:18,24 22:20
23:1,16 26:23
32:5,11 33:10
33:25 34:10,15
34:24 35:7,15
36:13 37:16
40:23 42:3
43:19 44:6
45:11 47:4
48:6,21 49:9
49:14 50:15

[objection - okay]    Page 43

| | | | |
|---|---|---|---|
| 52:25 53:15 | 178:20 180:11 | **obviously** | 62:5 64:1 |
| 56:1 61:9,16 | 182:12 183:5 | 242:23 | 78:20 90:16 |
| 66:20,25 73:7 | 183:24 185:4 | **occur** 50:1,8 | 133:16 135:7 |
| 74:22 75:8 | 187:10 188:2 | 159:2 | 150:12 166:4 |
| 76:15 82:18 | 189:9,15 190:9 | **occurred** | 174:14 179:13 |
| 83:12,19 84:3 | 190:17 191:19 | 151:12 206:12 | 194:5 196:25 |
| 84:9 87:5 | 192:17 193:14 | **october** 7:13 | 217:21 218:10 |
| 97:15 101:22 | 196:16 211:10 | 15:3,16,22 | 218:24 219:12 |
| 102:10 104:10 | 211:11 212:3 | 16:5,11 58:1 | 238:15,15 |
| 111:14 112:7 | 213:3 214:20 | 58:17 68:7 | 239:8 241:13 |
| 112:20 119:23 | 215:13 216:2 | 77:9,22 88:11 | 241:14 249:24 |
| 120:16 121:20 | 219:23 221:17 | 115:19 157:23 | 251:24 |
| 122:4,10 | 222:20 240:7 | 230:17 232:1 | **ohio** 3:7 |
| 124:16 127:5 | 242:16,22 | **offer** 15:15,23 | **okay** 11:4 12:6 |
| 127:13 128:21 | 243:5,12 | 16:1,4 65:19 | 12:14,18 14:2 |
| 130:3,9 131:1 | 244:16 247:25 | 66:23 67:23 | 14:20,25 15:21 |
| 136:10,22 | 249:12,22 | 157:24 236:9 | 16:3 17:4,25 |
| 139:8 140:20 | 250:4 | **offered** 65:16 | 18:7 19:1 21:5 |
| 140:24 141:4 | **objections** | 157:22 208:22 | 21:13 23:6 |
| 142:5 143:7,25 | 31:24 | **offering** 65:13 | 24:20,21,22 |
| 145:16 146:3 | **objective** 23:5 | 66:2,6,8,12,19 | 25:12 26:2,25 |
| 147:3,15 | **observation** | 67:2,6,9,13 | 27:17 28:5 |
| 148:18,22 | 94:10,11,19 | 157:4,5,21 | 29:20 30:5,18 |
| 149:2,19 152:3 | 99:7 103:1 | 177:20 198:18 | 30:19,20,21 |
| 152:9,18 | 109:8 | 198:21 | 32:1 33:6 |
| 153:22 154:2 | **observations** | **offhand** 108:10 | 35:12 38:13,17 |
| 155:18 156:4 | 94:7 104:16,20 | 206:14 208:16 | 39:13 40:3 |
| 156:11 157:13 | **observed** | **office** 80:19 | 41:9,19,24 |
| 158:3 159:3 | 108:22 109:4 | **officer** 70:2 | 43:1,8 44:9 |
| 160:13 161:3 | 109:12 113:8 | **official** 91:20 | 46:2,3,24 |
| 161:11,21 | 252:24 | 132:25 | 47:24 49:23 |
| 162:7 165:25 | **obtained** | **officially** 91:14 | 52:20,20 53:10 |
| 167:12,20 | 159:20 | 92:7 | 53:19 54:12,19 |
| 171:25 176:23 | **obtaining** | **oh** 25:25 32:9 | 55:22 56:12 |
| 177:22 178:16 | 235:3 | 52:18 59:5 | 57:3 59:12 |

60:10 65:3
67:25 68:21
69:15,25 70:6
70:17 72:20
73:5,19 74:13
75:4 76:18
77:13 78:11
79:3,12 80:1
80:11,15,20
81:19 82:11
85:1,11,16
86:3 88:20
89:9 90:14
92:12,15,24
93:6,19,21
94:9,16,18,22
95:14,18 96:5
96:16 97:8,22
99:23 101:16
103:1 104:12
110:4 113:16
115:11 116:6
116:10,15
117:9 118:11
119:5,17
121:17 123:3,7
123:11 125:16
126:21 130:19
131:5,25 133:6
134:6,12,17
135:7,13,14
137:12,23
138:9 140:10
141:24 142:7
143:4 145:10

145:23 146:19
146:25 149:5
149:17 151:15
152:20 154:19
154:20,20
155:8 157:3,21
163:11,23
164:8 166:2,11
166:17 167:24
168:6 169:14
171:1,2,8,15
172:9,16 173:2
173:22 174:5
174:12,16,19
175:7,9 178:12
179:5,6 180:13
180:14 181:5
182:16,21,23
183:19 184:9
186:11 187:5
188:6,20 190:1
191:10 193:25
194:3 195:5,7
195:10,15
196:12,18
197:2,12,15,22
198:4,11
199:18 200:1,6
200:10,19
201:7,18 202:6
203:2,10,14,17
204:2,8 205:2
205:9,17 206:1
206:17 207:24
208:12,25

211:18 213:10
214:14 215:2
215:20 216:20
217:10 218:12
218:22 219:1,3
219:19 222:14
224:1,24
227:23 228:5
228:13,17
229:3,23
231:19 232:13
232:17,20
233:16 234:3
238:17 239:8
239:15 240:14
242:7,13 243:7
243:19 244:8
245:2,19 246:1
246:15 247:2
248:14 250:13
251:16 252:5
253:12 255:18
256:1 257:1
**okays** 123:12
**old** 198:24
253:8
**once** 91:13
131:21 141:16
186:3 218:20
**ones** 76:6 86:7
106:2
**ongoing** 6:21
7:4 29:16
50:25 51:7

**online** 10:3,12
225:18,19
228:1 230:1,13
230:16
**open** 12:1,21
12:23 13:3
233:9 257:16
**operate** 96:20
**operates** 95:13
**operating**
94:13
**operation**
111:22
**operator** 103:7
**opined** 200:6
**opining** 162:5
**opinion** 16:2,7
28:3 37:17
46:21 60:22
66:12,22 67:2
67:13 85:24
96:13 106:21
110:20,25
111:9,10,15,25
113:16 117:20
120:23 121:8
122:1,7 123:21
124:12 127:21
130:23 135:18
135:19 138:11
142:9,16,18,22
151:25 157:4,6
157:22,22,24
164:21 165:15
167:10 171:4,8

171:17,23
172:6,8,9
175:25 177:3
177:19,23
178:13,18
182:2,6,19
183:6 184:11
185:16 186:17
186:21 187:3
190:13 195:10
195:15 198:4
198:22 199:3,5
199:8 200:10
200:12,20,23
200:25 202:20
209:5 211:13
211:25 214:1
215:16 232:3
232:14
**opinions**  15:7
15:12,13,15,19
15:21 16:4,9
18:16 25:21
31:18 51:22
52:2 58:17,23
59:13 60:2,16
64:21,22,24,25
65:1,10,13,20
66:2,7,8,18,23
67:6,9 69:22
76:11,22
127:10 151:5,7
151:17,24
152:16 153:2,7
198:12,19

200:3 202:8
225:11 231:6
232:1 233:7
234:24 236:10
236:11 237:19
**opportunity**
67:23 236:9
**opposed**  17:10
27:7
**oral**  1:6
**order**  24:22
96:20 111:15
124:15 129:24
139:6 196:14
**organic**  45:18
47:9 71:23
108:5 138:3,12
138:25 139:18
139:20 164:25
199:15 211:15
219:4 222:9
251:10 253:1,1
**organize**  86:16
**original**  95:5,9
132:7 158:13
165:16,23
167:25,25
220:12 240:20
241:3 242:11
**orlando**  4:2
**orleans**  2:10
**outside**  106:6
108:20 109:2
109:10 110:5
112:22 113:6

**overland**  2:18
**overstated**
102:8
**overview**
247:17
**own**  55:13
85:24 105:14
109:17 131:24
169:3 191:14
204:15
**oxford**  5:4

**p**

**p**  2:1,1 3:1,1
4:1,1 5:1,1
164:5
**p.m.**  224:12,13
259:4
**p.o.**  4:3
**pacific**  1:16
256:22,23,24
256:25 258:8
**page**  6:3,13 7:2
8:2,4,20 18:8
18:10,19,19,23
18:24 26:25
28:6 32:14
35:18 39:21
40:5,5 41:21
41:22,23 46:2
46:3 52:6,14
52:16 80:21
84:25 88:6
115:24 116:4,5
116:6,8,10,11
117:19,23,23

117:24 118:3,4
118:17,17,21
118:24,25
119:15 132:21
137:24,25
150:4 166:24
167:1 173:24
174:6,22 179:5
181:3 182:10
185:8 196:19
196:22,24,25
197:3 199:24
202:12 205:18
205:18,21,22
218:7,8,10,11
218:15 219:2
238:25 239:1,2
239:3,4,9,16,21
246:18,20
247:7 248:11
248:12 250:8
251:21,21,22
252:1,2,6,9,16
262:9
**pages**  7:16 8:7
8:14 44:10
118:20 132:13
150:8 203:19
204:1,2 225:16
246:6
**paid**  82:14 83:8
83:16,23 151:3
152:20
**panagos**  164:3
164:5

panel  155:5
papantonio
   2:12
paper  61:13
papers  86:15
   141:12
paragraph
   26:25 28:6
   32:15,16 33:14
   35:18 40:6
   41:22,24 44:9
   46:3 49:24
   52:6,16 116:12
   118:5 133:14
   179:12 181:12
   246:21 247:9
   252:6,9,15
pardon  38:3
   103:22
park  2:18
parkway  2:5
part  44:13 47:6
   56:3 84:23
   98:3 103:9
   111:21 121:22
   123:12 159:6
   159:21 175:12
   187:7 197:8
   235:3 239:25
   240:5,15
partially  40:6
participants
   10:13
participate
   69:18

participating
   10:16
particular
   96:21,23
   147:10 194:11
parties  258:6
   258:10 263:9
partnered
   56:15
parts  61:11
pass  253:21
password
   95:12,15,22,25
   96:2,4 101:10
   103:13
passwords  95:1
   96:9
past  13:15
   130:20,20
   162:25 253:13
paste  72:13
pasted  72:6
patent  188:13
patient  67:14
patients  159:24
pause  200:21
   200:22 224:21
   224:24
pausing  21:3
pay  221:7
pc  5:20
pdf  32:15 40:6
   84:25 88:6
   116:1 118:17
   118:24 132:21

