# EXHIBIT 3

Page 1

1              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
2                     MDL NO. 2875
3       -------------------------------------X
        IN RE: VALSARTAN, LOSARTAN, AND
4       IRBESARTAN PRODUCTS LIABILITY
        LITIGATION
5

        THIS DOCUMENT RELATES TO:
6

        All Actions
7

        Case No. 1:19-md-02875-RBK-SAK
8       -------------------------------------X
9

            VIDEO DEPOSITION OF : RON NAJAFI
10                  February 3, 2022
11              *   *   *   *   *   *
12          TRANSCRIPT of the videotaped deposition of the
13      above-named witness, called for Oral Examination in
14      the above-entitled matter, said deposition being
15      taken pursuant to Superior Court Rules of Civil
16      Practice and Procedure, by and before MICHELLE L.
17      DAWKINS, CSR, RPR, a Certified Court Reporter and
18      Notary Public of the State of New Jersey, held
19      REMOTELY VIA ZOOM on Thursday, February 3, 2022,
20      commencing at 9:09 a.m. Pacific Standard Time.
21
22
23
24
25

```
                                                 Page 2

 1      A P P E A R A N C E S :
 2
        For the Plaintiffs:
 3
                    KANNER & WHITELEY LLC
 4                  BY: LAYNE HILTON, ESQ.
                        DAVID STANOCH, ESQ.
 5                      CONLEE SCHELL WHITELEY, ESQ.
                    701 Camp Street
 6                  New Orleans, LA 70130
                    504.524.5777
 7                  l.hilton@kanner-law.com
                    d.stanoch@kanner-law.com
 8                  c.whiteley@kanner-law.com
 9                  LEVIN PAPANTONIO THOMAS MITCHELL
                    RAFFERTY & PROCTOR P.A.
10                  BY: DANIEL NIGH, ESQ.
                    316 South Baylen Street
11                  Pensacola, FL 32502
                    850.435.7013
12                  dnigh@levinlaw.com
13                  LEVIN SEDRAN & BERMAN LLP
                    BY: CHARLES E. SCHAFFER, ESQ.
14                  510 Walnut Street - Suite 500
                    Philadelphia, PA 19106
15                  215.592.1500
                    cschaffer@lfsblaw.com
16
                    SLACK DAVIS SANGER LLP
17                  BY: JOHN R. DAVIS, ESQ.
                    6001 Bold Ruler Way - Suite 100
18                  Austin, TX 78746
                    866.531.2048
19                  jdavis@slackdavis.com
20
21
22
23
24
25
```

Page 3

```
 1     A P P E A R A N C E S (Continued):
 2     For the Defendants, Mylan Pharmaceuticals Inc.,
       Mylan Laboratories Ltd., Mylan Inc., and Mylan N.V.:
 3
                 PIETRAGALLO GORDON ALFANO
 4               BOSICK & RASPANTI, LLP
                 BY: CLEM TRISCHLER, ESQ.
 5                   FRANK STOY, ESQ.
                     JASON M. REEFER, ESQ.
 6               One Oxford Centre
                 301 Grant Street - 38th Floor
 7               Pittsburgh, PA 15219
                 412.263.4385
 8               cct@pietragallo.com
                 fhs@pietragallo.com
 9               jmr@pietragallo.com
10     For the Defendants, Aurobindo Pharma USA, Inc.,
       Aurobindo Pharma Ltd., and Aurolife Pharma LLC:
11
                 MORGAN LEWIS & BOCKIUS LLP
12               BY:  JOHN GISLESON, ESQ.
                     STEVEN HUNCHUCK, ESQ.
13               One Oxford Centre - 32nd Floor
                 Pittsburgh, PA 15219
14               412.560.7466
                 john.gisleson@morganlewis.com
15               steven.hunchuck@morganlewis.com
16     For the Defendants, Zhejiang Huahai Pharmaceutical
       Co., Ltd., Solco Healthcare U.S., LLC, and Prinston
17     Pharmaceutical Inc.:
18               DUANE MORRIS LLP
                 BY:  ALYSON WALKER LOTMAN, ESQ.
19                   COLEEN HILL, ESQ.
                 30 S. 17th Street
20               Philadelphia PA 19103
                 215.979.1177
21               alotman@duanemorris.com
                 cwhill@duanemorris.com
22
23
24
25
```

```
                                                    Page 4
 1      A P P E A R A N C E S (Continued):
 2      For the Defendant, Cygnet Pharmaceuticals, Inc.:
 3                HINSHAW & CULBERTSON LLP
                  BY:  GEOFFREY M. COAN, ESQ.
 4                53 State Street - 27th Floor
                  Boston, MA 02109
 5                617.213.7000
                  gcoan@hinshawlaw.com
 6
        For the Defendant, Camber Pharmaceuticals:
 7
                  LEWIS BRISBOIS BISGAARD & SMITH LLP
 8                BY: ASHER A. BLOCK, ESQ.
                  500 East Swedesford Road - Suite 270
 9                Wayne, PA 19087
                  215.977.4066
10                asher.block@lewisbrisbois.com
11      For the Defendants, CVS Pharmacy Inc. and Rite Aid:
12                BARNES & THORNBERG
                  BY: KARA KAPKE, ESQ.
13                11 S. Meridian Street
                  317.231.6491
14                kkapke@btlaw.com
15      For the Defendant, Humana:
16                FALKENBERG IVES LLP
                  BY: MEGAN A. ZMICK, ESQ.
17                230 West Monroe - Suite 2220
                  Chicago, IL 60606
18                312.566.4801
                  maz@falkenbergives.com
19
20
21
22
23
24
25
```

Page 5

```
 1      A P P E A R A N C E S (Continued)
 2      For the Defendants, Teva Pharmaceuticals USA, Inc.,
        Teva Pharmaceutical Industries Ltd., Actavis LLC,
 3      and Actavis Pharma, Inc.:
 4              GREENBERG TRAURIG, LLP
                BY: STEVEN M. HARKINS, ESQ.
 5                  VICTORIA LOCKARD, ESQ.
                    BRIAN RUBENSTEIN, ESQ.
 6              Terminus 200
                3333 Piedmont Road NE - Suite 2500
 7              Atlanta, GA 30305
                678.533.2312
 8              harkinss@gtlaw.com
                lockardv@gtlaw.com
 9              rubensteinb@gtlaw.com
10              MARTIN, HARDING & MAZZOTTI
                BY: ROSEMARIE RIDDELL BOGDAN, ESQ.
11              100 Park Avenue Center - 16th Floor
                New York, NY 10017
12              518.724.2207
                rosemarie.bogdan@1800law1010.com
13
                WALSH PIZZI O'REILLY FALANGA LLP
14              BY: CHRISTINE GANNON, ESQ.
                Three Gateway Center
15              100 Mulberry Street - 15th Floor
                Newark, NJ 07102
16              973.757.1017
                cgannon@walsh.law
17
        For the Defendant, Albertson's LLC:
18
                BUCHANAN, INGERSOLL & ROONEY P.C.
19              BY: CHRISTOPHER B. HENRY, ESQ.
                Carillon Tower
20              227 W. Trade Street - Suite 600
                Charlotte, NC 28202
21              704.444.3475
                christopher.henry@bipc.com
22
23
24
25
```

Page 6

1    A P P E A R A N C E S (Continued):

2    For the Defendant, McKesson Products:

3              NORTON ROSE FULBRIGHT U.S. LLP

              BY: ELLIE NORRIS, ESQ.

4              2200 Ross Avenue - Suite 3600

              Dallas, TX 75201

5              214.855.8135

              ellie.norris@nortonrosefulbright.com

6

7

8    ALSO PRESENT:  WILLIAM MILLER, Videographer

                   Veritext Legal Solutions

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 7
 1                        INDEX TO WITNESSES
 2    WITNESS                                        PAGE
 3                      Ron Najafi, PhD
 4

      By Mr. Trischler:
 5    Direct Examination                              10
 6    By Mr. Gisleson:
      Cross-examination                              170
 7

      By Mr. Harkins:
 8    Cross-examination                              201
 9    By Mr. Nigh:
      Cross-examination                              219
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

1                          PREMARKED EXHIBITS
2

       NUMBER                    DESCRIPTION                    PAGE
3
4      Exhibit 1                 R. Najafi Expert
                                 Declaration
5
       Exhibit 2                 Emery Pharma Proposal
6
       Exhibit 3                 Emery Invoice 8/2/2021
7
       Exhibit 4                 Emery Invoice 1/28/2022
8
       Exhibit 5                 Emery Invoice 1/31/2022
9
       Exhibit 6                 Emery Invoice 2/1/2022
10
       Exhibit 7                 Najafi C.V.
11
       Exhibit 8                 Emery Article 4/6/2020
12
       Exhibit 13                Diovan Label
13
       Exhibit 17                Valsartan Label
14
       Exhibit 27                Article
15
       Exhibit 28                Valisure Letter 6/13/2019
16
       Exhibit 29                Information Sheet
17
       Exhibit 30                Valsartan specifications
18
       Exhibit 31                Article - Canada
19
       Exhibit 32                Nitrosamine Article
20
21
22
23
24
25

Page 9

1              THE VIDEOGRAPHER:  Good morning.  We

2    are going on the record at 9:09 a.m. Pacific time on

3    February 3, 2022.  This is Media Unit 1 of the video

4    recorded deposition of Ron Najafi, PhD in regards to

5    the valsartan/losartan litigation which is found in

6    United States District Court, district of New

7    Jersey, NDL No. 2875.  My name is William Miller

8    from the firm Veritext Legal Solutions and I am the

9    videographer.  The court reporter is Michelle

10   Dawkins from the firm Veritext Legal Solutions.  All

11   counsel is noted on the stenographic record.  Will

12   the court reporter please swear in the witness.

13   You're on mute, Michelle.

14              THE COURT REPORTER:  Sorry.  Good

15   morning.  My name is Michelle Dawkins and I am the

16   court reporter.  The attorneys participating in this

17   deposition acknowledge that I am not physically

18   present in the deposition room and that I will be

19   reporting this deposition remotely.

20              They further acknowledge that in lieu

21   of an oath administered in person, I will administer

22   the oath remotely.  The parties and their counsel

23   consent to this arrangement and waive any objections

24   to this manner of reporting.

25              Please indicate your agreement by

Page 10

1    stating your name and your agreement on the record.

2                    MR. TRISCHLER:  Clem Trischler.  So

3    agreed on behalf of the defendants.

4                    MR. NIGH:  Daniel Nigh, agreed on

5    behalf of the plaintiffs.

6                    THE COURT REPORTER:  Would the witness

7    please state his full name.

8                    THE WITNESS:  My name is Ron Najafi.

9                    THE COURT REPORTER:  Mr. Najafi, would

10   you please raise your right hand.  Do you solemnly

11   swear or affirm the testimony you will give at this

12   deposition will be the truth, the whole truth and

13   nothing but the truth?

14                   THE WITNESS:  Yes, I do.

15                   THE COURT REPORTER:  Thank you.

16                   DIRECT EXAMINATION

17   BY MR. TRISCHLER:

18        Q      Sir, let me start by saying good

19   morning.  I think it's morning where you're located,

20   so I'll say good morning to you.

21        A      Good morning to you.

22        Q      Thank you.  My name is Clem Trischler.

23   I am an attorney.  I represent one of many

24   defendants in litigation that's pending in the

25   United States District Court for the district of New

Page 11

1    Jersey involving valsartan.

2          I understand that you've been identified and

3    designated an expert witness in this litigation; is

4    that correct?

5          A     That's correct.

6          Q     I'd like to maybe start today by

7    covering some basic concepts and see if we can get

8    an agreement on a few basic points.  Okay?

9          A     Okay.

10          Q     Number one, it is an established fact

11    that all drug products contain impurities, agreed?

12          A     Yes, they do.

13          Q     A drug or a drug substance is not

14    considered misbranded simply because it contains

15    impurities, true?

16                MR. NIGH:  Form objection.  Outside

17    the scope.

18          A     A drug product contains impurities

19    that are harmless and they could also contain

20    impurities that could be extremely hazardous.

21          Q     That wasn't my question, sir.  See if

22    you can listen to my question and give me an answer

23    to my question, please.

24          A drug product is not considered misbranded

25    simply because it contains impurities; isn't that

Page 12

1    true?

2                    MR. NIGH:  Form objection.  Outside

3    the scope.

4         A     A drug, as I mentioned to you,

5    Mr. Trischler, drug product contains impurities that

6    could be harmless or could be hazardous.

7         Q     Is a drug product considered

8    misbranded under federal law merely because it

9    contains impurities?

10                   MR. NIGH:  Form objection.  Outside

11   the scope.

12        A     A drug product, as I mentioned,

13   contains impurities that could be harmless or could

14   be hazardous and they could be misbranded because of

15   the hazardous nature of the impurities.

16        Q     If a drug product contains impurities

17   that are not harmful to public health, are those

18   drug products considered to be misbranded?

19        A     No.

20                   MR. NIGH:  Form objection.  Outside

21   the scope.

22        Q     If a drug substance -- every drug

23   substance ever made in America has impurities,

24   correct?

25        A     Every drug product that is made in

Page 13

 1    America or anywhere on the planet could contain

 2    impurities that are harmless or could be hazardous.

 3         Q        I didn't ask you that question, sir.

 4    I said, isn't it a fact that every drug product ever

 5    made in America or on the planet does contain some

 6    impurities?

 7                  MR. NIGH:  He answered the question.

 8    He answered the question previously and it's outside

 9    the scope.

10                  MR. TRISCHLER:  It's not an

11    appropriate objection.  It's not an appropriate

12    instruction, if that's what it was.  My question

13    stands -- excuse me.  And I'd like an answer.

14                  MR. NIGH:  Objection.  Asked and

15    answered.

16                  MR. TRISCHLER:  I don't know how you

17    know that, since I haven't asked it yet, but let me

18    try again.

19         Q        Every drug product ever made in the

20    United States made for sale in the United States of

21    America contains some impurities.  Can we agree on

22    that?

23                  MR. NIGH:  Objection.  Asked and

24    answered.

25         A        I already responded to that question,

Page 14

1    sir.

2         Q    I'm asking it again, then, sir.  I ask

3    you to answer my question, sir.

4         A    Sir, I will give you the same answer.

5         Q    What is the answer to my question?

6         A    I just gave you the answer to your

7    question.  Every drug product or every drug

8    substance that's produced on the planet contains

9    harmless and harmful impurities.

10        Q    If the mere presence of an impurity

11   rendered a drug product adulterated and misbranded,

12   then virtually pharmaceutical produced today would

13   be deemed misbranded and adulterated, do you agree?

14             MR. NIGH:  Form objection.  Outside

15   the scope.

16        A    I did not say that.  I said --

17        Q    I didn't -- sir, let me stop you.  I

18   didn't ask you what you said.  I asked you a

19   question.  Do you understand that this is a question

20   and answer session and I am permitted to ask you

21   questions and you're required to give me responsive

22   answers to those questions; is that a concept you

23   understand?

24             MR. NIGH:  Mr. Trischler, you just now

25   interrupted the witness in the middle of his answer.

Page 15

1     It wasn't completed.

2          Q      Do you understand that I am entitled

3     to answers to my questions, sir?

4               MR. NIGH:  Do you understand not to

5     interrupt the witness when he's answering your

6     question?

7               MR. TRISCHLER:  I'm not going to get

8     into a colloquy with you.  I'm talking to the

9     witness.  Do you understand --

10              MR. NIGH:  Well, please don't

11    interrupt the witness in the middle of his

12    question -- I mean, in the middle of his answer.

13         Q      Do you understand that I'm entitled to

14    responsive answers to my question, sir?

15         A      Clem, every drug product or drug

16    substance that's produced on the planet contains

17    harmless or harmful impurities.  They could be

18    misbranded if it contains extremely harmful

19    impurities and they could not be misbranded if they

20    are not harmful.

21         Q      So then you would agree with me that

22    the mere presence of some impurity does not render a

23    drug product misbranded or adulterated, right?

24              MR. NIGH:  Scope.

25         A      I already responded to your question.

Page 16

1    I think you should -- I think it's -- the answer is

2    clear.

3              Q       Do you agree that the mere presence of

4    an impurity does not render a drug adulterated or

5    misbranded?

6                    MR. NIGH:  Objection.  Scope.

7         A       I responded to your question.

8         Q       Sir, I am entitled to an answer to the

9    question.  I don't know if there was an internet

10   issue.  If there is was an answer, I didn't hear it.

11        A       There is no internet issues.

12        Q       I said I didn't hear.  If there was an

13   answer, I did not hear it.

14                   MR. NIGH:  Was there an answer to the

15   last question, Michelle?

16        A       I already answered it.

17        Q       I'm not talking to you, sir.

18        A       Let's move on to the next question.

19                   (The previous testimony as requested

20       was read by the reporter.)

21                   MR. TRISCHLER:  Okay.  Thank you.

22        Q       It's not clear to me, so I would like

23   an answer, please.  Is it your testimony that the

24   mere presence of an impurity renders a drug

25   misbranded or adulterated; yes or no?

```
                                              Page 17

 1                  MR. NIGH:  Again, it's outside the

 2      scope.

 3          A       I already responded to your question.

 4      Just look at the record.  Go back to the records and

 5      you'll see my answer.

 6          Q       So are you refusing to answer my

 7      question, sir?

 8          A       I already responded to your question.

 9          Q       No, you didn't.  No you didn't.  I

10      asked a different question, sir.  This is going to

11      be a long day or else we're going to come back and

12      I'm going to get fees, because Magistrate Judge

13      Menaski has talked about obstructionist witnesses

14      like this.  So if you don't want to answer the

15      question, that's fine.  We'll halt the deposition,

16      I'll get fees for it, and we'll come back here

17      again.

18              The question is pretty simple.  Is it your

19      position that the mere presence of an impurity

20      renders a drug adulterated or misbranded; yes or no?

21                  MR. NIGH:  Object to the colloquy

22      given to the witness.  Disagree, but I will ask the

23      witness to answer this question again.

24          A       Again, this is not a "yes" or "no"

25      answer, because mere presence of an impurity, if
```

Page 18

1      it's safe impurity if it's determined safe, then

2      it's not misbranded, but if it's an unsafe impurity

3      then, yes, it is misbranded.

4           Q      Does FDA require the supplier of an

5      active pharmaceutical ingredient used in generic

6      drug to use the same synthetic process used by the

7      RLB holder?

8                 MR. NIGH:  Form objection.

9           A      The FDA does not require the generic

10     manufacturers to use exact procedure of the branded

11     drug.

12          Q      When you say "exact procedure," my

13     question as are they required to use the same

14     synthetic process for developing and producing API.

15     The answer is no, correct?

16                MR. NIGH:  Form objection.  Outside

17     the scope.

18          A      Mr. Trischler, am I pronouncing your

19     name right?

20          Q      Close enough, sir.

21          A      Mr. Trischler, FDA does not require a

22     generic manufacturer to use exact chemical procedure

23     as the brand to synthesize the generic drug.

24          Q      And because the synthetic process used

25     by an RLD holder in a generic manufacturer may be

Page 19

1       different, it's not uncommon or unexpected that the

2       API used in an ANDA will have a different impurity

3       profile than the reference listed drug, is it?

4                       MR. NIGH:  Form objection.  Outside

5       the scope.

6               A       It is entirely possible that the

7       impurity profile of the generic drug may be

8       different.

9               Q       In fact, there's absolutely no

10      requirement anywhere in the FDA regulations that

11      mandate that an RLD match or mirror the impurity

12      profile of the generic alternative, is there?

13              A       The FDA does not require that the

14      generic drug manufacturer to match every impurity of

15      the branded drug.

16              However, they do require that the impurity is

17      to be determined safe.  They do require that a

18      generic drug does sufficient due diligence to

19      determine the synthetic path is safe.

20              Q       A generic manufacturer can establish

21      and satisfy FDA requirements for bio equivalents

22      even where the impurity profiles between the RLD and

23      the generic equivalent product are different,

24      correct?

25              A       Could you repeat your question.

Page 20

1          Q      Yes.  A generic drug manufacturer can

2    establish and satisfy FDA requirements for bio

3    equivalents even where the impurity profiles between

4    the RLD and generic equivalent product are

5    different.

6          A      The generic drugs have to establish

7    bio equivalence when they make a generic drug.

8          Q      Right.  And you can --

9          A      A bio equivalence does not refer to,

10   you know, impurity profile.

11         Q      I understand.  My question was bio

12   equivalence can be established in having impurity

13   profiles that match as between the reference listed

14   drug and the generic applicant, correct?

15         A      No, I didn't say that.

16         Q      Then answer the question.

17         A      Repeat your question please.

18         Q      Sure.  I said that a generic drug

19   manufacturer can meet FDA requirements for bio

20   equivalence without having an impurity profile that

21   matches the impurity profile of the reference listed

22   drug.

23         A      The generic manufacturer can establish

24   bio equivalence or a synthetic process irrespective

25   of whether they have -- what kind of impurities they

Page 21

1    have.  They could have harmful impurities, they

2    could have harmless impurities, and they can still

3    establish bio equivalence, but that's irrespective

4    of what kind of impurities they have.

5            Q      Does the Food, Drug, and Cosmetic Act

6    contain a definition of an adulterated product?

7                   MR. NIGH:  Form.  Outside the scope.

8            A      To me, adulterated products are

9    products that have been contaminated.

10           Q      Well, I appreciate your definition,

11   but I'm really not interested in it.  My question

12   was, does the Food, Drug, and Cosmetic Act contain a

13   definition of what constitutes adulterated product?

14           A      Yes, they do.

15                  MR. NIGH:  Hold on.  Hold on.  Object

16   to the colloquy.  It's inappropriate.  You can

17   answer.

18           A      Adulterated products are products that

19   are mislabeled.  They don't have proper label and

20   they could have toxic impurity in it, either

21   intentionally or inadvertently, and they could be

22   called adulterated.

23           Q      Have you ever read the definition of

24   an adulterated drug product under the Food, Drug,

25   and Cosmetic Act?

Page 22

1          A       Yes, I have.

2          Q       Are you familiar with the definition

3    under Section 351 of the Food, Drug, and Cosmetic

4    Act?

5          A       I haven't looked at it exactly today,

6    but I am familiar with that.

7          Q       Section 351 defined an adulterated

8    drug as one where its strength differs from or its

9    quality impurity fall below the standards set forth

10   in the compendium.

11         A       I agree with that.

12                 MR. NIGH:  Hold on.  Was there a

13   question?

14                 MR. TRISCHLER:  There was.

15         A       You just read the definition.

16         Q       Right.  And you would agree with that

17   definition, right?

18                 MR. NIGH:  Form objection.  Outside

19   the scope.

20         Q       You agree with that definition, sir?

21         A       If you're reading it from the regs,

22   yes.

23         Q       And where there is a USP monograph,

24   any article marketed in the United States must meet

25   the requirements and specifications of the

Page 23

1    monograph.  Agreed?

2         A      Would you repeat your question?

3         Q      Sure.  Where there is a USP monograph,

4    any drug product marketed in the United States must

5    meet the requirements and specifications of that

6    monograph?

7         A      USP drug is the minimum requirement

8    that is required, absolute minimum.  Manufacturers

9    are required to go above and beyond those

10   requirements.

11        Q      Are they required to meet -- where a

12   monograph exists and applies, are manufacturers

13   required to meet their specifications of the

14   monograph?

15        A      You spoke too fast.  You got cut out.

16   Could you repeat?

17        Q      I'll try.  Where there is a USP

18   monograph that applies to a drug product are

19   manufacturers required to meet those specifications

20   and criteria in the monograph?

21               MR. NIGH:  Objection.  Asked and

22   answered.

23        A      I answered that question already.  USP

24   monograph is the minimum standards and manufacturers

25   are required to go above and beyond that.

Page 24

1          Q        Can you cite me an authority for the

2    proposition that you just stated, that the USP

3    monograph is a minimum standard?  Where is that

4    specified anywhere in the public literature?

5          A        I can't put my fingers on it right

6    now, but I can look it up for you and show you.

7          Q        Well, we'll take multiple breaks

8    during this day and so I'd like you to find me --

9          A        I will.

10          Q        Let me finish, please.  Can I finish,

11    please?

12          A        Absolutely.

13          Q        Sir, this is really difficult if we

14    talk over one another.  I'll do my best not to talk

15    over you, but please let me finish my statement and

16    my question.

17          I'd like you to cite for me the authority for

18    that novel proposition that you just offered, because

19    I've not seen it.

20          A        I will.

21          MR. NIGH:  Hold on.  Hold on.  Hold

22    on.  Form objection and now I would object to

23    whatever exercise there is that is supposed to do

24    something during the breaks while he's trying to

25    take restroom breaks.  We are going far outside the

Page 25

1    scope of his opinion and he has authority in his

2    expert report if you want to read his certification.

3              A      Sir, can I respond to that question?

4    I think that I can refer you to USP's website and

5    under, basically, overview, USP monograph basically

6    articulates that there is a minimum quality

7    standards and the companies have to go above and

8    beyond that.

9              Q      So I will find that on USP website?

10             A      You should able to find that on USP

11   website, usp.com.  Go to about USP and you should be

12   able to find that.

13             Q      Will I find that requirement posted

14   anywhere else?

15             A      I don't know.  I'm sure there are.  If

16   you Google it, you will find it.

17             Q      Is there any requirement anywhere in

18   the USP mandating that a generic equivalent product

19   match or mirror the impurity profile of the RLD?

20             MR. NIGH:  Form objection.

21             A      There is the regs -- first of all, USP

22   is not a regulatory body.  USP is an independent

23   company.  The regs are clear.  There is the concept

24   of sameness, chemical equivalents, active

25   equivalents, impurity equivalents, and there is the

Page 26

1    concept of bio equivalents, therapeutic equivalents.

2    I can't comment on a lot of those things because I

3    am not a physician, but those are all spelled out in

4    the regs and you can look that up.

5           Q      Where is the requirement for what you

6    call chemical equivalent, where is that term used in

7    the Food, Drug, and Cosmetic Act or the regulations

8    of the FDA?

9           A      It's cited in my report, sir.

10          Q      No, it's not.  You don't provide any

11   citation for what constitutes chemical equivalents

12   in your report.

13                 MR. NIGH:  Objection.  Hold on.  I

14   don't know if that was a question.

15          A      I responded to your question.

16          Q      Show me in your report --

17          A      Look at my report.

18          Q      Show me in your report where there is

19   a regulatory definition of what you just called

20   chemical equivalence.  You can look at your -- take

21   your time.  Look at your report and show me where

22   there is a definition of chemical equivalence either

23   in Food, Drug, and Cosmetic Act or regulations in

24   the FDA or in any guidance in the FDA, for that

25   matter.

Page 27

```
 1        A       Okay.  Hang on one second.  I've got
 2    to get the report from my desk.
 3               THE VIDEOGRAPHER:  Would you like to
 4    go off the video record or would you like to stay
 5    on?
 6               MR. TRISCHLER:  I don't care.
 7        A       Okay.  I'm back.  Sorry.  I put this
 8    on my computer.  Basically, the generic drug
 9    manufacturers have an ongoing federal duty of
10    sameness in their product and their reference is
11    reference No. 2.  What that refers to is that the
12    identity of the active ingredients need to be
13    exactly the same.  The chemical synthesis of the
14    actual ingredients need to be the same.  And also,
15    this refers to the impurities that are present need
16    to be impurities that are either established by the
17    brand, established by the USP or impurities that are
18    established by the generic manufacturers; and those
19    impurities, if the generic is using exactly the
20    brand chemical procedure, if they are using the same
21    recipe with the same, basically, various ingredients
22    that they're using; different intermediates,
23    different reagents, if they are using the same, then
24    they should expect to have the same chemical
25    impurities.
```

Page 28

```
 1          If they are modifying the chemical procedure,
 2     in which case in the case of your clients they are
 3     modifying their brand's chemical procedure, then they
 4     should expect a different chemical impurities.  And
 5     because they are modifying those chemical procedures
 6     and the reagents, then they have an obligation to
 7     identify those impurities and determine that they are
 8     not genotoxic.
 9          It's a very long winded question to my,
10     basically, one paragraph.  It's No. 18 in my expert
11     report.
12               MR. TRISCHLER:  Object and move to
13     strike as nonresponsive.
14          Q     Do you remember what they question
15     was?
16               MR. NIGH:  Hold on.  This has already
17     been discussed that it's inappropriate during the
18     deposition.  It's already been ruled on to object as
19     nonresponsive.  The colloquies that you're giving,
20     Mr. Trischler, have been ruled on previously as
21     inappropriate.
22               You've also threatened sanctions.
23     That's also been ruled on as being inappropriate.
24     These are all the things that the defendants argued
25     that Mr. Slater was doing that was inappropriate and
```

Page 29

```
 1   now you're doing it yourself after Judge Menaski
 2   ruled that all these issues are inappropriate.
 3   We've got to put some brakes on this.
 4              MR. TRISCHLER:  Are you done with your
 5   speech, Daniel?  I just asked him.
 6              MR. NIGH:  No, no, no, no.  You can't
 7   ask him --
 8              MR. TRISCHLER:  All I am asking is if
 9   he remember --
10              MR. NIGH:  You can't move to strike.
11   It's inappropriate, and the combativeness with this
12   witness is completely inappropriate.  It's not just
13   the speech.  We can have a conversation with the
14   judge if we need to.
15              MR. TRISCHLER:  Are you done?
16              MR. NIGH:  No, I'm not done.  I don't
17   think you're recognizing it.  You're doing so many
18   inappropriate things.  We have to not do this.  You
19   can't badger this witness.
20              MR. TRISCHLER:  If you need to call
21   the judge, go ahead.  I welcome it.
22              MR. NIGH:  Okay.
23              MR. TRISCHLER:  I welcome it.
24              MR. NIGH:  Are you going to keep doing
25   the things you're doing?
```

Page 30

1               MR. TRISCHLER:  Because I would love

2       the judge to read this transcript.

3               MR. NIGH:  Do you have every intention

4       to keep threatening for sanctions?  Do you have

5       every intention to keep moving to strike as

6       nonresponsive, because if you do, then we might as

7       well call the judge now, because he's already ruled

8       that that's inappropriate.

9               MR. TRISCHLER:  I have already

10      intention of asking relevant questions and I'm

11      hoping to get some responsive answers to those

12      questions.

13              MR. NIGH:  Okay.  Well, I hope that

14      you stop moving to strike as nonresponsive and

15      threatening sanctions.

16              MR. TRISCHLER:  If you want to call

17      the judge, I'd welcome it, because I would love for

18      him to have the opportunity to read this transcript.

19         A      Please repeat your question.

20         Q      You used the term "chemical

21      equivalents" and suggested that generic

22      manufacturers have an obligation to establish

23      chemical equivalents and my question to you, sir,

24      was where in the Food, Drug, and Cosmetic Act or the

25      regulations of the FDA is the term "chemical

Page 31

1    equivalents" anywhere defined and where would that

2    requirement be established?  That was what led you

3    to look at your report.  That's the question that

4    I'm looking for an answer to.

5           A       Okay.  Let me go back to my report

6    again, okay.  So I'm going to read back from my

7    report, okay.  Generic drug manufacturers have an

8    ongoing federal duty of sameness in their product,

9    reference No. 2.  The generic manufacturers must

10   demonstrate that their active ingredients are -- and

11   have identical strength quality, purity -- I

12   underlined that purity -- and potency and were

13   applicable other characteristics as the reference

14   listed  drug.

15                  (Clarification requested by the

16           reporter.)

17           A       I will repeat.  Generic drug

18   manufacturers have an ongoing federal duty of

19   sameness, meaning equivalence, in their products.

20   The generic manufacturers must demonstrate that

21   their active ingredients -- in this case active

22   compounds, the compound that's responsible for its

23   therapeutic potential -- are the same as reference

24   listed drug.  "Same" here, Mr. Trischler, means

25   identical; identical chemical structure, identical

Page 32

1    molecular weight, identical to every sense of

2    chemical sense.  They should have same strength,

3    same quality, purity.

4        Purity here refers to the chemical purity of

5    the drug and the impurity profiles of those drugs;

6    and both potency.  And potency is really a function

7    of, you know, excipients and what excipients it's in

8    and whether it's going to be released properly.

9        So you get into a -- you know, I could talk

10   about this for a couple hours, but that's what that

11   is.  And I'm referencing No. 2, No. 3, No. 4, these

12   are basically the regs that are there.

13       And the regs, as you well know, are vague

14   enough and that can be -- you know, they are really

15   the minimum standards.  You know there is a concept

16   that they say CGMP.  C talks about current good

17   manufacturing practices and "current" means the

18   highest technology, technologies, of today; and the

19   generic are responsible to living up to that standard

20   of the latest standards.

21       I hope -- that was a long answer to your

22   question.  I hope that I answered it.

23       Q     It was long.  It was not an answer to

24   the question, but I'll ask it again.

25       A     Well, you know, that's my answer.  If

Page 33

1    you want, I can repeat the same thing that I just

2    gave you.

3            Q       If you could stop talking for a

4    minute, I'll try to ask another question.  What you

5    read from was paragraph 18 of your report, correct?

6            A       Correct.

7            Q       In paragraph 18 the words "chemical

8    equivalent" never appear, do they?

9            A       Chemical equivalents --

10           Q       Do the words chemical equivalent

11   appear?

12                   MR. NIGH:  No, no, no, no, no, no, no,

13   no.

14                   Mr. Trischler, he was clearly not

15   finished with his answer there.  No, no, no.  That

16   is completely inappropriate.  You can finish your

17   answer, Dr. Najafi.

18                   MR. TRISCHLER:  He has to answer it

19   first and then he can --

20                   MR. NIGH:  No, he does not.  Let him

21   answer the question.  Let him answer the question.

22   That's completely inappropriate.

23                   MR. TRISCHLER:  Now you're saying he

24   can't answer the question?

25                   MR. NIGH:  You're interrupting the

Page 34

1    witness over and over and over again.  He was not

2    done and he was starting to answer your question.

3    He got two words out and you interrupted him; two

4    words out.  The video record is very clear on this.

5                    MR. TRISCHLER:  You just said he

6    doesn't have to answer the question.  That's what

7    you just said.

8         A      No, I did not say he doesn't have to

9    answer the question.  I said he doesn't have to

10   answer it in the way that you want him to answer it

11   at the very beginning of the answer.

12                   MR. TRISCHLER:  Let's try it again.

13                   MR. NIGH:  How about you ask the

14   question and don't interrupt him, please.

15                   MR. TRISCHLER:  Let's try again.

16                   MR. NIGH:  That's pretty

17   inappropriate.

18   BY MR. TRISCHLER:

19        Q      Do the words "chemically equivalent"

20   appear anywhere in paragraph 18 of your report?

21        A      The word "equivalence" doesn't need to

22   appear in No. 18.  Sameness is chemical equivalence.

23        Q      Is there a definition of chemical

24   equivalence in the Food, Drug, and Cosmetic Act?

25        A      I don't know.

Page 35

1          Q        Is there a definition of chemical

2     equivalence in the regulations established by the

3     FDA?

4          A        I don't know.

5          Q        Is there a -- you used the term

6     "impurity equivalence."  Is there a definition of

7     impurity equivalence under the Food, Drug, and

8     Cosmetic Act?

9          A        The definition I just read, it's

10    the -- regs are clear the active ingredients need to

11    be the same.  They need to be identical.  The

12    quality, purity; you know, the identity of the drug

13    needs to be identical; potency, those are what

14    chemical equivalence is referring to.  Perhaps I'm

15    not giving you the answer you like to hear, but

16    that's the answer.

17         Q        Is impurity equivalence a defined term

18    under the Food, Drug, and Cosmetic Act?

19         A        I gave you my answer, you know.  You

20    have to have -- you know, the purity profile need to

21    have -- you either are following the brand procedure

22    and recipe, then you're going to end up with the

23    same impurity profile.  If you're not following the

24    brand's procedure, you're going to end up with

25    different impurity profile.  Those impurities can be

Page 36

1    safe, can be harmful.

2          Q      Sir, I didn't ask you any of that.

3    All I simply asked you is you used the term

4    "impurity equivalence" earlier in your testimony and

5    my question is the term impurity equivalence a

6    defined term under the Food, Drug, and Cosmetic Act?

7          A      I have to -- you know, I can look that

8    up during the break and get back to you.

9          Q      Do you know if the term impurity

10   equivalence is defined in the FDA regulations or FDA

11   guidance?

12         A      Purity profile is the same.  You know,

13   basically you have to have -- you know, I responded

14   to the question.  You're either following the

15   brand's recipe and you get the same purity/impurity

16   profile and the same purity or you're not following

17   brand's procedure.

18         If you're not following brand's procedure

19   you're going to get a different impurity profile and

20   those impurity profiles could have genotoxic compound

21   in it and it could be non-genotoxic compound in it.

22         Q      Not my question again, sir.  My

23   question was simply do you know whether the term

24   that you used "impurity equivalence" is a term that

25   is defined in any FDA guidance document or FDA

```
                                                    Page 37

   1     regulations?

   2              A       It may --

   3                      MR. NIGH:  Hold on.  Form objection.

   4     Just give a little bit of time between his question

   5     and your answer, because I may have an objection,

   6     form objection.  You can answer.

   7              A       It may or may not.

   8              Q       Does FDA ever establish a requirement

   9     that a drug manufacturer identify all impurities in

  10     its drug label?

  11              A       Would you repeat your question?

  12              Q       Is there any FDA requirement for a

  13     drug manufacturer to identify all impurities in its

  14     drug label?

  15              A       There is a requirement that the

  16     manufacturers identify all impurities that are

  17     greater than certain percentage, and also there is a

  18     requirement that the manufacturers identify any

  19     potential genotoxic impurities.  And typically those

  20     are considered impurities of concern because of

  21     their genotoxicity and those impurities are

  22     predetermined or pre -- sort of predicted by the

  23     expert chemist at the manufacturers based on certain

  24     ingredients and based on certain chemical structures

  25     that may be used.
```

Page 38

1          Q        You know what I mean by labeling?

2          A        Please define it.

3          Q        Labeling is a defined term under the

4     Food, Drug, and Cosmetic Act.  Are you familiar with

5     the FDA definition of the term?

6          A        Why don't you give me the FDA

7     definition.

8          Q        I don't have it in front of me, but

9     for purposes of today I'm talking about the full

10    prescribing information provided to prescribers and

11    patients when their drug is dispensed.  Okay?

12         A        Right.

13         Q        Do manufacturers identify impurities

14    in their FDA-approved labeling?

15         A        They do.  Manufacturers do identify

16    impurities --

17         Q        Okay.

18         A        -- in their drug.

19         Q        As part of your work in this case, did

20    you review the Diovan labeling?

21         A        No, I haven't.

22         Q        Have you reviewed the Exforge

23    labeling?

24         A        No, I haven't.

25         Q        I think I sent some potential exhibits

Page 39

1    ahead of time to the court reporter that we

2    premarked.  I think I premarked Exhibit 13 as a

3    Diovan label.

4         A     I was told -- I got a piece of mail

5    here.  I was told not to open it until you guys

6    instruct me.  Is that the one you want me to open

7    it?

8         Q     No, I didn't ask you to open anything.

9         A     Okay.  You want me to open it?

10        Q     No.  I have no idea what you're

11   talking about.  I didn't ask you to do anything.

12              MS. HILTON:  Just for the record,

13   Clem, this was something that John Giselson and the

14   Aurobindo counsel had sent to Dr. Najafi and

15   instructed him not to open it.  So Dr. Najafi, I

16   think, continue to keep that box unopened until

17   Mr. Giselson and the lawyers for Aurobindo question

18   you.

19   BY MR. TRISCHLER:

20        Q     What we marked as Exhibit 13 is a copy

21   of the FDA approved labeling for Diovan.

22        A     Okay.

23        Q     Have you ever seen this before, sir?

24        A     Could you make it bigger?

25              THE VIDEOGRAPHER:  Sir, we just lost

Page 40

1      your video feed.

2                  MR. NIGH:  Is this document going to

3      also be disclosed, because he can look at the full

4      label and I don't see it here yet in the share file.

5                  MR. TRISCHLER:  Frank -- hold on a

6      second.  I'm talking to Frank Stoy from my office

7      who I also think is listening in.  Frank, why don't

8      you put in the chat all the things that we

9      premarked.

10          A      I can't see this.  I need to print

11     this.  So if you could email it to me, Daniel or

12     Rosemarie, that would be great.  I can print it so I

13     can look at it.  I can't read it.

14                  MR. STOY:  I could try to draw up

15     these documents in the chat as we use it.  There is

16     also a share file link that I think Layne just put

17     in the chat where, Dr. Najafi, you should be able to

18     download the exhibits as they're marked.

19                  THE WITNESS:  Great.

20     BY MR. TRISCHLER:

21          Q      So you can't see this, is that what

22     you're telling me?

23          A      I can't see it, no.  I have a -- it's

24     very small on my screen.

25          Q      Well, then I guess --

Page 41

```
 1          A       What are you referring to?
 2          Q       Well, I guess -- hold on.  I guess we
 3     need to take a break until you can see it.
 4                  THE VIDEOGRAPHER:  Going off the
 5     record, yes?
 6                  MR. TRISCHLER:  Yes.
 7                  THE VIDEOGRAPHER:  The time is 9:58.
 8     This concludes Media 1.
 9                  (A recess was taken.)
10                  (After the recess the following
11          occurred:)
12                  THE VIDEOGRAPHER:  The time is now
13     10:14.  We are back on the video record.  This
14     begins Media 2.  And counsel, would you like me to
15     put the document that was on the screen up again?
16                  MR. TRISCHLER:  Yes, please.
17     BY MR. TRISCHLER:
18          Q       Doctor, earlier we had talked about
19     the definition of "adulterated" under the Food, Drug
20     and Cosmetic Act.  Would you agree with me that the
21     term "misbranded" is also defined under the statute?
22                  MR. NIGH:  Objection.  Scope.
23          A       Would you repeat your question?
24          Q       Is the term "misbranded" defined in
25     the Food, Drug, and Cosmetic Act?
```

Page 42

1             MR. NIGH:  Objection to form.

2        A        Yes, I believe it is defined.

3        Q        And under the Food, Drug, and Cosmetic

4   Act a drug is deemed misbranded when its labeling

5   proves to be false or misleading.  Can we agree on

6   that definition?

7             MR. NIGH:  Objection.  Scope.

8        A        I agree that a misbranded drug

9   contains something that shouldn't be there.

10       Q        Is that your definition or are you

11  suggesting that's the definition provided in the

12  Food, Drug, and Cosmetic Act?

13            MR. NIGH:  Objection.  Form.

14       A        A misbranded drug is a drug that has

15  false or misleading label.

16       Q        Okay.  Thank you.  So now we are

17  looking at the labeling for Diovan.  I have marked

18  it as Exhibit 13.  Are you now able to see it?

19       A        Yes.  I have it on my second monitor

20  here so I can actually see it.  I am going to be

21  looking at my own version, but I have it.  I am

22  looking at the same area.

23       Q        All right.  And can you go through

24  this -- the label that we marked as Exhibit No. 13

25  and tell me where Novartis discloses the impurities

Page 43

1     in its Diovan product?

2              A       Okay.  Let me look.

3                      MR. NIGH:  Objection.  Scope.

4              A       So Novartis does not mention this

5     particular genotoxic impurities, because their

6     product didn't have any.

7              Q       That wasn't my question.  My question

8     was where do they list any impurities.

9                      MR. NIGH:  Form objection.  Scope.

10             A        This is not the place where they would

11    list their impurities.

12             Q       Is there any requirement that

13    impurities -- that a drug manufacturer list

14    impurities in its label, FDA labeling?

15                     MR. NIGH:  Objection.  Scope.

16             A       I don't think there is any

17    requirement, per se, to list it.  You know, if

18    you're looking at this label, you know, the only

19    thing you see is the active compound.

20             Q       And that's my question, sir.  Does any

21    drug manufacturer list or identify impurities in its

22    labeling?

23                     MR. NIGH:  Objection.  Scope.

24             A       I don't believe they do, but they need

25    to file it with the FDA.  They need to let FDA know.

Page 44

1    They need to disclose it on their batch record.

2    They need to identify it, all their degradation

3    products, and disclose it to the FDA in their

4    filing.

5           Q     In their -- sorry.  I thought you were

6    finished.  Well, that's true in part, but isn't it

7    also true that all -- that there is an allowance for

8    unknown and unidentified impurities in every drug

9    product made and sold in America?

10                    MR. NIGH:  Was that a question?

11                    MR. TRISCHLER:  Yes, sir.

12                    MR. NIGH:  Objection.  Scope.

13          A     What was your question?

14          Q     I said isn't it true that there is an

15   allowance for unknown impurities in every drug

16   product?

17                    MR. NIGH:  Objection.  Scope.

18          A     There is an allowance for unknown

19   impurities for every drug, provided they are not

20   genotoxic.

21          Q     And prior to June of 2018, can we

22   agree that there was no requirement established by

23   the FDA or specified in USP for nitrosamine-specific

24   testing?

25                    MR. NIGH:  Objection.  Scope.

Page 45

1          Q       Are you referring to particular

2     valsartan drug?

3          A       No, I'm talking about any drug.  I

4     said prior to June of 20-- 18, are you aware of any

5     requirement that was established by the FDA or

6     specified in USP that required nitrosamine-specific

7     impurity testing.

8                        MR. NIGH:  Objection.  Scope.

9          A       So my answer is genotoxic compounds

10    need to be identified per the ICH guideline M7, and

11    I refer you to that.  They need to be identified and

12    they need to be reported and they need to be

13    controlled and managed and, you know, the whole

14    nine yards.  And yes, they would have to be -- they

15    would have to be measured and by various

16    instrumentation:  GC, GCMS, LCMS, they need to know

17    the amount; and there was a limit on the amount

18    allowable for various impurities genotoxic

19    impurities, I should say.

20                        UNIDENTIFIED SPEAKER:  Excuse me,

21    counsel.  Are you in need of another court reporter

22    or are you all set, Michelle?  I was just told to

23    join the meeting.

24                        (Off the record.)

25         Q       Do you know what the acceptance

Page 46

```
 1    criteria was for impurities under the valsartan USP
 2    monograph in the summer of 2018?
 3                    MR. NIGH:  Objection.  Form.
 4         Q      The acceptance criteria was to produce
 5    the active compound and have impurities that are
 6    safe, that are inert and have a safe drug.  That was
 7    the requirement, and there were impurities that were
 8    listed that could potentially be formed and those
 9    impurities are typically impurities that the brand
10    discloses to the USP or USP also, you know, acquires
11    it through their own research.
12                    MR. TRISCHLER:  Can you put up what
13    was premarked as Exhibit 17, please.
14         A      Okay.
15         Q      Have you seen this document before,
16    sir?
17         A      Hang on a second.  Let me -- this is
18    you is -- yes I have.
19         Q      What is it?
20         A      It's a USP, you know, monograph for
21    the -- basically, limits of different impurities and
22    different -- you know, the acceptance criteria from
23    USP's point of view.
24         Q      And what's the acceptance criteria for
25    impurities under the USP standards as set forth in
```

Page 47

1      Exhibit 17?

2                  MR. NIGH:  Objection.  Scope.

3          A      The acceptance criteria is to have,

4      you know, basically each total -- each individual

5      impurities not basically greater than .2 percent or

6      not important .2 or .4, various impurities that are

7      listed, and that would be the accepted criteria.

8          Q      If you go to the next page of

9      Exhibit 17, in particular Table 1, it lists the

10     specification and acceptance criteria for unknown

11     impurities is 0.1 percent, correct?

12                 MR. NIGH:  Objection.  Scope.

13         A      Let me.  Are you -- okay.  Thank you

14     for making it bigger.  So, yeah.  As you can see

15     from this impurity profile, there is no genotoxic

16     impurity mentioned here.

17         Q      I didn't ask you that, sir.  I said,

18     what's the acceptance -- was the criteria in the USP

19     monograph for unknown impurities 0.1 percent.

20     That's the only question I asked.

21                 MR. NIGH:  Form objection.  His answer

22     was responsive and I object to the colloquy.  You

23     could answer.

24         A      The acceptance criteria presupposes

25     that the compound in question has no genotoxic

Page 48

1    compound such as NDMA or NDEA, presupposes.

2         Q     Where does it say that in the USP

3    monograph?

4         A     You don't see that on the screen.  If

5    it was part of the impurity profile, it would have

6    been mentioned.  Since it's not, it means it

7    shouldn't have any.

8         Q     Today in 2021 what does the USP for

9    valsartan provide as to the impurity acceptance

10   criteria?

11              MR. NIGH:  Objection.  Scope.

12        A     I haven't looked at the latest -- I

13   don't have access to that document but, you know, it

14   presupposes there is no genotoxic compound in

15   valsartan.

16        Q     I'm puzzled by that, sir.  Where is it

17   written anywhere in regulations, guidance or USP

18   acceptance criteria that these numbers presuppose no

19   genotoxic impurities; does anyone say that other

20   than Ron Najafi?

21              MR. NIGH:  Object to the colloquy and

22   object to scope.

23              MR. TRISCHLER:  There was no colloquy.

24   That was a question.

25              MR. NIGH:  No, but beginning part of

Page 49

1    that question started out with, "I'm puzzled."  That

2    is a colloquy.

3          Q     So this -- I will ask it again, sir.

4    This idea that these acceptance criteria presuppose

5    that there is no genotoxic impurities, where is that

6    coming from?

7                MR. NIGH:  Objection.

8          Q     Where --

9                MR. NIGH:  Form objection.

10          Q     Where is that?

11                MR. NIGH:  Sorry.  Scope.

12          A     I refer you to USP website and

13    specifically there is a specific mention that for

14    impurities known that are suspected carcinogen that

15    are toxic, that are genotoxic, a quantitation and

16    detection limit shall be established.  This is USP.

17    It is ICH guideline, ICH M7.  It's FDA.  You know,

18    if you want me, I can specifically cite you page and

19    the language during the break.

20          Q     We don't have to.  I would like that,

21    but we don't have to do it right now, because during

22    the last break I did some homework and I would ask

23    you to take a look at Exhibit 27.  This is the USP

24    website you were telling me about, right?

25          A     Right.

Page 50

1          MR. NIGH:  Objection to the colloquy.

2      Q      And you said this is the site where I

3   can go to where there is going to be a statement and

4   public pronouncement that the USP specifications are

5   minimum standards, so look at Exhibit 27 and tell me

6   where it says that, sir.

7          MR. NIGH:  Form objection.  Outside

8   the scope.  Mischaracterizes his testimony.  You can

9   answer.

10     A      I am not sure what you found on USP

11  website, if you found the right page, but I will

12  point that to you later.

13     Q      I'm asking you to take a look at

14  Exhibit 27 and tell me if there is anything on

15  Exhibit 27 that suggests that the USP monographs

16  specifications are minimum standards.

17     A      So, specifically monograph articulates

18  the quality expectation for medicines, including for

19  its identity, strength and performance.  They are

20  also described a test to validate that in medicine

21  that its ingredients meet these criteria and

22  basically, I would have to do my own search to show

23  you that specific language.  I'm not sure if you

24  have it in the documents you gave to me.

25     Q      Exhibit 27 is a multipage document.

Page 51

1    Do you want to look at the whole thing and see if

2    there's anything in there to suggest that USP

3    requirements are minimum standards?

4         A    If you give me a second, I will look

5    it up for you.

6         Q    Sure.  Let's go off the record.

7         A    Let's go off line.

8              MR. NIGH:  Hold on.  What are you

9    looking up at this point, Dr. Najafi, the exhibit?

10   You're looking at the exhibit or you're looking it

11   up online?

12             THE WITNESS:  No.  I want to go online

13   and look up something for him.

14             THE VIDEOGRAPHER:  Are we all okay to

15   go off the record?

16             MR. TRISCHLER:  Yes.

17             MR. NIGH:  No.  Do you want him to go

18   online and look this up for you, Mr. Trischler?

19             MR. TRISCHLER:  The witness said he

20   wants to, so let's go off the record and we will

21   come back when he's ready.

22             THE VIDEOGRAPHER:  The time is 10:32.

23   We are going off the video record.

24             (A recess was taken.)

25             (After the recess the following

Page 52

```
 1        occurred:)
 2                    THE VIDEOGRAPHER:  The time is 10:46.
 3        We are back on the video record.  You may proceed.
 4        BY MR. TRISCHLER:
 5             Q      Okay.  We just took a break.  Doctor,
 6        you said that you wanted to take some time to review
 7        some material.  Have you had the chance to do that?
 8             A      Okay.
 9             Q      Have you had the chance to look at
10        whatever it was?
11             A      Yes, I did.  I did.
12             Q      Hold on.  That's the only question I
13        asked you right now.  Did you talk to anyone while
14        we were on that break?
15             A      No, I didn't.
16             Q      You reviewed while we were on that
17        break?
18             A      Yes.
19                    MR. NIGH:  It wasn't really a break
20        for Dr. Najafi.
21             Q      What did we review at the time we went
22        off the record at your request?
23             A      I looked at the USP website.
24             Q      Okay.  And did you find anything on
25        the USP website suggesting that the USP monographs
```

Page 53

1    were minimum standards?

2         A    So I looked at exact same page that

3    you're looking at, which is USP.org.  It's about USP

4    public policy overview of monograph.

5         Q    Did you find anything on that website

6    that we marked the pages of which we marked

7    Exhibit 27 that indicate the USP monographs are

8    minimum standards?

9              MR. NIGH:  Form objection.  That

10   document is just one small part of the entire

11   USP.org.  You can see the site map which has much

12   more than this little snippet from the website.

13             MR. TRISCHLER:  Is that a proper

14   objection?

15             MR. NIGH:  It actually is, because you

16   misrepresented the document, so absolutely it is.

17             MR. TRISCHLER:  You know better.

18             MR. NIGH:  No.  You misrepresented the

19   document in your question just now.

20        Q    Sir, I'm just asking you to tell me

21   where it is published that USP monographs are

22   minimum standards.  You made that representation.

23   Where is it published?

24        A    Yes.  So I would like to point you to

25   No. 1 where it says (1) monograph in your exhibit.

Page 54

1      Monograph articulates the quality expectations,

2      quality expectations to anybody familiar with the

3      art; art of synthesis and manufacturing.  It means

4      minimum expectation.  That's my understanding and

5      that's my pure understanding.

6            Those quality expectations, it's like, you

7      know, just like the bar that you have to have, you

8      know, and that's a starting point for a medicine

9      including for its identity, strength, purity,

10     performance.  They also describe the tests to

11     validate and so forth and so on, which is all -- you

12     can read it as well.  That's the minimum standard.

13           Q     And so if we go back to the monograph

14     itself which we had previously marked, I think, as

15     Exhibit 17, you remember the table told us that

16     under that -- it is the next page.  Thank you.

17           The table told us that the acceptance criteria

18     for unknown impurities was 0.1 percent, right?

19           A     Right.

20           Q     And 0.1 percent, that translates to

21     about 1,000 parts per million, right?

22           A     Right.

23           Q     And if we're talking about a 320

24     milligram tablet and we wanted to convert that to

25     nanograms, that would be about 320,000 nanograms,

Page 55

1    right?

2         A      Yes.

3                MR. NIGH:  Objection.  Scope.

4         Q      So, according to USP, whether it's

5    standards or minimum, maximum or something in

6    between, it's acceptable to have a drug product with

7    unknown impurities of as high as 320 nanograms in a

8    320-milligram tablet, right?

9                MR. NIGH:  Objection.  Scope.

10        A      USP also refers you to ICH guidelines

11   and genotoxic guidelines, and those genotoxic

12   compounds could be as low as, you know, zero.

13        Q      But it could be as high as 320,000

14   nanograms?

15        A      Could be as high as that level, but

16   the drug would not probably get approved.

17        Q      Well, it would meet USP acceptance

18   criteria, right?

19        A      No, it wouldn't.

20        Q      An unknown impurity -- we just went

21   through the table.  An unknown impurity in a

22   320-milligram drug product can be as high as 320,000

23   nanograms, right?

24        A      Unknown impurities that are not

25   genotoxic can be as high as, you know, 300,000

Page 56

1    nanograms.  If they are genotoxic, no.

2          Q      I am going to switch gears for a

3    minute.

4          A      And you can refer you to my reference

5    on ICH guideline M7.

6          Q      I didn't even ask you a question.

7          A      It's part of the previous question.

8          Q      You told me at the beginning of this

9    deposition that you'd been retained in the valsartan

10   MDL to offer expert testimony right?

11         A      Yes.

12         Q      Do you remember when you were first

13   retained in the valsartan matters?

14         A      Repeat your question, please.

15         Q      Do you remember when you were first

16   retained in the valsartan matters?

17         A      I think I was retained sometime in

18   2019; October, maybe September, October 2019.

19         Q      Can you identify the plaintiff's

20   lawyer or lawyers who retained you?

21         A      Yes.

22         Q      Can you identify them?

23         A      They're on the phone.  They're on the

24   Zoom.

25         Q      Well, I'd like you to tell me their

Page 57

1    names, please.

2              A      Daniel, Rosemarie and Brad.

3              Q      Daniel Nigh -- for the record, Daniel

4    Nigh, Rosemarie -- what is Rosemaries' last name?

5              A      Bogdan.

6              Q      And who is the third person you

7    mentioned?

8              A      Brad Vaughn.

9              Q      I'm sorry.  Did you say Vaughn?

10             A      Yes.  It's the firm Pendley Bovin &

11   Hoffman, I think, or --

12             Q      All right.  Have you also been

13   retained by plaintiff's counsel as a consultant in

14   the ranitidine MDL?

15                   MR. NIGH:  Hold on.  I am going to

16   instruct him not to answer.

17                   MR. TRISCHLER:  Can I ask on what

18   basis?

19                   MR. NIGH:  Actually, we have disclosed

20   an opinion, so you can ask him.  Go ahead.

21             Q      Have you also been retained as a

22   plaintiff's consultant in the ranitidine MDL?

23             A      I have been retained as a consultant

24   in the ranitidine matter.

25             Q      And in this litigation, the valsartan

Page 58

1    cases, do you understand that claims have been

2    brought against -- well, strike that.

3           Let me ask you this first:  In the ranitidine

4    litigation, do you understand that claims have been

5    brought against brand and generic manufacturers based

6    on the presence of nitrosamines in

7    ranitidine-containing products?

8           A      Could you repeat your question?

9           Q      Sure.  In connection with your work in

10   the ranitidine litigation, I'm simply asking you if

11   you have an understanding that in that lawsuit there

12   have been claims brought against both brand and

13   generic drug manufacturers based on the presence of

14   nitrosamines in drugs made by both brand

15   manufacturers and generic.

16          A      I believe so.

17          Q      Do you know how many drug

18   manufacturers and drug suppliers have been sued by

19   plaintiffs in the ranitidine MDL stating their

20   products contain nitrosamines?

21          A      There are many, many.  I can't tell

22   you.

23          Q      Is the number more than 75?

24          A      I don't think so.

25          Q      More than 65?

Page 59

1          A        I don't think so.

2          Q        More than 50?

3          A        I don't think so.

4          Q        Can you give me an estimate of how

5     many drug manufacturers and drug suppliers you

6     understand to be part of that case?

7          A        Probably a dozen.

8          Q        Do you know how many drug

9     manufacturers and drug suppliers are part of this

10    case, the valsartan MDL?

11         A        I don't, perhaps a dozen.

12         Q        In addition to the ranitidine MDL and

13    this lawsuit, is it true you're also working for

14    plaintiffs' lawyers in the metformin MDL?

15                  MR. NIGH:  Form objection.  I am going

16    to instruct him not to answer.

17                  MR. TRISCHLER:  What's the basis,

18    Daniel, just so I have it on the record?

19                  MR. NIGH:  If he is a consulting

20    witness, there is no opinion that's been disclosed

21    of metformin.

22                  MR. TRISCHLER:  Well, I don't know.

23    I'm asking.  Are you suggesting he's not a disclosed

24    expert in that case?

25                  MR. NIGH:  There's been no experts

Page 60

1   disclosed in the metformin litigation.

2       Q      Aside from the valsartan MDL and the

3   ranitidine MDL, are there any nitrosamine litigation

4   matters that you're working on where you have been

5   retained to offer expert testimony?

6                MR. NIGH:  And I would instruct that

7   if you were working on any other matters where your

8   expert opinion hasn't been disclosed, that you not

9   answer that question, because it's privileged.

10      Q      Can you answer that question, Doctor?

11               MR. NIGH:  Can you ask the question,

12  any other litigations where his expert opinion has

13  been disclosed?

14               MR. TRISCHLER:  I thought that was the

15  question I did ask.  Do you want me to ask it again?

16               MR. NIGH:  No, you actually didn't ask

17  that way, but if you ask that way, then we don't

18  have to worry about the privilege objection.

19      Q      Other than ranitidine and valsartan,

20  have you been retained by plaintiffs in other

21  litigation where your opinions have been disclosed

22  to provide testimony on matters relating to

23  nitrosamines?

24      A      So we are a contract lab and, you

25  know, less than 10 percent of our business comes

Page 61

1    from litigation support but, yes, we have been

2    retained by other firms regarding nitrosamines.

3            Q      And what other firms would that be?

4                   MR. NIGH:  Again, was there an opinion

5    disclosed in any other litigation other than

6    ranitidine and valsartan, any expert reports?

7    Otherwise, this is privileged material and I would

8    instruct you not to answer.

9                   MR. TRISCHLER:  I'm just trying to ask

10   a predicate question, whether there are any others.

11                  MR. NIGH:  He just said no.  I don't

12   know if you heard him.

13                  MR. TRISCHLER:  I did not.

14           A      I did not disclose any expert opinion

15   on any other matters.

16           Q      Except ranitidine and valsartan,

17   that's your testimony?

18           A      Valsartan we have not disclosed any

19   expert opinion either.  We have not finalized our

20   expert opinion as of yet.

21           Q      Well, that's news to me, because I

22   thought you did file a declaration that brings us

23   here today that contains some opinions and that's

24   what we're here to talk about.

25                  In any event, I think what you're suggesting

Page 62

1    to me is that you may have valsartan at a later date
2    and you may have other reports and other opinions; is
3    that what you're telling me?
4           A      That's correct.
5           Q      My only question -- only thing I am
6    trying to get to the bottom of is whether there is
7    any other litigation matters involving nitrosamines
8    that you have been involved in where you've
9    disclosed an expert opinion other than ranitidine
10   and valsartan?
11          A      No.
12          Q      The company that you own and operate,
13   as I understand it, is called Najafi Pharma Inc; is
14   that right?
15          A      Najafi Pharma Inc.
16          Q      Najafi Pharma.  Sorry about that.
17          A      Same as my last name.
18          Q      Yes, and Najafi Pharma does businesses
19   as Emery Pharma?
20          A      Yes, that's correct.
21          Q      Is Najafi Pharma Inc. a corporation?
22          A      Yes, that's correct.
23          Q      Is it publicly or privately held?
24          A      It's a privately held corporation.
25          Q      Who are the shareholders of that

Page 63

1    corporation?

2           A       My wife and me.

3           Q       How much of the stock do you own?

4           A       Fifty-fifty.

5           Q       I presume your wife then owns the

6    other 50 percent?

7           A       That's correct.

8           Q       And what is her name?

9           A       Kelly Faranghi.

10          Q       Do you mind spelling that for my

11   benefit?

12          A       Sure.  It's F as in Frank

13   A-R-H-A-N-G-I -- G-H-I, and first name K-E-L-L-Y.

14          Q       Since you and Kelly are the sole

15   shareholders of Najafi Pharma Inc, I assume, then,

16   that all revenues generated after expenses go to you

17   and your wife?

18          A       That's correct.

19          Q       In connection with your work as a

20   litigation consultant in nitrosamine litigation, are

21   the fees that you generate and the income that you

22   receive paid to you through the company or is this

23   litigation work something that you do independent of

24   Emery Pharma?

25          A       No, it's paid through the company.

Page 64

1          Q     Can you tell us what total revenues

2    have been generated by Emery Pharma by your work as

3    a paid consultant for plaintiffs in nitrosamine

4    litigation?

5          A     I don't have the exact number, but

6    it's around 200.

7                MR. NIGH:  No, no, no.  Sorry.  Sorry.

8    I would object.  You can ask what percentage of his

9    revenue over the last few years, but you can't ask

10   total revenue numbers.

11         Q     Who would --

12               MR. NIGH:  If you want to ask for this

13   litigation, that's fair, but you can't ask for all

14   litigations.

15         A     No, no.

16               MR. TRISCHLER:  And that's not even a

17   proper instruction for you to give, so just keep

18   putting on the robe as well as acting as an

19   advocate.  It's improper, but it doesn't appear that

20   you're ready to stop.

21         Q     Did you -- who would have the

22   information about your company about what revenues

23   Emery Pharma has generated from work in nitrosamine

24   litigation?

25               MR. NIGH:  Again, this goes outside

Page 65

1    the scope of what is allowable.  You can ask about

2    valsartan and the revenues for valsartan, but not

3    for all nitrosamine litigations.

4              MR. TRISCHLER:  Only thing I've asked

5    for the name of a person at the company who would

6    have that information.

7        A    I have that information.

8        Q    So you know the exact dollar amount?

9    I thought you said a few minutes ago you didn't know

10   it.

11       A    No, I didn't say that.

12       Q    Let me ask about some of the records

13   that I received specific to your valsartan work.

14             MR. TRISCHLER:  Can you display what I

15   premarked as Exhibit No. 2, please?

16       A    Yes.

17       Q    Exhibit No. 2 looks to be some form of

18   a retainer agreement.  Do I understand that

19   correctly?

20       A    That's correct.

21       Q    And is this the retainer agreement

22   that confirms your engagement --

23       A    That's correct.

24       Q    You've got to let me finish the

25   question, sir; confirms your engagement as a

Page 66

1    litigation consultant for the plaintiffs in the

2    valsartan litigation?

3            A       That's right.

4            Q       It looks like, if we go to page 4 of

5    this exhibit, it looks like it was signed in October

6    of 2019.  Do I have that right?

7            A       That's correct.

8            Q       And somewhere in here I think you

9    requested or your company requested a retainer of

10   $5,000; is that right?

11           A       I guess so, yes.

12           Q       Is that your usual retainer or would

13   that be something that was different for this case?

14           A       It varies.

15           Q       Was that retainer paid, if you know?

16           A       Yes, it had.

17           Q       And the retainer agreement says -- I

18   have to find the right spot, so bear with me.

19           A       All right.

20           Q       I'm looking at page 3, if you could

21   turn there.  Thank you.  There is a paragraph under

22   background and scope of work.  Do you see that, sir?

23           A       Yes, I do.

24           Q       And it says you're being -- Hollis Law

25   is engaging Ron Najafi as a consultant expert

Page 67

1      witness and Emery Pharma for laboratory activities

2      relating to valsartan NDMA, NDEA, NBMA and DMF.

3            A      That's correct.

4            Q      What is NBMA?

5            A      That's another nitrosamine impurity.

6            Q      Do you know what NBMA stands for?

7            A      Not off the top of my head, but it

8      is -- it could be butyl nitrosol -- n-methyl butyl

9      nitrosamine.  It could be n-methyl for amino, so I

10     have to check with my chemistry team what is part of

11     the proposal.

12           Q      Is part of the proposal DMF; what is

13     DMF?

14           A      DMF stands for dimethyl fumarate.

15           Q      And the second part of that or second

16     paragraph under that background and scope section of

17     the retainer agreement says, "While not currently in

18     the scope of work, if any testing of valsartan pills

19     is ordered by clients in the future, such testing

20     will be performed under CGMP/GLP."

21           A      Right.

22           Q      Did I read that correctly?

23           A      That's correct.

24           Q      And the -- see, I'm pretty sure I know

25     what CGMP stands for.  That's current good

Page 68

1      manufacturing practices, right?

2              A      Yes.

3              Q      What does GLP stand for?

4              A      Good laboratory practices.

5              Q      And CGMP and GLP guidelines that you

6      reference in this retainer guidelines specific --

7      that would have been developed specific by you for

8      your lab or are you referencing or intending to

9      reference general standards for GMP and GLP?

10             A      So Emery Pharma is an FDA-registered,

11     FDA inspected GLP, GMP compliant laboratory and we

12     do perform work that is under GLP, GMP to those

13     standards.  It means that you maintain good

14     laboratory notebooks.  It means that your

15     equipment -- that their products is going to be

16     tested.  It's qualified.  It's calibrated.  So those

17     are some of the things that, you know, this sentence

18     effectively promises.

19             Q      And I understand that.  I guess my

20     question was, are the guidelines that you are

21     referring to in this retainer a guideline of general

22     applicability for all registered labs or are they

23     specifically developed for your lab?

24             A      No, there are a lot of general labs

25     that contract labs could follow GLP, GMP; could be

Page 69

1    compliant with GLP, GMP and maybe not compliant with

2    GLP, GMP and may do things under R&D condition, so

3    it really depends on the lab.

4            Q       And who published the CGMP and GLP

5    guidelines that are referenced in your retainer

6    agreement?

7            A       This particular -- are you referring

8    to this particular retainer agreement?

9            Q       Well, yes, because that's the only

10   retainer agreement I have.

11           A       I put it together.

12           Q       I know you put it together.

13           A       I have my signature on it.

14           Q       You're not following me.  Hold on.

15   You're not following my question, sir.  My question

16   was who has published the guidelines that you make

17   reference to in this?

18           A       The guidelines are set by the FDA, by

19   European medical authorities, by ICH.

20           Q       And you go on to, in this retainer

21   agreement, state that if any testing of valsartan

22   pills is ordered in the future, such testing is

23   going to be performed under the guidelines.  Do you

24   see what I am referring to?

25           A       Right.

Page 70

1          Q       Prior to the time that you entered

2     into this retainer agreement in October of 2019, had

3     your lab ever conducted any testing of

4     valsartan-containing medications produced by Mylan

5     Pharmaceuticals?

6          A       The answer is we have conducted

7     valsartan testing prior to this retainer agreement.

8          Q       And was the valsartan testing that you

9     conducted, was it using valsartan tablets produced

10    by Mylan?

11         A       I don't recall.

12         Q       Was the valsartan -- and right now I

13    am only asking you about testing you did prior to

14    entering this agreement.  Was the valsartan lab

15    testing that was done at Emery prior to the entry of

16    this agreement, did it involve any valsartan

17    containing medications produced by ZHP?

18         A       I do not recall.

19         Q       Did it involve what I'll call the

20    pre-retainer testing, okay?

21         A       Right.

22         Q       Did any valsartan testing that you

23    made reference to that was conducted at the Emery

24    lab involve any other valsartan-containing

25    medications produced by Hetero?

Page 71

1          A      I do not recall and if I did, it would

2    be privileged.  It would be under a different, you

3    know, agreement with another law firm.

4          Q      Did any of the testing that you did

5    prior to this retainer agreement involve

6    Aurobindo-manufactured products?

7          A      I do not recall.  I don't know.

8          Q      Do you recall if any of the

9    pre-retainer valsartan testing done at your

10   laboratory involved any valsartan-containing

11   medications produced by any of the defendants to

12   this litigation?

13         A      I do not recall the manufacturer's

14   name that we tested prior to this agreement.  It

15   could have been any one of those companies.

16         Q      Since you entered into this retainer

17   agreement and became a consultant in this valsartan

18   litigation in October of 2019, have you ever

19   conducted any lab testing on any valsartan

20   medications produced by Mylan?

21         A      I do not recall.  We test valsartan.

22   We assign numbers to pills.  We have very good chain

23   of custody.  We typically -- the operators who do

24   the testing, they have no idea who is manufacturing

25   the pills.  There simply there is an ID to it and

Page 72

1      chain of custody and they get it tested, and I

2      honestly don't know.  I don't pay attention to who

3      the manufacturers are.

4           Q      So your lab has done valsartan testing

5      of valsartan medications since entering into this

6      retainer agreement, correct?

7           A      We have done lots of valsartan testing

8      prior to this agreement and we've done more

9      valsartan testing post this agreement.

10          Q      And if I understand your testimony --

11     I am going to get into the details of it more, but

12     if I understand your testimony so far, what you're

13     suggesting is that as you sit here today providing

14     testimony under oath, you're not able to tell us

15     whose valsartan product you tested in terms of who

16     the manufacturer was?

17          A      No, I don't have that information.

18          Q      Would there be records available in

19     your lab records that would tell you that?

20          A      Yes, there would be records available

21     at our lab that would tell me exactly what the

22     manufacturers are.

23          Q      When did your lab first start doing

24     valsartan testing?

25          A      I think around maybe May of -- April,

Page 73

1    May of 2019.

2         Q    What was the reason that your lab

3    started to do valsartan testing in April or May of

4    2019?

5         A    I think it was initiated primarily by

6    the recall of valsartan products.

7         Q    And is it something that your lab did

8    on its own initially or were you retained by

9    somebody to do that testing in April and May of

10   2019?

11        A    We were retained.

12        Q    And who retained you in April or May

13   of 2019 to do that testing?

14             MR. NIGH:  Again, if this is

15   privileged information and has nothing to do with

16   this case, then I would instruct you not to answer

17   and waive whoever else's privilege you have.

18        A    It is confidential and privileged.

19             MR. TRISCHLER:  Well, I think -- you

20   know, in fairness, I think I am entitled to know who

21   it was in order to determine whether there is any

22   claim of privilege.

23        A    It was a law firm.

24        Q    Was it a law firm representing a

25   plaintiff, representing a manufacturer, a drug

Page 74

1        supplier; do you know?

2              A      It was a law firm representing

3        plaintiffs.

4              Q      Is that firm that retained you in

5        April or May of 2191 of the law firms that are

6        involved in the valsartan MDL?

7              A      I don't know.

8              Q      Do you know if the lawyer for the firm

9        that retained you is involved in the valsartan MDL?

10             A      We do the testing.  We know the

11       nitrosamine.  We know the chemistry.  We don't

12       really get involved with, you know, sort of the

13       legal aspects of what's going on.

14             Q      I understand.  My question was

15       simply -- and if you don't know you can tell me you

16       don't know, but my question --

17             A      I don't know.  I don't know, honestly.

18       They may be involved with MDL.  They may not.

19             Q      And so are you able to describe for me

20       what type of testing you were retained to do in

21       April or May of 2019?

22                    MR. NIGH:  Let me in for a second

23       here.  I am going to object.  I think all this

24       information is privileged.  I appreciate, Clem,

25       Mr. Trischler, trying to understand who the parties

Page 75

1    are and I think Dr. Najafi just doesn't know whether

2    or not they are related to MDL.  I think we do know.

3    It has no bearing on any of plaintiff's counsel and

4    no relation to this MDL, but I don't think that he

5    knows that.  Why you ask him sitting here today.

6                    MR. TRISCHLER:  I understand and I am

7    not trying to be unfair, Daniel.  I'm just trying

8    to -- if we need to raise the issue, I'm trying to

9    understand some of the basic facts of what was done

10   and when so that -- and sort of making a record.  I

11   assume if we get into it later, I don't think

12   there's any dispute that we ought to be entitled to

13   know the basic facts of what he did so we can argue

14   relevance and privilege to the Court, and that's all

15   I am really trying to do here.

16                    I think the only question pending at

17   this point is are you able to describe the type of

18   testing that was done in April or May of 2019.

19                    MR. NIGH:  No, I think that that's

20   privileged.

21   BY MR. TRISCHLER:

22        Q    Were reports of -- whatever testing

23   was done, were reports generated?

24                    MR. NIGH:  Again, privileged.

25                    MR. TRISCHLER:  Well, I didn't ask

Page 76

1    what the reports disclosed, just whether reports

2    were generated.

3                    MR. NIGH:  Again, privileged.

4                    MR. TRISCHLER:  So you're instructing

5    him not to answer that question?

6                    MR. NIGH:  Yes.

7    BY MR. TRISCHLER:

8         Q     Were there established lab protocols

9    that Emery had created pursuant to which the April,

10   May 2019 testing was conducted?

11                   MR. NIGH:  Again, privileged.

12                   MR. TRISCHLER:  See, Dan, I disagree

13   with you there.  If there is an established protocol

14   that they have that's part of their everyday, work I

15   think I'm clearly entitled to that.  I'm not asking

16   him the results of the testing, but just the

17   protocols that were followed.  Those are lab

18   procedures.  I don't think -- that's not privileged.

19                   MR. NIGH:  You know, for the

20   certification he doesn't rely on testing of the

21   valsartan pills at all whatsoever in any of his

22   testing that he has done, so it's outside the scope

23   and privileged.

24                   MR. TRISCHLER:  And I don't want to

25   argue relevancy or privilege with you right now.  I

Page 77

1    am just trying to understand the facts so that we

2    can seek the information later, but the fact that

3    he's not relying on it for whatever opinions he

4    intends to offer at this stage of the proceedings is

5    not determinative.  For all we know there may be

6    information that undermines his opinions, but we

7    don't know until we have an opportunity to discover

8    it.

9                Again, the only question pending at

10   this point -- you've made your objections where you

11   think they are appropriate and I am not arguing any

12   of them, Dan.  I am just asking you to reconsider

13   the objection to the question I just asked about

14   whether there are existing lab protocols pursuant to

15   which this work in 2019 was done.  I don't think

16   that's privileged at all.

17               MR. NIGH:  I think you asked that

18   question a little bit differently and I think he can

19   answer that question.

20               MR. TRISCHLER:  Tell me how you think

21   it should be asked differently and I will accept

22   that.

23               MR. NIGH:  No, no.  I think you asked

24   it differently.  My understanding is you're asking

25   do they have guidelines as to how this testing would

Page 78

1    be conducted.  That's different.

2                    MR. TRISCHLER:  Well, that was --

3                    MS. HILTON:  Not developed for the

4    testing, but do they have guidelines that were in

5    place or existing at the time of the testing.

6                    MR. TRISCHLER:  Yes.  That's what I'm

7    looking for.

8        A     So what's the question?

9        Q     The question was at the time this

10   testing was done in April or May of 2019, did your

11   lab have existing protocols and guidelines in place

12   that would have governed that testing.

13       A     We follow several guidelines, several

14   procedures from FDA on testing of, basically,

15   nitrosamines, and that's what we use.  So it's

16   established testing guideline, you know, with the

17   full following the same guideline procedure

18   controls.

19       Q     Do you have any information --

20   whatever the valsartan that was tested in April or

21   may of 2019, do you have any idea where it came

22   from?

23                   MR. NIGH:  I am going to object to

24   privilege and instruct him not to answer.  Actually,

25   I think we have gone far beyond.  I think we are

Page 79

1    going to have to brief this at this point,

2    Mr. Trischler, because even his last answer

3    contained, you know, essentially privileged

4    information.  Anything that has to do with testing

5    that has no nexus to this litigation is privileged.

6                    MR. TRISCHLER:  Okay.  I disagree.

7    You've disclosed this witness as a testifying

8    expert.  He's now indicated that he conducted

9    valsartan testing to ascertain nitrosamine levels.

10   He did it in 2019.  He's been doing it on an ongoing

11   basis and the suggestion has nothing to do with this

12   litigation.  I think it has no factual merit

13   whatsoever, no disrespect intended.  So we obviously

14   have a disagreement, but if --

15                   MR. NIGH:  We do, and I am going to

16   instruct him not to answer any further.  I would

17   just redirect to his opinion.  It's simply not how

18   NDMA, how much products have NDMA.  His opinion

19   boils down to valsartan-containing products that

20   contain NDMA OR NDEA but the generic equivalent of

21   Diovan or Exforge because they contained NDMA, NDEA.

22   It's as limited as to that.  So whatever tests that

23   he's done in other litigations, there is no

24   relevancy stacked on top of the fact that it's

25   privileged.  So I am going to instruct him not to

Page 80

1    answer about any testing that he has done outside of

2    this litigation.

3              MR. TRISCHLER:  Also your instruction

4    applies to what he described and what we have been

5    calling as the April/May 2019 testing.  I think he's

6    also indicated they have been testing valsartan on

7    an ongoing basis.

8              MR. NIGH:  That's correct, and my

9    instruction would apply equally to that testing that

10   has no basis in this MDL.

11             MR. TRISCHLER:  So your position, just

12   so I'm clear and I don't have to belabor the record,

13   is that we can agree that the witness operates a

14   research lab that's done testing on

15   valsartan-containing medication for nitrosamine

16   content on a fairly consistent basis since April and

17   May of 2019, some of which may include

18   valsartan-containing medications produced by the

19   defendant in this litigation, some of which may

20   include valsartan containing medications produced by

21   manufacturers and suppliers that are not parties to

22   this litigation, but your instruction is a global

23   one that all of that testing is off limits,

24   according to the plaintiff and that the witness will

25   be instructed not to answer any questions at all

Page 81

1    about it.  Is that your position?

2                    MR. NIGH:  I think he's answered he

3    doesn't know which manufacturer, so that's been

4    established already right.  Other than that, my

5    instruction would be no further testimony, and I

6    would instruct him not to answer about any further

7    testimony about testing that he has done, since none

8    of that testing was done for the MDL on behalf of

9    the MDL and has no nexus to the MDL.  Actually, if

10   we need to brief it, we can.

11                   MR. TRISCHLER:  Right.  I will just

12   say we disagree.  I think it's clearly relevant and

13   probative, but we can save it for a future date.  I

14   don't want to belabor the record on it, so let me

15   move on.

16                   MR. NIGH:  I understand.

17   BY MR. TRISCHLER:

18       Q      You talked about or I was asking you

19   about your work in the valsartan MDL.  In addition

20   to that retainer, I wanted to ask you about some

21   documents that I received.  I received a few

22   invoices from your firm, Doctor, and I've had those

23   invoices marked Exhibits 3, 4, 5 and 6, okay.

24                   MR. TRISCHLER:  Can you put up -- I

25   guess we'll start with Exhibit 3.

Page 82

1          A      Okay.

2          Q      It looks like Exhibit 3 is an invoice

3    that's dated August 2, 2001, correct?

4          A      That's correct.

5          Q      This that August invoice you've

6    submitted a bill for six hours of time for document

7    reviews that were apparently done in July of last

8    year; is that right?

9          A      Right.

10         Q      And then Exhibit 4 is dated

11   January 28, 2022; just last week, right?

12         A      Right.

13         Q      And there you billed, submitted an

14   invoice for two hours worth of time that you spent

15   back in October of last year, right?

16         A      Not October, November.

17         Q      Well, it says class certification

18   review October 25, 2021?

19         A      Right.  Right.  Exactly.

20         Q      So what does that mean, class

21   certification review October 25, 2021?

22         A      So this is the -- pertains to my

23   expert report on the class certification primarily.

24         Q      I wasn't sure.  Is there some -- I

25   don't know what "class certification review" means.

Page 83

1    What did you do over those hours?

2         A       The expert report that you were

3    looking at earlier, essentially, review of

4    documents, review -- you know, putting that

5    together, putting the expert report together and

6    putting the package of citations and everything that

7    needs to be that you all have in your hands

8    together.

9         Q       Okay.  And then the other invoice that

10   I have is Exhibit 5.  It's dated January 31, 2022,

11   which is just a few days ago, right?

12        A       Right.

13        Q       And you've got two more hours that you

14   billed for review of class certification final

15   declaration review in November -- on November 4,

16   2021, right?

17        A       Right.

18        Q       I guess you spent two hours reviewing

19   that declaration on that date?

20        A       Right, but this is reviewing a lot of

21   the citations, reviewing the -- you know, just

22   preparing.  This is just preparation for today's

23   call.

24        Q       Okay.  And then the final invoice that

25   I received is Exhibit 6.  We marked that.  It's

Page 84

```
 1    dated February 1, 2022, and you've got a bill for
 2    about 15 hours of time?
 3           A      It's, again, reviewing for today's
 4    call and refreshing my memory on the various
 5    citations that I'm quoting and all of that.
 6           Q      Right.  So it looks like you spent
 7    about 15 hours --
 8           A      Right.
 9           Q      -- preparing for this deposition?
10           A      Exactly.
11           Q      And when you were preparing for this
12    deposition, who were you preparing with?
13           A      Myself --
14           Q      And --
15           A      -- and I also spent some time with the
16    plaintiff's lawyer discussing the deposition.
17           Q      And which lawyer would that be on the
18    plaintiff's side?
19           A      Rosemarie, Daniel, Brad and Layne.
20           Q      So I assume these invoices, then, that
21    we have that we marked as exhibits 3 through 6 would
22    accurately reflect the time that you spent and that
23    you devoted to this valsartan project since you were
24    retained in October of 2019, right?
25           A      This is not all of them.  This is
```

Page 85

1      primarily just specific to this expert report that

2      we did.

3              Q       Well, I am interested in all the time

4      and work and billing that you have submitted in

5      connection with your working in valsartan MDL.  So

6      this is just a drop-in the bucket?

7              A       This is a portion of the bills that we

8      have given.  We haven't shared all the bills.

9              Q       Why not?

10             MR. NIGH:  That's a legal question.

11     We objected and provided the reasons for that

12     objection.  His opinion here today is limited on his

13     class certification and not his liability on things.

14             Q       So let me ask you about the

15     declaration itself.  You have -- I marked the

16     declaration as Exhibit No. 1.  Do you have a copy of

17     it there or do you need to have the --

18             A       I have it.

19             Q       You have it?

20             A       Yes, I do.

21             Q       All right.  And so this is a

22     declaration that has your name and your signature

23     attached to it, correct?

24             A       Correct.

25             Q       And it's not on the letterhead of

Page 86

1    Emery Pharma, is it?

2            A       No, it's not.

3            Q       It's not on your personal letterhead,

4    is it?

5            A       No, it's not.

6            Q       Was this something that you personally

7    prepared or was this prepared by the lawyers?

8            A       No, I personally prepared the

9    document.

10           Q       Every word of this is your words?

11           A       Yes, it is.

12           Q       No help from the lawyers?

13           A       No help.

14           Q       And as I read the declaration, it

15   appeared to me that there were two opinions

16   contained in this declaration.  The first one was

17   that you suggest that NDMA and NDEA should not be

18   present in any drug, am I correct that in stating

19   that sort of opinion that you hold and you expressed

20   in this declaration?

21           A       Please repeat your question.  I lost

22   track.

23           Q       Yeah.  I was just trying to summarize

24   what I think your opinions are that are contained in

25   this declaration and I want to make sure I got it

Page 87

1    correct.  So what I was saying was --

2         A       Yeah.

3         Q       -- in this declaration --

4         A       Yeah.

5         Q       -- you state that NDMA and NDEA should

6    not be present in any drug.  Is that an opinion that

7    you hold?

8         A       NDMA and NDEA are carcinogenic

9    mutagenic compound that should not be present in any

10   drug period.

11        Q       And then the second opinion that I saw

12   in this declaration was that you suggest that the

13   presence of a nitrosamine impurity in a generic drug

14   product renders that --

15        A       Could you point to that?  Your screen

16   is frozen.

17        Q       Point to what, sir?

18        A       Point to -- you're showing me a

19   document on this screen.

20        Q       No, I wasn't.  We can take the

21   document down.

22        A       Okay.

23        Q       You have the report in front of you.

24        A       I thought you were quoting from my

25   declaration, but go ahead.

Page 88

1              Q      No.

2              A      What's your question?

3              Q      I am trying to ask you a question.  In

4     your declaration do you offer the opinion that the

5     presence of any nitrosamine impurity in a generic

6     drug product renders that product not equivalent to

7     the reference listed drug?

8              A      Absolutely.

9              Q      And do you agree that those are the

10    opinions that you set forth in your declaration and

11    that you intend to offer in this matter?

12             A      Absolutely.

13             Q      Are there any others?

14             A      No generic drug should contain any

15    mutagenic compound, particularly NDMA and NDEA and,

16    essentially, any nitroso compound.  They are cohorts

17    of concerns and their limits should be zero.

18             Q      And that was the first opinion that we

19    went over.  Other than those two opinions, are there

20    any others that you intend to offer?

21             A      I might have opinions to offer in my

22    full expert report which will be coming shortly, but

23    what you see for now is what I think I have, but I

24    will have other opinions as well.

25             Q      I'm sure we will all wait with bated

Page 89

1     breath for the next report, but at this time at this

2     state of litigation, those two opinions are the

3     stated opinions that you intend to offer; is that

4     right?

5            A     Yes.

6                  MR. TRISCHLER:  Dan, can we take a

7     five minute comfort break?

8                  MR. NIGH:  Yes.  Let's take ten

9     minutes.

10                 THE VIDEOGRAPHER:  The time is 11:41.

11    This concludes Media No. 2.

12                 (A recess was taken.)

13                 (After the recess the following

14        occurred:)

15                 THE VIDEOGRAPHER:  The time is now

16    12:03.  This begins Media No. 3.  You may proceed.

17    BY MR. TRISCHLER:

18            Q     Doctor, allow me to cover a few

19    additional background issues with you, if I can.  As

20    I understand it, your background and education is in

21    the field of chemistry, correct?

22            A     That's correct.

23            Q     I was provided with a copy of a CV.

24    I've marked it as Exhibit 7.

25            A     Okay.

Page 90

```
 1              MR. TRISCHLER:  Can someone put it up
 2      for me, please.  Can you go to the next page.
 3          Q     If you need more time, tell me and
 4      continue, please.
 5          A     I am familiar with my CV.
 6          Q     All right.  And is this a -- what we
 7      marked as Exhibit 7 a true, correct and accurate
 8      summary of your qualifications and credentials?
 9          A     That's correct.
10          Q     In the copy of the CV that I received,
11      I did not see any list of publications.  Do you
12      maintain a list of publications?
13          A     It should be.  It should be there.
14          Q     Can you flip through?  Maybe this is a
15      different one than what I had with the report.
16          A     Maybe this is a different one.
17          Q     Is that the end of the document there?
18              THE VIDEOGRAPHER:  There are 13 pages.
19      Do you want me to keep flipping through or do you
20      want me to when you're ready for the next one?
21              MR. TRISCHLER:  Yes.  Keep flipping
22      through, because if it's more than five pages, then
23      it's different than one I have.
24          A     Now you see the publication.
25          Q     Yes.  Okay.  The copy that I was
```

Page 91

1    looking at did not have that.  All right.  Thank

2    you.

3            A       What is your question?

4            Q       As far as you know, this version of

5    the CV we marked as Exhibit 7 is current, up to date

6    and accurate, right?

7            A       Right, as long as you can show me

8    everything else, because it sounded like you were

9    missing some parts of it.  I only see two

10   publications on your exhibit.

11           Q       Well, we said we can flip through the

12   rest if you like.  That's why I asked if you wanted

13   to.

14           A       Yes, flip through it.

15                   THE VIDEOGRAPHER:  This is page 6,

16   Doctor.  Just let me know when you're ready for the

17   next page.

18                   THE WITNESS:  Yes.  Go ahead.  Go

19   ahead.  Yes.  Uh-huh.  Okay.  Yes.

20                   THE VIDEOGRAPHER:  There's two more

21   pages.

22           A       Okay.  I think you have everything.

23           Q       So we're good?  In terms of what we

24   marked as Exhibit 7 is the up to date, current and

25   accurate summary of your qualifications, right?

Page 92

1         A       Correct.

2         Q       Good.  And what I remember reading is

3    that you obtained a bachelor's and master's in

4    organic chemistry from the University of San

5    Francisco, right?

6         A       Correct.

7         Q       And I think it was in 1998 you got

8    your PhD in organic chemistry from U.C. Davis?

9         A       That's correct.

10        Q       And after completing your PhD you went

11   to work as a research scientist for a few chemical

12   and pharmaceutical companies before starting your

13   own business around 1996?

14        A       That's correct.

15        Q       And the company that you started in

16   1996 was a company called CP Lab Safety; do I have

17   that right?

18        A       That's correct.

19                MR. TRISCHLER:  You could take the CV

20   down, sir.

21        Q       How long did you run CP Lab Safety?

22        A       Probably around two years, two or

23   three years.

24        Q       Did CP Lab Safety develop or

25   manufacture drug products?

Page 93

1          A       No.

2          Q       Did CP Labs hold any new drug

3     applications?

4          A       No.

5          Q       Did CP Labs hold any abbreviated drug

6     applications.

7          A       No.

8          Q       Did CP Labs hold any or were they

9     responsible for any drug master files?

10         A       No.

11         Q       While at CP Labs, were you or was your

12    company at all involved in the synthesis,

13    manufacture or testing of API for drug products?

14         A       No.

15         Q       At CP Labs did your company have any

16    role in the formulation, synthesis, manufacture,

17    production or testing of angio tensin receptor

18    blocker medications like valsartan?

19         A       So at CP lab I started another

20    pharmaceutical company called NovaBay

21    Pharmaceuticals and that is immediately following CP

22    Lab and that company effectively was incubated

23    within CP Lab and within NovaBay I had multiple

24    interactions with the FDA.  We manufactured product

25    according to CGMP and we put products on the market.

Page 94

1    And prior to CP Lab, I worked at a pharmaceutical

2    company that was heavily involved in GMP

3    manufacturing and drug product, drug substance and

4    that one of the companies I worked for, Applied

5    Biosystems, in fact, you know, we had a challenging

6    impurity that was causing a lot of problem and I was

7    responsible for finding that impurity and solving a

8    major problem that led to an award, you know,

9    amongst 1,300 PhDs.  This is back in 1994.

10          So -- but, you know, I don't have to have

11    experience in, you know, ARBs to know the molecule.

12    I can synthesize ARB personally.

13          Q     Are you finished?

14          A     Yes, I am.

15          Q     All right.  Then let me see if I can

16    get you to answer my question.  At CP Labs did your

17    company have any role in the formulation, synthesis,

18    manufacture, production or testing of ARBs like

19    valsartan?

20          A     No.  At CP lab we did not have any ARB

21    manufacture.

22          Q     You said that -- if I can unfold some

23    of that commentary that you gave me, was that CP

24    Labs was eventually folded into NovaBay

25    Pharmaceuticals, another company that you started?

Page 95

1          A      No.  CP Lab is, you know, existing
2      company right now and it's a standalone company.
3      NovaBay was incubated within CP Lab and NovaBay got
4      its start from CP Lab.
5          Q      So CP Lab still exists today?
6          A      Yes it does.
7          Q      Do you have any affiliation with CP
8      Lab?
9          A      I own 50 percent of CP Lab.
10          Q      Who owns the other half?
11          A      My wife.
12          Q      What's the business of CP Labs today,
13      do you know?
14          A      CP Lab manufactures patented product
15      called ecological funnel, which is product that I
16      invented while I was at Applied Biosystem and that
17      patented product is the major product of CP Lab and
18      they manufacture it in the United States and they
19      export it around the world including China, Korea,
20      Japan and elsewhere.
21          They also distribute chemicals, distribute
22      safety product.  So you can visit CPlab.com and take
23      a look at it.
24          Q      What is an ecological funnel?
25          A      It's a tunnel that prevents

Page 96

1    evaporation of solvents from the fume.  It's an

2    environmental product that prevents pollution

3    outside of laboratory.  It prevents evaporation of

4    toxic substances, including mutagenic -- potentially

5    mutagenic compounds going into the atmosphere and

6    into the neighboring localities.  And ecological

7    funnel is in use right now in, I would say,

8    90 percent of pharmaceutical companies worldwide.

9          Q       When did you start NovaBay?

10         A       NovaBay was incubated within CP Lab

11   around probably 1998; '97, '98 and officially it

12   became a company in the year 2000, and I took the

13   company public in 2007 and I left.  I sold my shares

14   and left NovaBay in 2015 and started Emery Pharma.

15   And Emery Pharma, actually, again was incubated

16   within NovaBay starting at 2011.

17         Q       Am I correct that NovaBay produces

18   antibacterial products for the eye care and skincare

19   markets?

20         A       That's correct.  That's some of their

21   products.

22         Q       While you were at NovaBay, did the

23   company do any work on the formulation synthesis,

24   manufacture, production or testing of ARBs?

25         A       We did not manufacture, synthesize,

Page 97

1    formulate any ARBs at NovaBay.

2         Q       Did -- while at NovaBay, did that

3    company ever prepare or submit an abbreviated new

4    drug application for any drug product?

5         A       We did not prepare or submit any

6    abbreviated new drug application.  However, we

7    submitted many INDs, investigation of new drug, and

8    we also submitted many 510-Ks from the drug or

9    device division of the FDA.

10        Q       I guess was that because the focus at

11   NovaBay was to try to develop its own line of --

12        A       Product.

13        Q       -- probial products?

14        A       Right.  We were not a generic

15   manufacturing -- we were not a generic

16   pharmaceutical company.

17        Q       So at no time at NovaBay were you

18   involved in synthesizing API for a generic

19   formulation, correct?

20        A       We could have, but that was not the

21   mission of the company.

22        Q       So it was never done?

23        A       Never done.

24        Q       And then at some point did you say

25   Emery Pharma was intubated?

Page 98

```
 1          A       Incubated.

 2          Q       I'm sorry?

 3          A       Incubated.

 4          Q       Incubated.  I said intubate.  That

 5     would not be correct.

 6          A       I heard "intubated."

 7          Q       Right.  That's what I said.  I did say

 8     that.  That was not correct, so I apologize.

 9          And then eventually Emery Pharma became a

10     standalone company that you operate to this day,

11     correct?

12          A       Correct.

13          Q       And I think that if I understand what

14     you've previously described for us, the mission

15     statement and the function of Emery Pharma is to

16     provide research laboratory services that meet the

17     CGMP and GLP standards for quality?

18          A       Emery Pharma is a FDA registered, FDA

19     inspected DMB, GLP compliant contract research

20     organization and our mission is to help save lives

21     and save the environment.

22          Q       Does Emery Pharma develop or

23     manufacture drug products?

24          A       Emery Pharma?  That's not within the

25     mission of the Emery Pharma, no.  We can, but we do
```

Page 99

1    not.

2         Q       Does Emery Pharma hold any new drug

3    applications?

4         A       No, we do not.  Our clients do.

5         Q       Does Emery Pharma hold any abbreviated

6    new drug applications?

7         A       We do not, but our clients do.

8         Q       Has Emery Pharma ever prepared a DMF,

9    submitted a DMF?

10        A       We do not, but we help our clients

11   essentially submit DMF and NDA and IMD and we

12   participate in their FDA meetings when necessary.

13        Q       And I'm sorry.  I think it was

14   probably due to sometimes there's sound that goes in

15   and out in the computer.  You said you help clients

16   with submissions of what was that again?

17        A       New drug application, abbreviated new

18   drug application; DMF filings; you know, support.

19   Just about anything that the client needs, we help.

20   We support them.

21        Q       And how long has Emery Pharma been in

22   business?

23        A       Since 2011, ten years.

24        Q       Who are the clients for whom you've

25   help submit new drug applications or abbreviated new

Page 100

1     drug applications?

2          A      That's confidential information.  I

3     wouldn't be able to share with you.

4          Q      So you'll say that you have experience

5     helping to prepare ANDAs and NDAs, but you won't

6     tell us who you did it for?

7          A      Yes.

8          Q      Have you ever assisted a client in

9     preparing a DMF?

10         A      Personally, no, but some of my

11    employees might have.

12         Q      In your career, sir, have you ever

13    published any peer-reviewed literature related to

14    nitrosamine impurities in pharmaceuticals?

15         A      Yes, we have.  We filed a citizen

16    petition which was previewed by FDA and the response

17    we got from the FDA was they had agreed with our

18    findings, so I just would consider that very

19    peer-reviewed.

20         Q      My question wasn't have you ever

21    submitted a citizens petition.  My question was have

22    you submitted literature for publication in a

23    scientific journal that's been peer reviewed and

24    accepted that related to nitrosamine impurities in

25    pharmaceuticals?

Page 101

1              MR. NIGH:  Objection.  You can answer.

2       A     We have not filed any

3    nitrosamine-related publications in a peer reviewed

4    journals of our FDF filing.

5       Q     The list of publications that were

6    attached to your CV that we marked as Exhibit 7, do

7    any of them feel with nitrosamine impurities in

8    pharmaceuticals in any manner or form?

9       A     I do not believe they do.

10      Q     Have you ever drafted a manuscript

11   related to nitrosamine impurities in valsartan for

12   publication in a peer review journal?

13      A     We have drafted publication regarding

14   NDMA and nitrosamines, but not published.

15      Q     Have you submitted a manuscript for

16   publication?

17      A     No.

18      Q     Why not?

19      A     It's confidential.  It's related to

20   another matter that we are working on related to

21   ranitidine.

22      Q     Will you provide it to me?

23      A     Daniel?  I suppose I can.

24              MR. NIGH:  We would have to see what

25   the document is.  I think he just amended his answer

Page 102

1    at the end to say it's for ranitidine and your

2    question is for valsartan.

3                    MR. TRISCHLER:  I think the question

4    was --

5            A       It's under --

6                    MR. TRISCHLER:  Hold on.  Hold on.  I

7    think my memory is not infallible, Daniel, but what

8    I was basically asking is whether he's ever drafted

9    a manuscript that relates to nitrosamine impurities

10   in pharmaceuticals.  I may have said valsartan, but

11   my intent was broader, and so it sounds like

12   something.  The question is can I see it.  It's not

13   been produced thus far.

14                   MR. NIGH:  We would examine the

15   document before we respond and answer to that.

16                   MR. TRISCHLER:  Well, it was subject

17   to the notice of deposition in this case.  In the

18   deposition notice served in connection with this

19   deposition, I asked that the witness come here with

20   all publications relating to nitrosamines.  That

21   would clearly -- this manuscript that he's described

22   would clearly be responsive.

23                   MR. NIGH:  I think you had our

24   response an hour ago.

25                   MR. TRISCHLER:  I'm sorry.  Unless you

Page 103

1    want to continue the deposition, I mean, this is my

2    chance to depose him on it.

3                    MR. NIGH:  I believe that 48 hours ago

4    we served our objections as clearly outside of the

5    scope of anything that is he's proffered in terms of

6    testimony in his expert here today.

7                    MR. TRISCHLER:  Well, as far as

8    outside the scope of his declaration, I disagree,

9    but I guess we will be taking it up again.

10        Q        So you do have a manuscript --

11                   MR. NIGH:  And just to be clear --

12   sorry.  Since you're saying something about taking

13   it up again, just so you understood too, I haven't

14   even looked at this document.  So to the degree

15   you're asking about draft documents and

16   publications, obviously it would have potential

17   privilege as well.

18        A        It's ranitidine related, but it's

19   nitrosamine.

20        Q        Well, you've publicly disclosed the

21   existence of this manuscript, have you not?

22        A        No.

23        Q        Well, can you put up Exhibit 8 for us,

24   please.  Do you recognize Exhibit 8?

25        A        Yes, I do.

Page 104

1          Q       What is it?

2          A       It's sort of a summary that one of my

3     team members wrote regarding our filing of our

4     citizen petition regarding ranitidine and how we

5     came about it, how we found the problem and how we

6     reported it to the FDA and how FDA actually agreed

7     with us and responded to our petition in a positive

8     manner.  So that's really just the story of that.

9     There's nothing about this that contains anything

10    about that draft publication.

11         Q       So this is what we have marked as

12    Exhibit 8, is basically a press release that was

13    issued by Emery Pharma, correct?

14         A       Correct.

15         Q       And I think this press release is

16    available on your website?

17         A       Website.  It's not a press release.

18    It's a blog.

19         Q       All right, but this document and this

20    disclosure is on your website --

21         A       That's correct.

22         Q       -- for the public at large to view?

23         A       Yes.

24         Q       And in this document don't you state

25    or indicate that you're preparing a manuscript for

Page 105

1      publication on the issue of nitrosamines in

2      pharmaceuticals?

3              A       Right.

4              Q       And if you could go to page 2 of this

5      document.

6              A       Okay.

7              Q       Can you highlight the second full

8      paragraph for me, please.  Thank you.  Are you able

9      to read that, sir?

10             A       I'm reading it.  Yes, I'm reading it.

11             Q       So.  Emery Pharma has publicly

12     disclosed that it's been testing valsartan, losartan

13     and other ARBs for nitrosamines since the early 2018

14     time period, correct?

15             A       That's correct.

16             Q       And there's nothing in these public

17     comments that you've made at the testing that we've

18     not been provided with it's something that's done

19     for litigation or confidential.  You've told the

20     free world about it, right?

21             A       We mentioned that we have been doing

22     that, but we haven't disclosed the results.  The

23     results are confidential.

24             Q       You are not a pathologist, true?

25             A       Say that again, please?

Page 106

1          Q      You are not a pathologist?

2          A      Pathologist?

3          Q      That was my question.

4          A      No, I'm not a pathologist.

5          Q      Are you a medical doctor?

6          A      I'm not a medical doctor.

7          Q      Are you a toxicologist?

8          A      I'm not a toxicologist.

9          Q      Is it fair to say you're not a

10   epidemiologist and you do not have any specialized

11   training or expertise in the field of pharma

12   epidemiology?

13         A      I am not a epidemiologist or any of

14   that.

15         Q      Have you ever conducted and published

16   any peer-reviewed research on the carcinogenicity of

17   NDMA?

18         A      No, I have not.

19         Q      Have you ever conducted and published

20   any peer-reviewed research on the carcinogenicity of

21   NDEA?

22         A      No, I have not.

23         Q      Since you have no medical training, I

24   assume you do not diagnose cancer in patients; fair

25   to say?

Page 107

1          A        I am not a doctor.

2          Q        And in this litigation I understand

3     you have not been designated as a witness on the

4     issue of causation, true?

5          A        I am not a medical doctor.

6          Q        Right.  And you're not going to

7     testify -- well, we can agree you're going to be

8     offering causation opinions in this matter, correct?

9          A        Explain to me what causation, what

10    your definition of causation here.

11         Q        You're not going to be offering any

12    opinions that exposure to NDEA or NDMA did or can

13    cause cancer in humans?

14         A        No, I am not offering any opinion on

15    the toxicology opinion on the NDEA or NDMA.

16         Q        Have you ever published anything on

17    the requirements for a proper drug master file?

18         A        No, I have not published any

19    requirement on anything on the requirements for drug

20    master file.

21         Q        Have you ever published anything on

22    outlining the regulatory duties and responsibilities

23    of a generic drug manufacturer?

24         A        We're not in the publication business.

25    We have not published anything.  We are a contract

Page 108

1    research laboratory testing facility with a lot of

2    experience in drug testing and impurity testing and

3    genotoxic testing.

4         Q       Have you ever published anything or

5    given any lectures or speeches on the critical

6    review of the CMC sections and requirements for a

7    abbreviated new drug application?

8         A       I have.  I was invited to give a

9    presentation at a drug impurity symposium for

10   generic manufacturers and that presentation is

11   actually available.  It's on the -- it should be

12   online YouTube or various other places.

13        Q       Is it referenced on your CV?

14        A       No.

15        Q       When did you speak at this symposium?

16        A       Probably early 2020, maybe mid 2020.

17   I can't recall.

18        Q       We talked a little bit about Emery

19   Pharma's status as an FDA registered research lab.

20   What did you have to do in order to obtain that

21   registration, if anything?

22        A       You basically submit an application to

23   the FDA and you register yourself with the FDA, and

24   as a result you become subject to FDA inspection.

25        Q       When did you -- when did your lab

Page 109

1     complete that application?

2          A     I think maybe 2016, 2015, some time

3     frame.

4          Q     When did you obtain the registration;

5     do you know?

6          A     No, I don't, probably within a few

7     months.

8          Q     How many FDA inspections have taken

9     place at your facility since?

10         A     We've had two inspections from the

11    FDA.

12         Q     When were those inspections?

13         A     I can't recall; 2018 maybe one, 2021.

14         Q     Were there any Form 483 issues

15    following those inspections?

16         A     In our second inspection we had a Form

17    483 filled, yes.

18         Q     That was the most recent one in 2021?

19         A     That's right.

20         Q     What was that for?

21         A     It was primarily for, you know, making

22    sure our data gets backed up and we have -- we do

23    sufficient due diligence to make sure the data that

24    we generate gets backed up into a secondary backup

25    drive.  So we have remedied that, and also to make

Page 110

1    sure that our bend were open when we go to various

2    instruments, every user will have its own individual

3    log in, but we had no issues whatsoever on any of

4    our testing, any of our releases, any of our

5    products that are on the market.

6         There were just no issues on testing, but just

7    procedurally just data management, primarily backup,

8    and also specific user log-in, and both of those have

9    been remedied.

10        Q    You said something that piqued my

11   curiosity, because I did not understand this to be

12   within the scope of anything you did.  You said

13   something about our products.  It was my

14   understanding that Emery Pharma does not manufacture

15   or sell any drug products.  Am I wrong?

16        A    No, you're not.  We do not sell or

17   manufacture any drug product.  However, we do

18   release them.  So, another contract manufacturer

19   comes to us for a manufacture or a manufacturer

20   comes to us and says, please test my compound and

21   release them according to the guidance, ASP guidance

22   or GMP/GLP guidance.

23        So we officially release them and we identify

24   the drug, we identify their impurities and we release

25   them.  So releasing is a terminology that's known to

Page 111

1   the FDA.  It means it is ready to be sold into the

2   market.

3           Q      Okay.  And what you've suggested to me

4   is that in connection with the 2021 inspection, FDA

5   issued a 483 to Emery Pharma finding that certain

6   aspects of it or recordkeeping did not comply with

7   good laboratory practices, correct?

8           A      What I said was that certain parts of

9   our data backup, data storage and backup did not

10   comply with the regs, and really it was a risk

11   management issue and their question was what happens

12   if there is an earthquake and then we lose all the

13   data.

14           So it needs to be backed up into the cloud so

15   in case of an earthquake, in case of fire we have

16   data that we can go back to.

17           Q      Right.  A form 483 is issued by an FDA

18   inspector after an inspection when that investigator

19   observes any condition that in his or her judgment

20   might constitute a violation of the Food, Drug, and

21   Cosmetic Act or its related regulations, right?

22           A      That's correct.

23           Q      And so what you're telling me is that

24   in 2021, your FDA-registered lab was found to have

25   conditions that in the opinion of the investigator,

Page 112

1    constituted violations of the Food, Drug and

2    Cosmetic Act and its regulations as it related to

3    data management and data maintenance.

4         A    What I said was the 483 -- first of

5    all, in our first inspection 2018 we had no problem,

6    no issues.  In 2021 this issue came up that we need

7    to back up our data into the Cloud and it is really

8    part of the data management.  And they basically

9    said we can continue our, you know, releasing

10   commercial products; we can continue our work.  We

11   just need a commitment for you to get that done; and

12   since then we have gotten it done.

13        Q    And so were any warning letters issued

14   following 483s?

15        A    No.

16        Q    Did -- what is Emery Pharma's status

17   with the FDA today?

18        A    We are in the process of making those

19   data managements happen and they're completely

20   satisfied with that.

21        Q    And so one of the things I take it you

22   learned from that most recent inspection, if not

23   earlier, was that data management, data preservation

24   and documentation are extremely important as it

25   relates to product testing, product release and

Page 113

1    product validation measures.

2         A      Data storage and back up are important

3    primarily -- you know, it's part of their risk

4    management strategy data integrity program making

5    sure the data is always there.  You know, if God

6    forbid the facility catches fire or there is an

7    earthquake, we want to make sure the client's data

8    are there somewhere else.  And that's something that

9    we had a backup system on the premises, but that was

10   not acceptable to them.

11        Q      So, understanding the importance of

12   data preservation --

13        A      Into the cloud.  They wanted an offer

14   side data storage.

15        Q      Let me ask my question, please.

16        A      Sorry.

17        Q      You're understanding the importance of

18   data preservation, I'm sure, then, you can tell us

19   with absolute certainty that all of the records --

20   that there will be records relating to all of the

21   valsartan testing that your lab has been doing since

22   early 2018, correct?

23        A      That includes every data preservation

24   that that we have ever generated needs to including

25   valsartan that needs to have it back, have a back up

Page 114

1    outside of our facility.

2          Q      That would mean you'd have data on the

3    acquisition of samples, correct?

4          A      Data on everything; acquisition.  You

5    know even if somebody deletes the data or what have

6    you, everything needs to be backed up.

7          Q      And so it needs to be backed up and

8    you've done that on the valsartan testing you have

9    data on acquisition of samples, correct?

10         A      Acquisition of all samples including

11   valsartan.  All samples need to have an off site

12   backup facility.

13         Q      You'll have data of custody for all

14   valsartan samples?

15         A      Yes, we do.

16         Q      You'll have standard point operating

17   procedures and policies outlining the protocol that

18   weren't followed in connection with the test methods

19   that were used on the valsartan products, right?

20         A      As an FDA registered, FDA inspected

21   GLP/gmp-compliant lab, everything we do is SOP

22   driven.  So we have SOP's on everything.

23         Q      Because you can't conduct a test and

24   then develop the protocol later, right?

25         A      No.

Page 115

1                MR. NIGH:  Objection.

2        Q       So you would be able to provide us

3    with a protocol pursuant to which all this testing

4    was done, correct?

5        A       If it's not privileged, yes.

6        Q       And do you have -- and you certainly

7    have all the test results for all of valsartan

8    samples that have been tested since the early 2018,

9    right?

10       A       Absolutely.  We have the test results

11   and we have reports, everything.  If it is not

12   privileged, it would be available.

13       Q       I'll represent to you that the

14   valsartan issue came to the attention of the FDA in

15   June of 2018.

16       A       Right.

17       Q       And your public statements that -- one

18   of which we marked as Exhibit 8 is you started

19   testing valsartan in early 2018.  Are you suggesting

20   that you were doing valsartan testing for

21   nitrosamines prior to the time the FDA was even

22   aware that there was a potential issue?

23                MR. NIGH:  Form objection.

24                THE WITNESS:  Should I answer?

25                MR. NIGH:  Yes.

Page 116

1          A       So initially the valsartan issue was

2      brought to our attention by a pharmacy out of

3      Connecticut called Valisure.  I think we mentioned

4      their name in some of our blogs and big releases and

5      they brought it to our attention.  They wanted to

6      test valsartan and they wanted us to test it for

7      them.  They had some testing mechanisms and they

8      wanted us to confirm that.  We did draw some samples

9      for them, some pills and we did confirm that.

10     That's our beginning of our engagement in the

11     valsartan arena and that was in 2018.

12          In 2019 we got engaged by law firm that is not

13     on this call, I believe, and they are -- so a lot of

14     the work we did relates to that but, yes, 2018 was

15     our initial work with valsartan.

16          Q       And so -- thank you.  That makes more

17     sense to me now.  So the initial work that your lab

18     was doing with respect to analysis of valsartan was

19     done at the request of Valisure, not a lawyer?

20          A       No.

21          Q       Bad question on my part.

22          A       That's correct.  The initial work we

23     did on valsartan was done at the request of

24     Valisure.

25          Q       And you would have, consistent with

Page 117

1      your labs, stated desire to follow good laboratory

2      practices, you would have all of the chain of

3      custody sample, acquisition data, protocol data,

4      test validation data and testing summaries from that

5      Valisure work?

6              A      Yes, I do.

7              Q      None of which has been provided to me,

8      right?

9              A      I don't believe so.

10             Q      Do you know what the results of that

11     work was, what nitrosamine did you test and what

12     were the results?

13             A      You know, I wasn't sure if any of

14     these things are subject of our -- you know, my

15     declaration, but the results were very high levels

16     of nitrosamines, high levels of NDMA in the

17     thousands of nanograms.

18             Q      Do you know whose valsartan you were

19     testing?

20             A      No.

21             Q      In 2018 at the request of Valisure?

22             A      No, I don't.  We have records of that.

23     We should be able.  Right off the bat, I don't.  It

24     might have been Mylan, Teva, Aurobindo, a number of

25     manufacturers we might have been testing.

Page 118

1          Q        If we go back to your declaration for

2     a minute -- bear with me a minute.  My exhibits

3     disappeared from my screen, so we have to find it

4     again.  If we go to your declaration, we marked it

5     as Exhibit No. 1?

6          A        Would you mind?  I'd like to take a

7     quick break, five minute break.

8                   MR. NIGH:  Yeah, let's take a ten

9     minute break.

10                   THE WITNESS:  Ten minute break?  Okay.

11                   THE VIDEOGRAPHER:  The time is 12:47.

12     This ends Media 3.

13                   (A recess was taken.)

14                   (After the recess the following

15        occurred:)

16                   THE VIDEOGRAPHER:  The time is now

17     1:00.  This begins Media 4.  You may proceed.

18     BY MR. TRISCHLER:

19          Q        I wanted to ask you a couple followup

20     questions on some of the issues that we covered

21     before the last break, Doctor.  We talked about the

22     2021 FDA inspection of Emery Pharma.  Do you recall

23     that?

24          A        Yes.

25          Q        And what I wasn't clear about is what

Page 119

1    is the current status of that 483, is it open or

2    closed?

3            A       It's in the process of closing,

4    because what happens is you're working toward

5    getting, basically, backup system, Cloud system

6    essentially working, you know, and validated an all

7    of that.  So that's been in the process of

8    implementation and validation as we speak.

9            Q       So "in the process" means that it's

10   still open?

11           A       It's still open.

12           Q       And is your lab on OAI status?

13           A       What's OAI?

14           Q       Official action indicated, I think is

15   what it stands for.

16           A       I have to check with my QA people.

17           Q       Was an establishment inspection report

18   issued; do you know?

19           A       I don't know.

20           Q       What -- and then going back to your

21   early valsartan work in the early part of 2018, you

22   said that that was prompted by a contact from

23   Valisure that asked you to do some testing.  Can you

24   tell me who or what information you received from

25   Valisure that caused them to be interested in

Page 120

```
 1    testing valsartan before the FDA was even aware of

 2    an issue?

 3         A     So, you know, to be very frank to you,

 4    I don't know whether it was done before FDA official

 5    recall or after.  I would have to check on that, but

 6    I was contacted by the president of Valisure David

 7    Light and he wanted us to check the levels of NDMA

 8    in valsartan.

 9         Q     And you agreed to do that at his

10    request?

11         A     And he had data already.  He also had

12    GCMS data that showed high levels of NDMA genotoxic

13    compound, and so I was very concerned because

14    actually my mom was taking valsartan a few years

15    ago, so I agreed to do the work.  We might not have

16    even charged them.

17         I think we probably charged them, I don't

18    know, but we ran the same pills that they had ran and

19    we corroborated their data that indeed there were

20    high levels of NDMA in valsartan, and we might have

21    tested for NDEA as well.  I'm not sure.

22         Q     What test method did you utilize

23    during that initial testing?

24         A     We used two or three official FDA

25    methods that has been published.  I think we used
```

Page 121

1    one of those methods.

2         Q    Well, the FDA didn't publish -- this

3    is the thing that's confusing to me trying to piece

4    together the timeline.  FDA didn't publish a test

5    method for nitrosamine testing until the fall of

6    2018.

7         A    Right.

8              MR. NIGH:  Form objection.

9         Q    So that's why I asked what test method

10   were you and Valisure running.

11        A    I would have to get that.  I don't

12   know.  For the purpose of this deposition I really

13   was not prepared to discuss any of that, but I am

14   not prepared.  It's not in my declaration.

15        Q    So let's go to the declaration, if I

16   can.  It's paragraph -- first part I want to talk to

17   you about is paragraph 2 of the declaration I think

18   you said you have in front of you, Doctor.

19        A    If you want me to elaborate on that, a

20   lot of that was published in citizen petition by

21   Valisure and I think some of our data I think he

22   mentioned the data levels and all of that and the

23   methods may be actually there as well.

24        Q    Were you talking about the Valisure

25   petition relating to ranitidine?

Page 122

1          A       Valsartan.  I think they did have

2      something on valsartan as well.

3          Q       Did you ever file a citizens petition

4      related to valsartan?

5          A       No.

6          Q       And when I say "you," I also mean

7      Emery Pharma?

8          A       No.

9          Q       You think Valisure did?

10         A       Maybe I'm mistaken.  I think they

11     have.  You can Google it.  I may be mixing it with

12     their citizen petition relating to ranitidine.

13         Q       I'm glad you brought it up, because it

14     sort of led to another question that I had that

15     wasn't clear to me.

16             You were quick to tell me that part of the

17     mission statement of Emery Pharma is to save lives

18     and preserve the environment.  Do you remember

19     telling me that?

20         A       FDA -- I mean Emery Pharma's mission

21     is to helping our client save lives and save the

22     environment.

23         Q       And that was part of the rationale

24     behind your issuance or decision to prepare and

25     submit a citizens petition relating to ranitidine?

Page 123

1          A      We filed -- a lot of the work we did

2     on ranitidine was done at our own expense, at our

3     own behest primarily for the safety of the public.

4     And we do that all the time; public comes to us and

5     they want us to look at something.  If they don't

6     have the proper funding, we do it at pro bono and we

7     check the drug for various impurities and problems.

8          Q      But the work you're doing in

9     ranitidine and valsartan is not pro bono, is it?

10         A      So some of the work may be pro bono.

11    A lot of the work that we did on ranitidine citizen

12    petition, almost 100 percent of the work that was

13    done for citizen petition was pro bono.

14         Q      Okay.  Why did you never submit a

15    citizens petition with respect to valsartan?

16         A      I think there wasn't any necessity for

17    that.  I think there was -- you know, obviously

18    valsartan, it was recalled and I think Valisure was

19    making a lot of noise, so it was already the public

20    was alerted.  And my goal as the CEO of Emery Pharma

21    is if there is a problem with a drug, I will alert

22    the FDA through some form of petition, and we

23    recently actually filed a citizen petition on

24    vitamin B6.  You may be taking vitamin B6.  You may

25    want to read it; and, again, entirely at our own

Page 124

1    expense.

2              Q      Is that your second citizens petition

3    then that you were submitting?

4              A      Yes.

5              Q      Have there been any others since then?

6              A      No.

7              Q      And you said Valisure was making a lot

8    of noise about valsartan, but have you ever seen a

9    citizens petition from them?

10             A      I don't recall.

11             Q      With regard to valsartan?

12             A      My memory is failing.  I think -- I

13   don't think valsartan -- I mean, you guys can google

14   it, whether Valisure filed any citizen petition on

15   valsartan.  I don't think so.  I think they just

16   made a lot of press release, but I think the

17   valsartan was removed from the market primarily due

18   to Novartis finding genotoxic compound NDMA in

19   valsartan from GMP and then effectively FDA was

20   alerted.  I think that's how the things kind of --

21   how sort of everything fell into the, you know,

22   basically the recall.

23             Q      Did you have any -- have you ever had

24   any communications with Novartis about valsartan

25   testing?

Page 125

1          A       None.

2          Q       Have you ever had any communications

3     with Novartis about Diovan testing?

4          A       None.

5          Q       Have you ever had any communications

6     with Novartis about Exforge testing?

7          A       None.

8          Q       So going to paragraph 2 of your

9     disclosure or declaration -- excuse me, I want to

10    ask you about the last sentence in particular where

11    you talk about the methodologies that you employed

12    in formulating your opinions in this case and you

13    write, "These methodologies used in formation of my

14    opinions are also used by Emery Pharma in making

15    recommendations to our pharmaceutical clients."  Did

16    I read that correctly?

17         A       Yes.  Just let me read it.  Yes, I

18    agreed with that.

19         Q       And based on what you already told me,

20    I take it you're not going to tell me who your

21    pharmaceutical clients are you are referring to in

22    paragraph 2?

23         A       I cannot.  We are under

24    confidentiality.

25         Q       So you can suggest that you're

Page 126

1    following a methodology that you employ about your

2    clients but then conveniently not tell me who the

3    clients are, right?

4         A    We are under obligation from the

5    clients not to disclose their name.

6                   MR. NIGH:  Form objection.

7         Q    Are any of these clients defendants to

8    the ranitidine litigation?

9         A    No.

10        Q    Are any of them defendants to the

11   metformin litigation?

12        A    No.

13        Q    Are any of them defendants to this

14   litigation, if you know?

15        A    No.

16        Q    Are any of the unknown undescribed

17   clients that you make reference to, are any of them

18   generic drug manufacturers?

19        A    No.

20        Q    Did any of them manufacture ARBs?

21        A    No.

22        Q    So you don't have any clients that you

23   would be advising on the contents of an abbreviated

24   new drug application, correct?

25        A    We do have clients that we advised on

Page 127

1    the contents of new drug application and abbreviated

2    new drug application.  However, none of them are the

3    defendants.  None of them are the plaintiffs.  None

4    of them are manufacturing ARBs as far as I know and,

5    you know, these are -- we work on mostly branded

6    products, some generic, sort of modified generic,

7    branded generic but nothing to do with ARBs.

8         Q     Well, what generic -- excuse me.  What

9    generic products are you working on with generic

10   drug manufacturers?

11        A     I can't think of it right now.  I mean

12   a number of them -- there are a number of products

13   that we are working on.

14        Q     Well, if these products have a patent

15   there is no secrecy to the identity of the active

16   pharmaceutical ingredient that you're working on

17   with the --

18        A     I can't recall off the top of my head

19   what generics we're working on.

20        Q     So as you sit here today you can't

21   tell me a single generic product you're advising a

22   client about?

23        A     No.

24        Q     Have you ever told any of your

25   pharmaceutical clients who manufactured generic

Page 128

1    drugs that their products are adulterated if their

2    impurity profiles do not match the RLD?

3           A     I have told our clients that if their

4    impurity profile contains a genotoxic compound, we

5    will let them know.

6           Q     Thanks.  That wasn't my question.  My

7    question is have you ever told your clients that

8    they will be producing an adulterated generic

9    product if they have an impurity profile that does

10   not match the RLD; is that advice that you've ever

11   given to your pharmaceutical clients in the real

12   world?

13          A     Okay.  So, here is my answer.  If

14   their impurity profile -- you know, their impurity

15   profile may not match the RLD.  However, if their

16   impurity profile contains genotoxic compound, we

17   will let them know and we will help them to prevent

18   formation of genotoxic compound.

19          Q     Okay.  That's fair.  So the mere

20   differences in the impurity profile alone does not

21   make a drug adulterated?

22          A     Right.

23                MR. NIGH:  Form objection.

24          A     Mere --

25                THE WITNESS:  Can I respond, Daniel?

Page 129

1              MR. NIGH:  Yes.

2        A        A mere difference -- we have repeated

3    this question many times.  I will repeat it.

4    Hopefully you guys can go back and see I am very

5    consistent.  Mere difference in the impurity profile

6    so long as there is no genotoxic compound, it's

7    fine.

8        Q        And the fact of the matter is the FDA

9    permits variability in purity, size, strength and

10   other parameters when evaluating an abbreviated new

11   drug application, agreed?

12       A        FDA allows variability in the impurity

13   profile with respect to the reference listed drug as

14   long as it does not contain genotoxic compound --

15       Q        And we talked about --

16       A        -- namely nitrosamines.

17       Q        We talked about the acceptance

18   criteria for impurities as published in the USP

19   being no more than 0.1 percent.  Do you remember

20   that?

21       A        I remember the acceptance criteria of

22   the USP not showing any NDMA and not having any

23   limits on the NDMA.  To me that means zero NDMA.

24       Q        So the fact that what the USP monitor

25   says is that unknown impurities can be no more than

Page 130

```
 1      0.1 percent, right?
 2          A      Unknown non genotoxic impurities can
 3      be around .1 percent or a little higher.
 4          Q      But what you're saying is the
 5      monograph itself is silent as to genotoxic
 6      impurities, correct?
 7          A      Their silence is because they assume
 8      zero NDMA.  They assume zero genotoxic brought.
 9          Q      And that's written nowhere in the
10      monograph itself or in any USP publication, correct?
11          A      Exactly.  Because it's not written, it
12      means it should be nonexistent.
13          Q      And --
14          A      Because the RLD was nonexistent,
15      because the Diovan and Exforge had no NDMA.
16          Q      Are you aware of any drug manufacturer
17      anywhere in the world that was doing
18      nitrosamine-specific impurity testing prior to FDA's
19      notification of the potential for nitrosamine?
20          A      Yes, I am.  I am aware.
21          Q      In 2018?
22          A      Yes, I am aware of a pharmaceutical
23      company that does test for NDMA.
24          Q      And who is that?
25          A      Novartis, at least one which is
```

Page 131

1    Novartis.

2        Q     How do you know -- excuse me.  How do

3    you know what test methods Novartis was using prior

4    to June of 2018, what's your source of information?

5             MR. NIGH:  Outside the scope.

6        A     Prior to 2015 -- sorry, 2018, all I am

7    aware is that Novartis discovered the NDMA in the

8    ZHP product and it's because they were looking for

9    it.  They found it.  They were testing it.  They had

10   space and they saw the impurity and identified the

11   impurity.  It takes no more than 10 minutes by

12   running a GCMS to identify NDMA.

13       Q     My question is what is your source of

14   information that Novartis was doing nitrosamine

15   testing prior to June --

16       A     Public information.

17            MR. NIGH:  Outside the scope.

18       Q     Can you cite me to that public

19   information, because I've never seen it.

20            MR. NIGH:  Outside the scope.

21       A     European medical authority has written

22   about it.  It was to, you know, basically -- I think

23   that's part of EMEA in one of their reports I recall

24   seeing it that they mentioned that Novartis saw it

25   or maybe it was chemical engineering news, but I

Page 132

1     think you can Google it.  You should be able to see

2     Novartis.  Just type in Novartis nitrosamine

3     impurity.  I think you will run into chemical

4     engineering news.  I might have been cited there was

5     well.

6             Q       Didn't you develop specialized test

7     methods to test for nitrosamines in the latter parts

8     of 2018 and 2019?

9             A       I don't believe so.

10                    MR. NIGH:  Objection.  Outside the

11    scope.

12            A       I don't believe so.  I think we used a

13    standard nitrosamine methodology.

14            Q       Did you develop a liquid LCMS method?

15            A       We did.  We developed our own LCMS

16    method primarily not for valsartan, but for other

17    drugs.

18            Q       For Zantac?

19            A       Yes.

20            Q       So if we look at --

21            A       And beyond Zantac.  We also tested

22    probably 20 other drugs as well.

23            Q       Twenty other drugs for nitrosamines?

24            A       Yes.

25            Q       How did you pick what 20 drugs you

Page 133

1    were going to test?

2         A     We look at structural clues.  You look

3    at structural clues in a pharmaceutical molecule and

4    you say this molecule could be prone to NDMA

5    formation and that's called structural clues.  If

6    someone skilled in the art of chemistry looks at

7    valsartan synthesis, there are -- it's shouting.

8    That synthetic route is shouting that it's going to

9    be forming a NDMA.  We use those kinds of structural

10   clues to look at other compounds to see whether they

11   form NDMA or not.

12        Q     What are the 20 other drugs you

13   tested?

14        A     I can't -- off the top of my head I

15   can't recall.

16        Q     Can you recall any of them?

17        A     We looked at -- obviously we looked at

18   nizatidine, which is a cousin of ranitidine.  We

19   looked at famotidine, which is also an anti-acid.

20   We looked at a whole bunch of antacids, you know,

21   and we might have looked at some over-the-counter

22   sort of diphenyl hydramine; you know, things like

23   that.

24                  MR. TRISCHLER:  I'm sorry.  I need to

25   take a break.  I've got something I need to take

Page 134

1    care of.  I had an appointment scheduled for 4:30

2    that I realize I'm going to have to cancel, so I

3    need a couple minutes to take care of that.  Sorry,

4    Dan.

5                   MR. NIGH:  What's the problem?  Let's

6    take a ten minute break.

7                   THE VIDEOGRAPHER:  The the time is

8    4:24.  We are going off the record.

9                   (A recess was taken.)

10                  (After the recess the following

11        occurred:)

12                  THE VIDEOGRAPHER:  The time is now

13   1:36.  We're back on the video record.

14   BY MR. TRISCHLER:

15        Q        So, Doctor, you have told me that it

16   is -- that it's your opinion that a drug company

17   should not sell a product with any nitrosamines,

18   correct?

19        A        That's what I said.

20        Q        And we talked about the fact that the

21   regulations allow unknown impurities as high as

22   300,000 nanograms for a 320-milligram tablet

23   product, you interpret that requirement that USP

24   specification as saying it applies only to non geo

25   toxic?

Page 135

1          A       Genotoxic.

2                  MR. NIGH:  Form objection.

3          Q       Right.  It applies only to non

4     genotoxic?

5                  MR. NIGH:  Form objection.

6          A       I don't understand your question.  My

7     apologies.  Could you repeat?

8          Q       Yes, I will ask again.

9          A       Could you ask a specific question?

10          Q       I will ask it again.  I was trying to

11     make sure I understood your testimony.  I think I

12     do, but what you've told us is the USP specification

13     that allows for unidentified impurities to be as

14     high as 300,000 nanograms in a 320 milligram product

15     only applies to non genotoxic impurities?

16                  MR. NIGH:  Form objection.

17          A       That applies to non genotoxic

18     impurities.

19          Q       Right.  If I misspoke, I apologize.

20          A       Right.

21          Q       That's what I understood, and that's

22     because you interpret the absence of any

23     specification in USP as a dictate or a mandate that

24     the requirement for genotoxic impurities must be

25     zero?

Page 136

1              MR. NIGH:  Form objection.

2         A      Let me explain.  So requirement for

3    genotoxic impurities are far lower than regular

4    impurities.  So you must have a lot less genotoxic

5    impurities in your drug and the levels are listed.

6    In the case of specifically nitrosamines and

7    specifically NDMA, the requirements should be zero.

8         Q      And you indicated that you were aware

9    of at least one company prior to 2018 that was

10   testing its product and making sure that its

11   valsartan nitrosamine levels were zero, and that

12   company was Novartis?

13             MR. NIGH:  Form objection.

14        A      As far as I know, there may be many,

15   many more companies testing their compounds for

16   nitrosamines, but as far as I can tell from,

17   basically, public records, you know, NDMA --

18   obviously Novartis looked for NDMA.  Novartis found

19   NDMA in their API, and I can only give you my

20   opinion that Novartis perhaps -- they buy a lot of

21   APIs from China and India.  Perhaps they look for

22   NDMA in every API they buy.

23        Q      And do you -- you indicated that or

24   you offered the opinion that a drug company that

25   sells a pharmaceutical product that contains a

Page 137

1    genotoxic impurity at any level or any concentration

2    is not equivalent to the reference listed drug

3    because the reference listed drug does not have

4    genotoxic impurities, right?

5                     MR. NIGH:  Form objection.  You could

6    answer.

7         A       The genotoxic drugs, you know, have

8    limits that they need to abide by in an active

9    pharmaceutical ingredients and there are specific

10   numbers and the numbers, Clem, is not 300,000 parts

11   per million.  It's in the hundreds of parts per

12   million, maybe even much less.

13           In the case of nitroso, nitrosamines and the

14   n-dimethyl nitrosamine the requirements are zero

15   because this is a genotoxic, DNA reactive,

16   cancer-causing molecule.  And furthermore, FDA says

17   the levels should be zero because there are synthetic

18   methodologies.  In layman's terms there are recipes

19   to make valsartan without any NDMA, so manufacturers

20   should use that recipe.  And, you know, that's my

21   opinion and I think the levels should be zero for

22   NDMA.

23           For other genotoxic compounds there are

24   specific levels and one has to consult with ICH

25   guidelines, ICH M7 for those levels.

Page 138

1              Q       Okay.  Well, that's fair.  I'll try to

2      confine my questions to NDMA and NDEA.  Okay?

3              A       Thank you.

4              Q       And if I understand your opinion, what

5      you've told us is that you're of the opinion that a

6      generic formulation that contains NDMA or NDEA is

7      not equivalent to Diovan or Exforge, because those

8      reference listed drugs have zero NDMA and zero NDEA?

9              A       The generic drugs that contain NDMA do

10     not meet the requirement.  I have not tested Diovan

11     or I have not tested Exforge.  I can only assume

12     that they are -- they have zero NDMA because they

13     were not recalled, so that's what I said.

14             Q       Well, yeah, and that's what I wanted

15     to get at in terms of trying to understand what we

16     have here today.

17             The opinion that we framed earlier was -- that

18     you intend to offer is that the generic drugs made by

19     valsartan-containing medications made by my client

20     and some of the other defendants for this litigation,

21     you do not believe those drugs are equivalent to the

22     reference listed drug, because you have assumed that

23     the defendant's generic products contained NDMA and

24     NDEA and you assumed that the Diovan and Exforge did

25     not?

Page 139

1              MR. NIGH:  Form objection.

2        Q      Right?

3        A      If the manufacturer does not comply

4   with the impurity limits which is really zero, they

5   are responsible -- and they change their procedure,

6   they change their recipe, they change the way they

7   make something, then they need to -- there are these

8   alerting structures.  I'm kind of giving away a lot

9   of my opinion that will come later, which is there

10  are alerting structures.  These are clues for you.

11  Those alerting structures were ignored and, hence,

12  they now have to deal with NDMA and all the issues

13  and --

14       Q      I appreciate the sneak preview, but I

15  honestly don't want to go there.  What I just want

16  to understand is --

17       A      The assumption.

18       Q      Perhaps if you will let me explain, I

19  can ask a question that's fair and easy to

20  understand, Doctor.  I just want to make sure I

21  understand the assumption that forms the basis for

22  your opinion that you've offered so far in the

23  declaration we have.

24            You told me that there's two core opinions.

25  One of them is that generic drugs at issue in this

Page 140

1    litigation are not equivalent to the reference listed

2    drug and you have reached that opinion based on the

3    assumption that the reference listed drugs contain

4    zero NDMA and zero NDEA, right?

5            A        Mm-hmm.

6            Q        Is that "yes"?

7            A        Yes.

8            Q        Okay.  And one of the things that

9    jump-started you in this arena and I presume

10   provides you some basis for that assumption is you

11   started working with Valisure on nitrosamine testing

12   of valsartan before there was even litigation,

13   right?

14           A        So, Clem, as I have stated before, I'm

15   not sure when we have actually officially started

16   with Valisure.  It might have been before, it might

17   have been after, but that's what I can tell you.

18           Q        Fair enough.

19           A        I'm sure if Daniel would be okay, I

20   can, you know, get that information to you.

21           Q        Fair enough.

22           A        But the fact remains that whether if

23   before or after we tested your client's pills, maybe

24   your client's pills, honestly I don't know, I'm not

25   prepared to tell you what we have until I can give

Page 141

1    you reports of those, but they had high, high levels

2    of these genotoxic compounds.  And I wouldn't want

3    anybody to be taking those drugs, you know, on long

4    term basis because that would be -- you know, that

5    wouldn't be good whether it would be my mother or

6    your mother.

7         Q    Well, my mother already passed, so I'd

8    be happy to have her take valsartan with or without

9    genotoxic impurities right now.

10        A    I'm sorry to hear that.

11        Q    But be that as it may, what I was --

12   and I didn't mean to misstate your testimony about

13   the timing of your work with Valisure.  You did tell

14   me you couldn't be sure whether it was before or

15   after the FDA involvement, so I grant you that.

16        A    Yes.

17        Q    But what you did talk about and what

18   you did explain to me was that Valisure brought the

19   issue of the potential for nitrosamines in valsartan

20   to your attention and sort of asked you to help with

21   the testing and evaluation, right?

22        A    One hundred percent.

23        Q    Okay.  And so you had a chance to look

24   at the testing that was done by Valisure early on on

25   the valsartan and to independently validate it

Page 142

1    through the work of your own lab?

2         A    Yes, we did.

3         Q    So there is no question in your mind

4    that the results of testing as documented by

5    Valisure and its findings on nitrosamine contents in

6    valsartan were accurate?

7         A    We repeated Valisure's work according

8    to our own procedures and we, I think we -- the

9    result what we told Valisure was that the numbers

10   they got was pretty much in the ballpark.

11             MR. TRISCHLER:  Did anyone hear the

12   doctors' answer?  I saw his lips moving but didn't

13   hear anything.

14             MR. NIGH:  I could hear it.

15        A    I said.  Let me repeat.  Can you hear

16   me okay?

17        Q    Now I can.

18        A    Okay.  What I said was we concurred

19   with Valisure that they had correct nitrosamine

20   numbers for their valsartan pills and they sent to

21   us the same pills that they tested.  I specifically

22   warned Valisure to get it tested at a third-party

23   lab.  He called me, asked me for my advice.  I said

24   you want to get it at a third party lab to make

25   sure.  I think he was planning to do some press

Page 143

1    release or something, and that's what we did.  And

2    we told them yes, I think, and then he basically did

3    something with that data.  So...

4         Q    Okay.  And then you mentioned -- and

5    so essentially I think you just answered what my

6    question was.  My question was, did you have the

7    opportunity and did in fact independently

8    corroborate the Valisure data as it related to

9    valsartan nitrosamine quantification?

10        A    That's correct.  We corroborated their

11   data.

12        Q    And then you made mention early on --

13   I shouldn't say early on.  You paid mention before

14   our last break about a citizens petition and you

15   suggested that you thought somewhere in your memory

16   bank that Valisure might have done a citizens

17   petition that might have related some way or somehow

18   to valsartan.  Do you remember that?

19        A    Yes.  I don't think they have.

20        Q    I found something I want to ask you

21   about, and Frank from my office is there.

22             MR. TRISCHLER:  Frank, do you have the

23   June 13, 2019, Valisure citizens petition and can

24   you have that marked as the next numbered exhibit?

25             MR. STOY:  Yes.  I just uploaded it a

Page 144

1    minute ago.  Bill, do you have it?

2                    THE VIDEOGRAPHER:  I have it.  I am

3    downloading it.  Just give me one moment.  For the

4    record, that would be Exhibit 28 is the next one in

5    line.

6                    MR. TRISCHLER:  Okay.  Can you put up

7    Exhibit 28, please.

8         Q       This is on the Valisure letterhead

9    dated June 13, 2009.

10        A       Right.

11        Q       Take a look at the first couple

12   paragraphs.  Does it refresh your recollection at

13   all?

14        A       Now I recall.  I think they did file

15   something with the FDA, but this is regarding DMF, I

16   think.

17        Q       You're correct that it does relate to

18   dimethylforamide which is DMF, right?

19        A       Dimethylformamide.

20        Q       Formamide, okay?  I'll try to do

21   better.  I didn't do very well in chemistry.

22        A       No, no.  I just get insulted when they

23   mispronounce these chemical names, that's all.  No

24   worries.

25        Q       I was trying to say the chemical name

Page 145

1     to distinguish from DMF to refer to drug --

2          A       Yeah.

3          Q       So dimethylformamide is subject of

4     Exhibit 28, correct?

5          A       Correct.

6          Q       But there's also reference to NDEA

7     testing was done by Valisure IN this citizens

8     petition, correct?

9          A       Right.

10         Q       As I said, you saw this citizens

11    position before.

12         A       Right.

13         Q       And you had validated the test results

14    that are reported in here?

15         A       Yes.

16         Q       And if we look at Appendix A to the

17    report, what we have is a summary of NDMA levels and

18    DMF levels in valsartan tested by Valisure and

19    confirmed by your lab?

20         A       Did they mention our name in this

21    report, can you Google it?

22         Q       I don't know, but --

23         A       If they didn't mention our name, then

24    we didn't have anything to do with it.

25         Q       Well, you already told me that you had

Page 146

1    validated their testing and corroborated the

2    results, right?

3            A    NDMA?

4            Q    Right.

5            A    NDMA, but that's if they mentioned our

6    name, then it would be corroborated, but if they

7    didn't mention our name, it was on their own.

8            Q    Well, I only planned on asking you

9    about the NDMA results reported in this.

10           A    Please.

11           Q    As you said at least five or six times

12   it's called by Valisure to corroborate their data?

13           A    Yes, but you know -- okay.  Go ahead.

14                MR. NIGH:  Form objection.

15           Q    So if you look at the Appendix A,

16   you're looking at the first page there.  If you flip

17   to the next page, page 10, there's more results

18   reported.  Do you see that?

19           A    Right.

20           Q    Page 111 there's more results

21   reported?

22           A    I don't think we tested that many

23   different pills and lots for them.

24           Q    I am only asking about what's shown

25   here in the document.  There's more testing

Page 147

1     reported, correct?

2            A      Okay.

3            Q      And the manufacturers whose product

4     was tested was also identified in Appendix A,

5     correct?

6            A      Mm-hmm.

7            Q      Is that "yes"?

8            A      Yes.

9            Q      Interestingly, one of the

10    manufacturers is Novartis.

11           A      Okay.

12           Q      And if you look at page 12, there is

13    results of seven test samples of Novartis product

14    listed, correct?

15           A      Right.

16           Q      There was NDMA found in every single

17    Novartis tablet, correct?

18           A      Yes.

19           Q      Is that correct?

20           A      That's what you're showing me.

21           Q      So your assumption that underlies your

22    opinion in this case that Novartis' valsartan

23    contained zero NDMA is not supported in the testing

24    done by Valisure and it was validated by your lab.

25                  MR. NIGH:  Form objection.

Page 148

1                MR. TRISCHLER:  What's that?

2                MR. NIGH:  I just said "form

3      objection."

4                MR. TRISCHLER:  I meant what's that to

5      the witness.

6          A      And I respond to that I'm not -- I

7      cannot confirm to you that we corroborated it

8      everything that Valisure is presenting in this

9      report vis-a-vis the fact that our name has not been

10     mentioned on this citizen petition.

11          Typically if we do not corroborate something,

12     they shouldn't put our name.  If they are not putting

13     our name, it means we didn't have anything to do with

14     these.

15          Q      Your assumption that Novartis, Exforge

16     and Diovan formulations contained zero NDMA is not

17     supported in the data from the citizens petition of

18     Valisure, is it?

19          A      Based on what Valisure is reporting

20     to, you know, I cannot corroborate their data

21     because we didn't do it.  This is their data.

22          Q      And their data does not support your

23     assumption.  That's all I asked.

24          A      If their data is correct -- you know,

25     I don't know if they are data is correct.  Now

Page 149

1    having said that, you know, Clem, the levels that

2    were -- the interim allowable limit of NDMA, as you

3    know, is 96 nanograms.  So under the recall,

4    official recall and notice, anything under 96

5    nanograms would not be recalled.  So Novartis would

6    not be a recalled product.

7         Q      I didn't ask you if it would be a

8    recalled product and you were also very clear to me,

9    Doctor, that NDMA and NDEA content in its drug

10   product must be zero.  You said that five times to

11   me.

12        A      That should be the goal of the

13   manufacturers to have zero NDMA and NDEA.

14        Q      And you criticized my clients because

15   they had NDMA and NDEA levels higher than zero.

16        A      They had levels of 2,000 and 3,000

17   nanograms.

18               MR. NIGH:  Hold on.  Hold on.  Hold

19   on.  Hold on.  Form objection.  Does he even know

20   your client?

21               MR. TRISCHLER:  He's your expert.  I

22   don't know.

23               MR. NIGH:  Okay, because we are

24   getting way off comment on some of these topics.  He

25   has not said in terms of your client.

Page 150

1                    MR. TRISCHLER:  He just said my

2       client.

3            Q       Dose levels of 2,000 nanograms; is

4       that your testimony, sir?

5            A       I don't -- I am going on what was

6       published by FDA.  So you can Google that and see

7       what FDA was published and double check that to see

8       if your clients is part of that FDA recall and FDA

9       numbers.

10           Q       I can do a lot of things, Doctor.  I

11      spend way too much time online.  What I'd like to do

12      is ask you questions.  And my question is, is it

13      your testimony that Mylan had NDEA reported at

14      levels of 2,000 to 3,000 nanograms in its

15      valsartan-containing products?

16                   MR. NIGH:  This is far outside the

17      scope of his certification and declaration at this

18      point.  I mean, you can read it.  He doesn't mention

19      a single thing about Mylan.

20                   MR. TRISCHLER:  He volunteered and I

21      am allowed to follow that up.

22                   MR. NIGH:  No, that's not actually

23      true.  I have a lot of questions to go far outside

24      the scope at this point, but this is way outside of

25      the scope of his seven page declaration.  Not a

Page 151

1    single place in here does he ever mention any of the

2    defendants' testing levels and I think you know

3    that.  So, again, at this point we're getting way

4    outside.  I have allowed some exploration at some

5    point, but this has no basis in his declaration at

6    this point.

7                    MR. TRISCHLER:  I think I'm entitled

8    to an answer to the question.  You've objected.  You

9    can argue whether --

10                   MR. NIGH:  I am going to instruct him

11   not to answer at this point.  We have gone far

12   outside the scope.

13                   MR. TRISCHLER:  Just so that I'm

14   clear, the witness stated that my client had levels

15   of 2,000 to 3,000 nanograms and you are not allowing

16   me to follow up on that?

17                   MR. NIGH:  Just so you're clear, I

18   think that question was far outside the scope in the

19   first place.  He is not here to offer an opinion as

20   to what the levels are or your client's levels.  He

21   is not here to offer an opinion as to what any of

22   the clients' levels are.  His opinion clearly states

23   valsartan which contaminated NDMA or NDEA, period,

24   not about levels.

25                   Q      You told us, Doctor, generic drug

Page 152

1    products contain any NDMA, NDEA is not equivalent to

2    Novartis who is the reference listed drug holder,

3    because Novartis' levels are zero.  The data from

4    Valisure suggests that that's not true.  Agreed?

5         A    My position is that levels of NDMA and

6    NDEA should be zero in any valsartan pills.

7    Novartis might have some valsartan at higher level,

8    have some NDMA in it.  They might have had -- in

9    fact, they were buying -- from my understanding they

10   were buying ZHP's API and they were using ZHP's API,

11   so I am not surprised they ended up with some NDMA,

12   but prior to ZHP and any of the defendants' products

13   Diovan and, you know, Exforge going generic, I

14   believe they had their procedure, their process

15   produced no NDMA.

16        Q    Have you ever reviewed the new drug

17   application for Diovan?

18        A    I have reviewed a lot of documents,

19   yes.

20        Q    I didn't ask if you reviewed a lot of

21   documents.  Have you ever reviewed the new drug

22   application for Diovan?

23        A    I have reviewed it.

24        Q    Where did you get it?

25        A    You know, I think maybe, you know, the

Page 153

1    plaintiff's lawyer shared it with me.

2         Q     I'm surprised that Novartis would turn

3    over their proprietary documents to the plaintiff's

4    lawyers.  So your testimony is you've seen the new

5    drug application?

6         A     I might have seen it.  I reviewed a

7    lot of different documents.

8         Q     Well, it was not disclosed or provided

9    in any of the materials that were given here to me.

10        A     I cannot recall, but I reviewed a lot

11   of different documents relating to valsartan

12   manufacturing; valsartan -- you know, there is a lot

13   of public information regarding the manufacturing

14   process.

15        Q     Chemistry manufacturing controls

16   submissions as part of Novartis' new drug

17   application.  It's not public information, is it?

18        A     What is your question?

19        Q     I just asked you that one.  There is a

20   CMC section a new drug application, public

21   information.

22        A     What is your question?

23        Q     I will ask it a third time.  Is the

24   CMC section of a new drug application public

25   information?

Page 154

1          A       CMC section shouldn't be public

2     information.

3          Q       So I am trying to understand your

4     testimony under oath that you've seen and been

5     provided with the NDA for Diovan.  Where did you get

6     it?

7          A       I said I have reviewed.  I didn't say

8     I've seen it.  I said I have reviewed a lot of

9     documents, you know, from different manufacturers,

10    perhaps including Novartis' procedures, but

11    Novartis' procedures and chemical manufacturing

12    procedures has been disclosed in their patents.

13    It's been published.  There's plenty of literature

14    on it.

15         Q       So if I hear what you're saying now

16    and if we're looking for honest, forthright

17    testimony, it sounds like you don't know whether

18    you've seen the NDA for Diovan, correct?

19                 MR. NIGH:  Form objection.

20         A       I don't know if I've seen it.

21         Q       All right.  In your career, sir, have

22    you ever prepared an abbreviated new drug

23    application seeking to obtain FDA approval to market

24    any generic equivalent drug product?

25         A       In my career I have been involved in

Page 155

1    many IND filings, CMC sections of IND, CMC sections

2    of NDA, ANDA for my clients, not specifically for

3    any of my own specific products.

4         Q     My question was have you ever been

5    involved in preparing --

6         A     Yes, I have.

7               MR. NIGH:  Hold on.  Dr. Najafi.  Wait

8    until he finishes his question.

9         A     Sorry.

10              MR. NIGH:  And then answer.  We're

11   getting --

12              MR. TRISCHLER:  Sorry, Dan.

13        Q     What abbreviated drug applications did

14   you prepare and submit to the FDA?

15        A     Confidential.

16        Q     For what drugs?

17        A     For drugs that -- from our clients'

18   drugs.

19        Q     Tell me the names of the drugs.  The

20   active pharmaceutical ingredients are not

21   confidential.

22        A     I can not recall right now.  Also,

23   it's client-specific and a lot of our clients don't

24   want to have their names disclosed.

25        Q     I haven't asked your client's names.

Page 156

1          A      I know.

2          Q      Sitting here today providing -- let me

3    finish before you start.

4          Sitting here today providing testimony under

5    oath, you can't name one drug product where you were

6    involved in submitting the abbreviated new drug

7    applications for its generic formulation, right?

8          A      I cannot recall.

9          Q      Have you ever worked in regulatory

10   affairs for a generic drug manufacturer?

11         A      No.

12         Q      Have you ever --

13         A      I have not worked in regulatory

14   affairs for any generic manufacturers.

15         Q      Have you ever worked or been employed

16   by the FDA?

17         A      I have never been employed by the FDA.

18         Q      Have you ever -- are you familiar with

19   the Center for Drug Evaluation and Research, CDER?

20         A      I have attended many meetings at CDER.

21         Q      Have you ever worked with CDER where

22   you've had responsibility for evaluating new drug or

23   new drug applications?

24         A      I have not been involved with CDER.

25   You should restate your question.

Page 157

1          Q       I should or you need me to?

2          A       Please restate your question.

3          Q       Have you ever worked with CDER where

4    you had responsibility for evaluating new drug or

5    abbreviated new drug applications?

6          A       I have not worked with CDER in

7    evaluating any new drug application.

8          Q       Have you ever been retained as a

9    consultant by FDA office of generic drugs to assist

10   in evaluating any portion of an abbreviated new drug

11   application?

12         A       I have not been involved in generic

13   drug division of the FDA.

14         Q       And I think it's Section 4 of your

15   report -- your declaration you describe FDA

16   expectations and requirements for generic drug

17   manufacturers.  Do you recall that?

18         A       Could you show it to me?

19         Q       Sure.

20         A       Put it on the screen.

21                 MR. TRISCHLER:  It's Exhibit 1.  Can

22   you put it up, please.

23         A       Highlight it.

24         Q       Can you flip through it?  I think it's

25   section 4.  I think it starts on page 5, maybe, if I

Page 158

1    recall correctly.  There we go.  Do you see that?

2         A    Yes.

3         Q    And as I was saying, this is the

4    section of your report where I think you proceed to

5    describe what you consider to be the expectations or

6    some of the expectations and requirements for a

7    generic drug manufacturer, right?

8         A    Mm-hmm.

9         Q    Is that "yes"?

10        A    Yes.

11        Q    The fact of the matter is, though,

12   Doctor, that you're never had personal

13   responsibility for synthesizing API that was used

14   for generic drug formulation, correct?

15        A    I have not had responsibility in

16   synthesizing an API for a generic drug manufacturer,

17   but I have been involved in, you know, drug

18   development and I've been involved with lots of

19   FDA-related activities and the spirit of what I have

20   put in is if and when you change the chemical

21   process, if you make lasagna by following step one,

22   step two, step three, and if you change that and you

23   create your own recipe, you have responsibility to

24   do proper due diligence to look at structural

25   molecules that give you structural clue to

Page 159

1    protection problem and you need to disclose that to

2    the FDA and you need to do proper due diligence and

3    effectively look for those, you know, potential

4    problem and look for genotoxic compounds and report

5    it.

6         Q       Have you ever developed a synthetic

7    process used for the API of a generic drug

8    formulation?

9         A       I have developed synthetic process of

10   hundreds of molecules in my time and I continue to

11   develop processes for hundreds of molecules, but not

12   for a generic drug, but I can assure you I

13   understand the synthesis synthetic procedure of

14   valsartan.

15        Q       Have you ever had oversight

16   responsibility for manufacturing a generic drug

17   product?

18        A       No.  I have not had oversight

19   responsibilities for a synthesis of a generic drug

20   product or drug substance, but I've had

21   manufacturing responsibilities for lots of synthetic

22   molecules in large scale at my previous company,

23   Aldridge Chemical, at Rhone-Poulence

24   Pharmaceuticals, et cetera, and NovaBay.

25        Q       Have you ever prepared a drug master

Page 160

1           file in connection with an API for a generic drug?

2                   A        Not personally.

3                   Q        In the notes of deposition that

4           brought us here today, I asked you to provide

5           certain materials to me at the time of the

6           deposition.  One of the things I asked for were any

7           and all papers that you prepared on the topic of

8           drug safety and cancer risk.  Do you remember seeing

9           that request in the notice?

10                  A        Yes, I have.

11                  Q        I did not receive any papers or

12          publications on those topics, so I have to assume

13          that you have never published on those issues.

14          Would that be a fair assumption on my part?

15                  A        I have not published on anything, any

16          genotoxic compound, nitrosamines except the citizen

17          petition which we filed with the FDA regarding

18          nitrosamine which FDA corroborated 100 percent, and

19          I've also presented at a generic manufacturing

20          symposium where my audience was a whole huge number

21          of generic manufacturing people.

22                  Q        I appreciate that, but my question was

23          a little broader than that.  I had asked for all

24          papers and publications prepared on the broader

25          topic of drug safety and cancer risk.  Have you ever

Page 161

1    published on those topics?

2         A      I haven't published on those topics

3    and what I can -- you know, there are lot of

4    publications.  That's really a toxicologist and

5    epidemiologist sort of activity.  I rely on them.

6         Q      And what you were answering on the

7    topic of nitrosamines what you told me is that

8    you've not submitted any peer-reviewed publications

9    on the issue of nitrosamines and drug products,

10   correct?

11        A      So what's your definition of peer

12   reviewed?

13        Q      My definition of peer review would be

14   a publication in a scientific journal that is

15   reviewed by scientists in the field for accuracy,

16   quality and reliability of methods prior to the time

17   that it's published.

18        A      Our citizen physician, my citizen

19   petition for ranitidine Zantac meets those

20   criterias, so under that circumstance it is peer

21   reviewed.

22        Q      So you consider a citizens petition to

23   be a peer-reviewed publication?

24        A      Absolutely.

25        Q      Who can submit a citizens petition?

Page 162

1          A       Anybody can submit a citizen petition.

2          Q       If I sent a citizens petition saying

3    Dr. Najafi's declaration in this case is unreliable,

4    has that been peer reviewed?

5          A       You can certainly do that and it will

6    be peer reviewed by FDA scientists and they will

7    then respond to you that Clem, you're wrong.

8          Q       In formulating the opinions that are

9    contained in this declaration that we're looking at

10   now, did you review any internal Mylan documents?

11         A       In formulating this last declaration,

12   I don't believe so.

13         Q       Did you review by ZHP documents?

14         A       I have reviewed both Mylan and ZHP

15   documents months ago but not in formulating this

16   declaration.

17         Q       And if I ask the same question for the

18   other manufacturer defendants to this litigation:

19   Teva, Aurobindo, Hetero, Torrent; have you reviewed

20   any of their documents?

21         A       I have reviewed.  I've spent hours and

22   hours looking at their manufacturing issues, looking

23   at their, you know, all of that, but not for this,

24   you know, putting this declaration together.

25         Q       So in terms of those two core opinions

Page 163

1    we talked about, you don't plan to -- you're not

2    relying upon and did not consider any of the -- any

3    internal documents from any of the manufacturers?

4         A    I did not, no.

5         Q    I asked you before if you reviewed the

6    new drug application for Diovan and you said you

7    could not.  Just for completeness sake, do you know

8    if you ever reviewed the new drug application for

9    Exforge or Exforge HCT?

10        A    I cannot recall.  I believe I've

11   reviewed a lot of the defendants' material.  I might

12   have reviewed some of the publicly available

13   information on the work Ciba-Geigy did which led to

14   Diovan.

15        I've looked at their patents.  I've looked at

16   their procedures, their recipes, their synthesis,

17   published data, a lot of that.  I have looked at a

18   lot of documents over the last year and a half or so.

19             MR. TRISCHLER:  Let's take a break,

20   please.  I want to look at some notes and see what I

21   want to do next.

22             MR. NIGH:  Take a ten minute break?

23             MR. TRISCHLER:  Sure.

24             THE VIDEOGRAPHER:  The time is 2:22.

25   This concludes Media No. 4.

```
                                         Page 164

 1                  (A recess was taken.)

 2                  (After the recess the following

 3          occurred:)

 4                  THE VIDEOGRAPHER:  The time is now

 5      2:48.  This begins Media unit 5.  You may proceed.

 6      BY MR. TRISCHLER:

 7          Q       Doctor, I just have a few other things

 8      I want to cover with you.  One of the documents that

 9      was in your file that I was provided with was a

10      chart entitled "valsartan products not currently

11      recalled."  Are you familiar with that chart?

12          A       Would you bring it up so we can be

13      looking at the same thing?

14          Q       Sure.

15                  MR. TRISCHLER:  Frank, are you able

16      to -- it was not in the group of exhibits that I

17      premarked.  Are you able to pull it up, Frank, and

18      get it in front of the witness?

19                  MR. STOY:  Yes.  Let me try to find it

20      here.  I am going to attempt to share my screen.  Is

21      this the document?

22                  MR. TRISCHLER:  Yes, that's it.  Thank

23      you, Frank.  I guess we will have this marked as an

24      exhibit and sent to the reporter through the chart,

25      but whatever the next numbered exhibit is.
```

Page 165

1                    THE VIDEOGRAPHER:  That will be 29.

2                    MR. TRISCHLER:  Thank you.

3     BY MR. TRISCHLER:

4          Q      Doctor, can you see this Exhibit 29?

5          A      It is very tiny.  Yes, I do.

6          Q      It's a 15 page document.  At the top

7     it says "valsartan products not currently recalled"

8     dated September 21, 2015, and it was provided to me

9     by your counsel as part of your file.  Do you recall

10    that?

11         A      Yes.

12         Q      And if I understand correctly this

13    would be a list of valsartan products, marketed and

14    sold in the United States that were not subject to

15    any recall at least as of September 2018, right?

16         A      I believe so.

17         Q      And you had mentioned earlier that

18    under the valsartan recalls, products were recalled

19    if they had NDMA content above 96 nanograms per

20    milliliter, right?

21                    MR. NIGH:  Objection.  Go ahead.

22         Q      You can answer.

23         A      Ninety-six nanograms dosage you end up

24    consuming per day.

25         Q      The limit for NDEA, there was a

Page 166

1      separate limit for NDEA, right?

2           A      I think NDEA was far lower, maybe 12

3      or 20, something like that.

4           Q      Does 26.5 sound right?

5           A      Yes.

6           Q      And so if valsartan products were

7      tested and the limits observed were above those

8      levels of 96 nanograms for NDMA and 26.5 nanograms

9      for NDEA, they were recalled, is that your

10     understanding?

11          A      That's my understanding.

12          Q      And so this list would be a list of

13     products that had NDEA content of either zero or

14     less than 96 or somewhere in between?

15          A      Right.

16          Q      And these would be -- this list that

17     we will mark as Exhibit 29 is a list of product that

18     would have been tested and had NDEA content of

19     either zero or 26.5 or something in between.

20          A      Right.

21          Q      To your knowledge, have you

22     independently tested any of these

23     valsartan-containing medications that appear on this

24     Exhibit 29?

25          A      I have not.  I'm not prepared in this

Page 167

1    meeting to to take a look at these and compare it

2    with what we have or have not listed, because I'm

3    just -- I don't have the documentations in front of

4    me to tell you what got tested and what didn't.

5             Q       Okay, but based on what we know right

6    now, all of the drug products listed on Exhibit 29

7    may very well have had some NDMA or NDEA in the

8    product, it was simply below the limit established

9    by FDA?

10            A       That's what FDA has obviously done.

11   They have made those determinations based on this

12   interim level, interim level which is 96 or

13   20-something nanograms of NDEA.

14            Q       So as far as we know, every drug

15   listed on Exhibit 29 had some NDMA or NDEA in it,

16   right?

17            A       As far as I can tell you, I have no

18   knowledge of what the exact numbers of NDMA or NDEA

19   is in any of these products.  All I can attest to is

20   that they were not recalled by the FDA.

21            Q       And so you cannot rule out the

22   possibility that every drug listed on Exhibit 29 had

23   some NDMA or NDEA?

24            A       I cannot rule out.  Let me just

25   restate my position.  I believe no NDMA or NDEA

Page 168

1    should be allowed in any valsartan product, period.

2    Zero.  So if they contain NDMA and NDEA and FDA is

3    allowing it above certain limit, that's FDA's

4    prerogative, but in my expert opinion, no NDMA or

5    NDEA should be allowed.

6          I am not a toxicologist, but I know something

7    about the chemistry of NDMA and the fact that it

8    comes a methylating agent, and methylating agents are

9    a fantastic cancer causing agent.

10                   MR. NIGH:  Dr. Najafi, make sure you

11   let him finish his question before you answer.

12                   THE WITNESS:  My apologies.

13         Q       The limits established by FDA that

14   you've referenced --

15         A       Right.

16         Q       -- 96 nanograms per millimeter for

17   NDMA, that limit remains in effect to this day, does

18   it not?

19                   MR. NIGH:  Object to form.

20         A       As far as I know, FDA currently is

21   accepting 96 nanograms as an interim sort of level,

22   but their goal is going to be zero and their goal is

23   going to be basically FDA -- I'm reading from FDA's

24   guidance.  It says FDA advises that nitrosamines

25   should be absent, not detectable for ARBs, API or

Page 169

1    ARB product period, stop.  It's been cited in my FDA

2    general advice document which is actually cited in

3    my report.

4              Q       All I asked you was that the limit of

5    permissible NDMA content of 96 nanograms per

6    milliliter remains in effect to this day.

7              A       As far as I know, 96 nanograms remains

8    in effect and is acceptable today, but may not be

9    acceptable tomorrow.

10             Q       And the 26.5 nanograms limit for NDEA

11   remains in effect to this day?

12             A       As far as I can tell, that remains as

13   an interim acceptable level today but, again, their

14   guidance says they are going to go to zero.  So I am

15   answering your question.

16                     MR. TRISCHLER:  All right.  I have no

17   further questions of the witness at this time.  I do

18   think that there are documents that we have

19   requested that have been -- excuse me, documents

20   that have been identified worked on by this witness

21   that were identified during the course of this

22   deposition that are relevant to the witness that

23   have been disclosed in this case and that the

24   witness has been offered.

25                     I am going to reserve the right to

Page 170

1    bring a motion on that issue to obtain those

2    documents and those records and to redepose the

3    witness on those issues, but for now I don't have

4    any further questions, although I believe there may

5    be a few other people on my side that have some

6    followup.

7              MR. NIGH:  Mr. Trischler, I am going

8    to put my position briefly.  I think at this point

9    we've gone over four hours of record time which is,

10   in many of these questions, have been far outside of

11   the scope.  And the vast majority of documents, if

12   there are any, we presented those objections 48

13   hours ago and do not believe there is a basis to

14   come back for this deposition.

15             In addition, I'm surprised that it's

16   even gone four hours, but it sounds like it's going

17   to go even further and so I don't even know if there

18   will be any time at the end of this.  And to the

19   extent that there is an argument being raised of

20   missing documents, really, the timing here has just

21   gone far longer than we think was necessary.  That's

22   my position.

23                  CROSS-EXAMINATION

24   BY MR. GISLESON:

25             Q      Good afternoon, Doctor.  My name is

Page 171

1    John Gisleson and I represent Aurobindo.

2                    MR. GISLESON:  If we could go back

3    please, Bill, and pull up Exhibit 17, which is the

4    valsartan USP monograph.

5            Q       So, Doctor, in your career to what

6    extent have you utilized USP monographs in your

7    work?

8            A       We use it almost every day, every week

9    at Emery Pharma to effectively follow, you know, and

10   release drug product and drug substance at Emery.

11           Q       To your knowledge are the USP

12   monographs utilized in connection with

13   manufacturing?

14           A       USP monographs are utilized in

15   connection with manufacturing, yes.

16           Q       Do you know whether the FDA relies at

17   all on USP monographs?

18           A       To some extent they do.  FDA and USP

19   have sort of a tangential relationship with the USP.

20   USP is an independent company and it was formed 200

21   years ago for the purpose of, essentially,

22   standardizing our drug supplies and trying to

23   develop a standardized quality system for the drug

24   on the market.

25           Q       Do you have an understanding as to how

Page 172

1    FDA utilizes USP monographs?

2         A       Can you be specific?  You know, what

3    do you mean by to what extent FDA utilizes?

4         Q       Do you have an understanding as to how

5    FDA utilizes USP monographs?

6                      MR. NIGH:  Objection.  Form.

7         A       USP primarily works with the sponsor

8    of the innovators to get the -- you know, basically

9    to get the drug, the generic drugs, you know,

10   effectively easing the generic drug availability.

11        So, for example USP toward the end of the drug

12   patent, USP contacts the brand and says "share with

13   me your protocol.  Share with me your standard.

14   Share with me your impurities," and the drug -- the

15   brand usually does that.  If they don't do it, USP

16   develops its own standards and then everybody has to

17   meet that minimum standard.

18        Q       In your experience, are the USP

19   standards reliable for manufacturers?

20                     MR. NIGH:  Form objection.

21        A       Could you repeat your question?

22        Q       Sure.  In your experience, are USP

23   monographs accurate in their prescription of the

24   drug products addressed in the monographs?

25                     MR. NIGH:  Form objection.

Page 173

1          A        In terms of reliability, it's a

2     minimum standard that you have to meet, but we often

3     go above and beyond USP.

4          Q        And in your experience, are the USP

5     monographs reliable in terms of the accuracy of the

6     information that they contain?

7                   MR. NIGH:  Objection.

8          A        In my experience, USP monograph is the

9     starting point for, you know, for basically looking

10    at the impurity profile.

11         Q        And if we look at Exhibit 17, does

12    this identify specific impurities that have been

13    found in the valsartan product?

14         A        They do.

15         Q        What are the specific impurities that

16    are identified there?

17         A        There are a couple of impurities

18    listed; impurity A, impurity B, but in fact there

19    are more impurities.

20         Q        Do you have an understanding why,

21    then, the USP monograph didn't identify all

22    impurities?

23                  MR. NIGH:  Form objection.

24         A        We often find other impurities and we

25    bring it to the attention of the sponsor and show

Page 174

1    them that these impurities need to be identified or

2    if the levels are -- meet certain standards, they

3    need to be identified or they need to be, you know,

4    purified, tested, quantified.  Really, there are

5    different standards, but no, USP -- how can I say

6    it, it's really just -- it's really an entry point,

7    you know.  It's really a starting point.  It's a

8    guidance.

9         Q     In your experience are USP monographs

10   updated from time to time?

11        A     I believe they are.

12        Q     In your experience, when USP

13   monographs are updated, would they also include

14   additional impurities that weren't previously known?

15        A     They often do, but they are very slow

16   in doing that.  A company such as ours would

17   actually need to contact USP and say, hey, we

18   actually found additional impurities, you know, you

19   should list that and it might take them a couple of

20   years to bring that up and do their own testing and

21   corroborate and all of that and then it might get

22   into that, you know it might get into sort of USP

23   monograph.

24        Q     And in your experience it's good

25   practice when new impurities are identified to

Page 175

1    report those impurities to the FDA; is that right?

2         A       Absolutely.  Reporting them to USP is

3    a good practice.  If it's a genotoxic compound, I

4    think you want to make an more urgent case reporting

5    it to the manufacturer, reporting it to the USP,

6    reporting it to the FDA in the case of, for example,

7    sartans or ranitidine, Zantac and others.

8         Q       Does the -- and we'll look at

9    Exhibit 17 specifically.  Does this USP monograph

10   identify how to test for impurities?

11        A       This USP monograph does provide you

12   with a basic methodology to identify some of the

13   impurities.

14        Q       What is the methodology that's

15   identified on this USP monograph?

16        A       Thank on hang on a second.  There

17   is -- to identify impurities you have to go through

18   set up either HPLC or gas chromatography, various

19   instrumentation and set it up, set up the instrument

20   and run it according to the basic principle that USP

21   lays down.

22        Q       What are the specific tests or tests

23   that are identified in this USP monograph for

24   testing for the presence of impurities?

25        A       So they use -- basically to assess

Page 176

1      impurity profile, they are using chromatographic

2      technique.  Chromatographic technique means --

3      meaning in this case high pressure liquid

4      chromatography and that's it.

5              Q      If we look under the impurities

6      section on this first page, there's a reference to

7      chromatographic system, see chromatography 621

8      system suitability and then it has mode LC detector

9      UV 230 NM.

10             So what is the information that provides to a

11     manufacturer as to how to test for an impurity?

12             A      You're getting fairly technical here.

13     I don't know whether this is useful for this

14     conversation, but the HPLC is an instrument that

15     there are pumps attached to it.  The pumps are

16     pushing.  There are two pumps pushing some vents

17     into a column.  There's solvent A, solvent B, and

18     depending on what's in the solvent A and B, the

19     column gets conditioned so that the column is a

20     stationery phase.  And so the separation happens

21     through the HPLC column and then it goes through a

22     detector and then that detector would be, you know,

23     UV detector.  It could be, you know, CHAD detector

24     which stands for charge aerosol detector.  It could

25     be ELT detector.  It could be a mass spec detector.

Page 177

1          So it goes through the detector and comes out

2     and out of that detector.  So any UV active compound

3     gets detected.  So in this case they are looking at

4     for UV active compound.

5          Q     How much -- I'm sorry.  Continue.  Are

6     nitrosamines UV active compounds?

7          A     Nitrosamines are not UV active

8     compounds.  So they become invisible, so UV.

9          Q     Using the chromatographic system with

10    liquid chromatography and a UV detector, in your

11    experience is that capable of identifying

12    nitrosamines?

13         A     In my experience you have detectors

14    are not capable of detecting nitrosamines.

15         Q     Does this USP monograph identify that

16    a manufacturer should use gas chromatography, mass

17    spectormetry to test for the presence of nitrosamine

18    impurities?

19              MR. NIGH:  Form objection.

20         A     So this specific monograph does not

21    provide you with the, you know, HPLC mass spec

22    detector detection.

23         However, you know, the chemist and the

24    synthetic chemist who is involved with the synthesis

25    of the drug should consider, you know, methods that

Page 178

1    do not -- that can potentially show the none UV

2    active compound such as nitrosamine and use of mass

3    spec.  For example, HPLC connected to a mass spec or

4    GC connected to a mass spec, that's been around since

5    I was an undergraduate in 1979.

6              Q    How many to your knowledge -- strike

7    that.

8              What drugs prior to June 2018 were found to

9    contain nitrosamine impurities?

10             MR. NIGH:  Form objection.

11             A    To my knowledge, you know, the drugs

12   that contained nitrosamine impurities, perhaps not

13   known to me.  That doesn't mean that it exists, but

14   nitrosamines have been around since 1970s and

15   knowledge of NDMA has been around since 1970s and

16   WHO has been warning drug companies to look for NDMA

17   through various guidances regarding nitrosamine.

18             And ICH M7 guidelines specifically mentions

19   nitrosamine as the drug of concern as they have -- as

20   the impurities of concerns as a mutagen of concerns.

21   So just because they haven't been shown before 2018

22   doesn't, you know, basically give these guys a pass.

23             Q    You said that you were familiar with

24   current good manufacturing practices.  Are you aware

25   of any current good manufacturing practice that

Page 179

1    existed in or before June 2018 that required a

2    manufacturer to test for nitrosamine impurities in

3    pharmaceutical products?

4           A       In current and good manufacturing

5    practices really refers to using the latest

6    technology and in looking for impurities, making

7    sure your drug is safe.

8           And this is exactly to the point I was trying

9    to make earlier, that basically the USP monograph is

10   really just opens the door to you.  So this is a

11   common mistake and I also mention that in my

12   presentation to this symposium that I was presenting

13   regarding which is online, actually.  You know,

14   companies need to be looking for structures of

15   concern which is mentioned in ICH M7, and those

16   structures of concern should actually give you sort

17   of a window toward compounds you should be looking

18   for.

19          Q       Can you identify any publication that

20   was issued before June 2018 that advised

21   pharmaceutical manufacturers that testing for

22   nitrosamines was part of current good manufacturing

23   practices?

24                  MR. NIGH:  Form objection.

25          A       I can refer you to international

Page 180

1    committee to -- IRAC.  It's a part of WHO that

2    specifically warns the manufacturers to look for

3    nitrosamines and there is a specific test that they

4    ask a lot of manufacturers to do which is called --

5    basically it's called NAP testing, N-A-P testing,

6    which in fact they encourage manufacturers to test

7    their compounds to see if it's prone to developing

8    nitrosamine.  And you can look that up under NAP

9    testing or basically WHO testing for nitrosamine

10    and -- nitrosamine and NDMA.

11          Just one second.  I actually have somebody

12    here.  I have to give them the key to my car.

13                    MR. NIGH:  Let's take a quick break.

14                    MR. GISLESON:  Okay.

15                    THE VIDEOGRAPHER:  Time is 3:18.  We

16    are going off the video record.

17                    (A recess was taken.)

18                    (After the recess the following

19        occurred:)

20                    THE VIDEOGRAPHER:  The time is 3:18.

21    We are back on the video record.

22    BY MR. GISLESON:

23          Q     Did the FDA ever issue any guidance

24    like what you have just described from that

25    international organization?

Page 181

1          A       Has FDA ever issued any guidance

2     regarding NDMA or nitrosamine?

3          Q       Similar to the international guidance

4     you just identified.

5          A       Post 2018 or pre 2018?

6          Q       Pre 2018.

7          A       I don't know, honestly.

8          Q       You received an envelope and I think

9     you started to open it earlier that contained some

10    documents that we sent to you.

11         A       Right.

12                 MR. GISLESON:  Bill, it's the document

13    behind Tab 6.  It's a USP monograph, this one for

14    valsartan and --

15                 THE WITNESS:  Should I open it?

16                 MR. GISLESON:  Please.

17                 THE VIDEOGRAPHER:  For the record, it

18    would be marked as Exhibit 30.

19         Q       Doctor, it's behind Tab 6.

20                 MR. NIGH:  Mr. Gisleson, how am I

21    getting a copy of this document?

22                 MR. GISLESON:  It's in the Exhibit

23    File Share, Paul.

24                 MR. NIGH:  Okay.  Okay.  Tab 6.  I see

25    it now.

Page 182

1              Q        Have you, Doctor, reviewed the USP

2     monographs for all the different valsartan products

3     that are at issue in this lawsuit?

4              A        I have reviewed a number of them, yes.

5              Q        And have you also reviewed the USP

6     monograph for the valsartan hydrochlorothiazide

7     tablets?

8              A        Yes, I believe so.

9              Q        Looking at Exhibit 30, is it correct

10    that you have reviewed this USP monograph

11    previously?

12             A        This is --

13             Q        Tab 6.

14             A        Tab 6?  Okay.  Okay.  I need a

15    refresher.  Just give me a second.

16             Q        No problem.

17             A        Okay.  I scanned through it.  Go ahead

18    with your question.

19             Q        So this USP monograph became effective

20    as of May 1, 2015; is that right?

21             A        Okay.

22             Q        Looking at the upper left-hand corner

23    of the first page.

24             A        Uh-huh.

25             Q        Is that correct?

Page 183

1          A       Yes, May 2015.

2          Q       And then if you can go to the section,

3    please, on impurities which I believe is the third

4    or actually the fifth page.

5          A       Okay.  Yes.  I'm on it.

6          Q       Thank you.  Does this identify

7    specific impurities that had been identified in the

8    valsartan and hydrochlorothiazide tablets?

9          A       It looks like it, yeah.

10         Q       And what were the specific impurities

11   that were identified?

12         A       There is hydrochlorothiazide,

13   benzothiadiazine related compound A.  There's

14   hydrochlorothiazide RS; there's USP valsartan RS;

15   there's USP valsartan related compound and so forth.

16         Q       To your knowledge are there any health

17   effects or health hazard associated with those

18   impurities?

19                 MR. NIGH:  Form objection.

20         A       I don't know.

21         Q       Then this also shows that there are

22   acceptance criteria for those impurities that allow

23   them to be present in the finished drug product at

24   certainly no more than percentages; is that correct?

25         A       Right.

Page 184

1      Q      When it says in here that NMT

2    0.2 percent of any other impurity excluding

3    valsartan-related compound A, does that include

4    unidentified impurities?

5                  MR. NIGH:  Form objection.

6      Q      Let me rephrase the question.  Do you

7    have an understanding of what's meant by not more

8    than 0.2 percent of any other impurity?

9      A      Yes.

10      Q      What does that mean?

11      A      So it means there are other

12    unidentified impurities potentially that should not

13    be more than .2 percent, not more than .2 percent in

14    the chromatogram.

15      Q      Does this monograph identified the

16    testing procedure that a manufacturer should use to

17    identify any impurities for this

18    valsartan-containing drug?

19      A      So, basically, again, it goes back to

20    this question the whole concept that I tried to

21    explain with Clem.  There are impurities that -- you

22    could have up to maybe a hundred different

23    impurities, John, in valsartan in this chromatogram,

24    hundred little peaks, right?

25            You can't identify.  You can't tell which one

Page 185

1    is which.  You just go after picking up a few of

2    them, you know, and USP effectively provides those

3    impurities as reference standards and so forth, but

4    it's really the duty of the manufacturer to look at

5    the drug synthesis and identify and look for their

6    structural entities of concern.

7         You know, for example, when I look at a

8    molecule, John, when I look at c double bond o, c

9    carbon and chlorine, I know this chloromethyl ketone

10   is like a tear gas.  It's going to burn your eyes.

11   If I see a molecule that has nitrite in it, I'm going

12   to say "Oh, shit.  This is going to --" pardon my

13   language -- "this is going to be created

14   nitrosamine."

15        So when you look at these types of -- you

16   know, this is like the recipe that USP gives you is

17   more or less like a TikTok video cookbook.  Have you

18   seen these TikTok videos that give you direction on

19   how to make, you know, a certain dish?  This is a

20   TikTok video.  So what you need to do is you need to

21   do your own due diligence.  You can talk to any

22   chemist.  At my company or at any other company, they

23   tell you this is just an entry level stuff.

24        So it's the duty of the organic chemist at the

25   company, synthetic organic chemist to say there are

Page 186

1    structural concerns in my recipe and I am worried

2    about this impurity; therefore, look into it, okay.

3    So, this is very little and you cannot just say here

4    is TikTok video, you know, are you going to be able

5    to do this.  You can't.  And in fact every -- this is

6    just a starting point.

7          Q      So when this refers to acceptance

8    criteria no more than 0.2 percent of any other

9    impurity, the manufacturer is to add up the

10   different unidentified impurities to determine

11   whether the total amount exceeds 0.2 percent?

12         A      It means you could have lots of little

13   impurities as long as they are not over a certain

14   level, as long as they are not over .2 or

15   .1 percent, but you also need to consider if these

16   impurities are growing or not as a function of time.

17         Often we get a call from a frantic

18   manufacturer that says my drug is on the market and

19   we have -- we got report from our retained testing

20   that our drug is producing an impurity and we need to

21   figure out what that impurity is, and they tell us

22   drop everything, work on this, figure out what this

23   impurity is, you know, and we've been doing -- we

24   have done this.

25         So this is -- just to show me a few impurities

Page 187

1    here, I can assure you if you look at some of the

2    chromatograms of valsartan or this, the one that

3    you're showing me, there are going to be many, many,

4    many different impurities in the chromatogram.

5            Q      What is the testing method in this

6    monograph that a manufacturer should use to

7    determine whether there are any impurities?

8            A      They need to follow current good

9    manufacturing practices and the current, you know

10   has -- you know, it means you gotta LCMS.  HPLC

11   alone, it is a 1960's technology and unfortunately

12   FDA has been very lax about it and we've had

13   discussions with them.  And companies are saying we

14   can't afford LCMS.  Are you kidding me?

15           Q      What is the testing method identified

16   in this specific monograph for how a manufacturer

17   should test for impurities?

18           A      The testing method they are

19   identifying is HPLC with UV detector.

20           Q      Is that shown on the prior page?

21           A      Yeah.

22           Q      Under chromatographic system?

23           A      Yes.

24           Q      Can you go to the prior page, please?

25           A      Yeah, I am looking at it.  Yeah.  It's

Page 188

1    UV.

2            Q       And it says chromatographic system?

3            A       Yes.

4            Q       See chromatography 621 system

5    suitability mode LC detector UV.

6            A       You see the detector is UV, which

7    means it's ultra violet detector.  So in my opinion,

8    USP is not following CGMP.  USP is behind time and

9    these companies are hiding behind USP and I think

10   they are violating FDA's current good manufacturing

11   practices.  And I have mentioned this to, you know,

12   drug manufacturers, the generic people as well and

13   they agree.  I've had conversations with many of

14   them.

15           Q       The test that's identified here, the

16   chromatographic system using the LC mode with a UV

17   detector, that test is the starting point, you said,

18   for what a manufacturer should do to test for

19   impurities?

20           A       Exactly.

21           Q       And that test does not identify

22   nitrosamine impurities, does it?

23           A       No, it doesn't.  You could have a lot

24   of nitrosamine in this compound and this LC test

25   will not show it.  It will be invisible.

Page 189

1          Q      So it's your opinion, as you said,

2     that none of the defendants' valsartan products

3     should have contained any NDMA or any NDEA; is it

4     correct that you believe FDA is wrong in permitting

5     the defendants' valsartan products to be sold so

6     long as they are -- they have less than 96 nanograms

7     of NDMA or 26.5 nanograms of NDEA?

8                     MR. NIGH:  Form objection.

9          A      John, I cannot comment for FDA, but I

10    have stated this in our previous conversations as

11    well.  I believe the levels of NDMA and NDEA should

12    be zero.  These are mutagenic DNA reactive molecules

13    that knocks the hell out of your DNA, and in fact

14    the NDMA is used to create cancer in laboratory

15    animals.

16         Q      So your opinion, then, directly

17    contradicts the FDA's determination that patients

18    may use the defendants valsartan products so long as

19    they contain less than either 96 nanograms of NDMA

20    or 26.5 nanograms of NDEA, correct?

21                    MR. NIGH:  Form objection.

22         A      I'm going to reiterate what I said,

23    John.  I believe in zero NDMA and NDEA.  I think

24    FDA's thinking is also zero NDMA, NDEA.  In my

25    opinion, perhaps maybe it's because it's political,

Page 190

1    I don't know, but you're asking my opinion.  I

2    cannot speak on behalf of FDA.  I told you what I

3    think.

4         Q     All right.  Your opinion contradicts

5    the FDA's determination that these valsartan

6    products can be sold to and consumed by patients so

7    long as the nitrosamine levels are less than the

8    accepted intake levels identified by the FDA,

9    correct?

10              MR. NIGH:  Form objection.  Hold on.

11    Form objection.  Mischaracterizes testimony.  It's

12    been asked and answered multiple times.

13              MR. GISLESON:  It's been asked.  It

14    hasn't been answered.

15              MR. NIGH:  It has been answered.  It's

16    just not the way you want it answered.

17         Q     Your opinion directly contradicts what

18    the FDA has said; namely, the defendant's products

19    can be sold to and consumed by patients so long as

20    the nitrosamine levels are less than the FDA's

21    determined acceptable intake levels or limits?

22         A     So --

23              MR. NIGH:  Form objection.  Asked and

24    answered.  Mischaracterizes testimony.

25         A     John, I have already mentioned what's

Page 191

1   my opinion.  I have also and FDA has also made its
2   ruling.  FDA is saying 96 nanograms is the interim
3   level, but FDA in their most recent filing which
4   is -- I'd like to quote you my -- the FDA guidance
5   which is called FDA general advice and I'd like to
6   actually make -- put that as part of the record if
7   you could -- I don't know.  It's page 1 and it's
8   paragraph number -- it's page 1, paragraph 2 of
9   background.  I'd like to make that as part of the
10  record and I'd like to read it that to you.
11       It says, "Due to their known potent
12  carcinogenic effect and because it is feasible to
13  limit these impurities," because it's feasible to
14  limit these impurities "by taking reasonable steps,"
15  meaning chemical synthesis, chemical synthetic steps
16  "to prevent or eliminate their presence, FDA has
17  determined that there is no acceptable specification
18  for nitrosamine in ARBs, API or drug product."
19  Period.  Full stop.
20       This is FDA.  If you want to misquote me, you
21  can go ahead and do that but, please, when you do,
22  make sure you put this next to it.  Therefore, FDA
23  goes on and says, "FDA advises that nitrosamines
24  should be absent in practices; i.e. not detectable as
25  described below from ARB API and API brought

Page 192

1    product," should be absent.

2          This is the key thing.  As an initial measure,

3    FDA published levels of impurity exceeding these

4    interim levels recommended for recall before the

5    market.  So they said they recommended anything above

6    certain level to be recalled, but their goal is zero.

7    Zero.  I hope I've answered the question.

8          Q      Doctor, what's the date of the

9    document you just read from?

10         A      The date of this document?  Let me

11   look it up.  It's part of the submission of the -- I

12   don't know.  I think that's for you guys to figure

13   out.  This was -- there is no date on it.

14         Q      Can you show us the first page of the

15   document, please, on the camera so we can see what

16   it says?  It looks like it's a letter from the

17   Department of Health and Services.

18         A      Is this part of the record?  I think

19   that was submitted.

20         Q      No, because I didn't offer it and I've

21   never seen it before.

22         A      It was part of my testimony.  It's

23   there.

24         Q      Even with the presence of NDMA or

25   NDEA, do the defendant's valsartan products still

Page 193

1    lower blood pressure in adults and children who

2    still use the products?

3              MR. NIGH:  Form objection.

4        A    John, you want my honest opinion?  I

5    don't know.  I don't know, because there is no

6    doubt -- I have no doubt that there is valsartan

7    molecule there, but I have no idea what the

8    interaction of NDMA, NDEA at those high levels could

9    be, because I consider NDMA and NDEA as an active

10   compound.

11        A lot of the impurities that you saw in the

12   USP monogram, a lot of the excipients:  The sugar,

13   the magnesium citrate and various just binding agent

14   that makes them feel inactive, nitrosamines are

15   extremely active and so I don't know whether actually

16   they will help or hurt or they will cause certain --

17   you know, bind something to some receptors.

18        I'm not a toxicologist.  I'm not a physician

19   to know, but that's for another expert to comment.

20        Q    Have you done any analysis as part of

21   your work in this case to determine whether NDMA or

22   NDEA interferes with the chemical ability of

23   valsartan to perform its intended purpose of

24   lowering blood pressure and of reducing

25   hospitalization for heart failure?

Page 194

1       A       We have not done any testing that

2   shows that in DNA inhibits the effectiveness of

3   valsartan or promotes its effectiveness of valsartan

4   or any of that.  We have not done any of those

5   tests.

6       Q       And you also didn't do that testing

7   for NDEA to determine whether it had such an effect,

8   correct?

9       A       We have not done any testing to show

10  whether NDEA promotes the pharmaco dynamics of the

11  drug or actually inhibits the pharmaco dynamics of

12  the drug.  You could actually increase the activity

13  of the valsartan or reduce its activity, any of

14  those things.  I don't know.  We haven't done any

15  testing.  Nobody has asked us.  Plaintiffs' lawyers

16  have not asked us to do any of that.

17      Q       Nor have you used your knowledge and

18  experience simply to analyze without testing whether

19  NDMA or NDEA interferes with the ability of

20  valsartan to function as intended according to the

21  label?

22      A       We have not done any of those testings

23  and it's not part of our plan to do any of those

24  testings.

25      Q       Are you familiar with the phrase

Page 195

1    compendial standards?

2           A      Yes, I am.

3           Q      To what does that refer?

4           A      Compendial standards are standards,

5    basically official quality standards used for drugs

6    sold and reference standards.

7           Q      Are those the standards in the USP

8    monographs?

9           A      Yes.

10          Q      You said that you've been involved

11   with the preparation and submission of ANDAs,

12   A-N-D-A-S; is that correct?

13          A      Mm-hmm.

14          Q      Yes?

15          A      Yes.

16          Q      Have you ever created a connection

17   with a ANDA risk assessment?

18          A      Have I created a risk assessment

19   document?

20          Q      Yes.

21          A      We've done many risk assessments in

22   connection with and ANDA, in connection with NDA,

23   new drug application; we have developed a risk

24   assessment for any of our release testing.  We do

25   this on routine basis.

Page 196

1          Q       In your experience do risk assessments

2     that are submitted in connection with an ANDA to the

3     FDA address the presence of impurities?

4          A       Sometimes.  Sometimes they do,

5     sometimes they don't.  It really depends on how good

6     at CMC a person a company has and how good a chemist

7     they have and how they can -- if they, for example,

8     you have a drug that all of a sudden develops odor,

9     you know, sitting and it's causing odor or the drug

10    is changing, you've got to do risk assessment and

11    you need to submit it to the FDA.

12          And those risk assessments also, I would call

13    them a root cause analysis.  They would need to go

14    to -- they could be very narrow.  They could be very

15    extensive.  It really depends on the company and it

16    depends on the team that's involved.

17          Q       In your experience, does the drug

18    manufacturer identify the tests that the

19    manufacturer performed to evaluate risks associated

20    with the drug product at issue in the ANDA?

21          A       Could you repeat your question?  I

22    kind of lost my train of thought.

23          Q       Sure.  Does the drug manufacturer have

24    to identify in the risk assessment the specific

25    tests it performed in developing the assessment?

Page 197

1          A        Yeah.  They should.  They should.  For

2     example, at any time you change the chemical

3     process, you change your synthetic route, any time

4     you change the cap of -- let's say you go from glass

5     to plastic, you need to do risk assessment; how is

6     that going to impact your drug.

7          You go from, you know, a prefilled syringe to

8     another prefilled syringe, you need to do risk

9     assessment.  In this case, you know, we're getting

10    into the really nitty gritty of sort of liability

11    issues, Daniel but, you know, in this case they

12    should have -- they changed the chemical process.

13    They should have done what I call the structural sort

14    of drugs, they should look at the structural

15    concerned molecule and they should look at those

16    structural concerns and say what are the chances of

17    something going wrong with this and then do a proper

18    risk analysis and not just brush it under the table

19    or say this is just minor thing and go on with it.

20         You know, using, for example, John, sodium

21    nitrite, in the original process they didn't use

22    sodium nitrite, whereas in the, you know, in the

23    defendant's process almost invariably everybody used

24    sodium nitrite.  Sodium nitrate is the same molecule

25    that you find in a lot of, you know -- it's a

Page 198

1    nitrated food; you know.  You get potential formation

2    of NDMA.  That's where nitrosamine comes from, and

3    sodium nitrite are known to cause nitrosamine and

4    NDMA.  So that's where the risk analysis went wrong.

5                    MR. NIGH:  I need to interject

6    something at this time.  As you can see, there is a

7    seven page declaration.  He has not gone into detail

8    in terms of his liability opinions and I would warn

9    counsel at this point if we are going into liability

10   opinions, we're not going to cover this ground

11   again.  There's not going to be a second bite of the

12   apple at those topics.

13                   MR. GISLESON:  I am not going into

14   liability issues at all.  I am specifically

15   addressing his point he's made a couple of times,

16   that in his view the defendants didn't do what they

17   should have done in connection with evaluating or

18   testing for NDMA and NDEA, and so I'm following up

19   on that.

20                   MR. NIGH:  Yeah.  That's in large part

21   because of the questions that occurred earlier that

22   also touched upon liability.  So to the extent we

23   are going to continue further and follow up on

24   liability, defense counsel could do so at their own

25   closing.

Page 199

1              MR. TRISCHLER:  And as you are aware,

2       the witness just went well beyond the scope of my

3       question to volunteer a bunch of information, which

4       is why I am also following up on it.

5              Q     The bottom line, in your experience

6       the ability to instruct the manufacturer to perform

7       additional tests if the FDA believes the risk

8       assessment did not appropriately evaluate certain

9       risks; is that true?

10             MR. NIGH:  Again, this is clearly

11      liability.  The more you want to follow down that

12      tunnel, the more you are following up on liability

13      opinions.  This is far outside the scope of his

14      declaration.

15             A     Let's talk about NDMA levels, John.

16             MR. NIGH:  Just because he voluntarily

17      gives information in response to one of your

18      questions that's also a liability question and

19      continue to go down that tunnel doesn't mean that

20      defense counsel is not opening the door to this

21      questioning, and they are not going to get a second

22      bite at the apple.

23      BY MR. GISLESON:

24             Q     The FDA can direct additional tests if

25      it believes it appropriate when it evaluates a risk

Page 200

1      assessment in an ANDA, correct?

2                    MR. NIGH:  Form objection.

3            A       The FDA can ask for additional tests

4      if they determine it's necessary.  By and large they

5      rely on the manufacturer's own risk assessment and

6      whether the manufacturer considers that a low risk,

7      medium risk, high risk.

8            So if the manufacturer says this is low risk

9      and CMC reviewer at the FDA reviews it and if they

10     also miss it, you know, so, John, it's really a

11     question of they miss it, these guys miss it, yeah,

12     but at the end of the day it's the manufacturer's

13     responsibility.

14           Q       You testified that in your view, the

15     defendant's product shouldn't contain any NDMA or

16     NDEA.  Are you aware that nitrosamines have been

17     found in cosmetics?

18           A       Yes, I have been aware.

19           Q       Are you wear that nitrosamines have

20     been found in tobacco and cigarette smoke?

21           A       Yes.

22           Q       Are you aware that nitrosamines have

23     been found in drinking water?

24           A       Yes, I am aware of that.

25           Q       Are you aware that people consume

Page 201

1    processed foods that include nitrosamines?

2           A       Yes, I am aware of that.

3           Q       Including bacon, sausage and ham?

4           A       Yes, I am aware.

5           Q       Are you aware that beer can contain

6    nitrosamines?

7           A       John, we have to qualify and put me on

8    record as saying the levels of nitrosamines are

9    extremely low in many of these instances.  For

10   example, do you know this minimum level that's

11   acceptable to have nitrosamine in water?

12          Q       It's a low level, but it exists,

13   correct?

14          A       It's extremely low level.  So

15   nitrosamine, every time you eat bacon, you may get a

16   little bit of nitrosamine.  Your body has the

17   ability to detoxify so much.  I don't want to get

18   outside of my area but, you know, low levels of

19   nitrosamine and high levels are different stories.

20          Q       Those are the questions I have.  Thank

21   you for your time.

22          A       Thank you.

23                  CROSS-EXAMINATION

24   BY MR. HARKINS:

25          Q       Good evening, Dr. Najafi.  Can you

Page 202

1    hear me okay?

2           A      Yes.

3           Q      My name is Steven Harkins. I represent

4    the Teva defendants and I just have a few followup

5    questions for you here.

6           You mentioned a few guidances today both for

7    unidentified impurities and then for genotoxic

8    impurities.  Do you recall that?

9           A      Yes.

10          Q      Are you aware of ICH, Q3A and Q3B?

11          A      Yes, I am.

12          Q      And those provides guidance on the

13   levels at which any impurity needs to be assessed to

14   the extent it's not in a drug substance, right?

15          A      That's correct.

16          Q      Are you comfortable with the term

17   qualification threshold?

18          A      Yes.

19          Q      And the qualification threshold in

20   ICH, Q3A and Q3B defines the level at which any

21   impurity; harmless, hazardous, needs to be assessed

22   and then analyzed, right?

23          A      Mm-hmm.

24          Q      And unknown impurities that don't meet

25   that threshold strictly under Q3A and Q3B don't get

Page 203

1       assessed further --

2                    MR. NIGH:  Form objection.

3            Q       -- is that correct?

4            A       No, that's not correct.  Again, it

5       goes back to -- I didn't catch.  You're Steven.

6       Steven, it goes back to looking at the structure --

7       you know, the changes you're making; looking at the

8       structures that are involved in the chemistry, and

9       you need to anticipate these impurities.

10              If you are anticipating certain genotoxic

11      impurities, you need to test for it.  It could be

12      extremely low levels that doesn't meet the ICH

13      guidelines you are referring to.  That's where you

14      end up going to ICH M7.  ICH M7 take effect here

15      where they talk about extremely low levels of

16      genotoxic compound.  They talk about testing those

17      genotoxic compounds in aims test and various tests

18      and they set limits.  And it also -- it's a matter of

19      how -- whether you have an episodic drug or a chronic

20      drug.

21              For example valsartan, my mom was taking

22      valsartan for ten years.  Now she is taking, you

23      know, lisinopril for the last few years.  So, you

24      know, it really depends.  Once the drug becomes a

25      drug -- I call it life styling drug, then your

Page 204

1  exposure time -- so you need to consider all of that.

2  And it goes back to the fact that you need to

3  anticipate this impurity and then look for them.

4  Otherwise, you know, you're chromatogram -- you have

5  this valsartan compound is like a huge peak and then

6  there are lots of little peaks and they don't test

7  for it because they are actually below the levels of

8  .1 percent, .2 percent.  So they don't test for it

9  and it doesn't require it.

10        Q       Doctor, I promise we will get to where

11  you want to go, but I was just asking specifically

12  under Q3A and Q3B, not subsequent guidelines which

13  we will address in just a minute.  If the

14  qualification threshold for an unidentified impurity

15  is not met, then testing further on those unknown

16  impurities is not conducted pursuant to that

17  guideline; is that right?

18               MR. NIGH:  Form objection.

19        A       This is correct with the qualification

20  that I previously state.  You need to anticipate

21  based on structures of concern and then test some of

22  those anticipated genotoxic compounds.

23        Q       And you previously testified that the

24  levels for testing of genotoxic or potential

25  genotoxic impurities are far lower?

Page 205

1          A        Far lower, less than .1 part per

2    million, less than 0.1 parts per million, in the

3    case of nitrosamines, zero.

4          Q        And that guidance is at least

5    generally laid out in ICH M7 which you laid out?

6          A        ICH M7.

7          Q        Roughly a thousand full difference

8    between the levels you might be looking at there?

9          A        Yeah.

10         Q        You also testified and you just

11   mentioned again there could be 100 little identified

12   impurities, 100 little unidentified peaks if you ran

13   it over, correct?

14         A        Yes.

15         Q        And even an HPLC test that you used

16   that showed those peaks, that would not be

17   identifying and quantifying each of those impurities

18   just by running a single test with a single set of

19   settings, right?

20         A        You might see 100 little impurities.

21   Those are only UV ultraviolet active compounds.  You

22   could also have another 100 that are not ultraviolet

23   active compounds.  So now you see that's where, you

24   know, that's where people in need to anticipate

25   certain impurities.

Page 206

1          Q       And to actually assess or quantify any

2     of those, maybe, hundreds of tiny little peaks, you

3     would need specialized testing that was specifically

4     tuned to the impurity that you were looking at and

5     looking for?

6          A       You need to have specialized

7     equipment.  That's where we go to CGMP, current good

8     manufacturing practices, which really states that

9     don't use a typewriter to type your letter.  Use a

10    computer to type your letter.  You see, it's like

11    these manufacturers are still using typewriters in

12    the age of computer and word processor.

13         We have GCMS which is extremely easy to

14    operate, extremely simple and it comes with a library

15    of molecules stored in it, so all you have to do is

16    just point your cursor to certain impurity and it

17    tells you the molecular weight and it tells you

18    several possible compounds that might be.

19         Q       And you would -- I'm sorry.  Are you

20    finished?

21         A       Yes.

22         Q       So you would need a specialized test

23    to identify, for example here, the NDMA or NDEA

24    compound among all of those other little peaks you

25    might see?

Page 207

1          A       I wouldn't call it specialized

2     instrument.  These are routine instruments that

3     almost every lab, every university, every company

4     has including, in fact I would hesitate to guess

5     that your clients -- you're representing Teva,

6     right?

7          Q       I am.

8          A       I know for a fact that Teva has

9     probably dozens and dozens of GCMS and LCMS at their

10    facility.

11         Q       And simply running those tests over a

12    drug substance without having them specifically set

13    to the impurity that you are attempting to identify

14    would not allow you to identify and quantify that

15    impurity, correct?

16         A       Repeat your question?  I missed it.

17         Q       Running an HPLC or any other test

18    method over an impurity without having that machine

19    specifically set to identify and quantify an

20    impurity that you are trying to identify like in DNA

21    or NDEA would not allow you to identify and quantify

22    that impurity is that correct?

23         A       Running an HPLC would not help you

24    with those impurities that's correct.

25         Q       And, for example, specialized test

Page 208

1    methods like the ones you used in your work for

2    Valisure later were published eventually that

3    allowed those specific settings to be employed to

4    identify these impurities, correct?

5                    MR. NIGH:  Form objection.

6          A       Steven, I would strike the word

7    specialized equipment, because to someone trained in

8    the art, specialized equipment means something that

9    only Lawrence Livermore laboratory has or some

10   cyclotron or something has.  These are not

11   specialized equipment, but they need to be thinking

12   about and anticipating NDMA and NDEA and look at it,

13   that's all.

14         Q       You're familiar with the testing

15   methods that were published by the FDA in connection

16   with nitrosamine recalls?

17         A       Yes, I am.

18         Q       Are you aware of those methods having

19   been published anywhere else before they were

20   published by the FDA in connection with the recalls

21   in 2018?

22                    MR. NIGH:  Form objection.

23         A       I am not aware, but the methods -- you

24   know, don't need a method.  You develop your

25   methods.  There are hundreds of methods for testing

Page 209

1    NDMA if you search the literature.  There is a

2    method as early as 1970 for certain testing for

3    NDMA; very validated, very good method.

4          Q      Doctor, imagine my question was

5    specifically with regard to methods for identifying

6    NDMA and NDEA which were published by the FDA in

7    2018 with respect to the nitrosamine issue.  You're

8    familiar with those?

9          A      Yes, I am.

10         Q      And just to clarify, you're not aware

11   of those methods having been published anywhere

12   before that, are you?

13                MR. NIGH:  Form objection.

14         A      I am not aware of FDA publishing

15   method for NDMA.  FDA doesn't publish methods to

16   test a lot of drugs.  They get involved and, you

17   know, basically somebody when basically something

18   bad happens.  A lot of methods that are developed,

19   are developed by industry such as companies like us.

20   We develop the method, we validate the method and

21   then we submit it as part of a CMC package for NDA

22   filing or ANDA filing to the FDA and those methods

23   go into the system.

24         FDA doesn't really get involved in developing

25   testing.  And then ultimately USP gets ahold of those

Page 210

1    methods and puts it into their, you know, monograph.

2           Q      Doctor, you had never seen those

3    methods published anywhere else before 2018,

4    correct?

5                  MR. NIGH:  Form objection.

6           A      I did not see FDA publishing those

7    methods.  I am not aware.  There might be -- there

8    might have been issued something before.  I am not

9    aware, but there are other methods that you can go

10   to besides FDA for nitrosamine analysis.

11          Q      Specifically those methods and I know

12   with respect to FDA you are not aware of anyone else

13   publishing those mods before 2018 are you?

14          A      There are some methods outside of FDA.

15          Q      Dr. Najafi, my question is specific to

16   those methods, just those methods for identified

17   NDMA and NDEA.  You have not seen them anywhere else

18   FDA or otherwise before 2018, right?

19                 MR. NIGH:  Form objection.

20          A      I answered the question already.

21          Q      I believe you did, but can you please

22   just answer it for me so we have a clear record?

23   You hadn't seen those before 2018?

24          A      I have not seen FDA publishing any

25   methods before prior to 2018, but I may have missed

Page 211

1  it, but there are other methods on NDMA by other --

2  by admissions, by industry by other people and there

3  are multiple methods for NDEA analysis.

4      Q    Dr. Najafi, I am not asking about

5  other methods.  I am not asking about something that

6  you haven't seen.  I am asking you, Dr. Ron Najafi,

7  had never seen any of those methods published

8  anywhere before 2018, correct?

9          MR. NIGH:  Form objection.

10      A    Steven, I think you're trying to get

11  your own, you know, question answered.  You can go

12  ahead and answer it.

13      Q    I am not trying to get -- you have

14  not, correct?

15          MR. NIGH:  Form.

16      A    What would you like to hear?

17          MR. NIGH:  Form objection.

18      Q    Whether you had seen those methods

19  published anywhere prior to 2018.

20      A    I mentioned --

21          MR. NIGH:  Form objection.

22      A    -- I have not seen FDA publishing any

23  methods prior to 2018, but I may be wrong, you know.

24  It requires some diligence.  There are many other

25  methods that have been published for NDMA analysis

Page 212

1    by GCMS by other means that are in the literature.

2          Q       Do you think you missed it or that you

3    are wrong?

4          A       Next question, Steven.

5                  MR. NIGH:  Well, hold on.  Let me do

6    the objection.  I am going to say it's asked and

7    answered.  I think we asked this question many times

8    and I will continue to warn that he doesn't have

9    anything in his declaration about testing methods

10   and this is really going down the liability path

11   even further.

12                 I would just warn that to the extent

13   he discloses opinions that starts talking about

14   testing methods in the future, I think you all

15   covered this topic.

16         Q       Dr. Najafi, there are other compounds

17   within the nitrosamine class, right?

18         A       Yes.

19         Q       And the nitrosamine class is just one

20   class of potential genotoxic compounds that are

21   addressed by GCMS and other guidelines, correct?

22         A       Yes.

23         Q       Do you know how many classes of

24   compounds or types of covered structure alerts there

25   are?

Page 213

1          A      There are at least five different

2     classes, four or five different classes of compounds

3     by FDA.  It's mentioned in the ICH guidelines.

4          Q      And there are other sources that

5     identify potential genotoxic compounds as well,

6     right?

7          A      Yes.

8          Q      And within each of those classes there

9     are numerous individual compounds, right?

10         A      Correct.

11         Q      It's not your testimony that a drug

12    manufacturer is required to perform testing for

13    every type of potential genotoxic compound on every

14    drug substance, is it?

15                MR. NIGH:  Form objection.  We're

16    getting way into the liability.  At this point I am

17    going to instruct him not to answer, because I think

18    it goes far outside the scope of his opinion.

19         Q      Dr. Najafi, is it your opinion that

20    the reason that these drugs are not equivalent to

21    the reference listed drug is because of the presence

22    of these impurities NDMA and NDEA?

23         A      I believe the fact that they contain

24    these highly DNA active genotoxic impurities, it

25    makes the drug not equivalent and not the same and I

Page 214

1    think it could have, you know, significant impact on

2    the drug's performance.

3            Q       And correct me if I'm

4    misunderstanding, but I believe it's your testimony

5    that someone looking at the underlying route of

6    synthesis here should have identified the potential

7    for this specific compound and conducted testing for

8    it; is that right?

9                    MR. NIGH:  Objection.  Scope.

10           Q       I'm sorry.  I didn't hear the answer.

11                   THE WITNESS:  Should I answer, Daniel?

12                   MR. NIGH:  Yeah, you can answer.

13           A       Someone should have anticipated.  Once

14   they changed the route of synthesis and given those

15   structural concern the molecules of structural

16   concern, they should have anticipated NDMA and they

17   didn't.

18           Also, Steven, I want to just to answer your

19   question on methods that are available, there is EPA

20   methods for NDMA testing that goes well before 2018,

21   well before.  There are food testing, you know,

22   testing using NDMA for food and they are all using

23   GCMS.

24           Q       I believe you testified actually that

25   someone skilled in the art of chemistry, I think

Page 215

1      that was your phrase, it would have been obvious to

2      look for this, right?

3             A      Right.

4             Q      FDA had access to information on the

5      valsartan synthesis for all the API manufacturers

6      prior to 2018, correct?

7             A      Yes, correct.

8             Q      And just to confirm your testimony

9      that I believe you gave to Mr. Gisleson just a

10     moment ago, you're not aware of any statements from

11     the FDA prior to June 2018 to the manufacturers of

12     valsartan drug products that they should just test

13     their products for potential presence of

14     nitrosamines, are you?

15            A      I am not aware of FDA stating that

16     they should be aware, but WHO has been on record for

17     stating to all manufacturers of drugs to watch for

18     NDMA.  If you have compounds of structures of

19     interest such as sodium nitrite, they need to look

20     for NDMA and just because FDA reviewer missed it

21     doesn't mean the manufacturer should say okay, FDA

22     by and large relies on the manufacturer.

23            Q      The FDA would have had the information

24     for the ZHP product, right?

25            A      Yes.

Page 216

1          Q      They would have had the information

2     for the Mylan product?

3                 MR. NIGH:  Object to form.  Outside

4     the scope.

5          Q      I believe -- was that a "yes?"

6          A      I assume.

7          Q      Finally, I understand it's your

8     opinion that the level of NDMA or NDEA in the

9     product should be zero, right?

10         A      That's correct.

11         Q      And it's your opinion that any product

12    containing NDMA or NDEA at any level is not the

13    equivalent of RLD and, therefore, be misbranded,

14    adulterated and should be recalled?

15                MR. NIGH:  Form objection.  Outside

16    the scope.

17         A      That is my position.

18         Q      Do you recall being shown the Valisure

19    document which indicated that Novartis' valsartan

20    product contained NDMA earlier?

21         A      Yes, I did see that.

22         Q      Assuming that Valisure's data showing

23    levels of NDMA in Novartis' valsartan drug product

24    is correct, it's your opinion that that Novartis

25    drug product containing NDMA would be misbranded,

Page 217

1    adulterated and should be recalled?

2        A    Assuming that Valisure's testing is

3    correct, which I have no knowledge of whether that

4    testing was correct and I also do not have any

5    knowledge that Novartis is using their old synthesis

6    and they may be using a generic drug manufacturer to

7    make that drug product; assuming that data is

8    correct, it's my opinion that the drug -- that NDMA

9    should not be allowed to be sold; you know, the drug

10   should not be allowed to be sold with NDMA.

11   However, FDA has allowed this interim number, so it

12   hasn't been recalled.

13       Q    But again -- and I understand your

14   qualification, assuming that to be correct and I'm

15   only asking it with regard to the products shown

16   there that did, according to that information

17   contain NDMA, it would be your opinion that that

18   product should be recalled as misbranded and

19   adulterated?

20           MR. NIGH:  Objection.  Outside the

21   scope of his opinion.

22       A    So assuming that misbranded, that

23   definition is false and misleading statement, false

24   and misleading statement, right, that's the

25   definition of misbranded drug, and you have

Page 218

1    carcinogenic impurities, then you have potentially

2    toxic compound that, you know, people don't know

3    about it and that is misleading to whoever is taking

4    the drug.

5            If I'm taking -- Steven, if I'm taking

6    valsartan and I'm assuming this has zero NDMA in it,

7    if I'm taking torovastatin, Lipitor, okay, I take it

8    every day for, you know, lowering basically

9    cholesterol and various things, I am assuming it's

10   free of any NDMA.  It has zero NDMA.

11           Q    And if that product, any product

12   contained any level of NDMA, it would be your

13   opinion that that product is misbranded, adulterated

14   and should be recalled?  I am just trying to

15   understand.

16           A    That is my position.  That is what I

17   believe the product is not -- it's not being -- we

18   are misleading the public.

19           Q    Thank you, Dr. Najafi.  There is no

20   further questions from me.

21                THE VIDEOGRAPHER:  Any other questions

22   from the room?

23                MR. TRISCHLER:  Are there any other

24   questions on behalf of defense counsel?

25                MR. GISLESON:  Not at this time.

Page 219

1                    MR. NIGH:  Okay.  I would like to take

2     a break.  I'd like to come back in 15 minutes.

3                    THE VIDEOGRAPHER:  The time is 4:16.

4     This ends Media Unit 5.

5                    (A recess was taken.)

6                    (After the recess the following

7          occurred:)

8                    THE VIDEOGRAPHER:  The time is now

9     4:56.  This begins Media 6.

10                    CROSS-EXAMINATION

11    BY MR. NIGH:

12          Q     Doctor, I'd like to show you a

13    document from Canada and I will represent to you

14    that this was a document that was disclosed as part

15    of your materials considered and given to the

16    defense counsel as well.  Now you weren't asked

17    about any of the health Canada testing by any of the

18    defendants, correct?

19          A     That's correct.

20          Q     I want to draw your attention to

21    page 9, if we can scroll down to page 9.  Actually

22    let me go to the top first.  Let me get to the top

23    here.  Here you can see impurities found in certain

24    angiotensin two receptor blocker products also known

25    as sartans, correct?

Page 220

1          A      Correct.

2          Q      And you could see at the top you can

3     see the Canada flag and it says government of

4     Canada; do you see that?

5          A      Absolutely.  Yes.

6          Q      And you can also see the words "Health

7     Canada" there is as well.  Do you see that?

8          A      I see Health Canada, yes.

9          Q      Okay.  Let's go down to page 9.

10              THE VIDEOGRAPHER:  Counsel, while

11     she's jumping to page 9, you didn't announce this is

12     going to be marked as an exhibit.

13              MR. NIGH:  It will be marked as an

14     exhibit.

15              THE VIDEOGRAPHER:  It will be the next

16     one in line.

17              MR. NIGH:  I don't know what we are

18     on, but I don't think we are using anything that has

19     31, correct?

20              THE VIDEOGRAPHER:  Yes.  We have not

21     marked 31 yet.

22              MR. NIGH:  So I'll start at 31.  This

23     will be marked as Exhibit 31.

24     BY MR. NIGH:

25          Q      And Doctor, do you see where it says

Page 221

1      "Novartis Pharmaceuticals" and right next to it, it

2      shows the word Diovan?

3             A      Yes, I do.

4             Q      And do you see the ones above that

5      refer to valsartan -- Mylan valsartan, Mylan

6      valsartan.  Do you see that?

7             A      Yes, I do.

8             Q      Now your understanding is that Diovan

9      is the name brand of valsartan, correct?

10            A      Yes, that's correct.

11                   MR. TRISCHLER:  Dan, can I get a

12     standing objection to leading or are you going to do

13     it one time and just ask questions the way they are

14     supposed to be asked?

15                   MR. NIGH:  You know, if you want to

16     object to leading, you can.  If you want to object

17     to form, you can.

18                   MR. TRISCHLER:  I guess I will.

19     Objection to form.

20     BY MR. NIGH:

21            Q      So you see the name Diovan?

22            A      Yes, I do.

23            Q      Does that refer to name brand

24     valsartan?

25            A      Yes, it does.

Page 222

1          Q       And does Mylan valsartan, does that

2     refer to generic?

3                  MR. TRISCHLER:  Objecting to the form

4     and foundation.

5          Q       And Doctor, what is the name brand of

6     valsartan called?

7          A       Diovan.

8          Q       Okay, and next to that, let's scroll

9     back up to the top of this page.  Do you see the

10    column that shows NDMA result and nanogram per

11    tablet and NDEA result and nanogram per tablet?

12         A       Yes, I do.

13         Q       Let's scroll down again to November

14    and if we can highlight where it shows not detected.

15         A       Right.

16         Q       Doctor, what does that refer to?

17         A       That refers to no NDMA or NDEA was

18    detected for Diane.

19         Q       So Health Canada detected no NDMA or

20    NDEA for their name brand Diovan?

21         A       Yes, that's correct.

22                 MR. NIGH:  We can take this document

23    down.  Let's pull up the valsartan petition that was

24    used earlier.  I don't actually see an exhibit

25    number in my box.

Page 223

1              MS. HILTON:  That was the question I
2     have, if we actually gave this an exhibit number.
3                   THE VIDEOGRAPHER:  That was 28.
4                   MR. TRISCHLER:  I was going to say I
5     thought it was 28.  Thank you.
6     BY MR. NIGH:
7          Q     Doctor, my understanding is this
8     Valisure petition was marked 28.  Do you recall
9     seeing this petition during your questions?
10         A     Yes, I do.
11         Q     Okay.  Let's scroll down to page 9.
12    Now, Dr. Najafi, I believe earlier you said you
13    don't believe Emery Pharma was not disclosed, its
14    name was not disclosed as a part of this report.
15         A     Yes.
16         Q     What does that mean?
17         A     That means that we were not involved
18    in testing any of these drugs that were listed on
19    this petition.  Typically if we do get some of these
20    tested and corroborate data, you know, Valisure
21    would have listed us and cited us as being involved
22    in testing.
23         Q     Okay.  And here you can see valsartan
24    in Novartis and you can see there are a couple of
25    these show no NDMA detected, correct?

Page 224

1          A        That's correct.

2          Q        Now, it doesn't say Diovan, correct?

3          A        That's correct.  There is no reference

4     to Diovan.

5          Q        It says valsartan, correct?

6          A        That's correct.

7          Q        So do you know if this is Novartis

8     name brand medication or Novartis generic drug

9     medication?

10          A        It could be name brand or generic,

11     Novartis generic.  I have no idea.

12          Q        Looking at this, you wouldn't be able

13     to tell us?

14          A        No.

15          Q        Okay.  And also this petition doesn't

16     test for NDEA in any way in the Novartis pills,

17     correct?

18          A        That's correct.  It only tests for

19     NDMA and NDMS.

20          Q        Doctor, let me ask you a couple

21     questions about chemical equivalents.  A drug with

22     20,000 nanograms of NDMA would not be chemically

23     equivalent or the same as a drug with 14 nanograms

24     of NDMA, correct?

25                   MR. TRISCHLER:  Objection to job.

Page 225

1          Q       A drug with 10,000 nanograms of NDMA

2     would not be chemically equivalent as a drug with

3     14 nanograms of NDMA, correct?

4                  MR. TRISCHLER:  Object to form.

5          A       No.

6          Q       A drug with 96 nanograms or more of

7     NDMA would not be chemically equivalent as a drug

8     with 14 nanograms of NDMA, correct?

9          A       That's correct.

10                 MR. TRISCHLER:  Objection to form.

11         Q       All right.  Let's take a look at the

12    next document.  Now, Doctor, do you recall defense

13    counsel showing you some -- a document that included

14    a few pages of what's on the USP website?

15         A       Yes, I do.

16         Q       Now the USP website includes a lot

17    more information than what was given in that

18    document, correct?

19         A       That's correct.

20         Q       And you weren't shown this information

21    during defense counsel's questioning from the USP

22    website, correct?

23         A       That's correct.

24         Q       Now, this is the pathway here we can

25    see it's USP/our work/chemical medicines and the

Page 226

1    title of this document is nitrosamine impurities,

2    correct?

3              A       That's correct.

4              Q       And we can stroll down to the bottom

5    of this page briefly and you can see the URL

6    address, correct?

7              A       Yes.  That's correct.

8              Q       Let's go back up.  Actually, I want to

9    direct your attention to this paragraph that says

10   companies are responsible for understanding their

11   manufacturing processes which includes identifying

12   and preventing the presence of unacceptable

13   impurities.

14             This involves developing new predictive

15   approaches along with using suitable methods to

16   detect and control these impurities as well as others

17   that may arise when making changes to manufacturing

18   processes.  Did I read that information correctly?

19             A       Yes, you have.

20             MR. TRISCHLER:  Objection to form.

21             Q       Now, Doctor, according to USP, who is

22   responsible for understanding their manufacturing

23   processes?

24             A       Companies are responsible for

25   understanding their manufacturing processes, not USP

Page 227

1      and not FDA.

2              Q       And those companies, that would be

3      referring to companies that are manufacturing drugs,

4      correct?

5              A       Companies who are manufacturing drugs,

6      in this instance the companies who are manufacturing

7      ARBs.

8              Q       Dr. Najafi, according to USP do they

9      state that in order to detect unacceptable

10     impurities that manufacturers can rely simply on

11     outdated technologies and methods?

12             MR. TRISCHLER:  Object to form.

13             A       I think reading this, this is pretty

14     clear.  You want to follow CGMP guideline and CGMP

15     specifically talks about updated equipment, you

16     know, the newest technology and in this instance

17     GCMS or LCMS are not new technologies and basically

18     just as it states, the method needs to be able to

19     detect and control impurities as well as others that

20     may arise when making changes to manufacturing

21     processes, making changes to manufacturing

22     processes.  And the word "predictive" is the key

23     where they say the companies need to have a

24     predictive testify involved involving developing new

25     predict testify approach to identifying, you know,

Page 228

1    impurities such as nitrosamines, the cohorts of

2    interest.

3                    MR. NIGH:  You can take this document

4    down.

5            Q       Doctor, do you recall when plaintiff

6    Harkins was asking you questions about whether drugs

7    should be considered adulterated or misbranded?

8            A       Yes, I do.

9            Q       For the purposes of class

10   certification and the declaration that you have

11   offered, are you offering any opinions about whether

12   the defendants' valsartan containing drugs are

13   considered adulterated?

14           A       I am not offering any opinion.

15           Q       For the purposes of class

16   certification and the declaration that you offered,

17   are you offering any opinions about whether the

18   defendants' valsartan-containing drugs are

19   considered misbranded?

20           A       No, I'm not offering any opinion.

21           Q       Okay.  I don't have any further

22   questions.

23                   THE VIDEOGRAPHER:  Counsel, just real

24   quick you didn't announce it, but the nitrosamine

25   impurities page we were just looking at, is that

Page 229

1      Exhibit 32?

2                    MR. NIGH:  Yes, Exhibit 32.  Thank

3      you.

4                    THE VIDEOGRAPHER:  Excellent.

5                    MR. TRISCHLER:  Nothing from me, Dan,

6      subject to my prior reservations but I'm done.

7                    MR. GISLESON:  Nothing further from

8      Aurobindo.

9                    MR HARKINS:  Nothing from Teva.

10                    MR. NIGH:  Thank you, everybody.

11     Okay.  Good night.  Thank you.

12                    THE VIDEOGRAPHER:  The time is 5:08.

13     That concludes today's deposition.

14                    (Deposition concluded 5:08 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Page 230

1              C E R T I F I C A T E

2        I, MICHELLE L. DAWKINS, a Notary Public and

3    Court Reporter of the State of New Jersey, do hereby

4    certify that prior to commencement of the

5    examination, RON NAJAFI was duly sworn remotely by

6    me to testify the truth, the whole truth and nothing

7    but the truth.

8        I DO FURTHER CERTIFY that the foregoing is a

9    true and accurate transcript of the testimony as

10   taken stenographically by and before me at the time,

11   place and on the date hereinbefore set forth.

12       I DO FURTHER CERTIFY that I am neither a

13   relative nor employee nor attorney nor counsel of

14   any of the parties to this action, and that I am

15   neither a relative nor employee of such attorney or

16   counsel, and that I am not financially interested in

17   the action.

18

19                      *Michelle L. Dawkins*

                       MICHELLE L. DAWKINS, CCR, RPR

20                     CCR License No. 30XI00224400

                       RPR ID No. 805591

21                     Notary Public of New Jersey

22

23

24

25

```
                                              Page 231

 1     DANIEL NIGH, ESQ.

 2     dnigh@levinlaw.com

 3                           February 14, 2022

 4     RE:    In Re: Valsartan, Losartan, Et Al

 5          2/3/2022, Ron Najafi, PhD (#5066624)

 6          The above-referenced transcript is available for

 7     review.

 8          Within the applicable timeframe, the witness should

 9     read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     erratas-cs@veritext.com

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25
```

Page 232

1    In Re: Valsartan, Losartan, Et Al

2    Ron Najafi, PhD (#5066624)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   _____

24   Ron Najafi, PhD                                Date

25

Page 233

1    In Re: Valsartan, Losartan, Et Al

2    Ron Najafi, PhD (#5066624)

3             ACKNOWLEDGEMENT OF DEPONENT

4        I, Ron Najafi, PhD, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Ron Najafi, PhD                         Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20____.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

**[& - 2:48]**                                                                                      Page 1

| & |
| --- |
| **&**   2:3,9,13 3:4,11 4:3,7,12 5:10,18 57:10 |

| 0 |
| --- |
| **0.1**   47:11,19 54:18 54:20 129:19 130:1 205:2 |
| **0.2**   184:2,8 186:8 186:11 |
| **02109**   4:4 |
| **02875**   1:7 |
| **07102**   5:15 |

| 1 |
| --- |
| **1**   8:4 9:3 41:8 47:9 53:25,25 84:1 85:16 118:5 130:3 157:21 182:20 186:15 191:7,8 204:8 205:1 |
| **1,000**   54:21 |
| **1,300**   94:9 |
| **1/28/2022**   8:7 |
| **1/31/2022**   8:8 |
| **10**   7:5 60:25 131:11 146:17 |
| **10,000**   225:1 |
| **100**   2:17 5:11,15 123:12 160:18 205:11,12,20,22 |
| **10017**   5:11 |
| **10:14**   41:13 |
| **10:32**   51:22 |
| **10:46**   52:2 |
| **11**   4:13 |
| **111**   146:20 |
| **11:41**   89:10 |
| **12**   147:12 166:2 |
| **12:03**   89:16 |

**12:47**   118:11
**13**   8:12 39:2,20 42:18,24 90:18 143:23 144:9
**14**   224:23 225:3,8 231:3
**15**   84:2,7 165:6 219:2
**15219**   3:7,13
**15th**   5:15
**16th**   5:11
**17**   8:13 46:13 47:1 47:9 54:15 171:3 173:11 175:9
**170**   7:6
**17th**   3:19
**18**   28:10 33:5,7 34:20,22 45:4
**1800law1010.com**   5:12
**19087**   4:9
**19103**   3:20
**19106**   2:14
**1960's**   187:11
**1970**   209:2
**1970s**   178:14,15
**1979**   178:5
**1994**   94:9
**1996**   92:13,16
**1998**   92:7 96:11
**1:00**   118:17
**1:19**   1:7
**1:36**   134:13

| 2 |
| --- |
| **2**   8:5 27:11 31:9 32:11 41:14 47:5 47:6 65:15,17 82:3 89:11 105:4 121:17 125:8,22 184:13,13 186:14 191:8 204:8 |

**2,000**   149:16 150:3 150:14 151:15
**2/1/2022**   8:9
**2/3/2022**   231:5
**20**   45:4 132:22,25 133:12 166:3 167:13 233:15
**20,000**   224:22
**200**   5:6 64:6 171:20
**2000**   96:12
**2001**   82:3
**2007**   96:13
**2009**   144:9
**201**   7:8
**2011**   96:16 99:23
**2015**   96:14 109:2 131:6 165:8 182:20 183:1
**2016**   109:2
**2018**   44:21 46:2 105:13 109:13 112:5 113:22 115:8,15,19 116:11,14 117:21 119:21 121:6 130:21 131:4,6 132:8 136:9 165:15 178:8,21 179:1,20 181:5,5,6 208:21 209:7 210:3,13,18,23,25 211:8,19,23 214:20 215:6,11
**2019**   56:18,18 66:6 70:2 71:18 73:1,4 73:10,13 74:21 75:18 76:10 77:15 78:10,21 79:10 80:5,17 84:24 116:12 132:8

143:23
**2020**   108:16,16
**2021**   48:8 82:18,21 83:16 109:13,18 111:4,24 112:6 118:22
**2022**   1:10,19 9:3 82:11 83:10 84:1 231:3
**21**   165:8
**21094**   230:19
**214.855.8135**   6:5
**215.592.1500**   2:15
**215.977.4066**   4:9
**215.979.1177**   3:20
**219**   7:9
**2191**   74:5
**2200**   6:4
**2220**   4:17
**227**   5:20
**230**   4:17 176:9
**25**   82:18,21
**2500**   5:6
**26.5**   166:4,8,19 169:10 189:7,20
**27**   8:14 49:23 50:5 50:14,15,25 53:7
**270**   4:8
**27th**   4:4
**28**   8:15 82:11 144:4,7 145:4 223:3,5,8
**28202**   5:20
**2875**   1:2 9:7
**29**   8:16 165:1,4 166:17,24 167:6 167:15,22
**2:22**   163:24
**2:48**   164:5

[3 - accurate]

**3**

**3**  1:10,19 8:6 9:3
  32:11 66:20 81:23
  81:25 82:2 84:21
  89:16 118:12
**3,000**  149:16
  150:14 151:15
**30**  3:19 8:17
  181:18 182:9
  231:17
**300,000**  55:25
  134:22 135:14
  137:10
**301**  3:6
**30305**  5:7
**30xi00224400**
  230:20
**31**  8:18 83:10
  220:19,21,22,23
**312.566.4801**  4:18
**316**  2:10
**317.231.6491**  4:13
**32**  8:19 229:1,2
**320**  54:23 55:7,8
  55:22 134:22
  135:14
**320,000**  54:25
  55:13,22
**32502**  2:11
**32nd**  3:13
**3333**  5:6
**351**  22:3,7
**3600**  6:4
**38th**  3:6
**3:18**  180:15,20

**4**

**4**  8:7 32:11 47:6
  66:4 81:23 82:10
  83:15 118:17
  157:14,25 163:25

**4/6/2020**  8:11
**412.263.4385**  3:7
**412.560.7466**  3:14
**48**  103:3 170:12
**483**  109:14,17
  111:5,17 112:4
  119:1
**483s**  112:14
**4:16**  219:3
**4:24**  134:8
**4:56**  219:9

**5**

**5**  8:8 81:23 83:10
  157:25 164:5
  219:4
**5,000**  66:10
**50**  59:2 63:6 95:9
**500**  2:14 4:8
**504.524.5777**  2:6
**5066624**  231:5
  232:2 233:2
**510**  2:14 97:8
**518.724.2207**  5:12
**53**  4:4
**5:08**  229:12,14

**6**

**6**  8:9 81:23 83:25
  84:21 91:15
  181:13,19,24
  182:13,14 219:9
**6/13/2019**  8:15
**600**  5:20
**6001**  2:17
**60606**  4:17
**617.213.7000**  4:5
**621**  176:7 188:4
**65**  58:25
**678.533.2312**  5:7

**7**

**7**  8:10 89:24 90:7
  91:5,24 101:6
**701**  2:5
**70130**  2:6
**704.444.3475**  5:21
**75**  58:23
**75201**  6:4
**78746**  2:18

**8**

**8**  8:11 103:23,24
  104:12 115:18
**8/2/2021**  8:6
**805591**  230:20
**850.435.7013**  2:11
**866.531.2048**  2:18

**9**

**9**  219:21,21 220:9
  220:11 223:11
**90**  96:8
**96**  149:3,4 165:19
  166:8,14 167:12
  168:16,21 169:5,7
  189:6,19 191:2
  225:6
**97**  96:11
**973.757.1017**  5:16
**98**  96:11
**9:09**  1:20 9:2
**9:58**  41:7

**a**

**a.m.**  1:20 9:2
**abbreviated**  93:5
  97:3,6 99:5,17,25
  108:7 126:23
  127:1 129:10
  154:22 155:13
  156:6 157:5,10
**abide**  137:8

**ability**  193:22
  194:19 199:6
  201:17
**able**  25:10,12
  40:17 42:18 72:14
  74:19 75:17 100:3
  105:8 115:2
  117:23 132:1
  164:15,17 186:4
  224:12 227:18
**absence**  135:22
**absent**  168:25
  191:24 192:1
**absolute**  23:8
  113:19
**absolutely**  19:9
  24:12 53:16 88:8
  88:12 115:10
  161:24 175:2
  220:5
**accept**  77:21
**acceptable**  55:6
  113:10 169:8,9,13
  190:21 191:17
  201:11
**acceptance**  45:25
  46:4,22,24 47:3,10
  47:18,24 48:9,18
  49:4 54:17 55:17
  129:17,21 183:22
  186:7
**accepted**  47:7
  100:24 190:8
**accepting**  168:21
**access**  48:13 215:4
**accuracy**  161:15
  173:5 231:9
**accurate**  90:7 91:6
  91:25 142:6
  172:23 230:9

[accurately - answer]                                                    Page 3

**accurately** 84:22
**acid** 133:19
**acknowledge** 9:17
  9:20
**acknowledgement**
  233:3
**acknowledgment**
  231:12
**acquires** 46:10
**acquisition** 114:3
  114:4,9,10 117:3
**act** 21:5,12,25
  22:4 26:7,23
  30:24 34:24 35:8
  35:18 36:6 38:4
  41:20,25 42:4,12
  111:21 112:2
**actavis** 5:2,3
**acting** 64:18
**action** 119:14
  230:14,17
**actions** 1:6
**active** 18:5 25:24
  27:12 31:10,21,21
  35:10 43:19 46:5
  127:15 137:8
  155:20 177:2,4,6,7
  178:2 193:9,15
  205:21,23 213:24
**activities** 67:1
  158:19
**activity** 161:5
  194:12,13
**actual** 27:14
**add** 186:9
**addition** 59:12
  81:19 170:15
**additional** 89:19
  174:14,18 199:7
  199:24 200:3

**additions** 233:6
**address** 196:3
  204:13 226:6
**addressed** 172:24
  212:21
**addressing** 198:15
**administer** 9:21
**administered** 9:21
**admissions** 211:2
**adulterated** 14:11
  14:13 15:23 16:4
  16:25 17:20 21:6
  21:8,13,18,22,24
  22:7 41:19 128:1
  128:8,21 216:14
  217:1,19 218:13
  228:7,13
**adults** 193:1
**advice** 128:10
  142:23 169:2
  191:5
**advised** 126:25
  179:20
**advises** 168:24
  191:23
**advising** 126:23
  127:21
**advocate** 64:19
**aerosol** 176:24
**affairs** 156:10,14
**affiliation** 95:7
**affirm** 10:11
**afford** 187:14
**afternoon** 170:25
**age** 206:12
**agent** 168:8,9
  193:13
**agents** 168:8
**ago** 65:9 83:11
  102:24 103:3
  120:15 144:1

162:15 170:13
  171:21 215:10
**agree** 13:21 14:13
  15:21 16:3 22:11
  22:16,20 41:20
  42:5,8 44:22
  80:13 88:9 107:7
  188:13
**agreed** 10:3,4
  11:11 23:1 100:17
  104:6 120:9,15
  125:18 129:11
  152:4
**agreement** 9:25
  10:1 11:8 65:18
  65:21 66:17 67:17
  69:6,8,10,21 70:2
  70:7,14,16 71:3,5
  71:14,17 72:6,8,9
**ahead** 29:21 39:1
  57:20 87:25 91:18
  91:19 146:13
  165:21 182:17
  191:21 211:12
**ahold** 209:25
**aid** 4:11
**aims** 203:17
**al** 231:4 232:1
  233:1
**albertson's** 5:17
**aldridge** 159:23
**alert** 123:21
**alerted** 123:20
  124:20
**alerting** 139:8,10
  139:11
**alerts** 212:24
**alfano** 3:3
**allotted** 231:20
**allow** 89:18
  134:21 183:22

207:14,21
**allowable** 45:18
  65:1 149:2
**allowance** 44:7,15
  44:18
**allowed** 150:21
  151:4 168:1,5
  208:3 217:9,10,11
**allowing** 151:15
  168:3
**allows** 129:12
  135:13
**alotman** 3:21
**alternative** 19:12
**alyson** 3:18
**amended** 101:25
**america** 12:23
  13:1,5,21 44:9
**amino** 67:9
**amount** 45:17,17
  65:8 186:11
**analysis** 116:18
  193:20 196:13
  197:18 198:4
  210:10 211:3,25
**analyze** 194:18
**analyzed** 202:22
**anda** 19:2 155:2
  195:17,22 196:2
  196:20 200:1
  209:22
**andas** 100:5
  195:11
**angio** 93:17
**angiotensin**
  219:24
**animals** 189:15
**announce** 220:11
  228:24
**answer** 11:22
  13:13 14:3,4,5,6

[answer - aspects]                                                          Page 4

14:20,25 15:12
16:1,8,10,13,14,23
17:5,6,14,23,25
18:15 20:16 21:17
31:4 32:21,23,25
33:15,17,18,21,21
33:24 34:2,6,9,10
34:10,11 35:15,16
35:19 37:5,6 45:9
47:21,23 50:9
57:16 59:16 60:9
60:10 61:8 70:6
73:16 76:5 77:19
78:24 79:2,16
80:1,25 81:6
94:16 101:1,25
102:15 115:24
128:13 137:6
142:12 151:8,11
155:10 165:22
168:11 210:22
211:12 213:17
214:10,11,12,18
**answered** 13:7,8
13:15,24 16:16
23:22,23 32:22
81:2 143:5 190:12
190:14,15,16,24
192:7 210:20
211:11 212:7
**answering** 15:5
161:6 169:15
**answers** 14:22
15:3,14 30:11
**antacids** 133:20
**anti** 133:19
**antibacterial**
96:18
**anticipate** 203:9
204:3,20 205:24

**anticipated** 204:22
214:13,16
**anticipating**
203:10 208:12
**anybody** 54:2
141:3 162:1
**api** 18:14 19:2
93:13 97:18
136:19,22 152:10
152:10 158:13,16
159:7 160:1
168:25 191:18,25
191:25 215:5
**apis** 136:21
**apologies** 135:7
168:12
**apologize** 98:8
135:19
**apparently** 82:7
**appear** 33:8,11
34:20,22 64:19
166:23
**appeared** 86:15
**appended** 233:7
**appendix** 145:16
146:15 147:4
**apple** 198:12
199:22
**applicability**
68:22
**applicable** 31:13
231:8
**applicant** 20:14
**application** 97:4,6
99:17,18 108:7,22
109:1 126:24
127:1,2 129:11
152:17,22 153:5
153:17,20,24
154:23 157:7,11
163:6,8 195:23

**applications** 93:3
93:6 99:3,6,25
100:1 155:13
156:7,23 157:5
**applied** 94:4 95:16
**applies** 23:12,18
80:4 134:24 135:3
135:15,17
**apply** 80:9
**appointment**
134:1
**appreciate** 21:10
74:24 139:14
160:22
**approach** 227:25
**approaches**
226:15
**appropriate** 13:11
13:11 77:11
199:25
**appropriately**
199:8
**approval** 154:23
**approved** 38:14
39:21 55:16
**april** 72:25 73:3,9
73:12 74:5,21
75:18 76:9 78:10
78:20 80:5,16
**arb** 94:12,20 169:1
191:25
**arbs** 94:11,18
96:24 97:1 105:13
126:20 127:4,7
168:25 191:18
227:7
**area** 42:22 201:18
**arena** 116:11
140:9
**argue** 75:13 76:25
151:9

**argued** 28:24
**arguing** 77:11
**argument** 170:19
**arrangement** 9:23
**art** 54:3,3 133:6
208:8 214:25
**article** 8:11,14,18
8:19 22:24
**articulates** 25:6
50:17 54:1
**ascertain** 79:9
**asher** 4:8
**asher.block** 4:10
**aside** 60:2
**asked** 13:14,17,23
14:18 17:10 23:21
29:5 36:3 47:20
52:13 65:4 77:13
77:17,21,23 91:12
102:19 119:23
121:9 141:20
142:23 148:23
153:19 155:25
160:4,6,23 163:5
169:4 190:12,13
190:23 194:15,16
212:6,7 219:16
221:14
**asking** 14:2 29:8
30:10 50:13 53:20
58:10 59:23 70:13
76:15 77:12,24
81:18 102:8
103:15 146:8,24
190:1 204:11
211:4,5,6 217:15
228:6
**asp** 110:21
**aspects** 74:13
111:6

**assess** 175:25
206:1
**assessed** 202:13,21
203:1
**assessment** 195:17
195:18,24 196:10
196:24,25 197:5,9
199:8 200:1,5
**assessments**
195:21 196:1,12
**assign** 71:22
**assist** 157:9
**assisted** 100:8
**associated** 183:17
196:19
**assume** 63:15
75:11 84:20
106:24 130:7,8
138:11 160:12
216:6
**assumed** 138:22
138:24
**assuming** 216:22
217:2,7,14,22
218:6,9
**assumption**
139:17,21 140:3
140:10 147:21
148:15,23 160:14
**assure** 159:12
187:1
**atlanta** 5:7
**atmosphere** 96:5
**attached** 85:23
101:6 176:15
231:11
**attempt** 164:20
**attempting** 207:13
**attended** 156:20
**attention** 72:2
115:14 116:2,5

141:20 173:25
219:20 226:9
**attest** 167:19
**attorney** 10:23
230:13,15 231:13
**attorneys** 9:16
**audience** 160:20
**august** 82:3,5
**aurobindo** 3:10,10
39:14,17 71:6
117:24 162:19
171:1 229:8
**aurolife** 3:10
**austin** 2:18
**authorities** 69:19
**authority** 24:1,17
25:1 131:21
**availability**
172:10
**available** 72:18,20
104:16 108:11
115:12 163:12
214:19 231:6
**avenue** 5:11 6:4
**award** 94:8
**aware** 45:4 115:22
120:1 130:16,20
130:22 131:7
136:8 178:24
199:1 200:16,18
200:22,24,25
201:2,4,5 202:10
208:18,23 209:10
209:14 210:7,9,12
215:10,15,16

**b**

**b** 5:19 173:18
176:17,18
**b6** 123:24,24
**bachelor's** 92:3

**back** 17:4,11,16
27:7 31:5,6 36:8
41:13 51:21 52:3
54:13 82:15 94:9
111:16 112:7
113:2,25,25 118:1
119:20 129:4
134:13 170:14
171:2 180:21
184:19 203:5,6
204:2 219:2 222:9
226:8
**backed** 109:22,24
111:14 114:6,7
**background** 66:22
67:16 89:19,20
191:9
**backup** 109:24
110:7 111:9,9
113:9 114:12
119:5
**bacon** 201:3,15
**bad** 116:21 209:18
**badger** 29:19
**ballpark** 142:10
**bank** 143:16
**bar** 54:7
**barnes** 4:12
**based** 37:23,24
58:5,13 125:19
140:2 148:19
167:5,11 204:21
**basic** 11:7,8 75:9
75:13 175:12,20
**basically** 25:5,5
27:8,21 28:10
32:12 36:13 46:21
47:4,5 50:22
78:14 102:8
104:12 108:22
112:8 119:5

124:22 131:22
136:17 143:2
168:23 172:8
173:9 175:25
178:22 179:9
180:5,9 184:19
195:5 209:17,17
218:8 227:17
**basis** 57:18 59:17
79:11 80:7,10,16
139:21 140:10
141:4 151:5
170:13 195:25
**bat** 117:23
**batch** 44:1
**bated** 88:25
**baylen** 2:10
**bear** 66:18 118:2
**bearing** 75:3
**beer** 201:5
**beginning** 34:11
48:25 56:8 116:10
**begins** 41:14 89:16
118:17 164:5
219:9
**behalf** 10:3,5 81:8
190:2 218:24
**behest** 123:3
**belabor** 80:12
81:14
**believe** 42:2 43:24
58:16 101:9 103:3
116:13 117:9
132:9,12 138:21
152:14 162:12
163:10 165:16
167:25 170:4,13
174:11 182:8
183:3 189:4,11,23
210:21 213:23
214:4,24 215:9

[believe - catches]                                                              Page 6

216:5 218:17
223:12,13
**believes** 199:7,25
**bend** 110:1
**benefit** 63:11
**benzothiadiazine**
183:13
**berman** 2:13
**best** 24:14
**better** 53:17
144:21
**beyond** 23:9,25
25:8 78:25 132:21
173:3 199:2
**big** 116:4
**bigger** 39:24 47:14
**bill** 82:6 84:1
144:1 171:3
181:12
**billed** 82:13 83:14
**billing** 85:4
**bills** 85:7,8
**bind** 193:17
**binding** 193:13
**bio** 19:21 20:2,7,9
20:11,19,24 21:3
26:1
**biosystem** 95:16
**biosystems** 94:5
**bipc.com** 5:21
**bisgaard** 4:7
**bit** 37:4 77:18
108:18 201:16
**bite** 198:11 199:22
**block** 4:8
**blocker** 93:18
219:24
**blog** 104:18
**blogs** 116:4
**blood** 193:1,24

**bockius** 3:11
**body** 25:22 201:16
**bogdan** 5:10 57:5
**boils** 79:19
**bold** 2:17
**bond** 185:8
**bono** 123:6,9,10
123:13
**bosick** 3:4
**boston** 4:4
**bottom** 62:6 199:5
226:4
**bovin** 57:10
**box** 39:16 222:25
**brad** 57:2,8 84:19
**brakes** 29:3
**brand** 18:23 27:17
27:20 35:21 46:9
58:5,12,14 172:12
172:15 221:9,23
222:5,20 224:8,10
**brand's** 28:3
35:24 36:15,17,18
**branded** 18:10
19:15 127:5,7
**break** 36:8 41:3
49:19,22 52:5,14
52:17,19 89:7
118:7,7,9,10,21
133:25 134:6
143:14 163:19,22
180:13 219:2
**breaks** 24:7,24,25
**breath** 89:1
**brian** 5:5
**brief** 79:1 81:10
**briefly** 170:8
226:5
**bring** 164:12
170:1 173:25
174:20

**brings** 61:22
**brisbois** 4:7
**broader** 102:11
160:23,24
**brought** 58:2,5,12
116:2,5 122:13
130:8 141:18
160:4 191:25
**brush** 197:18
**btlaw.com** 4:14
**buchanan** 5:18
**bucket** 85:6
**bunch** 133:20
199:3
**burn** 185:10
**business** 60:25
92:13 95:12 99:22
107:24
**businesses** 62:18
**butyl** 67:8,8
**buy** 136:20,22
**buying** 152:9,10

**c**

**c** 2:1 3:1 4:1 5:1
6:1 32:16 185:8,8
230:1,1
**c.v.** 8:10
**c.whiteley** 2:8
**calibrated** 68:16
**call** 26:6 29:20
30:7,16 70:19
83:23 84:4 116:13
186:17 196:12
197:13 203:25
207:1
**called** 1:13 21:22
26:19 62:13 92:16
93:20 95:15 116:3
133:5 142:23
146:12 180:4,5
191:5 222:6

**calling** 80:5
**camber** 4:6
**camera** 192:15
**camp** 2:5
**canada** 8:18
219:13,17 220:3,4
220:7,8 222:19
**cancel** 134:2
**cancer** 106:24
107:13 137:16
160:8,25 168:9
189:14
**cap** 197:4
**capable** 177:11,14
**car** 180:12
**carbon** 185:9
**carcinogen** 49:14
**carcinogenic** 87:8
191:12 218:1
**carcinogenicity**
106:16,20
**care** 27:6 96:18
134:1,3
**career** 100:12
154:21,25 171:5
**carillon** 5:19
**case** 1:7 28:2,2
31:21 38:19 59:6
59:10,24 66:13
73:16 102:17
111:15,15 125:12
136:6 137:13
147:22 162:3
169:23 175:4,6
176:3 177:3
193:21 197:9,11
205:3
**cases** 58:1
**catch** 203:5
**catches** 113:6

[causation - clearly]                                                      Page 7

**causation**  107:4,8
  107:9,10
**cause**  107:13
  193:16 196:13
  198:3
**caused**  119:25
**causing**  94:6
  137:16 168:9
  196:9
**ccr**  230:19,20
**cct**  3:8
**cder**  156:19,20,21
  156:24 157:3,6
**center**  5:11,14
  156:19
**centre**  3:6,13
**ceo**  123:20
**certain**  37:17,23
  37:24 111:5,8
  160:5 168:3 174:2
  185:19 186:13
  192:6 193:16
  199:8 203:10
  205:25 206:16
  209:2 219:23
**certainly**  115:6
  162:5 183:24
**certainty**  113:19
**certification**  25:2
  76:20 82:17,21,23
  82:25 83:14 85:13
  150:17 228:10,16
**certified**  1:17
**certify**  230:4,8,12
**cetera**  159:24
**cgannon**  5:16
**cgmp**  32:16 67:20
  67:25 68:5 69:4
  93:25 98:17 188:8
  206:7 227:14,14

**chad**  176:23
**chain**  71:22 72:1
  117:2
**challenging**  94:5
**chance**  52:7,9
  103:2 141:23
**chances**  197:16
**change**  139:5,6,6
  158:20,22 197:2,3
  197:4 232:4,7,10
  232:13,16,19
**changed**  197:12
  214:14
**changes**  203:7
  226:17 227:20,21
  231:10 233:6
**changing**  196:10
**characteristics**
  31:13
**charge**  176:24
**charged**  120:16,17
**charles**  2:13
**charlotte**  5:20
**chart**  164:10,11,24
**chat**  40:8,15,17
**check**  67:10
  119:16 120:5,7
  123:7 150:7
**chemical**  18:22
  25:24 26:6,11,20
  26:22 27:13,20,24
  28:1,3,4,5 30:20
  30:23,25 31:25
  32:2,4 33:7,9,10
  34:22,23 35:1,14
  37:24 92:11
  131:25 132:3
  144:23,25 154:11
  158:20 159:23
  191:15,15 193:22
  197:2,12 224:21

225:25
**chemically**  34:19
  224:22 225:2,7
**chemicals**  95:21
**chemist**  37:23
  177:23,24 185:22
  185:24,25 196:6
**chemistry**  67:10
  74:11 89:21 92:4
  92:8 133:6 144:21
  153:15 168:7
  203:8 214:25
**chicago**  4:17
**children**  193:1
**china**  95:19
  136:21
**chlorine**  185:9
**chloromethyl**
  185:9
**cholesterol**  218:9
**christine**  5:14
**christopher**  5:19
**christopher.henry**
  5:21
**chromatogram**
  184:14,23 187:4
  204:4
**chromatograms**
  187:2
**chromatographic**
  176:1,2,7 177:9
  187:22 188:2,16
**chromatography**
  175:18 176:4,7
  177:10,16 188:4
**chronic**  203:19
**ciba**  163:13
**cigarette**  200:20
**circumstance**
  161:20

**citation**  26:11
**citations**  83:6,21
  84:5
**cite**  24:1,17 49:18
  131:18
**cited**  26:9 132:4
  169:1,2 223:21
**citizen**  100:15
  104:4 121:20
  122:12 123:11,13
  123:23 124:14
  148:10 160:16
  161:18,18 162:1
**citizens**  100:21
  122:3,25 123:15
  124:2,9 143:14,16
  143:23 145:7,10
  148:17 161:22,25
  162:2
**citrate**  193:13
**civil**  1:15
**claim**  73:22
**claims**  58:1,4,12
**clarification**  31:15
**clarify**  209:10
**class**  82:17,20,23
  82:25 83:14 85:13
  212:17,19,20
  228:9,15
**classes**  212:23
  213:2,2,8
**clear**  16:2,22
  25:23 34:4 35:10
  80:12 103:11
  118:25 122:15
  149:8 151:14,17
  210:22 227:14
**clearly**  33:14
  76:15 81:12
  102:21,22 103:4
  151:22 199:10

clem   3:4 10:2,22
  15:15 39:13 74:24
  137:10 140:14
  149:1 162:7
  184:21
client   99:19 100:8
  122:21 127:22
  138:19 149:20,25
  150:2 151:14
  155:23
client's   113:7
  140:23,24 151:20
  155:25
clients   28:2 67:19
  99:4,7,10,15,24
  125:15,21 126:2,3
  126:5,7,17,22,25
  127:25 128:3,7,11
  149:14 150:8
  151:22 155:2,17
  155:23 207:5
close   18:20
closed   119:2
closing   119:3
  198:25
cloud   111:14
  112:7 113:13
  119:5
clue   158:25
clues   133:2,3,5,10
  139:10
cmc   108:6 153:20
  153:24 154:1
  155:1,1 196:6
  200:9 209:21
coan   4:3
cohorts   88:16
  228:1
coleen   3:19
colloquies   28:19

colloquy   15:8
  17:21 21:16 47:22
  48:21,23 49:2
  50:1
column   176:17,19
  176:19,21 222:10
combativeness
  29:11
come   17:11,16
  51:21 102:19
  139:9 170:14
  219:2
comes   60:25
  110:19,20 123:4
  168:8 177:1 198:2
  206:14
comfort   89:7
comfortable
  202:16
coming   49:6 88:22
commencement
  230:4
commencing   1:20
comment   26:2
  149:24 189:9
  193:19
commentary
  94:23
comments   105:17
commercial
  112:10
commitment
  112:11
committee   180:1
common   179:11
communications
  124:24 125:2,5
companies   25:7
  71:15 92:12 94:4
  96:8 136:15
  178:16 179:14

187:13 188:9
  209:19 226:10,24
  227:2,3,5,6,23
company   25:23
  62:12 63:22,25
  64:22 65:5 66:9
  92:15,16 93:12,15
  93:20,22 94:2,17
  94:25 95:2,2
  96:12,13,23 97:3
  97:16,21 98:10
  130:23 134:16
  136:9,12,24
  159:22 171:20
  174:16 185:22,22
  185:25 196:6,15
  207:3
compare   167:1
compendial   195:1
  195:4
compendium
  22:10
complete   109:1
  233:8
completed   15:1
  231:17
completely   29:12
  33:16,22 112:19
completeness
  163:7
completing   92:10
compliant   68:11
  69:1,1 98:19
  114:21
comply   111:6,10
  139:3
compound   31:22
  36:20,21 43:19
  46:5 47:25 48:1
  48:14 87:9 88:15
  88:16 110:20

120:13 124:18
  128:4,16,18 129:6
  129:14 160:16
  175:3 177:2,4
  178:2 183:13,15
  184:3 188:24
  193:10 203:16
  204:5 206:24
  213:13 214:7
  218:2
compounds   31:22
  45:9 55:12 96:5
  133:10 136:15
  137:23 141:2
  159:4 177:6,8
  179:17 180:7
  203:17 204:22
  205:21,23 206:18
  212:16,20,24
  213:2,5,9 215:18
computer   27:8
  99:15 206:10,12
concentration
  137:1
concept   14:22
  25:23 26:1 32:15
  184:20
concepts   11:7
concern   37:20
  178:19 179:15,16
  185:6 204:21
  214:15,16
concerned   120:13
  197:15
concerns   88:17
  178:20,20 186:1
  197:16
concluded   229:14
concludes   41:8
  89:11 163:25
  229:13

concurred  142:18
condition  69:2
  111:19
conditioned
  176:19
conditions  111:25
conduct  114:23
conducted  70:3,6
  70:9,23 71:19
  76:10 78:1 79:8
  106:15,19 204:16
  214:7
confidential  73:18
  100:2 101:19
  105:19,23 155:15
  155:21
confidentiality
  125:24
confine  138:2
confirm  116:8,9
  148:7 215:8
confirmed  145:19
confirms  65:22,25
confusing  121:3
conlee  2:5
connected  178:3,4
connecticut  116:3
connection  58:9
  63:19 85:5 102:18
  111:4 114:18
  160:1 171:12,15
  195:16,22,22
  196:2 198:17
  208:15,20
consent  9:23
consider  100:18
  158:5 161:22
  163:2 177:25
  186:15 193:9
  204:1

considered  11:14
  11:24 12:7,18
  37:20 219:15
  228:7,13,19
considers  200:6
consistent  80:16
  116:25 129:5
constitute  111:20
constituted  112:1
constitutes  21:13
  26:11
consult  137:24
consultant  57:13
  57:22,23 63:20
  64:3 66:1,25
  71:17 157:9
consulting  59:19
consume  200:25
consumed  190:6
  190:19
consuming  165:24
contact  119:22
  174:17
contacted  120:6
contacts  172:12
contain  11:11,19
  13:1,5 21:6,12
  58:20 79:20 88:14
  129:14 138:9
  140:3 152:1 168:2
  173:6 178:9
  189:19 200:15
  201:5 213:23
  217:17
contained  79:3,21
  86:16,24 138:23
  147:23 148:16
  162:9 178:12
  181:9 189:3
  216:20 218:12

containing  58:7
  70:4,17,24 71:10
  79:19 80:15,18,20
  138:19 150:15
  166:23 184:18
  216:12,25 228:12
  228:18
contains  11:14,18
  11:25 12:5,9,13,16
  13:21 14:8 15:16
  15:18 42:9 61:23
  104:9 128:4,16
  136:25 138:6
contaminated
  21:9 151:23
content  80:16
  149:9 165:19
  166:13,18 169:5
contents  126:23
  127:1 142:5
continue  39:16
  90:4 103:1 112:9
  112:10 159:10
  177:5 198:23
  199:19 212:8
continued  3:1 4:1
  5:1 6:1
contract  60:24
  68:25 98:19
  107:25 110:18
contradicts  189:17
  190:4,17
control  226:16
  227:19
controlled  45:13
controls  78:18
  153:15
conveniently
  126:2
conversation
  29:13 176:14

conversations
  188:13 189:10
convert  54:24
cookbook  185:17
copies  231:14
copy  39:20 85:16
  89:23 90:10,25
  181:21
core  139:24
  162:25
corner  182:22
corporation  62:21
  62:24 63:1
correct  11:4,5
  12:24 18:15 19:24
  20:14 33:5,6
  47:11 62:4,20,22
  63:7,18 65:20,23
  66:7 67:3,23 72:6
  80:8 82:3,4 85:23
  85:24 86:18 87:1
  89:21,22 90:7,9
  92:1,6,9,14,18
  96:17,20 97:19
  98:5,8,11,12
  104:13,14,21
  105:14,15 107:8
  111:7,22 113:22
  114:3,9 115:4
  116:22 126:24
  130:6,10 134:18
  142:19 143:10
  144:17 145:4,5,8
  147:1,5,14,17,19
  148:24,25 154:18
  158:14 161:10
  182:9,25 183:24
  189:4,20 190:9
  194:8 195:12
  200:1 201:13
  202:15 203:3,4

[correct - declaration]                                                Page 10

204:19 205:13
207:15,22,24
208:4 210:4 211:8
211:14 212:21
213:10 214:3
215:6,7 216:10,24
217:3,4,8,14
219:18,19,25
220:1,19 221:9,10
222:21 223:25
224:1,2,3,5,6,17
224:18,24 225:3,8
225:9,18,19,22,23
226:2,3,6,7 227:4
233:8
**corrections** 233:6
**correctly** 65:19
67:22 125:16
158:1 165:12
226:18
**corroborate** 143:8
146:12 148:11,20
174:21 223:20
**corroborated**
120:19 143:10
146:1,6 148:7
160:18
**cosmetic** 21:5,12
21:25 22:3 26:7
26:23 30:24 34:24
35:8,18 36:6 38:4
41:20,25 42:3,12
111:21 112:2
**cosmetics** 200:17
**counsel** 9:11,22
39:14 41:14 45:21
57:13 75:3 165:9
198:9,24 199:20
218:24 219:16
220:10 225:13
228:23 230:13,16

231:14
**counsel's** 225:21
**counter** 133:21
**couple** 32:10
118:19 134:3
144:11 173:17
174:19 198:15
223:24 224:20
**course** 169:21
**court** 1:1,15,17
9:6,9,12,14,16
10:6,9,15,25 39:1
45:21 75:14 230:3
**cousin** 133:18
**cover** 89:18 164:8
198:10
**covered** 118:20
212:15,24
**covering** 11:7
**cp** 92:16,21,24
93:2,5,8,11,15,19
93:21,23 94:1,16
94:20,23 95:1,3,4
95:5,7,9,12,14,17
96:10
**cplab.com** 95:22
**create** 158:23
189:14
**created** 76:9
185:13 195:16,18
**credentials** 90:8
**criteria** 23:20 46:1
46:4,22,24 47:3,7
47:10,18,24 48:10
48:18 49:4 50:21
54:17 55:18
129:18,21 183:22
186:8
**criterias** 161:20
**critical** 108:5

**criticized** 149:14
**cross** 7:6,8,9
170:23 201:23
219:10
**cs** 231:15
**cschaffer** 2:15
**csr** 1:17
**culbertson** 4:3
**curiosity** 110:11
**current** 32:16,17
67:25 91:5,24
119:1 178:24,25
179:4,22 187:8,9
188:10 206:7
**currently** 67:17
164:10 165:7
168:20
**cursor** 206:16
**custody** 71:23
72:1 114:13 117:3
**cut** 23:15
**cv** 89:23 90:5,10
91:5 92:19 101:6
108:13
**cvs** 4:11
**cwhill** 3:21
**cyclotron** 208:10
**cygnet** 4:2

**d**

**d** 195:12
**d.stanoch** 2:7
**dallas** 6:4
**dan** 76:12 77:12
89:6 134:4 155:12
221:11 229:5
**daniel** 2:10 10:4
29:5 40:11 57:2,3
57:3 59:18 75:7
84:19 101:23
102:7 128:25
140:19 197:11

214:11 231:1
**data** 109:22,23
110:7 111:9,9,13
111:16 112:3,3,7,8
112:19,23,23
113:2,4,5,7,12,14
113:18,23 114:2,4
114:5,9,13 117:3,3
117:4 120:11,12
120:19 121:21,22
143:3,8,11 146:12
148:17,20,21,22
148:24,25 152:3
163:17 216:22
217:7 223:20
**date** 62:1 81:13
83:19 91:5,24
192:8,10,13
230:11 232:24
233:12
**dated** 82:3,10
83:10 84:1 144:9
165:8
**david** 2:4 120:6
**davis** 2:16,17 92:8
**dawkins** 1:17 9:10
9:15 230:2,19
**day** 17:11 24:8
98:10 165:24
168:17 169:6,11
171:8 200:12
218:8 233:15
**days** 83:11 231:17
**deal** 139:12
**decision** 122:24
**declaration** 8:4
61:22 83:15,19
85:15,16,22 86:14
86:16,20,25 87:3
87:12,25 88:4,10
103:8 117:15

118:1,4 121:14,15
121:17 125:9
139:23 150:17,25
151:5 157:15
162:3,9,11,16,24
198:7 199:14
212:9 228:10,16
**declare** 233:4
**deemed** 14:13
42:4 233:6
**defendant** 4:2,6,15
5:17 6:2 80:19
**defendant's**
138:23 190:18
192:25 197:23
200:15
**defendants** 3:2,10
3:16 4:11 5:2 10:3
10:24 28:24 71:11
126:7,10,13 127:3
138:20 151:2
152:12 162:18
163:11 189:2,5,18
198:16 202:4
219:18 228:12,18
**defense** 198:24
199:20 218:24
219:16 225:12,21
**define** 38:2
**defined** 22:7 31:1
35:17 36:6,10,25
38:3 41:21,24
42:2
**defines** 202:20
**definition** 21:6,10
21:13,23 22:2,15
22:17,20 26:19,22
34:23 35:1,6,9
38:5,7 41:19 42:6
42:10,11 107:10
161:11,13 217:23

217:25
**degradation** 44:2
**degree** 103:14
**deletes** 114:5
**demonstrate**
31:10,20
**department**
192:17
**depending** 176:18
**depends** 69:3
196:5,15,16
203:24
**deponent** 231:13
233:3
**depose** 103:2
**deposing** 231:13
**deposition** 1:9,12
1:14 9:4,17,18,19
10:12 17:15 28:18
56:9 84:9,12,16
102:17,18,19
103:1 121:12
160:3,6 169:22
170:14 229:13,14
**describe** 54:10
74:19 75:17
157:15 158:5
**described** 50:20
80:4 98:14 102:21
180:24 191:25
**description** 8:2
**designated** 11:3
107:3
**desire** 117:1
**desk** 27:2
**detail** 198:7
**details** 72:11
**detect** 226:16
227:9,19
**detectable** 168:25
191:24

**detected** 177:3
222:14,18,19
223:25
**detecting** 177:14
**detection** 49:16
177:22
**detector** 176:8,22
176:22,23,23,24
176:25,25 177:1,2
177:10,22 187:19
188:5,6,7,17
**detectors** 177:13
**determination**
189:17 190:5
**determinations**
167:11
**determinative**
77:5
**determine** 19:19
28:7 73:21 186:10
187:7 193:21
194:7 200:4
**determined** 18:1
19:17 190:21
191:17
**detoxify** 201:17
**develop** 92:24
97:11 98:22
114:24 132:6,14
159:11 171:23
208:24 209:20
**developed** 68:7,23
78:3 132:15 159:6
159:9 195:23
209:18,19
**developing** 18:14
180:7 196:25
209:24 226:14
227:24
**development**
158:18

**develops** 172:16
196:8
**device** 97:9
**devoted** 84:23
**diagnose** 106:24
**diane** 222:18
**dictate** 135:23
**difference** 129:2,5
205:7
**differences** 128:20
**different** 17:10
19:1,2,8,23 20:5
27:22,23 28:4
35:25 36:19 46:21
46:22 66:13 71:2
78:1 90:15,16,23
146:23 153:7,11
154:9 174:5 182:2
184:22 186:10
187:4 201:19
213:1,2
**differently** 77:18
77:21,24
**differs** 22:8
**difficult** 24:13
**diligence** 19:18
109:23 158:24
159:2 185:21
211:24
**dimethyl** 67:14
137:14
**dimethylforamide**
144:18
**dimethylformam...**
144:19 145:3
**diovan** 8:12 38:20
39:3,21 42:17
43:1 79:21 125:3
130:15 138:7,10
138:24 148:16
152:13,17,22

154:5,18 163:6,14
221:2,8,21 222:7
222:20 224:2,4
**diphenyl** 133:22
**direct** 7:5 10:16
199:24 226:9
**direction** 185:18
**directly** 189:16
190:17
**disagree** 17:22
76:12 79:6 81:12
103:8
**disagreement**
79:14
**disappeared** 118:3
**disclose** 44:1,3
61:14 126:5 159:1
**disclosed** 40:3
57:19 59:20,23
60:1,8,13,21 61:5
61:18 62:9 76:1
79:7 103:20
105:12,22 153:8
154:12 155:24
169:23 219:14
223:13,14
**discloses** 42:25
46:10 212:13
**disclosure** 104:20
125:9
**discover** 77:7
**discovered** 131:7
**discuss** 121:13
**discussed** 28:17
**discussing** 84:16
**discussions** 187:13
**dish** 185:19
**dispensed** 38:11
**display** 65:14
**dispute** 75:12

**disrespect** 79:13
**distinguish** 145:1
**distribute** 95:21
95:21
**district** 1:1,1 9:6,6
10:25,25
**division** 97:9
157:13
**dmb** 98:19
**dmf** 67:2,12,13,14
99:8,9,11,18 100:9
144:15,18 145:1
145:18
**dna** 137:15 189:12
189:13 194:2
207:20 213:24
**dnigh** 2:12 231:2
**doctor** 41:18 52:5
60:10 81:22 89:18
91:16 106:5,6
107:1,5 118:21
121:18 134:15
139:20 149:9
150:10 151:25
158:12 164:7
165:4 170:25
171:5 181:19
182:1 192:8
204:10 209:4
210:2 219:12
220:25 222:5,16
223:7 224:20
225:12 226:21
228:5
**doctors** 142:12
**document** 1:5
36:25 40:2 41:15
46:15 48:13 50:25
53:10,16,19 82:6
86:9 87:19,21
90:17 101:25

102:15 103:14
104:19,24 105:5
146:25 164:21
165:6 169:2
181:12,21 192:9
192:10,15 195:19
216:19 219:13,14
222:22 225:12,13
225:18 226:1
228:3
**documentation**
112:24
**documentations**
167:3
**documented** 142:4
**documents** 40:15
50:24 81:21 83:4
103:15 152:18,21
153:3,7,11 154:9
162:10,13,15,20
163:3,18 164:8
169:18,19 170:2
170:11,20 181:10
**doing** 28:25 29:1
29:17,24,25 72:23
79:10 105:21
113:21 115:20
116:18 123:8
130:17 131:14
174:16 186:23
**dollar** 65:8
**door** 179:10
199:20
**dosage** 165:23
**dose** 150:3
**double** 150:7
185:8
**doubt** 193:6,6
**download** 40:18
**downloading**
144:3

**dozen** 59:7,11
**dozens** 207:9,9
**dr** 33:17 39:14,15
40:17 51:9 52:20
75:1 155:7 162:3
168:10 201:25
210:15 211:4,6
212:16 213:19
218:19 223:12
227:8
**draft** 103:15
104:10
**drafted** 101:10,13
102:8
**draw** 40:14 116:8
219:20
**drinking** 200:23
**drive** 109:25
**driven** 114:22
**drop** 85:6 186:22
**drug** 11:11,13,13
11:18,24 12:4,5,7
12:12,16,18,22,22
12:25 13:4,19
14:7,7,11 15:15,15
15:23 16:4,24
17:20 18:6,11,23
19:3,7,14,15,18
20:1,7,14,18,22
21:5,12,24,24 22:3
22:8 23:4,7,18
26:7,23 27:8
30:24 31:7,14,17
31:24 32:5 34:24
35:7,12,18 36:6
37:9,10,13,14 38:4
38:11,18 41:19,25
42:3,4,8,12,14,14
43:13,21 44:8,15
44:19 45:2,3 46:6
55:6,16,22 58:13

[drug - entitled]                                                    Page 13

58:17,18 59:5,5,8
59:9 73:25 86:18
87:6,10,13 88:6,7
88:14 92:25 93:2
93:5,9,13 94:3,3
97:4,4,6,7,8 98:23
99:2,6,17,18,25
100:1 107:17,19
107:23 108:2,7,9
110:15,17,24
111:20 112:1
123:7,21 126:18
126:24 127:1,2,10
128:21 129:11,13
130:16 134:16
136:5,24 137:2,3
138:22 140:2
145:1 149:9
151:25 152:2,16
152:21 153:5,16
153:20,24 154:22
154:24 155:13
156:5,6,10,19,22
156:23 157:4,5,7
157:10,13,16
158:7,14,16,17
159:7,12,16,19,20
159:25 160:1,8,25
161:9 163:6,8
167:6,14,22
171:10,10,22,23
172:9,10,11,14,24
177:25 178:16,19
179:7 183:23
184:18 185:5
186:18,20 188:12
191:18 194:11,12
195:23 196:8,9,17
196:20,23 197:6
202:14 203:19,20
203:24,25,25

207:12 213:11,14
213:21,25 215:12
216:23,25 217:6,7
217:8,9,25 218:4
224:8,21,23 225:1
225:2,6,7
**drug's**  214:2
**drugs**  20:6 32:5
58:14 128:1
132:17,22,23,25
133:12 137:7
138:8,9,18,21
139:25 140:3
141:3 155:16,17
155:18,19 157:9
172:9 178:8,11
195:5 197:14
209:16 213:20
215:17 223:18
227:3,5 228:6,12
228:18
**duane**  3:18
**duanemorris.com**
3:21,21
**due**  19:18 99:14
109:23 124:17
158:24 159:2
185:21 191:11
**duly**  230:5
**duties**  107:22
**duty**  27:9 31:8,18
185:4,24
**dynamics**  194:10
194:11

**e**

**e**  2:1,1,13 3:1,1 4:1
4:1 5:1,1 6:1,1
63:13 230:1,1
232:3,3,3
**earlier**  36:4 41:18
83:3 112:23

138:17 165:17
179:9 181:9
198:21 216:20
222:24 223:12
**early**  105:13
108:16 113:22
115:8,19 119:21
119:21 141:24
143:12,13 209:2
**earthquake**
111:12,15 113:7
**easing**  172:10
**east**  4:8
**easy**  139:19
206:13
**eat**  201:15
**ecological**  95:15
95:24 96:6
**education**  89:20
**effect**  168:17
169:6,8,11 191:12
194:7 203:14
**effective**  182:19
**effectively**  68:18
93:22 124:19
159:3 171:9
172:10 185:2
**effectiveness**
194:2,3
**effects**  183:17
**either**  21:20 26:22
27:16 35:21 36:14
61:19 166:13,19
175:18 189:19
**elaborate**  121:19
**eliminate**  191:16
**ellie**  6:3
**ellie.norris**  6:5
**else's**  73:17
**elt**  176:25

**email**  40:11
**emea**  131:23
**emery**  8:5,6,7,8,9
8:11 62:19 63:24
64:2,23 67:1
68:10 70:15,23
76:9 86:1 96:14
96:15 97:25 98:9
98:15,18,22,24,25
99:2,5,8,21 104:13
105:11 108:18
110:14 111:5
112:16 118:22
122:7,17,20
123:20 125:14
171:9,10 223:13
**employ**  126:1
**employed**  125:11
156:15,17 208:3
**employee**  230:13
230:15
**employees**  100:11
**encourage**  180:6
**ended**  152:11
**ends**  118:12 219:4
**engaged**  116:12
**engagement**  65:22
65:25 116:10
**engaging**  66:25
**engineering**
131:25 132:4
**entered**  70:1 71:16
**entering**  70:14
72:5
**entire**  53:10
**entirely**  19:6
123:25
**entities**  185:6
**entitled**  1:14 15:2
15:13 16:8 73:20
75:12 76:15 151:7

164:10

**entry** 70:15 174:6
185:23

**envelope** 181:8

**environment**
98:21 122:18,22

**environmental**
96:2

**epa** 214:19

**epidemiologist**
106:10,13 161:5

**epidemiology**
106:12

**episodic** 203:19

**equally** 80:9

**equipment** 68:15
206:7 208:7,8,11
227:15

**equivalence** 20:7,9
20:12,20,24 21:3
26:20,22 31:19
34:21,22,24 35:2,6
35:7,14,17 36:4,5
36:10,24

**equivalent** 19:23
20:4 25:18 26:6
33:8,10 34:19
79:20 88:6 137:2
138:7,21 140:1
152:1 154:24
213:20,25 216:13
224:23 225:2,7

**equivalents** 19:21
20:3 25:24,25,25
26:1,1,11 30:21,23
31:1 33:9 224:21

**errata** 231:11,13
231:17

**erratas** 231:15

**esq** 2:4,4,5,10,13
2:17 3:4,5,5,12,12

3:18,19 4:3,8,12
4:16 5:4,5,5,10,14
5:19 6:3 231:1

**essentially** 79:3
83:3 88:16 99:11
119:6 143:5
171:21

**establish** 19:20
20:2,6,23 21:3
30:22 37:8

**established** 11:10
20:12 27:16,17,18
31:2 35:2 44:22
45:5 49:16 76:8
76:13 78:16 81:4
167:8 168:13

**establishment**
119:17

**estimate** 59:4

**et** 159:24 231:4
232:1 233:1

**european** 69:19
131:21

**evaluate** 196:19
199:8

**evaluates** 199:25

**evaluating** 129:10
156:22 157:4,7,10
198:17

**evaluation** 141:21
156:19

**evaporation** 96:1
96:3

**evening** 201:25

**event** 61:25

**eventually** 94:24
98:9 208:2

**everybody** 172:16
197:23 229:10

**everyday** 76:14

**exact** 18:10,12,22
53:2 64:5 65:8
167:18

**exactly** 22:5 27:13
27:19 72:21 82:19
84:10 130:11
179:8 188:20

**examination** 1:13
7:5,6,8,9 10:16
170:23 201:23
219:10 230:5

**examine** 102:14

**example** 172:11
175:6 178:13 185:7
196:7 197:2,20
201:10 203:21
206:23 207:25

**exceeding** 192:3

**exceeds** 186:11

**excellent** 229:4

**excipients** 32:7,7
193:12

**excluding** 184:2

**excuse** 13:13
45:20 125:9 127:8
131:2 169:19

**exercise** 24:23

**exforge** 38:22
79:21 125:6
130:15 138:7,11
138:24 148:15
152:13 163:9,9

**exhibit** 8:4,5,6,7,8
8:9,10,11,12,13,14
8:15,16,17,18,19
39:2,20 42:18,24
46:13 47:1,9
49:23 50:5,14,15
50:25 51:9,10
53:7,25 54:15
65:15,17 66:5

81:25 82:2,10
83:10,25 85:16
89:24 90:7 91:5
91:10,24 101:6
103:23,24 104:12
115:18 118:5
143:24 144:4,7
145:4 157:21
164:24,25 165:4
166:17,24 167:6
167:15,22 171:3
173:11 175:9
181:18,22 182:9
220:12,14,23
222:24 223:2
229:1,2

**exhibits** 8:1 38:25
40:18 81:23 84:21
118:2 164:16

**existed** 179:1

**existence** 103:21

**existing** 77:14
78:5,11 95:1

**exists** 23:12 95:5
178:13 201:12

**expect** 27:24 28:4

**expectation** 50:18
54:4

**expectations** 54:1
54:2,6 157:16
158:5,6

**expense** 123:2
124:1

**expenses** 63:16

**experience** 94:11
100:4 108:2
172:18,22 173:4,8
174:9,12,24
177:11,13 194:18
196:1,17 199:5

[expert - filing]                                                    Page 15

**expert**  8:4 11:3
  25:2 28:10 37:23
  56:10 59:24 60:5
  60:8,12 61:6,14,19
  61:20 62:9 66:25
  79:8 82:23 83:2,5
  85:1 88:22 103:6
  149:21 168:4
  193:19
**expertise**  106:11
**experts**  59:25
**explain**  107:9
  136:2 139:18
  141:18 148:21
**exploration**  151:4
**export**  95:19
**exposure**  107:12
  204:1
**expressed**  86:19
**extensive**  196:15
**extent**  170:19
  171:6,18 172:3
  198:22 202:14
  212:12
**extremely**  11:20
  15:18 112:24
  193:15 201:9,14
  203:12,15 206:13
  206:14
**eye**  96:18
**eyes**  185:10

**f**

**f**  63:12 230:1
**facility**  108:1
  109:9 113:6 114:1
  114:12 207:10
**fact**  11:10 13:4
  19:9 77:2 79:24
  94:5 129:8,24
  134:20 140:22
  143:7 148:9 152:9

158:11 168:7
  173:18 180:6
  186:5 189:13
  204:2 207:4,8
  213:23
**facts**  75:9,13 77:1
**factual**  79:12
**failing**  124:12
**fails**  231:19
**failure**  193:25
**fair**  64:13 106:9
  106:24 128:19
  138:1 139:19
  140:18,21 160:14
**fairly**  80:16
  176:12
**fairness**  73:20
**falanga**  5:13
**falkenberg**  4:16
**falkenbergives.c...**
  4:18
**fall**  22:9 121:5
**false**  42:5,15
  217:23,23
**familiar**  22:2,6
  38:4 54:2 90:5
  156:18 164:11
  178:23 194:25
  208:14 209:8
**famotidine**  133:19
**fantastic**  168:9
**far**  24:25 72:12
  78:25 91:4 102:13
  103:7 127:4 136:3
  136:14,16 139:22
  150:16,23 151:11
  151:18 166:2
  167:14,17 168:20
  169:7,12 170:10
  170:21 199:13
  204:25 205:1

213:18
**faranghi**  63:9
**fast**  23:15
**fda**  18:4,9,21
  19:10,13,21 20:2
  20:19 26:8,24,24
  30:25 35:3 36:10
  36:10,25,25 37:8
  37:12 38:5,6,14
  39:21 43:14,25,25
  44:3,23 45:5
  49:17 68:10,11
  69:18 78:14 93:24
  97:9 98:18,18
  99:12 100:16,17
  104:6,6 108:19,23
  108:23,24 109:8
  109:11 111:1,4,17
  111:24 112:17
  114:20,20 115:14
  115:21 118:22
  120:1,4,24 121:2,4
  122:20 123:22
  124:19 129:8,12
  137:16 141:15
  144:15 150:6,7,8,8
  154:23 155:14
  156:16,17 157:9
  157:13,15 158:19
  159:2 160:17,18
  162:6 167:9,10,20
  168:2,13,20,23,24
  169:1 171:16,18
  172:1,3,5 175:1,6
  180:23 181:1
  187:12 189:4,9
  190:2,8,18 191:1,2
  191:3,4,5,16,20,22
  191:23 192:3
  196:3,11 199:7,24
  200:3,9 208:15,20

209:6,14,15,22,24
  210:6,10,12,14,18
  210:24 211:22
  213:3 215:4,11,15
  215:20,21,23
  217:11 227:1
**fda's**  130:18 168:3
  168:23 188:10
  189:17,24 190:5
  190:20
**fdf**  101:4
**feasible**  191:12,13
**february**  1:10,19
  9:3 84:1 231:3
**federal**  12:8 27:9
  31:8,18
**feed**  40:1
**feel**  101:7 193:14
**fees**  17:12,16
  63:21
**fell**  124:21
**fhs**  3:8
**field**  89:21 106:11
  161:15
**fifth**  183:4
**fifty**  63:4,4
**figure**  186:21,22
  192:12
**file**  40:4,16 43:25
  61:22 107:17,20
  122:3 144:14
  160:1 164:9 165:9
  181:23
**filed**  100:15 101:2
  123:1,23 124:14
  160:17
**files**  93:9
**filing**  44:4 101:4
  104:3 191:3
  209:22,22

**filings** 99:18 155:1
**filled** 109:17
**final** 83:14,24
**finalized** 61:19
**finally** 216:7
**financially** 230:16
**find** 24:8 25:9,10
    25:12,13,16 52:24
    53:5 66:18 118:3
    164:19 173:24
    197:25
**finding** 94:7 111:5
    124:18
**findings** 100:18
    142:5
**fine** 17:15 129:7
**fingers** 24:5
**finish** 24:10,10,15
    33:16 65:24 156:3
    168:11
**finished** 33:15
    44:6 94:13 183:23
    206:20
**finishes** 155:8
**fire** 111:15 113:6
**firm** 9:8,10 57:10
    71:3 73:23,24
    74:2,4,8 81:22
    116:12
**firms** 61:2,3 74:5
**first** 25:21 33:19
    56:12,15 58:3
    63:13 72:23 86:16
    88:18 112:4,5
    146:16 151:19
    176:6 182:23
    192:14 219:22
**five** 89:7 90:22
    118:7 146:11
    149:10 213:1,2

**fl** 2:11
**flag** 220:3
**flip** 90:14 91:11,14
    146:16 157:24
**flipping** 90:19,21
**floor** 3:6,13 4:4
    5:11,15
**focus** 97:10
**folded** 94:24
**follow** 68:25 78:13
    117:1 150:21
    151:16 171:9
    187:8 198:23
    199:11 227:14
**followed** 76:17
    114:18
**following** 35:21,23
    36:14,16,18 41:10
    51:25 69:14,15
    78:17 89:13 93:21
    109:15 112:14
    118:14 126:1
    134:10 158:21
    164:2 180:18
    188:8 198:18
    199:4,12 219:6
**followup** 118:19
    170:6 202:4
**food** 21:5,12,24
    22:3 26:7,23
    30:24 34:24 35:7
    35:18 36:6 38:4
    41:19,25 42:3,12
    111:20 112:1
    198:1 214:21,22
**foods** 201:1
**forbid** 113:6
**foregoing** 230:8
    233:5
**form** 11:16 12:2
    12:10,20 14:14

18:8,16 19:4 21:7
22:18 24:22 25:20
37:3,6 42:1,13
43:9 46:3 47:21
49:9 50:7 53:9
59:15 65:17 101:8
109:14,16 111:17
115:23 121:8
123:22 126:6
128:23 133:11
135:2,5,16 136:1
136:13 137:5
139:1 146:14
147:25 148:2
149:19 154:19
168:19 172:6,20
172:25 173:23
177:19 178:10
179:24 183:19
184:5 189:8,21
190:10,11,23
193:3 200:2 203:2
204:18 208:5,22
209:13 210:5,19
211:9,15,17,21
213:15 216:3,15
221:17,19 222:3
225:4,10 226:20
227:12
**formamide** 144:20
**formation** 125:13
    128:18 133:5
    198:1
**formed** 46:8
    171:20
**forming** 133:9
**forms** 139:21
**formulate** 97:1
**formulating**
    125:12 162:8,11
    162:15

**formulation** 93:16
    94:17 96:23 97:19
    138:6 156:7
    158:14 159:8
**formulations**
    148:16
**forth** 22:9 46:25
    54:11 88:10
    183:15 185:3
    230:11
**forthright** 154:16
**found** 9:5 50:10,11
    104:5 111:24
    131:9 136:18
    143:20 147:16
    173:13 174:18
    178:8 200:17,20
    200:23 219:23
**foundation** 222:4
**four** 170:9,16
    213:2
**frame** 109:3
**framed** 138:17
**francisco** 92:5
**frank** 3:5 40:5,6,7
    63:12 120:3
    143:21,22 164:15
    164:17,23
**frantic** 186:17
**free** 105:20 218:10
**front** 38:8 87:23
    121:18 164:18
    167:3
**frozen** 87:16
**fulbright** 6:3
**full** 10:7 38:9 40:3
    78:17 88:22 105:7
    191:19 205:7
**fumarate** 67:14
**fume** 96:1

[function - goes]                                                    Page 17

**function** 32:6
98:15 186:16
194:20
**funding** 123:6
**funnel** 95:15,24
96:7
**further** 9:20 79:16
81:5,6 169:17
170:4,17 198:23
203:1 204:15
212:11 218:20
228:21 229:7
230:8,12
**furthermore**
137:16
**future** 67:19 69:22
81:13 212:14

**g**

**g** 63:13,13
**ga** 5:7
**gannon** 5:14
**gas** 175:18 177:16
185:10
**gateway** 5:14
**gc** 45:16 178:4
**gcms** 45:16 120:12
131:12 206:13
207:9 212:1,21
214:23 227:17
**gcoan** 4:5
**gears** 56:2
**geigy** 163:13
**general** 68:9,21,24
169:2 191:5
**generally** 205:5
**generate** 63:21
109:24
**generated** 63:16
64:2,23 75:23
76:2 113:24

**generic** 18:5,9,22
18:23,25 19:7,12
19:14,18,20,23
20:1,4,6,7,14,18
20:23 25:18 27:8
27:18,19 30:21
31:7,9,17,20 32:19
58:5,13,15 79:20
87:13 88:5,14
97:14,15,18
107:23 108:10
126:18 127:6,6,7,8
127:9,9,21,25
128:8 138:6,9,18
138:23 139:25
151:25 152:13
154:24 156:7,10
156:14 157:9,12
157:16 158:7,14
158:16 159:7,12
159:16,19 160:1
160:19,21 172:9
172:10 188:12
217:6 222:2 224:8
224:10,11
**generics** 127:19
**genotoxic** 28:8
36:20,21 37:19
43:5 44:20 45:9
45:18 47:15,25
48:14,19 49:5,15
55:11,11,25 56:1
108:3 120:12
124:18 128:4,16
128:18 129:6,14
130:2,5,8 135:1,4
135:15,17,24
136:3,4 137:1,4,7
137:15,23 141:2,9
159:4 160:16
175:3 202:7

203:10,16,17
204:22,24,25
212:20 213:5,13
213:24
**genotoxicity** 37:21
**geo** 134:24
**geoffrey** 4:3
**getting** 119:5
149:24 151:3
155:11 176:12
181:21 197:9
213:16
**giselson** 39:13,17
**gisleson** 3:12 7:6
170:24 171:1,2
180:14,22 181:12
181:16,20,22
190:13 198:13
199:23 215:9
218:25 229:7
**give** 10:11 11:22
14:4,21 37:4 38:6
51:4 59:4 64:17
108:8 136:19
140:25 144:3
158:25 178:22
179:16 180:12
182:15 185:18
**given** 17:22 85:8
108:5 128:11
153:9 214:14
219:15 225:17
233:9
**gives** 185:16
199:17
**giving** 28:19 35:15
139:8
**glad** 122:13
**glass** 197:4
**global** 80:22

**glp** 67:20 68:3,5,9
68:11,12,25 69:1,2
69:4 98:17,19
110:22 114:21
**gmp** 68:9,11,12,25
69:1,2 94:2
110:22 114:21
124:19
**go** 17:4 23:9,25
25:7,11 27:4
29:21 31:5 42:23
47:8 50:3 51:6,7
51:12,15,17,20
54:13 57:20 63:16
66:4 69:20 87:25
90:2 91:18,18
105:4 110:1
111:16 118:1,4
121:15 129:4
139:15 146:13
150:23 158:1
165:21 169:14
170:17 171:2
173:3 175:17
182:17 183:2
185:1 187:24
191:21 196:13
197:4,7,19 199:19
204:11 206:7
209:23 210:9
211:11 219:22
220:9 226:8
**goal** 123:20
149:12 168:22,22
192:6
**god** 113:5
**goes** 64:25 99:14
176:21 177:1
184:19 191:23
203:5,6 204:2
213:18 214:20

**going**  9:2 15:7
  17:10,11,12 24:25
  29:24 31:6 32:8
  35:22,24 36:19
  40:2 41:4 42:20
  50:3 51:23 56:2
  57:15 59:15 68:15
  69:23 72:11 74:13
  74:23 78:23 79:1
  79:15,25 96:5
  107:6,7,11 119:20
  125:8,20 133:1,8
  134:2,8 150:5
  151:10 152:13
  164:20 168:22,23
  169:14,25 170:7
  170:16 180:16
  185:10,11,12,13
  186:4 187:3
  189:22 197:6,17
  198:9,10,11,13,23
  199:21 203:14
  212:6,10 213:17
  220:12 221:12
  223:4
**good**  9:1,14 10:18
  10:20,21 32:16
  67:25 68:4,13
  71:22 91:23 92:2
  111:7 117:1 141:5
  170:25 174:24
  175:3 178:24,25
  179:4,22 187:8
  188:10 196:5,6
  201:25 206:7
  209:3 229:11
**google**  25:16
  122:11 124:13
  132:1 145:21
  150:6

**gordon**  3:3
**gotta**  187:10
**gotten**  112:12
**governed**  78:12
**government**  220:3
**grant**  3:6 141:15
**great**  40:12,19
**greater**  37:17 47:5
**greenberg**  5:4
**gritty**  197:10
**ground**  198:10
**group**  164:16
**growing**  186:16
**gtlaw.com**  5:8,8,9
**guess**  40:25 41:2,2
  66:11 68:19 81:25
  83:18 97:10 103:9
  164:23 207:4
  221:18
**guidance**  26:24
  36:11,25 48:17
  110:21,21,22
  168:24 169:14
  174:8 180:23
  181:1,3 191:4
  202:12 205:4
**guidances**  178:17
  202:6
**guideline**  45:10
  49:17 56:5 68:21
  78:16,17 204:17
  227:14
**guidelines**  55:10
  55:11 68:5,6,20
  69:5,16,18,23
  77:25 78:4,11,13
  137:25 178:18
  203:13 204:12
  212:21 213:3
**guys**  39:5 124:13
  129:4 178:22

192:12 200:11

**h**

**h**  63:13,13 232:3
**half**  95:10 163:18
**halt**  17:15
**ham**  201:3
**hand**  10:10 182:22
**hands**  83:7
**hang**  27:1 46:17
  175:16
**happen**  112:19
**happens**  111:11
  119:4 176:20
  209:18
**happy**  141:8
**harding**  5:10
**harkins**  5:4 7:7
  201:24 202:3
  228:6 229:9
**harkinss**  5:8
**harmful**  12:17
  14:9 15:17,18,20
  21:1 36:1
**harmless**  11:19
  12:6,13 13:2 14:9
  15:17 21:2 202:21
**hazard**  183:17
**hazardous**  11:20
  12:6,14,15 13:2
  202:21
**hct**  163:9
**head**  67:7 127:18
  133:14
**health**  12:17
  183:16,17 192:17
  219:17 220:6,8
  222:19
**healthcare**  3:16
**hear**  16:10,12,13
  35:15 141:10
  142:11,13,14,15

154:15 202:1
  211:16 214:10
**heard**  61:12 98:6
**heart**  193:25
**heavily**  94:2
**held**  1:18 62:23,24
**hell**  189:13
**help**  86:12,13
  98:20 99:10,15,19
  99:25 128:17
  141:20 193:16
  207:23
**helping**  100:5
  122:21
**henry**  5:19
**hereinbefore**
  230:11
**hereto**  233:7
**hesitate**  207:4
**hetero**  70:25
  162:19
**hey**  174:17
**hiding**  188:9
**high**  55:7,13,15,22
  55:25 117:15,16
  120:12,20 134:21
  135:14 141:1,1
  176:3 193:8 200:7
  201:19
**higher**  130:3
  149:15 152:7
**highest**  32:18
**highlight**  105:7
  157:23 222:14
**highly**  213:24
**hill**  3:19
**hilton**  2:4 39:12
  78:3 223:1
**hinshaw**  4:3
**hinshawlaw.com**
  4:5

**hmm**  140:5 147:6
  158:8 195:13
  202:23
**hoffman**  57:11
**hold**  21:15,15
  22:12 24:21,21,21
  26:13 28:16 37:3
  40:5 41:2 51:8
  52:12 57:15 69:14
  86:19 87:7 93:2,5
  93:8 99:2,5 102:6
  102:6 149:18,18
  149:18,19 155:7
  190:10 212:5
**holder**  18:7,25
  152:2
**hollis**  66:24
**homework**  49:22
**honest**  154:16
  193:4
**honestly**  72:2
  74:17 139:15
  140:24 181:7
**hope**  30:13 32:21
  32:22 192:7
**hopefully**  129:4
**hoping**  30:11
**hospitalization**
  193:25
**hour**  102:24
**hours**  32:10 82:6
  82:14 83:1,13,18
  84:2,7 103:3
  162:21,22 170:9
  170:13,16
**hplc**  175:18
  176:14,21 177:21
  178:3 187:10,19
  205:15 207:17,23
**huahai**  3:16

**huge**  160:20 204:5
**huh**  91:19 182:24
**humana**  4:15
**humans**  107:13
**hunchuck**  3:12
**hundred**  141:22
  184:22,24
**hundreds**  137:11
  159:10,11 206:2
  208:25
**hurt**  193:16
**hydramine**  133:22
**hydrochlorothia...**
  182:6 183:8,12,14

**i**

**i.e.**  191:24
**ich**  45:10 49:17,17
  55:10 56:5 69:19
  137:24,25 178:18
  179:15 202:10,20
  203:12,14,14
  205:5,6 213:3
**idea**  39:10 49:4
  71:24 78:21 193:7
  224:11
**identical**  31:11,25
  31:25,25 32:1
  35:11,13
**identified**  11:2
  45:10,11 131:10
  147:4 169:20,21
  173:16 174:1,3,25
  175:15,23 181:4
  183:7,11 184:15
  187:15 188:15
  190:8 205:11
  210:16 214:6
**identify**  28:7 37:9
  37:13,16,18 38:13
  38:15 43:21 44:2
  56:19,22 110:23

110:24 131:12
  173:12,21 175:10
  175:12,17 177:15
  179:19 183:6
  184:17,25 185:5
  188:21 196:18,24
  206:23 207:13,14
  207:19,20,21
  208:4 213:5
**identifying**  177:11
  187:19 205:17
  209:5 226:11
  227:25
**identity**  27:12
  35:12 50:19 54:9
  127:15
**ignored**  139:11
**il**  4:17
**imagine**  209:4
**imd**  99:11
**immediately**  93:21
**impact**  197:6
  214:1
**implementation**
  119:8
**importance**
  113:11,17
**important**  47:6
  112:24 113:2
**improper**  64:19
**impurities**  11:11
  11:15,18,20,25
  12:5,9,13,15,16,23
  13:2,6,21 14:9
  15:17,19 20:25
  21:1,2,4 27:15,16
  27:17,19,25 28:4,7
  35:25 37:9,13,16
  37:19,20,21 38:13
  38:16 42:25 43:5
  43:8,11,13,14,21

44:8,15,19 45:18
  45:19 46:1,5,7,9,9
  46:21,25 47:5,6,11
  47:19 48:19 49:5
  49:14 54:18 55:7
  55:24 100:14,24
  101:7,11 102:9
  110:24 123:7
  129:18,25 130:2,6
  134:21 135:13,15
  135:18,24 136:3,4
  136:5 137:4 141:9
  172:14 173:12,15
  173:17,19,22,24
  174:1,14,18,25
  175:1,10,13,17,24
  176:5 177:18
  178:9,12,20 179:2
  179:6 183:3,7,10
  183:18,22 184:4
  184:12,17,21,23
  185:3 186:10,13
  186:16,25 187:4,7
  187:17 188:19,22
  191:13,14 193:11
  196:3 202:7,8,24
  203:9,11 204:16
  204:25 205:12,17
  205:20,25 207:24
  208:4 213:22,24
  218:1 219:23
  226:1,13,16
  227:10,19 228:1
  228:25
**impurity**  14:10
  15:22 16:4,24
  17:19,25 18:1,2
  19:2,7,11,14,16,22
  20:3,10,12,20,21
  21:20 22:9 25:19
  25:25 32:5 35:6,7

35:17,23,25 36:4,5
36:9,15,19,20,24
45:7 47:15,16
48:5,9 55:20,21
67:5 87:13 88:5
94:6,7 108:2,9
128:2,4,9,14,14,16
128:20 129:5,12
130:18 131:10,11
132:3 137:1 139:4
173:10,18,18
176:1,11 184:2,8
186:2,9,20,21,23
192:3 202:13,21
204:3,14 206:4,16
207:13,15,18,20
207:22
**inactive** 193:14
**inadvertently**
21:21
**inappropriate**
21:16 28:17,21,23
28:25 29:2,11,12
29:18 30:8 33:16
33:22 34:17
**include** 80:17,20
174:13 184:3
201:1
**included** 225:13
**includes** 113:23
225:16 226:11
**including** 50:18
54:9 95:19 96:4
113:24 114:10
154:10 201:3
207:4
**income** 63:21
**increase** 194:12
**incubated** 93:22
95:3 96:10,15
98:1,3,4

**ind** 155:1,1
**independent** 25:22
63:23 171:20
**independently**
141:25 143:7
166:22
**index** 7:1
**india** 136:21
**indicate** 9:25 53:7
104:25
**indicated** 79:8
80:6 119:14 136:8
136:23 216:19
**individual** 47:4
110:2 213:9
**inds** 97:7
**industries** 5:2
**industry** 209:19
211:2
**inert** 46:6
**infallible** 102:7
**information** 8:16
38:10 64:22 65:6
65:7 72:17 73:15
74:24 77:2,6
78:19 79:4 100:2
119:24 131:4,14
131:16,19 140:20
153:13,17,21,25
154:2 163:13
173:6 176:10
199:3,17 215:4,23
216:1 217:16
225:17,20 226:18
**ingersoll** 5:18
**ingredient** 18:5
127:16
**ingredients** 27:12
27:14,21 31:10,21
35:10 37:24 50:21
137:9 155:20

**inhibits** 194:2,11
**initial** 116:15,17
116:22 120:23
192:2
**initially** 73:8
116:1
**initiated** 73:5
**innovators** 172:8
**inspected** 68:11
98:19 114:20
**inspection** 108:24
109:16 111:4,18
112:5,22 118:22
119:17
**inspections** 109:8
109:10,12,15
**inspector** 111:18
**instance** 227:6,16
**instances** 201:9
**instruct** 39:6
57:16 59:16 60:6
61:8 73:16 78:24
79:16,25 81:6
151:10 199:6
213:17
**instructed** 39:15
80:25
**instructing** 76:4
**instruction** 13:12
64:17 80:3,9,22
81:5
**instrument** 175:19
176:14 207:2
**instrumentation**
45:16 175:19
**instruments** 110:2
207:2
**insulted** 144:22
**intake** 190:8,21
**integrity** 113:4

**intend** 88:11,20
89:3 138:18
**intended** 79:13
193:23 194:20
**intending** 68:8
**intends** 77:4
**intent** 102:11
**intention** 30:3,5
30:10
**intentionally**
21:21
**interaction** 193:8
**interactions** 93:24
**interest** 215:19
228:2
**interested** 21:11
85:3 119:25
230:16
**interestingly**
147:9
**interferes** 193:22
194:19
**interim** 149:2
167:12,12 168:21
169:13 191:2
192:4 217:11
**interject** 198:5
**intermediates**
27:22
**internal** 162:10
163:3
**international**
179:25 180:25
181:3
**internet** 16:9,11
**interpret** 134:23
135:22
**interrupt** 15:5,11
34:14
**interrupted** 14:25
34:3

**interrupting** 33:25
**intubate** 98:4
**intubated** 97:25
  98:6
**invariably** 197:23
**invented** 95:16
**investigation** 97:7
**investigator**
  111:18,25
**invisible** 177:8
  188:25
**invited** 108:8
**invoice** 8:6,7,8,9
  82:2,5,14 83:9,24
**invoices** 81:22,23
  84:20
**involve** 70:16,19
  70:24 71:5
**involved** 62:8
  71:10 74:6,9,12,18
  93:12 94:2 97:18
  154:25 155:5
  156:6,24 157:12
  158:17,18 177:24
  195:10 196:16
  203:8 209:16,24
  223:17,21 227:24
**involvement**
  141:15
**involves** 226:14
**involving** 11:1
  62:7 227:24
**irac** 180:1
**irbesartan** 1:4
**irrespective** 20:24
  21:3
**issuance** 122:24
**issue** 16:10 75:8
  105:1 107:4
  111:11 112:6
  115:14,22 116:1

120:2 139:25
  141:19 161:9
  170:1 180:23
  182:3 196:20
  209:7
**issued** 104:13
  111:5,17 112:13
  119:18 179:20
  181:1 210:8
**issues** 16:11 29:2
  89:19 109:14
  110:3,6 112:6
  118:20 139:12
  160:13 162:22
  170:3 197:11
  198:14
**ives** 4:16

**j**

**january** 82:11
  83:10
**japan** 95:20
**jason** 3:5
**jdavis** 2:19
**jersey** 1:1,18 9:7
  11:1 230:3,21
**jmr** 3:9
**job** 224:25
**john** 2:17 3:12
  39:13 171:1
  184:23 185:8
  189:9,23 190:25
  193:4 197:20
  199:15 200:10
  201:7
**john.gisleson** 3:14
**join** 45:23
**journal** 100:23
  101:12 161:14
**journals** 101:4
**judge** 17:12 29:1
  29:14,21 30:2,7,17

**judgment** 111:19
**july** 82:7
**jump** 140:9
**jumping** 220:11
**june** 44:21 45:4
  115:15 131:4,15
  143:23 144:9
  178:8 179:1,20
  215:11

**k**

**k** 63:13
**kanner** 2:3,7,7,8
**kapke** 4:12
**kara** 4:12
**keep** 29:24 30:4,5
  39:16 64:17 90:19
  90:21
**kelly** 63:9,14
**ketone** 185:9
**key** 180:12 192:2
  227:22
**kidding** 187:14
**kind** 20:25 21:4
  124:20 139:8
  196:22
**kinds** 133:9
**kkapke** 4:14
**knocks** 189:13
**know** 13:16,17
  16:9 20:10 25:15
  26:14 32:7,9,13,14
  32:15,25 34:25
  35:4,12,19,20 36:7
  36:9,12,13,23 38:1
  43:17,18,25 45:13
  45:16,25 46:10,20
  46:22 47:4 48:13
  49:17 53:17 54:7
  54:8 55:12,25
  58:17 59:8,22
  60:25 61:12 65:8

65:9 66:15 67:6
  67:24 68:17 69:12
  71:3,7 72:2 73:20
  73:20 74:1,7,8,10
  74:11,12,15,16,17
  74:17 75:1,2,13
  76:19 77:5,7
  78:16 79:3 81:3
  82:25 83:4,21
  91:4,16 94:5,8,10
  94:11,11 95:1,13
  99:18 109:5,21
  112:9 113:3,5
  114:5 117:10,13
  117:14,18 119:6
  119:18,19 120:3,4
  120:18 121:12
  123:17 124:21
  126:14 127:4,5
  128:5,14,17 131:2
  131:3,22 133:20
  133:22 136:14,17
  137:7,20 140:20
  140:24 141:3,4
  145:22 146:13
  148:20,24,25
  149:1,3,19,22
  151:2 152:13,25
  152:25 153:12
  154:9,17,20 156:1
  158:17 159:3
  161:3 162:23,24
  163:7 167:5,14
  168:6,20 169:7
  170:17 171:9,16
  172:2,8,9 173:9
  174:3,7,18,22
  176:13,22,23
  177:21,23,25
  178:11,22 179:13
  181:7 183:20

185:2,7,9,16,19
186:4,23 187:9,10
188:11 190:1
191:7 192:12
193:5,5,15,17,19
194:14 196:9
197:7,9,11,20,22
197:25 198:1
200:10 201:10,18
203:7,23,24 204:4
205:24 207:8
208:24 209:17
210:1,11 211:11
211:23 212:23
214:1,21 217:9
218:2,2,8 220:17
221:15 223:20
224:7 227:16,25
**knowledge** 166:21
167:18 171:11
178:6,11,15
183:16 194:17
217:3,5
**known** 49:14
110:25 174:14
178:13 191:11
198:3 219:24
**knows** 75:5
**korea** 95:19
**ks** 97:8

**l**

**l** 1:16 63:13,13
230:2,19
**l.hilton** 2:7
**la** 2:6
**lab** 60:24 68:8,23
69:3 70:3,14,24
71:19 72:4,19,21
72:23 73:2,7 76:8
76:17 77:14 78:11
80:14 92:16,21,24

93:19,22,23 94:1
94:20 95:1,3,4,5,8
95:9,14,17 96:10
108:19,25 111:24
113:21 114:21
116:17 119:12
142:1,23,24
145:19 147:24
207:3
**label** 8:12,13
21:19 37:10,14
39:3 40:4 42:15
42:24 43:14,18
194:21
**labeling** 38:1,3,14
38:20,23 39:21
42:4,17 43:14,22
**laboratories** 3:2
**laboratory** 67:1
68:4,11,14 71:10
96:3 98:16 108:1
111:7 117:1
189:14 208:9
**labs** 68:22,24,25
93:2,5,8,11,15
94:16,24 95:12
117:1
**laid** 205:5,5
**language** 49:19
50:23 185:13
**large** 104:22
159:22 198:20
200:4 215:22
**lasagna** 158:21
**latest** 32:20 48:12
179:5
**law** 12:8 66:24
71:3 73:23,24
74:2,5 116:12
**law.com** 2:7,7,8

**lawrence** 208:9
**lawsuit** 58:11
59:13 182:3
**lawyer** 56:20 74:8
84:16,17 116:19
153:1
**lawyers** 39:17
56:20 59:14 86:7
86:12 153:4
194:15
**lax** 187:12
**layman's** 137:18
**layne** 2:4 40:16
84:19
**lays** 175:21
**lc** 176:8 188:5,16
188:24
**lcms** 45:16 132:14
132:15 187:10,14
207:9 227:17
**leading** 221:12,16
**learned** 112:22
**lectures** 108:5
**led** 31:2 94:8
122:14 163:13
**left** 96:13,14
182:22
**legal** 6:8 9:8,10
74:13 85:10
231:23
**letter** 8:15 192:16
206:9,10
**letterhead** 85:25
86:3 144:8
**letters** 112:13
**level** 55:15 137:1
152:7 167:12,12
168:21 169:13
185:23 186:14
191:3 192:6
201:10,12,14

202:20 216:8,12
218:12
**levels** 79:9 117:15
117:16 120:7,12
120:20 121:22
136:5,11 137:17
137:21,24,25
141:1 145:17,18
149:1,15,16 150:3
150:14 151:2,14
151:20,20,22,24
152:3,5 166:8
174:2 189:11
190:7,8,20,21
192:3,4 193:8
199:15 201:8,18
201:19 202:13
203:12,15 204:7
204:24 205:8
216:23
**levin** 2:9,13
**levinlaw.com** 2:12
231:2
**lewis** 3:11 4:7
**lewisbrisbois.com**
4:10
**lfsblaw.com** 2:15
**liability** 1:4 85:13
197:10 198:8,9,14
198:22,24 199:11
199:12,18 212:10
213:16
**library** 206:14
**license** 230:20
**lieu** 9:20
**life** 203:25
**light** 120:7
**limit** 45:17 49:16
149:2 165:25
166:1 167:8 168:3
168:17 169:4,10

[limit - magnesium]                                                                Page 23

191:13,14
**limited** 79:22
  85:12
**limits** 46:21 80:23
  88:17 129:23
  137:8 139:4 166:7
  168:13 190:21
  203:18
**line** 51:7 97:11
  144:5 199:5
  220:16 232:4,7,10
  232:13,16,19
**link** 40:16
**lipitor** 218:7
**lips** 142:12
**liquid** 132:14
  176:3 177:10
**lisinopril** 203:23
**list** 43:8,11,13,17
  43:21 90:11,12
  101:5 165:13
  166:12,12,16,17
  174:19
**listed** 19:3 20:13
  20:21 31:14,24
  46:8 47:7 88:7
  129:13 136:5
  137:2,3 138:8,22
  140:1,3 147:14
  152:2 167:2,6,15
  167:22 173:18
  213:21 223:18,21
**listen** 11:22
**listening** 40:7
**lists** 47:9
**literature** 24:4
  100:13,22 154:13
  209:1 212:1
**litigation** 1:4 9:5
  10:24 11:3 57:25
  58:4,10 60:1,3,21

61:1,5 62:7 63:20
  63:20,23 64:4,13
  64:24 66:1,2
  71:12,18 79:5,12
  80:2,19,22 89:2
  105:19 107:2
  126:8,11,14
  138:20 140:1,12
  162:18
**litigations** 60:12
  64:14 65:3 79:23
**little** 37:4 53:12
  77:18 108:18
  130:3 160:23
  184:24 186:3,12
  201:16 204:6
  205:11,12,20
  206:2,24
**livermore** 208:9
**lives** 98:20 122:17
  122:21
**living** 32:19
**llc** 2:3 3:10,16 5:2
  5:17
**llp** 2:13,16 3:4,11
  3:18 4:3,7,16 5:4
  5:13 6:3
**localities** 96:6
**located** 10:19
**lockard** 5:5
**lockardv** 5:8
**log** 110:3,8
**long** 17:11 28:9
  32:21,23 91:7
  92:21 99:21 129:6
  129:14 141:3
  186:13,14 189:6
  189:18 190:7,19
**longer** 170:21
**look** 17:4 24:6
  26:4,17,20,21 31:3

36:7 40:3,13 43:2
  49:23 50:5,13
  51:1,4,13,18 52:9
  95:23 123:5
  132:20 133:2,2,10
  136:21 141:23
  144:11 145:16
  146:15 147:12
  158:24 159:3,4
  163:20 167:1
  173:11 175:8
  176:5 178:16
  180:2,8 185:4,5,7
  185:8,15 186:2
  187:1 192:11
  197:14,15 204:3
  208:12 215:2,19
  225:11
**looked** 22:5 48:12
  52:23 53:2 103:14
  133:17,17,19,20
  133:21 136:18
  163:15,15,17
**looking** 31:4 42:17
  42:21,22 43:18
  51:9,10,10 53:3
  66:20 78:7 83:3
  91:1 131:8 146:16
  154:16 162:9,22
  162:22 164:13
  173:9 177:3 179:6
  179:14,17 182:9
  182:22 187:25
  203:6,7 205:8
  206:4,5 214:5
  224:12 228:25
**looks** 65:17 66:4,5
  82:2 84:6 133:6
  183:9 192:16
**losartan** 1:3 9:5
  105:12 231:4

232:1 233:1
**lose** 111:12
**lost** 39:25 86:21
  196:22
**lot** 26:2 68:24
  83:20 94:6 108:1
  116:13 121:20
  123:1,11,19 124:7
  124:16 136:4,20
  139:8 150:10,23
  152:18,20 153:7
  153:10,12 154:8
  155:23 161:3
  163:11,17,18
  180:4 188:23
  193:11,12 197:25
  209:16,18 225:16
**lotman** 3:18
**lots** 72:7 146:23
  158:18 159:21
  186:12 204:6
**love** 30:1,17
**low** 55:12 200:6,8
  201:9,12,14,18
  203:12,15
**lower** 136:3 166:2
  193:1 204:25
  205:1
**lowering** 193:24
  218:8

| m |
|---|

**m** 3:5 4:3 5:4
**m7** 45:10 49:17
  56:5 137:25
  178:18 179:15
  203:14,14 205:5,6
**ma** 4:4
**machine** 207:18
**magistrate** 17:12
**magnesium**
  193:13

**mail** 39:4
**maintain** 68:13
  90:12
**maintenance**
  112:3
**major** 94:8 95:17
**majority** 170:11
**making** 47:14
  75:10 109:21
  112:18 113:4
  123:19 124:7
  125:14 136:10
  179:6 203:7
  226:17 227:20,21
**managed** 45:13
**management**
  110:7 111:11
  112:3,8,23 113:4
**managements**
  112:19
**mandate** 19:11
  135:23
**mandating** 25:18
**manner** 9:24
  101:8 104:8
**manufacture**
  92:25 93:13,16
  94:18,21 95:18
  96:24,25 98:23
  110:14,17,19
  126:20
**manufactured**
  71:6 93:24 127:25
**manufacturer**
  18:22,25 19:14,20
  20:1,19,23 37:9,13
  43:13,21 72:16
  73:25 81:3 107:23
  110:18,19 130:16
  139:3 156:10
  158:7,16 162:18

175:5 176:11
177:16 179:2
184:16 185:4
186:9,18 187:6,16
188:18 196:18,19
196:23 199:6
200:6,8 213:12
215:21,22 217:6
**manufacturer's**
  71:13 200:5,12
**manufacturers**
  18:10 23:8,12,19
  23:24 27:9,18
  30:22 31:7,9,18,20
  37:16,18,23 38:13
  38:15 58:5,13,15
  58:18 59:5,9 72:3
  72:22 80:21
  108:10 117:25
  126:18 127:10
  137:19 147:3,10
  149:13 154:9
  156:14 157:17
  163:3 172:19
  179:21 180:2,4,6
  188:12 206:11
  215:5,11,17
  227:10
**manufactures**
  95:14
**manufacturing**
  32:17 54:3 68:1
  71:24 94:3 97:15
  127:4 153:12,13
  153:15 154:11
  159:16,21 160:19
  160:21 162:22
  171:13,15 178:24
  178:25 179:4,22
  187:9 188:10
  206:8 226:11,17

226:22,25 227:3,5
227:6,20,21
**manuscript**
  101:10,15 102:9
  102:21 103:10,21
  104:25
**map** 53:11
**mark** 166:17
**marked** 39:20
  40:18 42:17,24
  53:6,6 54:14
  81:23 83:25 84:21
  85:15 89:24 90:7
  91:5,24 101:6
  104:11 115:18
  118:4 143:24
  164:23 181:18
  220:12,13,21,23
  223:8
**market** 93:25
  110:5 111:2
  124:17 154:23
  171:24 186:18
  192:5
**marketed** 22:24
  23:4 165:13
**markets** 96:19
**martin** 5:10
**mass** 176:25
  177:16,21 178:2,3
  178:4
**master** 93:9
  107:17,20 159:25
**master's** 92:3
**match** 19:11,14
  20:13 25:19 128:2
  128:10,15
**matches** 20:21
**material** 52:7 61:7
  163:11

**materials** 153:9
  160:5 219:15
**matter** 1:14 26:25
  57:24 88:11
  101:20 107:8
  129:8 158:11
  203:18
**matters** 56:13,16
  60:4,7,22 61:15
  62:7
**maximum** 55:5
**maz** 4:18
**mazzotti** 5:10
**mckesson** 6:2
**md** 1:7
**mdl** 1:2 56:10
  57:14,22 58:19
  59:10,12,14 60:2,3
  74:6,9,18 75:2,4
  80:10 81:8,9,9,19
  85:5
**mean** 15:12 38:1
  82:20 103:1 114:2
  122:6,20 124:13
  127:11 141:12
  150:18 172:3
  178:13 184:10
  199:19 215:21
  223:16
**meaning** 31:19
  176:3 191:15
**means** 31:24 32:17
  48:6 54:3 68:13
  68:14 82:25 111:1
  119:9 129:23
  130:12 148:13
  176:2 184:11
  186:12 187:10
  188:7 208:8 212:1
  223:17

**meant** 148:4 184:7
**measure** 192:2
**measured** 45:15
**measures** 113:1
**mechanisms** 116:7
**media** 9:3 41:8,14
    89:11,16 118:12
    118:17 163:25
    164:5 219:4,9
**medical** 69:19
    106:5,6,23 107:5
    131:21
**medication** 80:15
    224:8,9
**medications** 70:4
    70:17,25 71:11,20
    72:5 80:18,20
    93:18 138:19
    166:23
**medicine** 50:20
    54:8
**medicines** 50:18
    225:25
**medium** 200:7
**meet** 20:19 22:24
    23:5,11,13,19
    50:21 55:17 98:16
    138:10 172:17
    173:2 174:2
    202:24 203:12
**meeting** 45:23
    167:1
**meetings** 99:12
    156:20
**meets** 161:19
**megan** 4:16
**members** 104:3
**memory** 84:4
    102:7 124:12
    143:15

**menaski** 17:13
    29:1
**mention** 43:4
    49:13 143:12,13
    145:20,23 146:7
    150:18 151:1
    179:11
**mentioned** 12:4,12
    47:16 48:6 57:7
    105:21 116:3
    121:22 131:24
    143:4 146:5
    148:10 165:17
    179:15 188:11
    190:25 202:6
    205:11 211:20
    213:3
**mentions** 178:18
**mere** 14:10 15:22
    16:3,24 17:19,25
    128:19,24 129:2,5
**merely** 12:8
**meridian** 4:13
**merit** 79:12
**met** 204:15
**metformin** 59:14
    59:21 60:1 126:11
**method** 120:22
    121:5,9 132:14,16
    187:5,15,18
    207:18 208:24
    209:2,3,15,20,20
    227:18
**methodologies**
    125:11,13 137:18
**methodology**
    126:1 132:13
    175:12,14
**methods** 114:18
    120:25 121:1,23
    131:3 132:7

161:16 177:25
    208:1,15,18,23,25
    208:25 209:5,11
    209:15,18,22
    210:1,3,7,9,11,14
    210:16,16,25
    211:1,3,5,7,18,23
    211:25 212:9,14
    214:19,20 226:15
    227:11
**methyl** 67:8,9
**methylating** 168:8
    168:8
**michelle** 1:16 9:9
    9:13,15 16:15
    45:22 230:2,19
**mid** 108:16
**middle** 14:25
    15:11,12
**miller** 6:8 9:7
**milligram** 54:24
    55:8,22 134:22
    135:14
**milliliter** 165:20
    169:6
**millimeter** 168:16
**million** 54:21
    137:11,12 205:2,2
**mind** 63:10 118:6
    142:3
**minimum** 23:7,8
    23:24 24:3 25:6
    32:15 50:5,16
    51:3 53:1,8,22
    54:4,12 55:5
    172:17 173:2
    201:10
**minor** 197:19
**minute** 33:4 56:3
    89:7 118:2,2,7,9
    118:10 134:6

144:1 163:22
    204:13
**minutes** 65:9 89:9
    131:11 134:3
    219:2
**mirror** 19:11
    25:19
**misbranded** 11:14
    11:24 12:8,14,18
    14:11,13 15:18,19
    15:23 16:5,25
    17:20 18:2,3
    41:21,24 42:4,8,14
    216:13,25 217:18
    217:22,25 218:13
    228:7,19
**mischaracterizes**
    50:8 190:11,24
**mislabeled** 21:19
**misleading** 42:5
    42:15 217:23,24
    218:3,18
**mispronounce**
    144:23
**misquote** 191:20
**misrepresented**
    53:16,18
**missed** 207:16
    210:25 212:2
    215:20
**missing** 91:9
    170:20
**mission** 97:21
    98:14,20,25
    122:17,20
**misspoke** 135:19
**misstate** 141:12
**mistake** 179:11
**mistaken** 122:10
**misunderstanding**
    214:4

**mitchell** 2:9
**mixing** 122:11
**mm** 140:5 147:6
  158:8 195:13
  202:23
**mode** 176:8 188:5
  188:16
**modified** 127:6
**modifying** 28:1,3
  28:5
**mods** 210:13
**molecular** 32:1
  206:17
**molecule** 94:11
  133:3,4 137:16
  185:8,11 193:7
  197:15,24
**molecules** 158:25
  159:10,11,22
  189:12 206:15
  214:15
**mom** 120:14
  203:21
**moment** 144:3
  215:10
**monitor** 42:19
  129:24
**monogram** 193:12
**monograph** 22:23
  23:1,3,6,12,14,18
  23:20,24 24:3
  25:5 46:2,20
  47:19 48:3 50:17
  53:4,25 54:1,13
  130:5,10 171:4
  173:8,21 174:23
  175:9,11,15,23
  177:15,20 179:9
  181:13 182:6,10
  182:19 184:15
  187:6,16 210:1

**monographs**
  50:15 52:25 53:7
  53:21 171:6,12,14
  171:17 172:1,5,23
  172:24 173:5
  174:9,13 182:2
  195:8
**monroe** 4:17
**months** 109:7
  162:15
**morgan** 3:11
**morganlewis.com**
  3:14,15
**morning** 9:1,15
  10:19,19,20,21
**morris** 3:18
**mother** 141:5,6,7
**motion** 170:1
**move** 16:18 28:12
  29:10 81:15
**moving** 30:5,14
  142:12
**mulberry** 5:15
**multipage** 50:25
**multiple** 24:7
  93:23 190:12
  211:3
**mutagen** 178:20
**mutagenic** 87:9
  88:15 96:4,5
  189:12
**mute** 9:13
**mylan** 3:2,2,2,2
  70:4,10 71:20
  117:24 150:13,19
  162:10,14 216:2
  221:5,5 222:1

**n**

**n** 2:1 3:1 4:1 5:1
  6:1 63:13 67:8,9
  137:14 180:5

195:12
**n.v.** 3:2
**najafi** 1:9 7:3 8:4
  8:10 9:4 10:8,9
  33:17 39:14,15
  40:17 48:20 51:9
  52:20 62:13,15,16
  62:18,21 63:15
  66:25 75:1 155:7
  168:10 201:25
  210:15 211:4,6
  212:16 213:19
  218:19 223:12
  227:8 230:5 231:5
  232:2,24 233:2,4
  233:12
**najafi's** 162:3
**name** 9:7,15 10:1
  10:7,8,22 18:19
  57:4 62:17 63:8
  63:13 65:5 71:14
  85:22 116:4 126:5
  144:25 145:20,23
  146:6,7 148:9,12
  148:13 156:5
  170:25 202:3
  221:9,21,23 222:5
  222:20 223:14
  224:8,10
**named** 1:13
**names** 57:1 144:23
  155:19,24,25
**nanogram** 222:10
  222:11
**nanograms** 54:25
  54:25 55:7,14,23
  56:1 117:17
  134:22 135:14
  149:3,5,17 150:3
  150:14 151:15
  165:19,23 166:8,8

167:13 168:16,21
  169:5,7,10 189:6,7
  189:19,20 191:2
  224:22,23 225:1,3
  225:6,8
**nap** 180:5,8
**narrow** 196:14
**nature** 12:15
**nbma** 67:2,4,6
**nc** 5:20
**nda** 99:11 154:5
  154:18 155:2
  195:22 209:21
**ndas** 100:5
**ndea** 48:1 67:2
  79:20,21 86:17
  87:5,8 88:15
  106:21 107:12,15
  120:21 138:2,6,8
  138:24 140:4
  145:6 149:9,13,15
  150:13 151:23
  152:1,6 165:25
  166:1,2,9,13,18
  167:7,13,15,18,23
  167:25 168:2,5
  169:10 189:3,7,11
  189:20,23,24
  192:25 193:8,9,22
  194:7,10,19
  198:18 200:16
  206:23 207:21
  208:12 209:6
  210:17 211:3
  213:22 216:8,12
  222:11,17,20
  224:16
**ndl** 9:7
**ndma** 48:1 67:2
  79:18,18,20,21
  86:17 87:5,8

88:15 101:14
106:17 107:12,15
117:16 120:7,12
120:20 124:18
129:22,23,23
130:8,15,23 131:7
131:12 133:4,9,11
136:7,17,18,19,22
137:19,22 138:2,6
138:8,9,12,23
139:12 140:4
145:17 146:3,5,9
147:16,23 148:16
149:2,9,13,15
151:23 152:1,5,8
152:11,15 165:19
166:8 167:7,15,18
167:23,25 168:2,4
168:7,17 169:5
178:15,16 180:10
181:2 189:3,7,11
189:14,19,23,24
192:24 193:8,9,21
194:19 198:2,4,18
199:15 200:15
206:23 208:12
209:1,3,6,15
210:17 211:1,25
213:22 214:16,20
214:22 215:18,20
216:8,12,20,23,25
217:8,10,17 218:6
218:10,10,12
222:10,17,19
223:25 224:19,22
224:24 225:1,3,7,8
**ndms**  224:19
**ne**  5:6
**necessary**  99:12
170:21 200:4
233:6

**necessity**  123:16
**need**  27:12,14,15
29:14,20 34:21
35:10,11,20 40:10
41:3 43:24,25
44:1,2 45:10,11,12
45:12,16,21 75:8
81:10 85:17 90:3
112:6,11 114:11
133:24,25 134:3
137:8 139:7 157:1
159:1,2 174:1,3,3
174:17 179:14
182:14 185:20,20
186:15,20 187:8
196:11,13 197:5,8
198:5 203:9,11
204:1,2,20 205:24
206:3,6,22 208:11
208:24 215:19
227:23
**needs**  35:13 83:7
99:19 111:14
113:24,25 114:6,7
202:13,21 227:18
**neighboring**  96:6
**neither**  230:12,15
**never**  33:8 97:22
97:23 123:14
131:19 156:17
158:12 160:13
192:21 210:2
211:7
**new**  1:1,18 2:6
5:11 9:6 10:25
93:2 97:3,6,7 99:2
99:6,17,17,25,25
108:7 126:24
127:1,2 129:10
152:16,21 153:4
153:16,20,24

154:22 156:6,22
156:23 157:4,5,7
157:10 163:6,8
174:25 195:23
226:14 227:17,24
230:3,21
**newark**  5:15
**newest**  227:16
**news**  61:21 131:25
132:4
**nexus**  79:5 81:9
**nigh**  2:10 7:9 10:4
10:4 11:16 12:2
12:10,20 13:7,14
13:23 14:14,24
15:4,10,24 16:6,14
17:1,21 18:8,16
19:4 21:7,15
22:12,18 23:21
24:21 25:20 26:13
28:16 29:6,10,16
29:22,24 30:3,13
33:12,20,25 34:13
34:16 37:3 40:2
41:22 42:1,7,13
43:3,9,15,23 44:10
44:12,17,25 45:8
46:3 47:2,12,21
48:11,21,25 49:7,9
49:11 50:1,7 51:8
51:17 52:19 53:9
53:15,18 55:3,9
57:3,4,15,19 59:15
59:19,25 60:6,11
60:16 61:4,11
64:7,12,25 73:14
74:22 75:19,24
76:3,6,11,19 77:17
77:23 78:23 79:15
80:8 81:2,16
85:10 89:8 101:1

101:24 102:14,23
103:3,11 115:1,23
115:25 118:8
121:8 126:6
128:23 129:1
131:5,17,20
132:10 134:5
135:2,5,16 136:1
136:13 137:5
139:1 142:14
146:14 147:25
148:2 149:18,23
150:16,22 151:10
151:17 154:19
155:7,10 163:22
165:21 168:10,19
170:7 172:6,20,25
173:7,23 177:19
178:10 179:24
180:13 181:20,24
183:19 184:5
189:8,21 190:10
190:15,23 193:3
198:5,20 199:10
199:16 200:2
203:2 204:18
208:5,22 209:13
210:5,19 211:9,15
211:17,21 212:5
213:15 214:9,12
216:3,15 217:20
219:1,11 220:13
220:17,22,24
221:15,20 222:22
223:6 228:3 229:2
229:10 231:1
**night**  229:11
**nine**  45:14
**ninety**  165:23
**nitrate**  197:24

nitrated  198:1
nitrite  185:11
  197:21,22,24
  198:3 215:19
nitrosamine  8:19
  44:23 45:6 60:3
  63:20 64:3,23
  65:3 67:5,9 74:11
  79:9 80:15 87:13
  88:5 100:14,24
  101:3,7,11 102:9
  103:19 117:11
  121:5 130:18,19
  131:14 132:2,13
  136:11 137:14
  140:11 142:5,19
  143:9 160:18
  177:17 178:2,9,12
  178:17,19 179:2
  180:8,9,10 181:2
  185:14 188:22,24
  190:7,20 191:18
  198:2,3 201:11,15
  201:16,19 208:16
  209:7 210:10
  212:17,19 226:1
  228:24
nitrosamines  58:6
  58:14,20 60:23
  61:2 62:7 78:15
  101:14 102:20
  105:1,13 115:21
  117:16 129:16
  132:7,23 134:17
  136:6,16 137:13
  141:19 160:16
  161:7,9 168:24
  177:6,7,12,14
  178:14 179:22
  180:3 191:23
  193:14 200:16,19

200:22 201:1,6,8
  205:3 215:14
  228:1
nitroso  88:16
  137:13
nitrosol  67:8
nitty  197:10
nizatidine  133:18
nj  5:15
nm  176:9
nmt  184:1
noise  123:19 124:8
non  36:21 130:2
  134:24 135:3,15
  135:17
nonexistent
  130:12,14
nonresponsive
  28:13,19 30:6,14
norris  6:3
norton  6:3
nortonrosefulbri...
  6:5
notary  1:18 230:2
  230:21 233:13,19
note  231:10
notebooks  68:14
noted  9:11 233:7
notes  160:3 163:20
notice  102:17,18
  149:4 160:9
notification
  130:19
novabay  93:20,23
  94:24 95:3,3 96:9
  96:10,14,16,17,22
  97:1,2,11,17
  159:24
novartis  42:25
  43:4 124:18,24
  125:3,6 130:25

131:1,3,7,14,24
  132:2,2 136:12,18
  136:18,20 147:10
  147:13,17,22
  148:15 149:5
  152:2,3,7 153:2,16
  154:10,11 216:19
  216:23,24 217:5
  221:1 223:24
  224:7,8,11,16
novel  24:18
november  82:16
  83:15,15 222:13
number  8:2 11:10
  58:23 64:5 117:24
  127:12,12 160:20
  182:4 191:8
  217:11 222:25
  223:2
numbered  143:24
  164:25
numbers  48:18
  64:10 71:22
  137:10,10 142:9
  142:20 150:9
  167:18
numerous  213:9
ny  5:11

**o**

o  185:8
o'reilly  5:13
oai  119:12,13
oath  9:21,22 72:14
  154:4 156:5
object  17:21 21:15
  24:22 28:12,18
  47:22 48:21,22
  64:8 74:23 78:23
  168:19 216:3
  221:16,16 225:4
  227:12

objected  85:11
  151:8
objecting  222:3
objection  11:16
  12:2,10,20 13:11
  13:14,23 14:14
  16:6 18:8,16 19:4
  22:18 23:21 24:22
  25:20 26:13 37:3
  37:5,6 41:22 42:1
  42:7,13 43:3,9,15
  43:23 44:12,17,25
  45:8 46:3 47:2,12
  47:21 48:11 49:7
  49:9 50:1,7 53:9
  53:14 55:3,9
  59:15 60:18 77:13
  85:12 101:1 115:1
  115:23 121:8
  126:6 128:23
  132:10 135:2,5,16
  136:1,13 137:5
  139:1 146:14
  147:25 148:3
  149:19 154:19
  165:21 172:6,20
  172:25 173:7,23
  177:19 178:10
  179:24 183:19
  184:5 189:8,21
  190:10,11,23
  193:3 200:2 203:2
  204:18 208:5,22
  209:13 210:5,19
  211:9,17,21 212:6
  213:15 214:9
  216:15 217:20
  221:12,19 224:25
  225:10 226:20
objections  9:23
  77:10 103:4

170:12
**obligation** 28:6
30:22 126:4
**observed** 166:7
**observes** 111:19
**obstructionist**
17:13
**obtain** 108:20
109:4 154:23
170:1
**obtained** 92:3
**obvious** 215:1
**obviously** 79:13
103:16 123:17
133:17 136:18
167:10
**occurred** 41:11
52:1 89:14 118:15
134:11 164:3
180:19 198:21
219:7
**october** 56:18,18
66:5 70:2 71:18
82:15,16,18,21
84:24
**odor** 196:8,9
**offer** 56:10 60:5
77:4 88:4,11,20,21
89:3 113:13
138:18 151:19,21
192:20
**offered** 24:18
136:24 139:22
169:24 228:11,16
**offering** 107:8,11
107:14 228:11,14
228:17,20
**office** 40:6 143:21
157:9
**official** 119:14
120:4,24 149:4

195:5
**officially** 96:11
110:23 140:15
**oh** 185:12
**okay** 11:8,9 16:21
27:1,7 29:22
30:13 31:5,6,7
38:11,17 39:9,22
42:16 43:2 46:14
47:13 51:14 52:5
52:8,24 70:20
79:6 81:23 82:1
83:9,24 87:22
89:25 90:25 91:19
91:22 105:6 111:3
118:10 123:14
128:13,19 138:1,2
140:8,19 141:23
142:16,18 143:4
144:6,20 146:13
147:2,11 149:23
167:5 180:14
181:24,24 182:14
182:14,17,21
183:5 186:2 202:1
215:21 218:7
219:1 220:9 222:8
223:11,23 224:15
228:21 229:11
**old** 217:5
**once** 203:24
214:13
**ones** 208:1 221:4
**ongoing** 27:9 31:8
31:18 79:10 80:7
**online** 51:11,12,18
108:12 150:11
179:13
**open** 39:5,6,8,9,15
110:1 119:1,10,11
181:9,15

**opening** 199:20
**opens** 179:10
**operate** 62:12
98:10 206:14
**operates** 80:13
**operating** 114:16
**operators** 71:23
**opinion** 25:1 57:20
59:20 60:8,12
61:4,14,19,20 62:9
79:17,18 85:12
86:19 87:6,11
88:4,18 107:14,15
111:25 134:16
136:20,24 137:21
138:4,5,17 139:9
139:22 140:2
147:22 151:19,21
151:22 168:4
188:7 189:1,16,25
190:1,4,17 191:1
193:4 213:18,19
216:8,11,24 217:8
217:17,21 218:13
228:14,20
**opinions** 60:21
61:23 62:2 77:3,6
86:15,24 88:10,19
88:21,24 89:2,3
107:8,12 125:12
125:14 139:24
162:8,25 198:8,10
199:13 212:13
228:11,17
**opportunity** 30:18
77:7 143:7
**oral** 1:13
**order** 73:21
108:20 227:9
**ordered** 67:19
69:22

**organic** 92:4,8
185:24,25
**organization**
98:20 180:25
**original** 197:21
**orleans** 2:6
**ought** 75:12
**outdated** 227:11
**outlining** 107:22
114:17
**outside** 11:16 12:2
12:10,20 13:8
14:14 17:1 18:16
19:4 21:7 22:18
24:25 50:7 64:25
76:22 80:1 96:3
103:4,8 114:1
131:5,17,20
132:10 150:16,23
150:24 151:4,12
151:18 170:10
199:13 201:18
210:14 213:18
216:3,15 217:20
**oversight** 159:15
159:18
**overview** 25:5
53:4
**owns** 63:5 95:10
**oxford** 3:6,13

| **p** |
|---|

**p** 2:1,1 3:1,1 4:1,1
5:1,1 6:1,1 180:5
**p.a.** 2:9
**p.c.** 5:18
**p.m.** 229:14
**pa** 2:14 3:7,13,20
4:9
**pacific** 1:20 9:2
**package** 83:6
209:21

[page - pharmaceutical]                                                    Page 30

page    7:2 8:2 47:8
   49:18 50:11 53:2
   54:16 66:4,20
   90:2 91:15,17
   105:4 146:16,17
   146:17,20 147:12
   150:25 157:25
   165:6 176:6
   182:23 183:4
   187:20,24 191:7,8
   192:14 198:7
   219:21,21 220:9
   220:11 222:9
   223:11 226:5
   228:25 232:4,7,10
   232:13,16,19
pages    53:6 90:18
   90:22 91:21
   225:14
paid    63:22,25 64:3
   66:15 143:13
papantonio    2:9
papers    160:7,11
   160:24
paragraph    28:10
   33:5,7 34:20
   66:21 67:16 105:8
   121:16,17 125:8
   125:22 191:8,8
   226:9
paragraphs
   144:12
parameters
   129:10
pardon    185:12
park    5:11
part    38:19 44:6
   48:5,25 53:10
   56:7 59:6,9 67:10
   67:12,15 76:14
   112:8 113:3

116:21 119:21
   121:16 122:16,23
   131:23 150:8
   153:16 160:14
   165:9 179:22
   180:1 191:6,9
   192:11,18,22
   193:20 194:23
   198:20 205:1
   209:21 219:14
   223:14
participate    99:12
participating    9:16
particular    43:5
   45:1 47:9 69:7,8
   125:10
particularly    88:15
parties    9:22 74:25
   80:21 230:14
parts    54:21 91:9
   111:8 132:7
   137:10,11 205:2
party    142:22,24
pass    178:22
passed    141:7
patent    127:14
   172:12
patented    95:14,17
patents    154:12
   163:15
path    19:19 212:10
pathologist    105:24
   106:1,2,4
pathway    225:24
patients    38:11
   106:24 189:17
   190:6,19
paul    181:23
pay    72:2
peak    204:5

peaks    184:24
   204:6 205:12,16
   206:2,24
peer    100:13,19,23
   101:3,12 106:16
   106:20 161:8,11
   161:13,20,23
   162:4,6
pending    10:24
   75:16 77:9
pendley    57:10
pensacola    2:11
people    119:16
   160:21 170:5
   188:12 200:25
   205:24 211:2
   218:2
percent    47:5,11,19
   54:18,20 60:25
   63:6 95:9 96:8
   123:12 129:19
   130:1,3 141:22
   160:18 184:2,8,13
   184:13 186:8,11
   186:15 204:8,8
percentage    37:17
   64:8
percentages
   183:24
perform    68:12
   193:23 199:6
   213:12
performance
   50:19 54:10 214:2
performed    67:20
   69:23 196:19,25
period    87:10
   105:14 151:23
   168:1 169:1
   191:19

permissible    169:5
permits    129:9
permitted    14:20
permitting    189:4
person    9:21 57:6
   65:5 196:6
personal    86:3
   158:12
personally    86:6,8
   94:12 100:10
   160:2
pertains    82:22
petition    100:16,21
   104:4,7 121:20,25
   122:3,12,25
   123:12,13,15,22
   123:23 124:2,9,14
   143:14,17,23
   145:8 148:10,17
   160:17 161:19,22
   161:25 162:1,2
   222:23 223:8,9,19
   224:15
pharma    3:10,10
   3:10 5:3 8:5 62:13
   62:15,16,18,19,21
   63:15,24 64:2,23
   67:1 68:10 86:1
   96:14,15 97:25
   98:9,15,18,22,24
   98:25 99:2,5,8,21
   104:13 105:11
   106:11 110:14
   111:5 118:22
   122:7,17 123:20
   125:14 171:9
   223:13
pharma's    108:19
   112:16 122:20
pharmaceutical
   3:16,17 5:2 14:12

[pharmaceutical - prescribers]                                    Page 31

18:5 92:12 93:20
94:1 96:8 97:16
125:15,21 127:16
127:25 128:11
130:22 133:3
136:25 137:9
155:20 179:3,21
**pharmaceuticals**
3:2 4:2,6 5:2 70:5
93:21 94:25
100:14,25 101:8
102:10 105:2
159:24 221:1
**pharmaco** 194:10
194:11
**pharmacy** 4:11
116:2
**phase** 176:20
**phd** 7:3 9:4 92:8
92:10 231:5 232:2
232:24 233:2,4,12
**phds** 94:9
**philadelphia** 2:14
3:20
**phone** 56:23
**phrase** 194:25
215:1
**physically** 9:17
**physician** 26:3
161:18 193:18
**pick** 132:25
**picking** 185:1
**piece** 39:4 121:3
**piedmont** 5:6
**pietragallo** 3:3
**pietragallo.com**
3:8,8,9
**pills** 67:18 69:22
71:22,25 76:21
116:9 120:18
140:23,24 142:20

142:21 146:23
152:6 224:16
**piqued** 110:10
**pittsburgh** 3:7,13
**pizzi** 5:13
**place** 43:10 78:5
78:11 109:9 151:1
151:19 230:11
**places** 108:12
**plaintiff** 73:25
80:24 228:5
**plaintiff's** 56:19
57:13,22 75:3
84:16,18 153:1,3
**plaintiffs** 2:2 10:5
58:19 59:14 60:20
64:3 66:1 74:3
127:3 194:15
**plan** 163:1 194:23
**planet** 13:1,5 14:8
15:16
**planned** 146:8
**planning** 142:25
**plastic** 197:5
**please** 9:12,25
10:7,10 11:23
15:10 16:23 20:17
24:10,11,15 30:19
34:14 38:2 41:16
46:13 56:14 57:1
65:15 86:21 90:2
90:4 103:24 105:8
105:25 110:20
113:15 144:7
146:10 157:2,22
163:20 171:3
181:16 183:3
187:24 191:21
192:15 210:21
**plenty** 154:13

**point** 46:23 50:12
51:9 53:24 54:8
75:17 77:10 79:1
87:15,17,18 97:24
114:16 150:18,24
151:3,5,6,11 170:8
173:9 174:6,7
179:8 186:6
188:17 198:9,15
206:16 213:16
**points** 11:8
**policies** 114:17
**policy** 53:4
**political** 189:25
**pollution** 96:2
**portion** 85:7
157:10
**position** 17:19
80:11 81:1 145:11
152:5 167:25
170:8,22 216:17
218:16
**positive** 104:7
**possibility** 167:22
**possible** 19:6
206:18
**post** 72:9 181:5
**posted** 25:13
**potency** 31:12
32:6,6 35:13
**potent** 191:11
**potential** 31:23
37:19 38:25
103:16 115:22
130:19 141:19
159:3 198:1
204:24 212:20
213:5,13 214:6
215:13
**potentially** 46:8
96:4 178:1 184:12

218:1
**poulence** 159:23
**practice** 1:16
174:25 175:3
178:25
**practices** 32:17
68:1,4 111:7
117:2 178:24
179:5,23 187:9
188:11 191:24
206:8
**pre** 37:22 70:20
71:9 181:5,6
**predetermined**
37:22
**predicate** 61:10
**predict** 227:25
**predicted** 37:22
**predictive** 226:14
227:22,24
**prefilled** 197:7,8
**premarked** 8:1
39:2,2 40:9 46:13
65:15 164:17
**premises** 113:9
**preparation** 83:22
195:11
**prepare** 97:3,5
100:5 122:24
155:14
**prepared** 86:7,7,8
99:8 121:13,14
140:25 154:22
159:25 160:7,24
166:25
**preparing** 83:22
84:9,11,12 100:9
104:25 155:5
**prerogative** 168:4
**prescribers** 38:10

**prescribing** 38:10
**prescription**
   172:23
**presence** 14:10
   15:22 16:3,24
   17:19,25 58:6,13
   87:13 88:5 175:24
   177:17 191:16
   192:24 196:3
   213:21 215:13
   226:12
**present** 6:8 9:18
   27:15 86:18 87:6
   87:9 183:23
**presentation**
   108:9,10 179:12
**presented** 160:19
   170:12
**presenting** 148:8
   179:12
**preservation**
   112:23 113:12,18
   113:23
**preserve** 122:18
**president** 120:6
**press** 104:12,15,17
   124:16 142:25
**pressure** 176:3
   193:1,24
**presume** 63:5
   140:9
**presuppose** 48:18
   49:4
**presupposes** 47:24
   48:1,14
**pretty** 17:18 34:16
   67:24 142:10
   227:13
**prevent** 128:17
   191:16

**preventing** 226:12
**prevents** 95:25
   96:2,3
**preview** 139:14
**previewed** 100:16
**previous** 16:19
   56:7 159:22
   189:10
**previously** 13:8
   28:20 54:14 98:14
   174:14 182:11
   204:20,23
**primarily** 73:5
   82:23 85:1 109:21
   110:7 113:3 123:3
   124:17 132:16
   172:7
**principle** 175:20
**prinston** 3:16
**print** 40:10,12
**prior** 44:21 45:4
   70:1,7,13,15 71:5
   71:14 72:8 94:1
   115:21 130:18
   131:3,6,15 136:9
   152:12 161:16
   178:8 187:20,24
   210:25 211:19,23
   215:6,11 229:6
   230:4
**privately** 62:23,24
**privilege** 60:18
   73:17,22 75:14
   76:25 78:24
   103:17
**privileged** 60:9
   61:7 71:2 73:15
   73:18 74:24 75:20
   75:24 76:3,11,18
   76:23 77:16 79:3
   79:5,25 115:5,12

**pro** 123:6,9,10,13
**probably** 55:16
   59:7 92:22 96:11
   99:14 108:16
   109:6 120:17
   132:22 207:9
**probative** 81:13
**probial** 97:13
**problem** 94:6,8
   104:5 112:5
   123:21 134:5
   159:1,4 182:16
**problems** 123:7
**procedurally**
   110:7
**procedure** 1:16
   18:10,12,22 27:20
   28:1,3 35:21,24
   36:17,18 78:17
   139:5 152:14
   159:13 184:16
**procedures** 28:5
   76:18 78:14
   114:17 142:8
   154:10,11,12
   163:16
**proceed** 52:3
   89:16 118:17
   158:4 164:5
**proceedings** 77:4
**process** 18:6,14,24
   20:24 112:18
   119:3,7,9 152:14
   153:14 158:21
   159:7,9 197:3,12
   197:21,23
**processed** 201:1
**processes** 159:11
   226:11,18,23,25
   227:21,22

**processor** 206:12
**proctor** 2:9
**produce** 46:4
**produced** 14:8,12
   15:16 70:4,9,17,25
   71:11,20 80:18,20
   102:13 152:15
**produces** 96:17
**producing** 18:14
   128:8 186:20
**product** 11:18,24
   12:5,7,12,16,25
   13:4,19 14:7,11
   15:15,23 19:23
   20:4 21:6,13,24
   23:4,18 25:18
   27:10 31:8 43:1,6
   44:9,16 55:6,22
   72:15 87:14 88:6
   88:6 93:24 94:3
   95:14,15,17,17,22
   96:2 97:4,12
   110:17 112:25,25
   113:1 127:21
   128:9 131:8
   134:17,23 135:14
   136:10,25 147:3
   147:13 149:6,8,10
   154:24 156:5
   159:17,20 166:17
   167:8 168:1 169:1
   171:10 173:13
   183:23 191:18
   192:1 196:20
   200:15 215:24
   216:2,9,11,20,23
   216:25 217:7,18
   218:11,11,13,17
**production** 93:17
   94:18 96:24

[products - qualified]                                                    Page 33

**products**  1:4 6:2
  11:11 12:18 21:8
  21:9,18,18 31:19
  44:3 58:7,20
  68:15 71:6 73:6
  79:18,19 92:25
  93:13,25 96:18,21
  97:13 98:23 110:5
  110:13,15 112:10
  114:19 127:6,9,12
  127:14 128:1
  138:23 150:15
  152:1,12 155:3
  161:9 164:10
  165:7,13,18 166:6
  166:13 167:6,19
  172:24 179:3
  182:2 189:2,5,18
  190:6,18 192:25
  193:2 215:12,13
  217:15 219:24
**proffered**  103:5
**profile**  19:3,7,12
  20:10,20,21 25:19
  35:20,23,25 36:12
  36:16,19 47:15
  48:5 128:4,9,14,15
  128:16,20 129:5
  129:13 173:10
  176:1
**profiles**  19:22 20:3
  20:13 32:5 36:20
  128:2
**program**  113:4
**project**  84:23
**promise**  204:10
**promises**  68:18
**promotes**  194:3,10
**prompted**  119:22
**prone**  133:4 180:7

**pronouncement**
  50:4
**pronouncing**
  18:18
**proper**  21:19
  53:13 64:17
  107:17 123:6
  158:24 159:2
  197:17
**properly**  32:8
**proposal**  8:5 67:11
  67:12
**proposition**  24:2
  24:18
**proprietary**  153:3
**protection**  159:1
**protocol**  76:13
  114:17,24 115:3
  117:3 172:13
**protocols**  76:8,17
  77:14 78:11
**proves**  42:5
**provide**  26:10
  48:9 60:22 98:16
  101:22 115:2
  160:4 175:11
  177:21
**provided**  38:10
  42:11 44:19 85:11
  89:23 105:18
  117:7 153:8 154:5
  164:9 165:8
**provides**  140:10
  176:10 185:2
  202:12
**providing**  72:13
  156:2,4
**public**  1:18 12:17
  24:4 50:4 53:4
  96:13 104:22
  105:16 115:17

123:3,4,19 131:16
  131:18 136:17
  153:13,17,20,24
  154:1 218:18
  230:2,21 233:19
**publication**  90:24
  100:22 101:12,13
  101:16 104:10
  105:1 107:24
  130:10 161:14,23
  179:19
**publications**  90:11
  90:12 91:10 101:3
  101:5 102:20
  103:16 160:12,24
  161:4,8
**publicly**  62:23
  103:20 105:11
  163:12
**publish**  121:2,4
  209:15
**published**  53:21
  53:23 69:4,16
  100:13 101:14
  106:15,19 107:16
  107:18,21,25
  108:4 120:25
  121:20 129:18
  150:6,7 154:13
  160:13,15 161:1,2
  161:17 163:17
  192:3 208:2,15,19
  208:20 209:6,11
  210:3 211:7,19,25
**publishing**  209:14
  210:6,13,24
  211:22
**pull**  164:17 171:3
  222:23
**pumps**  176:15,15
  176:16

**pure**  54:5
**purified**  174:4
**purity**  31:11,12
  32:3,4,4 35:12,20
  36:12,15,16 54:9
  129:9
**purpose**  121:12
  171:21 193:23
**purposes**  38:9
  228:9,15
**pursuant**  1:15
  76:9 77:14 115:3
  204:16
**pushing**  176:16,16
**put**  24:5 27:7 29:3
  40:8,16 41:15
  46:12 69:11,12
  81:24 90:1 93:25
  103:23 144:6
  148:12 157:20,22
  158:20 170:8
  191:6,22 201:7
**puts**  210:1
**putting**  64:18 83:4
  83:5,6 148:12
  162:24
**puzzled**  48:16
  49:1

| q |
| --- |

**q3a**  202:10,20,25
  204:12
**q3b**  202:10,20,25
  204:12
**qa**  119:16
**qualification**
  202:17,19 204:14
  204:19 217:14
**qualifications**  90:8
  91:25
**qualified**  68:16

**qualify** 201:7
**quality** 22:9 25:6
　31:11 32:3 35:12
　50:18 54:1,2,6
　98:17 161:16
　171:23 195:5
**quantification**
　143:9
**quantified** 174:4
**quantify** 206:1
　207:14,19,21
**quantifying**
　205:17
**quantitation** 49:15
**question** 11:21,22
　11:23 13:3,7,8,12
　13:25 14:3,5,7,19
　14:19 15:6,12,14
　15:25 16:7,9,15,18
　17:3,7,8,10,15,18
　17:23 18:13 19:25
　20:11,16,17 21:11
　22:13 23:2,23
　24:16 25:3 26:14
　26:15 28:9,14
　30:19,23 31:3
　32:22,24 33:4,21
　33:21,24 34:2,6,9
　34:14 36:5,14,22
　36:23 37:4,11
　39:17 41:23 43:7
　43:7,20 44:10,13
　47:20,25 48:24
　49:1 52:12 53:19
　56:6,7,14 58:8
　60:9,10,11,15
　61:10 62:5 65:25
　68:20 69:15,15
　74:14,16 75:16
　76:5 77:9,13,18,19
　78:8,9 85:10

86:21 88:2,3 91:3
94:16 100:20,21
102:2,3,12 106:3
111:11 113:15
116:21 122:14
128:6,7 129:3
131:13 135:6,9
139:19 142:3
143:6,6 150:12
151:8,18 153:18
153:22 155:4,8
156:25 157:2
160:22 162:17
168:11 169:15
172:11 182:18
184:6,20 192:7
196:21 199:3,18
200:11 207:16
209:4 210:15,20
211:11 212:4,7
214:19 223:1
**questioning**
　199:21 225:21
**questions** 14:21,22
　15:3 30:10,12
　80:25 118:20
　138:2 150:12,23
　169:17 170:4,10
　198:21 199:18
　201:20 202:5
　218:20,21,24
　221:13 223:9
　224:21 228:6,22
**quick** 118:7
　122:16 180:13
　228:24
**quote** 191:4
**quoting** 84:5
　87:24

**r**

**r** 2:1,17 3:1 4:1 5:1
　6:1 8:4 63:13
　230:1 232:3,3
**r&d** 69:2
**rafferty** 2:9
**raise** 10:10 75:8
**raised** 170:19
**ran** 120:18,18
　205:12
**ranitidine** 57:14
　57:22,24 58:3,7,10
　58:19 59:12 60:3
　60:19 61:6,16
　62:9 101:21 102:1
　103:18 104:4
　121:25 122:12,25
　123:2,9,11 126:8
　133:18 161:19
　175:7
**raspanti** 3:4
**rationale** 122:23
**rbk** 1:7
**reached** 140:2
**reactive** 137:15
　189:12
**read** 16:20 21:23
　22:15 25:2 30:2
　30:18 31:6 33:5
　35:9 40:13 54:12
　67:22 86:14 105:9
　123:25 125:16,17
　150:18 191:10
　192:9 226:18
　231:9 233:5
**reading** 22:21
　92:2 105:10,10
　168:23 227:13
**ready** 51:21 64:20
　90:20 91:16 111:1

**reagents** 27:23
　28:6
**real** 128:11 228:23
**realize** 134:2
**really** 21:11 24:13
　32:6,14 52:19
　69:3 74:12 75:15
　104:8 111:10
　112:7 121:12
　139:4 161:4
　170:20 174:4,6,6,7
　179:5,10 185:4
　196:5,15 197:10
　200:10 203:24
　206:8 209:24
　212:10
**reason** 73:2
　213:20 231:11
　232:6,9,12,15,18
　232:21
**reasonable** 191:14
**reasons** 85:11
**recall** 70:11,18
　71:1,7,8,13,21
　73:6 108:17
　109:13 118:22
　120:5 124:10,22
　127:18 131:23
　133:15,16 144:14
　149:3,4 150:8
　153:10 155:22
　156:8 157:17
　158:1 163:10
　165:9,15 192:4
　202:8 216:18
　223:8 225:12
　228:5
**recalled** 123:18
　138:13 149:5,6,8
　164:11 165:7,18
　166:9 167:20

192:6 216:14
217:1,12,18
218:14
**recalls**  165:18
208:16,20
**receipt**  231:18
**receive**  63:22
160:11
**received**  65:13
81:21,21 83:25
90:10 119:24
181:8
**receptor**  93:17
219:24
**receptors**  193:17
**recess**  41:9,10
51:24,25 89:12,13
118:13,14 134:9
134:10 164:1,2
180:17,18 219:5,6
**recipe**  27:21 35:22
36:15 137:20
139:6 158:23
185:16 186:1
**recipes**  137:18
163:16
**recognize**  103:24
**recognizing**  29:17
**recollection**
144:12
**recommendations**
125:15
**recommended**
192:4,5
**reconsider**  77:12
**record**  9:2,11 10:1
17:4 27:4 34:4
39:12 41:5,13
44:1 45:24 51:6
51:15,20,23 52:3
52:22 57:3 59:18

75:10 80:12 81:14
134:8,13 144:4
170:9 180:16,21
181:17 191:6,10
192:18 201:8
210:22 215:16
**recorded**  9:4
**recordkeeping**
111:6
**records**  17:4 65:12
72:18,19,20
113:19,20 117:22
136:17 170:2
**redepose**  170:2
**redirect**  79:17
**reduce**  194:13
**reducing**  193:24
**reefer**  3:5
**refer**  20:9 25:4
45:11 49:12 56:4
145:1 179:25
195:3 221:5,23
222:2,16
**reference**  19:3
20:13,21 27:10,11
31:9,13,23 56:4
68:6,9 69:17
70:23 88:7 126:17
129:13 137:2,3
138:8,22 140:1,3
145:6 152:2 176:6
185:3 195:6
213:21 224:3
**referenced**  69:5
108:13 168:14
231:6
**referencing**  32:11
68:8
**referring**  35:14
41:1 45:1 68:21
69:7,24 125:21

203:13 227:3
**refers**  27:11,15
32:4 55:10 179:5
186:7 222:17
**reflect**  84:22
**refresh**  144:12
**refresher**  182:15
**refreshing**  84:4
**refusing**  17:6
**regard**  124:11
209:5 217:15
**regarding**  61:2
101:13 104:3,4
144:15 153:13
160:17 178:17
179:13 181:2
**regards**  9:4
**register**  108:23
**registered**  68:10
68:22 98:18
108:19 111:24
114:20
**registration**
108:21 109:4
**regs**  22:21 25:21
25:23 26:4 32:12
32:13 35:10
111:10
**regular**  136:3
**regulations**  19:10
26:7,23 30:25
35:2 36:10 37:1
48:17 111:21
112:2 134:21
**regulatory**  25:22
26:19 107:22
156:9,13
**reiterate**  189:22
**relate**  144:17
**related**  75:2
100:13,24 101:3

101:11,19,20
103:18 111:21
112:2 122:4 143:8
143:17 158:19
183:13,15 184:3
**relates**  1:5 102:9
112:25 116:14
**relating**  60:22
67:2 102:20
113:20 121:25
122:12,25 153:11
**relation**  75:4
**relationship**
171:19
**relative**  230:13,15
**release**  104:12,15
104:17 110:18,21
110:23,24 112:25
124:16 143:1
171:10 195:24
**released**  32:8
**releases**  110:4
116:4
**releasing**  110:25
112:9
**relevance**  75:14
**relevancy**  76:25
79:24
**relevant**  30:10
81:12 169:22
**reliability**  161:16
173:1
**reliable**  172:19
173:5
**relies**  171:16
215:22
**rely**  76:20 161:5
200:5 227:10
**relying**  77:3 163:2
**remains**  140:22
168:17 169:6,7,11

169:12
**remedied** 109:25
  110:9
**remember** 28:14
  29:9 54:15 56:12
  56:15 92:2 122:18
  129:19,21 143:18
  160:8
**remotely** 1:19
  9:19,22 230:5
**removed** 124:17
**render** 15:22 16:4
**rendered** 14:11
**renders** 16:24
  17:20 87:14 88:6
**repeat** 19:25 20:17
  23:2,16 30:19
  31:17 33:1 37:11
  41:23 56:14 58:8
  86:21 129:3 135:7
  142:15 172:21
  196:21 207:16
**repeated** 129:2
  142:7
**rephrase** 184:6
**report** 25:2 26:9
  26:12,16,17,18,21
  27:2 28:11 31:3,5
  31:7 33:5 34:20
  82:23 83:2,5 85:1
  87:23 88:22 89:1
  90:15 119:17
  145:17,21 148:9
  157:15 158:4
  159:4 169:3 175:1
  186:19 223:14
**reported** 45:12
  104:6 145:14
  146:9,18,21 147:1
  150:13

**reporter** 1:17 9:9
  9:12,14,16 10:6,9
  10:15 16:20 31:16
  39:1 45:21 164:24
  230:3
**reporting** 9:19,24
  148:19 175:2,4,5,6
**reports** 61:6 62:2
  75:22,23 76:1,1
  115:11 131:23
  141:1
**represent** 10:23
  115:13 171:1
  202:3 219:13
**representation**
  53:22
**representing**
  73:24,25 74:2
  207:5
**request** 52:22
  116:19,23 117:21
  120:10 160:9
**requested** 16:19
  31:15 66:9,9
  169:19
**require** 18:4,9,21
  19:13,16,17 204:9
**required** 14:21
  18:13 23:8,9,11,13
  23:19,25 45:6
  179:1 213:12
  233:13
**requirement**
  19:10 23:7 25:13
  25:17 26:5 31:2
  37:8,12,15,18
  43:12,17 44:22
  45:5 46:7 107:19
  134:23 135:24
  136:2 138:10

**requirements**
  19:21 20:2,19
  22:25 23:5,10
  51:3 107:17,19
  108:6 136:7
  137:14 157:16
  158:6
**requires** 211:24
**research** 46:11
  80:14 92:11 98:16
  98:19 106:16,20
  108:1,19 156:19
**reservations** 229:6
**reserve** 169:25
**respect** 116:18
  123:15 129:13
  209:7 210:12
**respond** 25:3
  102:15 128:25
  148:6 162:7
**responded** 13:25
  15:25 16:7 17:3,8
  26:15 36:13 104:7
**response** 100:16
  102:24 199:17
**responsibilities**
  107:22 159:19,21
**responsibility**
  156:22 157:4
  158:13,15,23
  159:16 200:13
**responsible** 31:22
  32:19 93:9 94:7
  139:5 226:10,22
  226:24
**responsive** 14:21
  15:14 30:11 47:22
  102:22
**rest** 91:12
**restate** 156:25
  157:2 167:25

**restroom** 24:25
**result** 108:24
  142:9 222:10,11
**results** 76:16
  105:22,23 115:7
  115:10 117:10,12
  117:15 142:4
  145:13 146:2,9,17
  146:20 147:13
**retained** 56:9,13
  56:16,17,20 57:13
  57:21,23 60:5,20
  61:2 73:8,11,12
  74:4,9,20 84:24
  157:8 186:19
**retainer** 65:18,21
  66:9,12,15,17
  67:17 68:6,21
  69:5,8,10,20 70:2
  70:7,20 71:5,9,16
  72:6 81:20
**return** 231:13,17
**revenue** 64:9,10
**revenues** 63:16
  64:1,22 65:2
**review** 38:20 52:6
  52:21 82:18,21,25
  83:3,4,14,15
  101:12 108:6
  161:13 162:10,13
  231:7
**reviewed** 38:22
  52:16 100:13,19
  100:23 101:3
  106:16,20 152:16
  152:18,20,21,23
  153:6,10 154:7,8
  161:8,12,15,21,23
  162:4,6,14,19,21
  163:5,8,11,12
  182:1,4,5,10

**reviewer** 200:9
215:20
**reviewing** 83:18
83:20,21 84:3
**reviews** 82:7 200:9
**rhone** 159:23
**riddell** 5:10
**right** 10:10 15:23
18:19 20:8 22:16
22:17 24:5 38:12
42:23 49:21,24,25
50:11 52:13 54:18
54:19,21,22 55:1,8
55:18,23 56:10
57:12 62:14 66:3
66:6,10,18,19
67:21 68:1 69:25
70:12,21 76:25
81:4,11 82:8,9,11
82:12,15,19,19
83:11,12,16,17,20
84:6,8,24 85:21
89:4 90:6 91:1,6,7
91:25 92:5,17
94:15 95:2 96:7
97:14 98:7 104:19
105:3,20 107:6
109:19 111:17,21
114:19,24 115:9
115:16 117:8,23
121:7 126:3
127:11 128:22
130:1 135:3,19,20
137:4 139:2 140:4
140:13 141:9,21
144:10,18 145:9
145:12 146:2,4,19
147:15 154:21
155:22 156:7
158:7 165:15,20
166:1,4,15,20

167:5,16 168:15
169:16,25 175:1
181:11 182:20
183:25 184:24
190:4 202:14,22
204:17 205:19
207:6 210:18
212:17 213:6,9
214:8 215:2,3,24
216:9 217:24
221:1 222:15
225:11
**risk** 111:10 113:3
160:8,25 195:17
195:18,21,23
196:1,10,12,24
197:5,8,18 198:4
199:7,25 200:5,6,7
200:7,8
**risks** 196:19 199:9
**rite** 4:11
**rlb** 18:7
**rld** 18:25 19:11,22
20:4 25:19 128:2
128:10,15 130:14
216:13
**road** 4:8 5:6
**robe** 64:18
**role** 93:16 94:17
**ron** 1:9 7:3 9:4
10:8 48:20 66:25
211:6 230:5 231:5
232:2,24 233:2,4
233:12
**room** 9:18 218:22
**rooney** 5:18
**root** 196:13
**rose** 6:3
**rosemarie** 5:10
40:12 57:2,4
84:19

**rosemarie.bogdan**
5:12
**rosemaries** 57:4
**ross** 6:4
**roughly** 205:7
**route** 133:8 197:3
214:5,14
**routine** 195:25
207:2
**rpr** 1:17 230:19,20
**rs** 183:14,14
**rubenstein** 5:5
**rubensteinb** 5:9
**rule** 167:21,24
**ruled** 28:18,20,23
29:2 30:7
**ruler** 2:17
**rules** 1:15
**ruling** 191:2
**run** 92:21 132:3
175:20
**running** 121:10
131:12 205:18
207:11,17,23

**s**

**s** 2:1 3:1,19 4:1,13
5:1 6:1 195:12
232:3
**safe** 18:1,1 19:17
19:19 36:1 46:6,6
179:7
**safety** 92:16,21,24
95:22 123:3 160:8
160:25
**sak** 1:7
**sake** 163:7
**sale** 13:20
**sameness** 25:24
27:10 31:8,19
34:22

**sample** 117:3
**samples** 114:3,9
114:10,11,14
115:8 116:8
147:13
**san** 92:4
**sanctions** 28:22
30:4,15
**sanger** 2:16
**sartans** 175:7
219:25
**satisfied** 112:20
**satisfy** 19:21 20:2
**sausage** 201:3
**save** 81:13 98:20
98:21 122:17,21
122:21
**saw** 87:11 131:10
131:24 142:12
145:10 193:11
**saying** 10:18 33:23
87:1 103:12 130:4
134:24 154:15
158:3 162:2
187:13 191:2
201:8
**says** 50:6 53:25
66:17,24 67:17
82:17 110:20
129:25 137:16
165:7 168:24
169:14 172:12
184:1 186:18
188:2 191:11,23
192:16 200:8
220:3,25 224:5
226:9
**scale** 159:22
**scanned** 182:17
**schaffer** 2:13

**scheduled** 134:1
**schell** 2:5
**scientific** 100:23
    161:14
**scientist** 92:11
**scientists** 161:15
    162:6
**scope** 11:17 12:3
    12:11,21 13:9
    14:15 15:24 16:6
    17:2 18:17 19:5
    21:7 22:19 25:1
    41:22 42:7 43:3,9
    43:15,23 44:12,17
    44:25 45:8 47:2
    47:12 48:11,22
    49:11 50:8 55:3,9
    65:1 66:22 67:16
    67:18 76:22 103:5
    103:8 110:12
    131:5,17,20
    132:11 150:17,24
    150:25 151:12,18
    170:11 199:2,13
    213:18 214:9
    216:4,16 217:21
**screen** 40:24 41:15
    48:4 87:15,19
    118:3 157:20
    164:20
**scroll** 219:21
    222:8,13 223:11
**se** 43:17
**search** 50:22
    209:1
**second** 27:1 40:6
    42:19 46:17 51:4
    67:15,15 74:22
    87:11 105:7
    109:16 124:2
    175:16 180:11

**182:15** 198:11
    199:21
**secondary** 109:24
**secrecy** 127:15
**section** 22:3,7
    67:16 153:20,24
    154:1 157:14,25
    158:4 176:6 183:2
**sections** 108:6
    155:1,1
**sedran** 2:13
**see** 11:7,21 17:5
    40:4,10,21,23 41:3
    42:18,20 43:19
    47:14 48:4 51:1
    53:11 66:22 67:24
    69:24 76:12 88:23
    90:11,24 91:9
    94:15 101:24
    102:12 129:4
    132:1 133:10
    146:18 150:6,7
    158:1 163:20
    165:4 176:7 180:7
    181:24 185:11
    188:4,6 192:15
    198:6 205:20,23
    206:10,25 210:6
    216:21 219:23
    220:2,3,4,6,7,8,25
    221:4,6,21 222:9
    222:24 223:23,24
    225:25 226:5
**seeing** 131:24
    160:8 223:9
**seek** 77:2
**seeking** 154:23
**seen** 24:19 39:23
    46:15 124:8
    131:19 153:4,6
    154:4,8,18,20

**185:18** 192:21
    210:2,17,23,24
    211:6,7,18,22
**sell** 110:15,16
    134:17
**sells** 136:25
**sense** 32:1,2
    116:17
**sent** 38:25 39:14
    142:20 162:2
    164:24 181:10
    231:14
**sentence** 68:17
    125:10
**separate** 166:1
**separation** 176:20
**september** 56:18
    165:8,15
**served** 102:18
    103:4
**services** 98:16
    192:17
**session** 14:20
**set** 22:9 45:22
    46:25 69:18 88:10
    175:18,19,19
    203:18 205:18
    207:12,19 230:11
**settings** 205:19
    208:3
**seven** 147:13
    150:25 198:7
**share** 40:4,16
    100:3 164:20
    172:12,13,14
    181:23
**shared** 85:8 153:1
**shareholders**
    62:25 63:15
**shares** 96:13

**sheet** 8:16 231:11
**shit** 185:12
**shortly** 88:22
**shouting** 133:7,8
**show** 24:6 26:16
    26:18,21 50:22
    91:7 157:18
    173:25 178:1
    186:25 188:25
    192:14 194:9
    219:12 223:25
**showed** 120:12
    205:16
**showing** 87:18
    129:22 147:20
    187:3 216:22
    225:13
**shown** 146:24
    178:21 187:20
    216:18 217:15
    225:20
**shows** 183:21
    194:2 221:2
    222:10,14
**side** 84:18 113:14
    170:5
**sign** 231:12
**signature** 69:13
    85:22 230:19
**signed** 66:5 231:20
**significant** 214:1
**silence** 130:7
**silent** 130:5
**similar** 181:3
**simple** 17:18
    206:14
**simply** 11:14,25
    36:3,23 58:10
    71:25 74:15 79:17
    167:8 194:18
    207:11 227:10

**single** 127:21
    147:16 150:19
    151:1 205:18,18
**sir** 10:18 11:21
    13:3 14:1,2,3,4,17
    15:3,14 16:8,17
    17:7,10 18:20
    22:20 24:13 25:3
    26:9 30:23 36:2
    36:22 39:23,25
    43:20 44:11 46:16
    47:17 48:16 49:3
    50:6 53:20 65:25
    66:22 69:15 87:17
    92:20 100:12
    105:9 150:4
    154:21
**sit** 72:13 127:20
**site** 50:2 53:11
    114:11
**sitting** 75:5 156:2
    156:4 196:9
**six** 82:6 146:11
    165:23
**size** 129:9
**skilled** 133:6
    214:25
**skincare** 96:18
**slack** 2:16
**slackdavis.com**
    2:19
**slater** 28:25
**slow** 174:15
**small** 40:24 53:10
**smith** 4:7
**smoke** 200:20
**sneak** 139:14
**snippet** 53:12
**sodium** 197:20,22
    197:24,24 198:3
    215:19

**solco** 3:16
**sold** 44:9 96:13
    111:1 165:14
    189:5 190:6,19
    195:6 217:9,10
**sole** 63:14
**solemnly** 10:10
**solutions** 6:8 9:8
    9:10 231:23
**solvent** 176:17,17
    176:18
**solvents** 96:1
**solving** 94:7
**somebody** 73:9
    114:5 180:11
    209:17
**sop** 114:21
**sop's** 114:22
**sorry** 9:14 27:7
    44:5 49:11 57:9
    62:16 64:7,7 98:2
    99:13 102:25
    103:12 113:16
    131:6 133:24
    134:3 141:10
    155:9,12 177:5
    206:19 214:10
**sort** 37:22 74:12
    75:10 86:19 104:2
    122:14 124:21
    127:6 133:22
    141:20 161:5
    168:21 171:19
    174:22 179:16
    197:10,13
**sound** 99:14 166:4
**sounded** 91:8
**sounds** 102:11
    154:17 170:16
**source** 131:4,13

**sources** 213:4
**south** 2:10
**space** 131:10
**speak** 108:15
    119:8 190:2
**speaker** 45:20
**spec** 176:25
    177:21 178:3,3,4
**specialized** 106:10
    132:6 206:3,6,22
    207:1,25 208:7,8
    208:11
**specific** 44:23 45:6
    49:13 50:23 65:13
    68:6,7 85:1 110:8
    130:18 135:9
    137:9,24 155:3,23
    172:2 173:12,15
    175:22 177:20
    180:3 183:7,10
    187:16 196:24
    208:3 210:15
    214:7
**specifically** 49:13
    49:18 50:17 68:23
    136:6,7 142:21
    155:2 175:9
    178:18 180:2
    198:14 204:11
    206:3 207:12,19
    209:5 210:11
    227:15
**specification**
    47:10 134:24
    135:12,23 191:17
**specifications** 8:17
    22:25 23:5,13,19
    50:4,16
**specified** 24:4
    44:23 45:6

**spectormetry**
    177:17
**speech** 29:5,13
**speeches** 108:5
**spelled** 26:3
**spelling** 63:10
**spend** 150:11
**spent** 82:14 83:18
    84:6,15,22 162:21
**spirit** 158:19
**spoke** 23:15
**sponsor** 172:7
    173:25
**spot** 66:18
**stacked** 79:24
**stage** 77:4
**stand** 68:3
**standalone** 95:2
    98:10
**standard** 1:20
    24:3 32:19 54:12
    114:16 132:13
    172:13,17 173:2
**standardized**
    171:23
**standardizing**
    171:22
**standards** 22:9
    23:24 25:7 32:15
    32:20 46:25 50:5
    50:16 51:3 53:1,8
    53:22 55:5 68:9
    68:13 98:17
    172:16,19 174:2,5
    185:3 195:1,4,4,5
    195:6,7
**standing** 221:12
**stands** 13:13 67:6
    67:14,25 119:15
    176:24

stanoch 2:4
start 10:18 11:6
  72:23 81:25 95:4
  96:9 156:3 220:22
started 49:1 73:3
  92:15 93:19 94:25
  96:14 115:18
  140:9,11,15 181:9
starting 34:2 54:8
  92:12 96:16 173:9
  174:7 186:6
  188:17
starts 157:25
  212:13
state 1:18 4:4 10:7
  69:21 87:5 89:2
  104:24 204:20
  227:9 230:3
stated 24:2 89:3
  117:1 140:14
  151:14 189:10
statement 24:15
  50:3 98:15 122:17
  217:23,24
statements 115:17
  215:10
states 1:1 9:6
  10:25 13:20,20
  22:24 23:4 95:18
  151:22 165:14
  206:8 227:18
stating 10:1 58:19
  86:18 215:15,17
stationery 176:20
status 108:19
  112:16 119:1,12
statute 41:21
stay 27:4
stenographic 9:11
stenographically
  230:10

step 158:21,22,22
steps 191:14,15
steven 3:12 5:4
  202:3 203:5,6
  208:6 211:10
  212:4 214:18
  218:5
steven.hunchuck
  3:15
stock 63:3
stop 14:17 30:14
  33:3 64:20 169:1
  191:19
storage 111:9
  113:2,14
stored 206:15
stories 201:19
story 104:8
stoy 3:5 40:6,14
  143:25 164:19
strategy 113:4
street 2:5,10,14
  3:6,19 4:4,13 5:15
  5:20
strength 22:8
  31:11 32:2 50:19
  54:9 129:9
strictly 202:25
strike 28:13 29:10
  30:5,14 58:2
  178:6 208:6
stroll 226:4
structural 133:2,3
  133:5,9 158:24,25
  185:6 186:1
  197:13,14,16
  214:15,15
structure 31:25
  203:6 212:24
structures 37:24
  139:8,10,11

179:14,16 203:8
  204:21 215:18
stuff 185:23
styling 203:25
subject 102:16
  108:24 117:14
  145:3 165:14
  229:6
submission 192:11
  195:11
submissions 99:16
  153:16
submit 97:3,5
  99:11,25 108:22
  122:25 123:14
  155:14 161:25
  162:1 196:11
  209:21
submitted 82:6,13
  85:4 97:7,8 99:9
  100:21,22 101:15
  161:8 192:19
  196:2
submitting 124:3
  156:6
subscribed 233:14
subsequent 204:12
substance 11:13
  12:22,23 14:8
  15:16 94:3 159:20
  171:10 202:14
  207:12 213:14
substances 96:4
sudden 196:8
sued 58:18
sufficient 19:18
  109:23
sugar 193:12
suggest 51:2 86:17
  87:12 125:25

suggested 30:21
  111:3 143:15
suggesting 42:11
  52:25 59:23 61:25
  72:13 115:19
suggestion 79:11
suggests 50:15
  152:4
suitability 176:8
  188:5
suitable 226:15
suite 2:14,17 4:8
  4:17 5:6,20 6:4
summaries 117:4
summarize 86:23
summary 90:8
  91:25 104:2
  145:17
summer 46:2
superior 1:15
supplier 18:4 74:1
suppliers 58:18
  59:5,9 80:21
supplies 171:22
support 61:1
  99:18,20 148:22
supported 147:23
  148:17
suppose 101:23
supposed 24:23
  221:14
sure 20:18 23:3
  25:15 50:10,23
  51:6 58:9 63:12
  67:24 82:24 86:25
  88:25 109:22,23
  110:1 113:5,7,18
  117:13 120:21
  135:11 136:10
  139:20 140:15,19
  141:14 142:25

[sure - testify]                                                          Page 41

157:19 163:23
164:14 168:10
172:22 179:7
191:22 196:23
**surprised** 152:11
153:2 170:15
**suspected** 49:14
**swear** 9:12 10:11
**swedesford** 4:8
**switch** 56:2
**sworn** 230:5
233:14
**symposium** 108:9
108:15 160:20
179:12
**synthesis** 27:13
54:3 93:12,16
94:17 96:23 133:7
159:13,19 163:16
177:24 185:5
191:15 214:6,14
215:5 217:5
**synthesize** 18:23
94:12 96:25
**synthesizing** 97:18
158:13,16
**synthetic** 18:6,14
18:24 19:19 20:24
133:8 137:17
159:6,9,13,21
177:24 185:25
191:15 197:3
**syringe** 197:7,8
**system** 113:9
119:5,5 171:23
176:7,8 177:9
187:22 188:2,4,16
209:23

**t**

**t** 230:1,1 232:3,3
**tab** 181:13,19,24
182:13,14
**table** 47:9 54:15
54:17 55:21
197:18
**tablet** 54:24 55:8
134:22 147:17
222:11,11
**tablets** 70:9 182:7
183:8
**take** 24:7,25 26:20
41:3 49:23 50:13
52:6 87:20 89:6,8
92:19 95:22
112:21 118:6,8
125:20 133:25,25
134:3,6 141:8
144:11 163:19,22
167:1 174:19
180:13 203:14
218:7 219:1
222:22 225:11
228:3
**taken** 1:15 41:9
51:24 89:12 109:8
118:13 134:9
164:1 180:17
219:5 230:10
**takes** 131:11
**talk** 24:14,14 32:9
52:13 61:24
121:16 125:11
141:17 185:21
199:15 203:15,16
**talked** 17:13 41:18
81:18 108:18
118:21 129:15,17
134:20 163:1

**talking** 15:8 16:17
33:3 38:9 39:11
40:6 45:3 54:23
121:24 212:13
**talks** 32:16 227:15
**tangential** 171:19
**team** 67:10 104:3
196:16
**tear** 185:10
**technical** 176:12
**technique** 176:2,2
**technologies** 32:18
227:11,17
**technology** 32:18
179:6 187:11
227:16
**tell** 42:25 50:5,14
53:20 56:25 58:21
64:1 72:14,19,21
74:15 77:20 90:3
100:6 113:18
119:24 122:16
125:20 126:2
127:21 136:16
140:17,25 141:13
155:19 167:4,17
169:12 184:25
185:23 186:21
224:13
**telling** 40:22 49:24
62:3 111:23
122:19
**tells** 206:17,17
**ten** 89:8 99:23
118:8,10 134:6
163:22 203:22
**tensin** 93:17
**term** 26:6 30:20
30:25 35:5,17
36:3,5,6,9,23,24
38:3,5 41:21,24

141:4 202:16
**terminology**
110:25
**terminus** 5:6
**terms** 72:15 91:23
103:5 137:18
138:15 149:25
162:25 173:1,5
198:8
**test** 50:20 71:21
110:20 114:18,23
115:7,10 116:6,6
117:4,11 120:22
121:4,9 130:23
131:3 132:6,7
133:1 145:13
147:13 175:10
176:11 177:17
179:2 180:3,6
187:17 188:15,17
188:18,21,24
203:11,17 204:6,8
204:21 205:15,18
206:22 207:17,25
209:16 215:12
224:16
**tested** 68:16 71:14
72:1,15 78:20
115:8 120:21
132:21 133:13
138:10,11 140:23
142:21,22 145:18
146:22 147:4
166:7,18,22 167:4
174:4 223:20
**testified** 200:14
204:23 205:10
214:24
**testify** 107:7
227:24,25 230:6

**testifying** 79:7
**testimony** 10:11
16:19,23 36:4
50:8 56:10 60:5
60:22 61:17 72:10
72:12,14 81:5,7
103:6 135:11
141:12 150:4,13
153:4 154:4,17
156:4 190:11,24
192:22 213:11
214:4 215:8 230:9
231:9,18 233:8
**testing** 44:24 45:7
67:18,19 69:21,22
70:3,7,8,13,15,20
70:22 71:4,9,19,24
72:4,7,9,24 73:3,9
73:13 74:10,20
75:18,22 76:10,16
76:20,22 77:25
78:4,5,10,12,14,16
79:4,9 80:1,5,6,9
80:14,23 81:7,8
93:13,17 94:18
96:24 105:12,17
108:1,2,2,3 110:4
110:6 112:25
113:21 114:8
115:3,19,20 116:7
117:4,19,25
119:23 120:1,23
121:5 124:25
125:3,6 130:18
131:9,15 136:10
136:15 140:11
141:21,24 142:4
145:7 146:1,25
147:23 151:2
174:20 175:24
179:21 180:5,5,9,9

184:16 186:19
187:5,15,18 194:1
194:6,9,15,18
195:24 198:18
203:16 204:15,24
206:3 208:14,25
209:2,25 212:9,14
213:12 214:7,20
214:21,22 217:2,4
219:17 223:18,22
**testings** 194:22,24
**tests** 54:10 79:22
175:22,22 194:5
196:18,25 199:7
199:24 200:3
203:17 207:11
224:18
**teva** 5:2,2 117:24
162:19 202:4
207:5,8 229:9
**thank** 10:15,22
16:21 42:16 47:13
54:16 66:21 91:1
105:8 116:16
138:3 164:22
165:2 175:16
183:6 201:20,22
218:19 223:5
229:2,10,11
**thanks** 128:6
**therapeutic** 26:1
31:23
**thing** 33:1 43:19
51:1 62:5 65:4
121:3 150:19
164:13 192:2
197:19
**things** 26:2 28:24
29:18,25 40:8
68:17 69:2 85:13
112:21 117:14

124:20 133:22
140:8 150:10
160:6 164:7
194:14 218:9
**think** 10:19 16:1,1
25:4 29:17 38:25
39:2,16 40:7,16
43:16 54:14 56:17
57:11 58:24 59:1
59:3 61:25 66:8
72:25 73:5,19,20
74:23 75:1,2,4,11
75:16,19 76:15,18
77:11,15,17,18,20
77:23 78:25,25
79:12 80:5 81:2
81:12 86:24 88:23
91:22 92:7 98:13
99:13 101:25
102:3,7,23 104:15
109:2 116:3
119:14 120:17,25
121:17,21,21
122:1,9,10 123:16
123:17,18 124:12
124:13,15,15,16
124:20 127:11
131:22 132:1,3,12
135:11 137:21
142:8,25 143:2,5
143:19 144:14,16
146:22 151:2,7,18
152:25 157:14,24
157:25 158:4
166:2 169:18
170:8,21 175:4
181:8 188:9
189:23 190:3
192:12,18 211:10
212:2,7,14 213:17
214:1,25 220:18

227:13
**thinking** 189:24
208:11
**third** 57:6 142:22
142:24 153:23
183:3
**thomas** 2:9
**thornberg** 4:12
**thought** 44:5
60:14 61:22 65:9
87:24 143:15
196:22 223:5
**thousand** 205:7
**thousands** 117:17
**threatened** 28:22
**threatening** 30:4
30:15
**three** 5:14 92:23
120:24 158:22
**threshold** 202:17
202:19,25 204:14
**thursday** 1:19
**tiktok** 185:17,18
185:20 186:4
**time** 1:20 9:2
26:21 37:4 39:1
41:7,12 51:22
52:2,6,21 70:1
78:5,9 82:6,14
84:2,15,22 85:3
89:1,10,15 90:3
97:17 105:14
109:2 115:21
118:11,16 123:4
134:7,12 150:11
153:23 159:10
160:5 161:16
163:24 164:4
169:17 170:9,18
174:10,10 180:15
180:20 186:16

[time - unacceptable]                                                    Page 43

188:8 197:2,3
198:6 201:15,21
204:1 218:25
219:3,8 221:13
229:12 230:10
231:19
**timeframe** 231:8
**timeline** 121:4
**times** 129:3
146:11 149:10
190:12 198:15
212:7
**timing** 141:13
170:20
**tiny** 165:5 206:2
**title** 226:1
**tobacco** 200:20
**today** 11:6 14:12
22:5 32:18 38:9
48:8 61:23 72:13
75:5 85:12 95:5
95:12 103:6
112:17 127:20
138:16 156:2,4
160:4 169:8,13
202:6
**today's** 83:22 84:3
229:13
**told** 39:4,5 45:22
54:15,17 56:8
105:19 125:19
127:24 128:3,7
134:15 135:12
138:5 139:24
142:9 143:2
145:25 151:25
161:7 190:2
**tomorrow** 169:9
**top** 67:7 79:24
127:18 133:14
165:6 219:22,22

**topic** 160:7,25
161:7 212:15
**topics** 149:24
160:12 161:1,2
198:12
**torovastatin** 218:7
**torrent** 162:19
**total** 47:4 64:1,10
186:11
**touched** 198:22
**tower** 5:19
**toxic** 21:20 49:15
96:4 134:25 218:2
**toxicologist** 106:7
106:8 161:4 168:6
193:18
**toxicology** 107:15
**track** 86:22
**trade** 5:20
**train** 196:22
**trained** 208:7
**training** 106:11,23
**transcript** 1:12
30:2,18 230:9
231:6,20 233:5,8
**translates** 54:20
**traurig** 5:4
**tried** 184:20
**trischler** 3:4 7:4
10:2,2,17,22 12:5
13:10,16 14:24
15:7 16:21 18:18
18:21 22:14 27:6
28:12,20 29:4,8,15
29:20,23 30:1,9,16
31:24 33:14,18,23
34:5,12,15,18
39:19 40:5,20
41:6,16,17 44:11
46:12 48:23 51:16

51:18,19 52:4
53:13,17 57:17
59:17,22 60:14
61:9,13 64:16
65:4,14 73:19
74:25 75:6,21,25
76:4,7,12,24 77:20
78:2,6 79:2,6 80:3
80:11 81:11,17,24
89:6,17 90:1,21
92:19 102:3,6,16
102:25 103:7
118:18 133:24
134:14 142:11
143:22 144:6
148:1,4 149:21
150:1,20 151:7,13
155:12 157:21
163:19,23 164:6
164:15,22 165:2,3
169:16 170:7
199:1 218:23
221:11,18 222:3
223:4 224:25
225:4,10 226:20
227:12 229:5
**true** 11:15 12:1
44:6,7,14 59:13
90:7 105:24 107:4
150:23 152:4
199:9 230:9 233:8
**truth** 10:12,12,13
230:6,6,7
**try** 13:18 23:17
33:4 34:12,15
40:14 97:11 138:1
144:20 164:19
**trying** 24:24 61:9
62:6 74:25 75:7,7
75:8,15 77:1
86:23 88:3 121:3

135:10 138:15
144:25 154:3
171:22 179:8
207:20 211:10,13
218:14
**tuned** 206:4
**tunnel** 95:25
199:12,19
**turn** 66:21 153:2
**twenty** 132:23
**two** 34:3,3 82:14
83:13,18 86:15
88:19 89:2 91:9
91:20 92:22,22
109:10 120:24
139:24 158:22
162:25 176:16
219:24
**tx** 2:18 6:4
**type** 74:20 75:17
132:2 206:9,10
213:13
**types** 185:15
212:24
**typewriter** 206:9
**typewriters**
206:11
**typically** 37:19
46:9 71:23 148:11
223:19

**u**

**u.c.** 92:8
**u.s.** 3:16 6:3
**uh** 91:19 182:24
**ultimately** 209:25
**ultra** 188:7
**ultraviolet** 205:21
205:22
**unacceptable**
226:12 227:9

**uncommon** 19:1
**undergraduate**
 178:5
**underlies** 147:21
**underlined** 31:12
**underlying** 214:5
**undermines** 77:6
**understand** 11:2
 14:19,23 15:2,4,9
 15:13 20:11 58:1
 58:4 59:6 62:13
 65:18 68:19 72:10
 72:12 74:14,25
 75:6,9 77:1 81:16
 89:20 98:13 107:2
 110:11 135:6
 138:4,15 139:16
 139:20,21 154:3
 159:13 165:12
 216:7 217:13
 218:15
**understanding**
 54:4,5 58:11
 77:24 110:14
 113:11,17 152:9
 166:10,11 171:25
 172:4 173:20
 184:7 221:8 223:7
 226:10,22,25
**understood**
 103:13 135:11,21
**undescribed**
 126:16
**unexpected** 19:1
**unfair** 75:7
**unfold** 94:22
**unfortunately**
 187:11
**unidentified** 44:8
 45:20 135:13
 184:4,12 186:10

202:7 204:14
 205:12
**unit** 9:3 164:5
 219:4
**united** 1:1 9:6
 10:25 13:20,20
 22:24 23:4 95:18
 165:14
**university** 92:4
 207:3
**unknown** 44:8,15
 44:18 47:10,19
 54:18 55:7,20,21
 55:24 126:16
 129:25 130:2
 134:21 202:24
 204:15
**unopened** 39:16
**unreliable** 162:3
**unsafe** 18:2
**updated** 174:10,13
 227:15
**uploaded** 143:25
**upper** 182:22
**urgent** 175:4
**url** 226:5
**usa** 3:10 5:2
**use** 18:6,10,13,22
 40:15 78:15 96:7
 133:9 137:20
 171:8 175:25
 177:16 178:2
 184:16 187:6
 189:18 193:2
 197:21 206:9,9
**useful** 176:13
**user** 110:2,8
**usp** 22:23 23:3,7
 23:17,23 24:2
 25:5,9,10,11,18,21
 25:22 27:17 44:23

45:6 46:1,10,10,20
 46:25 47:18 48:2
 48:8,17 49:12,16
 49:23 50:4,10,15
 51:2 52:23,25,25
 53:3,7,21 55:4,10
 55:17 129:18,22
 129:24 130:10
 134:23 135:12,23
 171:4,6,11,14,17
 171:18,19,20
 172:1,5,7,11,12,15
 172:18,22 173:3,4
 173:8,21 174:5,9
 174:12,17,22
 175:2,5,9,11,15,20
 175:23 177:15
 179:9 181:13
 182:1,5,10,19
 183:14,15 185:2
 185:16 188:8,8,9
 193:12 195:7
 209:25 225:14,16
 225:21,25 226:21
 226:25 227:8
**usp's** 25:4 46:23
**usp.com.** 25:11
**usp.org.** 53:3,11
**usual** 66:12
**usually** 172:15
**utilize** 120:22
**utilized** 171:6,12
 171:14
**utilizes** 172:1,3,5
**uv** 176:9,23 177:2
 177:4,6,7,8,10
 178:1 187:19
 188:1,5,6,16
 205:21

**v**

**vague** 32:13
**validate** 50:20
 54:11 141:25
 209:20
**validated** 119:6
 145:13 146:1
 147:24 209:3
**validation** 113:1
 117:4 119:8
**valisure** 8:15
 116:3,19,24 117:5
 117:21 119:23,25
 120:6 121:10,21
 121:24 122:9
 123:18 124:7,14
 140:11,16 141:13
 141:18,24 142:5,9
 142:19,22 143:8
 143:16,23 144:8
 145:7,18 146:12
 147:24 148:8,18
 148:19 152:4
 208:2 216:18
 223:8,20
**valisure's** 142:7
 216:22 217:2
**valsartan** 1:3 8:13
 8:17 9:5 11:1 45:2
 46:1 48:9,15 56:9
 56:13,16 57:25
 59:10 60:2,19
 61:6,16,18 62:1,10
 65:2,2,13 66:2
 67:2,18 69:21
 70:4,7,8,9,12,14
 70:16,22,24 71:9
 71:10,17,19,21
 72:4,5,7,9,15,24
 73:3,6 74:6,9
 76:21 78:20 79:9

[valsartan - whatsoever]                                                      Page 45

79:19 80:6,15,18
80:20 81:19 84:23
85:5 93:18 94:19
101:11 102:2,10
105:12 113:21,25
114:8,11,14,19
115:7,14,19,20
116:1,6,11,15,18
116:23 117:18
119:21 120:1,8,14
120:20 122:1,2,4
123:9,15,18 124:8
124:11,13,15,17
124:19,24 132:16
133:7 136:11
137:19 138:19
140:12 141:8,19
141:25 142:6,20
143:9,18 145:18
147:22 150:15
151:23 152:6,7
153:11,12 159:14
164:10 165:7,13
165:18 166:6,23
168:1 171:4
173:13 181:14
182:2,6 183:8,14
183:15 184:3,18
184:23 187:2
189:2,5,18 190:5
192:25 193:6,23
194:3,3,13,20
203:21,22 204:5
215:5,12 216:19
216:23 218:6
221:5,5,6,9,24
222:1,6,23 223:23
224:5 228:12,18
231:4 232:1 233:1
**variability** 129:9
129:12

**varies** 66:14
**various** 27:21
45:15,18 47:6
84:4 108:12 110:1
123:7 175:18
178:17 193:13
203:17 218:9
**vast** 170:11
**vaughn** 57:8,9
**vents** 176:16
**verify** 231:9
**veritext** 6:8 9:8,10
231:14,23
**veritext.com**
231:15
**version** 42:21 91:4
**victoria** 5:5
**video** 1:9 9:3 27:4
34:4 40:1 41:13
51:23 52:3 134:13
180:16,21 185:17
185:20 186:4
**videographer** 6:8
9:1,9 27:3 39:25
41:4,7,12 51:14,22
52:2 89:10,15
90:18 91:15,20
118:11,16 134:7
134:12 144:2
163:24 164:4
165:1 180:15,20
181:17 218:21
219:3,8 220:10,15
220:20 223:3
228:23 229:4,12
**videos** 185:18
**videotaped** 1:12
**view** 46:23 104:22
198:16 200:14
**violating** 188:10

**violation** 111:20
**violations** 112:1
**violet** 188:7
**virtually** 14:12
**vis** 148:9,9
**visit** 95:22
**vitamin** 123:24,24
**voluntarily** 199:16
**volunteer** 199:3
**volunteered**
150:20

**w**

**w** 5:20
**wait** 88:25 155:7
**waive** 9:23 73:17
**walker** 3:18
**walnut** 2:14
**walsh** 5:13
**walsh.law** 5:16
**want** 17:14 25:2
30:16 33:1 34:10
39:6,9 49:18 51:1
51:12,17 60:15
64:12 76:24 81:14
86:25 90:19,20
103:1 113:7
121:16,19 123:5
123:25 125:9
139:15,15,20
141:2 142:24
143:20 155:24
163:20,21 164:8
175:4 190:16
191:20 193:4
199:11 201:17
204:11 214:18
219:20 221:15,16
226:8 227:14
**wanted** 52:6 54:24
81:20 91:12
113:13 116:5,6,8

118:19 120:7
138:14
**wants** 51:20
**warn** 198:8 212:8
212:12
**warned** 142:22
**warning** 112:13
178:16
**warns** 180:2
**watch** 215:17
**water** 200:23
201:11
**way** 2:17 34:10
60:17,17 139:6
143:17 149:24
150:11,24 151:3
190:16 213:16
221:13 224:16
**wayne** 4:9
**we've** 29:3 72:8
105:17 109:10
170:9 186:23
187:12 195:21
**wear** 200:19
**website** 25:4,9,11
49:12,24 50:11
52:23,25 53:5,12
104:16,17,20
225:14,16,22
**week** 82:11 171:8
**weight** 32:1
206:17
**welcome** 29:21,23
30:17
**went** 52:21 55:20
88:19 92:10 198:4
199:2
**west** 4:17
**whatsoever** 76:21
79:13 110:3

**whiteley**  2:3,5
**wife**  63:2,5,17
  95:11
**william**  6:8 9:7
**winded**  28:9
**window**  179:17
**witness**  1:13 7:2
  9:12 10:6,8,14
  11:3 14:25 15:5,9
  15:11 17:22,23
  29:12,19 34:1
  40:19 51:12,19
  59:20 67:1 79:7
  80:13,24 91:18
  102:19 107:3
  115:24 118:10
  128:25 148:5
  151:14 164:18
  168:12 169:17,20
  169:22,24 170:3
  181:15 199:2
  214:11 231:8,10
  231:12,19
**witnesses**  7:1
  17:13
**word**  34:21 86:10
  206:12 208:6
  221:2 227:22
**words**  33:7,10
  34:3,4,19 86:10
  220:6
**work**  38:19 58:9
  63:19,23 64:2,23
  65:13 66:22 67:18
  68:12 76:14 77:15
  81:19 85:4 92:11
  96:23 112:10
  116:14,15,17,22
  117:5,11 119:21
  120:15 123:1,8,10
  123:11,12 127:5

141:13 142:1,7
  163:13 171:7
  186:22 193:21
  208:1 225:25
**worked**  94:1,4
  156:9,13,15,21
  157:3,6 169:20
**working**  59:13
  60:4,7 85:5
  101:20 119:4,6
  127:9,13,16,19
  140:11
**works**  172:7
**world**  95:19
  105:20 128:12
  130:17
**worldwide**  96:8
**worried**  186:1
**worries**  144:24
**worry**  60:18
**worth**  82:14
**write**  125:13
**written**  48:17
  130:9,11 131:21
**wrong**  110:15
  162:7 189:4
  197:17 198:4
  211:23 212:3
**wrote**  104:3

| x |
| --- |

**x**  1:3,8

| y |
| --- |

**y**  63:13
**yards**  45:14
**yeah**  47:14 86:23
  87:2,4 118:8
  138:14 145:2
  183:9 187:21,25
  187:25 197:1
  198:20 200:11

205:9 214:12
**year**  82:8,15 96:12
  163:18
**years**  64:9 92:22
  92:23 99:23
  120:14 171:21
  174:20 203:22,23
**york**  5:11
**youtube**  108:12

| z |
| --- |

**zantac**  132:18,21
  161:19 175:7
**zero**  55:12 88:17
  129:23 130:8,8
  135:25 136:7,11
  137:14,17,21
  138:8,8,12 139:4
  140:4,4 147:23
  148:16 149:10,13
  149:15 152:3,6
  166:13,19 168:2
  168:22 169:14
  189:12,23,24
  192:6,7 205:3
  216:9 218:6,10
**zhejiang**  3:16
**zhp**  70:17 131:8
  152:12 162:13,14
  215:24
**zhp's**  152:10,10
**zmick**  4:16
**zoom**  1:19 56:24

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.