# EXHIBIT 10

Page 265

1                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW JERSEY

2                    CAMDEN VICINAGE

3

                                      : MDL NO. 2875

4      IN RE: VALSARTAN,             :

       LOSARTAN, AND IRBESARTAN      :

5      PRODUCTS LIABILITY            :

       LITIGATION                    :   VIDEOTAPED DEPOSITION

6                                    :          UPON

                                     :    ORAL EXAMINATION

7                                    :           OF

                                     :   RAMIN (RON) NAJAFI,

8      ------------------------   X   Ph.D., VOLUME II

9

10              TRANSCRIPT of the stenographic notes of

11      the proceedings in the above-entitled matter, as

12      taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,

13      held via ZOOM VIDEOCONFERENCE from various locations,

14      with the witness located at 1000 Atlantic Avenue,

15      Suite 110, Alameda, California, on Wednesday, January

16      24, 2023, commencing at 8:10 a.m. Pacific Time.

17

18

19

20

21

22

23

24

25

Page 266

```
1  A P P E A R A N C E S :
2  FOR PLAINTIFFS:
3
   MAZIE SLATER KATZ & FREEMAN
4  BY:  CHRISTOPHER J. GEDDIS, ESQ.
   103 Eisenhower Parkway
5  2nd Floor
   Roseland, New Jersey 07068
6  973-228-9898
   cgeddis@mazieslater.com
7
8  LEVIN PAPANTONIO RAFFERTY
   BY:  DANIEL NIGH, ESQ.
9  316 South Baylen Street
   Pensacola, Florida 32502
10 850-435-7013
   dnigh@levinlaw.com
11
12 FOR ZHEJIANG HUAHAI PHARMACEUTICAL, CO., LTD.:
13 SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
   BY:  NINA R. ROSE, ESQ.
14   ALEXANDER J. KASPARIE, ESQ.
   One Manhattan West
15 New York, New York 10001-8602
   212-735-3000
16 nina.rose@skadden.com
   alexander.kasparie@skadden.com
17
18 FOR TEVA PHARMACEUTICALS USA, INC., TEVA
   PHARMACEUTICAL INDUSTRIES LTD., ACTAVIS PHARMA, INC.,
19 AND ACTAVIS LLC:
20
   GREENBERG TRAURIG, LLP
21 BY:  STEVEN M. HARKINS, ESQ.
   Terminus 200
22 3333 Piedmont Road NE, Suite 2500
   Atlanta, Georgia 30305
23 678-553-2100
   harkinss@gtlaw.com
24
25
```

Page 268

```
1  A P P E A R A N C E S (Continued):
2  FOR HETERO LABS, LTD:
3  HILL WALLACK, LLP
   BY:  WILLIAM P. MURTHA, JR., ESQ.
4  777 Township Line Road
   Suite 250
5  Yardley, Pennsylvania 19067
   267-759-2064
6  wmurtha@hillwallack.com
7  LEVIN PAPANTONIO RAFFERTY
   BY:  DANIEL NIGH, ESQ.
8  316 South Baylen Street
   Pensacola, Florida 32502
9  850-435-7013
   dnigh@levinlaw.com
10
   FOR DEFENDANT SCIEGEN PHARMACEUTICALS, INC:
11
   HINSHAW & CULBERTSON, LLP
12 BY:  GEOFFREY M. COAN, ESQ.
   53 State Street
13 Boston, Massachusetts  02109
   617-213-7045
14 617-213-7001
   gcoan@hinshawlaw.com
15
16
   ALSO PRESENT:
17 BEN PELTA-HELLER, Videographer
18
19
20
21
22
23
24
25
```

Page 267

```
1  A P P E A R A N C E S (Continued):
2  MARTIN, HARDING & MAZZOTTI, LLP
   BY:  ROSEMARIE RIDDELL BOGDAN, ESQ.
3  P.O. Box 15141
   23 Albany, New York 12212
4  518-724-2207
   Rosemarie.bogdan@1800law1010.com
5
6  FOR PFIZER INC., VALEANT PHARMACEUTICALS
   INTERNATIONAL, INC., BAUSCH & LOMB INCORPORATED, AND
7  ATON PHARMA, INC.:
8  WALSH PIZZI O'REILLY FALANGA, LLP
   BY:  CHRISTINE I. GANNON, ESQ.
9  Three Gateway Center
   100 Mulberry Street, 15th Floor
10 Newark, New Jersey 07102
   973-757-1100
11 cgannon@walsh.com
12
   FOR MYLAN PHARMACEUTICALS INC., AND MYLAN
13 LABORATORIES, LTD.:
14 PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
   BY:  FRANK. H. STOY, ESQ.
15 One Oxford Centre
   301 Grant Street, 38th Floor
16 Pittsburgh, Pennsylvania 15219
   412-263-4397
17 fhs@pietragallo.com
18
   FOR TORRENT PHARMA INC. & TORRENT PHARMACEUTICALS,
19 LTD.:
20 KIRKLAND & ELLIS, LLP
   BY:  BRITTNEY NAGLE, ESQ.
21 601 Lexington Avenue
   New York, New York 10022
22 212-390-4210
   brittney.nagle@kirkland.com
23
24
25
```

Page 269

```
1       I N D E X
2
3  Examinations          Page
4
   R A M I N  (R O N)  N A J A F I, Ph.D.
5                      271
6  EXAMINATION BY MS. ROSE
                       271
7
   EXAMINATION BY MR. HARKINS        295
8
9  EXAMINATION BY MS. NAGLE          341
10
11
12
13       EXHIBITS
14
   Number Description          Page
15
16 Najafi-16   Article entitled "Theoretical  279
             Investigation of
17           N-nitrosodimethylamine
             Formation from Nitrosation of
18           Trimethylamine," by Zhi Sun et
             al. from The Journal of
19           Physical Chemistry, previously
             marked ZHP-211
20
21 Najafi-17   Article entitled          284
             "Ester-Mediated Nitrosamine
22           Formation from Nitrite and
             Secondary or Tertiary Amines,"
23           by R.N. Loeppky et al., from
             IARC Scientific Publications,
24           No Bates, 11 Pages
25
```

2 (Pages 266 - 269)

Page 270

1        E X H I B I T S (Continued)

2

    Number      Description            Page
3
4    Najafi-18    FDA Document entitled      333
                "Guidance for Industry, Q3A
5                Impurities in New Drug
                Substances," Revision 2 dated
6                June 2008, No Bates, 17 Pages
7
    Najafi-19    FDA Document entitled      340
8                "Guidance for Industry,
                Q3B(R2) Impurities in New Drug
9                Products," Revision 3, August
                2006, No Bates, 18 Pages
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 271

1        THE VIDEOGRAPHER:  Good morning.  We are
2    going on the record at 8:10 a.m. on Tuesday,
3    January 24, 2023.  This begins Media Unit 1 of the
4    video-recorded deposition of Dr. Ron Najafi,
5    Volume II, taken by counsel in the matter of In Re:
6    Valsartan.
7        My name is Ben Pelta-Heller,
8    representing Veritext, and I'm the videographer.  The
9    court reporter is Ellen Godino, from the firm
10    Veritext.
11        All counsel will be noted on the
12    stenographic record, and will the reporter please
13    swear in the witness.
14    R A M I N   (R O N)   N A J A F I, Ph.D., having
15    been duly sworn, testified as follows:
16    EXAMINATION BY MS. ROSE:
17    Q.    Hi, Dr. Najafi.  Good to see you again.
18    A.    It's good to see you, too.
19    Q.    Today we are continuing the deposition
20    that began on January 18, 2023.  Correct?
21    A.    That is correct.
22    Q.    And because it's a new day, I'm going to
23    reconfirm a few things we went over with the first
24    deposition.
25        Aside from Zoom, do you have any other

Page 272

1    software open on your computer?
2    A.    No, I don't.
3    Q.    You don't have any mail or messaging
4    software open?
5    A.    (No audible response.)
6    Q.    I'm sorry, I didn't hear that.
7    A.    No, I don't.
8    Q.    Will you agree not to email, message or
9    have any other private communications with anyone
10    while we are on the record?
11    A.    Yes, I do.
12    Q.    Will you agree not to open any documents
13    on your computer, other than the ones you may be
14    shown on the Veritext platform?
15    A.    Yes, I will.
16    Q.    Have you had any alcoholic drinks in the
17    past eight hours?
18    A.    No, I have not.
19    Q.    Are you on any medication that would
20    prevent you from providing accurate testimony?
21    A.    No, I do not.
22    Q.    Is there any other reason you cannot
23    give complete and accurate testimony today?
24    A.    No.
25    Q.    Since the last session of your

Page 273

1    deposition, have you spoken with the plaintiffs'
2    lawyers in this case?
3    A.    Yes, I have.
4    Q.    How many times?
5    A.    I would say a couple times.
6    Q.    And for how long did you speak on each
7    of those two times that you spoke?
8    A.    Ten, 15 minutes.
9    Q.    Ten, 15 minutes each?
10    A.    (No audible response.)
11        (Court Stenographer clarification.)
12    A.    Yes.
13    Q.    Thank you.  Did you review any documents
14    since the last session of your deposition, related to
15    this case?
16    A.    Yes, I have.
17    Q.    Which documents?
18    A.    I've reviewed my expert report, and I've
19    also reviewed the Loeppky document.
20    Q.    And since the last session of your
21    deposition, have you found any other new documents
22    that you claim support your opinions, that you have
23    not previously disclosed?
24    A.    No.
25    Q.    Dr. Najafi, at the first session of your

Page 274

1 deposition, you told me that you had mistakenly
2 failed to include in your report, or list in
3 Materials Considered, certain scientific articles
4 that you believe support some of your opinions.
5 Correct?
6          MR. NIGH: Form objection.
7      A.   That's correct.
8      Q.   And as I recall, we were specifically
9 talking about page 27 to 28 of your report, which was
10 marked as Exhibit 7.
11          MS. ROSE: Can we bring that up?
12          THE VIDEOGRAPHER: I'm sorry, what page
13 number?
14          MS. ROSE: It's Exhibit 7.
15          Okay. And we're going to page 27 at the
16 bottom. Perfect.
17      Q.   There at the very bottom, about four
18 lines up, we were talking about your statement that
19 during the quenching of sodium azide with sodium
20 nitrite during both the TEA and zinc chloride
21 processes, there was -- and I'm going to quote
22 here -- "a substantial risk during this step that
23 nitrous acid is formed, which can nitrosate
24 trimethylamine, dimethylamine, and form NDMA, as well
25 as nitrosate triethylamine or diethylamine to form

Page 275

1 NDEA. This is a well-established textbook reaction
2 that should be recognized by process chemists working
3 in the pharmaceutical industry companies" -- sorry --
4 "pharmaceutical industry for companies like ZHP."
5          Correct?
6          MR. NIGH: Form objection.
7      A.   Would you highlight the section that
8 you're referring to, because I don't -- I don't see
9 it on the screen?
10      Q.   Sure.
11          MS. ROSE: Dan -- right there. I'm
12 sorry, Ben. Thanks.
13      A.   Okay. Let me just -- give me a sec.
14 I'm looking at the exhibit in the bigger text to --
15 if you'd be kind enough to give me a second so I can
16 refresh my memory.
17          That's correct.
18      Q.   Okay. At the time, you agreed that the
19 document you cited for that proposition, which is on
20 the next page --
21          MS. ROSE: We can move to 28. Thank
22 you.
23      Q.   Which is a page of a website about
24 sodium azide, did not support the whole passage.
25 Correct?

Page 276

1          MR. NIGH: Form objection.
2      A.   That is correct.
3      Q.   [Audio dropout] article by Sun. Is that
4 correct?
5          (Court Reporter Clarification.)
6          MS. ROSE: Oh, I'm sorry.
7          I said, after taking a break,
8 plaintiffs' counsel provided me with three documents
9 that Dr. Najafi claims supported the proposition we
10 just read in his report. And the first one was a
11 link to a 2010 article by Sun that just included the
12 abstract.
13      Q.   Do you recall that, Dr. Najafi?
14          MR. NIGH: Form objection.
15      A.   Yes, I do.
16          MS. ROSE: Can we put up Tab 57.
17      Q.   Dr. Najafi, is this the abstract that
18 your counsel provided to me during the first session
19 of your deposition?
20          MR. NIGH: I actually haven't seen it
21 come in the documents yet.
22          MS. ROSE: Oh, okay.
23      A.   I cannot see it. You know, if you
24 could -- is it on the exhibit portion?
25          MR. NIGH: It's not there yet.

Page 277

1      Q.   It's right up on the Zoom screen. It
2 also should be up on the exhibit portion.
3      A.   Exhibit what?
4      Q.   Oh, sorry, apologies. It should be
5 Exhibit 15. I'll mark it as that.
6      A.   15. I don't -- I don't have it yet.
7          MR. NIGH: Dan, have you put it in the
8 folder? There it is, I see it now.
9          Just refresh it again, Dr. Najafi.
10          THE WITNESS: Okay.
11      A.   Okay, I got it. Give me a sec. This
12 is -- the title is, "Theoretical Investigation of
13 N-Nitrosodimethylamine Formation From Nitrosation of
14 Trimethylamine."
15      Q.   Correct.
16      A.   Correct. So I'm -- yeah, yes. That
17 is -- that is one of the articles. Let me take a
18 look at the pathway they're showing here.
19          So I am -- I meant not to cite this
20 article, per se. Loeppky is the one that I would
21 have cited since that was in my possession at that
22 time.
23          This is an article that, you know, my --
24 our lawyers pointed out to me. But it also supports
25 my, you know, assertion that trimethylamine,

4 (Pages 274 - 277)

Page 278

1  triethylamine, tripropylamine, basically any trialkyl
2  amine, can get nitrosated with nitrosonium ions, and
3  undergo the pathway that Sun and -- you know, the
4  authors, Sun, et al., are pointing to.
5      Q.   Okay.  But you did not read this Sun
6  article prior to forming your opinions in this case?
7      A.   No.
8      Q.   In addition --
9      A.   However -- let me continue.  However,
10  this article further substantiates Loeppky, which is
11  the one that I'm relying on.
12      Q.   Okay.  In addition to this online
13  abstract for the 2010 Sun article, plaintiffs'
14  counsel also provided me, during your first
15  deposition -- sorry -- first session of this
16  deposition, with a PDF of an article that was marked
17  as having been used at the deposition of Peng Dong.
18          Do you recall that?
19      A.   I believe I do.  I have not reviewed
20  that, you know, between our last conversation and
21  today.
22      Q.   Well, I'll represent that you told me at
23  the first session of your deposition that the
24  plaintiffs' counsel sent this to you -- sorry, sent
25  that article that was used in the Peng Dong

Page 279

1  deposition; they sent that to you during a break in
2  your deposition.
3          Do you recall that?
4          MR. NIGH:  Form objection.
5      A.   Yes.
6      Q.   And had you seen --
7      A.   Yes, I do.
8      Q.   Okay, great.  Had you seen that article
9  that was marked as being used at the Peng Dong
10  deposition prior to forming your opinions in this
11  case?
12      A.   I had.
13      Q.   All right.
14          MS. ROSE:  Let's put up Tab 56.
15          I don't think this is it.  Sorry, that's
16  my mistake.  58.  Here we go.
17      A.   This is exhibit number?
18      Q.   Oh, sorry, this will be Exhibit
19  Number 16.  It should show up --
20      A.   I don't have it.
21      Q.   I think Ben is working on putting this
22  into your Exhibit Share.
23          (Exhibit Najafi-16, Article entitled
24  "Theoretical Investigation of N-nitrosodimethylamine
25  Formation from Nitrosation of Trimethylamine," by Zhi

Page 280

1  Sun et al. from The Journal of Physical Chemistry,
2  previously marked ZHP-211, was received and marked
3  for identification.)
4      A.   Okay.
5      Q.   Do you see it now?
6      A.   No.  Oh, yes, I do.
7      Q.   Okay.  Great.
8      A.   Yeah.
9      Q.   Do you see that the title is
10  "Theoretical Investigation of N-Nitrosodimethylamine
11  From Nitrosation of Trimethylamine"?
12      A.   That's the -- that's the Sun article,
13  yes.
14      Q.   Yeah.  So would you agree that this is
15  the full article for the last exhibit I just showed
16  you, which was the online abstract for the same
17  article?
18      A.   Give me a second.  I would have to
19  confirm that by looking at the -- the Exhibit 15,
20  just to make sure it is the same.
21      Q.   Well, why don't we go off the record
22  just for a second, and you can look at these two and
23  just confirm whether they're the same?
24          MR. NIGH:  No, that's not an appropriate
25  reason to go off the record.

Page 281

1          MS. ROSE:  I --
2          MR. NIGH:  I'm sorry.  That's not --
3          MS. ROSE:  The Court has said that if
4  he's reviewing documents, that we can go off the
5  record.
6          MR. NIGH:  That's incorrect.  That's not
7  what the Court said.  It was a whole conversation
8  about how much time they need to review a document;
9  not to compare two documents to see if they're the
10  same document.
11          MS. ROSE:  All right.
12  BY MS. ROSE:
13      Q.   Dr. Najafi, I will give you a minute or
14  so to look through.  One is a one-page document --
15      A.   Okay.
16      Q.   -- and it's identical titles and
17  identical dates.
18      A.   All right.  So let me just double-check
19  that.  "Theoretical investigation of N-nitroso
20  formation of dimethylamine" and -- they -- they seem
21  to be --
22          (Cell phone ringing.)
23      A.   Oh, sorry.  It's not my doctor, sorry.
24  It's not that.
25          They seem to be the right articles.

5 (Pages 278 - 281)

Page 282

1    They, you know, this should be that -- Exhibit 16
2    is -- looks -- seems like the full article for the
3    abstract you've previously showed me.
4        Q.    Okay.  And you just testified, when we
5    looked at the abstract for this article, that you had
6    found it for the first time during your last session
7    of your deposition.  Correct?
8        MR. NIGH:  Form objection.
9        A.    I have reviewed hundreds of articles.  I
10   might have reviewed this as well, but I don't believe
11   I've cited this article in my report.
12       Q.    Okay.  But the full Sun article, which
13   you said that you had read prior to providing your
14   report in this case, did you read that full article
15   before forming your opinions, and are you relying on
16   it for your opinions?
17       MR. NIGH:  Form objection, asked and
18   answered.
19       A.    I have not read the full article.  I
20   scanned through it, and I -- I'm not relying on this
21   article for my opinion.
22       Q.    Okay.  All right.  Well, let's move on
23   to the Loeppky article which you mentioned.  So
24   that --
25       A.    Loeppky.

Page 283

1        Q.    Oh, I'm sorry, Loeppky.  Thank you for
2    correcting my pronunciation.
3        So the Loeppky article that your counsel
4    provided me during the first session of your
5    deposition, that is the only new article that you are
6    relying on for the statements set forth in your
7    report.  Correct?
8        A.    That is correct.  However, my assertion
9    that trialkyl amine converts to, effectively, dialkyl
10   nitrosamine has also been substantiated by European
11   Medical Authority, and I think that's another, you
12   know, report that I've cited in my -- in my expert
13   report.
14       Q.    Sure.  But I'm just asking, I'm trying
15   to clarify.  Because three documents were provided to
16   me in the last session of deposition as new materials
17   that you claim to have reviewed and meant to cite in
18   your deposition.
19       But just for clarification:  The only
20   article that you reviewed prior to writing your
21   report, and meant to cite in your report but did not,
22   was this Loeppky article that your counsel provided
23   to me in the last session.  Correct?
24       MR. NIGH:  Form objection.
25       A.    Yes, that's correct.

Page 284

1        Q.    Okay.
2        MS. ROSE:  Okay.  Let's pull up the
3    Loeppky article.  That's going to be Tab 59, and that
4    will be exhibit -- I'm going to say 17?
5        MR. NIGH:  Anita, did you want the full
6    article?  That's at Tab 60.
7        MS. ROSE:  Oh, I apologize.  Yes, let's
8    do Tab 60.
9        (Exhibit Najafi-17, Article entitled
10   "Ester-Mediated Nitrosamine Formation from Nitrite
11   and Secondary or Tertiary Amines," by R.N. Loeppky et
12   al., from IARC Scientific Publications, No Bates, 11
13   Pages, was received and marked for identification.)
14       Q.    Okay.  So this is a 1984 article
15   entitled "Ester-Mediated Nitrosamine Formation from
16   Nitrite and Secondary or Tertiary Amines," by
17   Loeppky.  Is that correct?
18       A.    That's correct.
19       Q.    And it's your testimony that you had
20   this article in your possession, and read it and
21   relied on it prior to drafting your report.  Correct?
22       A.    Yes, I have.
23       Q.    Dr. Najafi, did ZHP's zinc chloride or
24   TEA with quenching manufacturing processes --
25       (Court Reporter Clarification.)

