# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER PARTIALLY EXCLUDING THE OPINIONS OF STEPHEN HECHT AND RAMIN NAJAFI** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order partially excluding the opinions of Plaintiffs' experts Stephen Hecht and Ramin Najafi, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

Defendants' Motion to Partially Exclude the Opinions of Stephen Hecht and Ramin Najafi is Granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J.