UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

### CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT MICHAEL B. BOTTORFF, PHARM. D.

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to exclude the testimony of Michael B. Bottorff, Pharm. D.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the 8/2/2021 Expert Report of Michael Bottorff.

3. Attached hereto as **Exhibit B** is a true and accurate copy of 1/12/2022 Expert Report of Michael Bottorff.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the 3/25/2022 Deposition Transcript of Michael Bottorff.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the 9/16/2021 Deposition Transcript of Michael Bottorff.

|  |  |
|---|---|
|  | **NIGH GOLDENBERG RASO VAUGHN, PLLC** |
|  | Attorneys for Plaintiffs |
|  |  |
|  | By: /s/ C. Brett Vaughn |
| Dated: March 13, 2023 | C. Brett Vaughn RN, BSN, JD |
|  | NIGH GOLDENBERG RASO & VAUGHN, PLLC |
|  | *Attorneys for Plaintiffs* |
|  | 712 H Street NE |
|  | DPT 32022 |
|  | Washington, D.C. 20002 |
|  | Tel: 202-792-7927 |
|  | Fax: 612-792-7927 |
|  | Email: bvaughn@nighgoldenberg.com |