# Exhibit B

Page 1

1

2          UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF NEW JERSEY

3                 CAMDEN VICINAGE

4    ----------------------------------------X

5

     IN RE:  VALSARTAN, LOSARTAN, AND   MDL NO.

6    IRBESARTAN PRODUCTS LIABILITY        2875

     LITIGATION

7

     This Document Relates to All Actions

8

9    ----------------------------------------X

10

11       CONFIDENTIAL VIDEOTAPED DEPOSITION

12                    OF

13        KALIOPI PANAGOS, PharmD, R.Ph.

14          Wednesday, January 11, 2023

15

16

17

18

19

20

21

22

23   REPORTED BY:

24   LINDA J. GREENSTEIN

25

Page 2

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2              January 11, 2023
 3              10:20 A.M.
 4
 5
 6
 7           Confidential Videotaped
 8   Deposition of Kaliopi Panagos, PharmD,
 9   R.Ph., taken by Defendants, held at
10   Lieff Cabraser Heimann & Bernstein,
11   LLP, 250 Hudson Street, 8th Floor,
12   New York, New York 10013, before Linda
13   J. Greenstein, a Certified Shorthand
14   Reporter and Notary Public of the
15   States of New York and New Jersey.
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S:
 3
 4   RIVERO MESTRE, LLP
        Counsel on behalf of Plaintiffs
 5        2525 Ponce de Leon Boulevard
          Suite 1000
 6        Miami, Florida 33134
 7   BY:   JORGE MESTRE, ESQ.
          jmestre@riveromestre.com
 8
          ZALMAN KASS, ESQ.
 9        zkass@riveromestre.com
10
11   PRETI FLAHERTY BELIVEAU & PACHIOS
        CHARTERED, LLP
12   Counsel on behalf of Maine Automobile
        Dealers Association and the Plaintiffs
13        One City Center
          Portland, Maine 04101
14
        BY:   GREGORY P. HANSEL, ESQ.
15        ghansel@preti.com
16        ELIZABETH F. QUINBY, ESQ.
          equinby@preti.com
17
18
        HOLLIS LAW FIRM
19   Counsel on behalf of Plaintiffs
          8101 College Boulevard
20        Suite 260
          Overland Park, Kansas 66210
21
        BY:   C. BRETT VAUGHN, ESQ.
22        brett@hollislawfirm.com
          (Appearing Via Zoom)
23
24
25
```

Page 4

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S: (Continued)
 3
 4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        Counsel on behalf of Plaintiffs
 5        250 Hudson Street
          New York, New York 10013
 6
        BY:   RACHEL J. GEMAN, ESQ.
 7        rgeman@lchb.com
 8
 9   KANNER & WHITELEY, LLC
        Counsel on behalf of Plaintiffs
10        701 Camp Street
          New Orleans, Louisiana 70130
11
        BY:   CONLEE S. WHITELEY, ESQ.
12        c.whiteley@kanner-law.com
          (Appearing Via Zoom)
13
14
        HONIK, LLC
15   Counsel on behalf of Plaintiffs
          1515 Market Street
16        Suite 1100
          Philadelphia, Pennsylvania 19102
17
        BY:   RUBEN HONIK, ESQ.
18        ruben@honiklaw.com
          (Appearing Via Zoom)
19
20
        LEVIN PAPANTONIO RAFFERTY
21   Counsel on behalf of Plaintiffs
          316 South Baylen Street
22        Pensacola, Florida 32502
23   BY:   DANIEL NIGH, ESQ.
          dnigh@levinlaw.com
24        (Appearing Via Zoom)
25
```

Page 5

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S: (Continued)
 3
 4   GREENBERG TRAURIG, LLP
        Counsel on behalf Defendant of Teva
 5   Pharmaceuticals USA, Inc.
          One Vanderbilt Avenue
 6        New York, New York 10017
 7   BY:   NILDA M. ISIDRO, ESQ.
          Nilda.Isidro@gtlaw.com
 8
          GREGORY COATES, ESQ.
 9        Coatesg@gtlaw.com
10        ANGELICA HALAT, ESQ.
          Halata@gtlaw.com
11        (Appearing Via Zoom)
12        - AND -
13   WALSH PIZZI O'REILLY FALANGA, LLP
        Counsel on behalf of Defendant Teva
14   Pharmaceuticals
          Three Gateway Center
15        100 Mulberry Street
          15th Floor
16        Newark, New Jersey 07102
17   BY:   CHRISTINE I. GANNON, ESQ.
          cgannon@walsh.law
18        (Appearing Via Zoom)
19
20   SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
        Counsel on behalf of Defendant ZHP
21        155 N. Wacker Drive
          Chicago, Illinois 60606
22
        BY:   ALEXANDER J. KASPARIE, ESQ.
23        alexander.kasparie@skadden.com
          (Appearing Via Zoom)
24
25
```

2 (Pages 2 - 5)

Page 6

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S : (Continued)
 3
 4   KIRKLAND & ELLIS, LLP
        Counsel on behalf of Defendant Torrent
 5        601 Lexington Avenue
          New York, New York 10022
 6
     BY:   BRITTNEY NAGLE, Esq.
 7        brittney.nagle@kirkland.com
          (Appearing Via Zoom)
 8
 9
     BUCHANAN INGERSOLL & ROONEY, PC
10   Counsel on behalf of Defendant Albertsons,
     LLC
11        Carillon Tower
          227 West Trade Street - Suite 600
12        Charlotte, North Carolina
          28202-2601
13
     BY:   CHRISTOPHER B. HENRY, ESQ.
14        christopher.henry@bipc.com
          (Appearing Via Zoom)
15
16
     HUSCH BLACKWELL
17   Counsel on behalf of Defendant Express
     Scripts
18        190 Carondelet Plaza, Suite 600
          St. Louis, Missouri 63105
19
     BY:   MATTHEW D. KNEPPER, ESQ.
20        matt.knepper@huschblackwell.com
          (Appearing Via Zoom)
21
22
23
24
25
```

Page 7

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S : (Continued)
 3
 4   PIETRAGALLO GORDON ALFANO BOSICK &
     RASPANTI, LLP
 5   Counsel on behalf of Defendants Mylan
     Laboratories Limited and Mylan
 6   Pharmaceuticals, Inc.
          1818 Market Street
 7        Philadelphia, Pennsylvania 19103
 8   BY:   FRANK H. STOY, ESQ.
          FHS@Pietragallo.com
 9        (Appearing Via Zoom)
10
11   LEWIS BRISBOIS BISGAARD & SMITH, LLP
     Counsel on behalf of Defendant Camber
12   Pharmaceuticals
          550 E. Swedesford Road
13        Suite 270
          Wayne, Pennsylvania 19087
14
     BY:   ASHER A. BLOCK, ESQ.
15        Asher.Block@lewisbrisbois.com
          (Appearing Via Zoom)
16
17
     HILL WALLACK, LLP
18   Counsel on behalf of Defendants Hetero
     Drugs Limited and Hetero Labs Limited
19        21 Roszel Road
          Princeton, New Jersey 08540
20
     BY:   WILLIAM P. MURTHA, JR., ESQ.
21        wmurtha@hillwallack.com
          (Appearing Via Zoom)
22
23
24
25
```

Page 8

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2   A P P E A R A N C E S : (Continued)
 3
 4   FALKENBERG IVES, LLP
        Counsel on behalf of Defendant Humana
 5   Pharmacy, Inc.
          230 West Monroe Street
 6        Suite 2220
          Chicago, Illinois 60606
 7
     BY:   KIRSTIN B. IVES, ESQ.
 8        kbi@falkenbergives.com
          (Appearing Via Zoom)
 9
10
11   Also Present:
12   Phil Glauberson, Veritext Videographer
13   Ben Pelta-Heller, Veritext Concierge
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2        THE VIDEOGRAPHER:  Good morning.
 3        We are going on the record at
 4   10:20 a.m., 1/11/23.
 5        Please note that microphones are
 6   sensitive and may pick up whispering and
 7   private conversations.
 8        Please mute your phones at this
 9   time and please place them away from the
10   microphones as they can interfere with the
11   audio.
12        Audio and video recording will
13   continue to take place unless all parties
14   agree to go off the record.
15        This is Media Unit 1 of the
16   video-recorded deposition of Dr. Kali
17   Panagos in the Matter of In Re Valsartan,
18   Losartan and Irbesartan Products Liability
19   Litigation filed in the United States
20   District Court, District of New Jersey,
21   Camden, 1:19-MD-02875.
22        The location of this deposition
23   is Lieff Cabraser Heimann & Bernstein, 250
24   Hudson Street, New York, New York.
25        My name is Phil Glauberson
```

3 (Pages 6 - 9)

Page 10

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  representing Veritext and I am the
3  videographer.
4       The court reporter is Linda
5  Greenstein from Veritext.
6       I am not authorized to
7  administer an oath, I am not related to any
8  party in this action, nor am I financially
9  interested in the outcome.
10      All appearances will be noted on
11 the stenographic record.
12      Will the court reporter please
13 swear in the witness.
14      KALIOPI PANAGOS, PharmD, R.Ph.,
15 having been first duly sworn/affirmed, was
16 examined and testified as follows:
17 EXAMINATION BY
18 MS. ISIDRO:
19   Q.   Good morning, Dr. Panagos.  I'm
20 Nilda Isidro from the law firm of Greenberg
21 Traurig and I represent the Teva defendants
22 in this litigation.
23   A.   Good morning.
24   Q.   Could you please state your full
25 name for the record.

Page 11

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2   A.   Kali Panagos.
3   Q.   Thank you.  And you and I met
4  previously when I took your deposition in
5  this litigation last year; correct?
6   A.   We did, yes, correct.
7   Q.   So I know you've been deposed
8  before, but since it's been a while let's
9  go through the process again and just go
10 over some of the ground rules and how this
11 is going to work today.
12      I am going to be asking you some
13 questions which you're answering on the
14 record.
15      As you can see, the court
16 reporter to my right is taking down
17 everything that we say so for that reason
18 it's very important that we not talk over
19 each other, so please wait until I finish
20 my question before you start to answer and
21 I'll do the same.  I'll wait until you
22 finish your answer before starting my next
23 question.  Okay?
24   A.   Of course.
25   Q.   And for the same reason, it's

Page 12

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  very important that when you answer you
3  give me a verbal yes or no rather than
4  simply nodding your head or saying "uh-hum"
5  or "uh-uh" and that's just so that the
6  court reporter can take down a clear
7  transcript.
8       Okay?
9   A.   Understood.
10   Q.   And if at any time you don't
11 understand my question, please let me know.
12      If you do answer my question, I
13 will assume that you understood it.
14      Fair enough?
15   A.   Yes.
16   Q.   And if you need a break at any
17 time, again, please let me know.
18      I'll just ask that if there's a
19 question pending, that that question be
20 answered before we take the break.
21   A.   Yes.
22   Q.   Okay.  Any questions about any
23 of that before we proceed?
24   A.   No.
25   Q.   Okay.  Dr. Panagos, what is your

Page 13

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  current professional address?
3   A.   105 Down Court, Windermere,
4  Florida.
5   Q.   Is there any reason why you
6  would not be able to give me accurate and
7  truthful testimony today?
8   A.   No.
9   Q.   And would you like to read and
10 sign your deposition?
11      MR. HANSEL:  Yes.
12      MS. ISIDRO:  Thank you.
13 BY MS. ISIDRO:
14   Q.   You're appearing here today
15 pursuant to a notice of deposition;
16 correct?
17   A.   Correct.
18      MS. ISIDRO:  All right.  We're
19 going to go ahead and mark that notice
20 of deposition as Exhibit Number 1.
21      (Exhibit 1 marked for
22 identification, multi-page document,
23 deposition notice for Kaliopi
24 Panagos.)
25 BY MS. ISIDRO:

4 (Pages 10 - 13)

Page 14

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Dr. Panagos, have you seen this
3 document before?
4    A.   Yes.
5    Q.   Okay.  I'm going to ask you to
6 please turn to page 6.
7         And you see there are a number
8 of requests listed there and on the next
9 few pages as well?
10   A.   Yes.
11   Q.   Have you seen those requests
12 before?
13   A.   Yes.
14   Q.   And did you perform a search of
15 your records to locate any documents or
16 items that might be responsive to each of
17 these requests?
18   A.   Yes.
19   Q.   Are you aware that your counsel
20 has produced written responses and
21 objections to these requests?
22        MR. HANSEL:  Object to the form.
23   A.   Could you restate the question.
24        MS. ISIDRO:  Could you just read
25   back the question, please.

Page 15

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    (Requested portion of record
3    read.)
4    A.   Yes.
5        MS. ISIDRO:  And let's go ahead
6    and mark Exhibit 2.
7        (Exhibit 2 marked for
8    identification, multi-page document,
9    plaintiffs' objections/responses to
10   deposition of Kaliopi Panagos.)
11       MR. HANSEL:  Just to be clear,
12   we don't represent Dr. Panagos.  She's
13   an independent expert.  I'm defending
14   her deposition but not as her
15   attorney.
16 BY MS. ISIDRO:
17   Q.   Okay.  Dr. Panagos, we've marked
18 as Exhibit 2 Plaintiffs' Objections and
19 Responses to the Notice of Deposition and
20 the requests that were contained in that
21 notice.
22       Have you seen this document
23 previously before today?
24   A.   Yes.
25   Q.   Were you involved in preparing

Page 16

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 the responses to the requests that are
3 contained in this document, starting on
4 page 2 of the document?
5    A.   Yes.
6    Q.   All right.  So we're going to go
7 through some of the requests, and the first
8 one is a request for your current CV.
9        Now, there was a CV that was
10 attached to your recent 2022 report;
11 correct?
12   A.   Correct.
13   Q.   And there is a more recent CV
14 that was produced along with these
15 responses that are marked as Exhibit Number
16 2; correct?
17   A.   Correct.
18   Q.   Okay.
19       MS. ISIDRO:  I'm going to have
20   marked as Exhibit Number 3 the CV that
21   was produced together with the
22   responses to the requests in the
23   notice of deposition, so I understand
24   this is your 2023 CV.
25       (Exhibit 3 marked for

Page 17

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    identification, four-page document, CV
3    of Kaliopi Panagos.)
4 BY MS. ISIDRO:
5    Q.   Dr. Panagos, could you please
6 take a look at Exhibit Number 3 and just
7 confirm for me that this is your most
8 current CV?
9    A.   Yes.
10   Q.   Thank you.
11       MS. ISIDRO:  And let's go ahead
12   and mark as Exhibit Number 4 the copy
13   of your CV that was included with your
14   2022 report in this case.
15       (Exhibit 4 marked for
16   identification, four-page document,
17   Appendix B to CV of Kaliopi Panagos.)
18 BY MS. ISIDRO:
19   Q.   So, Dr. Panagos, when did you
20 update your CV from -- the one that's
21 marked as Exhibit 4 to the one that's
22 marked as Exhibit 3?
23   A.   Sometime in the fourth quarter
24 of '22.
25   Q.   Was there any particular reason

Page 18

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  why you undertook to update it at that
3  time?
4      A.   Yes.
5      Q.   What was the purpose of updating
6  it at that time?
7      A.   To add some additional items and
8  just edit the resume -- edit the CV.
9      Q.   Let's talk about some of the
10  information that is updated or different in
11  the latest version of this CV.
12          It appears that in some
13  instances you've deleted some of the
14  references to PBMs; is that correct?
15      A.   No, that is not correct.
16      Q.   Okay.  So if you look on Exhibit
17  Number 4, do you see where it says "a
18  focused ability to empower teams to deliver
19  the highest quality in the areas of overall
20  PBM operations, clinical development and
21  client account member services"?
22      A.   Yes.
23      Q.   And that no longer appears in
24  your 2023 CV, Exhibit Number 3; correct?
25      A.   Not in exactly the same written

Page 19

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  format.
3      Q.   And what I'm interpreting from
4  your response, that you believe there is
5  analogous information just not written in
6  that way; is that right?
7      A.   The information is still the
8  same.
9      Q.   Okay.  And can you point to me
10  where the analogous information is in
11  Exhibit Number 3?
12      A.   The Executive Overview is the
13  same.
14      Q.   Is there still a reference to
15  PBM operations in the Executive Overview in
16  Exhibit 3?
17      A.   The references to PBM are
18  throughout my CV, including my experience
19  and skillset.
20      Q.   But in the Executive Overview,
21  there's no longer a mention to PBM
22  operations; correct?
23      A.   Specifically, the word "PBM,"
24  no, but the overall message is the same.
25  It's applicable.  That's what I do.

Page 20

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      Q.   So there's also not a reference
3  to operations in the Executive Overview
4  anymore; correct?
5      A.   Again, that is found throughout
6  my CV in my experience and skillset.
7      Q.   But not in the Executive
8  Overview in the 2023 CV?
9      A.   That word, no.
10      Q.   And I also see that there's a
11  slight -- there's a change to the dates of
12  your various positions at ARMSRx Pharmacy
13  Benefit Consulting?
14      A.   Yes.
15      Q.   Can you tell me a little bit
16  more about the reason for that change?
17      A.   My responsibilities and my
18  length at the company are the same, and my
19  -- the dates were just adjusted accordingly
20  to reflect the appropriate responsibility
21  during that time frame.
22      Q.   So in Exhibit 4, which is the
23  2022 CV, it says that you were in the
24  senior vice president clinical and
25  consulting role through April of 2021;

Page 21

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  correct?
3      A.   Correct.
4      Q.   And then in the 2023 CV, which
5  is Exhibit 3, it says that you were in the
6  senior vice president clinical and
7  consulting role until March of 2020;
8  correct?
9      A.   Correct.
10      Q.   So it seems to have rolled back
11  in the latest version of this CV, and so
12  I'm just trying to understand what the
13  reason for that change is, since it's a
14  change to past experience rather than
15  current experience.
16      A.   No particular reason other than
17  discussions with our leadership team in
18  terms of my accurate responsibilities
19  during that time that reflected more of an
20  executive role, vice president
21  responsibilities as opposed to the SVP
22  responsibilities.  My functions in the
23  company are consistent.
24      Q.   So was the April 2021 date
25  inaccurate in the 2022 CV that is

Page 22

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1  Exhibit 4?
2      A.  Could you restate that question
3  with the dates?
4      Q.  Sure.  Your 2022 CV, which is
5  Exhibit 4, states that you were in the
6  senior vice president clinical and
7  consulting role through April of 2021.
8          Is that date inaccurate, the
9  April 2021 date?
10     A.  Yes.
11     Q.  And the accurate date is the
12  March 2020 date that's in the 2023 CV,
13  Exhibit 3?
14     A.  Yes.
15     Q.  Was there an official -- let me
16  restate that.
17         What did the process of changing
18  your title from senior vice president to
19  executive vice president at ARMSRx Pharmacy
20  Benefit Consulting consist of?
21     A.  Leadership, the leadership of
22  the organization assigning me the, you
23  know, title of executive vice president.
24     Q.  And when did that occur?

Page 23

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1      A.  Yeah, it was in -- Exhibit 3 is
2  really the more correct date there, March
3  of 2020.
4      Q.  How did the process of assigning
5  you the title of executive vice president
6  occur?
7      A.  The leadership of our
8  organization assigned me the role of
9  executive vice president, so we had a
10  discussion.
11     Q.  So it was something that
12  occurred in a verbal discussion?
13     A.  Yes.
14     Q.  Was there an email or a letter
15  to formalize the title change, or press
16  release, maybe?
17     A.  No press release, and updates
18  through the -- our internal system, but
19  there wasn't any press release.
20     Q.  Any email or letter to
21  you confirming the title change?
22     A.  I'd have to go check and I'm
23  pretty sure there was a confirmation
24  through some written format.

Page 24

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1      Q.  Did you check that written
2  confirmation at the time that you were
3  updating your CV?
4      A.  No.
5      Q.  Was there a change to your
6  compensation associated with the change in
7  your title?
8      A.  No.
9      Q.  And when you testified at your
10  deposition last year, you said that you
11  were in the executive vice president role
12  through 2021; correct?
13     A.  If that's what you have there.
14     Q.  If that's what it says in the
15  transcript?
16     A.  If that's what it says in the
17  transcript.
18     Q.  Okay.  In your 2023 CV, you've
19  also added an end date for your time on the
20  Council of Strategic Health Advisors; is
21  that correct?
22     A.  Yes.
23     Q.  And that end date is 2020?
24     A.  Yes.

Page 25

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1      Q.  Sometime in 2020?
2      A.  Yes.
3      Q.  Why the change there?
4      A.  I have -- there is potential for
5  doing some work with that organization
6  again, and so I'm just keeping that open so
7  there really isn't an end date.
8      Q.  Okay.
9      A.  And that -- that's why it
10  appears the way it does.
11     Q.  So, but you've added the end
12  date now; right?  Your newer CV, Exhibit 3,
13  has the end date, whereas your prior CV,
14  Exhibit 4, does not have the end date.
15     A.  That's an error.
16     Q.  So that end date should not have
17  been added?
18     A.  Correct.
19     Q.  Okay.  You say there's the
20  potential for additional work with that
21  organization; is that correct?
22     A.  They reach out, they've reached
23  out with some requests.  None of -- you
24  know, so I think -- yes.

7 (Pages 22 - 25)

Page 26

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Are you doing anything with them
3 currently?
4    A.   No.
5    Q.   When was the last time you did
6 anything with them?
7    A.   I do not recall the exact dates
8 at this time.
9    Q.   Did you do anything with them in
10 2021?
11    A.   I would have to check the dates,
12 honestly.
13    Q.   So you don't remember one way or
14 the other whether you did anything with
15 them in 2021?
16    A.   I would like to check the dates.
17    Q.   Okay.
18    A.   I wouldn't speculate.
19    Q.   Do you remember one way or the
20 other whether you did anything with them in
21 2022?
22    A.   Same response.  I would check
23 the dates.
24    Q.   Okay.  Turning to the
25 "Education" section of your current CV,

Page 27

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 Exhibit 3, you no longer list the New York
3 State Department of Financial Services
4 Independent Adjuster License Producer.
5    A.   Right.
6    Q.   Under "Education."
7    A.   Uh-huh.
8    Q.   What was the reason for removing
9 that from your CV?
10    A.   The New York State Independent
11 Adjuster License was obtained during my
12 time with Broadreach Medical Resources for
13 purposes of use while at that organization.
14       I have not kept up with the
15 required -- you know, whatever it is to
16 keep that going, nor is it pertinent to the
17 work that I do.
18       It was pertinent at the time
19 when I was working for Broadreach Medical
20 Resources, so it's no longer pertinent to
21 my education profile on my CV.
22    Q.   And at what point did your
23 requirements lapse for that particular --
24 for that particular organization?
25       MR. HANSEL:  Object to the form.

Page 28

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2       MS. ISIDRO:  I'll rephrase.
3 BY MS. ISIDRO:
4    Q.   You said that you have not kept
5 up with what is required --
6    A.   Right.
7    Q.   -- for that.
8       At what point did those
9 requirements lapse for you?
10       MR. HANSEL:  Object to the form.
11    A.   The license as a whole was no
12 longer valuable or pertinent or applicable
13 if I was not in the role at Broadreach
14 Medical Resources.  So while I had the
15 license, it was not really pertinent or
16 applicable.
17    Q.   When did the license lapse?
18    A.   I'd have to check the dates.
19    Q.   Did it lapse in 2022?
20    A.   I'd have to check the dates.
21    Q.   When was the last time you
22 renewed that license?
23    A.   I do not recall.
24    Q.   Okay.  Going to the
25 "Professional Organizations" section of

Page 29

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 your CV, in the current CV you no longer
3 list the American Association of Consultant
4 Pharmacists; correct?
5    A.   Correct.
6    Q.   And why is that?
7    A.   I have not -- I'm not actively
8 involved with that organization at this
9 time.
10    Q.   When was the last time that you
11 were actively involved with them?
12    A.   At the time of my -- where I
13 listed them at my previous CV, it was
14 active.
15    Q.   So in 2022 it was active?
16    A.   Partially, within that time
17 frame.
18    Q.   So meaning for at least part of
19 the year of 2022?
20    A.   Yes.
21    Q.   Okay.  And then you've added
22 back in the "Skills and Activities" section
23 in your current CV, which was not in the
24 2022 CV that was attached to your latest
25 report; correct?

8 (Pages 26 - 29)

Page 30

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      A.   Yes.
3      Q.   But that "Skills and Activities"
4  section was in your earlier CV that was
5  attached to your 2021 report.
6          Would it be helpful to see that
7  earlier CV?
8      A.   Is it -- well, yeah.
9          MS. ISIDRO:  We can go ahead and
10     mark that as Exhibit Number 5.
11         (Exhibit 5 marked for
12     identification, multi-page document,
13     Appendix A to CV of Kaliopi Panagos.)
14 BY MS. ISIDRO:
15     Q.   Okay.  So we've marked as
16 Exhibit 5 the CV that was attached to your
17 2021 report in this litigation.
18     A.   Okay.
19     Q.   And you see that there is the
20 "Skills and Activities" section in that CV,
21 which is Exhibit 5; correct?
22     A.   Correct.
23     Q.   What was the reason for dropping
24 that section from the 2022 CV that is
25 Exhibit 4?

Page 31

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      A.   It should be there.  There's no
3  -- no reason, so -- skill and activities
4  are the same.
5      Q.   So it was just inadvertently not
6  included in the 2022 CV?
7      A.   Apparently.
8      Q.   Now, in your 2021 CV, Exhibit 5,
9  the second item under "Technology and
10 Business" section of "Skills and
11 Activities" is "PBM Operations Management."
12         Do you see that?
13     A.   Yes.
14     Q.   That's not listed in your 2023
15 CV, Exhibit 3, is it?
16     A.   Okay, yes.
17     Q.   So why was that not included on
18 the 2023 CV?
19     A.   That's in error.  It should be
20 there also.  Nothing has changed.  All of
21 the skills and activities are as, you know,
22 as they were, so...
23     Q.   Did you update this CV yourself
24 or did someone do it for you?
25     A.   Myself, so...

Page 32

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      Q.   And when you put together this
3  "Skills and Activities" section of your CV,
4  what did you do to generate that or add
5  that to your 2023 CV?
6      A.   What did I do in terms of how
7  did I put it together?
8      Q.   Uh-huh.
9      A.   I just used Microsoft Word to
10 update and, you know -- or it's not an
11 update here -- each section, so.
12     Q.   Did you type it up anew?  Did
13 you copy and paste it from somewhere?
14     A.   No, I did not type it up anew.
15         It was updated and edited from
16 the version that was existing before.
17     Q.   So that version must have been
18 something other than what we have as
19 Exhibit 4, since Exhibit 4 doesn't have
20 that section; right?
21         MR. HANSEL:  Object to the form.
22     A.   I update my CV, as most
23 professionals do, on a regular basis.  And
24 so I try to keep up with it, up to date as
25 frequently as I can, among my other

Page 33

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  responsibilities.
3          So I updated from a version that
4  I previously had.
5      Q.   Okay.
6      A.   The best I could.
7      Q.   Okay.  But you would agree that
8  that version can't be the same version that
9  we're looking at as Exhibit 4 because
10 Exhibit 4 doesn't contain the "Skills and
11 Activities" section.
12         MR. HANSEL:  Object to the form.
13     A.   You could infer that.
14     Q.   And you wouldn't have any reason
15 to disagree with that; right?
16     A.   To disagree with what exactly?
17     Q.   The fact that Exhibit 4 doesn't
18 contain the "Skills and Activities"
19 section, but the version that you were
20 working off of did.
21     A.   Correct.
22     Q.   And so you also don't know why
23 "PBM Operations Management" isn't listed on
24 the version of your CV that's Exhibit 3?
25         MR. HANSEL:  Object to the form.

9 (Pages 30 - 33)

Page 34

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2   A.   The "why" would be in my -- I'm
3  updating it.  Clearly, you know, an error
4  on my part in updating.  I'm the only one
5  updating it, so...
6   Q.   You've added under "Skills and
7  Activities" Google Project Management
8  courses; correct?
9   A.   Correct.
10   Q.   And what did those Google
11  Project Management courses entail?
12   A.   They were online courses around
13  project management functions and skills and
14  training.  That kind of thing, so...
15   Q.   Was it general project
16  management or geared toward any particular
17  industry or industries?
18   A.   Not geared to any particular
19  industry.  Just general project management
20  applicable to any industry.
21   Q.   And if we can turn to the
22  "Communication" heading under "Skills and
23  Activities" in Exhibit 3.
24      You state that you were
25  presenter at PBMI health underwriters

Page 35

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  organizations and other industry
3  conferences; correct?
4   A.   Correct.
5   Q.   And if we look at Exhibit 5
6  under "Communications," you mention
7  specifically "PBMI Opioid Epidemic."
8   A.   Right.
9   Q.   As well as health underwriters
10  organizations; correct?
11   A.   Correct, correct.
12   Q.   So the reference to "PBMI,"
13  rather than specifying "opioid epidemic"
14  now is general.
15      Have there been additional
16  presentations for PBMI other than the
17  opioid epidemic presentation that you gave?
18   A.   Yes.
19   Q.   And how many additional
20  presentations to PBMI?
21   A.   One.
22   Q.   Just one?
23   A.   Just one.
24   Q.   And when did that occur?
25   A.   August of '22.

Page 36

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2   Q.   August of '22.
3      What was the topic of that
4  presentation?
5   A.   The topic of the presentation
6  was PBM strategies, specialty strategies,
7  trend management.
8   Q.   And can you tell me briefly what
9  that entailed?
10   A.   Sure.  I presented on strategies
11  around management of drug management,
12  formulary management, utilization
13  management programs, patient assistance
14  programs, drug co-pay programs, overall
15  management of employer, pharmacy benefits
16  strategies on a whole, a discussion around
17  biosimilar medications, brand/generic
18  strategies, again, on the formulary, yeah.
19   Q.   Was that an individual
20  presentation or did you have any
21  co-presenters with you?
22   A.   No co-presenters.
23   Q.   Where did that presentation take
24  place?
25   A.   In Florida.

Page 37

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2   Q.   Did you have any written
3  materials or PowerPoint or anything like
4  that that went along with it?
5   A.   I did.
6   Q.   PowerPoint, specifically?
7   A.   Yes.
8   Q.   Any other written materials?
9   A.   No.
10   Q.   And do you still have a copy of
11  that PowerPoint?
12   A.   Yes.
13   Q.   Was that presentation recorded?
14   A.   I believe it was.
15   Q.   Do you know where that recording
16  may be available?
17   A.   No.
18   Q.   Now, you also mention other
19  industry conferences in your latest CV.
20      What other industry conferences
21  besides PBMI and health underwriters
22  organizations have you presented at?
23   A.   I attended AMCP conference and
24  it wasn't a formal presentation, but we had
25  discussions there.

10 (Pages 34 - 37)

Page 38

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2          My organization has a conference
3 or meeting, my company, and so I'll speak
4 there as well, and I will be speaking at a
5 conference next month also.
6     Q.    Okay.  So what does "AMCP" stand
7 for?
8     A.    Academy of Managed Care
9 Pharmacy.
10    Q.    And when did that conference
11 take place?
12    A.    March of '22, I believe.
13    Q.    Where was it?
14    A.    Chicago.
15    Q.    And you said you're speaking
16 next month at a different conference.
17    A.    Correct.
18    Q.    What conference is that going to
19 be?
20    A.    The Abarca Forward conference.
21    Q.    I'm sorry, "Abarca"?
22    A.    Abarca Forward conference.
23    Q.    What does Abarca stand for?  Is
24 that an acronym?
25    A.    No, Abarca is a PBM.

Page 39

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2     Q.    And where is that conference
3 taking place?
4     A.    Puerto Rico.
5     Q.    So any others besides the March
6 '22 Academy of Managed Care Pharmacy
7 conference and the Abarca conference that's
8 coming up next month?
9          MR. HANSEL:  Object to the form.
10    A.    My company has a conference or
11 industry meeting for which I spoke at, and
12 other than that, no.
13    Q.    And when you say your company,
14 are you referring to AristaRx or to ARMSRx?
15    A.    I'm referring to ARMSRx.
16    Q.    Dr. Panagos, you have not
17 received any new degrees since your last
18 deposition in this case; correct?
19    A.    Correct.
20    Q.    Have you received any other
21 formal education since your last deposition
22 in this case?
23    A.    No.
24    Q.    Any new teaching positions since
25 your last deposition?

Page 40

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2     A.    No.
3     Q.    Any new professional experience
4 since your last deposition?
5     A.    Could you be more specific?
6     Q.    Your CV indicates you've
7 continued in your role at AristaRx, correct
8 -- excuse me -- at ARMSRx; correct?
9     A.    Correct.
10    Q.    And you continue at AristaRx
11 Wellness; correct?
12    A.    Correct.
13    Q.    Have you held any other
14 positions or had any other additional
15 professional experience since the date of
16 your last deposition in this case?
17    A.    I have not held any other
18 positions.
19    Q.    And have you had any other
20 professional experience beyond what you've
21 had with those two organizations since your
22 last deposition?
23         MR. HANSEL:  Object to the form.
24    A.    I have not held any other
25 positions with any other organizations

Page 41

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2 other than those two.
3     Q.    So outside of the professional
4 experiences that you've had at ARMSRx and
5 AristaRx, have you had any professional
6 experience since your last deposition?
7         MR. HANSEL:  Object to the form.
8     A.    My license and profession
9 requires ongoing continuing education which
10 I regard as professional experience, so
11 that's an ongoing process.
12    Q.    Okay.  What continuing education
13 have you had since your last deposition in
14 this case?
15    A.    Several, varied and continuing
16 education is an ongoing process
17 requirement, so...
18    Q.    Has your continuing education
19 since your last deposition in this case
20 taken place in person, online?
21    A.    A combination of both.
22    Q.    How many times in the last year
23 have you had continuing education?
24    A.    Many.  I don't have exact
25 number, but it's, like I said, ongoing,

11 (Pages 38 - 41)

Page 42

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 so...
2 so...
3    Q.    Is it something you do monthly,
4 quarterly?
5    A.    Quarterly.
6    Q.    When was the last one?
7    A.    Last quarter.
8    Q.    Q4 2022?
9    A.    Q4 2022.
10    Q.    Was that one in person or
11 online?
12    A.    Online.
13    Q.    And how many hours was that?
14    A.    1.5, I believe.
15    Q.    What were the topics or topic?
16    A.    Biosimilars.
17    Q.    And what about in Q3 2022?
18    A.    I don't recall.
19    Q.    When was the last one you did in
20 person?
21    A.    AMCP.
22    Q.    So that was the March 2022?
23    A.    Correct.
24    Q.    And what were the topics --
25 excuse me -- how many hours was the

Page 43

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 continuing education?
3    A.    Total credits there, I really
4 don't recall.  There were about ten
5 credits, somewhere there.
6    Q.    And what were the topics?
7    A.    Varied.  Therapeutic conditions,
8 PBM trends and -- a combination of clinical
9 and PBM topics, so...
10    Q.    Do you submit your credits to an
11 accrediting organization?
12    A.    Yes.
13    Q.    What's that organization?
14    A.    CP, I believe it's called.
15    Q.    So any continuing education that
16 you would have done, you would have
17 submitted those credits?
18    A.    Yes.
19    Q.    Okay.  Since your last
20 deposition in this case, have you served on
21 any P&T committees?
22    A.    No.
23    Q.    Have you written or contributed
24 to any publications since your last
25 deposition in this case?

Page 44

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.    No.
3    Q.    Have you engaged in any academic
4 or professional research relating to
5 valsartan or valsartan-containing drugs
6 outside of this litigation?
7    A.    No.
8    Q.    Have you engaged in any academic
9 or professional research regarding
10 bioequivalence?
11    A.    No.
12    Q.    And you're still a member of the
13 American College of Healthcare Executives;
14 correct?
15    A.    Yes.
16    Q.    And the Academy of Managed Care
17 Pharmacy?
18    A.    Yes.
19    Q.    And Women Leading Healthcare
20 member?
21    A.    Yes.
22    Q.    And you're still a member of
23 Healthcare Businesswomen's Association?
24    A.    Yes.
25    Q.    And also the American Society of

Page 45

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 Health-System Pharmacists?
3    A.    Yes.
4    Q.    Is that a complete list?
5        Are there any other associations
6 that you're currently a member of?
7    A.    American Pharmacists
8 Association.
9    Q.    And from what year to what year
10 have you been a member of the American
11 Pharmacists Association?
12    A.    I just renewed recently so -- I
13 guess you could say '23.  I just renewed
14 recently membership there.
15    Q.    I'm sorry, I just want to make
16 sure I understood.
17        You just joined recently or you
18 just renewed recently?
19    A.    Renewed.
20    Q.    Renewed recently.
21        And when did you first join that
22 association?
23    A.    When I was in pharmacy school a
24 long time ago.
25    Q.    You don't list that organization

12 (Pages 42 - 45)

Page 46

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 on your CV; correct?
3    A.   Correct.
4    Q.   Why is that?
5    A.   It was dormant.  I hadn't
6 renewed, so...
7    Q.   Okay.  How long had it been
8 dormant?
9    A.   Sometime after I graduated
10 pharmacy school.  I did not engage or
11 partake, participate with that organization
12 as much as I did during my time in pharmacy
13 school, so sometime after that.
14    Q.   Since your last deposition in
15 this case, have you had any licenses
16 suspended?
17    A.   No.
18    Q.   Have you had any punishment or
19 sanction from a professional board?
20    A.   No.
21    Q.   And have you done any -- have
22 you worked for or consulted with FDA?
23    A.   No.
24    Q.   Have you had any other
25 experience or training since your prior

Page 47

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 deposition in this case that is relevant to
3 the opinions you are rendering in this case
4 and that we have not already discussed
5 today?
6    A.   No.
7    Q.   Since your prior deposition in
8 this case, have you spoken with any
9 plaintiff in this litigation?
10    A.   No.
11    Q.   Have you been a party to any
12 lawsuit?
13    A.   No.
14    Q.   Have you been retained as an
15 expert witness in any litigations other
16 than this one?
17    A.   No.
18    Q.   Have you done any consulting
19 work for any pharmaceutical or medical
20 device company?
21    A.   No.
22    Q.   Dr. Panagos, currently what
23 percent of your income is generated through
24 legal consulting?
25    A.   A small percent.  I'd have to

Page 48

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 calculate.  It's not my primary source of
3 income.
4    Q.   And do you have any legal
5 consulting income aside from this
6 litigation?
7    A.   No.
8    Q.   Did you bring any documents with
9 you today for purposes of this deposition?
10    A.   No.
11    Q.   Did you bring any documents with
12 you that are responsive to the requests in
13 the notice of deposition?
14    A.   No.
15    Q.   Do you keep a file in this case,
16 a file of documents?
17    A.   Yes.
18    Q.   Where do you keep that file?
19    A.   On my computer.
20    Q.   Do you keep any handwritten
21 notes relating to this case?
22    A.   I have some handwritten notes.
23    Q.   And where do you keep those?
24    A.   In my office.
25    Q.   In Florida?

Page 49

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   My remote office is in New York.
3    Q.   Okay.  So when you refer to your
4 office, you're not referring to the
5 professional address in Florida.  You're
6 referring to --
7    A.   Correct.
8    Q.   -- your remote office in New
9 York.  Is that in your home in New York?
10    A.   That is correct.
11        MS. ISIDRO:  Let's go ahead and
12    mark as Exhibit Number 6 a copy of
13    your 2022 report in this case.
14        (Exhibit 6 marked for
15    identification, multi-page document,
16    Expert Report of Kaliopi Panagos.)
17 BY MS. ISIDRO:
18    Q.   Dr. Panagos, could you just
19 please take a look at Exhibit 6 for me and
20 confirm that this is a copy of your most
21 recent report in this litigation, along
22 with the appendix -- I'm sorry -- the
23 Exhibit A and Appendix A to your latest
24 report.
25    A.   Yes.

13 (Pages 46 - 49)

Page 50

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Okay.  If you could turn to the
3 Appendix A, please.
4       If you go to page 23 of the
5 report, the page after that is your Exhibit
6 A and the page after that is the start of
7 your Appendix A.
8    A.   Exhibit A, okay.
9    Q.   And then the page after that is
10 Appendix A; correct?
11   A.   Yeah.
12   Q.   Yeah.  So if you could just take
13 a look at that Appendix A for me and
14 confirm that this is the full list of the
15 materials that you reviewed in forming your
16 opinions in connection with the attached
17 2022 report, Exhibit 6.
18   A.   Okay, yes.
19   Q.   That's accurate?
20   A.   Yes.
21   Q.   And so this would also contain
22 all materials that you've relied on in
23 forming your opinions that you expressed in
24 your 2022 report; correct?
25   A.   In addition to my education and

Page 51

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 background and experience, correct.
3    Q.   You haven't reviewed any medical
4 records pertaining to the plaintiffs in
5 this litigation; correct?
6    A.   Correct.
7       MR. HANSEL:  Object to the form.
8 BY MS. ISIDRO:
9    Q.   How much are you charging per
10 hour for your work in this litigation?
11   A.   $375.
12   Q.   And you're being reimbursed for
13 deposition or travel expenses?
14   A.   Correct.
15   Q.   How do you keep your time on
16 this case?
17   A.   In an Excel tracking
18 spreadsheet.
19   Q.   On your computer?
20   A.   On my computer.
21   Q.   How much have you charged to
22 date for your work on this case?
23   A.   The invoice is included -- the
24 invoice that was submitted is included.
25      MS. ISIDRO:  Let's go ahead and

Page 52

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 mark Exhibit Number 7.
3       (Exhibit 7 marked for
4 identification, four-page document,
5 Kaliopi Panagos invoices.)
6       MR. HANSEL:  Excuse me, we've
7 been going about an hour.
8       Would this be an okay time to
9 take a short break?
10      MS. ISIDRO:  Sure.
11      THE VIDEOGRAPHER:  This will end
12 Media Unit 1.
13      Going off the record at 11:21.
14      (A recess was taken.)
15      THE VIDEOGRAPHER:  We are back
16 on the record at 11:37 a.m.
17      This will begin Media Unit 2.
18 BY MS. ISIDRO:
19   Q.   Now, Dr. Panagos, we had just
20 marked Exhibit 7 prior to the break.
21      Do you have a copy of that in
22 front of you?
23   A.   Yes.
24   Q.   And does Exhibit 7 contain all
25 of your invoices in this litigation to

Page 53

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 date?
3    A.   What was submitted.
4    Q.   What do you mean "what was
5 submitted"?
6    A.   It consists of the invoices I
7 submitted thus far.
8    Q.   So these are all of the invoices
9 that you've submitted to plaintiffs'
10 counsel in this litigation thus far?
11   A.   Thus far.
12   Q.   Okay.  And it looks like it's --
13 I can't tell if it's three or four separate
14 exhibits -- sorry -- three or four separate
15 invoices.
16   A.   Yeah, it looks like four pages
17 here.
18   Q.   Four pages, but what I'm asking
19 is, are they four separate exhibits --
20 excuse me, I keep misspeaking.
21      Are they four separate invoices?
22   A.   Yes.
23   Q.   Okay.  And did these each get
24 submitted separately to plaintiffs'
25 counsel?

14 (Pages 50 - 53)

Page 54

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      A.   The dates are listed here, but
3  it was submitted -- they were all submitted
4  -- when you mean "separately," what do you
5  mean?
6      Q.   So let's actually talk about the
7  dates for a second.
8          So the dates that are listed
9  here are the dates of the work performed;
10 correct?
11     A.   Correct.
12     Q.   And the invoices themselves
13 don't have dates, correct, like the date of
14 the invoice as opposed to date of the work
15 performed.
16     A.   Correct.
17     Q.   So because the invoices don't
18 each have their own date, what I'm asking
19 is whether each of these was submitted
20 separately to plaintiffs' counsel or were
21 these submitted all at once?
22     A.   They were submitted all at once.
23     Q.   When were these submitted to
24 plaintiffs' counsel?
25     A.   It was in '22, sometime after

Page 55

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  the last deposition.  I don't have the
3  exact date.
4      Q.   Okay.  And it looks like the
5  last date of work that is reflected on
6  these invoices is January 23rd of 2022;
7  correct?
8      A.   That is correct.
9      Q.   Have you submitted any invoices
10 -- let me rephrase that.
11         You haven't submitted any
12 invoices to plaintiffs' counsel other than
13 these four pages that we have marked as
14 Exhibit 7; correct?
15     A.   That is correct.
16     Q.   How much time have you spent
17 working on this litigation that is not
18 reflected on these invoices?
19     A.   Somewhere about a hundred hours.
20     Q.   When did you begin working on
21 the report that's marked as Exhibit 6?
22     A.   About Q3 -- yeah, Q3 of '22
23 sometime.
24     Q.   So between January 23rd of 2022
25 and sometime in Q3 of 2022, you weren't

Page 56

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  doing any work on this case, not actively?
3      A.   No -- I'll go back and check the
4  dates but there are -- I've tracked
5  everything and there's -- no, there's some
6  items from Q2 there as well.
7      Q.   Okay.  And what about the rest
8  of Q1, after January 23rd of 2022?
9      A.   Again, I'll go back and check my
10 records, but there may be -- there may be a
11 couple things but I have to check my
12 records on -- as I track them.
13     Q.   Okay.  But as far as working on
14 the report that's marked as Exhibit 6, that
15 didn't start until sometime in Q3 of 2022?
16     A.   About Q3.  Again, I can check
17 the dates if you're interested precisely,
18 but about that, you could say.
19     Q.   You have the ability to check
20 those today?
21         MR. HANSEL:  I object to that.
22 She's not here to do research
23 today.
24         MS. ISIDRO:  Well --
25         MR. HANSEL:  She's here to

Page 57

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  testify about what she knows.
3          MS. ISIDRO:  The amount of time
4  that she's spent on her report is
5  relevant and it's part of what was
6  requested in the requests associated
7  with the deposition notice.
8          So if she has access to the
9  information today, she has offered to
10 look at the information.  If she has
11 access to the information today it
12 would be helpful.
13         I'm just trying to get a sense
14 of whether she does have access to
15 that information today or not.
16         THE WITNESS:  No, I do not.
17 BY MS. ISIDRO:
18     Q.   Dr. Panagos, your invoices
19 reflect two different rates in the heading,
20 one with the notation "T" and the other one
21 "NT."
22         Can you tell me the difference
23 between those two, please?
24     A.   Nontestifying and testifying.
25     Q.   So the rate you mentioned

15 (Pages 54 - 57)

Page 58

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  earlier, 375 per hour, is for your
3  nontestifying work; correct?
4      A.   Correct.
5      Q.   And your testifying work is 400
6  an hour?
7      A.   Yes, that's correct.
8      Q.   Have the invoices in Exhibit 7
9  been paid?
10     A.   Yes.
11     Q.   Who do you send your invoices
12  to?
13     A.   Preti Flaherty.
14     Q.   Any particular individual?
15     A.   Greg Hansel.
16         THE VIDEOGRAPHER:  Going off the
17  record at 11:46.
18     (Technical difficulty.)
19         THE VIDEOGRAPHER:  We're going
20  back on the record now.
21         We are back on the record at
22  11:46.
23  BY MS. ISIDRO:
24     Q.   Dr. Panagos, do you have any new
25  engagement letters in connection with this

Page 59

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  case?
3      A.   I do not.
4      Q.   And has anyone assisted you in
5  doing research or gathering information in
6  connection with your opinions in the report
7  that's marked as Exhibit 6?
8      A.   No.
9      Q.   Other than plaintiffs' counsel,
10  have you spoken to anyone about this
11  litigation?
12     A.   No.
13     Q.   How much time did you spend
14  working on the report that's marked as
15  Exhibit 6?
16         MR. HANSEL:  Object to the form.
17      Asked and answered.
18     A.   I answered earlier.  My
19  estimated hours that I'm tracking in my
20  Excel spreadsheet on the work I've done
21  since the last invoice that was submitted.
22     Q.   Correct, and you testified about
23  a hundred additional hours; right?
24     A.   That is what I said.
25     Q.   And you testified that your work

Page 60

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  on the report began sometime in or about Q3
3  of 2022; correct?
4      A.   That is correct.
5      Q.   And you also testified that
6  there had been some additional work in
7  between which presumably is included in
8  those one hundred hours; correct?
9      A.   Yes.
10     Q.   So my question to you is, about
11  how many hours did you spend working on
12  your report that is marked as Exhibit 6?
13     A.   All of the work I've done since
14  this last invoice is applicable to my
15  report that I submitted.
16         So all of the hours I've given
17  you and the question you just asked are
18  applicable to this report.
19     Q.   Okay.  So when you testified
20  earlier that you began working on this
21  report on or about Q3 of 2022, what are you
22  referring to?
23     A.   Any of the research that's
24  necessary, materials to read, updates,
25  anything pertaining to the report.

Page 61

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      Q.   Did you review the opinions of
3  any other experts in this litigation or
4  proffered experts in this litigation in
5  connection with preparing your report?
6      A.   No.
7      Q.   Did plaintiffs' counsel provide
8  any facts or assumptions for your
9  consideration that you used in your
10  opinions?
11     A.   They're all listed in the
12  appendix.
13     Q.   You're referring to documents;
14  correct?
15     A.   Correct.
16     Q.   Outside of what's listed in
17  Appendix A, did plaintiffs' counsel provide
18  any facts or assumption for your
19  consideration that you used in your
20  opinions?
21     A.   Everything I used for my report
22  is listed in the Appendix A.
23     Q.   Okay.  Were there any materials
24  that you requested in preparing your report
25  that's marked as Exhibit 6 that were not

16 (Pages 58 - 61)

Page 62

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 provided to you?
3     A.   No.
4     Q.   Did you review any company
5 witness depositions in preparing your
6 report that's marked as Exhibit 6?
7     A.   No.
8     Q.   And have you communicated with
9 anyone at any of the defendant companies
10 since your prior deposition in this case?
11     A.   No.
12     Q.   All right, Dr. Panagos, I'm
13 going to ask you some questions about your
14 report that's marked as Exhibit 6, but
15 before we get started on that, is there
16 anything that you need to revise or correct
17 in the report?
18         I ask only because sometimes,
19 you know, when we depose-- when we depose
20 someone they may have reviewed their
21 materials in advance and may have some
22 thoughts that they want to revise or
23 clarify.
24         So as you sit here right now, is
25 there anything that you would like to

Page 63

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 revise or clarify in your report?
3     A.   Not at this time.
4     Q.   And, Doctor, the first page
5 and-a-half of your report is essentially a
6 summary of your background and
7 qualifications, correct, Section II?
8     A.   Yes.
9     Q.   Is there anything in that
10 section that we haven't already discussed
11 but you feel we should discuss as pertinent
12 to the bases for your qualifications --
13 excuse me -- for your opinions?
14         MR. HANSEL:  Object to the form.
15     A.   No.
16     Q.   And can you confirm for me, Dr.
17 Panagos, that there are no opinions
18 expressed in any of the paragraphs prior to
19 paragraph 13 in your report?
20         MR. HANSEL:  Object to the form.
21     A.   Restate the question, please.
22         MS. ISIDRO:  Can you read back
23     the question, please.
24         (Requested portion of record
25     read.)

Page 64

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     A.   Could you clarify what you mean
3 by "opinions expressed prior to paragraph
4 13"?
5     Q.   Sure.  In paragraphs 1 through
6 12, are you expressing any of your opinions
7 in connection with this litigation?
8     A.   No.
9     Q.   Okay.  Doctor, in paragraph 13
10 you state that:  "Diovan and Exforge are a
11 class of medications known as angiotensin
12 receptor binders or ARBs for short."
13         Is that correct?
14     A.   Correct.
15     Q.   Can you describe what an ARB is?
16     A.   Angiotensin receptor binder is
17 used for antihypertensive treatment either
18 as monotherapy or in combination with other
19 therapies.  It's used to lower blood
20 pressure.
21     Q.   And how does Exforge differ from
22 Diovan?
23     A.   They're in the same family of
24 medications but they differ in their
25 ingredients.

Page 65

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     Q.   Are those their active
3 ingredients?
4     A.   Active ingredients, and perhaps
5 even the inactive ingredients.
6     Q.   What are the differences, if
7 any, in the active ingredients between
8 Exforge and Diovan?
9     A.   That was outside the scope of
10 this report so I would have to review that.
11     Q.   Do both Diovan and Exforge
12 contain valsartan?
13         MR. MESTRE:  Object to the form.
14         MR. HANSEL:  Object to the form.
15         You can answer.
16         THE WITNESS:  Oh, okay.
17     A.   Yes.
18     Q.   Does Diovan contain any other
19 active ingredient that you're aware of?
20         MR. HANSEL:  Object to the form.
21     A.   None that I'm aware of.
22     Q.   Does Exforge contain other
23 active ingredients that you're aware of?
24         MR. HANSEL:  Object to the form.
25     A.   None that I'm aware of.

17 (Pages 62 - 65)

Page 66

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2    Q.   You state in your report that
3  the FDA approved Diovan on August 3rd of
4  2005; correct?
5    A.   Correct.
6    Q.   What was the source of that
7  information?
8    A.   The FDA website.
9    Q.   Is it a particular website
10  identified on your Appendix A?
11    A.   It should be there, yes.
12    Q.   Can you locate it for me,
13  please.
14    A.   There are several references to
15  the USFDA sites on page 4.
16    Q.   Is the first one that you're
17  referring to the second item that's listed
18  on page 4 of Appendix A?
19    A.   Correct.
20    Q.   And that's a page involving ANDA
21  forms and submission requirements?
22    A.   It begins there, yes.
23    Q.   And the next one is a specific
24  section of the CFR?
25    A.   Correct.

Page 67

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2    Q.   And the next one is a page
3  discussing development and approval
4  process?
5    A.   Correct.
6    Q.   And that one is not actually an
7  FDA page but rather a Mayo Clinic page that
8  discusses the FDA process?
9    A.   Right.
10    Q.   The next one is an FDA page
11  regarding drug recalls?
12    A.   Right.
13    Q.   The next one is an FDA page
14  discussing nitrosamines.
15        It says "FDA statement on the
16  Agency's list of known nitrosamine-free
17  valsartan and ARB class medicines."
18    A.   That's what it says.
19    Q.   So far are any of these the ones
20  that contained the information regarding
21  the approval date for Diovan?
22    A.   Information on the approval
23  dates of medications are public
24  information. They could be found in
25  several of my references in Appendix A

Page 68

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  among the references.
3        So if you're looking for which
4  one specific, it is within the references,
5  and, again, it's public information on
6  approval dates of drugs.
7    Q.   But as you sit here today, are
8  you able to identify a particular reference
9  which contains that approval date listed on
10  your Appendix A?
11    A.   It is among the references
12  listed in Appendix A, public information
13  found on the USFDA site, among other sites.
14    Q.   But as you sit here today,
15  you're not able to identify where in
16  Appendix A, which reference in Appendix A?
17        MR. HANSEL:  Objection.
18        Asked and answered.
19    A.   It is found in several of the
20  references here, so, you know...
21    Q.   Can you point me to any of the
22  references that contain that approval date?
23    A.   I'd have to review them and
24  point you to it, but it is there.
25    Q.   When you say you'd have to

Page 69

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  review them, you mean review the list or
3  review the references themselves?
4    A.   I have reviewed the list and I
5  would look through -- if you're looking for
6  the dates that are public information on
7  drug approvals, I would review the
8  references to find that within the
9  references that are already listed in
10  Appendix A.
11    Q.   Okay.
12    A.   With that information.
13    Q.   But, Doctor, as you sit here
14  today, are you able to point to any
15  reference on Appendix A that contains the
16  approval date for Diovan?
17    A.   I already answered the question.
18    Q.   It's a yes-or-no question.
19    A.   No.
20    Q.   And as you sit here today, are
21  you able to identify a reference on
22  Appendix A that includes the approval date
23  for Exforge?
24    A.   Same response, no.
25    Q.   In paragraph 14 of your report,

18 (Pages 66 - 69)

Page 70

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  you state that:
3        "Valsartan and
4  valsartan-containing drugs, or VCDs for
5  short, are generics for the Reference
6  Listed Drugs."
7        Correct?
8    A.   Correct.
9    Q.   When you use the term "VCDs" in
10 your report, are you referring to both
11 valsartan and valsartan-containing drugs?
12   A.   Valsartan and
13 valsartan-containing drugs, yes.
14   Q.   So what do you mean when you say
15 that the "VCDs are generics for the
16 Reference Listed Drugs"?
17   A.   They are the generic for the
18 Reference Listed Drug, or RLD drugs, brand
19 name drugs.
20   Q.   In paragraph 15 you state:
21       "On March 30, 2015, the FDA
22 approved Torrent's and Teva's Abbreviated
23 New Drug Application (ANDA), and on
24 February 8, 2016, the FDA approved ZHP's
25 ANDA."

Page 71

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2        Can you tell us what an "ANDA"
3  is?
4    A.   An ANDA is an Abbreviated New
5  Drug Application submitted by manufacturers
6  for consideration of approval of their drug
7  product by the FDA.
8    Q.   Is it for a specific type of
9  drug product?
10   A.   A manufacturer will submit an
11 ANDA specific to their -- the drug they are
12 seeking approval for.
13   Q.   Would a Reference Listed Drug be
14 approved pursuant to an ANDA?
15   A.   A Reference Listed Drug would be
16 subject to an NDA, New Drug Application.
17   Q.   And so how does an ANDA differ
18 from an NDA?
19   A.   An ANDA is an Abbreviated New
20 Drug Application and they -- the ANDA is
21 looking at sameness to the Reference Listed
22 Drug that the manufacturer is seeking
23 approval for.
24   Q.   Dr. Panagos, paragraph 15 again
25 references certain approval dates, this

Page 72

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  time for the specified ANDAs.
3        Can you identify which sources
4  in Appendix A contained the information
5  regarding the approval dates?
6    A.   They're listed in Appendix --
7  Appendix A, sorry, page 1 -- it's in the
8  references in Appendix A.
9    Q.   As you sit here today, can you
10 identify any reference on Appendix A that
11 contains the approval date for the Torrent
12 ANDA?
13   A.   Yes, they're in Appendix A.
14   Q.   Can you point to any particular
15 reference on Appendix A that contains that
16 approval date?
17   A.   Any reference that's referring
18 to the ANDA would contain that information.
19   Q.   Okay.
20   A.   And they're throughout Appendix
21 A.
22   Q.   Which reference refers to the
23 Torrent ANDA?
24       MR. HANSEL:  Object to the form.
25       Asked and answered.

Page 73

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   Page 2 at the top is referring
3  to the Torrent ANDA.
4    Q.   And can you identify a reference
5  on Exhibit -- excuse me -- Appendix A that
6  contains the approval date for the ZHP
7  ANDA?
8    A.   Page 4 has a reference, but,
9  again, there are several references here to
10 the ANDAs and the manufacturers, so among
11 others, there is a reference to page 4.
12   Q.   I'm sorry, which one on page 4?
13   A.   Third from the bottom, among
14 other references in Appendix A.
15   Q.   Is there any reference in
16 Appendix A that refers specifically to the
17 approval of the ZHP ANDA?
18   A.   There is.
19   Q.   And which one is that?
20   A.   Page 4, third from the bottom,
21 fifth from the bottom, second from the top,
22 among other places, so...
23   Q.   Okay.  Doctor, the third from
24 the bottom on page 4, that's a warning
25 letter.  That's not an approval letter for

19 (Pages 70 - 73)

Page 74

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  an ANDA; correct?
3      A.   That is the warning letter,
4  correct. But the -- so the approval dates
5  would be contained within that letter,
6  so...
7      Q.   And the fifth from the bottom,
8  that's "Listed Drugs By ANDA Reference
9  Standard List," and it's your testimony --
10     A.   It consists of the dates.
11     Q.   -- that that contains the dates
12 of approval?
13     A.   It is a list of the ANDAs.
14     Q.   And it includes their dates of
15 approval?
16     A.   As I recall.
17     Q.   And the second from the top,
18 that's a page that discusses forms and
19 submission requirements; correct?
20     A.   That is correct.
21     Q.   And that wouldn't contain
22 approval dates for specific ANDAs; correct?
23     A.   As I -- as I recall, I'd have to
24 -- right, it states here what the reference
25 is.

Page 75

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      Q.   Dr. Panagos, in paragraph 16 you
3  state that "In July 2018 and
4  September 2018, respectively, the FDA
5  announced a voluntary recall of VCDs due to
6  contaminants NDEA and NDMA."
7          What do you understand the term
8  "contaminants" to mean?
9      A.   A substance or product that was
10 not in the original product and harmful to
11 humans.
12     Q.   What do you rely on for that
13 definition?
14     A.   My education and background,
15 profession as a pharmacist.
16     Q.   And in providing that
17 definition, what do you mean by "the
18 original product"?
19     A.   The Reference Listed Drug
20 product or the brand product.
21     Q.   Do you know whether the FDA
22 defines the term "contaminants"?
23     A.   I'm not sure if the FDA defines
24 as a definition.
25     Q.   In paragraph 17 you state that

Page 76

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  "NDMA is classified as a group 2A
3  carcinogen."
4          What do you rely on for that
5  statement?
6      A.   The FDA -- FDA information
7  regarding -- the FDA information regarding
8  this drug and the recall.
9      Q.   What do you mean by "FDA
10 information"?
11     A.   The information posted on the
12 FDA's site regarding the contaminants, NDEA
13 and NDMA, as probable human carcinogens.
14         That information is also found
15 in the International Agency for Research on
16 Cancer on the classification of NDMA as a
17 probable human carcinogen.
18     Q.   And that's the reference that's
19 cited in footnote 1 of your report?
20     A.   Yes, right.
21     Q.   In paragraph 18 you state that:
22         "Animal studies have found that
23 NDMA caused liver and lung cancer, as well
24 as other cancers."
25         What do you rely on for that

Page 77

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  information?
3      A.   Same reference.
4      Q.   The IARC information?
5      A.   Yes.
6      Q.   Anything else?
7      A.   My background and education and
8  experience as a clinical pharmacist.
9      Q.   What aspect of your background,
10 education and experience covers the studies
11 relating to -- the animal studies relating
12 to NDMA and cancer?
13     A.   I do know that NDMA is a -- and
14 NDEA for that matter are human carcinogens,
15 probable human carcinogens.
16         That's, you know, well-known in
17 my profession and in the work that I do and
18 it's my responsibility as a pharmacist to
19 know that.
20         So all of my education,
21 experience and background would be
22 applicable here.
23     Q.   So in paragraph 18, aside from
24 the IARC information and what you've just
25 testified to regarding your background,

20 (Pages 74 - 77)

Page 78

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 education and experience, is there anything
2 else that you're relying on?
3 A.    All of it is listed in Appendix
4 A.
5 Q.    You're relying on every single
6 reference in Appendix A for paragraph 18?
7 A.    I'm relying to the references in
8 Appendix A, one or more or all.
9 Q.    As you sit here today, can you
10 identify the specific references in
11 Appendix A that support paragraph 18?
12 A.    The first one on page 1.
13 Q.    So that's IARC.  We've already
14 discussed that one.
15      Any others?
16 A.    There's reference on page 2 --
17 five from the top -- fifth down from the
18 top.
19 Q.    That's the Drug Watch page on
20 NDMA?
21 A.    Yes.
22 Q.    Any others?
23 A.    That's it at this time.
24 Q.    Have you personally reviewed any

Page 79

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 of the animal studies?
2 A.    No.
3 Q.    In paragraph 19 you state that:
4      "NDEA, similar to NDMA, is a
5 probable human carcinogen."
6      Correct?
7 A.    That is correct.
8 Q.    And what do you rely on for that
9 statement?
10 A.    It says "as per IARC
11 classification."
12 Q.    So are you relying on anything
13 other than IARC for that statement?
14 A.    My education, background,
15 experience and the references we just
16 talked about.
17 Q.    The Drug Watch page on NDMA?
18 A.    The references we just talked
19 about in Appendix A, yes.
20 Q.    So that would include the Drug
21 Watch page on NDMA?
22 A.    Yes.
23 Q.    Looking at paragraphs 20 to 23
24 of your report, Dr. Panagos, these

Page 80

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 paragraphs discuss background on TPPs; is
2 that correct?
3 A.    That's correct.
4 Q.    And what do you rely on for the
5 information in those paragraphs?
6 A.    My experience and my education
7 and background.
8 Q.    Anything else?
9 A.    Primarily -- primarily that and
10 the references in Appendix A.
11 Q.    Which particular references in
12 Appendix A?
13 A.    Primarily from my experience.  I
14 -- at this point, I'm not sure which are
15 referenced precisely in Appendix A, but I'm
16 confident with the information that I have
17 there.
18 Q.    In paragraph 20 you also state
19 that it is your understanding "that the
20 Court will conduct a trial which will
21 involve purchases paid for by SummaCare,
22 Inc. and EmblemHealth, both of which are
23 TPPs."
24 A.    I am aware.

Page 81

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 Q.    And what did you rely on for
2 that statement?
3 A.    Counsel.
4 Q.    Did you review any materials
5 relating specifically to SummaCare?
6 A.    Those are listed in Appendix A.
7 Q.    Did you review any deposition
8 testimony of any representative of
9 SummaCare?
10 A.    No.
11 Q.    Did you review any deposition
12 testimony of any representative of
13 EmblemHealth?
14 A.    No.
15 Q.    If there were such depositions,
16 would those be relevant to your opinions?
17 A.    No.
18 Q.    Which generic VCDs were on those
19 two entities' formularies?
20 A.    The ones that were paid for by
21 those -- by those organizations, so they're
22 -- the generics of those -- of the drugs
23 were on the formulary and the claims that
24 were paid for demonstrate that they were on

21 (Pages 78 - 81)

Page 82

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 the formulary.
3    Q.   Did you look at which generic
4 VCDs were paid for by SummaCare?
5    A.   I did review claims.  I did take
6 a look at claims.
7    Q.   And so do you know which generic
8 VCDs were paid for by SummaCare?
9    A.   They're within the claims that
10 -- that I reviewed.
11    Q.   And that's which reference or
12 references on Appendix A?
13    A.   References to the formularies
14 and claims are found on pages 2 and 3.
15    Q.   So which ones on 2 and 3 relate
16 to which generic VCDs were paid for by
17 SummaCare?
18    A.   Page 2, where it says "Emblem,"
19 that's referring to the formularies.
20    Q.   That's for Emblem, though.  Not
21 SummaCare; correct?
22    A.   Oh, page 3 is referring to
23 SummaCare.  Two references on page 3, yeah.
24    Q.   Is that the -- which two
25 references?

Page 83

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   The ones that say "SummaCare."
3    Q.   The provider manual and the
4 formularies?
5    A.   Yes.
6    Q.   In paragraph 20 you go on to say
7 that: "These TPPs, as with most TPPs, both
8 included generic VCDs on their drug
9 formularies and reimbursed for purchases of
10 these VCDs (intended for personal or
11 household use)."
12        Correct?
13    A.   Right.
14    Q.   What did you rely on for that
15 statement?
16    A.   The claims that I looked at, all
17 the information in Appendix A, and the
18 references in Appendix A of the claims.
19    Q.   And these are the references
20 that we just discussed in Appendix A?
21    A.   Correct.
22    Q.   In paragraph 21 you state that:
23        "SummaCare and Emblem are the
24 payors ultimately responsible, or at risk,
25 for payments associated with their

Page 84

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 insureds' purchases."
3        Is that correct?
4    A.   Correct.
5    Q.   Do these -- do SummaCare and
6 Emblem participate in Medicare Part D?
7    A.   They could -- they do.
8    Q.   And are you familiar with the
9 structure in funding of Medicare Part D
10 plans?
11    A.   Yes.
12    Q.   Are those plans directly
13 subsidized by the federal government?
14        MR. MESTRE:  Object to the form.
15    A.   They're government plans.
16    Q.   And they're designed to minimize
17 or eliminate risks and economic costs borne
18 by Medicare Part D sponsors; correct?
19        MR. HANSEL:  Object to the form.
20    A.   I'm not here to render an
21 opinion on what Medicare Part D functions
22 are.
23        I am -- what I stated in 21 is
24 that SummaCare and Emblem, the payors, they
25 made the payments for those claims.

Page 85

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Have you factored in any
3 subsidies received from the federal
4 government in connection with Medicare Part
5 D with respect to any of those payments?
6        MR. HANSEL:  Object to the form.
7    A.   No.
8    Q.   In paragraph 22 you state that:
9        "TPPs manage claims processing,
10 provider networks, utilization reviews,
11 formulary, and membership."
12        Correct?
13    A.   Correct.
14    Q.   Is all of that done directly by
15 TPPs?
16    A.   It could be.
17    Q.   What role do TPAs play in that
18 process?
19    A.   They may have some
20 administrative processes -- administrative
21 processes, you know, around these
22 functions, and they function in an
23 administrative capacity.
24    Q.   What do you mean by "an
25 administrative capacity"?

22 (Pages 82 - 85)

Page 86

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2   A.   They are not at risk.
3   Q.   Does that mean financial risk or
4 are you referring to other types of risk?
5   A.   Financial risk.
6   Q.   Looking at the next section
7 starting at paragraph 24 of your report,
8 this describes background information on
9 PBMs; is that correct?
10   A.   Yes.
11   Q.   What did you rely on to form the
12 opinions -- what did you rely on for
13 purposes of the statements in paragraph 24
14 through 27 of your report?
15   A.   My experience, knowledge,
16 background, education.  That's what I do.
17   Q.   Did you rely on any particular
18 references in Appendix A for purposes of
19 paragraphs 24 through 27 in your report?
20   A.   There are references to PBMs
21 among the references in Appendix A, but I
22 know through my experience and education
23 and background what a PBM function is.
24   Q.   So am I understanding correctly
25 that while there may be some information

Page 87

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 relating to PBMs in the references listed
3 in Appendix A, paragraphs 24 through 27 are
4 really based on your background, experience
5 and education?
6   A.   Yeah, yes.
7   Q.   What specific aspects of your
8 background, experience and education form
9 paragraphs 24 through 27?
10   A.   My over 20 years in managed care
11 experience that I have.
12   Q.   Have you ever worked for a PBM?
13   A.   Yes.
14   Q.   In what capacity?
15   A.   I was the clinical director.
16   Q.   And can you identify that for me
17 on your 2023 CV, Exhibit 3?
18   A.   SmithRx.
19   Q.   And that was a position you held
20 during calendar year 2018?
21   A.   Yes.
22   Q.   From what month to what month?
23   A.   January through December,
24 November, something like that.  Before the
25 holidays.

Page 88

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2   Q.   In paragraph 27 of your report,
3 you state that it is your understanding
4 that Express Scripts was Emblem's PBM and
5 MedImpact was SummaCare's; correct?
6   A.   Correct.
7   Q.   What is your basis for that
8 statement?
9   A.   Counsel.
10   Q.   Anything else?
11   A.   No.
12   Q.   And in that same paragraph you
13 state specific dates during which Express
14 Scripts provided PBM services to Emblem and
15 during which MedImpact provided PBM
16 services to SummaCare.
17       Is that also based on
18 representations of counsel?
19   A.   Yes.
20   Q.   And when you say "counsel,"
21 you're referring to plaintiffs' counsel;
22 correct?
23   A.   Correct.
24   Q.   Paragraphs 28 through 38 provide
25 background information on prescription drug

Page 89

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 formularies; correct?
3   A.   Correct.
4   Q.   What did you rely on for the
5 information contained in those paragraphs,
6 28 through 38?
7   A.   Primarily my experience, my
8 education and background, and there are
9 footnotes among those sections that you
10 pointed out which I reference at the
11 bottom, in addition to any references
12 within Appendix A.
13   Q.   Are there particular references
14 in Appendix A that support your paragraphs
15 28 -- excuse me -- 28 through 38?
16   A.   Paragraphs listed on page 1,
17 American Journal of Managed Care, AMCP
18 Formulary Management, Caremark, Formulary
19 Development further down, another reference
20 to the Journal of Managed Care on page 2.
21       At this time, those are the
22 references.
23   Q.   In paragraph 30 you state that
24 both EmblemHealth and SummaCare have their
25 own internal P&T committees; correct?

23 (Pages 86 - 89)

Page 90

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.    Correct, to my knowledge.
3    Q.    What is your basis for that
4 statement?
5    A.    Counsel.
6    Q.    Anything besides counsel?
7    A.    No.
8    Q.    Have you ever worked for
9 EmblemHealth?
10    A.    No.
11    Q.    Have you ever worked for
12 SummaCare?
13    A.    No.
14    Q.    Did you review any contracts
15 between Express Scripts and Emblem?
16    A.    No.
17    Q.    Looking at the next section of
18 your report, paragraphs 39 through 46, you
19 have a section entitled "ANDA Approval";
20 correct?
21    A.    Correct.
22    Q.    What is the basis for the
23 information contained in paragraphs 39
24 through 46 of your report?
25    A.    Those are found in Appendix A.

Page 91

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2        Any reference that has "ANDA" is
3 fair game for those -- for this section.
4    Q.    Do you have any experience in
5 the ANDA approval process?
6    A.    Other than that it's required
7 for generic drugs in order to obtain FDA
8 approval and be included in the Orange
9 Book, that's the experience that I have
10 with ANDA.
11    Q.    What experience do you have with
12 that?
13    A.    Understanding what the
14 importance of the ANDA is as it pertains to
15 generic drugs.
16    Q.    So in your view, the importance
17 of the ANDA is that it is required for FDA
18 approval and for inclusion in the Orange
19 Book?
20    A.    It is required -- it's submitted
21 by manufacturers to be considered for
22 approval by the FDA and inclusion into the
23 Orange Book.
24    Q.    Have you ever been involved with
25 putting together an ANDA?

Page 92

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.    No.
3    Q.    Have you ever been involved with
4 submitting an ANDA?
5    A.    No.
6    Q.    Have you ever been involved with
7 the review and approval process for an
8 ANDA?
9    A.    No.
10    Q.    Have you ever been involved with
11 inclusion -- with the decision to include a
12 drug in the Orange Book?
13    A.    No.
14    Q.    In paragraph 35 you state:
15        "The P&T committee is required
16 to base formulary decisions on scientific
17 evidence, standards of practice,
18 peer-reviewed medical literature, accepted
19 clinical practice guidelines and other
20 appropriate information."
21    A.    That is correct.
22    Q.    What is your basis for that
23 statement?
24    A.    My education, experience and
25 background understanding how P&T committees

Page 93

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 work.
3    Q.    Any particular references in
4 Appendix A that you rely on for purposes of
5 that statement?
6    A.    "Caremark, Formulary
7 Development" on page 1, that could be a
8 reference. But it's what I do, it's my
9 knowledge. I know this very well,
10 confidently.
11    Q.    So while there may be some
12 references in Appendix A that touch on this
13 subject, in terms of what you're relying on
14 for that paragraph, it's your background,
15 education and experience?
16    A.    And the references in Appendix
17 A, that is correct.
18    Q.    You said the Caremark, Formulary
19 Development on page 1 could be a reference.
20    A.    Among the other references in
21 Appendix A, and my 20-plus years and
22 experience in managed care practice, where
23 I know the functions of a P&T committee.
24    Q.    And so my question, Dr. Panagos,
25 is whether that -- your education,

24 (Pages 90 - 93)

Page 94

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 experience and background -- is what you're
2 relying on?
3
4    A.   Primarily.
5    Q.   What is the other appropriate
6 information that paragraph 35 refers to?
7    A.   It's contingent upon the drug
8 they're reviewing.
9    Q.   How so?
10    A.   Whether it's a brand or generic
11 and -- it's contingent upon what the drug
12 is used for, what therapeutic category.
13        There are several factors there
14 that would be pertaining to other
15 appropriate information as with regards to
16 the specific drug in question.
17    Q.   What are some examples of other
18 appropriate information?
19    A.   Any relevant medical literature,
20 any studies, any -- you know, any criteria,
21 any manufacturer information pertaining to
22 that drug.
23    Q.   You state in paragraph 43 that
24 the "Regulations require an ANDA to contain
25 a 'basis for ANDA submission.'"

Page 95

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1        What regulations are you
2
3 referring to there?
4    A.   Federal regulations for ANDA
5 submission.
6    Q.   Any specific federal regulations
7 for ANDA submission?
8    A.   No, that's -- that's outside the
9 scope of my opinion, but there are
10 regulations for ANDA.
11    Q.   In paragraph 46 you provide a
12 footnote number 6, referencing a page of
13 the FDA website; correct?
14    A.   Correct.
15    Q.   Does that mean that that
16 particular page provides the basis for your
17 statement that the supply chain must be
18 solid, and for approval of an ANDA, Good
19 Manufacturing Practices and inspection
20 reports are considered?
21    A.   Correct.
22        MS. ISIDRO:  Let's go ahead and
23    mark the next exhibit.  I believe this
24    is Exhibit 8.
25        (Exhibit 8 marked for

Page 96

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1    identification, five-page document
2    titled "Abbreviated New Drug
3    Application (ANDA) Forms and
4    Submission Requirements.")
5 BY MS. ISIDRO:
6    Q.   Doctor, this is a copy of the
7 reference that's listed in footnote 6 of
8 your report; correct?
9    A.   Correct.
10    Q.   Can you show me where this
11 reference indicates that the supply chain
12 must be solid for approval of an ANDA, Good
13 Manufacturing Practices and inspection
14 reports are considered?
15        MR. HANSEL:  Object to the form.
16    A.   When an ANDA is approved by the
17 FDA to be the same, and the product is
18 approved to be the same as the Reference
19 Listed Drug product safety and
20 effectiveness, that demonstrates that it
21 has met a solid process, including Good
22 Manufacturing Practices that do not render
23 the product adulterated in any way.
24        So by virtue of the FDA
25

Page 97

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 approval, all of those items have been
2 sufficed or met.
3
4    Q.   And what aspect of Exhibit A
5 supports that statement?
6        MR. HANSEL:  I'm going to object
7    to the form of the question.
8        Exhibit A --
9        MS. ISIDRO:  Excuse me, Exhibit
10    8. I misspoke.
11        MR. HANSEL:  Exhibit 8 is loaded
12    with hot links to scores of other
13    materials which are not part of the
14    exhibit.
15    A.   I'll just add, that's common
16 pharmacy practice.
17        As a pharmacist, knowledge of a
18 supply chain that is producing solid, safe
19 and effective medications that -- in
20 compliance with Good Manufacturing
21 Practices is -- it's key, is pertinent, is
22 absolutely necessary.  There is no
23 deviation from that.
24    Q.   Doctor, you chose to include
25 specifically this link.

25 (Pages 94 - 97)

Page 98

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   Right.
3    Q.   In footnote 6 in connection with
4 your statement in paragraph 46; correct?
5    A.   Right.
6    Q.   Why did you choose that
7 reference in particular for that paragraph?
8    A.   As counsel already stated,
9 there's several other links to many
10 references within this reference with
11 pertinent information regarding ANDA, their
12 forms, their submission process that
13 demonstrate and support the fact that the
14 supply chain needs to be solid.
15       FDA approved product needs to be
16 safe and effective and in compliance with
17 Good Manufacturing Practice to be approved,
18 gain entry into the Orange Book and be
19 available for prescribing to humans.
20    Q.   It's your testimony that you're
21 familiar with the information contained in
22 Exhibit 8; correct?
23    A.   Correct.
24    Q.   So what aspect of the
25 information contained here supports the

Page 99

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 statement in paragraph 46?
3       You chose to include the
4 footnote for a reason.  What aspect
5 supports that statement in paragraph 46?
6       MR. HANSEL:  Take the time you
7 need to read it.
8       By the way, we ordered lunch and
9 I think it's here or it's going to be
10 here shortly.  I'm not sure.
11       MS. ISIDRO:  Thank you.  I
12 appreciate that.
13       (Discussion held off the
14 record.)
15    A.   There are several references
16 within this document that point to
17 regulatory resources.
18       It's throughout this document
19 that there are references to the ANDA
20 forms, review, the electronic submission
21 process, what that entails, you know, by
22 the FDA, formulation studies, summaries,
23 regulatory resources, compliance/regulatory
24 information.
25       And, again, my experience as a

Page 100

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 pharmacist for way over 20 years in
3 understanding how the supply chain works
4 and what's required for a drug to be in
5 compliance with these requirements in order
6 to be available for prescribers to
7 prescribe.
8    Q.   So to be clear, the statement in
9 paragraph 46 is your own words.  It's not
10 something that's coming directly from the
11 reference you've cited in Exhibit 6?
12    A.   That's not what I said.
13       If you go back to my statement,
14 I point out several areas within this
15 reference where regulatory requirements,
16 process, submission and references to the
17 statement would be found and supported, in
18 addition to my experience and over 20-plus
19 years in -- as a clinical pharmacist,
20 understanding how the supply chain works.
21    Q.   The specific statement, though,
22 is not a direct quote from this reference;
23 correct?
24       MR. HANSEL:  Objection.
25       Asked and answered.

Page 101

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   This report consists of my
3 opinions that I've -- outlining each
4 section here that are supported by the
5 references in Appendix A, including that
6 statement.
7    Q.   Dr. Panagos, I'm not asking you
8 about support.  I'm asking you whether it's
9 a direct quote, and it's not a direct
10 quote; correct?
11    A.   Correct.
12       MS. ISIDRO:  Let's go ahead and
13 take a break for lunch.
14       THE VIDEOGRAPHER:  This will end
15 Media Unit 2.
16       Going off the record at 12:56.
17       (A recess was taken from 12:56
18 p.m. to 1:48 p.m.)
19
20
21
22
23
24
25

26 (Pages 98 - 101)

Page 102

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A F T E R N O O N    S E S S I O N
3       (Time Resumed: 1:48 p.m.)
4       KALIOPI PANAGOS, PharmD, R.Ph.,
5 having been previously duly sworn/affirmed,
6 resumed and testified as follows:
7       THE VIDEOGRAPHER: We're back on
8    the record at 1:48.
9       This will begin Media Unit 3.
10 CONTINUED EXAMINATION
11 BY MS. ISIDRO:
12    Q. Dr. Panagos, plaintiffs' counsel
13 mentioned that there's a correction that
14 you'd like to make to your earlier
15 testimony?
16    A. Yes, please.
17    Q. And what is that?
18    A. On page 2 in Section IV, when
19 referring to the class of medications known
20 as ARBs, the correction is angiotensin
21 receptor "blockers," not "binders." I'd
22 like that to be corrected. Thank you.
23    Q. Okay. And so that's a
24 correction to the language in your report
25 as well; correct?

Page 103

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A. It's in the report, right.
3       So it says angiotensin receptor
4 "binders" and that should say "blockers,"
5 please. Thank you.
6    Q. "Blockers." Okay.
7       Okay, Doctor, so staying with
8 Exhibit 6, your current report in this
9 case, you say in paragraph 28 that a
10 prescription drug formulary is a list that
11 specifies what drugs are covered under a
12 medical plan and at what coverage amount;
13 correct?
14    A. That's what -- yes, that's what
15 it says.
16    Q. Would that be specifically
17 covered under the pharmacy benefit?
18    A. A prescription drug -- what I'm
19 referring there is the pharmacy benefit.
20       There are formularies that are,
21 you know, on medical and prescription side.
22 And in this case, "medical" is referring to
23 just medicine and it's referring to the
24 prescription drug formulary.
25    Q. Okay.

Page 104

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A. To be clear. It's referring to
3 a pharmacy plan.
4    Q. To the pharmacy benefit?
5    A. Yes.
6    Q. Okay. What is the purpose of
7 the formulary?
8    A. The purpose of a formulary is to
9 provide a listing of the covered
10 medications for members to know which
11 medications would be covered under their
12 plan and at what tier.
13    Q. Who develops the formulary?
14    A. Formularies are developed by the
15 P&T committees, the respective organization
16 that is putting together the formulary.
17       The P&T committee would be part
18 of the process of reviewing and deciding,
19 from a clinical merits standpoint, which
20 medications would be on the formulary,
21 would be included on the formulary.
22    Q. Are there different types of
23 formularies?
24    A. Yes.
25    Q. What are the different types of

Page 105

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 formularies?
3    A. Those are specific to each
4 organization. There may be more broad or
5 more narrow in coverage, you know, include
6 more drugs or less drugs, and those are
7 particularly around the more expensive or
8 brand drugs.
9    Q. Is an open formulary one type of
10 formulary?
11    A. Yes.
12    Q. How about a closed formulary?
13    A. That's another type of
14 formulary.
15    Q. And what about a managed
16 formulary?
17    A. Those are all types of
18 formularies.
19    Q. What kinds of formularies have
20 you worked with specifically?
21    A. All of those that you mentioned
22 I have worked with and I'm familiar with.
23    Q. Did you work with all of those
24 at SmithRx?
25    A. I worked with all of those

27 (Pages 102 - 105)

Page 106

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  throughout my 20-plus years of experience
3  and with my work with various PBMs and
4  their type of formularies.
5        So it's, you know -- and at
6  SmithRx, yeah, there were open and closed
7  and managed formularies, yeah.
8     Q.   Do TPPs make any changes to the
9  formularies that P&T committees develop?
10    A.   If the TPP is reliant on the P&T
11 committee, whatever the P&T committee is
12 that's representing the TPP, the P&T
13 committee will make the recommendations on
14 to which medications will be included in
15 the formulary.  That's part of their
16 function and it is to do that.
17    Q.   And sometimes the P&T committee
18 is part of the PBM?
19    A.   It could be.
20    Q.   And sometimes it can be directly
21 with the TPP?
22    A.   It could be, yes.
23    Q.   Have you reviewed any
24 information specific to the P&T committees
25 that included VCDs on the formularies for

Page 107

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  the TPPs that are involved in this
3  litigation?
4     A.   Have I -- sorry, can you repeat
5  that question.  Thank you.
6        (Requested portion of record
7        read.)
8     A.   No.
9     Q.   In paragraph 47 of your report,
10 you state that the Orange Book was created
11 "as guidance in creating formularies and to
12 regulate substitution."
13       Correct?
14    A.   Correct.
15    Q.   What is the basis for that
16 statement?
17    A.   The basis for that statement is
18 through the FDA reference to the Orange
19 Book, in addition to my background and
20 experience with what the Orange Book is and
21 what it's intended and how it's utilized.
22    Q.   In paragraph 47, are you
23 intending to convey what you believe to be
24 FDA's intention in creating the Orange Book
25 or simply to convey how you believe the

Page 108

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  Orange Book is used?
3     A.   No, it is -- it is stated that
4  it's listed as guidance, so -- and it's
5  also what I believe, so both are true.
6     Q.   Is it your testimony that the
7  FDA created the Orange Book specifically
8  with formularies in mind?
9     A.   Not with specifically
10 formularies in mind, but guidance on
11 generic medications and -- and their
12 approval and option to include in
13 formularies.  You know, one leads to the
14 other if it's approved and it could be
15 considered for inclusion on a formulary,
16 certainly.
17    Q.   Have most states adopted laws
18 and/or regulations that encourage the
19 substitution of generic drug products?
20    A.   That was outside the scope of
21 this report, but, yes, most states are --
22 are promoters of generic utilization and
23 generic drug products.
24    Q.   And those laws and regulations
25 are typically promulgated by the State

Page 109

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  Board of Pharmacy for the respective state;
3  correct?
4        MR. HANSEL:  Object to the form.
5        Foundation.
6     A.   Every state will have their
7  regulations on, you know, generic
8  medications.  But that all stems from that
9  initial approval of the medication being
10 approved for even consideration of the
11 formulary, consideration for prescribing.
12 And then from there, each state will
13 determine how they wish to handle a generic
14 in terms of prescribing.
15       But that conversation would
16 never happen if a generic had not been
17 approved safe and effective for prescribing
18 through the process of an ANDA and FDA
19 approval in the Orange Book, and then, you
20 know, each state can make their regulations
21 as they see fit.
22    Q.   So essentially the rating that's
23 indicated in the Orange Book indicates
24 whether a particular drug is substitutable
25 for another one; correct?

28 (Pages 106 - 109)

Page 110

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     A.   Therapeutic equivalence,
3  therapeutically substitutable for the
4  Reference Listed Drug.  Not another one,
5  but the original drug product.
6     Q.   But there's nothing in the
7  Orange Book that regulates substitution in
8  the sense of mandating substitution in a
9  particular context?
10    A.   There is no mandate, but what
11  the Orange Book is designed to do is convey
12  that the drug, the generic drug has met the
13  criteria for approval as safe and effective
14  by the FDA and can be considered for
15  inclusion on formularies or any other
16  regulations, including on the state level
17  that as each state sees fit, yes.
18    Q.   But it doesn't take a position
19  as to recommending or encouraging
20  substitution?
21         MR. HANSEL:  Object to the form.
22    A.   When a generic is listed in the
23  Orange Book as meeting the criteria for
24  approval, identical to the original
25  product, safe and effective, that guidance

Page 111

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  is affirmative that that drug is safe to
3  use, effective to the original product, and
4  that could be considered safe and effective
5  as the regular product was.
6         So it is pretty substantial
7  guidance that -- well-regarded across the
8  industry, respected and looked to as the
9  authoritative source for that type of
10  information so that generic drugs could be
11  considered for patients to use.
12    Q.   But it would be up to the
13  individual states to adopt laws and/or
14  regulations that encouraged substitution of
15  drug products that are available?
16    A.   States will have their
17  regulations as would, you know, PBMs could
18  have -- states will have their regulations,
19  yes, to answer your question.
20    Q.   In fact, the Orange Book states
21  expressly that it does not mandate the drug
22  products that are purchased, subscribed,
23  dispensed or substituted for one another;
24  correct?
25    A.   Right, they're without mandate.

Page 112

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     Q.   Nor does it conversely mandate
3  that particular products should be avoided?
4     A.   Correct, yeah.
5     Q.   And the Orange Book also
6  expressly states that while therapeutic
7  equivalence evaluations are a scientific
8  judgment based upon evidence, generic
9  substitution may involve social and
10  economic policy considerations; correct?
11         MR. HANSEL:  Object to this line
12  of questioning.  Reads long quotations
13  as if the witness is expected to
14  memorize verbatim a lengthy quotation.
15         It would be much preferable to
16  place an excerpt from the Orange Book
17  in front of the witness, so I object
18  to the form.
19         MS. ISIDRO:  Could you read back
20  my question, please.
21         (Requested portion of record
22  read.)
23    A.   When a patient is prescribed a
24  drug, there are many factors that go into
25  that decision.

Page 113

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2         What the Orange Book does very
3  definitively is provide the guidance that
4  the generic drug has met the criteria for
5  approval by the FDA as safe and effective,
6  very simply, and that that drug could then
7  be considered for inclusion on a formulary,
8  to prescribe to a patient, safe and
9  effective for use to the original drug
10  product, very simply.
11         MS. ISIDRO:  Let's go ahead and
12  mark the next exhibit.
13         (Exhibit 9 marked for
14  identification, multi-page document
15  titled "Orange Book Preface.")
16         MS. ISIDRO:  I believe we're up
17  to Exhibit 9, correct?
18         MR. COATES:  Yes.
19  BY MS. ISIDRO:
20    Q.   Doctor, if you could take a look
21  at Exhibit 9.  This is the Orange Book
22  preface; correct?
23    A.   Yes.
24    Q.   If you can turn to Section 1.5
25  preface.

29 (Pages 110 - 113)

Page 114

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     A.   Yes.
3     Q.   And if you look at the fifth
4 line under that section, the sentence that
5 starts at the end of that line, can you
6 read that sentence, please, out loud.
7     A.   The sentence that begins with
8 "therapeutic"?
9     Q.   Correct.
10    A.   "Therapeutic equivalence
11 evaluations are a scientific judgment based
12 upon evidence, while generic substitution
13 may involve social and economic policy
14 administered by the states, for example,
15 reducing the cost of drugs to consumers."
16    Q.   Thank you.
17         Turning back to your latest
18 report in this litigation, in paragraph 50
19 you state that: "Generic drug
20 manufacturers are permitted to avoid the
21 expensive and lengthy New Drug Application
22 or NDA process by filing an ANDA when
23 generic drug contains the same active
24 ingredient, root of administration,
25 therapeutic equivalence and other

Page 115

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 characteristics as the brand version."
3     A.   Right.
4     Q.   You had a very similar sentence
5 in your 2021 report in this litigation;
6 correct?
7     A.   Correct.
8     Q.   But in that 2021 report, you
9 stated "bioequivalence" rather than
10 "therapeutic equivalence"; correct?
11    A.   As I recall, yes.
12    Q.   Why the change from
13 "bioequivalence" to "therapeutic
14 equivalence" in this report?
15    A.   Therapeutic equivalence is the
16 more accurate and correct reference when
17 you're talking about generic substitution.
18         While bioequivalence is a
19 component of that, therapeutic equivalence
20 is the overarching value of -- important
21 value above all.
22         So it has to be therapeutically
23 equivalent, safe, effective, and that is
24 how it's referred to in the Orange Book so
25 I wanted to be accurate in that statement.

Page 116

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 Therapeutic equivalence is the important
3 factor here.
4     Q.   In paragraph 53 of your current
5 2022 report, you state:
6         "P&T committees will only
7 consider adding a generic drug to their
8 formulary if it is listed in the Orange
9 Book and the Orange Book indicates the
10 generic drug is the same as the RLD."
11         What do you mean that the Orange
12 Book indicates that the generic drug is the
13 same as the RLD?
14    A.   If the drug is listed in the
15 Orange Book, it designates that it is the
16 same -- same in safety and effectiveness as
17 the original or the RLD product and can be
18 considered for inclusion to the formulary.
19    Q.   So when you say "the Orange Book
20 indicates the generic drug is the same as
21 the RLD," is that a reference to the
22 therapeutic equivalence rating?
23    A.   Yes.
24    Q.   And you go on to say in
25 paragraph 53: "As such, the Orange Book is

Page 117

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 an essential part of their decision-making
3 process."
4         When you say "their
5 decision-making process," are you talking
6 about the P&T committees?
7     A.   Yes.
8     Q.   What is your basis for that
9 statement?
10    A.   My many years of experience and
11 my communication and collaboration, what
12 have you, with how P&T committees work,
13 PBMs, their processes and how formulary
14 decisions are made, yes.
15    Q.   You've never personally served
16 on a P&T committee; correct?
17    A.   Correct.
18    Q.   And you haven't reviewed any
19 materials that indicate how the particular
20 P&T committees of the TPPs in this
21 litigation made their decisions; correct?
22    A.   Correct.
23    Q.   In paragraph 54C, you have an
24 equation; correct?
25    A.   Correct.

30 (Pages 114 - 117)

Page 118

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   And that's "TE equals PE plus
3  BE"?
4    A.   Correct.
5    Q.   Where does that equation come
6  from?
7    A.   The Orange Book.
8    Q.   That's listed specifically in
9  the Orange Book?
10   A.   Yes.  Well, this is the preface,
11  but I know that's in there, and this is
12  where I got that from, what that equation
13  is there.
14   Q.   So it's not in the preface,
15  though?
16   A.   I did not see that there.
17   Q.   So under paragraph 38 of your
18  report, and it's actually -- it's what
19  immediately follows, but it's on the next
20  page.
21   A.   Yes.
22   Q.   You have a diagram titled --
23  actually, I don't see -- I don't see a
24  title associated with the diagram, right,
25  it just follows paragraph 38?

Page 119

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.   Correct, yeah.
3    Q.   And is this a diagram that you
4  created or is this something you sourced
5  from somewhere?
6    A.   I sourced and it should be in
7  Appendix A, and it's a general flow of P&T
8  committees' process, just to illustrate on,
9  you know, a broad scope, how a P&T
10  committee would -- would work.
11   Q.   Is it footnote 5 on the prior
12  page?  Is that where this diagram comes
13  from?
14   A.   Just checking...
15       That's what it says, yes.
16   Q.   The last line of the diagram
17  mentions "relevant stakeholders."
18       What is your interpretation of
19  who the relevant stakeholders would be?
20   A.   Whomever is electing coverage of
21  that particular formulary, whatever group
22  that would be, they would be the relevant
23  stakeholders here.
24   Q.   Dr. Panagos, who makes the
25  therapeutic equivalence determinations that

Page 120

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  are indicated in the Orange Book?
3    A.   The approvals in the Orange Book
4  and the determinations of therapeutic
5  equivalence are made by the FDA.
6    Q.   In paragraph 67 of your report
7  you state that generic manufacturers "have
8  to comply with certain FDA requirements to
9  receive ANDA approval"; correct?
10   A.   Correct.
11   Q.   Is safety and effectiveness part
12  of what a generic drug manufacturer has to
13  demonstrate in their ANDA submission?
14   A.   The generic manufacturer has to
15  demonstrate that their product is the same
16  as the Reference Listed Drug product, and
17  that includes safety and effectiveness.
18   Q.   Is there an independent showing
19  of safety and effectiveness separate from
20  the RLD that needs to be demonstrated by
21  the ANDA -- by the entity that's submitting
22  the ANDA?
23       MR. HANSEL:  Object to the form.
24   A.   The -- details of the ANDA
25  process were outside of the scope of this

Page 121

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  opinion, but the ANDA itself demonstrates
3  that that generic drug -- the purpose of
4  the ANDA is that the generic drug is
5  meeting -- is the same as the original drug
6  product.  That's what it's for.  And that
7  includes in its effectiveness and in its
8  safety element as well.
9        So it is part of the process, it
10  is a critical part of the process, and the
11  generic manufacturers must demonstrate that
12  to receive the approval.
13   Q.   An ANDA submission would not
14  include, for example, new clinical trials
15  on safety and effectiveness; correct?
16   A.   Not to my knowledge.
17       Again, it has to meet the
18  -- the sameness as the Reference Listed
19  Drug with the brand product, so it would be
20  in conjunction with the Reference Listed
21  Drug product.  It has to demonstrate
22  sameness there.
23   Q.   In paragraph 70 and the
24  subparagraphs underneath it, you list
25  multiple factors that a P&T committee might

31 (Pages 118 - 121)

Page 122

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  consider in deciding to place a drug on a
3  formulary; correct?
4      A.   Yes.
5      Q.   And that list comes from the
6  source that you've cited in footnote 8 of
7  your report?
8      A.   In addition to my own
9  experience, background, education, yes.
10     Q.   And the Orange Book is
11 considered among those factors; correct?
12     A.   Correct.
13     Q.   In fact, in paragraph 71 you
14 specify that the Orange Book is among the
15 medical literature in FDA prescribing
16 information that P&T committees consider.
17     A.   Correct.
18     Q.   But there are a number of other
19 sources and pieces of information that are
20 listed in paragraph 70 besides the Orange
21 Book; correct?
22     A.   Yes.
23     Q.   A PBM can contain multiple
24 formularies; correct?
25     A.   Yes.

Page 123

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      Q.   And there can be different
3  criteria for each one?
4      A.   Each formulary may differ from
5  one another.
6      Q.   Did you look at whether there
7  were multiple formularies for the PBMs
8  involved in this litigation?
9      A.   No.
10     Q.   Turning back to paragraph 70,
11 and in particular subparagraph (b), you
12 mention "FDA-approved prescribing
13 information and related FDA information,
14 including safety data" is among the
15 information that might be considered;
16 correct?
17     A.   Correct.
18     Q.   And there's a parenthetical
19 stating that "(this will come from the
20 ANDA, which includes the information
21 provided by the manufacturer)."
22     A.   Correct.
23     Q.   Was that parenthetical in the
24 source that you cited or is that your own
25 addition?

Page 124

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      A.   In my sources.
3          MS. ISIDRO:  I'm going to mark
4  the next exhibit.  I think we're up to
5  10.
6          (Exhibit 10 marked for
7  identification, multi-page document
8  titled "AMCP Formulary Management.")
9  BY MS. ISIDRO:
10     Q.   Doctor, where in -- actually,
11 let me back up for a second.
12          You have Exhibit 10 in front of
13 you; correct?
14     A.   Yes.
15     Q.   And is Exhibit 10 the reference
16 that you are citing in footnote 8 of your
17 report?
18     A.   Yes.
19     Q.   Okay.  Can you point me to where
20 this source indicates that the FDA-approved
21 prescribing information and related FDA
22 information, including safety data, will
23 come from the ANDA?
24     A.   As I said earlier, the
25 information is from my sources, in the

Page 125

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  appendix which is provided here, including
3  my experience, education and background.
4          And while that isn't explicitly
5  in this source right here that you -- in
6  Exhibit 10 that you presented, part of the
7  ANDA process includes demonstrating safety
8  and effectiveness.  That is without dispute
9  and without doubt part of that process.
10          And so while it's not explicitly
11 here, as I've said earlier, my references
12 include my education, background,
13 experience and knowledge in this area, so I
14 hope that answers your question.
15     Q.   So just to make sure we're
16 looking at the same thing, so on page 2 of
17 Exhibit 10, there is a bullet point list at
18 the bottom of the page; correct?
19     A.   Yes, I see that.
20     Q.   And that bullet point list for
21 the most part corresponds with what you
22 have listed as subparagraphs (a) through
23 (g) at the top of page 12 of your report;
24 correct?
25     A.   That is correct, yes.

32 (Pages 122 - 125)

Page 126

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   And the second bullet point
3 corresponds to subparagraph (b) on page 12
4 of your report; correct?
5    A.   Yes.
6    Q.   But the bullet point in
7 Exhibit 10 stops at safety data, and the
8 parenthetical that appears on page 12,
9 subparagraph (b) of your report, is not
10 contained in Exhibit 10; correct?
11    A.   Correct.
12    Q.   So that parenthetical was your
13 own addition based on your background and
14 experience?
15    A.   Right, correct, yes.
16    Q.   Doctor, looking at paragraph 73
17 of your report, did this also come from
18 Exhibit 10?
19       MR. HANSEL:  Object to the form.
20    A.   Page 3 of Exhibit 10 and the
21 paragraph 1 refers to "two or more
22 medications are determined to be clinically
23 equivalent, then business elements will
24 determine formulary inclusion or
25 exclusion."

Page 127

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Okay.  It's almost verbatim the
3 same sentence that's in paragraph 73 of
4 your report; correct?
5    A.   Yes.
6    Q.   But that source is not
7 attributed in paragraph 73?
8       MR. HANSEL:  Object to the form.
9    A.   All of my sources that I used to
10 produce this report are in the appendix,
11 and all of them utilized to produce this
12 report, so the reference is there.
13    Q.   But unlike in paragraph 70, you
14 don't have a footnote in 73 indicating that
15 this language is coming directly from this
16 particular source that we've marked as
17 Exhibit 10 rather than in your own words.
18       MR. HANSEL:  Object to the form.
19    A.   Clearly the reference is there,
20 so...
21    Q.   The footnote?
22    A.   No, the information is in my
23 references, so...
24       As I said before, everything in
25 my report is referenced in the appendix and

Page 128

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 all could be considered as a reference in
3 any of these statements.
4    Q.   But, again --
5    A.   If you're looking for the little
6 footnote and it's not there, but it is
7 here, so the information is here and it's
8 the same as what's listed here.
9       So we're talking the same thing.
10 It's the same -- the statement is the same.
11    Q.   So when you say it's not here
12 but it is here, are you saying it's not in
13 paragraph 73 but it is in paragraph 70?
14    A.   If you're looking for the
15 footnote.
16    Q.   Correct.
17    A.   And the footnote is not there
18 but the reference is in my Appendix A.
19    Q.   Right.
20    A.   You provided Exhibit 10 as one
21 of my references, and I pointed out that in
22 page 3 of that reference that information
23 could be found.
24    Q.   And your Appendix A is a list of
25 materials reviewed; correct?

Page 129

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2       MR. HANSEL:  I object to this
3 line of questioning.
4       Is this like a tenure hearing
5 where a professor is being attacked
6 for plagiarism?  Is that what's
7 happening here?  I mean, what are we
8 doing?
9       MS. ISIDRO:  I'd like to
10 continue my questioning.
11 BY MS. ISIDRO:
12    Q.   Dr. Panagos, your Appendix A is
13 a list of materials reviewed; correct?
14    A.   A list of materials reviewed in
15 addition to my experience, education,
16 background.
17    Q.   Right.  It does not indicate a
18 direct citation of a source or a direct
19 quotation of a source.
20    A.   Sorry, what does not indicate a
21 direct citation of the source?  The
22 appendix?
23    Q.   Correct.
24    A.   The appendix consists of the
25 sources I reviewed.  They're listed here.

33 (Pages 126 - 129)

Page 130

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2      And in addition to these sources
3  is the education, my experience, my
4  background, my profession as a clinical
5  pharmacist in the managed care space.
6      All of that is what went into
7  producing this report and the opinions
8  here, which are clear.
9  Q.  But inclusion of a source on
10 your Appendix A is not an indication that
11 you have directly quoted from that source;
12 correct?
13     MR. HANSEL:  Object to the form.
14     There's no such requirement.
15 Why are we doing this?  It's a waste
16 of time.
17 A.  Could you restate the question
18 or would you mind please repeating that.
19     (Requested portion of record
20 read.)
21 A.  Honestly, I don't understand
22 your question.  I've already pointed out
23 that the information here in this 74 --
24 sorry.
25 Q.  73.

Page 131

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  A.  73 that you pointed out is in a
3  reference that I included in my appendix
4  and it's part of the opinion.
5      It's consistent and concise and
6  relevant to the opinion I was asked to
7  render here with regards to safety and
8  effectiveness and generic drugs.  All of
9  that is referenced there.
10     So I'm, you know, hoping I'm
11 answering your question because I think
12 you're asking is the material consistent,
13 and it is, it's here, and it's here in my
14 report.  So it's found in both places.  You
15 can find it, as we have, and it's also here
16 in my report and it's accurate.
17     MR. HANSEL:  Let the record
18 reflect that the witness was pointing
19 to Exhibit 10 when saying "it's here."
20     THE WITNESS:  Yes, Exhibit 10.
21 Thank you.
22 A.  And those statements are
23 accurate, okay?  So even based on my
24 experience, those statements -- I can make
25 those statements without necessarily having

Page 132

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  to even have a source per se because I know
3  that to be true.
4  Q.  Okay.  Paragraph 74 of your
5  report says:  "In many organizations, the
6  P&T committee only performs clinical
7  analysis."
8      Do you see that?
9  A.  I wrote that so I see it, yes.
10 Q.  And do you see in the first
11 paragraph on page 3 of Exhibit 10 where it
12 says:  "In many organizations, the P&T
13 committee only performs clinical analysis"?
14 A.  Yeah, yes.
15 Q.  Do you see paragraph 74 of your
16 report goes on to say:  "If two or more
17 medications are determined to be clinically
18 equivalent, then business elements will
19 determine formulary inclusion or
20 exclusion"?
21 A.  Yes.
22 Q.  And do you see on page 3 of
23 Exhibit 10 where it says:  "If two or more
24 medications are determined to be clinically
25 equivalent, then business elements will

Page 133

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  determine formulary inclusion or
3  exclusion"?
4  A.  Yes.
5  Q.  Do you have a footnote or direct
6  citation to Exhibit 10 in paragraph 74 of
7  your report?
8      MR. HANSEL:  Object to the form.
9      The document speaks for itself.
10 A.  The reference is here in
11 Exhibit 10, which is in my appendix, just
12 part of how I derived the opinions in this
13 report and they are supported by the
14 reference here, Exhibit 10, what we're
15 reviewing together, so...
16 Q.  Paragraph 74 does not directly
17 reference Exhibit 10 in any way, does it?
18     MR. HANSEL:  Object to the form.
19 A.  The entire report is -- and all
20 the references in Appendix A support
21 everything in my report, you know, every
22 single component, in addition to my
23 education and background and experience in
24 the field for 20-plus years.  Everything is
25 supported there.

34 (Pages 130 - 133)

Page 134

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2        So, again, while there isn't --
3 I think you're looking for the little
4 footnote, and that isn't there, the
5 material is clearly referenced in the
6 appendix.
7    Q.   Do you see in paragraph 75 of
8 your report where it says:
9        "The overall goal is to develop
10 a list of the safest, most effective
11 medications that will produce the desired
12 goals of therapy at the most reasonable
13 cost to the health care system"?
14    A.   I see it, yes.
15    Q.   And do you see in the last
16 sentence of the first paragraph on page 3
17 of Exhibit 10 where it says:  "The overall
18 goal is to develop a list of the safest,
19 most effective medications that will
20 produce the desired goals of therapy at the
21 most reasonable costs to the health care
22 system"?
23    A.   Yes.
24    Q.   Can we look at paragraph 78 of
25 your report, please.

Page 135

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2        You state in paragraph 78 that:
3        "Use of generic drugs that have
4 been deemed bioequivalent by the FDA does
5 not require a full new round of review or
6 approval by a P&T committee."
7        What do you mean by "a full new
8 round of review or approval by a P&T
9 committee"?
10    A.   That really pertains more to
11 brand drugs that are reviewed by a P&T
12 committee where they go by a -- they would
13 need a more robust or -- you know, process
14 of approval by the P&T committee.
15        But a generic drug that is
16 deemed, you know, therapeutically
17 equivalent, therapeutic equivalence by the
18 FDA suffices.
19        There isn't anything further
20 that the P&T committee needs to do in that
21 case with regards to a generic drug,
22 suffice it meets the criteria, approved
23 safe/effective, the P&T committee can then
24 consider it to include on their
25 formulary -- formularies, plural.

Page 136

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2    Q.   So essentially, in the case of
3 generic drugs, the P&T committee relies on
4 the FDA's assessment with respect to the
5 generic drug?
6        MR. HANSEL:  Object to the form.
7    A.   The P&T committee will reference
8 the authoritative source, which is the
9 Orange Book, to determine -- to see if the
10 generic drug is included.
11        That indicates to them that it
12 has met the process of approval by the FDA,
13 which starts with the ANDA, and that
14 process includes the safety and
15 effectiveness of that drug, same as the
16 original drug product, and that's what it
17 considers regarding generic medications.
18    Q.   And you testified earlier that
19 the therapeutic equivalence ratings
20 contained in the Orange Book are made by
21 the FDA or are determined by the FDA?
22    A.   The therapeutic equivalence of a
23 drug and its substitutability for the
24 original or Reference Listed Drug or brand
25 drug, original drug product, is made by the

Page 137

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2 FDA.
3    Q.   In paragraph 79 of your report
4 you say that:  "P&T committees will only
5 consider adding a generic drug to their
6 formulary if it is listed in the Orange
7 Book and the Orange Book indicates the
8 generic drug is the same as the RLD";
9 correct?
10    A.   Correct.
11    Q.   So you're saying that inclusion
12 in the Orange Book is a requirement, but
13 not an automatic trigger for inclusion on
14 the formulary; correct?
15    A.   A generic drug needs to be
16 listed in the Orange Book as
17 therapeutically quantitative, safe and
18 effective, the same as the original drug
19 product to be considered for inclusion,
20 correct.
21        MS. ISIDRO:  Let's take a quick
22 five-minute break.
23        THE VIDEOGRAPHER:  This will end
24 Media Unit 3.
25        Going off the record at 2:46.

35 (Pages 134 - 137)

Page 138

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2        (A recess was taken.)
3        THE VIDEOGRAPHER:  We're back on
4 the record at 3:05.
5        This will begin Media Unit 4.
6 BY MS. ISIDRO:
7    Q.   Dr. Panagos, turning back to
8 your latest report in this litigation,
9 Exhibit 6, if you could take a look at
10 paragraph 80 for me, please.
11   A.   Yes.
12   Q.   Paragraph 80 states that:
13       "A drug's 'AB' listing in the
14 Orange Book, based as it is on the generic
15 drug manufacturer's ANDA, represents a
16 manufacturer's assurance to TPPs and P&T
17 committees that the generic drug is
18 equivalent to the brand of drug for
19 placement on a prescription drug
20 formulary"; correct?
21   A.   Correct.
22   Q.   What do you mean by
23 "manufacturer's assurance"?
24   A.   Essentially, a manufacturer's
25 promise that their drug product is safe and

Page 139

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 effective, meets all the requirements, has
3 met all the criteria for approval and it is
4 equivalent to the brand drug.
5    Q.   Now, you had a very similar
6 sentence in your prior report in this
7 litigation, except that instead of saying
8 "manufacturer's assurance" it said
9 "manufacturer's warranty"; correct?
10   A.   Correct, yes.
11   Q.   Why did you make that change
12 from "warranty" to "assurance"?
13       ATTENDEE:  Excuse me, the room
14 doesn't know the Zoom is still muted,
15 correct?
16       MS. ISIDRO:  Let's just have
17 this last question read back and
18 answered and then we can go off the
19 record and deal with the transcript
20 Zoom issue.
21       MR. HANSEL:  I object to that.
22       It calls for a legal conclusion.
23 Go ahead.
24       (The following was read back:
25       "Question:  Now, you had a very

Page 140

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 similar sentence in your prior report
3 in this litigation, except that
4 instead of saying 'manufacturer's
5 assurance' it said 'manufacturer's
6 warranty'; correct?
7       "Answer:  Correct, yes.
8       "Question:  Why did you make
9 that change from 'warranty' to
10 'assurance'"?)
11       (Testimony resumes.)
12   A.   I made the change quite simply
13 to make it in simpler language, and I'm not
14 a lawyer, I'm a clinical pharmacist, and
15 what I'm relaying is that the manufacturers
16 made promises, assurances ensuring that
17 their drug is equivalent to the brand drug.
18       And in doing so, they obtained
19 the FDA approval by the process of the ANDA
20 through the information that they --
21 manufacturers are responsible for providing
22 through that process.
23       And so assurance or warranty,
24 they really mean the same thing.  It's the
25 promise that the manufacturers make,

Page 141

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 validation that their product is identical
3 to the brand product, does not deviate in
4 any way in safety and effectiveness, and --
5 and that's why I -- whether it's warranty
6 or assurance, it really denotes the same --
7 the same thing.
8    Q.   Dr. Panagos, this paragraph 80
9 has a footnote that mentions a specific
10 reference.
11       Does that language,
12 "manufacturer's assurance," does that come
13 from the reference or is that your own
14 language?
15       MR. HANSEL:  Object to the form.
16   A.   I don't recall whether it's from
17 the reference or my own language, but I
18 know that to be accurate and true, that
19 when the manufacturer provides their
20 information by the process of the ANDA,
21 that is part of the process.
22       The -- very clear about that,
23 that they need to demonstrate sameness to
24 the Reference Listed Drug product.
25       And so that's accurate and true.

36 (Pages 138 - 141)

Page 142

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  And whether it says assurance or some other
3  word, that is -- doesn't negate the fact
4  that that's the process and what the
5  expectation is.
6          MS. ISIDRO:  Let's go ahead and
7  mark the next exhibit.
8          (Exhibit 11 marked for
9  identification, multi-page document
10 titled "ASHP Guidelines on the
11 Pharmacy and Therapeutics Committee
12 and the Formulary System.")
13 BY MS. ISIDRO:
14 Q.   Doctor, you have in front of you
15 now what's been marked as Exhibit 11;
16 correct?
17 A.   Yes.
18 Q.   And is that the reference that's
19 listed in footnote 9 of your report?
20 A.   Yes.
21 Q.   And could you look through this,
22 please, and just refresh your recollection
23 as to whether that manufacturer's assurance
24 language comes from this reference.
25          MR. HANSEL:  Object to the form.

Page 143

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2          This is a lengthy 12-page
3  document.
4          Please take your time and review
5  it as much as you need to.
6  A.   On page 912, in the "Therapeutic
7  Interchange" section in Column 2, "Drugs
8  appropriate for therapeutic" -- sorry, let
9  me go a little bit further.
10         There is a reference there to
11 "therapeutic effects and safety profiles,"
12 and so they're expected to have a similar
13 therapeutic effect and safety profile when
14 administered to patients in therapeutically
15 equivalent doses.
16         There's reference to
17 "therapeutic interchange."
18         "Drugs appropriate for
19 therapeutic interchange are drug products
20 with different chemical structures that are
21 expected to have similar therapeutic
22 effects and safety profiles when
23 administered to patients in therapeutically
24 equivalent doses," and that's consistent
25 with what we've been discussing here.

Page 144

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2          And so the while the word
3  "assurance" is not explicitly stated, drugs
4  appropriate for therapeutic interchange,
5  the word "appropriate" denotes that that
6  drug has been deemed and went through the
7  criteria of -- by the FDA which requires
8  the ANDA, which requires the manufacturer
9  to submit the appropriate information
10 consistent with the ANDA to assure that
11 their drug is meeting the criteria for
12 approval, so I hope that answers your
13 question.
14 Q.   And, Dr. Panagos, there is no
15 reference to the manufacturer in that
16 section of page 912 that you referenced;
17 correct?
18 A.   In that section, no.
19         But when we're talking about
20 drugs for therapeutic interchange and drugs
21 appropriate, we're talking about drugs that
22 have met the criteria for approval through
23 the ANDA that the manufacturer submits, the
24 information for review and approval.
25 Q.   Now, Doctor, you've already

Page 145

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  testified that the FDA is the one who
3  determines whether a particular drug will
4  receive an AB rating; correct?
5  A.   What I said was that the FDA
6  approves, but they approve via the ANDA
7  that is submitted.
8          An ANDA is submitted by the
9  manufacturer, and the manufacturer is
10 responsible for the information they're
11 providing within the ANDA that the FDA will
12 use to determine if a drug is meeting the
13 criteria for approval or not.
14         So while the FDA -- so I just
15 want to be clear what you're stating.  The
16 FDA approves, but through the process of
17 the ANDA that begins with the manufacturer,
18 and it's the manufacturer's responsibility
19 to provide the information within the ANDA
20 that the FDA approves based on that
21 information that the manufacturer provides,
22 to be clear.
23 Q.   Now, approval and AB rating are
24 two different things; right?
25 A.   If we're talking about a generic

37 (Pages 142 - 145)

Page 146

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 and they're looking at the ANDA and -- for
2 therapeutic interchange -- can you restate
3 or be more clear on what you're asking,
4 please?
5    Q.    The fact that an ANDA is
6 approved does not necessarily mean that the
7 drug that is subject to that ANDA will
8 receive an AB rating; correct?
9         MR. HANSEL:  Object to the form.
10    A.    The process of evaluation of the
11 ANDA is contingent upon the information
12 that the manufacturers provide and must
13 suffice the criteria that the FDA requires
14 for approval and/or an AB rating,
15 therapeutic interchange.
16         And so to be -- it all ties back
17 to the ANDA and the information that the
18 manufacturer provides for evaluation by the
19 FDA.
20         MR. HANSEL:  We'd like to take a
21 short break.
22         Five minutes.
23         MS. ISIDRO:  Sure.
24         THE VIDEOGRAPHER:  Going off the

Page 147

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1    record at 3:19.
2         (A recess was taken.)
3         THE VIDEOGRAPHER:  We're back on
4    the record at 3:32.
5 BY MS. ISIDRO:
6    Q.    Dr. Panagos, if I understood
7 your testimony before the break correctly,
8 what you were clarifying is that when you
9 refer to the manufacturer's assurance in
10 your report, what you're referring to is
11 the accuracy of the information that the
12 manufacturer submitted to the FDA?
13         MR. HANSEL:  Object to the form.
14    A.    The accuracy of the information
15 that they submitted to the FDA, yes.
16         But also their ongoing
17 obligation to be consistent or assuring
18 that their drug continues to be safe and
19 effective, and that includes the
20 information that they submitted in the
21 ANDA, including the manufacturing of that
22 drug being consistent with, I think we
23 spoke earlier, the Good Manufacturing
24 Practices that continue to provide that

Page 148

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 assurance, that the drug is safe and
2 effective on an ongoing basis, and that is
3 the obligation of the manufacturer.
4    Q.    So the ongoing obligations that
5 you're referring to are the ongoing
6 obligations with respect to the ANDA under
7 the FDA regulatory scheme?
8         MR. HANSEL:  Object to the form.
9    A.    The obligation of the
10 manufacturer begins with the ANDA,
11 submitting the right information, obtaining
12 -- meeting the criteria set forth by the
13 FDA for approval.
14         And then if you look at Section
15 1.2 of the Orange Book in subset 5, it
16 further talks about the manufacturer, or
17 "they" are all -- they are -- the
18 manufacturers of the drug -- in compliance
19 with Good Manufacturing Practice
20 regulations as set forth by the FDA.
21         So the manufacturer has to
22 continue to -- it's their obligation to
23 continue to demonstrate that their drug is
24 in compliance with Good Manufacturing

Page 149

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1 Practices, that it's safe, that it's
2 effective, that it does not consist of a
3 human carcinogen and that it's safe for
4 use.
5    Q.    Doctor, in your response there,
6 you referenced Section 1.2 of the Orange
7 Book in subset 5.  I just want to make sure
8 I'm looking at the correct thing that
9 you're referencing.
10         This is Exhibit 9, the Orange
11 Book preface.  And you're looking at number
12 5, which starts at the very end of page 4
13 of this document and continues on page 5 of
14 this document?
15    A.    Yes, correct.
16    Q.    And that is in a paragraph
17 that's talking about the FDA's criteria for
18 determining therapeutic equivalence;
19 correct?
20    A.    Correct, yes.
21    Q.    So, again, when you're referring
22 to ongoing obligations applicable to the
23 manufacturer, you're referring to ongoing
24 obligations under the FDA regulatory scheme

38 (Pages 146 - 149)

Page 150

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 that's applicable to drugs approved
3 pursuant to the ANDA process?
4      A.   Ongoing obligations of the
5 manufacturer.
6      Q.   Post approval?
7           MR. HANSEL:  Object to the form.
8      A.   Manufacturer is obligated
9 throughout the entire process, right, they
10 submit the ANDA, all that material, that's
11 their obligation.  Approval, the
12 manufacturing of that drug that is
13 consistent with Good Manufacturing
14 Practices, that's their obligation.
15          The entire process is their
16 obligation in compliance with the FDA
17 regulations and to continue to adhere to
18 that.
19          Having a human carcinogen in
20 their medication is not consistent with
21 Good Manufacturing Practices.  It's not
22 safe nor an effective medication for use.
23     Q.   Doctor, again, regardless of
24 whether we're talking about preapproval or
25 post-approval obligations, the obligations

Page 151

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 that you are referring to are the
3 obligations applicable under the FDA's
4 regulatory scheme; correct?
5           MR. MESTRE:  Object to the form.
6      A.   We're talking about generic
7 drugs and the process that they must go by
8 to be -- the process they must go through
9 according to the FDA to receive approval to
10 be considered therapeutically
11 substitutable, to be considered for
12 placement in the Orange Book, which renders
13 them therapeutically equivalent, same as
14 the Reference Listed Drug, identical, safe
15 and effective, adhering to Good
16 Manufacturing Practices, which is critical.
17          Again, the drug -- the drugs
18 we're talking about consisted of a
19 carcinogen, and that is not consistent with
20 Good Manufacturing Practices and it
21 deviates from the sameness that we're
22 referring to in the -- that they must
23 adhere to, that they're obligated to adhere
24 to in the process that is required to have
25 a generic drug considered for use in the

Page 152

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 United States.
3      Q.   Doctor, we'll get to the later
4 sections of your report, including any
5 purported breach of obligations or anything
6 to that effect that's described in your
7 report.
8          But for right now we're talking
9 about what you mean by "manufacturer's
10 assurance"; right?  And one of the things
11 that you mentioned with respect to
12 manufacturer's assurance is the accuracy of
13 the representations that they made in their
14 ANDA submissions; correct?
15          MR. HANSEL:  Object to the form.
16          You may answer.
17     A.   Part of the assurance consists
18 of the accuracy of their information during
19 the ANDA process.  It does not end there.
20          It is their obligation to
21 continue that assurance throughout the
22 manufacturing process.
23          Let me be clear on that.
24     Q.   And my question was one of the
25 things that you mentioned was the accuracy

Page 153

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 of the ANDA submission, the accuracy of the
3 information in the ANDA submission.
4      A.   I answered that that is part of
5 the process, but the obligation does not
6 end there.  It is --
7      Q.   And so another part that you're
8 referring to --
9           MR. HANSEL:  Excuse me, excuse
10 me, please allow the witness to
11 answer.  You've been holding out your
12 hand to ask her to stop answering, and
13 she's allowed to complete her answer
14 and then you can ask the next
15 question.
16          Object to the form.
17     A.   Let's be clear on the process.
18          It's -- for generic drugs to
19 really be considered for use in the -- in
20 the United States, the process begins with
21 a generic manufacturer submitting an ANDA
22 application of all the requirements that
23 they're obligated to adhere to, to go
24 through that process for the FDA to
25 consider the sameness.

39 (Pages 150 - 153)

Page 154

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2        And -- and that obligation by
3  the manufacturer continues in the
4  manufacturing of that drug, consistent with
5  Good Manufacturing Practices that continue
6  to demonstrate or assure the public, who
7  will be using this drug, that it's free of
8  a carcinogen, it's safe and effective.
9        This is what we're talking
10 about, is what we're boiling it down to,
11 and that process is clearly outlined.
12       I have referred to Section 1.2,
13 subset 5, where that obligation continues
14 and the Good Manufacturing Practice
15 obligations, as outlined in this section --
16 as noted in this section.  And so I believe
17 that would answer your question.
18       MR. HANSEL:  Let the record
19    reflect the witness is referring to
20    Exhibit 9.
21       THE WITNESS:  Exhibit 9.
22 BY MS. ISIDRO:
23    Q.   Okay.
24       MS. ISIDRO:  Would you just read
25    back the last question that's on the

Page 155

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    record, please.
3       (Requested portion of record
4    read.)
5  BY MS. ISIDRO:
6    Q.   So, Dr. Panagos, when you
7  referenced the manufacturer's assurance in
8  your report, one of the things that you are
9  referring to is the accuracy of the
10 information contained in their ANDA
11 submission, and another thing that you are
12 referring to is their ongoing obligations,
13 correct, post approval.
14       Are those --
15    A.   The assurance refers to the
16 entire process with regards to that
17 particular drug, the entire process.
18    Q.   And that process is established
19 by the FDA and the FDA's regulations
20 applicable to that drug; correct?
21    A.   The manufacturer must adhere
22 with the process, what the criteria of the
23 FDA is, throughout the entire process.  The
24 manufacturer must adhere to those, must
25 continue to adhere to those.

Page 156

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Is there anything other than the
3  FDA-imposed requirements applicable to that
4  drug that you are referring to when you
5  refer to those ongoing obligations?
6    A.   Could you restate the question,
7  please?
8    Q.   Is there anything other than
9  FDA-imposed requirements applicable to that
10 particular drug that you are referring to
11 when you are referring to ongoing
12 obligations of the manufacturer?
13    A.   All the regulations set forth by
14 the FDA, including Good Manufacturing
15 Practices and other regulations that are
16 within -- that they set forth in order for
17 that drug to gain approval and gain entry
18 into the Orange Book and deem it
19 therapeutically equivalent, safe and
20 effective, free of contaminants and
21 certainly carcinogens.
22    Q.   Anything other than all
23 applicable FDA regulations that you are
24 referring to when you refer to the ongoing
25 requirements applicable to the

Page 157

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  manufacturers?
3       MR. HANSEL:  Object to the form.
4    A.   Not sure I'm following your
5  question but I'm going to answer in the way
6  that I know to be accurate in that a
7  generic manufacturer seeking approval of
8  their drug must submit an ANDA to the FDA
9  that needs to adhere to the criteria the
10 FDA sets forth that includes safety and
11 effectiveness.
12       It also includes adherence and
13 ongoing obligation to Good Manufacturing
14 Practices to manufacture that drug -- for
15 manufacturing of that drug to allow that to
16 be considered for use by the public in the
17 United States, considered for inclusion on
18 formularies, safe and effective and free of
19 human carcinogens.
20    Q.   Are Good Manufacturing Practices
21 established by the FDA?
22       MR. HANSEL:  Object to the form.
23       Foundation.
24    A.   That was out -- that was outside
25 the scope of this opinion.  But I know as a

40 (Pages 154 - 157)

Page 158

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  pharmacist that Good Manufacturing
3  Practices must be adhered to, and if
4  they're not, that product has been
5  adulterated in some way, does not comply
6  with Good Manufacturing Practices, unsafe
7  and really just unsafe for use, so...
8       In our professional practice, my
9  professional practice, that says it all.
10 Unsafe for use does not comply with Good
11 Manufacturing Practices and not safe for --
12 for the public to take.
13     Q.   Doctor, again, I'm trying to
14 understand the bases for your opinions that
15 are expressed in this report.
16       And one of the opinions relates
17 to manufacturer's assurance, as you've
18 referred to it.
19       And you've explained that what
20 you are referring to as the manufacturer's
21 assurance deals with the accuracy of the
22 information submitted to FDA in the
23 approval process, as well as the
24 manufacturer's compliance with what you've
25 referred to as ongoing obligations that

Page 159

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  continue after the time of approval;
3  correct?
4       MR. HANSEL:  Object to the form.
5  BY MS. ISIDRO:
6     Q.   Including current Good
7  Manufacturing Practices.
8       MR. HANSEL:  Object to the form.
9  BY MS. ISIDRO:
10    Q.   Is that correct?
11    A.   I'm going to summarize and say
12 that it all resides with the manufacturer.
13       It's their obligation to ensure
14 their drug meets the criteria, ensure that
15 it's safe, ensure that it doesn't have a
16 carcinogen in it and that it continues to
17 meet that obligation, you know, on an
18 ongoing basis so that it can continue to be
19 considered for use.
20    Q.   Who or what imposes that
21 obligation?
22       MR. HANSEL:  Object to the form.
23       Foundation.  Calls for a legal
24    conclusion.
25 BY MS. ISIDRO:

Page 160

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     Q.   You're referring to an
3  obligation.  I just want to understand
4  where that obligation comes from.
5     A.   The obligation originates with
6  the manufacturer.
7       It's the manufacturer who is
8  seeking -- who sets out -- puts forth their
9  ANDA.  They're seeking approval of their
10 drug.
11       Approval of the drug is not
12 enough, right?  They have to manufacture
13 the drug and ensure then that their drug is
14 being manufactured consistent with all the
15 requirements, including Good Manufacturing
16 Practices, that assure or validate,
17 promise, make absolutely certain beyond any
18 doubt that their product is safe and
19 effective, identical to the original
20 product without a carcinogen.
21       And so that is how I see the
22 process.  That's what I've asked to be
23 rendered -- render an opinion on, and
24 that's what I know to be true, so...
25     Q.   Those are regulatory obligations

Page 161

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  imposed by the FDA; correct?
3       MR. HANSEL:  Object to the form.
4       Calls for a legal conclusion.
5     A.   The process is set forth by the
6  FDA, but the manufacturer's obligation is
7  to adhere to the process and criteria and
8  all of the requirements that the FDA needs
9  to assure that drug is safe, in compliance
10 with Good Manufacturing Practices and safe
11 for the public or humans to use.
12    Q.   Doctor, would you agree that
13 inclusion of products in the Orange Book is
14 independent of any current regulatory
15 action being taken administratively or
16 judicially against a drug product?
17    A.   Could you repeat the question.
18       (Requested portion of record
19    read.)
20    A.   Inclusion in the Orange Book
21 indicates that the product is
22 therapeutically equivalent to the Reference
23 Listed Drug.  Any deviation from that is
24 the obligation of the manufacturer to
25 report, set forth.

41 (Pages 158 - 161)

Page 162

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2       So if there was a deviation from
3  therapeutic equivalence, the drug would
4  absolutely not be in the Orange Book.
5       Q.  Doctor, could you take a look at
6  Exhibit 9, the first page of Exhibit 9,
7  fourth line down in the first paragraph.
8       Can you read that sentence that
9  begins with the word "inclusion."
10      A.  "The main criterion for the
11  inclusion of any" --
12      Q.  The next line down.  The
13  sentence that begins with "inclusion" at
14  the end of the next line.
15      A.  Oh, sorry, pardon me.
16      Q.  No, no problem.
17      A.  "Inclusion of products in the
18  Orange Book is independent of any current
19  regulatory action being taken
20  administratively or judicially against a
21  drug product."
22      Q.  Okay.  So that's expressly
23  stated in the preface to the Orange Book;
24  correct?
25      A.  I just read it.

Page 163

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2       Q.  And, Doctor, are you aware of
3  whether the VCDs at issue in this
4  litigation were listed --
5       (Noise interruption.)
6  BY MS. ISIDRO:
7       Q.  Doctor, are you aware of whether
8  the VCDs at issue in this litigation were
9  listed in the Orange Book at all times
10  during which they were on the market?
11      A.  I know they were listed in the
12  Orange Book when they met the criteria as
13  set forth by the FDA and --
14      THE WITNESS:  Can you restate
15      the question on the latter half of it,
16      please, so I can be clear what she's
17      asking.  Thank you.
18      (Requested portion of record
19      read.)
20      A.  Not sure their listing time
21  frame, but what I am referring to is the
22  process by which the drugs are -- meet the
23  criteria for inclusion in the Orange Book
24  and what that means, and what that means in
25  terms of safety and effectiveness and

Page 164

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  therapeutic interchange.
3       Q.  Doctor, if you could look at
4  paragraph 96 of your report.
5       You state that:  "Manufacturers
6  are responsible for understanding their
7  processes, which includes preventing the
8  presence of unacceptable contaminants or
9  impurities, meaning any substance that does
10  not belong in the medication."
11      When you say "meaning any
12  substance that does not belong in the
13  medication," does that refer to
14  contaminants as well as impurities or is
15  that referring just to impurities?
16      MR. HANSEL:  Object to the form.
17      A.  Meaning -- meaning any
18  substance, contaminant, impurity, anything
19  that does not -- that is not safe or -- or
20  does not belong in -- in this case, we're
21  talking the generics, right, so any
22  substance that is not consistent with the
23  Reference Listed Drug, with the brand drug,
24  anything that deviates from that --
25  contaminant, impurity, call it what you

Page 165

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  will -- any substance that does not belong
3  in the medication, certainly if it is
4  carcinogenic absolutely does not belong.
5       Q.  And, Doctor, I just want to
6  understand, in paragraph 96, are you using
7  the terms "contaminants" and "impurities"
8  interchangeably?
9       MR. HANSEL:  Object to the form.
10      A.  I have it there as "contaminants
11  or impurities."  Either way, it's a
12  substance that does not belong in the
13  medication one way or another, however you
14  read it.  I have it there listed as
15  "contaminants or impurities," neither of
16  which belong in a medication, certainly
17  what we're discussing here.
18      Q.  As you're using the terms in
19  paragraph 96, is there a distinction
20  between "contaminants" and "impurities"?
21      MR. HANSEL:  Object to the form.
22      A.  They both refer to a substance
23  that does not belong in the medication or
24  in a medication and is unsafe, both denote
25  that and refer to that.

42 (Pages 162 - 165)

Page 166

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2       So, again, whether we're talking
3  a contaminant or impurity -- and in this
4  case, a human carcinogen -- does not belong
5  in a medication.
6    Q.   Do you consider NDMA to be a
7  contaminant?
8    A.   It did not belong in the
9  medication, and, yes, it could be
10 considered a contaminant, yes.
11   Q.   Do you consider NDMA -- excuse
12 me -- do you consider NDEA to be a
13 contaminant?
14   A.   Same response, and that is, you
15 know, it's been established that those
16 products are human carcinogens and did not
17 belong in the generic product, inconsistent
18 -- their presence in the product rendered
19 them not equivalent, not the same as the
20 Reference Listed Drug, to be clear.
21       We talked earlier how both of
22 those components have been classified as
23 probable human carcinogens and so either of
24 those should not have been in the generic
25 medications.

Page 167

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2    Q.   Do you consider NDMA to be an
3  impurity?
4    A.   Again, those products are known
5  carcinogens. I am not a toxicologist. I'm
6  not going to speculate on the details of
7  either of those. But I do know that both
8  of those were present, found, contaminant
9  in the generics that -- and that they are
10 carcinogens, and so the generic was no
11 longer equivalent to the brand and that's
12 what's important here.
13   Q.   Do you know whether NDMA was
14 ever found in the RLD?
15   A.   That was not within the scope of
16 my opinion or my report.
17   Q.   So you don't know one way or the
18 other because it wasn't in the scope?
19   A.   I do know that the reference
20 listed product was approved by the FDA and
21 went through the NDA process for approval.
22   Q.   But you don't know one way or
23 the other whether NDMA was ever found in
24 the Reference Listed Drug?
25   A.   That was not within the scope of

Page 168

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  my report.
3    Q.   So the answer is no, you don't
4  know one way or the other?
5    A.   No.
6    Q.   And do you know one way or the
7  other whether NDEA was ever found in the
8  Reference Listed Drug?
9    A.   Same answer.
10   Q.   Do you know one way or the other
11 whether the RLD was ever tested for NDMA at
12 any point prior to 2018?
13   A.   That was outside the scope of my
14 report. My report is focused on the
15 generic product which was found to have the
16 contaminants, human carcinogens, and not
17 equivalent to the brand product, reference
18 listed product.
19   Q.   So the answer to my question is
20 no, you do not know one way or the other?
21   A.   The answer to your question is
22 it was outside the scope of my report and
23 that the focus of the report is on the
24 generic having the contaminants and not
25 being equivalent or same, effective -- safe

Page 169

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  and effective to the Reference Listed Drug,
3  brand drug.
4    Q.   So, again, my question is a
5  yes-or-no question.
6        Do you know one way or the other
7  whether the RLD was ever tested for NDMA at
8  any point prior to 2018?
9        MR. HANSEL: Object to the form.
10   A.   It was outside the scope of my
11 report, no.
12   Q.   Do you know one way or the other
13 whether the Reference Listed Drug was ever
14 tested for NDEA prior to 2018?
15   A.   Same answer.
16       MS. ISIDRO: We'll go off the
17 record for a moment.
18       THE VIDEOGRAPHER: This will end
19 Media Unit 4.
20       Going off the record at 4:08.
21       (A recess was taken.)
22       THE VIDEOGRAPHER: We're back on
23 the record at 4:09.
24       This will begin Media Unit 5.
25 BY MS. ISIDRO:

43 (Pages 166 - 169)

Page 170

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2     Q.   Doctor, looking at Section Roman
3  Numeral XI of your report entitled "The
4  Medication Guide," it starts on page 20, do
5  you know whether a Medication Guide was
6  applicable to any of the VCDs at issue in
7  this litigation?
8     A.   Medication Guides are provided
9  to patients so they can understand their
10 medication, so it would be applicable to
11 all medications.
12    Q.   So, Doctor, it is your testimony
13 that the FDA requires Medication Guides for
14 all prescription drug products?
15    A.   The FDA requires that patients
16 understand how to use their medication and
17 that there's guides, sources, resources for
18 them to refer to on how to use that --
19 those medications.
20          Those sources come from the
21 manufacturer, but the FDA approves that
22 whole process we talked about, and so
23 patients should be receiving a guide on how
24 to and what their medication, and they do.
25          They do receive guides and when

Page 171

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  they're provided their medication at the
3  pharmacy level they're receiving a guide
4  that is telling them about their
5  medication, typically what it's used for,
6  any side effects.  There's information in
7  there that's pertinent to the use of that
8  medication for a patient.
9     Q.   And is that the information
10 that's typically stapled to the outside of
11 the bag when you pick up a prescription at
12 a pharmacy?
13    A.   It could be, yes.
14    Q.   Is that what you're referring to
15 when you refer to a Medication Guide?
16    A.   It could be, yes.
17       MS. ISIDRO:  Can we mark the
18 next exhibit, please.
19          (Exhibit 12 marked for
20    identification, two-page document
21    titled "Medication Guides.")
22 BY MS. ISIDRO:
23    Q.   Doctor, you have in front of you
24 what's been marked as Exhibit 12; correct?
25    A.   Correct.

Page 172

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     Q.   And this is a page from the
3  FDA's website relating to Medication
4  Guides; correct?
5     A.   Yes.
6     Q.   And under the second question,
7  "Why do some medicines have Medication
8  Guides?", this page states that "FDA
9  requires that Medication Guides be issued
10 with certain prescribed drugs and
11 biological products when the Agency
12 determines that," and then it lists certain
13 criteria; correct?
14    A.   It lists three bullet points.
15    Q.   Right.  So the FDA only requires
16 Medication Guides for certain prescribed
17 drugs and biological products when these
18 three bullet point criteria are met;
19 correct?
20       MR. HANSEL:  Object to the form.
21       Foundation.
22    A.   What it states there is I
23 believe what you read, where the "FDA
24 requires that Medication Guides be issued
25 with certain prescribed drugs and

Page 173

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  biological products when the Agency
3  determines that:
4          Bullet point 1, "certain
5  information is necessary to prevent serious
6  adverse effects; bullet point 2, "patient
7  decision-making should be informed by
8  information about a known serious side
9  effect with a product or; bullet point 3,
10 "patient adherence to directions for the
11 use of a product are essential to its
12 effectiveness," all of which are applicable
13 to the medications we're discussing.
14    Q.   Doctor, are you aware that the
15 FDA maintains a database of drugs that
16 require Medication Guides?
17    A.   Yes, I am aware.
18    Q.   Did you check that database to
19 see whether any VCDs were listed?
20    A.   I do know that Medication Guides
21 are distributed to patients for the bullet
22 points we just went over so that patients
23 are informed and they're knowledgeable
24 about their drugs.
25          Part of my obligation as a

44 (Pages 170 - 173)

Page 174

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1  pharmacist is to help patients be better
2  informed about the medication they're
3  taking and their health journey.
4      A Medication Guide is essential
5  for a patient so that they're aware of what
6  they're taking, they're in the know, they
7  have some cognizance of the medication and
8  what they're taking it for, and certainly
9  if it's something they should be looking to
10  in terms of a side effect or a contaminant
11  or something that would affect that
12  medication, its safety and affect their
13  health.
14      So it's important for patients
15  to know what they're taking and informed
16  about their medications via guide, via
17  counseling through their pharmacist and
18  other resources that patients or their
19  prescribers may look to so that patients
20  are feeling assured that their medication
21  is safe and effective for the reason
22  they're taking it.
23      Q.  Doctor, did you check the FDA's
24  Medication Guide database to see whether

Page 175

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1  any VCDs were listed as being required to
2  have a Medication Guide by FDA?
3      A.  No, I do not recall, you know,
4  precisely if you're asking if they're
5  required.  And I think we're -- we're
6  harping on a point that is taking us away
7  from the fact that it's the obligation, you
8  know, of the manufacturer to -- you know,
9  we're going -- they're a safe and effective
10  product, and that they must adhere to the
11  approval process through the ANDA and the
12  Good Manufacturing Practices and that they
13  continue to do so.
14      When that drug -- when they do
15  all those things and that drug is available
16  for prescribing and available for patients
17  to use, that kind of validates that it
18  meets all those criteria and everything
19  that it needs to in order for it to be
20  safe.
21      Whether that's a requirement or
22  not on the products we're talking about,
23  and the question that you ask doesn't take
24  away the fact that the product was still

Page 176

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1  contaminated and unsafe, and that all --
2  that obligation and that responsibility
3  lies with the manufacturer.
4      MS. ISIDRO:  I'll have this
5  marked as Exhibit 13, please.
6      (Exhibit 13 marked for
7      identification, multi-page document
8      titled "Medication Guides.")
9  BY MS. ISIDRO:
10      Q.  Doctor, you have in front of you
11  Exhibit 13.  I'm going to represent to you
12  that this is a copy, a printout of the
13  FDA's Medication Guides database.
14      Is Diovan listed as one of the
15  drugs that requires a Medication Guide?
16      A.  I don't see it listed here.
17      Q.  Is Exforge one of the drugs
18  that's listed as requiring a Medication
19  Guide?
20      A.  I don't see it listed here.
21      Q.  Do you see any VCDs that are
22  listed as requiring a Medication Guide?
23      MR. HANSEL:  I object to the
24  form of the question due to the date

Page 177

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1  of this document.
2      A.  Is this a recent document?  Is
3  this a recent printout?  Did you reference
4  this recent?
5      Q.  Doctor, if you could just answer
6  my question.  I can have it read back if
7  you need to have it read back.
8      MR. HANSEL:  Object to the form.
9      THE WITNESS:  You could read it
10  back.
11      Thank you.
12      (Requested portion of record
13      read.)
14      A.  I do not see any on this
15  Medication Guide that you provided.  I'm
16  not sure when it's from or when it was
17  obtained, but in this version that you're
18  showing me, I do not see.
19      Q.  Doctor, are you personally aware
20  of FDA ever requiring a Medication Guide to
21  be included with any VCD?
22      A.  The -- I've been a pharmacist a
23  long time, and requirement or not, it is
24  always advisable for the patient to be

45 (Pages 174 - 177)

Page 178

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 informed of their medication.
3        We've all been to the pharmacy.
4 We want to know what we're taking and we
5 want to know about our drug, and we
6 certainly want to know if it's safe and
7 effective and we absolutely want to know if
8 there's a carcinogen to it.
9        And when it comes to a generic,
10 we want to trust that that generic is
11 equivalent, same as the brand.
12        Requirement or not, those are
13 the expectations.
14     Q.   So, Doctor, are you personally
15 aware one way or the other of FDA ever
16 requiring the Medication Guide be included
17 with any VCD?
18     A.   No, but I've answered the
19 question previously as to how I regard that
20 in my professional scope as a pharmacist.
21     Q.   Doctor, you acknowledge in your
22 report that there are federal regulations
23 applicable to Medication Guides; correct?
24     A.   Yes.
25        MS. ISIDRO:  Let's go ahead and

Page 179

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     take a short break.
3        THE VIDEOGRAPHER:  Going off the
4     record at 4:27.
5        (A recess was taken.)
6        THE VIDEOGRAPHER:  We're back on
7     record at 4:53.
8 BY MS. ISIDRO:
9     Q.   Dr. Panagos, looking at Section
10 X of your report, that section is entitled
11 "The Prescription Label"; correct?
12     A.   Yes, correct.
13     Q.   And it consists of paragraph
14 127, with its subparts; and 128, with a
15 diagram or demonstrative that appears in
16 the bottom half of page 19?
17     A.   That is correct.
18     Q.   The prescription label that is
19 discussed in this section of your report,
20 is that the label that's on the bottle that
21 is actually dispensed to the patient?
22     A.   Yes.
23     Q.   And so that label is generated
24 by the pharmacy itself that is dispensing
25 the product, not by the manufacturer;

Page 180

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 correct?
3     A.   Yes.
4     Q.   And, Doctor, turning to Section
5 XII of your report, "Summary of Opinions,"
6 is this essentially a summary of the
7 opinions that you've expressed elsewhere in
8 your report?
9     A.   Yes.
10     Q.   And in paragraph Roman Numeral
11 III, under your summary of opinions, you
12 state that: "Manufacturers have ultimate
13 responsibility for their quality process,
14 manufacturing practices, safety obligations
15 and all of the information presented in the
16 ANDA which is reported to the FDA to obtain
17 approval"; correct?
18     A.   Yes, that's correct.
19     Q.   Am I understanding correctly
20 that the quality process, manufacturing
21 process, safety obligations that you're
22 referring to there, that that is all part
23 of what is reported to the FDA to obtain
24 approval?
25        MR. HANSEL:  Object to the form.

Page 181

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     A.   I'm referring to all of the
3 processes involved with regards to that
4 medication, which includes the approval,
5 quality of practices -- processes,
6 practices, manufacturing practices,
7 including Good Manufacturing Practices and
8 ongoing obligations.
9     Q.   Okay.  So what you're referring
10 to in this paragraph, Roman Numeral III,
11 includes the ongoing post-approval
12 requirements that you referenced earlier?
13     A.   Yes.
14     Q.   Have you reviewed the quality
15 process for any VCD manufacturer that's
16 involved in this litigation?
17     A.   No.
18     Q.   Have you reviewed the
19 manufacturing practices for any VCD
20 manufacturer that's involved in this
21 litigation?
22     A.   No.
23     Q.   Have you reviewed the ANDA
24 information presented to FDA to obtain
25 approval for any of the VCDs involved in

46 (Pages 178 - 181)

Page 182

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 this litigation?
3    A.   No.
4    Q.   You state in paragraph 10 of
5 your -- Roman Numeral X of your Summary of
6 Opinions that:  "TPPs would not have
7 selected these products for inclusion on
8 their drug formularies or paid for these
9 medications if they were aware of the
10 potential presence of contaminants within
11 the products."
12       Are the contaminants that you
13 reference there NDMA and/or NDEA?
14    A.   Yes.
15    Q.   Are you referring to anything
16 other than NDMA and/or NDEA when you
17 reference "contaminants" in that Roman
18 Numeral X?
19    A.   With regard to these
20 medications, the contaminants I'm referring
21 to are the ones you referenced.
22    Q.   And what is your basis for
23 opining that the TPPs would not have
24 selected these products for inclusion on
25 their drug formularies or paid for these

Page 183

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 medications if they were aware of the
3 potential presence of NDMA or NDEA within
4 these products?
5    A.   They wouldn't have paid for the
6 medications because the medication would
7 not have been considered for inclusion on
8 their formulary or any formulary if they
9 did not -- if the drug did not meet the
10 sameness, the safety, the effectiveness to
11 the original drug product or the Reference
12 Listed Drug, would not have met the
13 criteria for approval or the ongoing
14 obligation.
15       Certainly would not have been in
16 the Orange Book, and so it would not have
17 been considered for inclusion to the
18 formularies and the TPPs would not have
19 paid for the contaminated medications.
20       It wouldn't be on the formulary,
21 wouldn't pay for them.
22    Q.   Okay.  So essentially what this
23 paragraph 10 refers to is that if the VCDs
24 had never been approved or if they had not
25 been listed as therapeutically equivalent

Page 184

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 in the Orange Book, they wouldn't have been
3 eligible for inclusion on the formulary.
4       That's what you're referring to
5 there?
6       MR. HANSEL:  Object to the form.
7    A.   If they were not listed -- if
8 they did not meet the criteria for approval
9 and were not listed in the Orange Book as
10 therapeutically equivalent, they -- they
11 may not have been included -- well, they
12 would not have been included in the
13 formularies if they're not in the Orange
14 Book as equivalent to the Reference Listed
15 Drug.
16    Q.   And then looking at paragraph
17 Roman Numeral XII, still on page 23, you
18 state that:  "An ANDA would not have been
19 issued if the presence of the contaminant
20 was known because the presence of the
21 contaminant would have been inconsistent in
22 ingredients to the RLD, and thus would not
23 receive approval by the FDA"; correct?
24    A.   That's what -- yes, that's what
25 it says.

Page 185

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   And is the contaminant that is
3 referenced in this paragraph 12, is that,
4 again, NDMA and/or NDEA?
5    A.   Yes.
6    Q.   What is your basis for stating
7 in this paragraph that "presence of NDMA
8 and/or NDEA would have been inconsistent in
9 ingredients to the RLD"?
10    A.   The FDA issued a recall on these
11 drugs because there were contaminants,
12 human carcinogens found.
13       That deviation, that component
14 was inconsistent with the Reference Listed
15 Drug product.  Not the same, not safe,
16 certainly not safe or effective.
17    Q.   Do you know whether the recall
18 or recalls were issued by the FDA or by the
19 individual drug companies?
20    A.   The recalls were issued by the
21 FDA.
22    Q.   What's your basis for that?
23    A.   The FDA website.  Information on
24 the FDA website regarding the recalls.
25    Q.   Is that information that you're

47 (Pages 182 - 185)

Page 186

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 referencing, is that included among your
3 Appendix A references?
4     A.    Yes.
5     Q.    Which one is it?
6     A.    Page 4, fifth down, fifth and
7 sixth refer to drug recall, and the fifth
8 one down, and then the sixth one is a
9 reference to the USFDA site regarding the
10 Agency's statement on the medications and
11 their safety issues.
12    Q.    And it's your testimony that
13 these references indicate that the FDA
14 initiated these recalls?
15    A.    The FDA issued the recalls.
16    Q.    Let me ask this:
17         What do you mean by "the FDA
18 issued the recalls"?
19    A.    They made known that there was a
20 carcinogen, that the medications were
21 contaminated. They put out a notice as
22 such, informing the public, essentially,
23 that the products are contaminated with a
24 human carcinogen.
25    Q.    Would you take issue with the

Page 187

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 representation that the individual drug
3 companies initiated the recalls of their
4 respective products?
5     A.    They -- if you're saying that
6 the drug companies initiated the recalls --
7 I'm not clear who you're saying they
8 initiated those to, if they did.
9     Q.    Have you reviewed the recall
10 notices for any of the VCDs at issue in
11 this litigation?
12    A.    I have seen the notices.
13    Q.    Are you aware that they were
14 voluntary recalls by the drug companies?
15    A.    I am aware.
16    Q.    Are you aware of whether there
17 was -- are you aware one way or the other
18 of whether there was ever any recall of the
19 RLD product?
20    A.    That was outside the scope of my
21 report, no.
22    Q.    Do you have any knowledge as to
23 the levels of NDMA and/or NDEA that were
24 found in any particular lot of any
25 particular VCD?

Page 188

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     A.    No.
3     Q.    Do you know whether there were
4 certain lots of VCDs that did not contain
5 any detectible NDMA and/or NDEA but were
6 recalled nevertheless?
7     A.    I'm not sure. They could have
8 been. When you say "lots" -- repeat the
9 question, please.
10        (Requested portion of record
11 read.)
12    A.    The FDA issued the lots and NDCs
13 and effective manufacturers for the recall
14 as part of the recall, the ones that they
15 identified as part of their recall, and
16 those are the ones I would refer to.
17    Q.    Do you know one way or the other
18 whether there were any lots of any VCD that
19 were subject to recall but that did not
20 contain any detectible NDMA and/or NDEA?
21    A.    That's not within my scope.
22         The affected lots, manufacturers
23 and VCDs that the FDA recalled were part of
24 the notice, and those are the ones I'm
25 referring to.

Page 189

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     Q.    Okay. So when you say that's
3 not within your scope, does that mean you
4 do not know one way or the other whether
5 there were any lots of any VCD that were
6 subject to recall, but did not contain any
7 detectible NDMA and/or NDEA?
8         MR. MESTRE:  Object to the form.
9     A.    If they were subject to recall
10 by the FDA, the assumption is that they had
11 contaminants in their product.
12    Q.    Do you know one way or the other
13 the results of the testing for NDMA and/or
14 NDEA of each lot of each VCD that was
15 subject to recall?
16         MR. MESTRE:  Object to the form.
17    A.    No, I'm not a toxicologist.
18    Q.    So you don't know one way or the
19 other whether any of those lots might have
20 had a level that was not detectible?
21         MR. HANSEL:  Object to the form.
22    A.    The products that were
23 recalled -- the lots, the NDCs, the
24 manufacturers -- the FDA deemed not safe
25 and with a human carcinogen, not

48 (Pages 186 - 189)

Page 190

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 inconsistent -- not being the same as the
3 drug, original drug product, brand,
4 Reference Listed Drug.
5       This is the main point.
6    Q.   Doctor, again, you didn't review
7 the individual recall notices?
8       MR. HANSEL:  Object to the form.
9    A.   No, I believe I answered that I
10 have seen the recall notices.
11   Q.   You have not reviewed any test
12 results for any of the lots of VCDs that
13 were subject to recall; correct?
14   A.   I responded no, I'm not a
15 toxicologist.  That's not within the scope
16 of this report.
17   Q.   And so therefore you don't know
18 one way or the other whether those results
19 were undetectable or something else?
20      MR. HANSEL:  Object to the form.
21   A.   Any contaminant is still a
22 contaminant, is still a carcinogen and is
23 still an adulterated product.
24      It's still a deviation from the
25 original, not the same and not safe in any

Page 191

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 amount that the FDA issued a recall for.
3    Q.   But, again, you don't know what
4 amount, if any, was found in any particular
5 lot of any VCD; correct?
6       MR. HANSEL:  Objection.
7       Asked and answered repeatedly.
8       MR. MESTRE:  Beyond the scope.
9    A.   It is beyond the scope and I --
10 any amount of a carcinogenic toxin,
11 contaminant is -- that rendered the drug
12 not the same as its original product, that
13 drug is therefore not safe for use.
14   Q.   Do you have personal knowledge
15 of each and every lot, each and every VCD
16 that was subject to recall, having a
17 detectable level of NDMA and/or NDEA?
18      MR. HANSEL:  Object to the form.
19   A.   No, that is outside my scope.
20   Q.   Are you aware whether any
21 manufacturer of any VCD tested its VCDs for
22 its finished product VCDs for nitrosamines?
23   A.   No.
24      MR. HANSEL:  Object to the form.
25      Foundation.

Page 192

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   So, no, you're not aware one way
3 or the other?
4       MR. HANSEL:  Same objection.
5       You could answer.
6    A.   No.
7       MS. ISIDRO:  Doctor, I don't
8 have any further questions for you at
9 this time.  There may be other
10 attorneys and plaintiffs' counsel may
11 have questions for you.
12      THE WITNESS:  Thank you.
13      MR. HANSEL:  Why don't we take a
14 short break.
15      THE VIDEOGRAPHER:  This will end
16 Media Unit 5.
17      Going off the record at 5:19.
18      (A recess was taken.)
19      THE VIDEOGRAPHER:  We are back
20 on the record.
21      The time is 5:26.
22      This will begin Media Unit 6.
23 EXAMINATION BY
24 MR. KASPARIE:
25   A.   Hi.

Page 193

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    Q.   Hi, Dr. Panagos.
3       As I think was just briefly
4 mentioned, my name is Alex Kasparie.  I
5 represent the ZHP defendants in this case
6 and I just have a couple of questions
7 following up on other defense counsel's
8 questions.
9       My first question is, and to
10 confirm, are you offering -- rather, to
11 confirm, you are not offering any opinions
12 about ZHP specifically; correct?
13      MR. HANSEL:  Object to the form.
14      I'll just advise Dr. Panagos to
15 take your time, look through your
16 report as much as you may need to do.
17      That's a very broad question.
18      THE WITNESS:  It is, it is a
19 broad question.
20 BY MR. KASPARIE:
21   Q.   So let me ask this follow-up
22 question.
23      Are you offering any opinions
24 specifically regarding ZHP's compliance
25 with CGMP as an API manufacturer?

49 (Pages 190 - 193)

Page 194

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2         MR. HANSEL:  Object to the form.
3         MR. MESTRE:  Object to the form.
4    A.    Among the defendants here is
5 ZHP.
6    Q.    Okay.  And so what opinions
7 specifically are you offering regarding
8 ZHP?
9         MR. HANSEL:  Object to the form.
10        I'm sorry, Attorney Kasparie,
11   but the report --
12        MR. KASPARIE:  Listen, I'm not
13   trying to make this difficult.  I just
14   want to make --
15        MR. HANSEL:  The report talks
16   about defendants.
17        Are you asking whether ZHP is
18   stated by name or are you asking for
19   every opinion the witness has offered
20   about all defendants including ZHP?
21        MR. KASPARIE:  I'm asking --
22 BY MR. KASPARIE:
23   Q.    All right.  Let me put it this
24 way: Dr. Panagos, are you offering
25 testimony regarding drug product

Page 195

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2 manufacturers or drug substance
3 manufacturers?
4         MR. MESTRE:  Object to the form.
5         MR. HANSEL:  Object to the form.
6    A.    My opinions are referring to the
7 manufacturers who submitted the ANDA.
8    Q.    Okay.  And are you aware -- and
9 are you aware if API manufacturers submit
10 ANDAs?
11   A.    API manufacturers were not
12 within the scope of my report here.
13   Q.    So then to confirm, you are not
14 offering any opinions regarding ZHP's
15 actions as an API manufacturer?
16        MR. HANSEL:  Object to the form.
17 BY MR. KASPARIE:
18   Q.    Did you just say "correct," Dr.
19 Panagos?
20   A.    No, I did not.
21        MR. HANSEL:  Attorney Kasparie,
22   with a broad brush question you're not
23   going to erase her expert report and
24   everything it says.
25        MR. KASPARIE:  Counsel, that's

Page 196

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2   not the -- can I just ask my -- she
3   can respond to my question.
4         If you want to object to it,
5   that's fine, but I'd like an answer to
6   it.  So my question is, she just said
7   that API manufacturers were not within
8   the scope of her -- well, let me ask
9   this.
10 BY MR. KASPARIE:
11   Q.    Are API manufacturers, Dr.
12 Panagos, within the scope of your report?
13        MR. HANSEL:  Object to the form.
14   A.    Yes, they're part -- they're
15 part of the report and they're part of the
16 manufacturer and they're part of the ANDA
17 process, so they're part of the report.
18        The responsibility is still --
19 and accountability still lies with the
20 manufacturer.
21   Q.    You just testified, though, that
22 API manufacturers, or that your report
23 concerns ANDA -- manufacturers that
24 submitted ANDAs; correct?
25        MR. HANSEL:  Object to the form.

Page 197

1 CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2    A.    Please take my last response as
3 clarification to what you just stated.
4    Q.    All right.
5         MR. KASPARIE:  Can we read back
6   Dr. Panagos's response to my question
7   -- her response regarding the ANDA
8   manufacturers.
9         MR. HANSEL:  Object to the form.
10        MR. KASPARIE:  The question and
11   the response, please.
12        (The following question and
13   answer was read back:
14        "Question: Dr. Panagos, are you
15   offering testimony regarding drug
16   product manufacturers or drug
17   substance manufacturers?
18        "Answer: My opinions are
19   referring to the manufacturers who
20   submitted the ANDA.")
21 BY MR. KASPARIE:
22   Q.    And so, Dr. Panagos, are you
23 recanting that testimony?
24        MR. HANSEL:  Object to the form.
25        THE WITNESS:  I'm sorry, could

50 (Pages 194 - 197)

Page 198

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2  you read that question again.
3        Thank you.
4        (The following question was read
5  back: "Question: Dr. Panagos, are
6  you offering testimony regarding drug
7  product manufacturers or drug
8  substance manufacturers?")
9     A.  My report and the opinions in my
10  report are for the manufacturers that had
11  contaminants in their drug product, and
12  therefore their product was not equal, same
13  or safe to the Reference Listed Drug
14  product.
15        MR. KASPARIE:  Can we take
16  literally a two-minute break?
17        MR. HANSEL:  Sure.
18        THE VIDEOGRAPHER:  Going off the
19  record.  The time is 5:34.
20        (A recess was taken.)
21        THE VIDEOGRAPHER:  We are back
22  on the record at 5:40.
23        MR. KASPARIE:  Could I ask the
24  court reporter just to read the last
25  question and answer from just before

Page 199

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  we took the break.
3        (The following question and
4  answer was read back:
5        "Question:  And so, Dr. Panagos,
6  are you recanting that testimony?
7        "Answer:  My report and the
8  opinions in my report are for the
9  manufacturers that had contaminants in
10  their drug product, and therefore
11  their product was not equal, same or
12  safe to the Reference Listed Drug
13  product.")
14  BY MR. KASPARIE:
15     Q.  Just one final question, Dr.
16  Panagos, I hope.
17  By "drug product," you're
18  referring to finished dose
19  valsartan-containing drugs; right?
20        MR. HANSEL:  Object to the form.
21     A.  I'm referring to anyone involved
22  in the process with regard to that drug
23  product and the manufacturers.
24     Q.  Where in your report do you
25  state that you're referring to everyone

Page 200

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  involved in the manufacture of
3  valsartan-containing drugs?
4        MR. MESTRE:  Object to the form.
5        MR. HANSEL:  Take your time.
6  Object to the form.  Take your time to
7  review your report.
8     A.  In my report and in the Orange
9  Book, 1.2 subset 5, I refer to Good
10  Manufacturing Practices.
11        Anyone involved with the
12  deviation of a Good Manufacturing Practice
13  would fall -- with regards to these drugs,
14  any manufacturer would be part.
15     Q.  So but you can't point me to a
16  specific paragraph number in your report
17  where you make the representation that any
18  person who is involved in the manufacture
19  of valsartan-containing drugs is the
20  subject of your report?
21        MR. HANSEL:  Excuse me, object
22  to the form.  You know, this is a
23  lengthy report.  It's 23 pages long,
24  double-spaced.
25        Attorney Kasparie, you know what

Page 201

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  the report says.  You've studied it
3  thoroughly.  If you would like the
4  witness to read every line of the
5  report right now and tell you where it
6  refers to what you're asking about,
7  then we can go off the record and come
8  back in 45 minutes and she will tell
9  you where she found the references
10  that you are familiar with.
11        MR. KASPARIE:  Let me put it
12  this way.  Listen, I am not interested
13  in wasting anyone's time here.  I just
14  need an answer whether or not Dr.
15  Panagos -- let me back up.
16  BY MR. KASPARIE:
17     Q.  Your report discusses
18  valsartan-containing drug manufacturers;
19  correct?
20     A.  Correct.
21     Q.  Does the term "API manufacturer"
22  appear in your report?
23        MR. HANSEL:  Object to the form.
24  Take your time.
25        MR. MESTRE:  Object to the form.

51 (Pages 198 - 201)

Page 202

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2       Asked and answered and
3   misleading.
4       A.   Page 3, number 20.
5       Q.   Where in that line is the term
6   "API"?
7       A.   Number 20.
8       Q.   And just to go back, just to
9   clarify the record, you talk about "many of
10  these VCDs were manufactured, distributed
11  or sold by active pharmaceutical ingredient
12  and finished dose manufacturers"; correct?
13          MR. HANSEL:  You want to read
14      the rest of the sentence?
15          MR. KASPARIE:  Sorry, could
16      you --
17  BY MR. KASPARIE:
18      Q.   Do you agree that there's a
19  difference between a valsartan-containing
20  drug and the API which that drug contains?
21          MR. HANSEL:  Object to the form.
22      A.   Again, my report is referring to
23  the manufacturers, including anyone
24  involved whereby there were contaminants in
25  the drug that rendered the drug not the

Page 203

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2   same, safe or effective.
3           MR. KASPARIE:  I think that's
4       all the questions I have, but I'm
5       going to make a note that we may move
6       to reopen this deposition if
7       plaintiffs interpret what Dr. Panagos
8       just testified to is that her report
9       is regarding the CGMP of the API
10      manufacturers, as well as the drug
11      substance manufacturers, and we also
12      move to strike any of the opinions
13      that she just offered that are not
14      disclosed in the report.
15          MR. HANSEL:  I object to your
16      statement.
17      This is your day with Dr.
18      Panagos.  There's time today.  We're
19      not going to hold this deposition
20      open.
21      The report says what it says.
22      If you want to ask her about it,
23      today's your day.  And we object to,
24      you know, trying to hold that over her
25      head.  But if you're finished, we'll

Page 204

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2   move on to any additional questioners.
3       Any other defendants' questions?
4           MS. ISIDRO:  Anyone else on
5   Zoom?
6           MR. HANSEL:  Plaintiffs have no
7   questions.  Thank you.
8           MS. ISIDRO:  Thank you.
9           THE WITNESS:  Thank you.
10          MR. HANSEL:  Thank you, Dr.
11  Panagos, for your time.
12          THE VIDEOGRAPHER:  This will end
13      Media Unit 6 and conclude the
14      deposition of Dr. Kali Panagos.
15      We are going off the record at
16      5:51, 1/11/23.
17      (Time Noted:  5:51 p.m.)
18      _____
19          KALIOPI PANAGOS, PharmD, R.Ph.
20  Subscribed and sworn to on the ____ day of
21  _____, 20 ____ before me.
22  _____
    Notary Public,
23  in and for the State of
    _____.
24
25

Page 205

CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
1
2       C E R T I F I C A T E
3
4       I, Linda J. Greenstein, Professional
5   Shorthand Reporter and Notary Public in and
6   for the State of New York, do hereby
7   certify that, KALIOPI PANAGOS, PharmD,
8   R.Ph., the witness whose deposition is
9   hereinbefore set forth, was duly sworn and
10  that such deposition is a true record of
11  the testimony given by the witness to the
12  best of my skill and ability.
13      I further certify that I am neither
14  related to or employed by any of the
15  parties in or counsel to this action, nor
16  am I financially interested in the outcome
17  of this action.
18      IN WITNESS WHEREOF, I have hereunto set
19  my hand this 22nd day of January 2023.
20
21      Linda Greenstein
22      Linda J. Greenstein
23
24  My commission expires:  January 30, 2025
25

52 (Pages 202 - 205)

Page 206

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2        I N D E X
3
4  WITNESS        EXAMINED BY    PAGE
5  KALIOPI PANAGOS,   Ms. Isidro    10
   PharmD, R.Ph.
6            Mr. Kasparie    192
7
   ---------- INFORMATION REQUESTS ---------
8
   DIRECTIONS NOT TO ANSWER:
9
   Page    Line
10  (NONE)
11  REQUESTS:
12  Page    Line
    (NONE)
13
   ----------- E X H I B I T S -----------
14
   NO.            PAGE
15
   (Exhibit 1 marked for      13
16  identification, multi-page
   document, deposition notice for
17  Kaliopi Panagos.)
   (Exhibit 2 marked for      15
18  identification, multi-page
   document, plaintiffs'
19  objections/responses to
   deposition of Kaliopi Panagos.)
20  (Exhibit 3 marked for      16
   identification, four-page
21  document, CV of Kaliopi Panagos.)
   (Exhibit 4 marked for      17
22  identification, four-page
   document, Appendix B to CV of
23  Kaliopi Panagos.)
24
25

Page 207

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2  C O N T I N U E D
   I N D E X:
3
4  ----------- E X H I B I T S -------------
   NO.            PAGE
5
   (Exhibit 5 marked for      30
6  identification, multi-page
   document, Appendix A to CV of
7  Kaliopi Panagos.)
   (Exhibit 6 marked for      49
8  identification, multi-page
   document, Expert Report of
9  Kaliopi Panagos.)
   (Exhibit 7 marked for      52
10  identification, four-page
   document, Kaliopi Panagos
11  invoices.)
   (Exhibit 8 marked for      95
12  identification, five-page
   document titled "Abbreviated New
13  Drug Application (ANDA) Forms and
   Submission Requirements.")
14  (Exhibit 9 marked for      113
   identification, multi-page
15  document titled "Orange Book
   Preface.")
16  (Exhibit 10 marked for     124
   identification, multi-page
17  document titled "AMCP Formulary
   Management.")
18  (Exhibit 11 marked for     142
   identification, multi-page
19  document titled "ASHP Guidelines
   on the Pharmacy and Therapeutics
20  Committee and the Formulary
   System.")
21  (Exhibit 12 marked for     171
   identification, two-page document
22  titled "Medication Guides.")
   (Exhibit 13 marked for     176
23  identification, multi-page
   document titled "Medication
24  Guides.")
25

Page 208

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     DEPOSITION ERRATA SHEET
3
4  Our Assignment No.:  5625215
5  Case Caption:  In Re Valsartan
6
7     DECLARATION UNDER PENALTY OF PERJURY
8
9     I declare under penalty of
10  perjury that I have read the entire
11  transcript of my Deposition taken in the
12  captioned matter or the same has been read
13  to me, and the same is true and accurate,
14  save and except for changes and/or
15  corrections, if any, as indicated by me on
16  the DEPOSITION ERRATA SHEET hereof, with
17  the understanding that I offer these
18  changes as if still under oath.
19  _____
20     KALIOPI PANAGOS, PharmD, R.Ph.
21  Subscribed and sworn to on the _____ day of
22  _____, 20 _____ before me.
23  _____
   Notary Public,
24  in and for the State of
   _____.
25

Page 209

1  CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
2     DEPOSITION ERRATA SHEET
3  Page No.____Line No.____Change to:_____
4  _____
5  Reason for change:_____
6  Page No.____Line No.____Change to:_____
7  _____
8  Reason for change:_____
9  Page No.____Line No.____Change to:_____
10  _____
11  Reason for change:_____
12  Page No.____Line No.____Change to:_____
13  _____
14  Reason for change:_____
15  Page No.____Line No.____Change to:_____
16  _____
17  Reason for change:_____
18  Page No.____Line No.____Change to:_____
19  _____
20  Reason for change:_____
21  Page No.____Line No.____Change to:_____
22  _____
23  Reason for change:_____
24
25

53 (Pages 206 - 209)

Page 210

```
 1   CONFIDENTIAL - K. PANAGOS, PharmD, R.Ph.
 2        DEPOSITION ERRATA SHEET
 3   Page No.____Line No.____Change to:_____
 4   _____
 5   Reason for change:_____
 6   Page No.____Line No.____Change to:_____
 7   _____
 8   Reason for change:_____
 9   Page No.____Line No.____Change to:_____
10   _____
11   Reason for change:_____
12   Page No.____Line No.____Change to:_____
13   _____
14   Reason for change:_____
15   Page No.____Line No.____Change to:_____
16   _____
17   Reason for change:_____
18   Page No.____Line No.____Change to:_____
19   _____
20   Reason for change:_____
21   Page No.____Line No.____Change to:_____
22   _____
23   Reason for change:_____
24
25
```

54 (Page 210)

**[& - 227]**

Page 1

| & | | | |
|---|---|---|---|

**&** 2:10 3:11 4:4
4:9 5:20 6:4,9
7:4,11 9:23

**0**

**02875** 9:21
**04101** 3:13
**07102** 5:16
**08540** 7:19

**1**

**1** 9:15 13:20,21
52:12 64:5
72:7 76:19
78:13 89:16
93:7,19 126:21
173:4 206:15
**1.2** 148:16
149:7 154:12
200:9
**1.5** 42:14
113:24
**1/11/23** 9:4
204:16
**10** 124:5,6,12
124:15 125:6
125:17 126:7
126:10,18,20
127:17 128:20
131:19,20
132:11,23
133:6,11,14,17
134:17 182:4
183:23 206:5
207:16

**100** 5:15
**1000** 3:5
**10013** 2:12 4:5
**10017** 5:6
**10022** 6:5
**105** 13:3
**10:20** 2:3 9:4
**11** 1:14 2:2
142:8,15
207:18
**1100** 4:16
**113** 207:14
**11:21** 52:13
**11:37** 52:16
**11:46** 58:17,22
**12** 64:6 125:23
126:3,8 143:2
171:19,24
185:3 207:21
**124** 207:16
**127** 179:14
**128** 179:14
**13** 63:19 64:4,9
176:6,7,12
206:15 207:22
**14** 69:25
**142** 207:18
**15** 70:20 71:24
206:17
**1515** 4:15
**155** 5:21
**15th** 5:15
**16** 75:2 206:20
**17** 75:25
206:21

**171** 207:21
**176** 207:22
**18** 76:21 77:23
78:7,12
**1818** 7:6
**19** 79:4 179:16
**190** 6:18
**19087** 7:13
**19102** 4:16
**19103** 7:7
**192** 206:6
**1:19** 9:21
**1:48** 101:18
102:3,8

**2**

**2** 15:6,7,18
16:4,16 52:17
73:2 78:17
82:14,15,18
89:20 101:15
102:18 125:16
143:7 173:6
206:17
**20** 79:24 80:19
83:6 87:10
93:21 100:2,18
106:2 133:24
170:4 202:4,7
204:21 208:22
**2005** 66:4
**2015** 70:21
**2016** 70:24
**2018** 75:3,4
87:20 168:12
169:8,14

**2020** 21:7
22:13 23:4
24:24 25:2
**2021** 20:25
21:24 22:8,10
24:13 26:10,15
30:5,17 31:8
115:5,8
**2022** 16:10
17:14 20:23
21:25 22:5
26:21 28:19
29:15,19,24
30:24 31:6
42:8,9,17,22
49:13 50:17,24
55:6,24,25
56:8,15 60:3
60:21 116:5
**2023** 1:14 2:2
16:24 18:24
20:8 21:4
22:13 24:19
31:14,18 32:5
87:17 205:19
**2025** 205:24
**21** 7:19 83:22
84:23
**22** 17:24 35:25
36:2 38:12
39:6 54:25
55:22 85:8
**2220** 8:6
**227** 6:11

**[22nd - 8]**

Page 2

**22nd** 205:19
**23** 45:13 50:4
  79:24 184:17
  200:23
**230** 8:5
**23rd** 55:6,24
  56:8
**24** 86:7,13,19
  87:3,9
**250** 2:11 4:5
  9:23
**2525** 3:5
**260** 3:20
**26264** 205:21
**27** 86:14,19
  87:3,9 88:2
**270** 7:13
**28** 88:24 89:6
  89:15,15 103:9
**28202-2601**
  6:12
**2875** 1:6
**2:46** 137:25
**2a** 76:2

**3**

**3** 16:20,25 17:6
  17:22 18:24
  19:11,16 21:5
  22:14 23:2
  25:13 27:2
  31:15 33:24
  34:23 82:14,15
  82:22,23 87:17
  102:9 126:20
  128:22 132:11

132:22 134:16
137:24 173:9
202:4 206:20
**30** 70:21 89:23
  205:24 207:5
**316** 4:21
**32502** 4:22
**33134** 3:6
**35** 92:14 94:6
**375** 51:11 58:2
**38** 88:24 89:6
  89:15 118:17
  118:25
**39** 90:18,23
**3:05** 138:4
**3:19** 147:2
**3:32** 147:5
**3rd** 66:3

**4**

**4** 17:12,15,21
  18:17 20:22
  22:2,6 25:15
  30:25 32:19,19
  33:9,10,17
  66:15,18 73:8
  73:11,12,20,24
  138:5 149:13
  169:19 186:6
  206:21
**400** 58:5
**43** 94:23
**45** 201:8
**46** 90:18,24
  95:11 98:4
  99:2,5 100:9

**47** 107:9,22
**49** 207:7
**4:08** 169:20
**4:09** 169:23
**4:27** 179:4
**4:53** 179:7

**5**

**5** 30:10,11,16
  30:21 31:8
  35:5 119:11
  148:16 149:8
  149:13,14
  154:13 169:24
  192:16 200:9
  207:5
**50** 114:18
**52** 207:9
**53** 116:4,25
**54c** 117:23
**550** 7:12
**5625215** 208:4
**5:19** 192:17
**5:26** 192:21
**5:34** 198:19
**5:40** 198:22
**5:51** 204:16,17

**6**

**6** 14:6 49:12,14
  49:19 50:17
  55:21 56:14
  59:7,15 60:12
  61:25 62:6,14
  95:12 96:8
  98:3 100:11

103:8 138:9
192:22 204:13
207:7
**600** 6:11,18
**601** 6:5
**60606** 5:21 8:6
**63105** 6:18
**66210** 3:20
**67** 120:6

**7**

**7** 52:2,3,20,24
  55:14 58:8
  207:9
**70** 121:23
  122:20 123:10
  127:13 128:13
**701** 4:10
**70130** 4:10
**71** 122:13
**73** 126:16
  127:3,7,14
  128:13 130:25
  131:2
**74** 130:23
  132:4,15 133:6
  133:16
**75** 134:7
**78** 134:24
  135:2
**79** 137:3

**8**

**8** 70:24 95:24
  95:25 97:10,11
  98:22 122:6

124:16 207:11
**80** 138:10,12
141:8
**8101** 3:19
**8th** 2:11

**9**

**9** 113:13,17,21
142:19 149:11
154:20,21
162:6,6 207:14
**912** 143:6
144:16
**95** 207:11
**96** 164:4 165:6
165:19

**a**

**a.m.** 2:3 9:4
52:16
**ab** 138:13
145:4,23 146:9
146:15
**abarca** 38:20
38:21,22,23,25
39:7
**abbreviated**
70:22 71:4,19
96:3 207:12
**ability** 18:18
56:19 205:12
**able** 13:6 68:8
68:15 69:14,21
**above** 115:21
**absolutely**
97:22 160:17

162:4 165:4
178:7
**academic** 44:3
44:8
**academy** 38:8
39:6 44:16
**accepted** 92:18
**access** 57:8,11
57:14
**account** 18:21
**accountability**
196:19
**accrediting**
43:11
**accuracy**
147:12,15
152:12,18,25
153:2 155:9
158:21
**accurate** 13:6
21:18 22:12
50:19 115:16
115:25 131:16
131:23 141:18
141:25 157:6
208:13
**acknowledge**
178:21
**acronym** 38:24
**action** 10:8
161:15 162:19
205:15,17
**actions** 1:7
195:15

**active** 29:14,15
65:2,4,7,19,23
114:23 202:11
**actively** 29:7,11
56:2
**activities** 29:22
30:3,20 31:3
31:11,21 32:3
33:11,18 34:7
34:23
**actually** 54:6
67:6 118:18,23
124:10 179:21
**add** 18:7 32:4
97:15
**added** 24:20
25:12,18 29:21
34:6
**adding** 116:7
137:5
**addition** 50:25
89:11 100:18
107:19 122:8
123:25 126:13
129:15 130:2
133:22
**additional** 18:7
25:21 35:15,19
40:14 59:23
60:6 204:2
**address** 13:2
49:5
**adhere** 150:17
151:23,23
153:23 155:21

155:24,25
157:9 161:7
175:11
**adhered** 158:3
**adherence**
157:12 173:10
**adhering**
151:15
**adjusted** 20:19
**adjuster** 27:4
27:11
**administer**
10:7
**administered**
114:14 143:14
143:23
**administration**
114:24
**administrative**
85:20,20,23,25
**administrativ...**
161:15 162:20
**adopt** 111:13
**adopted** 108:17
**adulterated**
96:24 158:5
190:23
**advance** 62:21
**adverse** 173:6
**advisable**
177:25
**advise** 193:14
**advisors** 24:21
**affect** 174:12
174:13

[affected - appendix]                                                    Page 4

| | | | |
|---|---|---|---|
| **affected** 188:22 | **amount** 57:3 | 153:21 155:10 | 139:18 153:4 |
| **affirmative** | 103:12 191:2,4 | 157:8 160:9 | 178:18 190:9 |
| 111:2 | 191:10 | 175:12 180:16 | 191:7 202:2 |
| **affirmed** 10:15 | **analogous** 19:5 | 181:23 184:18 | **answering** |
| 102:5 | 19:10 | 195:7 196:16 | 11:13 131:11 |
| **agency** 76:15 | **analysis** 132:7 | 196:23 197:7 | 153:12 |
| 172:11 173:2 | 132:13 | 197:20 207:13 | **answers** 125:14 |
| **agency's** 67:16 | **anda** 66:20 | **andas** 72:2 | 144:12 |
| 186:10 | 70:23,25 71:2 | 73:10 74:13,22 | **antihypertens...** |
| **ago** 45:24 | 71:4,11,14,17 | 195:10 196:24 | 64:17 |
| **agree** 9:14 33:7 | 71:19,20 72:12 | **anew** 32:12,14 | **anymore** 20:4 |
| 161:12 202:18 | 72:18,23 73:3 | **angelica** 5:10 | **anyone's** |
| **ahead** 13:19 | 73:7,17 74:2,8 | **angiotensin** | 201:13 |
| 15:5 17:11 | 90:19 91:2,5 | 64:11,16 | **api** 193:25 |
| 30:9 49:11 | 91:10,14,17,25 | 102:20 103:3 | 195:9,11,15 |
| 51:25 95:22 | 92:4,8 94:24 | **animal** 76:22 | 196:7,11,22 |
| 101:12 113:11 | 94:25 95:4,7 | 77:11 79:2 | 201:21 202:6 |
| 139:23 142:6 | 95:10,18 96:4 | **announced** | 202:20 203:9 |
| 178:25 | 96:13,17 98:11 | 75:5 | **apparently** |
| **albertsons** 6:10 | 99:19 109:18 | **answer** 11:20 | 31:7 |
| **alex** 193:4 | 114:22 120:9 | 11:22 12:2,12 | **appear** 201:22 |
| **alexander** 5:22 | 120:13,21,22 | 65:15 111:19 | **appearances** |
| **alexander.kas...** | 120:24 121:2,4 | 140:7 152:16 | 10:10 |
| 5:23 | 121:13 123:20 | 153:11,13 | **appearing** 3:22 |
| **alfano** 7:4 | 124:23 125:7 | 154:17 157:5 | 4:12,18,24 |
| **allow** 153:10 | 136:13 138:15 | 168:3,9,19,21 | 5:11,18,23 6:7 |
| 157:15 | 140:19 141:20 | 169:15 177:6 | 6:14,20 7:9,15 |
| **allowed** 153:13 | 144:8,10,23 | 192:5 196:5 | 7:21 8:8 13:14 |
| **amcp** 37:23 | 145:6,8,11,17 | 197:13,18 | **appears** 18:12 |
| 38:6 42:21 | 145:19 146:2,6 | 198:25 199:4,7 | 18:23 25:11 |
| 89:17 124:8 | 146:8,12,18 | 201:14 206:8 | 126:8 179:15 |
| 207:17 | 147:22 148:7 | **answered** | **appendix** 17:17 |
| **american** 29:3 | 148:11 150:3 | 12:20 59:17,18 | 30:13 49:22,23 |
| 44:13,25 45:7 | 150:10 152:14 | 68:18 69:17 | 50:3,7,10,13 |
| 45:10 89:17 | 152:19 153:2,3 | 72:25 100:25 | 61:12,17,22 |

**[appendix - associated]**                                        Page 5

| | | | |
|---|---|---|---|
| 66:10,18 67:25 | 207:13 | 180:17,24 | **asher** 7:14 |
| 68:10,12,16,16 | **appreciate** | 181:4,11,25 | **asher.block** |
| 69:10,15,22 | 99:12 | 183:13 184:8 | 7:15 |
| 72:4,6,7,8,10 | **appropriate** | 184:23 | **ashp** 142:10 |
| 72:13,15,20 | 20:20 92:20 | **approvals** 69:7 | 207:19 |
| 73:5,14,16 | 94:5,15,18 | 120:3 | **aside** 48:5 |
| 78:4,7,9,12 | 143:8,18 144:4 | **approve** 145:6 | 77:23 |
| 79:20 80:11,13 | 144:5,9,21 | **approved** 66:3 | **asked** 59:17 |
| 80:16 81:7 | **approval** 67:3 | 70:22,24 71:14 | 60:17 68:18 |
| 82:12 83:17,18 | 67:21,22 68:6 | 96:17,19 98:15 | 72:25 100:25 |
| 83:20 86:18,21 | 68:9,22 69:16 | 98:17 108:14 | 131:6 160:22 |
| 87:3 89:12,14 | 69:22 71:6,12 | 109:10,17 | 191:7 202:2 |
| 90:25 93:4,12 | 71:23,25 72:5 | 123:12 124:20 | **asking** 11:12 |
| 93:16,21 101:5 | 72:11,16 73:6 | 135:22 146:7 | 53:18 54:18 |
| 119:7 125:2 | 73:17,25 74:4 | 150:2 167:20 | 101:7,8 131:12 |
| 127:10,25 | 74:12,15,22 | 183:24 | 146:4 163:17 |
| 128:18,24 | 90:19 91:5,8 | **approves** 145:6 | 175:5 194:17 |
| 129:12,22,24 | 91:18,22 92:7 | 145:16,20 | 194:18,21 |
| 130:10 131:3 | 95:18 96:13 | 170:21 | 201:6 |
| 133:11,20 | 97:2 108:12 | **april** 20:25 | **aspect** 77:9 |
| 134:6 186:3 | 109:9,19 | 21:24 22:8,10 | 97:4 98:24 |
| 206:22 207:6 | 110:13,24 | **arb** 64:15 | 99:4 |
| **applicable** | 113:5 120:9 | 67:17 | **aspects** 87:7 |
| 19:25 28:12,16 | 121:12 135:6,8 | **arbs** 64:12 | **assessment** |
| 34:20 60:14,18 | 135:14 136:12 | 102:20 | 136:4 |
| 77:22 149:23 | 139:3 140:19 | **area** 125:13 | **assigned** 23:9 |
| 150:2 151:3 | 144:12,22,24 | **areas** 18:19 | **assigning** 22:23 |
| 155:20 156:3,9 | 145:13,23 | 100:14 | 23:5 |
| 156:23,25 | 146:15 148:14 | **aristarx** 39:14 | **assignment** |
| 170:6,10 | 150:6,11,25 | 40:7,10 41:5 | 208:4 |
| 173:12 178:23 | 151:9 155:13 | **armsrx** 20:12 | **assistance** |
| **application** | 156:17 157:7 | 22:20 39:14,15 | 36:13 |
| 70:23 71:5,16 | 158:23 159:2 | 40:8 41:4 | **assisted** 59:4 |
| 71:20 96:4 | 160:9,11 | **arps** 5:20 | **associated** 24:7 |
| 114:21 153:22 | 167:21 175:12 | | 57:6 83:25 |

[associated - believe]                                                          Page 6

118:24
**association**
3:12 29:3
44:23 45:8,11
45:22
**associations**
45:5
**assume** 12:13
**assumption**
61:18 189:10
**assumptions**
61:8
**assurance**
138:16,23
139:8,12 140:5
140:10,23
141:6,12 142:2
142:23 144:3
147:10 148:2
152:10,12,17
152:21 155:7
155:15 158:17
158:21
**assurances**
140:16
**assure** 144:10
154:6 160:16
161:9
**assured** 174:21
**assuring**
147:18
**attached** 16:10
29:24 30:5,16
50:16

**attacked** 129:5
**attended** 37:23
**attendee**
139:13
**attorney** 15:15
194:10 195:21
200:25
**attorneys**
192:10
**attributed**
127:7
**audio** 9:11,12
**august** 35:25
36:2 66:3
**authoritative**
111:9 136:8
**authorized**
10:6
**automatic**
137:13
**automobile**
3:12
**available** 37:16
98:19 100:6
111:15 175:16
175:17
**avenue** 5:5 6:5
**avoid** 114:20
**avoided** 112:3
**aware** 14:19
65:19,21,23,25
80:25 163:2,7
173:14,17
174:6 177:20
178:15 182:9

183:2 187:13
187:15,16,17
191:20 192:2
195:8,9

**b**

**b** 6:13 8:7
17:17 123:11
126:3,9 206:13
206:22 207:4
**back** 14:25
21:10 29:22
52:15 56:3,9
58:20,21 63:22
100:13 102:7
112:19 114:17
123:10 124:11
138:3,7 139:17
139:24 146:17
147:4 154:25
169:22 177:7,8
177:11 179:6
192:19 197:5
197:13 198:5
198:21 199:4
201:8,15 202:8
**background**
51:2 63:6
75:14 77:7,9
77:21,25 79:15
80:2,8 86:8,16
86:23 87:4,8
88:25 89:8
92:25 93:14
94:2 107:19
122:9 125:3,12

126:13 129:16
130:4 133:23
**bag** 171:11
**base** 92:16
**based** 87:4
88:17 112:8
114:11 126:13
131:23 138:14
145:20
**bases** 63:12
158:14
**basis** 32:23
88:7 90:3,22
92:22 94:25
95:16 107:15
107:17 117:8
148:3 159:18
182:22 185:6
185:22
**baylen** 4:21
**began** 60:2,20
**begins** 66:22
114:7 145:17
148:11 153:20
162:9,13
**behalf** 3:4,12
3:19 4:4,9,15
4:21 5:4,13,20
6:4,10,17 7:5
7:11,18 8:4
**believe** 19:4
37:14 38:12
42:14 43:14
95:23 107:23
107:25 108:5

[believe - camden]                                         Page 7

113:16 154:16
172:23 190:9
**beliveau**  3:11
**belong**  164:10
  164:12,20
  165:2,4,12,16
  165:23 166:4,8
  166:17
**ben**  8:13
**benefit**  20:13
  22:21 103:17
  103:19 104:4
**benefits**  36:15
**bernstein**  2:10
  4:4 9:23
**best**  33:6
  205:12
**better**  174:2
**beyond**  40:20
  160:17 191:8,9
**binder**  64:16
**binders**  64:12
  102:21 103:4
**bioequivalence**
  44:10 115:9,13
  115:18
**bioequivalent**
  135:4
**biological**
  172:11,17
  173:2
**biosimilar**
  36:17
**biosimilars**
  42:16

**bipc.com**  6:14
**bisgaard**  7:11
**bit**  20:15 143:9
**blackwell**  6:16
**block**  7:14
**blockers**
  102:21 103:4,6
**blood**  64:19
**board**  46:19
  109:2
**boiling**  154:10
**book**  91:9,19
  91:23 92:12
  98:18 107:10
  107:19,20,24
  108:2,7 109:19
  109:23 110:7
  110:11,23
  111:20 112:5
  112:16 113:2
  113:15,21
  115:24 116:9,9
  116:12,15,19
  116:25 118:7,9
  120:2,3 122:10
  122:14,21
  136:9,20 137:7
  137:7,12,16
  138:14 148:16
  149:8,12
  151:12 156:18
  161:13,20
  162:4,18,23
  163:9,12,23
  183:16 184:2,9

184:14 200:9
207:15
**borne**  84:17
**bosick**  7:4
**bottle**  179:20
**bottom**  73:13
  73:20,21,24
  74:7 89:11
  125:18 179:16
**boulevard**  3:5
  3:19
**brand**  36:17
  70:18 75:20
  94:10 105:8
  115:2 121:19
  135:11 136:24
  138:18 139:4
  140:17 141:3
  164:23 167:11
  168:17 169:3
  178:11 190:3
**breach**  152:5
**break**  12:16,20
  52:9,20 101:13
  137:22 146:22
  147:8 179:2
  192:14 198:16
  199:2
**brett**  3:21,22
**briefly**  36:8
  193:3
**bring**  48:8,11
**brisbois**  7:11
**brittney**  6:6

**brittney.nagle**
  6:7
**broad**  105:4
  119:9 193:17
  193:19 195:22
**broadreach**
  27:12,19 28:13
**brush**  195:22
**buchanan**  6:9
**bullet**  125:17
  125:20 126:2,6
  172:14,18
  173:4,6,9,21
**business**  31:10
  126:23 132:18
  132:25
**businesswom...**
  44:23

**c**

**c**  3:2,21 4:2 5:2
  6:2 7:2 8:2
  205:2,2 207:2
**c.whiteley**  4:12
**cabraser**  2:10
  4:4 9:23
**calculate**  48:2
**calendar**  87:20
**call**  164:25
**called**  43:14
**calls**  139:22
  159:23 161:4
**camber**  7:11
**camden**  1:3
  9:21

**[camp - classified]**                                                                                   Page 8

| | | | |
|---|---|---|---|
| **camp** 4:10 | **carondelet** 6:18 | 98:14 100:3,20 | **chicago** 5:21 |
| **cancer** 76:16 | **case** 17:14 | **change** 20:11 | 8:6 38:14 |
| 76:23 77:12 | 39:18,22 40:16 | 20:16 21:13,14 | **choose** 98:6 |
| **cancers** 76:24 | 41:14,19 43:20 | 23:16,22 24:6 | **chose** 97:24 |
| **capacity** 85:23 | 43:25 46:15 | 24:7 25:4 | 99:3 |
| 85:25 87:14 | 47:2,3,8 48:15 | 115:12 139:11 | **christine** 5:17 |
| **caption** 208:5 | 48:21 49:13 | 140:9,12 209:3 | **christopher** |
| **captioned** | 51:16,22 56:2 | 209:5,6,8,9,11 | 6:13 |
| 208:12 | 59:2 62:10 | 209:12,14,15 | **christopher.h...** |
| **carcinogen** | 103:9,22 | 209:17,18,20 | 6:14 |
| 76:3,17 79:6 | 135:21 136:2 | 209:21,23 | **citation** 129:18 |
| 149:4 150:19 | 164:20 166:4 | 210:3,5,6,8,9 | 129:21 133:6 |
| 151:19 154:8 | 193:5 208:5 | 210:11,12,14 | **cited** 76:19 |
| 159:16 160:20 | **category** 94:12 | 210:15,17,18 | 100:11 122:6 |
| 166:4 178:8 | **caused** 76:23 | 210:20,21,23 | 123:24 |
| 186:20,24 | **center** 3:13 | **changed** 31:20 | **citing** 124:16 |
| 189:25 190:22 | 5:14 | **changes** 106:8 | **city** 3:13 |
| **carcinogenic** | **certain** 71:25 | 208:14,18 | **claims** 81:24 |
| 165:4 191:10 | 120:8 160:17 | **changing** 22:18 | 82:5,6,9,14 |
| **carcinogens** | 172:10,12,16 | **characteristics** | 83:16,18 84:25 |
| 76:13 77:14,15 | 172:25 173:4 | 115:2 | 85:9 |
| 156:21 157:19 | 188:4 | **charged** 51:21 | **clarification** |
| 166:16,23 | **certainly** | **charging** 51:9 | 197:3 |
| 167:5,10 | 108:16 156:21 | **charlotte** 6:12 | **clarify** 62:23 |
| 168:16 185:12 | 165:3,16 174:9 | **chartered** 3:11 | 63:2 64:2 |
| **care** 38:8 39:6 | 178:6 183:15 | **check** 23:23 | 202:9 |
| 44:16 87:10 | 185:16 | 24:2 26:11,16 | **clarifying** |
| 89:17,20 93:22 | **certified** 2:13 | 26:22 28:18,20 | 147:9 |
| 130:5 134:13 | **certify** 205:7,13 | 56:3,9,11,16,19 | **class** 64:11 |
| 134:21 | **cfr** 66:24 | 173:18 174:24 | 67:17 102:19 |
| **caremark** | **cgannon** 5:17 | **checking** | **classification** |
| 89:18 93:6,18 | **cgmp** 193:25 | 119:14 | 76:16 79:12 |
| **carillon** 6:11 | 203:9 | **chemical** | **classified** 76:2 |
| **carolina** 6:12 | **chain** 95:17 | 143:20 | 166:22 |
| | 96:12 97:18 | | |

[clear - confidential]                                                    Page 9

**clear** 12:6
15:11 100:8
104:2 130:8
141:22 145:15
145:22 146:4
152:23 153:17
163:16 166:20
187:7
**clearly** 34:3
127:19 134:5
154:11
**client** 18:21
**clinic** 67:7
**clinical** 18:20
20:24 21:6
22:7 43:8 77:8
87:15 92:19
100:19 104:19
121:14 130:4
132:6,13
140:14
**clinically**
126:22 132:17
132:24
**closed** 105:12
106:6
**coates** 5:8
113:18
**coatesg** 5:9
**cognizance**
174:8
**collaboration**
117:11
**college** 3:19
44:13

**column** 143:7
**combination**
41:21 43:8
64:18
**come** 118:5
123:19 124:23
126:17 141:12
170:20 201:7
**comes** 119:12
122:5 142:24
160:4 178:9
**coming** 39:8
100:10 127:15
**commission**
205:24
**committee**
92:15 93:23
104:17 106:11
106:11,13,17
117:16 119:10
121:25 132:6
132:13 135:6,9
135:12,14,20
135:23 136:3,7
142:11 207:20
**committees**
43:21 89:25
92:25 104:15
106:9,24 116:6
117:6,12,20
119:8 122:16
137:4 138:17
**common** 97:15
**communicated**
62:8

**communication**
34:22 117:11
**communicati...**
35:6
**companies** 62:9
185:19 187:3,6
187:14
**company** 20:18
21:23 38:3
39:10,13 47:20
62:4
**compensation**
24:7
**complete** 45:4
153:13
**compliance**
97:20 98:16
99:23 100:5
148:19,25
150:16 158:24
161:9 193:24
**comply** 120:8
158:5,10
**component**
115:19 133:22
185:13
**components**
166:22
**computer**
48:19 51:19,20
**concerns**
196:23
**concierge** 8:13
**concise** 131:5

**conclude**
204:13
**conclusion**
139:22 159:24
161:4
**conditions** 43:7
**conduct** 80:21
**conference**
37:23 38:2,5
38:10,16,18,20
38:22 39:2,7,7
39:10
**conferences**
35:3 37:19,20
**confident** 80:17
**confidential**
1:11 2:1,7 3:1
4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1

[confidential - contain]                                    Page 10

| | | | |
|---|---|---|---|
| 59:1 60:1 61:1 | 142:1 143:1 | **confidently** | 137:19 151:10 |
| 62:1 63:1 64:1 | 144:1 145:1 | 93:10 | 151:11,25 |
| 65:1 66:1 67:1 | 146:1 147:1 | **confirm**  17:7 | 153:19 157:16 |
| 68:1 69:1 70:1 | 148:1 149:1 | 49:20 50:14 | 157:17 159:19 |
| 71:1 72:1 73:1 | 150:1 151:1 | 63:16 193:10 | 166:10 183:7 |
| 74:1 75:1 76:1 | 152:1 153:1 | 193:11 195:13 | 183:17 |
| 77:1 78:1 79:1 | 154:1 155:1 | **confirmation** | **considers** |
| 80:1 81:1 82:1 | 156:1 157:1 | 23:24 24:3 | 136:17 |
| 83:1 84:1 85:1 | 158:1 159:1 | **confirming** | **consist**  22:21 |
| 86:1 87:1 88:1 | 160:1 161:1 | 23:22 | 149:3 |
| 89:1 90:1 91:1 | 162:1 163:1 | **conjunction** | **consisted** |
| 92:1 93:1 94:1 | 164:1 165:1 | 121:20 | 151:18 |
| 95:1 96:1 97:1 | 166:1 167:1 | **conlee**  4:11 | **consistent** |
| 98:1 99:1 | 168:1 169:1 | **connection** | 21:23 131:5,12 |
| 100:1 101:1 | 170:1 171:1 | 50:16 58:25 | 143:24 144:10 |
| 102:1 103:1 | 172:1 173:1 | 59:6 61:5 64:7 | 147:18,23 |
| 104:1 105:1 | 174:1 175:1 | 85:4 98:3 | 150:13,20 |
| 106:1 107:1 | 176:1 177:1 | **consider**  116:7 | 151:19 154:4 |
| 108:1 109:1 | 178:1 179:1 | 122:2,16 | 160:14 164:22 |
| 110:1 111:1 | 180:1 181:1 | 135:24 137:5 | **consists**  53:6 |
| 112:1 113:1 | 182:1 183:1 | 153:25 166:6 | 74:10 101:2 |
| 114:1 115:1 | 184:1 185:1 | 166:11,12 | 129:24 152:17 |
| 116:1 117:1 | 186:1 187:1 | 167:2 | 179:13 |
| 118:1 119:1 | 188:1 189:1 | **consideration** | **consultant**  29:3 |
| 120:1 121:1 | 190:1 191:1 | 61:9,19 71:6 | **consulted** |
| 122:1 123:1 | 192:1 193:1 | 109:10,11 | 46:22 |
| 124:1 125:1 | 194:1 195:1 | **considerations** | **consulting** |
| 126:1 127:1 | 196:1 197:1 | 112:10 | 20:13,25 21:7 |
| 128:1 129:1 | 198:1 199:1 | **considered** | 22:8,21 47:18 |
| 130:1 131:1 | 200:1 201:1 | 91:21 95:20 | 47:24 48:5 |
| 132:1 133:1 | 202:1 203:1 | 96:15 108:15 | **consumers** |
| 134:1 135:1 | 204:1 205:1 | 110:14 111:4 | 114:15 |
| 136:1 137:1 | 206:1 207:1 | 111:11 113:7 | **contain**  33:10 |
| 138:1 139:1 | 208:1 209:1 | 116:18 122:11 | 33:18 50:21 |
| 140:1 141:1 | 210:1 | 123:15 128:2 | 52:24 65:12,18 |

[contain - correct]                                          Page 11

| | | | |
|---|---|---|---|
| 65:22 68:22 | 189:11 198:11 | **convey** 107:23 | 85:12,13 86:9 |
| 72:18 74:21 | 199:9 202:24 | 107:25 110:11 | 88:5,6,22,23 |
| 94:24 122:23 | **contaminated** | **copy** 17:12 | 89:2,3,25 90:2 |
| 188:4,20 189:6 | 176:2 183:19 | 32:13 37:10 | 90:20,21 92:21 |
| **contained** | 186:21,23 | 49:12,20 52:21 | 93:17 95:13,14 |
| 15:20 16:3 | **context** 110:9 | 96:7 176:13 | 95:21 96:9,10 |
| 67:20 72:4 | **contingent** 94:7 | **correct** 11:5,6 | 98:4,22,23 |
| 74:5 89:5 | 94:11 146:12 | 13:16,17 16:11 | 100:23 101:10 |
| 90:23 98:21,25 | **continue** 9:13 | 16:12,16,17 | 101:11 102:25 |
| 126:10 136:20 | 40:10 129:10 | 18:14,15,24 | 103:13 107:13 |
| 155:10 | 147:25 148:23 | 19:22 20:4 | 107:14 109:3 |
| **containing** 44:5 | 148:24 150:17 | 21:2,3,8,9 23:3 | 109:25 111:24 |
| 70:4,11,13 | 152:21 154:5 | 24:13,22 25:19 | 112:4,10 |
| 199:19 200:3 | 155:25 159:2 | 25:22 29:4,5 | 113:17,22 |
| 200:19 201:18 | 159:18 175:14 | 29:25 30:21,22 | 114:9 115:6,7 |
| 202:19 | **continued** 4:2 | 33:21 34:8,9 | 115:10,16 |
| **contains** 68:9 | 5:2 6:2 7:2 8:2 | 35:3,4,10,11,11 | 117:16,17,21 |
| 69:15 72:11,15 | 40:7 102:10 | 38:17 39:18,19 | 117:22,24,25 |
| 73:6 74:11 | **continues** | 40:7,8,9,11,12 | 118:4 119:2 |
| 114:23 202:20 | 147:19 149:14 | 42:23 44:14 | 120:9,10 |
| **contaminant** | 154:3,13 | 46:2,3 49:7,10 | 121:15 122:3 |
| 164:18,25 | 159:16 | 50:10,24 51:2 | 122:11,12,17 |
| 166:3,7,10,13 | **continuing** | 51:5,6,14 | 122:21,24 |
| 167:8 174:11 | 41:9,12,15,18 | 54:10,11,13,16 | 123:16,17,22 |
| 184:19,21 | 41:23 43:2,15 | 55:7,8,14,15 | 124:13 125:18 |
| 185:2 190:21 | **contracts** 90:14 | 58:3,4,7 59:22 | 125:24,25 |
| 190:22 191:11 | **contributed** | 60:3,4,8 61:14 | 126:4,10,11,15 |
| **contaminants** | 43:23 | 61:15 62:16 | 127:4 128:16 |
| 75:6,8,22 | **conversation** | 63:7 64:13,14 | 128:25 129:13 |
| 76:12 156:20 | 109:15 | 66:4,5,19,25 | 129:23 130:12 |
| 164:8,14 165:7 | **conversations** | 67:5 70:7,8 | 137:9,10,14,20 |
| 165:10,15,20 | 9:7 | 74:2,4,19,20,22 | 138:20,21 |
| 168:16,24 | **conversely** | 79:7,8 80:3,4 | 139:9,10,15 |
| 182:10,12,17 | 112:2 | 82:21 83:12,21 | 140:6,7 142:16 |
| 182:20 185:11 | | 84:3,4,18 | 144:17 145:4 |

[correct - dates]                                                                    Page 12

| | | | |
|---|---|---|---|
| 146:9 149:9,16 | 7:11,18 8:4 | **criteria** 94:20 | 29:13,23,24 |
| 149:20,21 | 14:19 53:10,25 | 110:13,23 | 30:4,7,13,16,20 |
| 151:4 152:14 | 54:20,24 55:12 | 113:4 123:3 | 30:24 31:6,8 |
| 155:13,20 | 59:9 61:7,17 | 135:22 139:3 | 31:15,18,23 |
| 159:3,10 161:2 | 81:4 88:9,18 | 144:7,11,22 | 32:3,5,22 |
| 162:24 171:24 | 88:20,21 90:5 | 145:13 146:14 | 33:24 37:19 |
| 171:25 172:4 | 90:6 98:8 | 148:13 149:18 | 40:6 46:2 |
| 172:13,19 | 102:12 192:10 | 155:22 157:9 | 87:17 206:21 |
| 178:23 179:11 | 195:25 205:15 | 159:14 161:7 | 206:22 207:6 |
| 179:12,17 | **counsel's** 193:7 | 163:12,23 | |

| | | | |
|---|---|---|---|
| 180:2,17,18 | **counseling** | 172:13,18 | **d** |
| 184:23 190:13 | 174:18 | 175:19 183:13 | **d** 6:19 84:6,9 |
| 191:5 193:12 | **couple** 56:11 | 184:8 | 84:18,21 85:5 |
| 195:18 196:24 | 193:6 | **criterion** | 206:2 207:2,2 |
| 201:19,20 | **course** 11:24 | 162:10 | **daniel** 4:23 |
| 202:12 | **courses** 34:8,11 | **critical** 121:10 | **data** 123:14 |
| **corrected** | 34:12 | 151:16 | 124:22 126:7 |
| 102:22 | **court** 1:2 9:20 | **current** 13:2 | **database** |
| **correction** | 10:4,12 11:15 | 16:8 17:8 | 173:15,18 |
| 102:13,20,24 | 12:6 13:3 | 21:15 26:25 | 174:25 176:14 |
| **corrections** | 80:21 198:24 | 29:2,23 103:8 | **date** 21:24 22:9 |
| 208:15 | **coverage** | 116:4 159:6 | 22:10,12,13 |
| **correctly** 86:24 | 103:12 105:5 | 161:14 162:18 | 23:3 24:20,24 |
| 147:8 180:19 | 119:20 | **currently** 26:3 | 25:8,13,14,15 |
| **corresponds** | **covered** 103:11 | 45:6 47:22 | 25:17 32:24 |
| 125:21 126:3 | 103:17 104:9 | **cv** 16:8,9,13,20 | 40:15 51:22 |
| **cost** 114:15 | 104:11 | 16:24 17:2,8 | 53:2 54:13,14 |
| 134:13 | **covers** 77:10 | 17:13,17,20 | 54:18 55:3,5 |
| **costs** 84:17 | **cp** 43:14 | 18:8,11,24 | 67:21 68:9,22 |
| 134:21 | **created** 107:10 | 19:18 20:6,8 | 69:16,22 72:11 |
| **council** 24:21 | 108:7 119:4 | 20:23 21:4,11 | 72:16 73:6 |
| **counsel** 3:4,12 | **creating** 107:11 | 21:25 22:5,13 | 176:25 |
| 3:19 4:4,9,15 | 107:24 | 24:4,19 25:13 | **dates** 20:11,19 |
| 4:21 5:4,13,20 | **credits** 43:3,5 | 25:14 26:25 | 22:4 26:7,11 |
| 6:4,10,17 7:5 | 43:10,17 | 27:9,21 29:2,2 | 26:16,23 28:18 |
| | | | 28:20 54:2,7,8 |

54:9,13 56:4
56:17 67:23
68:6 69:6
71:25 72:5
74:4,10,11,14
74:22 88:13
**day** 203:17,23
204:20 205:19
208:21
**de** 3:5
**deal** 139:19
**dealers** 3:12
**deals** 158:21
**december**
87:23
**deciding**
104:18 122:2
**decision** 92:11
112:25 117:2,5
173:7
**decisions** 92:16
117:14,21
**declaration**
208:7
**declare** 208:9
**deem** 156:18
**deemed** 135:4
135:16 144:6
189:24
**defendant** 5:4
5:13,20 6:4,10
6:17 7:11 8:4
62:9
**defendants** 2:9
7:5,18 10:21

193:5 194:4,16
194:20 204:3
**defending**
15:13
**defense** 193:7
**defines** 75:22
75:23
**definition**
75:13,17,24
**definitively**
113:3
**degrees** 39:17
**deleted** 18:13
**deliver** 18:18
**demonstrate**
81:25 98:13
120:13,15
121:11,21
141:23 148:24
154:6
**demonstrated**
120:20
**demonstrates**
96:21 121:2
**demonstrating**
125:7
**demonstrative**
179:15
**denote** 165:24
**denotes** 141:6
144:5
**department**
27:3
**depose** 62:19
62:19

**deposed** 11:7
**deposition** 1:11
2:8 9:16,22
11:4 13:10,15
13:20,23 15:10
15:14,19 16:23
24:11 39:18,21
39:25 40:4,16
40:22 41:6,13
41:19 43:20,25
46:14 47:2,7
48:9,13 51:13
55:2 57:7
62:10 81:8,12
203:6,19
204:14 205:8
205:10 206:16
206:19 208:2
208:11,16
209:2 210:2
**depositions**
62:5 81:16
**derived** 133:12
**describe** 64:15
**described**
152:6
**describes** 86:8
**designates**
116:15
**designed** 84:16
110:11
**desired** 134:11
134:20
**details** 120:24
167:6

**detectable**
191:17
**detectible**
188:5,20 189:7
189:20
**determinations**
119:25 120:4
**determine**
109:13 126:24
132:19 133:2
136:9 145:12
**determined**
126:22 132:17
132:24 136:21
**determines**
145:3 172:12
173:3
**determining**
149:19
**develop** 106:9
134:9,18
**developed**
104:14
**development**
18:20 67:3
89:19 93:7,19
**develops**
104:13
**deviate** 141:3
**deviates** 151:21
164:24
**deviation** 97:23
161:23 162:2
185:13 190:24
200:12

[device - dropping]                                                   Page 14

device  47:20
diagram
    118:22,24
    119:3,12,16
    179:15
differ  64:21,24
    71:17 123:4
difference
    57:22 202:19
differences
    65:6
different  18:10
    38:16 57:19
    104:22,25
    123:2 143:20
    145:24
difficult  194:13
difficulty  58:18
diovan  64:10
    64:22 65:8,11
    65:18 66:3
    67:21 69:16
    176:15
direct  100:22
    101:9,9 129:18
    129:18,21
    133:5
directions
    173:10 206:8
directly  84:12
    85:14 100:10
    106:20 127:15
    130:11 133:16
director  87:15

disagree  33:15
    33:16
disclosed
    203:14
discuss  63:11
    80:2
discussed  47:4
    63:10 78:15
    83:20 179:19
discusses  67:8
    74:18 201:17
discussing  67:3
    67:14 143:25
    165:17 173:13
discussion
    23:11,13 36:16
    99:13
discussions
    21:17 37:25
dispensed
    111:23 179:21
dispensing
    179:24
dispute  125:8
distinction
    165:19
distributed
    173:21 202:10
district  1:2,2
    9:20,20
dnigh  4:23
doctor  63:4
    64:9 69:13
    73:23 96:7
    97:24 103:7

113:20 124:10
126:16 142:14
144:25 149:6
150:23 152:3
158:13 161:12
162:5 163:2,7
164:3 165:5
170:2,12
171:23 173:14
174:24 176:11
177:6,20
178:14,21
180:4 190:6
192:7
document  1:7
    13:22 14:3
    15:8,22 16:3,4
    17:2,16 30:12
    49:15 52:4
    96:2 99:16,18
    113:14 124:7
    133:9 142:9
    143:3 149:14
    149:15 171:20
    176:8 177:2,3
    206:16,18,21
    206:22 207:6,8
    207:10,12,15
    207:17,19,21
    207:23
documents
    14:15 48:8,11
    48:16 61:13
doing  25:6 26:2
    56:2 59:5

129:8 130:15
140:18
dormant  46:5,8
dose  199:18
    202:12
doses  143:15
    143:24
double  200:24
doubt  125:9
    160:18
dr  9:16 10:19
    12:25 14:2
    15:12,17 17:5
    17:19 39:16
    47:22 49:18
    52:19 57:18
    58:24 62:12
    63:16 71:24
    75:2 79:25
    93:24 101:7
    102:12 119:24
    129:12 138:7
    141:8 144:14
    147:7 155:6
    179:9 193:2,14
    194:24 195:18
    196:11 197:6
    197:14,22
    198:5 199:5,15
    201:14 203:7
    203:17 204:10
    204:14
drive  5:21
dropping  30:23

[drug - effective]                                                    Page 15

| | | | |
|---|---|---|---|
| **drug** 36:11,14 | 145:12 146:8 | **drugs** 7:18 44:5 | **economic** 84:17 |
| 67:11 69:7 | 147:19,23 | 68:6 70:4,6,11 | 112:10 114:13 |
| 70:18,23 71:5 | 148:2,19,24 | 70:13,16,18,19 | **edit** 18:8,8 |
| 71:6,9,11,13,15 | 150:12 151:14 | 74:8 81:23 | **edited** 32:15 |
| 71:16,20,22 | 151:17,25 | 91:7,15 103:11 | **education** |
| 75:19 76:8 | 154:4,7 155:17 | 105:6,6,8 | 26:25 27:6,21 |
| 78:20 79:18,21 | 155:20 156:4 | 111:10 114:15 | 39:21 41:9,12 |
| 83:8 88:25 | 156:10,17 | 131:8 135:3,11 | 41:16,18,23 |
| 92:12 94:7,11 | 157:8,14,15 | 136:3 143:7,18 | 43:2,15 50:25 |
| 94:16,22 96:3 | 159:14 160:10 | 144:3,20,20,21 | 75:14 77:7,10 |
| 96:20 100:4 | 160:11,13,13 | 150:2 151:7,17 | 77:20 78:2 |
| 103:10,18,24 | 161:9,16,23 | 153:18 163:22 | 79:15 80:7 |
| 108:19,23 | 162:3,21 | 172:10,17,25 | 86:16,22 87:5 |
| 109:24 110:4,5 | 164:23,23 | 173:15,24 | 87:8 89:8 |
| 110:12,12 | 166:20 167:24 | 176:16,18 | 92:24 93:15,25 |
| 111:2,15,21 | 168:8 169:2,3 | 185:11 199:19 | 122:9 125:3,12 |
| 112:24 113:4,6 | 169:13 170:14 | 200:3,13,19 | 129:15 130:3 |
| 113:9 114:19 | 175:15,16 | **due** 75:5 | 133:23 |
| 114:21,23 | 178:5 182:8,25 | 176:25 | **effect** 143:13 |
| 116:7,10,12,14 | 183:9,11,12 | **duly** 10:15 | 152:6 173:9 |
| 116:20 120:12 | 184:15 185:15 | 102:5 205:9 | 174:11 |
| 120:16 121:3,4 | 185:19 186:7 | **e** | **effective** 97:19 |
| 121:5,19,21 | 187:2,6,14 | **e** 3:2,2 4:2,2 5:2 | 98:16 109:17 |
| 122:2 135:15 | 190:3,3,4 | 5:2 6:2,2 7:2,2 | 110:13,25 |
| 135:21 136:5 | 191:11,13 | 7:12 8:2,2 | 111:3,4 113:5 |
| 136:10,15,16 | 194:25 195:2 | 102:2,2 205:2 | 113:9 115:23 |
| 136:23,24,25 | 197:15,16 | 205:2 206:2,13 | 134:10,19 |
| 136:25 137:5,8 | 198:6,7,11,13 | 207:2,2,4 | 135:23 137:18 |
| 137:15,18 | 199:10,12,17 | **earlier** 30:4,7 | 139:2 147:20 |
| 138:15,17,18 | 199:22 201:18 | 58:2 59:18 | 148:3 149:3 |
| 138:19,25 | 202:20,20,25 | 60:20 102:14 | 150:22 151:15 |
| 139:4 140:17 | 202:25 203:10 | 124:24 125:11 | 154:8 156:20 |
| 140:17 141:24 | 207:13 | 136:18 147:24 | 157:18 160:19 |
| 143:19 144:6 | **drug's** 138:13 | 166:21 181:12 | 168:25 169:2 |
| 144:11 145:3 | | | 174:22 175:10 |

178:7 185:16
188:13 203:2
**effectiveness**
96:21 116:16
120:11,17,19
121:7,15 125:8
131:8 136:15
141:4 157:11
163:25 173:12
183:10
**effects** 143:11
143:22 171:6
173:6
**either** 64:17
165:11 166:23
167:7
**electing** 119:20
**electronic**
99:20
**element** 121:8
**elements**
126:23 132:18
132:25
**eligible** 184:3
**eliminate** 84:17
**elizabeth** 3:16
**ellis** 6:4
**email** 23:15,21
**emblem** 82:18
82:20 83:23
84:6,24 88:14
90:15
**emblem's** 88:4
**emblemhealth**
80:23 81:14

89:24 90:9
**employed**
205:14
**employer** 36:15
**empower** 18:18
**encourage**
108:18
**encouraged**
111:14
**encouraging**
110:19
**engage** 46:10
**engaged** 44:3,8
**engagement**
58:25
**ensure** 159:13
159:14,15
160:13
**ensuring**
140:16
**entail** 34:11
**entailed** 36:9
**entails** 99:21
**entire** 133:19
150:9,15
155:16,17,23
208:10
**entities** 81:20
**entitled** 90:19
170:3 179:10
**entity** 120:21
**entry** 98:18
156:17
**epidemic** 35:7
35:13,17

**equal** 198:12
199:11
**equals** 118:2
**equation**
117:24 118:5
118:12
**equinby** 3:16
**equivalence**
110:2 112:7
114:10,25
115:10,14,15
115:19 116:2
116:22 119:25
120:5 135:17
136:19,22
149:19 162:3
**equivalent**
115:23 126:23
132:18,25
135:17 138:18
139:4 140:17
143:15,24
151:13 156:19
161:22 166:19
167:11 168:17
168:25 178:11
183:25 184:10
184:14
**erase** 195:23
**errata** 208:2,16
209:2 210:2
**error** 25:16
31:19 34:3
**esq** 3:7,8,14,16
3:21 4:6,11,17

4:23 5:7,8,10
5:17,22 6:6,13
6:19 7:8,14,20
8:7
**essential** 117:2
173:11 174:5
**essentially** 63:5
109:22 136:2
138:24 180:6
183:22 186:22
**established**
155:18 157:21
166:15
**estimated**
59:19
**evaluation**
146:11,19
**evaluations**
112:7 114:11
**evidence** 92:17
112:8 114:12
**exact** 26:7
41:24 55:3
**exactly** 18:25
33:16
**examination**
10:17 102:10
192:23
**examined**
10:16 206:4
**example**
114:14 121:14
**examples** 94:17
**excel** 51:17
59:20

[except - falanga]                                                    Page 17

**except**  139:7
  140:3 208:14
**excerpt**  112:16
**exclusion**
  126:25 132:20
  133:3
**excuse**  40:8
  42:25 52:6
  53:20 63:13
  73:5 89:15
  97:9 139:13
  153:9,9 166:11
  200:21
**executive**  19:12
  19:15,20 20:3
  20:7 21:20
  22:20,24 23:6
  23:10 24:12
**executives**
  44:13
**exforge**  64:10
  64:21 65:8,11
  65:22 69:23
  176:18
**exhibit**  13:20
  13:21 15:6,7
  15:18 16:15,20
  16:25 17:6,12
  17:15,21,22
  18:16,24 19:11
  19:16 20:22
  21:5 22:2,6,14
  23:2 25:13,15
  27:2 30:10,11
  30:16,21,25

31:8,15 32:19
32:19 33:9,10
33:17,24 34:23
35:5 49:12,14
49:19,23 50:5
50:8,17 52:2,3
52:20,24 55:14
55:21 56:14
58:8 59:7,15
60:12 61:25
62:6,14 73:5
87:17 95:23,24
95:25 97:4,8,9
97:11,14 98:22
100:11 103:8
113:12,13,17
113:21 124:4,6
124:12,15
125:6,17 126:7
126:10,18,20
127:17 128:20
131:19,20
132:11,23
133:6,11,14,17
134:17 138:9
142:7,8,15
149:11 154:20
154:21 162:6,6
171:18,19,24
176:6,7,12
206:15,17,20
206:21 207:5,7
207:9,11,14,16
207:18,21,22

**exhibits**  53:14
  53:19
**existing**  32:16
**expectation**
  142:5
**expectations**
  178:13
**expected**
  112:13 143:12
  143:21
**expenses**  51:13
**expensive**
  105:7 114:21
**experience**
  19:18 20:6
  21:14,15 40:3
  40:15,20 41:6
  41:10 46:25
  51:2 77:8,10
  77:21 78:2
  79:16 80:7,14
  86:15,22 87:4
  87:8,11 89:7
  91:4,9,11
  92:24 93:15,22
  94:2 99:25
  100:18 106:2
  107:20 117:10
  122:9 125:3,13
  126:14 129:15
  130:3 131:24
  133:23
**experiences**
  41:4

**expert**  15:13
  47:15 49:16
  195:23 207:8
**experts**  61:3,4
**expires**  205:24
**explained**
  158:19
**explicitly**  125:4
  125:10 144:3
**express**  6:17
  88:4,13 90:15
**expressed**
  50:23 63:18
  64:3 158:15
  180:7
**expressing**  64:6
**expressly**
  111:21 112:6
  162:22

                f

**f**  3:16 102:2
  205:2
**fact**  33:17
  98:13 111:20
  122:13 142:3
  146:6 175:8,25
**factor**  116:3
**factored**  85:2
**factors**  94:13
  112:24 121:25
  122:11
**facts**  61:8,18
**fair**  12:14 91:3
**falanga**  5:13

[falkenberg - form]                                                    Page 18

| | | | |
|---|---|---|---|
| **falkenberg** 8:4 | 155:19,23 | **file** 48:15,16,18 | **focus** 168:23 |
| **falkenbergiv...** | 156:3,9,14,23 | **filed** 9:19 | **focused** 18:18 |
| 8:8 | 157:8,10,21 | **filing** 114:22 | 168:14 |
| **fall** 200:13 | 158:22 161:2,6 | **final** 199:15 | **follow** 193:21 |
| **familiar** 84:8 | 161:8 163:13 | **financial** 27:3 | **following** |
| 98:21 105:22 | 167:20 170:13 | 86:3,5 | 139:24 157:4 |
| 201:10 | 170:15,21 | **financially** 10:8 | 193:7 197:12 |
| **family** 64:23 | 172:8,15,23 | 205:16 | 198:4 199:3 |
| **far** 53:7,10,11 | 173:15 175:3 | **find** 69:8 | **follows** 10:16 |
| 56:13 67:19 | 177:21 178:15 | 131:15 | 102:6 118:19 |
| **fda** 46:22 66:3 | 180:16,23 | **fine** 196:5 | 118:25 |
| 66:8 67:7,8,10 | 181:24 184:23 | **finish** 11:19,22 | **footnote** 76:19 |
| 67:13,15 70:21 | 185:10,18,21 | **finished** 191:22 | 95:12 96:8 |
| 70:24 71:7 | 185:23,24 | 199:18 202:12 | 98:3 99:4 |
| 75:4,21,23 | 186:13,15,17 | 203:25 | 119:11 122:6 |
| 76:6,6,7,9 91:7 | 188:12,23 | **firm** 3:18 10:20 | 124:16 127:14 |
| 91:17,22 95:13 | 189:10,24 | **first** 10:15 16:7 | 127:21 128:6 |
| 96:18,25 98:15 | 191:2 | 45:21 63:4 | 128:15,17 |
| 99:22 107:18 | **fda's** 76:12 | 66:16 78:13 | 133:5 134:4 |
| 108:7 109:18 | 107:24 136:4 | 132:10 134:16 | 141:9 142:19 |
| 110:14 113:5 | 149:18 151:3 | 162:6,7 193:9 | **footnotes** 89:9 |
| 120:5,8 122:15 | 155:19 172:3 | **fit** 109:21 | **form** 14:22 |
| 123:12,13 | 174:24 176:14 | 110:17 | 27:25 28:10 |
| 124:20,21 | **february** 70:24 | **five** 78:18 96:2 | 32:21 33:12,25 |
| 135:4,18 | **federal** 84:13 | 137:22 146:23 | 39:9 40:23 |
| 136:12,21,21 | 85:3 95:4,6 | 207:12 | 41:7 51:7 |
| 137:2 140:19 | 178:22 | **flaherty** 3:11 | 59:16 63:14,20 |
| 144:7 145:2,5 | **feel** 63:11 | 58:13 | 65:13,14,20,24 |
| 145:11,14,16 | **feeling** 174:21 | **flom** 5:20 | 72:24 84:14,19 |
| 145:20 146:14 | **fhs** 7:8 | **floor** 2:11 5:15 | 85:6 86:11 |
| 146:20 147:13 | **field** 133:24 | **florida** 3:6 4:22 | 87:8 96:16 |
| 147:16 148:8 | **fifth** 73:21 74:7 | 13:4 36:25 | 97:7 109:4 |
| 148:14,21 | 78:18 114:3 | 48:25 49:5 | 110:21 112:18 |
| 149:25 150:16 | 186:6,6,7 | **flow** 119:7 | 120:23 126:19 |
| 151:9 153:24 | | | 127:8,18 |

[form - generate]                                                                    Page 19

130:13 133:8
133:18 136:6
141:15 142:25
146:10 147:14
148:9 150:7
151:5 152:15
153:16 157:3
157:22 159:4,8
159:22 161:3
164:16 165:9
165:21 169:9
172:20 176:25
177:9 180:25
184:6 189:8,16
189:21 190:8
190:20 191:18
191:24 193:13
194:2,3,9
195:4,5,16
196:13,25
197:9,24
199:20 200:4,6
200:22 201:23
201:25 202:21
**formal**  37:24
39:21
**formalize**
23:16
**format**  19:2
23:25
**forming**  50:15
50:23
**forms**  66:21
74:18 96:4
98:12 99:20

207:13
**formularies**
81:20 82:13,19
83:4,9 89:2
103:20 104:14
104:23 105:2
105:18,19
106:4,7,9,25
107:11 108:8
108:10,13
110:15 122:24
123:7 135:25
157:18 182:8
182:25 183:18
184:13
**formulary**
36:12,18 81:24
82:2 85:11
89:18,18 92:16
93:6,18 103:10
103:24 104:7,8
104:13,16,20
104:21 105:9
105:10,12,14
105:16 106:15
108:15 109:11
113:7 116:8,18
117:13 119:21
122:3 123:4
124:8 126:24
132:19 133:2
135:25 137:6
137:14 138:20
142:12 183:8,8
183:20 184:3

207:17,20
**formulation**
99:22
**forth**  148:13,21
156:13,16
157:10 160:8
161:5,25
163:13 205:9
**forward**  38:20
38:22
**found**  20:5
67:24 68:13,19
76:14,22 82:14
90:25 100:17
128:23 131:14
167:8,14,23
168:7,15
185:12 187:24
191:4 201:9
**foundation**
109:5 157:23
159:23 172:21
191:25
**four**  17:2,16
52:4 53:13,14
53:16,18,19,21
55:13 206:20
206:22 207:10
**fourth**  17:23
162:7
**frame**  20:21
29:17 163:21
**frank**  7:8
**free**  67:16
154:7 156:20

157:18
**frequently**
32:25
**front**  52:22
112:17 124:12
142:14 171:23
176:11
**full**  10:24 50:14
135:5,7
**function**  85:22
86:23 106:16
**functions**  21:22
34:13 84:21
85:22 93:23
**funding**  84:9
**further**  89:19
135:19 143:9
148:17 192:8
205:13

**g**

**g**  125:23
**gain**  98:18
156:17,17
**game**  91:3
**gannon**  5:17
**gateway**  5:14
**gathering**  59:5
**geared**  34:16
34:18
**geman**  4:6
**general**  34:15
34:19 35:14
119:7
**generate**  32:4

[generated - handle]                                            Page 20

**generated**
47:23 179:23
**generic** 36:17
70:17 81:19
82:3,7,16 83:8
91:7,15 94:10
108:11,19,22
108:23 109:7
109:13,16
110:12,22
111:10 112:8
113:4 114:12
114:19,23
115:17 116:7
116:10,12,20
120:7,12,14
121:3,4,11
131:8 135:3,15
135:21 136:3,5
136:10,17
137:5,8,15
138:14,17
145:25 151:6
151:25 153:18
153:21 157:7
166:17,24
167:10 168:15
168:24 178:9
178:10
**generics** 70:5
70:15 81:23
164:21 167:9
**ghansel** 3:15
**give** 12:3 13:6

**given** 60:16
205:11
**glauberson**
8:12 9:25
**go** 9:14 11:9,9
13:19 15:5
16:6 17:11
23:23 30:9
49:11 50:4
51:25 56:3,9
83:6 95:22
100:13 101:12
112:24 113:11
116:24 135:12
139:18,23
142:6 143:9
151:7,8 153:23
169:16 178:25
201:7 202:8
**goal** 134:9,18
**goals** 134:12,20
**goes** 132:16
**going** 9:3 11:11
11:12 13:19
14:5 16:6,19
27:16 28:24
38:18 52:7,13
58:16,19 62:13
97:6 99:9
101:16 124:3
137:25 146:25
157:5 159:11
167:6 169:20
175:10 176:12
179:3 192:17

195:23 198:18
203:5,19
204:15
**good** 9:2 10:19
10:23 95:18
96:13,22 97:20
98:17 147:24
148:20,25
150:13,21
151:15,20
154:5,14
156:14 157:13
157:20 158:2,6
158:10 159:6
160:15 161:10
175:13 181:7
200:9,12
**google** 34:7,10
**gordon** 7:4
**government**
84:13,15 85:4
**graduated** 46:9
**greenberg** 5:4
10:20
**greenstein** 1:24
2:13 10:5
205:4,22
**greg** 58:15
**gregory** 3:14
5:8
**ground** 11:10
**group** 76:2
119:21
**gtlaw.com** 5:7
5:9,10

**guess** 45:13
**guidance**
107:11 108:4
108:10 110:25
111:7 113:3
**guide** 170:4,5
170:23 171:3
171:15 174:5
174:17,25
175:3 176:16
176:20,23
177:16,21
178:16
**guidelines**
92:19 142:10
207:19
**guides** 170:8,13
170:17,25
171:21 172:4,8
172:9,16,24
173:16,20
176:9,14
178:23 207:22
207:24

**h**

**h** 7:8 206:13
207:4
**halat** 5:10
**halata** 5:10
**half** 63:5
163:15 179:16
**hand** 153:12
205:19
**handle** 109:13

**[handwritten - identification]**                                        Page 21

**handwritten**
48:20,22
**hansel** 3:14
13:11 14:22
15:11 27:25
28:10 32:21
33:12,25 39:9
40:23 41:7
51:7 52:6
56:21,25 58:15
59:16 63:14,20
65:14,20,24
68:17 72:24
84:19 85:6
96:16 97:6,11
99:6 100:24
109:4 110:21
112:11 120:23
126:19 127:8
127:18 129:2
130:13 131:17
133:8,18 136:6
139:21 141:15
142:25 146:10
146:21 147:14
148:9 150:7
152:15 153:9
154:18 157:3
157:22 159:4,8
159:22 161:3
164:16 165:9
165:21 169:9
172:20 176:24
177:9 180:25
184:6 189:21

190:8,20 191:6
191:18,24
192:4,13
193:13 194:2,9
194:15 195:5
195:16,21
196:13,25
197:9,24
198:17 199:20
200:5,21
201:23 202:13
202:21 203:15
204:6,10
**happen** 109:16
**happening**
129:7
**harmful** 75:10
**harping** 175:7
**head** 12:4
203:25
**heading** 34:22
57:19
**health** 24:21
34:25 35:9
37:21 45:2
134:13,21
174:4,14
**healthcare**
44:13,19,23
**hearing** 129:4
**heimann** 2:10
4:4 9:23
**held** 2:9 40:13
40:17,24 87:19
99:13

**heller** 8:13
**help** 174:2
**helpful** 30:6
57:12
**henry** 6:13
**hereinbefore**
205:9
**hereof** 208:16
**hereunto**
205:18
**hetero** 7:18,18
**hi** 192:25 193:2
**highest** 18:19
**hill** 7:17
**hillwallack.c...**
7:21
**hold** 203:19,24
**holding** 153:11
**holidays** 87:25
**hollis** 3:18
**hollislawfirm...**
3:22
**home** 49:9
**honestly** 26:12
130:21
**honik** 4:14,17
**honiklaw.com**
4:18
**hope** 125:14
144:12 199:16
**hoping** 131:10
**hot** 97:12
**hour** 51:10
52:7 58:2,6

**hours** 42:13,25
55:19 59:19,23
60:8,11,16
**household**
83:11
**hudson** 2:11
4:5 9:24
**huh** 27:7 32:8
**hum** 12:4
**human** 76:13
76:17 77:14,15
79:6 149:4
150:19 157:19
166:4,16,23
168:16 185:12
186:24 189:25
**humana** 8:4
**humans** 75:11
98:19 161:11
**hundred** 55:19
59:23 60:8
**husch** 6:16
**huschblackw...**
6:20

**i**

**iarc** 77:4,24
78:14 79:11,14
**identical**
110:24 141:2
151:14 160:19
**identification**
13:22 15:8
17:2,16 30:12
49:15 52:4
96:2 113:14

**[identification - information]**    Page 22

124:7 142:9
171:20 176:8
206:16,18,20
206:22 207:6,8
207:10,12,14
207:16,18,21
207:23
**identified**
66:10 188:15
**identify** 68:8
68:15 69:21
72:3,10 73:4
78:11 87:16
**ii** 63:7
**iii** 180:11
181:10
**illinois** 5:21 8:6
**illustrate** 119:8
**immediately**
118:19
**importance**
91:14,16
**important**
11:18 12:2
115:20 116:2
167:12 174:15
**imposed** 156:3
156:9 161:2
**imposes** 159:20
**impurities**
164:9,14,15
165:7,11,15,20
**impurity**
164:18,25
166:3 167:3

**inaccurate**
21:25 22:9
**inactive** 65:5
**inadvertently**
31:5
**include** 79:21
92:11 97:24
99:3 105:5
108:12 121:14
125:12 135:24
**included** 17:13
31:6,17 51:23
51:24 60:7
83:8 91:8
104:21 106:14
106:25 131:3
136:10 177:22
178:16 184:11
184:12 186:2
**includes** 69:22
74:14 120:17
121:7 123:20
125:7 136:14
147:20 157:10
157:12 164:7
181:4,11
**including** 19:18
96:22 101:5
110:16 123:14
124:22 125:2
147:22 152:4
156:14 159:6
160:15 181:7
194:20 202:23

**inclusion** 91:18
91:22 92:11
108:15 110:15
113:7 116:18
126:24 130:9
132:19 133:2
137:11,13,19
157:17 161:13
161:20 162:9
162:11,13,17
163:23 182:7
182:24 183:7
183:17 184:3
**income** 47:23
48:3,5
**inconsistent**
166:17 184:21
185:8,14 190:2
**independent**
15:13 27:4,10
120:18 161:14
162:18
**indicate** 117:19
129:17,20
186:13
**indicated**
109:23 120:2
208:15
**indicates** 40:6
96:12 109:23
116:9,12,20
124:20 136:11
137:7 161:21
**indicating**
127:14

**indication**
130:10
**individual**
36:19 58:14
111:13 185:19
187:2 190:7
**industries**
34:17
**industry** 34:17
34:19,20 35:2
37:19,20 39:11
111:8
**infer** 33:13
**information**
18:10 19:5,7
19:10 57:9,10
57:11,15 59:5
66:7 67:20,22
67:24 68:5,12
69:6,12 72:4
72:18 76:6,7
76:10,11,14
77:2,4,24 80:6
80:17 83:17
86:8,25 88:25
89:5 90:23
92:20 94:6,15
94:18,21 98:11
98:21,25 99:24
106:24 111:10
122:16,19
123:13,13,15
123:20 124:21
124:22,25
127:22 128:7

128:22 130:23
140:20 141:20
144:9,24
145:10,19,21
146:12,18
147:12,15,21
148:12 152:18
153:3 155:10
158:22 171:6,9
173:5,8 180:15
181:24 185:23
185:25 206:7
**informed** 173:7
173:23 174:3
174:16 178:2
**informing**
186:22
**ingersoll** 6:9
**ingredient**
65:19 114:24
202:11
**ingredients**
64:25 65:3,4,5
65:7,23 184:22
185:9
**initial** 109:9
**initiated**
186:14 187:3,6
187:8
**inspection**
95:19 96:14
**instances** 18:13
**insureds** 84:2
**intended** 83:10
107:21

**intending**
107:23
**intention**
107:24
**interchange**
143:7,17,19
144:4,20 146:3
146:16 164:2
**interchangea...**
165:8
**interested** 10:9
56:17 201:12
205:16
**interfere** 9:10
**internal** 23:19
89:25
**international**
76:15
**interpret** 203:7
**interpretation**
119:18
**interpreting**
19:3
**interruption**
163:5
**invoice** 51:23
51:24 54:14
59:21 60:14
**invoices** 52:5
52:25 53:6,8
53:15,21 54:12
54:17 55:6,9
55:12,18 57:18
58:8,11 207:11

**involve** 80:22
112:9 114:13
**involved** 15:25
29:8,11 91:24
92:3,6,10
107:2 123:8
181:3,16,20,25
199:21 200:2
200:11,18
202:24
**involving** 66:20
**irbesartan** 1:6
9:18
**isidro** 5:7 10:18
10:20 13:12,13
13:18,25 14:24
15:5,16 16:19
17:4,11,18
28:2,3 30:9,14
49:11,17 51:8
51:25 52:10,18
56:24 57:3,17
58:23 63:22
95:22 96:6
97:9 99:11
101:12 102:11
112:19 113:11
113:16,19
124:3,9 129:9
129:11 137:21
138:6 139:16
142:6,13
146:24 147:6
154:22,24
155:5 159:5,9

159:25 163:6
169:16,25
171:17,22
176:5,10
178:25 179:8
192:7 204:4,8
206:5
**issue** 139:20
163:3,8 170:6
186:25 187:10
**issued** 172:9,24
184:19 185:10
185:18,20
186:15,18
188:12 191:2
**issues** 186:11
**item** 31:9 66:17
**items** 14:16
18:7 56:6 97:2
**iv** 102:18
**ives** 8:4,7

**j**

**j** 1:24 2:13 4:6
5:22 205:4,22
**january** 1:14
2:2 55:6,24
56:8 87:23
205:19,24
**jersey** 1:2 2:15
5:16 7:19 9:20
**jmestre** 3:7
**join** 45:21
**joined** 45:17
**jorge** 3:7

**[journal - kirstin]**                                                                    Page 24

**journal** 89:17
  89:20
**journey** 174:4
**jr** 7:20
**judgment**
  112:8 114:11
**judicially**
  161:16 162:20
**july** 75:3

**k**

**k** 2:1 3:1 4:1
  5:1 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1

78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1

155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
**kali** 9:16 11:2
  204:14
**kaliopi** 1:13 2:8
  10:14 13:23
  15:10 17:3,17
  30:13 49:16
  52:5 102:4

204:19 205:7
206:5,17,19,21
206:23 207:7,9
207:10 208:20
**kanner** 4:9,12
**kansas** 3:20
**kasparie** 5:22
  192:24 193:4
  193:20 194:10
  194:12,21,22
  195:17,21,25
  196:10 197:5
  197:10,21
  198:15,23
  199:14 200:25
  201:11,16
  202:15,17
  203:3 206:6
**kass** 3:8
**kbi** 8:8
**keep** 27:16
  32:24 48:15,18
  48:20,23 51:15
  53:20
**keeping** 25:7
**kept** 27:14 28:4
**key** 97:21
**kind** 34:14
  175:18
**kinds** 105:19
**kirkland** 6:4
**kirkland.com**
  6:7
**kirstin** 8:7

**[knepper - listed]**                                                    Page 25

| | | | |
|---|---|---|---|
| **knepper** 6:19 | 200:22,25 | **laws** 108:17,24 | **license** 27:4,11 |
| **know** 11:7 | 203:24 | 111:13 | 28:11,15,17,22 |
| 12:11,17 22:24 | **knowledge** | **lawsuit** 47:12 | 41:8 |
| 25:25 27:15 | 86:15 90:2 | **lawyer** 140:14 | **licenses** 46:15 |
| 31:21 32:10 | 93:9 97:17 | **lchb.com** 4:7 | **lieff** 2:10 4:4 |
| 33:22 34:3 | 121:16 125:13 | **leadership** | 9:23 |
| 37:15 62:19 | 187:22 191:14 | 21:17 22:22,22 | **lies** 176:4 |
| 68:20 75:21 | **knowledgeable** | 23:8 | 196:19 |
| 77:13,16,19 | 173:23 | **leading** 44:19 | **limited** 7:5,18 |
| 82:7 85:21 | **known** 64:11 | **leads** 108:13 | 7:18 |
| 86:22 93:9,23 | 67:16 77:16 | **legal** 47:24 | **linda** 1:24 2:12 |
| 94:20 99:21 | 102:19 167:4 | 48:4 139:22 | 10:4 205:4,22 |
| 103:21 104:10 | 173:8 184:20 | 159:23 161:4 | **line** 112:11 |
| 105:5 106:5 | 186:19 | **length** 20:18 | 114:4,5 119:16 |
| 108:13 109:7 | **knows** 57:2 | **lengthy** 112:14 | 129:3 162:7,12 |
| 109:20 111:17 | | 114:21 143:2 | 162:14 201:4 |
| 118:11 119:9 | **l** | 200:23 | 202:5 206:9,12 |
| 131:10 132:2 | | **leon** 3:5 | 209:3,6,9,12,15 |
| 133:21 135:13 | **label** 179:11,18 | **letter** 23:15,21 | 209:18,21 |
| 135:16 139:14 | 179:20,23 | 73:25,25 74:3 | 210:3,6,9,12,15 |
| 141:18 157:6 | **laboratories** | 74:5 | 210:18,21 |
| 157:25 159:17 | 7:5 | **letters** 58:25 | **link** 97:25 |
| 160:24 163:11 | **labs** 7:18 | **level** 110:16 | **links** 97:12 |
| 166:15 167:7 | **language** | 171:3 189:20 | 98:9 |
| 167:13,17,19 | 102:24 127:15 | 191:17 | **list** 27:2 29:3 |
| 167:22 168:4,6 | 140:13 141:11 | **levels** 187:23 | 45:4,25 50:14 |
| 168:10,20 | 141:14,17 | **levin** 4:20 | 67:16 69:2,4 |
| 169:6,12 170:5 | 142:24 | **levinlaw.com** | 74:9,13 103:10 |
| 173:20 174:7 | **lapse** 27:23 | 4:23 | 121:24 122:5 |
| 174:16 175:4,9 | 28:9,17,19 | **lewis** 7:11 | 125:17,20 |
| 175:9 178:4,5 | **latest** 18:11 | **lewisbrisbois...** | 128:24 129:13 |
| 178:6,7 185:17 | 21:11 29:24 | 7:15 | 129:14 134:10 |
| 188:3,17 189:4 | 37:19 49:23 | **lexington** 6:5 | 134:18 |
| 189:12,18 | 114:17 138:8 | **liability** 1:6 | **listed** 14:8 |
| 190:17 191:3 | **law** 3:18 10:20 | 9:18 | 29:13 31:14 |
| | **law.com** 4:12 | | |

33:23 54:2,8
61:11,16,22
66:17 68:9,12
69:9 70:6,16
70:18 71:13,15
71:21 72:6
74:8 75:19
78:4 81:7 87:2
89:16 96:8,20
108:4 110:4,22
116:8,14 118:8
120:16 121:18
121:20 122:20
125:22 128:8
129:25 136:24
137:6,16
141:24 142:19
151:14 161:23
163:4,9,11
164:23 165:14
166:20 167:20
167:24 168:8
168:18 169:2
169:13 173:19
175:2 176:15
176:17,19,21
176:23 183:12
183:25 184:7,9
184:14 185:14
190:4 198:13
199:12
**listen**  194:12
201:12
**listing**  104:9
138:13 163:20

**lists**  172:12,14
**literally**  198:16
**literature**
92:18 94:19
122:15
**litigation**  1:6
9:19 10:22
11:5 30:17
44:6 47:9 48:6
49:21 51:5,10
52:25 53:10
55:17 59:11
61:3,4 64:7
107:3 114:18
115:5 117:21
123:8 138:8
139:7 140:3
163:4,8 170:7
181:16,21
182:2 187:11
**litigations**
47:15
**little**  20:15
128:5 134:3
143:9
**liver**  76:23
**llc**  4:9,14 6:10
**llp**  2:11 3:4,11
4:4 5:4,13,20
6:4 7:4,11,17
8:4
**loaded**  97:11
**locate**  14:15
66:12

**location**  9:22
**long**  45:24 46:7
112:12 177:24
200:23
**longer**  18:23
19:21 27:2,20
28:12 29:2
167:11
**look**  17:6 18:16
35:5 49:19
50:13 57:10
69:5 82:3,6
113:20 114:3
123:6 134:24
138:9 142:21
148:15 162:5
164:3 174:20
193:15
**looked**  83:16
111:8
**looking**  33:9
68:3 69:5
71:21 79:24
86:6 90:17
125:16 126:16
128:5,14 134:3
146:2 149:9,12
170:2 174:10
179:9 184:16
**looks**  53:12,16
55:4
**losartan**  1:5
9:18
**lot**  187:24
189:14 191:5

191:15
**lots**  188:4,8,12
188:18,22
189:5,19,23
190:12
**loud**  114:6
**louis**  6:18
**louisiana**  4:10
**lower**  64:19
**lunch**  99:8
101:13
**lung**  76:23

**m**

**m**  5:7
**made**  84:25
117:14,21
120:5 136:20
136:25 140:12
140:16 152:13
186:19
**main**  162:10
190:5
**maine**  3:12,13
**maintains**
173:15
**make**  45:15
102:14 106:8
106:13 109:20
125:15 131:24
139:11 140:8
140:13,25
149:8 160:17
194:13,14
200:17 203:5

| | | | |
|---|---|---|---|
| **makes** 119:24 | 149:24 150:5,8 | 201:18 202:12 | 55:21 56:14 |
| **making** 117:2,5 | 153:21 154:3 | 202:23 203:10 | 59:7,14 60:12 |
| 173:7 | 155:21,24 | 203:11 | 61:25 62:6,14 |
| **manage** 85:9 | 156:12 157:7 | **manufacturing** | 95:25 113:13 |
| **managed** 38:8 | 159:12 160:6,7 | 95:19 96:14,23 | 124:6 127:16 |
| 39:6 44:16 | 161:24 170:21 | 97:20 98:17 | 142:8,15 |
| 87:10 89:17,20 | 175:9 176:4 | 147:22,24 | 171:19,24 |
| 93:22 105:15 | 179:25 181:15 | 148:20,25 | 176:6,7 206:15 |
| 106:7 130:5 | 181:20 191:21 | 150:12,13,21 | 206:17,20,21 |
| **management** | 193:25 195:15 | 151:16,20 | 207:5,7,9,11,14 |
| 31:11 33:23 | 196:16,20 | 152:22 154:4,5 | 207:16,18,21 |
| 34:7,11,13,16 | 200:14 201:21 | 154:14 156:14 | 207:22 |
| 34:19 36:7,11 | **manufacturer's** | 157:13,15,20 | **market** 4:15 |
| 36:11,12,13,15 | 138:15,16,23 | 158:2,6,11 | 7:6 163:10 |
| 89:18 124:8 | 138:24 139:8,9 | 159:7 160:15 | **material** |
| 207:17 | 140:4,5 141:12 | 161:10 175:13 | 131:12 134:5 |
| **mandate** | 142:23 145:18 | 180:14,20 | 150:10 |
| 110:10 111:21 | 147:10 152:9 | 181:6,7,19 | **materials** 37:3 |
| 111:25 112:2 | 152:12 155:7 | 200:10,12,18 | 37:8 50:15,22 |
| **mandating** | 158:17,20,24 | **march** 21:7 | 60:24 61:23 |
| 110:8 | 161:6 | 22:13 23:3 | 62:21 81:5 |
| **manual** 83:3 | **manufacturers** | 38:12 39:5 | 97:13 117:19 |
| **manufacture** | 71:5 73:10 | 42:22 70:21 | 128:25 129:13 |
| 157:14 160:12 | 91:21 114:20 | **mark** 13:19 | 129:14 |
| 200:2 | 120:7 121:11 | 15:6 17:12 | **matt.knepper** |
| **manufactured** | 140:15,21,25 | 30:10 49:12 | 6:20 |
| 160:14 202:10 | 146:13 148:19 | 52:2 95:23 | **matter** 9:17 |
| **manufacturer** | 157:2 164:5 | 113:12 124:3 | 77:14 208:12 |
| 71:10,22 94:21 | 180:12 188:13 | 142:7 171:17 | **matthew** 6:19 |
| 120:12,14 | 188:22 189:24 | **marked** 13:21 | **mayo** 67:7 |
| 123:21 141:19 | 195:2,3,7,9,11 | 15:7,17 16:15 | **md** 9:21 |
| 144:8,15,23 | 196:7,11,22,23 | 16:20,25 17:15 | **mdl** 1:5 |
| 145:9,9,17,21 | 197:8,16,17,19 | 17:21,22 30:11 | **meagher** 5:20 |
| 146:19 147:13 | 198:7,8,10 | 30:15 49:14 | **mean** 53:4 54:4 |
| 148:4,11,17,22 | 199:9,23 | 52:3,20 55:13 | 54:5 64:2 69:2 |

**[mean - move]**                                                                              Page 28

70:14 75:8,17
76:9 85:24
86:3 95:15
116:11 129:7
135:7 138:22
140:24 146:7
152:9 186:17
189:3
**meaning** 29:18
164:9,11,17,17
**means** 163:24
163:24
**media** 9:15
52:12,17
101:15 102:9
137:24 138:5
169:19,24
192:16,22
204:13
**medical** 27:12
27:19 28:14
47:19 51:3
92:18 94:19
103:12,21,22
122:15
**medicare** 84:6
84:9,18,21
85:4
**medication**
109:9 150:20
150:22 164:10
164:13 165:3
165:13,16,23
165:24 166:5,9
170:4,5,8,10,13

170:16,24
171:2,5,8,15,21
172:3,7,9,16,24
173:16,20
174:3,5,8,13,21
174:25 175:3
176:9,14,16,19
176:23 177:16
177:21 178:2
178:16,23
181:4 183:6
207:22,23
**medications**
36:17 64:11,24
67:23 97:19
102:19 104:10
104:11,20
106:14 108:11
109:8 126:22
132:17,24
134:11,19
136:17 166:25
170:11,19
173:13 174:17
182:9,20 183:2
183:6,19
186:10,20
**medicine**
103:23
**medicines**
67:17 172:7
**medimpact**
88:5,15
**meet** 121:17
159:17 163:22

183:9 184:8
**meeting** 38:3
39:11 110:23
121:5 144:11
145:12 148:13
**meets** 135:22
139:2 159:14
175:19
**member** 18:21
44:12,20,22
45:6,10
**members**
104:10
**membership**
45:14 85:11
**memorize**
112:14
**mention** 19:21
35:6 37:18
123:12
**mentioned**
57:25 102:13
105:21 152:11
152:25 193:4
**mentions**
119:17 141:9
**merits** 104:19
**message** 19:24
**mestre** 3:4,7
65:13 84:14
151:5 189:8,16
191:8 194:3
195:4 200:4
201:25

**met** 11:3 96:22
97:3 110:12
113:4 136:12
139:3 144:22
163:12 172:18
183:12
**miami** 3:6
**microphones**
9:5,10
**microsoft** 32:9
**mind** 108:8,10
130:18
**minimize** 84:16
**minute** 137:22
198:16
**minutes** 146:23
201:8
**misleading**
202:3
**missouri** 6:18
**misspeaking**
53:20
**misspoke** 97:10
**moment** 169:17
**monotherapy**
64:18
**monroe** 8:5
**month** 38:5,16
39:8 87:22,22
**monthly** 42:3
**morning** 9:2
10:19,23
**move** 203:5,12
204:2

[mulberry - oath]                                                    Page 29

**mulberry**  5:15
**multi**  13:22
    15:8 30:12
    49:15 113:14
    124:7 142:9
    176:8 206:16
    206:18 207:6,8
    207:14,16,18
    207:23
**multiple**
    121:25 122:23
    123:7
**murtha**  7:20
**mute**  9:8
**muted**  139:14
**mylan**  7:5,5

**n**

**n**  3:2 4:2 5:2,21
    6:2 7:2 8:2
    102:2,2,2
    206:2 207:2,2
    207:2
**nagle**  6:6
**name**  9:25
    10:25 70:19
    193:4 194:18
**narrow**  105:5
**nda**  71:16,18
    114:22 167:21
**ndcs**  188:12
    189:23
**ndea**  75:6
    76:12 77:14
    79:5 166:12
    168:7 169:14

182:13,16
183:3 185:4,8
187:23 188:5
188:20 189:7
189:14 191:17
**ndma**  75:6 76:2
    76:13,16,23
    77:12,13 78:21
    79:5,18,22
    166:6,11 167:2
    167:13,23
    168:11 169:7
    182:13,16
    183:3 185:4,7
    187:23 188:5
    188:20 189:7
    189:13 191:17
**necessarily**
    131:25 146:7
**necessary**
    60:24 97:22
    173:5
**need**  12:16
    62:16 99:7
    135:13 141:23
    143:5 177:8
    193:16 201:14
**needs**  98:14,15
    120:20 135:20
    137:15 157:9
    161:8 175:20
**negate**  142:3
**neither**  165:15
    205:13

**networks**  85:10
**never**  109:16
    117:15 183:24
**nevertheless**
    188:6
**new**  1:2 2:12,12
    2:15,15 4:5,5
    4:10 5:6,6,16
    6:5,5 7:19 9:20
    9:24,24 27:2
    27:10 39:17,24
    40:3 49:2,8,9
    58:24 70:23
    71:4,16,19
    96:3 114:21
    121:14 135:5,7
    205:6 207:12
**newark**  5:16
**newer**  25:13
**nigh**  4:23
**nilda**  5:7 10:20
**nilda.isidro**  5:7
**nitrosamine**
    67:16
**nitrosamines**
    67:14 191:22
**nodding**  12:4
**noise**  163:5
**nontestifying**
    57:24 58:3
**north**  6:12
**notary**  2:14
    204:22 205:5
    208:23

**notation**  57:20
**note**  9:5 203:5
**noted**  10:10
    154:16 204:17
**notes**  48:21,22
**notice**  13:15,19
    13:23 15:19,21
    16:23 48:13
    57:7 186:21
    188:24 206:16
**notices**  187:10
    187:12 190:7
    190:10
**november**
    87:24
**nt**  57:21
**number**  13:20
    14:7 16:15,20
    17:6,12 18:17
    18:24 19:11
    30:10 41:25
    49:12 52:2
    95:12 122:18
    149:12 200:16
    202:4,7
**numeral**  170:3
    180:10 181:10
    182:5,18
    184:17

**o**

**o**  102:2,2,2
    207:2
**oath**  10:7
    208:18

| | | | |
|---|---|---|---|
| **object** 14:22 | 197:9,24 | **obtain** 91:7 | 52:8 53:12,23 |
| 27:25 28:10 | 199:20 200:4,6 | 180:16,23 | 55:4 56:7,13 |
| 32:21 33:12,25 | 200:21 201:23 | 181:24 | 60:19 61:23 |
| 39:9 40:23 | 201:25 202:21 | **obtained** 27:11 | 64:9 65:16 |
| 41:7 51:7 | 203:15,23 | 140:18 177:18 | 69:11 72:19 |
| 56:21 59:16 | **objection** 68:17 | **obtaining** | 73:23 102:23 |
| 63:14,20 65:13 | 100:24 191:6 | 148:12 | 103:6,7,25 |
| 65:14,20,24 | 192:4 | **occur** 22:25 | 104:6 124:19 |
| 72:24 84:14,19 | **objections** | 23:7 35:24 | 127:2 131:23 |
| 85:6 96:16 | 14:21 15:9,18 | **occurred** 23:13 | 132:4 154:23 |
| 97:6 109:4 | 206:19 | **offer** 208:17 | 162:22 181:9 |
| 110:21 112:11 | **obligated** 150:8 | **offered** 57:9 | 183:22 189:2 |
| 112:17 120:23 | 151:23 153:23 | 194:19 203:13 | 194:6 195:8 |
| 126:19 127:8 | **obligation** | **offering** 193:10 | **once** 54:21,22 |
| 127:18 129:2 | 147:18 148:4 | 193:11,23 | **ones** 67:19 |
| 130:13 133:8 | 148:10,23 | 194:7,24 | 81:21 82:15 |
| 133:18 136:6 | 150:11,14,16 | 195:14 197:15 | 83:2 182:21 |
| 139:21 141:15 | 152:20 153:5 | 198:6 | 188:14,16,24 |
| 142:25 146:10 | 154:2,13 | **office** 48:24 | **ongoing** 41:9 |
| 147:14 148:9 | 157:13 159:13 | 49:2,4,8 | 41:11,16,25 |
| 150:7 151:5 | 159:17,21 | **official** 22:16 | 147:17 148:3,5 |
| 152:15 153:16 | 160:3,4,5 | **oh** 65:16 82:22 | 148:6 149:23 |
| 157:3,22 159:4 | 161:6,24 | 162:15 | 149:24 150:4 |
| 159:8,22 161:3 | 173:25 175:8 | **okay** 11:23 | 155:12 156:5 |
| 164:16 165:9 | 176:3 183:14 | 12:8,22,25 | 156:11,24 |
| 165:21 169:9 | **obligations** | 14:5 15:17 | 157:13 158:25 |
| 172:20 176:24 | 148:5,7 149:23 | 16:18 18:16 | 159:18 181:8 |
| 177:9 180:25 | 149:25 150:4 | 19:9 23:21 | 181:11 183:13 |
| 184:6 189:8,16 | 150:25,25 | 24:19 25:9,20 | **online** 34:12 |
| 189:21 190:8 | 151:3 152:5 | 26:17,24 28:24 | 41:20 42:11,12 |
| 190:20 191:18 | 154:15 155:12 | 29:21 30:15,18 | **open** 25:7 |
| 191:24 193:13 | 156:5,12 | 31:16 33:5,7 | 105:9 106:6 |
| 194:2,3,9 | 158:25 160:25 | 38:6 41:12 | 203:20 |
| 195:4,5,16 | 180:14,21 | 43:19 46:7 | **operations** |
| 196:4,13,25 | 181:8 | 49:3 50:2,8,18 | 18:20 19:15,22 |

[operations - page]                                              Page 31

20:3 31:11
33:23
**opining**  182:23
**opinion**  84:21
95:9 121:2
131:4,6 157:25
160:23 167:16
194:19
**opinions**  47:3
50:16,23 59:6
61:2,10,20
63:13,17 64:3
64:6 81:17
86:12 101:3
130:7 133:12
158:14,16
180:5,7,11
182:6 193:11
193:23 194:6
195:6,14
197:18 198:9
199:8 203:12
**opioid**  35:7,13
35:17
**opposed**  21:21
54:14
**option**  108:12
**orange**  91:8,18
91:23 92:12
98:18 107:10
107:18,20,24
108:2,7 109:19
109:23 110:7
110:11,23
111:20 112:5

112:16 113:2
113:15,21
115:24 116:8,9
116:11,15,19
116:25 118:7,9
120:2,3 122:10
122:14,20
136:9,20 137:6
137:7,12,16
138:14 148:16
149:7,11
151:12 156:18
161:13,20
162:4,18,23
163:9,12,23
183:16 184:2,9
184:13 200:8
207:15
**order**  91:7
100:5 156:16
175:20
**ordered**  99:8
**organization**
22:23 23:9
25:6,22 27:13
27:24 29:8
38:2 43:11,13
45:25 46:11
104:15 105:4
**organizations**
28:25 35:2,10
37:22 40:21,25
81:22 132:5,12
**original**  75:10
75:18 110:5,24

111:3 113:9
116:17 121:5
136:16,24,25
137:18 160:19
183:11 190:3
190:25 191:12
**originates**
160:5
**orleans**  4:10
**outcome**  10:9
205:16
**outlined**  154:11
154:15
**outlining**  101:3
**outside**  41:3
44:6 61:16
65:9 95:8
108:20 120:25
157:24 168:13
168:22 169:10
171:10 187:20
191:19
**overall**  18:19
19:24 36:14
134:9,17
**overarching**
115:20
**overland**  3:20
**overview**  19:12
19:15,20 20:3
20:8
**own**  54:18
89:25 100:9
122:8 123:24
126:13 127:17

141:13,17
**o'reilly**  5:13

**p**

**p**  3:2,2,14 4:2,2
5:2,2 6:2,2 7:2
7:2,20 8:2,2
**p&t**  43:21
89:25 92:15,25
93:23 104:15
104:17 106:9
106:10,11,12
106:17,24
116:6 117:6,12
117:16,20
119:7,9 121:25
122:16 132:6
132:12 135:6,8
135:11,14,20
135:23 136:3,7
137:4 138:16
**p.m.**  101:18,18
102:3 204:17
**pachios**  3:11
**page**  13:22
14:6 15:8 16:4
17:2,16 30:12
49:15 50:4,5,6
50:9 52:4 63:4
66:15,18,20
67:2,7,7,10,13
72:7 73:2,8,11
73:12,20,24
74:18 78:13,17
78:20 79:18,22
82:18,22,23

**[page - panagos]**                                                                 Page 32

| | | | |
|---|---|---|---|
| 89:16,20 93:7 | **panagos** 1:13 | 79:25 80:1 | 153:1 154:1 |
| 93:19 95:12,16 | 2:1,8 3:1 4:1 | 81:1 82:1 83:1 | 155:1,6 156:1 |
| 96:2 102:18 | 5:1 6:1 7:1 8:1 | 84:1 85:1 86:1 | 157:1 158:1 |
| 113:14 118:20 | 9:1,17 10:1,14 | 87:1 88:1 89:1 | 159:1 160:1 |
| 119:12 124:7 | 10:19 11:1,2 | 90:1 91:1 92:1 | 161:1 162:1 |
| 125:16,18,23 | 12:1,25 13:1 | 93:1,24 94:1 | 163:1 164:1 |
| 126:3,8,20 | 13:24 14:1,2 | 95:1 96:1 97:1 | 165:1 166:1 |
| 128:22 132:11 | 15:1,10,12,17 | 98:1 99:1 | 167:1 168:1 |
| 132:22 134:16 | 16:1 17:1,3,5 | 100:1 101:1,7 | 169:1 170:1 |
| 142:9 143:2,6 | 17:17,19 18:1 | 102:1,4,12 | 171:1 172:1 |
| 144:16 149:13 | 19:1 20:1 21:1 | 103:1 104:1 | 173:1 174:1 |
| 149:14 162:6 | 22:1 23:1 24:1 | 105:1 106:1 | 175:1 176:1 |
| 170:4 171:20 | 25:1 26:1 27:1 | 107:1 108:1 | 177:1 178:1 |
| 172:2,8 176:8 | 28:1 29:1 30:1 | 109:1 110:1 | 179:1,9 180:1 |
| 179:16 184:17 | 30:13 31:1 | 111:1 112:1 | 181:1 182:1 |
| 186:6 202:4 | 32:1 33:1 34:1 | 113:1 114:1 | 183:1 184:1 |
| 206:4,9,12,14 | 35:1 36:1 37:1 | 115:1 116:1 | 185:1 186:1 |
| 206:16,18,20 | 38:1 39:1,16 | 117:1 118:1 | 187:1 188:1 |
| 206:22 207:4,6 | 40:1 41:1 42:1 | 119:1,24 120:1 | 189:1 190:1 |
| 207:8,10,12,14 | 43:1 44:1 45:1 | 121:1 122:1 | 191:1 192:1 |
| 207:16,18,21 | 46:1 47:1,22 | 123:1 124:1 | 193:1,2,14 |
| 207:23 209:3,6 | 48:1 49:1,16 | 125:1 126:1 | 194:1,24 195:1 |
| 209:9,12,15,18 | 49:18 50:1 | 127:1 128:1 | 195:19 196:1 |
| 209:21 210:3,6 | 51:1 52:1,5,19 | 129:1,12 130:1 | 196:12 197:1 |
| 210:9,12,15,18 | 53:1 54:1 55:1 | 131:1 132:1 | 197:14,22 |
| 210:21 | 56:1 57:1,18 | 133:1 134:1 | 198:1,5 199:1 |
| **pages** 14:9 | 58:1,24 59:1 | 135:1 136:1 | 199:5,16 200:1 |
| 53:16,18 55:13 | 60:1 61:1 62:1 | 137:1 138:1,7 | 201:1,15 202:1 |
| 82:14 200:23 | 62:12 63:1,17 | 139:1 140:1 | 203:1,7,18 |
| **paid** 58:9 80:22 | 64:1 65:1 66:1 | 141:1,8 142:1 | 204:1,11,14,19 |
| 81:21,25 82:4 | 67:1 68:1 69:1 | 143:1 144:1,14 | 205:1,7 206:1 |
| 82:8,16 182:8 | 70:1 71:1,24 | 145:1 146:1 | 206:5,17,19,21 |
| 182:25 183:5 | 72:1 73:1 74:1 | 147:1,7 148:1 | 206:23 207:1,7 |
| 183:19 | 75:1,2 76:1 | 149:1 150:1 | 207:9,10 208:1 |
| | 77:1 78:1 79:1 | 151:1 152:1 | 208:20 209:1 |

210:1
**panagos's**
  197:6
**papantonio**
  4:20
**paragraph**
  63:19 64:3,9
  69:25 70:20
  71:24 75:2,25
  76:21 77:23
  78:7,12 79:4
  80:19 83:6,22
  85:8 86:7,13
  88:2,12 89:23
  92:14 93:14
  94:6,23 95:11
  98:4,7 99:2,5
  100:9 103:9
  107:9,22
  114:18 116:4
  116:25 117:23
  118:17,25
  120:6 121:23
  122:13,20
  123:10 126:16
  126:21 127:3,7
  127:13 128:13
  128:13 132:4
  132:11,15
  133:6,16 134:7
  134:16,24
  135:2 137:3
  138:10,12
  141:8 149:17
  162:7 164:4

165:6,19
  179:13 180:10
  181:10 182:4
  183:23 184:16
  185:3,7 200:16
**paragraphs**
  63:18 64:5
  79:24 80:2,6
  86:19 87:3,9
  88:24 89:5,14
  89:16 90:18,23
**pardon** 162:15
**parenthetical**
  123:18,23
  126:8,12
**park** 3:20
**part** 29:18 34:4
  57:5 84:6,9,18
  84:21 85:4
  97:13 104:17
  106:15,18
  117:2 120:11
  121:9,10 125:6
  125:9,21 131:4
  133:12 141:21
  152:17 153:4,7
  173:25 180:22
  188:14,15,23
  196:14,15,15
  196:16,17
  200:14
**partake** 46:11
**partially** 29:16
**participate**
  46:11 84:6

**particular**
  17:25 21:16
  27:23,24 34:16
  34:18 58:14
  66:9 68:8
  72:14 80:12
  86:17 89:13
  93:3 95:16
  98:7 109:24
  110:9 112:3
  117:19 119:21
  123:11 127:16
  145:3 155:17
  156:10 187:24
  187:25 191:4
**particularly**
  105:7
**parties** 9:13
  205:15
**party** 10:8
  47:11
**past** 21:14
**paste** 32:13
**patient** 36:13
  112:23 113:8
  171:8 173:6,10
  174:6 177:25
  179:21
**patients** 111:11
  143:14,23
  170:9,15,23
  173:21,22
  174:2,15,19,20
  175:17

**pay** 36:14
  183:21
**payments**
  83:25 84:25
  85:5
**payors** 83:24
  84:24
**pbm** 18:20
  19:15,17,21,23
  31:11 33:23
  36:6 38:25
  43:8,9 86:23
  87:12 88:4,14
  88:15 106:18
  122:23
**pbmi** 34:25
  35:7,12,16,20
  37:21
**pbms** 18:14
  86:9,20 87:2
  106:3 111:17
  117:13 123:7
**pc** 6:9
**pe** 118:2
**peer** 92:18
**pelta** 8:13
**penalty** 208:7,9
**pending** 12:19
**pennsylvania**
  4:16 7:7,13
**pensacola** 4:22
**percent** 47:23
  47:25
**perform** 14:14

| | | | |
|---|---|---|---|
| **performed** 54:9 | **pharmacists** | 68:1 69:1 70:1 | 148:1 149:1 |
| 54:15 | 29:4 45:2,7,11 | 71:1 72:1 73:1 | 150:1 151:1 |
| **performs** 132:6 | **pharmacy** 8:5 | 74:1 75:1 76:1 | 152:1 153:1 |
| 132:13 | 20:12 22:20 | 77:1 78:1 79:1 | 154:1 155:1 |
| **perjury** 208:7 | 36:15 38:9 | 80:1 81:1 82:1 | 156:1 157:1 |
| 208:10 | 39:6 44:17 | 83:1 84:1 85:1 | 158:1 159:1 |
| **permitted** | 45:23 46:10,12 | 86:1 87:1 88:1 | 160:1 161:1 |
| 114:20 | 97:16 103:17 | 89:1 90:1 91:1 | 162:1 163:1 |
| **person** 41:20 | 103:19 104:3,4 | 92:1 93:1 94:1 | 164:1 165:1 |
| 42:10,20 | 109:2 142:11 | 95:1 96:1 97:1 | 166:1 167:1 |
| 200:18 | 171:3,12 178:3 | 98:1 99:1 | 168:1 169:1 |
| **personal** 83:10 | 179:24 207:19 | 100:1 101:1 | 170:1 171:1 |
| 191:14 | **pharmd** 1:13 | 102:1,4 103:1 | 172:1 173:1 |
| **personally** | 2:1,8 3:1 4:1 | 104:1 105:1 | 174:1 175:1 |
| 78:25 117:15 | 5:1 6:1 7:1 8:1 | 106:1 107:1 | 176:1 177:1 |
| 177:20 178:14 | 9:1 10:1,14 | 108:1 109:1 | 178:1 179:1 |
| **pertaining** 51:4 | 11:1 12:1 13:1 | 110:1 111:1 | 180:1 181:1 |
| 60:25 94:14,21 | 14:1 15:1 16:1 | 112:1 113:1 | 182:1 183:1 |
| **pertains** 91:14 | 17:1 18:1 19:1 | 114:1 115:1 | 184:1 185:1 |
| 135:10 | 20:1 21:1 22:1 | 116:1 117:1 | 186:1 187:1 |
| **pertinent** 27:16 | 23:1 24:1 25:1 | 118:1 119:1 | 188:1 189:1 |
| 27:18,20 28:12 | 26:1 27:1 28:1 | 120:1 121:1 | 190:1 191:1 |
| 28:15 63:11 | 29:1 30:1 31:1 | 122:1 123:1 | 192:1 193:1 |
| 97:21 98:11 | 32:1 33:1 34:1 | 124:1 125:1 | 194:1 195:1 |
| 171:7 | 35:1 36:1 37:1 | 126:1 127:1 | 196:1 197:1 |
| **pharmaceutical** | 38:1 39:1 40:1 | 128:1 129:1 | 198:1 199:1 |
| 47:19 202:11 | 41:1 42:1 43:1 | 130:1 131:1 | 200:1 201:1 |
| **pharmaceutic...** | 44:1 45:1 46:1 | 132:1 133:1 | 202:1 203:1 |
| 5:5,14 7:6,12 | 47:1 48:1 49:1 | 134:1 135:1 | 204:1,19 205:1 |
| **pharmacist** | 50:1 51:1 52:1 | 136:1 137:1 | 205:7 206:1,5 |
| 75:15 77:8,18 | 53:1 54:1 55:1 | 138:1 139:1 | 207:1 208:1,20 |
| 97:17 100:2,19 | 56:1 57:1 58:1 | 140:1 141:1 | 209:1 210:1 |
| 130:5 140:14 | 59:1 60:1 61:1 | 142:1 143:1 | **phil** 8:12 9:25 |
| 158:2 174:2,18 | 62:1 63:1 64:1 | 144:1 145:1 | **philadelphia** |
| 177:23 178:20 | 65:1 66:1 67:1 | 146:1 147:1 | 4:16 7:7 |

phones  9:8
pick  9:6 171:11
pieces  122:19
pietragallo  7:4
pietragallo.co...
  7:8
pizzi  5:13
place  9:9,13
  36:24 38:11
  39:3 41:20
  112:16 122:2
placement
  138:19 151:12
places  73:22
  131:14
plagiarism
  129:6
plaintiff  47:9
plaintiffs  3:4
  3:12,19 4:4,9
  4:15,21 15:9
  15:18 51:4
  53:9,24 54:20
  54:24 55:12
  59:9 61:7,17
  88:21 102:12
  192:10 203:7
  204:6 206:18
plan  103:12
  104:3,12
plans  84:10,12
  84:15
play  85:17
plaza  6:18

please  9:5,8,9
  10:12,24 11:19
  12:11,17 14:6
  14:25 17:5
  49:19 50:3
  57:23 63:21,23
  66:13 102:16
  103:5 112:20
  114:6 130:18
  134:25 138:10
  142:22 143:4
  146:5 153:10
  155:2 156:7
  163:16 171:18
  176:6 188:9
  197:2,11
plural  135:25
plus  93:21
  100:18 106:2
  118:2 133:24
point  19:9
  27:22 28:8
  68:21,24 69:14
  72:14 80:15
  99:16 100:14
  124:19 125:17
  125:20 126:2,6
  168:12 169:8
  172:18 173:4,6
  173:9 175:7
  190:5 200:15
pointed  89:10
  128:21 130:22
  131:2

pointing
  131:18
points  172:14
  173:22
policy  112:10
  114:13
ponce  3:5
portion  15:2
  63:24 107:6
  112:21 130:19
  155:3 161:18
  163:18 177:13
  188:10
portland  3:13
position  87:19
  110:18
positions  20:12
  39:24 40:14,18
  40:25
post  150:6,25
  155:13 181:11
posted  76:11
potential  25:5
  25:21 182:10
  183:3
powerpoint
  37:3,6,11
practice  92:17
  92:19 93:22
  97:16 98:17
  148:20 154:14
  158:8,9 200:12
practices  95:19
  96:14,23 97:21
  147:25 149:2

150:14,21
151:16,20
154:5 156:15
157:14,20
158:3,6,11
159:7 160:16
161:10 175:13
180:14 181:5,6
181:6,7,19
200:10
preapproval
  150:24
precisely  56:17
  80:16 175:5
preface  113:15
  113:22,25
  118:10,14
  149:12 162:23
  207:15
preferable
  112:15
preparing
  15:25 61:5,24
  62:5
prescribe  100:7
  113:8
prescribed
  112:23 172:10
  172:16,25
prescribers
  100:6 174:20
prescribing
  98:19 109:11
  109:14,17
  122:15 123:12

[prescribing - product]                                                    Page 36

| | | | |
|---|---|---|---|
| 124:21 175:17 | presumably | proceed 12:23 | processing 85:9 |
| prescription | 60:7 | process 11:9 | produce 127:10 |
| 88:25 103:10 | preti 3:11 | 22:18 23:5 | 127:11 134:11 |
| 103:18,21,24 | 58:13 | 41:11,16 67:4 | 134:20 |
| 138:19 170:14 | preti.com 3:15 | 67:8 85:18 | produced |
| 171:11 179:11 | 3:16 | 91:5 92:7 | 14:20 16:14,21 |
| 179:18 | pretty 23:24 | 96:22 98:12 | producer 27:4 |
| presence 164:8 | 111:6 | 99:21 100:16 | producing |
| 166:18 182:10 | prevent 173:5 | 104:18 109:18 | 97:18 130:7 |
| 183:3 184:19 | preventing | 114:22 117:3,5 | product 71:7,9 |
| 184:20 185:7 | 164:7 | 119:8 120:25 | 75:9,10,18,20 |
| present 8:11 | previous 29:13 | 121:9,10 125:7 | 75:20 96:18,20 |
| 167:8 | previously 11:4 | 125:9 135:13 | 96:24 98:15 |
| presentation | 15:23 33:4 | 136:12,14 | 110:5,25 111:3 |
| 35:17 36:4,5 | 102:5 178:19 | 140:19,22 | 111:5 113:10 |
| 36:20,23 37:13 | primarily | 141:20,21 | 116:17 120:15 |
| 37:24 | 80:10,10,14 | 142:4 145:16 | 120:16 121:6 |
| presentations | 89:7 94:4 | 146:11 150:3,9 | 121:19,21 |
| 35:16,20 | primary 48:2 | 150:15 151:7,8 | 136:16,25 |
| presented | princeton 7:19 | 151:24 152:19 | 137:19 138:25 |
| 36:10 37:22 | printout | 152:22 153:5 | 141:2,3,24 |
| 125:6 180:15 | 176:13 177:4 | 153:17,20,24 | 158:4 160:18 |
| 181:24 | prior 25:14 | 154:11 155:16 | 160:20 161:16 |
| presenter | 46:25 47:7 | 155:17,18,22 | 161:21 162:21 |
| 34:25 | 52:20 62:10 | 155:23 158:23 | 166:17,18 |
| presenters | 63:18 64:3 | 160:22 161:5,7 | 167:20 168:15 |
| 36:21,22 | 119:11 139:6 | 163:22 167:21 | 168:17,18 |
| president 20:24 | 140:2 168:12 | 170:22 175:12 | 173:9,11 |
| 21:6,20 22:7 | 169:8,14 | 180:13,20,21 | 175:11,25 |
| 22:19,20,24 | private 9:7 | 181:15 196:17 | 179:25 183:11 |
| 23:6,10 24:12 | probable 76:13 | 199:22 | 185:15 187:19 |
| press 23:16,18 | 76:17 77:15 | processes 85:20 | 189:11 190:3 |
| 23:20 | 79:6 166:23 | 85:21 117:13 | 190:23 191:12 |
| pressure 64:20 | problem | 164:7 181:3,5 | 191:22 194:25 |
| | 162:16 | | 197:16 198:7 |

[product - question]                                                    Page 37

198:11,12,14
199:10,11,13
199:17,23
**products**  1:6
9:18 108:19,23
111:15,22
112:3 143:19
161:13 162:17
166:16 167:4
170:14 172:11
172:17 173:2
175:23 182:7
182:11,24
183:4 186:23
187:4 189:22
**profession**  41:8
75:15 77:17
130:4
**professional**
13:2 28:25
40:3,15,20
41:3,5,10 44:4
44:9 46:19
49:5 158:8,9
178:20 205:4
**professionals**
32:23
**professor**  129:5
**proffered**  61:4
**profile**  27:21
143:13
**profiles**  143:11
143:22
**programs**
36:13,14,14

**project**  34:7,11
34:13,15,19
**promise**  138:25
140:25 160:17
**promises**
140:16
**promoters**
108:22
**promulgated**
108:25
**provide**  61:7,17
88:24 95:11
104:9 113:3
145:19 146:13
147:25
**provided**  62:2
88:14,15
123:21 125:2
128:20 170:8
171:2 177:16
**provider**  83:3
85:10
**provides**  95:16
141:19 145:21
146:19
**providing**
75:16 140:21
145:11
**public**  2:14
67:23 68:5,12
69:6 154:6
157:16 158:12
161:11 186:22
204:22 205:5
208:23

**publications**
43:24
**puerto**  39:4
**punishment**
46:18
**purchased**
111:22
**purchases**
80:22 83:9
84:2
**purported**
152:5
**purpose**  18:5
104:6,8 121:3
**purposes**  27:13
48:9 86:13,18
93:4
**pursuant**  13:15
71:14 150:3
**put**  32:2,7
186:21 194:23
201:11
**puts**  160:8
**putting**  91:25
104:16

| q |
|---|

**q1**  56:8
**q2**  56:6
**q3**  42:17 55:22
55:22,25 56:15
56:16 60:2,21
**q4**  42:8,9
**qualifications**
63:7,12

**quality**  18:19
180:13,20
181:5,14
**quantitative**
137:17
**quarter**  17:23
42:7
**quarterly**  42:4
42:5
**question**  11:20
11:23 12:11,12
12:19,19 14:23
14:25 22:3
60:10,17 63:21
63:23 69:17,18
93:24 94:16
97:7 107:5
111:19 112:20
125:14 130:17
130:22 131:11
139:17,25
140:8 144:13
152:24 153:15
154:17,25
156:6 157:5
161:17 163:15
168:19,21
169:4,5 172:6
175:24 176:25
177:7 178:19
188:9 193:9,17
193:19,22
195:22 196:3,6
197:6,10,12,14
198:2,4,5,25

| | | | |
|---|---|---|---|
| 199:3,5,15 | 30:1 31:1 32:1 | 123:1 124:1 | 193:1 194:1 |
| **questioners** | 33:1 34:1 35:1 | 125:1 126:1 | 195:1 196:1 |
| 204:2 | 36:1 37:1 38:1 | 127:1 128:1 | 197:1 198:1 |
| **questioning** | 39:1 40:1 41:1 | 129:1 130:1 | 199:1 200:1 |
| 112:12 129:3 | 42:1 43:1 44:1 | 131:1 132:1 | 201:1 202:1 |
| 129:10 | 45:1 46:1 47:1 | 133:1 134:1 | 203:1 204:1,19 |
| **questions** 11:13 | 48:1 49:1 50:1 | 135:1 136:1 | 205:1,8 206:1 |
| 12:22 62:13 | 51:1 52:1 53:1 | 137:1 138:1 | 206:5 207:1 |
| 192:8,11 193:6 | 54:1 55:1 56:1 | 139:1 140:1 | 208:1,20 209:1 |
| 193:8 203:4 | 57:1 58:1 59:1 | 141:1 142:1 | 210:1 |
| 204:3,7 | 60:1 61:1 62:1 | 143:1 144:1 | **rachel** 4:6 |
| **quick** 137:21 | 63:1 64:1 65:1 | 145:1 146:1 | **rafferty** 4:20 |
| **quinby** 3:16 | 66:1 67:1 68:1 | 147:1 148:1 | **raspanti** 7:4 |
| **quite** 140:12 | 69:1 70:1 71:1 | 149:1 150:1 | **rate** 57:25 |
| **quotation** | 72:1 73:1 74:1 | 151:1 152:1 | **rates** 57:19 |
| 112:14 129:19 | 75:1 76:1 77:1 | 153:1 154:1 | **rather** 12:3 |
| **quotations** | 78:1 79:1 80:1 | 155:1 156:1 | 21:14 35:13 |
| 112:12 | 81:1 82:1 83:1 | 157:1 158:1 | 67:7 115:9 |
| **quote** 100:22 | 84:1 85:1 86:1 | 159:1 160:1 | 127:17 193:10 |
| 101:9,10 | 87:1 88:1 89:1 | 161:1 162:1 | **rating** 109:22 |
| **quoted** 130:11 | 90:1 91:1 92:1 | 163:1 164:1 | 116:22 145:4 |
| **r** | 93:1 94:1 95:1 | 165:1 166:1 | 145:23 146:9 |
| **r** 3:2 4:2 5:2 6:2 | 96:1 97:1 98:1 | 167:1 168:1 | 146:15 |
| 7:2 8:2 102:2 | 99:1 100:1 | 169:1 170:1 | **ratings** 136:19 |
| 205:2 | 101:1 102:1,4 | 171:1 172:1 | **reach** 25:23 |
| **r.ph.** 1:13 2:1,9 | 103:1 104:1 | 173:1 174:1 | **reached** 25:23 |
| 3:1 4:1 5:1 6:1 | 105:1 106:1 | 175:1 176:1 | **read** 13:9 14:24 |
| 7:1 8:1 9:1 | 107:1 108:1 | 177:1 178:1 | 15:3 60:24 |
| 10:1,14 11:1 | 109:1 110:1 | 179:1 180:1 | 63:22,25 99:7 |
| 12:1 13:1 14:1 | 111:1 112:1 | 181:1 182:1 | 107:7 112:19 |
| 15:1 16:1 17:1 | 113:1 114:1 | 183:1 184:1 | 112:22 114:6 |
| 18:1 19:1 20:1 | 115:1 116:1 | 185:1 186:1 | 130:20 139:17 |
| 21:1 22:1 23:1 | 117:1 118:1 | 187:1 188:1 | 139:24 154:24 |
| 24:1 25:1 26:1 | 119:1 120:1 | 189:1 190:1 | 155:4 161:19 |
| 27:1 28:1 29:1 | 121:1 122:1 | 191:1 192:1 | 162:8,25 |

**[read - reference]**                                                      Page 39

| | | | |
|---|---|---|---|
| 163:19 165:14 | 188:13,14,15 | **recollection** | 156:24 164:13 |
| 172:23 177:7,8 | 188:19 189:6,9 | 142:22 | 165:22,25 |
| 177:10,14 | 189:15 190:7 | **recommendat...** | 170:18 171:15 |
| 188:11 197:5 | 190:10,13 | 106:13 | 186:7 188:16 |
| 197:13 198:2,4 | 191:2,16 | **recommending** | 200:9 |
| 198:24 199:4 | **recalled** 188:6 | 110:19 | **reference** 19:14 |
| 201:4 202:13 | 188:23 189:23 | **record** 9:3,14 | 20:2 35:12 |
| 208:10,12 | **recalls** 67:11 | 10:11,25 11:14 | 68:8,16 69:15 |
| **reads** 112:12 | 185:18,20,24 | 15:2 52:13,16 | 69:21 70:5,16 |
| **really** 23:3 25:8 | 186:14,15,18 | 58:17,20,21 | 70:18 71:13,15 |
| 28:15 43:3 | 187:3,6,14 | 63:24 99:14 | 71:21 72:10,15 |
| 87:4 135:10 | **recanting** | 101:16 102:8 | 72:17,22 73:4 |
| 140:24 141:6 | 197:23 199:6 | 107:6 112:21 | 73:8,11,15 |
| 153:19 158:7 | **receive** 120:9 | 130:19 131:17 | 74:8,24 75:19 |
| **reason** 11:17 | 121:12 145:4 | 137:25 138:4 | 76:18 77:3 |
| 11:25 13:5 | 146:9 151:9 | 139:19 147:2,5 | 78:7,17 82:11 |
| 17:25 20:16 | 170:25 184:23 | 154:18 155:2,3 | 89:10,19 91:2 |
| 21:13,16 27:8 | **received** 39:17 | 161:18 163:18 | 93:8,19 96:8 |
| 30:23 31:3 | 39:20 85:3 | 169:17,20,23 | 96:12,19 98:7 |
| 33:14 99:4 | **receiving** | 177:13 179:4,7 | 98:10 100:11 |
| 174:22 209:5,8 | 170:23 171:3 | 188:10 192:17 | 100:15,22 |
| 209:11,14,17 | **recent** 16:10,13 | 192:20 198:19 | 107:18 110:4 |
| 209:20,23 | 49:21 177:3,4 | 198:22 201:7 | 115:16 116:21 |
| 210:5,8,11,14 | 177:5 | 202:9 204:15 | 120:16 121:18 |
| 210:17,20,23 | **recently** 45:12 | 205:10 | 121:20 124:15 |
| **reasonable** | 45:14,17,18,20 | **recorded** 9:16 | 127:12,19 |
| 134:12,21 | **receptor** 64:12 | 37:13 | 128:2,18,22 |
| **recall** 26:7 | 64:16 102:21 | **recording** 9:12 | 131:3 133:10 |
| 28:23 42:18 | 103:3 | 37:15 | 133:14,17 |
| 43:4 74:16,23 | **recess** 52:14 | **records** 14:15 | 136:7,24 |
| 75:5 76:8 | 101:17 138:2 | 51:4 56:10,12 | 141:10,13,17 |
| 115:11 141:16 | 147:3 169:21 | **reducing** | 141:24 142:18 |
| 175:4 185:10 | 179:5 192:18 | 114:15 | 142:24 143:10 |
| 185:17 186:7 | 198:20 | **refer** 49:3 | 143:16 144:15 |
| 187:9,18 | | 147:10 156:5 | 151:14 161:22 |

[reference - rely]                                            Page 40

164:23 166:20
167:19,24
168:8,17 169:2
169:13 177:4
182:13,17
183:11 184:14
185:14 186:9
190:4 198:13
199:12
**referenced**
80:16 127:25
131:9 134:5
144:16 149:7
155:7 181:12
182:21 185:3
**references**
18:14 19:17
66:14 67:25
68:2,4,11,20,22
69:3,8,9 71:25
72:8 73:9,14
78:8,11 79:16
79:19 80:11,12
82:12,13,23,25
83:18,19 86:18
86:20,21 87:2
89:11,13,22
93:3,12,16,20
98:10 99:15,19
100:16 101:5
125:11 127:23
128:21 133:20
186:3,13 201:9
**referencing**
95:12 149:10

186:2
**referred**  115:24
154:12 158:18
158:25
**referring**  39:14
39:15 49:4,6
60:22 61:13
66:17 70:10
72:17 73:2
82:19,22 86:4
88:21 95:3
102:19 103:19
103:22,23
104:2 147:11
148:6 149:22
149:24 151:2
151:22 153:8
154:19 155:9
155:12 156:4
156:10,11,24
158:20 160:2
163:21 164:15
171:14 180:22
181:2,9 182:15
182:20 184:4
188:25 195:6
197:19 199:18
199:21,25
202:22
**refers**  72:22
73:16 94:6
126:21 155:15
183:23 201:6
**reflect**  20:20
57:19 131:18

154:19
**reflected**  21:19
55:5,18
**refresh**  142:22
**regard**  41:10
178:19 182:19
199:22
**regarded**  111:7
**regarding**  44:9
67:11,20 72:5
76:7,7,12
77:25 98:11
136:17 185:24
186:9 193:24
194:7,25
195:14 197:7
197:15 198:6
203:9
**regardless**
150:23
**regards**  94:15
131:7 135:21
155:16 181:3
200:13
**regular**  32:23
111:5
**regulate**  107:12
**regulates**  110:7
**regulations**
94:24 95:2,4,6
95:10 108:18
108:24 109:7
109:20 110:16
111:14,17,18
148:21 150:17

155:19 156:13
156:15,23
178:22
**regulatory**
99:17,23,23
100:15 148:8
149:25 151:4
160:25 161:14
162:19
**reimbursed**
51:12 83:9
**relate**  82:15
**related**  10:7
123:13 124:21
205:14
**relates**  1:7
158:16
**relating**  44:4
48:21 77:11,11
81:6 87:2
172:3
**relaying**  140:15
**release**  23:17
23:18,20
**relevant**  47:2
57:5 81:17
94:19 119:17
119:19,22
131:6
**reliant**  106:10
**relied**  50:22
**relies**  136:3
**rely**  75:12 76:4
76:25 79:9
80:5 81:2

[rely - requirements]                                                      Page 41

83:14 86:11,12
86:17 89:4
93:4
**relying**   78:3,6,8
79:13 93:13
94:3
**remember**
26:13,19
**remote**   49:2,8
**removing**   27:8
**render**   84:20
96:23 131:7
160:23
**rendered**
160:23 166:18
191:11 202:25
**rendering**   47:3
**renders**   151:12
**renewed**   28:22
45:12,13,18,19
45:20 46:6
**reopen**   203:6
**repeat**   107:4
161:17 188:8
**repeatedly**
191:7
**repeating**
130:18
**rephrase**   28:2
55:10
**report**   16:10
17:14 29:25
30:5,17 49:13
49:16,21,24
50:5,17,24

55:21 56:14
57:4 59:6,14
60:2,12,15,18
60:21,25 61:5
61:21,24 62:6
62:14,17 63:2
63:5,19 65:10
66:2 69:25
70:10 76:19
79:25 86:7,14
86:19 88:2
90:18,24 96:9
101:2 102:24
103:2,8 107:9
108:21 114:18
115:5,8,14
116:5 118:18
120:6 122:7
124:17 125:23
126:4,9,17
127:4,10,12,25
130:7 131:14
131:16 132:5
132:16 133:7
133:13,19,21
134:8,25 137:3
138:8 139:6
140:2 142:19
147:11 152:4,7
155:8 158:15
161:25 164:4
167:16 168:2
168:14,14,22
168:23 169:11
170:3 178:22

179:10,19
180:5,8 187:21
190:16 193:16
194:11,15
195:12,23
196:12,15,17
196:22 198:9
198:10 199:7,8
199:24 200:7,8
200:16,20,23
201:2,5,17,22
202:22 203:8
203:14,21
207:8
**reported**   1:23
180:16,23
**reporter**   2:14
10:4,12 11:16
12:6 198:24
205:5
**reports**   95:20
96:15
**represent**
10:21 15:12
176:12 193:5
**representation**
187:2 200:17
**representations**
88:18 152:13
**representative**
81:9,13
**representing**
10:2 106:12
**represents**
138:15

**request**   16:8
**requested**   15:2
57:6 61:24
63:24 107:6
112:21 130:19
155:3 161:18
163:18 177:13
188:10
**requests**   14:8
14:11,17,21
15:20 16:2,7
16:22 25:24
48:12 57:6
206:7,11
**require**   94:24
135:5 173:16
**required**   27:15
28:5 91:6,17
91:20 92:15
100:4 151:24
175:2,6
**requirement**
41:17 130:14
137:12 175:22
177:24 178:12
**requirements**
27:23 28:9
66:21 74:19
96:5 100:5,15
120:8 139:2
153:22 156:3,9
156:25 160:15
161:8 181:12
207:13

[requires - ruben]                                             Page 42

| | | | |
|---|---|---|---|
| **requires** 41:9 144:7,8 146:14 170:13,15 172:9,15,24 176:16 **requiring** 176:19,23 177:21 178:16 **research** 44:4,9 56:22 59:5 60:23 76:15 **resides** 159:12 **resources** 27:12,20 28:14 99:17,23 170:17 174:19 **respect** 85:5 136:4 148:7 152:11 **respected** 111:8 **respective** 104:15 109:2 187:4 **respectively** 75:4 **respond** 196:3 **responded** 190:14 **response** 19:4 26:22 69:24 149:6 166:14 197:2,6,7,11 **responses** 14:20 15:9,19 | 16:2,15,22 206:19 **responsibilities** 20:17 21:18,21 21:22 33:2 **responsibility** 20:20 77:18 145:18 176:3 180:13 196:18 **responsible** 83:24 140:21 145:10 164:6 **responsive** 14:16 48:12 **rest** 56:7 202:14 **restate** 14:23 22:3,17 63:21 130:17 146:3 156:6 163:14 **results** 189:13 190:12,18 **resume** 18:8 **resumed** 102:3 102:6 **resumes** 140:11 **retained** 47:14 **review** 61:2 62:4 65:10 68:23 69:2,2,3 69:7 81:5,8,12 82:5 90:14 92:7 99:20 135:5,8 143:4 144:24 190:6 | 200:7 **reviewed** 50:15 51:3 62:20 69:4 78:25 82:10 92:18 106:23 117:18 128:25 129:13 129:14,25 135:11 181:14 181:18,23 187:9 190:11 **reviewing** 94:8 104:18 133:15 **reviews** 85:10 **revise** 62:16,22 63:2 **rgeman** 4:7 **rico** 39:4 **right** 11:16 13:18 16:6 19:6 25:13 27:5 28:6 32:20 33:15 35:8 59:23 62:12,24 67:9 67:12 74:24 76:20 83:13 98:2,5 103:2 111:25 115:3 118:24 125:5 126:15 128:19 129:17 145:24 148:12 150:9 152:8,10 160:12 164:21 | 172:15 194:23 197:4 199:19 201:5 **risk** 83:24 86:2 86:3,4,5 **risks** 84:17 **rivero** 3:4 **riveromestre....** 3:7,9 **rld** 70:18 116:10,13,17 116:21 120:20 137:8 167:14 168:11 169:7 184:22 185:9 187:19 **road** 7:12,19 **robust** 135:13 **role** 20:25 21:7 21:20 22:8 23:9 24:12 28:13 40:7 85:17 **rolled** 21:10 **roman** 170:2 180:10 181:10 182:5,17 184:17 **room** 139:13 **rooney** 6:9 **root** 114:24 **roszel** 7:19 **round** 135:5,8 **ruben** 4:17,18 |

[rules - sentence]　　　　　　　　　　　　　　　　　　　　　Page 43

**rules**　11:10

**s**

**s**　3:2 4:2,11 5:2
6:2 7:2 8:2
102:2,2,2
206:13 207:4
**safe**　97:18
98:16 109:17
110:13,25
111:2,4 113:5
113:8 115:23
135:23 137:17
138:25 147:19
148:2 149:2,4
150:22 151:14
154:8 156:19
157:18 158:11
159:15 160:18
161:9,10
164:19 168:25
174:22 175:10
175:21 178:6
185:15,16
189:24 190:25
191:13 198:13
199:12 203:2
**safest**　134:10
134:18
**safety**　96:20
116:16 120:11
120:17,19
121:8,15
123:14 124:22
125:7 126:7
131:7 136:14

141:4 143:11
143:13,22
157:10 163:25
174:13 180:14
180:21 183:10
186:11
**sameness**　71:21
121:18,22
141:23 151:21
153:25 183:10
**sanction**　46:19
**save**　208:14
**saying**　12:4
128:12 131:19
137:11 139:7
140:4 187:5,7
**says**　18:17
20:23 21:5
24:15,17 67:15
67:18 79:11
82:18 103:3,15
119:15 132:5
132:12,23
134:8,17 142:2
158:9 184:25
195:24 201:2
203:21,21
**scheme**　148:8
149:25 151:4
**school**　45:23
46:10,13
**scientific**　92:16
112:7 114:11
**scope**　65:9 95:9
108:20 119:9

120:25 157:25
167:15,18,25
168:13,22
169:10 178:20
187:20 188:21
189:3 190:15
191:8,9,19
195:12 196:8
196:12
**scores**　97:12
**scripts**　6:17
88:4,14 90:15
**se**　132:2
**search**　14:14
**second**　31:9
54:7 66:17
73:21 74:17
124:11 126:2
172:6
**section**　26:25
28:25 29:22
30:4,20,24
31:10 32:3,11
32:20 33:11,19
63:7,10 66:24
86:6 90:17,19
91:3 101:4
102:18 113:24
114:4 143:7
144:16,18
148:15 149:7
154:12,15,16
170:2 179:9,10
179:19 180:4

**sections**　89:9
152:4
**see**　11:15 14:7
18:17 20:10
30:6,19 31:12
109:21 118:16
118:23,23
125:19 132:8,9
132:10,15,22
134:7,14,15
136:9 160:21
173:19 174:25
176:17,21,22
177:15,19
**seeking**　71:12
71:22 157:7
160:8,9
**seems**　21:10
**seen**　14:2,11
15:22 187:12
190:10
**sees**　110:17
**selected**　182:7
182:24
**send**　58:11
**senior**　20:24
21:6 22:7,19
**sense**　57:13
110:8
**sensitive**　9:6
**sentence**　114:4
114:6,7 115:4
127:3 134:16
139:6 140:2
162:8,13

[sentence - specifying]                                                    Page 44

202:14
**separate** 53:13
  53:14,19,21
  120:19
**separately**
  53:24 54:4,20
**september** 75:4
**serious** 173:5,8
**served** 43:20
  117:15
**services** 18:21
  27:3 88:14,16
**set** 148:13,21
  156:13,16
  161:5,25
  163:13 205:9
  205:18
**sets** 157:10
  160:8
**several** 41:15
  66:14 67:25
  68:19 73:9
  94:13 98:9
  99:15 100:14
**sheet** 208:2,16
  209:2 210:2
**short** 52:9
  64:12 70:5
  146:22 179:2
  192:14
**shorthand** 2:13
  205:5
**shortly** 99:10
**show** 96:11

**showing** 120:18
  177:19
**side** 103:21
  171:6 173:8
  174:11
**sign** 13:10
**signature**
  205:21
**similar** 79:5
  115:4 139:5
  140:2 143:12
  143:21
**simpler** 140:13
**simply** 12:4
  107:25 113:6
  113:10 140:12
**single** 78:6
  133:22
**sit** 62:24 68:7
  68:14 69:13,20
  72:9 78:10
**site** 68:13 76:12
  186:9
**sites** 66:15
  68:13
**sixth** 186:7,8
**skadden** 5:20
**skadden.com**
  5:23
**skill** 31:3
  205:12
**skills** 29:22
  30:3,20 31:10
  31:21 32:3
  33:10,18 34:6

34:13,22
**skillset** 19:19
  20:6
**slate** 5:20
**slight** 20:11
**small** 47:25
**smith** 7:11
**smithrx** 87:18
  105:24 106:6
**social** 112:9
  114:13
**society** 44:25
**sold** 202:11
**solid** 95:18
  96:13,22 97:18
  98:14
**sorry** 38:21
  45:15 49:22
  53:14 72:7
  73:12 107:4
  129:20 130:24
  143:8 162:15
  194:10 197:25
  202:15
**source** 48:2
  66:6 111:9
  122:6 123:24
  124:20 125:5
  127:6,16
  129:18,19,21
  130:9,11 132:2
  136:8
**sourced** 119:4
  119:6

**sources** 72:3
  122:19 124:2
  124:25 127:9
  129:25 130:2
  170:17,20
**south** 4:21
**space** 130:5
**spaced** 200:24
**speak** 38:3
**speaking** 38:4
  38:15
**speaks** 133:9
**specialty** 36:6
**specific** 40:5
  66:23 68:4
  71:8,11 74:22
  78:11 87:7
  88:13 94:16
  95:6 100:21
  105:3 106:24
  141:9 200:16
**specifically**
  19:23 35:7
  37:6 73:16
  81:6 97:25
  103:16 105:20
  108:7,9 118:8
  193:12,24
  194:7
**specified** 72:2
**specifies**
  103:11
**specify** 122:14
**specifying**
  35:13

**[speculate - subparagraph]**                                           Page 45

**speculate**  26:18
  167:6
**spend**  59:13
  60:11
**spent**  55:16
  57:4
**spoke**  39:11
  147:24
**spoken**  47:8
  59:10
**sponsors**  84:18
**spreadsheet**
  51:18 59:20
**st**  6:18
**stakeholders**
  119:17,19,23
**stand**  38:6,23
**standard**  74:9
**standards**
  92:17
**standpoint**
  104:19
**stapled**  171:10
**start**  11:20
  50:6 56:15
**started**  62:15
**starting**  11:22
  16:3 86:7
**starts**  114:5
  136:13 149:13
  170:4
**state**  10:24
  27:3,10 34:24
  64:10 66:2
  70:2,20 75:3

75:25 76:21
79:4 80:19
83:22 85:8
88:3,13 89:23
92:14 94:23
107:10 108:25
109:2,6,12,20
110:16,17
114:19 116:5
120:7 135:2
164:5 180:12
182:4 184:18
199:25 204:23
205:6 208:24
**stated**  84:23
98:8 108:3
115:9 144:3
162:23 194:18
197:3
**statement**
67:15 76:5
79:10,14 81:3
83:15 88:8
90:4 92:23
93:5 95:17
97:5 98:4 99:2
99:5 100:8,13
100:17,21
101:6 107:16
107:17 115:25
117:9 128:10
186:10 203:16
**statements**
86:13 128:3
131:22,24,25

**states**  1:2 2:15
  9:19 22:6
  74:24 108:17
  108:21 111:13
  111:16,18,20
  112:6 114:14
  138:12 152:2
  153:20 157:17
  172:8,22
**stating**  123:19
  145:15 185:6
**staying**  103:7
**stems**  109:8
**stenographic**
  10:11
**stop**  153:12
**stops**  126:7
**stoy**  7:8
**strategic**  24:21
**strategies**  36:6
  36:6,10,16,18
**street**  2:11 4:5
  4:10,15,21
  5:15 6:11 7:6
  8:5 9:24
**strike**  203:12
**structure**  84:9
**structures**
  143:20
**studied**  201:2
**studies**  76:22
  77:10,11 79:2
  94:20 99:22
**subject**  71:16
  93:13 146:8

188:19 189:6,9
189:15 190:13
191:16 200:20
**submission**
  66:21 74:19
  94:25 95:5,7
  96:5 98:12
  99:20 100:16
  120:13 121:13
  153:2,3 155:11
  207:13
**submissions**
  152:14
**submit**  43:10
  71:10 144:9
  150:10 157:8
  195:9
**submits**  144:23
**submitted**
  43:17 51:24
  53:3,5,7,9,24
  54:3,3,19,21,22
  54:23 55:9,11
  59:21 60:15
  71:5 91:20
  145:7,8 147:13
  147:16,21
  158:22 195:7
  196:24 197:20
**submitting**
  92:4 120:21
  148:12 153:21
**subparagraph**
  123:11 126:3,9

| | | | |
|---|---|---|---|
| **subparagraphs** 121:24 125:22 | **sufficed** 97:3 | 99:10 125:15 | **taken** 2:9 41:20 |
| **subparts** 179:14 | **suffices** 135:18 | 146:24 149:8 | 52:14 101:17 |
| **subscribed** 111:22 204:20 208:21 | **suite** 3:5,20 4:16 6:11,18 7:13 8:6 | 157:4 163:20 177:17 188:7 198:17 | 138:2 147:3 161:15 162:19 169:21 179:5 |
| **subset** 148:16 149:8 154:13 200:9 | **summacare** 80:22 81:6,10 82:4,8,17,21,23 83:2,23 84:5 | **suspended** 46:16 | 192:18 198:20 208:11 |
| **subsidies** 85:3 | 84:24 88:16 89:24 90:12 | **svp** 21:21 **swear** 10:13 | **talk** 11:18 18:9 54:6 202:9 |
| **subsidized** 84:13 | **summacare's** 88:5 | **swedesford** 7:12 | **talked** 79:17,19 166:21 170:22 |
| **substance** 75:9 164:9,12,18,22 165:2,12,22 195:2 197:17 198:8 203:11 | **summaries** 99:22 | **sworn** 10:15 102:5 204:20 205:9 208:21 | **talking** 115:17 117:5 128:9 144:19,21 145:25 149:18 150:24 151:6 |
| **substantial** 111:6 | **summarize** 159:11 | **system** 23:19 45:2 134:13,22 142:12 207:20 | 151:18 152:8 154:9 164:21 166:2 175:23 |
| **substitutability** 136:23 | **summary** 63:6 180:5,6,11 182:5 | **t** | **talks** 148:17 194:15 |
| **substitutable** 109:24 110:3 151:11 | **supply** 95:17 96:12 97:18 98:14 100:3,20 | **t** 57:20 102:2 205:2,2 206:13 207:2,4 | **te** 118:2 **teaching** 39:24 **team** 21:17 |
| **substituted** 111:23 | **support** 78:12 89:14 98:13 101:8 133:20 | **take** 9:13 12:6 12:20 17:6 36:23 38:11 | **teams** 18:18 **technical** 58:18 **technology** 31:9 |
| **substitution** 107:12 108:19 110:7,8,20 111:14 112:9 114:12 115:17 | **supported** 100:17 101:4 133:13,25 | 49:19 50:12 52:9 82:5 99:6 101:13 110:18 113:20 137:21 138:9 143:4 | **tell** 20:15 36:8 53:13 57:22 71:2 201:5,8 |
| **suffice** 135:22 146:14 | **supports** 97:5 98:25 99:5 | 146:21 158:12 162:5 175:24 179:2 186:25 | **telling** 171:4 **ten** 43:4 **tenure** 129:4 |
| | **sure** 22:5 23:24 36:10 45:16 52:10 64:5 75:23 80:15 | 192:13 193:15 197:2 198:15 200:5,6 201:24 | |

**[term - top]**                                                                    Page 47

| | | | |
|---|---|---|---|
| **term**  70:9 75:7 | **thank**  11:3 | **thing**  34:14 | 102:3 130:16 |
| 75:22 201:21 | 13:12 17:10 | 125:16 128:9 | 143:4 159:2 |
| 202:5 | 99:11 102:22 | 140:24 141:7 | 163:20 177:24 |
| **terms**  21:18 | 103:5 107:5 | 149:9 155:11 | 192:9,21 |
| 32:6 93:13 | 114:16 131:21 | **things**  56:11 | 193:15 198:19 |
| 109:14 163:25 | 163:17 177:12 | 145:24 152:10 | 200:5,6 201:13 |
| 165:7,18 | 192:12 198:3 | 152:25 155:8 | 201:24 203:18 |
| 174:11 | 204:7,8,9,10 | 175:16 | 204:11,17 |
| **test**  190:11 | **therapeutic** | **think**  25:25 | **times**  41:22 |
| **tested**  168:11 | 43:7 94:12 | 99:9 124:4 | 163:9 |
| 169:7,14 | 110:2 112:6 | 131:11 134:3 | **title**  22:19,24 |
| 191:21 | 114:8,10,25 | 147:23 175:6 | 23:6,16,22 |
| **testified**  10:16 | 115:10,13,15 | 193:3 203:3 | 24:8 118:24 |
| 24:10 59:22,25 | 115:19 116:2 | **third**  73:13,20 | **titled**  96:3 |
| 60:5,19 77:25 | 116:22 119:25 | 73:23 | 113:15 118:22 |
| 102:6 136:18 | 120:4 135:17 | **thoroughly** | 124:8 142:10 |
| 145:2 196:21 | 136:19,22 | 201:3 | 171:21 176:9 |
| 203:8 | 143:6,8,11,13 | **thoughts**  62:22 | 207:12,15,17 |
| **testify**  57:2 | 143:17,19,21 | **three**  5:14 | 207:19,22,23 |
| **testifying**  57:24 | 144:4,20 146:3 | 53:13,14 | **today**  11:11 |
| 58:5 | 146:16 149:19 | 172:14,18 | 13:7,14 15:23 |
| **testimony**  13:7 | 162:3 164:2 | **tier**  104:12 | 47:5 48:9 |
| 74:9 81:9,13 | **therapeutically** | **ties**  146:17 | 56:20,23 57:9 |
| 98:20 102:15 | 110:3 115:22 | **time**  9:9 12:10 | 57:11,15 68:7 |
| 108:6 140:11 | 135:16 137:17 | 12:17 18:3,6 | 68:14 69:14,20 |
| 147:8 170:12 | 143:14,23 | 20:21 21:19 | 72:9 78:10 |
| 186:12 194:25 | 151:10,13 | 24:3,20 26:5,8 | 203:18 |
| 197:15,23 | 156:19 161:22 | 27:12,18 28:21 | **today's**  203:23 |
| 198:6 199:6 | 183:25 184:10 | 29:9,10,12,16 | **together**  16:21 |
| 205:11 | **therapeutics** | 45:24 46:12 | 32:2,7 91:25 |
| **testing**  189:13 | 142:11 207:19 | 51:15 52:8 | 104:16 133:15 |
| **teva**  5:4,13 | **therapies**  64:19 | 55:16 57:3 | **took**  11:4 199:2 |
| 10:21 | **therapy**  134:12 | 59:13 63:3 | **top**  73:2,21 |
| **teva's**  70:22 | 134:20 | 72:2 78:24 | 74:17 78:18,19 |
| | | 89:21 99:6 | 125:23 |

[topic - usa]                                                                     Page 48

topic  36:3,5
  42:15
topics  42:15,24
  43:6,9
torrent  6:4
  72:11,23 73:3
torrent's  70:22
total  43:3
touch  93:12
toward  34:16
tower  6:11
toxicologist
  167:5 189:17
  190:15
toxin  191:10
tpas  85:17
tpp  106:10,12
  106:21
tpps  80:2,24
  83:7,7 85:9,15
  106:8 107:2
  117:20 138:16
  182:6,23
  183:18
track  56:12
tracked  56:4
tracking  51:17
  59:19
trade  6:11
training  34:14
  46:25
transcript  12:7
  24:16,18
  139:19 208:11

traurig  5:4
  10:21
travel  51:13
treatment
  64:17
trend  36:7
trends  43:8
trial  80:21
trials  121:14
trigger  137:13
true  108:5
  132:3 141:18
  141:25 160:24
  205:10 208:13
trust  178:10
truthful  13:7
try  32:24
trying  21:12
  57:13 158:13
  194:13 203:24
turn  14:6 34:21
  50:2 113:24
turning  26:24
  114:17 123:10
  138:7 180:4
two  40:21 41:2
  57:19,23 81:20
  82:23,24
  126:21 132:16
  132:23 145:24
  171:20 198:16
  207:21
type  32:12,14
  71:8 105:9,13
  106:4 111:9

types  86:4
  104:22,25
  105:17
typically
  108:25 171:5
  171:10

        u

u  207:2
uh  12:4,5,5
  27:7 32:8
ultimate
  180:12
ultimately
  83:24
unacceptable
  164:8
under  27:6
  31:9 34:6,22
  35:6 103:11,17
  104:11 114:4
  118:17 148:7
  149:25 151:3
  172:6 180:11
  208:7,9,18
underneath
  121:24
understand
  12:11 16:23
  21:12 75:7
  130:21 158:14
  160:3 165:6
  170:9,16
understanding
  80:20 86:24
  88:3 91:13

92:25 100:3,20
  164:6 180:19
  208:17
understood
  12:9,13 45:16
  147:7
undertook  18:2
underwriters
  34:25 35:9
  37:21
undetectable
  190:19
unit  9:15 52:12
  52:17 101:15
  102:9 137:24
  138:5 169:19
  169:24 192:16
  192:22 204:13
united  1:2 9:19
  152:2 153:20
  157:17
unsafe  158:6,7
  158:10 165:24
  176:2
update  17:20
  18:2 31:23
  32:10,11,22
updated  18:10
  32:15 33:3
updates  23:18
  60:24
updating  18:5
  24:4 34:3,4,5
usa  5:5

[use - we've]                                                          Page 49

| | | | |
|---|---|---|---|
| **use** 27:13 70:9 | 70:13 199:19 | **veritext** 8:12,13 | **walsh.law** 5:17 |
| 83:11 111:3,11 | 200:3,19 | 10:2,5 | **want** 45:15 |
| 113:9 135:3 | 201:18 202:19 | **version** 18:11 | 62:22 145:15 |
| 145:12 149:5 | 208:5 | 21:11 32:16,17 | 149:8 160:3 |
| 150:22 151:25 | **valuable** 28:12 | 33:3,8,8,19,24 | 165:5 178:4,5 |
| 153:19 157:16 | **value** 115:20 | 115:2 177:18 | 178:6,7,10 |
| 158:7,10 | 115:21 | **vice** 20:24 21:6 | 194:14 196:4 |
| 159:19 161:11 | **vanderbilt** 5:5 | 21:20 22:7,19 | 202:13 203:22 |
| 170:16,18 | **varied** 41:15 | 22:20,24 23:6 | **wanted** 115:25 |
| 171:7 173:11 | 43:7 | 23:10 24:12 | **warning** 73:24 |
| 175:18 191:13 | **various** 20:12 | **vicinage** 1:3 | 74:3 |
| **used** 32:9 61:9 | 106:3 | **video** 9:12,16 | **warranty** 139:9 |
| 61:19,21 64:17 | **vaughn** 3:21 | **videographer** | 139:12 140:6,9 |
| 64:19 94:12 | **vcd** 177:22 | 8:12 9:2 10:3 | 140:23 141:5 |
| 108:2 127:9 | 178:17 181:15 | 52:11,15 58:16 | **waste** 130:15 |
| 171:5 | 181:19 187:25 | 58:19 101:14 | **wasting** 201:13 |
| **usfda** 66:15 | 188:18 189:5 | 102:7 137:23 | **watch** 78:20 |
| 68:13 186:9 | 189:14 191:5 | 138:3 146:25 | 79:18,22 |
| **using** 154:7 | 191:15,21 | 147:4 169:18 | **way** 19:6 25:11 |
| 165:6,18 | **vcds** 70:4,9,15 | 169:22 179:3,6 | 26:13,19 96:24 |
| **utilization** | 75:5 81:19 | 192:15,19 | 99:8 100:2 |
| 36:12 85:10 | 82:4,8,16 83:8 | 198:18,21 | 133:17 141:4 |
| 108:22 | 83:10 106:25 | 204:12 | 157:5 158:5 |
| **utilized** 107:21 | 163:3,8 170:6 | **videotaped** | 165:11,13 |
| 127:11 | 173:19 175:2 | 1:11 2:7 | 167:17,22 |
| | 176:22 181:25 | **view** 91:16 | 168:4,6,10,20 |
| **v** | 183:23 187:10 | **virtue** 96:25 | 169:6,12 |
| | 188:4,23 | **voluntary** 75:5 | 178:15 187:17 |
| **validate** 160:16 | 190:12 191:21 | 187:14 | 188:17 189:4 |
| **validates** | 191:22 202:10 | | 189:12,18 |
| 175:18 | **verbal** 12:3 | **w** | 190:18 192:2 |
| **validation** | 23:13 | | 194:24 201:12 |
| 141:2 | **verbatim** | **wacker** 5:21 | **wayne** 7:13 |
| **valsartan** 1:5 | 112:14 127:2 | **wait** 11:19,21 | **we've** 15:17 |
| 9:17 44:5,5 | | **wallack** 7:17 | 30:15 52:6 |
| 65:12 67:17 | | **walsh** 5:13 | |
| 70:3,4,11,11,12 | | | |

[we've - zoom]                                          Page 50

| | | |
|---|---|---|
| 78:14 127:16 | 142:3 144:2,5 | **y** |
| 143:25 178:3 | 162:9 | **yeah** 23:2 30:8 |
| **website** 66:8,9 | **words** 100:9 | 36:18 50:11,12 |
| 95:13 172:3 | 127:17 | 53:16 55:22 |
| 185:23,24 | **work** 11:11 | 82:23 87:6 |
| **wednesday** | 25:6,21 27:17 | 106:6,7 112:4 |
| 1:14 | 47:19 51:10,22 | 119:2 132:14 |
| **wellness** 40:11 | 54:9,14 55:5 | **year** 11:5 24:11 |
| **went** 37:4 | 56:2 58:3,5 | 29:19 41:22 |
| 130:6 144:6 | 59:20,25 60:6 | 45:9,9 87:20 |
| 167:21 173:22 | 60:13 77:17 | **years** 87:10 |
| **west** 6:11 8:5 | 93:2 105:23 | 93:21 100:2,19 |
| **whereof** 205:18 | 106:3 117:12 | 106:2 117:10 |
| **whispering** 9:6 | 119:10 | 133:24 |
| **whiteley** 4:9,11 | **worked** 46:22 | **york** 2:12,12,15 |
| **william** 7:20 | 87:12 90:8,11 | 4:5,5 5:6,6 6:5 |
| **windermere** | 105:20,22,25 | 6:5 9:24,24 |
| 13:3 | **working** 27:19 | 27:2,10 49:2,9 |
| **wish** 109:13 | 33:20 55:17,20 | 49:9 205:6 |
| **witness** 10:13 | 56:13 59:14 | **z** |
| 47:15 57:16 | 60:11,20 | **zalman** 3:8 |
| 62:5 65:16 | **works** 100:3,20 | **zhp** 5:20 73:6 |
| 112:13,17 | **written** 14:20 | 73:17 193:5,12 |
| 131:18,20 | 18:25 19:5 | 194:5,8,17,20 |
| 153:10 154:19 | 23:25 24:2 | **zhp's** 70:24 |
| 154:21 163:14 | 37:2,8 43:23 | 193:24 195:14 |
| 177:10 192:12 | **wrote** 132:9 | **zkass** 3:9 |
| 193:18 194:19 | **x** | **zoom** 3:22 4:12 |
| 197:25 201:4 | **x** 1:4,9 179:10 | 4:18,24 5:11 |
| 204:9 205:8,11 | 182:5,18 206:2 | 5:18,23 6:7,14 |
| 205:18 206:4 | 206:13 207:2,4 | 6:20 7:9,15,21 |
| **wmurtha** 7:21 | **xi** 170:3 | 8:8 139:14,20 |
| **women** 44:19 | **xii** 180:5 | 204:5 |
| **word** 19:23 | 184:17 | |
| 20:9 32:9 | | |

Veritext Legal Solutions

800-227-8440                                          973-410-4040

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.