# EXHIBIT F
## Filed Under Seal

# Exhibit G