# EXHIBITS 1-9

Filed Under Seal Pursuant to Protective Over