UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

### NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE OPINIONS OF PHILIP RUSS

**PLEASE TAKE NOTICE** that on May 1, 2023, or as soon thereafter as counsel may be heard, Defendants Torrent Pharmaceuticals Ltd., Torrent Pharma Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., Actavis LLC, Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "Defendants") shall move for an entry of Order excluding the opinions of Plaintiffs' expert, Philip Russ, pursuant to Federal Rules of Evidence 702 and 703.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter, and the Certification of Victoria Davis Lockard, Esq. together with exhibits; and

1

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  March 13, 2023

        Respectfully submitted,

        By: */s/ Victoria Davis Lockard*
            Victoria Davis Lockard

        GREENBERG TRAURIG, LLP
        Lori G. Cohen
        Victoria Davis Lockard
        Steven M. Harkins
        Terminus 200
        3333 Piedmont Road, N.E.,
        Suite 2500
        Atlanta, Georgia 30305
        (678) 553-2100
        (678) 553-2386 (facsimile)
        CohenL@gtlaw.com
        LockardV@gtlaw.com
        HarkinsS@gtlaw.com

        Gregory E. Ostfeld
        Tiffany M. Andras
        77 West Wacker Drive, Suite 3100
        Chicago, Illinois 60601
        Tel: (312) 456-8400
        ostfeldg@gtlaw.com
        andrast@gtlaw.com

        Brian H. Rubenstein
        1717 Arch Street, Suite 400
        Philadelphia, Pennsylvania

Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jessica Davidson (DC Bar No. 457021) (Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
Allison M. Brown
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Facsimile: (917) 777-2588
jessica.davidson@skadden.com
allison.brown@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Nina R. Rose
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 661-0525
nina.rose@skadden.com

*Counsel for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

3

                                        KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, a copy of the foregoing document was servedon all counsel of record via CM/ECF.

                                          By: */s/ Steven M. Harkins*
                                                Steven M. Harkins