UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>[PROPOSED] ORDER EXCLUDING THE OPINIONS OF PHILIP RUSS |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants Torrent Pharmaceuticals Ltd., Torrent Pharma Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., Actavis LLC, Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "Defendants") for entry of an order excluding the opinions of Plaintiffs' expert, Philip Russ, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

1

Defendants' Joint Motion to Exclude the Opinions of Philip Russ is Granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J.