UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875 <br><br> HON. ROBERT B. KUGLER <br> CIVIL NO. 19-2875 (RBK) |

### CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFFS' BRIEF IN SUPPORT OF DAUBERT MOTION TO PRECLUDE OPINIONS OF DEFENSE JOHN FLACK, M.D., M.P.H.

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn and serve as Court-appointed Plaintiffs' co-lead counsel to the Plaintiff's side. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' brief in support of Daubert motion to preclude opinions of defense expert John Flack, M.D., M.P.H.

2. Attached hereto as **Exhibit 1** to the Motion is a true and accurate copy of the Expert Report of John Flack, M.D., M.P.H.

3. Attached hereto as **Exhibit 2** to the Motion is a true and accurate copy of the February 1, 2023 Transcript of the videotaped deposition of John Flack, M.D., M.P.H.

                                    **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                                    *Attorneys for Plaintiffs*

|  |  |
|---|---|
|  | By: /s/ *Daniel A. Nigh* |
| Dated: March 13, 2023 | Daniel A. Nigh, Esq. |
|  | Nigh Goldenberg Rasoberg Raso |
|  | & Vaughn, PLLC |
|  | 712 H Street NE |
|  | DPT 32022 |
|  | Washington, D.C. 20002 |
|  | Ph: 202-792-7927 |
|  | Fax: 202-792-7927 |
|  | dnigh@nighgoldenberg.com |