UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

## CERTIFICATION OF DAVID J. STANOCH IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT TIMOTY E. KOSTY

I, **David J, Stanoch**, hereby certifies as follows:

1. I am an attorney at law licensed to practice in the State of New Jersey and admitted to the District of New Jersey. I am an attorney with Kanner & Whiteley, L.L.C. and serve as liaison counsel to the plaintiffs' side in this matter. I am familiar with the facts and circumstances of these actions. I make this certification in support of Plaintiffs' *Daubert* Motion to Preclude Opinions of Defense Expert Timothy E. Kosty.

2. Attached hereto as Exhibit 1 is a true and correct copy of Timothy Kosty's December 18, 2022 report in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of Timothy Kosty's January 12, 2022 report in this matter.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the rough transcript of Timothy Kosty's February 23, 2023 deposition in this matter.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of Timothy Kosty's February 24, 2022 deposition in this matter.

By: */s/ David J. Stanoch*
David J. Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp St.
New Orleans, LA 70130
(504) 524-5777 (t)
(504) 524-5763 (f)
d.stanoch@kanner-law.com

Dated: March 13, 2023