# EXHIBITS 1-4

Filed Under Seal Pursuant to Protective Over