# Exhibit 7

Redacted (full version filed under seal)