# Exhibit 8

Redacted (full version filed under seal)