# Exhibit 9

Redacted (full version filed under seal)