# Exhibit 10

Redacted (full version filed under seal)