# Exhibit 11

Redacted (full version filed under seal)