# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF VICTORIA DAVIS LOCKARD, ESQ.** |

VICTORIA DAVIS LOCKARD, ESQ., being of full age, certifies as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC. I make this Certification based on personal knowledge and in support of Defendants' Joint Motion to Exclude the Opinions of Philip Russ.

2. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Philip Russ, dated October 31, 2022, with Appendices A-B, served in MDL 2875. This document has been filed under seal because it contains information that has been designated as "PROTECTED INFORMATION" as defined in the applicable Amended Confidentiality and Protective Order [ECF No. 1661].

3. Attached hereto as Exhibit B is a true and accurate copy of the transcript of the deposition of Philip Russ, in MDL 2875, dated January 5, 2023.

Dated: March 13, 2023

Respectfully submitted,

/s/ *Victoria Davis Lockard*
Victoria Davis Lockard
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
Tel.: (678) 553-2103
Fax: (678) 553-2104
LockardV@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

By: */s/ Steven M. Harkins*
Steven M. Harkins