Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

March 23, 2023

**VIA ECF**

| | |
|---|---|
| The Hon. Robert B. Kugler<br>United States District Judge<br>USDJ, District of New Jersey<br>Mitchell H. Cohen Building & U.S. Courthouse<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 | Special Master<br>Hon. Thomas Vanaskie<br>Stevens & Lee<br>1500 Market Street, East Tower, 18th Floor<br>Philadelphia, PA 19103 |

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Judge Kugler and Judge Vanaskie:

I am writing as Liaison Counsel for Manufacturer Defendants to request that the Court enter the attached proposed order amending Case Management Order No. 29 to reflect the parties' agreement to a short extension of the current deadlines for filing opposition and reply briefs in connection with the parties' *Daubert* motions. The parties have also agreed that plaintiffs may file two briefs in opposition to defendants' Motion To Partially Exclude Opinions Of Drs. Stephen Hecht And Ramin Najafi (ECF No. 2292) in order to address each of these proposed experts separately, and that defendants may file two reply briefs in support of the motion.

As set forth in the attached proposed order, the new briefing deadlines agreed upon by the parties are as follows:

- Responsive briefs in opposition to *Daubert* motions: April 11, 2023

- Reply briefs in support of *Daubert* motions: April 25, 2023

The Honorable Robert B. Kugler
March 23, 2023
Page 2

Thank you for your consideration of this request.

Respectfully Submitted,

Jessica Davidson

Enclosure

CC: All Counsel (via ECF)