# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER AMENDING CERTAIN DEADLINES IN CASE MANAGEMENT ORDER NO. 29** |

## ORDER

**THE COURT RECOGNIZING** that the parties have agreed: (1) to a brief extension of the current deadlines for filing opposition and reply briefs in connection with the parties' *Daubert* motions that are set forth in Case Management Order No. 29 (as previously amended by the Court's February 24, 2023 Order (ECF No. 2271)); and (2) that plaintiffs may file two briefs in opposition to defendants' Motion To Partially Exclude Opinions Of Drs. Stephen Hecht And Ramin Najafi (ECF No. 2292) to address each of these witnesses separately and defendants may similarly file two separate reply briefs.

**THE COURT HEREIN AMENDING THE DEADLINES** set forth in Case Management Order No. 29 (as previously amended by the Court's February 24, 2023 Order (ECF No. 2271))

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

- Deadline for responsive briefs in opposition to *Daubert* motions: April 11, 2023

- Deadline for reply briefs in support of *Daubert* motions: April 25, 2023

- Plaintiffs may file two opposition briefs and defendants may file two reply briefs in connection with defendants' Motion To Partially Exclude Opinions Of Drs. Stephen Hecht And Ramin Najafi (ECF No. 2292) in order to address each of these witnesses separately.

_____
Hon. Robert B. Kugler, U.S.D.J.