IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**Camden Division**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** | Civil No. 19-02875 (RBK/JS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Christopher B. Henry of Buchanan Ingersoll & Rooney PC withdraws his appearance in this MDL on behalf of Defendant Albertson's LLC ("Albertson's"), in the above-captioned action, and requests that the Clerk of the Court remove the undersigned counsel from all mailing lists for this case.

Albertson's continues to be represented by other counsel at Buchanan Ingersoll & Rooney PC.

Dated:  March 24, 2023       Respectfully submitted,

/s/ *Christopher B. Henry*
Christopher B. Henry
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:   (704) 444-3475
Fax:   (704) 444-3490
Email: christopher.henry@bipc.com

*Counsel for Defendant Albertson's LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document be electronically served through the Court's CM/ECF system on all users registered with that system on March 24, 2023.

/s/ *Christopher B. Henry*
Christopher B. Henry
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:  (704) 444-3475
Fax:  (704) 444-3490
Email: christopher.henry@bipc.com

*Counsel for Defendant Albertson's LLC*