**SAUL EWING LLP**
*A Delaware LLP*
Andrea Cox
701 Brickell Ave.
17th Floor
Tel:  (305) 428-4500
andie.cox@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – CAMDEN DIVISION**

| | |
|---|---|
| IN RE:  VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION :  PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS) |
| And<br><br>RONALD J. HULL, EVAL HULL<br><br>Plaintiffs<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendants | CIVIL NO.: 21-02259 (RBK/KMW) |

41381336.2

-2-

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Please withdraw the appearance of Andrea Cox of Saul Ewing LLP as counsel for Defendant, Prime Therapeutics LLC, in the above-referenced matters.

Respectfully submitted,

**SAUL EWING LLP**
*A Delaware LLP*
Andrea Cox
701 Brickell Ave.
17th Floor
Tel:  (305) 428-4500
andie.cox@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

*/s/ Andrea Cox*

## CERTIFICATE OF SERVICE

41381336.2

I hereby certify that on the 28th day of March, 2023, a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.


/s/ *Andrea Cox*
Andrea Cox

41381336.2