

*Via ECF*                                                            **March 28, 2023**

Hon. Robert B. Kugler
United States District Court
 for the District of New Jersey
U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re: *In re Valsartan, Losartan, & Irbesartan Prods. Liab. Litig.*, 19-md-2875 (D.N.J.)

Dear Judge Kugler:

In anticipation of tomorrow's CMC, Plaintiffs attach their two responses to Defendants' Rule 23(f) petitions filed with the Third Circuit. Defendants' four petitions were attached to their motion to stay. Plaintiffs believe it benefits the Court to have both sides' positions as set forth in their respective briefing before the Third Circuit.

                                                         Respectfully,

                                                         Ruben Honik
                                                        **Honik LLC**
                                                        1515 Market Street, Suite 1100
                                                        Philadelphia, PA 19102
                                                        Tel: 267-435-1300
                                                        ruben@honiklaw.com

Encl.

cc:     all counsel (via ECF)