[ECF No. 9]

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 |
| THIS DOCUMENT RELATES TO:<br><br>MICHAEL SHEMES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARM, LTD. et al.,<br><br>Defendants. | Civil No. 21-20204 (RBK/SAK) |

## <u>ORDER</u>

This matter having come before the Court on the Motion to Substitute Party [ECF No. 9] filed by Plaintiffs Michael Shemes and Dolores Shemes (collectively, "Plaintiffs"); and there being no opposition to the motion; and Plaintiffs seeking to substitute Dolores Shemes, as Special Administrator of the Estate of Michael Shemes, in place of the late Plaintiff Michael Shemes pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed Plaintiffs' moving papers and submissions, the record in this matter, and the applicable law; and the Court exercising its discretion to decide Plaintiffs' motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **29th** day of **March**, **2023**, that Plaintiffs' Motion to Substitute Party [ECF No. 9] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket and case caption to reflect

"Dolores Shemes, individually and as Special Administrator of the Estate of Michael Shemes," as

Plaintiff in this matter.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Robert B. Kugler, U.S.D.J.