UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 29, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**              **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                FOR DEFENDANTS:
Ruben Honik, Esq.                  Jessica Davidson, Esq.

**NATURE OF PROCEEDINGS**:   HEARING ON [2275] MOTION TO STAY
PROCEEDINGS PENDING APPEAL

**DISPOSITION:**
Hearing on [2275] Motion to Stay Proceedings held on the record.
Ordered [2275] Motion to Stay denied for the reasons set forth on the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:10 p.m.     Time Adjourned: 1:55p.m.     Total Time in Court: 0:45