UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 29, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**                    **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Ruben Honik, Esq. | Victoria Lockard, Esq. |
| Daniel Nigh, Esq. | Greg Ostfeld, Esq. |
| Conlee Whiteley, Esq. | Jason Reefer, Esq. |
| Andres Rivero, Esq. | Frank Stoy, Esq. |
| Jorge Mestre, Esq. | D'lesli Davis, Esq. |
| Adam Slater, Esq. | Brittney Nagle, Esq. |
| Behram Parekh, Esq. | Simone Noonan, Esq. |
| David Stanoch, Esq. | Daniel Campbell, Esq. |
| George Williamson, Esq. | John Lavelle, Esq. |
| C. Brett Vaughn, Esq. | Jessica Davidson, Esq. |
| Rosemarie Riddell Bogdan, Esq. | Matthew Knepper, Esq. |
| Christopher Geddis, Esq. | Liza Walsh, Esq. |
| Elizabeth Quinby, Esq. | Jeffrey Geoppinger, Esq. |
| | Andrew Albero, Esq. |
| | Kristen Richer, Esq. |
| | William Murtha, Esq. |

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:05p.m.   Time Adjourned: 1:10p.m.   Total Time in Court: 0:05