UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re*: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>*This Document Relates to All Actions* | MDL No. 2875 (RBK-SAK) |

**KUGLER, U.S.D.J.**

## CASE MANAGEMENT ORDER NO. 31

**DEFENDANTS REQUESTING TO EXTEND** certain deadlines set forth in Doc. No. 2269;

**PLAINTIFFS AGREEING TO THE EXTENSIONS;**

**THE COURT HEREBY ORDERS** the deadlines for certain briefs relating to Rule 702 motions be amended as follows:

Deadline for opposition briefs to the motions to preclude under Rule 702 reports of liability experts: 11 Apr 23;

Deadline for reply briefs in support of motions to preclude under Rule 702 reports of liability experts: 25 Apr 23; and

**THE COURT FURTHER ORDERS** that:

Plaintiffs may submit two separate opposition briefs to defendants' motion to partially exclude the opinion of Dr. Stephen Hecht and of Dr. Ramin Najafi (Doc. No. 2292), one brief concerning Dr. Hecht's opinion and one brief concerning Dr. Najafi's opinion; and

Defendants may likewise submit two separate reply briefs in support of their motion to partially exclude the opinions of these experts, one brief concerning Dr. Hecht's opinion and the one brief concerning Dr. Najafi's opinion.

Dated: 29 March 2023                     /s Robert B. Kugler
                                         Honorable Robert B. Kugler
                                         United States District Judge