```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

_____
                                   CIVIL ACTION NUMBER:
IN RE:  VALSARTAN PRODUCTS
LIABILITY LITIGATION               19-md-02875

_____       CASE MANAGEMENT CONFERENCE

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        March 29, 2023
        Commencing at 1:06 p.m.

B E F O R E:            THE HONORABLE ROBERT B. KUGLER
                        UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:


        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
        103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiffs


        HONIK LLC
        BY:  RUBEN HONIK, ESQUIRE
        1515 Market Street, Suite 1100
        Philadelphia, Pennsylvania  191032
        For the Plaintiffs


        KANNER & WHITELEY, LLC
        BY:  CONLEE S. WHITELEY, ESQUIRE
        701 Camp Street
        New Orleans, Louisiana  70130
        For the Plaintiffs

             Ann Marie Mitchell, Official Court Reporter
                AnnMarie_Mitchell@njd.uscourts.gov
                        (856) 576-7018

     Proceedings recorded by mechanical stenography; transcript
             produced by computer-aided transcription.
```

```
 1  A P P E A R A N C E S (Continued):

 2      LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR, P.A.
        BY:  DANIEL A. NIGH, ESQUIRE
 3      316 S. Baylen, Suite 600
        Pensacola, Florida 32502
 4      For the Plaintiffs

 5

        KIRTLAND & PACKARD LLP
 6      BY:  BEHRAM V. PAREKH, ESQUIRE
        1638 South Pacific Coast Highway
 7      Redondo Beach, California  90277
        For the Plaintiffs
 8

 9      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        BY:  JESSICA DAVIDSON, ESQUIRE
10      1440 New York Avenue, N.W.
        Washington, DC 20005
11      For the Defendants, Prinston Pharmaceuticals,
        Solco Healthcare U.S. LLC, and  Zhejiang Huahai
12      Pharmaceuticals Ltd.

13
        GREENBERG TRAURIG LLP
14      BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
        3333 Piedmont Road, NE, Suite 2500
15      Atlanta, Georgia  30305

16      - and-

17      BY:  GREGORY E. OSTFELD,  ESQUIRE
        77 West Wacker Drive, Suite 3100
18      Chicago, Illinois 60601
        For the Defendants, Teva Pharmaceutical Industries Ltd.,
19      Teva Pharmaceuticals USA, Inc., Actavis LLC,
        and Actavis Pharma, Inc.
20

21
    ALSO PRESENT:
22
        LORETTA SMITH, ESQUIRE
23      Judicial Law Clerk to The Honorable Robert B. Kugler

24      Larry MacStravic, Courtroom Deputy

25
```

1         (PROCEEDINGS held in open court before The Honorable
2    ROBERT B. KUGLER at 1:06 p.m.)
3         THE COURT:  Thanks everybody, have a seat.  Welcome
4    back.
5         You're all thrilled to be in Camden in the spring.
6    Right?  Sort of?  Maybe?
7         All right.
8         Ms. Mitchell, do we need the lawyers to identify
9    themselves before they speak, or do you have a good grasp on
10   who's who?
11        COURT REPORTER:  Anybody who is up at the front I
12   know, with the exception of this gentleman here.
13        Who are you?
14        MR. NIGH:  Daniel Nigh for the plaintiffs.
15        COURT REPORTER:  I am good.  Thank you, Your Honor.
16        THE COURT:  Good.  Well, if you have a problem, give
17   us a heads up.
18        COURT REPORTER:  I will.  Thank you.
19        THE COURT:  A couple things we need to discuss today.
20   I want to discuss first the March 23rd letter from
21   Ms. Davidson at Skadden about extending the deadlines.
22        I understand the plaintiffs have no objection.
23   Correct?
24        MR. SLATER:  We agree, Your Honor.
25        THE COURT:  We'll enter that order.  That takes care

