UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re*: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>*This Document Relates to All Actions* | MDL No. 2875 (RBK-SAK)<br><br>**Order Denying Motion to Stay Proceedings Pending Resolution of Petitions to Appeal Class Certification Order under Rule 23(f)** |

**KUGLER, U.S.D.J.**

    **DEFENDANTS FILING A JOINT MOTION** ["the motion"] (Doc. No . 2275) to stay proceedings in this Multi-District Litigation ["MDL"] pending resolution of defendants' Rule 23(f) petitions before the U.S. Court of Appeals for the Third Circuit for leave to appeal this Court's class certification order (Doc. No. 2262);

    **PLAINTIFFS OPPOSING** the motion in Doc. No. 2283;

    **DEFENDANTS REPLYING** to Plaintiffs' opposition in Doc. No. 2304;

    **THE COURT HEARING** oral argument on the motion at the MDL Case Management Conference on 29 March 2023, and

    for the reasons expressed on the record in the transcript of that oral argument (Doc. No. 2316),

    **THE COURT DENIES THE MOTION.**

Dated: 3 April 2023                               /s Robert B. Kugler
                                                                         Honorable Robert B. Kugler
                                                                         United States District Judge