137:24 166:25
   205:19,22
   225:16 228:8
   239:1 246:19
   247:7 248:12
   251:22
peak  124:21,22
   127:23
peaks  124:24
   124:25 128:25
peer  74:4,8,10
pending  75:24
   242:3 255:14
pennsylvania
   5:5,17
pensacola  2:13
penultimate
   214:2,2
people  45:4
   48:12,25 69:1
   69:5 85:22
   86:4,4 88:16
   88:19 114:7
   127:22 153:20
   154:23 155:5
   189:22,23,23
percent  44:15
   45:9,13,24
   46:22 61:12
   83:21 84:5,5
   84:11,15 124:5
   124:5,13,19,20
   124:20 127:19
   128:14,19
   129:9,14,14,23

130:2 133:1
   135:5,21 136:3
   136:16,21
   138:3,13,18,23
   139:7,16 152:4
   162:9 209:16
   209:18,19
   212:18,18
   221:12,15
   249:16,16
percentage
   62:16 83:17
   84:2,6
perfect  11:7
   43:8 92:15
   116:2 247:8
perform  69:25
   172:23 203:10
performed  10:5
   108:21 109:3
   109:11 113:7
   152:1 154:12
   155:11
period  89:24
   100:8 101:15
   112:5 139:22
permission
   103:7
perrin  8:7
   150:8
person  45:16
   49:4,11 155:4
personal  16:9
   49:13

**personally**
106:7 112:23
112:25 192:12
203:10
**perspective**
186:21
**pertinent**
234:20
**petition** 73:14
73:20 74:2,6
74:14 144:3,7
144:14 146:23
147:20 148:10
148:11 149:10
153:18,21
154:6 157:11
157:16,17,19
**pfizer** 4:12
**ph** 210:24
**ph.d.** 1:8 6:4
7:13 9:13
69:23 71:23
106:12 115:19
262:1 263:4
**pharma** 3:17
4:13 5:8 7:9,11
78:13 85:4,7
85:12 86:10
88:10 90:4,10
90:14 93:9,16
104:15 105:8
108:18 146:25
147:18 153:1,4
156:15,17

**pharmaceutical**
3:10,17 8:13
20:8 22:8,18
22:25 32:18,23
33:4,8 39:18
57:22 105:25
108:2 111:11
112:1,4,8
113:2,17
114:11 127:18
130:7 180:21
200:13 208:11
215:10,15
216:21 221:14
246:5,10,24
**pharmaceutic...**
66:14
**pharmaceutic...**
3:17 4:12 5:2,8
20:6 21:15,22
22:6 23:21
57:7 105:10
108:8
**pharmacy** 4:7
85:13 149:3,4
149:15
**phd** 260:5
**philadelphia**
113:3 177:12
**philip** 65:3
**phone** 10:22
11:5 12:4 38:4
43:10
**phones** 46:12

**pick** 176:12
**piedmont** 3:20
**pietragallo** 5:3
**pietragallo.co...**
5:6
**pill** 122:21
123:12 162:21
**pills** 144:22
159:24,24,25
160:1,6
**pittsburgh** 5:5
**pizzi** 4:14
**place** 12:10
17:21 79:17
80:7 101:2,6
116:22 119:9
134:1 163:15
217:7 223:7
225:4 234:7
235:21 241:24
253:18 257:7
257:23,24
263:7
**plaintiffs** 2:2
63:2,16,22
64:2,2 68:16
75:19 76:2
78:1,3,7 80:13
80:18,23 81:16
137:14 160:23
181:2 228:10
233:3 237:13
258:5
**plan** 68:1

**planet** 36:16
55:9 192:4
**planned** 236:14
**planning** 41:8
55:11
**plans** 215:5
**platform** 10:4,6
**platforms** 11:1
**please** 9:10,19
42:23 68:11
78:16 96:25
97:1 133:25
144:22 175:15
251:2,2 262:5
262:7
**plenty** 38:7,11
210:2,2 249:14
249:18
**plunkett** 64:7
**plus** 15:13
215:22
**point** 29:12
52:4 56:5 59:5
85:20 86:8,13
91:8,8 125:15
129:8 131:15
141:15 142:17
169:15,19
172:15 179:21
195:8 206:3,7
206:17,21
208:1 209:3,4
209:14 216:20
222:14 233:15
236:19 245:19

251:17 253:15
256:6,9 257:12
257:15
**pointed** 126:14
228:3
**points** 138:17
**poison** 107:18
**poisonous**
248:6
**ponce** 3:3
**pop** 122:16
**portions** 70:20
70:23
**position** 43:22
44:2 102:8
127:17 140:19
143:4 191:13
211:5 213:10
215:9 235:8
245:5 252:5,8
252:14
**positive** 180:6
181:19 182:9
192:15
**positively**
179:20 194:12
194:14 196:3
196:13
**possession** 82:6
**possibility**
198:23 220:1
243:2,6
**possible** 87:8
95:23 188:14
193:23 202:15

**possibly** 248:7
**post** 215:16,17
**posted** 35:22
36:6
**potential** 65:21
177:14 179:9
192:20 217:19
228:25 247:20
**potentially**
106:15 155:21
**poulenc** 177:12
214:23
**powerpoint**
7:22 149:24
**practice** 8:12
246:4,9,23
**pre** 240:24,24
**precise** 75:4
**precision** 75:5
**predecessors**
127:15
**predict** 222:10
**prelude** 78:11
**preparation**
153:10 155:15
**prepare** 153:25
154:8 155:14
237:8
**prepared** 19:1
82:1
**presence** 26:14
26:21 27:1,20
110:5 113:24
114:12 125:13
132:24 142:9

142:14,19,22
192:13
**present** 45:10
82:1 90:8
111:2 131:18
135:25 154:25
175:11 195:18
195:21 196:14
240:18 242:21
242:24 243:10
248:16 252:18
**presentation**
7:22 149:25
150:15,19
152:21,25
153:25 154:8
154:11,13,21
155:6,11,17
**presented**
130:17 150:16
150:23 151:13
155:6
**press** 25:16
26:5,19 27:1
28:7 41:15
52:5
**pressure**
212:15
**presume** 23:2
**pretty** 221:7
**prevention**
104:9
**previous** 26:13
26:17 212:4

**previously**
19:13 74:15
76:21 153:5
223:12 228:14
237:2 242:7
245:5
**primarily**
63:17 69:8
85:9 121:2
232:3
**primary** 86:19
153:23
**princeton**
60:12
**principles**
237:4
**print** 223:23
**prior** 10:7
14:15,24 19:8
26:20 36:21,25
37:6,15 38:23
39:16 43:15
44:3 53:2
54:14,23 55:25
56:16,20 58:11
99:2 105:8
113:12 120:14
120:19 140:25
147:1 168:15
194:15,19
220:23 263:3
**private** 13:10
**probably** 25:11
48:9 51:23
55:12 58:2,10

| | | | |
|---|---|---|---|
| 62:7 70:19 | **process** 40:12 | 190:5,14,16 | 80:12,17 81:14 |
| 83:20 84:11,15 | 40:16,22 43:18 | 191:5,16 | 124:19 181:2 |
| 84:17 109:20 | 44:4,8,19 45:3 | 192:23 193:7 | 229:12 234:17 |
| 129:22 156:16 | 45:5 47:11 | 193:13 194:18 | 237:15 248:17 |
| 156:21 157:20 | 58:7 111:8,12 | 195:11,11,16 | 252:19 254:5 |
| 184:22 189:22 | 111:13 113:19 | 195:22,25 | 254:15,18 |
| 189:25 199:2 | 131:21 139:19 | 196:21 197:6,9 | **producer** 91:12 |
| 206:15 217:9 | 141:16 158:8 | 197:16 198:5 | **producing** |
| 218:18,19 | 158:13 159:7 | 198:16 202:14 | 131:21 |
| 222:12 224:18 | 164:10,16,17 | 206:13 208:14 | **product** 28:18 |
| 228:21 253:10 | 164:18,18,20 | 208:21 209:7 | 47:23 60:15 |
| **problem** 10:20 | 164:22 165:1,4 | 210:8,9,10 | 68:11,12,20,22 |
| 11:5 23:13 | 165:5,6,8,10,12 | 211:5,7,14 | 87:12 90:24 |
| 44:16 45:20 | 165:16,19,19 | 212:1,7,13,24 | 91:4,6,15,23,25 |
| 97:1 100:15,18 | 165:22 166:7 | 213:23,24 | 110:24 119:21 |
| 104:3 115:1 | 166:13 167:3,4 | 214:1,2,18,21 | 120:8 121:5,11 |
| 119:25 133:22 | 167:5,10,25 | 214:22,23 | 122:2,8 123:17 |
| 155:20 156:2 | 168:20,21,21 | 215:11 217:11 | 125:4 128:12 |
| 170:9 215:23 | 169:1,6 170:14 | 219:21 221:24 | 157:12 158:2 |
| 244:24 | 170:16,19,25 | 240:6 247:24 | 158:22 165:2 |
| **problems** | 171:5,12,23 | 248:17 249:6 | 170:10,11 |
| 192:20 | 172:4,17,18,22 | 251:9 252:11 | 176:3 192:3 |
| **procedure** 22:2 | 174:7,8 175:1 | 252:20 253:2,4 | 201:3 208:10 |
| 94:13 99:8,16 | 175:12,23 | 253:6 | 215:15 216:22 |
| 99:17,18,19 | 176:3,4,5,14,15 | **processes** 44:19 | 240:22 |
| 100:1,5,8 | 176:18,19,19 | 45:2 65:24 | **production** |
| 101:2,4,18 | 179:2 180:20 | 164:11 170:2 | 40:9 62:17 |
| 102:3,7 103:2 | 183:7,8,9,18,21 | 170:13 177:24 | 164:23 175:2 |
| 132:3 166:7,12 | 184:14 185:3 | 222:17 | 185:19 187:19 |
| 168:8 | 185:18,23,24 | **processing** 40:8 | 188:1 248:17 |
| **procedures** | 185:25 186:13 | **produce** 19:2,6 | 252:20 253:2,4 |
| 102:12,14 | 186:15,25 | 81:25 158:15 | 253:5 |
| 178:2 247:11 | 187:2,7,16,22 | 159:9 192:16 | **products** 1:5 |
| **proceedings** | 188:6,7,8,10,14 | **produced** | 26:10 33:16 |
| 1:11 259:3 | 189:8,13,14 | 62:10,14,21 | 35:19 66:4 |

**[products - q3]**                                                    Page 50

143:19 189:2,4
190:21
**professionally**
22:14
**profile** 123:13
131:18,24
132:4 141:18
248:15 252:17
252:22 253:1,3
253:7,8
**programs**
204:11
**project** 148:4
156:17,18
192:18 218:21
**projects** 156:17
**prone** 113:25
**pronounce**
239:12
**pronounced**
217:1
**propensity**
202:2
**proper** 126:18
141:18,19
177:9,9 182:22
213:6 222:8,23
**properties**
34:20,22 35:14
52:7,12,23
53:11
**property** 35:1
35:11
**proposal** 258:1