Page 285

1        MS. ROSE:  Oh, no problem.  I'm not
2    reading, just so you know.  I'm just a fast talker.
3        Q.    Did ZHP's zinc chloride or TEA with
4    quenching manufacturing processes involve the use of
5    ethylene glycol as a solvent?
6        A.    Let me review the, you know -- that
7    process.  It's in my expert report.
8        Q.    Oh?
9        A.    Just give me a second.
10       Q.    If you want to look at page 25 of your
11   report, which was Exhibit 7.
12       A.    Yes, I am looking at it as we speak.
13   Okay.  What is -- and what is your question?
14       Q.    I was asking if ZHP's zinc chloride or
15   TEA with quenching manufacturing processes involved
16   the use of ethylene glycol as a solvent?
17       A.    No, it does not use ethylene glycol.
18   But your -- you know, you make your conclusion based
19   on the fact that a trialkyl amine transforms to
20   dialkyl amine, and then it gets nitrosated.  And, you
21   know, one, you know, often hypothesizes how a
22   chemical gets transformed, often after the fact,
23   where you see an impurity like NDEA, and then you try
24   to develop a hypothesis and root cause analysis.
25       So that has been the conclusion of

6 (Pages 282 - 285)

Page 286

1 European Medical Authority, ma'am; and it's also the
2 conclusion of Loeppky, based on my review of Loeppky
3 and others, that trialkyl converts to dialkyl, and
4 then gets nitrosated.
5        To -- you know, to assert that ethylene
6 glycol is not present, I can tell you that there are
7 other ester moieties are present within the ZHP's
8 manufacturing process. And, you know, and that could
9 simply catalyze the process.
10   Q.   Okay. So if --
11        MR. NIGH: And I object to form of the
12 question.
13        MS. ROSE: Okay.
14   Q.   I believe the answer at the beginning of
15 that was no, that ethylene glycol is not involved in
16 the manufacturing processes used by ZHP.
17        You also mentioned an ester. Did ZHP's
18 zinc chloride or TEA with quenching processes involve
19 the use of the ester 2-acetoxyethanol?
20        MR. NIGH: Form objection.
21   A.   Esters are present in the process of the
22 ZHP transformation. The molecule of valsartan
23 contains that ester.
24   Q.   Which ester specifically?
25   A.   I would, you know, basically -- do you

Page 287

1 see the -- right above "Purification Step"? Right
2 above the purification step? I don't know if I can
3 point to it.
4        (Simultaneous speaking.)
5   Q.   Okay.
6   A.   But you have COO -- COO methyl. COOCH3
7 is an ester.
8   Q.   And is that ester 2-acetoxyethanol?
9   A.   It does not have to be. You know, you
10 make -- you make your hypothesis based on the fact
11 that, A, you have this triethylamine impurity; or you
12 have this tri -- you know, essentially,
13 diethylamine -- nitrosodimethyl -- diethylamine
14 present. And then you look back and see you have
15 triethylamine; it's a logical conclusion.
16        So that's my expert opinion, and it's
17 also the expert opinion of the authors of European
18 Medical Authority document, as well as the Loeppky
19 and others.
20   Q.   Okay. But my specific question was:
21 You just said COOCH3 was an ester. I'm just asking:
22 Is that 2-acetoxyl -- sorry -- 2-acetoxyethanol?
23 That's the only question I'm asking, because I don't
24 know, I'm not a chemist.
25   A.   No. No, it is not.

Page 288

1   Q.   Okay. And is COOCH3 that you're
2 identifying, is that -- would that be defined as a
3 high-boiling ester?
4   A.   You have -- yeah, it is a high-boiling
5 ester.
6   Q.   Does it depend on the temperature at
7 which it is used, whether it's a high-boiling ester?
8        MR. NIGH: Form objection.
9   A.   Something is a high-boiling ester,
10 depends on its molecular weight.
11   Q.   Okay. Did the zinc chloride or TEA
12 processes involve the use of a nitrous ester?
13   A.   No, they do not.
14   Q.   Okay. If you look at page 2 of the PDF,
15 which is the fourth full sentence --
16        MS. ROSE: Sorry, we're going back to
17 Tab 60, which was, I believe, Exhibit 17.
18        Okay. So we're on page 2 of the PDF,
19 fourth full sentence.
20   A.   This is Exhibit -- Exhibit --
21   Q.   It's the last exhibit, which I think is
22 17.
23   A.   Got it. 17.
24        MR. NIGH: It shows up as Tab 60, on the
25 document.

Page 289

1   Q.   Tab 60.
2        MR. NIGH: Yeah.
3   A.   Okay.
4   Q.   It says, "In the course of verifying
5 this hypothesis, we have investigated that reaction
6 of secondary amines with the acetate esters of
7 ethylene glycol, and sodium nitrite and ethylene
8 glycol. These experiments have been performed to
9 answer the question: Can esters and ionic nitrite
10 lead to extensive nitrosation of secondary and
11 tertiary amines? The results presented in this paper
12 demonstrate that the answer is yes. Moreover, we
13 believe that this general reaction scheme is mainly
14 responsible for the production of N-nitrosamines in
15 cosmetics, metal-working fluids, shampoos and other
16 toiletry articles, as well as certain cooked and
17 cured meats." Correct?
18   A.   I am reading that statement.
19        Okay. And what is your question
20 regarding this statement?
21   Q.   This statement states that the point of
22 the article is to evaluate the role of esters and
23 ionic nitrite in the formation of nitrosamines.
24 Correct?
25        MR. NIGH: Form objection.

7 (Pages 286 - 289)

1    A.   Yes, it -- it confirms that
2   triethylamine or trimethylamine in the presence of
3   sodium nitrite and ethylene glycol, or their
4   corresponding ethylene glycol esters, could transform
5   into, you know, nitrosamines.
6    Q.   Do you know if any of the experiments
7   described in these papers involved a reaction that
8   did not include ethylene glycol specifically?
9        MR. NIGH:  Form objection.
10    A.   Please repeat your question.
11    Q.   You said that this talked about the
12   reaction of sodium nitrite in ethylene glycol or an
13   ethylene glycol equivalent.  But I'm just asking you
14   to confirm that all of the experiments described in
15   these papers did use ethylene glycol, not some other
16   equivalent?
17        MR. NIGH:  Form objection.
18    A.   I have not gone thoroughly through the
19   paper.  I can, if you wish me -- if you wish, I would
20   go through the entire paper.  However, you know, in
21   chemistry, and in conducting root cause analysis,
22   which is really what we're doing here, is we have a
23   genotoxic impurity like tri -- like NDEA, and we're
24   trying to figure out where it came from.
25        In the course of my investigation,

1   looking at this trans -- chemical transformation,
2   it -- the ethylene glycol can be, you know,
3   potentially an alcohol.  And we have plenty of that
4   in the -- you know, in the -- in ZHP's
5   transformation.  There are esters that are present in
6   the ZHP transformation.
7        And there are lots of other evidences
8   from -- and statements from other investigators and
9   other chemists, who have speculated that
10   triethylamine converts to NDEA.  So that's my
11   assertion; that's my opinion.  And I believe the
12   source of NDEA is triethylamine.
13    Q.   Okay.  Again, I was not asking that
14   question; I was really just asking about the use of
15   ethylene glycol in this article.  But I'll accept
16   your answer that you, off the top of your head, don't
17   know, and the article speaks for itself.
18    A.   Yeah.
19        MS. ROSE:  If we can look at page 357 of
20   this document, as noted in the top right-hand corner.
21   It's page 5 of the PDF.
22    Q.   Can you see that on your paper?
23        MR. NIGH:  Form objection to the
24   colloquy before this.
25        MS. ROSE:  It's Table 1.  It's Table 1.

1   I'm sorry, you're on Figure 3, I need to go to
2   Table 1.  Thank you.
3    Q.   Are you there, Dr. Najafi?
4        Table 1 here is a chart entitled,
5   "Ester-Mediated Nitrosation of Secondary Amines."
6   Correct?
7    A.   Yes.
8    Q.   And dimethylamine, the secondary amine
9   that you say is necessary to form NDMA in the zinc
10   chloride proces, is not one of the secondary amines
11   that were tested.  Correct?
12        MR. NIGH:  Form objection.
13    A.   The answer is "correct."  However, in --
14   when you are, again, trying to figure out the root
15   cause, and do a root cause analysis of a genotoxic
16   impurity, you rely on other transformations.
17   Essentially, you say, if one plus one equals two,
18   therefore -- and therefore, one plus two will be
19   equals three.  So, you know, you -- you know, it's
20   very much translatable.  It's very much in chemical
21   reactions, it's -- you often rely.  If trimethylamine
22   converts to NDMA, triethylamine will convert to NDEA.
23        And tripropylamine, we may not have any
24   evidence for tripropylamine.  But because
25   trimethylamine converts, therefore tripropyl will

1   too.  It's -- it is very well understood in chemistry
2   for the last probably three, four hundred years.
3    Q.   Okay.  Dr. Najafi, when did you first
4   personally become aware that dimethylamine, in the
5   presence of sodium nitrite, could result in the
6   formation of NDMA?
7        MR. NIGH:  Form objection.
8    A.   When did I personally -- your question
9   again, when did I personally became aware that
10   dimethylamine converts to NDMA?
11    Q.   Yes.
12    A.   I cannot recall.  You know, I have been
13   aware of nitrosamines since the late 1970s, and I
14   have been engaged in the chemistry of nitrosamines.
15   I had an interest in essentially avoiding sodium
16   nitrite, in -- that are associated with curing the
17   meat.  So I have been aware of NDMA.  I cannot recall
18   exactly when I became aware of it, what year it was,
19   and what time it was.
20    Q.   Okay.  But I wasn't asking when you
21   become aware of NDMA, but when did you first become
22   aware of the process by which dimethylamine, in the
23   presence of sodium nitrite, that then converts to
24   nitrous acid, that then converts to a nitrosonium
25   ion, can result in the formation of NDMA?  When did

8 (Pages 290 - 293)

Page 294

1  that reaction become known to you?
2        MR. NIGH:  Form objection.
3        A.    Probably 20-some years ago.
4        Q.    And when did you first read this Loeppky
5  article we've been discussing?
6        A.    I have become aware of Loeppky article
7  probably over the last 12 months, I would say,
8  probably 12 months ago, maybe -- maybe more, as we
9  were investigating presence of NDMA in various drug
10  APIs.
11        Q.    So you became aware of the Loeppky
12  article after you were retained as an expert in
13  litigation relating to valsartan?
14        MR. NIGH:  Form objection.
15        A.    That's correct.
16        Q.    Okay.
17        MS. ROSE:  I'd like to take a break for
18  a couple of minutes.  Where are we, 8:45?  Remind me
19  again -- we can go off the record.  Remind me again.
20        THE VIDEOGRAPHER:  Going off the video
21  record, the time is 8:46.
22        (A brief recess takes place.)
23        THE VIDEOGRAPHER:  We are back on the
24  video record.  The time is 9:03 a.m., and this begins
25  Media Unit Number 2.

Page 295

1        MS. ROSE:  I'm going to turn the
2  questioning over now to counsel for Teva.
3  EXAMINATION BY MR. HARKINS:
4        Q.    Good morning, Dr. Najafi.  Can you hear
5  me okay?
6        A.    Good morning, Steven.  Yes, I can hear
7  you fine.
8        Q.    Good.  Well, I'm glad to say we got to
9  meet already.  And you understand that I'm counsel
10  for the Teva defendants, one of the finished dose
11  manufacturers in this case.  Correct?
12        A.    I understand.
13        Q.    All right.  And obviously, we'll just be
14  proceeding with some questioning on that.
15        I understand that you also have a call
16  in approximately 30 minutes that you're going to take
17  a break for.  Is that right?
18        A.    That's correct.
19        Q.    All right.  Just let me know if that
20  call comes in, and we'll figure out how to pause the
21  questioning.  Okay?
22        A.    That will be great, thank you.
23        Q.    All right.  Dr. Najafi, my questions are
24  going to be focused on the finished dose
25  manufacturers in the case, who you understand are

Page 296

1  Teva and Torrent.  Correct?
2        A.    That's correct.
3        Q.    And largely, I'm interested in finding
4  out if you have an intent to offer opinions with
5  regard to the finished dose manufacturers, and
6  specifically, their conduct in this case.  Okay?
7        A.    Yes.
8        Q.    You have a copy of your expert report
9  with you; I believe it was previously introduced as
10  Exhibit 7.
11        A.    Correct.
12        Q.    Can you take a look at page 11 of your
13  expert report?  Let me know when you have that
14  available.
15        A.    I have page 11 on the PDF.
16        Q.    Please look at page 11 on the numbering
17  in your report.  So it will be small 11 at the
18  bottom; I believe it's page 13 of the PDF.
19        A.    That's exactly right, I have that.
20        Q.    And take a look at the top paragraph of
21  that section for me.  And specifically, I'm
22  interested in the sentence about halfway down that
23  starts, "Finished dose manufacturers reference the
24  DMFs."
25        Do you see that?

Page 297

1        A.    I'm reading -- hang on a second.  So I
2  am -- yes, "finished dose" -- okay, I need to read
3  the whole paragraph, Steven.  Just give me a second.
4        Q.    Are you finished?
5        A.    Yes, I am.
6        Q.    My question, Dr. Najafi, is:  You are
7  familiar with the process by which finished dose
8  manufacturers reference a DMF in their ANDA.
9  Correct?
10        A.    Yes, I am.
11        Q.    And that allows a finished dose
12  manufacturer to incorporate API that's been
13  manufactured by another company into their finished
14  drug -- finished drug product.  Correct?
15        A.    That's correct.
16        Q.    And that DMF may contain proprietary
17  commercial processes that are not known to the
18  finished drug manufacturer, but they are allowed to
19  incorporate those by reference to the DMF.  Correct?
20        A.    That is correct.
21        Q.    Dr. Najafi, last week during your
22  testimony, you were asked if it was your opinion that
23  as of 2013, finished dose manufacturers who looked at
24  the TEA-with-quenching process should have known that
25  it was going to result in the production of NDEA.

9 (Pages 294 - 297)

Page 298

1   And your answer to that question was:
2   "Finished dose manufacturers, if they had access to
3   the DMF, they should have -- you know, they should
4   have been aware of the chemical process."
5   Do you recall that testimony?
6   MR. NIGH: Form objection.
7   A.   I do.
8   Q.   My question, Dr. Najafi:  Have you
9   reviewed documents to determine what information from
10  ZHP's DMF on the process was available and known to
11  the finished dose manufacturers, specifically Teva?
12  MR. NIGH: Form objection.
13  A.   Steven, I do not know what documents
14  Teva has reviewed as it relates to ZHP's Drug Master
15  File.  But, you know, there's no question that, you
16  know, that the finished dose manufacturer is
17  responsible for evaluating the API.  If they have
18  access to the chemical routes of synthesis, then
19  obviously, they need to do risk analysis.  If they
20  don't have access to it, then they need to thoroughly
21  test the API, and do what we -- what I call
22  untargeted analysis, similar to what Novartis did.
23  And Novartis, in this case, is a
24  finished dose manufacturer, just like Teva.  And do
25  their due diligence with the API, do an identity

Page 299

1   test; conduct a residual solvent analysis, which is
2   prescribed by the various regulatory authorities; the
3   USP, you know, FDA, EMA; everybody prescribes what
4   they need to do, in order to make sure that their
5   finished dose does not contain any of the Class 1 or
6   genotoxic impurities or solvent impurities.  And, you
7   know, that would be, you know, the responsibility of
8   your client.
9   In addition, they would need to have a
10  quality agreement in place, and also conduct a
11  thorough quality check inspection of the API
12  manufacturer.
13  Q.   Dr. Najafi, I'm not asking generally
14  about what your opinion is, as to what the finished
15  dose manufacturers should have done.  I understand
16  that from your report.
17  My question is:  You have not analyzed
18  or reviewed documents to determine what information
19  on ZHP's chemical processes was actually available to
20  the finished dose manufacturers when they submitted
21  their ANDAs.  Correct?
22  MR. NIGH: Form objection.
23  A.   I do not know whether your client, Teva,
24  has reviewed any material -- any -- what they
25  reviewed, as it relates to ZHP's DMF.

Page 300

1   Q.   Great.
2   Your opinion that a reasonable chemist
3   from the finished dose manufacturers would have
4   identified the potential for nitrosamines to form
5   assumes that the finished dose manufacturers had
6   access to chemical -- the information on ZHP's
7   process.  Correct?
8   MR. NIGH: Form objection.
9   A.   If they had access to ZHP's process,
10  then they could have conducted a root cause analysis.
11  So the answer is yes.
12  Q.   And if they did not have access to it,
13  they would not have been able to conduct that
14  analysis, naturally.  Correct?
15  MR. NIGH: Form objection.
16  Q.   And my question is just with regard to
17  that analysis; not another analysis, just that
18  analysis, that root cause analysis that you
19  described.  If they did not have access to it, then
20  naturally, they wouldn't have been able to conduct
21  it.  Right?
22  MR. NIGH: Form objection.
23  A.   So it's really not root cause analysis;
24  it's really risk analysis.  So if they had access to
25  the routes of synthesis, the chemical -- the chemical

Page 301

1   synthesis, then they could conduct risk analysis of
2   various reagents that are present.
3   And there must have been something in
4   the ANDA that says the route of synthesis was
5   changed, so they must have been aware that the
6   synthetic route has been modified by ZHP, and they
7   could have further investigated that.
8   So there is the -- there is the upfront
9   risk analysis, and then there is the back-end
10  analysis of the API that your clients should have
11  conducted.
12  Q.   Dr. Najafi, I'm talking just
13  specifically with respect to the analysis that you
14  testified an organic chemist would have been able to
15  perform, with access to information about the
16  process.  If they did not have information about that
17  process, they would not have been able to conduct any
18  type of analysis, the analysis that you just
19  described.  Right?
20  MR. NIGH: Form objection.
21  A.   If the chemists at Teva did not have
22  access to routes of synthesis, then obviously they
23  could not have conducted a risk analysis.  However,
24  there were indications that ZHP changed the process,
25  and they have -- and, you know, and there was

10 (Pages 298 - 301)

Page 302

1  various, you know, information that -- in the DMF
2  that the process was changed, you know, and various
3  solvents were changed and so forth.
4       So there were some indication that
5  things are not the same as the brand product.
6       Q.    Dr. Najafi, there is no requirement that
7  a finished dose manufacturer have access to the
8  closed portion of another company's DMF in order to
9  manufacture drug products under an ANDA that
10 references that DMF.  Correct?
11      MR. NIGH:  Form objection.
12      A.    Could you repeat your question?
13      Q.    Sure.  There is no requirement for a
14 finished dose manufacturer to have access to the
15 closed portion of another company's DMF, in order to
16 manufacture drug products under an ANDA that
17 references that DMF.  Correct?
18      MR. NIGH:  Form objection.
19      A.    That is correct -- that is correct.
20 However, as I mentioned, the drug substance
21 manufacturer should have notified the finished dose
22 manufacturer of the changes to the DMF.
23      Q.    Understood.
24      I'd like to turn to another area of your
25 report, Dr. Najafi.  If you could go to page 36.  And

Page 303

1  that is 36 on your report, which I'll confirm, I
2  believe will be page 38 on the PDF.
3       A.    Okay.
4       Q.    Let me know when you're there.
5       A.    Page 38 of the PDF.
6       Q.    Do you see the heading "Qualification of
7  a Drug Substance (API) Supplier by a Finished Dose
8  Manufacturer"?
9       A.    No, I don't.  Hang on one second.  I
10 think you're on page 36 of the PDF.  Okay, hang on.
11      Q.    It's the section showing on the screen
12 share.  Again, it's definitely 36 on the small page
13 on the bottom of your report.  I believe it's page 38
14 of the PDF you're looking at.
15      A.    Right.  I'm looking at it.
16 "Qualification of a Drug Substance (API) Supplier by
17 a Finished Dose -- Finished Drug Product
18 Manufacturer."
19      Q.    And Dr. Najafi, I understand, and I
20 think this paragraph covers a lot of what you talked
21 about in response to one of my earlier questions,
22 about what you believe are the obligations of a
23 finished dose manufacturer as far as qualifying an
24 API, validating a supplier, and having a quality
25 agreement; I believe are all covered in this