 1  of that.
 2          Then we have the agenda items about the orders to
 3  show cause.  And apparently only the fourth one, Czajkowski
 4  I'm going to pronounce it, C-Z-A-J-K-O-W-S-K-I, is the only
 5  one that survives, because you want to list that at the next
 6  conference.
 7          Barbara Knudson, K-N-U-D-S-D-O-N, and Balay,
 8  B-A-L-A-Y, the orders to show cause will be dismissed.
 9  Correct?
10          MS. LOCKARD:  Correct, Your Honor.
11          This is Victoria Lockard, for the record.
12          THE COURT:  You have four you wish to list for orders
13  to show cause.
14          Any updates on those?
15          MS. LOCKARD:  The only update we have is on the
16  Andreotti case, Your Honor.  It has been cured and can be
17  removed.
18          The other three, Calhoun, Lalonde, and Trautman,
19  we're asking to have relisted and returnable at the next CMC
20  in those three matters.
21          THE COURT:  Anybody here for the estate of Juanita
22  Calhoun?
23          (No response.)
24          THE COURT:  Anybody here wants to be heard on the
25  matter of Nancy Lalonde, L-A-L-O-N-D-E?

1       MR. PAREKH: Your Honor, Behram Parekh.
2       This is not my plaintiff, but we've been contacted by
3  the attorney for Ms. Lalonde, and he says he's working with
4  defendants to cure. He just wanted us to report that.
5       THE COURT: Okay. Well, you know, we'll list it for
6  an order to show cause, and obviously we can dismiss it,
7  dismiss the order to show cause if it gets worked out before
8  then. Okay?
9       MR. PAREKH: Thank you, Your Honor.
10      THE COURT: And last Yvonne Trautman,
11 T-R-A-U-T-M-A-N.
12      Anybody want to be heard on that matter?
13      (No response.)
14      THE COURT: All right. Those three matters will be
15 listed for an order to show cause returnable at the next
16 conference.
17      And then we have 12 new ones that you want to list a
18 second time.
19      Any updates on any of those?
20      MS. LOCKARD: That's correct, Your Honor. No updates
21 on those. And we request that the 12 listed on the letter be
22 moved forward to the next status conference.
23      THE COURT: All right. Estate of Joseph Kreseski,
24 anybody here on that?
25      (No response.)

```
 1              THE COURT:  Deborah Bixler, anybody here on that?
 2              (No response.)
 3              THE COURT:  Estate of Arlene Cohen, anybody here on
 4   that?
 5              (No response.)
 6              THE COURT:  Mark Emamder, E-M-A-M-D-E-R, anybody here
 7   on that?
 8              (No response.)
 9              THE COURT:  Diane Hardwick, anybody want to be heard
10   on that?
11              (No response.)
12              THE COURT:  Estate of Hamid Ahmadi, A-H-M-A-D-I,
13   anybody want to be heard on that?
14              (No response.)
15              THE COURT:  Michael Goss, G-O-S-S, anybody want to be
16   heard on that?
17              (No response.)
18              THE COURT:  Estate of Steven Jiles, J-I-L-E-S,
19   anybody want to be heard on that?
20              (No response.)
21              THE COURT:  Thomas Twardowsky, anybody want to be
22   heard on that?
23              (No response.)
24              THE COURT:  Donald Seifert, S-E-I-F-E-R-T, anybody
25   want to be heard on that?
```

```
 1                (No response.)
 2                THE COURT:  Rafael Feria, F-E-R-I-A, anybody want to
 3     be heard on that?
 4                (No response.)
 5                THE COURT:  And Mina Cole, C-O-L-E, anybody want to
 6     be heard on that?
 7                (No response.)
 8                THE COURT:  All right.  We will relist them for
 9     second listing at the next conference.
10                MS. LOCKARD:  Thank you, Judge.
11                (Proceedings concluded at 1:11 p.m.)
12                               -  -  -
13                I certify that the foregoing is a correct transcript
14     from the record of proceedings in the above-entitled matter.
15
16     /S/ Ann Marie Mitchell        30th day of March, 2023
17     Court Reporter/Transcriber    Date
```