**proposition**
219:20 249:6
252:10
**protecting**
22:17,24
**protocols**
247:15
**prove** 232:16
**provide** 28:8
37:25 63:3
70:9 115:2
141:11 182:14
182:17 203:7
208:5 225:10
225:15 246:22
**provided** 16:4
56:23 57:1
61:20 62:2
64:22 65:10
75:19 98:15
100:13 178:25
183:1 225:16
225:17 226:24
227:24 229:24
235:7
**provides** 220:2
239:5
**providing**
39:17 77:20
224:8,11
**provision** 139:1
**public** 22:17,24
23:15,24,24
26:20 29:2
48:20 72:14

105:12 261:20
**publication**
73:1,9,14,16
74:11 202:18
202:25 203:6
203:18 204:12
204:14 205:10
239:11
**publications**
225:17
**publicity** 114:4
**publicly** 36:24
72:14
**publish** 73:1
**published**
73:11,18,20
74:3 137:22
151:14 204:15
213:14 228:4
**pubmed** 230:3
**pull** 117:25
**pulled** 118:1
230:13,16
**purchase**
225:19
**purchased**
110:13,21
**pure** 110:22
**purification**
8:6 150:7
199:23 204:19
204:24 205:2
211:15 249:8
252:10

**purify** 213:18
**purity** 91:10
119:25 121:4
131:3 251:12
**purpose** 19:25
129:20
**purposes** 14:21
**pursuant**
127:20
**put** 30:10,12
45:17 58:3,14
58:19 66:21
70:13 72:4,25
76:25 79:23
85:24 93:7
101:6 102:22
109:24 123:10
157:15 158:11
166:23 175:16
201:21,22
207:11 223:20
237:1 241:6,7
257:10 258:1
**puts** 208:11
**putting** 29:20
29:22 58:12
158:22 190:1
214:18 243:13
**puzzle** 158:5
161:2,5,8,17,19
**puzzled** 158:16

**q**

**q3** 126:13
127:2,2,12,14
127:20 128:6

**[q3 - r2]**

138:22,22
**q3a** 126:13,14
  128:7 138:2,11
  139:2,2
**q3ab** 127:14
**q3b** 126:14
  128:7
**q7** 8:11 246:4,8
  246:22 247:14
  247:22 248:3
  248:21 249:5
  249:11,13,21
  250:1,3,5,5
  251:13,19
  252:6,9
**qa** 45:15 186:8
**qc** 140:4
**qpq** 178:7
**qualifications**
  39:22,24
**qualified** 178:3
  178:6 222:9
**qualify** 111:3
  130:10 131:8
  175:9 186:3
**qualifying**
  177:8,25
**quality** 45:16
  98:20 99:3
  186:5 247:1
**quantify** 34:4
**quantitative**
  252:23
**quantities**
  111:1 193:1,2

194:2
**quantity** 88:11
  200:17
**quench** 170:20
  170:21
**quenched**
  181:14
**quenching**
  65:23 166:7,12
  168:8 170:16
  170:19,24
  171:5,12,23
  172:4,18 175:1
  179:2 180:14
  183:7 184:12
  185:3,18
  186:24 187:7
  187:16,23
  189:3,8,14
  190:5 222:1,2
**question** 11:18
  12:19 14:7
  19:5 25:6,23
  32:7,9 34:11
  38:14 42:16,17
  43:13,14 44:1
  47:25 48:8
  50:19 52:21
  54:8,19 56:12
  59:4 63:1
  68:13,14 73:24
  77:1 82:2
  83:25 87:22,24
  89:3 92:25
  94:17 97:8,10

97:16 101:24
  104:17 108:24
  122:5 123:22
  124:1,10,11
  125:17 126:10
  126:24,24
  127:7 130:21
  131:9 133:12
  133:19 134:22
  140:25 141:25
  154:3 155:9,10
  155:19 158:4
  161:14,15
  172:20 174:9
  174:12,23,24
  174:25 178:13
  183:2 184:10
  184:15 185:14
  186:11,18
  187:12 196:9
  196:12,23
  207:25 211:22
  211:22,24
  212:10,11
  213:5 215:7
  217:2 220:12
  221:20 225:25
  226:19,21
  227:8 229:17
  232:8 233:4,11
  240:16,21
  242:3,4 243:15
  253:14
**questionable**
  101:17 102:2

**questioning**
  79:1 227:4
  234:19 235:1
  235:14 236:25
  253:22 254:13
  254:14,17,23
  258:9,17,20
**questions** 11:16
  26:3 42:20
  189:22,22
  204:9 212:8
  226:8,9 233:21
  236:7,15,20
  238:5 254:4,9
  255:8 257:14
  258:18
**quick** 55:20,21
  57:4 79:4
  163:4
**quicker** 55:14
**quickly** 53:20
  123:5 171:19
  218:7 224:21
  250:19
**quite** 209:21
**quote** 74:10
  179:14

**r**

**r** 2:1 3:1,11,12
  4:1 5:1 69:14
  138:2 261:1
  262:3,3 263:1
**r1** 219:8
**r2** 219:9

**rafferty** 2:12
**raise** 227:3
  235:9
**raised** 126:24
  183:9,15
  184:19 202:14
**rakesh** 69:8,13
  71:16,23 86:6
  86:10,18
  203:16
**ramin** 1:7 6:4
  7:13 9:13 10:1
  115:19 260:5
  262:1 263:4
**ran** 125:6
  159:23,25
  253:10
**range** 252:24
**ranitidine**
  74:14,17 75:5
  75:12,23 76:4
  76:12 150:15
  150:25 151:3,7
  151:16 152:2
  154:1,9,22
  155:2,12,20
**raspanti** 5:3
**rate** 77:2,8,14
  77:16,19,24
  87:25 201:16
  201:17
**rather** 10:22
  176:3 254:25
**rationale** 124:8

**raw** 98:6,9
**reached** 146:20
  146:22
**react** 114:22
  172:22 179:22
  182:9 183:10
  184:3 192:13
  192:15
**reacted** 173:8
**reacting** 173:20
  194:11
**reaction** 106:18
  109:16,24
  110:22 166:8
  166:13 168:8
  172:25 180:19
  181:25 182:3,7
  184:1,2 189:21
  191:12,15,17
  193:5,10 194:4
  194:11 201:17
  219:15 220:16
**reactions** 40:13
  72:15,23
  108:22 109:3
  113:8 140:16
**reacts** 39:2
  114:19 115:5
  173:14 180:5
  194:13 196:3
**read** 27:14 42:9
  42:24 43:4
  50:5 61:4,10
  61:12 63:19
  64:14,15

123:24,25
151:25 152:4
157:16,18
161:15 175:18
178:8 181:13
203:21,23,25
203:25 210:15
218:14,16,22
231:17,20,22
242:2,4 250:9
250:16 260:9
261:3
**readily** 113:13
**reading** 11:21
  42:6,21 94:15
  133:11,13,13
  134:21,22,23
  135:1,3,14,15
  167:13 169:12
  169:18 191:22
  203:2 211:11
  212:4 218:25
  250:13,14,17
  250:20,21
  251:15 262:4
**ready** 250:25
**reagents**
  113:24 216:10
  239:22 240:1,2
**really** 32:21
  37:5,20 53:20
  84:21 85:15,16
  85:20 95:10
  101:1,5 103:6
  103:11 104:21

105:23 107:19
111:8,19 120:4
130:11 132:5
139:18 145:21
156:12,22,24
178:25 189:18
201:16 208:7
247:17
**reason** 13:21
  32:4 33:6,21
  34:1,7,12 55:9
  82:16 102:13
  110:6 120:20
  143:22,24
  222:16 240:14
  248:4 260:11
**reasonable**
  186:21 187:21
  204:17
**recall** 6:18
  14:14,15,18
  20:8 24:4,9
  25:10,19,22
  26:10 31:5,15
  31:25 32:13
  58:12 63:6
  72:12 77:5,15
  92:18 99:21
  102:23 108:10
  109:17 120:17
  146:18 162:14
  203:1,2,12
  205:10
**recalled** 74:20
  75:13

**recalls** 6:22
29:17
**receipt** 260:18
**receive** 233:10
**received** 16:20
24:6 29:19
51:4 78:14
82:9 92:17
93:9 115:20
132:14 137:6
150:2,4,8
198:15 238:9
246:6
**receives** 198:14
**recent** 80:22
**receptionist**
86:14
**recess** 12:10
17:21 79:17
80:7 116:22
119:9 134:1
163:15 223:7
225:4 234:7
235:21 241:24
253:18 257:7
257:23
**recipe** 213:17
**recognized**
180:20
**recognizing**
46:4,14 48:3
**recommend**
217:16
**recommendat...**
210:23

**record** 9:2,9,20
12:7,9,12,25
13:8,11 17:16
17:20,23 21:25
24:25 39:15
41:2,7 42:5,15
42:23 43:2,2
47:21,21 79:8
79:16,20 80:4
80:6,9 82:22
98:10 116:19
116:21,25
119:6,8,11
133:15,22,25
134:4 163:14
163:18 171:15
171:16,18
172:10,15
175:16 182:24
223:6,10 224:2
224:3,16 225:3
225:6,8,21
226:10 227:9
232:25 233:17
233:19 234:4,6
234:9,10,14
235:6,13,20,23
235:25 241:19
241:23 242:1
244:20 250:16
250:24 251:18
252:3,17
253:15,17,20
254:20 257:2,4
257:6,9,11,22

257:24 258:10
259:1
**recorded** 9:3
99:5
**recycled** 177:8
**recycling**
177:14,15,21
**redacted** 94:25
94:25 99:12,14
**redactions** 95:4
**redistilled**
175:21
**reefer** 5:4
**refer** 14:2,21
14:24 85:7
170:14,15,16
**reference** 66:15
142:11,24
143:1 157:8
**referenced**
127:1 260:6
**referencing**
218:8
**referring** 21:14
29:4 30:7
95:11 103:10
170:24 197:19
**refers** 85:8
103:6 104:7
170:19
**refresh** 17:3
24:16
**refrigerate**
208:10

**regard** 22:13
176:22 254:17
**regarding** 9:4
25:24 26:14,18
26:21 29:3
32:8 38:19
56:19 63:11
65:21 66:2,24
72:17 73:12,15
74:17 120:18
139:2 228:22
228:25 246:23
**regardless** 88:2
**regards** 254:5
**registration**
247:12
**regs** 92:21
**regulation**
126:1,5 217:10
**regulations**
37:25 141:1
142:1 220:13
**regulators**
35:24 40:15,20
43:16
**regulatory**
32:19 33:8
38:10 45:4
**relate** 18:15
94:19
**related** 7:21
27:2,21 75:23
89:20 97:25
103:12 104:9
106:6 108:20

[related - report]                                              Page 54

109:2,10
112:22 113:7
126:10 137:5
**relates**  49:22
67:1 91:4,7
94:11,12 121:4
177:24 178:1
**relative**  263:8,9
**relatively**
219:10,14
**release**  6:17
24:3,8 25:16
26:5,19 27:1
28:7 41:15
52:6 90:24
91:2,3,5,16,24
92:9,12 96:24
99:8,16 100:20
101:3,4,18
102:7 229:10
**released**  20:18
23:23 91:22,23
99:9,10 100:7
100:11
**releases**  91:18
**releasing**  91:15
91:15,20 92:11
**relevance**
181:12
**relevant**  64:25
227:14,14
229:7 232:7
**reliable**  100:12
100:14 151:14