Page 304

1  paragraph.  Take a moment if you want to refresh on
2  that.
3       MR. NIGH:  Form objection.
4       A.    Okay.
5       Q.    Dr. Najafi, neither of the finished dose
6  manufacturers, Teva or Torrent, are identified by
7  name in this section of your report.  Correct?
8       A.    That's correct.
9       Q.    And there are no citations, either in a
10 footnote or in the body of the report, to any
11 documents in this section of your report.  Correct?
12      A.    That's correct.
13      Q.    I understand your opinions with respect
14 to what a finished dose manufacturer should do in
15 these areas, as you stated already today.  Have
16 you -- strike that.
17      Do you intend to offer opinions on the
18 adequacy of the supplier qualification process
19 performed by the specific finished dose manufacturers
20 in this case with respect to ZHP?  Have you formed
21 those opinions?
22      MR. NIGH:  Form objection.
23      A.    Based on -- yes, I have.  So based on
24 the fact that they obviously incorporated the ZHP's
25 API in their final drug and marketed it, it was

Page 305

1  obvious that they had not done comparable due
2  diligence as Novartis, which is another finished dose
3  manufacturer in this case.
4       And they basically must have relied on
5  ZHP's certificate of analysis, and -- or they may not
6  have done sufficient due diligence, you know, to
7  qualify the API.
8       So that is an opinion that I've actually
9  expressed in various parts of my report, and I'm
10 expressing right now.
11      Q.    Dr. Najafi, you did not review the
12 actual supplier qualification documents from Teva and
13 Torrent to form this opinion; you are assuming that
14 this process was deficient because whatever they did,
15 it did not identify the potential for nitrosamines to
16 form during ZHP's manufacturing process.  Is that
17 fair?
18      MR. NIGH:  Form objection.
19      A.    That is correct.  My opinion is
20 primarily based on the fact that they allowed this
21 genotoxic impurity in their finished product and they
22 marketed it, and -- as opposed to Novartis, who ran a
23 very simple GC-FID and saw a very -- very messy
24 chromatogram, you know, in comparison to ZHP's own
25 certificate of analysis, and they said, this doesn't

11 (Pages 302 - 305)

Page 306

1  jive and we need to do further investigation.
2          I think my opinion is that ZHP -- your
3  client simply rushed and they took -- they took the
4  risk. Essentially, they accepted the risk and they
5  moved forward.
6      Q.  And just to confirm: When you say
7  "rushed" or "accepted the risk," that is based on
8  what you are assuming, based on the fact they failed
9  to identify the impurity; not your independent review
10  of the supplier qualification documents for Teva.
11  Right?
12     A.  Yes.
13     Q.  So a similar question, and I just want
14  to make sure I understand where you do and don't have
15  opinions. Did you evaluate the finished dose
16  manufacturers' quality policies for adequacy?
17         MR. NIGH: Form objection.
18     A.  I don't believe so.
19     Q.  Did you evaluate and form opinions on
20  the adequacy of the finished dose manufacturers'
21  quality management systems?
22     A.  I don't believe I had access to those
23  documents.
24     Q.  And then at the end of your paragraph,
25  you refer to quality agreements. Did you review the

Page 307

1  finished dose manufacturers' quality agreements with
2  ZHP, and form opinions on the adequacy of those
3  agreements?
4      A.  I don't believe that the quality
5  agreements were provided to me. But again, I'm
6  simply looking at the final, you know, act, which is
7  incorporating this, you know, sort of adulterated API
8  in their finished -- you know, finished product.
9  And, you know, the outcome is, obviously, they didn't
10  do sufficient due diligence.
11     Q.  I understand, Dr. Najafi.
12         And then the final thing I just want to
13  confirm: You have a reference in here, about
14  two-thirds of the way down the paragraph, to: "In
15  addition to the documentation, the qualification
16  process should include testing of API batches."
17         Do you see that?
18     A.  Would you highlight that? And -- okay.
19         Yes.
20     Q.  Did you review and evaluate any of the
21  chromatography testing results for the API that Teva
22  performed?
23     A.  I don't believe I have.
24     Q.  And generally speaking, just for those
25  areas where you did not review documents, is it fair

Page 308

1  to say you have not formed opinions that you intend
2  to offer on the adequacy of those specific areas?
3          MR. NIGH: Form objection.
4      A.  While I have not reviewed any
5  chromatography testing that Teva or Torrent might
6  have done, the end result is, even if they had done
7  it, they did not do sufficient due diligence. And
8  they might not have done it.
9      Q.  But you -- just to clarify, you've not
10  reviewed documents to know, one way or another,
11  whether they did it, or whether the specific testing
12  was appropriate or accurate. Correct?
13         MR. NIGH: Form objection.
14     A.  I think -- I think I already answered
15  the question.
16     Q.  You may have. Is the answer yes?
17         MR. NIGH: Objection to form.
18     A.  As I said, I have not seen any
19  chromatograms from Teva and Torrent, so -- I don't
20  believe I have seen anything. However, based on the
21  fact that their finished dose -- their finished
22  product contained the NDMA and they allowed it, so
23  it's obvious that they didn't do sufficient due
24  diligence and sufficient analysis of the API.
25     Q.  And Dr. Najafi, I understand your

Page 309

1  opinion with respect to the due diligence. I'm
2  asking specifically with regards to the
3  chromatography testing.
4          And I want to just confirm: You have
5  not reviewed any of the results of the finished dose
6  manufacturers' chromatography testing to determine if
7  the testing itself -- unrelated to supplier
8  qualification -- if the testing itself was
9  appropriate or accurate, have you?
10         MR. NIGH: Objection, asked and answered
11  multiple times.
12     A.  They were not provided to me, but I'm
13  happy to review them if you have them in front of
14  you.
15     Q.  No need, Dr. Najafi.
16         And I think -- let me see -- one
17  question, I guess, before we may go on our break
18  here. You have not seen any evidence that Teva was
19  aware of the potential for nitrosamine formation in
20  valsartan API or valsartan drug products prior to
21  June 2018, have you?
22         MR. NIGH: Form objection.
23     A.  I don't believe I have seen anything
24  pointing to Teva knowing that there's NDMA in the
25  valsartan API. However -- however -- so I answered

Page 310

1    your question. However, the quality -- the QA
2    inspection by Teva, and the quality agreement, should
3    have pointed to potential complaints regarding
4    impurities pre-2018. And those -- those should have
5    raised their -- sort of doubt about the quality of
6    API.
7        MR. HARKINS: Thank you, Dr. Najafi.
8    Can we go off the record for a moment?
9        THE VIDEOGRAPHER: Yes.
10        We're going off the video record. The
11    time is 9:29 a.m.
12        (A brief recess takes place.)
13        THE VIDEOGRAPHER: We are back on the
14    video record. The time is 9:51 a.m. This begins
15    Media Unit Number 3.
16    BY MR. HARKINS:
17        Q.   Dr. Najafi, during the first day of your
18    deposition last week, you were asked when Emery
19    Pharma's next FDA inspection was going to be
20    scheduled for. And you answered, "It could be today,
21    nobody knows. It's a surprise audit."
22        Do you recall that testimony?
23        MR. NIGH: Form objection.
24        A.   Yes, I do.
25        Q.   You aren't always able to prepare for a

Page 311

1    FDA audit in advance. Correct?
2        MR. NIGH: Form objection.
3        A.   You know, are you asking me on the -- on
4    the Emery side, or on the -- say, a manufacturer?
5        Q.   In your experience working at Emery
6    Pharma, as you testified, it could be a surprise
7    audit. Is it your experience that FDA does not
8    always schedule its audits in advance?
9        MR. NIGH: Form objection.
10        A.   They do not always schedule their audits
11    in advance.
12        Q.   And when they perform an audit, do they
13    always inform you what products or systems are going
14    to be subject to the audit in advance?
15        MR. NIGH: Form objection.
16        A.   I can only -- only speak from my
17    experience. And no, they may just come and do a --
18    want to do a general audit. They may point to a
19    specific product that they want to focus on. So it's
20    really entirely up to them.
21        Q.   Switching gears a little bit.
22        You're familiar, during your review for
23    this case, with the unidentified impurity standards
24    that are contained in the approved ANDAs for the
25    finished dose manufacturers, aren't you?

Page 312

1        A.   Do you have anything you want to show
2    me, like a, you know, impurity profile, chromatogram?
3    What are you pointing at? Are you pointing at API
4    identity impurities, as it relates to API? Or are
5    you pointing to impurities as it relates to residual
6    solvents?
7        Q.   I'm referring to impurities, not with
8    respect to residual solvents; the impurity standards
9    with regard to the API. Does that help clarify the
10    question?
11        MR. NIGH: Form objection.
12        A.   I think you're referring to --
13    impurities as it relates to API, you're referring to
14    USP-related impurities.
15        Q.   Have you reviewed the unidentified
16    impurity standards set out in the ANDAs for the
17    finished dose product in this case?
18        MR. NIGH: Form objection.
19        A.   I might have.
20        Q.   But you're not familiar with them, off
21    the top of your head, without seeing a document?
22        MR. NIGH: Form objection.
23        A.   You know, you need to show me a
24    document.
25        Q.   Dr. Najafi, what's a reporting

Page 313

1    threshold?
2        MR. NIGH: Form objection.
3        A.   A reporting threshold, as it relates to
4    any impurities, essentially non-genotoxic impurities,
5    is around 0.1, 0.1 percent. However, for genotoxic
6    impurities, there are no reporting thresholds.
7        Q.   And Dr. Najafi, my question may have
8    been confusing. I'm not asking what the specific
9    reporting threshold is. I'm asking, what is a
10    reporting threshold? What does that delineate as far
11    as what a manufacturer is required to do if they see
12    a result above or below that threshold?
13        MR. NIGH: Form objection.
14        A.   Do you have anything you want to show
15    me, point to me?
16        Q.   Are you not familiar with how a
17    reporting threshold operates, with respect to drug
18    substances?
19        MR. NIGH: Form objection.
20        A.   You have to define to me what that
21    means.
22        Q.   Assuming that a reporting threshold for
23    a given drug substance is .05, I'll ask you to assume
24    that for purposes of this question. Assuming that --
25        (Simultaneous speaking.)

13 (Pages 310 - 313)

Page 314

1      (Court Stenographer clarification.)
2      Q.    And I apologize; this may be a long
3   question, but just let me finish it for you,
4   Dr. Najafi.
5          Assuming that a reporting threshold for
6   a drug substance is set at 0.05 for purposes of this
7   question, what does that require the drug substance
8   or finished dose manufacturer testing that drug
9   substance to do with respect to unidentified
10  impurities?
11         MR. NIGH:  Form objection.
12     A.    I'm assuming you're talking -- when you
13  say 0.05, you're talking about 0.05 percent?
14     Q.    Yes, you're -- yes, Doctor, that's
15  correct.  Apologies.
16     A.    So assuming their reporting threshold is
17  0.05 percent, if they see impurities that fall below
18  0.05 percent, batch after batch, they have the duty
19  to investigate it.  And in this case, not call an
20  impurity -- it could be 0.0001 percent.  If they can
21  see it, and it shows, baseline to baseline, there is
22  an impurity, they need to identify it.  They need to
23  point to it, and, you know, figure out what it is.
24         Because it could be a genotoxic agent.
25  And if it is a genotoxic agent, then they need to

Page 315

1   control it, they need to figure out why it's being
2   generated, you know.  And if it's a very high-level
3   genotoxin, you know, then they need to obviously, you
4   know, dispose of those batches and, you know, you
5   whatever they need to do:  Report it to the agency.
6          So that's what, you know, a
7   manufacturer, whether it's -- you know, the API
8   manufacturer or finished dose manufacturer, that's
9   what they need to do.  And that's what exactly
10  Novartis did.  So we're not creating some
11  hypothetical situation here.  Novartis is a finished
12  dose manufacturer, just like ZHP -- just like Teva
13  and Torrent.  And Novartis did the right thing and
14  pointed those impurities -- and pointed at those
15  impurities, and wanted to figure out what they are.
16     Q.    But Dr. Najafi, I just want to make sure
17  that I understand your opinion before we move on.
18         It's your expert opinion in this case
19  that a finished dose manufacturer, observing a level
20  of unidentified impurity below the reporting
21  threshold, is required not only to report, but also
22  to identify the substance that is causing that peak,
23  regardless of size?
24         MR. NIGH:  Form objection,
25  mischaracterizes his testimony.

Page 316

1      You can answer.
2      A.    So if a finished dose manufacturer or
3   API manufacturer sees an impurity that is below the
4   reporting threshold, 0.05 percent, let's assume, and
5   they see this impurity repeatedly, and it is,
6   obviously, a recent impurity in there, they should --
7   they don't have to -- they may not have to report it,
8   but they must investigate it.
9          And if it is -- let's say, if it's a
10  harmless solvent, and it's, you know, it's not --
11  they don't need to report it.  But if it's a
12  genotoxin, then they must report it, and they must
13  control it, and, you know, put some guardrail around
14  that impurity.
15     Q.    And Dr. Najafi, just to confirm from
16  your testimony before the break:  You did not review
17  the results of the chromatograms performed by either
18  of the finished dose manufacturers to determine what,
19  if any, levels of unidentified impurities they were
20  seeing in ZHP's API.  Correct?
21         MR. NIGH:  Form objection, asked and
22  answered.
23     A.    As I mentioned before, I did not review
24  ZHP [sic] and Torrent's chromatogram.  But if you
25  have it in your -- in front of you, please feel free

Page 317

1   to share it with me, and I'll be happy to give you my
2   opinion.
3      Q.    Dr. Najafi, I'd like to turn to page 6
4   of your report to help you with this next question.
5   That's going to be -- I apologize, I may have gotten
6   the number wrong.  Page 6, and it will be page 8 of
7   the PDF.  Let me know when you're there.
8      A.    Six, yes.
9      Q.    And looking at the bottom paragraph on
10  page 6, you reference "a single 320-milligram
11  valsartan tablet."
12         That's the highest daily dose you've
13  identified for any valsartan tablet involved in this
14  case.  Correct?
15     A.    Please allow me to read the paragraph
16  quickly.
17         Yes, I read it.
18     Q.    And just to confirm -- hopefully, it
19  would help to read your report -- 320 milligrams is
20  the highest daily dose of valsartan that you're aware
21  of.  Correct?
22     A.    Correct.
23     Q.    Go to the next page of your report,
24  seven.
25     A.    Okay.

14 (Pages 314 - 317)

Page 318

1    Q.    And I'm suspecting you're going to want
2    to read through these paragraphs that finish this
3    section.
4           My question is going to be:  Is the
5    240.1 PPM number, identified in the second full
6    paragraph on this page, the highest level of NDMA
7    that you have identified reported in valsartan API?
8    A.    Let me -- let me review the -- okay.
9           So what is your question?
10   Q.    Based on the paragraph that you just
11   reviewed, is 240.1 parts per million the highest
12   level of reported NDMA impurities present in
13   valsartan API that you're aware of?
14   A.    This is in the previous paragraph?
15         MR. NIGH:  Form objection.
16   Q.    Sorry, the continued section, that
17   starts at the top of page 7 --
18   A.    Right.
19   Q.    There's a broken paragraph, and then two
20   full paragraphs.
21   A.    Right.  Okay.
22   Q.    The bottom of the second paragraph --
23   A.    Point-two --
24   Q.    Right.
25   A.    Could you point to that number of

Page 319

1    milligram pills that you're talking about?
2           (Simultaneous speaking.)
3           (Court Reporter Clarification.)
4    Q.    The reference that you wrote about the
5    milligrams of pills is on the prior page.  But in the
6    next page of your report, at the bottom of this
7    section, in the paragraph that begins, "ZHP also
8    manufactured," there are references to reported
9    levels of impurities in parts per million.
10   A.    Correct.
11   Q.    And one that is 240.1.
12         And my question is:  Are you aware of
13   any higher level of NDMA or NDEA impurities reported
14   in any valsartan API?
15   A.    240 -- yeah, 240 -- you know, there
16   might be, that's what I was shown, that's what the
17   document is pointed -- I pointed to.
18         (Cell phone ringing.)
19   A.    Let me turn off my phone; I'm sorry.
20   Q.    Just to confirm --
21   A.    Yeah.
22   Q.    You are not aware, based on documents
23   that you have reviewed, of any higher level reported
24   in valsartan API.  Correct?
25   A.    I am not aware, but there may be other,

Page 320

1    you know, pills with more parts per million.
2    Q.    Dr. Najafi, for purposes of this
3    question, I'm going to ask you to assume that the
4    reporting threshold for valsartan API is 0.05
5    percent.  240.1 parts per million would be less than
6    half of that reporting threshold on a chromatogram.
7    Correct?
8           MR. NIGH:  Form objection.
9    A.    I take your word for it.
10   Q.    Dr. Najafi, I'm not asking you to take
11   my word for it.  I do ask you to assume the reporting
12   threshold for purposes of this question.  But
13   assuming that that is the reporting threshold, at
14   0.05 percent, is it accurate that 240.1 parts per
15   million of an NDMA impurity in the valsartan API
16   would be less than half of that reporting threshold?
17         MR. NIGH:  Form objection, vague.
18   A.    Okay.
19         (Court Stenographer clarification.)
20         MR. HARKINS:  Did you hear that?  Can
21   you just say your answer again, Dr. Najafi, for the
22   court reporter.
23   A.    Yes.
24   Q.    Dr. Najafi --
25         MR. HARKINS:  And you can take the

Page 321

1    report down for a moment.
2    Q.    During questioning last week, you
3    discussed how Emery Pharma assists manufacturers with
4    testing.  Do you recall that, generally?
5    A.    Yes, I do.
6    Q.    And one of the things that you said,
7    when releasing product or assisting with releasing
8    product, is that you provide your clients with a
9    certificate of analysis.  Is that correct?
10   A.    That's correct.
11   Q.    The certificate of analysis contains
12   information on tests that were performed on either
13   that drug substance or a drug product.  Right?
14   A.    That's correct.
15   Q.    Are those the tests that are required by
16   the approved specifications for that drug substance
17   or drug product?
18   A.    What tests are you referring to?
19   Q.    That's kind of my question.  Do you do
20   limited testing, as requested by the client?  Or do
21   you perform complete testing of a drug substance or a
22   drug product, such that they could release the
23   product without further testing?  That's really my
24   question.
25         MR. NIGH:  Form objection.

15 (Pages 318 - 321)

Page 322

1    A.   It depends on the product.  It depends
2  on what the client is asking us to do.  In this case,
3  if we were to -- given an API and say, do -- take a
4  look at the -- here is the certificate of analysis
5  from the manufacturer, let's say, ZHP; and typically,
6  it should contain seven solvents, and do residual
7  solvent analysis.
8        And if they do a residual solvent
9  analysis, and if they're supposed to have seven
10 solvents, and we see 20 different peaks, I think we
11 immediately contact the client and say, we're seeing
12 far too many peaks here.
13       Which is really what Novartis saw.  And
14 we communicate that to the client and say, "What do
15 you want us to do?  You know, we need to investigate
16 these other peaks."
17       In this case, you know, 240 parts per
18 million, this translates into -- one nanogram per
19 milligram translates into one parts per million.
20 Right?  One nanogram per milligram; that's one part
21 per million.  Now, if you are --
22    Q.   Given that I have very limited time -- I
23 almost never want to interrupt, but this is not
24 remotely responsive.
25       MR. NIGH:  Let's go ahead.  Let's go

Page 323

1  ahead.  I think it's been answered, too.  You can ask
2  the next question.
3        MR. HARKINS:  Okay.
4    Q.   Dr. Najafi, if my question is confusing
5  or you're unsure what I'm asking, let me know, so I
6  can kind of try and keep us on track.
7        All I'm asking is:  Does Emery Pharma
8  sometimes do all of the tests required by a
9  certificate of analysis for release of a finished
10 drug substance -- or for release of a drug substance?
11       MR. NIGH:  Form objection.
12    A.   We always do what is necessary to
13 release a drug substance.  In this case, if we had
14 been tasked for releasing ZHP, we would not have
15 released it.
16    Q.   Understood.
17       When you provide your clients with the
18 results of testing, do you provide them with the
19 certificate of analysis, or do you also provide them
20 with all of the raw chromatography and other testing
21 data that supports the results in the certificate?
22       MR. NIGH:  Form objection.
23    A.   It depends.  Often we provide them with
24 a report, a full report with chromatograms; be it,
25 you know, what are some of the prescribed testing.