| / | A | | | | |
|---|---|---|---|---|---|
| /S [1] - 7:16 | above-entitled [1] - 7:14 | concluded [1] - 7:11 | exception [1] - 3:12 | JILES [1] - 6:18 | |
| | | CONFERENCE [1] - 1:5 | extending [1] - 3:21 | Joseph [1] - 5:23 | |
| **0** | Actavis [2] - 2:19, 2:19 | conference [4] - 4:6, 5:16, 5:22, 7:9 | **F** | Juanita [1] - 4:21 | |
| 07068 [1] - 1:14 | ACTION [1] - 1:3 | CONLEE [1] - 1:20 | Feria [1] - 7:2 | Judge [1] - 7:10 | |
| 08101 [1] - 1:7 | ADAM [1] - 1:13 | contacted [1] - 5:2 | FERIA [1] - 7:2 | JUDGE [1] - 1:10 | |
| | agenda [1] - 4:2 | Continued [1] - 2:1 | first [1] - 3:20 | Judicial [1] - 2:23 | |
| **1** | agree [1] - 3:24 | Cooper [1] - 1:7 | FLOM [1] - 2:9 | **K** | |
| 103 [1] - 1:13 | Ahmadi [1] - 6:12 | correct [5] - 3:23, 4:9, 4:10, 5:20, 7:13 | Florida [1] - 2:3 | KANNER [1] - 1:19 | |
| 1100 [1] - 1:17 | AHMADI [1] - 6:12 | couple [1] - 3:19 | foregoing [1] - 7:13 | KATZ [1] - 1:12 | |
| 12 [2] - 5:17, 5:21 | aided [1] - 1:25 | COURT [4] - 1:1, 3:11, 3:15, 3:18 | forward [1] - 5:22 | KIRTLAND [1] - 2:5 | |
| 1440 [1] - 2:10 | ALSO [1] - 2:21 | court [1] - 3:1 | four [1] - 4:12 | KNUDSDON [1] - 4:7 | |
| 1515 [1] - 1:17 | Andreotti [1] - 4:16 | Court [2] - 1:22, 7:17 | fourth [1] - 4:3 | Knudson [1] - 4:7 | |
| 1638 [1] - 2:6 | Ann [1] - 7:16 | Courthouse [1] - 1:6 | FREEMAN [1] - 1:12 | Kreseski [1] - 5:23 | |
| 19-md-02875 [1] - 1:4 | ann [1] - 1:22 | Courtroom [1] - 2:24 | front [1] - 3:11 | KUGLER [2] - 1:9, 3:2 | |
| 191032 [1] - 1:17 | AnnMarie_Mitchell@njd.uscourts.gov [1] - 1:23 | cure [1] - 5:4 | **G** | Kugler [1] - 2:23 | |
| 1:06 [2] - 1:8, 3:2 | | cured [1] - 4:16 | gentleman [1] - 3:12 | **L** | |
| 1:11 [1] - 7:11 | Arlene [1] - 6:3 | Czajkowski [1] - 4:3 | Georgia [1] - 2:15 | Lalonde [3] - 4:18, 4:25, 5:3 | |
| | ARPS [1] - 2:9 | CZAJKOWSKI [1] - 4:4 | Goss [1] - 6:15 | LALONDE [1] - 4:25 | |
| **2** | Atlanta [1] - 2:15 | | GOSS [1] - 6:15 | larry [1] - 2:24 | |
| 20005 [1] - 2:10 | attorney [1] - 5:3 | **D** | grasp [1] - 3:9 | last [1] - 5:10 | |
| 2023 [2] - 1:8, 7:16 | Avenue [1] - 2:10 | DANIEL [1] - 2:2 | GREENBERG [1] - 2:13 | Law [1] - 2:23 | |
| 23rd [1] - 3:20 | **B** | Daniel [1] - 3:14 | GREGORY [1] - 2:17 | lawyers [1] - 3:8 | |
| 2500 [1] - 2:14 | Balay [1] - 4:7 | Date [1] - 7:17 | **H** | letter [2] - 3:20, 5:21 | |
| 29 [1] - 1:8 | BALAY [1] - 4:8 | Davidson [1] - 3:21 | Hamid [1] - 6:12 | LEVIN [1] - 2:2 | |
| **3** | Barbara [1] - 4:7 | DAVIDSON [1] - 2:9 | Hardwick [1] - 6:9 | LIABILITY [1] - 1:4 | |