**reliance**  127:3
137:13 224:5
225:12 228:18
229:4 233:25
236:24 237:17
237:20,21
**relied**  51:23
187:8 230:25
231:5,15
232:25
**relies**  229:11
**rely**  16:14
51:21 52:1
110:24 132:7
154:11 155:11
155:15 227:1,2
229:1 230:11
230:15 231:1
231:13 232:21
237:3
**relying**  65:9
162:4,9 225:23
232:14 237:14
**remain**  249:10
252:13
**remaining**
258:9
**remedied**  98:17
98:25 99:24,25
104:16,20,23
**remedy**  97:1,13
98:16
**remedying**  99:2
**remember**
11:14 92:22

148:5 161:14
**remind**  166:20
**remotely**  10:3
11:23
**render**  121:7
**rendering**
121:11
**renders**  122:3
142:10,14,20
142:23
**repeat**  19:4
34:11 36:22
43:14 56:7
59:4 63:1 82:2
89:3 108:24
152:12 154:3
172:20 187:12
**repeating**
87:23 152:13
191:24
**rephrase**  68:14
101:23 104:17
123:22 211:23
**replace**  227:16
**replacing**  227:6
**report**  7:13
13:25 14:3,3,6
14:9 15:3,7,11
15:12,17,22
16:5,11,12,15
25:17 31:23
32:2,10 46:22
49:1 54:7,13
57:25 58:6,7
58:11,18 59:1

59:6,20 60:25
61:2 64:14,15
66:21 68:7,10
68:19,19,25
69:7,19 70:7
70:21,24 71:6
71:11,14,22
72:3,7 75:18
77:3,10,14,22
89:1,4,11,14,25
93:4 103:19,23
115:15,18,24
116:10 117:18
118:4,9,12,13
118:20,21,25
127:3,8,11
129:13,19
131:11 138:19
143:13,15
153:7 157:5,23
166:15,17,25
170:17 171:9
171:13,17,20
171:22 172:7
172:11,12,14
172:24 173:11
173:25 174:7
178:19 179:6
181:13 182:11
182:25 184:6
185:7 191:11
196:19 197:3
199:22 200:4,7
201:2,8 202:12
216:19 218:4

[report - result]                                                          Page 55

218:15 219:2
219:16 223:20
224:4 225:12
226:23,24,25
227:5,6 229:4
229:11 230:17
232:22 233:24
234:2 236:3,12
236:24 237:5
237:16,20
239:11 246:16
249:5,19
**reported**  144:7
145:2
**reporter**  9:7,10
11:20 12:3
56:6 73:21
78:17,22 90:19
93:13 106:24
112:16 113:11
114:25 134:20
140:22 156:6
159:4 161:12
163:5,8 169:10
174:4 182:5
189:17 194:25
197:25 214:12
217:24 219:11
228:24 238:11
247:3 263:2,14
**reports**  15:10
89:2,5,11
124:7
**represent**  9:18
32:1 64:3

80:11 137:12
181:1 203:17
208:23
**representation**
32:6 223:12
227:13 255:19
**representing**
9:5
**request**  18:9,11
19:3,8 85:5
**requesting**  82:5
**requests**  8:19
**require**  44:17
45:1 141:2
220:13
**required**  96:9
111:12 112:19
124:12 126:1,5
127:18 129:10
130:7 179:2
220:14 234:20
**requirements**
7:16 121:4
132:13,16
**requires**  47:1
138:2,22
219:21
**reread**  134:2
**reschedule**
256:11
**research**  69:2
69:18,25 70:9
70:11 71:24
72:2,6,17,20,21
73:5 84:19

85:8 86:1,5
87:6 90:13,20
149:14 193:17
**researched**
156:2
**researching**
68:10,24 69:7
**reserve**  233:10
258:17
**reserving**
236:21
**residual**  128:23
168:11 197:17
198:3,24 239:6
251:11
**resolve**  161:1
**resolved**
101:14
**resource**  55:11
**resources**  55:7
55:10
**respect**  50:20
50:20 148:20
148:23 149:3
149:17,20
156:3 159:13
**respected**
149:1
**respectfully**
35:8,12 43:20
256:1
**respond**  42:21
226:6,20 251:1
256:8

**responded**
226:11
**responding**
123:6
**response**  27:7
55:20 169:9
188:22 227:4
237:11 250:18
**responses**
255:15
**responsibility**
37:21 44:7
46:19,20,21,23
124:17 132:6
141:13,17
188:18
**responsible**
21:25 56:9
188:4,17
**responsive**  19:3
19:7 140:25
226:13,16
**responsiveness**
253:13
**rest**  17:18
129:5
**restate**  14:7
122:5 240:16
**restroom**  78:18
79:4
**result**  38:2,5
67:14 109:15
164:22 165:17
166:25 171:6
174:8,9 175:2

176:1 185:19
186:15 187:2
187:18,25
195:13,16
234:16
**resulted** 114:7
**resulting** 26:9
**results** 44:18
45:1 52:9
99:10,11 100:7
100:11,13,15
144:19,23
145:2,14,25
146:2,10,11,12
146:20,22
157:14 159:20
162:5 172:18
**resume** 258:6
**retained** 25:13
31:3,8,14
51:17 58:21,23
74:16 159:22
**retention**
252:24
**retested** 146:1
**return** 260:13
260:17 262:8
**review** 25:12
41:10 42:5
61:1 62:23
71:5,11 72:25
72:25 73:1
74:10 85:23
94:12 117:13
171:22 187:7

188:15 189:1,6
204:3 224:20
233:18 234:18
236:6,9 250:3
260:7
**reviewed** 18:14
52:3,10 62:17
62:20 71:9
74:4,7,8 168:3
175:19 187:6
188:8 190:3
232:7,10,11
233:6
**reviewing**
58:24 85:4
87:14,19
179:16 187:22
189:12,24,24
190:24 191:2
**rhône** 177:12
214:23
**richard** 3:6
**rid** 168:25
169:1,4,5
**riddell** 4:3
**right** 11:13
12:1 17:12,16
19:10 26:4
27:11 28:10
41:14 42:2
45:21 52:5,15
57:23 63:6
67:21 68:6
69:4 72:12
77:4 78:17,21

79:22 80:3,14
80:16 81:23
82:23 83:3,7
83:11,15 84:1
86:22 88:5,24
90:3 92:14
94:2,14,21,22
98:4 105:7,10
105:21 110:18
111:7,25
114:15 115:17
115:24 116:8
117:17 118:20
118:23 119:13
125:10 127:20
132:9,18,19
135:15 137:1,8
137:16 142:7
144:19 145:6
152:20 155:25
159:5 160:7
162:14,23
164:21 165:10
165:21 166:4
167:2,7,9
168:14 170:12
171:21 179:24
181:7,21,22,25
182:1,13,15
183:4 186:23
187:24 188:25
195:5,14,24
197:1,4,6,7,14
203:17 205:20
205:25 206:1

206:14,14
210:12 211:23
212:8 217:3
218:9 220:11
225:8 228:6
230:14 231:4,7
231:11 233:8
233:10 236:21
238:2,19 239:2
241:17 244:11
250:22
**rigor** 57:6,12
57:15
**ringaskiddy**
239:12
**rises** 121:11
**risk** 46:6,16,25
47:2,6,7,8,16
48:3,4,10,11,16
48:18 92:24
111:21,23
112:11 141:19
141:20 168:11
180:15 190:7
213:22 221:22
222:8,23,24
247:24
**risks** 40:10
46:4,14
**rivero** 3:2
**riveromestre....**
3:4
**rn** 2:16
**road** 3:20 5:16

**[role - saying]**

| | | | |
|---|---|---|---|
| **role** 70:7 71:21 90:4,7 | 67:20,25 68:3 68:14,21 71:3 | 253:12,21 255:20 257:3 | 262:3 |
| **roles** 103:3 | 78:11,20,24 | **roseland** 2:6 | **safe** 11:10 22:19,25 71:17 |
| **ron** 1:7 6:4,15 | 79:13,21 80:3 | **rosemarie** 4:3 | 95:3 107:20 |
| 7:13 9:4,13 | 80:10 81:24 | 63:17,24 64:3 | 169:22 |
| 10:1 16:20 | 82:11 84:25 | 76:7,8 117:6 | **safety** 7:6 51:3 |
| 115:19 260:5 | 88:6,24 90:18 | 117:10 163:22 | 51:9 |
| 262:1 263:4 | 93:7,11,14 | 227:22 228:2,9 | **sake** 30:10 39:9 |
| **ronald** 4:2 | 115:1,21 116:1 | **rosemarie.bo...** | 218:24,24 |
| **ronald.orlando** | 116:18 117:1 | 4:5 | **sample** 244:2 |
| 4:5 | 118:19 119:5 | **roughly** 21:16 | **samples** 33:16 |
| **room** 10:9 | 119:12 123:24 | **roundabout** | 33:22 144:7,18 |
| 201:6 210:18 | 132:20 133:21 | 38:15 | 145:4,15 146:1 |
| 210:24 211:3 | 134:5,21 | **route** 196:20 | 146:9,21 156:9 |
| 211:17 241:21 | 135:10 136:24 | 197:5 | **sanofi** 140:8 |
| 243:22 244:22 | 150:12 154:15 | **routine** 53:3,22 | 177:13 214:22 |
| 256:20 | 161:13 162:23 | 54:6 55:16 | **sartan** 54:18 |
| **rooney** 5:20 | 163:11,19 | 140:9 | **sartans** 192:10 |
| **root** 7:6,23 | 166:19,23 | **routinely** 69:2 | **save** 11:13 |
| 44:16,23 45:24 | 169:11,18 | **rpr** 1:12 | 222:18 |
| 51:3,9 150:1 | 172:2 174:2,5 | **rules** 11:11 | **saved** 222:12 |
| 213:6 | 194:5,8 195:2 | 68:20 97:18 | 222:15 |
| **rorer** 177:12 | 196:8 199:13 | **ruling** 42:8,11 | **saw** 30:25 |
| 214:23 | 207:20 222:25 | 42:15 | 31:13 51:14 |
| **rose** 3:11 6:6 | 223:3,15 225:7 | **run** 11:13 | 53:4 70:25 |
| 9:16,17,21 | 225:24 226:20 | 125:14,18 | 125:7 130:16 |
| 10:24 11:7 | 232:24 233:3 | 148:7 208:15 | 186:13,25 |
| 12:6,13 17:14 | 233:16 234:3 | 210:10 | 230:19 |
| 17:24 18:8 | 235:24 237:11 | **running** 46:11 | **saying** 36:15 |
| 19:11 23:7 | 237:25 238:2 | 244:25 | 44:22 47:5 |
| 24:25 29:9,20 | 238:12,15 | **russ** 65:3 | 97:11 101:19 |
| 30:3 32:14 | 241:19 242:2 | | 102:6 107:2,13 |
| 42:7,10 43:1 | 244:19 246:2 | **s** | 112:17 114:7 |
| 44:11 50:22 | 247:2,6 250:15 | **s** 2:1 3:1 4:1 5:1 | 123:1 128:9,15 |
| 51:5 53:17 | 250:20,23 | 7:1 8:1 69:11 69:14 164:5 | 128:16 130:6 |