Page 324

1  We often have some chromatograms associated with
2  them.  We provide them with all that documentation,
3  plus a certificate of analysis.
4    Q.   Okay.  And I understand that you
5  sometimes do that.  Do you sometimes also just
6  provide them with a certificate of analysis?
7    A.   Almost always not.
8    Q.   We discussed, during your testimony last
9  week, the April 2021 483 that Emery Pharma received.
10 Do you recall that?
11   A.   Yes, I do.
12   Q.   Do you recall that discussion?
13   A.   Yes, I do.
14   Q.   And I understand from your testimony
15 that, at some point after receiving that, the issues
16 identified in that 483 were addressed by Emery
17 Pharma.  Correct?
18       MR. NIGH:  Form objection.
19   A.   That's correct.
20   Q.   Was Emery Pharma continuing to perform
21 testing and assisting with the release of product for
22 its customers in April of 2021?
23       MR. NIGH:  Form objection.
24   A.   Yes, we continued testing and releasing
25 product, post inspection.

Page 325

1    Q.   And then you continued to do that, while
2  you were working to correct the issues identified in
3  the 483.  Correct?
4        MR. NIGH:  Form objection.
5    A.   I think I mentioned that in my
6  testimony, that the FDA allowed us to continue our
7  release or testing, because they found no issues with
8  our testing protocols and the chemistry of the work
9  we did.
10   Q.   And you did not consider any of the
11 product released by Emery Pharma, during the time
12 that the issues identified in that 483 were present,
13 to be adulterated?
14       MR. NIGH:  Form objection.
15   A.   That's correct.
16   Q.   And you didn't take any steps to remove
17 any of that product released, based on testing
18 performed by Emery Pharma, during that time from the
19 market?
20       MR. NIGH:  Form objection.
21   A.   That's correct, because the 483 was not
22 related to the actual testing.
23   Q.   Understood.  And you didn't take any
24 steps to inform patients or physicians about any
25 concerns about product quality, for product that was

16 (Pages 322 - 325)

Page 326

1  released during the time that those issues were
2  present and being corrected.  Correct?
3       MR. NIGH:  Form objection.
4       A.    That's correct, because the 483 was not
5  related to testing.  However, we did inform the --
6  many of our clients that we had this 483.
7       Q.    And just to confirm:  When you're saying
8  "clients," you mean the manufacturers, not patients
9  and physicians and things like that.  Right?
10      A.    That's correct.
11      Q.    But you testified just a little bit ago
12  that you perform required testing on products that
13  you're releasing to the market, which may or may not
14  be all of the tests required in the certificate of
15  analysis.  Is that fair?
16      A.    Could you repeat your question?
17      Q.    Sure.  That was a poor question.  Let me
18  strike that and just move on.
19      A.    I think it was a statement.
20      Q.    A lot of times, they sound like that.
21            Dr. Najafi, does Emery Pharma have
22  GC-MS?
23      A.    Yes, we do.
24      Q.    Do you test all the products released by
25  Emery Pharma using GC-MS?

Page 327

1            MR. NIGH:  Form objection.
2       A.    It depends on the product, and depends
3  on the specifications associated with the product.
4       Q.    And when you say "specifications,"
5  you're referring to the monograph USP specifications?
6            MR. NIGH:  Form objection.
7       A.    It might be the monograph from --
8  monograph from the USP; it might be the client's
9  monograph.  It all depends.
10      Q.    Are you familiar, generally, with USP
11  monographs and where they can be accessed?
12      A.    We are a subscriber to USP, so we have
13  access to it, yes.
14      Q.    And as you said, the monographs set out
15  certain testing to be performed on drug substances
16  and drug products.  Is that fair?
17      A.    That's correct.  However -- can I
18  continue?
19      Q.    You can continue if you need, yes.
20      A.    Yes.  However, USP monogram -- monograph
21  sets the minimum standard, and it's often related to
22  the brand, you know, that was -- that had patents on.
23  Once that USP -- once the product is modified,
24  procedures are changed, the manufacturing is changed;
25  pretty much all the impurity related to that

Page 328

1  monograph is out the window.
2       Q.    Understood.
3            Dr. Najafi, are you familiar with how
4  many USP-approved monographs there are?
5       A.    No, I'm not.
6       Q.    I'll represent to you, for purposes of
7  this next question, that as stated in the expert
8  report of plaintiffs' retained expert, Dr. Laura
9  Plunkett, there are over 5,000.  Okay?  And that's
10  just an assumption for the purposes of this next
11  question.  All right?
12            Assuming she is correct and there are
13  over 5,000 monographs, are you aware of how many of
14  those require the use of GC-MS testing to perform a
15  specific assay?
16      A.    I'm not sure.
17      Q.    Coming back to the testing performed at
18  Emery Pharma, when you perform release testing on
19  product -- well, strike that.
20            Let me start with a question before
21  that.
22            Dr. Najafi, what is structural
23  characterization?
24      A.    Structural characterization, it refers
25  to what the molecular structure looks like.

Page 329

1       Q.    In the context of an unidentified
2  impurity that shows up on a chromatogram, what is
3  structural characterization?
4       A.    It means identifying what that impurity
5  is.  And characterizing it from often multiple
6  different angle:  Characterizing it by mass,
7  characterizing it by checking against reference
8  standards, potentially characterizing it by NMR,
9  separating it.  So there's a whole list of things
10  that we conduct if we're tasked for characterizing an
11  impurity.
12      Q.    And structural characterization of an
13  unidentified impurity would then enable you to
14  determine what specifically that impurity is.  Right?
15      A.    Exactly.
16      Q.    Does Emery Pharma include structural
17  characterization of every impurity -- of every --
18  strike that.
19            Does Emery Pharma perform structural
20  characterization of every unidentified impurity on
21  chromatograms for products that it releases?
22            MR. NIGH:  Form objection.
23      A.    We're not a pharmaceutical company, and
24  we're not a manufacturer.  We do what the clients ask
25  us to do, and we follow prospectively their

17 (Pages 326 - 329)

Page 330

1  prescribed procedure or monograph.
2          However, if we see -- you know, we have
3  clients that come to us repeatedly with the same
4  product that we need to release. We may release it
5  once. And then next time we release it, if we see
6  the same impurity, same place, same location, our
7  internal team often brings that up and say, "This
8  impurity is showing up over and over again." And we
9  often alert the client that we need to -- we
10  should -- we recommend they identify it. And
11  identification of impurities, especially in --
12      Q.   Dr. Najafi, I have very limited time
13  with you --
14      A.   -- is very easy.
15          (Court Reporter Clarification.)
16      Q.   Dr. Najafi -- and I appreciate, and I
17  understand your general comments there. My question
18  is a little more specific.
19          Emery Pharma does not perform structural
20  characterization of every unidentified impurity that
21  shows up on the chromatogram in release testing that
22  it performs for its clients. Correct?
23          MR. NIGH: Form objection.
24      A.   We do what the clients ask us to do.
25  You know, if Novartis comes to us and say, "We saw

Page 331

1  this chromatogram. We're trying to identify what are
2  all these impurities," we do it for them. But we
3  typically do what the clients want us to do.
4      Q.   So unless a client asks you to perform
5  structural characterization of every unidentified
6  impurity for a given product, you would not undertake
7  structural characterization of every unidentified
8  impurity in products tested and released by Emery
9  Pharma. Correct?
10          MR. NIGH: Form objection.
11      A.   Yes, we are not a manufacturer. We're
12  not responsible for their product. They are
13  responsible for their product.
14      Q.   Understood.
15          Dr. Najafi, are there unidentified
16  impurities that you do not perform structural
17  characterization on, that are present in product that
18  is released, based on testing performed by Emery
19  Pharma?
20          MR. NIGH: Form objection.
21      A.   Yes, there are unidentified peaks that
22  we often do not identify. However, if the client
23  asks us to identify them, we identify them.
24      Q.   And just to make sure that I'm clear on
25  this. When you do structural characterization of an

Page 332

1  unidentified impurity, you're not discovering a new
2  chemical compound, typically. Right?
3          MR. NIGH: Form objection.
4      A.   What do you mean by a "new chemical
5  compound"?
6      Q.   Sure. When you perform structural
7  characterization to determine that something is NDMA,
8  that is not to say that NDMA was previously unknown
9  to science; it's that it was unknown to be -- or
10  unidentified as present in this particular substance.
11  Is that accurate?
12          MR. NIGH: Form objection.
13      A.   You know, there are really -- there's no
14  new discoveries to be made. However, it could be.
15  You know, sometimes the unidentified impurity is
16  completely a novel compound, never been reported.
17  Sometimes. Most often, what we discover as an
18  unknown impurity you could actually, you know, look
19  into the literature and see, you know, what -- who
20  else has reported this impurity.
21      Q.   I think I understand your answer.
22          You mentioned that ICH Q3A and Q3B
23  contain guidance on the identification of
24  unidentified impurities in both drug substances and
25  drug products. Is that fair?

Page 333

1      A.   I think Q3A points to genotoxins, and --
2  you know, identifying them. And, you know, Q3A is
3  concerned for genotoxic impurities, as it relates to
4  presence of genotoxic impurities in residual solvent
5  analysis and so forth.
6      Q.   And I want to be clear. Is it your
7  understanding that ICH Q3A and B make specific
8  recommendations for genotoxic substances?
9          MR. NIGH: Form objection.
10      A.   Yes, they do.
11      Q.   Okay.
12          MR. HARKINS: And if I could ask for
13  some assistance introducing one of the exhibits that
14  I've placed in the private share folder. It's the
15  ICH Q3A guidance, which I believe will be marked as
16  Exhibit 18.
17          (Exhibit Najafi-18, FDA Document
18  entitled "Guidance for Industry, Q3A Impurities in
19  New Drug Substances," Revision 2 dated June 2008, No
20  Bates, 17 Pages, was received and marked for
21  identification.)
22      Q.   Dr. Najafi, now, I'd like you to be able
23  to review this. It should be included in the Dropbox
24  as well, to the extent you need to.
25          Are you familiar with this Q3A,

18 (Pages 330 - 333)

Page 334

1  "Guidance For Industry, Impurities in New Drug
2  Substances"?
3      A.    Yes, I am.  I don't -- I don't have this
4  guidance in the -- in the Drop -- in the -- in the
5  share folder.
6          THE VIDEOGRAPHER:  It should be there if
7  you refresh the page.
8      A.    Okay, got it.  Yes.
9      Q.    All right.  Dr. Najafi, do you now have
10 access to the document?
11     A.    Yes, I do.
12     Q.    I'd like you to turn to page 10 of the
13 guidance.
14     A.    Okay.
15         THE VIDEOGRAPHER:  Is that PDF page 10
16 or document page 10?
17         MR. HARKINS:  It will be page 10 of the
18 guidance itself.  It's page 13, I believe, of the
19 PDF.
20     Q.    All right.  Dr. Najafi, you see here how
21 ICH Q3A defines an unidentified impurity?  Do you see
22 that definition, the second from the bottom?
23     A.    Ten?  Okay.
24     Q.    Are you there?
25     A.    Second from the bottom.  "Unidentified

Page 335

1  impurity," [inaudible].  Yep.
2      Q.    And --
3      A.    I see it.
4      Q.    And you see the definition here:  "An
5  impurity for which a structural characterization has
6  not been achieved, and that is defined solely by
7  qualitative analytical properties (e.g.
8  chromatographic retention time)."
9          Is that correct?
10     A.    That's correct.
11     Q.    You are not aware of any structural
12 characterization of NDMA in valsartan drug substance,
13 prior to June of 2018, are you?
14         MR. NIGH:  Form objection.
15     A.    NDMA has been around since the late
16 '70s, and it is a volatile impurity.
17     Q.    Dr. Najafi, my question is about the
18 impurity in API, valsartan API, not any other
19 context; and whether you're aware that it has been
20 structurally characterized in valsartan API?
21     A.    I will -- I will attest to you that in
22 chromatograms of the API, NDMA will be invisible.  It
23 will be there, but it will be invisible.  Because it
24 has no UV activity.  Almost all chromatography is
25 done with a UV detector.  And NDMA is there, but it's

Page 336

1  undetected.
2      Q.    Understood, and I do appreciate that
3  clarification.
4          Dr. Najafi, my question is:  Are you
5  aware of any structural characterization of NDMA or
6  NDEA impurities in valsartan API that occurred prior
7  to June 2018?
8          MR. NIGH:  Form objection.
9      A.    Not in valsartan in particular, but I
10 think there were hints of nitrosation of valsartan by
11 Dr. Lee, in -- prior to June of 2018, and there is
12 plenty of evidence that NDMA is just created from
13 sodium nitrite.
14     Q.    And I understand that's your opinion,
15 Doctor, I think it's well-established, and I'm not
16 trying to dispute that.  I'm just asking to confirm
17 that hints of nitrosation or those other things
18 you're referring to, those are not structural
19 characterization of the impurity.  Correct?
20         MR. NIGH:  Form objection.
21     A.    I believe it's structural
22 characterization.  There were some structural
23 characterization of nitrosated valsartan, or maybe it
24 was losartan, or the other sartans.  I'd have to
25 refer back to that testimony.

Page 337

1      Q.    And I'm sorry, so now you're saying you
2  do believe that someone performed a structural
3  characterization of NDMA or NDEA in valsartan, prior
4  to June 2018?
5      A.    There were hints of characterized
6  impurities of -- nitrosated impurities of a sartan.
7  And that's -- it was actually from a testimony of
8  Dr. Lee.
9      Q.    Dr. Najafi, I want to be real clear.
10         I believe I understand what you just
11 described as the steps that you would take to perform
12 a structural characterization.  Are you aware of
13 those steps being taken by anybody with respect to
14 valsartan drug substance, prior to June 2018?
15         MR. NIGH:  Object to form; it's been
16 asked and answered.
17     A.    As I mentioned to you before, the only
18 thing that I'm aware of is Dr. Lee's testimony, which
19 you can actually bring it up.  And there is a
20 reference to ZHP doing some analysis of a -- they
21 were aware that there is a nitrosation happening,
22 because they saw nitrosation of a sartan.  It doesn't
23 have to be valsartan; it could be other sartans.
24     Q.    Dr. Najafi, are you aware of any
25 information that was known to Teva or the other

19 (Pages 334 - 337)

Page 338

1  finished dose manufacturer, Torrent, on the
2  structural characterization of any nitrosamine
3  impurities in valsartan drug substance prior to
4  June 2018?
5      A.    They might have been aware, I don't
6  know.  I have -- I have not been provided any
7  documents that points to the fact that they were
8  aware.
9      Q.    Doctor, if you can go ahead and turn to
10  the next page of the Q3A guidance.  At the top, it
11  indicates "Attachment 1, Thresholds."
12      A.    What page are you talking about?
13      Q.    It's the very next page:  Number 11 on
14  the document, number 14 in the PDF.
15      A.    Okay.
16      Q.    Let me know when you're there.
17      A.    Yes, I'm here.
18      Q.    The first column here indicates "Maximum
19  Daily Dose."  You would agree that the 320-milligram
20  valsartan pill would fall under the first row:  Less
21  than or equal to two grams per day.  Correct?
22      A.    That's correct.
23      Q.    And the reporting threshold, which is
24  indicated here, is that 0.05 percent that we
25  previously discussed and, as we previously discussed,

Page 339

1  that reporting threshold would be more than double
2  the maximum reported amount of nitrosamine in ZHP
3  valsartan API that you are aware of.  Correct?
4      A.    Correct.
5      Q.    And the Identification Threshold, which
6  is the next column, has a value of 0.10 percent.
7  Correct?
8      A.    That's correct.
9      Q.    But that identification threshold would
10  be more than four times higher than the 240.1 parts
11  per million, which is the highest level of reported
12  NDMA in any valsartan API of which you are aware.
13  Correct?
14      A.    That's correct.
15      Q.    Dr. Najafi, I'd like to turn to the --
16  page 13 of the document.  And this is page 16 in the
17  PDF.  This contains, under Attachment 3, a graph for
18  "Decision Tree For Identification and Qualification."
19  Do you see that?
20      A.    That's correct.
21      Q.    Now, this does not provide any
22  instructions as far as the reporting threshold, which
23  was that smaller threshold.  Let me know if you
24  disagree; I don't see it on here.
25      A.    That's correct.

Page 340

1      Q.    And according to the ICHQ3 guidance, if
2  the impurity is greater than the identification
3  threshold, which is 0.01, there are certain actions
4  that are taken, including identifying the structure.
5          Do you see that first step?
6      A.    Could you repeat your question, please?
7  Sorry about that.
8      Q.    Sure.  The starting point for this
9  decision tree is to determine, "Is the impurity
10  greater than the identification threshold?"
11          You see that.  Correct?
12      A.    Right, exactly.
13      Q.    And maybe this will short-circuit it.
14          If the impurity is not greater than the
15  identification threshold, the ICH guidance Q3A
16  indicates that no action should be taken.  Is that
17  correct?
18      A.    Correct.
19          MR. HARKINS:  Let's go ahead and take
20  that down.  I'd like to introduce the next exhibit.
21  It's going to be ICH Q3B.
22          (Exhibit Najafi-19, FDA Document
23  entitled "Guidance for Industry, Q3B(R2) Impurities
24  in New Drug Products," Revision 3, August 2006, No
25  Bates, 18 Pages, was received and marked for

Page 341

1  identification.)
2          (Court Stenographer clarification.)
3          (A discussion is held off the record.)
4          THE VIDEOGRAPHER:  Going off the video
5  record.  The time is 10:40 am.
6          (A brief recess takes place.)
7          THE VIDEOGRAPHER:  We're back on the
8  video record; the time is 10:50 a.m.
9          MR. HARKINS:  Thank you, Dr. Najafi,
10  those are all the questions I have for you.  I'm
11  going to turn it over for counsel for Torrent, who
12  may have some additional questions.
13  EXAMINATION BY MS. NAGLE:
14      Q.    Hi, Dr. Najafi.  How are you?  My name
15  is Brittney Nagle, and I --
16      A.    I'm good, thank you.
17      Q.    I represent the Torrent defendants.  And
18  I have just a handful of quick clarifying questions
19  that relate back to some of your testimony earlier,
20  that you gave when you were being questioned by
21  Mr. Harkins.
22          Dr. Najafi, did you review any Torrent
23  documents to determine what information was available
24  to Torrent from the ZHP DMF?
25      A.    I might have reviewed some documents,

Page 342

1 but are you -- do you have a specific question?
2    Q.    So my question -- you testified earlier
3 that you were not -- you were not aware of what
4 documents Teva reviewed, as it related to ZHP's DMF;
5 and I want to know if the same is true of Torrent?
6    A.    I've only reviewed what was provided to
7 me through the lawyers, so.
8    Q.    Okay.  Also earlier during your
9 testimony, you confirmed for Mr. Harkins that when
10 you say the finished dose manufacturers "rushed and
11 accepted the risk," that was based on your assumption
12 that they must have rushed because they didn't
13 identify the impurity, and not based on an
14 independent review of documents from Teva.
15    Do you remember that?
16    MR. NIGH:  Form objection.
17    A.    It is my conclusion that -- based on the
18 fact that they allowed the genotoxic impurity to be
19 released in the drug product.
20    And Novartis just did a temp hold
21 GC-FID, GC-F -- GC-FID.  And by GC-FID, they were
22 able to see a lot of impurities, and they didn't want
23 to take that chance.  They could have -- they could
24 have gone ahead too, but they didn't.
25    Q.    Okay.  So just to be clear, that's

Page 343

1 not -- that opinion is not based on documents you
2 reviewed from Torrent.  Correct?
3    A.    I have reviewed a lot of documents.  I
4 do not recall specifically, you know, any
5 chromatogram.  But if you have anything you want to
6 share with me, I'll be happy to review, give you my
7 opinion.
8    Q.    Okay.  So that leads to my next
9 question, which is:  Did you review and evaluate any
10 of the chromatography testing for API that Torrent
11 performed?
12    MR. NIGH:  Form objection.
13    A.    I do not recall.
14    Q.    Okay.  And Dr. Najafi, have you seen any
15 evidence that Torrent was aware of the potential
16 nitrosamine formation in the API or valsartan
17 products prior to June 2018?
18    A.    I cannot know if they were aware.  You
19 know, I've reviewed a lot of documents, but I am not
20 aware of documents specifically pointing to the fact
21 that they were aware.
22    Q.    Okay.  That was all --
23    A.    From the documents that I've reviewed,
24 based on the documents that I reviewed.
25    MS. NAGLE:  Okay.  That was the last

Page 344

1 question I have for you, Dr. Najafi, thank you.
2    MR. NIGH:  Okay.  Let's go ahead and
3 take a break and go into the breakout room.
4    THE VIDEOGRAPHER:  Going off the video
5 record.  The time is 10:54 a.m.
6    (A brief recess takes place.)
7    THE VIDEOGRAPHER:  We are back on the
8 video record.  The time is 11:05 a.m.
9    MR. NIGH:  Okay.  It's my understanding
10 that Torrent, Teva and ZHP have finished their
11 questioning.  There's nobody else on the defense
12 side, right?
13    MR. HARKINS:  Correct.
14    MS. ROSE:  Yep.
15    MR. NIGH:  Okay.  At this time, we don't
16 have any other questions; we're done.  Thank you.
17    THE VIDEOGRAPHER:  Going off the video
18 record; the time is 11:05 a.m.
19    (The proceedings concluded at 11:05 a.m.
20 Pacific Time)
21
22
23
24
25

Page 345

1 DANIEL NIGH, ESQ.
2 dnigh@levinlaw.com
3    January 27, 2023
4 RE:  In Re: Valsartan, Losartan, Et Al
5    1/24/2023, Ramin (Ron) Najafi , PhD (#5677117)
6    The above-referenced transcript is available for
7 review.
8    Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy.  If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-nj@veritext.com
16
17 Return completed errata within 30 days from
18 receipt of testimony.
19    If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22    Yours,
23    Veritext Legal Solutions
24
25

21 (Pages 342 - 345)

Page 346

J U R A T.