| 30305 [1] - 2:15 | Baylen [1] - 2:3 | DAVIS [1] - 2:14 | heads [1] - 3:17 | list [4] - 4:5, 4:12, 5:5, 5:17 | |
| 30th [1] - 7:16 | Beach [1] - 2:7 | DC [1] - 2:10 | Healthcare [1] - 2:11 | listed [2] - 5:15, 5:21 | |
| 3100 [1] - 2:17 | Behram [1] - 5:1 | deadlines [1] - 3:21 | heard [10] - 4:24, 5:12, 6:9, 6:13, 6:16, 6:19, 6:22, 6:25, 7:3, 7:6 | listing [1] - 7:9 | |
| 316 [1] - 2:3 | BEHRAM [1] - 2:6 | Deborah [1] - 6:1 | held [1] - 3:1 | LITIGATION [1] - 1:4 | |
| 32502 [1] - 2:3 | Bixler [1] - 6:1 | Defendants [2] - 2:11, 2:18 | Highway [1] - 2:6 | LLC [5] - 1:12, 1:16, 1:19, 2:11, 2:19 | |
| 3333 [1] - 2:14 | Building [1] - 1:6 | defendants [1] - 5:4 | HONIK [2] - 1:16, 1:16 | LLP [3] - 2:5, 2:9, 2:13 | |
| **4** | **C** | Deputy [1] - 2:24 | Honor [7] - 3:15, 3:24, 4:10, 4:16, 5:1, 5:9, 5:20 | Lockard [1] - 4:11 | |
| 4th [1] - 1:7 | Calhoun [2] - 4:18, 4:22 | Diane [1] - 6:9 | HONORABLE [1] - 1:9 | LOCKARD [5] - 2:14, 4:10, 4:15, 5:20, 7:10 | |
| **5** | California [1] - 2:7 | discuss [2] - 3:19, 3:20 | Honorable [2] - 2:23, 3:1 | LORETTA [1] - 2:22 | |
| 576-7018 [1] - 1:23 | Camden [2] - 1:7, 3:5 | dismiss [2] - 5:6, 5:7 | Huahai [1] - 2:11 | Louisiana [1] - 1:21 | |
| **6** | Camp [1] - 1:20 | dismissed [1] - 4:8 | | Ltd [2] - 2:12, 2:18 | |
| 600 [1] - 2:3 | care [1] - 3:25 | DISTRICT [3] - 1:1, 1:1, 1:10 | **I** | **M** | |
| 60601 [1] - 2:18 | case [1] - 4:16 | Donald [1] - 6:24 | identify [1] - 3:8 | MacStravic [1] - 2:24 | |
| **7** | CASE [1] - 1:5 | Drive [1] - 2:17 | Illinois [1] - 2:18 | MANAGEMENT [1] - 1:5 | |
| 701 [1] - 1:20 | certify [1] - 7:13 | **E** | Inc [2] - 2:19, 2:19 | March [3] - 1:8, 3:20, 7:16 | |
| 70130 [1] - 1:21 | Chicago [1] - 2:18 | Eisenhower [1] - 1:13 | Industries [1] - 2:18 | Marie [2] - 1:22, 7:16 | |
| 77 [1] - 2:17 | CIVIL [1] - 1:3 | Emamder [1] - 6:6 | items [1] - 4:2 | Mark [1] - 6:6 | |
| **8** | Clerk [1] - 2:23 | EMAMDER [1] - 6:6 | **J** | Market [1] - 1:17 | |
| 856 [1] - 1:23 | CMC [1] - 4:19 | enter [1] - 3:25 | JERSEY [1] - 1:1 | matter [3] - 4:25, 5:12, 7:14 | |
| **9** | Coast [1] - 2:6 | entitled [1] - 7:14 | Jersey [2] - 1:7, 1:14 | matters [2] - 4:20, 5:14 | |
| 90277 [1] - 2:7 | Cohen [2] - 1:6, 6:3 | ESQUIRE [9] - 1:13, 1:16, 1:20, 2:2, 2:6, 2:9, 2:14, 2:17, 2:22 | JESSICA [1] - 2:9 | MAZIE [1] - 1:12 | |
| | Cole [1] - 7:5 | estate [5] - 4:21, 5:23, 6:3, 6:12, 6:18 | Jiles [1] - 6:18 | | |
| | COLE [1] - 7:5 | | | | |
| | Commencing [1] - 1:8 | | | | |
| | computer [1] - 1:25 | | | | |
| | computer-aided [1] - 1:25 | | | | |