135:1,4,9,24
136:14 151:22
160:5 167:17
169:8,14
182:18 186:12
189:18 208:1
211:2,21
214:16 215:9
215:23 222:6
232:10 243:1
**says** 18:13
33:11 34:19
35:19 46:1
88:9,11 94:23
98:5,19 99:7,9
99:12 100:4
103:1 116:12
123:1,8 124:6
132:24 138:2
138:11,15
139:20 147:9
167:2,14
172:11 179:12
181:14 202:13
206:2,20
209:15 239:10
**scanned** 61:3
63:21 152:5
**scheduled**
105:4
**scholar** 214:5
**school** 106:11
113:1
**science** 221:5,9
243:20

**scientific** 70:2
115:3 125:24
149:20 194:18
236:2,6
**scientists** 34:3
35:20 149:18
149:18
**scifinder** 214:6
**scope** 254:10
**scott** 29:1
50:14
**screen** 17:7
18:20,21 27:12
28:11 33:19
42:2 52:15
79:24 118:7
197:1,1
**screw** 188:17
**scrutinized**
214:24,25
**search** 70:14
178:22 203:6,9
203:11 215:1
218:2,3,5
**searched**
235:11 252:4
**searching**
183:13
**second** 15:3
24:17 25:1
30:23 58:7
93:20 97:22
101:16 110:10
110:12 116:8
116:16 133:10

139:11 178:24
199:3 200:2,20
210:16 213:16
226:3 237:24
239:9 250:10
**secondarily**
63:18
**secondary**
219:9,13
230:23
**seconds** 42:16
42:24 43:4,7
43:11 46:10
52:17,18 93:18
133:17,18
223:1
**section** 77:13
94:24 118:3
132:21 162:24
247:18
**see** 18:3,18,22
25:9 27:5
28:10,12,14
30:14,19,19,21
33:3,18,18
34:5 41:25
45:20 85:2
99:10 102:17
116:14 119:2
124:20 125:10
126:19 127:23
128:15 129:22
132:19,23
133:4 135:7,8
135:9 137:17

138:7 161:9,20
167:2 169:14
171:17 179:5
180:24 181:6,8
205:4,23 206:5
213:9 218:6
219:2,3 220:5
233:5 239:4
255:25
**seeing** 16:25
184:13
**seek** 235:2
236:21
**seems** 194:9
**seen** 16:22 17:5
17:25 18:4
24:12 25:2,4,6
30:8,24 31:11
51:11 56:18
80:15 137:9
182:24 187:15
187:17 224:18
224:22 230:11
230:13 238:20
**sees** 124:4
**select** 204:2
**selected** 237:21
244:5,8
**sell** 90:23
149:16
**sells** 143:18
**semantics** 75:3
**send** 55:14,20
156:22 186:8
228:11 245:17

**[sending - sodium]**

Page 59

**sending** 146:5
**sense** 102:16
  112:12 141:6
  221:9 255:3,5
**sensitive** 201:4
  201:5,6
**sensitivity**
  204:7
**sent** 53:7 56:10
  144:17,22
  159:24 231:8
  260:14
**sentence** 34:19
  35:9 42:13
  43:5 44:12
  98:19 116:11
  118:5 119:2
  133:12 205:14
  210:16 211:1
  211:11 212:5
  248:14
**separate** 88:13
  142:18,22
  198:12
**september** 3:12
  246:12 251:19
**september.m...**
  3:15
**sequence** 40:11
**series** 92:3
  244:5
**serious** 47:20
**serve** 57:10
  74:16

**services** 77:20
**set** 91:11 128:5
  131:3 140:4
  178:18 189:7
  213:12 245:10
  245:24 247:14
  263:7
**sets** 129:21
  133:6
**setting** 15:7
  107:5 190:4
**seven** 234:16
  244:9,9,12,15
  255:7
**seventies** 36:18
  37:5 114:1
  115:9 217:18
**several** 6:18
  24:4,9 69:1
  174:10,12
  210:20 211:3,6
  212:2
**share** 194:22
  223:22
**shared** 100:19
**shares** 105:14
**sheet** 260:11
  262:5,7
**ship** 162:22
**shorthand**
  53:24 263:2
**shouting** 12:5
**show** 29:5 87:3
  154:13 172:11
  205:13 217:21

229:9 242:13
**showed** 24:19
  159:15 226:24
**showing** 96:17
**shown** 56:3
  143:13 161:25
**shows** 138:18
  143:3 151:9
  168:4 174:7
  240:17 242:6
**sic** 196:4 235:9
**side** 256:5
**sigma** 109:20
  110:13
**sign** 260:12
  262:7
**signature**
  262:20 263:12
**signed** 153:17
  260:20
**significant**
  234:14
**simple** 59:5
  125:15 169:15
  186:2 216:11
  219:4,14
**simply** 56:22
  145:17 198:9
  237:24
**sin** 178:4
**single** 130:1
  136:15,20
  226:16
**sir** 241:15

**sitting** 120:20
  205:9
**situation** 38:5
  156:25 207:15
**six** 244:9
**skadden** 3:11
**skadden.com**
  3:14,15,15
**skills** 125:24
**skin** 105:20
**skipped** 164:2
**slate** 3:11
**slater** 2:3,4
  68:11,18
**slide** 152:24
  154:18,18
**slides** 7:24
  150:1,14
**slightly** 206:2
  206:21 209:13
  209:15
**slowly** 11:21
  201:15
**small** 124:23
  200:17 206:3
  235:3
**smaller** 202:5
**sodium** 8:4
  110:1,2,5,8
  111:13,16,20
  112:10 113:15
  113:18,24
  114:4,9 139:21
  140:1,15 141:3
  141:22 142:2

**[sodium - sort]**                                                    Page 60

| | | | |
|---|---|---|---|
| 143:9 150:4 | 221:3,25 222:2 | 108:3,15 | 73:22,22,25 |
| 158:15 159:9 | 222:3,4 229:8 | 175:18,22 | 78:5 85:12 |
| 165:1,20,23 | **software**  12:1 | 176:2,9,10,11 | 88:8 94:9,12 |
| 166:8,14 | 12:21,23 96:3 | 176:18 177:1,4 | 110:11 112:17 |
| 167:11,15,16 | 96:20 98:7 | 177:8,14,15,21 | 113:23 116:5 |
| 167:17,18,21 | 101:8,13 | 177:25 178:11 | 117:24 118:14 |
| 167:23 168:1,4 | **solco**  60:12 | 178:15,22,23 | 122:5 123:5 |
| 168:5,9,15,23 | **sold**  162:18 | 197:21 222:5,5 | 126:3,3 127:6 |
| 168:24 169:2,2 | **solely**  214:17 | 239:6 240:1 | 134:11 135:19 |
| 169:3,7,22,23 | **solid**  210:20 | 244:6,10,10 | 136:6 147:16 |
| 170:1,5,5,7,10 | 211:4 212:2 | 253:1 | 159:5,10,18 |
| 170:19,22,25 | **solids**  211:6 | **somebody** | 160:3 161:13 |
| 171:4 172:23 | **soluble**  108:6 | 86:17 98:1 | 161:16 164:14 |
| 173:5,6 179:8 | **solution**  166:9 | 158:11 191:22 | 166:3,23 |
| 179:18 181:3 | 168:9 170:20 | 203:13 | 167:21 169:13 |
| 181:14 182:11 | **solutions** | **somewhat** | 174:2,14 175:2 |
| 183:10,13,14 | 260:23 | 189:20 | 179:13 185:11 |
| 183:14,15 | **solve**  161:2,8 | **soon**  33:14 | 196:8,23,25 |
| 184:3,13,18,20 | 161:19 | 166:3 215:24 | 198:1,2 200:11 |
| 185:5 186:14 | **solvent**  106:8 | 215:24 221:7 | 203:23 207:20 |
| 187:1,17 | 106:18 107:8 | **sop**  94:24 95:19 | 210:25 218:3 |
| 188:10,11 | 107:20 108:7,9 | 95:21 96:8,12 | 219:12 220:14 |
| 190:6 191:7,9 | 108:18,22 | 98:5 | 224:1,10 232:9 |
| 192:13,19 | 109:4,12,15 | **sops**  102:12 | 236:22 239:10 |
| 193:16,18 | 110:4 112:2,5 | **sorry**  17:14,15 | 240:15 243:20 |
| 199:16 210:20 | 128:23 176:15 | 20:12 21:2 | 244:23 248:23 |
| 211:5 213:8 | 197:19,23 | 22:7 23:3 25:3 | 249:25 250:14 |
| 214:3,7,9,18 | 198:5,13,15 | 27:9,15,24 | 252:1,7 256:23 |
| 215:3,8,11,17 | 199:6,15 200:7 | 28:12 33:1 | 257:2 |
| 215:22,24,25 | 200:25 202:11 | 41:21 42:11 | **sort**  58:24 59:5 |
| 216:13,22,24 | 202:14,16,21 | 49:7 53:24 | 72:22 86:15 |
| 216:25 217:4 | 205:5,11 | 54:8 60:18 | 101:23 114:10 |
| 217:12 219:20 | 240:12 251:11 | 64:1,14 66:7 | 118:14 124:22 |
| 219:25 220:7 | **solvents**  106:14 | 69:12 70:25 | 149:15 155:20 |
| 220:14,15 | 106:16 107:10 | 71:4 72:9 | 173:15 226:17 |

[sort - statement]                                                    Page 61

247:17
**sorted**  118:15
  119:13
**sought**  155:2
**sound**  49:3,10
  55:5 82:23
  83:3,11 90:25
**sounded**
  151:22
**sounds**  83:4
**source**  18:15
  183:22
**sources**  73:3
  225:11
**south**  2:13
**southern**  75:25
  76:12
**sovias**  37:8
  56:5 245:17
**speak**  11:21
  59:12,15,17
  60:1,4,7,14,21
  90:16 117:4
  190:19 226:2
  227:10,21
  254:23
**speaker**  69:13
**speaking**  23:11
  72:10
**specialist**  45:19
**specialized**
  55:6
**specific**  22:21
  25:23 29:5
  31:5 32:7

36:20,24 37:14
38:13 40:11
43:12 62:24
63:3 67:14
72:22 85:21
131:6 185:14
204:23 205:14
205:14 234:21
234:24 244:9
247:15 248:17
252:19 254:23
255:14
**specifically**
  40:7 59:24
  69:21 86:12
  93:23 121:23
  123:19 128:23
  136:8 151:16
  153:13 204:5,6
  221:3 227:5
  237:18 249:11
  249:13
**specification**
  250:6,9 251:3
  251:9,12
**specifications**
  177:10 247:10
**specified**  92:6
**spectrometry**
  35:21 36:12
**speculate**  49:6
  189:11
**speculating**
  49:8,10