1
2
3          I DO HEREBY CERTIFY that I have read
4    the foregoing transcript of my deposition testimony
5    and I certify that is it true and correct to the
6    best of my knowledge.
7
8
9
10
11
12
13
14
15
16    SWORN AND SUBSCRIBED
17    BEFORE ME ON THIS
18    DAY OF        2023
19
20    Notary Public of the State of
21
22
23
24
25

Page 347

1    ATTACH TO DEPOSITION OF RAMIN (RON) NAJAFI, Ph.D.:
     IN THE MATTER OF:  VALSARTAN
2
     DATE TAKEN:  January 24, 2023
3
         E R R A T A   S H E E T
4
         INSTRUCTIONS:  After reading the
5    transcript of testimony, please note any change,
     addition or deletion on this sheet.  DO NOT make any
6    marks or notations on the transcript itself.
7
         Please sign and date this errata sheet
8    and return it to the court reporter whose name is
     shown below.
9
     PAGE      LINE          CHANGE
10
11
12
13
14
15
16
17
18
19
20
     DATE and SIGNATURE:
21
22
23
24
25

Page 348

C E R T I F I C A T E

1
2       I, ELLEN J. GODINO, CCR, CRCR, RPR, do hereby
3    certify that prior to the commencement of the
4    examination, DR. RAMIN (RON) NAJAFI was duly sworn by
5    me to testify the truth, the whole truth and nothing
6    but the truth.
7       I DO FURTHER CERTIFY that the foregoing is a
8    true and accurate transcript of the testimony as
9    taken stenographically by and before me at the time,
10   place and on the date hereinbefore set forth, to the
11   best of my ability.
12      I DO FURTHER CERTIFY that I am neither a
13   relative nor employee nor attorney nor counsel of any
14   of the parties to this action, and that I am neither
15   a relative nor employee of such attorney or counsel,
16   and that I am not financially interested in the
17   action.
18
19   _____
     ELLEN J. GODINO
20   CERTIFIED COURT REPORTER
     REGISTERED PROFESSIONAL REPORTER
21   CERTIFIED REALTIME COURT REPORTER
     DATED:  January 27, 2023
22
23
24
25

22 (Pages 346 - 348)

[& - 32502]                                                                    Page 1

**&**

**&** 266:3,13
267:2,6,14,18
267:20 268:11

**0**

**0.0001** 314:20
**0.01** 340:3
**0.05** 314:6,13
314:13,17,18
316:4 320:4,14
338:24
**0.1** 313:5,5
**0.10** 339:6
**02109** 268:13
**05** 313:23
**07068** 266:5
**07102** 267:10

**1**

**1** 271:3 291:25
291:25 292:2,4
299:5 338:11
**1/24/2023**
345:5
**10** 334:12,15,16
334:17
**100** 267:9
**1000** 265:14
**10001-8602**
266:15
**10022** 267:21
**103** 266:4
**10:40** 341:5
**10:50** 341:8

**10:54** 344:5
**11** 269:24
284:12 296:12
296:15,16,17
338:13
**110** 265:15
**11:05** 344:8,18
344:19
**12** 294:7,8
**12212** 267:3
**13** 296:18
334:18 339:16
**14** 338:14
**15** 273:8,9
277:5,6 280:19
**15141** 267:3
**15219** 267:16
**15th** 267:9
**16** 269:16
279:19,23
282:1 339:16
**17** 269:21
270:6 284:4,9
288:17,22,23
333:20
**18** 270:4,9
271:20 333:16
333:17 340:25
**1800law1010...**
267:4
**19** 270:7
340:22
**19067** 268:5
**1970s** 293:13

**1984** 284:14

**2**

**2** 270:5 286:19
287:8,22,22
288:14,18
294:25 333:19
**20** 294:3
322:10
**200** 266:21
**2006** 270:9
340:24
**2008** 270:6
333:19
**2010** 276:11
278:13
**2013** 297:23
**2018** 309:21
310:4 335:13
336:7,11 337:4
337:14 338:4
343:17
**2021** 324:9,22
**2023** 265:16
271:3,20 345:3
346:18 347:2
348:21
**211** 269:19
280:2
**212-390-4210**
267:22
**212-735-3000**
266:15
**23** 267:3
**24** 265:16
271:3 347:2

**240** 319:15,15
322:17
**240.1** 318:5,11
320:5,14
339:10
**240.1.** 319:11
**25** 285:10
**250** 268:4
**2500** 266:22
**267-759-2064**
268:5
**27** 274:9,15
345:3 348:21
**271** 269:5,6
**279** 269:16
**28** 274:9
275:21
**284** 269:21
**2875** 265:3
**295** 269:7
**2nd** 266:5

**3**

**3** 270:9 292:1
310:15 339:17
340:24
**30** 295:16
345:17
**301** 267:15
**30305** 266:22
**316** 266:9
268:8
**320** 317:10,19
338:19
**32502** 266:9
268:8

**[333 - agency]**

**333**  270:4
**3333**  266:22
**340**  270:7
**341**  269:9
**357**  291:19
**36**  302:25
303:1,10,12
**38**  303:2,5,13
**38th**  267:15

**4**

**412-263-4397**
267:16
**483**  324:9,16
325:3,12,21
326:4,6

**5**

**5**  291:21
**5,000**  328:9,13
**518-724-2207**
267:4
**53**  268:12
**56**  279:14
**5677117**  345:5
**57**  276:16
**58**  279:16
**59**  284:3

**6**

**6**  317:3,6,10
**60**  284:6,8
288:17,24
289:1
**601**  267:21
**617-213-7001**
268:14

**617-213-7045**
268:13
**678-553-2100**
266:23

**7**

**7**  274:10,14
285:11 296:10
318:17
**70s**  335:16
**777**  268:4

**8**

**8**  317:6
**850-435-7013**
266:10 268:9
**8:10**  265:16
271:2
**8:45**  294:18
**8:46**  294:21

**9**

**9251**  348:18
**973-228-9898**
266:6
**973-757-1100**
267:10
**9:03**  294:24
**9:29**  310:11
**9:51**  310:14

**a**

**a.m.**  265:16
271:2 294:24
310:11,14
341:8 344:5,8
344:18,19

**ability**  348:11
**able**  300:13,20
301:14,17
310:25 333:22
342:22
**above**  265:11
287:1,2 313:12
345:6
**abstract**  276:12
276:17 278:13
280:16 282:3,5
**accept**  291:15
**accepted**  306:4
306:7 342:11
**access**  298:2,18
298:20 300:6,9
300:12,19,24
301:15,22
302:7,14
306:22 327:13
334:10
**accessed**
327:11
**accuracy**  345:9
**accurate**
272:20,23
308:12 309:9
320:14 332:11
348:8
**acetate**  289:6
**acetoxyethanol**
286:19 287:8
**acetoxyl**  287:22
**acetoxyletha...**
287:22

**achieved**  335:6
**acid**  274:23
293:24
**acknowledg...**
345:12
**act**  307:6
**actavis**  266:18
266:19
**action**  340:16
348:14,17
**actions**  340:3
**activity**  335:24
**actual**  305:12
325:22
**actually**  276:20
299:19 305:8
332:18 337:7
337:19
**addition**  278:8
278:12 299:9
307:15 347:5
**additional**
341:12
**addressed**
324:16
**adequacy**
304:18 306:16
306:20 307:2
308:2
**adulterated**
307:7 325:13
**advance**  311:1
311:8,11,14
**agency**  315:5

**[agent - article]**

**agent** 314:24
314:25
**ago** 294:3,8
326:11
**agree** 272:8,12
280:14 338:19
**agreed** 275:18
**agreement**
299:10 303:25
310:2
**agreements**
306:25 307:1,3
307:5
**ahead** 322:25
323:1 338:9
340:19 342:24
344:2
**al** 269:18,23
278:4 280:1
284:12 345:4
**alameda**
265:15
**albany** 267:3
**alcohol** 291:3
**alcoholic**
272:16
**alert** 330:9
**alexander**
266:14
**alexander.kas...**
266:16
**alfano** 267:14
**allotted** 345:20
**allow** 317:15

**allowed** 297:18
305:20 308:22
325:6 342:18
**allows** 297:11
**amine** 278:2
283:9 285:19
285:20 292:8
**amines** 269:22
284:11,16
289:6,11 292:5
292:10
**amount** 339:2
**analysis** 285:24
290:21 292:15
298:19,22
299:1 300:10
300:14,17,17
300:18,18,23
300:24 301:1,9
301:10,13,18
301:18,23
305:5,25
308:24 321:9
321:11 322:4,7
322:9 323:9,19
324:3,6 326:15
333:5 337:20
**analytical**
335:7
**analyzed**
299:17
**anda** 297:8
301:4 302:9,16
**andas** 299:21
311:24 312:16

**angle** 329:6
**anita** 284:5
**answer** 286:14
289:9,12
291:16 292:13
298:1 300:11
308:16 316:1
320:21 332:21
**answered**
282:18 308:14
309:10,25
310:20 316:22
323:1 337:16
**anybody**
337:13
**api** 297:12
298:17,21,25
299:11 301:10
303:7,16,24
304:25 305:7
307:7,16,21
308:24 309:20
309:25 310:6
312:3,4,9,13
315:7 316:3,20
318:7,13
319:14,24
320:4,15 322:3
335:18,18,20
335:22 336:6
339:3,12
343:10,16
**apis** 294:10
**apologies** 277:4
314:15

**apologize** 284:7
314:2 317:5
**applicable**
345:8
**appreciate**
330:16 336:2
**appropriate**
280:24 308:12
309:9
**approved**
311:24 321:16
328:4
**approximately**
295:16
**april** 324:9,22
**area** 302:24
**areas** 304:15
307:25 308:2
**arps** 266:13
**article** 269:16
269:21 276:3
276:11 277:20
277:23 278:6
278:10,13,16
278:25 279:8
279:23 280:12
280:15,17
282:2,5,11,12
282:14,19,21
282:23 283:3,5
283:20,22
284:3,6,9,14,20
289:22 291:15
291:17 294:5,6
294:12

[articles - believe]                                                    Page 4

**articles** 274:3
  277:17 281:25
  282:9 289:16
**aside** 271:25
**asked** 282:17
  297:22 309:10
  310:18 316:21
  337:16
**asking** 283:14
  285:14 287:21
  287:23 290:13
  291:13,14
  293:20 299:13
  309:2 311:3
  313:8,9 320:10
  322:2 323:5,7
  336:16
**asks** 331:4,23
**assay** 328:15
**assert** 286:5
**assertion**
  277:25 283:8
  291:11
**assistance**
  333:13
**assisting** 321:7
  324:21
**assists** 321:3
**associated**
  293:16 324:1
  327:3
**assume** 313:23
  316:4 320:3,11
**assumes** 300:5

**assuming**
  305:13 306:8
  313:22,24
  314:5,12,16
  320:13 328:12
**assumption**
  328:10 342:11
**atlanta** 266:22
**atlantic** 265:14
**aton** 267:7
**attach** 347:1
**attached**
  345:11
**attachment**
  338:11 339:17
**attest** 335:21
**attorney**
  345:13 348:13
  348:15
**audible** 272:5
  273:10
**audio** 276:3
**audit** 310:21
  311:1,7,12,14
  311:18
**audits** 311:8,10
**august** 270:9
  340:24
**authorities**
  299:2
**authority**
  283:11 286:1
  287:18
**authors** 278:4
  287:17

**available**
  296:14 298:10
  299:19 341:23
  345:6
**avenue** 265:14
  267:21
**avoiding**
  293:15
**aware** 293:4,9
  293:13,17,18
  293:21,22
  294:6,11 298:4
  301:5 309:19
  317:20 318:13
  319:12,22,25
  328:13 335:11
  335:19 336:5
  337:12,18,21
  337:24 338:5,8
  339:3,12 342:3
  343:15,18,20
  343:21
**azide** 274:19
  275:24

| b |
| --- |

**b** 270:1 333:7
**back** 287:14
  288:16 294:23
  301:9 310:13
  328:17 336:25
  341:7,19 344:7
**based** 285:18
  286:2 287:10
  304:23,23
  305:20 306:7,8

308:20 318:10
  319:22 325:17
  331:18 342:11
  342:13,17
  343:1,24
**baseline** 314:21
  314:21
**basically** 278:1
  286:25 305:4
**batch** 314:18
  314:18
**batches** 307:16
  315:4
**bates** 269:24
  270:6,9 284:12
  333:20 340:25
**bausch** 267:6
**baylen** 266:9
  268:8
**began** 271:20
**beginning**
  286:14
**begins** 271:3
  294:24 310:14
  319:7
**believe** 274:4
  278:19 282:10
  286:14 288:17
  289:13 291:11
  296:9,18 303:2
  303:13,22,25
  306:18,22
  307:4,23
  308:20 309:23
  333:15 334:18

[believe - chromatograms]                                        Page 5

336:21 337:2
337:10
**ben** 268:17
271:7 275:12
279:21
**best** 346:6
348:11
**bigger** 275:14
**bit** 311:21
326:11
**body** 304:10
**bogdan** 267:2
**boiling** 288:3,4
288:7,9
**bosick** 267:14
**boston** 268:13
**bottom** 274:16
274:17 296:18
303:13 317:9
318:22 319:6
334:22,25
**box** 267:3
**brand** 302:5
327:22
**break** 276:7
279:1 294:17
295:17 309:17
316:16 344:3
**breakout** 344:3
**brief** 294:22
310:12 341:6
344:6
**bring** 274:11
337:19

**brings** 330:7
**brittney** 267:20
341:15
**brittney.nagle**
267:22
**broken** 318:19

**c**

**c** 266:1 267:1
268:1 348:1,1
**california**
265:15
**call** 295:15,20
298:21 314:19
**camden** 265:2
**case** 273:2,15
278:6 279:11
282:14 295:11
295:25 296:6
298:23 304:20
305:3 311:23
312:17 314:19
315:18 317:14
322:2,17
323:13
**catalyze** 286:9
**cause** 285:24
290:21 292:15
292:15 300:10
300:18,23
**causing** 315:22
**ccr** 265:12
348:2
**cell** 281:22
319:18

**center** 267:9
**centre** 267:15
**certain** 274:3
289:16 327:15
340:3
**certificate**
305:5,25 321:9
321:11 322:4
323:9,19,21
324:3,6 326:14
**certified**
348:20,21
**certify** 346:3,5
348:3,7,12
**cgannon**
267:11
**cgeddis** 266:6
**chance** 342:23
**change** 347:5,9
**changed** 301:5
301:24 302:2,3
327:24,24
**changes** 302:22
345:10
**characterizati...**
328:23,24
329:3,12,17,20
330:20 331:5,7
331:17,25
332:7 335:5,12
336:5,19,22,23
337:3,12 338:2
**characterized**
335:20 337:5

**characterizing**
329:5,6,7,8,10
**chart** 292:4
**check** 281:18
299:11
**checking** 329:7
**chemical**
285:22 291:1
292:20 298:4
298:18 299:19
300:6,25,25
332:2,4
**chemist** 287:24
300:2 301:14
**chemistry**
269:19 280:1
290:21 293:1
293:14 325:8
**chemists** 275:2
291:9 301:21
**chloride** 274:20
284:23 285:3
285:14 286:18
288:11 292:10
**christine** 267:8
**christopher**
266:4
**chromatogram**
305:24 312:2
316:24 320:6
329:2 330:21
331:1 343:5
**chromatograms**
308:19 316:17
323:24 324:1

**[chromatograms - continued]**                                      Page 6

329:21 335:22
**chromatogra...**
335:8
**chromatogra...**
307:21 308:5
309:3,6 323:20
335:24 343:10
**circuit** 340:13
**citations** 304:9
**cite** 277:19
283:17,21
**cited** 275:19
277:21 282:11
283:12
**claim** 273:22
283:17
**claims** 276:9
**clarification**
273:11 276:5
283:19 284:25
314:1 319:3
320:19 330:15
336:3 341:2
**clarify** 283:15
308:9 312:9
**clarifying**
341:18
**class** 299:5
**clear** 331:24
333:6 337:9
342:25
**client** 299:8,23
306:3 321:20
322:2,11,14
330:9 331:4,22

**client's** 327:8
**clients** 301:10
321:8 323:17
326:6,8 329:24
330:3,22,24
331:3
**closed** 302:8,15
**coan** 268:12
**colloquy**
291:24
**column** 338:18
339:6
**come** 276:21
311:17 330:3
**comes** 295:20
330:25
**coming** 328:17
**commencem...**
348:3
**commencing**
265:16
**comments**
330:17
**commercial**
297:17
**communicate**
322:14
**communicati...**
272:9
**companies**
275:3,4
**company**
297:13 329:23
**company's**
302:8,15

**comparable**
305:1
**compare** 281:9
**comparison**
305:24
**complaints**
310:3
**complete**
272:23 321:21
**completed**
345:17
**completely**
332:16
**compound**
332:2,5,16
**computer**
272:1,13
**concerned**
333:3
**concerns**
325:25
**concluded**
344:19
**conclusion**
285:18,25
286:2 287:15
342:17
**conduct** 296:6
299:1,10
300:13,20
301:1,17
329:10
**conducted**
300:10 301:11
301:23

**conducting**
290:21
**confirm** 280:19
280:23 290:14
303:1 306:6
307:13 309:4
316:15 317:18
319:20 326:7
336:16
**confirmed**
342:9
**confirms** 290:1
**confusing**
313:8 323:4
**consider**
325:10
**considered**
274:3
**contact** 322:11
**contain** 297:16
299:5 322:6
332:23
**contained**
308:22 311:24
**contains**
286:23 321:11
339:17
**context** 329:1
335:19
**continue** 278:9
325:6 327:18
327:19
**continued**
267:1 268:1
270:1 318:16

[continued - depends]                                    Page 7

324:24 325:1
**continuing**
  271:19 324:20
**control**  315:1
  316:13
**conversation**
  278:20 281:7
**convert**  292:22
**converts**  283:9
  286:3 291:10
  292:22,25
  293:10,23,24
**coo**  287:6,6
**cooch3**  287:6
  287:21 288:1
**cooked**  289:16
**copies**  345:14
**copy**  296:8
**corner**  291:20
**correct**  271:20
  271:21 274:5,7
  275:5,17,25
  276:2,4 277:15
  277:16 282:7
  283:7,8,23,25
  284:17,18,21
  289:17,24
  292:6,11,13
  294:15 295:11
  295:18 296:1,2
  296:11 297:9
  297:14,15,19
  297:20 299:21
  300:7,14
  302:10,17,19