**MEAGHER** [1] - 2:9
**mechanical** [1] - 1:24
**Michael** [1] - 6:15
**Mina** [1] - 7:5
**MITCHELL** [1] - 2:2
**Mitchell** [4] - 1:6, 1:22, 3:8, 7:16
**moved** [1] - 5:22
**MR** [4] - 3:14, 3:24, 5:1, 5:9
**MS** [4] - 4:10, 4:15, 5:20, 7:10

**N**

**N.W** [1] - 2:10
**Nancy** [1] - 4:25
**NE** [1] - 2:14
**need** [2] - 3:8, 3:19
**new** [1] - 5:17
**NEW** [1] - 1:1
**New** [4] - 1:7, 1:14, 1:21, 2:10
**next** [5] - 4:5, 4:19, 5:15, 5:22, 7:9
**NIGH** [2] - 2:2, 3:14
**Nigh** [1] - 3:14
**NUMBER** [1] - 1:3

**O**

**objection** [1] - 3:22
**obviously** [1] - 5:6
**Official** [1] - 1:22
**one** [2] - 4:3, 4:5
**ones** [1] - 5:17
**open** [1] - 3:1
**order** [4] - 3:25, 5:6, 5:7, 5:15
**orders** [3] - 4:2, 4:8, 4:12
**Orleans** [1] - 1:21
**OSTFELD** [1] - 2:17

**P**

**P.A** [1] - 2:2
**p.m** [3] - 1:8, 3:2, 7:11
**Pacific** [1] - 2:6
**PACKARD** [1] - 2:5
**PAPANTONIO** [1] - 2:2
**Parekh** [1] - 5:1
**PAREKH** [3] - 2:6, 5:1, 5:9
**Parkway** [1] - 1:13
**Pennsylvania** [1] - 1:17
**Pensacola** [1] - 2:3
**Pharma** [1] - 2:19
**Pharmaceutical** [1] - 2:18
**Pharmaceuticals** [3] - 2:11, 2:12, 2:19
**Philadelphia** [1] - 1:17
**Piedmont** [1] - 2:14
**plaintiff** [1] - 5:2
**Plaintiffs** [5] - 1:14, 1:18, 1:21, 2:4, 2:7
**plaintiffs** [2] - 3:14, 3:22
**PRESENT** [1] - 2:21
**Prinston** [1] - 2:11
**problem** [1] - 3:16
**proceedings** [1] - 7:14
**PROCEEDINGS** [1] - 3:1
**Proceedings** [2] - 1:24, 7:11
**PROCTOR** [1] - 2:2
**produced** [1] - 1:25
**PRODUCTS** [1] - 1:4
**pronounce** [1] - 4:4