**speculation**
  158:23,25
  159:2,6 190:2
**spell**  69:10
**spelling**  115:3
**spent**  70:18
  86:14,21 87:3
  87:14,15,17
**split**  258:14,15
**spoke**  23:3
  117:5,10 166:3
  226:4
**st**  2:13 32:15,17
**staff**  86:9
**stand**  210:19
  211:3
**standard**  52:8
  52:13,24 57:19
  94:13 123:18
  124:14 127:19
  128:3,19 129:9
  131:11,16
  133:1,7,8
  135:22 234:16
**standards**
  57:13 128:9
  131:10 251:5,5
  251:6
**standing**  212:1
**stands**  252:9
**start**  25:3
  57:25 84:13
  126:3 196:12
  208:7 252:7

**started**  58:10
  58:16,22 132:9
  192:19 213:22
  224:13
**starting**  105:8
**starts**  32:15
  208:8 209:12
**state**  9:19 34:2
  59:2 225:7
  233:8 235:24
  237:11 244:19
  247:22 249:11
  261:20 263:2
  263:14
**stated**  36:14
  45:23 46:21
  54:12 55:1
  171:8 191:21
  207:4 237:2
  242:8 254:20
**statement**  6:21
  7:4,4 24:21
  26:17,21 27:10
  27:17,23,25,25
  28:1,20 29:2
  29:15 30:7
  32:20 33:13
  34:13 35:5,13
  35:16 36:1,10
  42:1,21,25
  43:15,21 44:21
  44:25 45:21
  46:9,13 48:20
  49:11 50:6,12
  50:24,25 51:6

52:11,23 53:1
54:11 82:3
247:4
**statements**
23:24 26:14
227:15
**states** 1:1 27:1
28:7 33:13,17
40:6 49:25
75:24 93:22
94:11 130:11
132:1 141:14
143:20 205:10
246:22 247:10
**stating** 35:4
48:11 144:17
**statute** 22:23
**statutorily**
22:17
**stay** 44:11
106:20
**stenographer**
174:1
**stenographic**
1:10 9:9
**stenographic...**
263:6
**step** 46:7,17
47:2 112:11
115:11 165:9
167:5 168:22
168:22 180:15
206:12 214:2
249:8,9 252:10

**stephen** 64:9
**steps** 7:6 40:9
40:11 44:19
45:3 51:2,8
97:13 114:24
179:1,16,17
190:4
**steve** 234:11
258:3
**steven** 3:19
257:25
**stood** 211:6
**stop** 10:25
78:21 112:6
249:7
**stopped** 194:9
**stores** 114:6
**straight** 193:13
**street** 2:9 4:15
5:5,22
**strike** 112:3
**structure** 219:8
**stuff** 115:14
**style** 67:25
**subcontractors**
37:8
**subject** 115:12
**subjective**
112:14,18
**submitted**
13:24 15:3
20:21 58:1
64:16 73:14,17
75:18 77:2
81:15 144:16

167:4 168:20
182:25 183:7
189:7 230:17
**subobservation**
94:23
**subobservati...**
94:18
**subscribed**
261:16
**subsection**
18:13,24
**subsequent**
81:15 170:1
**subsequently**
225:22
**substance** 7:19
27:3,22 107:14
107:14 121:7,8
123:3,16
124:11 125:5
126:1,5 132:25
133:7 134:24
135:13 136:15
136:17 137:4
137:19 138:5
140:16 168:12
201:12 247:23
248:22,25
249:3
**substances**
39:19 128:17
134:14
**substantial**
179:13 180:15

**successful**
249:9
**sufficient**
212:14,14
**sugar** 47:13
207:7,11,17
**suggest** 242:20
**suggests** 217:11
**suit** 76:3
**suite** 1:15 2:17
3:20 4:9 5:16
5:22 9:14
**sulfate** 248:6
**sum** 133:2
**summer** 36:4
36:21,25 37:15
38:23 39:16
44:3 58:2
120:14,19
**sunscreen**
148:14
**super** 224:20
**supplemental**
137:13
**supply** 162:13
183:20
**support** 54:2
69:2 84:19
147:24 149:9
182:18 202:20
208:13 210:11
225:11 236:2
**supported**
147:22

**supports** 252:6
**supposed**
121:14,23
**sure** 12:18 14:4
15:1 19:6
22:22 27:11
36:23 39:20
44:15 45:10,12
45:13,24 52:15
61:6 63:2 71:1
73:10 78:20,24
89:4 97:25
101:25 104:18
105:2 108:11
108:25 116:7
126:18 128:11
129:11 136:16
141:17 151:25
154:4,14
169:18 172:21
177:16 182:6
184:9 200:2,11
223:2 234:1
249:23 254:24
258:2
**surprise** 105:6
162:17
**surprised**
178:9 212:16
253:9
**surveillance**
52:10
**susan** 64:5
**suspect** 235:1
254:10

**sustain** 124:9
**swear** 9:10
**sweetener**
47:14
**swiss** 21:9
**switch** 12:4
**switched** 41:5
**switching**
195:9
**sworn** 9:15
261:16 263:4
**synthesis**
106:14,15
112:12 164:10
164:25
**synthesizing**
106:13
**synthetic** 45:18
71:23 132:2
158:7 196:20
197:5 222:9
**system** 86:25
87:2 95:16
99:4,14 189:14
212:15 228:8
246:25
**systems** 98:21
103:3

**t**

**t** 7:1 8:1 261:1
262:3,3 263:1
263:1
**tab** 16:18 24:2
29:9 30:16,19
30:19 40:25

50:23 76:25
78:12 88:25
93:7 115:16
132:11 136:25
149:23 166:18
180:25,25
196:19 205:17
238:6 246:2
251:19
**table** 201:21
**tablets** 35:25
**take** 19:11
24:14 27:9
32:4 33:5,11
34:17 36:5
67:20 78:24,25
86:24 88:24
104:23 115:11
129:4 163:1,4
163:9 196:1
207:16 208:17
209:3,8 213:7
213:8,8 222:25
224:21 235:6
241:5 256:14
**taken** 1:12
55:12 59:2,2,6
59:6 72:5
97:13 160:24
245:5 262:2
263:6
**takes** 12:10
17:21 79:17
80:7 116:22
119:9 134:1

163:15 179:16
223:7 225:4
234:7 235:21
241:24 253:18
257:7,23,24
**talk** 11:14 30:3
41:4 49:21
53:20 115:12
115:13 118:20
163:20 164:9
175:3 179:4
195:6,24
200:22 220:20
224:15,25
228:5 238:3
247:19
**talked** 60:24
73:9 74:13
76:8 144:2
163:22 179:7,7
179:15
**talking** 29:6
41:2,16,17,18
41:20 43:11
60:10 111:7
119:14 125:17
126:21 130:22
131:17 132:9
132:17 138:24
138:25 160:4
170:13 171:11
179:6 180:14
185:12,13
187:13 191:10
195:8 199:23

207:21,22,23
207:24 209:21
209:22 210:21
218:10 224:10
**talks**  59:6
117:19 204:6
251:14
**targeted**
139:11,17
140:3 141:21
221:20 244:5
244:17 245:3
**targeting**  244:4
**taste**  47:15,17
**tea**  65:23
112:24 113:8
113:20 115:14
165:6,15,22
166:6,13 167:4
167:25 168:21
168:21 170:14
170:15,18,19
170:24,25
171:4,5,12,23
172:4,18,22
175:1 176:19
178:25 179:2
183:7,10 184:3
184:12,14
185:2,18
186:24 187:6
187:15,16,23
189:3,7,13
190:4 192:13
194:11

**teaching**
204:22
**team**  77:6,6
81:18 85:4,7,8
85:13,21 86:3
86:19 87:10,12
102:22 140:3,4
149:20 153:1,4
153:10 154:7
184:17 186:8
**tech**  25:5
**technologies**
7:21 137:6
**telephone**
10:19 12:16
146:17
**telephonic**
146:17
**tell**  21:2 37:3,4
39:5 47:22
48:14 61:11
65:2 84:10
86:12,16,22,23
87:21 88:17
100:10 104:22
133:18 141:7,7
141:8,10 145:6
145:21 171:14
190:20 212:25
214:25 222:6
230:20 251:15
**tells**  140:3
141:6 188:16
**temperature**
199:1 201:4,6

201:12,14,23
202:3,4 206:11
208:3,4,9,14,20
209:6,20 210:8
210:18,24
211:3,17
212:23 243:22
**temperatures**
201:14 206:25
**temporal**  56:13
**ten**  42:9 70:19
79:10,13 145:8
145:25 146:20
191:2 252:3
**teratogen**
106:25
**term**  89:11
91:3 248:2
**terminology**
92:11 146:14
**terminus**  3:20
**terms**  55:8
104:19 115:3
172:14 196:11
256:15
**tert**  240:11
**tertiary**  219:10
219:14 230:23
**test**  10:5 17:1
33:23 34:3,8
34:14 36:20,24
37:15 38:1
44:18 45:1
55:3 100:7
110:6,8,16

111:12 112:2,2
112:5,12
113:18 124:13
126:2,6 127:18
128:9,17
129:10,25
130:4,12,13,18
136:15,20
140:4,17 141:2
144:22 145:5
145:15 149:16
156:20 160:6
160:20 162:13
216:1 217:9
221:11 239:19
247:11
**tested**  109:15
110:23 144:7
144:18,21
145:17 146:21
148:8 156:9
161:9,19
162:18 217:19
222:18 243:19
**testicular**
106:19,22
107:14
**testified**  9:15
19:13 54:17
74:15 90:22
92:16,20
144:11 223:13
232:25 237:18
243:20

**testify**  263:4
**testifying**  10:10
**testimony**
  10:13 13:19,22
  77:17 121:19
  123:25 134:2
  161:22 162:8
  191:23 226:13
  226:17 260:9
  260:18 261:4
  262:5 263:6
**testing**  8:9
  35:22 36:12
  37:18,19 38:1
  38:19,25 39:6
  39:6,11 50:3
  50:10 52:9,9
  52:13,24 53:4
  53:11,22,23
  54:1,6 55:2,16
  90:11,21 92:3
  94:1 99:4,8,17
  99:17 100:1,5
  101:3,4,18
  102:3,7 105:1
  106:6 109:10
  109:11 112:18
  112:22 126:15
  126:18 129:9
  143:12 144:12
  144:20 145:18
  147:2,19 148:6
  148:12 149:6,9
  149:12,14
  151:17 152:1,7