302:19 304:7,8
304:11,12
305:19 308:12
311:1 314:15
316:20 317:14
317:21,22
319:10,24
320:7 321:9,10
321:14 324:17
324:19 325:2,3
325:15,21
326:2,4,10
327:17 328:12
330:22 331:9
335:9,10
336:19 338:21
338:22 339:3,4
339:7,8,13,14
339:20,25
340:11,17,18
343:2 344:13
346:5
**corrected**  326:2
**correcting**
  283:2
**corresponding**
  290:4
**cosmetics**
  289:15
**counsel**  271:5
  271:11 276:8
  276:18 278:14
  278:24 283:3
  283:22 295:2,9
  341:11 345:14

348:13,15
**couple**  273:5
  294:18
**course**  289:4
  290:25
**court**  265:1
  271:9 273:11
  276:5 281:3,7
  284:25 314:1
  319:3 320:19
  320:22 330:15
  341:2 347:8
  348:20,21
**covered**  303:25
**covers**  303:20
**crcr**  265:12
  348:2
**created**  336:12
**creating**  315:10
**cs**  345:15
**culbertson**
  268:11
**cured**  289:17
**curing**  293:16
**customers**
  324:22

**d**

**d**  269:1
**daily**  317:12,20
  338:19
**dan**  275:11
  277:7
**daniel**  266:8
  268:7 345:1

**data**  323:21
**date**  347:2,7,20
  348:10
**dated**  270:5
  333:19 348:21
**dates**  281:17
**day**  271:22
  310:17 338:21
  346:18
**days**  345:17
**decision**  339:18
  340:9
**defendant**
  268:10
**defendants**
  295:10 341:17
**defense**  344:11
**deficient**
  305:14
**define**  313:20
**defined**  288:2
  335:6
**defines**  334:21
**definitely**
  303:12
**definition**
  334:22 335:4
**deletion**  347:5
**delineate**
  313:10
**demonstrate**
  289:12
**depend**  288:6
**depends**  288:10
  322:1,1 323:23

[depends - dr]                                                    Page 8

327:2,2,9
**deponent**
345:13
**deposing**
345:13
**deposition**
265:5 271:4,19
271:24 273:1
273:14,21
274:1 276:19
278:15,16,17
278:23 279:1,2
279:10 282:7
283:5,16,18
310:18 346:4
347:1
**described**
290:7,14
300:19 301:19
337:11
**description**
270:2
**detector**  335:25
**determine**
298:9 299:18
309:6 316:18
329:14 332:7
340:9 341:23
**develop**  285:24
**dialkyl**  283:9
285:20 286:3
**diethylamine**
274:25 287:13
287:13

**different**
322:10 329:6
**diligence**
298:25 305:2,6
307:10 308:7
308:24 309:1
**dimethylamine**
274:24 281:20
292:8 293:4,10
293:22
**disagree**
339:24
**disclosed**
273:23
**discover**
332:17
**discoveries**
332:14
**discovering**
332:1
**discussed**  321:3
324:8 338:25
338:25
**discussing**
294:5
**discussion**
324:12 341:3
**dispose**  315:4
**dispute**  336:16
**district**  265:1,1
**dmf**  297:8,16
297:19 298:3
298:10 299:25
302:1,8,10,15
302:17,22

341:24 342:4
**dmfs**  296:24
**dnigh**  266:10
268:9 345:2
**doctor**  281:23
314:14 336:15
338:9
**document**
270:4,7 273:19
275:19 281:8
281:10,14
287:18 288:25
291:20 312:21
312:24 319:17
333:17 334:10
334:16 338:14
339:16 340:22
**documentation**
307:15 324:2
**documents**
272:12 273:13
273:17,21
276:8,21 281:4
281:9 283:15
298:9,13
299:18 304:11
305:12 306:10
306:23 307:25
308:10 319:22
338:7 341:23
341:25 342:4
342:14 343:1,3
343:19,20,23
343:24

**doing**  290:22
337:20
**dong**  278:17,25
279:9
**dose**  295:10,24
296:5,23 297:2
297:7,11,23
298:2,11,16,24
299:5,15,20
300:3,5 302:7
302:14,21
303:7,17,23
304:5,14,19
305:2 306:15
306:20 307:1
308:21 309:5
311:25 312:17
314:8 315:8,12
315:19 316:2
316:18 317:12
317:20 338:1
338:19 342:10
**double**  281:18
339:1
**doubt**  310:5
**dr**  271:4,17
273:25 276:9
276:13,17
277:9 281:13
284:23 292:3
293:3 295:4,23
297:6,21 298:8
299:13 301:12
302:6,25
303:19 304:5

[dr - evaluate]                                                                    Page 9

305:11 307:11
308:25 309:15
310:7,17
312:25 313:7
314:4 315:16
316:15 317:3
320:2,10,21,24
323:4 326:21
328:3,8,22
330:12,16
331:15 333:22
334:9,20
335:17 336:4
336:11 337:8,9
337:18,24
339:15 341:9
341:14,22
343:14 344:1
348:4
**drafting**  284:21
**drinks**  272:16
**drop**  334:4
**dropbox**
333:23
**dropout**  276:3
**drug**  270:5,8
294:9 297:14
297:14,18
298:14 302:9
302:16,20
303:7,16,17
304:25 309:20
313:17,23
314:6,7,8
321:13,13,16

321:17,21,22
323:10,10,13
327:15,16
332:24,25
333:19 334:1
335:12 337:14
338:3 340:24
342:19
**due**  298:25
305:1,6 307:10
308:7,23 309:1
**duly**  271:15
348:4
**duty**  314:18

**e**

**e**  266:1,1 267:1
267:1 268:1,1
269:1 270:1
347:3,3,3
348:1,1
**e.g.**  335:7
**earlier**  303:21
341:19 342:2,8
**easy**  330:14
**effectively**
283:9
**eight**  272:17
**eisenhower**
266:4
**either**  304:9
316:17 321:12
**ellen**  265:12
271:9 348:2,19
**ellis**  267:20

**ema**  299:3
**email**  272:8
**emery**  310:18
311:4,5 321:3
323:7 324:9,16
324:20 325:11
325:18 326:21
326:25 328:18
329:16,19
330:19 331:8
331:18
**employee**
348:13,15
**enable**  329:13
**engaged**  293:14
**entire**  290:20
**entirely**  311:20
**entitled**  265:11
269:16,21
270:4,7 279:23
284:9,15 292:4
333:18 340:23
**equal**  338:21
**equals**  292:17
292:19
**equivalent**
290:13,16
**errata**  345:11
345:13,17
347:7
**especially**
330:11
**esq**  266:4,8,13
266:14,21
267:2,8,14,20

268:3,7,12
345:1
**essentially**
287:12 292:17
293:15 306:4
313:4
**established**
275:1 336:15
**ester**  269:21
284:10,15
286:7,17,19,23
286:24 287:7,8
287:21 288:3,5
288:7,9,12
292:5
**esters**  286:21
289:6,9,22
290:4 291:5
**et**  269:18,23
278:4 280:1
284:11 345:4
**ethylene**  285:5
285:16,17
286:5,15 289:7
289:7 290:3,4
290:8,12,13,15
291:2,15
**european**
283:10 286:1
287:17
**evaluate**
289:22 306:15
306:19 307:20
343:9

**evaluating**
298:17
**everybody**
299:3
**evidence**
292:24 309:18
336:12 343:15
**evidences**
291:7
**exactly** 293:18
296:19 315:9
329:15 340:12
**examination**
265:6 269:6,7
269:9 271:16
295:3 341:13
348:4
**examinations**
269:3
**exhibit** 274:10
274:14 275:14
276:24 277:2,3
277:5 279:17
279:18,22,23
280:15,19
282:1 284:4,9
285:11 288:17
288:20,20,21
296:10 333:16
333:17 340:20
340:22
**exhibits** 269:13
333:13
**experience**
311:5,7,17

**experiments**
289:8 290:6,14
**expert** 273:18
283:12 285:7
287:16,17
294:12 296:8
296:13 315:18
328:7,8
**expressed**
305:9
**expressing**
305:10
**extensive**
289:10
**extent** 333:24

**f**

**f** 269:4 271:14
342:21 348:1
**fact** 285:19,22
287:10 304:24
305:20 306:8
308:21 338:7
342:18 343:20
**failed** 274:2
306:8
**fails** 345:19
**fair** 305:17
307:25 326:15
327:16 332:25
**falanga** 267:8
**fall** 314:17
338:20
**familiar** 297:7
311:22 312:20
313:16 327:10

328:3 333:25
**far** 303:23
313:10 322:12
339:22
**fast** 285:2
**fda** 270:4,7
299:3 310:19
311:1,7 325:6
333:17 340:22
**feel** 316:25
**fhs** 267:17
**fid** 305:23
342:21,21,21
**figure** 290:24
292:1,14
295:20 314:23
315:1,15
**file** 298:15
**final** 304:25
307:6,12
**financially**
348:16
**finding** 296:3
**fine** 295:7
**finish** 314:3
318:2
**finished** 295:10
295:24 296:5
296:23 297:2,4
297:7,11,13,14
297:18,23
298:2,11,16,24
299:5,14,20
300:3,5 302:7
302:14,21

303:7,17,17,23
304:5,14,19
305:2,21
306:15,20
307:1,8,8
308:21,21
309:5 311:25
312:17 314:8
315:8,11,19
316:2,18 323:9
338:1 342:10
344:10
**firm** 271:9
**first** 271:23
273:25 276:10
276:18 278:14
278:15,23
282:6 283:4
293:3,21 294:4
310:17 338:18
338:20 340:5
**flom** 266:13
**floor** 266:5
267:9,15
**florida** 266:9
268:8
**fluids** 289:15
**focus** 311:19
**focused** 295:24
**folder** 277:8
333:14 334:5
**follow** 329:25
**follows** 271:15
**footnote** 304:10

**foregoing**
346:4 348:7
**form** 274:6,24
274:25 275:6
276:1,14 279:4
282:8,17
283:24 286:11
286:20 288:8
289:25 290:9
290:17 291:23
292:9,12 293:7
294:2,14 298:6
298:12 299:22
300:4,8,15,22
301:20 302:11
302:18 304:3
304:22 305:13
305:16,18
306:17,19
307:2 308:3,13
308:17 309:22
310:23 311:2,9
311:15 312:11
312:18,22
313:2,13,19
314:11 315:24
316:21 318:15
320:8,17
321:25 323:11
323:22 324:18
324:23 325:4
325:14,20
326:3 327:1,6
329:22 330:23
331:10,20

332:3,12 333:9
335:14 336:8
336:20 337:15
342:16 343:12
**formation**
269:17,22
277:13 279:25
281:20 284:10
284:15 289:23
293:6,25
309:19 343:16
**formed** 274:23
304:20 308:1
**forming** 278:6
279:10 282:15
**forth** 283:6
302:3 333:5
348:10
**forward** 306:5
**found** 273:21
282:6 325:7
**four** 274:17
293:2 339:10
**fourth** 288:15
288:19
**frank** 267:14
**free** 316:25
**freeman** 266:3
**front** 309:13
316:25
**full** 280:15
282:2,12,14,19
284:5 288:15
288:19 318:5
318:20 323:24

**further** 278:10
301:7 306:1
321:23 348:7
348:12

**g**

**gannon** 267:8
**gateway** 267:9
**gc** 305:23
326:22,25
328:14 342:21
342:21,21,21
**gcoan** 268:14
**gears** 311:21
**geddis** 266:4
**general** 289:13
311:18 330:17
**generally**
299:13 307:24
321:4 327:10
**generated**
315:2
**genotoxic**
290:23 292:15
299:6 305:21
313:4,5 314:24
314:25 333:3,4
333:8 342:18
**genotoxin**
315:3 316:12
**genotoxins**
333:1
**geoffrey** 268:12
**georgia** 266:22
**give** 272:23
275:13,15

277:11 280:18
281:13 285:9
297:3 317:1
343:6
**given** 313:23
322:3,22 331:6
**glad** 295:8
**glycol** 285:5,16
285:17 286:6
286:15 289:7,8
290:3,4,8,12,13
290:15 291:2
291:15
**go** 279:16
280:21,25
281:4 290:20
292:1 294:19
302:25 309:17
310:8 317:23
322:25,25
338:9 340:19
344:2,3
**godino** 265:12
271:9 348:2,19
**going** 271:2,22
274:15,21
284:3,4 288:16
294:20 295:1
295:16,24
297:25 310:10
310:19 311:13
317:5 318:1,4
320:3 340:21
341:4,11 344:4
344:17

**[good - impurities]**                                                                 Page 12

| | | | |
|---|---|---|---|
| **good**  271:1,17 | **happening** | **higher**  319:13 | **ich**  332:22 |
| 271:18 295:4,6 | 337:21 | 319:23 339:10 | 333:7,15 |
| 295:8 341:16 | **happy**  309:13 | **highest**  317:12 | 334:21 340:15 |
| **gordon**  267:14 | 317:1 343:6 | 317:20 318:6 | 340:21 |
| **gotten**  317:5 | **harding**  267:2 | 318:11 339:11 | **ichq3**  340:1 |
| **grams**  338:21 | **harkins**  266:21 | **highlight**  275:7 | **identical** |
| **grant**  267:15 | 269:7 295:3 | 307:18 | 281:16,17 |
| **graph**  339:17 | 310:7,16 | **hill**  268:3 | **identification** |
| **great**  279:8 | 320:20,25 | **hillwallack.c...** | 280:3 284:13 |
| 280:7 295:22 | 323:3 333:12 | 268:6 | 330:11 332:23 |
| 300:1 | 334:17 340:19 | **hinshaw** | 333:21 339:5,9 |
| **greater**  340:2 | 341:9,21 342:9 | 268:11 | 339:18 340:2 |
| 340:10,14 | 344:13 | **hinshawlaw.c...** | 340:10,15 |
| **greenberg** | **harkinss** | 268:14 | 341:1 |
| 266:20 | 266:23 | **hints**  336:10,17 | **identified** |
| **gtlaw.com** | **harmless** | 337:5 | 300:4 304:6 |
| 266:23 | 316:10 | **hold**  342:20 | 317:13 318:5,7 |
| **guardrail** | **head**  291:16 | **hopefully** | 324:16 325:2 |
| 316:13 | 312:21 | 317:18 | 325:12 |
| **guess**  309:17 | **heading**  303:6 | **hours**  272:17 | **identify**  305:15 |
| **guidance**  270:4 | **hear**  272:6 | **huahai**  266:12 | 306:9 314:22 |
| 270:8 332:23 | 295:4,6 320:20 | **hundred**  293:2 | 315:22 330:10 |
| 333:15,18 | **held**  265:13 | **hundreds** | 331:1,22,23,23 |
| 334:1,4,13,18 | 341:3 | 282:9 | 342:13 |
| 338:10 340:1 | **heller**  268:17 | **hypothesis** | **identifying** |
| 340:15,23 | 271:7 | 285:24 287:10 | 288:2 329:4 |
| **h** | **help**  312:9 | 289:5 | 333:2 340:4 |
| **h**  267:14 270:1 | 317:4,19 | **hypothesizes** | **identity**  298:25 |
| 347:3 | **hereinbefore** | 285:21 | 312:4 |
| **half**  320:6,16 | 348:10 | **hypothetical** | **ii**  265:8 271:5 |
| **halfway**  296:22 | **hetero**  268:2 | 315:11 | **immediately** |
| **hand**  291:20 | **hi**  271:17 | **i** | 322:11 |
| **handful**  341:18 | 341:14 | **iarc**  269:23 | **impurities** |
| **hang**  297:1 | **high**  288:3,4,7 | 284:12 | 270:5,8 299:6 |
| 303:9,10 | 288:9 315:2 | | 299:6 310:4 |

[impurities - june]                                                        Page 13

312:4,5,7,13,14
313:4,4,6
314:10,17
315:14,15
316:19 318:12
319:9,13
330:11 331:2
331:16 332:24
333:3,4,18
334:1 336:6
337:6,6 338:3
340:23 342:22
**impurity**
285:23 287:11
290:23 292:16
305:21 306:9
311:23 312:2,8
312:16 314:20
314:22 315:20
316:3,5,6,14
320:15 327:25
329:2,4,11,13
329:14,17,20
330:6,8,20
331:6,8 332:1
332:15,18,20
334:21 335:1,5
335:16,18
336:19 340:2,9
340:14 342:13
342:18
**inaudible**  335:1
**include**  274:2
290:8 307:16
329:16

**included**
276:11 333:23
**including**  340:4
**incorporate**
297:12,19
**incorporated**
267:6 304:24
**incorporating**
307:7
**incorrect**  281:6
**independent**
306:9 342:14
**indicated**
338:24
**indicates**
338:11,18
340:16
**indication**
302:4
**indications**
301:24
**industries**
266:18
**industry**  270:4
270:8 275:3,4
333:18 334:1
340:23
**inform**  311:13
325:24 326:5
**information**
298:9 299:18
300:6 301:15
301:16 302:1
321:12 337:25
341:23

**inspection**
299:11 310:2
310:19 324:25
**instructions**
339:22 347:4
**intend**  304:17
308:1
**intent**  296:4
**interest**  293:15
**interested**
296:3,22
348:16
**internal**  330:7
**international**
267:6
**interrupt**
322:23
**introduce**
340:20
**introduced**
296:9
**introducing**
333:13
**investigate**
314:19 316:8
322:15
**investigated**
289:5 301:7
**investigating**
294:9
**investigation**
269:16 277:12
279:24 280:10
281:19 290:25
306:1

**investigators**
291:8
**invisible**
335:22,23
**involve**  285:4
286:18 288:12
**involved**
285:15 286:15
290:7 317:13
**ion**  293:25
**ionic**  289:9,23
**ions**  278:2
**irbesartan**
265:4
**issues**  324:15
325:2,7,12
326:1

### j

**j**  265:12 266:4
266:14 269:4
271:14 346:1
348:2,19
**january**  265:15
271:3,20 345:3
347:2 348:21
**jersey**  265:1
266:5 267:10
**jive**  306:1
**journal**  269:18
280:1
**jr**  268:3
**june**  270:6
309:21 333:19
335:13 336:7
336:11 337:4

[june - lots]                                                    Page 14

337:14 338:4
343:17

**k**

**kasparie**
266:14
**katz** 266:3
**keep** 323:6
**kind** 275:15
321:19 323:6
**kirkland**
267:20
**kirkland.com**
267:22
**know** 276:23
277:23,25
278:3,20 282:1
283:12 285:2,6
285:18,21,21
286:5,8,25
287:2,9,12,24
290:5,6,20
291:2,4,17
292:19,19
293:12 295:19
296:13 298:3
298:13,15,16
299:3,7,7,23
301:25 302:1,2
303:4 305:6,24
307:6,7,8,9
308:10 311:3
312:2,23
314:23 315:2,3
315:4,4,6,7
316:10,13

317:7 319:15
320:1 322:15
322:17 323:5
323:25 327:22
330:2,25
332:13,15,18
332:19 333:2,2
338:6,16
339:23 342:5
343:4,18,19
**knowing**
309:24
**knowledge**
346:6
**known** 294:1
297:17,24
298:10 337:25
**knows** 310:21

**l**

**laboratories**
267:13
**labs** 268:2
**largely** 296:3
**late** 293:13
335:15
**laura** 328:8
**lawyers** 273:2
277:24 342:7
**lead** 289:10
**leads** 343:8
**lee** 336:11
337:8
**lee's** 337:18
**legal** 345:23

**level** 315:2,19
318:6,12
319:13,23
339:11
**levels** 316:19
319:9
**levin** 266:8
268:7
**levinlaw.com**
266:10 268:9
345:2
**lexington**
267:21
**liability** 265:5
**limited** 321:20
322:22 330:12
**line** 268:4
347:9
**lines** 274:18
**link** 276:11
**list** 274:2 329:9
**literature**
332:19
**litigation** 265:5
294:13
**little** 311:21
326:11 330:18
**llc** 266:19
**llp** 266:13,20
267:2,8,14,20
268:3,11
**located** 265:14
**location** 330:6
**locations**
265:13