**R**

**Rafael** [1] - 7:2
**RAFFERTY** [1] - 2:2
**RE** [1] - 1:4
**record** [2] - 4:11, 7:14
**recorded** [1] - 1:24
**Redondo** [1] - 2:7
**relist** [1] - 7:8
**relisted** [1] - 4:19
**removed** [1] - 4:17
**report** [1] - 5:4
**REPORTER** [3] - 3:11, 3:15, 3:18
**Reporter** [1] - 1:22
**Reporter/Transcriber** [1] - 7:17
**request** [1] - 5:21
**response** [14] - 4:23, 5:13, 5:25, 6:2, 6:5, 6:8, 6:11, 6:14, 6:17, 6:20, 6:23, 7:1, 7:4, 7:7
**returnable** [2] - 4:19, 5:15
**Road** [1] - 2:14
**ROBERT** [2] - 1:9, 3:2
**Robert** [1] - 2:23
**Roseland** [1] - 1:14
**RUBEN** [1] - 1:16

**S**

**seat** [1] - 3:3
**second** [2] - 5:18, 7:9
**SEIFERT** [1] - 6:24
**Seifert** [1] - 6:24
**show** [6] - 4:3, 4:8, 4:13, 5:6, 5:7, 5:15
**SKADDEN** [1] - 2:9
**Skadden** [1] - 3:21
**SLATE** [1] - 2:9
**SLATER** [3] - 1:12, 1:13, 3:24
**SMITH** [1] - 2:22
**Solco** [1] - 2:11
**sort** [1] - 3:6
**South** [1] - 2:6
**spring** [1] - 3:5
**STATES** [2] - 1:1, 1:10
**status** [1] - 5:22
**stenography** [1] - 1:24
**Steven** [1] - 6:18
**Street** [2] - 1:17, 1:20
**Streets** [1] - 1:7
**Suite** [4] - 1:17, 2:3, 2:14, 2:17
**survives** [1] - 4:5

**T**

**T-R-A-U-T-M-A-N** [1] - 5:11
**Teva** [2] - 2:18, 2:19
**THE COURT** [23] - 3:3, 3:16, 3:19, 3:25, 4:12, 4:21, 4:24, 5:5, 5:10, 5:14, 5:23, 6:1, 6:3, 6:6, 6:9, 6:12, 6:15, 6:18, 6:21, 6:24, 7:2, 7:5, 7:8
**themselves** [1] - 3:9
**THOMAS** [1] - 2:2
**Thomas** [1] - 6:21
**three** [3] - 4:18, 4:20, 5:14
**thrilled** [1] - 3:5
**today** [1] - 3:19
**transcript** [2] - 1:24, 7:13
**transcription** [1] - 1:25
**TRAURIG** [1] - 2:13
**Trautman** [2] - 4:18, 5:10
**Twardowsky** [1] - 6:21

**U**

**U.S** [2] - 1:6, 2:11
**UNITED** [2] - 1:1, 1:10
**up** [2] - 3:11, 3:17
**update** [1] - 4:15
**updates** [3] - 4:14, 5:19, 5:20
**USA** [1] - 2:19

**V**

**VALSARTAN** [1] - 1:4
**Victoria** [1] - 4:11
**VICTORIA** [1] - 2:14

**W**

**Wacker** [1] - 2:17
**wants** [1] - 4:24
**Washington** [1] - 2:10
**welcome** [1] - 3:3
**West** [1] - 2:17
**WHITELEY** [2] - 1:19, 1:20
**wish** [1] - 4:12

**Y**

**York** [1] - 2:10
**Yvonne** [1] - 5:10

**Z**

**Zhejiang** [1] - 2:11