  152:16,17
  153:21 154:6
  154:12 155:11
  155:15 158:17
  158:19 159:12
  159:14,19,23
  160:12,23,25
  161:1,4 162:2
  213:11 214:17
  215:12 217:17
  217:23 220:3,4
  220:8 238:7,18
  239:5,5,17,25
  239:25 240:6,9
  240:13 241:2
  242:6,10,19,20
  242:24 243:3,9
  243:18 244:3
  245:7,9,13,21
  245:22,23
  247:15 249:9
  252:12
**tests**  136:8
  149:15
**tetrasol**  166:8
  166:12 168:8
**teva**  3:17,17
  60:12 234:11
  234:13 253:13
  253:23 255:13
  258:3
**text**  17:16
  204:18 206:20
**textbook**
  180:19 181:25

  182:3,7 191:11
  191:15,17
  194:3,10,16
  204:12,21
  205:1 213:14
**thank**  11:7
  27:13 28:5,24
  44:1 50:21
  51:5 71:19
  93:14 106:5
  116:2 117:16
  124:2 135:11
  150:12 163:5
  219:6 234:4
  238:1 247:3
  257:18,19
  258:24
**thanks**  74:12
  164:8 257:20
**theoretical**
  46:6,16 47:1,6
  47:20 48:4,10
  48:11,16 231:9
**theory**  48:17
**thermal**  212:15
**thickness**  47:18
**thing**  98:3
  112:3 125:10
  155:6 156:15
  167:18 177:7
  177:15 179:7
  191:24 203:21
  216:11 223:24
  243:13 250:7

**things**  11:24
  53:19 58:24
  63:14 69:3
  70:15 72:15,15
  86:2 89:23
  105:21,22
  129:16 156:20
  157:2 186:9
  199:10 208:11
  213:19 228:21
  243:14 254:2
**think**  12:5
  14:19 18:4
  21:18 23:3,8
  23:10 27:23
  29:10 30:1
  35:9 38:2,14
  39:2,14 40:1
  42:10,17 44:22
  45:3,19 47:25
  48:8 50:7,23
  53:17 54:25
  64:13 70:17
  72:5 79:10
  81:19 83:5
  85:25 87:21,23
  88:13 90:3,10
  97:5,6,16
  99:20 102:21
  102:23 115:1
  115:16 118:16
  119:13 122:6
  124:3,17,24
  125:16 126:8
  126:14 130:19

131:14 133:21
134:7,7 136:25
138:24 139:1
140:10,14
141:14,25
142:16 143:12
145:7 146:16
148:4,25
150:24 152:14
155:23 158:16
159:21 160:9
161:23 162:15
164:2 169:5,11
169:20 172:25
174:14 178:12
182:13 183:13
183:13 184:15
184:25 185:8
195:2 198:2
202:8 203:22
203:23 204:5
206:15 207:18
208:22 213:16
216:11 221:6
222:22 223:20
223:23 229:1
233:14 241:2,4
244:25 245:11
250:20,21
253:12 255:9
255:16,23
256:1
**thinking**
192:23 193:15

**third** 32:16
75:16 199:5
200:10
**thorough** 47:7
124:18 189:19
191:25
**thoroughly**
63:21 168:10
**thoroughness**
188:15
**thought** 27:2
27:21 101:6
114:17 117:24
118:15 148:2
159:5 193:11
193:11 200:10
207:20 242:8
**thousand** 62:8
83:10,16,24
128:24
**thousands** 62:6
193:2
**three** 4:15 31:9
33:13 41:24
68:3 94:6
111:5 138:1
210:1 223:22
225:10 228:1
237:3 244:9
245:13 258:14
**threshold**
135:5 136:2,3
**time** 1:16 9:21
11:13 12:8,11
17:19,22 18:15

21:8 23:12
30:25 31:6,13
34:2 38:12
41:9,13 42:6
43:3 51:16,19
56:5 58:6,8,19
70:13,14 71:25
75:10,16 78:19
79:18 80:5,8
81:3,20 82:6
85:13 86:13,14
86:21,25 87:2
87:3,7,23 88:3
88:17 96:5,7
97:4,5,19,20
98:16 100:8,11
107:22,23
116:20,23
118:20 119:7
119:10 127:22
133:23,23
134:3 156:16
156:24 163:12
163:16 164:12
173:16 183:2
198:25 200:14
200:15,18
201:1,14
202:22 208:3
209:4,6 210:9
210:10,14
222:18 223:4,8
223:17 224:12
224:13,14,17
224:19 225:2,5

228:7 230:6,19
231:19,21,22
232:18 234:5,8
234:14 235:2
235:12,12,19
235:22 236:5
236:16,22
238:15 241:18
241:20,22,25
250:2 252:24
253:14,16,19
254:19,20
255:7,8 256:2
256:6,7,16,17
256:18,22,23
256:24 257:1,5
257:8,21 258:8
258:9,13,16,17
258:20 260:19
263:6
**timed** 43:10
**timeframe**
260:8
**times** 19:24
23:10 44:20
65:22 90:11
109:8,14
174:10,13
252:3
**timing** 257:17
**tin** 164:16,18
164:20,22,25
167:3 168:20
176:14,15,18

[tiny - trying]                                                    Page 67

tiny   55:19
tired   256:9
title   223:24
titled   24:9
  181:3
today   10:7,10
  10:14 13:6,17
  13:22 14:3
  16:3 19:8
  38:18 77:17
  78:4 105:5
  125:12 231:22
  254:6,15,18
today's   18:5
together   58:15
  72:5,25 85:25
  158:12
told   59:17 60:7
  60:20 97:4
  107:16 133:18
  146:13 226:25
toluene   175:20
  240:10
ton   61:21
tonight   68:2
took   103:16
  105:12 250:2
  256:6,7
top   46:3 122:21
  137:25 239:2
  252:2
topic   15:20
topics   57:3
  227:4 233:14
  254:17

torrent   5:8,8
  60:12 234:13
  253:14,23
  254:22 255:12
  255:22
torrent's
  255:18
total   62:3 78:7
  82:20 83:8,17
  138:4 235:1
  255:12 258:9
  258:13
tower   5:21
township   5:16
toxic   134:14,24
  135:4,14,21
  136:1,8,17
  169:4 170:8
toxicity   67:7
  107:18
toxicologist
  67:18
toxins   126:15
trace   55:17
  130:1
track   87:7
  105:23 123:14
tracking   86:25
  87:2
trade   5:22
trail   98:1,2,6
trails   98:10
train   114:16
  125:13

training   125:18
transcript   1:10
  260:6,20 261:4
  262:5,6 263:6
transfer   224:15
  224:25
transforms
  180:3
translates
  209:24
traurig   3:19
  234:11 258:3
treat   173:4
tributyltin
  131:20 158:14
  159:8 167:16
  168:23 169:1
  169:21 188:10
  213:23 221:24
tried   106:17
triethylamine
  112:24 113:1,4
  113:10,12,18
  113:22 114:13
  114:20,23
  115:5 139:25
  165:8 167:6,11
  167:14,15
  168:22 173:4,9
  173:9,10 174:7
  174:17 175:14
  176:7 179:17
  179:22 180:1,3
  180:17,18
  181:18,24

182:8 183:12
  183:23,25
  186:14,25
  187:17 190:5
  191:12 192:24
  193:4,6,23
  195:18,21
  216:8
triggered   179:9
trimethylamine
  113:22 176:7
  231:11
true   57:9,22,24
  57:24 101:21
  185:1 201:25
  261:5 263:6
trust   25:25,25
  54:20 156:1
  159:14 162:10
  162:10,11
truth   263:4,4,5
try   23:11 42:15
  57:14,15 75:10
  106:14 107:8
  127:24 130:21
  141:11 218:12
  239:12 256:7
  256:10 257:16
trying   40:24
  42:9,16 47:24
  68:15,21 74:1
  86:8 99:13
  101:25 102:5
  106:19 107:12
  125:19 128:16

140:12 169:15
170:4,23
185:11 193:19
202:6 215:5
229:9 255:3,5
**turn** 38:3
152:24 179:19
179:20 238:25
248:11
**turning** 244:22
**two** 15:10
88:19,19 89:3
94:18 98:5,5
103:17 117:2,9
137:25 139:9
153:17,20
156:16 173:16
202:22 221:20
225:17 228:3
228:21,25
229:4,25 232:6
232:10 244:9
258:8,13,19
**type** 85:19
93:25 160:16
**typical** 248:16
252:19
**typically** 39:4
89:15,19 91:5
104:21 139:20
185:25

**u**

**u** 261:1
**u.s.** 162:13

**uh** 80:24 85:6
**ultimate** 36:15
**ultimately** 97:5
**unclear** 122:25
**uncontrolled**
122:11
**under** 21:12
68:19 94:19
124:13 126:2,6
127:19 128:2
134:7,15,25
135:21 136:16
136:20 138:11
158:12 167:25
202:13 212:17
246:25
**undergo** 178:7
**undergraduate**
114:2,3 126:16
204:10,21
**underlying**
154:6
**underneath**
95:4
**understand**
44:8 47:5
97:12 99:13
126:23 140:12
140:14 188:22
188:23 191:13
200:11 235:8
256:5
**understanding**
44:17,25 46:5
46:15,25 47:1

48:4 95:6
96:16 149:8
165:21 166:5
166:10 173:22
208:24 223:14
258:11
**understood**
40:15,21 43:17
207:6 208:2,4
235:16
**undertake** 91:6
**undertook**
40:14,18
**unexpected**
27:2,21 28:2
**unidentified**
248:16,25
252:18
**unique** 95:1,12
95:25 96:3,9
**unit** 9:3 79:15
79:19 116:21
116:24 163:13
163:17 223:5,9
**united** 1:1
33:17 75:24
143:20
**universe** 62:20
**unknown**
136:11,12
**unlabeled**
132:24 133:7
**unnecessary**
102:18

**unquote** 74:10
**unreliable**
76:13 152:7,17
**unstable**
173:17
**untargeted**
139:12,13
186:1 221:21
**update** 6:22
29:17
**updated** 132:4
**updating** 23:24
**upgrade** 96:20
**upgraded** 96:1
96:2 131:22
**upload** 228:6,8
**uploaded** 24:13
24:14 118:10
**urology** 105:20
**usa** 3:17
**use** 10:22 36:3
37:14 38:1,19
57:5,12,15
82:25 103:7
107:10 108:9
108:12,14,16
110:1,2,7
112:1,5 141:22
158:25 167:21
169:21,22,23
170:21 175:21
176:14 179:8
191:8 204:11
213:18 214:17
216:12

**used**  20:17
  44:19 46:8,17
  47:3 59:24
  91:3 107:7,8
  107:13,21,22
  107:25 108:1
  108:11,18
  109:7,14
  110:20,22,23
  112:2 113:20
  122:13 141:3
  146:14 164:11
  165:5,8 167:11
  167:13 168:16
  169:25 175:17
  175:21 176:2
  176:18 198:5
  198:16 204:21
  209:6 210:8
  215:10,17
  219:20 220:7
  234:15 237:6,9
  237:15 240:23
  242:9,10
  254:21 260:20
**useful**  27:13
**username**
  95:12,15,22,25
  96:4,9 101:10
  103:13
**usernames**  95:1
**users**  94:24
**uses**  111:4,11
  185:5