**loeppky** 269:23
273:19 277:20
278:10 282:23
282:25 283:1,3
283:22 284:3
284:11,17
286:2,2 287:18
294:4,6,11
**logical** 287:15
**lomb** 267:6
**long** 273:6
314:2
**look** 277:18
280:22 281:14
285:10 287:14
288:14 291:19
296:12,16,20
322:4 332:18
**looked** 282:5
297:23
**looking** 275:14
280:19 285:12
291:1 303:14
303:15 307:6
317:9
**looks** 282:2
328:25
**losartan** 265:4
336:24 345:4
**lot** 303:20
326:20 342:22
343:3,19
**lots** 291:7

[m - molecular]                                                                Page 15

| m | | | |
|---|---|---|---|
| **m**  266:21 268:12 269:4 271:14 | **manufacturers** 295:11,25 296:5,23 297:8 297:23 298:2 298:11 299:15 299:20 300:3,5 304:6,19 306:16,20 307:1 309:6 311:25 316:18 321:3 326:8 342:10 | **materials**  274:3 283:16 | 325:5 332:22 337:17 |

**ma'am**  286:1
**made**  332:14
**mail**  272:3
**make**  280:20
  285:18 287:10
  287:10 299:4
  306:14 315:16
  331:24 333:7
  347:5
**management**
  306:21
**manhattan**
  266:14
**manufacture**
  302:9,16
**manufactured**
  297:13 319:8
**manufacturer**
  297:12,18
  298:16,24
  299:12 302:7
  302:14,21,22
  303:8,18,23
  304:14 305:3
  311:4 313:11
  314:8 315:7,8
  315:8,12,19
  316:2,3 322:5
  329:24 331:11
  338:1

**manufacturers**
  295:11,25
  296:5,23 297:8
  297:23 298:2
  298:11 299:15
  299:20 300:3,5
  304:6,19
  306:16,20
  307:1 309:6
  311:25 316:18
  321:3 326:8
  342:10
**manufacturing**
  284:24 285:4
  285:15 286:8
  286:16 305:16
  327:24
**mark**  277:5
**marked**  269:19
  274:10 278:16
  279:9 280:2,2
  284:13 333:15
  333:20 340:25
**market**  325:19
  326:13
**marketed**
  304:25 305:22
**marks**  347:6
**martin**  267:2
**mass**  329:6
**massachusetts**
  268:13
**master**  298:14
**material**
  299:24

**materials**  274:3
  283:16
**matter**  265:11
  271:5 347:1
**maximum**
  338:18 339:2
**mazie**  266:3
**mazieslater.c...**
  266:6
**mazzotti**  267:2
**mdl**  265:3
**meagher**
  266:13
**mean**  326:8
  332:4
**means**  313:21
  329:4
**meant**  277:19
  283:17,21
**meat**  293:17
**meats**  289:17
**media**  271:3
  294:25 310:15
**mediated**
  269:21 284:10
  284:15 292:5
**medical**  283:11
  286:1 287:18
**medication**
  272:19
**meet**  295:9
**memory**  275:16
**mentioned**
  282:23 286:17
  302:20 316:23

**325:5 332:22**
  337:17
**message**  272:8
**messaging**
  272:3
**messy**  305:23
**metal**  289:15
**methyl**  287:6
**milligram**
  317:10 319:1
  322:19,20
  338:19
**milligrams**
  317:19 319:5
**million**  318:11
  319:9 320:1,5
  320:15 322:18
  322:19,21
  339:11
**minimum**
  327:21
**minute**  281:13
**minutes**  273:8
  273:9 294:18
  295:16
**mischaracteri...**
  315:25
**mistake**  279:16
**mistakenly**
  274:1
**modified**  301:6
  327:23
**moieties**  286:7
**molecular**
  288:10 328:25

**molecule**
286:22
**moment**   304:1
310:8 321:1
**monogram**
327:20
**monograph**
327:5,7,8,9,20
328:1 330:1
**monographs**
327:11,14
328:4,13
**months**   294:7,8
**morning**   271:1
295:4,6
**move**   275:21
282:22 315:17
326:18
**moved**   306:5
**mulberry**   267:9
**multiple**
309:11 329:5
**murtha**   268:3
**mylan**   267:12
267:12

**n**

**n**   266:1 267:1
268:1 269:1,4
269:4,4,17
271:14,14,14
277:13 279:24
280:10 281:19
289:14
**nagle**   267:20
269:9 341:13

341:15 343:25
**najafi**   265:7
269:16,21
270:4,7 271:4
271:17 273:25
276:9,13,17
277:9 279:23
281:13 284:9
284:23 292:3
293:3 295:4,23
297:6,21 298:8
299:13 301:12
302:6,25
303:19 304:5
305:11 307:11
308:25 309:15
310:7,17
312:25 313:7
314:4 315:16
316:15 317:3
320:2,10,21,24
323:4 326:21
328:3,22
330:12,16
331:15 333:17
333:22 334:9
334:20 335:17
336:4 337:9,24
339:15 340:22
341:9,14,22
343:14 344:1
345:5 347:1
348:4
**name**   271:7
304:7 341:14

347:8
**nanogram**
322:18,20
**naturally**
300:14,20
**ndea**   275:1
285:23 290:23
291:10,12
292:22 297:25
319:13 336:6
337:3
**ndma**   274:24
292:9,22 293:6
293:10,17,21
293:25 294:9
308:22 309:24
318:6,12
319:13 320:15
332:7,8 335:12
335:15,22,25
336:5,12 337:3
339:12
**ne**   266:22
**necessary**
292:9 323:12
**need**   281:8
292:1 297:2
298:19,20
299:4,9 306:1
309:15 312:23
314:22,22,25
315:1,3,5,9
316:11 322:15
327:19 330:4,9
333:24

**neither**   304:5
348:12,14
**never**   322:23
332:16
**new**   265:1
266:5,15,15
267:3,10,21,21
270:5,8 271:22
273:21 283:5
283:16 332:1,4
332:14 333:19
334:1 340:24
**newark**   267:10
**nigh**   266:8
268:7 274:6
275:6 276:1,14
276:20,25
277:7 279:4
280:24 281:2,6
282:8,17
283:24 284:5
286:11,20
288:8,24 289:2
289:25 290:9
290:17 291:23
292:12 293:7
294:2,14 298:6
298:12 299:22
300:8,15,22
301:20 302:11
302:18 304:3
304:22 305:18
306:17 308:3
308:13,17
309:10,22

**[nigh - obviously]**                                                           Page 17

310:23 311:2,9
311:15 312:11
312:18,22
313:2,13,19
314:11 315:24
316:21 318:15
320:8,17
321:25 322:25
323:11,22
324:18,23
325:4,14,20
326:3 327:1,6
329:22 330:23
331:10,20
332:3,12 333:9
335:14 336:8
336:20 337:15
342:16 343:12
344:2,9,15
345:1
**nina** 266:13
**nina.rose**
266:16
**nitrite** 269:22
274:20 284:10
284:16 289:7,9
289:23 290:3
290:12 293:5
293:16,23
336:13
**nitrosamine**
269:21 283:10
284:10,15
309:19 338:2
339:2 343:16

**nitrosamines**
289:14,23
290:5 293:13
293:14 300:4
305:15
**nitrosate**
274:23,25
**nitrosated**
278:2 285:20
286:4 336:23
337:6
**nitrosation**
269:17 277:13
279:25 280:11
289:10 292:5
336:10,17
337:21,22
**nitroso** 281:19
**nitrosodimet...**
287:13
**nitrosodimet...**
269:17 277:13
279:24 280:10
**nitrosonium**
278:2 293:24
**nitrous** 274:23
288:12 293:24
**nj** 345:15
**nmr** 329:8
**non** 313:4
**notary** 346:20
**notations** 347:6
**note** 345:10
347:5

**noted** 271:11
291:20
**notes** 265:10
**notified** 302:21
**novartis** 298:22
298:23 305:2
305:22 315:10
315:11,13
322:13 330:25
342:20
**novel** 332:16
**number** 270:2
274:13 279:17
279:19 294:25
310:15 317:6
318:5,25
338:13,14
**numberdescri...**
269:14
**numbering**
296:16

**o**

**o** 269:4 271:14
**o'reilly** 267:8
**object** 286:11
337:15
**objection** 274:6
275:6 276:1,14
279:4 282:8,17
283:24 286:20
288:8 289:25
290:9,17
291:23 292:12
293:7 294:2,14
298:6,12

299:22 300:8
300:15,22
301:20 302:11
302:18 304:3
304:22 305:18
306:17 308:3
308:13,17
309:10,22
310:23 311:2,9
311:15 312:11
312:18,22
313:2,13,19
314:11 315:24
316:21 318:15
320:8,17
321:25 323:11
323:22 324:18
324:23 325:4
325:14,20
326:3 327:1,6
329:22 330:23
331:10,20
332:3,12 333:9
335:14 336:8
336:20 342:16
343:12
**obligations**
303:22
**observing**
315:19
**obvious** 305:1
308:23
**obviously**
295:13 298:19
301:22 304:24

[obviously - pdf]                                                    Page 18

307:9 315:3
316:6
**occurred** 336:6
**offer** 296:4
304:17 308:2
**oh** 276:6,22
277:4 279:18
280:6 281:23
283:1 284:7
285:1,8
**okay** 274:15
275:13,18
276:22 277:10
277:11 278:5
278:12 279:8
280:4,7 281:15
282:4,12,22
284:1,2,14
285:13 286:10
286:13 287:5
287:20 288:1
288:11,14,18
289:3,19
291:13 293:3
293:20 294:16
295:5,21 296:6
297:2 303:3,10
304:4 307:18
317:25 318:8
318:21 320:18
323:3 324:4
328:9 333:11
334:8,14,23
338:15 342:8
342:25 343:8

343:14,22,25
344:2,9,15
**once** 327:23,23
330:5
**ones** 272:13
**online** 278:12
280:16
**open** 272:1,4
272:12
**operates**
313:17
**opinion** 282:21
287:16,17
291:11 297:22
299:14 300:2
305:8,13,19
306:2 309:1
315:17,18
317:2 336:14
343:1,7
**opinions**
273:22 274:4
278:6 279:10
282:15,16
296:4 304:13
304:17,21
306:15,19
307:2 308:1
**opposed** 305:22
**oral** 265:6
**order** 299:4
302:8,15
**organic** 301:14
**outcome** 307:9

**own** 305:24
**oxford** 267:15

**p**

**p** 266:1,1 267:1
267:1 268:1,1
268:3
**p.o.** 267:3
**pacific** 265:16
344:20
**page** 269:3,14
270:2 274:9,12
274:15 275:20
275:23 281:14
285:10 288:14
288:18 291:19
291:21 296:12
296:15,16,18
302:25 303:2,5
303:10,12,13
317:3,6,6,10,23
318:6,17 319:5
319:6 334:7,12
334:15,16,17
334:18 338:10
338:12,13
339:16,16
347:9
**pages** 269:24
270:6,9 284:13
333:20 340:25
**papantonio**
266:8 268:7
**paper** 289:11
290:19,20
291:22

**papers** 290:7
290:15
**paragraph**
296:20 297:3
303:20 304:1
306:24 307:14
317:9,15 318:6
318:10,14,19
318:22 319:7
**paragraphs**
318:2,20
**parkway** 266:4
**part** 322:20
**particular**
332:10 336:9
**parties** 348:14
**parts** 305:9
318:11 319:9
320:1,5,14
322:17,19
339:10
**passage** 275:24
**past** 272:17
**patents** 327:22
**pathway**
277:18 278:3
**patients** 325:24
326:8
**pause** 295:20
**pdf** 278:16
288:14,18
291:21 296:15
296:18 303:2,5
303:10,14
317:7 334:15

**[pdf - present]**                                                          Page 19

334:19 338:14
339:17
**peak** 315:22
**peaks** 322:10
322:12,16
331:21
**pelta** 268:17
271:7
**peng** 278:17,25
279:9
**pennsylvania**
267:16 268:5
**pensacola**
266:9 268:8
**percent** 313:5
314:13,17,18
314:20 316:4
320:5,14
338:24 339:6
**perfect** 274:16
**perform** 301:15
311:12 321:21
324:20 326:12
328:14,18
329:19 330:19
331:4,16 332:6
337:11
**performed**
289:8 304:19
307:22 316:17
321:12 325:18
327:15 328:17
331:18 337:2
343:11

**performs**
330:22
**personally**
293:4,8,9
**pfizer** 267:6
**ph.d.** 265:8
269:4 271:14
347:1
**pharma** 266:18
267:7,18 311:6
321:3 323:7
324:9,17,20
325:11,18
326:21,25
328:18 329:16
329:19 330:19
331:9,19
**pharma's**
310:19
**pharmaceutical**
266:12,18
275:3,4 329:23
**pharmaceutic...**
266:18 267:6
267:12,18
268:10
**phd** 345:5
**phone** 281:22
319:18,19
**physical** 269:19
280:1
**physicians**
325:24 326:9
**piedmont**
266:22

**pietragallo**
267:14
**pietragallo.co...**
267:17
**pill** 338:20
**pills** 319:1,5
320:1
**pittsburgh**
267:16
**pizzi** 267:8
**place** 294:22
299:10 310:12
330:6 341:6
344:6 348:10
**placed** 333:14
**plaintiffs** 266:2
273:1 276:8
278:13,24
328:8
**platform**
272:14
**please** 271:12
290:10 296:16
316:25 317:15
340:6 347:5,7
**plenty** 291:3
336:12
**plunkett** 328:9
**plus** 292:17,18
324:3
**point** 287:3
289:21 311:18
313:15 314:23
318:23,25
324:15 340:8

**pointed** 277:24
310:3 315:14
315:14 319:17
319:17
**pointing** 278:4
309:24 312:3,3
312:5 343:20
**points** 333:1
338:7
**policies** 306:16
**poor** 326:17
**portion** 276:24
277:2 302:8,15
**possession**
277:21 284:20
**post** 324:25
**potential** 300:4
305:15 309:19
310:3 343:15
**potentially**
291:3 329:8
**ppm** 318:5
**pre** 310:4
**prepare** 310:25
**prescribed**
299:2 323:25
330:1
**prescribes**
299:3
**presence** 290:2
293:5,23 294:9
333:4
**present** 268:16
286:6,7,21
287:14 291:5

[present - quality]                                                    Page 20

| | | | |
|---|---|---|---|
| 301:2 318:12 325:12 326:2 331:17 332:10 | proceedings 265:11 344:19 | products 265:5 270:9 302:9,16 309:20 311:13 | pull 284:2 purification 287:1,2 |
| **presented** 289:11 | **proces** 292:10 **process** 275:2 | 326:12,24 327:16 329:21 | **purposes** 313:24 314:6 |
| **pretty** 327:25 | 285:7 286:8,9 | 331:8 332:25 | 320:2,12 328:6 |
| **prevent** 272:20 | 286:21 293:22 | 340:24 343:17 | 328:10 |
| **previous** 318:14 | 297:7,24 298:4 298:10 300:7,9 | **professional** 348:20 | **put** 276:16 277:7 279:14 |
| **previously** 269:19 273:23 | 301:16,17,24 302:2 304:18 | **profile** 312:2 **pronunciation** | 316:13 **putting** 279:21 |
| 280:2 282:3 296:9 332:8 | 305:14,16 307:16 | 283:2 **properties** | **q** |
| 338:25,25 | **processes** 274:21 284:24 | 335:7 **proposition** | **q3a** 270:4 332:22 333:1,2 |
| **primarily** 305:20 | 285:4,15 286:16,18 | 275:19 276:9 **proprietary** | 333:7,15,18,25 334:21 338:10 |
| **prior** 278:6 279:10 282:13 | 288:12 297:17 299:19 | 297:16 **prospectively** | 340:15 **q3b** 270:8 |
| 283:20 284:21 309:20 319:5 | **product** 297:14 302:5 303:17 | 329:25 **protocols** 325:8 | 332:22 340:21 340:23 |
| 335:13 336:6 336:11 337:3 | 305:21 307:8 308:22 311:19 | **provide** 321:8 323:17,18,19 | **qa** 310:1 **qualification** |
| 337:14 338:3 343:17 348:3 | 312:17 321:7,8 321:13,17,22 | 323:23 324:2,6 339:21 | 303:6,16 304:18 305:12 |
| **private** 272:9 333:14 | 321:23 322:1 324:21,25 | **provided** 276:8 276:18 278:14 | 306:10 307:15 309:8 339:18 |
| **probably** 293:2 294:3,7,8 | 325:11,17,25 325:25 327:2,3 | 283:4,15,22 307:5 309:12 | **qualify** 305:7 **qualifying** |
| **problem** 285:1 **procedure** | 327:23 328:19 330:4 331:6,12 | 338:6 342:6 **providing** | 303:23 **qualitative** |
| 330:1 **procedures** | 331:13,17 342:19 | 272:20 282:13 **public** 346:20 | 335:7 **quality** 299:10 |
| 327:24 **proceeding** | **production** 289:14 297:25 | **publications** 269:23 284:12 | 299:11 303:24 306:16,21,25 |
| 295:14 | | | 307:1,4 310:1 |

[quality - refers]                                              Page 21

310:2,5 325:25
**quenching**
  274:19 284:24
  285:4,15
  286:18 297:24
**question**
  285:13 286:12
  287:20,23
  289:9,19
  290:10 291:14
  293:8 297:6
  298:1,8,15
  299:17 300:16
  302:12 306:13
  308:15 309:17
  310:1 312:10
  313:7,24 314:3
  314:7 317:4
  318:4,9 319:12
  320:3,12
  321:19,24
  323:2,4 326:16
  326:17 328:7
  328:11,20
  330:17 335:17
  336:4 340:6
  342:1,2 343:9
  344:1
**questioned**
  341:20
**questioning**
  295:2,14,21
  321:2 344:11
**questions**
  295:23 303:21

341:10,12,18
344:16
**quick**  341:18
**quickly**  317:16
**quote**  274:21

**r**

**r**  266:1,13
  267:1 268:1
  269:4,4 271:14
  271:14 346:1
  347:3,3 348:1
**r.n.**  269:23
  284:11
**r2**  270:8 340:23
**rafferty**  266:8
  268:7
**raised**  310:5
**ramin**  265:7
  345:5 347:1
  348:4
**ran**  305:22
**raspanti**
  267:14
**raw**  323:20
**reaction**  275:1
  289:5,13 290:7
  290:12 294:1
**reactions**
  292:21
**read**  276:10
  278:5 282:13
  282:14,19
  284:20 294:4
  297:2 317:15
  317:17,19

318:2 345:9
346:3
**reading**  285:2
  289:18 297:1
  347:4
**reagents**  301:2
**real**  337:9
**really**  290:22
  291:14 300:23
  300:24 311:20
  321:23 322:13
  332:13
**realtime**  348:21
**reason**  272:22
  280:25 345:11
**reasonable**
  300:2
**recall**  274:8
  276:13 278:18
  279:3 293:12
  293:17 298:5
  310:22 321:4
  324:10,12
  343:4,13
**receipt**  345:18
**received**  280:2
  284:13 324:9
  333:20 340:25
**receiving**
  324:15
**recent**  316:6
**recess**  294:22
  310:12 341:6
  344:6

**recognized**
  275:2
**recommend**
  330:10
**recommendat...**
  333:8
**reconfirm**
  271:23
**record**  271:2
  271:12 272:10
  280:21,25
  281:5 294:19
  294:21,24
  310:8,10,14
  341:3,5,8
  344:5,8,18
**recorded**  271:4
**refer**  306:25
  336:25
**reference**
  296:23 297:8
  297:19 307:13
  317:10 319:4
  329:7 337:20
**referenced**
  345:6
**references**
  302:10,17
  319:8
**referring**  275:8
  312:7,12,13
  321:18 327:5
  336:18
**refers**  328:24