**using**  7:19 10:6
  10:17 38:25
  54:1 55:2
  65:23 66:9
  95:15 108:22
  109:4,11 110:4
  110:7 112:9,19
  113:8,17,21
  130:16 131:19
  131:20 137:4
  137:19 139:21
  140:1,15
  141:21 142:2
  143:9 145:18
  158:6 167:6,14
  168:1,4,20,22
  169:7 170:6,19
  170:25 175:9
  176:13 184:18
  189:2,3 202:13
  209:20 210:6
  216:8,9,22
  217:4,11
  220:15 221:3
  239:19 240:2,3
  240:5,23,25
  243:2,8 245:16
  253:7
**usp**  7:15
  123:18 124:14
  127:19 128:3
  128:18 129:8
  129:20 131:3,9
  131:11,15,17
  131:17,22

132:1,5,6,7,10
  132:12,15
  133:6 134:19
  141:14 155:4
  165:3 253:8
**utilize**  159:8
**utilized**  94:25
  233:22
**utilizes**  159:8

| v |
|---|

**v**  20:15
**vague**  35:16
**valeant**  4:12
**valid**  151:14
**validate**  145:14
  148:17 153:21
  154:5 159:20
**validated**
  144:19 146:8
  147:19
**validating**
  144:12 147:1
**validation**
  84:21
**valisure**  144:4
  144:6,13,18
  145:4,19,20
  146:2 147:1,10
  147:11,19
  148:16,20,23
  149:3,5,10,11
  149:18,21
  153:10,18
  154:12 155:12
  156:1,8 157:11

158:1,17 160:9
  161:6,18
**valisure's**
  144:20 145:14
**valsartan**  1:4
  6:18,22 7:5 8:9
  9:4 14:12,16
  18:17 23:19
  24:5,10 25:13
  26:6,10,15,16
  26:18,18,22
  28:17 29:3,16
  33:15,16,22,23
  34:4,9,14
  35:19,24 36:3
  38:2 40:19
  44:5,18 45:2
  45:10 47:1
  50:2,10 51:1,7
  51:18 54:3,14
  54:23 55:2,4
  55:25 56:9,16
  59:3 60:11
  65:24 66:3,9
  66:13 67:15
  75:2 78:8
  83:24 85:3
  106:7 108:21
  109:3,11
  112:23 113:7
  116:12 117:20
  119:15 120:14
  120:24 123:8,9
  125:5 130:24
  131:2,5,12,15

131:16,17
135:19,22
142:10,11,23
143:19 144:8
145:20,21
147:1,21 148:3
153:18 154:23
155:2 156:25
157:6,14
158:13 160:6
160:16 162:13
164:10,12,19
164:20 165:9
168:17 170:11
189:2 216:17
238:8,18
239:18,19,25
240:18,21,24
241:3 242:15
244:15 245:7
245:14,16,21
245:22 260:4
262:1
**variance**
132:25 133:8
**variation** 140:6
204:20
**variety** 26:3
**various** 1:13
44:19 45:3,14
56:3 63:11,12
69:3 70:4 74:9
89:20 91:9,10
120:3 155:3
157:1,1 175:19

192:10 215:19
217:7 220:20
220:20 239:21
249:19
**vaughn** 2:16
**verbal** 27:7
**verify** 249:9
252:12 260:9
**veritext** 9:6
260:14,23
**veritext.com.**
260:15
**version** 213:20
**versus** 87:15
221:21
**vicinage** 1:2
**victor** 20:15
**video** 9:3
257:24
**videoconfere...**
1:13
**videographer**
9:1,6 12:8,11
17:2,19,22
29:14 79:15,18
80:5,8 115:23
116:20,23
119:7,10
133:24 134:3
137:1 150:10
163:12,16
166:22 223:4,8
225:2,5 234:5
234:8 235:19
235:22 238:14

241:22,25
253:16,19
257:5,8,21
**videotaped** 1:5
6:15 16:20
**violated** 177:20
178:14
**violation** 90:1
96:13 97:17
98:13,23,24
102:4 103:4,6
103:14 121:6
121:10 136:21
**violations**
97:24
**virtue** 97:13
184:17
**visited** 32:25
33:3
**visiting** 102:25
**visits** 20:1
**visual** 133:23
**volatile** 217:8
220:25
**voluntary** 6:17
24:4,9 26:10

**w**

**w** 3:7 4:9
**w.l.f.** 8:6 150:7
**waiting** 164:15
**walked** 244:21
**wallack** 5:15
**walsh** 4:14
**walsh.com** 4:17

**want** 10:25
11:24 39:15,20
41:2,9,12 42:6
43:6 48:9
53:20 58:3
67:20 68:2
71:19,20 73:1
78:20 79:25
86:9 92:10
93:7 103:8,8
104:5 106:15
107:23 111:3,8
114:16 125:9,9
125:10 126:18
129:4 130:13
131:8 132:10
133:15,17
141:8 149:22
151:15 159:13
160:3 162:25
164:9 166:23
170:12 171:16
171:18,21
172:14 175:8
178:24 179:4
179:11 180:13
182:23 185:9
195:5,7 196:18
200:2,21,22,22
204:8 208:10
210:15 212:9,9
214:14 218:5
219:1 220:11
224:2,17 225:7
225:21 226:9

| | | | |
|---|---|---|---|
| 226:20 227:7 | **ways** 139:9 | **witness** 1:14 | 188:24 204:15 |
| 232:24 235:9 | **we've** 29:10 | 9:11,24 10:1 | 230:12 256:10 |
| 238:12 241:5 | 41:1,6,18,21 | 11:4 12:4 17:8 | **worked** 19:14 |
| 244:19 248:23 | 42:12 43:2 | 17:12 30:1,12 | 20:24 22:11 |
| 250:10,15 | 60:24 67:21 | 30:17 42:19 | 49:18,20,21 |
| 251:16 257:10 | 82:12 96:1 | 67:24 68:1 | 70:1 85:8 |
| 257:25 258:17 | 100:22,24 | 79:9,12 116:4 | 86:11 87:9 |
| **wanted** 23:7 | 105:2 117:2,9 | 154:17 163:2,6 | 106:7 108:2 |
| 53:5 55:18 | 119:13 125:16 | 194:7 223:16 | 112:23,25 |
| 67:22 73:10 | 136:12 140:10 | 229:21 233:2 | 113:2,3 145:3 |
| 82:4 97:25 | 175:16 179:7 | 234:15,20 | 146:25 147:18 |
| 117:3 136:24 | 181:17 253:12 | 241:20 250:11 | 177:11 |
| 148:6 151:21 | **web** 35:23 | 250:13,19 | **working** 21:7 |
| 151:24 180:24 | 182:10 | 251:2 257:11 | 88:3 100:23 |
| 223:11 227:16 | **website** 36:7 | 257:19 260:8 | 106:12 180:21 |
| 227:17 235:24 | 73:18 181:23 | 260:10,12,19 | **works** 256:16 |
| 245:19 | **wednesday** | **wondering** | 258:13 |
| **wants** 126:17 | 1:15 239:13 | 183:21 | **world** 32:19 |
| 163:3 | **week** 80:13 | **word** 11:22 | 33:9 244:10 |
| **wash** 222:24 | **weekly** 104:5,8 | 33:5,12 34:17 | 254:24 |
| **waste** 42:6 | **weight** 47:19 | 36:5 104:23 | **worried** 163:3 |
| 224:17 | **went** 77:19 | 158:24 199:11 | 184:20,20,21 |
| **watching** | 79:22 117:8 | 208:17 | 184:22,24 |
| 164:14 | 148:9 155:2 | **words** 146:16 | 214:10 215:18 |
| **water** 108:6 | 224:2 225:14 | **work** 19:17 | **worry** 46:12 |
| 173:14 206:16 | 227:9 | 22:11 56:5 | 139:21 |
| **way** 27:3,22 | **west** 3:13 5:22 | 57:6,7,13 | **worse** 248:7 |
| 29:23 34:16 | **whatsoever** | 68:11,12,20,22 | **wow** 238:15 |
| 38:15 39:8 | 100:17 | 75:22 81:12 | **write** 71:21 |
| 139:12 148:8 | **whichever** | 84:7 85:18 | 77:13 196:10 |
| 153:6 155:11 | 138:4 145:25 | 87:12 92:10 | 198:2 250:11 |
| 172:17 173:18 | **white** 222:24 | 96:25 100:24 | 250:12 |
| 177:9 186:19 | **whiteley** 2:8,9 | 108:20 109:2 | **writing** 48:20 |
| 201:19 202:7 | **wilson** 3:5 | 113:6 147:21 | 49:1,11 57:25 |
| 209:1 | | 147:22 149:18 | 58:10 145:11 |

**[writing - zoom]**

153:7 219:16
230:16 232:21
**written** 45:4
48:14 59:10
120:2 146:15
**wrong** 78:16
125:11 129:3
149:23 198:11
217:1 223:21
229:6
**wrote** 48:22
68:6,18

**x**

**x** 1:8 6:1 7:1
8:1 222:1
**xl0l6l8** 263:2

**y**

**yardley** 5:17
**yeah** 18:25,25
19:1 25:8
27:13 30:17,24
41:11 43:12
45:16 50:20
52:20 58:15
61:4 75:11
78:20 94:17,17
96:6 103:5
110:19 111:23
113:12 117:8
119:16 124:3
129:2 132:23
133:22 134:7
142:6 144:1
147:13 148:3

149:20 169:11
187:14 188:21
189:24 209:22
218:11,17
229:22 230:7
232:16 239:15
245:2,3 248:20
251:20 257:3
**year** 14:18
21:16 96:22
97:2,4,18
153:24
**years** 21:17
31:9 37:5,24
49:17 103:17
114:13,14
136:13 147:7
154:24 164:24
165:3 219:15
220:10 230:13
251:7
**yep** 75:17
**yield** 170:3,4
212:19
**york** 3:13,13
4:4 5:11,11

**z**

**zalman** 3:2
**zantac** 73:15
73:15 74:20
75:1,6,13
111:17 147:22
148:6,7,8,11
218:20

**zero** 155:13
**zeros** 210:1
**zhejiang** 3:10
**zhp** 9:18 59:2,7
59:8,12,15,18
62:10 65:22
89:8 110:21,23
122:19,19
164:11 165:5
166:5 167:3
168:1,7,19
176:1,18 177:3
177:20,23
178:14 180:22
183:8 184:11
184:18 185:13
185:13 187:7
189:7 190:14
191:4 192:6,8
198:13,16
213:10,21
214:16 222:16
228:2,5,9
229:24 232:4
233:18 235:25
236:5,13
240:24
**zhp's** 59:9,25
66:9,13 120:24
131:12 168:17
236:8
**zhp02214602**
8:9 238:8
**zinc** 65:23
176:19 195:11

195:16,21,25
196:21 197:6
197:16 198:5
198:16 206:12
208:14 209:7
210:8,9 211:7
211:9 212:1,13
212:24
**zkass** 3:4
**zone** 104:4,4
**zoom** 1:13
11:25 12:24
13:6 197:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.