**[refresh - review]**                                                    Page 22

| | | | |
|---|---|---|---|
| **refresh**  275:16 | **releases**  329:21 | 319:6 321:1 | **requirement** |
| 277:9 304:1 | **releasing**  321:7 | 323:24,24 | 302:6,13 |
| 334:7 | 321:7 323:14 | 328:8 | **residual**  299:1 |
| **regard**  296:5 | 324:24 326:13 | **reported**  318:7 | 312:5,8 322:6 |
| 300:16 312:9 | **relied**  284:21 | 318:12 319:8 | 322:8 333:4 |
| **regarding** | 305:4 | 319:13,23 | **respect**  301:13 |
| 289:20 310:3 | **rely**  292:16,21 | 332:16,20 | 304:13,20 |
| **regardless** | **relying**  278:11 | 339:2,11 | 309:1 312:8 |
| 315:23 | 282:15,20 | **reporter**  271:9 | 313:17 314:9 |
| **regards**  309:2 | 283:6 | 271:12 276:5 | 337:13 |
| **registered** | **remember** | 284:25 319:3 | **response**  272:5 |
| 348:20 | 342:15 | 320:22 330:15 | 273:10 303:21 |
| **regulatory** | **remind**  294:18 | 347:8 348:20 | **responsibility** |
| 299:2 | 294:19 | 348:20,21 | 299:7 |
| **relate**  341:19 | **remotely** | **reporting** | **responsible** |
| **related**  273:14 | 322:24 | 312:25 313:3,6 | 289:14 298:17 |
| 312:14 325:22 | **remove**  325:16 | 313:9,10,17,22 | 331:12,13 |
| 326:5 327:21 | **repeat**  290:10 | 314:5,16 | **responsive** |
| 327:25 342:4 | 302:12 326:16 | 315:20 316:4 | 322:24 |
| **relates**  298:14 | 340:6 | 320:4,6,11,13 | **result**  293:5,25 |
| 299:25 312:4,5 | **repeatedly** | 320:16 338:23 | 297:25 308:6 |
| 312:13 313:3 | 316:5 330:3 | 339:1,22 | 313:12 |
| 333:3 | **report**  273:18 | **represent** | **results**  289:11 |
| **relating**  294:13 | 274:2,9 276:10 | 278:22 328:6 | 307:21 309:5 |
| **relative**  348:13 | 282:11,14 | 341:17 | 316:17 323:18 |
| 348:15 | 283:7,12,13,21 | **representing** | 323:21 |
| **release**  321:22 | 283:21 284:21 | 271:8 | **retained** |
| 323:9,10,13 | 285:7,11 296:8 | **requested** | 294:12 328:8 |
| 324:21 325:7 | 296:13,17 | 321:20 | **retention**  335:8 |
| 328:18 330:4,4 | 299:16 302:25 | **require**  314:7 | **return**  345:13 |
| 330:5,21 | 303:1,13 304:7 | 328:14 | 345:17 347:8 |
| **released**  323:15 | 304:10,11 | **required** | **review**  273:13 |
| 325:11,17 | 305:9 315:5,21 | 313:11 315:21 | 281:8 285:6 |
| 326:1,24 331:8 | 316:7,11,12 | 321:15 323:8 | 286:2 305:11 |
| 331:18 342:19 | 317:4,19,23 | 326:12,14 | 306:9,25 |

**[review - see]**                                              Page 23

307:20,25
309:13 311:22
316:16,23
318:8 333:23
341:22 342:14
343:6,9 345:7
**reviewed**
273:18,19
278:19 282:9
282:10 283:17
283:20 298:9
298:14 299:18
299:24,25
308:4,10 309:5
312:15 318:11
319:23 341:25
342:4,6 343:2
343:3,19,23,24
**reviewing**
281:4
**revision**  270:5
270:9 333:19
340:24
**riddell**  267:2
**right**  275:11
277:1 279:13
281:11,18,25
282:22 287:1,1
291:20 295:13
295:17,19,23
296:19 300:21
301:19 303:15
305:10 306:11
315:13 318:18
318:21,24

321:13 322:20
326:9 328:11
329:14 332:2
334:9,20
340:12 344:12
**ringing**  281:22
319:18
**risk**  274:22
298:19 300:24
301:1,9,23
306:4,4,7
342:11
**road**  266:22
268:4
**role**  289:22
**ron**  265:7
271:4 345:5
347:1 348:4
**room**  344:3
**root**  285:24
290:21 292:14
292:15 300:10
300:18,23
**rose**  266:13
269:6 271:16
274:11,14
275:11,21
276:6,16,22
279:14 281:1,3
281:11,12
284:2,7 285:1
286:13 288:16
291:19,25
294:17 295:1
344:14

**roseland**  266:5
**rosemarie**
267:2
**rosemarie.bo...**
267:4
**route**  301:4,6
**routes**  298:18
300:25 301:22
**row**  338:20
**rpr**  265:12
348:2
**rushed**  306:3,7
342:10,12

**s**

**s**  266:1 267:1
268:1 270:1
347:3
**sartan**  337:6,22
**sartans**  336:24
337:23
**saw**  305:23
322:13 330:25
337:22
**saying**  326:7
337:1
**says**  289:4
301:4
**scanned**  282:20
**schedule**  311:8
311:10
**scheduled**
310:20
**scheme**  289:13
**sciegen**  268:10

**science**  332:9
**scientific**
269:23 274:3
284:12
**screen**  275:9
277:1 303:11
**se**  277:20
**sec**  275:13
277:11
**second**  275:15
280:18,22
285:9 297:1,3
303:9 318:5,22
334:22,25
**secondary**
269:22 284:11
284:16 289:6
289:10 292:5,8
292:10
**section**  275:7
296:21 303:11
304:7,11 318:3
318:16 319:7
**see**  271:17,18
275:8 276:23
277:8 280:5,9
281:9 285:23
287:1,14
291:22 296:25
303:6 307:17
309:16 313:11
314:17,21
316:5 322:10
330:2,5 332:19
334:20,21

**[see - spoke]**                                                                 Page 24

| | | | |
|---|---|---|---|
| 335:3,4 339:19 | 343:6 | **six** 317:8 | 283:1 287:22 |
| 339:24 340:5 | **sheet** 345:11 | **size** 315:23 | 288:16 292:1 |
| 340:11 342:22 | 347:5,7 | **skadden** | 318:16 319:19 |
| **seeing** 312:21 | **short** 340:13 | 266:13 | 337:1 340:7 |
| 316:20 322:11 | **show** 279:19 | **skadden.com** | **sort** 307:7 |
| **seem** 281:20,25 | 312:1,23 | 266:16,16 | 310:5 |
| **seems** 282:2 | 313:14 | **slate** 266:13 | **sound** 326:20 |
| **seen** 276:20 | **showed** 280:15 | **slater** 266:3 | **source** 291:12 |
| 279:6,8 308:18 | 282:3 | **small** 296:17 | **south** 266:9 |
| 308:20 309:18 | **showing** 277:18 | 303:12 | 268:8 |
| 309:23 343:14 | 303:11 330:8 | **smaller** 339:23 | **speak** 273:6 |
| **sees** 316:3 | **shown** 272:14 | **sodium** 274:19 | 285:12 311:16 |
| **sent** 278:24,24 | 319:16 347:8 | 274:19 275:24 | **speaking** 287:4 |
| 279:1 345:14 | **shows** 288:24 | 289:7 290:3,12 | 307:24 313:25 |
| **sentence** | 314:21 329:2 | 293:5,15,23 | 319:2 |
| 288:15,19 | 330:21 | 336:13 | **speaks** 291:17 |
| 296:22 | **sic** 316:24 | **software** 272:1 | **specific** 287:20 |
| **separating** | **side** 311:4 | 272:4 | 304:19 308:2 |
| 329:9 | 344:12 | **solely** 335:6 | 308:11 311:19 |
| **session** 272:25 | **sign** 345:12 | **solutions** | 313:8 328:15 |
| 273:14,20,25 | 347:7 | 345:23 | 330:18 333:7 |
| 276:18 278:15 | **signature** | **solvent** 285:5 | 342:1 |
| 278:23 282:6 | 347:20 348:18 | 285:16 299:1,6 | **specifically** |
| 283:4,16,23 | **signed** 345:20 | 316:10 322:7,8 | 274:8 286:24 |
| **set** 283:6 | **similar** 298:22 | 333:4 | 290:8 296:6,21 |
| 312:16 314:6 | 306:13 | **solvents** 302:3 | 298:11 301:13 |
| 327:14 348:10 | **simple** 305:23 | 312:6,8 322:6 | 309:2 329:14 |
| **sets** 327:21 | **simply** 286:9 | 322:10 | 343:4,20 |
| **seven** 317:24 | 306:3 307:6 | **sorry** 272:6 | **specifications** |
| 322:6,9 | **simultaneous** | 274:12 275:3 | 321:16 327:3,4 |
| **shampoos** | 287:4 313:25 | 275:12 276:6 | 327:5 |
| 289:15 | 319:2 | 277:4 278:15 | **speculated** |
| **share** 279:22 | **single** 317:10 | 278:24 279:15 | 291:9 |
| 303:12 317:1 | **situation** | 279:18 281:2 | **spoke** 273:7 |
| 333:14 334:5 | 315:11 | 281:23,23 | |

[spoken - take]                                                   Page 25

| | | | |
|---|---|---|---|
| **spoken** 273:1 | 298:13 | 337:14 338:3 | 306:14 315:16 |
| **standard** | **stoy** 267:14 | **substances** | 326:17 328:16 |
| 327:21 | **street** 266:9 | 270:5 313:18 | 331:24 332:6 |
| **standards** | 267:9,15 268:8 | 327:15 332:24 | 340:8 |
| 311:23 312:8 | 268:12 | 333:8,19 334:2 | **surprise** 310:21 |
| 312:16 329:8 | **strike** 304:16 | **substantial** | 311:6 |
| **start** 328:20 | 326:18 328:19 | 274:22 | **suspecting** |
| **starting** 340:8 | 329:18 | **substantiated** | 318:1 |
| **starts** 296:23 | **structural** | 283:10 | **swear** 271:13 |
| 318:17 | 328:22,24 | **substantiates** | **switching** |
| **state** 268:12 | 329:3,12,16,19 | 278:10 | 311:21 |
| 346:20 | 330:19 331:5,7 | **sufficient** 305:6 | **sworn** 271:15 |
| **stated** 304:15 | 331:16,25 | 307:10 308:7 | 346:16 348:4 |
| 328:7 | 332:6 335:5,11 | 308:23,24 | **synthesis** |
| **statement** | 336:5,18,21,22 | **suite** 265:15 | 298:18 300:25 |
| 274:18 289:18 | 337:2,12 338:2 | 266:22 268:4 | 301:1,4,22 |
| 289:20,21 | **structurally** | **sun** 269:18 | **synthetic** 301:6 |
| 326:19 | 335:20 | 276:3,11 278:3 | **systems** 306:21 |
| **statements** | **structure** | 278:4,5,13 | 311:13 |
| 283:6 291:8 | 328:25 340:4 | 280:1,12 | |
| **states** 265:1 | **subject** 311:14 | 282:12 | **t** |
| 289:21 | **submitted** | **supplier** 303:7 | |
| **stenographer** | 299:20 | 303:16,24 | **t** 270:1 346:1 |
| 273:11 314:1 | **subscribed** | 304:18 305:12 | 347:3,3 348:1 |
| 320:19 341:2 | 346:16 | 306:10 309:7 | 348:1 |
| **stenographic** | **subscriber** | **support** 273:22 | **tab** 276:16 |
| 265:10 271:12 | 327:12 | 274:4 275:24 | 279:14 284:3,6 |
| **stenographic...** | **substance** | **supported** | 284:8 288:17 |
| 348:9 | 302:20 303:7 | 276:9 | 288:24 289:1 |
| **step** 274:22 | 303:16 313:23 | **supports** | **table** 291:25,25 |
| 287:1,2 340:5 | 314:6,7,9 | 277:24 323:21 | 292:2,4 |
| **steps** 325:16,24 | 315:22 321:13 | **supposed** 322:9 | **tablet** 317:11 |
| 337:11,13 | 321:16,21 | **sure** 275:10 | 317:13 |
| **steven** 266:21 | 323:10,10,13 | 280:20 283:14 | **take** 277:17 |
| 295:6 297:3 | 332:10 335:12 | 299:4 302:13 | 294:17 295:16 |
| | | | 296:12,20 |
| | | | 304:1 320:9,10 |

[take - time]                                                    Page 26

320:25 322:3
325:16,23
337:11 340:19
342:23 344:3
**taken**  265:12
271:5 337:13
340:4,16 347:2
348:9
**takes**  294:22
310:12 341:6
344:6
**talked**  290:11
303:20
**talker**  285:2
**talking**  274:9
274:18 301:12
314:12,13
319:1 338:12
**tasked**  323:14
329:10
**tea**  274:20
284:24 285:3
285:15 286:18
288:11 297:24
**team**  330:7
**tell**  286:6
**temp**  342:20
**temperature**
288:6
**ten**  273:8,9
334:23
**terminus**
266:21
**tertiary**  269:22
284:11,16

289:11
**test**  298:21
299:1 326:24
**tested**  292:11
331:8
**testified**  271:15
282:4 301:14
311:6 326:11
342:2
**testify**  348:5
**testimony**
272:20,23
284:19 297:22
298:5 310:22
315:25 316:16
324:8,14 325:6
336:25 337:7
337:18 341:19
342:9 345:9,18
346:4 347:5
348:8
**testing**  307:16
307:21 308:5
308:11 309:3,6
309:7,8 314:8
321:4,20,21,23
323:18,20,25
324:21,24
325:7,8,17,22
326:5,12
327:15 328:14
328:17,18
330:21 331:18
343:10

**tests**  321:12,15
321:18 323:8
326:14
**teva**  266:18,18
295:2,10 296:1
298:11,14,24
299:23 301:21
304:6 305:12
306:10 307:21
308:5,19
309:18,24
310:2 315:12
337:25 342:4
342:14 344:10
**text**  275:14
**textbook**  275:1
**thank**  273:13
275:21 283:1
292:2 295:22
310:7 341:9,16
344:1,16
**thanks**  275:12
**theoretical**
269:16 277:12
279:24 280:10
281:19
**thing**  307:12
315:13 337:18
**things**  271:23
302:5 321:6
326:9 329:9
336:17
**think**  279:15,21
283:11 288:21
303:10,20

306:2 308:14
308:14 309:16
312:12 322:10
323:1 325:5
326:19 332:21
333:1 336:10
336:15
**thirds**  307:14
**thorough**
299:11
**thoroughly**
290:18 298:20
**three**  267:9
276:8 283:15
292:19 293:2
**threshold**
313:1,3,9,10,12
313:17,22
314:5,16
315:21 316:4
320:4,6,12,13
320:16 338:23
339:1,5,9,22,23
340:3,10,15
**thresholds**
313:6 338:11
**time**  265:16
275:18 277:22
281:8 282:6
293:19 294:21
294:24 310:11
310:14 322:22
325:11,18
326:1 330:5,12
335:8 341:5,8

[time - unknown]                                              Page 27

344:5,8,15,18
344:20 345:19
348:9
**timeframe**
345:8
**times**  273:4,5,7
309:11 326:20
339:10
**title**  277:12
280:9
**titles**  281:16
**today**  271:19
272:23 278:21
304:15 310:20
**toiletry**  289:16
**told**  274:1
278:22
**took**  306:3,3
**top**  291:16,20
296:20 312:21
318:17 338:10
**torrent**  267:18
267:18 296:1
304:6 305:13
308:5,19
315:13 338:1
341:11,17,22
341:24 342:5
343:2,10,15
344:10
**torrent's**
316:24
**township**  268:4
**track**  323:6

**trans**  291:1
**transcript**
265:10 345:6
345:20 346:4
347:5,6 348:8
**transform**
290:4
**transformation**
286:22 291:1,5
291:6
**transformatio...**
292:16
**transformed**
285:22
**transforms**
285:19
**translatable**
292:20
**translates**
322:18,19
**traurig**  266:20
**tree**  339:18
340:9
**tri**  287:12
290:23
**trialkyl**  278:1
283:9 285:19
286:3
**triethylamine**
274:25 278:1
287:11,15
290:2 291:10
291:12 292:22
**trimethylamine**
269:18 274:24

277:14,25
279:25 280:11
290:2 292:21
292:25
**tripropyl**
292:25
**tripropylamine**
278:1 292:23
292:24
**true**  342:5
346:5 348:8
**truth**  348:5,5,6
**try**  285:23
323:6
**trying**  283:14
290:24 292:14
331:1 336:16
**tuesday**  271:2
**turn**  295:1
302:24 317:3
319:19 334:12
338:9 339:15
341:11
**two**  273:7
280:22 281:9
292:17,18
307:14 318:19
318:23 338:21
**type**  301:18
**typically**  322:5
331:3 332:2

**u**

**u**  346:1
**under**  302:9,16
338:20 339:17

**undergo**  278:3
**understand**
295:9,12,15,25
299:15 303:19
304:13 306:14
307:11 308:25
315:17 324:4
324:14 330:17
332:21 336:14
337:10
**understanding**
333:7 344:9
**understood**
293:1 302:23
323:16 325:23
328:2 331:14
336:2
**undertake**
331:6
**undetected**
336:1
**unidentified**
311:23 312:15
314:9 315:20
316:19 329:1
329:13,20
330:20 331:5,7
331:15,21
332:1,10,15,24
334:21,25
**unit**  271:3
294:25 310:15
**united**  265:1
**unknown**  332:8
332:9,18

**unrelated**
  309:7
**unsure** 323:5
**untargeted**
  298:22
**upfront** 301:8
**usa** 266:18
**use** 285:4,16,17
  286:19 288:12
  290:15 291:14
  328:14
**used** 278:17,25
  279:9 286:16
  288:7 345:20
**using** 326:25
**usp** 299:3
  312:14 327:5,8
  327:10,12,20
  327:23 328:4
**uv** 335:24,25

**v**

**vague** 320:17
**valeant** 267:6
**validating**
  303:24
**valsartan** 265:4
  271:6 286:22
  294:13 309:20
  309:20,25
  317:11,13,20
  318:7,13
  319:14,24
  320:4,15
  335:12,18,20
  336:6,9,10,23

337:3,14,23
338:3,20 339:3
339:12 343:16
345:4 347:1
**value** 339:6
**various** 265:13
  294:9 299:2
  301:2 302:1,2
  305:9
**verify** 345:9
**verifying** 289:4
**veritext** 271:8
  271:10 272:14
  345:14,23
**veritext.com.**
  345:15
**vicinage** 265:2
**video** 271:4
  294:20,24
  310:10,14
  341:4,8 344:4
  344:8,17
**videoconfere...**
  265:13
**videographer**
  268:17 271:1,8
  274:12 294:20
  294:23 310:9
  310:13 334:6
  334:15 341:4,7
  344:4,7,17
**videotaped**
  265:5
**volatile** 335:16

**volume** 265:8
  271:5

**w**

**wallack** 268:3
**walsh** 267:8
**walsh.com**
  267:11
**want** 284:5
  285:10 304:1
  306:13 307:12
  309:4 311:18
  311:19 312:1
  313:14 315:16
  318:1 322:15
  322:23 331:3
  333:6 337:9
  342:5,22 343:5
**wanted** 315:15
**way** 307:14
  308:10
**we've** 294:5
**website** 275:23
**wednesday**
  265:15
**week** 297:21
  310:18 321:2
  324:9
**weight** 288:10
**went** 271:23
**west** 266:14
**william** 268:3
**window** 328:1
**wish** 290:19,19
**witness** 265:14
  271:13 277:10

345:8,10,12,19
**wmurtha** 268:6
**word** 320:9,11
**work** 325:8
**working** 275:2
  279:21 289:15
  311:5 325:2
**writing** 283:20
**wrong** 317:6
**wrote** 319:4

**x**

**x** 265:8 269:1
  270:1

**y**

**yardley** 268:5
**yeah** 277:16
  280:8,14 288:4
  289:2 291:18
  319:15,21
**year** 293:18
**years** 293:2
  294:3
**yep** 335:1
  344:14
**york** 266:15,15
  267:3,21,21

**z**

**zhejiang**
  266:12
**zhi** 269:18
  279:25
**zhp** 269:19
  275:4 280:2
  286:16,22

**[zhp - zoom]**    Page 29

291:6 301:6,24
304:20 306:2
307:2 315:12
316:24 319:7
322:5 323:14
337:20 339:2
341:24 344:10
**zhp's**   284:23
285:3,14 286:7
286:17 291:4
298:10,14
299:19,25
300:6,9 304:24
305:5,16,24
316:20 342:4
**zinc**   274:20
284:23 285:3
285:14 286:18
288:11 292:9
**zoom**   265:13
271:25 277:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.