# EXHIBIT 1

Page 1

1      UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF NEW JERSEY
3              MDL No. 2875
4    _____
5  IN RE: VALSARTAN, PRODUCTS       )
   LIABILITY LITIGATION            )
6                                   )
                                    )
7                                   )
                                    )
8  TESTIMONY OF:            )
                                    )
9  Stephen Hecht, Ph.D.         )
                                    )
10                                  )
   - - - - - - - - - - - - - - - -
11
              August 17, 2021
12              9:00 a.m.
13
14     TRANSCRIPT of the stenographic notes of the video
15  recorded proceedings in the above-entitled matter, as
16  taken by and before Sara K. Killian, a Registered
17  Professional Reporter, Certified Court Reporter and Notary
18  Public, remotely via Zoom videoconferencing.
19
20
21
22
23
24
25

Page 2

1  A P P E A R A N C E S :
2
3  MAZIE SLATER KATZ & FREEMAN, LLC
4  Attorneys for Plaintiffs
5  103 Eisenhower Parkway, Second Floor
6  Roseland, New Jersey  07068
7  BY: ADAM SLATER, ESQ.
8     CHRISTOPHER GEDDIS, ESQ.
9     JULIA SLATER, ESQ.
10
11
12
13  MARTIN HARDING & MAZZOTTI, LLP
14  Attorneys for Plaintiffs
15  100 Park Avenue Center, 16th Floor
16  New York, New York  10017
17  BY: ROSEMARIE RIDDELL BOGDAN, ESQ.
18
19
20  GOLOMB & HONIK, PC
21  Attorneys for Plaintiffs
22  1835 Market Street, #2900
23  Philadelphia, Pennsylvania  19103
24  BY: RUBEN HONIK, ESQ.
25

Page 3

1  A P P E A R A N C E S: (cont'd)
2
3  PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
4  Attorneys for Mylan Pharmaceuticals Inc., Mylan
5     Laboratories Ltd., Mylan Inc., and Mylan N.V.
6  One Oxford Centre
7  301 Grant Street
8  Pittsburgh, Pennsylvania  15219
9  BY: CLEM TRISCHLER, ESQ.
10     FRANK STOY, ESQ.
11     TIFFANY GRIMES, Paralegal
12
13
14
15  BARNES & THORNBURG, LLP
16  Attorneys for CVS and Rite Aid
17  11 South Meridian Street
18  Indianapolis, Indiana  46204
19  BY: KARA KAPKE, ESQ.
20
21
22
23
24
25

Page 4

1  A P P E A R A N C E S: (cont'd)
2
3  GREENBERG TRAURIG, LLP
4  Attorneys for Teva Pharmaceuticals USA
5  333 SE 2nd Avenue, Suite 4400
6  Miami, Florida  33131
7  BY: STEPHEN FOWLER, ESQ.
8     VICTORIA LOCKARD, ESQ.
9
10
11
12  WALSH PIZZI O'REILLY FALANGA
13  Attorneys for Teva Pharmaceuticals USA
14  One Riverfront Plaza
15  1037 Raymond Boulevard, Suite 600
16  Newark, New Jersey  07102
17  BY: CHRISTINE GANNON, ESQ.
18
19
20  CIPRIANI & WERNER, PC
21  Attorneys for Aurobindo Pharma USA, Inc.
22  450 Sentry Parkway, Suite 200
23  Blue Bell, Pennsylvania  19422
24  BY: JILL FERTEL, ESQ.
25

Page 5

1 A P P E A R A N C E S : (cont'd)
2
3 DUANE MORRIS, LLP
4 Attorneys for Prinston Pharmaceutical Inc., Zhejiang
5    Huahai Pharmaceutical Co., Ltd., Solco Healthcare
6    US, LLC, Huahai US, Inc., Walmart Stores, Inc.,
7    and Walgreen Co.
8 1875 NW Corporate Boulevard, Suite 300
9 Boca Raton, Florida  33431
10 BY: PATRICK C. GALLAGHER, ESQ.
11
12
13
14
15 HINSHAW & CULBERTSON, LLP
16 Attorneys for HJ Harkins and Scigen
17 53 State Street, 27th Floor
18 Boston, Massachusetts  02109
19 BY: KATHLEEN E. KELLY, ESQ.
20
21
22
23
24
25

Page 6

1 A P P E A R A N C E S : (cont'd)
2
3 FALKENBERG IVES, LLP
4 Attorneys for Humana Pharmacy
5 230 W. Monroe, Suite 2220
6 Chicago, Illinois  60606
7 BY: KIRSTEN IVES, ESQ.
8
9
10
11 HILL WALLACK, LLP
12 Attorneys for Hetero Drugs Ltd. and Hetero Labs Ltd.
13 21 Roszel Road
14 Princeton, New Jersey  08543
15 BY: NAKUL Y. SHAH, ESQ.
16    CARLOS S. DeHART, ESQ.
17
18
19
20 BUCHANAN INGERSOLL & ROONEY, PC
21 Attorneys for Albertson's LLC
22 227 West Trade Street, Suite 600
23 Charlotte, North Carolina  28202
24 BY: CHRISTOPHER B. HENRY, ESQ.
25

Page 7

1 A P P E A R A N C E S : (cont'd)
2
3 HUSCH BLACKWELL, LLP
4 Attorneys for Express Script, Inc.
5 190 Carondelet Plaza, Suite 600
6 St. Louis, Missouri  63105
7 BY: JAMES SPRUNG, ESQ.
8
9
10
11
12
13
14 ALSO PRESENT:
15    WILLIAM MILLER, Veritext Videographer
16
17
18
19
20
21
22
23
24
25

Page 8

1        I N D E X
2
3 WITNESS      EXAMINATION BY      PAGE
4 Dr. Hecht    Mr. Trischler    12
5              Mr. Fowler      309
6              Ms. Kapke       390
7
8        E X H I B I T S
9 EXHIBITS       DESCRIPTION        PAGE
10 Exhibit 1    Expert Report of Stephen    18
             Hecht, Ph.D., 7/6/21
11
    Exhibit 2    Curriculum vitae of      33
12            Stephen Hecht, Ph.D.
13 Exhibit 3    "Plaintiffs' Disclosure    36
             of Cancer Types"
14
    Exhibit 4    "Comparative           67
15            Tumorigenicity and DNA
             Methylation in F344 Rats
16            by
             4-(Methylnitrosamino)-1-(
17            3-pyridyl)-1-butanone and
             N-nitrosodimethylamine"
18            by Stephen Hecht, et al
19 Exhibit 5    Invoices             102
20 Exhibit 6    "Pharmacokinetics of     113
             N-nitrosodimethylamine in
21            beagles" by C.T. Gombar,
             et al
22
23
24
25

Page 9

E X H I B I T S

| EXHIBITS | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 7 | "The Production of Malignant Primary Hepatic Tumours in the Rat by Feeding Dimethylnitrosamine" by P.N. Magee and J.M. Barnes | 118 |
| Exhibit 8 | "Effects on 4080 Rats of Chronic Ingestion of N-Nitrosodiethylamine or N-Nitrosodimethylamine: A Detailed Dose-Response Study" by Richard Peto, et al | 123 |
| Exhibit 9 | "Pharmacokinetics of N-nitrosodimethylamine in swine" by C.T. Gombar, et al | 125 |
| Exhibit 10 | Agents Classified by the IARC Monographs, Volumes 1-123 | 142 |
| Exhibit 11 | "Information about Nitrosamine Impurities in Medications" | 159 |
| Exhibit 12 | "Critical Review of Major Sources of Human Exposure to N-nitrosamines" by Adam J. Gushgari and Rolf U. Halden | 174 |
| Exhibit 13 | "Nitrosamines as Impurities in Drugs, Health Risk Assessment and Mitigation Public Workshop" | 199 |
| Exhibit 14 | "Permitted Daily Exposure Limits for Noteworthy N-nitrosamines" by George E. Johnson, et al | 207 |

Page 10

E X H I B I T S

| EXHIBITS | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 15 | "High-Fat Foods and the Risk of Lung Cancer" by Marc T. Goodman, et al | 219 |
| Exhibit 16 | "Risk of Colorectal and Other Gastro-Intestinal Cancers After Exposure to Nitrate, Nitrite and N-Nitroso Compounds: A Follow-Up Study" by Paul Knekt, et al | 224 |
| Exhibit 17 | "N-nitroso Compounds and Cancer Incidence: The European Prospective Investigation into Cancer and Nutrition" by Yet Hua Loh, et al | 234 |
| Exhibit 18 | "Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis" by Peng Song, et al | 243 |
| Exhibit 19 | Exhibit 2: Documents Reviewed | 261 |
| Exhibit 20 | Table of Contents | 264 |
| Exhibit 21 | "Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study" by Anton Pottegård, et al | 273 |
| Exhibit 22 | "N-nitrosodimethylamine-C ontaminated Valsartan and the Risk of Cancer" by Willy Gomm, et al | 282 |

Page 11

E X H I B I T S

| EXHIBITS | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 23 | Defendants' Notice of Videotaped Deposition of Stephen Hecht, Ph.D. | 309 |
| Exhibit 24 | "Interspecies Scaling of the Pharmacokinetics of N-nitrosodimethylamine" by Charles Gombar, et al | 325 |
| Exhibit 25 | FDA Transcript, March 29, 2021 | 383 |
| Exhibit 26 | FDA Transcript, March 30, 2021 | 383 |

R E Q U E S T S :

| Production requested | Page 347 |
| --- | --- |

Page 12

1   THE VIDEOGRAPHER:  Good morning.  We
2  are going on the record at 9:13 a.m. on
3  August 17, 2021.  This is media unit one of
4  the video recorded deposition of Steven
5  Hecht, PhD in the matter of the valsartan,
6  losartan case.
7   My name is William Miller from the
8  firm Veritext Legal Solutions.  I'm the
9  videographer.  The court reporter is Sara
10  Killian from the firm Veritext Legal
11  Solutions.
12   All counsel is noted on the
13  stenographic record.
14   Will the court reporter please swear
15  in the witness and we can begin?
16  S T E P H E N   H E C H T , P h D, after having
17  first been duly sworn, was examined and testified
18  as follows:
19   MR. TRISCHLER:  Dr. Hecht, good
20  morning.
21   THE WITNESS:  Good morning.
22   MR. TRISCHLER:  Before we begin, I
23  just want to confirm on the record an
24  agreement that Mr. Slater and I reached
25  before the beginning of this deposition.

Page 13

1    This is the time and place set for
2    the deposition of Dr. Steven Hecht. Dr.
3    Hecht issued a report dated July 6th, 2021
4    and we're here today to take his deposition
5    on issues relating to causation opinions that
6    Dr. Hecht has or may have or wishes to
7    testify about in connection with the
8    valsartan multi-district litigation.
9    The report of July 6, 2021 includes
10   opinions and potential areas of testimony
11   that go beyond the issue of causation and get
12   into what I would consider to be other
13   liability issues.
14   I believe the agreement of the
15   parties is that any inquiry of Dr. Hecht on
16   those issues unrelated to causation will be
17   deferred until a later period of time in
18   connection with this multi-district
19   litigation. My deposition of Dr. Hecht and
20   the defendant's deposition of Dr. Hecht today
21   will be limited to causation opinions.
22   Is that fair, Mr. Slater?
23   MR. SLATER: Yes. This deposition
24   will not address liability, but will address
25   general causation.

Page 14

1    MR. TRISCHLER: Understood and
2    agreed.
3    Thank you.
4    EXAMINATION BY
5    MR. TRISCHLER:
6    Q.    Dr. Hecht, as I mentioned just a
7    moment ago, my name is Clem Trischler. I'm an
8    attorney. I represent the Mylan defendants and
9    the Defendants' Executive Committee in the
10   valsartan multi-district litigation that's pending
11   in the United States District Court for the
12   District of New Jersey.
13   You have been identified and
14   disclosed as an expert witness on behalf of the
15   plaintiffs in this litigation.
16   Are you aware of that?
17   A.    Yes.
18   Q.    Obviously, we're gathered to take
19   your deposition on causation issues relevant to
20   this litigation. I take it that you've given
21   deposition testimony before?
22   A.    Yes.
23   Q.    Given that fact, I'll refrain from
24   going into a detailed discussion of what the
25   deposition process is, but suffice it to say

Page 15

1    myself and perhaps some other lawyers are going to
2    be asking you questions today and the answers that
3    you are providing are answers under oath and under
4    penalty of perjury.
5    Do you understand that?
6    A.    Yes.
7    Q.    I presume then that the answers that
8    you provide to my questions today will be honest
9    and truthful and to the best of your ability?
10   A.    Yes.
11   Q.    Tell us your full name, sir.
12   A.    Stephen Samuel Hecht.
13   Q.    What's your professional address,
14   Dr. Hecht?
15   A.    Masonic Cancer Center, University of
16   Minnesota, Minneapolis, 55455.
17   Q.    Where are you physically located
18   today as you give your deposition?
19   A.    I'm in the Cancer and Cardiovascular
20   Research Building on the university campus.
21   Q.    And the university campus being the
22   campus of the University of Minnesota?
23   A.    Yes.
24   Q.    Is anyone in the room with you as you
25   give your deposition testimony today?

Page 16

1    A.    No.
2    Q.    Are you using a laptop or a desktop
3    computer to participate in this deposition?
4    A.    It's a laptop.
5    Q.    Do you have any other electronic
6    devices with you in the room as you give this
7    deposition other than the laptop on which you're
8    using to communicate with me?
9    A.    Yes. I have my desktop and my phone.
10   Q.    Would it be possible for you to turn
11   your desktop and phone off during the deposition?
12   A.    I can. I was going to use the
13   desktop to view any of the papers that we're going
14   to discuss under say. I was given a link
15   to Novac Trial Services that would have the -- a
16   lot of the documents, so I thought that would be
17   convenient to look at, but I can turn it off.
18   Q.    Well, that's -- that's all right.
19   What I want to make sure is that
20   you're not receiving communications from any
21   source on other electronic devices during the time
22   of the deposition.
23   A.    No.
24   Q.    All right.
25   What's your occupation?

Page 17

1    A.    I'm a professor. Walin Professor of
2  Cancer Prevention, University of Minnesota.
3    Q.    You indicated in response to one of
4  my earlier questions that you were, in fact,
5  retained by the plaintiffs in the valsartan
6  litigation.
7         True?
8    A.    Yes.
9    Q.    When were you initially retained to
10  work for the plaintiffs in this litigation?
11   A.    I don't have the exact date. It's
12  about two years ago.
13   Q.    I was provided with some of your
14  invoices within the last couple of days and I'll
15  represent to you that the earliest entry that I
16  saw on your invoices was September 4, 2019.
17   A.    Yes, that sounds about right.
18   Q.    So would that entry refresh your
19  recollection as to the approximate period of time
20  when you were initially retained in this
21  litigation?
22   A.    About two years.
23   Q.    So about two years ago would be
24  September 2019; true?
25   A.    Yes.

Page 18

1    Q.    Who initially retained you?
2    A.    Mr. Slater.
3    Q.    When you were retained by Mr. Slater,
4  were you asked to analyze data and provide an
5  opinion on whether levels of NDMA and NDEA
6  observed in valsartan-containing medication was
7  capable of causing cancer in humans?
8    A.    Yes.
9    Q.    Did you attempt to answer that
10  question in the July 6, 2021 report that's been
11  filed in this case?
12   A.    Yes.
13        MR. TRISCHLER: I'm going to mark as
14  Exhibit 1 to the deposition a copy of your
15  July 6th, 2021 report.
16        (Whereupon, Exhibit 1 was marked for
17  identification.)
18   Q.    Do you have that with you, Dr. Hecht.
19   A.    Yes, I do.
20        THE VIDEOGRAPHER: Counsel, would you
21  like me to pull that up on the screen?
22        MR. TRISCHLER: If need be. It
23  might -- let's --
24        MR. SLATER: He has it in hard copy,
25  I think.

Page 19

1         MR. TRISCHLER: That's why I'm asking
2  if he has it. I'd rather just work with the
3  doctor if he has it.
4    Q.    You have the report that we marked as
5  Exhibit 1, sir?
6    A.    Yes.
7    Q.    All right.
8         Is that your signature that appears
9  on the first page of that report?
10   A.    Yes.
11   Q.    Did you prepare this report?
12   A.    Yes.
13   Q.    Is it the product of your work?
14   A.    Yes.
15   Q.    Did anyone assist you in the
16  preparation of this report?
17        MR. SLATER: Clem, objection.
18        Are you trying to get into areas that
19  are obviously covered by work product
20  privilege? I mean, the preparation of the
21  report is work product. Drafts are the not
22  discoverable, so I'm not sure where we're
23  going with this.
24        MR. TRISCHLER: I didn't ask about
25  drafts. I asked if anyone helped him with

Page 20

1  the report. It could have been his wife, it
2  could have been an associate professor. It
3  could have been anyone, Adam.
4         MR. SLATER: So anyone other than a
5  lawyer?
6         I'll allow him to answer.
7    Q.    Did anyone assist you in the
8  preparation of this report, sir?
9    A.    Yes. I was assisted by Mr. Slater.
10   Q.    I'm not interested in what assistance
11  Mr. Slater may have provided, so other than
12  Mr. Slater, did anyone assist you in the
13  preparation of this report?
14   A.    No.
15   Q.    Did anyone write any sections of this
16  report for you?
17   A.    No.
18   Q.    In the conclusion to your report that
19  appears on page 27, you write "These nitrosamines
20  in valsartan-containing medication posed an
21  unacceptable risks of causing or substantially
22  contributing to the causation of cancer for those
23  ingesting the valsartan."
24        Did I read that correctly?
25   A.    Presumably.

Page 21

1    Q.    Is there a difference in your mind
2  between an exposure that creates an unacceptable
3  risk of contributing to cancer causation and an
4  exposure that definitely causes cancer?
5          MR. SLATER:  Objection to the form of
6  the question.
7          You can answer.
8    A.    Repeat the question.
9    Q.    Sure.
10         Is there a difference in your mind
11  between an exposure that creates an unacceptable
12  risk of contributing to cancer causation and an
13  exposure that definitely causes cancer?
14         MR. SLATER:  Same objection.
15         You can answer.
16   A.    Yes.
17   Q.    What's the difference in your mind?
18         MR. SLATER:  Same objection.
19         You can answer.
20   A.    We are using the available data to
21  determine whether it's probable or even likely
22  that certain exposure could cause cancer versus
23  another situation where we know perhaps a person
24  has been treated with a chemotherapeutic drug that
25  has carcinogenic side effects where you know on an

Page 22

1  individual basis that you know the
2  chemotherapeutic drug caused perhaps a second
3  cancer, a different cancer than the one the person
4  was being treated for.
5          I don't know.  Does that answer your
6  question?
7    Q.    I'm not sure.
8    A.    So in this particular case, we don't
9  know about the individual exposure and outcome.
10  All we know about is that the valsartan drug
11  contained a carcinogen.  Whereas in the other case
12  that you mentioned, I believe what you were saying
13  is we know if we administer a certain cancer
14  causing agent to a given person and that person
15  gets cancer, then we know cause and effect in that
16  individual.
17         Is that your question?
18   Q.    I'm not sure that was my question,
19  but I think what I heard you say is that in some
20  instances, we can tell cause and effect with
21  reasonable certainty and some instances, we
22  cannot?
23         MR. SLATER:  Objection.
24         You can answer.
25   A.    I don't know what you mean by

Page 23

1  reasonable certainty.
2    Q.    Well, expert opinions -- strike that.
3          Expert witnesses in civil litigation
4  of this nature are supposed to provide scientific
5  testimony to a reasonable degree of scientific
6  certainty.
7          Is that your intention today?
8    A.    Yes.
9    Q.    So to a reasonable degree of
10  scientific certainty, what I'm asking you is are
11  there instances where we can definitively
12  determine the cause of cancer and instances where
13  we could not?
14         MR. SLATER:  Objection.
15         You can answer.
16   A.    Yes, there are instances where we can
17  definitively determine the cause of cancer.
18   Q.    So what I'm trying to understand,
19  sir, is the opinion that you intend to offer in
20  this case.
21         Did NDMA and NDEA in
22  valsartan-containing medications increase the risk
23  of cancer or do you intend to offer the opinion
24  that small amounts of nitrosamines observed in the
25  valsartan-containing medications definitively

Page 24

1  caused cancer?
2          MR. SLATER:  Objection.
3          Multiple reasons.
4          You can answer, Dr. Hecht.
5    A.    They increased the risk of cancer.
6    Q.    Now, there are lots of risk factors
7  for cancer; true?
8    A.    Yes.
9    Q.    Old age is a risk factor, correct?
10   A.    Yes.
11   Q.    People over the age of 50 are at an
12  increased risk of cancer; true?
13   A.    Correct.
14   Q.    People over the age of 50 are at an
15  increased risk of cancer regardless whether they
16  take valsartan; true?
17   A.    Yes.
18   Q.    People over the age of 50 are at an
19  increased risk of cancer regardless of whether
20  they took valsartan containing small amounts of
21  nitrosamines; true?
22         MR. SLATER:  Objection.
23         You can answer.
24   A.    Yes.
25         MR. SLATER:  Dr. Hecht, one second.

Page 25

1   Just give a pause because he's going pretty
2   quick and I need to have a little time to
3   place my form objections to the questions and
4   then I would expect I'll go ahead and say you
5   could answer every time or virtually every
6   time, but just give a little pause so I don't
7   step on your answer.
8          Okay?
9          THE WITNESS: Okay.
10   Q.    That's fair, Dr. Hecht. I probably
11  should have told you at the beginning, that
12  especially taking these depositions remotely, we
13  have to be careful not all to speak at the same
14  time because if you and I or Adam and I are
15  speaking at the same time, the audio tends to go
16  out and the court reporter can't take everything
17  down. If you could try to pause before -- after I
18  finish my question, give Adam a chance to
19  interject if he needs to, that will make things go
20  a lot more smoothly. My fault for not covering.
21         Okay?
22   A.    Okay.
23   Q.    So is a family history of cancer also
24  a risk factor for cancer?
25   A.    Yes.

Page 26

1    Q.    Is tobacco use a risk factor for
2   cancer?
3    A.    Yes.
4    Q.    Is alcohol use a risk factor for
5   cancer?
6    A.    Yes.
7    Q.    Is obesity a risk factor for cancer?
8    A.    Yes.
9    Q.    What you are saying here today or
10  what your opinion that you intend to offer in this
11  case is that increased nitrosamine intake is
12  also a risk factor for cancer, you believe?
13   A.    Yes.
14   Q.    I assume we could also agree right
15  off the bat, Dr. Hecht, that just because
16  something is a risk factor doesn't mean that it
17  caused cancer?
18   A.    Correct.
19   Q.    You can be 400 pounds, but that
20  doesn't mean that's the reason why you develop
21  lung cancer; true?
22   A.    Correct.
23   Q.    Do you also understand and can we
24  agree that the question of whether a substance is
25  capable of causing cancer is dependent on dose and

Page 27

1   duration of exposure?
2    A.    Yes.
3    Q.    And --
4          MR. SLATER: Belated objection.
5          It went a little quick, but you could
6   continue.
7    Q.    The reason I thought we could agree
8   on that is you seemed to acknowledge that fact in
9   the conclusion of your report on page 27 when you
10  write that any increased risk would be
11  commensurate with the impurity level, the dose and
12  the period of use.
13         Is that right?
14   A.    Yes.
15   Q.    Are you familiar with the old adage
16  that "The dose makes the poison"?
17   A.    Yes.
18   Q.    Do you agree with that statement?
19   A.    Yes.
20   Q.    All substances -- strike that.
21         Virtually all substances known to man
22  have a capacity to be toxic at some level; true?
23         MR. SLATER: Objection.
24         You can answer.
25   A.    All substances known to man? I don't

Page 28

1   know about that.
2    Q.    Well, let me give you a for instance.
3          Water is a life-sustaining substance,
4   correct?
5    A.    Yes.
6    Q.    However, water can be deadly when
7   it's consumed to excess; true?
8    A.    Yes.
9    Q.    So there are -- you didn't want to
10  agree with virtually all, but there are many
11  substances that have the capacity to be harmful at
12  some level; true?
13   A.    Yes.
14   Q.    And since there are many substances
15  that have the capacity to be harmful at some
16  level, looking at exposure levels, dose and
17  duration would be a reasonable and necessary
18  approach when evaluating cancer causation; agreed?
19   A.    Yes.
20   Q.    The question in this litigation to be
21  answered is not whether nitrosamines can cause
22  harm at any level.
23         Do you understand the question that
24  we're interested in getting at is whether there's
25  credible scientific evidence that the small

Page 29

1  amounts of NDMA that was contained in
2  valsartan-containing medications can cause cancer
3  in humans.
4        Can we agree on that?
5        MR. SLATER:  Objection to the form of
6  the question.
7        You can answer.
8  A.    Yes.
9  Q.    I guess a second question to be
10 answered is whether small tiny amounts of NDEA
11 found in valsartan-containing medications can
12 cause cancer in humans, right?
13       MR. SLATER:  Objection to the form of
14 the question.
15       You can answer.
16 A.    Yes.
17 Q.    Since we can agree on the questions
18 to be answered, I take it that what the reason
19 that you're here is that you were retained by
20 Mr. Slater and the lawyers and the plaintiff group
21 to help analyze and provide answers to those two
22 questions.
23       Is that accurate?
24       MR. SLATER:  Objection.
25       You can answer.

Page 30

1  A.    Yes.
2  Q.    So in broad strokes, Dr. Hecht, tell
3  me generally what work you did to answer those two
4  questions.
5        MR. SLATER:  Objection.
6        You can answer.
7  A.    Well, I looked to the literature and
8  all of the data regarding the contamination of
9  valsartan with dimethylnitrosamine,
10 dimethylnitrosamine.  My conclusion was that it
11 posed -- that it should not have been there, first
12 of all, and it posed an unacceptable risk to
13 people using these medications.
14 Q.    Let me stop you.  It sounds like you
15 were finished anyway, Dr. Hecht.  If my question
16 was unclear, I apologize.  I wasn't really
17 interested in getting at all of your opinions
18 right now.
19       My question was if you could just
20 tell me in a general fashion what work you did to
21 answer the questions or to form your opinions.
22       You told me that so far you looked up
23 literature, correct?
24 A.    Yes.
25 Q.    You told me that you looked at some

Page 31

1  data on nitrosamine levels in valsartan products
2  from some manufacturers, correct?
3        MR. SLATER:  Objection.
4        Mischaracterization of the testimony.
5        You can answer.
6  A.    Yes.  I looked at what's in the
7  literature and what's in the documents that I was
8  given.
9  Q.    Okay.
10       So again, I'm just looking for broad
11 strokes in terms of what work you did to sit down
12 and write this report that we marked as Exhibit 1.
13       You've told me looking at literature
14 and looking at documents and I assume we're
15 talking about company documents that were provided
16 to you by Mr. Slater and his team, right?
17 A.    Yes, in part.  And also published
18 literature like the EMA report.
19 Q.    Okay.
20 A.    Other publications in the open
21 literature that have discussed this.
22 Q.    Okay.
23       My apologies for interrupting you
24 there briefly.
25       Other than looking at the literature

Page 32

1  and documents that were provided to you by
2  Mr. Slater and his team, is there anything else
3  you did to sit down and write the report that we
4  marked as Exhibit 1?
5        MR. SLATER:  Objection.
6        You can answer.
7  A.    Anything else that I did?  I, you
8  know, depended on my experience and knowledge of
9  the literature about nitrosamine carcinogenesis.
10 So I depended on that knowledge, I drew on it to
11 write the report.
12 Q.    Sure.
13       Now, I understand -- and I'm going to
14 get into your background in a little bit -- but I
15 understand you drew upon and relied upon your
16 background in reaching conclusions based on your
17 review of the literature and review of the
18 documents provided to you by Mr. Slater.
19       That's what you're telling me,
20 correct?
21 A.    Yes.
22 Q.    Was there any other work that you
23 actively did to prepare the report other than what
24 we've described?
25 A.    I'm not sure exactly what you mean by

Page 33

1 other -- I wrote the report based on the sources
2 that I had.
3          (Whereupon, Exhibit 2 was marked for
4 identification.)
5     Q.    So let's -- let me ask you some
6 questions about your background then.
7          I have attached as Exhibit 2 a copy
8 of your CV, which contains a rather large
9 bibliography.
10         Do you happen to have a copy of your
11 CV with you, Dr. Hecht?
12    A.    It's on my computer. I don't have --
13         MR. SLATER: It's also attached to
14    the report, Doctor. Or it should be.
15    Q.    Well, if you need to refer to it to
16 answer my questions, feel free.
17         Okay?
18    A.    Okay.
19    Q.    But does the -- can you tell me
20 whether the CV that we've marked as Exhibit 2 and
21 which is attached to your report contains an
22 accurate list of your professional qualifications?
23    A.    Yes.
24    Q.    Is it complete and up to date as far
25 as you know?

Page 34

1     A.    Yes.
2     Q.    Is there anything that you'd like to
3 add or remove from the CV?
4     A.    No.
5     Q.    Based on my review of your CV, it
6 appears your formal education is in the field of
7 chemistry; is that true?
8     A.    Yes.
9     Q.    You have a bachelor's degree in
10 chemistry from Duke University; true?
11    A.    Correct.
12    Q.    And a PhD in organic chemistry that
13 you obtained in 1968, correct?
14    A.    Right.
15    Q.    Did you have to write a thesis to
16 obtain that PhD?
17    A.    Yes.
18    Q.    What was the subject matter of your
19 thesis?
20    A.    The thesis was divided into two
21 parts. The first part had to do with transannular
22 carbene reactions. I'm not sure if you want me to
23 go into detail about that.
24    Q.    That's all right.
25    A.    The second part dealt with the

Page 35

1 photolysis of phenoxy compounds.
2     Q.    Sounds rivetting.
3     A.    Yes.
4     Q.    That was a poor attempt at humor.
5     A.    Yes, I know.
6     Q.    Did your thesis touch on
7 nitrosamines?
8     A.    No.
9     Q.    May I ask your age, sir?
10    A.    Seventy-eight.
11    Q.    You mentioned earlier when I asked
12 you your occupation, you indicated you're a
13 professor, so currently you're in academia, right?
14    A.    Correct.
15    Q.    Are you an employee of the University
16 of Minnesota?
17    A.    Yes.
18    Q.    And so you draw a salary from the
19 university; is that right?
20    A.    Yes.
21    Q.    According to the CV, you're a
22 professor in the Department of Laboratory Medicine
23 and Pathology.
24    A.    Correct.
25    Q.    To be clear, though, you were not a

Page 36

1 pathologist; agreed?
2     A.    Yes.
3     Q.    Are you a medical doctor?
4     A.    No.
5     Q.    Since you're not a medical doctor, I
6 take it you do not diagnose cancer in patients,
7 correct?
8     A.    Correct.
9     Q.    Have you ever diagnosed a patient
10 with esophageal cancer?
11    A.    No.
12    Q.    Have you ever diagnosed a patient
13 with colorectal cancer?
14    A.    No.
15         MR. TRISCHLER: I'm going to mark as
16    Exhibit 3 a document that's entitled
17    "Plaintiffs' Disclosure of Cancer Types."
18         To our technician, this is one you
19    can put up on the screen for me.
20         (Whereupon, Exhibit 3 was marked for
21    identification.)
22    Q.    Are you able to see that document,
23 Dr. Hecht?
24    A.    Maybe you could make it a little
25 larger.

Page 37

1    Q.    I can't, but there's --
2         THE VIDEOGRAPHER:  Is there a
3    specific section you'd like me to blow up?
4         MR. TRISCHLER:  Just the text in the
5    middle.
6         THE WITNESS:  Okay.
7    Q.    Have you ever seen this document
8    before, sir?
9    A.    Let me just read it first.
10        Okay?
11   Q.    Sure.
12        (Witness reviews document)
13   A.    No, I've not.
14   Q.    I'll represent to you that this is a
15   disclosure that was filed by the plaintiffs in
16   this litigation.  It's a list of cancer types that
17   have been placed at issue in this litigation.
18        Okay?
19   A.    Okay.
20   Q.    Take a look.
21        Do you see there are 13 cancer types
22   listed?  Do you see that?
23   A.    Yes.
24   Q.    Have you ever diagnosed any of these
25   cancer types in any patient?

Page 38

1    A.    No.
2    Q.    Have you ever treated a cancer
3    patient?
4    A.    No.
5    Q.    Going back to your role at the
6    University of Minnesota, are you actively teaching
7    at the moment?
8    A.    No.
9    Q.    Are you going to be teaching any
10   courses in the 2021/2022 academic year?
11   A.    No.
12   Q.    When was the last time you taught a
13   graduate level course?
14   A.    That's about ten years ago.
15   Q.    What was the course you taught some
16   ten years ago?
17   A.    Chemical carcinogenesis.
18   Q.    Did you use a textbook for that
19   course?
20   A.    No.  We used the current literature.
21   Q.    Who were you teaching that graduate
22   level course to?  Was it medical students at the
23   medical school or was it in some other
24   environment?
25   A.    It was a mixture that -- there

Page 39

1    weren't medical students.
2    Q.    Was it a graduate level course in
3    some --
4    A.    In carcinogenesis.  The students came
5    from different programs in the university, but
6    there weren't medical students.  There were
7    graduate students in medicinal chemistry or from
8    the St. Paul campus on nutrition.
9    Q.    Thank you.
10        I'm trying to get an understanding
11   was it a class that was offered by the Department
12   of Chemistry, the Department of Biology.  Help me
13   understand that, if you can.
14   A.    No, it was a graduate course in --
15   actually, I've forgotten exactly which division it
16   was listed in.  I don't recall whether it was
17   medicinal chemistry or whether it was in the C
18   fans, the food and nutrition.  I'm sorry.  I don't
19   remember.
20   Q.    That's okay.  It's been ten years --
21   I understand it's been ten years since you offered
22   the course, correct, or taught the course?
23   A.    Yes.
24   Q.    Has it been ten years since you've
25   been in the classroom at Minnesota?

Page 40

1    A.    Yes.
2    Q.    Have you ever taught an undergraduate
3    course at the University of Minnesota?
4    A.    No.
5    Q.    Are you a full-time employee at this
6    point or have you slowed down?
7    A.    No, I'm a full-time employee.
8         MR. TRISCHLER:  You can remove that
9    exhibit, sir.
10        Thank you.
11   Q.    Are you actively involved in any
12   research projects at the moment?
13   A.    Yes, I am.
14   Q.    I think in your report that's marked
15   as Exhibit 1 to this deposition you indicate at
16   the bottom of page two that you are the principal
17   investigator on three R01 grants --
18   A.    RO1.
19   Q.    Correct?
20   A.    Yes.
21   Q.    By the way, the Masonic Cancer Center
22   is designated as a comprehensive cancer center,
23   correct?
24   A.    Correct.
25   Q.    I think that's a designation given by

1  the National Cancer Institute?
2      A.    Correct.
3      Q.    And Masonic would be one of over 50
4  hospital systems over the country that have been
5  so designated, right?
6      A.    About 50, yeah.
7      Q.    The National Cancer Institute has
8  also designated seven laboratory centers across
9  the country that do cutting edge cancer-related
10  research, correct?
11      A.    Right.  Those are laboratory centers.
12  Comprehensive center includes not only laboratory
13  research, but also treatment.
14      Q.    But Masonic is not one of the seven
15  laboratory cancer centers designated --
16      A.    It's a comprehensive center, which
17  includes laboratory work.
18      Q.    Going back then to the RO1 grants,
19  these are projects that are funded by federal
20  grants; is that right?
21      A.    Yes.
22      Q.    To whom were the three RO1 grants
23  that you reference in your report issued?
24      A.    Well, I'm the principal investigator,
25  but the grants are actually issued to the

1  University of Minnesota.
2      Q.    Can you describe the subject of those
3  three current grants?
4      A.    Yes.  One of them involves the
5  mechanisms and prevention of tobacco-induced
6  cancer caused by a group of carcinogens in tobacco
7  products that we discovered and have worked on for
8  many years called tobacco specific nitrosamines.
9          The second grant --
10      Q.    I'm sorry.
11          Would those be NNN and NNK?
12      A.    Correct.  Do you want me to go on or
13  do you want me to --
14      Q.    Yes, please.
15      A.    The second grant has to do with the
16  carcinogens and toxicants that are possibly
17  omitted from e-cigarettes that are present in
18  e-cigarette paper and could be taken up by people
19  who use these products.
20          The third one is a clinical trial of
21  watercress for -- to enhance the detoxification of
22  environmental toxicants and carcinogens.
23          Those are the three RO1 grants.  I'm
24  also the PI of a program project grant on the
25  ethnic differences in cancer risk due to cigarette

1  smoking.
2      Q.    Okay.
3          Thank you for the descriptions.
4          The third one -- the third RO1 grant
5  you mentioned, I'm not sure if I didn't hear you
6  or didn't understand you.  You said it was a
7  clinical trial involving what?
8      A.    Watercress.
9      Q.    Forgive my ignorance.
10          What's watercress?
11      A.    It's a plant.
12      Q.    Okay.
13      A.    It's a common food that people use in
14  salads.  Watercress.
15      Q.    Is it carcinogenic?
16      A.    No.  Not at all.
17      Q.    What does the clinical trial involve?
18      A.    So we found over the years in other
19  studies that we've done that a compound that's
20  present in watercress called PEITC -- or phenethyl
21  isothiocyanate -- can prevent lung cancer in rats
22  and mice treated with tobacco carcinogens.  Based
23  on that work, we performed a clinical trial with
24  our colleagues here at the University of Minnesota
25  to determine whether PEITC would have a similar

1  effect in cigarette smokers as it did in
2  laboratory animals, whether it could therefore be
3  used as a chemo-preventative agent in people who
4  couldn't stop smoking because they're addicted to
5  nicotine.  This compound was able to prevent
6  cancer in animals treated with tobacco specific
7  nitrosamines, as I mentioned.
8          So in this clinical trial, we found
9  that PEITC did, in fact, decrease the metabolic
10  activation of NNK in smokers, which was the
11  hypothesized result.  But the decrease was, while
12  significant, was quite small.
13          However, in the same trial, we found
14  that certain people who took the PEITC had a great
15  increase in their ability to detoxify
16  environmental toxicants like benzene.  This formed
17  the basis for the watercress study because
18  watercress is a great source of PEITC.  Just a
19  salad-sized portion of watercress will, when you
20  eat it, when you chew it, will release 20 to
21  30 milligrams of PEITC, which was similar to the
22  dose of the pure compound we had used in the study
23  that I described.
24          So that's what gave rise to the
25  watercress trial.

Page 45

1    Q.    All right.  I understand what you're
2  doing now in that study.  I appreciate the
3  details.
4         So you've now told me about your
5  current RO1 grants and your --
6    A.    Grant project.
7    Q.    -- correct.
8    A.    Yes.
9    Q.    Do any of your current RO1 grants or
10  the program project grant deal specifically with
11  NDMA or NDEA?
12    A.    The one on tobacco specific
13  nitrosamines, while the specific names aren't
14  dealing specifically with NDMA, it's closely
15  related to NNK in terms of its mechanistic
16  properties.
17         So the answer -- the short answer to
18  your question is no, but the longer answer is that
19  yes, it's closely related.
20    Q.    Well, I understand that NDMA and NNN
21  or NNK might be chemically related, but my
22  question was are these grants dealing specifically
23  with NDMA or NDEA grant research?
24    A.    Not specifically.  Not in the
25  specific names.

Page 46

1    Q.    Have you ever been involved in any
2  federally-funded research products dealing
3  directly with the carcinogenicity of NDMA?
4    A.    Yes.
5    Q.    Can you tell me about those, please?
6    A.    Well, when I was still at the
7  American Health Foundation, we did studies that
8  compared the carcinogenicity and metabolism of
9  NDMA and NNK.  We did this because NNK was a
10  relatively -- a relatively new carcinogen that
11  hadn't been explored with a regard to its
12  carcinogenic properties and mechanisms of action,
13  whereas NDMA has been known as a carcinogen since
14  1956.
15         So since NDMA was such a
16  well-established carcinogen, we thought it would
17  be important to compare some of the properties of
18  NNK and NDMA, so we did do those studies.
19    Q.    I think that was back in the 1980s,
20  you said?
21    A.    Yes.
22    Q.    It was a comparative analysis of the
23  potency of NDMA to NNK?
24    A.    Yes.
25    Q.    You published the results of those --

Page 47

1  of that study, correct?
2    A.    Yes.
3    Q.    And I think it was an animal study
4  involving rats; is that right?
5    A.    Yes.
6    Q.    Have you ever been involved in your
7  career in any federally-funded research projects
8  involving the carcinogenicity of NDEA?
9    A.    Not specifically.
10    Q.    Have you ever been involved in any
11  research projects that focused on the human body's
12  metabolism of NDEA?
13    A.    Human NDMA?  No, not directly.
14    Q.    Have you ever been involved in any
15  research projects that focused on the human body's
16  metabolism of NDEA?
17    A.    Not directly, no.
18    Q.    Have you ever been involved in any
19  research projects devoted to analyzing the
20  mechanisms of action of cancer induction from
21  NDMA?
22    A.    Yes.
23    Q.    Would that be the same study that you
24  told me about before, the rat comparison to NNK?
25    A.    That was one, yes.

Page 48

1    Q.    Have you ever been involved in any
2  research projects devoted to analyzing the
3  mechanism of action of cancer induction from NDEA?
4    A.    Not directly.
5    Q.    Since you don't have a medical
6  degree, I take it you're not Board Certified in
7  oncology, radiology or any other medical
8  discipline, right?
9    A.    Correct.
10    Q.    Are you an expert in the field of
11  epidemiology?
12    A.    I have worked with epidemiologists
13  throughout my career, yes.
14    Q.    I have, too.  Does that make me an
15  expert in epidemiology?
16         MR. SLATER:  Objection to the form.
17         You can answer.
18    A.    I don't know.  I don't know if you're
19  an expert in epidemiology.
20    Q.    Do you hold yourself out as an expert
21  in the field of epidemiology?
22    A.    That depends on your definition of
23  the word "expert."
24    Q.    Do you agree that epidemiology is the
25  study of the distribution and determinants of a

Page 49

1  disease in a population?
2     A.    Yes.
3     Q.    Do you have a degree in epidemiology?
4     A.    No.
5     Q.    Are you Board Certified in the field
6  of epidemiology?
7     A.    No.
8     Q.    Are you a pharmacoepidemiologist?
9     A.    Pardon me?
10    Q.    Are you a pharmacoepidemiologist?
11    A.    No.
12    Q.    Do you have a degree in pharmacology?
13    A.    No.
14    Q.    Do you agree that pharmacology is the
15 study of effects of drugs on a population?
16    A.    Yes.
17    Q.    Have you ever been trained or
18 employed as a clinical pharmacologist?
19    A.    No.
20    Q.    Are you a molecular biologist?
21    A.    No.
22    Q.    On your CV and also in response to
23 one of my earlier questions, you mentioned you
24 were affiliated for a time with the American
25 Health Foundation.

Page 50

1        Is that right?
2     A.    I worked there for 23 years.
3     Q.    That was before you moved to the
4  University of Minnesota, right?
5     A.    Correct.
6     Q.    Why did you leave the American Health
7  Foundation?
8     A.    I was concerned about the future of
9  the foundation and also I had a very nice offer
10 from the University of Minnesota.
11    Q.    Nice offer from who?
12    A.    The University of Minnesota.
13    Q.    I'm sorry.  Sometimes I don't hear
14 great and sometimes with the computer your voice
15 trails off a little bit, Doctor.  If I ask you to
16 repeat yourself, it's just because I couldn't hear
17 the answer.
18        Okay?
19    A.    Okay.  Sure.
20        The offer was from the University of
21 Minnesota.  The cancer center in particular.
22    Q.    Understood.
23        When you were at the American Health
24 Foundation, according to your CV, you held the
25 title of Director of Research for over nine years;

Page 51

1  is that right?
2     A.    Yes.
3     Q.    Were you in charge of all the
4  foundation's research activities during that
5  nine-year period?
6     A.    That depends what you mean by "in
7  charge of."  I was responsible for overseeing and
8  coordinating the research.  It was up to the
9  individual investigators to get the research
10 funded.  My role was to bring people together to
11 look for opportunities for interdisciplinary
12 collaboration and also to write the cancer center
13 grant application from the foundation to the
14 National Cancer Institute.
15    Q.    The vast majority of the funding of
16 the American Health Foundation came from federal
17 grants and contracts awarded through NCI, correct?
18    A.    Correct.
19    Q.    So you would have to write the grant
20 applications to outline the scientific basis for
21 the research that you wanted to conduct so that
22 you could get those federal funds into the
23 facility to do that work?
24    A.    Yes.  That's true, but each
25 individual principal investigator was responsible

Page 52

1  for -- also responsible for funding their own
2  research through grants and contracts mostly from
3  the National Cancer Institute.
4     Q.    To whom did you report in your role
5  as Director of Research when you were at the
6  American Health Foundation?
7     A.    To Ernst Wynder, president and
8  founder of the foundation.
9     Q.    At some point in time, the American
10 Health Foundation changed its name to the
11 Institute for Cancer Prevention, right?
12    A.    That was just The Institute.  So the
13 foundation included two branches.  There was a
14 branch in New York City, which focused on
15 epidemiology.  That was Dr. Wynder's specialty.
16 You may be aware that he was the first to -- in
17 this country -- to establish the relationship
18 between smoking and lung cancer.
19        Then there was The Institute, which
20 was in Westchester County, which was the basic
21 research, the laboratory research part of the
22 foundation.  My role was Director of Research of
23 the laboratory part of the foundation.
24    Q.    I understand.
25        The foundation, though, changed its

Page 53

1  name to the Institute for Cancer Prevention,
2  right?
3      A.    No.  The foundation never changed its
4  name.  It's the Naylor Dana Institute, which is
5  the basic research institute.  It changed its name
6  to Institute for Cancer Prevention.  That was
7  after I left.
8      Q.    Where is the health foundation today?
9      A.    It went out of business in the late
10 90s.
11     Q.    It's out of business just as the IFC
12 is out of business, right?
13     A.    Yes.
14     Q.    They filed for bankruptcy, right?
15     A.    I believe.  Something like that.  I
16 don't really know the details.
17     Q.    Several of the leaders of that
18 organization were indicted on federal charges,
19 right?
20     A.    There were some problems, yes.  This
21 was all after I left.  Well after I left.
22     Q.    The leaders of the American Health
23 Foundation and IFCP were indicted on charges of
24 improperly diverting and misusing federal funds
25 for cancer research, right?

Page 54

1      A.    Something like that, yes.
2      Q.    Several of the members of the
3  management group, including the CFO, pled guilty
4  to those charges, right?
5      A.    I guess so.
6      Q.    Were any charges ever brought against
7  you?
8      A.    No.
9      Q.    Were you ever interviewed or
10 investigated by the FBI in connection with AHF and
11 IFCP's misuse of federal funds?
12     A.    No.
13     Q.    In addition to the criminal matters,
14 there were also a lot of civil charges that were
15 brought by the United States Department of Justice
16 against your old employer and its employees,
17 right?
18     A.    I really don't know anything about
19 that.
20     Q.    Were any charges -- civil charges --
21 brought against you from your work at --
22     A.    No.
23     Q.    -- AHF?
24     A.    No.
25     Q.    Isn't it true that many of the

Page 55

1  allegations that were brought by the federal
2  government involving misuse of funds at IFCP and
3  AHF predate your departure from the organization?
4      A.    I really don't know.
5      Q.    You don't remember hearing anything
6  about any of that while you were there?
7      A.    No.
8      Q.    You said earlier that you were
9  concerned about the future of the organization,
10 which is one of the reasons why you left.
11     A.    Yes.
12     Q.    Did your concern have something to do
13 with the federal charges and federal
14 investigations that were going on?
15     A.    Not at all.
16     Q.    Why were you concerned about the
17 future of the organization when you were there?
18     A.    Ernst Wynder's management style
19 about, you know, the allocation of resources
20 within the institute.  It had nothing to do with
21 any of the things you're talking about.
22     Q.    The things I'm talking about actually
23 happened.
24           You know that, right?
25           MR. SLATER:  Objection.

Page 56

1           Is this an argument now that you'd
2  like to start with Dr. Hecht or do you have
3  another question?
4           MR. TRISCHLER:  I thought I did ask a
5  question, Adam.
6           MR. SLATER:  I took it as
7  argumentative and I object to it.
8           You can answer, but I'm sure he's
9  going to -- Mr. Trischler will start asking
10 direct questions instead of what just
11 happened.
12     A.    What was the question again?
13     Q.    There were federal investigations,
14 federal indictments and federal charges of fraud
15 against AHF, IFCP and its employees for misuse of
16 federal funds.
17           You are aware of that; true?
18     A.    I heard about it.
19     Q.    And at the time that you were
20 Director of Research, isn't it true that AHF
21 settled a federal lawsuit by paying the government
22 millions of dollars to replace and reimburse the
23 government for misuse of federal grant monies?
24     A.    I don't know.  I don't think that
25 happened when I was there.  It may have.  I don't

Page 57

1 know. I honestly don't know.
2    Q.    Were you ever deposed in connection
3 with any of those lawsuits?
4    A.    No.
5    Q.    Did you ever given sworn testimony in
6 connection with any of those lawsuits?
7    A.    No.
8    Q.    Was the scrutiny from the federal
9 authorities and investigators anything that led to
10 your departure from that company and your decision
11 to head to the University of Minnesota?
12    A.    No, not at all.
13    Q.    In your report that I have marked as
14 Exhibit 1, you indicated that you've been involved
15 in the -- in research relating to nitrosamine
16 since 1973.
17    A.    Correct.
18    Q.    That's true?
19    A.    Yes.
20    Q.    How many different nitrosamines have
21 been identified by the scientific community?
22    A.    How many have been identified?
23    Q.    Yes, sir.
24    A.    Do you mean in connection with cancer
25 or --

Page 58

1    Q.    No.
2    A.    -- just in general? I mean, you
3 know, there's an infinite number of possible
4 nitrosamines that can be synthesized and
5 identified. The actual number that have actually
6 been identified by chemists, it's probably in the
7 hundreds. I don't really know that number.
8    Q.    Okay.
9    A.    They're not all -- wouldn't all be
10 with respect to cancer research. I mean
11 nitrosamines have been known as a class --
12 chemical class long before they were known to be
13 carcinogenic.
14    Q.    I appreciate all that information and
15 I understand that there may be nitrosamines that
16 can be synthesized that have yet to be identified.
17 I was just asking if you know generally from your
18 involvement in this field how many have been
19 identified both as carcinogenic and
20 noncarcinogenic.
21       What you told me is that the number
22 is in the hundreds, right?
23    A.    Yeah. As carcinogenic?
24    Q.    No. That wasn't my question.
25    A.    Okay. What's your question?

Page 59

1    Q.    Total number of nitrosamines that
2 have been identified.
3    A.    Independent of any biological
4 activity?
5    Q.    Yes.
6    A.    In all the chemical literature?
7    Q.    Yes.
8    A.    I'm guessing between 100 and 200.
9    Q.    I've seen research suggesting there's
10 been as many as 300 nitrosamines identified.
11       Would you dispute that?
12    A.    That's possible, sure. Nitrosamines
13 or nitroso compounds?
14    Q.    Nitrosamines.
15    A.    You're sure of that?
16    Q.    So if we just use the number 300,
17 while the scientific community has identified
18 around 300 different nitrosamines, is it true that
19 most of your research has focused on nitrosamines
20 found in tobacco products?
21    A.    Yes.
22    Q.    For instance, you've told us here
23 today that you continue to work on and do
24 important research on tobacco-related nitrosamines
25 like NNK and NNN?

Page 60

1    A.    Yes.
2    Q.    Your research was fundamentally
3 important in identifying those nitrosamines as
4 carcinogenic, correct?
5    A.    Yes.
6    Q.    Is NNK listed as a Class 1
7 carcinogen?
8    A.    NNK and NNN are together considered
9 Class 1 by IARC. They're listed together because
10 they always occur together.
11    Q.    While most of your work and research
12 is focused on nitrosamines contained in tobacco
13 products, is it fair to say that you've not
14 researched all the 300 plus nitrosamines
15 recognized by the scientific community?
16    A.    Not all of them, no.
17    Q.    Prior to your retention in this case,
18 had you ever with published any research dealing
19 specifically with the carcinogenicity of NDEA in
20 humans?
21    A.    I think you asked me that before.
22       No.
23    Q.    I asked you before whether you'd done
24 any research. This question is whether you
25 published --

Page 61

1    A.    No, not NDEA.
2    Q.    Your work, your published research
3  with respect to NDEA related to a comparative
4  evaluation of the toxicity of NDEA to NNK,
5  correct?
6    A.    Correct.
7         That was NDMA.
8    Q.    If I misspoke, I apologize.  Yes.
9         In that comparative analysis --
10   A.    Right.
11   Q.    -- toxicity was an animal study done
12  in rats, right?
13   A.    Correct.
14   Q.    Have you ever in the course of your
15  career prior to your retention in this case
16  published any research dealing with the
17  carcinogenicity of NDMA in humans?
18   A.    No.
19   Q.    Prior to your retention in this case,
20  had you ever published any research on human DNA
21  repair capacity when exposed to NDMA or NDEA?
22   A.    No.
23   Q.    Prior to your retention in this case,
24  have you ever published any peer-reviewed research
25  dealing directly with the level of the reactivity

Page 62

1  stability and DNA binding of NDMA or NDEA when
2  exposed to -- as a result of human exposure to
3  those chemicals?
4    A.    No.
5    Q.    Prior to this case, have you ever
6  studied and published on the efficiency of human
7  metabolic enzymes in metabolizing and eliminating
8  NDMA or NDEA?
9         MR. SLATER:  Objection.
10        You can answer.
11   A.    No.
12   Q.    Did you answer, sir?  If you did, I
13  didn't hear.
14   A.    The answer is no.
15   Q.    Are you a pharmacokineticist?
16   A.    No.
17   Q.    Do you recognize pharmacokinetics as
18  the discipline that's involved in studying the
19  absorption, delivery, metabolism and elimination
20  of substances from the body?
21   A.    Yes.
22   Q.    You've never been trained in that
23  discipline, correct?
24        MR. SLATER:  Objection.
25   A.    Correct.

Page 63

1    Q.    You've never published any research
2  on the pharmacokinetics of NDMA or NDEA; is that
3  true?
4    A.    Yes.
5    Q.    The CV that you provided to us which
6  we marked as Exhibit 2 lists  some  major
7  contributions to science that begin on page six.
8  It's actually under the title "Selected
9  Contributions to Science."
10        Are you familiar with that --
11   A.    Yes.
12   Q.    -- in your CV?
13   A.    Yes.
14   Q.    The first one that you list there is
15  basically the study of tobacco-specific
16  nitrosamines and the identification of NNN and
17  NNK, which we talked about, correct?
18   A.    Yes.
19   Q.    Then you then list the -- number two
20  as being the application of tobacco carcinogen and
21  toxic and biomarkers in clinical and
22  epidemiological studies, correct?
23   A.    Correct.
24   Q.    The third thing you list under your
25  significant contributions to science is metabolism

Page 64

1  and DNA adducts -- adducts, A-D-D-U-C-T-S, for the
2  court reporter -- of PAH and aldehydes.
3         Did I pronounce that correctly?
4    A.    Yes.
5    Q.    What is PAH and aldehydes?  What are
6  they?
7    A.    Polycyclic aromatic hydrocarbons.
8  Those are carcinogens present in the environment
9  and in tobacco smoke that form as a result of
10  incomplete combustion of organic matter.  The best
11  known of which is benzoapyrene.
12        Aldehydes are a class of chemical
13  compounds.  The best known are formaldehyde and
14  acid aldehyde and acrolein that are formed in
15  human metabolism of alcohol and they're also
16  humans are exposed through the general environment
17  and tobacco smoke, as well as endogenous roots.
18   Q.    Okay.
19        Then the fourth of five things that
20  you list under your contributions to science is
21  chemo prevention of cancer and that's -- that
22  involves studying things that can help prevent the
23  carcinogenic effect of exposures, correct?
24   A.    Yes.
25   Q.    Like the RO1 study involving the

Page 65

1 salad we talked about?
2    A.    Watercress, yes.
3    Q.    Learn something new every day.  I
4 never knew what watercress was.
5    A.    Now you know.
6    Q.    Number five is expertise in tobacco
7 carcinogenesis, correct?
8    A.    Yes.
9    Q.    In going through your CV and listing,
10 you know, what your major scientific contributions
11 have been during your long career, you don't
12 mention anything specifically related to NDEA,
13 true?
14    A.    Correct.
15    Q.    You don't mention anything
16 specifically related to NDMA, correct?
17    A.    Correct.
18    Q.    Do you hold yourself out as an expert
19 in toxicology?
20    A.    No.  I'm not a toxicologist.
21    Q.    Are you a member of the Society of
22 Toxicology?
23    A.    No.  I don't think I paid my dues.  I
24 was a member, but I'm not now.
25        MR. TRISCHLER:  I'm not sure what

Page 66

1    that noise is.
2        Can everyone mute their line, please?
3        MR. SLATER:  Someone is certainty off
4    mute.
5        THE VIDEOGRAPHER:  I just muted them
6    for you guys.
7        MR. TRISCHLER:  Sorry about that,
8    Doctor.
9    Q.    Prior to your retention in this case,
10 did you ever conduct a toxicological evaluation of
11 human health risks from exposure to NDMA?
12    A.    No.
13    Q.    Prior to your retention in this case,
14 had you ever conducted a toxicological evaluation
15 of human health risk from exposure to NDEA?
16    A.    No, but I'm not sure exactly what you
17 mean by toxicological evaluation.  I mean, I've
18 served on committees -- I do serve on a committee
19 presently looking at nitrosamines and food and
20 I've been on an FDA panel which talked about
21 nitrosamine contamination of the drugs, so I'm not
22 sure exactly what you mean by the question.
23    Q.    Let me see if I could clear it up
24 then.
25        Have you ever published in the

Page 67

1 peer-reviewed scientific literature any data that
2 would provide a toxicological assessment of human
3 health risk from exposure to NDMA?
4    A.    Well, we published work that could
5 contribute to that.  As far as an overall
6 toxicological evaluation, no.
7    Q.    Have you ever published an overall
8 toxicological evaluation of NDEA?
9    A.    No.
10    Q.    You list in your bibliography about
11 618 entries that you have been responsible for.
12        Do you recall that?
13    A.    Yes.
14    Q.    I know that one dealt specifically
15 with NDMA because we've already talked a little
16 bit about it.  That would be the comparative study
17 between NDMA and NNK, right?
18    A.    Yes.
19        MR. TRISCHLER:  Why don't we just go
20 ahead and have that -- since we've been
21 referring to it -- that paper marked.  I
22 think we'll mark it Exhibit 4 we're up to.
23        (Whereupon, Exhibit 4 was marked for
24 identification.)
25    Q.    It's entitled, for the record,

Page 68

1 "Comparative Tumorigenicity of DNA Methylation in
2 F344 Rats by Methylnitrosamino Butanone and
3 Nitrosodimethylamine."
4        How did I do in the pronunciations?
5    A.    Pretty bad.
6    Q.    Surprising.
7        Do you have that paper in front of
8 you or do you need it?  If not, I could have it
9 put up on the screen?
10    A.    I don't have it in front of me.
11        MR. TRISCHLER:  Bill, can you put it
12 up?
13        THE VIDEOGRAPHER:  Sure.
14        What is the name of the file?  I
15 don't see one that started with what you had
16 announced.
17        MR. TRISCHLER:  I think the file
18 would be Comparative Tumorigenicity --
19        THE VIDEOGRAPHER:  I'm not seeing --
20 I'm going to scroll through.  I'm going to
21 see if it's maybe labeled something else.
22        Yes, got it.  One moment.
23    Q.    So I put up as Exhibit 4 at least the
24 first page of your paper that we've been talking
25 about, Dr. Hecht.

Page 69

1        To go through this efficiently, I'll
2  just ask questions and if you need to review or
3  consult any part of your paper to answer them,
4  please let me know that and we can take as much
5  time as you need to read the document or to review
6  a section of it.
7        Okay?
8    A.    Okay.
9    Q.    In this paper, as we've already
10 talked about, the purpose of it was to compare the
11 toxicity and potency of NNK to NDMA, right?
12   A.    The carcinogenicity, yes.  Not
13 necessarily the toxicity.
14   Q.    Okay.  Understood.
15        As I understand it, a group of 30
16 rats was given IV doses of NNK for 20 weeks; is
17 that right?
18   A.    IV?
19   Q.    Yes, that's what I said.
20   A.    Sub Q I thought it was.
21   Q.    Okay.  There's a section marked
22 "Bioassay" on the first page there.  Can you blow
23 that up for the doctor?  Maybe I misread it,
24 but --
25   A.    SC.  Subq.  Subcutaneous injection,

Page 70

1  not IV.
2    Q.    Okay.
3        So we had a group of 30 rats that
4  were given subcutaneous injection doses of NNK for
5  20 weeks, right?
6    A.    Yes.
7    Q.    Another group of 30 that were given
8  NNK for the same period of time?
9    A.    Correct.
10   Q.    By the way, 20 weeks is about 20% of
11 the life expectancy of a rat, right?
12   A.    Twenty weeks, something like that.
13       MR. SLATER:  Before we continue, can
14 you please put that document in the folder so
15 it would be accessible to everybody?
16       MR. TRISCHLER:  Sure.
17       THE VIDEOGRAPHER:  It should be in
18 there.  Are you not seeing it?  I would just
19 suggest --
20       MR. SLATER:  Not there.
21       MR. TRISCHLER:  All the exhibits
22 should be placed in the chat or in a folder
23 for everyone's --
24       THE VIDEOGRAPHER:  Just try to
25 refresh the page.

Page 71

1        MR. SLATER:  It's in there now.
2        THE VIDEOGRAPHER:  Great.
3        MR. SLATER:  Sorry about that.
4        MR. TRISCHLER:  That's all right.
5  BY MR. TRISCHLER:
6    Q.    So dosing a rat for about 20 weeks or
7  20% of its life expectancy would be the equivalent
8  of dosing a human for about 15 years, correct?
9    A.    Yeah.
10   Q.    And you understand that when we talk
11 about this case for just a moment, you understand
12 that there's no plaintiff in this litigation who
13 ingested valsartan-containing medications
14 containing nitrosamines for 15 years, right?
15   A.    Correct.
16   Q.    And the total dose that was given to
17 these rats in your study was listed as 0.33
18 mmol/kilogram.
19       Is that right?
20   A.    Yes.
21   Q.    Can you equate that to a human dose
22 for a 150-pound individual?
23   A.    You want me to do that now?
24   Q.    Are you able to?
25   A.    I'm able to, yeah, but I don't know

Page 72

1  if I could do it in my head.  So 0.3 millimoles
2  per kilogram, so a 150-pound person is about
3  70 kilograms.  0.3 millimoles per 70 kilograms
4  would be -- I don't know.  I can't do it in my
5  head.  I'm sorry.
6    Q.    That's fair.  I couldn't do it
7  either.
8        I'll represent to you I did run
9  this --
10   A.    It's significantly higher than the
11 human dose, if that's what you're getting to.  We
12 don't have to waste time going through -- I mean,
13 the purpose of this experiment was to compare NNK
14 and DMN -- NDMA.
15   Q.    Understood.
16   A.    The dose -- the dose is far higher
17 than a human dose.  If you want to get to human
18 dose, you have to look at the Peto study.
19   Q.    We'll get there.
20       What we can agree upon is that in
21 this particular study that the dose administered
22 to rats was on order of magnitude greater than the
23 nitrosamine levels seen in valsartan-containing
24 medications, correct?
25   A.    Yes, absolutely.

Page 73

1    Q.    And there is a formula for converting
2  these doses to a human equivalent dose, correct?
3    A.    Yes.
4    Q.    I think we can agree that formula is
5  not easy to do in one's head, but I've done the
6  math and I'll represent to you that the human
7  equivalent dose in this study would equate to
8  about 336 million nanograms.
9          Does that sound about right?
10   A.    I'll take your word for it.  But I
11  mean this study was not designed to look at human
12  doses at all.
13   Q.    It wasn't designed to look --
14   A.    It was designed to compare NNK and
15  NDMA carcinogenicity and metabolism using the
16  doses of NNK that we knew induced a certain
17  percentage of lung tumors.
18   Q.    This study that we marked as Exhibit
19  4 was not designed to look at issues of human
20  carcinogenicity of NDMA, correct?
21   A.    That's a very broad statement.  It
22  wasn't designed to replicate the human dose of
23  NDMA.  Not at all.
24   Q.    Okay.
25          The point is that the animals in your

Page 74

1  study were administered nitrosamines in far
2  greater quantities and over a greater period of
3  their life span than any plaintiff in this
4  litigation.
5          Can we agree on that?
6    A.    That's the point you're making, yes.
7    Q.    And is the point I'm making accurate?
8    A.    Yes.
9    Q.    After a long period of exposure at
10  doses far higher than what's contained in any of
11  the valsartan-containing medications, what your
12  study showed was a development of tumors in six of
13  the 30 rats that were administered these high,
14  high doses of NDMA, right?
15   A.    Yes.
16          MR. SLATER:  Objection.
17          Lack of foundation and multiple other
18  objections.
19          You can answer.
20   A.    Yes.
21   Q.    In the conclusion of your study was
22  that NNK is more potent than NDMA?
23   A.    That was the conclusion.
24   Q.    And we know today that NNK and NNN
25  are Class 1 known carcinogens, right?

Page 75

1    A.    Yes.
2    Q.    NDMA is not?
3    A.    Correct.  It's 2A.
4          THE VIDEOGRAPHER:  Counsel, I just
5  want to let you know I have about ten minutes
6  left on this media before I need to do a
7  quick break to change.
8          MR. SLATER:  Why is that?  Aren't you
9  just recording with the Zoom?
10         THE VIDEOGRAPHER:  We run an hour and
11  a half.  It's a Veritext standard.
12         MR. SLATER:  Well, is it
13  technological issue or is it just a Veritext
14  standard?
15         THE VIDEOGRAPHER:  Well, you know, it
16  necessitates the issue that if we go two
17  hours and it crashes, we lose two hours as
18  opposed --
19         MR. SLATER:  Okay.  I got it.  It's a
20  Veritext issue.  Thank you.
21         You can continue.
22         MR. TRISCHLER:  Adam, would you want
23  to stop now or go --
24         MR. SLATER:  I've never heard of any
25  such thing.  I've been in 100 depositions in

Page 76

1  the last year and I haven't heard anyone say
2  we need to stop because of the media cut off.
3  There's a first for everything.  We want to
4  use as much time as we can and keep going.
5          MR. TRISCHLER:  Bill, you could take
6  down Exhibit 4.
7  BY MR. TRISCHLER:
8    Q.    So before we started talking
9  specifically about your paper that we marked as
10  Exhibit 4, Dr. Hecht, I was asking about your
11  bibliography.
12         Those 618 entries that are on it, do
13  any of them deal specifically with the
14  carcinogenicity of NDEA?
15   A.    No.
16   Q.    Other than the comparative paper that
17  we marked as Exhibit 4, do any of those 618 papers
18  that you list on your bibliography deal with the
19  carcinogenicity of NDMA in any way?
20   A.    No.
21   Q.    You also list on your -- as part of
22  your CV that we marked as Exhibit 2 some 280
23  chapters, articles and what's called other papers.
24         Are you familiar with that section of
25  your CV, sir?

Page 77

1    A.    Yes.
2    Q.    Do any of those 280 chapters,
3  articles or other papers deal specifically with
4  the carcinogenicity of NDMA?
5    A.    Yes.
6    Q.    Can you tell me which ones?
7    A.    No.  I've written a number of
8  chapters for books dealing with the metabolic
9  activation or metabolism usually of nitrosamines
10  and NDMA metabolism is kind of the classic
11  example.  So in a number of those chapters, NDMA
12  will have been used as an example of the metabolic
13  activation process by which nitrosamines are
14  metabolized and bind to DNA leading to miscoding
15  and activation of ANCA genes and cancer.
16    Q.    You've told me --
17    A.    That's covered in a number of those
18  book chapters.
19    Q.    You told me that you have your report
20  in front of you in a hard copy form and I know the
21  bibliography is part of the report.
22        What I'd ask you to do is go to the
23  section marked "Chapters, Invited Articles, Books
24  and Other Papers" and look at it and identify for
25  me a few of the places that I can go to read what

Page 78

1  you've written about NDMA.
2    A.    Okay.  Well, I don't have the hard
3  copy of the bibliography in front of me, so I'll
4  have to pull it up on my computer.  Then I can go
5  through and then I can tell you.  That'll take a
6  few minutes.
7        MR. TRISCHLER:  All right.  We need
8    to take a break for the videographer, so
9    let's take a break.  If you don't mind
10    looking at that --
11        MR. SLATER:  No, Clem.  We're not
12    going to do that during the break.  I don't
13    want to him doing work that should be on the
14    record during a break.
15        MR. TRISCHLER:  Well, we could do
16    it when we come back then, Adam --
17        MR. SLATER:  Yeah, I just want him to
18    be able to take a break, stretch his legs and
19    all.
20        MR. TRISCHLER:  That's fine.
21    Whatever you want to do.  Let's take a break,
22    we'll get the medium up and running and when
23    you're ready to come back, we will pick up
24    with this.
25        MR. SLATER:  Let's take no more than

Page 79

1  ten minutes and come back.
2        THE VIDEOGRAPHER:  The time is 10:37.
3    We're going off the video record.
4    This ends media one.
5        (Recess taken)
6        THE VIDEOGRAPHER:  The time is now
7    10:49.
8        This begins media two.
9        You may proceed.
10    Q.    Welcome back, Dr. Hecht.
11        Before we took a break, we were
12  talking about the section of your bibliography
13  that's part of Exhibit 2 entitled  "Chapters,
14  Invited Articles, Books and Other Papers."
15        Do you remember that?
16    A.    Yes.
17    Q.    Have you been able to find that
18  section of your bibliography on your desktop
19  there?
20    A.    Yes.
21    Q.    I had asked if you would be kind
22  enough to peruse that section and just identify
23  for me a couple of the publications that you were
24  a part of that discuss NDMA.
25    A.    Right.  I couldn't quite do that, so

Page 80

1  I have to -- that'll take some more time.
2    Q.    You could do it now.
3    A.    Okay.
4        (Witness reviews document)
5    Q.    Dr. Hecht, may I make a suggestion
6  while you're doing this?
7    A.    Yes.
8    Q.    If you have located three or four
9  that are responsive, that's all I need.  I'm not
10  looking for you to tell me every single one.  Just
11  a few.
12    A.    Okay.  So the question is whether
13  they specifically have dimethylnitrosamine as
14  opposed to nitrosamines in general, correct?
15    Q.    Correct.
16    A.    That's the problem I'm having because
17  I don't remember whether I specifically talked
18  about dimethylnitrosamine, but -- so there's one
19  paper in Environmental and Occupational Medicine,
20  Third Edition, 1998.  It's a chapter on
21  N-nitrosamines.
22    Q.    What number on the bibliography, sir?
23    A.    It's 149 under the "Chapters"
24  section.  One forty-nine.  That would be an
25  example.

Page 81

1    Q.    I'll accept that.  You don't need to
2  look at any further.
3    A.    All right.
4    Q.    So let me ask sort of the same
5  question, but this time related to NDEA.
6         Do any of the chapters, invited
7  articles, books or other papers listed in your CV
8  that we've marked as Exhibit 2 specifically  deal
9  with or discuss the carcinogenicity after NDEA?
10   A.    No, I don't believe so.
11   Q.    Are you familiar with the term
12  "threshold dose" as used in the field of
13  toxicology?
14   A.    Yes.
15   Q.    What do you understand that term to
16  mean, sir?
17   A.    A dose below which there would be no
18  effect.
19   Q.    By no effect, you mean no toxicity or
20  harm is --
21   A.    Right.  Whatever the end point is.
22   Q.    In your career, have you ever done
23  any original research to evaluate or establish a
24  threshold dose for NDMA in humans?
25   A.    No.

Page 82

1    Q.    Have you ever done any research to
2  evaluate a threshold dose for NDEA in humans?
3    A.    No.
4    Q.    Let me ask a little bit about
5  valsartan if I can.
6         Do you understand that valsartan
7  falls into a class of drugs known as angiotensin
8  receptor blockers or ARBs?
9    A.    Yes.
10   Q.    Do you understand that ARBs are used
11  in the treatment and management of hypertension?
12   A.    Yes.
13   Q.    Hypertension and heart disease are
14  the number one cause of death of adults in
15  America; true?
16   A.    Yes.
17   Q.    Do you agree that
18  valsartan-containing medications have proven to be
19  effective in the treatment and management of this
20  deadly condition?
21   A.    Yes.
22   Q.    Do you agree that
23  valsartan-containing medications are an important
24  tool for clinicians to manage and treat this
25  deadly disease?

Page 83

1         MR. SLATER:  Objection.
2         You can answer.
3    A.    Yes.
4    Q.    Do you intend to offer any opinions
5  asserting that valsartan is not effective in
6  treating hypertension?
7    A.    No.
8    Q.    Do you intend to offer any opinion
9  that the small amounts of nitrosamine impurities
10  found in certain valsartan-containing medications
11  compromised, limited or reduced the medication's
12  effectiveness in controlling blood pressure?
13        MR. SLATER:  Objection to the form.
14   A.    No.
15   Q.    You personally do not treat heart
16  disease, correct?
17   A.    Correct.
18   Q.    You're not an expert in the
19  diagnosis, treatment, management of this
20  condition; fair to say?
21   A.    Correct.
22   Q.    Have you ever been prescribed
23  valsartan-containing medications?
24        MR. SLATER:  Objection.
25        Don't answer the question.

Page 84

1         I don't think it's appropriate to ask
2  an expert, whatever the question is about,
3  about their own personal health history.
4         MR. TRISCHLER:  Only reason I ask,
5  Adam, is if he could be a potential
6  plaintiff, it goes to bias.  If he's used
7  these medications, it's certainly relevant.
8         MR. SLATER:  That's why you're asking
9  the question?  To find out if there's a bias
10  issue?
11        MR. TRISCHLER:  To find out if he's
12  used the medications that he's claiming --
13        MR. SLATER:  I'll let Dr. Hecht --
14        MR. TRISCHLER:  If he has a potential
15  claim, I think it's relevant.
16        MR. SLATER:  All right.
17        I'll allow Dr. Hecht to answer one
18  question of whether he's used valsartan.
19   A.    No, I haven't.
20   Q.    Can we agree that hypertension is a
21  major health problem?
22   A.    Yes.
23   Q.    Are you aware that the CDC is
24  estimating that 45% of adult Americans suffer from
25  hypertension?

1    MR. SLATER:  Objection to all these
2    statistical proffers.
3    You can answer.
4    A.    I didn't know that number offhand,
5    but, you know, I'll take your word for it.
6    Q.    Does hypertension cause cancer?
7    A.    No.
8    Q.    Is hypertension is risk factor for
9    cancer?
10   A.    No.
11   Q.    As someone who is --
12   A.    It's not a known risk factor.
13   Q.    Are you aware of whether or not there
14   are peer reviewed -- strike that.
15   Are you aware as to whether or not
16   there is peer-reviewed literature that's been
17   published in the medical community noting a
18   statistically significant association between
19   hypertension and cancer?
20   A.    I'm not aware of it.  I may have seen
21   it.  I can't think of it right now.
22   Q.    As part of your work in this case,
23   did you do a literature search to determine
24   whether or not there was peer-reviewed literature
25   discussing, noting or observing a statistically

1    significant observation between hypertension and
2    cancer?
3    A.    No, I did not.
4    Q.    Have you ever done such a literature
5    search?
6    A.    Not recently.
7    Q.    Can we agree that cancer causation is
8    multifactorial?
9    A.    Yes.
10   Q.    I think in going through your CV one
11   of the things I observed in connection with your
12   work as a professor or research that you've done,
13   much of it is focused on cancer prevention,
14   correct?
15   A.    Correct.
16   Q.    As someone who is focused on cancer
17   prevention, one of the things that we've been
18   taught is that good health and good diet can go a
19   long way to reducing an individual's risk factor
20   for developing cancer, correct?
21   A.    Yes.
22   Q.    While we know, based on the research
23   that's been done in the past few decades, there
24   are things we could do to reduce our risk factor
25   to cancer, we still don't know what causes cancer.

1    Would you agree?
2    A.    Yes.
3    Q.    While there's certainly no
4    guarantees, what we believe is that a good diet,
5    exercise and good health can go a long way in
6    reducing an individual's risk; true?
7    A.    There's plenty of evidence, yes.
8    Q.    Based on that, would you agree that
9    hypertension can and does lead to cancer?
10   MR. SLATER:  Objection.
11   You can answer.
12   A.    So you can construct a connection, I
13   suppose, because, you know, good health, exercise
14   will be good in preventing hypertension and also
15   preventing cancer, so ...
16   In that respect, there could be a
17   connection, sure.
18   Q.    Is it fair to say that every
19   plaintiff in this litigation was at an increased
20   risk of developing cancer before they ever took a
21   single valsartan pill?
22   MR. SLATER:  Objection.
23   A.    I have no idea.
24   Q.    Are you aware of any peer-reviewed
25   research published in the medical journals finding

1    a statistically significant increased risk of
2    kidney, colorectal, breast and other cancers in
3    patients with hypertension?
4    MR. SLATER:  Objection.
5    There's a massive lack of foundation
6    and relevance, but you can answer the
7    question.  Plus -- I said foundation.
8    You can answer.
9    A.    Not offhand.
10   Are you still there?
11   Q.    Yes, I'm just thinking what I want to
12   ask you next.
13   You told me that research and work
14   that's been done over the years will tell us that
15   cancer can be caused by many different things, one
16   of them being smoking and tobacco use, right?
17   A.    Yes.
18   Q.    You identified obesity as a risk
19   factor that can lead to cancer, right?
20   A.    Yes.
21   Q.    Alcohol use can lead to cancer,
22   correct?
23   A.    Yes.
24   Q.    Radiation can lead to cancer?
25   A.    Yes.

Page 89

1    Q.    Genetics can play a role?
2    A.    Yes.
3    Q.    Viruses in some circumstances can
4 cause cancer?
5    A.    Yes.
6    Q.    Environmental -- we believe that some
7 environmental exposures can cause cancer, correct?
8    A.    Yes. Yes.
9    Q.    Are there other groups of causes that
10 are risk factors that we haven't talked about?
11    A.    I don't know. I think you covered
12 the main ones. Sunlight, UV exposure I don't
13 think you mentioned.
14    Q.    Okay.
15        Given all these potential causes of
16 cancer, are you able to look at a mutation at a
17 cellular level and say that that mutation was
18 caused by a specific exposure or condition?
19    A.    That would be very difficult.
20    Q.    So I'm only asking about you, whether
21 you had that ability or capability.
22        Do you have the expertise to look at
23 a given mutation and say this was caused by
24 increased nitrosamine intake as opposed to
25 genetics, as opposed to alcohol use, as opposed to

Page 90

1 any other factor known to cause cancer?
2        MR. SLATER: Objection.
3        You can answer.
4    A.    I didn't quite hear your question.
5        Did you say patient or mutation?
6    Q.    Mutation I said.
7    A.    Well, some mutations are quite
8 specific. For example, those caused by UV light,
9 you get thymidine cross links in DNA. I'm not
10 aware if those are caused by any other agent, so
11 there are cases of certain mutations that are
12 quite specific.
13    Q.    Are you aware of any unique
14 biomarkers caused by NDMA?
15    A.    No.
16    Q.    Are you aware --
17    A.    Wait. That depends what you mean by
18 biomarkers.
19    Q.    Are you able to look at a mutation
20 and say this mutation was caused by NDMA exposure?
21    A.    No, not a mutation.
22    Q.    Are you able to look at a mutation
23 and say this mutation was caused by NDEA exposure?
24    A.    No.
25    Q.    So if there are no unique biomarkers

Page 91

1 for NDMA or NDEA in human tissue and given that
2 there are multiple risk factors for cancer, are
3 you able to state to a reasonable degree of
4 scientific certainty that cancer causation in any
5 of these plaintiffs in this litigation was caused
6 by nitrosamines?
7        MR. SLATER: Objection.
8        You can answer.
9    A.    I wouldn't say there's no biomarker.
10 You mentioned certain mutations. But if I find --
11 if I'm able to obtain a DNA sample from one of the
12 patients, for example, from their oral cells after
13 they took a contaminated pill and analyzed the DNA
14 in that sample and I find O6-methylguanine in that
15 DNA, I can be reasonably sure that came from
16 dimethylnitrosamine. So that's a biomarker.
17    Q.    Have you obtained DNA samples from
18 any of the plaintiffs in this case?
19    A.    No.
20    Q.    Have you looked for signs of
21 O6-methylformane in any of the DNA samples
22 or tissue samples from any of the plaintiffs in
23 this case?
24    A.    O6-methylguanine.
25    Q.    Guanine.

Page 92

1    A.    Guanine. G-U-A-N-I-N-E.
2        No, I haven't. But that would be a
3 possible approach, a research approach.
4    Q.    The presence of O6-methylguanine in a
5 DNA sample is not the equivalent of a -- does not
6 mean there's a carcinogenic tumor, correct?
7    A.    Correct. But it's one step in a
8 well-established pathway.
9    Q.    Is the presence of O6-methylguanine
10 specific and limited to NDMA and NDEA exposure?
11    A.    No.
12    Q.    Going back to my question, you told
13 me that you cannot look at a biopsied tissue and
14 make the determination that that mutation was
15 caused by NDMA, correct?
16        MR. SLATER: Objection.
17        You can answer.
18    A.    In the absence of other data, but if
19 I had DNA from that tissue and I analyzed it for
20 O6-methylguanine and I find O6-methylguanine and
21 the mutation is a mutation in a raised gene and I
22 have tissue from subjects who did not use
23 valsartan and I don't find the mutation, that
24 would be pretty good evidence.
25    Q.    None of that work has been done in

Page 93

1 this case; is that right?
2     A.    As far as I know.
3     Q.    You've not done it?
4     A.    No.
5     Q.    What causes the presence of
6 O6-methylguanine in a DNA sample?
7     A.    From the metabolism of a substance
8 such as NDMA that leads to the formation of methyl
9 diazohydroxide, which reacts with guanine in DNA
10 to form O6-methylguanine.
11     Q.    My question was other than NDMA what
12 other substances are you aware of that lead to the
13 formation of O6-methylguanine?
14     A.    Other methylating carcinogens, NNK,
15 methyl methane sulfonate.  I don't think there's
16 much human exposure to that.  So, you know, any
17 methyl nitroso compound.
18     Q.    I'm sorry.  I didn't mean to
19 interrupt you.  Go ahead.
20     A.    I'm done.
21     Q.    Can the presence of O6-methylguanine
22 be attributed in a DNA sample be attributed to
23 anything other than exposure to nitrosamines?
24         MR. SLATER:  Objection.
25         You can answer.

Page 94

1     A.    Yes, it could be another methylating
2 agent.  Wouldn't necessarily have to be
3 nitrosamine.  Methyl methane sulfonate is one of
4 the more common ones, but it's not really found in
5 the environment.
6     Q.    I'm going to go into this more a
7 little later, but all of us are exposed to
8 nitrosamines every single day, correct?
9         MR. SLATER:  Objection.
10         You can answer.
11     A.    Many people are, yes.
12     Q.    And all of us process and develop
13 nitrosamines endogenously.
14         Our body creates them, right?
15     A.    Yes, to a certain extent.
16     Q.    Every single day?
17         MR. SLATER:  Objection.
18     A.    I don't know about every single day.
19 The measurement of endogenous formation is fraught
20 with difficulties, but there is certainly the
21 evidence for endogenous formation of nitrosamines.
22     Q.    By all of us?
23     A.    I don't know about all of us.
24     Q.    Are you aware of any research that
25 suggests there are some individuals that have the

Page 95

1 unique ability not to endogenously create
2 nitrosamines?
3         MR. SLATER:  Objection.
4         You can answer.
5     A.    Not offhand.
6     Q.    Right.  So here's what I don't
7 understand:  If all of us or virtually all of us
8 endogenously create nitrosamines, then every DNA
9 sample that you are look at is going to have
10 O6-methylguanine.
11     A.    No, that's not true.
12     Q.    You just said that nitrosamine
13 exposure -- strike that.
14     A.    Just because you're exposed to a
15 nitrosamine doesn't mean that you'll be able to
16 necessarily metabolize it efficiently enough to
17 alkylate DNA.  So you might have cases where the
18 exposure is too low or the metabolism is not that
19 efficient.  It doesn't -- you can't say all.
20     Q.    O6-methylguanine observed in a DNA
21 sample is caused by the metabolism of nitrosamines
22 among other things.
23         That's what you've told me, right?
24     A.    Yes.
25     Q.    When you find O6-methylguanine in a

Page 96

1 DNA sample, if you were to ever do this work, you
2 would not be able to tell us whether that
3 O6-methylguanine was from nitrosamines ingested
4 exogenously or developed endogenously, would you?
5         MR. SLATER:  Objection.
6         You can answer.
7     A.    I could do a study that could
8 indicate that.
9     Q.    You've not done such a study?
10     A.    No.
11     Q.    No one in the world has done such a
12 study at this point?
13     A.    I don't know.
14     Q.    Are you aware of any?
15     A.    No.  I could compare subjects who
16 took contaminated valsartan and who did not and
17 get DNA samples from those individuals and analyze
18 them for O6-methylguanine and see if there's a
19 difference.
20     Q.    Okay.  You could do that --
21     A.    That would be a good start.
22     Q.    Great.
23         But my question was you haven't done
24 that scientific investigation, correct?
25     A.    No, but I think it would be a good

Page 97

1  project. You gave me an idea.
2     Q.    At least I served some purpose here
3  today then.
4           I want to go back and sort of touch
5  on one of the things that I asked you at the
6  outset and that relates to the work that you have
7  done in this case.
8           I think you told me that when you
9  wrote your report that you acknowledged that
10  valsartan -- whether or not nitrosamines in
11  valsartan-containing medications were capable of
12  causing cancer is dependent on the exposure, the
13  dose and the duration.
14          Do you remember telling me that?
15  A.     Mm-hmm.
16          MR. SLATER:  Objection.
17          You can answer.
18  Q.     You have to say "yes" or "no" for the
19  record.
20  A.     Yes.
21  Q.     You gave me a general overview of
22  some of the things that you did to try and answer
23  the question of whether or not the exposure to
24  nitrosamines in valsartan-containing medications
25  was capable of increasing the risk of cancer and

Page 98

1  you said that one of the things you did was
2  consult literature.
3           Correct?
4  A.     Yes.
5  Q.     How did you go about deciding upon
6  the literature that you were going to review and
7  cite and rely upon in your report?
8  A.     From my experience and from staying
9  up to date on the literature. It's one of the
10  things that we do in research, follow the
11  literature and attempt to read it all and use it
12  our research and let it inform us as to our
13  projects and conclusions. So, you know, it's
14  important to follow the literature. It's
15  something that all researchers do.
16  Q.     Understood.
17          When you were retained by Mr. Slater
18  back in September of 2019, did you do any or
19  attempt to any sort of comprehensive search of the
20  literature or did you just rely on your knowledge
21  and efforts to stay abreast of the literature as
22  you described it?
23  A.     Well, I looked into the valsartan
24  literature, but mainly I relied on my knowledge of
25  the literature.

Page 99

1     Q.    So if I were to --
2     A.    But I'm not an encyclopedia, you
3  know. I could have forgotten things here and
4  there.
5     Q.    Well, that's what -- I'm not
6  suggesting you should be an encyclopedia.
7           Would you agree with me that
8  formulating a meaningful and reliable opinion on a
9  causality of exposure to a disease requires an
10  evaluation of the totality of the evidence?
11          MR. SLATER:  Objection.
12  A.     Yes.
13  Q.     So what I'm trying to get a feel for
14  and what I'd like you to explain for me is how did
15  you set out to make sure that your encyclopedic
16  knowledge of the literature was adequate --
17          MR. SLATER:  Objection.
18          You can answer.
19  Q.     -- before whether it needed to be
20  supplemented by a literature review?
21          MR. SLATER:  Objection.
22          You can answer again.
23  A.     Sure. I needed to review the
24  available literature on valsartan, you know, the
25  contamination with nitrosamines. I also needed to

Page 100

1  refresh my memory regarding dimethylnitrosamine
2  exposures and cancer in the literature.
3     Q.    So how do you go about refreshing
4  your memory in that matter?
5     A.    I go to PubMed and put in the right
6  terms.
7     Q.    What search terms did you use to run
8  that query?
9     A.    Oh, I don't remember.
10  Q.     Do you have a list you created?
11  A.     No, I don't have a list. I know
12  dimethylnitrosamine and cancer. You know, it
13  would come up with probably a thousand references
14  and then you go from there.
15  Q.     Were those the search terms you
16  actually used or --
17  A.     No. No. I mean, it's a mix. So I
18  relied on my knowledge that's been gained over 45
19  years of work in this area. I've looked into the
20  literature specifically regarding valsartan and I
21  updated my -- refreshed my memory regarding papers
22  looking at dimethylnitrosamine occurrence in the
23  environment, in food, in water, etc. So I tried,
24  you know, to cover as much as I could.
25  Q.     I'll be honest with you, Dr. Hecht.

Page 101

1  I'm trying to fact check how you did your work.
2  You said -- you told me that you would have
3  updated your knowledge by a literature search.
4        Are you able to show me the actual
5  search terms you would have used?
6    A.    No.
7    Q.    Are you able to show me the -- have
8  you retained the print out of the results from
9  your initial PubMed searches as far as what hits
10  you received and so forth?
11   A.    No.
12        MR. SLATER:  Objection.
13        You can answer.
14   Q.    Do you know how many publications you
15  pulled in on your initial search?
16   A.    No.
17   Q.    One of the things that I asked you to
18  bring with you or to the deposition with a notice
19  and one of the things that your counsel was kind
20  enough to provide to me before we began were your
21  invoices that you've generated in connection with
22  your work in this project.
23        Are you aware of that?
24   A.    Yes.
25   Q.    Did you provide those invoice

Page 102

1  documents to counsel so that he could provide them
2  to me?
3    A.    Yes.  Yes.
4        MR. TRISCHLER:  Can we mark those as
5  Exhibit 4?
6        THE VIDEOGRAPHER:  Exhibit 4 was the
7  comparative --
8        MR. TRISCHLER:  Exhibit 5.  Exhibit
9  5.
10        THE VIDEOGRAPHER:  What was the name
11  of the document again that you wanted --
12        MR. TRISCHLER:  Invoices.
13        THE VIDEOGRAPHER:  Okay.  Great.
14  Would you like that up on the screen?
15        MR. TRISCHLER:  Yes.
16        (Whereupon, Exhibit 5 was marked for
17  identification.)
18   Q.    The documents related to your
19  invoices that we marked as Exhibit 5 consist of
20  four pages.  What we're looking at here is the
21  first of those four pages that I have.
22   A.    Yes.
23   Q.    This appears to me, Dr. Hecht, to be
24  a summary of the work that you did from at least
25  September of 2019 through June of 2020, right?

Page 103

1    A.    Yes.
2    Q.    You would have billed for your work
3  in connection with this case based on this
4  summary, right?
5    A.    Yes.
6    Q.    What I'm curious about is when I read
7  this document and look at this document marked as
8  Exhibit 5, I don't see any reference to a
9  literature search being done until -- well,
10  actually in -- I stand corrected -- 12/9/19.  It
11  says "Further review and literature search on
12  NDMA, one hour."
13   A.    Yes.
14   Q.    Is that when you would have done your
15  literature search then?
16   A.    That's what it says.
17        MR. SLATER:  Objection.
18        You can answer.
19   Q.    And your search of the literature
20  would have taken you an hour to do?
21   A.    On that particular day, yes.
22   Q.    Is there any reference to any
23  literature search on any other day in your
24  records?
25   A.    I don't know.

Page 104

1        MR. SLATER:  You can go to the next
2  page, sir.
3        Can you highlight that for the
4  doctor?
5    Q.    Is there any reference to your
6  literature search on this page of the billing
7  records?
8    A.    Well, the updated report adding new
9  text and references, so, you know, that could have
10  involved some literature.  I really don't
11  remember.
12   Q.    How about the next page?
13   A.    Right.  There's no reference to
14  literature search there.
15   Q.    How about the last page?
16   A.    That's it.
17   Q.    So if we look at all the invoice
18  documents that I've been provided with, what it
19  suggests is that there's only one reference to a
20  literature search and that was for an hour on
21  December of 2019.
22        Is that the extent of the literature
23  search that you --
24        MR. SLATER:  Objection.
25        Lack of foundation.

1        You can answer, Doctor.
2    A.    I do literature work all the time on
3 nitrosamine. It's my part of my work.
4    Q.    All right.
5        I'm talking about -- you said you
6 keep abreast of the literature. You're looking at
7 it all the time.
8    A.    Yes.
9    Q.    You're not an encyclopedia and so you
10 did a literature search to supplement your
11 knowledge.
12        Is that supplement the one hour we
13 see in December of 2019?
14        MR. SLATER: Objection.
15        Foundation.
16        Argumentative.
17        You can answer.
18    A.    That's what it says.
19    Q.    You didn't -- according to your
20 billing records, you didn't spend any other time
21 on the literature search, right?
22        MR. SLATER: Objection.
23        You can answer.
24    A.    I didn't bill for it.
25    Q.    Do you remember doing it?

1    A.    As I said, I look at the literature
2 almost every day in one form or another, so I
3 don't necessarily bill for it. It's part of my
4 work. It's part of what I do.
5    Q.    In your report that you provided to
6 us, you have footnotes, footnote references at the
7 conclusion of the report, a grand total of about
8 146, correct?
9    A.    Yes.
10    Q.    It looked to me like the last -- you
11 have that report in front of you, sir.
12        The last footnote, 146, is a true
13 footnote, whereas the other 145 are citations to
14 literature, company documents or depositions,
15 right?
16    A.    Yes. Right.
17    Q.    As it relates to the -- I'm trying to
18 distinguish for my question the scientific
19 literature from the company documents and
20 depositions.
21        Okay?
22        With respect to scientific
23 literature, what was your criteria for inclusion
24 or exclusion of literature in your report?
25    A.    Well, the report starts with a

1 general consideration of nitrosamine
2 carcinogenesis. For that, I used literature that
3 I refer to frequently, certain reviews and certain
4 specific publications.
5        For the literature that refers more
6 specifically to valsartan, I referred to the -- a
7 couple of publications on valsartan as well as the
8 EMA report and maybe a couple of others. I don't
9 really remember.
10    Q.    I think it's probably fair to say
11 that your report and the references that you cite
12 at the conclusion of the report was not intended
13 to include citation to every publication on the
14 subject of NDMA and NDEA ever written.
15        Fair to say?
16    A.    Yes.
17    Q.    So what I'm just wondering is was
18 there some method in your mind that you started
19 with as to what references you were going to rely
20 upon and cite and which ones you were going to
21 exclude? Did you have any methodology in that
22 regard?
23    A.    Yes. I focused on the studies that
24 are relevant to cancer induction by
25 dimethylnitrosamine in humans. Basically, I'm

1 looking at the known, very well established
2 pathways by which the dimethylnitrosamines
3 metabolized can damage DNA, showing that that also
4 occurs in humans, that human metabolism with
5 dimethylnitrosamines are very well characterized.
6        Then looking at aspects of the
7 exposure, putting the dose response studies that
8 were carried out in rats, then looking at the more
9 specific aspects of the valsartan contamination
10 and the resulting exposure to dimethylnitrosamine
11 and blending these together to make a logic and
12 readable product.
13    Q.    Were there things that you came
14 across --
15    A.    In order to do that, I don't need to
16 review every publication that's ever been written
17 on nitrosamines.
18    Q.    Were there studies that you came
19 across in your research and work that found the
20 carcinogenicity of NDMA or NDEA in humans to be
21 inconclusive or unknown that you omitted from your
22 report?
23        MR. SLATER: Objection.
24        You can answer.
25    A.    There are many studies that conclude

Page 109

1 with, you know, statements like, you know, we
2 don't necessarily know whether this particular
3 exposure to products or environments containing
4 NDMA or other carcinogens for that matter actually
5 cause cancer. So I mean, they're all -- you know,
6 all studies have limitations and those limitations
7 are usually described. So I mean, I would say
8 that, you know, virtually every study that I
9 quoted would have some kind of limitation. That's
10 part of science.
11     Q.     Right. It sounds like you would
12 agree with me then that there are studies that are
13 not included in your report that found NDMA or
14 NDEA carcinogenicity in humans to be unknown or
15 inconclusive that you didn't discuss or didn't
16 cite.
17     A.     Sure, that's possible.
18     Q.     The studies -- many of the studies
19 that you ultimately cite are animal studies,
20 correct?
21         MR. SLATER: Objection.
22         You can answer.
23     A.     Yes.
24     Q.     I think beginning on page seven of
25 your report you have a section titled

Page 110

1 "Carcinogenicity of Nitrosamines and NDMA and
2 Cancer."
3         Is that right?
4     A.     Yes.
5     Q.     In this section of the report, you
6 seem to cite and rely upon a series of animal
7 studies to demonstrate the carcinogenicity of
8 NDMA?
9     A.     Yes.
10     Q.     Is it true that the -- I think we
11 talked about this a little bit in connection with
12 your comparative paper that we mentioned earlier,
13 but is it true that toxicity tests are often
14 performed on animals to gain an understanding of
15 cellular and tissue response to toxins?
16     A.     Yes.
17     Q.     In an animal study, do you agree that
18 there are many factors that affect the outcome of
19 the test or create uncertainty about its
20 extrapolation into a heterogenous human
21 population?
22         MR. SLATER: Objection.
23         You can answer.
24     A.     Sure, there are uncertainties. For
25 sure.

Page 111

1     Q.     Genomic instability differs from
2 species to species; true?
3         MR. SLATER: Objection.
4         You can answer.
5     A.     Yes.
6     Q.     DNA repair capacity differs from
7 species to species; true?
8         MR. SLATER: Objection.
9     A.     It's a very general statement.
10     Q.     Is it true?
11     A.     I don't know. Probably.
12     Q.     Metabolic factors differ from species
13 to species; true?
14         MR. SLATER: Objection.
15         You can answer.
16     A.     Sure. There can be differences.
17     Q.     For instance, the level of metabolic
18 enzymes are not identical from one species to
19 another, correct?
20         MR. SLATER: Objection.
21         You can answer.
22     A.     In general, that's probably true.
23     Q.     In fact, the level of enzymes are not
24 even homogeneous across the human population?
25     A.     Yes, that's true.

Page 112

1     Q.     Metabolic rates also differ between
2 humans and animals, right?
3     A.     It can.
4     Q.     The binding efficiency of a foreign
5 substance like NDMA to DNA can also differ across
6 species?
7         MR. SLATER: Objection.
8         You can answer.
9     A.     It can.
10     Q.     For these and other reasons, most
11 competent scientists recognize that attempts to
12 extrapolate data from animal studies to humans is
13 fraught with peril?
14         MR. SLATER: Objection.
15     A.     Fraught with peril?
16     Q.     Yes, sir.
17         MR. SLATER: Someone wrote a good
18 question here.
19     A.     Strong words. Strong words.
20         MR. SLATER: Objection to the
21 question.
22         You can answer.
23     Q.     The question is --
24     A.     There are uncertainties. Sure, there
25 are uncertainties. I wouldn't say it's fraught

Page 113

1 with peril.
2    Q.    Would you say it's fraught with
3 difficulty?
4        MR. SLATER: Objection.
5        You can answer.
6    A.    No, I wouldn't say it's fraught with
7 difficulty.
8    Q.    Well, let me show you --
9    A.    I would say that -- you like the word
10 "fraught." There are uncertainties I would say.
11    Q.    Sure.
12    A.    Those are well recognized.
13        (Whereupon, Exhibit 6 was marked for
14    identification.)
15    Q.    Let me show you what I'll mark as --
16 I think we're up to Exhibit 6. It's a paper by
17 Gombar -- G-O-M-B-A-R -- is the lead author. The
18 paper is entitled "Pharmacokinetics of
19 Nitrosodimethylamine in Beagles."
20        Are you familiar with that paper?
21    A.    Yes.
22    Q.    I think you cited it in your report,
23 correct?
24    A.    Correct.
25    Q.    You relied upon it, correct?

Page 114

1    A.    Relied upon it? Sure, I cited it.
2 Yes.
3        MR. TRISCHLER: Can you put up the
4    Exhibit 6 please, the first page of it?
5        THE VIDEOGRAPHER: Looking for it
6    now. One moment.
7        You said in beagles?
8        MR. TRISCHLER: Yes.
9        THE VIDEOGRAPHER: I'm actually not
10    seeing this in the list I was given, one
11    related to beagles.
12        THE WITNESS: Go to PubMed and enter
13    Gombar --
14        MR. TRISCHLER: I'll send it now.
15        THE VIDEOGRAPHER: Thank you.
16        MR. TRISCHLER: You should have it.
17        THE VIDEOGRAPHER: One moment while
18    it's downloading. That was not one that was
19    uploaded before. Maybe it failed in the
20    upload.
21        MR. TRISCHLER: Must have been the
22    one that broke the computer.
23        THE VIDEOGRAPHER: Maybe.
24        MR. TRISCHLER: Okay.
25 BY MR. TRISCHLER:

Page 115

1    Q.    So now, Dr. Hecht, we're looking at
2 the first page of Gombar's study that you cite in
3 your report. There's a section on the left-hand
4 side of the first page marked "Introduction," if
5 you could highlight that section for the doctor.
6        Certainly, Doctor, when I show you a
7 document like this, you're free to read as much of
8 the study as you want, but I wanted to direct your
9 attention to the introduction in the second
10 paragraph where Gombar and his colleagues note
11 that extrapolation of carcinogenicity data from
12 animals to humans is fraught with difficulty.
13        Do you see that?
14    A.    Yes, those are the words he used.
15    Q.    Right.
16        Do you agree with Gombar's
17 statements?
18    A.    Not necessarily. I think "fraught
19 with difficulty" is a little too strong. You
20 know, that's his opinion, so it's okay.
21    Q.    But you're the one that cited to this
22 report, not me, correct?
23        MR. SLATER: Objection.
24        Argumentative.
25    A.    I cited it, yeah, that's true. It

Page 116

1 deals with the topic.
2    Q.    And you agree with me that the
3 attempt to -- that there are problems and
4 limitations associated with the extrapolation of
5 carcinogenicity data from animals to humans; true?
6        MR. SLATER: Objection.
7    A.    There are limitations. Sure, there
8 are limitations.
9    Q.    Gombar and his colleagues go on to
10 tell us what some of those limitations are,
11 correct?
12    A.    Yes.
13    Q.    Some of those limitations include the
14 inherited susceptiblity of tissues to the
15 carcinogenic action of NDMA, the efficiency and
16 fidelity of repair processes, quantitative and
17 qualitative metabolic aspects and the
18 pharmacokinetics of the compound may be very
19 different in humans, right?
20    A.    Yes. It's all true. That's why we
21 do research.
22    Q.    Sure.
23        Do you consider yourself a scientist,
24 Dr. Hecht?
25    A.    Yes.

Page 117

1  Q.  As a scientist, do you agree that
2  it's improper to draw conclusions and inferences
3  from a study that the authors themselves did not
4  support?
5      MR. SLATER:  Objection.
6  A.  I'm not -- could you repeat that?
7  Q.  Sure.
8      Do you agree that it would be
9  improper to draw conclusions or inferences from a
10 study that the authors themselves did not support?
11     MR. SLATER:  Hold on, Dr. Hecht.
12     Objection and counsel might want to
13     read Law 360 and the Eighth Circuit's
14     decision from yesterday.
15     You can answer, Dr. Hecht.
16 A.  So we draw conclusions from our data.
17 All the data has limitations and we think about
18 and analyze the limitations of the data and that
19 influences our conclusions.
20 Q.  Do you ever draw conclusions from a
21 study that the authors of that study themselves
22 reject?
23     MR. SLATER:  Objection.
24     You can answer.
25 A.  Not in general.  Not in general, no.

Page 118

1  Q.  In general, you'd agree that would --
2  A.  Well, no, actually -- so, you know,
3  that depends on the data that's being presented.
4  I mean, I might find errors in their data and then
5  I wouldn't come to the same conclusions.
6  Q.  In general, would you --
7  A.  I might find flaws in their
8  experimental approach and then I would reject
9  their conclusions.  Just because it's published
10 doesn't mean that it's necessarily correct.
11 Q.  One of the papers that you also cited
12 was a paper by Magee and Barnes entitled -- you
13 can take that one down -- entitled "The Production
14 of Malignant Primary Hepatic Tumors in the Rat by
15 Feeding Dimethylnitrosamine."
16     Do you recall that paper?
17 A.  Yes, very well.
18     MR. TRISCHLER:  I'll mark that as our
19     next numbered exhibit.  I think we're up to
20     7.
21     (Whereupon, Exhibit 7 was marked for
22     identification.)
23 Q.  In this paper, I believe that the
24 rats were administered NDMA on the order of
25 25 milligrams per kilogram of body weight.

Page 119

1      Is that right?
2  A.  Yes.
3  Q.  Do you know how many nanograms are in
4  a milligram?
5  A.  Sure.  There's a thousand nanograms
6  in a microgram and there's 1,000 micrograms in a
7  milligram, so there are a million nanograms in
8  a milligram.
9  Q.  So the dose that was administered to
10 the rats in the Magee and Barnes study was --
11 A.  Yes, that's correct.
12 Q.  Do you know the equivalent dose of
13 25 million nanograms per kilogram in a human being
14 that weighs 150 pounds?
15 A.  Not offhand, no.  I would have to do
16 the calculation.  I can't do it sitting here,
17 talking to you.
18 Q.  Would you agree that that dose is on
19 order of magnitude far greater than any dose that
20 would have been given to any plaintiff who took
21 valsartan-containing medications containing some
22 nitrosamines?
23 A.  Absolutely.
24 Q.  Do you agree that there's no
25 correlation between the dose administered in the

Page 120

1  Barnes study and what any plaintiff in this case
2  may have received?
3      MR. SLATER:  Objection.
4      You can answer.
5  A.  I don't know what you mean by "no
6  correlation."  This was, as you know, as you're
7  well aware, the first study showing that
8  dimethylnitrosamine causes liver tumors in rats.
9  So naturally, they started with a high dose.
10 That's -- if you don't start with a high dose,
11 then you get a negative result and you still
12 haven't answered the question.
13     If you start with a high dose and you
14 get a negative result, you can be pretty sure that
15 the compound is not a strong carcinogen.  Years
16 later, as you know, after literally many, many
17 studies have extended and confirmed this initial
18 study showing that dimethylnitrosamine causes
19 liver cancer in rats, there was the study -- the
20 dose response study by Peto, Grasso and others --
21 showing going down to extremely low doses.
22     So I don't really see what you're
23 driving at here, sir.
24     MR. TRISCHLER:  Object and move to
25     strike as non-responsive.

Page 121

1    Q.    All I was asking you about was the
2  Magee and Barnes study, Doctor.
3         My question was the doses that Magee
4  and Barnes administered to the rats in this study
5  were far and away greater than the levels of
6  nitrosamines that were observed in any
7  valsartan-containing medications.
8         Would you agree?
9    A.    Absolutely.
10   Q.    And in this same study that we marked
11  as Exhibit 7, did -- I think the authors also
12  tried to duplicate their work on other mammals,
13  namely rabbits, right?
14       MR. SLATER:  Objection.
15       You can answer.
16   A.    Yes.
17   Q.    And there was NDMA that was
18  administered to rabbits in this Magee and Barnes
19  study, correct?
20   A.    Yes.
21   Q.    How much NDMA was delivered to these
22  rabbits?
23   A.    I don't remember.
24   Q.    Was it --
25   A.    It was a high dose.  I think they

Page 122

1  also had some toxicity.
2    Q.    Was it the same 25 milligrams per
3  kilogram of body weight dose that the --
4    A.    I don't know.  Look in the paper.  I
5  don't remember.
6    Q.    Do you remember that in connection
7  with the rabbits no tumors were observed in this
8  study?
9        MR. SLATER:  Objection.
10       You can answer.
11   A.    I forgot about the rabbits.
12       MR. TRISCHLER:  If you could
13       highlight the second paragraph for me,
14       please.
15   Q.    Take a look at it, Doctor.
16       Were any tumors observed in the
17  rabbits in this study?
18   A.    No.
19       MR. TRISCHLER:  You mentioned the
20       Peto paper, so let me ask you about that.
21       There's a paper by a gentleman named
22       Peto that you just mentioned, P-E-T-O.  We
23       can mark that as Exhibit 8.
24       (Whereupon, Exhibit 8 was marked for
25       identification.)

Page 123

1    Q.    While the gentleman is taking care of
2  that for us, Doctor, you not only mentioned the
3  Peto paper a little earlier, you cited to it in
4  your report, correct?
5    A.    Yes.
6    Q.    In Peto, we have another animal study
7  where NDMA and NDEA were administered to rats,
8  correct?
9    A.    Yes.
10   Q.    In his work, Peto was careful to note
11  that no extrapolation of this data to humans
12  should be done.
13       Do you agree?
14   A.    Yes.
15   Q.    In fact, if you can go to page 6445
16  of that paper, the second paragraph of the
17  chart -- there we go -- what Peto wrote is that
18  "It would be a serious distortion of these
19  experimental results to extrapolate this data to
20  humans."
21       Correct?
22   A.    That's what he wrote.
23   Q.    And so what we know from the Peto
24  study is it provided us with some valuable
25  information on dose response relationship to NDMA

Page 124

1  that was administered to rats, but it did not
2  provide any reliable information on the effects of
3  nitrosamines on humans, correct?
4        MR. SLATER:  Objection.
5        You can answer.
6    A.    Correct.
7    Q.    I didn't hear your answer, sir.
8    A.    Yes, correct.
9        Actually, I wouldn't say any reliable
10  information.  I hate to get into a semantic
11  argument.  I wouldn't say it doesn't provide any
12  reliable information.  It does provide reliable
13  information, well, definitely with respect to
14  rats.  You know, whether this information is
15  directly applicable to humans, we don't know, but
16  it does give a strong indication of the strength
17  of the carcinogen and a widely accepted animal
18  model.
19   Q.    What Peto said and what he wrote in
20  the peer-reviewed literature was that this data
21  does not provide reliable information as to the
22  effects of a part per billion nitrosamine
23  concentration on humans.
24       Isn't that --
25   A.    That's what he says.

Page 125

1    Q.    And he says it would be a distortion
2 of these experimental results to suggest something
3 different?
4    A.    Yes, that's what he said.
5    Q.    My question was not asking you about
6 whether Peto's study provides us dose effect --
7 provides us with relevant and reliable dose effect
8 data on NDMA in rats.
9        I'm talking about humans. When we
10 talk about humans, Peto's study does not provide
11 us with any reliable information. He even said
12 so, right?
13        MR. SLATER: Objection.
14    A.    That's what he says. It says it
15 right there.
16        MR. TRISCHLER: I'm going to ask you
17    about another animal study that you cited in
18    your report. I think we'll mark this
19    one Exhibit 9 and it's another paper by
20    Gombar, G-O-M-B-A-R, entitled
21    "Pharmacokinetics of N-nitrosodimethylamine
22    in Swine."
23        (Whereupon, Exhibit 9 was marked for
24    identification.)
25    Q.    Do you see that?

Page 126

1    A.    Yes.
2    Q.    In this paper, is it also true, if
3 you recall, that the authors once again cautioned
4 against extrapolating carcinogenicity data from
5 animals to humans?
6        MR. SLATER: Objection.
7        You can answer.
8    A.    I don't recall, but I presume that
9 they did.
10    Q.    If you go to page 1353, under the
11 "Discussion" section of the paper, first paragraph
12 there, Gombar says once again that extrapolation
13 of carcinogenicity data from laboratory animals to
14 humans is a difficult task because chemical
15 carcinogenesis is a multistep process involving
16 many factors, right?
17    A.    True.
18    Q.    Do you agree with all that?
19    A.    Pardon?
20    Q.    Do you agree with all that, sir?
21    A.    Yes, I do.
22    Q.    While there are many factors that
23 make extrapolation of data from animal studies to
24 humans difficult, one of the things that Gombar
25 and his colleagues note here particularly is the

Page 127

1 differing pharmacokinetics from species to
2 species, correct?
3    A.    Right.
4    Q.    Can we agree that the authors of the
5 animal studies that you cite in your report have
6 repeatedly and consistently cautioned against
7 using this animal data to extrapolate to
8 carcinogenicity in humans?
9    A.    They do, yeah.
10    Q.    And there's one other statement in
11 this Exhibit 9 that I wanted to ask you about.
12 It's -- I think it's on the first page of the
13 paper under the introduction section if you -- and
14 in this study that you cite in your own report,
15 what Gombar said and what he observes is that it's
16 not yet proven that nitrosamines cause any human
17 cancer.
18        Do you see that?
19    A.    Yes.
20    Q.    Do you agree with that statement?
21        MR. SLATER: Objection.
22    A.    Yes.
23        Sorry, I just had a cramp.
24    Q.    Are you okay?
25    A.    Yes, I'm okay.

Page 128

1        Yes. I mean, that was written about
2 20 years ago, I think.
3    Q.    It was written in 1988, I think.
4    A.    Okay. So, you know, 33 years ago.
5    Q.    Was it correct when written in 1988
6 that --
7    A.    Yeah.
8        MR. SLATER: Let him finish the
9    question so I can place an objection.
10        MR. TRISCHLER: Sorry. We have to go
11    back to pausing there, Doctor. Sometimes --
12    and I know it can be difficult with the, you
13    know, trying to do this remotely, but let me
14    finish my question.
15    Q.    My question was was it true, was
16 Gombar's statement when he wrote it in 1988 that
17 it's not yet been proven that nitrosamines cause
18 any human cancer, was that a true and correct
19 statement when written in 1988?
20        MR. SLATER: Objection.
21    A.    Yes.
22    Q.    And in the second -- this is the
23 second paper that we looked at from Gombar that
24 you cited in your report and much like the first
25 one, can we agree that the doses that were

Page 129

1  administered to these animals were far greater
2  than any human equivalent dose?
3      A.    They were greater, yes.
4      Q.    Far greater?
5      A.    But not as greater as the Magee and
6  Barnes paper.  The Magee and Barnes paper, they
7  were looking at possible carcinogenicity of a
8  compound.  They didn't know whether it was
9  carcinogenic or not, so they started with a high
10  dose.
11           In these papers by Gombar, I don't
12  really remember the dose, but I'm pretty sure it
13  was less than what Magee and Barnes used because
14  this was a pharmacokinetic study.  They would have
15  used multiple doses, probably ones that were less
16  than used by Magee and Barnes.
17      Q.    Well, if you look at the summary of
18  the paper there in the top left-hand column, the
19  doses are covered.
20           The doses were -- there were doses of
21  NDMA administered both intravenously and orally,
22  correct?
23      A.    Yes.
24      Q.    And the doses were on the magnitude
25  intravenously that totaled 1.6 milligrams per

Page 130

1  kilogram, right?
2      A.    0.1, 0.5 and 1.0.  Those were
3  separate.  I don't know why you're adding them
4  together.
5      Q.    I was adding them together as a total
6  IV dose.
7      A.    Well, that's wrong.  I mean, I think
8  they had different animals, different specific
9  animals that were each treated with these three
10  different doses.  In other words, the lowest dose
11  would have been 0.1 milligrams per kilogram, not
12  1.6.
13      Q.    All right.
14           Then the oral doses were 1.0
15  milligram per kilogram and 5 milligrams per
16  kilogram?
17      A.    Yes.
18      Q.    There are a million nanograms in a --
19      A.    Yes, they're higher than the human
20  dose.  We don't have to go through it again.
21      Q.    Please let me finish my question.
22      A.    Okay.
23      Q.    There are orders of the doses are
24  orders of magnitude higher than what any human
25  would see from valsartan-containing medications,

Page 131

1  right?
2           MR. SLATER:  Objection.
3      A.    Correct.  Yes, that's correct.
4           MR. TRISCHLER:  You can take that
5  document down, I believe, sir.
6           Thank you.
7      Q.    So what we just learned from the
8  Gombar paper was that -- and what we agreed on was
9  that in 1988 there was no evidence demonstrating
10  that nitrosamines caused any human cancer, right?
11      A.    I wouldn't say no evidence.  I
12  wouldn't say that.
13      Q.    All right.  Let me rephrase the
14  question.
15      A.    We had evidence from -- at that time,
16  we had evidence from tobacco-specific nitrosamines
17  of cancer in humans.
18      Q.    Let me ask my question specific to
19  NDMA then.
20           In 1988, we can agree that it had not
21  been proven that NDMA caused any human cancer,
22  right?
23           MR. SLATER:  Objection.
24           You can answer.
25      A.    Yes, correct.

Page 132

1      Q.    To this day, do you agree that
2  there's no scientific evidence conclusively
3  establishing NDMA as a cause of human cancer?
4           MR. SLATER:  Objection.
5           You can answer.
6      A.    Well, let me answer it this way.
7  I'll read from the IARC report in 1978.
8           "Although no epidemiologic data was
9  available N-nitrosodimethylamine should be
10  regarded for practical purposes as if it were
11  carcinogenic to humans," IARC, 1978, World Health
12  Organization.
13      Q.    Do you agree that there's no
14  scientific evidence conclusively establishing NDEA
15  as a known cause of human cancer?
16           MR. SLATER:  Objection.
17           You can answer.
18      A.    Yes.
19      Q.    Can you cite me to any peer-reviewed
20  publication available in the scientific literature
21  identifying NDMA as a known cause of human
22  cancers?
23           MR. SLATER:  Objection.
24           You can answer.
25      A.    No.

Page 133

1    Q.    Can you cite me to any peer-reviewed
2  publication available in the scientific literature
3  identifying NDEA as a known cause of human
4  cancers?
5    A.    No.
6    Q.    Are you aware of any epidemiological
7  study that's found NDMA to be a known cause of
8  cancer in humans?
9    A.    Not by itself, but there are a number
10 of epidemiology studies that looked at dietary
11 exposure to NDMA and cancer.
12   Q.    Have those -- are you aware of any of
13 those studies that have concluded that NDMA is a
14 known cause of cancer in humans?
15         MR. SLATER:  Objection.
16         You can answer.
17   A.    Not specifically as you stated it,
18 no.
19   Q.    Right.
20         There are studies that suggest there
21 might be an association between NDMA intake and
22 some cancers.
23         My question was are you aware of any
24 epidemiological study that has found NDMA to be a
25 known cause of cancer in humans?

Page 134

1          MR. SLATER:  Objection.
2          You can answer.
3    A.    No.
4    Q.    Are you aware of any epidemiological
5  study that has found NDEA to be a known cause of
6  cancer in humans?
7    A.    No.
8    Q.    Have you ever seen an article or a
9  case study published anywhere in the literature
10 that concludes that a patient's cancer was caused
11 by NDMA?
12         MR. SLATER:  Objection.
13         You can answer.
14   A.    No.
15   Q.    Have you seen any article or case
16 study published anywhere in the literature that
17 has concluded that a patient's cancer was caused
18 by NDEA?
19         MR. SLATER:  Objection.
20         You can answer.
21   A.    No.
22   Q.    You mentioned the IARC report a
23 little bit earlier.
24         Do you remember that?
25   A.    Yes.

Page 135

1    Q.    IARC is the International Agency for
2  Research on Cancer, correct?
3    A.    Yes.
4    Q.    You mentioned the World Health
5  Organization.  I think IARC is an arm of the World
6  Health Organization, right?
7    A.    Yes.
8    Q.    IARC has working groups that review
9  available scientific data, prepare monographs and
10 those monographs are then used to classify
11 compounds as carcinogenic or noncarcinogenic,
12 correct?
13   A.    Right.
14   Q.    IARC has published a monograph
15 for NDMA you pointed out for us on the video a
16 little bit ago, right?
17   A.    That was an early one.  It also did
18 an update some years later.
19   Q.    Okay.  Sorry.  I didn't realize you
20 were not finished.
21         Were you part of the working group
22 for the NDMA monograph?
23   A.    No.
24   Q.    In the monograph, the IARC working
25 group noted that there was no case reports or

Page 136

1  epidemiological studies to assess carcinogenicity
2  in humans; true?
3    A.    Yes.
4    Q.    IARC has also published a monograph
5  for NDEA, right?
6    A.    Yes.  Yes.
7    Q.    Were you part of the working group
8  for the NDEA monograph?
9    A.    No.
10   Q.    In the NDEA monograph, the working
11 group of scientists who studied this agent
12 observed that there was no case reports available
13 to assess carcinogenicity in humans, correct?
14   A.    Correct.
15   Q.    The working group also went on to
16 note there were no available epidemiological
17 studies to assess carcinogenicity of NDEA in
18 humans; true?
19   A.    Yes.
20   Q.    So based on these monographs, IARC
21 classified both NDMA and NDEA as Class 2A probable
22 carcinogens.
23   A.    Probable human carcinogens.  Probable
24 human carcinogens.
25   Q.    Class 2A?

Page 137

1    A.    Yes.  Probable human carcinogens, not
2  probable carcinogens.
3    Q.    But they were assigned to Class 2A --
4    A.    Probably carcinogenic to humans.
5  That's what they said.
6    Q.    Did you hear my last question?
7    A.    2A.  Yeah, 2A.
8    Q.    When did IARC develop this
9  classification system?
10   A.    I believe it was around 1970.
11   Q.    There's a big, long list of compounds
12  that were -- that IARC has classified since 1970,
13  correct?
14   A.    Yes.
15         MR. TRISCHLER:  I don't know if we
16  have that list or not.
17         On the next break, I'll have that
18  list marked as an exhibit because I don't
19  know if I sent it to the video folks --
20         THE VIDEOGRAPHER:  Counsel, on that
21  note, I have about five minutes left on this
22  media, just to let you know.
23   Q.    In any event, when was the Class 2A
24  designation assigned -- first assigned to NDMA?
25   A.    That would be 1978.

Page 138

1    Q.    You said it was updated after 1978?
2    A.    Yes.
3    Q.    I think that was in 1987?
4    A.    Sounds about right.
5    Q.    Was the classification changed in --
6    A.    No.  Still 2A.
7    Q.    When was NDEA first classified as 2A?
8    A.    Same.
9    Q.    1970?
10   A.    1978.
11   Q.    Seventy-eight.  Okay.
12         Was it updated in 1987?
13   A.    I believe so.
14   Q.    When it was updated in 1987 was the
15  classification of NDEA as a 2A class carcinogen,
16  was it changed?
17   A.    No.  They're both 2A.
18   Q.    To this day, has the classification
19  of NDEA or NDMA ever changed?
20   A.    No.  Both 2A.
21   Q.    From your perspective, the Class 1
22  designation is reserved for known human
23  carcinogens, correct?
24   A.    Yes.
25   Q.    The known carcinogens that are

Page 139

1  included in Class 1 include tobacco, correct?
2    A.    Yes.
3    Q.    Is alcohol a Class 1 carcinogen?
4    A.    Yes.
5    Q.    Asbestos, is that a Class 1
6  carcinogen?
7    A.    Yes.
8    Q.    Coal?
9    A.    Coal tar.
10   Q.    Is listed as a Class 1 carcinogen?
11   A.    Coal tar.  Not coal itself.
12   Q.    Okay.
13         The fact is IARC has identified over
14  100 known carcinogens, right?
15   A.    You mean Class 1?
16   Q.    Yes, sir.
17   A.    I believe that's right.
18   Q.    To this day, neither NDMA nor NDEA
19  have ever been listed by IARC as known human
20  carcinogen, right?
21   A.    Not Class 1, no.
22         MR. TRISCHLER:  We need to take a
23  break to change tapes or do whatever the
24  video person needs to do.
25         Adam, what did you want to do about a

Page 140

1  lunch schedule?
2          MR. SLATER:  I want to do whatever
3  Dr. Hecht wants to do.
4          MR. TRISCHLER:  Okay.
5          Do you want to -- I'm just asking did
6  you want to --
7          MR. SLATER:  We'll talk during the
8  break how much longer he wants to go before
9  we eat.
10         Is that all right?
11         MR. TRISCHLER:  It's okay with me.
12         THE WITNESS:  I'm good until about
13  one o'clock your time.
14         MR. TRISCHLER:  Okay.
15         Why don't we take a five-minute break
16  to do whatever the technical people need to
17  do and we can go until one o'clock my time,
18  if that's okay with the witness and if it's
19  okay with Adam.
20         MR. SLATER:  It's fine.
21         THE WITNESS:  How long are we going
22  to break for lunch?
23         MR. TRISCHLER:  As long as you want.
24         THE WITNESS:  Okay.
25         MR. TRISCHLER:  Or as short as you

Page 141

1    want.
2        THE WITNESS:  Okay.  I need to go out
3    and get something.
4        MR. TRISCHLER:  Okay.  Sure, we
5    can -- you're in charge of that aspect, so --
6        THE WITNESS:  Okay.
7        THE VIDEOGRAPHER:  The time is 12:17.
8    This ends media two.
9        (Recess taken)
10       THE VIDEOGRAPHER:  The time is now
11   12:27.
12       This begins media three.
13       You may proceed.
14   Q.    Doctor, before our last break, we
15   were talking a little bit about the IARC
16   classification of agents.
17       Do you recall that?
18   A.    Yes.
19   Q.    I asked you if there was a published
20   list where IARC identifies all of the agents that
21   have been studied by their grouping or
22   classification.
23       Do you recall that?
24   A.    Yes.
25       MR. TRISCHLER:  So I've gone ahead

Page 142

1    and sent to our technical folks that list and
2    I'll have that marked as the next numbered
3    exhibit.  I think it might be 10.
4        THE VIDEOGRAPHER:  Ten is correct,
5    sir.
6        (Whereupon, Exhibit10 was marked for
7    identification.)
8    Q.    I think what you're now looking at is
9    the first page of that exhibit.  It's 37 pages
10   long -- and I think if you could just blow up,
11   Bill, some part of it for the witness's benefit --
12   this is the list that I was showing you or
13   mentioning before, Doctor, and it tells us that
14   IARC has prepared monographs for each of these
15   agents and classified them by their carcinogenic
16   properties, correct?
17   A.    Yes.
18   Q.    As we mentioned, included in this
19   37-page compendium is NDMA and NDEA, both of which
20   are Class 2A, right?
21   A.    Yes.
22   Q.    Is it true that the classification of
23   an agent as Class 2A is a classification that's
24   reserved for agents where there's limited evidence
25   of carcinogenicity in humans and sufficient

Page 143

1    carcinogenicity in experimental animals?
2    A.    I think that's how they describe it.
3    Q.    Do you agree with IARC's
4    classification of NDMA and NDEA as Class 2A?
5    A.    Yes, I agree.  But I also agree with
6    the statement that they should be regarded for
7    practical purposes as if it were carcinogenic in
8    humans.  That was for NDMA.
9    Q.    Do you agree --
10   A.    But yes, I agree that 2A is proper
11   because 2A is probably carcinogenic to humans.
12   Group one is carcinogenic to humans, so you would
13   need an instance where there's been exposure to
14   NDMA or NDEA in the absence of other possibly
15   causes and, you know, this could be the example,
16   valsartan.
17   Q.    Do you agree that there is limited
18   evidence of carcinogenicity in humans for NDMA and
19   NDEA?
20       MR. SLATER:  Objection.
21       You can answer.
22   A.    You know, I'm not sure about limited.
23   So, I mean, I know that they do go through each
24   sub category in their final evaluation.  I don't
25   really think it's -- I don't think it's limited at

Page 144

1    all.  I don't agree.  No, I don't agree.
2    Q.    What --
3    A.    I don't agree that it's limited.
4    Q.    Okay.
5        Is there a process within IARC to
6    petition a working group to change a
7    classification?
8    A.    I have no idea.
9    Q.    At any point in your career have you
10   ever submitted any petition, evidence or writings
11   to IARC advocating a change in a classification
12   for an agent?
13   A.    No.
14   Q.    To this point in time, have you
15   submitted any petition, evidence or writings to
16   IARC advocating a change in the classification for
17   NDMA or NDEA?
18   A.    No, I haven't.
19   Q.    Outside the context of this
20   litigation, have you ever submitted anything to
21   any world health authority advocating or
22   suggesting that the scientific evidence justified
23   reclassifying NDMA and NDEA to known human
24   carcinogenic status?
25   A.    No, I haven't.

Page 145

1    Q.    When we talk about Class 1 known
2  human carcinogens, we mention that among the
3  37-page compendium there are hundreds that have
4  been named as Class 1, right?
5    A.    How many?  I don't know.
6    Q.    Over 100, I said.
7    A.    If that's what you say.
8    Q.    Okay.
9    A.    You've got the list there.
10   Q.    Would you agree that many of the
11 Class 1 carcinogens are things that all of us are
12 consuming and are exposed to on a daily basis?
13   A.    All of them or many of them?  What's
14 your question?
15   Q.    Would you agree that many of the
16 Class 1 carcinogens are things that all of us
17 consume or are exposed to on a daily basis?
18   A.    No.
19   Q.    Is sunlight a Class 1 carcinogen?
20   A.    Yes.
21   Q.    Most of us are exposed to sunlight
22 every day, right?
23       MR. SLATER:  Objection.
24   A.    Unless you have xeroderma pigmentosa,
25 yes.

Page 146

1    Q.    Most of us don't?
2    A.    Correct.
3    Q.    But most of us are exposed to
4  sunlight, a known human carcinogen, on a daily
5  basis, right?
6    A.    Yes.
7    Q.    Processed meat, I think, is a Class 1
8  known carcinogen, right?
9    A.    I don't know whether it's 1 or 2A.
10   Q.    You're not sure about that one?
11   A.    No.  You can look on your list.
12   Q.    Let me take a look.
13       Can you go to page 30, sir?
14 Highlight the top third of that page for the
15 witness.  I think we can --
16       According  to Exhibit 10 from the IARC
17 monograph, processed meat is a group one --
18   A.    Group one.
19   Q.    -- carcinogen, right?
20   A.    Group one.  Yes.
21   Q.    So the bacon that I enjoy for
22 breakfast is a known carcinogen?
23   A.    That would be a processed meet, yes.
24   Q.    The deli meat that I have for lunch
25 is a known carcinogen, according to IARC?

Page 147

1    A.    It is, but you have to think about --
2  you have to read the preamble and, you know, dose
3  is part of the picture, so you have to take that
4  into account.  When they say something is group
5  one, they're not talking -- they're not talking
6  about dose specifically.  They're not talking
7  about other dose that you might get when you have
8  bacon.  They're saying that, you know, processed
9  meat, consumption of processed meat can cause
10 cancer in humans.
11   Q.    Sure.
12       It's known to cause cancer in humans
13 according to IARC?
14   A.    Yes, but they're not talking about
15 the amount of processed meat.  They don't do that.
16   Q.    Everything is dose dependent?
17       MR. SLATER:  Objection.
18       You can answer.
19   A.    Most are.  But, you know, the way you
20 just stated this thing, it sounded like you
21 weren't taking dose into account.  The statement
22 that, you know, that you made a couple minutes ago
23 when you first brought up processed meat that --
24 you said something like "The bacon that I enjoy
25 for breakfast is a group one carcinogen."  Yeah,

Page 148

1 that's true.  But everything depends on dose.
2    Q.    I couldn't agree with you more.
3  There are a lot of other foods and beverages that
4  we consume every day that are Class 1 and Class 2A
5  carcinogens according to IARC, correct?
6    A.    Yes.
7    Q.    The hot coffee or hot tea that we
8  enjoy in the morning is a carcinogen according to
9  IARC, right?
10       MR. SLATER:  Objection.
11       You can answer.
12   A.    I don't think so.
13   Q.    Well, if we go to --
14   A.    Coffee?  Coffee?
15   Q.    Yes, that's what I said.  Hot tea or
16 hot coffee.
17   A.    They're talking about super heated.
18 There are certain areas in the world where very
19 hot beverages are consumed.  It has nothing to do
20 with what you do.  Those very hot beverages can
21 lead to cancer.
22   Q.    Sure.  Very hot --
23   A.    Has nothing to do with your cup of
24 coffee.
25   Q.    Very hot beverages --

Page 149

1    A.    Not at all.
2    Q.    Very hot beverages above 65 degrees
3 Celsius?
4    A.    I don't remember the temperature
5 involved.
6    Q.    How does 65 --
7    A.    I think it's higher than that.
8    Q.    How does 65 degrees Celsius convert
9 to Fahrenheit?
10    A.    Nine fifth C plus 32.  You do the
11 math.
12    Q.    I will.
13        Are fried foods a known carcinogen
14 according to IARC?
15    A.    Look on the list.
16    Q.    I'm asking you if you know.  I will.
17        But do you know?
18    A.    I haven't memorized the list.  I told
19 you that.
20        MR. TRISCHLER:  Go to page -- I'll
21    come back to it because I can't find it right
22    now.
23    Q.    Is it fair to say that according to
24 IARC most of us are exposed to known and probably
25 carcinogens on a daily basis?

Page 150

1    A.    I don't think IARC ever said that.
2 I'm not aware that IARC ever made a statement like
3 that.
4    Q.    Let me rephrase the question.
5        Based on the IARC classifications of
6 agents, would you agree that most of us are
7 exposed to known and probable carcinogens on a
8 daily basis?
9    A.    Well, we don't need IARC for that.  I
10 mean, you know, sunlight -- again, it's all in the
11 dose.  Everything is dependent on dose.
12    Q.    In our lifetime, all of us are going
13 to be exposed to dozens of carcinogens; true?
14    A.    I wouldn't say necessarily dozens,
15 but yes, we're all exposed to carcinogens, yes.  I
16 don't know about dozens.  I don't know.  I'm not
17 sure what that means.
18    Q.    How about multiple?  Would you agree
19 that all of us during our lifetime are exposed to
20 multiple carcinogens?
21    A.    Yes, multiple means more than one.
22    Q.    So when an individual has a lifetime
23 exposure to multiple carcinogens, do you have the
24 basis or ability to determine the cause of cancer
25 in any individual case?

Page 151

1        MR. SLATER:  Objection.
2    A.    It's challenging.  Definitely
3 challenging, but there are examples.  I think I
4 mentioned one earlier where sunlight can cause a
5 cross linking of thymidines in DNA in individuals
6 who cannot repair that damage.  It's a specific
7 disease called xeroderma pigmentosa.  Those
8 individuals are exposed at all to sunlight, they
9 get skin tumors.  So yes.
10    Q.    Are you suggesting that -- it sounds
11 like what you're suggesting is that sunlight can
12 cause unique mutations?
13    A.    Yes.
14    Q.    Absent that example, when we talk
15 about environmental exposures, do you have the
16 ability to look at a given case and sort out
17 multiple carcinogenic exposures and identify one
18 as the cause of cancer in any given case?
19        MR. SLATER:  Objection.
20        You can answer.
21    A.    Sure.  An example would be smokeless
22 tobacco.  I can identify exposure to an oral
23 cavity, oral mucosa carcinogen in smokeless
24 tobacco.
25    Q.    Is there any such thing as a

Page 152

1 signature genetic lesion associated with NDMA?
2    A.    There is a signature genetic lesion,
3 whether that would be associated with NDMA, but
4 there might also be other causes.  So
5 O6-methylguanine is a signature genetic lesion, a
6 mutation in the KRAS gene, G28 transition in the
7 second base of codon 12.  That's a signature that
8 comes from O6-methylguanine.  So yes, that's a
9 signature mutation.  Doesn't necessarily come from
10 dimethylnitrosamine as opposed to perhaps another
11 DNA methylating agent.  We don't know.  But that
12 would be a signature mutation.
13        Another example is in the P53 tumor
14 suppressor gene where it's been shown that
15 benzoapyrene and some other polycyclic aromatic
16 hydrocarbons as well as acrolein can cause
17 mutations at certain specific codons of the P53
18 tumor suppressor gene.
19        Those would qualify as signature
20 mutations.  So yes, there are other examples other
21 than the thymidine cross links that I mentioned
22 earlier.  So there are examples.
23    Q.    Maybe my question wasn't 100% clear.
24        When I was using the term "signature
25 genetic lesions," what I was referring to were

Page 153

1 lesions that would be unique to NDMA as opposed to
2 other potential sources and it sounds like when
3 you mentioned the P53 tumor, the O6-methylguanine
4 and the KRAS gene, those lesions may be the
5 result -- may be consistent with NDMA, but they
6 might also be consistent with other causes?
7    A.    That's possible.
8    Q.    Right.  So my question --
9    A.    But you know, everything has to be
10 taken in context.  So, you know, I think valsartan
11 would be a good example of a study that could be
12 done to identify such a genetic mutation that was
13 caused by an NDMA.
14    Q.    But until that study is done, we
15 can't say that the lesion is specifically caused
16 by or related to DNA absent that scientific study?
17    MR. SLATER:  Objection.
18    A.    Related to what?
19    Q.    I misspoke.  I'm sorry.
20    Absent that study and until such a
21 study is done, we don't have the scientific
22 ability to look at a particular lesion and say it
23 was definitively caused by NDMA exposure?
24    MR. SLATER:  Objection.
25    You can answer.

Page 154

1    A.    No, not right now.  We don't have the
2 data.  The study should be done.
3    Q.    I asked before about NDMA.
4    Are you aware of whether there's any
5 such thing as a signature genetic lesion
6 associated with NDEA?
7    A.    NDEA would produce the same kind of
8 lesion in DNA O6-methylguanine, which could lead
9 to G2A transitions in codon 12.
10    Q.    What is that --
11    A.    But I think there's less data for an
12 ethylating agent, but you would certainly expect
13 the same, the same thing.
14    Q.    What is that opinion based on?
15    A.    My knowledge of the scientific
16 literature.
17    Q.    Is there scientific literature that
18 specifically describes the type of DNA changes
19 that one sees in humans from NDEA?
20    A.    Not in humans.
21    Q.    Following the discovery of
22 nitrosamines in some medications, you've been
23 involved in working with the FDA, correct?
24    A.    Yes.
25    Q.    One of the things you mentioned in

Page 155

1 your report, and I think you alluded to it a
2 little bit earlier, is that you served as a
3 panelist in an FDA workshop in 2021, right?
4    A.    Correct.
5    Q.    I think that workshop was in March of
6 this year; true?
7    A.    Yes.
8    Q.    And at the time you attended that and
9 participated in that FDA workshop, you were an
10 active consultant for the plaintiffs in this
11 litigation; true?
12    A.    Yes.
13    Q.    You'd already been hired by
14 Mr. Slater over a year and a half ago?
15    A.    Right.
16    Q.    How did your involvement in this FDA
17 workshop come to be?
18    A.    They contacted me and asked me
19 whether because of my extensive experience and
20 knowledge of nitrosamine carcinogenicity whether I
21 would like to participate.
22    Q.    When you say they contacted you, are
23 you referring to someone at the FDA?
24    A.    Yes.
25    Q.    Who might that have been?

Page 156

1    A.    I really don't remember.  I could dig
2 out the email if you really want to find out, if
3 you want me to.  I don't remember the person's
4 name, but definitely they had contacted me.
5    They said there's going to be a
6 workshop on whatever the dates were and we're
7 planning the workshop and we'd like you to
8 participate as a panelist or discussant.  I can
9 provide the email if you want.
10    Q.    When you were approached by the FDA
11 to serve on this panel, did you disclose to them
12 your potential bias given your involvement in this
13 litigation?
14    MR. SLATER:  Objection.
15    You can answer.
16    A.    No, I don't believe I have a bias.  I
17 don't have a bias.  Definitely not.  There's no
18 bias here.  It's all based on science.
19    Q.    All right.
20    A.    I don't know why you bring up bias.
21    Q.    Because I'm asking --
22    A.    Why would you do that?
23    Q.    Because I'm asking questions, sir.
24    A.    Okay.
25    Q.    Did you disclose --

Page 157

1    A.    Okay. I'm saying I don't have any
2  bias.
3    Q.    You said that six times, so let me
4  ask my next question.
5    A.    So I want to make sure you understand
6  it.
7    Q.    Did you disclose to the FDA that you
8  were working on behalf of the plaintiffs pursuing
9  claims against drug companies?
10       MR. SLATER: Objection.
11       You can answer.
12   A.    I honestly don't remember. I may
13 have. I really don't remember.
14   Q.    Do you have email correspondence
15 where you told them that?
16   A.    I have email correspondence. Whether
17 I told them that or not, I really don't know.
18   Q.    I think you were one of, like, 16 --
19   A.    I wouldn't consider it a conflict of
20 interest at all.
21   Q.    I think you were one of, like, 16
22 members of this panel, right?
23   A.    Yeah, that's right.
24   Q.    Was it a group of esteemed experts in
25 their field?

Page 158

1    A.    Yes.
2    Q.    A group of well-respected scientists
3  whose opinions you value and trust?
4    A.    Yes.
5    Q.    In addition to this workshop that you
6  participated in with the FDA, were you also aware
7  that the FDA has issued a number of public
8  statements concerning the nitrosamine impurities
9  found in drug products?
10   A.    Yes.
11   Q.    You've mentioned one of the things
12 you did in your work in this case was to look into
13 the public data and public information that was
14 available on that, right?
15   A.    Yes.
16   Q.    So you were certainly aware that the
17 FDA has made lots of public statements about the
18 nitrosamine impurities and the significance of
19 those impurities, correct?
20   A.    As well they should.
21   Q.    In those public statements, is it
22 true that FDA has consistently observed and
23 reported to the public that the theoretical risk
24 of harm from nitrosamines in medications is
25 extremely low?

Page 159

1    A.    Yes.
2        MR. TRISCHLER: For instance -- why
3  don't we mark as Exhibit 11 this document
4  entitled "Information about Nitrosamine
5  Impurities in Medications" that comes from
6  the FDA website?
7        Can you mark that, Bill?
8        THE VIDEOGRAPHER: Sure thing. Just
9  looking for it now.
10       (Whereupon, Exhibit 11 was marked for
11       identification.)
12   Q.    What you're looking at now is an
13 eight-page document from the FDA website.
14       Is this one of the things you read --
15 do you know if this was one of the things you read
16 in connection with your work in this case?
17   A.    I don't recall this.
18   Q.    Can you go to page four of the
19 exhibit, sir? The last section has a number of
20 bullet points. Thank you.
21       I don't know that this is page four
22 that you have. At least it's not page four of
23 mine.
24       THE VIDEOGRAPHER: What are you
25 looking for on the page? This is page four

Page 160

1  for me?
2        MR. TRISCHLER: Top of the page says
3  "What you should know about nitrosamine
4  impurities." It's the middle box. I'm
5  sorry. There we go. Yes. Okay. Sorry.
6  Different printing.
7    Q.    You can see in the middle of the
8  page -- I think it's the fourth bullet point that
9  we've expanded -- that reads "Nitrosamine
10 impurities may increase the risk of cancer if
11 people are exposed to them above acceptable levels
12 and over long periods of time, but a person taking
13 a dose that contains nitrosamines at or below
14 acceptable daily intake limits every day for 70
15 years is not expected to have an increased risk of
16 cancer."
17       Do you see that statement?
18   A.    Yes.
19   Q.    Do you agree with it, sir?
20   A.    Well, I thought that they had come
21 out with a risk estimate. I've forgotten the
22 exact number. So I'm a little confused by this
23 particular statement. I'm not quite sure what
24 they mean, "not expected to have an increased risk
25 of cancer." It's a little confusing.

Page 161

1    Q.    It seems to me what they're saying is
2  at low levels, they would not expect nitrosamines
3  in valsartan medications to cause an increased
4  risk of cancer.
5         Do you agree or disagree?
6         MR. SLATER:  Objection.
7         You can answer.
8    A.    Well, I'm pretty sure they -- I don't
9  know whether it was after this or -- I'm pretty
10 sure they came out actually with a risk estimate
11 of something like a one in 7,000 or something like
12 that.  So I don't know how that relates to this
13 exactly, but I know that they -- their position
14 was that the risk was low.  So I'm aware of that.
15    Q.    Let's start with that.
16        You said you're aware that the FDA's
17 position that the risk of nitrosamines in
18 valsartan-containing medications containing was
19 low.
20        Do you agree with that statement?
21        MR. SLATER:  Objection.
22        You can answer.
23    A.    It was low compared to the benefit of
24 the medication.  So they recognize the fact that
25 the medications are effective and that they are

Page 162

1  useful drugs and as I understand it, their
2  position was that, you know, even though this
3  horrible contamination has happened and, you know,
4  it never should have happened, never would have
5  been approved in any way whatsoever, but these
6  drugs have been approved by FDA, if they had been
7  known to contain dimethyl and dimethylnitrosamine,
8  there's no way they would ever be approved, but
9  the fact that it did happen and the drugs are out
10 there now in the market, they were trying to tell
11 people that don't stop taking your drug right now
12 because, you know, that could have worse
13 consequences than the nitrosamines.  That's how I
14 understand it.
15        MR. TRISCHLER:  Object and move to
16     strike as non-responsive.
17    Q.    Let's look at the sentence that's up
18 on the screen.
19        Do you agree with the statement that
20 a person taking a drug that contains nitrosamines
21 at or below the acceptable daily intake limits
22 every day for 70 years is not expected to have an
23 increased risk of cancer?
24    A.    No.
25    Q.    Do you realize that this statement

Page 163

1  was prepared after the FDA had done a risk
2  assessment on the relative risk presented by
3  nitrosamine impurities?
4    A.    Yeah, I'm not sure exactly about this
5  statement -- okay? -- because I thought -- maybe
6  I'm wrong here, but as I recall, FDA actually came
7  out with a number based on a risk assessment
8  exercise that was something like, you know, one in
9  9,000 or something like that.  So I'm a little
10 confused by this statement.  I did not expect it.
11 I'm not sure what it means, not expected to have
12 an increased risk of cancer.
13    Q.    Well, if the words --
14    A.    What does that mean exactly, "not
15 expected to"?  I don't understand that.
16    Q.    If the words "not expected" are
17 troubling to you, I'll withdraw the question.  Let
18 me ask you something different.
19        Have you conducted an independent
20 risk assessment related to nitrosamine exposure
21 from valsartan-containing medications?
22    A.    No, I have not.
23    Q.    Do you understand that regulatory
24 limits for acceptable daily intake have been
25 established by FDA?

Page 164

1    A.    I'm not sure how to answer that.  I
2  thought that they came up with a 96 nanograms per
3  day.  That's what they came up with, that
4  96 nanograms per day would be acceptable.  Above
5  that would not be.
6    Q.    Right.  That was my question.
7        Based on its risk assessment, the FDA
8  established that an acceptable daily intake of
9  NDMA was 96 nanograms per day.
10        You're familiar with that, right?
11    A.    Yes, that's what I said.
12    Q.    Based on FDA's risk assessment, it
13 was -- they determined an acceptable daily intake
14 of 26.5 nanograms per day was acceptable for NDEA,
15 right?
16    A.    Yes.
17    Q.    You understood that those acceptable
18 daily intake numbers were based on a lifetime
19 exposure of 70 years, correct?
20    A.    Yes, that's how they did the
21 calculation.
22    Q.    So if you do the math for NDMA, 96
23 times 365 times 70 leaves a lifetime acceptable
24 exposure limit, according to FDA, of
25 2.5 million nanograms, right, plus change?

Page 165

1    A.    You did it, not me.
2    Q.    A lifetime acceptable limit of NDEA
3  according to FDA's risk assessment would be 26.5
4  times 365 times 70, right?
5    A.    Yes.
6    Q.    And you understand, I assume, that no
7  plaintiff in this case was taking nitrosamines
8  containing -- nitrosamine-containing medications
9  for 70 years or anything close to that, right?
10    A.    Probably not.
11    Q.    And what FDA said in its risk
12  assessment was that exposure to roughly two and a
13  half million nanograms of NDMA was reasonably safe
14  for human consumption, right?
15    A.    Yes.
16    Q.    That's what a risk assessment is?
17    A.    Yes.
18    Q.    Do you agree with that risk
19  assessment?
20    A.    Yes, I agree with it.  I mean, it's
21  not really my area.  I don't present myself as an
22  expert in risk assessment or the calculation of
23  risk.  I don't do that.  But I think it's
24  reasonable what they did, what they came up with.
25  It sounds reasonable to me.

Page 166

1    Q.    But you do suggest, at least through
2  your report, that you believe that nitrosamines in
3  valsartan-containing medication increase the risk
4  of causing cancer, right?
5    A.    Yes, absolutely.
6    Q.    And you told me that everything is
7  dose and duration dependent, right?
8    A.    Yes.
9        MR. SLATER:  Objection.
10    Q.    So you need to know if you're going
11  to have an opinion that an exposure increased the
12  risk of causing cancer, you need to know what a
13  reasonably safe level for human consumption is,
14  right?
15        MR. SLATER:  Objection.
16        You can answer.
17    A.    The safe level is zero.  That's what
18  it should be.
19    Q.    That's not what -- not according to
20  the FDA.
21    A.    Well, that's okay.  There's no way
22  there should be NDMA or NDEA in these drugs.  It
23  should be zero.  Absolutely.
24        MR. TRISCHLER:  Object and move to
25    strike because those are issues for another

Page 167

1  day, sir.
2        We're talking about causation here.
3        MR. SLATER:  Objection.
4        Argumentative.
5    Q.    Excuse me.
6        What the FDA said is that two and a
7  half million nanograms of NDMA are reasonably safe
8  for human consumption based on its risk assessment
9  and you've not done any other assessment to say
10  otherwise; true?
11        MR. SLATER:  Objection.
12        Lack of foundation.
13        You can answer.
14    A.    It's not what I do.  That's true.  I
15  haven't done -- I haven't made any calculations.
16  That's up to FDA, EMA and the risk assessors.
17  That's not what I do.
18    Q.    What the FDA has said is that
19  677,075 nanograms of NDEA is reasonably safe for
20  human consumption and you've not done any
21  alternative risk assessment to suggest otherwise?
22    A.    Correct.
23    Q.    When you sat in on the FDA
24  nitrosamine workshop in March of this year, did
25  you publically express any disagreement with FDA's

Page 168

1  risk calculation?
2    A.    No.
3        MR. SLATER:  Objection.
4        Lack of foundation.
5    Q.    That conference was over the course
6  of two days, correct?
7    A.    Yes.
8    Q.    So if you had disagreement with FDA's
9  risk calculation, you certainly had plenty of time
10  to offer it, right?
11        MR. SLATER:  Objection.
12    A.    Sure, but as I recall -- I don't
13  really remember.  I don't think the -- this
14  particular -- I don't remember whether, you know,
15  the risk calculation was actually discussed at the
16  workshop.  I really don't remember.
17    Q.    Well, certainly --
18    A.    The workshop wasn't specifically --
19  it was more general -- about nitrosamine exposure
20  and carcinogenicity.  Obviously, it related to
21  drugs because that's what they do, but I don't
22  really remember whether the risk calculation was
23  actually discussed at that workshop.  I don't
24  think it was.
25    Q.    Well, you've already told me that you

Page 169

1  are aware that the FDA, as the agency responsible
2  for drug safety in America, has repeatedly made
3  public statements that the health risk from
4  nitrosamine impurities was very low.
5      Do you remember telling me that?
6  A.    Yes.
7  Q.    And the workshop that you attended in
8  March, there was actually a transcript prepared of
9  the whole thing.
10     Were you aware of that?
11 A.    Yes, I'm aware.
12 Q.    Do you have a copy of the transcript?
13 A.    No.  Well, it might be on my
14 computer.  I don't have a hard copy.  Not here
15 with me, no.
16 Q.    Have you ever reviewed a transcript
17 of the FDA workshop when you came back after it
18 was completed in March?
19 A.    I did review it, yes.
20 Q.    And it was certainly discussed during
21 the workshop, on multiple occasions, the fact that
22 the risk from exposure to nitrosamine in
23 valsartan-containing medications was de minimis.
24     That was clearly discussed, correct?
25     MR. SLATER:  Objection.

Page 170

1      You can answer.
2  A.    Yes.
3  Q.    When you were sitting there for two
4  days, did you ever express to anyone on that panel
5  your disagreement with that belief?
6  A.    No.
7  Q.    Did you tell anyone that FDA during
8  this two-day panel that they were wrong, that the
9  risk of developing cancer from these small amounts
10 of nitrosamines was actually much larger than that
11 they believed?
12     MR. SLATER:  Objection.
13     You can answer.
14 A.    No, I told you that's not what I do.
15 I don't do risk assessment calculations, so I
16 would have no grounds to do that, to say that and
17 I'm not disagreeing with the risk assessment
18 calculations that are out there.
19 Q.    Okay.
20 A.    That's not what I do, so why would I
21 say something like that?
22 Q.    My point is that you had an
23 opportunity in March to tell the FDA that their
24 assessment of the risk of nitrosamine impurities
25 in drugs being anything but de minimis was wrong

Page 171

1  and you did nothing about it.
2  Q.    Agreed?
3      MR. SLATER:  Objection.
4      Lack of foundation.
5      Complete mischaracterization of what
6  went on.
7      You can answer.
8  A.    I think I already told you, I don't
9  do risk assessment, so, you know, I wouldn't argue
10 with the FDA's risk calculation.  I already told
11 you that, so why do you keep asking?
12 Q.    I'm trying to get an answer to my
13 question.
14     Did you tell anyone at FDA --
15     MR. SLATER:  Counsel, one second.
16     Counsel, he's answered the question
17 multiple times.  You're beyond the point of
18 arguing with him.
19     Is there some other area you want to
20 ask him questions about --
21 Q.    Did you tell anybody --
22     MR. SLATER:  -- or do you want to
23 pull the transcript out or show us the
24 question or do you want to pull the
25 transcript out and try to find a question

Page 172

1  that actually asks that question?
2      I'll be happy to wait for you to look
3  for that in the transcript.
4  Q.    Did you tell anyone at FDA their risk
5  assessment was wrong?  Yes or no?
6  A.    No.
7  Q.    Although you don't -- although you
8  say risk assessments are not your business, are
9  you aware of the fact that risk assessments, when
10 they're performed by regulatory agencies, are
11 intended to be extremely conservative so as to
12 decide a patient's safety?
13 A.    Yes.
14 Q.    Would you agree that the
15 establishment of a conservative, acceptable intake
16 limit does not imply that an exposure at a higher
17 level can cause harm?
18     MR. SLATER:  Objection.
19 A.    I'm not sure I understand your
20 question.
21 Q.    Based on what you know about risk
22 assessments, would you agree that it is generally
23 known and understood that those -- the
24 establishment of those conservative estimates does
25 not mean that an exposure at levels above what's

Page 173

1 determined to be an acceptable level will
2 necessarily cause harm?
3          MR. SLATER:  Objection.
4          You can answer.
5     A.    Correct.  It's based on the
6 probability.
7     Q.    And in fact --
8     A.    It's all based on probability
9 calculations.
10    Q.    In fact, in some of the research that
11 you cited in your report that you prepared in this
12 case, you identified evidence and provided us with
13 information suggesting that virtually all of us
14 are exposed to NDMA and NDEA on a daily basis at
15 concentrations far greater than the acceptable
16 intakes established by FDA, right?
17    A.    I don't know about "far greater."  We
18 are all exposed through the diet for sure.
19    Q.    Okay.
20    A.    I don't know about "far greater."
21 That depends on your diet, that depends on
22 concentrations of NDMA and NDEA and the various
23 foods that you eat and drinking water, etc.  So I
24 don't know about "far greater."
25          (Whereupon, Exhibit 12 was marked for

Page 174

1     identification.)
2     Q.    Let's take a look at the paper that
3 you cited in your report from Gushgari,
4 G-U-S-H-G-A-R-I.  I think it's entitled "Critical
5 Review of Major Sources of Human Exposure to
6 Nitrosamines."
7          Do you recall this paper, Dr. Hecht?
8     A.    Yes.
9     Q.    Was my representation correct, that
10 this was indeed a paper that you cited in your
11 report that you prepared in this case?
12    A.    It is, yes.
13    Q.    And in Gushgari, the authors
14 concluded that some Americans ingest as much as
15 25,000 to 30,000 nanograms of nitrosamines every
16 single day, correct?
17    A.    That's with respect to tobacco use, I
18 believe.
19    Q.    Right.
20          So smokers, according to Gushgari,
21 consume on the order of 25,000 to 30,000 nanograms
22 of nitrosamines every day?
23    A.    I'm not sure whether he means smokers
24 or smokeless tobacco users.  I'd have to look at
25 that.

Page 175

1     Q.    Okay.
2     A.    Then you know there's the question of
3 whether it's nitrosamines in general or
4 specifically tobacco specific nitrosamines
5 or dimethylnitrosamine.  I'd have to go back and
6 look at that.  So I'm not sure about that number
7 you just gave me.
8     Q.    Well, let's go --
9     A.    Because the levels of
10 dimethylnitrosamine in a cigarette are actually
11 quite low.
12    Q.    Well, you can certainly --
13    A.    He was talking about nitrosamines in
14 general, so that would include tobacco specific
15 nitrosamines, which are present in higher
16 concentrations.  So I think that's where he got
17 the tobacco part in his pie chart or whatever it
18 was.
19    Q.    Let's go to page 1130 of this Exhibit
20 number 12, please.  It's the last paragraph on the
21 right-hand side.
22          One of the things Dr. Gushgari did
23 was to estimate nitrosamine intake and nitrosamine
24 exposure for all of us, correct?
25    A.    Yes.

Page 176

1     Q.    And what he said was that if you --
2 if tobacco use -- if you're a smoker, the rate of
3 your nitrosamine intake is on the order of 21,800
4 plus or minus 4,350 nanograms per day, right?
5     A.    I don't think it also includes
6 smokers.  I think it's smokeless tobacco users.
7     Q.    Understood.
8          But what he discusses in this paper
9 is that in addition to tobacco, our diet is also a
10 source of nitrosamines, correct?
11    A.    Correct.
12    Q.    According to Gushgari, depending on
13 what you eat, you'll consume between 1,800 to
14 1,900 nanograms of nitrosamine from your food,
15 right?
16    A.    That's what he came up with, right.
17    Q.    Beer was another -- if you go to page
18 1131, I think beer was also a source of -- or
19 potential source -- of nitrosamines according to
20 Gushgari on the order of 1,000 nanograms per day,
21 right?
22    A.    Mm-hmm.  Yeah.
23    Q.    He also noted that water was a source
24 of nitrosamines on the order of about
25 120 nanograms per day?

Page 177

1    A.    Yeah, I don't know if that's -- I'm
2 not sure about that number.  Water is very low.
3    Q.    It says -- it was highlighted.
4        Can you highlight it again, please?
5        According to the paper here, the
6 nitrosamine exposure from water is about
7 120 nanograms per day, right?
8    A.    Yeah, but I'm not sure -- there's
9 some problems with -- there's some measurement
10 problems with the order story having to do with
11 artifact formation of NDMA during analysis.  So
12 I'm not sure.  I don't recall whether his water
13 calculation I think was -- may have been carried
14 out before some of those analytical chemistry
15 problems came to light.  So I'm not sure about the
16 water.  I have to look at that more carefully.
17    Q.    This study was done in 2018, right?
18    A.    The review was published in 2018.
19    Q.    Correct.
20    A.    I don't know whether all of the water
21 literature that he considered was before the
22 finding that some of the water measurements were
23 wrong.  I don't know offhand.
24    Q.    So what you're suggesting to me --
25 what you're suggesting to me --

Page 178

1    A.    I'm suggesting that the water might
2 be wrong.  Everything else probably right.
3    Q.    Might be lower than 120 nanograms?
4    A.    Right.  Yeah.
5    Q.    I guess it would depend on the
6 quality of the water you drink, where you get it,
7 what the source is, right?
8    A.    In part, but, I mean, the calculation
9 would have to be redone based on the actual data.
10 That's not -- that doesn't have artifacts in it.
11    Q.    Well, so let's take water out of the
12 equation because you said the other numbers from
13 Gushgari are probably right.
14        So what his paper suggests to us is
15 that individuals who are exposed to tobacco will
16 consume around 25,000 nanograms of nitrosamines
17 every single day of their life, right?
18    A.    No, not exposed to tobacco.  Use
19 tobacco.  There's a difference.
20    Q.    Individuals who use tobacco will be
21 exposed to 25,000 nanograms of nitrosamine every
22 day, right?
23    A.    That's what he came up with, yes.
24    Q.    For those non-smokers and
25 non-drinkers who lead a good, healthy life,

Page 179

1 according to Gushgari, those individuals are going
2 to be exposed to daily levels of nitrosamines on
3 the order of about 2,000 nanograms per day, right?
4    A.    From food.  Food and water, I guess,
5 and beer.  I don't know.  The 2,000 is just from
6 food or is it 2,000 from food plus beer plus
7 water?
8    Q.    Beer is separate.  That's why I left
9 it out.
10    A.    Yeah.  So what is it just from food?
11    Q.    It says -- right in the first line
12 that you're looking at here on the exhibit, 1,800
13 plus or minus 350 for a vegetarian diet, 1,900
14 plus or minus 380 for a Western diet.
15    A.    Okay.
16    Q.    So I was using 2,000 as a round
17 number.
18    A.    Okay.
19    Q.    In your report, you suggest that you
20 received information about nitrosamine levels
21 observed in the valsartan-containing products of
22 some of the defendants to this litigation,
23 correct?
24    A.    Yes.
25    Q.    One of the defendants is Mylan, who I

Page 180

1 identified for you before as a company that I'm
2 representing.  You heard of that name before and
3 you reviewed some of their data, correct?
4    A.    Yes.
5    Q.    If I could just direct your attention
6 just for a second to -- I think it's page 24 and
7 25 of your report.
8        One of the things you indicate on
9 pages 24 and 25 of your report is you had the
10 opportunity to review information relating to
11 nitrosamine levels that were observed in Mylan
12 product, right?
13    A.    Yes.
14    Q.    On page 25, the first full paragraph,
15 you write that Mylan's API testing confirmed NDEA
16 levels in API batches ranging from 0.1 parts per
17 million to 1.57 parts per million.
18        Did I read that accurately from your
19 report?
20    A.    Yes.
21    Q.    As part of your work in this case,
22 sir, did you take that data and attempt to
23 calculate a mean NDEA concentration for Mylan's
24 valsartan?
25    A.    No, I did not.

Page 181

1    Q.    I'll represent to you that the mean
2  is 0.47 parts per million for all batches tested
3  and I'll ask you to accept that number for
4  purposes of my next question.
5         Okay?
6    A.    Okay.
7         MR. SLATER:  Objection.
8         You can answer.
9    Q.    If you know the parts per million of
10 a nitrosamine, you can convert that to nanograms
11 by multiplying it by the dose, right?
12   A.    Yes.
13   Q.    In fact, you've done -- you did that
14 calculation in various parts of your report?
15   A.    Yes.
16   Q.    So if we assume an NDEA concentration
17 at the mean of 0.47 parts per million and multiply
18 it by the highest possible dose, 300 micrograms of
19 valsartan, we get a nanogram of about
20 150 nanograms per day, correct?
21   A.    Okay.
22   Q.    0.47 times 320?
23   A.    Okay.
24   Q.    Do you agree that that math comes out
25 to about 150?

Page 182

1    A.    Sounds right, yeah.
2    Q.    So taking the mean from my data of
3  about 0.47, what it tells us is that
4  hypothetically, a user of Mylan's valsartan may
5  have consumed an additional 150 nanograms per day
6  during the period he or she used the drug, right?
7    A.    Right.  Yes.
8    Q.    So if we go back then to Gushgari's
9  numbers, we know that tobacco users have a daily
10 nitrosamine intake on the order of
11 25,000 nanograms, correct?
12   A.    Is that his number?
13   Q.    For tobacco users.
14   A.    Yes.
15   Q.    If we assume an intake now of
16 150 nanograms a day for Mylan's valsartan, that
17 individual has increased their daily nitrosamine
18 intake by a scant 0.6%, right?
19   A.    Correct.
20   Q.    If we take a non-smoker and a
21 non-drinker who is living right, Gushgari tells us
22 they will have exogenously consumed about 2,000
23 nanograms a day.
24        Do you see that highlighted?
25   A.    Yes.

Page 183

1    Q.    If we assume an intake of 150
2  nanograms per day for Mylan's valsartan, that
3  clean-living individual has increased his or her
4  nitrosamine intake by about 7.5%, right?
5    A.    Correct.
6    Q.    So what I'd like to know, Dr. Hecht,
7  is what peer-reviewed scientific literature has
8  ever been published to suggest that a modest one
9  to seven percent increase in nitrosamine
10 concentrations over a limited period of time would
11 cause cancer in humans?
12   A.    I'm not aware of any.
13   Q.    In your report, you certainly don't
14 cite any research or studies that establish a one
15 to seven percent increase in baseline nitrosamine
16 consumption will lead to cancer in humans.
17        Do you?
18        MR. SLATER:  Objection.
19   A.    No.
20   Q.    And you don't cite any because no
21 such data exists, right?
22   A.    I didn't cite any.  So if it existed,
23 I would have cited it.
24   Q.    Right.
25        And the fact is that science hasn't

Page 184

1  even advanced enough that the worldwide agencies
2  classify NDEA or NDMA as known human carcinogens,
3  right?  They've never done that?
4    A.    Well, I wouldn't say that exactly
5  because -- go back to my book here.  It says that
6  it should be regarded for practical purposes as if
7  it were carcinogenic to humans, 1978.  1978, but
8  you're right.
9    Q.    Right about what?
10   A.    No one has said that 7.5% increase in
11 nitrosamine exposure would lead to cancers in
12 humans --
13   Q.    I think it's one o'clock --
14   A.    -- in the setting that you just
15 described.
16   Q.    I think it's one o'clock.  I'm
17 willing to keep going, but you had indicated you
18 wanted to take a break at one o'clock, Doctor.
19        Do you want to --
20   A.    My watch says 12:30.
21   Q.    Okay.  Let's keep going.
22   A.    It's 12:30 here.
23   Q.    Sorry.  Let's keep going then.
24        So what we've been talking about so
25 far is that exogenous nitrosamine consumption,

Page 185

1 correct?

2    A.    Yes.

3    Q.    And when we talk about exogenous
4 consumption, we mean nitrosamines formed outside
5 the organism, right?

6    A.    Yes.

7    Q.    In this case, though, with respect to
8 nitrosamines like NDMA and NDEA, we know that
9 they're also formed endogenously, right?

10    A.    No, we don't really know that.  We
11 don't know that NDMA and NDEA are formed
12 endogenously.  We don't know that.

13    Q.    Huh.  Well, have you seen research
14 suggesting that endogenous formation of NDEA and
15 NDMA and other nitrosamines are significant?

16    A.    Yes, I have seen such research and I
17 believe it's wrong.

18    Q.    Well, tell me what research you've
19 seen to suggest that NDMA and NDEA are not formed
20 endogenously.

21    A.    I don't think that it's -- let's put
22 it this way: It's hard to prove a negative.  I
23 can't cite any research that proves that they're
24 not formed endogenously.  We do know that there's
25 very solid research that some nitroso compounds

Page 186

1 are formed endogenously.  These are nitrosamines
2 such as nitrosoproline that are not metabolized,
3 so we can actually track their formation in humans
4 by measuring them in urine because they're not
5 metabolized.

6        But NDMA and NDEA present a different
7 problem because they are metabolized, so it's very
8 difficult to track their formation in humans.

9        So the endogenous formation of NDMA
10 and NDEA is very challenging.  It's very
11 challenging to establish and I don't believe that
12 it's been established.

13    Q.    Well, I agree with you that it's
14 challenging.  I may agree with you that it's not
15 been firmly established, but I think the statement
16 you made earlier that's causing me some
17 consternation is I believe you said that you do
18 not believe and you are of the opinion that there
19 is no endogenous formation of NDMA.

20        Is that an opinion you intend to
21 offer in this case?

22        MR. SLATER:  Objection.

23        You can answer.

24    A.    No, I don't think I said that or if I
25 did say that, it's wrong.  What I did say is that

Page 187

1 in my opinion, there's no solid evidence for
2 endogenous formation of NDMA and NDEA in humans.
3 There are studies out there, but I believe that
4 they're flawed.

5    Q.    You are not aware of any study
6 suggesting or concluding that NDMA does not form
7 endogenously; true?

8    A.    I'm not aware of any study that it
9 doesn't form endogenously?  Is that what you're
10 asking?  It's a double negative.  Can you clarify?

11    Q.    I'll rephrase it.

12        Are there any studies to your
13 knowledge that conclude that there is no such
14 thing has endogenous formation of NDMA?

15    A.    No.

16    Q.    Are you aware of any studies
17 suggesting there's no such thing as endogenous
18 formation of NDEA?

19    A.    No.

20    Q.    You're not going to offer the opinion
21 in a courtroom in America suggesting that
22 endogenous formation of NDMA or NDEA does not
23 occur?

24    A.    That's correct.  I didn't say that.
25 I never said that.  In fact, what I did say was

Page 188

1 that there are studies out there that claim
2 endogenous formation of NDMA and NDEA does occur.
3 I think it's NDMA mainly.  But I believe some of
4 the methods in those studies are flawed.  That's
5 what I said.

6    Q.    Is it true that the FDA has
7 publically stated that the amount of endogenous
8 formation of carcinogenic nitrosamines such as
9 NDMA and NDEA is unknown?

10    A.    I believe that's true.  I think that
11 was one of the conclusions of the workshop.

12    Q.    Sure.  And one of the conclusions of
13 the workshop was that no scientist could say
14 whether the amount of endogenous formation was
15 equal to, less than or greater than our exogenous
16 intake of those nitrosamines?

17    A.    Yes, that's right.  We don't know.

18    Q.    So for all we know, if Gushgari's
19 estimates of endogenous intake of a non --

20    A.    Exogenous.  Exogenous.

21    Q.    Let me start over.

22    A.    Gushgari estimated exogenous intake.

23    Q.    Okay.  I'm going to try again.

24        For all we know, if we use Gushgari's
25 estimate of exogenous intake of 2,000 nanograms

Page 189

1 per day for a non-tobacco user, endogenous NDMA
2 formation could be 2,000 nanograms, could be
3 1,000, could be 3,000 nanograms per day, right?
4    A.   Right. We don't know.
5    Q.   We don't know.
6    A.   Right.
7    Q.   Let's just assume that it's -- that
8 endogenous formation and exogenous formation are
9 equal to one another.
10    A.   Why would you assume that?
11    Q.   I'm going to ask you hypothetically
12 to assume.
13        What that would suggest to us is that
14 any nitrosamine intake for an individual who was
15 taking valsartan-containing medications subject to
16 a recall would be at an even lower percentage than
17 if you had considered simply exogenous intake?
18        MR. SLATER: Objection.
19    A.   Yes. Sure. If there's also
20 endogenous formation, then the amount from the
21 drug on a percentage basis obviously would be
22 less.
23    Q.   Right.
24        So we used Gushgari's estimates for
25 the mean Mylan exposure and determined it to be

Page 190

1 0.6% to 7.5%. If we assume endogenous formation,
2 those percentages go down.
3    A.   Correct.
4    Q.   How much they go down is unknown
5 because, according to you, the scientific
6 community doesn't know how much endogenous
7 formation of nitrosamines takes place?
8    A.   I don't think it's just according to
9 me, but yes, that's true.
10    Q.   Well, I say that because you're the
11 only person I'm asking today.
12    A.   Okay.
13    Q.   You've indicated that the level of
14 endogenous formation of nitrosamines is unknown,
15 that there are scientists who have published peer
16 reviewed papers suggesting that endogenous
17 formation is quite high and far exceeds our intake
18 exogenously?
19    A.   Yes.
20    Q.   One of those people was Gushgari, the
21 guy you cited in your report, right?
22    A.   Yes.
23        MR. TRISCHLER: Can you put up page
24 1133 of this paper? Right where you have the
25 cursor, that paragraph right there happens to

Page 191

1 be the one I wanted to talk to the Doctor
2 about.
3    Q.   About halfway through that -- when's
4 the last time you read this article, sir?
5    A.   When was the last time I read it?
6    Q.   Yes, sir.
7    A.   Probably couple months ago.
8    Q.   Fair to say you've read it a couple
9 times since you wrote your report?
10    A.   I don't really know.
11    Q.   But you certainly would have read it
12 before you wrote your report?
13    A.   Yes, I did.
14    Q.   While you cited to Gushgari in your
15 report, you did not cite to any problems or
16 limitations or disagreements that you had with his
17 conclusions or analysis, right?
18    A.   Oh, yeah. That's true.
19    Q.   What Gushgari says here, about
20 halfway through that paragraph that we've
21 highlighted, he says "Recent literature suggests
22 endogenous formation of nitrosamines governs human
23 exposure to these compounds that may account for
24 97% of the total nitrosamine load."
25        Do you see that?

Page 192

1    A.   Yes, I see it.
2    Q.   So if Gushgari is right, that
3 clean-living individual we've been talking about
4 who takes in 2,000 nanograms per day of
5 nitrosamines endogenously -- or exogenously is
6 getting the other 197,000 endogenously, right?
7        MR. SLATER: Objection.
8        You can answer.
9    A.   This is all wrong. I mean, this is
10 crazy because he's talking nitrosamines as a
11 class. So I mean what he's basing this on is
12 nitrosoproline, which is a noncarcinogenic,
13 non-metabolized nitrosamine that's been used as a
14 monitor for endogenous formation. I'm sure that's
15 what this calculation comes from. It had nothing
16 to do with dimethylnitrosamine because
17 nitrosoproline and the other nitros amino acids
18 he's talking about are noncarcinogenic.
19    Q.   Where does it say here that he's
20 talking about noncarcinogenic --
21    A.   I don't think it does. I'm sure
22 that's what he's talking about.
23    Q.   Did you ask him?
24    A.   No, I didn't ask him.
25    Q.   How are you sure that's what he's

Page 193

1  talking about then --
2      A.    Because I know the literature.
3      Q.    You have to let me finish the
4  question, sir.
5      A.    You asked me how I knew.  I said
6  because I know the literature.
7      Q.    So where did Gushgari ever state that
8  his determination that endogenous formation of
9  nitrosamines applies only to those noncarcinogenic
10 nitrosamines and not nitrosamines thought to be
11 carcinogenic?
12     A.    Thought to be carcinogenic?  I don't
13 know.  I can't speak for Gushgari.
14     Q.    We talked before about the fact that
15 there were 300 plus nitrosamines that have been
16 identified in the scientific community.
17           How many are carcinogenic?
18     A.    Most of them.  The great majority.
19 It's not 300 nitrosamines.  It's 300 nitroso
20 compounds.  Not all nitroso compounds are
21 nitrosamines.  I think the number for nitrosamines
22 is probably closer to 150 to 200.
23           Anyhow, that's besides the point.
24           What was your question?  How many are
25 carcinogenic?

Page 194

1           The great majority, but not -- not
2  the ones that we have data on for endogenous
3  formation.  Those are noncarcinogenic.
4  Nitrosoproline and some related nitros amino
5  acids, that's where all the reliable endogenous
6  formation data comes from and those compounds are
7  noncarcinogenic because they're not metabolized.
8  They're excreted unchanged because they're polar.
9      Q.    Did you finish your answer?
10     A.    Yes.
11     Q.    Endogenous formation of nitrosamines
12 can occur with both nitrosamines that are
13 carcinogenic and those that are thought to be
14 noncarcinogenic, correct?
15     A.    Yes.
16     Q.    Have you don't any independent
17 scientific research to quantify the levels of
18 nitrosamines --
19           Strike that.
20           Have you done any independent
21 scientific research to quantify the levels of NDMA
22 that are formed endogenously?
23     A.    No.  We have not done that.
24     Q.    Have you done any independent
25 scientific research to quantify the levels of NDEA

Page 195

1  that are formed endogenously?
2      A.    No.
3      Q.    Would you agree that evaluating --
4  would you agree that in evaluating the issue of
5  whether NDMA or NDEA actually caused cancer in
6  humans, we need to consider that nitrosamines form
7  both endogenously and exogenously?
8      A.    Yes.
9      Q.    And any intake of NDMA or NDEA from
10 valsartan-containing medication would be just a
11 fraction of an individual's nitrosamine load,
12 correct?
13           MR. SLATER:  Objection.
14     A.    That's a very poorly phrased
15 question, Counselor, I have to say because, again,
16 you're mixing carcinogenic nitrosamines --
17 highly-carcinogenic nitrosamines, like NDMA and
18 NDEA, with noncarcinogenic nitrosamines like
19 nitrosoproline.
20           So you need to restate the question.
21     Q.    Well, the question was any intake of
22 NDMA or NDEA from valsartan-containing medications
23 just a fraction of an individual's daily intake of
24 those substances from exogenous and endogenous
25 formation?

Page 196

1           MR. SLATER:  Objection.
2      A.    Of total nitrosamines, including the
3  noncarcinogenic ones --
4      Q.    Just those two is my question.
5      A.    So you're saying -- you start the
6  question or sentence -- whatever it was -- with
7  NDMA and NDEA and you end the thought -- it's very
8  confusing the way you said it.  I mean, you have
9  to be more specific.
10     Q.    I was --
11     A.    What we're talking about here is NDMA
12 and NDEA.
13     Q.    I agree.
14           In fairness, you didn't --
15     A.    The exposure to those is only a
16 fraction of the total nitrosamine formation, which
17 includes the noncarcinogenic nitrosamines.  We
18 don't know whether there's NDMA and NDEA formed
19 endogenously.
20     Q.    Well, we do know there --
21     A.    That's a research question.
22     Q.    We do know there's NDMA in food?
23     A.    Yes.
24     Q.    We do know there's NDMA in beer?
25     A.    Yes.

Page 197

1    Q.    We do know there's NDMA in air?
2    A.    I don't know about that. I don't
3 think that that's a -- that's a blanket statement.
4 It sounds much worse than it is. There's NDMA in
5 food, there's NDMA in beer and there's NDMA in
6 valsartan. We know that. There's no NDMA --
7 extremely small amount -- in water.
8    Q.    Do you agree that the NDMA observed
9 in the valsartan-containing medications is but a
10 fraction of the NDMA to which we are exposed to
11 exogenously and which we form endogenously?
12        MR. SLATER: Objection.
13        You can answer.
14    A.    No, I don't. I agree about the
15 exogenous exposure. We already went through that,
16 the Gushgari. But I maintain that we don't know
17 how much NDMA and NDEAs form endogenously. It
18 could very well be zero. So we don't know. We
19 don't know the answer to that.
20    Q.    In the FDA workshop, was this issue
21 of relative level of exposure from nitrosamines in
22 valsartan-containing medications compared to our
23 exposures exogenously and endogenously something
24 that was discussed?
25    A.    Yes, there was quite a bit of

Page 198

1 discussion about endogenous nitrosamine formation.
2    Q.    And isn't it true in the FDA workshop
3 the conclusion that was reached among this panel
4 of experts was that the levels of nitrosamines as
5 impurities in drugs are likely minuscule in
6 comparison to exogenous exposure from foods and
7 even more so to endogenous levels?
8        MR. SLATER: Objection.
9    A.    Nitrosamines includes -- first of
10 all, I don't think they use the word "minuscule."
11 I'm not sure about that. I'd have to check the
12 transcript.
13        Again, you're mixing apples and
14 oranges because, as I said several times already,
15 I think, just about everything we know about
16 endogenous formation involves noncarcinogenic
17 nitrosamines such as nitrosoproline. We don't
18 have good data on the endogenous formation of the
19 compounds found in valsartan, dimethylnitrosamine.
20        MR. TRISCHLER: What's your next
21        numbered exhibit?
22        THE VIDEOGRAPHER: Our next exhibit
23        number will be 13 and Counsel, just to let
24        you know, I have about five minutes left on
25        the media.

Page 199

1        MR. TRISCHLER: Please mark as
2        Exhibit 14 --
3        THE VIDEOGRAPHER: Thirteen.
4        MR. TRISCHLER: Thirteen.
5        -- the document entitled
6 "Nitrosamines as Impurities in Drugs, Health
7 Risk Assessment and Mitigation Public
8 Workshop," please.
9        THE VIDEOGRAPHER: Sure thing.
10        (Whereupon, Exhibit 13 was marked for
11 identification.)
12        MR. SLATER: You're putting up part
13 of the transcript here, Clem?
14        MR. TRISCHLER: I'm putting up a
15 publication from the FDA titled "Nitrosamines
16 as Impurities in Drugs, Health Risk
17 Assessment and Mitigation Public Workshop."
18    Q.    Do you see the first page of the
19 Exhibit 13, sir?
20    A.    Yes.
21    Q.    This was a document that the FDA has
22 published from the March 29 and March 30 public
23 workshop that you participated in?
24    A.    Yes.
25    Q.    Have you read this document before?

Page 200

1    A.    Yes.
2    Q.    Do you agree with its content?
3    A.    Yes.
4        MR. SLATER: Objection.
5        You can answer.
6    Q.    Please go to page 14, last paragraph
7 of the page.
8        About halfway through the page, it is
9 written "The levels of nitrosamines as impurities
10 in drug are likely minuscule in comparison to
11 exogenous exposures from foods and even more so to
12 endogenous levels."
13        Did I read that correctly?
14    A.    Yes, you did. But, you know, it's a
15 poorly written sentence, but yeah, you read it
16 correctly. You're right, it's in the report.
17 You're right. I read the report. I wouldn't have
18 written it this way.
19    Q.    It's a poorly written statement that
20 you told me you agreed with, right?
21    A.    Well, first of all, minuscule, I mean
22 you said a few minutes ago, I think, from foods it
23 was up to 7%. I think you said that. I don't
24 know whether that's minuscule. And then even more
25 so to endogenous levels.

Page 201

1    Again, this is really misleading
2 because we don't know about the -- the
3 nitrosamine -- the endogenous data comes almost
4 exclusively from a noncarcinogenic nitrosoproline
5 and related nitrosothyoproline and these compounds
6 that's that are excreted unchanged and they're
7 noncarcinogenic.
8    So, I mean, this sentence actually is
9 a little misleading. I know it was written by the
10 great FDA, but ...
11    Q.    You were --
12    A.    I was part of it. Yeah, I reviewed
13 it. That's right. You know.
14    Q.    You were part of the great FDA panel
15 when this was --
16    A.    I was, yeah. I was. Absolutely.
17    Q.    You have to let me ask a question.
18    A.    Okay.
19    Q.    When this was written, did you
20 express disagreement with it?
21    A.    No, I did not.
22    Q.    Did you tell anyone at FDA that this
23 statement was incorrect?
24    A.    No, I did not.
25    Q.    So even if we assume for the sake of

Page 202

1 argument that nitrosamines like NDMA and NDEA can
2 cause cancer in humans, what we know is that those
3 nitrosamines can be formed both endogenously and
4 exogenously, correct?
5    MR. SLATER: Objection.
6    You can answer.
7    A.    I don't think there's good evidence
8 for endogenous formation of NDMA and NDEA.
9    Q.    I thought you told me before you were
10 not going to express the opinion that endogenous
11 formation does not occur.
12    MR. SLATER: Objection.
13    Argumentative.
14    A.    Double negative.
15    MR. SLATER: Is there a question?
16    A.    Double negative again. I don't know.
17    Can you rephrase your question?
18    Q.    Does endogenous formation of NDEA
19 occur?
20    A.    I don't know.
21    Q.    Does endogenous formation of NDMA
22 occur?
23    A.    I don't know.
24    Q.    You can't rule out the possibility
25 that endogenous formation of NDEA and NDMA occur?

Page 203

1    A.    That is correct.
2    Q.    In your work in this case -- strike
3 that.
4    When we talk about exogenous intake
5 of NDEA and NDMA, we know that can come from
6 multiple sources, correct?
7    A.    Yes.
8    Q.    In your work in this case, have you
9 interviewed any of the individual plaintiffs?
10    A.    No.
11    Q.    Have you reviewed any medical records
12 from any of the individual plaintiffs?
13    A.    No.
14    Q.    Have you reviewed any questionnaires
15 completed by any of the individual plaintiffs?
16    A.    No.
17    Q.    Have you prepared questionnaires to
18 be submitted to any of the individual plaintiffs?
19    A.    No.
20    Q.    Have you obtained any information
21 from any of the individual plaintiffs regarding
22 their dietary habits, smoking history, medical
23 history, anything like that?
24    A.    No.
25    Q.    Have you reviewed any of the

Page 204

1 depositions of any of the individual plaintiffs?
2    A.    No.
3    Q.    Is there any scientific means to
4 measure the quantity of NDEA in the human body?
5    A.    No. Not accurately.
6    Q.    I think I asked you about NDEA. For
7 completeness, let me ask you about NDMA.
8    Is there any scientific means to
9 measure the quantity of NDMA in the human body?
10    A.    Not in my opinion. Not right now,
11 no.
12    Q.    So I take it then that no such
13 attempts have been made by you with respect to any
14 plaintiff in this case?
15    A.    No.
16    Q.    So there's no way to do a blood test,
17 a tissue sample or anything like that of an
18 individual, look at it and say how much NDMA he or
19 she might have in their body at any point in time?
20    A.    I wouldn't say that. There are ways,
21 but I haven't done it. As far as I know, it has
22 not been done.
23    Q.    Maybe I'm confusing myself.
24    I thought I had asked you if there
25 was any scientific way to measure or quantify NDMA

Page 205

1 or NDEA in the body.
2      A.      There's no established method that's
3 accepted as far as I know, but that doesn't mean
4 it can't be done.
5      Q.      How would you hypothetically do it if
6 there's no established method for doing it?
7      A.      I would use mass spectrometry and I
8 would use an internal standard that labeled
9 internal standard of dimethylamine that would tell
10 me whether any artifact formation or any other
11 interference was occurring in the method.  It can
12 be done, but it hasn't been done as far as I know.
13     Q.      So without some baseline, you don't
14 have any data to establish sort of a baseline
15 nitrosamine level for any particular plaintiff
16 based on their exogenous and endogenous exposures
17 to these particular nitrosamines, right?
18     A.      No.  You know, only -- well, what we
19 already discussed, I mean, from levels in food and
20 that kind of thing.  No, not actual measurements.
21     Q.      So without a baseline --
22     A.      Like a before and after they took the
23 pill or something like that, we don't have that.
24     Q.      Right.
25             So without a per person, individual

Page 206

1 baseline, there's no -- you don't have any basis
2 to opine whether NDMA intake or NDEA intake from
3 valsartan-containing medications for any plaintiff
4 in this case represented a 1%, 2%, 5% increase in
5 their daily exposure to these nitrosamines,
6 correct?
7      A.      No, we don't have that data.
8      Q.      We don't have that data for either
9 NDMA or NDEA?
10     A.      Correct.
11     Q.      Are you familiar with --
12     A.      It would be based on estimates of
13 exposure that we know -- we know the amounts in
14 food and beer and the things that we discuss, but
15 actual measurements we don't have.
16     Q.      Are you familiar with the Johnson
17 paper on permitted daily exposure limits for
18 nitrosamines?
19     A.      Show me the paper.
20             MR. TRISCHLER:  Sure.  I guess it's
21     14 I think is what we're up to.
22             THE VIDEOGRAPHER:  Counsel, just
23     we're about seven minutes over.
24             Do you mind if we change the media?
25             MR. SLATER:  Why don't we break for

Page 207

1 lunch now?  We're way past --
2              MR. TRISCHLER:  Oh, okay.  Sorry
3 about that.  I lost -- for some reason, my
4 clock on my computer is off.
5              THE VIDEOGRAPHER:  The time is
6 2:04 p.m.
7              This ends media three.
8              (Recess taken)
9              THE VIDEOGRAPHER:  The time is now
10 2:57.
11             This begins media four.
12             You may proceed.
13             (Whereupon, Exhibit 14 was marked for
14 identification.)
15     Q.      Dr. Hecht, are you familiar -- I'm
16 not sure if I asked you this question before the
17 break.  I thought I was ready to introduce a paper
18 by Mr. Johnson entitled "Permitted Daily Exposure
19 Limits for Noteworthy Nitrosamines."  I think that
20 would be Exhibit 14.
21             Have you seen this paper before?
22             Let me know if you need it
23 highlighted or blown up.
24     A.      I don't recognize it.
25             MR. TRISCHLER:  If you could, just

Page 208

1 highlight, Bill, the top portion.
2      Q.      You'll note that the article was
3 received in March of this year and accepted for
4 publication in May.
5              I'm just wondering if you had a
6 chance to review this paper or you recall
7 reviewing this paper before you wrote your report
8 in July of this year?
9      A.      I haven't seen this.
10     Q.      In this report, Johnson and his
11 colleagues calculate a permitted daily exposure
12 level for NDMA and NDEA.
13             Have you ever calculated a permitted
14 daily exposure limit for any compound?
15     A.      No.
16     Q.      Are you familiar with the concept of
17 a permitted daily exposure limit?
18             MR. SLATER:  Objection.
19             You can answer.
20     A.      Yes, in general.  But I'm not sure
21 about the language.
22     Q.      Well, it's my understanding that in
23 the field of toxicology, a permitted daily
24 exposure limit generally refers to a dose that is
25 unlikely to cause an adverse effect in an

Page 209

1 individual is exposed at or below this dose every
2 day of a lifetime.
3        Okay?
4        So accepting that definition, are
5 you -- have you ever attempted to calculate a PDE
6 for any nitrosamine?
7    A.    No.
8    Q.    If you look at -- I think it's the
9 page 302 of this paper.  There's a chart or a
10 table at the top and you'll see that in the last
11 row or last column, Johnson and his colleagues
12 calculated a PDE for NDMA of 6.2 micrograms and a
13 PDE for NDEA of 2.2 micrograms.
14        Do you see that?
15    A.    Mm-hmm.  Yeah.
16    Q.    We talked about the conversions
17 before, but that equates to roughly
18 6,200 nanograms and 2,200 nanograms, right?
19    A.    Right.
20    Q.    And if you go back to the test data
21 from Mylan that you mentioned in your report, that
22 test data shows an NDEA range for API batches of
23 0.1 parts per million to 1.57 parts per million
24 and I represented to you that the mean
25 concentration was calculated at 0.47.

Page 210

1        Do you recall that?
2    A.    What was the range again?
3    Q.    0.1 parts per million to 1.57 parts
4 per million.  That's what you wrote in your
5 report.
6    A.    Okay.
7    Q.    And I had represented to you that
8 that range resulted in a mean of 0.47.
9        MR. SLATER:  Did you say NDMA or NDEA
10 for that range you just gave?
11        MR. TRISCHLER:  NDEA, sir.
12        MR. SLATER:  Gotcha.
13    A.    Okay.
14    Q.    Converting that parts per million to
15 a nanogram level based on the 320 milligram dose
16 results in a nanogram concentration of about
17 150 nanograms.
18        Do you recall that math that we did
19 before?
20    A.    Yes.
21    Q.    So if we use that calculation of
22 150 nanograms of NDEA in a tablet of Mylan's
23 valsartan-containing medication, it's well under
24 the PDE established by Johnson in his
25 peer-reviewed study, correct?

Page 211

1    A.    Yes.
2    Q.    In fact, the mean nanogram
3 concentration would be about 5% of that daily PDE.
4        Correct?
5    A.    Right.  Yes.
6    Q.    Do you have any evidence to suggest
7 to this jury that a plaintiff in this litigation
8 who consumed valsartan-containing medication that
9 came from Mylan ever received a pill that
10 contained nitrosamines above the PDE established
11 by Johnson and his colleagues?
12    A.    No, I don't.
13    Q.    Earlier in the deposition --
14    A.    No, it's still maintained that none
15 of that should be there.  It should be zero.
16    Q.    Earlier in the deposition, I had
17 asked you a few questions about how you went about
18 doing your work in this case and you told me that
19 there were, you know, three components of it:
20 One, reviewing publically-available information
21 about the valsartan medications; two, looking at
22 the scientific literature; and three, reviewing
23 documents that came to you from plaintiffs'
24 counsel that related to documents from the
25 manufacturer's defendants.

Page 212

1        Do you generally recall that
2 discussion?
3    A.    Mm-hmm.  Yes.
4    Q.    And you -- we talked about some of
5 the literature that you reviewed earlier,
6 specifically some of the animal studies, correct?
7    A.    Yes.
8    Q.    In addition to the animal studies, I
9 note in your report, though, that you also discuss
10 a number of dietary studies.  I think those are
11 primarily cited at pages 14 and 15 of your report.
12        Is that right?
13    A.    Yes.
14    Q.    Similar to what we talked about
15 before, was there a particular method that you
16 used to decide what dietary studies you were going
17 to include in this report?
18    A.    Well, I looked into literature on
19 epidemiology studies that take into account
20 nitrosamine exposure.
21    Q.    Would we be able to go back at this
22 point in time and recreate what literature you
23 would have looked at by means of a -- the results
24 of a literature search or notes or anything that
25 you maintain to tell us what kind of search you

Page 213

1 did for the literature?
2    A.    I didn't keep records of the -- of my
3 literature search.
4    Q.    I assume that you would agree with me
5 that following a scientific approach to causation
6 requires a review of all the relevant literature?
7    A.    Yes.
8    Q.    Were there any dietary intake studies
9 that you -- addressing the potential
10 carcinogenicity of NDMA or NDEA in foods that you
11 reviewed beyond the ones that you listed in your
12 report?
13    A.    No, I don't believe so.  I think
14 they're all listed in the report.  It's possible
15 that, you know, I may have missed something, but I
16 think they're all in the report.
17    Q.    My apologies.  I thought you had
18 finished.
19           Would you agree with me that there
20 have been many observational studies reported in
21 the literature where scientists observe no
22 statistically significant association between
23 nitrosamine intake and food and the cause of
24 various cancers?
25    A.    No.  Repeat the question.

Page 214

1    Q.    Sure.
2    A.    What did you say?
3    Q.    I said have there been observational
4 studies reported in the literature where
5 scientists observed no statistically significant
6 association between nitrosamine intake and food
7 and the cause of various cancers?
8    A.    What do you mean by observational?
9    Q.    Well, all of these dietary intake
10 studies are observational.
11    A.    Well, sure, broadly speaking, but I'm
12 not sure what you mean by observational.
13    Q.    Let me see if I could ask another
14 question.
15    A.    It's a very broad term.
16    Q.    I was trying to --
17    A.    I'm not sure what that means.
18    Q.    I was just trying to be sort of all
19 encompassing with the question.  Let me ask it a
20 different way then.
21           There have been studies that have
22 been reported in the literature where scientists
23 attempted to evaluate NDMA and NDEA content in
24 food and they reported no statistically
25 significant association between that intake and

Page 215

1 cancer.
2           Agreed?
3    A.    Sure.  But, I mean, there are also
4 other studies that do report an association, so I
5 think your question should be rephrased.
6    Q.    That was sort of my point, is that
7 there are studies that go both ways.  There are
8 studies that have been published that report a
9 statistically significant association between NDMA
10 intake and some foods and the development of
11 cancer and there are other studies that have
12 reached a contrary result.  That's the question I
13 was asking.
14    A.    Mm-hmm.  There are both types of
15 results -- that's true -- out there.
16    Q.    In your report --
17    A.    It's a very challenging study to do.
18    Q.    Sure.
19           In your report, did you attempt to
20 list or collect or identify all of those studies
21 where no association was found between NDMA in
22 food and the onset or development of cancer?
23    A.    No, I did not.
24    Q.    What it appears to me that you did --
25 and please correct me if I'm wrong -- again, I'm

Page 216

1 looking at pages 14 and 15 of your report -- what
2 it appears to me that you did was to discuss the
3 studies that you believe reported some association
4 between dietary intake of nitrosamines and some
5 cancers while ignoring any studies that reached a
6 contrary result.
7           Is that accurate?
8    A.    I focused on the ones that showed a
9 relationship, yes.
10    Q.    And you did not discuss the ones that
11 don't?
12           MR. SLATER:  Objection.
13           Lack of foundation.
14           You can answer.
15    A.    I don't know.  I mean, I may not have
16 discussed every study in the literature.
17    Q.    But what you did do -- and it's on
18 page 15, if you want to take a look -- was you
19 sort of covered the omission of non-favorable
20 studies with one paragraph in which you said
21 "Studies do not find a significant association or
22 raise questions.  This can be explained by smaller
23 relatively small sample size, inadequate follow-up
24 period to capture all cancers, bias/inadequate
25 dose quantification, potentially mitigating

Page 217

1  dietary factors such as vitamin C intake and
2  others."
3      Right?
4  A.    Right.
5  Q.    So what it sounds to me like what
6  you're suggesting is that you're acknowledging
7  that the dietary intake studies evaluating the
8  role of nitrosamines in diet and the onset of
9  cancer have gone both ways, right?
10  A.    Yes.
11  Q.    And what it sounds like what you did
12  in your report is simply to say that in the
13  studies that find no association, you discredit
14  those by saying that they're subject to either
15  poor study design or confounding factors?
16      MR. SLATER:  Objection.
17      You can answer.
18  A.    Well, you know, just about all of
19  these studies can be criticized for one reason for
20  another.  I mean, these types of studies are
21  extremely difficult to do, so they can be
22  criticized, but yeah, I didn't cover all of the --
23  I didn't attempt to cover all of the studies of
24  diet and nitrosamine content in foods and cancer.
25  I did not attempt to do that.

Page 218

1  Q.    And I understand --
2  A.    But I did give examples of where
3  nitrosamine contamination in food has been linked
4  to cancer and there are a number of them.
5  Q.    Right.  I understand that there are
6  difficulties in doing these studies and that they
7  all have their limits, but when I read your
8  report, what it suggests is that the only studies
9  that you criticized as being limited by
10  confounding factors are the ones that found no
11  association between cancer and NDMA intake?
12  A.    That's not necessarily true.
13  Q.    Isn't that what that paragraph in
14  page 15 means when we read it?
15  A.    I don't know.  You know, I mean, this
16  criticism can also apply to some of the positive
17  sides.  It's a general criticism.
18  Q.    Well, let's take a look at some of
19  the studies that you do cite to, if we can.
20      Okay?
21  A.    Okay.
22      MR. TRISCHLER:  You cite to a study
23  by Goodman, G-O-O-D-M-A-N, entitled "High Fat
24  Foods and the Risk of Lung Cancer."
25      Can we mark that as Exhibit 15?

Page 219

1      (Whereupon, Exhibit 15 was marked for
2  identification.)
3  Q.    Are you familiar with this work, sir?
4  A.    Yes, I am.
5  Q.    What the authors of this study found
6  was that there was an association between lung
7  cancer and a diet that was rich in fats, correct?
8  A.    Yes.
9  Q.    They never excluded and they could
10  not exclude was any association was due to dairy
11  products, desserts or other fatty foods, correct?
12  A.    I don't know about dairy products.
13  I'd have to look at it more closely.
14  Q.    You could look at the --
15  A.    I'd have to read it.
16  Q.    I can have our technician --
17  A.    I mean do they -- I think they
18  describe the questionnaire in there, so I have to
19  look at that more carefully.
20      MR. TRISCHLER:  Bill, can you
21  highlight the top portion, please?
22      THE WITNESS:  Yes.
23  Q.    So what the paper says in that last
24  sentence that was highlighted there is that what
25  the data from the Goodman study indicates is that

Page 220

1  smokers with a high intake of foods rich in fat
2  and animal protein and who have a preference for
3  cured meats are at increased risk of lung cancer.
4  A.    That's what they concluded.
5  Q.    That's not really a surprising or
6  controversial finding, is it?
7  A.    No.  A study like this would be very
8  difficult to do in smokers.  I could be critical
9  of this study for that reason, but this is what
10  they found and it's a good group.  It's a very
11  highly respected group.
12  Q.    When we talk about confounding, any
13  attempt to link these results to NDMA consumption
14  would be limited by confounding factors relating
15  to dietary intake of other fatty foods such as
16  dairy products and desserts, right?  That would be
17  one confounding factor?
18  A.    The main confounding factor would be
19  smoking.  That would blow away other confounding
20  factors.  But they found a risk in addition to
21  smoking from cured meats and foods rich in fat and
22  animal protein.  It's a very difficult study to
23  do.  Very challenging because of the overwhelming
24  effect of smoking.
25  Q.    While smoking might be the primary

Page 221

1  confounding factor, there are others, correct?
2      A.    Yes.
3      Q.    By the way, the control group in this
4  Goodman study was, I think, 326 subjects.
5          Was that a significant and adequate
6  test sample size in your judgment?
7      A.    That's relatively small by current
8  standards.  This was published in 1992, I believe.
9  That's a relatively small sample size.
10     Q.    Sorry.
11         Do you agree that a good scientist
12  would not draw conclusions or inferences from a
13  study that even the authors of that study would
14  not support?
15         MR. SLATER:  Objection.
16         We went through this earlier.
17     A.    I'm not sure what that question even
18  means.  Why wouldn't the authors support their own
19  study?  I don't understand that.
20     Q.    I said they would not support.
21         Can you as a scientist reach
22  conclusions that the authors themselves do not
23  draw?
24         MR. SLATER:  Objection.
25         You went over this earlier, Counsel.

Page 222

1          I thought we're not going to
2  duplicate areas of questioning in light of
3  the time issue.
4      A.    For this study or any study?
5      Q.    For any study.
6          MR. SLATER:  I object.
7          Counsel, you do realize you went over
8  this entire line of questioning earlier in
9  the deposition, right?  You're just going to
10  ignore me, I guess?  Okay.  Well, I don't
11  appreciate that you're going to go through a
12  line of questioning you already did hours ago
13  or are you representing you didn't ask this
14  question already and go down this line
15  already?
16         MR. TRISCHLER:  I've got a question
17  pending.  I'm just waiting on an answer,
18  Adam.
19         MR. SLATER:  You're ignoring me?
20         Thank you.
21     A.    What was the question again?
22     Q.    Is it good practice for a scientist
23  to draw conclusions from a paper that the authors
24  of that paper do not support?
25         MR. SLATER:  Again, I object to this

Page 223

1  and I'll refer Counsel to the Eighth Circuit
2  decision that came out yesterday that
3  addressed this exact question and he knows
4  it, I'm sure, and asked these questions
5  earlier in the deposition.  I don't
6  appreciate that.
7          We'll take it into account if and
8  when defense counsel asks for more than seven
9  hours on the record with this witness.
10         You can answer.
11     A.    There may be different
12  interpretations of data.  It for sure can happen.
13     Q.    Do you agree that --
14     A.    The authors of a paper may interpret
15  their data in a certain way and, you know, then
16  it's reviewed and the reviewers may agree with it,
17  the editors of the journal may agree with it, but
18  other scientists may not agree with the
19  interpretation.
20     Q.    Do you agree that a scientist should
21  not cherrypick data from a study that might
22  support his or her hypothesis while ignoring other
23  parts of the study that call the conclusion into
24  question?
25     A.    Yes.

Page 224

1      Q.    You also cite to a paper that was
2  written by a gentleman named Paul Knekt,
3  K-N-E-K-T.  I'm sure I'm mispronouncing that.
4          But are you familiar with the paper?
5      A.    Yes.
6          MR. TRISCHLER:  We'll mark that as
7  Exhibit 16, I think.
8          (Whereupon, Exhibit 16 was marked for
9  identification.)
10     Q.    You cited to the Knekt paper in your
11  report in this case, correct?
12     A.    Yes.
13     Q.    Do you recall reading this study
14  and --
15     A.    Yes, I read it.  Absolutely.  I did
16  absolutely read it.
17     Q.    One of the first things that I note
18  right off the bat when I read this study is in the
19  very first sentence at the top, the authors note
20  that the relationship of dietary nitrosamines to
21  human cancer is uncertain.
22         Do you see that?
23     A.    Yes.
24     Q.    We talked about how some studies are
25  difficult, some are flawed, some are well

Page 225

1 designed, some are not.
2        Was this Knekt study one that you
3 considered to be a good, well-designed study?
4    A.    Show me the -- show me the -- you
5 have to show me more.
6    Q.    Which part --
7    A.    I want to make sure -- hold on a
8 second.
9    Q.    Sure.
10   A.    Let me just look at my own notes.
11 Yes. Okay. Yes, go ahead. What was your
12 question.
13   Q.    I think I asked you whether in your
14 judgment this was a good, well-designed study.
15   A.    Yes, it was.
16   Q.    Can we rely on its conclusions then?
17   A.    Yes.
18        MR. SLATER:  Objection.
19   Q.    In this study by Knekt, the authors
20 observed that there was no increased risk of
21 cancer from NDMA for any cancers of the GI tract.
22        Correct?
23   A.    They found an increased risk of
24 colorectal cancer among individuals with a high
25 intake of NDMA.  That's what it says.

Page 226

1    Q.    Right.  I didn't ask you about that,
2 though.  My question was --
3    A.    What did you ask me then?
4    Q.    My question was --
5    A.    The GI tract --
6    Q.    -- the authors observed there was no
7 increased risk of NDMA for any cancers of the GI
8 tract.
9        Is that true or not?
10   A.    You know --
11   Q.    I guess I should say any other
12 cancers of the GI tract.
13   A.    Yes, that's true.  They observed for
14 colorectal.  Colorectal.
15   Q.    They observed no increase --
16   A.    In the first sentence of the
17 discussion --
18   Q.    They did --
19   A.    -- "We found an increased risk of
20 colorectal cancer among individuals with a high
21 intake of NDMA and of colorectal" -- it's part of
22 the GI tract, I think.
23   Q.    Thank you.
24        They observed no increased risk of
25 stomach cancer, correct?

Page 227

1    A.    Correct.
2    Q.    They observed no increased risk of
3 esophageal cancer, correct?
4    A.    Correct.
5    Q.    While as you point out in this Knekt
6 study the authors did find an association between
7 NDMA and colorectal cancer, even those authors
8 observed that this observation might be due to
9 confounding, correct?
10   A.    It's possible.
11   Q.    It's not possible.  It's what they
12 said.
13   A.    Yes, I'm agreeing with you.  It's
14 possible that it could be due to confounding.
15 That's always an issue in epidemiology studies.
16   Q.    When we talk about dietary studies
17 like this and others that you cited and reviewed,
18 they're all based on self-reported dietary
19 behavior, correct?
20   A.    No.  Yes.  Yes, they are.  Yes and
21 no.  Okay?  So I mean in some of these studies --
22 so they, you know, the subjects fill out
23 questionnaires about diet.  That's self-reporting.
24 But the investigators used data -- very extensive
25 data -- on dimethyl and dimethylnitrosamine in

Page 228

1 food in order to make the calculations.  So it's
2 not like somebody self-reports, you know, I don't
3 think I was exposed to much dimethylnitrosamine
4 yesterday or anything like that.  It's the
5 self-reporting for the kinds of foods that they --
6 which is pretty reliable.
7        So they ask the subjects -- you know,
8 they could give them a big table of different
9 types of food and methods of preparation,
10 everything, and the subjects fill out these
11 questionnaires so that the investigators know
12 basically what the person's diet consisted of.
13        Then they use that information and
14 tables which are developed by the government
15 agencies in that country -- for example, in
16 Europe, by the EU -- tables that give the
17 nitrosamine content of many different types of
18 food in great accuracy and they combine this
19 information with the personal dietary information.
20 It's not like they're asking people "Did you
21 consume any nitrosamines today?"  The people
22 answering the questions have no idea.  They're
23 just -- they're just explaining what their
24 customary diet is, which people can do with great
25 accuracy.  This is particularly true in cohort

Page 229

1  studies where you're interviewing healthy people
2  and then following them for years.
3      Q.    Have you finished your answer?
4      A.    Yes.
5      Q.    Have you seen any of the
6  questionnaires that were used in the Knekt study
7  that were talked about right now?
8      A.    No, I didn't see the actual
9  questionnaires.
10     Q.    Have you seen any of the --
11     A.    I did not.
12     Q.    Have you seen any of the
13 questionnaires in any of the studies that you cite
14 in your paper?
15     A.    No, I haven't seen the actual
16 questionnaires, but I'm familiar with -- I'm
17 familiar with epidemiologists, I'm familiar with
18 the general topic of diet and cancer from my
19 previous experience in cancer research and from
20 having served on study sections and having been
21 involved in evaluations of areas -- lifestyle
22 habits and cancer, etc., etc.
23         So I've been in a lot of -- I've been
24 on many different committees that have evaluated
25 this kind of work.  I've worked with

Page 230

1  epidemiologists, so I'm familiar with diet and
2  cancer studies and the approaches that are used,
3  but I didn't see the -- I didn't see the
4  particular diet questionnaire that was used for
5  this study or for any of the other studies for
6  that matter.
7         MR. TRISCHLER:  Object and move to
8      strike as non-responsive.
9      Q.    Did you see any of the tables that
10 were used to estimate NDMA exposures in the Knekt
11 study?
12     A.    I didn't see the tables themselves,
13 but I'm familiar with this kind of table.
14     Q.    I didn't ask if you were familiar --
15     A.    All right.
16     Q.    I said did you --
17     A.    You asked me the question.  Okay?
18     Q.    Right --
19     A.    So I'm telling you I'm familiar with
20 the studies that are done, the kind of tables.
21 All right?
22     Q.    I appreciate that, but I'm entitled
23 to answers to the questions I ask.
24         Did you see the tables that were
25 used --

Page 231

1      A.    No.
2      Q.    Did you see the tables used in any of
3  the studies that you cite to calculate nitrosamine
4  or to estimate nitrosamine exposures?
5      A.    I did not see the actual raw data
6  tables, no.  I depended on the published studies.
7  The published information.
8      Q.    In all of these --
9      A.    But I'm familiar with the kinds of
10 tables that they're using.  I am a consultant for
11 the FSA.  That's the European Food Safety
12 Authority.  I'm familiar with the kinds of data
13 they have and that's the kind of data that was
14 used in these studies.
15     Q.    Are you finished?
16         In any of the studies that you cite,
17 is the actual NDMA content in the foods consumed
18 by the subjects ever measured?
19     A.    Not in the specific foods, but in the
20 categories of foods, yes.  Definitely.
21     Q.    Measured by whom?
22     A.    I can't give you an answer to that
23 question, but going back to what I said before,
24 FSA and others have consulting laboratories that
25 make these measurements using well-established and

Page 232

1  well-developed methods.
2      Q.    You said you worked with FSA and are
3  working with them right now, correct?
4      A.    Yes, that's right.
5      Q.    Have you seen FSA publications
6  estimating NDMA content in various foods?
7      A.    We're working on it.
8      Q.    You're working on it?  Have you
9  seen --
10     A.    I've seen the data.  Yes, I've seen
11 the data.
12     Q.    Have they ever published any of it?
13     A.    Not yet, no.
14     Q.    Okay.
15         So if FSA hasn't published any of its
16 data, none of the authors of any of these papers
17 would have ever used it, correct?
18     A.    No, no, no.  They published data
19 before.  I'm talking about this particular report.
20 There's plenty of published data on nitrosamine
21 levels in food and plenty of unpublished data also
22 by government regulatory authorities.
23     Q.    I'm asking you about FSA because you
24 brought them up.
25     A.    Yeah.  I'm telling you what they're

Page 233

1  doing now.
2      Q.    Try to let me ask the question,
3  please.
4      A.    I'm not sure exactly what they were
5  doing at the time of some of these other studies,
6  but there's plenty of -- there's plenty of data
7  out there, reliable data on nitrosamine content in
8  various foods.
9          MR. TRISCHLER:  Object and move to
10     strike as non-responsive.
11     Q.    Sir, has FSA ever published any data
12  on nitrosamine -- on nitrosamine levels in foods?
13     A.    I believe they have.
14     Q.    Have you ever seen it?
15     A.    Maybe.
16     Q.    Do you have it?
17     A.    I don't have it in my hands.  I'd
18  have to look -- FSA has the so-called FSA Journal
19  where they publish a very detailed compendium and
20  it's very likely that there's something in there
21  on nitrosamines in food, but I can't cite it
22  offhand.
23     Q.    One of the things that --
24     A.    You know, you can look.  Look in the
25  FSA Journal.

Page 234

1      Q.    One of the things that you and I
2  talked about a few minutes ago was that the
3  dietary studies have been inconsistent in terms of
4  knowing an association between dietary intake of
5  nitrosamines and cancer, correct?
6      A.    Yes.
7      Q.    And just by way of one example, you
8  cited to a paper that was published by an author
9  named Loh, L-O-H.
10         Do you recall that paper?
11     A.    Yes.
12         MR. TRISCHLER:  One thing I wanted to
13     ask you about is if you -- we'll mark that as
14     Exhibit 16, I think, and 17 maybe.
15         THE VIDEOGRAPHER:  We're on 17.
16         (Whereupon, Exhibit 17 was marked for
17     identification.)
18         MR. TRISCHLER:  If you go to 1057 of
19     that document, please, the first paragraph of
20     text below the table, can you highlight that
21     for the benefit of the witness?
22     Q.    Are you able to see what is on the
23  screen, sir?
24     A.    Yes.
25     Q.    I see that you referred earlier to

Page 235

1  some notes and you pulled out, I'm guessing, some
2  notes.  It appears you're looking at something.
3  What are you looking at now?
4      A.    I'm looking at the Loh paper.
5      Q.    Before you mentioned that you had
6  some notes when I think I was asking you about the
7  Knekt paper we had out before.
8          Do you have notes that you took from
9  your review of these studies?
10     A.    What do you mean, notes?  I read the
11  papers and, you know, I underlined and circled
12  certain passages.
13     Q.    Did you write any notes based on --
14     A.    No, I didn't write any notes.  No.
15     Q.    So what you have in front of you then
16  is just a binder of studies?
17     A.    Yes.
18     Q.    Are there any studies -- thank you.
19         Are there any studies in the binder
20  that are not cited in your report?
21     A.    No.  All of these come from my
22  report.
23     Q.    And the only markings that you made
24  in your review then are highlighting and circling
25  or underlining those types of things?

Page 236

1          MR. SLATER:  Objection.
2          That wasn't the testimony.
3          You can answer.
4      A.    What's your question?
5      Q.    I'm trying to understand when you
6  made reference before that you wanted to "pull
7  your notes," I'm trying to understand what you
8  meant by notes.
9      A.    Yes.  The binder.  I read the papers
10  in the binder and as I read them, I circled or
11  underlined certain statements that I thought might
12  be relevant.
13     Q.    Did you write any text --
14     A.    No.
15     Q.    -- in those notes?
16     A.    No, I did not.
17     Q.    So if we -- what we're looking at now
18  on Exhibit 17 is a part of the Loh paper.  It
19  looks like you have the actual paper in your
20  notebook, correct, or binder?
21     A.    This is American Journal of Clinical
22  Nutrition.
23         Is that the one you're talking about?
24     Q.    Yes, sir.
25     A.    2011?

Page 237

1    Q.    Yes.
2    A.    Yes.
3    Q.    What we were talking about before,
4  again, is how the studies have been inconsistent
5  and that's one of the things that Dr. Loh observes
6  in this paper, correct?
7    A.    Yes.
8    Q.    Basically, as we look at -- as we're
9  looking at right here, what Loh observed was that
10  there'd been published studies with respect to
11  gastric cancer that go both ways. Some report a
12  positive association with gastric cancer, while
13  others do not, right?
14    A.    Insufficient evidence for esophageal
15  cancer, but a positive association between
16  nitrosamine intake and gastric cancer. So I think
17  you said -- I don't think that's what you said.
18        You said a positive association
19  between nitrite and nitrosamine intake and gastric
20  cancer. That's what Loh is saying. Not what you
21  said. Insufficient evidence for esophageal
22  cancer. I think you said --
23    Q.    I'm looking at --
24    A.    -- both positive and negative --
25    Q.    I'm looking at the sentence that says

Page 238

1  in his review -- "In this review, cohort studies
2  reported no association for nitrite and NDMA
3  intakes with gastric cancer risk."
4        Do you see that?
5    A.    Cohort studies. Right. Cohort
6  studies.
7    Q.    Right. That's what I'm saying.
8        The studies on gastric cancer and
9  NDMA have gone both ways. Some have said there's
10  an association, others have found to the contrary.
11    A.    Correct. Correct. You're right.
12    Q.    Loh is simply reporting that,
13  correct?
14    A.    Yes.
15    Q.    In Loh's own study, it goes on to
16  note that they did not find a statistically
17  significant association between NDMA and colon
18  cancer, right?
19    A.    I think they found association with
20  rectal cancer, but not colon cancer.
21    Q.    Correct.
22        They found no association with
23  gastric cancer?
24    A.    Correct.
25        MR. SLATER: Objection.

Page 239

1        You went a little quick again. Just
2    give me a second to object.
3        I object to the foundation of that
4    question.
5    Q.    And Loh's work did not support and
6  cannot be cited for support for a statistical
7  association between NDMA and esophageal cancer,
8  correct?
9    A.    Correct.
10    Q.    Not only are the dietary study
11  results conflicting, but the authors of those
12  studies have even acknowledged that they're not
13  reliable in attempting to establish causation of
14  cancer, correct?
15    A.    Where is that?
16    Q.    I'm asking. I'm not saying it's in
17  this paper. I'm just asking --
18    A.    I haven't seen that they said it's
19  not reliable. Maybe you know where that is, but I
20  haven't seen it. Where the authors of the study
21  said their study was not reliable? I haven't seen
22  that. If they didn't think it was reliable, they
23  wouldn't try to publish it.
24    Q.    The question that I was asking was a
25  little bit broader than that. I was simply asking

Page 240

1  you if you would agree with me that given the
2  inconsistencies that have been observed in the
3  findings in these dietary studies that one cannot
4  rely on those studies to suggest a causal
5  connection between NDMA intake and cancer.
6    A.    No, I do not agree whatsoever.
7    Q.    Are you familiar with --
8    A.    There's plenty of evidence from these
9  studies. It's not totally consistent in the sense
10  that different tissues are implicated in different
11  studies, but there's -- overall there are a number
12  of -- particularly, the cohort studies,
13  particularly those that have information on
14  exposure that do indicate a connection between
15  dietary nitrosamines and cancer. I don't agree
16  with you.
17    Q.    Okay.
18        Here, we're looking at an analysis of
19  cohort studies by an author of a paper that you
20  cited that says there's no association with NDMA
21  and gastric cancer.
22    A.    Gastric cancer.
23    Q.    And you agree with that?
24    A.    What I said was that there are cohort
25  studies that show an association between NDMA and

Page 241

1 cancer, GI cancer. Not necessarily gastric
2 cancer. GI tract, colon, rectum --
3    Q.    Are you familiar with the --
4    A.    -- and others.
5    Q.    -- song, S-O-N-G, paper?
6    A.    Yes.
7    Q.    It's entitled "Dietary Nitrates,
8 Nitrites and Nitrosamine Intake and the Risk of
9 Gastric Cancer, a Meta Analysis"?
10   A.    Yes.
11   Q.    What's a meta analysis?
12   A.    Meta analysis, they combine data from
13 multiple different studies and combine them into
14 one statistical package that they use to do the
15 analysis. So it enables you to have a much larger
16 number of subjects than you would in a single
17 study.
18   Q.    So Song pulled data from a lot of
19 different studies?
20   A.    Yes.
21   Q.    Isn't it true --
22   A.    Eleven studies.
23   Q.    Okay.
24        Isn't it true that they -- that the
25 authors of the Song paper concluded that they

Page 242

1 could not confirm the reliability of any
2 conclusions with respect to an association between
3 NDMA and cancer?
4    A.    I have to look at it. I have to look
5 at it.
6    Q.    It's up on the screen. We could go
7 to page 9893, if you'd like.
8        MR. SLATER: Hang on, Counsel.
9        Of course if Dr. Hecht wants to look
10 through the study before you continue, he's
11 allowed to, right?
12       MR. TRISCHLER: Of course. I was
13 just --
14       MR. SLATER: I think that's what he
15 was doing.
16       MR. TRISCHLER: He could look if he
17 wants. He could read the whole thing if he'd
18 like.
19       MR. SLATER: Okay.
20       THE VIDEOGRAPHER: Counsel, sorry to
21 cut in. You didn't announce you were going
22 to mark this. Would you like this marked as
23 the next one?
24       MR. TRISCHLER: Sure.
25       (Whereupon, Exhibit 18 was marked for

Page 243

1 identification.)
2        THE VIDEOGRAPHER: This is Exhibit
3 1 8.
4        Do you want me to jump to 9893?
5        MR. TRISCHLER: He seems to be
6 reading it. If he wants you to, you can.
7 We'll let him read it --
8    A.    It's right in the abstract. The
9 summary relative risk of stomach cancer was 1.34
10 for NDMA. It's in the abstract.
11   Q.    So you read the abstract?
12   A.    I read the whole paper.
13   Q.    I'm sorry?
14   A.    Huh?
15   Q.    I said you read the abstract,
16 correct?
17   A.    I read the whole paper.
18   Q.    All right.
19        Did you read the conclusion that
20 appears on page 9893?
21   A.    Dietary nitrates intake was
22 associated with a reduced risk of gastric cancer
23 and high consumption of nitrites and NDMA could
24 increase the risk. They go on to say that they
25 could not absolutely confirm the reliability of

Page 244

1 the findings, which of course is applicable to
2 many epidemiologists, particularly diet and
3 cancer.
4    Q.    Can we agree even though those
5 instances where a study notes or observes an
6 association that that association does not
7 establish causation?
8        MR. SLATER: Objection.
9        You can answer.
10   A.    That depends on the study. I think
11 if we look at things like smoking and cancer and
12 UV and cancer where, you know, the relative risks
13 are extremely high, then you say yes, causation.
14 And, you know, you have to take into account all
15 of the data. So if we have a situation where
16 there's exposure to a carcinogen, which has
17 well-known carcinogenic effects on very low doses,
18 such as NDMA, and can be considered, it should be
19 regarded for practical purposes as if it were a
20 carcinogen to humans, then yes, that equals
21 causation.
22   Q.    Let me be more specific.
23        Have you seen any paper published in
24 the literature that suggests that the -- that
25 there's a causal connection between exogenous NDMA

Page 245

1 intake and the -- and the cause of cancer in
2 humans?
3    A.    Yes. We just discussed -- what we've
4 been talking about the last hour.
5    Q.    Show me where it says that these
6 exogenous NDMA intake in diet cause cancer. Where
7 does it say that, sir?
8    A.    Causes cancer?
9    Q.    Yes, that was the question.
10   A.    No. The language is much more
11 cautious, of course. It has to be.
12   Q.    I'm asking you has there ever been a
13 paper published where it's been concluded that
14 NDMA -- exogenous NDMA intake in food caused
15 cancer?
16   A.    I would say collectively the papers
17 that we reviewed indicate that NDMA in food does
18 cause cancer. Otherwise, they wouldn't have seen
19 these elevated relative risks in all of these
20 different studies, some of which were very large.
21   Q.    Show me a -- find me a statement in
22 any of the papers in your notebook where that
23 conclusion was made by an author of a published
24 study?
25   A.    There isn't. That cause cancer?

Page 246

1    Q.    Right. It's not --
2    A.    It did not say that.
3    Q.    It's never been written in the
4 scientific literature that dietary intake of NDMA
5 has caused cancer; true?
6    A.    In humans.
7    Q.    In humans. Correct.
8    A.    Caused cancer, correct.
9    Q.    Never been --
10   A.    You can't --
11   Q.    Never been written --
12   A.    There's still not enough data to say
13 absolutely cause cancer.
14   Q.    You've got to let me ask a question,
15 sir.
16         It's never been written anywhere in
17 the scientific literature that dietary exposure to
18 NDEA has caused cancer in humans, has it?
19   A.    Now you're on NDEA?
20   Q.    Yes.
21   A.    Okay. I thought you were talking
22 about NDMA.
23         I do not believe that there is such a
24 study, yes, where it says NDEA caused cancer in
25 humans. I don't think there is such a study in

Page 247

1 the literature.
2    Q.    Did you suggest to me and to this
3 jury a little bit ago that the mere association
4 between NDMA and cancer is enough to establish
5 causation? Is that what you want us to believe?
6    A.    I'm saying that there are a number of
7 strong studies where we have good solid dose
8 information and we have good solid information on
9 cancers that occurred and the study design is
10 strong, such that collectively they present a
11 conclusion that NDMA can cause cancer. Whether it
12 does cause cancer, I would say it still needs
13 research.
14   Q.    By the --
15   A.    I go back to this again.
16   Q.    By the same token --
17         MR. SLATER: For the record, that was
18   referring to the 1978 IARC publication?
19         THE WITNESS: Yes.
20   Q.    By the same token, those same studies
21 in the literature include many studies where there
22 have been no association observed between NDMA and
23 cancer, correct?
24   A.    I don't know about many. There are
25 some.

Page 248

1    Q.    We've looked at a few, right?
2    A.    No. We looked at a number of
3 different studies. You know, there are both
4 positive and negative results depending on the
5 tissue or organs being looked at and depending on
6 the study. It's a mixed bag.
7    Q.    So since the dietary literature is a
8 mixed bag, as you called it, what methodology did
9 you employ to make the leap from an association
10 between NDMA and cancer in some studies and
11 causation?
12         MR. SLATER: Objection.
13         Foundation.
14         You can answer.
15   A.    I take into consideration the high
16 carcinogenicity of NDMA in animal models able to
17 induce tumors and I think something like 28
18 different animal species, even at very low doses
19 as shown in rats. I combine that with the study
20 design of the prospective studies and the very
21 reliable dietary information on NDMA in food and I
22 conclude that this is collectively a very strong
23 link.
24   Q.    Are you familiar with the Bradford
25 Hill criteria?

Page 249

1    A.    Yes.
2    Q.    Do you recognize that the Bradford
3 Hill criteria is a recognized methodology that's
4 used to evaluate whether an observed association
5 rises to the level of causation?
6    A.    Yes.
7    Q.    Are you familiar with the actual
8 Bradford Hill criteria?
9    A.    Yes.
10    Q.    Can you cite any of them for me?
11    A.    I don't have them memorized, but we
12 could pull it up if necessary.
13    Q.    It's not a memory test. I was just
14 asking if you know any --
15    A.    Thank you.
16    Q.    -- offhand.
17    A.    Consistency is one of them.
18    Q.    There's nine of them total, right?
19    A.    I thought you said it wasn't a memory
20 test.
21    Q.    It's not. I'm just asking if you
22 know the number of them.
23    A.    So why don't you just pull it up then
24 if you want to talk about it?
25    Q.    Did you employ the Bradford Hill

Page 250

1 criteria in this case or utilize the Bradford Hill
2 criteria to determine whether the strength of
3 association in some of these studies merited
4 making the leap to causation?
5    A.    No, I did not.
6    Q.    Did you use any methodology that's
7 described in the scientific literature to assist
8 you in making your causation determination or was
9 it simply your own methodology?
10    A.    I'm familiar with the methodology for
11 the analysis of nitrosamine in foods and I know
12 that there are very good, very thorough databases
13 on nitrosamines in food.
14         I'm familiar with the methodology
15 used in epidemiology prospective so-called cohort
16 studies. I'm familiar with those things and I'm
17 also familiar with the animal data on nitrosamines
18 and the dose response data for dimethyl and
19 several other nitrosamines from animal studies.
20 So I'm very familiar with all of this literature.
21         It doesn't -- it's not something that
22 I just started reading about, you know, to prepare
23 for this deposition. This is something I have
24 been involved with for more than 45 years, so I'm
25 quite familiar with the field. I watched the

Page 251

1 field evolve. I'm familiar with the evolution of
2 all of the animal data and the evolution of all of
3 the analytical chemistry data which in the early
4 days was plagued by artifacts and other problems,
5 but now is known to be extremely reliable.
6         So when I put all of this data
7 together and looking at it in comparison, looking
8 at it in context of the firm highly reliable data
9 that we have, put that together with the use of an
10 epidemiologic study design, with the cohort study,
11 I'm quite confident in the results of these
12 studies and after having reviewed them all, my
13 conclusion is that yes, there is definitely
14 causation. That's my conclusion.
15    Q.    And your conclusion was based on the
16 fact that you're familiar with the literature and
17 you're familiar with nitrosamines, right?
18    A.    More than familiar. I would say that
19 I have lived nitrosamines for more than half my
20 life.
21    Q.    So you drew conclusions from the
22 literature based on your -- given that you're
23 familiar with it and experienced in the subject?
24    A.    Yes.
25    Q.    But you did not follow any recognized

Page 252

1 methodology for making the leap from association
2 to causation?
3    A.    It was not a formal --
4         MR. SLATER: Objection.
5         One second, Doctor. Doctor, one
6 second.
7         Objection. That's a gross
8 mischaracterization and it's argumentative at
9 this point.
10         Do you want him to walk through his
11 methodology again for you, Counsel --
12         MR. TRISCHLER: Sara, did you get the
13 answer?
14         MR. SLATER: Let me finish, please.
15         -- or do you want to keep saying
16 things regardless of what you heard?
17         MR. TRISCHLER: Sara, did you get the
18 answer?
19         (Whereupon, the record was read back
20 by the reporter.)
21    Q.    Did you want to finish that answer,
22 Doctor?
23    A.    It was not a formal evaluation.
24    Q.    In your view of this case and based
25 on your knowledge of all the relevant literature

Page 253

1  which you've told us that you have, did you find a
2  single epidemiological study that concluded that
3  exogenous intake of NDMA was the cause of bladder
4  cancer in humans?
5          MR. SLATER:  Objection.
6      A.    Bladder cancer?  I don't think I saw
7  bladder cancer.
8      Q.    In your review --
9      A.    I don't think that's been reported.
10     Q.    In your review of all the literature,
11 did you find a single peer review study that
12 concluded that exogenous intake of NDMA was the
13 cause of blood cancer in humans?
14     A.    No.
15     Q.    In your review of all the literature,
16 did you find a single peer-reviewed study that
17 concluded that exogenous intake of NDMA was the
18 cause of breast cancer in humans?
19     A.    No.
20     Q.    In your review of all the literature,
21 did you find a single peer-reviewed study that
22 concluded that exogenous intake of NDMA was the
23 cause of colorectal cancer in humans?
24     A.    Yes.
25     Q.    My question was cause, not

Page 254

1  association.
2          Did you find any papers that
3  suggested that exogenous intake of NDMA was the
4  cause of colorectal cancer in humans?
5      A.    We just reviewed -- we just did this.
6  I mean, I don't know.  I don't know what you're
7  getting at here.
8      Q.    I'm distinguishing between --
9      A.    We just did this and we just
10 discussed all of this, so I don't know what you're
11 trying to get at.
12     Q.    Well, let me try and help you out, if
13 I can.  I'm distinguishing between a study that
14 notes an association and a published study that
15 makes a determination or statement regarding
16 cause.
17         So my question is are you aware of
18 any peer-reviewed study that concluded that
19 exogenous intake of NDMA was the cause of
20 colorectal cancer in humans?
21     A.    No.
22     Q.    Are you aware of any published study
23 that concluded that exogenous intake of NDMA was
24 the cause of esophageal cancer in humans?
25     A.    No.

Page 255

1      Q.    Are you aware of any peer-reviewed
2  published study that concluded that exogenous
3  intake of NDMA was the cause of gastric cancer in
4  humans?
5      A.    Cause?  No.
6      Q.    Are you aware of any peer-reviewed
7  study that concluded that exogenous intake of NDMA
8  was the cause of kidney cancer in humans?
9      A.    No.
10     Q.    Are you aware of any peer-reviewed
11 study that concluded that exogenous intake of NDMA
12 was the cause of liver cancer in humans?
13     A.    No.
14     Q.    Are you aware of any peer-reviewed
15 studies that concluded that exogenous intake of
16 NDMA was the cause of lung cancer in humans?
17     A.    No.  Not cause, no.
18     Q.    Are you aware of any peer-reviewed
19 study that concluded that exogenous intake of NDMA
20 was the cause of pancreatic cancer in humans?
21     A.    No.
22     Q.    Are you aware of any peer-reviewed
23 study that concluded that the exogenous intake of
24 NDMA was the cause of pharyngeal cancer in humans?
25     A.    No.

Page 256

1      Q.    Are you aware of any peer-reviewed
2  study that concluded that exogenous intake was the
3  cause of -- exogenous intake of NDMA was the cause
4  of prostate cancer in humans?
5      A.    No.
6      Q.    Are you aware of any peer-reviewed
7  study that concluded that the exogenous intake of
8  NDMA was the cause of uterine cancer in humans?
9      A.    No.
10     Q.    I'm going to ask you a questions now
11 about NDEA as opposed to NDMA.
12     A.    It's all the same answers.  You don't
13 have to go through it.
14     Q.    If we listed all 13 of the cancers
15 that are at issue, are you aware of any
16 peer-reviewed study that concluded that exogenous
17 intake of NDEA was the cause of any of those
18 cancers?
19     A.    No.
20     Q.    Do you agree or disagree with this
21 statement, Doctor:  DNA adduct formation alone is
22 inadequate to confirm mutation or cancer?
23     A.    Agree.
24         MR. SLATER:  Objection.
25         You went a little quick again.

Page 257

1    Are we going back over this again? I
2  thought we --
3    MR. TRISCHLER: You cut out, Adam. I
4  couldn't hear you.
5    MR. SLATER: Can you hear me now?
6    MR. TRISCHLER: Yes.
7    MR. SLATER: I said objection.
8  I thought we covered this hours ago.
9  Q.    Are you familiar with MGMT?
10  A.    Yes.
11  Q.    Is MGMT a DNA repair enzyme?
12  A.    Yes.
13  Q.    Is it one of those things in our body
14  that allows us to fight off mutagens?
15  A.    No, it doesn't act on mutagens. It
16  acts on DNA adducts, specifically
17  O6-methylguanine. So O6-methylguanine DNA methyl
18  transfers. Therefore the name MGMT.
19  Q.    Do you agree or disagree with this
20  statement: Risks from nitrosamines in drugs is
21  likely to be very low because depletion of MGMT is
22  not expected?
23  A.    I don't necessarily agree with that,
24  no.
25  Q.    What would be your --

Page 258

1  A.    I don't agree with that.
2  Q.    What would be your basis for
3  disagreeing?
4  A.    Well, MGMT activity might be low for
5  a number of reasons. It may have been MGMT
6  activity may have been used up by other exposures,
7  so, you know, if there is O6-alkylguanine form
8  from various different exposures, some of which we
9  may not be aware of, MGMT can be used up tending
10  to those exposures.
11  Q.    Do you --
12  A.    So I don't think we know -- we don't
13  really know, you know, how much MGMT activity a
14  person has in reserve to address nitrosamine
15  exposure. We don't have that information.
16  Q.    So long as there's no MGMT depletion,
17  one would not expect that a low-level nitrosamine
18  exposure would lead to the development of
19  mutagens, correct?
20    MR. SLATER: Objection.
21    You can answer.
22  A.    No, I don't think that's correct. I
23  mean, nitrosamines do a lot of things to DNA.
24  It's not just O6-methylguanine.
25  Dimethylnitrosamine forms multiple different

Page 259

1  adducts in DNA. O6-methylguanine has been studied
2  most extensively because we know that it has
3  miscoding properties. We know that it can lead to
4  mutations. We know about MGMT, we know that it's
5  -- well, it's not the major DNA damage caused by
6  nitrosamines by any means. It's actually one of
7  the minor ones. So there's a lot of other damaged
8  DNA that can lead to mutations and cancer. It
9  wouldn't be addressed by MGMT.
10  Q.    Have you ever studied MGMT depletion
11  in humans?
12  A.    No, I honestly have not studied it.
13  My group has not studied it. There's a fair
14  amount of literature on it. There's a large
15  amount of literature on it, particularly in the
16  chemotherapy literature because MGMT can act on
17  chemotherapeutic drugs, decreasing their efficacy,
18  so people looked for inhibitors of MGMT to be used
19  as co-factors in chemotherapy.
20  Q.    I want to go back and do a little
21  housekeeping, just to make sure that I have an
22  understanding of everything that you reviewed and
23  relied upon to put together your report and come
24  to your conclusions.
25    Okay?

Page 260

1  A.    Okay.
2  Q.    You -- we talked about how you were
3  retained by --
4    MR. SLATER: Counsel, excuse me, I
5    don't mean to interrupt, but are you now
6    going to rehash the testimony from six hours
7    ago? I don't understand what we're doing.
8    MR. TRISCHLER: You probably couldn't
9    understand what I'm doing since I haven't
10    asked a question yet.
11    MR. SLATER: Well, no, but you
12    started to ask about, you know, you're back
13    to the beginning. I don't think it's a
14    reasonable predicate to say "Well, I just
15    want to make sure I understand ..." and then
16    go over testimony you took in great detail in
17    the questioning. I ask you not to duplicate
18    that questioning, please.
19    MR. TRISCHLER: Well, since I haven't
20    asked a question yet, I don't know how it
21    could be duplicative, but if you think it is,
22    I'm sure you could object to it on that
23    basis.
24    MR. SLATER: Well, it's your
25    obligation not to do so, so don't put it on

Page 261

1    me, please.
2    Q.    You told us that you reviewed
3    documents that were provided to you by counsel.
4        Do you recall that?
5    A.    Yes.
6        MR. TRISCHLER: I'm going to mark as
7    an exhibit the next number that we're up to,
8    a document that I think was attached to your
9    report. It's called "Documents Reviewed" and
10   it's Exhibit 2 to your report. I'm going to
11   mark it as a separate exhibit here.
12       Can you put that up, Bill, please?
13       THE VIDEOGRAPHER: Just looking for a
14   document that matches that description.
15       Just give me one moment.
16       THE WITNESS: It's B. It's addendum
17   B.
18       THE VIDEOGRAPHER: I'm seeing a
19   document that was uploaded. The name of the
20   document is reviewed -- got it. Sorry about
21   that. That will be Exhibit 19.
22       (Whereupon, Exhibit 19 was marked for
23   identification.)
24   Q.    This is a document that you prepared
25   and provided in connection with your report,

Page 262

1    correct, sir?
2    A.    Yes.
3    Q.    All I'm trying to confirm is is this
4    a list of documents that were provided to you by
5    counsel in connection with your review and your
6    work in this case?
7    A.    Yes.
8    Q.    I think that -- and to be fair, when
9    we get to the last -- the second-to-last page,
10   there's a section marked "Regulatory Documents"
11   and you had indicated before that, you know, in
12   addition to looking at company documents and the
13   public literature, you also looked at public
14   materials about the valsartan medications,
15   correct?
16   A.    Yes.
17   Q.    Would this be a list of those public
18   documents that you reviewed?
19   A.    Yes.
20   Q.    Is there -- other than what's on this
21   six-page list -- and please feel free to go
22   through it if you need -- but are there any other
23   documents that you reviewed or received in
24   connection with your work in this case prior to
25   the time you sat down and wrote the report that we

Page 263

1    marked as Exhibit 1?
2    A.    No. The list is complete.
3    Q.    I was told that you also -- it was
4    delivered to me yesterday, six binders of
5    materials that was delivered to me electronically
6    and there was a table of contents with those
7    binders.
8        Have you ever seen those tables of
9    contents?
10   A.    I think I know what you're referring
11   to. I mean, in the binders, the binders have a
12   table of contents.
13       MR. TRISCHLER: I don't know if we
14   have these in the chat or available, but I
15   was going to mark the table of contents in
16   the binder as the next number of exhibit,
17   just so we have a record of what his file
18   materials consist of. Okay?
19       MR. SLATER: Yeah, I mean all those
20   materials you have already and have had.
21   Those were just provided to him for his
22   convenience, in case he wanted to look at
23   them. You can mark them --
24       MR. TRISCHLER: Right. I understand
25   that. I understand, but it's a nice handy

Page 264

1    reference of what the contents of his file
2    were, so I was going to mark them as a
3    numbered exhibit, if that's okay.
4        MR. SLATER: Well, yeah, I'm not
5    going to tell you that's all the materials in
6    his file, though, because I don't know that
7    it is. I don't think it is. I don't think
8    we printed everything. So I don't think
9    that's going to -- his file is -- I mean, you
10   have everything. I just can't tell you those
11   table of contents is everything because I
12   don't think we sent him everything.
13       MR. TRISCHLER: Fair enough.
14       (Whereupon, Exhibit 20 was marked for
15   identification.)
16   BY MR. TRISCHLER:
17   Q.    Dr. Hecht, I'm just trying to -- what
18   I'm obviously interested in is knowing everything
19   you may have read, reviewed and relied upon.
20       Do you have the tables of contents
21   for the binders in front of you?
22   A.    Yes.
23   Q.    Can you take a look at those and tell
24   me whether those tables of contents contain the
25   documents and literature that you relied upon?

Page 265

1    MR. SLATER:  I'm sorry, Clem.  You're
2  asking him to do it?  He's going to have to
3  sit there and walk through it, compare it to
4  the "Materials Reviewed" list and his whole
5  report?  Is that what you're asking him to
6  do?
7    MR. TRISCHLER:  I don't really want
8  him to do that, Adam --
9    MR. SLATER:  But, I mean, you have it
10  attached to the report, you have the
11  references in the report, so you can mark the
12  tables of contents, you can do whatever you
13  want, I'm just not really sure what we're
14  getting at.  You have the tables of contents.
15  Is there something on those tables of
16  contents that you think wasn't in the report?
17  You can tell us and ask him the question, but
18  I don't think so.
19    MR. TRISCHLER:  I guess that's the
20  question.  Let me ask that question.
21  Q.    Do you know if there's anything
22  listed on the tables of contents in these binders
23  that were not cited in your report?
24    MR. SLATER:  You want him -- you want
25  him to go through and compare everything?  I

Page 266

1  mean, I'm told by Chris that he thinks that
2  the tables of contents are pretty
3  comprehensive, if not everything.  But I just
4  can't swear to it right now.  Short of him
5  comparing everything, how else is he going to
6  be sure?
7    MR. TRISCHLER:  I didn't get the
8  binders until yesterday.  I didn't get a
9  chance to look at them.  I'm just trying --
10    MR. SLATER:  Clem, we gave those
11  binders as a courtesy because they're not new
12  materials.  They're all things you already
13  had.
14    MR. TRISCHLER:  And I'm not
15  complaining, Adam.  I'm trying to figure out
16  whether there's anything on here that I
17  haven't seen or hasn't been identified
18  before.  I don't think that's an improper
19  question.
20    MR. SLATER:  No, but I'm saying
21  wouldn't it be easier to have someone in your
22  office go down the list and compare to the
23  report and see if there's anything new?
24    MR. TRISCHLER:  Well, perhaps, but I
25  wasn't smart enough to do that.

Page 267

1    MR. SLATER:  That's not -- I'm not
2  being nasty, so I don't need that comment.
3    MR. TRISCHLER:  I didn't suggest you
4  were being nasty.
5    MR. SLATER:  Look, you use the time
6  any way you want.
7    Do you know yet if anyone else plans
8  to follow up after you because we are
9  probably at seven hours now?
10    MR. TRISCHLER:  I don't how long
11  we're into it and I don't know the answer to
12  that question, but let's just see if we could
13  get this done and then we'll move on to
14  something else.
15    THE VIDEOGRAPHER:  Counsel, sorry to
16  cut it.  Just to let you know, I don't have
17  a document, the table of contents --
18    MR. TRISCHLER:  I know you don't.  I
19  already said that you don't have it.
20    THE VIDEOGRAPHER:  I'm saying if you
21  want to send it to me later on, I can mark
22  that as the next exhibit.
23    MR. TRISCHLER:  Right.
24    THE VIDEOGRAPHER:  And we have about
25  seven minutes on this media, just so you

Page 268

1  know.
2    Thank you.
3  BY MR. TRISCHLER:
4  Q.    Do you know offhand, Doctor -- and I
5  don't know how much time you spent with the
6  binder -- do you know offhand whether there's
7  anything in the binders that is not identified in
8  the documents reviewed that we marked as the last
9  exhibit and the references that are mentioned in
10  the report?
11  A.    No.  I mean, offhand, you know, the
12  binders contain what's in the report.
13  Q.    Is there any work that you've done
14  since preparing your report in this case?
15  A.    What do you mean by work?
16  Q.    Well, I mean --
17  A.    I had to review all of the material.
18  I mean, that's work.
19  Q.    Sure.  Fair enough.
20    Other than reviewing the material, is
21  there any new work that you did, any new studies
22  that you looked at, any additional research that
23  you've done since you wrote this report in July?
24  A.    No.  Not relevant to this case.
25  Q.    As part of your work in this case,

Page 269

1 have you reviewed the reports of other experts
2 that were retained by the plaintiffs in this
3 litigation?
4    A.    No, not the reports.  I did see some
5 transcripts of, you know, parts of testimony, but
6 not -- I didn't review the report, I haven't
7 reviewed any of the reports.
8    Q.    I'll represent to you that the
9 depositions of the experts for the plaintiff are
10 only taking place recently, so that's including
11 your deposition obviously.
12        I'm looking at the list of deposition
13 testimony that you reviewed that's part of our
14 last numbered exhibit and --
15    A.    No, I didn't review those.  I don't
16 know why that's there.  I haven't seen them.  I
17 haven't seen those.
18        MR. SLATER:  Dr. Hecht, can you wait
19    until he asks you a question, please?  He
20    hasn't asked you yet.  He's moved off the
21    expert reports.  He's onto something new now.
22    Q.    You've not reviewed any expert
23 reports from any other expert in the case; true?
24    A.    No.  True.
25    Q.    You've not seen any of the deposition

Page 270

1 transcripts from any of the experts in the case?
2    A.    Correct.
3    Q.    You've not spoken to any of the other
4 experts retained by plaintiff?
5    A.    Correct.
6    Q.    And I take it that you're not relying
7 upon any other expert retained by plaintiff to
8 support any of your opinions in this case?
9    A.    Correct.
10    Q.    I asked you before about medical
11 records and you told me you haven't reviewed any
12 patient medical records.
13        Have you reviewed any pathology
14 slides or tissue samples for any plaintiff?
15    A.    No.
16    Q.    Have you reviewed any of the reports
17 of any of the defense experts in this case?
18    A.    No.
19    Q.    Do you know who any of the defense
20 experts are?
21    A.    No, I do not.
22    Q.    When's the last time you gave a
23 deposition or sworn testimony under oath?
24    A.    Repeat the question, please.  I
25 didn't hear the whole thing.

Page 271

1    Q.    Sure.
2        When's the last time you gave a
3 deposition or other sworn testimony under oath?
4    A.    I don't remember the exact date, but
5 I believe it was about ten years ago in a case
6 involving smokeless tobacco and cancer.  I'm not
7 sure of the exact date.
8    Q.    Were you working as an expert witness
9 in this case ten years ago?
10    A.    Yes.
11    Q.    In connection with your expert work
12 where you've been asked to give depositions or
13 give deposition testimony, has all of it been in
14 cases involving tobacco?
15    A.    Yes.
16    Q.    I guess another way of asking the
17 same question, just to make sure I understand and
18 get the complete answer, have you ever been
19 involved in a litigation matter as an expert
20 witness that did not involve tobacco?
21    A.    No.
22    Q.    Have you ever testified at trial as
23 an expert witness?
24    A.    No.  No.
25        MR. TRISCHLER:  This would be a good

Page 272

1    time for me to go into another area and I'm
2    getting near completion.
3        Can we take a five-minute break,
4    Adam, and if you want, I can roundtable with
5    my colleagues and see who we have as
6    questioning and how much?
7        MR. SLATER:  Okay.  Obviously with
8    the caution that there shouldn't be any
9    duplicative questioning obviously.
10        That's not for your benefit --
11        MR. TRISCHLER:  I don't think any
12    that's the intent of anybody, but I
13    understand your position.
14        Why don't we take ten minutes?  It'll
15    give me a chance to look at the rest of what
16    I want to do and then I can get some -- at
17    least some electronic feedback from our side
18    as to what else people think.
19        Okay?
20        MR. SLATER:  Sounds good.
21        THE VIDEOGRAPHER:  The time is 4:27.
22    This concludes media four.
23        (Recess taken)
24        THE VIDEOGRAPHER:  The time is now
25    4:38.

Page 273

1    This begins media five.
2    You may proceed.
3    Q.    Dr. Hecht, are you familiar with the
4  Pottegård study?
5    A.    Pottegård?
6    MR. SLATER:  Which study did you say,
7  Clem?  I missed that.
8    MR. TRISCHLER:  Pottegård.
9    A.    I am.
10   Q.    I'll give you a second to grab
11 whatever you're looking for.  Are you pulling up a
12 copy of the study?
13   A.    Yeah, I am.
14   Okay.  That's the Danish --
15   (Whereupon, Exhibit 21 was marked for
16 identification.)
17   Q.    Right.  Yes, sir.  We'll mark the
18 Pottegård study as the next numbered exhibit.  You
19 don't have to show it.  The witness has it in
20 front of him.
21   In this Pottegård paper, the authors
22 followed about 5,150 Danish patients who used
23 valsartan, correct?
24   A.    Yes.
25   Q.    And I think what the paper tells us

Page 274

1  is that the scientists who did this study followed
2  these individuals over a median of 4.6 years and
3  examined cancer rates in valsartan users as
4  compared to a cohort of non-valsartan users,
5  right?
6    A.    Yes.
7    Q.    Based on your review of this study,
8  was it a good, well-designed study?
9    A.    Well, you know, the follow up -- the
10 sample size was pretty small and the follow up is
11 also pretty small.  So I mean as an initial pass
12 at the problem, and, you know, the effects of the
13 NDMA in tablets, I guess it was okay.  But, I
14 mean, it's a relatively small study and the follow
15 up is not very long, so it's not too surprising
16 that it didn't find anything.  So, you know, a
17 negative study doesn't really prove anything.
18   Q.    So as with all studies, there were
19 some limitations to it?
20   A.    I wouldn't say all studies.  That's a
21 very broad statement.
22   Q.    I thought you said that all studies
23 have limitations?
24   A.    Maybe I said that, but not all
25 studies.  Well, all studies have some limitations.

Page 275

1  I guess that's true.  It's a very broad statement.
2    We do experimental studies here that
3  I don't really think have any limitations.  When
4  you're talking about studies of populations, then
5  the limitations become more -- there can be more
6  limitations.
7    Q.    In any event, what Pottegård reported
8  was that there was no evidence of a markedly
9  increased short term overall risk of cancer from
10 the valsartan containing NDMA, correct?
11   A.    Yes.
12   Q.    You cite Pottegård in your report
13 that you prepared for this case, right?
14   A.    Yes.
15   Q.    And when you prepared this report
16 back in July, did you understand that it was going
17 to be filed with the Federal MDL Court?
18   A.    Federal MDL Court is what?
19   Q.    That's the court --
20   A.    I don't think so.  I'm not sure I
21 know what you're talking about.
22   Q.    I'm trying to tell you, explain it to
23 you.
24   It's the court where this litigation
25 is based.  Did you understand that this report was

Page 276

1  going to be filed with the court?
2    A.    Yes.
3    Q.    And did you put together the report
4  as a summary of the scientific basis for the
5  opinions that you were offering?
6    A.    Yes.
7    Q.    Do you agree that a report of this
8  nature should not misstate or misrepresent the
9  state of clients as reflected in the literature?
10   A.    Yes.
11   Q.    I assume you'd agree with me that
12 scientists are not supposed to take liberties in
13 preparing reports of this nature, correct?
14   A.    I don't know what you mean by "take
15 liberties."
16   Q.    Well, stretching the truth or
17 distorting findings is not what a scientist is
18 supposed to do.
19   Can we agree on that?
20   A.    We never stretch the truth or distort
21 findings.
22   Q.    And so when you cite to Pottegård in
23 your report -- strike that.
24   When you put this report together,
25 you already told me that one of the questions that

Page 277

1 was at the heart of this was whether or not NDMA
2 can cause cancer in humans, correct?
3    A.    Yes.
4    Q.    So when you cite to -- here, we have
5 a study like Pottegård that aims to answer that
6 very question, right?
7    A.    Yes.
8    Q.    When you cite to Pottegård in your
9 report, you make no mention at all of the authors'
10 conclusion that NDMA in valsartan was not found to
11 increase the short term overall risk of cancer?
12    A.    No.
13    Q.    Right?  Never mention that?
14        MR. SLATER:  Objection.
15        You can answer.
16    A.    That's what you say.
17    Q.    Well, it's what I say, but it's
18 truthful, right?  You never mention it in your
19 report --
20    A.    Okay.
21    Q.    -- what Pottegård included?
22    A.    All right.  That's an oversight.  I
23 should have mentioned it.
24    Q.    Because that's an important
25 observation obviously, right?

Page 278

1        MR. SLATER:  Objection.
2    A.    It's a preliminary observation.  I
3 don't know if it's really an important
4 observation.
5    Q.    It's something an objective scientist
6 would want to disclose, don't you think?
7        MR. SLATER:  Objection.
8        Wait.  Time out, Dr. Hecht.
9        Objection.
10        Argumentative.
11        Do you have a question, rather than
12    just making statements at the witness?
13        MR. TRISCHLER:  I just asked it and
14    he just answered it.
15        MR. SLATER:  Yeah, but you didn't
16    ask.  You're just throwing statements at him
17    instead of asking the question.
18        Do you have a question about
19    Pottegård?  Do you have a question about
20    something?
21        MR. TRISCHLER:  I have another one
22    that I'll ask as soon as you're done.
23 BY MR. TRISCHLER:
24    Q.    Why did you omit Pottegård's
25 conclusion that there was no short term overall

Page 279

1 risk of cancer associated with the use of
2 valsartan with NDMA from your report?
3        MR. SLATER:  Objection to the
4    terminology and foundation.
5        You can answer.
6    A.    I guess I have to find the page where
7 the --
8    Q.    Sure.  I can help you --
9    A.    -- Pottegård is discussed, so I see
10 exactly what I said here.  What page is it?
11    Q.    Page 16 is where I see it, both in
12 the first full paragraph and the last.
13    A.    Yeah, I summarize the EMA comments.
14 EMA statement cites and discusses a study
15 performed in Denmark.  That's the Pottegård study.
16 I'm a little confused here.  Yeah.
17 So what's your question?  What is your question?
18    Q.    Why did you make no mention of
19 Pottegård's conclusion that NDMA in valsartan did
20 not lead to an increased short term overall risk
21 of cancer?
22    A.    Well, I guess I took the NDMA
23 valuation of the 4.6 year follow-up interval was
24 likely too short, so I didn't discuss it further
25 than that.  I might have -- might have discussed

Page 280

1 it more.
2    Q.    Well, what you did cite to with
3 respect to Pottegård was you make a suggestion at
4 page 16 that the study found an increased risk for
5 colorectal cancer and uterine cancer.
6        Do you see that at page 16?
7    A.    Yes, I see that.
8        MR. SLATER:  That's the only
9    question, Doctor.  Did you --
10    A.    I'm a little puzzled by that.
11    Q.    Is that an accurate statement?  Is
12 that what Pottegård actually found?
13    A.    In the analysis of single cancer
14 outcomes, increased risks were seen for colorectal
15 cancer and for uterine cancer, although neither
16 these, nor other single cancer outcomes reached
17 statistical significance.
18        So yeah, that was the outcome.  It
19 wasn't -- so it's -- it's not exactly right,
20 what's written here.  It's a little unclear.  It's
21 not that clear.
22    Q.    "Not exactly right" --
23    A.    I should have -- I should have -- I
24 should have been more clear in the way I wrote
25 this.

Page 281

1    Q.    "Not exactly right" is a kind way of
2  saying what you wrote is incorrect?
3          MR. SLATER:  Objection.
4    Q.    If you look at the results on the
5  first page of the study, what Pottegård wrote was
6  that the confidence intervals for the single
7  outcome cancers were so wide as to include the
8  null, so no conclusions could be drawn, right?
9    A.    Yes.
10   Q.    Looking at it now, what we can say is
11 that Pottegård never found a statistically
12 significant increased risk of colorectal cancer,
13 did he?
14   A.    No.
15   Q.    He never found a statistically
16 significant increased risk of uterine cancer, did
17 he?
18   A.    That's correct.
19   Q.    Those are obviously important
20 observations that were never mentioned in your
21 report either, correct?
22         MR. SLATER:  Objection.
23         You can answer.
24   A.    It's an oversight that should have
25 been mentioned.

Page 282

1    Q.    You also cite to the Gomm study in
2  your report on page 16, right?
3    A.    Yes.
4    Q.    Do you have that with you, sir, and
5  available to you?
6    A.    I do.
7          MR. TRISCHLER:  We'll mark the Gomm
8    study the next numbered exhibit.
9          Bill, you do not have to display it
10   since the witness has it in front of him.
11         (Whereupon, Exhibit 22 was marked for
12   identification.)
13   Q.    Doctor, Gomm was a study where they
14 used the German registry database to look at over
15 750,000 individuals who filled valsartan scripts,
16 right?
17   A.    Yes.
18   Q.    And the incidence of cancer was
19 compared to non-valsartan users, right?
20   A.    Yes.
21   Q.    And we talked about how most every
22 study has limits and I assume Gomm is no
23 exception, right?
24   A.    Sure.
25   Q.    But not withstanding those limits,

Page 283

1  did you find Gomm to be a good study?
2    A.    I found out to be remarkable in the
3  sense that they sought excessive liver cancer.
4    Q.    Did you find the conclusions in this
5  study reliable?
6    A.    Yes, but it needs confirmation.
7    Q.    Gomm reached the same conclusion as
8  Pottegård.  In a national study, there was no
9  evidence of an increase in the overall risk of
10 cancer amongst valsartan users, correct?
11   A.    Overall, yeah.  But they did find a
12 risk -- an increased risk of liver cancer.
13   Q.    We'll talk about that in a minute.
14         In terms of the overall risk of
15 cancer, Gomm found no evidence of such an
16 increased risk; true?
17   A.    Correct.
18   Q.    The conclusion is Pottegård, correct?
19   A.    Yes.
20   Q.    So we have two national studies done
21 by two different groups of scientists, both
22 concluding that NDMA in valsartan did not lead to
23 an increased overall risk of cancer; true?
24   A.    Well, I think the follow up would
25 have to be much longer.  You know, these are

Page 284

1  both -- really, they're both preliminary studies.
2  The follow up would have to be longer and we would
3  need to know more about who actually took which
4  pills, which is not addressed here.
5          So, you know, these are -- I think
6  these are okay as preliminary studies, but I think
7  they're both preliminary.  We need -- we would
8  need a -- more of a follow up, for example, you
9  wouldn't really necessarily expect to see an
10 increase in liver cancer within three years.
11         And the same goes for the other
12 study.  I think the follow-up time is too short
13 and there are many -- there's many questions about
14 both of these studies.
15   Q.    All right.
16         Limitations aside, you would agree
17 with me we do have two nationwide studies which
18 both reported no increase in the overall risk of
19 cancer.
20         Agreed?
21   A.    Yes, but I wouldn't put the
22 limitations aside.  Limitations are there.  It's
23 obvious what they are.
24   Q.    In your report --
25   A.    I don't think you would expect an

Page 285

1 increased incidence of liver cancer within three
2 years.
3    Q.    In your report to this court where
4 you tried to honestly and objectively answer the
5 causation question, you never mentioned the
6 findings of either one of these studies, right?
7          MR. SLATER: Objection.
8    A.    No, they're both in the report.
9    Q.    No, they're not. We went through it.
10         You don't mention --
11         MR. SLATER: Counselor, lower your
12    voice towards the witness and look at the
13    page because he just told you it's in the
14    report. You obviously haven't read page 16.
15         You're not going to attack him
16    aggressively like this. You're not going to
17    do it. You're just not going to do it.
18   Q.    Sir, do you ever mention in your
19 report that Pottegård found no overall increased
20 risk of cancer? Yes or no?
21         MR. SLATER: Objection.
22         We went through this already.
23         You can answer again.
24   A.    Pottegård? We already went through
25 this. Pottegård did not find a significant

Page 286

1 increase.
2    Q.    Correct.
3          Am I correct --
4    A.    Did not find -- did not find a
5 significant increase.
6    Q.    Correct.
7          My question is did you ever mention
8 that in your report?
9          MR. SLATER: Didn't we go through
10    that already --
11   A.    We already did that. I already told
12 you that was an oversight. It's unclear the way
13 it's written. I already told you that. I already
14 told you that.
15   Q.    Gomm found no --
16   A.    You know, none of us are perfect.
17 Sometimes we make mistakes.
18   Q.    I understand.
19   A.    Maybe even you do.
20         MR. SLATER: Doctor, it's okay.
21   Q.    Gomm found no overall increased risk
22 of cancer.
23         Did you ever mention that fact in
24 your report?
25   A.    No.

Page 287

1          MR. SLATER: Take your time, please.
2    A.    The Gomm paper found an increased
3 risk for liver cancer was identified, but no
4 association was identified for the overall risk of
5 cancer. So yeah, it's in there. It's in there.
6    Q.    All right.
7          You've talked about what Gomm
8 observed with respect to liver cancer.
9          Do you understand that valsartan is a
10 long-term-use medication?
11   A.    Yes.
12   Q.    Patients that are taking ARBs to
13 control hypertension don't use these medications
14 acutely, right?
15   A.    Right.
16   Q.    When they take valsartan or any ARB,
17 the patients tend to be on them for years,
18 correct?
19   A.    Yes.
20   Q.    In Gomm, when the authors adjusted
21 for long-term use, isn't it true that the data
22 could no longer find an association for liver
23 cancer?
24         MR. SLATER: Objection.
25         You can answer.

Page 288

1    A.    I don't know. I'd have to -- I have
2 to look at it again. I'm sorry.
3    Q.    Sure.
4          If you have to study in front of you,
5 you might want to take a look at page 358.
6    A.    Yes. No dose-dependent effect on the
7 risk of liver cancer was found for higher
8 exposure, bearing lag times of six month to two
9 years, also did not alter the effect. Valuation
10 three year long-term use resulted in decreased
11 sample size and showed no significant association
12 with liver cancer. So that was 1.22, but it was
13 not significant.
14         So yeah, that's what they found. But
15 I mean I really think both of these studies are
16 somewhat flawed. That's my opinion. Because with
17 a low-dose dimethylnitrosamine in animals, it
18 takes time for the tumors to appear. You wouldn't
19 get them in the same kind of time scale they're
20 talking about here. Humans are far more
21 susceptible to liver cancer based on exposure to
22 dimethylnitrosamine than animals --
23   Q.    What's the --
24   A.    -- or the -- you know, the timeframe
25 I simply think is not long enough. Even in

Page 289

1 tobacco and cancer, where you have a much stronger
2 carcinogen, the timeframe is minimum of 20 years.
3    Q.    And that's a minimum of 20 years from
4 exposure to the carcinogen to the development of
5 the tumor?
6    A.    Right.
7    Q.    So, you know, anyone suggesting that
8 they got a tumor from valsartan-containing
9 medication that developed in a year or 18 months,
10 that would be highly unlikely because the time
11 period is just too short?
12        MR. SLATER:  Objection.
13        You can answer.
14    A.    I don't know about anyone -- okay? --
15 because, you know, there could be predisposing
16 conditions.  It could be that the person had other
17 exposures.  So I wouldn't say anyone.  But in
18 general, you would expect that the timeframe would
19 be longer than three years.
20    Q.    You expect the timeframe to be more
21 along the lines of ten to 15 years at least,
22 right?
23    A.    That's what you would expect, but you
24 know, it could be that there's something about
25 NDMA that we don't really know about.

Page 290

1    Q.    It sounds like there's a lot we don't
2 know about NDMA.
3        MR. SLATER:  Objection.
4    A.    No, I wouldn't say that.  I wouldn't
5 say that at all.  We know a lot about NDMA.  We
6 know a lot about it.
7    Q.    Well, it sounds like you didn't hear
8 my question, so let me ask --
9        MR. SLATER:  It wasn't a question --
10    A.    There might be a co-factor involved
11 in these patients.  Maybe high blood pressure or
12 hypertension previously unrecognized that shortens
13 the waiting period.
14    Q.    Have you ever seen --
15    A.    No, we don't know.
16    Q.    Have you ever seen a study suggesting
17 that hypertension shortens the latency period for
18 tumor development?
19    A.    No, I haven't seen it.
20    Q.    So we were talking about Gomm and I
21 was on page 61 and Gomm provides a table regarding
22 the authors' evaluation of single cancer outcomes.
23        Do you see that?
24    A.    Yes.
25    Q.    And Gomm found no statistically

Page 291

1 significant association between bladder cancer and
2 NDMA in valsartan, right?
3    A.    No.  I don't see bladder cancer.
4 You're looking at table two?
5    Q.    No.  Table three on page --
6    A.    All right.  Sorry.  Yeah, right.
7 Right.  They didn't --
8    Q.    Let me ask the question, please.
9        Gomm found no statistically
10 significant association between bladder cancer and
11 NDMA in valsartan, correct?
12    A.    Yes, correct.
13    Q.    No statistically significant
14 association between breast cancer and NDMA in
15 valsartan, correct?
16    A.    Correct.
17    Q.    No statistically significant
18 association between colorectal cancer and NDMA in
19 valsartan, correct?
20    A.    Correct.
21    Q.    No statistically significant
22 association between kidney cancer and NDMA in
23 valsartan, correct?
24    A.    Correct.
25    Q.    No statistically significant

Page 292

1 association between lung cancer and NDMA in
2 valsartan, correct?
3    A.    That's correct.  But I wonder if
4 these were all nonsmokers.  I don't know if that's
5 the case.
6    Q.    No statistically significant
7 association between pancreatic cancer and NDMA in
8 valsartan, correct?
9    A.    Correct.  Well, malignant melanoma.
10    Q.    No statistically significant
11 association between prostate cancer and NDMA in
12 valsartan, correct?
13    A.    Correct.
14    Q.    No statistically significant
15 association between uterine cancer and NDMA in
16 valsartan?
17    A.    Right.
18    Q.    Do you agree that the metabolism of
19 NDMA and NDEA is the only mechanism by which these
20 substances could possibly cause a mutation?
21    A.    Yes.
22    Q.    So NDMA and NDEA could circulate in
23 the body and unless and until they become
24 metabolized, they'll just be excreted without
25 causing harm, right?

Page 293

1    A.    Say that again, please.
2    Q.    Absent -- what I was saying was until
3  NDMA and NDEA become metabolized, they would
4  simply be excreted from the body without causing
5  harm?
6    A.    That's true, but, in fact, you see
7  very little excretion of unchanged NDMA in the
8  urine.  When it's taken orally, it's metabolized
9  very effectively by the liver and other tissues.
10    Q.    Does most of the metabolism of the
11  NDMA occur in the liver?
12    A.    As far as we know, yes.
13    Q.    And at this point in time, would you
14  say that the scientific community has good data on
15  the metabolism of NDMA and NDEA in the human body?
16    A.    Yes.
17    Q.    Do you agree then that the primary
18  metabolism of NDMA and NDEA takes place through
19  the cytochrome P450 enzyme?
20    A.    Yes.
21    Q.    And that's in the liver.  That's
22  where that enzyme is primarily located, right?
23    A.    No.  They're in other tissues also.
24    Q.    It's not in every organ system of the
25  body, is it?

Page 294

1    A.    Just about.
2    Q.    Just the enzyme?
3    A.    Yes.  There are different forms in
4  different tissues.  Not just in the liver.  The
5  lung, kidney, small intestine, esophagus, oral
6  cavity.  They all have P450 enzymes.  The liver,
7  of course, is the main metabolizing organ in the
8  body and has a higher P450 content than other
9  tissues, but all tissues have P450s.  Different
10  ones.  There are whole books written on it.
11    Q.    Okay.  I'll take your word for it.
12        Does the scientific community at this
13  point in time have a great deal of valid reliable
14  data about the type of DNA damage caused by NDMA
15  and NDEA?
16    A.    Yes.
17    Q.    Have you ever stated that there are
18  ways to look at a DNA adduct formation and how
19  much damage comes from nitrosamine exposure but
20  right now, in 2021, we don't have that type of
21  data?
22    A.    I'm not sure I understand your
23  question.
24    Q.    My question is simply have you ever
25  made the statement that "We do not have the data

Page 295

1  in 2021 to evaluate the type of DNA damage caused
2  by nitrosamines"?
3    A.    I don't think I ever made that
4  statement, no.  We have a lot of data.  We have a
5  huge amount of data.
6    Q.    Who is Joseph Guttenplan,
7  G-U-T-T-E-N-P-L-A-N?
8    A.    Guttenplan.
9    Q.    Sorry for the mispronunciation.
10        Who is Joseph Guttenplan?
11    A.    He's a scientist at New York
12  University.
13    Q.    Is he an expert in the field of
14  chemical drug and genetic drug toxicology?
15    A.    Yes.
16    Q.    Was Dr. Guttenplan part of the FDA
17  workshop that took place in March?
18    A.    Yes, he was there.
19    Q.    During that workshop was one of the
20  issues that was discussed the body's DNA repair
21  mechanisms?
22    A.    Yes.
23    Q.    In that workshop, was it discussed
24  among the experts and agreed that the small
25  amounts of nitrosamines in medication were sub

Page 296

1  threshold with respect to the body's DNA repair
2  abilities?
3    A.    May have been discussed, but I don't
4  recall that conclusion was made.
5    Q.    Did Dr. Guttenplan observe that the
6  nitrosamine levels in medicines were so low that
7  they were not approaching threshold for enzyme
8  saturation?  Do you remember that comment or
9  observation being made?
10    A.    For which enzyme?  Repair enzymes,
11  you mean?
12    Q.    Yes, sir.
13    A.    I don't follow what you mean.
14    Q.    My question was did Dr. Guttenplan
15  state at the FDA workshop that the levels of
16  nitrosamines in medicines were so low that they
17  were not approaching thresholds for enzyme
18  saturation in the body?
19    A.    You're still not clear.  First, you
20  were talking about DNA repair enzymes and then
21  you're talking about nitrosamine metabolizing
22  enzymes, so I'm not sure which ones you're
23  actually referring to.
24    Q.    When Dr. Guttenplan used the term
25  "sub threshold," what did you understand that to

Page 297

1  mean?
2      A.    I believe -- I believe he's talking
3  about with respect to the nitrosamine-metabolizing
4  enzyme, like 452E1 and others that are in the
5  body, that those enzymes are not saturated by the
6  kind of exposure that you would get from
7  valsartan.
8      Q.    When those enzymes are not saturated,
9  what that means is that our body has the ability
10  to deal with those small levels of carcinogens,
11  correct?
12      A.    Deal with them, yes.  In dealing with
13  them, it creates a DNA damaging agent.  That
14  metabolism is absolutely required for NDMA to
15  cause liver cancer.
16      Q.    Who is Dr. Richard Adamson?
17      A.    He's a consultant now.  He's a former
18  director of the Division of Cancer Etiology at the
19  National Cancer Institute, which is the US -- main
20  US governing body that does research on cancer.
21      Q.    Was Dr. Adamson also at the workshop
22  in March?
23      A.    Yes.
24      Q.    Do you recall Dr. Adamson also
25  discussing the issue of the body's DNA repair

Page 298

1  mechanisms and whether low levels of NDMA or NDEA
2  in drug products was expected to present a
3  significant risk of harm to the patient
4  population?
5      A.    I don't recall his exact comments,
6  but he's certainly an expert.  He has done studies
7  exposing primates to NDEA.
8      Q.    Isn't it true that Dr. Adamson stated
9  that the low levels of nitrosamines in the drugs
10  were so low that he would not expect any long-term
11  risk of patient health since there was no
12  saturation or competition for activation of the
13  body's repair enzymes at those levels?
14      A.    Are you quoting?
15      Q.    I'm asking if that's what you heard
16  him say.
17      A.    I don't remember if that's what I
18  heard him say.  I'm asking you whether you're
19  quoting from the transcript.  In that case, it's
20  true.
21      Q.    So is that statement correct, that
22  low levels of exposure to nitrosamines would not
23  be expected to cause long-term harm to the patient
24  population because those levels would not be
25  expected to saturate or compete for activation of

Page 299

1  the body's repair enzymes?
2          MR. SLATER:  Objection.
3          Lack of foundation.  Multiple --
4      A.    It's totally confusing, what you're
5  saying.  Okay?  The low levels would be very
6  effectively metabolized by the P450s in the liver
7  and other tissues of the body, leading to the
8  formation of highly reactive DNA damaging
9  intermediates that cause mutations in DNA.  Some
10  of those may be repaired by a repair enzyme such
11  as MGMT and I think what you're saying is that the
12  MGMT activity would not be saturated.  I think
13  that's what you're referring to, but the way
14  you're saying is it very confusing.  Really
15  muddies the water.
16          The bottom line is that your body
17  definitely has the ability to convert the NDMA in
18  valsartan to a DNA methylating agent that's going
19  to form O6-methylguanine.  I can tell you with
20  100% certainty that a person who takes a tablet of
21  valsartan that's contaminated with
22  dimethylnitrosamine will form a finite amount of
23  O6-methylguanine in their DNA.  Some of that may
24  be repaired.  Some of it may lead to mutations.
25      Q.    My question was at the FDA workshop

Page 300

1  in March, was it the conclusion of the scholars
2  that were impaneled by FDA that the levels in this
3  case were so low that there was not expected to be
4  a significant risk to public health because the
5  body's repair mechanisms would allow for or
6  prevent the development of mutations?
7      A.    Yes, that was the conclusion.
8      Q.    I guess --
9          MR. SLATER:  Objection.
10      A.    What?
11      Q.    I guess then what I'd like to ask you
12  is this --
13      A.    Are you quoting?  I mean, were you
14  quoting from the report?
15          MR. SLATER:  Doctor, if you want to
16      see the transcripts, you could ask him to
17      show it to you.
18      Q.    I'm just asking you a question.
19      A.    I'm just asking you whether you're
20  quoting from the report or not.
21      Q.    I asked you if that was a conclusion
22  of the panelists.
23      A.    I don't remember.  I mean, you have
24  the report right in front of you, so why don't you
25  tell me?

Page 301

1    Q.    We know that you've done research on
2  NNN and NNK in your career and we know that both
3  of those are known Class 1 carcinogens in tobacco,
4  right?
5    A.    Correct.
6    Q.    We know that tobacco also is laced
7  with other carcinogens, not just those two tobacco
8  nitrosamines, right?
9    A.    Tobacco smoked, yes.  Unburnt tobacco
10  is another story.
11    Q.    I've been led to believe -- and I
12  don't know whether it's true or not -- is that
13  tobacco contained over 70 carcinogens.
14        Is that the case?
15    A.    Tobacco smoke, yes.
16    Q.    I think that you have written that
17  cigarette smoking causes up to 90% of all the lung
18  cancers in the world and is the largest cause of
19  cancer death in the world, yet only ten to 20% of
20  lifetime smokers will get lung cancer?
21    A.    Correct.  It's no longer the largest
22  cause of cancer in women in the world.  That's
23  breast cancer.  But everything else you said is
24  correct.
25    Q.    All right.

Page 302

1        We talked earlier about the Gushgari
2  paper that told us that the estimate is that
3  smoking leads to the injection of 25,000 nanograms
4  of nitrosamines per day.
5        Do you remember that?
6    A.    Yes.
7    Q.    And I assume that doesn't need --
8  that's not even taking into account then the other
9  carcinogens contained in tobacco smoke, right?
10    A.    Correct.
11    Q.    So if only ten to 20% of individuals
12  exposed to 25,000 nanograms a day of nitrosamines
13  plus other carcinogens acquire lung cancer after a
14  lifetime of smoking, do you have any estimate or
15  are you capable of providing an estimate as to the
16  percentage of valsartan users that you would
17  expect to develop cancer from a less-than-lifetime
18  exposure to nitrosamines?
19    A.    I'm not capable of making that
20  calculation, but presumably the risk would be less
21  than from smoking.
22    Q.    Do you know what the --
23    A.    I cannot make that calculation.
24    Q.    Okay.  Fair enough.
25        Do you know what the background rate

Page 303

1  of cancer in the US population is?
2    A.    What do you mean by background rate?
3    Q.    How many people will get cancer in
4  one form or another in their lifetime?
5    A.    Yes.  I know that number, but I'm
6  afraid I can't quote it off the top of my head.
7  But that number is certainly available.
8    Q.    Okay.
9        Do you know what the background rate
10  of cancer among Americans over the age of 50 who
11  suffer from hypertension might be?
12    A.    Not offhand.
13    Q.    Are you able --
14    A.    I don't know what you mean by
15  background.
16    Q.    Maybe --
17    A.    What does background mean?
18    Q.    Maybe it's just my poor language.
19        I'm just trying to tell, you know,
20  how many -- what percentage of Americans over the
21  age of 50 who have hypertension will develop
22  cancer?
23    A.    I can't answer that offhand.  It's
24  definitely available.
25    Q.    I'm only asking --

Page 304

1    A.    Definitely available.
2    Q.    I understand.  I'm only asking --
3    A.    I can't keep all those figures in my
4  brain.
5    Q.    I'm just asking what you know.  If
6  you don't know, just tell me you don't know.
7        Do you intend to present this court
8  with any statistical or epidemiological evidence
9  to say that there will be a statistically
10  significant increased rate of cancer above the
11  background rate simply because of a
12  less-than-lifetime increase in the intake of NDMA
13  when all of the individual plaintiffs have already
14  been exposed to nitrosamines exogenously every day
15  of their life?
16        MR. SLATER:  Objection.
17        You can answer.
18    A.    First of all, your question doesn't
19  make a lot of sense the way --
20    Q.    Well, which part doesn't --
21    A.    The way that all the people have been
22  exposed to nitrosamines every day of their life.
23  That's incredibly nonquantitative.  I mean, I
24  could never agree with a statement like that.
25        In any case, I'm not intending to

Page 305

1 make any numerical estimates because that's not
2 what I do. That's for the risk assessors to do.
3     Q.    That's fine. This is what I'm just
4 trying to find out. Let's just assume
5 hypothetically that those readily-available
6 statistics you talk about tell us that 30% of
7 people over the age of 50 who have hypertension
8 will develop cancer in one form or another.
9              Okay?
10    A.    Okay.
11    Q.    And you just accept that number --
12    A.    Okay.
13    Q.    -- for the purpose of my question.
14    A.    Right.
15    Q.    What I'm trying to figure out is are
16 you going to offer an opinion that that population
17 subgroup is at some statistical increased risk of
18 cancer just because they received a
19 less-than-lifetime increase in the intake of NDEA
20 or NDMA for some period of time?
21    A.    Yes. I would be comfortable with
22 offering an opinion, but not necessarily making a
23 calculation.
24    Q.    Well, that was my question.
25              What is the -- what is that increased

Page 306

1 risk? Can you calculate it or estimate it?
2     A.    No, I can't. I can't do that.
3 That's not what I do.
4     Q.    That would be the same thing for -- I
5 think I --
6     A.    For both.
7     Q.    That would be the case for both
8 NDMA and NDEA --
9     A.    That's for the risk assessor to do.
10 Like EMA and any others.
11          MR. TRISCHLER: I think I'm ready to
12 pass the witness.
13          I think the information that I
14 received, Adam, is that there are others who
15 have -- a few others that have questions,
16 maybe one or two on the side, but I'll let
17 them speak for themselves and I don't know if
18 that's been updated since I finished. So --
19 but I think --
20          MR. SLATER: Whoever it is needs to
21 identify themselves and I'm going to object
22 to and expect that there will not be any
23 questioning that's going to go into the areas
24 that Mr. Trischler covered.
25          It's hard for me to imagine there is

Page 307

1 anything new to ask, but please don't come in
2 and make me start objecting and have a back
3 and forth. I would appreciate that because
4 it's been a long day and I have some
5 questions to follow up on from Mr.
6 Trischler's lengthy questioning.
7          MR. FOWLER: Good afternoon,
8 Dr. Hecht. It's Steven Fowler with Greenberg
9 Traurig.
10          I believe the remaining defendants
11 have an hour and a half or so of questions.
12 I've got quite a bit of questions. I assure
13 you it's not my intent to ask any questions
14 that Dr. Hecht has answered, but I do have
15 questions and I'm just -- in fairness, I
16 think it's about an hour and a half or so --
17          MR. SLATER: Go ahead. Start your
18 questioning. I've heard that before.
19          Let's get going and we'll go question
20 by question and see if it's new questions
21 because it's impossible for me to imagine --
22 unless you guys are just going to walk the
23 dog and come up with things to ask about that
24 are hyper specific to a specific manufacturer
25 just to ask questions, I feel like this has

Page 308

1 been a thorough deposition and we should be
2 able to turn it over to me soon.
3          So go ahead. Start asking your
4 questions, please.
5          MR. FOWLER: I will and I'll
6 appreciate if you simply just object to
7 form and --
8          MR. SLATER: I don't need a
9 coaching --
10          MR. FOWLER: -- launching into the
11 diatribes I've been hearing all day, so just
12 object to form and I'll ask my questions.
13          MR. SLATER: Okay. Now that you
14 you're done talking I'll respond.
15          Please don't coach me. Please don't
16 tell me what to do --
17          MR. FOWLER: Same here.
18          MR. SLATER: -- but please realize
19 that duplicative questions, you'll need to
20 move from question to question.
21          You may proceed.
22          MR. FOWLER: What I'd like to do
23 first -- good afternoon, Dr. Hecht. My name
24 is Steve Fowler on behalf of the Teva
25 defendants.

Page 309

1  What I'd like to do first is actually
2  mark as the next exhibit your Notice of
3  Deposition today. I don't think that that's
4  been marked.
5  Can we get that marked --
6  MR. SLATER: You're going to need to
7  do that yourself, sir. You're going to
8  have to have someone put it up.
9  MR. FOWLER: Adam, I'm not talking to
10 you.
11 Steve, are you able to share the
12 screen? We have three Steves on the line.
13 THE VIDEOGRAPHER: Do you have
14 somebody else who is going to be displaying?
15 MR. FOWLER: The exhibit was just
16 introduced and it can be displayed by the
17 concierge as I understand.
18 THE VIDEOGRAPHER: As far as the
19 record, it will be Exhibit 23.
20 (Whereupon, Exhibit 23 was marked for
21 identification.)
22 MR. FOWLER: Is it going to be
23 displayed or am I going to --
24 MR. SLATER: It's on the screen.
25

Page 310

1 EXAMINATION BY
2 MR. FOWLER:
3  Q.  Doctor, have you seen this document
4  before?
5  A.  No.
6  Q.  I would submit this is the notice for
7  you today and if we can go to page three of the
8  notice, you'll see that we've asked for certain
9  items to be brought with you and that would
10 include any sort of files or records that you have
11 with regard to this subject matter.
12 And Dr. Hecht, I heard today you've
13 spent much of your career on nitrosamines and my
14 question to you is do you have a file that you've
15 maintained on nitrosamines and the risk of
16 carcinogenicity?
17 A.  A file on risk of carcinogenicity in
18 humans? In animals?
19 Q.  Let me break it down.
20 Do you have a file on nitrosamines,
21 Doctor?
22 A.  A file? Everything is summarized in
23 my publications. I mean, I do not have all of the
24 original records from the research that we've
25 done. I have files and --

Page 311

1  Q.  Do you maintain any -- setting aside
2  this litigation, Doctor, do you maintain a file on
3  nitrosamine as being an area of your research
4  we've heard about today?
5  A.  Yes, I do. Yes.
6  Q.  And do you maintain that with paper
7  copies of journal articles you may have printed
8  over the years?
9  A.  Yes. I have several file cabinets,
10 but, you know, in the last, I don't know, eight
11 years or so, everything is online.
12 Q.  Is your file on nitrosamines
13 organized at all by particular nitrosamines such
14 as NDMA or NDEA?
15 A.  No.
16 Q.  When you were asked to participate in
17 the FDA panel, did you undertake any preparation
18 for that panel? Did you undertake any research
19 before you appeared?
20 A.  No.
21 Q.  With you today, Doctor, do you have
22 any -- let me ask you this: I've seen you pick up
23 the red book a couple times.
24 What else do you have in your space
25 there at your office? Can you hold it up? Do you

Page 312

1 have binders? What do you have, sir?
2  A.  In my office?
3  MR. SLATER: Dr. Hecht, one second.
4  This was covered extensively earlier.
5  MR. FOWLER: It wasn't. I've seen
6  him picking up things and looking at things.
7  I just want to know what else he's got.
8  THE WITNESS: You want me to answer
9  him?
10 MR. SLATER: Yeah, go ahead, answer
11 him.
12 We've moving quickly towards
13 concluding his questioning if this is --
14 A.  I have binders that have the
15 publications and the other data that was mentioned
16 in the written document and I have some of my
17 books that I refer to, including, you know, the
18 IARC 1978 valuation. I have all of the IARC
19 monographs up until about year 2000 or maybe a
20 little later. They're not all here in my office
21 anyhow.
22 Q.  Thank you, sir.
23 A.  Does that answer your question?
24 Q.  I believe so, sir. Thank you.
25 Doctor, when evaluating the issue

Page 313

1 before you, which I think we've acknowledged is
2 whether the level of NDMA and NDEA found in the
3 valsartan products increases the risk of
4 carcinogenicity, did you apply a specific level
5 of -- let's start with NDMA -- in your analysis as
6 it pertains to the valsartan products?
7          MR. SLATER:  Objection.
8          You can answer.
9    A.   No.  I mean, I did not do a risk
10 assessment.
11   Q.   Am I correct you were --
12   A.   That was done by others.
13   Q.   You were attempting to evaluate
14 whether or not the levels of NDMA and NDEA in the
15 valsartan tablets poses an increased risk.  Wasn't
16 that what the question you were answering?  I
17 thought we heard that earlier.
18          MR. SLATER:  Objection.
19          Asked and answered.
20          You can answer.
21   A.   I don't know what you mean by
22 increased risk.  Sure, there's an increase in
23 risk.  No doubt about it.  It shouldn't be there.
24 The amount should be zero, but I didn't -- I did
25 not do the formal risk assessment.  Those were

Page 314

1 done by FDA and EMA, among others.
2    Q.   What level --
3    A.   And I don't do it.  That's not what I
4 do.
5    Q.   I understand, Doctor.
6          What level of NDMA are you operating
7 from when evaluating the valsartan?
8    A.   Zero.
9    Q.   Doctor, you understand FDA has
10 found -- I
11   A.   It should be zero.
12   Q.   Doctor, that's a liability --
13   A.   It should be zero.
14   Q.   This can take a while.
15   A.   The amounts that have been found in
16 the API from ZHP ranged from about ten to 120
17 parts per million, I believe.
18   Q.   Do you believe that the levels in the
19 API is the same as the levels of NDMA in finished
20 dose valsartan products?
21   A.   No.  No.  It would be -- it would be
22 higher than the API for finished products.
23   Q.   Right.
24          So we're only here today about the
25 finished dose products that plaintiffs allegedly

Page 315

1 consumed and my question is simply this --
2          MR. SLATER:  You know what, counsel?
3 Before you ask a question, we're taking a
4 break.
5          MR. FOWLER:  Don't talk over me.
6          MR. SLATER:  We're taking a break.
7 We've been going over an hour again.  It's
8 5:30 on the east coast, it's 4:30 -- the
9 doctor has been going for now
10 eight-and-a-half hours, so we're going to
11 take a break.
12          MR. FOWLER:  I was in the middle of a
13 question --
14          MR. SLATER:  I stopped you before you
15 asked it, you talked over me.  We're going to
16 take a break for ten minutes.
17          MR. FOWLER:  Okay.
18          Thank you, Doctor.  We will take a
19 break.
20          THE VIDEOGRAPHER:  Time is 5:34.
21 This concludes media five.
22          (Recess taken)
23          THE VIDEOGRAPHER:  The time is now
24 5:49.
25 This begins media six.

Page 316

1          You may proceed.
2    Q.   Doctor, what I was trying to get at
3 earlier is simply this question:  Do you think and
4 agree that it's reasonable for those scientists
5 who are evaluating the risk, if any, from the
6 levels of NDMA and NDEA in the valsartan to use
7 the geometric mean value of all of the levels FDA
8 measured in a particular dose of valsartan?
9          MR. SLATER:  Objection.
10 I don't understand.
11          THE WITNESS:  Do you want me to
12 answer that now?
13          MR. SLATER:  If you can --
14   A.   Were you going to reply to his
15 objection first?
16   Q.   I have no reason to.
17          Go ahead, Doctor, if you do
18 understand the question.
19   A.   Could you repeat it again please?
20   Q.   Yes, sir.
21          Do you agree it makes sense to take
22 an average number, a geometric mean of all of the
23 various manufacturers levels of NDMA measured by
24 FDA in, let's say, the 320 milligram dose of
25 valsartan when evaluating what, if any, risk

Page 317

1  exists from that level of NDMA?
2          Do you understand that?
3      A.    Yeah.  You want to take the geometric
4  mean from all of the manufacturers.  I'm not sure
5  that really makes sense because the different
6  manufacturers may have different amounts.
7      Q.    For example, you would not expect any
8  single patient to have taken the highest level of
9  NDMA detected in the 320 milligram valsartan for
10 the period at issue, would you?
11         MR. SLATER:  Objection.
12     A.    I wouldn't know.  I have no idea.
13     Q.    So do you think it's unreasonable to
14 take an average number of all of the manufacturers
15 of the affected valsartan when evaluating the
16 risk?
17         MR. SLATER:  Objection.
18         You can answer again.
19     A.    I really don't know.  I mean, an
20 average would be the place to start, I suppose.
21     Q.    Okay.
22     A.    You know, one would have to be
23 mindful also of the high doses because the high
24 doses are where you more likely see an effect.  So
25 it might make sense to evaluate the high doses

Page 318

1  first, you know, above, let's say, the 80th
2  percentile, something like that.  And you know, if
3  you didn't find an effect there, then you could
4  probably safely conclude that there would be no
5  effect to the lower doses.
6          So I'm not sure that the geometric
7  mean is necessarily the way to go about this.  As
8  I mentioned, I'm not the risk assessor, so you
9  really -- you're bringing me into an area that's
10 not my area of expertise.
11     Q.    Yes, sir, thank you.
12         And it follows from that that you
13 made no attempt to evaluate the specific level of
14 NDMA from any of the manufacturers' valsartan
15 tablets that FDA measured.  You didn't consider
16 any of those specific levels in forming the
17 opinions we see in your report; is that correct?
18         MR. SLATER:  Objection.
19     A.    I didn't do calculations, no.
20     Q.    You didn't rely on any of the
21 specific numbers that FDA measured in any of the
22 valsartan in forming the opinions contained in
23 your report, correct?
24         MR. SLATER:  Objection.
25         Lack of foundation.

Page 319

1          You can answer.
2      A.    Come back to it again.  I mean, I
3  didn't do a formal risk assessment.  That's not
4  what I do.  So --
5      Q.    I understand, Doctor.
6      A.    -- I don't really know what you're
7  driving at with this question.  I already told you
8  I don't do these calculations.  EMA did
9  calculations, FDA did calculations.  Their results
10 are, I think, all documented.
11     Q.    In your research --
12     A.    I don't really see what you're
13 asking -- why you're asking me.  I mean, ask the
14 person at EMA who did the calculations.
15     Q.    Thank you, Doctor.
16         When you've done your research on
17 other nitrosamines and in tobacco, like the NNN
18 and NNK, do you ever evaluate the level of NNN or
19 NNK in writing your papers or forming your
20 conclusions on those studies?
21     A.    Yes, we do.
22     Q.    The levels are important, correct?
23     A.    Yes, they are.
24     Q.    I think we started the day with dose
25 and duration are a key to any evaluation.

Page 320

1          Do you agree with that?
2      A.    Yes.
3      Q.    Doctor, forgive me, I'm going to --
4  in an effort to be efficient, I'm going to jump
5  around a little bit, so forgive me if they're
6  disjointed and if you don't follow me, please let
7  me know.
8          Exhibit 1 is your report.  If you
9  could please -- I'll direct your attention to page
10 eight.
11     A.    Okay.
12     Q.    The last full paragraph that begins
13 "The pharmacokinetics ..." -- are you with me,
14 sir?
15     A.    Yes.
16     Q.    You state in the third line
17 "Consistently, these studies have demonstrated
18 high systemic clearance and high oral
19 bioavailability of NDMA."
20         Do you see that?
21     A.    Yes.
22     Q.    The support for that statement is
23 contained in part of that Dr. Gombar beagle study
24 that we looked at; is that correct?
25     A.    Yeah.

Page 321

1    Q.    And if we could please look again at
2 Exhibit -- at Exhibit 8, the beagle study --
3         THE VIDEOGRAPHER:  Would you like
4    that up on the screen, Counsel?
5         MR. FOWLER:  Just pause on that.
6         I may be able to move quicker.
7    Q.    Doctor, let me ask you do you have
8 any understanding of the -- any differences
9 between the metabolism of the capacity of a beagle
10 to metabolize NDMA with the CYP2E1 enzyme compared
11 to humans?  Do you have any understanding of that?
12   A.    I don't know if 2E1 has actually been
13 identified in beagles.  I'm not sure of that.
14   Q.    If beagles --
15   A.    I think Gombar's conclusions were
16 actually a little bit different.  I think if I
17 remember correctly, the beagle studies came to a
18 slightly different conclusion regarding the
19 clearance of NDMA by the liver than the other
20 studies.
21   Q.    Doctor, if a beagle only has a
22 quarter of the metabolic capacity for NDMA as
23 compared to a human, would you agree that dogs
24 would have less capacity to clear any oral dose of
25 NDMA?

Page 322

1    A.    Sure.  I mean, if they have less --
2 if they have -- if they have less of the P450
3 metabolizing enzymes in their liver and other
4 tissue than humans, then they would have less
5 capacity to clear the dose of the metabolism.
6    Q.    Do you recall the manner of exposure
7 in that beagle study?  Do you recall whether it
8 was by IV?
9    A.    I think it was IV.
10   Q.    And you agree, Doctor, with regard to
11 metabolism, the route of exposure is essential to
12 understanding the route of metabolism, correct?
13   A.    Right.
14   Q.    And the route of exposure makes a
15 difference in the route of metabolism; true?
16   A.    It can effect it, sure.
17   Q.    So the metabolism that you would
18 expect from an IV or an IP administration of a
19 compound like NDMA, you would expect that to show
20 different results than through an ingestion of an
21 oral tablet containing some level of NDMA,
22 correct?
23   A.    Possibly.
24   Q.    That's a medical fact, isn't it,
25 Doctor, that if it's injected IP, it's not going

Page 323

1 to enter the liver through the mesentery vessels,
2 is it?
3    A.    Well, the distribution will be
4 different, but ultimately, it'll be metabolized.
5    Q.    Would it be metabolized -- it would
6 reach organs that orally ingested via a tablet
7 would never reach, correct, Doctor?
8    A.    I don't know about never, but ...
9    Q.    Okay.
10        Are you intending to offer an opinion
11 as kind of set forth on Exhibit 8 that in humans
12 that NDMA has a high systemic clearance and high
13 oral bioavailability?
14   A.    That's what the literature indicates.
15   Q.    Is there any literature other than
16 the Gombar articles on pharmacokinetics that
17 you're relying on, sir?
18   A.    It's been done in multiple different
19 species pharmacokinetic studies.  There's a lot of
20 them.  There's a lot of data --
21   Q.    Yes, sir.
22   A.    -- as stated in the report.
23   Q.    There was a third article in the
24 Gombar series of pharmacokinetic testing that you
25 had in your materials.

Page 324

1         Correct, Dr. Hecht?
2    A.    Say it again.
3    Q.    There's a third article in Dr.
4 Gombar's series, if you will, on the
5 pharmacokinetics of N-nitrosodimethylamine.
6         Right?
7    A.    Okay.
8         MR. FOWLER:  I'd like to mark the
9 next exhibit.
10        This is the Gombar article, 1990,
11   "Interspecies scaling of pharmacokinetics of
12   then nitrosodimethylamine."
13        Bear with me, Doctor.
14        That should pop up.
15        THE VIDEOGRAPHER:  I'm looking for
16   it.  You didn't upload it by any chance, did
17   you?
18        MR. FOWLER:  I just uploaded it as
19   Exhibit 24.
20        THE VIDEOGRAPHER:  Excellent.  Give
21   me one moment to download it.  I'm not seeing
22   it on our Novak share file.
23        Did you put it on the Veritext
24   Exhibit Share by any chance?
25        MR. FOWLER:  Yes.

Page 325

1          (Whereupon, Exhibit 24 was marked for
2     identification.)
3     Q.    Doctor, do you happen to have a hard
4     copy of this in your materials?
5     A.    No.
6     Q.    We'll do it on the screen.  That's
7     fine, sir.  Okay.  Thank you.
8          If we can please turn to the third
9     page where it begins the discussion -- it's
10    article page 4368.  There you go.
11         The very first sentence of that
12    discussion, sir, states "The role that the
13    pharmacokinetics of a carcinogen plays its impact,
14    both qualitatively, i.e. target organ, and
15    quantitively, i.e. risk assessment, has not been
16    adequately determined for most compounds assumed
17    or suspected to be human carcinogens."
18         Did I read that correctly there,
19    Doctor?
20    A.    Yes.
21    Q.    Do you agree that for NDMA and NDEA
22    there has been sufficient study done to adequately
23    understand the metabolism of those two
24    nitrosamines?
25    A.    There's pretty extensive data, yes.

Page 326

1     Q.    Yes, sir.
2     A.    I agree that it's pretty well
3     understood.
4     Q.    Okay.
5     A.    There's always questions remaining.
6     Q.    You'll see at the bottom of that that
7     it says "The root of administration can alter the
8     organospecificity as can" -- and it flips to the
9     next page -- "as can manipulation of the clearance
10    with inducers or inhibitors of metabolism."
11         Do you see that, sir?
12    A.    Yes.
13    Q.    So do you agree with that, that the
14    route of administration can affect the
15    organospecificity of where perhaps NDMA may land?
16    A.    I agree with it, but if I'm not
17    mistaken, most studies of NDMA in animals
18    carcinogenicity studies independent of the root of
19    administration show mainly liver cancer.
20    Q.    Doctor, did you evaluate the animal
21    studies with an eye towards the route of
22    administration to assess those which best can be
23    analogized to the oral administration through a
24    tablet?  Did you make that --
25    A.    No, not specifically, but I know

Page 327

1     generally in the literature that the main target
2     tissue of NDMA in animals -- laboratory animals --
3     is the liver and it's not all by oral
4     administration.
5     Q.    Doctor, if I use the term "downstream
6     organs" --
7     A.    But there are exceptions.
8     Q.    Thank you.  I'm sorry.  I didn't mean
9     to step on your response.
10         If I use the term "downstream organs
11    to deliver," do you understand what I mean?
12    A.    Yes.
13    Q.    Okay.
14         Are you aware of any study that was
15    performed on animals using oral ingestion via a
16    tablet -- not drinking water -- via oral ingestion
17    that demonstrated any cancers outside the liver in
18    any oral ingestion studies?
19    A.    Of a tablet?
20    Q.    Or they have -- and I can't remember
21    the name of the tool where they just put it right
22    down the gullet, but not drinking water is my
23    point, Doctor.
24    A.    Yes.  Oral intubation.
25    Q.    Thank you, sir.

Page 328

1          Are you aware of any study that
2     demonstrates at low doses that NDMA has caused any
3     downstream cancer from the liver?
4          MR. SLATER:  Objection.
5          You can answer.
6     A.    Sure.  It causes kidney cancer when
7     the doses exceed a certain level that aren't
8     metabolized by the liver when it's given orally,
9     the doses are too high -- or not too high -- but
10    higher doses will get kidney cancer.
11    Q.    Yes, Doctor.
12         Do you agree that NDMA and NDEA are
13    subject to first pass metabolism?
14    A.    Yes.
15    Q.    Have you made any attempt to
16    determine what the saturation level is for the
17    liver's capacity to handle first pass metabolism
18    NDMA?
19         Do you understand that question?
20    A.    In what species?
21    Q.    Human, sir.
22    A.    Have I made any attempt?  No.
23    Q.    Have you made any attempt using any
24    of the animal data to understand at what level the
25    liver's ability to fully metabolize and excrete

Page 329

1 the NDMA is exceeded?
2    A.    That data is in the literature.
3 There's plenty of data on that --
4    Q.    Did you make any --
5    A.    -- from the pharmacokinetic studies
6 and even from the early studies of Magee and Swan
7 that when the metabolic capacity of the liver is
8 exceeded in an oral dose, then kidney tumors start
9 to appear and there's plenty of data on that.  Not
10 only tumors, but DNA adduct studies and metabolism
11 studies.  There's a lot of data regarding the
12 first pass clearance of NDMA given orally, a lot
13 of data.  We understand that really very well.
14    Q.    So it follows, Doctor, that you would
15 understand and agree with the point that NDMA will
16 not escape the liver unless the level is at such a
17 point that it exceeds the liver's capacity to
18 metabolize it, correct?
19    A.    That's what the -- that's what all
20 the data indicates.  That's correct.
21    Q.    I'm also correct that sitting here
22 today, you are offering no opinion as to what that
23 level of NDMA is, correct?
24    A.    In humans?
25    Q.    Sir, yes.

Page 330

1    A.    I'm not.
2    Q.    In particular, in this case, you're
3 not offering an opinion that the levels of NDMA
4 and NDEA that were detected in the valsartan at
5 issue were such that they would exceed the
6 metabolic capacity of the liver, correct, sir?
7    A.    I doubt that they would.  I believe
8 that they would be metabolized in the liver.
9 That's why it was interesting to see that the
10 study from Germany, the insurance study, showed
11 liver cancer.  But we already discussed that.
12    Q.    And I didn't ask that part of the
13 question, sir.
14    A.    No, you did not.
15    Q.    Thank you.
16         Doctor, do you agree that once NDMA
17 is metabolized by the -- the PY450E1 enzyme that
18 that metabolite is very reactive?
19         Do you agree with that statement?
20    A.    One of them is, the methane
21 diazohydroxide that everybody concentrates on
22 because that's what damages DNA, but there's
23 another metabolite that's formed and it's
24 formaldehyde, which is also a carcinogen --
25    Q.    Yes, sir, and --

Page 331

1    A.    -- and paid much less attention to.
2    Q.    I'm sorry.
3    A.    Much less attention has been paid to
4 the formaldehyde which cannot only damage DNA, but
5 can cross link DNA.
6    Q.    Yes, sir.
7         You are aware, of course, that
8 formaldehyde is endogenously produced, correct?
9    A.    Yes.
10    Q.    It would be impossible for you or any
11 other scientist to distinguish between
12 endogenously-induced formaldehyde DNA damage from
13 formaldehyde DNA damage as a result of NDMA
14 metabolism, correct?
15    A.    No.  Incorrect.
16    Q.    You can spot the difference between
17 an endogenous formaldehyde and an NDMA
18 formaldehyde, sir?
19    A.    Yes.
20    Q.    And how do you do that?
21    A.    Well, I would have to have a label in
22 the NDMA that people took into their bodies and
23 then the formaldehyde that's released would be
24 labeled and I could determine how much came from
25 NDMA.

Page 332

1    Q.    To your knowledge, has that study
2 been done?
3    A.    No.
4    Q.    Based on --
5    A.    In humans, it has not.
6    Q.    Has it been done anywhere that you
7 can point to, Doctor?
8    A.    I don't think it's been done in
9 animals either, but, I mean, it could be done in
10 animals.  We have looked at DNA damage from the
11 formaldehyde produced in NDMA metabolism.  We did
12 that study.  But of course in rats, you can just
13 give NDMA and we compare to treat it with a
14 control.  The other way to do is it label NDMA.
15    Q.    Okay.
16         Well, thank you for that.
17         But to be clear, the state of the
18 science today, you nor anyone else can distinguish
19 between endogenously formed formaldehyde DNA
20 adduct and an adduct formed as a result of
21 formaldehyde from the metabolism of NDMA; isn't
22 that correct?
23    A.    It hasn't been done, but it can be
24 done.  We're going to do it.
25    Q.    A lot of projects coming out of this

Page 333

1  deposition, I see.
2          Doctor, you would agree that the NDMA
3  once metabolized -- and you've agreed it's
4  reactive -- it's going to attach, if you will,
5  invade the first cell that it can get into that's
6  close by, correct?
7      A.    The metabolite or the parent NDMA?
8      Q.    The metabolite.  We're talking about
9  the mutation that results.  It's the --
10     A.    The metabolite, other than
11 formaldehyde, methane diazohydroxide is very short
12 lived, so that's going to hit almost where it's
13 formed.
14     Q.    Doctor, you would agree that
15 approximately 95% of our DNA is "junk DNA," isn't
16 it, sir?
17         MR. SLATER:  Objection.
18         You can answer.
19     A.    I don't know.
20     Q.    Let me ask it this way:  You agree
21 that it is approximately only 5% of DNA is coding
22 DNA.
23         Are you familiar with that term?
24     A.    Yes.
25     Q.    And you agree that only if coding DNA

Page 334

1  is mutated that goes on checked, that's the only
2  DNA that could result in a malignant
3  transformation; agreed?
4      A.    That's the theory, yes.
5      Q.    If the mutated NMDA -- let me strike
6  that.
7          If the metabolized NMDA [sic] reacts
8  quickly to a cell nearby and it's junk DNA, it's
9  not going to have any ill health effects
10 regardless.
11         Correct, sir?
12         MR. SLATER:  Objection.
13         You can answer.
14     A.    I don't know.
15     Q.    Okay.
16         Because you're not a genotoxic
17 impurities expert, correct?
18     A.    Well, I'm not a microbiologist, if
19 that's what you're asking.
20     Q.    You are not a genetic --
21     A.    I don't know whether an effect on
22 so-called junk DNA is necessarily innocuous.
23     Q.    Yes, sir.
24         Can we agree you're not a DNA repair
25 expert?

Page 335

1      A.    Yes.
2          MR. SLATER:  Objection.
3          MR. FOWLER:  I wasn't quite done with
4  that Gombar article.  If we could put up what
5  was 24, I want to look further at 4369.  I'll
6  let you know when to take that down.  I've
7  got a few questions, please.
8          THE VIDEOGRAPHER:  What do you mean
9  by 2369?  Sorry.
10         MR. FOWLER:  4369 is the page.
11         THE VIDEOGRAPHER:  I'm sorry.
12 I thought you said 20.
13         MR. FOWLER:  I probably did.
14 BY MR. FOWLER:
15     Q.    Okay.
16         You see the first full paragraph
17 begins "We have attempted ..."?
18     A.    Yeah, barely.
19     Q.    Yes, sir.  There it goes.
20         MR. SLATER:  Can we blow that up,
21 please?
22         MR. FOWLER:  I think it's blown up.
23     Q.    Doctor, it states "It is well
24 established that NDMA must be metabolized to the
25 ultimate methylating species to exert its toxic

Page 336

1  effect."
2          Correct?
3      A.    Probably to assert its carcinogen.
4      Q.    And you're --
5      A.    I don't know whether the toxicity of
6  NDMA is necessarily related to the methylating
7  species as opposed to formaldehyde.  I don't think
8  that's known.
9      Q.    Doctor, what percentage of the NDMA
10 metabolizes to formaldehyde as opposed to the
11 methylating species?
12     A.    One hundred percent.
13     Q.    So 100% is formaldehyde and 100% is
14 this methylating species?
15     A.    Yes.
16     Q.    Two halves equal three?  Doctor, how
17 can two things both be 100%?
18     A.    For each?  Okay.  Maybe I wasn't too
19 clear, but for each molecule -- let's put it this
20 way:  The first thing that happens is that the
21 methyl -- hold on a second, please.
22         MR. FOWLER:  Yes, sir.
23         (Discussion off the stenographic
24 record)
25         THE WITNESS:  I'm back.

Page 337

1     A.     So the first thing that happens is
2 that the P450 catalyzes the hydroxylation of the
3 methyl group to give it alpha hydroxymethyl
4 dimethylnitrosamine.  That intermediate has a
5 lifetime of a few seconds and it decomposes
6 spontaneously to formaldehyde and methane
7 diazohydroxide.  Methane diazohydroxide is the
8 methylating agent in its DNA and the formaldehyde
9 is formaldehyde.
10          So for every molecule of NDMA that is
11 metabolized, you get one molecule of formaldehyde
12 and one molecule of methane diazohydroxide,
13 methylating agent.
14          THE WITNESS:  Hold on a second.
15          MR. FOWLER:  Yes, sir.
16          THE WITNESS:  Okay.
17     Q.     Does the formaldehyde form the
18 O6-methylguanine mutation, sir?
19     A.     No.  That comes from the methylating
20 agent.
21     Q.     Yes, sir.
22          In any of the literature that you've
23 relied upon in your report or that you've reviewed
24 and is not part of your report, has any literature
25 about NDMA -- let's talk about the dietary

Page 338

1 studies.
2          Has any literature ever blamed the
3 formaldehyde as being a carcinogenic factor to --
4 let me leave it at that -- as being a carcinogenic
5 factor in those studies?
6     A.     No.  In general it's not, no.  That's
7 true.
8     Q.     Okay.
9     A.     No literature.  It doesn't mean that
10 it doesn't play a role.  Nobody has thought of it.
11     Q.     Okay.
12     A.     Maybe they thought about it, but if
13 they thought about it, they didn't do anything
14 about it.
15     Q.     Fair enough, sir.
16          Let's scroll down that page just a
17 little bit further.  Right above the formula, the
18 paragraph starts "In spite of ..."
19          Doctor, you see this statement, "In
20 general, the smaller species" -- and we're talking
21 about the Dr. Gombar's pharmacokinetic studies on
22 things like beagles, hamsters and monkeys even --
23 it states "In general, the smaller species tended
24 to show lower bioavailability than larger
25 species."

Page 339

1          Any dispute there, sir?
2     A.     No.
3     Q.     And Doctor, you see if it's assumed
4 that NDMA is cleared solely by hepatic metabolism,
5 the bioavailability will depend upon the clearance
6 and the hepatic blood flow.
7          You agree with that as well, right?
8     A.     Sure.
9     Q.     And is the blood flow in primates --
10 in particular, the hepatic blood flow in
11 primates -- the same, greater, lesser than humans,
12 sir?
13     A.     I don't know.
14     Q.     Wouldn't it be important to
15 understanding anything you want to extrapolate
16 from these pharmacokinetic studies to understand
17 what the hepatic blood flow is in --
18     A.     Probably.  Probably would be.
19          So what's your point?
20     Q.     That you didn't -- while you're
21 relying on these for the statement that in humans
22 there's high systemic clearance and high oral
23 bioavailability, you didn't make any effort to
24 determine whether that data can be fairly
25 extrapolated from the Gombar studies, did you?

Page 340

1     A.     No, I didn't.
2     Q.     If you look -- the last paragraph on
3 this page -- I'm sorry.  In that column, sir --
4 you see wide interspecies -- there you go, that
5 last one in the first column.  Perfect.
6          It states "The wide interspecies
7 difference in bioavailability in NDMA is difficult
8 to explain."
9          Do you see that, Doctor?
10     A.     Yes.
11     Q.     You would agree that there's
12 interspecies differences with humans compared to
13 any of the animals Dr. Gombar studied with his PK
14 analysis.
15          Correct, sir?
16     A.     Sure.
17     Q.     Doctor, do you believe that the lung
18 plays any role in the clearance of NDMA?
19     A.     Administered orally?
20     Q.     Yes, sir.
21     A.     It seems unlikely, but it could.
22     Q.     If we could look to the last
23 paragraph in the second column, do you agree with
24 the statement, Doctor, that it is an
25 oversimplification to focus solely on

Page 341

1  pharmacokinetics when you're trying to do a risk
2  assessment, if you will, of NDMA's
3  bioavailability?
4      A.   Sure. It's complicated.
5      Q.   But it says to base risk on dose
6  alone is also an oversimplification.
7          Do you agree with that, sir?
8      A.   Well, sure, but I mean, you know,
9  dose response is very important in carcinogenesis.
10 You know, this Gombar study was published before
11 the Peto study, if I'm not mistaken.
12         So, I mean, we do know a lot about
13 the dose response characteristics of NDMA in
14 laboratory animals, particularly rats. Also mice
15 and hamsters. So we know a lot about that, so I
16 mean, you know, this very general statement here
17 was probably made in response to a reviewer, so,
18 you know, just because something is written like
19 in the discussion session of a paper doesn't mean
20 that it's necessarily engraved in stone. So sure,
21 it's an oversimplification to focus solely on
22 pharmacokinetics.
23         MR. FOWLER: We can take that exhibit
24 down.
25     Q.   Doctor, returning to your statement

Page 342

1  on page eight of your report where you were
2  attempting to opine that NDMA has a high systemic
3  clearance and high oral bioavailability in humans,
4  the only studies that you're pointing to, if we
5  look at sites 21, 22, 23, 24, 25, it's Gombar,
6  Gombar, Gombar, then a Dr. Anderson article.
7          Is that the -- is there anything
8  else, sir, to support an opinion that there's high
9  systemic clearance and high oral bioavailability
10 of NDMA?
11     A.   There are other articles, yeah. I
12 don't think I got them all here. There's quite a
13 bit of literature on pharmacokinetics and NDMA.
14 You know, I was a little selective here. This is
15 not a comprehensive review. But, you know,
16 systemic clearance by the liver is kind of a
17 common observation.
18     Q.   You would agree, Doctor, that the
19 systemic clearance in oral bioavailability depends
20 on the dose, correct?
21     A.   Yes.
22     Q.   And you can point to no study that
23 evaluates a low dose of NDMA and NDEA and arrives
24 at any conclusion about its bioavailability or
25 systemic clearance.

Page 343

1          Fair statement?
2          MR. SLATER: Objection.
3          You can answer.
4      A.   No, that's wrong. You're just
5  talking about all kinds of low-dose studies.
6      Q.   Do those studies speak to
7  bioavailability, sir?
8      A.   Sure they did, yeah.
9      Q.   Bioavailability is --
10     A.   When, you know, you have a low dose
11 given to a rat and it's orally and it's
12 metabolized significantly in the liver, then the
13 bioavailability of the test compound to other
14 tissues is very low.
15     Q.   Any such data would have to be
16 extrapolated to humans based upon the hepatic
17 blood flow, correct, sir?
18     A.   Well, sure.
19     Q.   Any dose given to a mouse or any
20 rodent or other species would have to be adjusted
21 to evaluate a low dose in humans, correct?
22         MR. SLATER: Objection.
23         Lack of foundation.
24         You can answer.
25         MR. FOWLER: Let me withdraw the

Page 344

1  question, sir. I think you've answered --
2          MR. SLATER: Counsel, I'm not looking
3  to argue with you or anything. I just want
4  to establish something so I understand.
5          I asked the videographer how long
6  we're at at this point and how long
7  Mr. Fowler has been going. I think it's
8  probably 45 minutes approximately.
9          MR. FOWLER: We don't have to guess.
10 What's the number? How long have we been on
11 the record?
12         THE VIDEOGRAPHER: If you guys
13 wouldn't mind, I could go off the record so I
14 could give you an exact number.
15         MR. FOWLER: Apparently, that's
16 important right now, so let's do that.
17         THE VIDEOGRAPHER: The time is 6:27.
18 We're going off the video record.
19         (Recess taken)
20         THE VIDEOGRAPHER: The time is 6:33.
21 This begins media seven.
22 You may proceed.
23     Q.   Doctor, switching gears again, sir,
24 with regard to the FDA workshop that you
25 participated in, did FDA provide you with any

Page 345

1  written materials in advance or even the questions
2  in advance, sir?
3      A.    Yes, the questions.
4      Q.    Did you share those questions with
5  anyone?
6      A.    No.
7      Q.    What has been marked as Exhibit 12,
8  the FDA's summary on that workshop, sir, did you
9  get -- did you get an advance copy to review and
10 comment upon?
11      MR. SLATER:  Wasn't he questioned on
12      this document already, sir?  So now you're
13      going back into the FDA document?  Okay.
14      You can answer the question.
15      I'm writing to the court.
16      A.    Yes.  I'm not sure what you mean by
17 advance copy.
18      Q.    Did you get a draft to review and
19 comment before FDA published it to the --
20      A.    Yes.  Yes.
21      Q.    And did you take the opportunity to
22 review it?
23      A.    Yes.
24      Q.    Did you have any comments or changes?
25      A.    Nothing -- nothing substantial.  I

Page 346

1  may have had some minor changes, but in general,
2  it was a good summary.
3      Q.    How did you communicate those changes
4  to FDA?
5      A.    Email with the -- I forgot her name
6  right now.
7      Q.    That's fine, sir.
8      Did you send a red line document or
9  did you type some summary in an email?
10      A.    Summary in an email.
11      MR. SLATER:  Just for the record, I
12      object to this entire line of questioning.
13      This document was thoroughly addressed by
14      Mr. Trischler, so this is clearly
15      duplicative.
16      The fact that you may be finding a
17      different question that's not identical to
18      Mr. Trischler's doesn't mean that this
19      shouldn't be left alone, as Mr. Trischler
20      covered this subject.
21      You could continue.
22      Q.    Do you still have that email, Doctor?
23      A.    I don't know.
24      Q.    I will just make a request on the
25 record -- and I'll follow up with counsel -- that

Page 347

1  we'd like a copy of the email with your edits to
2  the draft summary statement.
3      A.    I don't think they were specific, but
4  anyhow, I'd have to go back and look.
5      Q.    Fair enough --
6      A.    It wasn't, like, line 35, change this
7  to that.  In general --
8      Q.    Okay.  That's helpful.  Yes, sir.
9      A.    -- I agreed with her summary.  Very
10 comprehensive.
11      Q.    Right, but you indicated you did have
12 changes and you did communicate back to FDA with
13 regard to your response to the draft, correct?
14      A.    I believe so.
15      Q.    I'll make that request offline, sir.
16      At the time that you reviewed the FDA
17 summary, did you have the transcripts available to
18 you?
19      A.    I didn't review the transcripts.
20      MR. FOWLER:  Now, let's put up
21      Exhibit 12, the FDA summary.  Just a couple
22      things I wanted to clarify from your prior
23      testimony.
24      THE VIDEOGRAPHER:  Counsel, I have as
25      Exhibit 12 the "Critical Review of Major

Page 348

1      Sources of Human Exposure."  I believe it may
2      be 13.  Do you mind if I put 13 up to
3      confirm?
4      MR. FOWLER:  Yes, please.
5      THE VIDEOGRAPHER: This is Exhibit
6      13.
7      MR. FOWLER:  Okay.  Thank you.
8      Q.    I'll direct your attention to page
9  four, last paragraph.
10      Doctor, you recall the discussion
11 about endogenous and exogenous sources of NDMA?
12 Do you recall that, sir?
13      A.    Yes.
14      Q.    Do you recall the FDA's statement "To
15 calculate the risk, it's imperative to determine
16 endogenous formation and understand the
17 pharmacokinetics of nitrosamine formation and
18 distribution"?
19      A.    Yes.
20      Q.    We were just speaking to the
21 pharmacokinetic --
22      MR. SLATER:  Counsel, why are you
23      rehashing?  This document and this subject
24      was already addressed by Mr. Trischler.
25      Again, this is duplicative.

Page 349

1    Q.    Do you agree that it's important to
2  understand the endogenous formation and the level
3  of endogenous formation?  Correct?
4    A.    Yes.
5    Q.    And you -- during the panel, when the
6  question is presented to the group, each of you
7  has an opportunity to respond to the question at
8  hand, correct?
9          MR. SLATER:  Objection.
10   A.    Actually, it was very directed, so I
11 mean certain people -- it was all outlined
12 beforehand who was supposed to respond to which
13 questions and when.  It was very scripted.  Not
14 scripted, but -- I don't know.  I can't think of
15 the word.  But basically, you were told when to
16 speak.
17   Q.    Doctor, you would agree that the body
18 sees an NDMA molecule as is and doesn't
19 distinguish its origin, whether it be from food,
20 endogenous or from pharmaceuticals, correct?
21         MR. SLATER:  Objection.
22         You can answer.
23   A.    Yes.
24   Q.    And the cumulative exposure that
25 contributes to the response is the essential part

Page 350

1  of the valuation.
2          Would you agree with that?
3          MR. SLATER:  Objection.
4    A.    Yes.
5          MR. SLATER:  Cumulative exposure was
6  discussed earlier as well, counsel.
7    Q.    Doctor, you believe that the --
8  strike that.
9          During the testimony, you were given
10 an opportunity to respond on the question of
11 endogenous formation.
12         Do you recall what you testified you
13 believe the level was?
14         MR. SLATER:  Again, objection.
15         This has been covered.  Mr. Trischler
16 went through that presentation.
17         You can answer.
18         I'm continuing to type my email to
19 the court.  I regret it that this is
20 necessary.
21   Q.    Doctor, do you recall what you
22 testified to the levels of endogenous formation
23 being?
24   A.    I don't recall the exact thing, but,
25 you know, the literature indicates that there is

Page 351

1  considerable endogenous formation of nitrosamines
2  that are not metabolized.  So my -- excuse me.
3    Q.    Yes, sir.
4    A.    My thinking was that we should really
5  learn more about the endogenous formation of
6  nitrosamines such as NDMA that are metabolized and
7  that was the point I was trying to make at the FDA
8  meeting.
9          MR. FOWLER:  Thank you.  Let's take
10        down this exhibit.  Please put up the day one
11        transcript.
12   Q.    Doctor, when you were testifying at
13 the FDA panel, you understood that your words were
14 being transcribed just as they are today, correct,
15 sir?
16   A.    Yes.
17   Q.    And while you weren't under oath, it
18 was your -- you were certainly doing your best to
19 speak the scientific truth, correct?
20   A.    Yes.
21   Q.    And you said earlier -- several
22 times, I think -- that you had no bias coming into
23 that panel, notwithstanding your retention by
24 Mr. Slater.
25         Do you recall that?

Page 352

1    A.    Correct.
2    Q.    So you answered your questions --
3          MR. SLATER:  Counsel, can we stop for
4  a second?  I apologize --
5          MR. FOWLER:  No, we can't stop today.
6  We can't stop right now.  I'm in the middle
7  of a question.
8          MR. SLATER:  I object, Counsel.
9  You're not -- this isn't -- I'm really just
10 telling you -- I need to tell you you have on
11 the transcript -- or on the screen the same
12 transcript and you're asking about bias,
13 which he was questioned about already.
14         So that's the third area where you're
15 now in the same question.  Therefore, we're
16 going to stop the deposition.  This email is
17 going to go to Judge Vanaskie and I'm asking
18 to terminate the deposition because of this
19 conduct --
20         MR. FOWLER:  I'm reclaiming my time.
21   Q.    Directing your attention to page --
22         MR. SLATER:  We're done.
23         MR. FOWLER:  No, we're not.
24         MR. SLATER:  Go off the record.
25         I'm stopping the deposition and we're

Page 353

1  going to wait for Judge Vanaskie --
2       MR. FOWLER: I'm in the middle of a
3  question with this witness.
4  Q.    Page 159, please --
5       MR. SLATER: No, you're not. You're
6  done.
7       Dr. Hecht, don't answer the question.
8       This is harassing and in violation of
9  Judge Vanaskie's order.
10      I'm going to email him. Hopefully
11 he'll be available and then we'll go from
12 there.
13      MR. FOWLER: I'm going to make a
14 proffer on the record that I'm attempting to
15 show that the doctor's testimony at this FDA
16 hearing is completely inconsistent with his
17 testimony today.
18      I'm entitled to show him this
19 transcript and ask him why he testified
20 differently at the FDA.
21      MR. SLATER: I'm directing him not to
22 answer.
23      MR. FOWLER: If you want to call the
24 Judge on that, we can.
25      MR. SLATER: Please stop the record.

Page 354

1       I'm writing to Judge Vanaskie.
2       MR. FOWLER: I would further proffer
3  I have additional questions based on the
4  doctor's testimony at the FDA hearing, I have
5  questions based upon the doctor's testimony
6  with regard to the Peto study, among others,
7  and moreover, I have questions about
8  Dr. Hecht's testimony with regard to
9  Dr. Johnson's PDE and the threshold.
10      I have areas to cover that have not
11 been fully explored.
12      I'm asking you to reconsider letting
13 us finish this deposition --
14      MR. SLATER: I'm writing to the
15 judge.
16      MR. FOWLER: I don't -- you can keep
17 telling me that, Adam. I'm asking you to
18 reconsider and let us finish this deposition.
19 I don't think we're wasting anyone's time
20 other than right now.
21      MR. SLATER: You can't commit to a
22 stop time. You want to be able to go on
23 forever --
24      MR. FOWLER: How can I commit to a
25 stop time, Adam? I've never heard you commit

Page 355

1  to a stop time --
2       MR. SLATER: Sorry. You're so angry.
3  Don't be so angry. I'm just trying to --
4       MR. FOWLER: You've been screaming
5  since I started questioning this witness.
6       MR. SLATER: You know, I feel bad for
7  the court reporter.
8       I don't know what to tell you. If
9  you want me to talk, I will. If you want to
10 talk, you can. But I'm trying to type and
11 email on my iPhone.
12      I think that the ruling has been
13 violated. I think I have good grounds for a
14 protective order. I'm asking for one.
15      THE VIDEOGRAPHER: Would both sides
16 like me to go off the video record?
17      MR. SLATER: Do you have my proffer,
18 Madam Court Reporter?
19      THE COURT REPORTER: I have what you
20 guys have been saying.
21      MR. FOWLER: Fair enough. Thank you.
22      MS. KAPKE: This is Kara Kapke. I
23 also have a few follow-up questions, but they
24 should not last more than ten to 15 minutes.
25      MR. SLATER: Ten to fifteen minutes?

Page 356

1       Okay.
2       MS. KAPKE: Five to ten probably.
3  Maybe not even that long.
4       MR. SLATER: I'm just changing my
5  email. Thank you.
6       THE VIDEOGRAPHER: Counsel, would
7  everyone like me to go off the video?
8       MS. LOCKARD: Yes. Off the record.
9  And can you give us a count of how long we've
10 been going?
11      This is Victoria Lockard speaking.
12      THE VIDEOGRAPHER: The time is 6:45.
13 We're going off the video record.
14      (Recess taken)
15      THE VIDEOGRAPHER: The time is now
16 657.
17      This begins media eight.
18      You may proceed.
19      MR. FOWLER: Can I please get that
20 exhibit back? Day one transcript, FDA panel.
21      Please turn to page 159.
22 Q.    When we stopped, Doctor, I was asking
23 you if you recalled what you said at the time of
24 the panel about the endogenous production.
25      Let me direct you to lines 16 to 20.

Page 357

1        You state "So I think with regard to
2  the question of endogenous formation, which is
3  critical here because there are really high levels
4  in endogenous formation, maybe we do not have to
5  be that concerned about the low levels present in
6  drugs."
7        Have I read your testimony correctly,
8  Dr. Hecht?
9    A.    Yes.
10        MR. SLATER:  Before you answer,
11  Doctor, objection.
12        I'm asking you to put the full page
13        up there so Dr. Hecht can see the full
14        context, not just this little snippet.  Let's
15        give him the whole page, let's let him see
16        the context and --
17        MR. FOWLER:  Absolutely.
18    Q.    So Doctor, the lead-up question for,
19  as you recall, had to do with the endogenous
20  formation of NMDA [sic] and speaking about the
21  biomarkers and the adducts.
22        The question before you responded was
23  "Can we have more discussion of what you think of
24  all the biomarkers that you have discussed today
25  that could be more appropriate for nitrosamines?"

Page 358

1        As your counsel said, you start your
2  answer "I think DNA adducts would be good to look
3  at.  You think we have the technology to reliably
4  quantify DNA adducts with high-res mass
5  spectrometry and we also have the knowledge based
6  on years of study about artifact formation."
7        Then you state what you said about
8  the endogenous formation.
9        Does this refresh your recollection
10  of how you characterized the endogenous formation
11  of NDMA at the FDA panel, sir?
12    A.    Yes.
13        MR. SLATER:  Objection.
14        Before you answer, Doctor, please let
15  me object.
16        Objection.  Okay?  Objection.  Lack
17  of foundation.  It's a very misleading
18  question, but we'll come back to it,
19  Mr. Fowler.  You and I both know that.
20        You can answer, Dr. Hecht.
21    Q.    Doctor, do you recall this discussion
22  at the FDA panel?
23    A.    Yes.
24    Q.    And do you recall the issue of what
25  levels of endogenous formation NDMA there is?

Page 359

1    A.    Not NDMA in particular.  So what I
2  was referring to in that panel discussion was that
3  there's significant of data for the endogenous
4  formation of nitrosoproline and other nitrosamines
5  that are not metabolized.  We could determine this
6  by simply measuring other levels in urine after
7  giving people the precursors and sodium nitrite,
8  as an example.
9        For dimethylnitrosamine and other
10  dialkyl nitrosamines, which are extensively
11  metabolized, we don't know how much endogenous
12  formation there is and what I was trying to say in
13  the FDA meeting was that what a real need that we
14  have is to develop the technology by which we
15  would be able to accurately determine how much
16  endogenous formation there was of compounds like
17  dimethylnitrosamine.
18        So, you know, I was speculating.  I
19  speculated that the amount that's formed
20  endogenously might be greater than the exogenous
21  amounts, but we don't know and that was my point.
22  We need research.  That was my point.  Nothing
23  else.
24    Q.    Have you completed --
25    A.    I didn't say that there was -- I

Page 360

1  didn't say that there was higher endogenous
2  formation or that there was lower endogenous
3  formation.  I didn't say any of these things.
4        What I said was that we need to
5  develop the technology, the research to assess
6  endogenous formation.  That way, we would be able
7  to know whether the endogenous formation of
8  compounds like dimethylnitrosamine really was.
9        Right now, we don't know what it is.
10  So that was my -- that was a message I was trying
11  to deliver.
12    Q.    Have you completed your response,
13  Doctor?
14    A.    Yes.
15        MR. FOWLER:  Can I have that sentence
16        that begins with "So ..." blown up, now that
17        we've seen the whole page?
18        MR. SLATER:  I'd like to keep the
19        whole page on the screen, frankly, because
20        now we can't see the full context.
21    Q.    Doctor, can you read if we don't blow
22  that up okay?
23    A.    Yes.
24    Q.    Okay.
25        You see the sentence "So I think with

Page 361

1  regard to the question of endogenous formation
2  ..." that we were looking at?
3      A.    Yes.
4      Q.    Okay.
5            You state "which is critical here."
6            Are you talking about here being the
7  issue with NDMA and valsartan?
8            MR. SLATER:  Objection.
9            Lack of foundation.
10     A.    No.  I was talking about generally.
11  Okay?  Not necessarily about valsartan.  I was
12  talking about generally for nitrosamines.
13           Okay?
14     Q.    Okay, sir.
15     A.    We know --
16     Q.    You've answered the question --
17           MR. SLATER:  Stop.
18           Please continue to answer, Doctor.
19     A.    Let me finish?
20     Q.    Certainly, Doctor.
21     A.    We know from a significant amount of
22  data that there is endogenous formation,
23  nitrosoproline and other nitrosamines that are not
24  metabolized.  We can determine this readily.  It
25  has been done.  There's a lot of solid data out

Page 362

1  there.  We don't have this data for the dialkyl
2  nitrosamines that are sensibly metabolized such as
3  dimethylnitrosamine.  We don't have the data.
4            So we don't know whether endogenous
5  formation of dimethylnitrosamine is zero or
6  whether it's the same as the exogenous exposure or
7  more.  We don't know.
8            That was my point.  So how it's
9  written, how you interpret what's written, I don't
10  know.  But that was my point.
11     Q.    Thank you, Doctor.
12           Help me understand the last part of
13  that sentence, please.  "Maybe we do not have to
14  be that concerned about the low levels that are
15  present in drugs."
16           Did I read that correctly?
17     A.    Yes.
18     Q.    And we're talking about the NDMA
19  levels in the valsartan that you're there at the
20  panel for, correct?
21     A.    That's right.
22           MR. SLATER:  Lack of foundation.
23     Q.    Thank you.  Did we get that answer --
24     A.    As I tried to explain, sir, we don't
25  know.  Okay?  What I was trying to say in that

Page 363

1  panel discussion was that we need to develop the
2  technology and do the experiments so we can find
3  out the extent of formation of -- of endogenous
4  formation -- of dimethylnitrosamine and other
5  dialkyl nitrosamines that are rapidly metabolized.
6  That's what I was trying to say.
7      Q.    Yes, I've gotten that, Doctor.  I'm
8  focused now on how you concluded the sentence,
9  that "Maybe we don't have to be concerned about
10  the low levels present in the drugs."
11           Can you explain that, please?
12     A.    You're not listening because I have
13  explained it.  Okay?  Listen to what I'm saying.
14  Okay?
15           If the amount of endogenous formation
16  of dimethylnitrosamine turn out to be very high,
17  then we wouldn't have to be concerned.  But we
18  don't know.
19     Q.    Thank you, Doctor.
20     A.    We don't know.  We have zero data.
21     Q.    Well, respectfully, you disagree with
22  the data that your colleague presented at the FDA
23  panel as to the level of 400 micrograms in the --
24  produced endogenously.
25           You just disagreed with that.

Page 364

1      A.    Four hundred micrograms of what and
2  which colleague?
3      Q.    Doctor -- well, I'll not pronounce
4  his name right.  It starts with a K.  Doctor --
5  can you help me, sir?
6      A.    Kokkinakis.
7      Q.    Yes, sir.
8            Do you recall the slides that he put
9  up at the FDA panel on endogenous formation?
10     A.    Yes, I don't agree with those at all.
11  I think they're flawed.
12     Q.    Right.
13           To your point, Doctor, if the level
14  is high -- and would you agree a level greater
15  than 100 micrograms a day would be considered high
16  in the context that you and I are speaking of now?
17     A.    Yes.
18     Q.    The point is if it's that high and we
19  add 10, 15, 20 micrograms to that endogenous
20  supply of NDMA, you would not consider that to be
21  an increased risk of cancer compared to the
22  endogenous source, correct?
23           MR. SLATER:  Objection.
24     A.    I don't know what you're talking
25  about, risk of cancer.  I don't know.  I mean, the

Page 365

1 point is -- the point that I'm making -- and this
2 is what I believe. Okay?
3           In this deposition, we don't have
4 reliable data on endogenous formation of
5 dimethylnitrosamine and until we have that data,
6 we cannot say that the exogenous formation such as
7 through valsartan is unimportant. We can't say
8 that because we don't have the data. The data
9 that Kokkinakis quoted, I do not believe it's
10 correct.
11    Q.    Doctor, do you agree that the panel
12 and FDA was concerned that it would make no sense
13 to the public, including the scientific informed
14 public like yourself, that if FDA set a limit of
15 NDMA at, like, 96 nanograms and the body is
16 producing 400 micrograms a day, that it could
17 erode the confidence in FDA's risk assessments
18 because that would make no sense to the public?
19 Do you recall that discussion?
20         MR. SLATER: Objection.
21    A.    Well, sure it would, but we don't
22 have the data.
23    Q.    Right.
24    A.    If we had -- if we had reliable
25 accepted data on, you know, that NDMA was formed

Page 366

1 to the extent of 400 micrograms per day in humans,
2 then FDA would not have put out the thing about
3 96 nanograms.
4    Q.    Did FDA impanel this workshop so that
5 they might understand and get scientific input
6 from leaders in the different areas about what
7 these levels are? Isn't that why it was one of
8 the questions posed?
9    A.    Yes.
10         MR. FOWLER: Let me have day two
11    transcript, please.
12    Q.    Directing your attention to page 15,
13 we're going to look at line nine through 18. It
14 states here, Doctor -- I hope you can see it
15 because I don't want to blow it up, I want to
16 leave the whole page there.
17         It states that the balance of
18 evidence seems to be that the amount consumed by
19 the drugs -- consumed in drugs is minuscule or at
20 least very much smaller than one expects from
21 intake in water and especially in foods and I
22 think it would send a confusing message to
23 consumers, citizens in general, to tell them that
24 the body somehow knows whether a given molecule,
25 any given nitrosamine comes from a drug taken by

Page 367

1 necessity or food voluntarily.
2         Do you see that, Doctor?
3    A.    Yes.
4         MR. SLATER: Objection.
5         Lack of foundation.
6         Inaccurately read.
7    Q.    You don't disagree with that, Doctor,
8 right? That's what you and I have been speaking
9 about?
10         MR. SLATER: Objection.
11    A.    We need the data. You know, we need
12 the data. Intake from water is very unclear and
13 endogenous formation is very unclear.
14         The only place where we really have
15 reliable data, you know, other than valsartan and
16 the other drugs obviously is food.
17    Q.    Yes, sir.
18         But my question was actually do you
19 agree that the issue here was that it could send a
20 confusing message if FDA is setting an acceptable
21 intake limit that is far below what our body
22 creates naturally?
23         That's my question, sir.
24    A.    Sure, but we don't have the data and
25 they know that. They know that --

Page 368

1         MR. SLATER: Counsel, stop.
2    A.    That's why they made the
3 96 nanograms.
4         MR. SLATER: Counsel, we're going to
5    stop the deposition.
6    A.    I mean, really, honestly, we have
7 been -- we have been through this before.
8         MR. FOWLER: I honestly couldn't hear
9    either one of you.
10         THE WITNESS: I'm starting to agree
11    with Adam.
12         MR. FOWLER: I couldn't hear Adam or
13    you, sir.
14         MR. SLATER: Judge Vanaskie has just
15    asked to call -- Mr. Fowler, we're
16    breaking -- let's go off the record.
17         Judge Vanaskie has asked us to
18    include him in a phone conference and he gave
19    the number. We need to call him. I don't
20    have a call in number that I can give to
21    anyone, so I don't know what to do. We got
22    to get him on the phone. He wants to speak
23    right now.
24         THE VIDEOGRAPHER: Would you like to
25    go off the video first?

Page 369

1    MR. SLATER:  That's fine.
2    THE VIDEOGRAPHER:  The time is 7:12.
3    We're going off the video record.
4    (Recess taken)
5    THE VIDEOGRAPHER:  The time is now
6    727.
7    This begins media nine.
8    You may proceed.
9    Q.    Dr. Hecht, do you have an opinion
10   whether or not NDMA is a threshold compound?
11   Do you understand the question?
12   A.    Threshold compound?  You mean whether
13   there's a threshold for carcinogenicity?
14   Q.    Yes, sir.
15   MR. SLATER:  Objection.
16   Asked and answered.
17   You can answer.
18   A.    I don't know of any evidence that
19   there is.
20   Q.    Do you have an opinion one way or the
21   other, sir?
22   A.    I believe there is no threshold based
23   on the studies of Peto, Grasso and others.
24   MR. FOWLER:  Well, let's mark --
25   A.    The large rat dose response study.

Page 370

1    They concluded that there was no indication of a
2    threshold.
3    MR. FOWLER:  Let's mark Peto 1991 B.
4    Q.    Doctor, while that's being called up
5    here, I think we're -- as far as our nomenclature
6    goes, I think we're in agreement that a threshold
7    level is one below which there's no evidence of
8    carcinogenicity.  Just so we're on the same page,
9    sir.
10   A.    Yes.
11   THE VIDEOGRAPHER:  Counsel, just
12   wanted to check.  The document, I just want
13   to check.
14   The document you're looking for, does
15   it have at the top of the page "Cancer
16   Research"?
17   MR. FOWLER:  It does.  It's called
18   "Dose and Time Relationships for Tumor
19   Induction in the Liver and Esophagus," etc.
20   THE VIDEOGRAPHER:  Let me know if
21   this is the right one here.
22   MR. FOWLER:  No.
23   THE VIDEOGRAPHER:  Okay.
24   MR. FOWLER:  It's 1991 A.
25   Q.    Doctor, while this is coming up, do

Page 371

1    you agree that the concept, if you will, of
2    permissible daily exposure of PDE, the PDE itself
3    is a level below which -- let me start that again.
4    The PDE would be considered a
5    threshold level in that nomenclature, sir?
6    MR. SLATER:  Objection.
7    This topic was asked and answered and
8    covered earlier.
9    You can answer.
10   A.    Repeat the question.
11   Q.    Is a PDE another term for a threshold
12   level?
13   A.    Essentially, yes.
14   Q.    I understand you did not read
15   Dr. Johnson's article, so is it fair to say that
16   you don't know whether that article establishes
17   any sort of threshold, sir?
18   A.    Which article was that?
19   Q.    Dr. Johnson's 2021 --
20   A.    I hadn't read that, no.
21   Q.    Yes, sir.
22   So you're not here to say whether or
23   not that data demonstrates a threshold at low
24   doses?
25   A.    I'm not, no.

Page 372

1    Q.    And would you defer to a genetic
2    toxicologist to interpret such data when
3    calculating a PDE?
4    MR. SLATER:  Objection.
5    You can answer.
6    A.    A genetic toxicologist?
7    Q.    Yes, sir.
8    A.    Would I defer to a genetic
9    toxicologist?  I'm not sure.
10   Q.    You've never done a benchmark dose
11   evaluation, have you, sir?
12   A.    I think I mentioned this repeatedly
13   today.
14   MR. FOWLER:  Just waiting on Peto,
15   sir.  I'm just trying not to --
16   THE VIDEOGRAPHER:  Counsel, I only
17   have one document, the one that I pulled up,
18   that was labeled with P-E-T-O for Peto.
19   MR. FOWLER:  Okay, sir.  I'll forge
20   ahead without it.
21   Q.    Doctor, do you recall that in the
22   Peto study, there was a level of -- let me start
23   that again.
24   The Peto study was a large cancer
25   bioassay, correct?

Page 373

1    A.    Yes.
2    Q.    It administered a variety of doses,
3 some of which until that animal died, correct?
4    A.    Yes.
5    Q.    And it had a control group, yes?
6    A.    Yes.
7    Q.    And at low doses, if the number of
8 subject animals produced fewer tumors than the
9 background rate of the control group, would you
10 say that there's evidence of a -- that that
11 supports evidence of a threshold?
12         Do you understand my question, sir?
13    A.    No.
14    Q.    It was a bad question.  I'll try
15 again.
16         If the dose levels from let's say
17 0.001 through 0.087, as reflected in table seven
18 of Peto, produced tumors fewer than the control
19 group expressed, do you agree that you cannot
20 attribute the tumors produced at those low doses
21 to anything other than background?
22         MR. SLATER:  Objection.
23         I object for multiple reasons,
24    including you're quoting a table that nobody
25    can see and I object to the multiple parts of

Page 374

1    the question.
2         You can answer if you can.
3    A.    I really can't answer that without
4 looking at the data.  But I do recall very
5 specifically that Peto said either in the abstract
6 or in the discussion that there was no evidence of
7 a threshold, quote, unquote.
8         Peto is a statistician who was very
9 well respected, so I take his word.
10    Q.    Yes, sir.
11         Doctor, if in an animal study the
12 doses produce fewer tumors than the control group,
13 can you conclude anything about the causation of
14 those low doses, sir?
15    A.    I would have to look at the data.  I
16 don't know what data you're talking about.
17    Q.    Is there any conceivable study that
18 you can imagine where the dose group revealed
19 fewer tumors than the control group and a
20 causation determination can be made?  Can you
21 envision anything like that, sir?
22         MR. SLATER:  Objection.
23         Multiple reasons.
24         You can answer.
25    A.    I don't know.

Page 375

1    Q.    Why are control groups used in animal
2 studies, sir?
3    A.    Because it gives you a reference
4 point to compare to your treated group.
5    Q.    And why is that important?
6    A.    Because, you know, there might be
7 some tumors that form in the untreated animals for
8 reasons other than the material that you're
9 administering due to other factors, endogenous
10 factors and whatever.
11         So you have to have a control group
12 because, you know, tumors will develop in various
13 organs of animals with old age, laboratory animals
14 with old age, so you need the control group as a
15 comparison.
16    Q.    Thank you, sir.
17         Let me direct your attention --
18 shifting gears back to your report, please -- I'm
19 going to direct your attention to page 11.
20         Let me know when you're there, sir.
21    A.    I'm there.
22    Q.    The middle paragraph -- and this is
23 Exhibit 1 -- in the middle paragraph, at the
24 bottom, you state "Given sufficient exposure to
25 NDMA and NDEA, as with the levels found in the

Page 376

1 contaminated valsartan (see below) the formation
2 of these DNA adducts would be sufficient to cause
3 mutations in cancer in exposed humans."
4         Have I read that correctly, sir?
5    A.    Yes.
6    Q.    You would agree, sir, that the number
7 of adducts is dispositive for a cell to undergo a
8 malignant transformation; isn't that correct?
9    A.    Is dispositive?  What was your -- I
10 didn't hear --
11    Q.    I'll rephrase, sir.
12    A.    The number of adducts is what?
13    Q.    There is a minimum number of adducts
14 that must be -- that exist in a cell before it
15 undergoes a malignant transformation, correct?
16    A.    A minimum number?  Sure.  I mean,
17 there is a number.  We don't necessarily know what
18 it is.
19    Q.    Yes, sir.  And one O6-methylguanine
20 mutation can be the result of one metabolized NDMA
21 molecule, right?
22    A.    Correct.
23    Q.    Do you have any reason to dispute
24 that there are roughly 600 adducts of
25 O6-methylguanine at any given time in a cell

Page 377

1  absent exogenous NDMA?
2      A.    Where did you get that from?
3      Q.    My question is do you have any reason
4  to dispute that, sir?
5      A.    Yes.
6      Q.    What is your basis?
7      A.    I don't know where you got that
8  number from.  Just made it up or what?  Where did
9  you get the number 600 from?
10     Q.    You agree there's a baseline number
11 of O6-methylguanine adducts in a cell at any given
12 time, sir, right?
13     A.    Baseline number?  What is that?
14         THE WITNESS:  Hold on, sir.
15         (Discussion off the stenographic
16     record)
17     Q.    I'll move on, Doctor.
18     A.    Sorry.
19     Q.    Referring to page 11, I'm just
20 interested in what the number of DNA adducts you
21 are referring to in that sentence.
22         You don't give any level, sir, and
23 that's what I'm asking --
24     A.    Which sentence now?
25     Q.    The one we read in page 11 of your

Page 378

1  report, "Given sufficient exposure to NDMA and
2  NDEA, as with the levels found in the valsartan,
3  the formation of these DNA adducts would be
4  sufficient to cause mutations."
5         My question is how many adducts, sir?
6     A.    I don't know.  One.  One adduct in
7  theory.
8     Q.    I'm sorry.  You broke up.
9         One more time?
10    A.    One adduct in theory is enough.
11    Q.    You would agree that one adduct is
12 subject to DNA repair, correct?
13    A.    Yes.
14    Q.    And if repaired, no risk of
15 carcinogenicity, correct?
16    A.    Not from that particular pathway,
17 correct.
18    Q.    Do you disagree that DNA repair can
19 and does create a threshold level when exposed to
20 low doses of NDMA?
21         MR. SLATER:  Objection.
22         You can answer.
23    A.    It's a very general question.  I
24 mean, there's no doubt that DNA repair is
25 important.  You know, when you say does it affect

Page 379

1  the low doses, you know, what's a low dose, what
2  are the conditions.  There are many factors, but
3  we know that DNA repair is important.
4         You know, there's a lot of hand
5  waving in your statement.
6     Q.    Thank you, sir.
7         I've now found where the 600 came
8  from -- I apologize -- earlier.
9         Were you familiar with an article by
10 Dr. Krause and McKeene, et al, from 2019 entitled
11 "Immunological and Mass Spectrometry Approaches to
12 Determine Thresholds of Mutagenic DNA Adduct
13 O6-methylguanine and VBo"?
14         Are you familiar with that article,
15 sir?
16    A.    Doesn't strike a bell offhand.
17    Q.    Okay.
18         Thank you, sir.
19         Doctor, do you agree that potency,
20 the existence of a threshold and dose response are
21 toxicology issues, sir?
22    A.    Yes.
23    Q.    And because you are not a
24 toxicologist, you're not qualified to render
25 opinions on potency existence of a threshold or

Page 380

1  dose response; isn't that correct, sir?
2         MR. SLATER:  Objection.
3         You can answer.
4     A.    That depends what you mean by
5  qualifications.  I'm not a toxicologist.  That's
6  true.  I don't know that that necessarily excludes
7  me from having opinions.
8     Q.    Yes, sir.
9         Would you defer to a toxicologist as
10 to the existence of a threshold for NDMA and NDEA?
11         MR. SLATER:  Objection.
12         You can answer.
13    A.    That would depend who the
14 toxicologist was.
15    Q.    Fair point, sir.  Thank you.
16         Doctor, do you agree that or disagree
17 that the DNA adducts that we're speaking about,
18 this O6-methylguanine, those adduct measurements
19 do not define the location of the adduct in the
20 genome.
21         Is that a true statement?
22    A.    Yes.
23    Q.    Given that cells have evolved
24 efficient measures to keep gene coding sequences
25 damage free, it's not possible to currently say if

Page 381

1  DNA adducts accrue in a linear fashion in the
2  coding sequences.
3        Do you agree with that?
4     A.   Yeah, yes.
5     Q.   And for the jury -- I'm sorry.
6     A.   Yeah.
7     Q.   For the jury's purpose, by saying it
8  does not accrue in a linear fashion, that means if
9  you're adding two more NDMA molecules that it will
10  not -- let me start that again.
11        If you double the NDMA molecules, it
12  doesn't result in a linear uptick of the
13  mutations, correct, sir?
14        MR. SLATER:  Objection.
15        You can answer.
16     A.   You know, that's a complicated
17  question because we know that the dose response
18  for NDMA -- and NNK, for that matter -- in mice is
19  a hockey stick --
20     Q.   Yes, sir.
21     A.   -- kind of picture because when the
22  O6-methylguanine DNA methyl transfer is
23  succeeded -- in the activity that is succeeded --
24  then the cancerous mutations will increase more
25  rapidly, so it's not linear.  It's more like this.

Page 382

1     Q.   And a hockey stick, I've got a couple
2  behind me, they're long and flat and then the
3  blade goes up at the end, correct, sir?  It's a
4  line with an uptick at the end where the hockey
5  blade would be?  That's how it gets its name?
6     A.   Yes.  You have a slowly increasing
7  amount which would be similar to the blade and
8  then when you reach a certain point, the increase
9  is greater, so that's where the hockey stick comes
10  from.
11     Q.   Yes, sir.  Thank you.
12        Shifting gears a little bit, Doctor,
13  just to keep moving, do you agree that if more
14  than one nitrosamine are present -- let's do it
15  this way.
16        If NDEA and NDMA are both present in
17  the body at the same time, do you agree that their
18  actions, if you will, will be additive and not
19  synergistic?
20        Do you understand the question, sir?
21     A.   Yes, probably.  But to tell the
22  truth, I don't think we have good data on that.
23        MR. FOWLER:  Can I have the FDA
24  transcript, day one please?
25        (Whereupon, Exhibit 25 was marked for

Page 383

1  identification.)
2        (Whereupon, Exhibit 26 was marked for
3  identification.)
4     Q.   Do you recall this issue coming up in
5  the FDA panel, sir?
6     A.   Not right now, I don't, but sure, I
7  probably do.
8     Q.   I'll try to refresh your
9  recollection.  Look at day one and I'll direct
10  your attention, please, to page 143 and in
11  particular, directing you to line 15 through 19.
12        Do you see your name there?
13     A.   Yes.
14     Q.   I could have it blown up so you could
15  take your time to look at it.
16        So you say "I agree.  Considering the
17  low levels that we are going to be observing,
18  additivity is definitely the default assumption of
19  the molar amounts that are present, so I agree
20  with everything that has been said about
21  additivity."
22        Do you see that, sir?
23     A.   Yes.
24     Q.   And are you familiar -- I'm sorry?
25     A.   That's what I said.

Page 384

1     Q.   You're not -- you have no -- you're
2  not disagreeing with yourself here today, are you,
3  sir?
4     A.   No.
5        MR. FOWLER:  Doctor, let me again
6  switch gears.  You could take that down,
7  please.
8     Q.   With regard to your research on
9  tobacco and cigarette smoking, the -- you would
10  agree that there are -- there have been identified
11  specific cancers which are attributed to cigarette
12  smoking, correct, sir?
13     A.   Yes.
14     Q.   And I think you testified earlier
15  there's some 70 carcinogens in tobacco, which
16  include certain nitrosamines, yes?
17        MR. SLATER:  Objection.
18     A.   In tobacco smoke.
19        MR. SLATER:  Objection.
20        We're now duplicating questioning
21  exactly.  I don't appreciate it.
22        MR. FOWLER:  It's just a foundation,
23  Counsel.  Trying to orient the doctor as I
24  jump around here.
25     Q.   So Doctor, the carcinogens from

Page 385

1 cigarette smoke, you would agree, are quickly --
2 quickly enter the bloodstream upon exposure.
3        Do you agree with that?
4    A.    Yes.
5    Q.    And as a result of --
6    A.    For the most part.
7    Q.    Fair enough.
8        As a result, they travel throughout
9 the body's tissues, the arterial system, back,
10 venous system.
11       It's everywhere, correct, sir?
12   A.    It's a very general statement.  You
13 know, each carcinogen behaves differently.  For
14 example, some may be retained in the lung
15 particles.  There may be other factors that affect
16 the absorption into the bloodstream.
17   Q.    Based upon your research, Doctor, you
18 agree that NDMA, as one of those nitrosamines,
19 likewise enters the blood and is transported to
20 various tissue systems in the blood, correct?
21   A.    Yes.
22   Q.    And throughout your research of
23 cigarette smoke and tobacco, none of your studies
24 or any studies that you have seen has identified
25 cigarette smoke-induced tumors as being caused by

Page 386

1 NDMA.
2        Isn't that true?
3    A.    Correct.
4    Q.    In fact, it's been your publication
5 that the nitrosamines NNN, NNK and there may be a
6 couple more, are the responsible nitrosamines for
7 the cancers that cigarette smoking causes.
8        Is that a fair statement?
9    A.    No.  I've never excluded other
10 nitrosamines.
11   Q.    Okay.
12   A.    I presented data that supports the
13 concept that NNN and NNK cause DNA damage and
14 cancer in smokers and also smokeless tobacco
15 users, but I've never excluded other nitrosamines
16 whatsoever.
17   Q.    Thank you for that clarification,
18 sir.
19       Can you explain why it is if NDMA is
20 transported through the blood from the cigarette
21 smoke why there's not any evidence that NDMA
22 causes cancer in these various tissues that it
23 reaches through the cigarette smoke as a result of
24 the cigarette smoke, sir?
25       MR. SLATER:  Objection.

Page 387

1        You can answer.
2    A.    We don't know the answer to that.
3    Q.    You agree that the nitrosamines in
4 tobacco smoke or smokeless tobacco have different
5 carcinogenic presentations when administered
6 differently, correct?
7    A.    Yes and no.  It's not really correct.
8 It depends -- you can't generalize.  Okay?  I know
9 too much about this.  Some of them -- NNK for
10 example, will affect the lung almost independent
11 of the root of administration, seemingly given by
12 insulation into the bladder and affects mainly the
13 lung.  NNN, on the other hand, will affect the
14 oral cavity and esophagus when given in drinking
15 water.
16   Q.    I'm sorry.
17   A.    It's hard to generalize.
18   Q.    For each cancer that you would agree
19 is caused by cigarette smoke, do you agree that
20 that determination was based upon actual data and
21 testing and an evaluation of human tissue and
22 tumors to make that causation connection?
23   A.    Epidemiology, yes.
24   Q.    Well, I'm speaking of actual lab
25 science, Doctor.

Page 388

1    A.    Well, you were talking about
2 causation.
3    Q.    Yes, sir.
4    A.    So, you know, the first thing in
5 causation is usually epidemiology.
6    Q.    For cancers that are known to be
7 caused by cigarette smoke, sir, have the
8 determinations as to the specific types of cancer,
9 to your knowledge, been evaluated in a -- by
10 pathologists in the laboratory to reach any
11 conclusions at all, sir?
12   A.    Repeat your question.
13   Q.    Well, outside of epidemiology
14 evidence, I'm trying to understand whether the
15 causal link between cigarette smoke and these
16 cancers that you've identified has been identified
17 through toxicology studies of human tissue in in
18 vivo, in vitro, but using human tissue to make
19 that determination?
20   A.    Yes, absolutely.
21   Q.    Okay.  And -- I'll just leave it at
22 that.
23       No, I won't.
24       There's no such similar study with
25 regard to any determination of NDMA and any

Page 389

1 cancers that it could allegedly cause in humans,
2 correct?
3    A.    Oh, there are multiple studies of
4 NDMA metabolism in human tissues, organ culture
5 studies. Also, sub cellular fractions. Yes,
6 multiple studies published many years ago.
7    Q.    Notwithstanding the agreement today,
8 Doctor, you said several times that the level of
9 NDMA in the pharmaceuticals should be zero?
10    A.    Yes.
11    Q.    Doctor, you don't hold yourself out
12 as any sort of regulatory expert, do you, sir?
13    A.    No.
14    Q.    Do you know what a drug master file
15 is?
16    A.    Not exactly.
17    Q.    Do you know what criteria FDA uses
18 whether or not to approve a drug?
19    A.    That's not my area.
20    Q.    So you have no basis for saying
21 whether or not these drugs have been approved or
22 not or if that number should be zero, do you?
23        MR. SLATER:  Objection.
24    A.    I have a basis for saying it should
25 be zero.  I absolutely have a -- I absolutely have

Page 390

1 a basis for saying it should be zero because I've
2 looked at the method of synthesis and I've looked
3 at all the data from CHP and the others and
4 absolutely this never should have happened.  We
5 shouldn't be here.  It should have been zero.
6        MR. FOWLER:  Thank you, Doctor.
7        I don't have further questions.  I'll
8        pass the witness to the next questioner.
9        Thank you so much for your time and patience.
10        MR. SLATER:  You know, if you told me
11        you had a hockey stick, we would have been
12        more easy going.  I don't want to get hit by
13        a hockey stick.
14        MS. KAPKE:  Good evening, Dr. Hecht.
15        I'll be very brief.  I have a couple of
16        questions.
17 EXAMINATION BY
18 MS. KAPKE:
19    Q.    You agreed in response to
20 Mr. Trischler's questions earlier today that
21 valsartan is typically a long-term drug taken
22 chronically.
23        Do you remember that?
24    A.    Yes.
25        MR. SLATER:  Objection.

Page 391

1        Duplicative.
2    Q.    Understanding that valsartan is
3 typically taken chronically, do you have an
4 opinion about whether acute usage of valsartan
5 containing an NDMA or NDEA impurity could cause a
6 person to develop cancer?
7        MR. SLATER:  Objection.
8        You can answer.
9    A.    Well, it would be more likely from
10 continuous use because, you know, the cumulative
11 dose would be greater.
12    Q.    Did you evaluate the animal studies
13 with an eye towards duration of use to make an
14 assessment of how long a person would need to take
15 valsartan containing NDMA or NDEA before that NDMA
16 or NDEA exposure could have caused the person to
17 develop cancer?
18    A.    Which animal studies?
19    Q.    Any of them.
20    A.    No, I didn't attempt to make that
21 evaluation.  There are many -- there are many
22 animal studies of NDMA.  I guess the one that's
23 most compelling is the Peto study.  So we know
24 that very low doses of NDMA given over a long
25 period of time to rats can cause a significant

Page 392

1 incidence of tumors.
2    Q.    Let's just use that study.  I'll just
3 follow up on that.
4        How long of a duration of exposure
5 did the rats have in the Peto study?
6    A.    Over two years, I believe it was.
7    Q.    Are there any studies that you are
8 relying on that are acute animal studies?
9    A.    There are single dose studies of
10 NDMA.  Sure.
11    Q.    And are -- could you give me -- are
12 they cited in your report?
13    A.    No.  My report doesn't go into detail
14 and all of the literature on NDMA, which is very
15 extensive, the carcinogenicity literature --
16    Q.    Okay.  Let me just back up --
17    A.    -- they're out there.  I mean,
18 there's a huge number of studies on NDMA
19 carcinogenicity and laboratory animals.
20    Q.    Okay.
21        Let me just back up and ask it this
22 way: You've agreed here multiple times that dose
23 and duration are important.
24        Is there a minimum number of days a
25 person would need to take valsartan that contain

Page 393

1  NDMA or NDEA in any amount that's relevant to this
2  case before that exposure would cause a person to
3  develop cancer?
4     A.    We don't know.  In theory, one
5  exposure is sufficient.  We don't know a minimum
6  number of days.  We don't know that.
7     Q.    Are there any studies that you are
8  relying on specifically to allow you to
9  extrapolate to duration of use for only a single
10 day as being appropriate to cause cancer in a
11 human?
12    A.    No.  I don't believe there is any
13 study like that in a human.
14    Q.    Are there any --
15    A.    There are single dose studies in
16 animals --
17    Q.    And --
18    A.    -- of NDMA.
19    Q.    Are any of those studies sufficient
20 for you to extrapolate to a person who took one
21 pill of valsartan containing NDMA or NDEA and NDMA
22 or NDEA impurity?  Can you cite me any such study
23 that is appropriate to extrapolate?
24    A.    No, there's not.
25    Q.    What about the same question for a

Page 394

1  single prescription fill for 30 days?
2     A.    I don't have that kind of data.  That
3  would be -- that would be speculation.
4     Q.    And --
5     A.    It's all dose response, so obviously
6  the more frequently the pill contaminated with
7  dimethylnitrosamine was taken, the higher the
8  risk.
9     Q.    Would it be fair to say that a person
10 needed to take valsartan containing an NDMA or
11 NDEA impurity for at least a year before that NDMA
12 or NDEA exposure could have caused that person to
13 develop cancer?  Would that be a fair statement?
14    A.    I don't think we know the timeframe.
15 I mean, the study that we talked about before from
16 Germany covered three years, I believe, and they
17 saw an increased risk of liver cancer, but I don't
18 think we know the timeframe.  I mean, in theory,
19 everything lines up wrong.  You know, one dose
20 should be enough in theory.
21    Q.    Well, in --
22    A.    If everything is wrong, I mean, you
23 know, if your DNA repair is not working right, if
24 you happen to hit the right part of the DNA in the
25 right gene, the right mutation, in theory, it only

Page 395

1  takes one.
2     Q.    Well, what I want to get at is what
3  is your opinion to a reasonable degree of medical
4  and scientific certainty as to the duration of
5  exposure that can cause a person to develop cancer
6  following an exposure to valsartan containing an
7  NDMA or NDEA impurity.
8        I'm trying to see if you can put a
9  duration limit on that for me to a reasonable
10 degree of medical and scientific certainty.
11    A.    It's very hard to do but, you know,
12 if you force me to give a timeframe, I guess as a
13 minimum I would be, you know, comfortable with one
14 year, but it's very -- very difficult question to
15 answer.
16        MS. KAPKE:  Okay.  I have no further
17 questions.  Thank you.
18        MR. SLATER:  Let's go off the record.
19        THE VIDEOGRAPHER:  The time is 8:05.
20 We're going off the video record.
21        (Time noted: 8:05 p.m.)
22        (Deposition concluded for the
23 evening.)
24
25

Page 396

1        A C K N O W L E D G M E N T
2
3        I, STEPHEN HECHT, Ph.D., hereby certify that I
4  have read the transcript of my testimony taken under oath
5  in my examination of August 17, 2021; that the transcript
6  is a true, complete and correct record of what was asked,
7  answered and said during this deposition, and that the
8  answers on the record as given by me are true and
9  correct.
10 _____
11    STEPHEN HECHT, Ph.D.
12
13 Signed and subscribed to
14 before me, this      day of
15      2021.
16 _____
17    Notary Public
18
19
20
21
22
23
24
25

Page 397

```
1              CERTIFICATION
2         I, SARA K. KILLIAN, RPR, CCR, do
3    hereby certify that STEPHEN HECHT, Ph.D.
4    the witness whose examination under oath
5    is hereinbefore set forth, was duly sworn,
6    and that such deposition is a true record
7    of the testimony given by such witness.
8         I FURTHER CERTIFY that I am not
9    related to any of the parties to this
10   action by blood or marriage, and that
11   I am in no way interested in the
12   outcome of this matter.
13         IN WITNESS WHEREOF, I have hereunto
14   set my hand this 23rd day of August, 2021.
15
16
17
            <%4268,Signature%>
18          SARA K. KILLIAN, RPR, CCR
19
20
21
22
23
24
25
```

Page 398

```
1       ERRATA SHEET
     VERITEXT NEW JERSEY REPORTING, LLC
2
     CASE NAME: In re: valsartan
3  DATE OF DEPOSITION: 8/17/2021
     WITNESS' NAME: STEPHEN HECHT, Ph.D.
4
     PAGE/LINE(S)/   CHANGE      REASON
5    ____/____/_____/_____
     ____/____/_____/_____
6    ____/____/_____/_____
     ____/____/_____/_____
7    ____/____/_____/_____
     ____/____/_____/_____
8    ____/____/_____/_____
     ____/____/_____/_____
9    ____/____/_____/_____
     ____/____/_____/_____
10   ____/____/_____/_____
     ____/____/_____/_____
11   ____/____/_____/_____
     ____/____/_____/_____
12   ____/____/_____/_____
     ____/____/_____/_____
13   ____/____/_____/_____
     ____/____/_____/_____
14   ____/____/_____/_____
     ____/____/_____/_____
15   ____/____/_____/_____
     ____/____/_____/_____
16   ____/____/_____/_____
     ____/____/_____/_____
17   ____/____/_____/_____
     ____/____/_____/_____
18   _____
            STEPHEN HECHT, Ph.D.
19
     SUBSCRIBED AND SWORN TO
20   BEFORE ME THIS_____DAY
     OF _____, 2021.
21
22   _____
       NOTARY PUBLIC
23   MY COMMISSION EXPIRES_____
24
25
```

[& - 2011]

| **&** |
| --- |

**&**
2:3,13,20 3:3,15 4:20 5:15
6:20

| **0** |
| --- |

**0.001**
373:17
**0.087**
373:17
**0.1**
130:2,11 180:16 209:23
210:3
**0.3**
72:1,3
**0.33**
71:17
**0.47**
181:2,17,22 182:3
**0.47.**
209:25 210:8
**0.5**
130:2
**0.6**
182:18 190:1
**02109**
5:18
**07068**
2:6
**07102**
4:16
**08543**
6:14

| **1** |
| --- |

**1**
8:10,16,17 18:14,16 19:5
31:12 32:4 40:15 57:14
60:6,9 74:25 138:21 139:1
139:3,5,10,15,21 145:1,4
145:11,16,19 146:7,9 148:4
206:4 263:1 301:3 320:8
375:23
**1,000**
119:6 176:20 189:3
**1,800**
176:13 179:12
**1,900**
176:14 179:13
**1.0**
130:14
**1.0.**
130:2
**1.22**
288:12
**1.34**
243:9
**1.57**
180:17 209:23 210:3

**1.6**
129:25
**1.6.**
130:12
**10**
9:13 142:3,6 146:16 364:19
**10:37**
79:2
**10:49**
79:7
**100**
2:15 59:8 75:25 139:14
145:6 152:23 299:20
336:13,13,17 364:15
**10017**
2:16
**102**
8:19
**103**
2:5
**1037**
4:15
**1057**
234:18
**11**
3:17 9:15 159:3,10 375:19
377:19,25
**1-123**
9:14
**113**
8:20
**1130**
175:19
**1131**
176:18
**1133**
190:24
**118**
9:3
**12**
8:4 9:17 152:7 154:9
173:25 175:20 345:7
347:21,25
**12/9/19**
103:10
**12:17**
141:7
**12:27**
141:11
**12:30**
184:20,22
**120**
176:25 177:7 178:3 314:16
**123**
9:7
**125**
9:11

**13**
9:20 37:21 198:23 199:10
199:19 256:14 348:2,2,6
**1353**
126:10
**14**
9:23 199:2 200:6 206:21
207:13,20 212:11 216:1
**142**
9:13
**143**
383:10
**145**
106:13
**146**
106:8,12
**149**
80:23
**15**
10:3 71:8,14 212:11 216:1
216:18 218:14,25 219:1
289:21 355:24 364:19
366:12 383:11
**150**
71:22 72:2 119:14 181:20
181:25 182:5,16 183:1
193:22 210:17,22
**15219**
3:8
**159**
9:15 353:4 356:21
**16**
10:5 157:18,21 224:7,8
234:14 279:11 280:4,6
282:2 285:14 356:25
**16th**
2:15
**17**
1:11 10:9 12:3 234:14,15
234:16 236:18 396:5
**174**
9:17
**18**
8:10 10:12 242:25 243:3
289:9 366:13
**1835**
2:22
**1875**
5:8
**19**
10:16 261:21,22 383:11
**190**
7:5
**19103**
2:23
**19422**
4:23

**1956**
46:14
**1968**
34:13
**197,000**
192:6
**1970**
137:10,12 138:9
**1973**
57:16
**1978**
132:7,11 137:25 138:1,10
184:7,7 247:18 312:18
**1980s**
46:19
**1987**
138:3,12,14
**1988**
128:3,5,16,19 131:9,20
**199**
9:20
**1990**
324:10
**1991**
370:3,24
**1992**
221:8
**1998**
80:20

| **2** |
| --- |

**2**
8:11 10:16 33:3,7,20 63:6
76:22 79:13 81:8 206:4
261:10
**2,000**
179:3,5,6,16 182:22 188:25
189:2 192:4
**2,200**
209:18
**2.2**
209:13
**2.5**
164:25
**2:04**
207:6
**2:57**
207:10
**20**
10:17 44:20 69:16 70:5,10
70:10 71:6,7 128:2 264:14
289:2,3 301:19 302:11
335:12 356:25 364:19
**200**
4:22 59:8 193:22
**2000**
312:19
**2011**
236:25

[2018 - 6445]

**2018**
177:17,18
**2019**
17:16,24 98:18 102:25
104:21 105:13 379:10
**2020**
102:25
**2021**
1:11 11:8,9 12:3 13:3,9
18:10,15 155:3 294:20
295:1 371:19 396:5,15
397:14 398:20
**2021/2022**
38:10
**207**
9:23
**21**
6:13 10:18 273:15 342:5
**21,800**
176:3
**219**
10:3
**22**
10:22 282:11 342:5
**2220**
6:5
**224**
10:5
**227**
6:22
**23**
11:3 50:2 309:19,20 342:5
**230**
6:5
**234**
10:9
**2369**
335:9
**23rd**
397:14
**24**
11:5 180:6,9 324:19 325:1
335:5 342:5
**243**
10:12
**25**
11:7 118:25 119:13 122:2
180:7,9,14 342:5 382:25
**25,000**
174:15,21 178:16,21
182:11 302:3,12
**26**
11:9 383:2
**26.5**
164:14 165:3
**261**
10:16
**264**
10:17

**27**
20:19 27:9
**273**
10:18
**27th**
5:17
**28**
248:17
**280**
76:22 77:2
**282**
10:22
**28202**
6:23
**2875**
1:3
**29**
11:7 199:22
**2900**
2:22
**2a**
75:3 136:21,25 137:3,7,7
137:23 138:6,7,15,17,20
142:20,23 143:4,10,11
146:9 148:4
**2e1**
321:12
**2nd**
4:5

**3**

**3**
8:13,17 36:16,20
**3,000**
189:3
**30**
11:9 44:21 69:15 70:3,7
74:13 146:13 199:22 305:6
394:1
**30,000**
174:15,21
**300**
5:8 59:10,16,18 60:14
181:18 193:15,19,19
**301**
3:7
**302**
209:9
**309**
8:5 11:3
**32**
149:10
**320**
181:22 210:15 316:24
317:9
**325**
11:5
**326**
221:4

**33**
8:11 128:4
**33131**
4:6
**333**
4:5
**33431**
5:9
**336**
73:8
**347**
11:17
**35**
347:6
**350**
179:13
**358**
288:5
**36**
8:13
**360**
117:13
**365**
164:23 165:4
**37**
142:9,19 145:3
**380**
179:14
**383**
11:7,9
**390**
8:6

**4**

**4**
8:14,16 17:16 67:22,23
68:23 73:19 76:6,10,17
102:5,6
**4,350**
176:4
**4.6**
274:2 279:23
**4:27**
272:21
**4:30**
315:8
**4:38**
272:25
**400**
26:19 363:23 365:16 366:1
**4080**
9:7
**4268**
397:17
**4368**
325:10
**4369**
335:5,10

**4400**
4:5
**45**
84:24 100:18 250:24 344:8
**450**
4:22
**452e1**
297:4
**46204**
3:18

**5**

**5**
8:19 102:8,9,16,19 103:8
130:15 206:4 211:3 333:21
**5,150**
273:22
**5:30**
315:8
**5:34**
315:20
**5:49**
315:24
**50**
24:11,14,18 41:3,6 303:10
303:21 305:7
**53**
5:17
**55455**
15:16

**6**

**6**
8:20 13:9 18:10 113:13,16
114:4
**6,200**
209:18
**6.2**
209:12
**6:27**
344:17
**6:33**
344:20
**6:45**
356:12
**600**
4:15 6:22 7:5 376:24 377:9
379:7
**60606**
6:6
**61**
290:21
**618**
67:11 76:12,17
**63105**
7:6
**6445**
123:15

[65 - advanced]

**65**
  149:2,6,8
**657**
  356:16
**67**
  8:14
**677,075**
  167:19
**6th**
  13:3 18:15

**7**

**7**
  9:3 118:20,21 121:11
  200:23
**7,000**
  161:11
**7.5**
  183:4 184:10 190:1
**7/6/21**
  8:10
**7:12**
  369:2
**70**
  72:3,3 160:14 162:22
  164:19,23 165:4,9 301:13
  384:15
**727**
  369:6
**750,000**
  282:15

**8**

**8**
  9:7 122:23,24 321:2 323:11
**8/17/2021**
  398:3
**8:05**
  395:19,21
**80th**
  318:1

**9**

**9**
  9:11 125:19,23 127:11
**9,000**
  163:9
**9:00**
  1:12
**9:13**
  12:2
**90**
  301:17
**90s**
  53:10
**95**
  333:15
**96**
  164:2,4,9,22 365:15 366:3
  368:3

**97**
  191:24
**9893**
  242:7 243:4,20

**a**

**a.m.**
  1:12 12:2
**abilities**
  296:2
**ability**
  15:9 44:15 89:21 95:1
  150:24 151:16 153:22
  297:9 299:17 328:25
**able**
  36:22 44:5 71:24,25 78:18
  79:17 89:16 90:19,22 91:3
  91:11 95:15 96:2 101:4,7
  212:21 234:22 248:16
  303:13 308:2 309:11 321:6
  354:22 359:15 360:6
**abreast**
  98:21 105:6
**absence**
  92:18 143:14
**absent**
  151:14 153:16,20 293:2
  377:1
**absolutely**
  72:25 119:23 121:9 166:5
  166:23 201:16 224:15,16
  243:25 246:13 297:14
  357:17 388:20 389:25,25
  390:4
**absorption**
  62:19 385:16
**abstract**
  243:8,10,11,15 374:5
**academia**
  35:13
**academic**
  38:10
**accept**
  81:1 181:3 305:11
**acceptable**
  160:11,14 162:21 163:24
  164:4,8,13,14,17,23 165:2
  172:15 173:1,15 367:20
**accepted**
  124:17 205:3 208:3 365:25
**accepting**
  209:4
**accessible**
  70:15
**account**
  147:4,21 191:23 212:19
  223:7 244:14 302:8
**accrue**
  381:1,8

**accuracy**
  228:18,25
**accurate**
  29:23 33:22 74:7 216:7
  280:11
**accurately**
  180:18 204:5 359:15
**acid**
  64:14
**acids**
  192:17 194:5
**acknowledge**
  27:8
**acknowledged**
  97:9 239:12 313:1
**acknowledging**
  217:6
**acquire**
  302:13
**acrolein**
  64:14 152:16
**act**
  257:15 259:16
**action**
  46:12 47:20 48:3 116:15
  397:10
**actions**
  382:18
**activation**
  44:10 77:9,13,15 298:12,25
**active**
  155:10
**actively**
  32:23 38:6 40:11
**activities**
  51:4
**activity**
  59:4 258:4,6,13 299:12
  381:23
**acts**
  257:16
**actual**
  58:5 101:4 178:9 205:20
  206:15 229:8,15 231:5,17
  236:19 249:7 387:20,24
**acute**
  391:4 392:8
**acutely**
  287:14
**adage**
  27:15
**adam**
  2:7 9:19 20:3 25:14,18 56:5
  75:22 78:16 84:5 139:25
  140:19 222:18 257:3 265:8
  266:15 272:4 306:14 309:9
  354:17,25 368:11,12
**adamson**
  297:16,21,24 298:8

**add**
  34:3 364:19
**addendum**
  261:16
**addicted**
  44:4
**adding**
  104:8 130:3,5 381:9
**addition**
  54:13 158:5 176:9 212:8
  220:20 262:12
**additional**
  182:5 268:22 354:3
**additive**
  382:18
**additivity**
  383:18,21
**address**
  13:24,24 15:13 258:14
**addressed**
  223:3 259:9 284:4 346:13
  348:24
**addressing**
  213:9
**adduct**
  256:21 294:18 329:10
  332:20,20 378:6,10,11
  379:12 380:18,19
**adducts**
  64:1,1 257:16 259:1 357:21
  358:2,4 376:2,7,12,13,24
  377:11,20 378:3,5 380:17
  381:1
**adequate**
  99:16 221:5
**adequately**
  325:16,22
**adjusted**
  287:20 343:20
**administer**
  22:13
**administered**
  72:21 74:1,13 118:24 119:9
  119:25 121:4,18 123:7
  124:1 129:1,21 340:19
  373:2 387:5
**administering**
  375:9
**administration**
  322:18 326:7,14,19,22,23
  327:4 387:11
**adult**
  84:24
**adults**
  82:14
**advance**
  345:1,2,9,17
**advanced**
  184:1

**[adverse - answer]**

**adverse**
  208:25
**advocating**
  144:11,16,21
**affect**
  110:18 326:14 378:25
  385:15 387:10,13
**affiliated**
  49:24
**afraid**
  303:6
**afternoon**
  307:7 308:23
**age**
  24:9,11,14,18 35:9 303:10
  303:21 305:7 375:13,14
**agencies**
  172:10 184:1 228:15
**agency**
  135:1 169:1
**agent**
  22:14 44:3 90:10 94:2
  136:11 142:23 144:12
  152:11 154:12 297:13
  299:18 337:8,13,20
**agents**
  9:13 141:16,20 142:15,24
  150:6
**aggressively**
  285:16
**ago**
  14:7 17:12,23 38:14,16
  128:2,4 135:16 147:22
  155:14 191:7 200:22
  222:12 234:2 247:3 257:8
  260:7 271:5,9 389:6
**agree**
  26:14,24 27:7,18 28:10
  29:4,17 48:24 49:14 72:20
  73:4 74:5 82:17,22 84:20
  86:7 87:1,8 99:7 109:12
  110:17 115:16 116:2 117:1
  117:8 118:1 119:18,24
  121:8 123:13 126:18,20
  127:4,20 128:25 131:20
  132:1,13 143:3,5,5,9,10,17
  144:1,1,3 145:10,15 148:2
  150:6,18 160:19 161:5,20
  162:19 165:18,20 172:14
  172:22 181:24 186:13,14
  195:3,4 196:13 197:8,14
  200:2 213:4,19 221:11
  223:13,16,17,18,20 240:1,6
  240:15,23 244:4 256:20,23
  257:19,23 258:1 276:7,11
  276:19 284:16 292:18
  293:17 304:24 316:4,21
  320:1 321:23 322:10
  325:21 326:2,13,16 328:12

**agree (cont.)**
  329:15 330:16,19 333:2,14
  333:20,25 334:24 339:7
  340:11,23 341:7 342:18
  349:1,17 350:2 364:10,14
  365:11 367:19 368:10
  371:1 373:19 376:6 377:10
  378:11 379:19 380:16
  381:3 382:13,17 383:16,19
  384:10 385:1,3,18 387:3,18
  387:19
**agreed**
  14:2 28:18 36:1 131:8
  171:2 200:20 215:2 284:20
  295:24 333:3 334:3 347:9
  390:19 392:22
**agreeing**
  227:13
**agreement**
  12:24 13:14 370:6 389:7
**ahead**
  25:4 67:20 93:19 141:25
  225:11 307:17 308:3
  312:10 316:17 372:20
**ahf**
  54:10,23 55:3 56:15,20
**aid**
  3:16
**aims**
  277:5
**air**
  197:1
**al**
  8:18,21 9:10,12,25 10:4,8
  10:11,15,21,24 11:6 379:10
**albertson's**
  6:21
**alcohol**
  26:4 64:15 88:21 89:25
  139:3
**aldehyde**
  64:14
**aldehydes**
  64:2,5,12
**alfano**
  3:3
**alkylate**
  95:17
**alkylguanine**
  258:7
**allegations**
  55:1
**allegedly**
  314:25 389:1
**allocation**
  55:19
**allow**
  20:6 84:17 300:5 393:8

**allowed**
  242:11
**allows**
  257:14
**alluded**
  155:1
**alpha**
  337:3
**alter**
  288:9 326:7
**alternative**
  167:21
**america**
  82:15 169:2 187:21
**american**
  46:7 49:24 50:6,23 51:16
  52:6,9 53:22 236:21
**americans**
  84:24 174:14 303:10,20
**amino**
  192:17 194:4
**amount**
  147:15 188:7,14 189:20
  197:7 259:14,15 295:5
  299:22 313:24 359:19
  361:21 363:15 366:18
  382:7 393:1
**amounts**
  23:24 24:20 29:1,10 83:9
  170:9 206:13 295:25
  314:15 317:6 359:21
  383:19
**analogized**
  326:23
**analysis**
  10:14 46:22 61:9 177:11
  191:17 240:18 241:9,11,12
  241:15 250:11 280:13
  313:5 340:14
**analytical**
  177:14 251:3
**analyze**
  18:4 29:21 96:17 117:18
**analyzed**
  91:13 92:19
**analyzing**
  47:19 48:2
**anca**
  77:15
**anderson**
  342:6
**angiotensin**
  82:7
**angry**
  355:2,3
**animal**
  47:3 61:11 109:19 110:6,17
  112:12 123:6 124:17
  125:17 126:23 127:5,7

**animal (cont.)**
  212:6,8 220:2,22 248:16,18
  250:17,19 251:2 326:20
  328:24 373:3 374:11 375:1
  391:12,18,22 392:8
**animals**
  44:2,6 73:25 110:14 112:2
  115:12 116:5 126:5,13
  129:1 130:8,9 143:1 288:17
  288:22 310:18 326:17
  327:2,2,15 332:9,10 340:13
  341:14 373:8 375:7,13,13
  392:19 393:16
**announce**
  242:21
**announced**
  68:16
**answer**
  18:9 20:6 21:7,15,19 22:5
  22:24 23:15 24:4,23 25:5,7
  27:24 29:7,15,25 30:3,6,21
  31:5 32:6 33:16 45:17,17
  45:18 48:17 50:17 56:8
  62:10,12,14 69:3 74:19
  83:2,25 84:17 85:3 87:11
  88:6,8 90:3 91:8 92:17
  93:25 94:10 95:4 96:6
  97:17,22 99:18,22 101:13
  103:18 105:1,17,23 108:24
  109:22 110:23 111:4,15,21
  112:8,22 113:5 117:15,24
  120:4 121:15 122:10 124:5
  124:7 126:7 131:24 132:5,6
  132:17,24 133:16 134:2,13
  134:20 143:21 147:18
  148:11 151:20 153:25
  156:15 157:11 161:7,22
  164:1 166:16 167:13 170:1
  170:13 171:7,12 173:4
  181:8 186:23 192:8 194:9
  197:13,19 200:5 202:6
  208:19 216:14 217:17
  222:17 223:10 229:3
  231:22 236:3 244:9 248:14
  252:13,18,21 258:21
  267:11 271:18 277:5,15
  279:5 281:23 285:4,23
  287:25 289:13 303:23
  304:17 312:8,10,23 313:8
  313:20 316:12 317:18
  319:1 328:5 333:18 334:13
  343:3,24 345:14 349:22
  350:17 353:7,22 357:10
  358:2,14,20 361:18 362:23
  369:17 371:9 372:5 374:2,3
  374:24 378:22 380:3,12
  381:15 387:1,2 391:8
  395:15

[answered - august]

**answered**
28:21 29:10,18 120:12
171:16 278:14 307:14
313:19 344:1 352:2 361:16
369:16 371:7 396:7

**answering**
228:22 313:16

**answers**
15:2,3,7 29:21 230:23
256:12 396:8

**anton**
10:21

**anybody**
171:21 272:12

**anyone's**
354:19

**anyway**
30:15

**api**
180:15,16 209:22 314:16
314:19,22

**apologies**
31:23 213:17

**apologize**
30:16 61:8 352:4 379:8

**apparently**
344:15

**appear**
288:18 329:9

**appeared**
311:19

**appears**
19:8 20:19 34:6 102:23
215:24 216:2 235:2 243:20

**apples**
198:13

**applicable**
124:15 244:1

**application**
51:13 63:20

**applications**
51:20

**applies**
193:9

**apply**
218:16 313:4

**appreciate**
45:2 58:14 222:11 223:6
230:22 307:3 308:6 384:21

**approach**
28:18 92:3,3 118:8 213:5

**approached**
156:10

**approaches**
230:2 379:11

**approaching**
296:7,17

**appropriate**
84:1 357:25 393:10,23

**approve**
389:18

**approved**
162:5,6,8 389:21

**approximate**
17:19

**approximately**
333:15,21 344:8

**arb**
287:16

**arbs**
82:8,10 287:12

**area**
100:19 165:21 171:19
272:1 311:3 318:9,10
352:14 389:19

**areas**
13:10 19:18 148:18 222:2
229:21 306:23 354:10
366:6

**argue**
171:9 344:3

**arguing**
171:18

**argument**
56:1 124:11 202:1

**argumentative**
56:7 105:16 115:24 167:4
202:13 252:8 278:10

**arm**
135:5

**aromatic**
64:7 152:15

**arrives**
342:23

**arterial**
385:9

**article**
134:8,15 191:4 208:2
323:23 324:3,10 325:10
335:4 342:6 371:15,16,18
379:9,14

**articles**
76:23 77:3,23 79:14 81:7
311:7 323:16 342:11

**artifact**
177:11 205:10 358:6

**artifacts**
178:10 251:4

**asbestos**
139:5

**aside**
284:16,22 311:1

**asked**
18:4 19:25 35:11 60:21,23
79:21 97:5 101:17 141:19
154:3 155:18 193:5 204:6
204:24 207:16 211:17
223:4 225:13 230:17

**asked (cont.)**
260:10,20 269:20 270:10
271:12 278:13 300:21
310:8 311:16 313:19
315:15 344:5 368:15,17
369:16 371:7 396:6

**asking**
15:2 19:1 23:10 56:9 58:17
76:10 84:8 89:20 121:1
125:5 140:5 149:16 156:21
156:23 171:11 187:10
190:11 215:13 228:20
232:23 235:6 239:16,17,24
239:25 245:12 249:14,21
265:2,5 271:16 278:17
298:15,18 300:18,19
303:25 304:2,5 308:3
319:13,13 334:19 352:12
352:17 354:12,17 355:14
356:22 357:12 377:23

**asks**
172:1 223:8 269:19

**aspect**
141:5

**aspects**
108:6,9 116:17

**assert**
336:3

**asserting**
83:5

**assess**
136:1,13,17 326:22 360:5

**assessment**
9:21 67:2 163:2,7,20 164:7
164:12 165:3,12,16,19,22
167:8,9,21 170:15,17,24
171:9 172:5 199:7,17
313:10,25 319:3 325:15
341:2 391:14

**assessments**
172:8,9,22 365:17

**assessor**
306:9 318:8

**assessors**
167:16 305:2

**assigned**
137:3,24,24

**assist**
19:15 20:7,12 250:7

**assistance**
20:10

**assisted**
20:9

**associate**
20:2

**associated**
116:4 152:1,3 154:6 243:22
279:1

**association**
85:18 133:21 213:22 214:6
214:25 215:4,9,21 216:3,21
217:13 218:11 219:6,10
227:6 234:4 237:12,15,18
238:2,10,17,19,22 239:7
240:20,25 242:2 244:6,6
247:3,22 248:9 249:4 250:3
252:1 254:1,14 287:4,22
288:11 291:1,10,14,18,22
292:1,7,11,15

**assume**
26:14 31:14 165:6 181:16
182:15 183:1 189:7,10,12
190:1 201:25 213:4 276:11
282:22 302:7 305:4

**assumed**
325:16 339:3

**assumption**
383:18

**assure**
307:12

**attach**
333:4

**attached**
33:7,13,21 261:8 265:10

**attack**
285:15

**attempt**
18:9 35:4 98:11,19 116:3
180:22 215:19 217:23,25
220:13 318:13 328:15,22
328:23 391:20

**attempted**
209:5 214:23 335:17

**attempting**
239:13 313:13 342:2
353:14

**attempts**
112:11 204:13

**attended**
155:8 169:7

**attention**
115:9 180:5 320:9 331:1,3
348:8 352:21 366:12
375:17,19 383:10

**attorney**
14:8

**attorneys**
2:4,14,21 3:4,16 4:4,13,21
5:4,16 6:4,12,21 7:4

**attribute**
373:20

**attributed**
93:22,22 384:11

**audio**
25:15

**august**
1:11 12:3 396:5 397:14

**[aurobindo - bladder]**

**aurobindo**
4:21
**author**
113:17 234:8 240:19
245:23
**authorities**
57:9 232:22
**authority**
144:21 231:12
**authors**
117:3,10,21 121:11 126:3
127:4 174:13 219:5 221:13
221:18,22 222:23 223:14
224:19 225:19 226:6 227:6
227:7 232:16 239:11,20
241:25 273:21 277:9
287:20 290:22
**available**
21:20 99:24 132:9,20 133:2
135:9 136:12,16 158:14
211:20 263:14 282:5 303:7
303:24 304:1 305:5 347:17
353:11
**avenue**
2:15 4:5
**average**
316:22 317:14,20
**awarded**
51:17
**aware**
14:16 52:16 56:17 84:23
85:13,15,20 87:24 90:10,13
90:16 93:12 94:24 96:14
101:23 120:7 133:6,12,23
134:4 150:2 154:4 158:6,16
161:14,16 169:1,10,11
172:9 183:12 187:5,8,16
254:17,22 255:1,6,10,14,18
255:22 256:1,6,15 258:9
327:14 328:1 331:7

**b**

**bachelor's**
34:9
**back**
38:5 41:18 46:19 78:16,23
79:1,10 92:12 97:4 98:18
128:11 149:21 169:17
175:5 182:8 184:5 209:20
212:21 231:23 247:15
252:19 257:1 259:20
260:12 275:16 307:2 319:2
336:25 345:13 347:4,12
356:20 358:18 375:18
385:9 392:16,21
**background**
32:14,16 33:6 302:25 303:2
303:9,15,17 304:11 373:9
373:21

**bacon**
146:21 147:8,24
**bad**
68:5 355:6 373:14
**bag**
248:6,8
**balance**
366:17
**bankruptcy**
53:14
**barely**
335:18
**barnes**
3:15 9:6 118:12 119:10
120:1 121:2,4,18 129:6,6
129:13,16
**base**
152:7 341:5
**based**
32:16 33:1 34:5 43:22
86:22 87:8 103:3 136:20
150:5 154:14 156:18 163:7
164:7,12,18 167:8 172:21
173:5,8 178:9 205:16
206:12 210:15 227:18
235:13 251:15,22 252:24
274:7 275:25 288:21 332:4
343:16 354:3,5 358:5
369:22 385:17 387:20
**baseline**
183:15 205:13,14,21 206:1
377:10,13
**basic**
52:20 53:5
**basically**
63:15 107:25 228:12 237:8
349:15
**basing**
192:11
**basis**
22:1 44:17 51:20 145:12,17
146:5 149:25 150:8,24
173:14 189:21 206:1 258:2
260:23 276:4 377:6 389:20
389:24 390:1
**bat**
26:15 224:18
**batches**
180:16 181:2 209:22
**beagle**
320:23 321:2,9,17,21 322:7
**beagles**
8:21 113:19 114:7,11
321:13,14 338:22
**bear**
324:13
**bearing**
288:8

**beer**
176:17,18 179:5,6,8 196:24
197:5 206:14
**began**
101:20
**beginning**
12:25 25:11 109:24 260:13
**begins**
79:8 141:12 207:11 273:1
315:25 320:12 325:9
335:17 344:21 356:17
360:16 369:7
**behalf**
14:14 157:8 308:24
**behaves**
385:13
**behavior**
227:19
**belated**
27:4
**belief**
170:5
**believe**
13:14 22:12 26:12 53:15
81:10 87:4 89:6 118:23
131:5 137:10 138:13
139:17 156:16 166:2
174:18 185:17 186:11,17
186:18 187:3 188:3,10
213:13 216:3 221:8 233:13
246:23 247:5 271:5 297:2,2
301:11 307:10 312:24
314:17,18 330:7 340:17
347:14 348:1 350:7,13
365:2,9 369:22 392:6
393:12 394:16
**believed**
170:11
**bell**
4:23 379:16
**benchmark**
372:10
**benefit**
142:11 161:23 234:21
272:10
**benzene**
44:16
**benzoapyrene**
64:11 152:15
**best**
15:9 64:10,13 326:22
351:18
**beverages**
148:3,19,20,25 149:2
**beyond**
13:11 171:17 213:11
**bias**
84:6,9 156:12,16,17,18,20
157:2 216:24 351:22

**bias (cont.)**
352:12
**bibliography**
33:9 67:10 76:11,18 77:21
78:3 79:12,18 80:22
**big**
137:11 228:8
**bill**
68:11 76:5 105:24 106:3
142:11 159:7 208:1 219:20
261:12 282:9
**billed**
103:2
**billing**
104:6 105:20
**billion**
124:22
**bind**
77:14
**binder**
235:16,19 236:9,10,20
263:16 268:6
**binders**
263:4,7,11,11 264:21
265:22 266:8,11 268:7,12
312:1,14
**binding**
62:1 112:4
**bioassay**
69:22 372:25
**bioavailability**
320:19 323:13 338:24
339:5,23 340:7 341:3 342:3
342:9,19,24 343:7,9,13
**biological**
59:3
**biologist**
49:20
**biology**
39:12
**biomarker**
91:9,16
**biomarkers**
63:21 90:14,18,25 357:21
357:24
**biopsied**
92:13
**bit**
32:14 50:15 67:16 82:4
110:11 134:23 135:16
141:15 155:2 197:25
239:25 247:3 307:12 320:5
321:16 338:17 342:13
382:12
**blackwell**
7:3
**bladder**
253:3,6,7 291:1,3,10
387:12

[blade - carcinogenic]

blade
382:3,5,7
blamed
338:2
blanket
197:3
blending
108:11
blockers
82:8
blood
83:12 204:16 253:13
290:11 339:6,9,10,17
343:17 385:19,20 386:20
397:10
bloodstream
385:2,16
blow
37:3 69:22 142:10 220:19
335:20 360:21 366:15
blown
207:23 335:22 360:16
383:14
blue
4:23
board
48:6 49:5
boca
5:9
bodies
331:22
body
62:20 94:14 118:25 122:3
204:4,9,19 205:1 257:13
292:23 293:4,15,25 294:8
296:18 297:5,9,20 299:7,16
349:17 365:15 366:24
367:21 382:17
body's
47:11,15 295:20 296:1
297:25 298:13 299:1 300:5
385:9
bogdan
2:17
book
77:18 184:5 311:23
books
77:8,23 79:14 81:7 294:10
312:17
bosick
3:3
boston
5:18
bottom
40:16 299:16 326:6 375:24
boulevard
4:15 5:8
box
160:4

bradford
248:24 249:2,8,25 250:1
brain
304:4
branch
52:14
branches
52:13
break
75:7 78:8,9,12,14,18,21
79:11 137:17 139:23 140:8
140:15,22 141:14 184:18
206:25 207:17 272:3
310:19 315:4,6,11,16,19
breakfast
146:22 147:25
breaking
368:16
breast
88:2 253:18 291:14 301:23
brief
390:15
briefly
31:24
bring
51:10 101:18 156:20
bringing
318:9
broad
30:2 31:10 73:21 214:15
274:21 275:1
broader
239:25
broadly
214:11
broke
114:22 378:8
brought
54:6,15,21 55:1 147:23
232:24 310:9
buchanan
6:20
building
15:20
bullet
159:20 160:8
business
53:9,11,12 172:8
butanone
8:17 68:2

c

c.t.
8:21 9:12
cabinets
311:9
calculate
180:23 208:11 209:5 231:3
306:1 348:15

calculated
208:13 209:12,25
calculating
372:3
calculation
119:16 164:21 165:22
168:1,9,15,22 171:10
177:13 178:8 181:14
192:15 210:21 302:20,23
305:23
calculations
167:15 170:15,18 173:9
228:1 318:19 319:8,9,9,14
call
223:23 353:23 368:15,19
368:20
called
42:8 43:20 76:23 151:7
233:18 248:8 250:15 261:9
334:22 370:4,17
campus
15:20,21,22 39:8
cancer
8:13 10:3,9,10,14,20,23
15:15,19 17:2 18:7 20:22
21:3,4,12,13,22 22:3,3,13
22:15 23:12,17,23 24:1,5,7
24:12,15,19 25:23,24 26:2
26:5,7,12,17,21,25 28:18
29:2,12 36:6,10,13,17
41:1,7,9,15 42:6,25 43:21
44:6 47:20 48:3 50:21
51:12,14 52:3,11,18 53:1,6
53:25 57:24 58:10 64:21
77:15 85:6,9,19 86:2,7,13
86:16,20,25,25 87:9,15,20
88:15,19,21,24 89:4,7,16
90:1 91:2,4 97:12,25 100:2
100:12 107:24 109:5 110:2
120:19 127:17 128:18
131:10,17,21 132:3,15
133:8,11,14,25 134:6,10,17
135:2 147:10,12 148:21
150:24 151:18 160:10,16
160:25 161:4 162:23
163:12 166:4,12 170:9
183:11,16 195:5 202:2
215:1,11,22 217:9,24 218:4
218:11,24 219:7 220:3
224:21 225:21,24 226:20
226:25 227:3,7 229:18,19
229:22 230:2 234:5 237:11
237:12,15,16,20,22 238:3,8
238:18,20,20,23 239:7,14
240:5,15,21,22 241:1,1,2,9
242:3 243:9,22 244:3,11,12
245:1,6,8,15,18,25 246:5,8
246:13,18,24 247:4,11,12

cancer (cont.)
247:23 248:10 253:4,6,7,13
253:18,23 254:4,20,24
255:3,8,12,16,20,24 256:4
256:8,22 259:8 271:6 274:3
275:9 277:2,11 279:1,21
280:5,5,13,15,15,16 281:12
281:16 282:18 283:3,10,12
283:15,23 284:10,19 285:1
285:20 286:22 287:3,5,8,23
288:7,12,21 289:1 290:22
291:1,3,10,14,18,22 292:1
292:7,11,15 297:15,18,19
297:20 301:19,20,22,23
302:13,17 303:1,3,10,22
304:10 305:8,18 326:19
328:3,6,10 330:11 364:21
364:25 370:15 372:24
376:3 386:14,22 387:18
388:8 391:6,17 393:3,10
394:13,17 395:5
cancerous
381:24
cancers
10:6 88:2 132:22 133:4,22
184:11 213:24 214:7 216:5
216:24 225:21 226:7,12
247:9 256:14,18 281:7
301:18 327:17 384:11
386:7 388:6,16 389:1
capability
89:21
capable
18:7 26:25 97:11,25 302:15
302:19
capacity
27:22 28:11,15 61:21 111:6
321:9,22,24 322:5 328:17
329:7,17 330:6
capture
216:24
carbene
34:22
carcinogen
22:11 46:10,13,16 60:7
63:20 120:15 124:17
138:15 139:3,6,10,20
145:19 146:4,8,19,22,25
147:25 148:8 149:13
151:23 244:16,20 289:2,4
325:13 330:24 336:3
385:13
carcinogenesis
32:9 38:17 39:4 65:7 107:2
126:15 341:9
carcinogenic
21:25 43:15 46:12 58:13,19
58:23 60:4 64:23 92:6
116:15 129:9 132:11

[carcinogenic - chemotherapy]

**carcinogenic (cont.)**
135:11 137:4 142:15 143:7
143:11,12 144:24 151:17
184:7 188:8 193:11,12,17
193:25 194:13 195:16,17
244:17 338:3,4 387:5
**carcinogenicity**
46:3,8 47:8 60:19 61:17
69:12 73:15,20 76:14,19
77:4 81:9 108:20 109:14
110:1,7 115:11 116:5 126:4
126:13 127:8 129:7 136:1
136:13,17 142:25 143:1,18
155:20 168:20 213:10
248:16 310:16,17 313:4
326:18 369:13 370:8
378:15 392:15,19
**carcinogens**
42:6,16,22 43:22 64:8
74:25 93:14 109:4 136:22
136:23,24 137:1,2 138:23
138:25 139:14 145:2,11,16
148:5 149:25 150:7,13,15
150:20,23 184:2 297:10
301:3,7,13 302:9,13 325:17
384:15,25
**cardiovascular**
15:19
**care**
123:1
**career**
47:7 48:13 61:15 65:11
81:22 144:9 301:2 310:13
**careful**
25:13 123:10
**carefully**
177:16 219:19
**carlos**
6:16
**carolina**
6:23
**carondelet**
7:5
**carried**
108:8 177:13
**case**
12:6 18:11 22:8,11 23:20
26:11 60:17 61:15,19,23
62:5 66:9,13 71:11 85:22
91:18,23 93:1 97:7 103:3
120:1 134:9,15 135:25
136:12 150:25 151:16,18
158:12 159:16 165:7
173:12 174:11 180:21
185:7 186:21 203:2,8
204:14 206:4 211:18
224:11 250:1 252:24 262:6
262:24 263:22 268:14,24
268:25 269:23 270:1,8,17

**case (cont.)**
271:5,9 275:13 292:5
298:19 300:3 301:14
304:25 306:7 330:2 393:2
398:2
**cases**
90:11 95:17 271:14
**catalyzes**
337:2
**categories**
231:20
**category**
143:24
**causal**
240:4 244:25 388:15
**causality**
99:9
**causation**
13:5,11,16,21,25 14:19
20:22 21:3,12 28:18 86:7
91:4 167:2 213:5 239:13
244:7,13,21 247:5 248:11
249:5 250:4,8 251:14 252:2
285:5 374:13,20 387:22
388:2,5
**cause**
21:22 22:15,20 23:12,17
28:21 29:2,12 82:14 85:6
89:4,7 90:1 109:5 127:16
128:17 132:3,15,21 133:3,7
133:14,25 134:5 147:9,12
150:24 151:4,12,18 152:16
161:3 172:17 173:2 183:11
202:2 208:25 213:23 214:7
245:1,6,18,25 246:13
247:11,12 253:3,13,18,23
253:25 254:4,16,19,24
255:3,5,8,12,16,17,20,24
256:3,3,8,17 277:2 292:20
297:15 298:23 299:9
301:18,22 376:2 378:4
386:13 389:1 391:5,25
393:2,10 395:5
**caused**
22:2 24:1 26:17 42:6 88:15
89:18,23 90:8,10,14,20,23
91:5 92:15 95:21 131:10,21
134:10,17 153:13,15,23
195:5 245:14 246:5,8,18,24
259:5 294:14 295:1 328:2
385:25 387:19 388:7
391:16 394:12
**causes**
21:4,13 86:25 89:9,15 93:5
120:8,18 143:15 152:4
153:6 245:8 301:17 328:6
386:7,22
**causing**
18:7 20:21 22:14 26:25

**causing (cont.)**
97:12 166:4,12 186:16
292:25 293:4
**caution**
272:8
**cautioned**
126:3 127:6
**cautious**
245:11
**cavity**
151:23 294:6 387:14
**ccr**
397:2,18
**cdc**
84:23
**cell**
333:5 334:8 376:7,14,25
377:11
**cells**
91:12 380:23
**cellular**
89:17 110:15 389:5
**celsius**
149:3,8
**center**
2:15 15:15 40:21,22 41:12
41:16 50:21 51:12
**centers**
41:8,11,15
**centre**
3:6
**certain**
21:22 22:13 44:14 73:16
83:10 90:11 91:10 94:15
107:3,3 148:18 152:17
223:15 235:12 236:11
310:8 328:7 349:11 382:8
384:16
**certainly**
84:7 87:3 94:20 115:6
154:12 158:16 168:9,17
169:20 175:12 183:13
191:11 298:6 303:7 351:18
361:20
**certainty**
22:21 23:1,6,10 66:3 91:4
299:20 395:4,10
**certification**
397:1
**certified**
1:17 48:6 49:5
**certify**
396:3 397:3,8
**cfo**
54:3
**challenging**
151:2,3 186:10,11,14
215:17 220:23

**chance**
25:18 208:6 266:9 272:15
324:16,24
**change**
75:7 139:23 144:6,11,16
164:25 206:24 347:6 398:4
**changed**
52:10,25 53:3,5 138:5,16
138:19
**changes**
154:18 345:24 346:1,3
347:12
**changing**
356:4
**chapter**
80:20
**chapters**
76:23 77:2,8,11,18,23
79:13 80:23 81:6
**characteristics**
341:13
**characterized**
108:5 358:10
**charge**
51:3,7 141:5
**charges**
53:18,23 54:4,6,14,20,20
55:13 56:14
**charles**
11:6
**charlotte**
6:23
**chart**
123:17 175:17 209:9
**chat**
70:22 263:14
**check**
101:1 198:11 370:12,13
**checked**
334:1
**chemical**
38:17 58:12 59:6 64:12
126:14 295:14
**chemically**
45:21
**chemicals**
62:3
**chemistry**
34:7,10,12 39:7,12,17
177:14 251:3
**chemists**
58:6
**chemo**
44:3 64:21
**chemotherapeutic**
21:24 22:2 259:17
**chemotherapy**
259:16,19

[cherrypick - compete]

**cherrypick**
223:21
**chew**
44:20
**chicago**
6:6
**chp**
390:3
**chris**
266:1
**christine**
4:17
**christopher**
2:8 6:24
**chronic**
9:7
**chronically**
390:22 391:3
**cigarette**
42:18,25 44:1 175:10
301:17 384:9,11 385:1,23
385:25 386:7,20,23,24
387:19 388:7,15
**cigarettes**
42:17
**cipriani**
4:20
**circled**
235:11 236:10
**circling**
235:24
**circuit**
223:1
**circuit's**
117:13
**circulate**
292:22
**circumstances**
89:3
**citation**
107:13
**citations**
106:13
**cite**
98:7 107:11,20 109:16,19
110:6 115:2 127:5,14
132:19 133:1 183:14,20,22
185:23 191:15 218:19,22
224:1 229:13 231:3,16
233:21 249:10 275:12
276:22 277:4,8 280:2 282:1
393:22
**cited**
113:22 114:1 115:21,25
118:11 123:3 125:17
128:24 173:11 174:3,10
183:23 190:21 191:14
212:11 224:10 227:17
234:8 235:20 239:6 240:20

**cited (cont.)**
265:23 392:12
**cites**
279:14
**citizens**
366:23
**city**
52:14
**civil**
23:3 54:14,20
**claim**
84:15 188:1
**claiming**
84:12
**claims**
157:9
**clarification**
386:17
**clarify**
187:10 347:22
**class**
39:11 58:11,12 60:6,9
64:12 74:25 82:7 136:21,25
137:3,23 138:15,21 139:1,3
139:5,10,15,21 142:20,23
143:4 145:1,4,11,16,19
146:7 148:4,4 192:11 301:3
**classic**
77:10
**classification**
137:9 138:5,15,18 141:16
141:22 142:22,23 143:4
144:7,11,16
**classifications**
150:5
**classified**
9:13 136:21 137:12 138:7
142:15
**classify**
135:10 184:2
**classroom**
39:25
**clean**
183:3 192:3
**clear**
35:25 66:23 152:23 280:21
280:24 296:19 321:24
322:5 332:17 336:19
**clearance**
320:18 321:19 323:12
326:9 329:12 339:5,22
340:18 342:3,9,16,19,25
**cleared**
339:4
**clearly**
169:24 346:14
**clem**
3:9 14:7 19:17 78:11
199:13 265:1 266:10 273:7

**clients**
276:9
**clinical**
42:20 43:7,17,23 44:8
49:18 63:21 236:21
**clinicians**
82:24
**clock**
207:4
**close**
165:9 333:6
**closely**
45:14,19 219:13
**closer**
193:22
**coach**
308:15
**coaching**
308:9
**coal**
139:8,9,11,11
**coast**
315:8
**coding**
333:21,25 380:24 381:2
**codon**
152:7 154:9
**codons**
152:17
**coffee**
148:7,14,14,16,24
**cohort**
10:21 228:25 238:1,5,5
240:12,19,24 250:15
251:10 274:4
**collaboration**
51:12
**colleague**
363:22 364:2
**colleagues**
43:24 115:10 116:9 126:25
208:11 209:11 211:11
272:5
**collect**
215:20
**collectively**
245:16 247:10 248:22
**colon**
238:17,20 241:2
**colorectal**
10:5 36:13 88:2 225:24
226:14,14,20,21 227:7
253:23 254:4,20 280:5,14
281:12 291:18
**column**
129:18 209:11 340:3,5,23
**combine**
228:18 241:12,13 248:19

**combustion**
64:10
**comfortable**
305:21 395:13
**coming**
332:25 351:22 370:25
383:4
**commensurate**
27:11
**comment**
267:2 296:8 345:10,19
**comments**
279:13 298:5 345:24
**commission**
398:23
**commit**
354:21,24,25
**committee**
14:9 66:18
**committees**
66:18 229:24
**common**
43:13 94:4 342:17
**communicate**
16:8 346:3 347:12
**communications**
16:20
**community**
57:21 59:17 60:15 85:17
190:6 193:16 293:14
294:12
**companies**
157:9
**company**
31:15 57:10 106:14,19
180:1 262:12
**comparative**
8:14 46:22 61:3,9 67:16
68:1,18 76:16 102:7 110:12
**compare**
46:17 69:10 72:13 73:14
96:15 265:3,25 266:22
332:13 375:4
**compared**
46:8 161:23 197:22 274:4
282:19 321:10,23 340:12
364:21
**comparing**
266:5
**comparison**
47:24 198:6 200:10 251:7
375:15
**compelling**
391:23
**compendium**
142:19 145:3 233:19
**compete**
298:25

[competent - contrary]

**competent**
112:11
**competition**
298:12
**complaining**
266:15
**complete**
33:24 171:5 263:2 271:18
396:6
**completed**
169:18 203:15 359:24
360:12
**completely**
353:16
**completeness**
204:7
**completion**
272:2
**complicated**
341:4 381:16
**components**
211:19
**compound**
43:19 44:5,22 93:17 116:18
120:15 129:8 208:14
322:19 343:13 369:10,12
**compounds**
10:7,9 35:1 59:13 64:13
135:11 137:11 185:25
191:23 193:20,20 194:6
198:19 201:5 325:16
359:16 360:8
**comprehensive**
40:22 41:12,16 98:19 266:3
342:15 347:10
**compromised**
83:11
**computer**
16:3 33:12 50:14 78:4
114:22 169:14 207:4
**conceivable**
374:17
**concentrates**
330:21
**concentration**
124:23 180:23 181:16
209:25 210:16 211:3
**concentrations**
173:15,22 175:16 183:10
**concept**
208:16 371:1 386:13
**concern**
55:12
**concerned**
50:8 55:9,16 357:5 362:14
363:9,17 365:12
**concerning**
158:8

**concierge**
309:17
**conclude**
108:25 187:13 248:22
318:4 374:13
**concluded**
133:13 134:17 174:14
220:4 241:25 245:13 253:2
253:12,17,22 254:18,23
255:2,7,11,15,19,23 256:2
256:7,16 363:8 370:1
395:22
**concludes**
134:10 272:22 315:21
**concluding**
187:6 283:22 312:13
**conclusion**
20:18 27:9 30:10 74:21,23
106:7 107:12 198:3 223:23
243:19 245:23 247:11
251:13,14,15 277:10
278:25 279:19 283:7,18
296:4 300:1,7,21 321:18
342:24
**conclusions**
32:16 98:13 117:2,9,16,19
117:20 118:5,9 188:11,12
191:17 221:12,22 222:23
225:16 242:2 251:21
259:24 281:8 283:4 319:20
321:15 388:11
**conclusively**
132:2,14
**condition**
82:20 83:20 89:18
**conditions**
289:16 379:2
**conduct**
51:21 66:10 352:19
**conducted**
66:14 163:19
**conference**
168:5 368:18
**confidence**
281:6 365:17
**confident**
251:11
**confirm**
12:23 242:1 243:25 256:22
262:3 348:3
**confirmation**
283:6
**confirmed**
120:17 180:15
**conflict**
157:19
**conflicting**
239:11

**confounding**
217:15 218:10 220:12,14
220:17,18,19 221:1 227:9
227:14
**confused**
160:22 163:10 279:16
**confusing**
160:25 196:8 204:23 299:4
299:14 366:22 367:20
**connection**
13:7,18 54:10 57:2,6,24
86:11 87:12,17 101:21
103:3 110:11 122:6 159:16
240:5,14 244:25 261:25
262:5,24 271:11 387:22
**consequences**
162:13
**conservative**
172:11,15,24
**consider**
13:12 116:23 157:19 195:6
318:15 364:20
**considerable**
351:1
**consideration**
107:1 248:15
**considered**
60:8 177:21 189:17 225:3
244:18 364:15 371:4
**considering**
383:16
**consist**
102:19 263:18
**consisted**
228:12
**consistency**
249:17
**consistent**
153:5,6 240:9
**consistently**
127:6 158:22 320:17
**consternation**
186:17
**construct**
87:12
**consult**
69:3 98:2
**consultant**
155:10 231:10 297:17
**consulting**
231:24
**consume**
145:17 148:4 174:21
176:13 178:16 228:21
**consumed**
28:7 148:19 182:5,22 211:8
231:17 315:1 366:18,19
**consumers**
366:23

**consuming**
145:12
**consumption**
147:9 165:14 166:13 167:8
167:20 183:16 184:25
185:4 220:13 243:23
**contacted**
155:18,22 156:4
**contain**
162:7 264:24 268:12
392:25
**contained**
22:11 29:1 60:12 74:10
211:10 301:13 302:9
318:22 320:23
**containing**
18:6 20:20 23:22,25 24:20
29:2,11 71:13,14 72:23
74:11 82:18,23 83:10,23
97:11,24 109:3 119:21,21
121:7 130:25 161:18,18
163:21 165:8,8 166:3
169:23 179:21 189:15
195:10,22 197:9,22 206:3
210:23 211:8 275:10 289:8
322:21 391:5,15 393:21
394:10 395:6
**contains**
33:8,21 160:13 162:20
**contaminated**
10:19 91:13 96:16 299:21
376:1 394:6
**contamination**
30:8 66:21 99:25 108:9
162:3 218:3
**cont'd**
3:1 4:1 5:1 6:1 7:1
**content**
200:2 214:23 217:24
228:17 231:17 232:6 233:7
294:8
**contents**
10:17 263:6,9,12,15 264:1
264:11,20,24 265:12,14,16
265:22 266:2 267:17
**context**
144:19 153:10 251:8
357:14,16 360:20 364:16
**continue**
27:6 59:23 70:13 75:21
242:10 346:21 361:18
**continuing**
350:18
**continuous**
391:10
**contracts**
51:17 52:2
**contrary**
215:12 216:6 238:10

**[contribute - damaged]**

**contribute**
67:5
**contributes**
349:25
**contributing**
20:22 21:3,12
**contributions**
63:7,9,25 64:20 65:10
**control**
221:3 287:13 332:14 373:5
373:9,18 374:12,19 375:1
375:11,14
**controlling**
83:12
**controversial**
220:6
**convenience**
263:22
**convenient**
16:17
**conversions**
209:16
**convert**
149:8 181:10 299:17
**converting**
73:1 210:14
**coordinating**
51:8
**copies**
311:7
**copy**
18:14,24 33:7,10 77:20
78:3 169:12,14 273:12
325:4 345:9,17 347:1
**corporate**
5:8
**correct**
24:9,13 26:18,22 28:4
30:23 31:2 32:20 34:11,13
35:14,24 36:7,8 39:22
40:19,23,24 41:2,10 42:12
45:7 47:1 48:9 50:5 51:17
51:18 57:17 60:4 61:5,6,13
62:23,25 63:17,22,23 64:23
65:7,14,16,17 70:9 71:8,15
72:24 73:2,20 75:3 80:14
80:15 83:16,17,21 86:14,15
86:20 88:22 89:7 92:6,7,15
94:8 96:24 98:3 106:8
109:20 111:19 113:23,24
113:25 115:22 116:11
118:10 119:11 121:19
123:4,8,21 124:3,6,8 127:2
128:5,18 129:22 131:3,3,25
135:2,12 136:13,14 137:13
138:23 139:1 142:4,16
146:2 148:5 154:23 155:4
158:19 164:19 167:22
168:6 169:24 173:5 174:9

**correct (cont.)**
174:16 175:24 176:10,11
177:19 179:23 180:3
181:20 182:11,19 183:5
185:1 187:24 190:3 194:14
195:12 202:4 203:1,6 206:6
206:10 210:25 211:4 212:6
215:25 219:7,11 221:1
224:11 225:22 226:25
227:1,3,4,9,19 232:3,17
234:5 236:20 237:6 238:11
238:11,13,21,24 239:8,9,14
243:16 246:7,8 247:23
258:19,22 262:1,15 270:2,5
270:9 273:23 275:10
276:13 277:2 281:18,21
283:10,17,18 286:2,3,6
287:18 291:11,12,15,16,19
291:20,23,24 292:2,3,8,9
292:12,13 297:11 298:21
301:5,21,24 302:10 313:11
318:17,23 319:22 320:24
322:12,22 323:7 324:1
329:18,20,21,23 330:6
331:8,14 332:22 333:6
334:11,17 336:2 340:15
342:20 343:17,21 347:13
349:3,8,20 351:14,19 352:1
362:20 364:22 365:10
372:25 373:3 376:8,15,22
378:12,15,17 380:1 381:13
382:3 384:12 385:11,20
386:3 387:6,7 389:2 396:6
396:9
**corrected**
103:10
**correctly**
20:24 64:3 200:13,16
321:17 325:18 357:7
362:16 376:4
**correlation**
119:25 120:6
**correspondence**
157:14,16
**counsel**
12:12 18:20 75:4 101:19
102:1 117:12 137:20
171:15,16 198:23 206:22
211:24 221:25 222:7 223:1
223:8 242:8,20 252:11
260:4 261:3 262:5 267:15
315:2 321:4 344:2 346:25
347:24 348:22 350:6 352:3
352:8 356:6 358:1 368:1,4
370:11 372:16 384:23
**counselor**
195:15 285:11
**count**
356:9

**country**
41:4,9 52:17 228:15
**county**
52:20
**couple**
17:14 79:23 107:7,8 147:22
191:7,8 311:23 347:21
382:1 386:6 390:15
**course**
38:13,15,19,22 39:2,14,22
39:22 40:3 61:14 168:5
242:9,12 244:1 245:11
294:7 331:7 332:12
**courses**
38:10
**court**
1:1,17 12:9,14 14:11 25:16
64:2 275:17,18,19,24 276:1
285:3 304:7 345:15 350:19
355:7,18,19
**courtesy**
266:11
**courtroom**
187:21
**cover**
100:24 217:22,23 354:10
**covered**
19:19 77:17 89:11 129:19
216:19 257:8 306:24 312:4
346:20 350:15 371:8
394:16
**covering**
25:20
**cramp**
127:23
**crashes**
75:17
**crazy**
192:10
**create**
95:1,8 110:19 378:19
**created**
100:10
**creates**
21:2,11 94:14 297:13
367:22
**credible**
28:25
**criminal**
54:13
**criteria**
106:23 248:25 249:3,8
250:1,2 389:17
**critical**
9:17 174:4 220:8 347:25
357:3 361:5
**criticism**
218:16,17

**criticized**
217:19,22 218:9
**cross**
90:9 151:5 152:21 331:5
**culberson**
5:15
**culture**
389:4
**cumulative**
349:24 350:5 391:10
**cup**
148:23
**cured**
220:3,21
**curious**
103:6
**current**
38:20 42:3 45:5,9 221:7
**currently**
35:13 380:25
**curriculum**
8:11
**cursor**
190:25
**customary**
228:24
**cut**
76:2 242:21 257:3 267:16
**cutting**
41:9
**cv**
33:8,11,20 34:3,5 35:21
49:22 50:24 63:5,12 65:9
76:22,25 81:7 86:10
**cvs**
3:16
**cyp2e1**
321:10
**cytochrome**
293:19

| d |
| --- |

**daily**
9:23 145:12,17 146:4
149:25 150:8 160:14
162:21 163:24 164:8,13,18
173:14 179:2 182:9,17
195:23 206:5,17 207:18
208:11,14,17,23 211:3
371:2
**dairy**
219:10,12 220:16
**damage**
108:3 151:6 259:5 294:14
294:19 295:1 331:4,12,13
332:10 380:25 386:13
**damaged**
259:7

[damages - develop]

**damages**
330:22
**damaging**
297:13 299:8
**dana**
53:4
**danish**
10:20 273:14,22
**data**
18:4 21:20 30:8 31:1 67:1
92:18 112:12 115:11 116:5
117:16,17,18 118:3,4
123:11,19 124:20 125:8
126:4,13,23 127:7 132:8
135:9 154:2,11 158:13
178:9 180:3,22 182:2
183:21 194:2,6 198:18
201:3 205:14 206:7,8
209:20,22 219:25 223:12
223:15,21 227:24,25 231:5
231:12,13 232:10,11,16,18
232:20,21 233:6,7,11
241:12,18 244:15 246:12
250:17,18 251:2,3,6,8
287:21 293:14 294:14,21
294:25 295:4,5 312:15
323:20 325:25 328:24
329:2,3,9,11,13,20 339:24
343:15 359:3 361:22,25
362:1,3 363:20,22 365:4,5
365:8,8,22,25 367:11,12,15
367:24 371:23 372:2 374:4
374:15,16 382:22 386:12
387:20 390:3 394:2
**database**
282:14
**databases**
250:12
**date**
17:11 33:24 98:9 271:4,7
398:3
**dated**
13:3
**dates**
156:6
**day**
65:3 94:8,16,18 103:21,23
106:2 132:1 138:18 139:18
145:22 148:4 160:14
162:22 164:3,4,9,14 167:1
170:8 174:16,22 176:4,20
176:25 177:7 178:17,22
179:3 181:20 182:5,16,23
183:2 189:1,3 192:4 209:2
302:4,12 304:14,22 307:4
308:11 319:24 351:10
356:20 364:15 365:16
366:1,10 382:24 383:9
393:10 396:14 397:14

**day (cont.)**
398:20
**days**
17:14 168:6 170:4 251:4
392:24 393:6 394:1
**de**
169:23 170:25
**deadly**
28:6 82:20,25
**deal**
45:10 76:13,18 77:3 81:8
294:13 297:10,12
**dealing**
45:14,22 46:2 60:18 61:16
61:25 77:8 297:12
**deals**
116:1
**dealt**
34:25 67:14
**death**
82:14 301:19
**decades**
86:23
**december**
104:21 105:13
**decide**
172:12 212:16
**deciding**
98:5
**decision**
57:10 117:14 223:2
**decomposes**
337:5
**decrease**
44:9,11
**decreased**
288:10
**decreasing**
259:17
**default**
383:18
**defendants**
11:3 14:8,9 179:22,25
211:25 307:10 308:25
**defendant's**
13:20
**defense**
223:8 270:17,19
**defer**
372:1,8 380:9
**deferred**
13:17
**define**
380:19
**definitely**
21:4,13 124:13 151:2 156:4
156:17 231:20 251:13
299:17 303:24 304:1
383:18

**definition**
48:22 209:4
**definitively**
23:11,17,25 153:23
**degree**
23:5,9 34:9 48:6 49:3,12
91:3 395:3,10
**degrees**
149:2,8
**dehart**
6:16
**deli**
146:24
**deliver**
327:11 360:11
**delivered**
121:21 263:4,5
**delivery**
62:19
**demonstrate**
110:7
**demonstrated**
320:17 327:17
**demonstrates**
328:2 371:23
**demonstrating**
131:9
**denmark**
279:15
**department**
35:22 39:11,12 54:15
**departure**
55:3 57:10
**depend**
178:5 339:5 380:13
**depended**
32:8,10 231:6
**dependent**
26:25 97:12 147:16 150:11
166:7 288:6
**depending**
176:12 248:4,5
**depends**
48:22 51:6 90:17 118:3
148:1 173:21,21 244:10
342:19 380:4 387:8
**depletion**
257:21 258:16 259:10
**deposed**
57:2
**deposition**
11:3 12:4,25 13:2,4,19,20
13:23 14:19,21,25 15:18,25
16:3,7,11,22 18:14 40:15
101:18 211:13,16 222:9
223:5 250:23 269:11,12,25
270:23 271:3,13 308:1
309:3 333:1 352:16,18,25
354:13,18 365:3 368:5

**deposition (cont.)**
395:22 396:7 397:6 398:3
**depositions**
25:12 75:25 106:14,20
204:1 269:9 271:12
**describe**
42:2 143:2 219:18
**described**
32:24 44:23 98:22 109:7
184:15 250:7
**describes**
154:18
**description**
8:9 9:2 10:2 11:2 261:14
**descriptions**
43:3
**design**
217:15 247:9 248:20
251:10
**designated**
40:22 41:5,8,15
**designation**
40:25 137:24 138:22
**designed**
73:11,13,14,19,22 225:1,3
225:14 274:8
**desktop**
16:2,9,11,13 79:18
**desserts**
219:11 220:16
**detail**
34:23 260:16 392:13
**detailed**
9:9 14:24 233:19
**details**
45:3 53:16
**detected**
317:9 330:4
**determinants**
48:25
**determination**
92:14 193:8 250:8 254:15
374:20 387:20 388:19,25
**determinations**
388:8
**determine**
21:21 23:12,17 43:25 85:23
150:24 250:2 328:16
331:24 339:24 348:15
359:5,15 361:24 379:12
**determined**
164:13 173:1 189:25
325:16
**detoxification**
42:21
**detoxify**
44:15
**develop**
26:20 94:12 137:8 302:17

[develop - doctor]

**develop (cont.)**
303:21 305:8 359:14 360:5
363:1 375:12 391:6,17
393:3 394:13 395:5
**developed**
96:4 228:14 232:1 289:9
**developing**
86:20 87:20 170:9
**development**
74:12 215:10,22 258:18
289:4 290:18 300:6
**devices**
16:6,21
**devoted**
47:19 48:2
**diagnose**
36:6
**diagnosed**
36:9,12 37:24
**diagnosis**
83:19
**dialkyl**
359:10 362:1 363:5
**diatribes**
308:11
**diazohydroxide**
93:9 330:21 333:11 337:7,7
337:12
**died**
373:3
**diet**
86:18 87:4 173:18,21 176:9
179:13,14 217:8,24 219:7
227:23 228:12,24 229:18
230:1,4 244:2 245:6
**dietary**
10:12 133:10 203:22
212:10,16 213:8 214:9
216:4 217:1,7 220:15
224:20 227:16,18 228:19
234:3,4 239:10 240:3,15
241:7 243:21 246:4,17
248:7,21 337:25
**differ**
111:12 112:1,5
**difference**
21:1,10,17 96:19 178:19
322:15 331:16 340:7
**differences**
42:25 111:16 321:8 340:12
**different**
22:3 39:5 57:20 59:18
88:15 116:19 125:3 130:8,8
130:10 160:6 163:18 186:6
214:20 223:11 228:8,17
229:24 240:10,10 241:13
241:19 245:20 248:3,18
258:8,25 283:21 294:3,4,9
317:5,6 321:16,18 322:20

**different (cont.)**
323:4,18 346:17 366:6
387:4
**differently**
353:20 385:13 387:6
**differing**
127:1
**differs**
111:1,6
**difficult**
89:19 126:14,24 128:12
186:8 217:21 220:8,22
224:25 340:7 395:14
**difficulties**
94:20 218:6
**difficulty**
113:3,7 115:12,19
**dig**
156:1
**dimethyl**
162:7 227:25 250:18
**dimethylamine**
205:9
**dimethylnitrosamine**
9:5 30:9,10 80:13,18 91:16
100:1,12,22 107:25 108:10
118:15 120:8,18 152:10
162:7 175:5,10 192:16
198:19 227:25 228:3
258:25 288:17,22 299:22
337:4 359:9,17 360:8 362:3
362:5 363:4,16 365:5 394:7
**dimethylnitrosamines**
108:2,5
**direct**
56:10 115:8 180:5 320:9
348:8 356:25 375:17,19
383:9
**directed**
349:10
**directing**
352:21 353:21 366:12
383:11
**directly**
46:3 47:13,17 48:4 61:25
124:15
**director**
50:25 52:5,22 56:20 297:18
**disagree**
161:5 256:20 257:19
363:21 367:7 378:18
380:16
**disagreed**
363:25
**disagreeing**
170:17 258:3 384:2
**disagreement**
167:25 168:8 170:5 201:20

**disagreements**
191:16
**discipline**
48:8 62:18,23
**disclose**
156:11,25 157:7 278:6
**disclosed**
14:14
**disclosure**
8:13 36:17 37:15
**discoverable**
19:22
**discovered**
42:7
**discovery**
154:21
**discredit**
217:13
**discuss**
16:14 79:24 81:9 109:15
206:14 212:9 216:2,10
279:24
**discussant**
156:8
**discussed**
31:21 168:15,23 169:20,24
197:24 205:19 216:16
245:3 254:10 279:9,25
295:20,23 296:3 330:11
350:6 357:24
**discusses**
176:8 279:14
**discussing**
85:25 297:25
**discussion**
14:24 126:11 198:1 212:2
226:17 325:9,12 336:23
341:19 348:10 357:23
358:21 359:2 363:1 365:19
374:6 377:15
**disease**
49:1 82:13,25 83:16 99:9
151:7
**disjointed**
320:6
**display**
282:9
**displayed**
309:16,23
**displaying**
309:14
**dispositive**
376:7,9
**dispute**
59:11 339:1 376:23 377:4
**distinguish**
106:18 331:11 332:18
349:19

**distinguishing**
254:8,13
**distort**
276:20
**distorting**
276:17
**distortion**
123:18 125:1
**distribution**
48:25 323:3 348:18
**district**
1:1,2 13:8,18 14:10,11,12
**diverting**
53:24
**divided**
34:20
**division**
39:15 297:18
**dmn**
72:14
**dna**
8:15 61:20 62:1 64:1 68:1
77:14 90:9 91:11,13,15,17
91:21 92:5,19 93:6,9,22
95:8,17,20 96:1,17 108:3
111:6 112:5 151:5 152:11
153:16 154:8,18 256:21
257:11,16,17 258:23 259:1
259:5,8 294:14,18 295:1,20
296:1,20 297:13,25 299:8,9
299:18,23 329:10 330:22
331:4,5,12,13 332:10,19
333:15,15,21,22,25 334:2,8
334:22,24 337:8 358:2,4
376:2 377:20 378:3,12,18
378:24 379:3,12 380:17
381:1,22 386:13 394:23,24
**doctor**
19:3 33:14 36:3,5 50:15
66:8 69:23 104:4 105:1
115:5,6 121:2 122:15 123:2
128:11 141:14 142:13
184:18 191:1 252:5,5,22
256:21 268:4 280:9 282:13
286:20 300:15 310:3,21
311:2,21 312:25 314:5,9,12
315:9,18 316:2,17 319:5,15
320:3 321:7,21 322:10,25
323:7 324:13 325:3,19
326:20 327:5,23 328:11
329:14 330:16 332:7 333:2
333:14 335:23 336:9,16
338:19 339:3 340:9,17,24
341:25 342:18 344:23
346:22 348:10 349:17
350:7,21 351:12 356:22
357:11,18 358:14,21
360:13,21 361:18,20
362:11 363:7,19 364:3,4,13

[doctor - eliminating]

**doctor (cont.)**
365:11 366:14 367:2,7
370:4,25 372:21 374:11
377:17 379:19 380:16
382:12 384:5,23,25 385:17
387:25 389:8,11 390:6

**doctor's**
353:15 354:4,5

**document**
36:16,22 37:7,12 69:5
70:14 80:4 102:11 103:7,7
115:7 131:5 159:3,13 199:5
199:21,25 234:19 261:8,14
261:19,20,24 267:17 310:3
312:16 345:12,13 346:8,13
348:23 370:12,14 372:17

**documented**
319:10

**documents**
10:16 16:16 31:7,14,15
32:1,18 102:1,18 104:18
106:14,19 211:23,24 261:3
261:9 262:4,10,12,18,23
264:25 268:8

**dog**
307:23

**dogs**
321:23

**doing**
45:2 78:13 80:6 105:25
205:6 211:18 218:6 233:1,5
242:15 260:7,9 351:18

**dollars**
56:22

**dose**
9:9 26:25 27:11,16 28:16
44:22 71:16,21 72:11,16,16
72:17,18,21 73:2,7,22
81:12,17,24 82:2 97:13
108:7 119:9,12,18,19,25
120:9,10,13,20 121:25
122:3 123:25 125:6,7 129:2
129:10,12 130:6,10,20
147:2,6,7,16,21 148:1
150:11,11 160:13 166:7
181:11,18 208:24 209:1
210:15 216:25 247:7
250:18 288:6,17 314:20,25
316:8,24 319:24 321:24
322:5 329:8 341:5,9,13
342:20,23 343:5,10,19,21
369:25 370:18 372:10
373:16 374:18 379:1,20
380:1 381:17 391:11 392:9
392:22 393:15 394:5,19

**doses**
69:16 70:4 73:2,12,16
74:10,14 120:21 121:3
128:25 129:15,19,20,24

**doses (cont.)**
130:10,14,23 244:17
248:18 317:23,24,25 318:5
328:2,7,9,10 371:24 373:2
373:7,20 374:12,14 378:20
379:1 391:24

**dosing**
71:6,8

**double**
187:10 202:14,16 381:11

**doubt**
313:23 330:7 378:24

**download**
324:21

**downloading**
114:18

**downstream**
327:5,10 328:3

**dozens**
150:13,14,16

**dr**
8:4 12:19 13:2,2,6,15,19,20
14:6 15:14 18:18 24:4,25
25:10 26:15 30:2,15 33:11
36:23 52:15 56:2 68:25
76:10 79:10 80:5 84:13,17
100:25 102:23 115:1
116:24 117:11,15 140:3
174:7 175:22 183:6 207:15
237:5 242:9 264:17 269:18
273:3 278:8 295:16 296:5
296:14,24 297:16,21,24
298:8 307:8,14 308:23
310:12 312:3 320:23 324:1
324:3 338:21 340:13 342:6
353:7 354:8,9 357:8,13
358:20 369:9 371:15,19
379:10 390:14

**draft**
345:18 347:2,13

**drafts**
19:21,25

**draw**
35:18 117:2,9,16,20 221:12
221:23 222:23

**drawn**
281:8

**drew**
32:10,15 251:21

**drink**
178:6

**drinker**
182:21

**drinkers**
178:25

**drinking**
173:23 327:16,22 387:14

**driving**
120:23 319:7

**drug**
21:24 22:2,10 157:9 158:9
162:11,20 169:2 182:6
189:21 200:10 295:14,14
298:2 366:25 389:14,18
390:21

**drugs**
6:12 9:21 49:15 66:21 82:7
162:1,6,9 166:22 168:21
170:25 198:5 199:6,16
257:20 259:17 298:9 357:6
362:15 363:10 366:19,19
367:16 389:21

**duane**
5:3

**due**
42:25 219:10 227:8,14
375:9

**dues**
65:23

**duke**
34:10

**duly**
12:17 397:5

**duplicate**
121:12 222:2 260:17

**duplicating**
384:20

**duplicative**
260:21 272:9 308:19
346:15 348:25 391:1

**duration**
27:1 28:17 97:13 166:7
319:25 391:13 392:4,23
393:9 395:4,9

**e**

**earlier**
17:4 35:11 49:23 55:8
110:12 123:3 134:23 151:4
152:22 155:2 186:16
211:13,16 212:5 221:16,25
222:8 223:5 234:25 302:1
312:4 313:17 316:3 350:6
351:21 371:8 379:8 384:14
390:20

**earliest**
17:15

**early**
135:17 251:3 329:6

**easier**
266:21

**east**
315:8

**easy**
73:5 390:12

**eat**
44:20 140:9 173:23 176:13

**edge**
41:9

**edition**
80:20

**editors**
223:17

**edits**
347:1

**education**
34:6

**effect**
22:15,20 44:1 64:23 81:18
81:19 125:6,7 208:25
220:24 288:6,9 317:24
318:3,5 322:16 334:21
336:1

**effective**
82:19 83:5 161:25

**effectively**
293:9 299:6

**effectiveness**
83:12

**effects**
9:7 21:25 49:15 124:2,22
244:17 274:12 334:9

**efficacy**
259:17

**efficiency**
62:6 112:4 116:15

**efficient**
95:19 320:4 380:24

**efficiently**
69:1 95:16

**effort**
320:4 339:23

**efforts**
98:21

**eight**
35:10 138:11 159:13
311:10 315:10 320:10
342:1 356:17

**eighth**
117:13 223:1

**eisenhower**
2:5

**either**
72:7 206:8 217:14 281:21
285:6 332:9 368:9 374:5

**electronic**
16:5,21 272:17

**electronically**
263:5

**elevated**
245:19

**eleven**
241:22

**eliminating**
62:7

[elimination - exact]

**elimination**
62:19
**ema**
31:18 107:8 167:16 279:11
279:14 306:10 314:1 319:8
319:14
**email**
156:2,9 157:14,16 346:5,9
346:10,22 347:1 350:18
352:16 353:10 355:11
356:5
**employ**
248:9 249:25
**employed**
49:18
**employee**
35:15 40:5,7
**employees**
54:16 56:15
**employer**
54:16
**enables**
241:15
**encompassing**
214:19
**encyclopedia**
99:2,6 105:9
**encyclopedic**
99:15
**endogenous**
64:17 94:19,21 185:14
186:9,19 187:2,14,17,22
188:2,7,14,19 189:1,8,20
190:1,6,14,16 191:22
192:14 193:8 194:2,5,11
195:24 198:1,7,16,18
200:12,25 201:3 202:8,10
202:18,21,25 205:16
331:17 348:11,16 349:2,3
349:20 350:11,22 351:1,5
356:24 357:2,4,19 358:8,10
358:25 359:3,11,16 360:1,2
360:6,7 361:1,22 362:4
363:3,15 364:9,19,22 365:4
367:13 375:9
**endogenously**
94:13 95:1,8 96:4 185:9,12
185:20,24 186:1 187:7,9
192:5,6 194:22 195:1,7
196:19 197:11,17,23 202:3
331:8,12 332:19 359:20
363:24
**ends**
79:4 141:8 207:7
**engraved**
341:20
**enhance**
42:21

**enjoy**
146:21 147:24 148:8
**enter**
114:12 323:1 385:2
**enters**
385:19
**entire**
222:8 346:12
**entitled**
1:15 36:16 67:25 79:13
113:18 118:12,13 125:20
159:4 174:4 199:5 207:18
218:23 230:22 241:7
353:18 379:10
**entries**
67:11 76:12
**entry**
17:15,18
**environment**
38:24 64:8,16 94:5 100:23
**environmental**
42:22 44:16 80:19 89:6,7
151:15
**environments**
109:3
**envision**
374:21
**enzyme**
257:11 293:19,22 294:2
296:7,10,17 297:4 299:10
321:10 330:17
**enzymes**
62:7 111:18,23 294:6
296:10,20,22 297:5,8
298:13 299:1 322:3
**epidemiologic**
132:8 251:10
**epidemiological**
63:22 133:6,24 134:4 136:1
136:16 253:2 304:8
**epidemiologists**
48:12 229:17 230:1 244:2
**epidemiology**
48:11,15,19,21,24 49:3,6
52:15 133:10 212:19
227:15 250:15 387:23
388:5,13
**equal**
188:15 189:9 336:16
**equals**
244:20
**equate**
71:21 73:7
**equates**
209:17
**equation**
178:12
**equivalent**
71:7 73:2,7 92:5 119:12

**equivalent (cont.)**
129:2
**ernst**
52:7 55:18
**erode**
365:17
**errata**
398:1
**errors**
118:4
**escape**
329:16
**esophageal**
36:10 227:3 237:14,21
239:7 254:24
**esophagus**
294:5 370:19 387:14
**especially**
25:12 366:21
**esq**
2:7,8,9,17,24 3:9,10,19 4:7
4:8,17,24 5:10,19 6:7,15,16
6:24 7:7
**essential**
322:11 349:25
**essentially**
371:13
**establish**
52:17 81:23 183:14 186:11
205:14 239:13 244:7 247:4
344:4
**established**
46:16 92:8 108:1 163:25
164:8 173:16 186:12,15
205:2,6 210:24 211:10
231:25 335:24
**establishes**
371:16
**establishing**
132:3,14
**establishment**
172:15,24
**esteemed**
157:24
**estimate**
160:21 161:10 175:23
188:25 230:10 231:4 302:2
302:14,15 306:1
**estimated**
188:22
**estimates**
172:24 188:19 189:24
206:12 305:1
**estimating**
84:24 232:6
**et**
8:18,21 9:10,12,25 10:4,8
10:11,15,21,24 11:6 379:10

**ethnic**
42:25
**ethylating**
154:12
**etiology**
297:18
**eu**
228:16
**europe**
228:16
**european**
10:10 231:11
**evaluate**
81:23 82:2 214:23 249:4
295:1 313:13 317:25
318:13 319:18 326:20
343:21 391:12
**evaluated**
229:24 388:9
**evaluates**
342:23
**evaluating**
28:18 195:3,4 217:7 312:25
314:7 316:5,25 317:15
**evaluation**
61:4 66:10,14,17 67:6,8
99:10 143:24 252:23
290:22 319:25 372:11
387:21 391:21
**evaluations**
229:21
**evening**
390:14 395:23
**event**
137:23 275:7
**everybody**
70:15 330:21
**everyone's**
70:23
**evidence**
28:25 87:7 92:24 94:21
99:10 131:9,11,15,16 132:2
132:14 142:24 143:18
144:10,15,22 173:12 187:1
202:7 211:6 237:14,21
240:8 275:8 283:9,15 304:8
366:18 369:18 370:7
373:10,11 374:6 386:21
388:14
**evolution**
251:1,2
**evolve**
251:1
**evolved**
380:23
**exact**
17:11 160:22 223:3 271:4,7
298:5 344:14 350:24

**exactly**
32:25 39:15 66:16,22
161:13 163:4,14 184:4
233:4 279:10 280:19,22
281:1 384:21 389:16

**examination**
8:3 14:4 310:1 390:17
396:5 397:4

**examined**
12:17 274:3

**example**
77:11,12 80:25 90:8 91:12
143:15 151:14,21 152:13
153:11 228:15 234:7 284:8
317:7 359:8 385:14 387:10

**examples**
151:3 152:20,22 218:2

**exceed**
328:7 330:5

**exceeded**
329:1,8

**exceeds**
190:17 329:17

**excellent**
324:20

**exception**
282:23

**exceptions**
327:7

**excess**
28:7

**excessive**
283:3

**exclude**
107:21 219:10

**excluded**
219:9 386:9,15

**excludes**
380:6

**exclusion**
106:24

**exclusively**
201:4

**excrete**
328:25

**excreted**
194:8 201:6 292:24 293:4

**excretion**
293:7

**excuse**
167:5 260:4 351:2

**executive**
14:9

**exercise**
87:5,13 163:8

**exert**
335:25

**exhibit**
8:10,11,13,14,19,20 9:3,7

**exhibit (cont.)**
9:11,13,15,17,20,23 10:3,5
10:9,12,16,16,17,18,22
11:3,5,7,9 18:14,16 19:5
31:12 32:4 33:3,7,20 36:16
36:20 40:9,15 57:14 63:6
67:22,23 68:23 73:18 76:6
76:10,17,22 79:13 81:8
102:5,6,8,8,16,19 103:8
113:13,16 114:4 118:19,21
121:11 122:23,24 125:19
125:23 127:11 137:18
142:3,6,9 146:16 159:3,10
159:19 173:25 175:19
179:12 198:21,22 199:2,10
199:19 207:13,20 218:25
219:1 224:7,8 234:14,16
236:18 242:25 243:2 261:7
261:10,11,21,22 263:1,16
264:3,14 267:22 268:9
269:14 273:15,18 282:8,11
309:2,15,19,20 320:8 321:2
321:2 323:11 324:9,19,24
325:1 341:23 345:7 347:21
347:25 348:5 351:10
356:20 375:23 382:25
383:2

**exhibits**
8:9 9:2 10:2 11:2 70:21

**exist**
376:14

**existed**
183:22

**existence**
379:20,25 380:10

**exists**
183:21 317:1

**exogenous**
184:25 185:3 188:15,20,20
188:22,25 189:8,17 195:24
197:15 198:6 200:11 203:4
205:16 244:25 245:6,14
253:3,12,17,22 254:3,19,23
255:2,7,11,15,19,23 256:2
256:3,7,16 348:11 359:20
362:6 365:6 377:1

**exogenously**
96:4 182:22 190:18 192:5
195:7 197:11,23 202:4
304:14

**expanded**
160:9

**expect**
25:4 154:12 161:2 163:10
258:17 284:9,25 289:18,20
289:23 298:10 302:17
306:22 317:7 322:18,19

**expectancy**
70:11 71:7

**expected**
160:15,24 162:22 163:11
163:15,16 257:22 298:2,23
298:25 300:3

**expects**
366:20

**experience**
32:8 98:8 155:19 229:19

**experienced**
251:23

**experiment**
72:13

**experimental**
118:8 123:19 125:2 143:1
275:2

**experiments**
363:2

**expert**
8:10 14:14 23:2,3 48:10,15
48:19,20,23 65:18 83:18
84:2 165:22 269:21,22,23
270:7 271:8,11,19,23
295:13 298:6 334:17,25
389:12

**expertise**
65:6 89:22 318:10

**experts**
157:24 198:4 269:1,9 270:1
270:4,17,20 295:24

**expires**
398:23

**explain**
99:14 275:22 340:8 362:24
363:11 386:19

**explained**
216:22 363:13

**explaining**
228:23

**explored**
46:11 354:11

**exposed**
61:21 62:2 64:16 94:7
95:14 145:12,17,21 146:3
149:24 150:7,13,15,19
151:8 160:11 173:14,18
178:15,18,21 179:2 197:10
209:1 228:3 302:12 304:14
304:22 376:3 378:19

**exposing**
298:7

**exposure**
9:18,23 10:6 21:2,4,11,13
21:22 22:9 27:1 28:16 62:2
66:11,15 67:3 74:9 89:12
89:18 90:20,23 92:10 93:16
93:23 95:13,18 97:12,23
99:9 108:7,10 109:3 133:11
143:13 150:23 151:22
153:23 163:20 164:19,24

**exposure (cont.)**
165:12 166:11 168:19
169:22 172:16,25 174:5
175:24 177:6 184:11
189:25 191:23 196:15
197:15,21 198:6 206:5,13
206:17 207:18 208:11,14
208:17,24 212:20 240:14
244:16 246:17 258:15,18
288:8,21 289:4 294:19
297:6 298:22 302:18 322:6
322:11,14 348:1 349:24
350:5 362:6 371:2 375:24
378:1 385:2 391:16 392:4
393:2,5 394:12 395:5,6

**exposures**
64:23 89:7 100:2 151:15,17
197:23 200:11 205:16
230:10 231:4 258:6,8,10
289:17

**express**
7:4 167:25 170:4 201:20
202:10

**expressed**
373:19

**extended**
120:17

**extensive**
155:19 227:24 325:25
392:15

**extensively**
259:2 312:4 359:10

**extent**
94:15 104:22 363:3 366:1

**extrapolate**
112:12 123:19 127:7
339:15 393:9,20,23

**extrapolated**
339:25 343:16

**extrapolating**
126:4

**extrapolation**
110:20 115:11 116:4
123:11 126:12,23

**extremely**
120:21 158:25 172:11
197:7 217:21 244:13 251:5

**eye**
326:21 391:13

---

**f**

**f344**
8:15 68:2

**facility**
51:23

**fact**
14:23 17:4 27:8 44:9 101:1
111:23 123:15 139:13
161:24 162:9 169:21 172:9

[fact - follows]

**fact (cont.)**
173:7,10 181:13 183:25
187:25 193:14 211:2
251:16 286:23 293:6
322:24 346:16 386:4
**factor**
24:9 25:24 26:1,4,7,12,16
85:8,12 86:19,24 88:19
90:1 220:17,18 221:1
290:10 338:3,5
**factors**
24:6 89:10 91:2 110:18
111:12 126:16,22 217:1,15
218:10 220:14,20 259:19
375:9,10 379:2 385:15
**fahrenheit**
149:9
**failed**
114:19
**fair**
13:22 25:10 60:13 72:6
83:20 87:18 107:10,15
149:23 191:8 259:13 262:8
264:13 268:19 302:24
338:15 343:1 347:5 355:21
371:15 380:15 385:7 386:8
394:9,13
**fairly**
339:24
**fairness**
196:14 307:15
**falanga**
4:12
**falkenberg**
6:3
**falls**
82:7
**familiar**
27:15 63:10 76:24 81:11
113:20 164:10 206:11,16
207:15 208:16 219:3 224:4
229:16,17,17 230:1,13,14
230:19 231:9,12 240:7
241:3 248:24 249:7 250:10
250:14,16,17,20,25 251:1
251:16,17,18,23 257:9
273:3 333:23 379:9,14
383:24
**family**
25:23
**fans**
39:18
**far**
30:22 33:24 67:5 72:16
74:1,10 93:2 101:9 119:19
121:5 129:1,4 173:15,17,20
173:24 184:25 190:17
204:21 205:3,12 288:20
293:12 309:18 367:21

**far (cont.)**
370:5
**fashion**
30:20 381:1,8
**fat**
10:3 218:23 220:1,21
**fats**
219:7
**fatty**
219:11 220:15
**fault**
25:20
**favorable**
216:19
**fbi**
54:10
**fda**
11:7,9 66:20 154:23 155:3
155:9,16,23 156:10 157:7
158:6,7,17,22 159:6,13
162:6 163:1,6,25 164:7,24
165:11 166:20 167:6,16,18
167:23 169:1,17 170:7,23
171:14 172:4 173:16 188:6
197:20 198:2 199:15,21
201:10,14,22 295:16
296:15 299:25 300:2
311:17 314:1,9 316:7,24
318:15,21 319:9 344:24,25
345:13,19 346:4 347:12,16
347:21 351:7,13 353:15,20
354:4 356:20 358:11,22
359:13 363:22 364:9
365:12,14 366:2,4 367:20
382:23 383:5 389:17
**fda's**
161:16 164:12 165:3
167:25 168:8 171:10 345:8
348:14 365:17
**federal**
41:19 51:16,22 53:18,24
54:11 55:1,13,13 56:13,14
56:14,16,21,23 57:8 275:17
275:18
**federally**
46:2 47:7
**feedback**
272:17
**feeding**
9:4 118:15
**feel**
33:16 99:13 262:21 307:25
355:6
**fertel**
4:24
**fewer**
373:8,18 374:12,19
**fidelity**
116:16

**field**
34:6 48:10,21 49:5 58:18
81:12 157:25 208:23
250:25 251:1 295:13
**fifteen**
355:25
**fifth**
149:10
**fight**
257:14
**figure**
266:15 305:15
**figures**
304:3
**file**
68:14,17 263:17 264:1,6,9
310:14,17,20,22 311:2,9,12
324:22 389:14
**filed**
18:11 37:15 53:14 275:17
276:1
**files**
310:10,25
**fill**
227:22 228:10 394:1
**filled**
282:15
**final**
143:24
**find**
79:17 84:9,11 91:10,14
92:20,23 95:25 118:4,7
149:21 156:2 171:25
216:21 217:13 227:6
238:16 245:21 253:1,11,16
253:21 254:2 274:16 279:6
283:1,4,11 285:25 286:4,4
287:22 305:4 318:3 363:2
**finding**
87:25 177:22 220:6 346:16
**findings**
240:3 244:1 276:17,21
285:6
**fine**
78:20 140:20 305:3 325:7
346:7 369:1
**finish**
25:18 128:8,14 130:21
193:3 194:9 252:14,21
354:13,18 361:19
**finished**
30:15 135:20 213:18 229:3
231:15 306:18 314:19,22
314:25
**finite**
299:22
**firm**
12:8,10 251:8

**firmly**
186:15
**first**
12:17 19:9 30:11 34:21
37:9 52:16 63:14 68:24
69:22 76:3 102:21 114:4
115:2,4 120:7 126:11
127:12 128:24 137:24
138:7 142:9 147:23 179:11
180:14 198:9 199:18
200:21 224:17,19 226:16
234:19 279:12 281:5
296:19 304:18 308:23
309:1 316:15 318:1 325:11
328:13,17 329:12 333:5
335:16 336:20 337:1 340:5
368:25 388:4
**five**
64:19 65:6 137:21 140:15
198:24 272:3 273:1 315:21
356:2
**flat**
382:2
**flawed**
187:4 188:4 224:25 288:16
364:11
**flaws**
118:7
**flips**
326:8
**floor**
2:5,15 5:17
**florida**
4:6 5:9
**flow**
339:6,9,10,17 343:17
**focus**
340:25 341:21
**focused**
47:11,15 52:14 59:19 60:12
86:13,16 107:23 216:8
363:8
**folder**
70:14,22
**folks**
137:19 142:1
**follow**
10:7 98:10,14 216:23
251:25 267:8 274:9,10,14
279:23 283:24 284:2,8,12
296:13 307:5 320:6 346:25
355:23 392:3
**followed**
273:22 274:1
**following**
154:21 213:5 229:2 395:6
**follows**
12:18 318:12 329:14

[food - genome]

**food**
39:18 43:13 66:19 100:23
176:14 179:4,4,6,6,10
196:22 197:5 205:19
206:14 213:23 214:6,24
215:22 218:3 228:1,9,18
231:11 232:21 233:21
245:14,17 248:21 250:13
349:19 367:1,16

**foods**
10:3 148:3 149:13 173:23
198:6 200:11,22 213:10
215:10 217:24 218:24
219:11 220:1,15,21 228:5
231:17,19,20 232:6 233:8
233:12 250:11 366:21

**footnote**
106:6,12,13

**footnotes**
106:6

**force**
395:12

**foreign**
112:4

**forever**
354:23

**forge**
372:19

**forgive**
43:9 320:3,5

**forgot**
122:11 346:5

**forgotten**
39:15 99:3 160:21

**form**
21:5 25:3 29:5,13 30:21
48:16 64:9 77:20 83:13
93:10 106:2 187:6,9 195:6
197:11,17 258:7 299:19,22
303:4 305:8 308:7,12
337:17 375:7

**formal**
34:6 252:3,23 313:25 319:3

**formaldehyde**
64:13 330:24 331:4,8,12,13
331:17,18,22 332:11,19,21
333:11 336:7,10,13 337:6,8
337:9,11,17 338:3

**formation**
93:8,13 94:19,21 177:11
185:14 186:3,8,9,19 187:2
187:14,18,22 188:2,8,14
189:2,8,8,20 190:1,7,14,17
191:22 192:14 193:8 194:3
194:6,11 195:25 196:16
198:1,16,18 202:8,11,18,21
202:25 205:10 256:21
294:18 299:8 348:16,17
349:2,3 350:11,22 351:1,5

**formation (cont.)**
357:2,4,20 358:6,8,10,25
359:4,12,16 360:2,3,6,7
361:1,22 362:5 363:3,4,15
364:9 365:4,6 367:13 376:1
378:3

**formed**
44:16 64:14 185:4,9,11,19
185:24 186:1 194:22 195:1
196:18 202:3 330:23
332:19,20 333:13 359:19
365:25

**former**
297:17

**forming**
318:16,22 319:19

**forms**
258:25 294:3

**formula**
73:1,4 338:17

**formulating**
99:8

**forth**
101:10 307:3 323:11 397:5

**forty**
80:24

**found**
29:11 43:18 44:8,13 59:20
83:10 94:4 108:19 109:13
133:7,24 134:5 158:9
198:19 215:21 218:10
219:5 220:10,20 225:23
226:19 238:10,19,22
277:10 280:4,12 281:11,15
283:2,15 285:19 286:15,21
287:2 288:7,14 290:25
291:9 313:2 314:10,15
375:25 378:2 379:7

**foundation**
46:7 49:25 50:7,9,24 51:13
51:16 52:6,8,10,13,22,23
52:25 53:3,8,23 74:17 88:5
88:7 104:25 105:15 167:12
168:4 171:4 216:13 239:3
248:13 279:4 299:3 318:25
343:23 358:17 361:9
362:22 367:5 384:22

**foundation's**
51:4

**founder**
52:8

**four**
80:8 102:20,21 159:18,21
159:22,25 207:11 272:22
348:9 364:1

**fourth**
64:19 160:8

**fowler**
4:7 8:5 307:7,8 308:5,10,17

**fowler (cont.)**
308:22,24 309:9,15,22
310:2 312:5 315:5,12,17
321:5 324:8,18,25 335:3,10
335:13,14,22 336:22
337:15 341:23 343:25
344:7,9,15 347:20 348:4,7
351:9 352:5,20,23 353:2,13
353:23 354:2,16,24 355:4
355:21 356:19 357:17
358:19 360:15 366:10
368:8,12,15 369:24 370:3
370:17,22,24 372:14,19
382:23 384:5,22 390:6

**fraction**
195:11,23 196:16 197:10

**fractions**
389:5

**frank**
3:10

**frankly**
360:19

**fraud**
56:14

**fraught**
94:19 112:13,15,25 113:2,6
113:10 115:12,18

**free**
33:16 115:7 262:21 380:25

**freeman**
2:3

**frequently**
107:3 394:6

**fried**
149:13

**front**
68:7,10 77:20 78:3 106:11
235:15 264:21 273:20
282:10 288:4 300:24

**fsa**
231:11,24 232:2,5,15,23
233:11,18,18,25

**full**
15:11 40:5,7 180:14 279:12
320:12 335:16 357:12,13
360:20

**fully**
328:25 354:11

**fundamentally**
60:2

**funded**
41:19 46:2 47:7 51:10

**funding**
51:15 52:1

**funds**
51:22 53:24 54:11 55:2
56:16

**further**
81:2 103:11 279:24 335:5

**further (cont.)**
338:17 354:2 390:7 395:16
397:8

**future**
50:8 55:9,17

**g**

**g28**
152:6

**g2a**
154:9

**gain**
110:14

**gained**
100:18

**gallagher**
5:10

**gannon**
4:17

**gastric**
10:14 237:11,12,16,19
238:3,8,23 240:21,22 241:1
241:9 243:22 255:3

**gastro**
10:5

**gathered**
14:18

**gears**
344:23 375:18 382:12
384:6

**geddis**
2:8

**gene**
92:21 152:6,14,18 153:4
380:24 394:25

**general**
13:25 30:20 58:2 64:16
80:14 97:21 107:1 111:9,22
117:25,25 118:1,6 168:19
175:3,14 208:20 218:17
229:18 289:18 338:6,20,23
341:16 346:1 347:7 366:23
378:23 385:12

**generalize**
387:8,17

**generally**
30:3 58:17 172:22 208:24
212:1 327:1 361:10,12

**generated**
101:21

**genes**
77:15

**genetic**
152:1,2,5,25 153:12 154:5
295:14 334:20 372:1,6,8

**genetics**
89:1,25

**genome**
380:20

[genomic - hand]

**genomic**
111:1
**genotoxic**
334:16
**gentleman**
122:21 123:1 224:2
**geometric**
316:7,22 317:3 318:6
**george**
9:24
**german**
282:14
**germany**
330:10 394:16
**getting**
28:24 30:17 72:11 192:6
254:7 265:14 272:2
**gi**
225:21 226:5,7,12,22 241:1
241:2
**give**
15:18,25 16:6 25:1,6,18
28:2 124:16 218:2 228:8,16
231:22 239:2 261:15
271:12,13 272:15 273:10
324:20 332:13 337:3
344:14 356:9 357:15
368:20 377:22 392:11
395:12
**given**
14:20,23 16:14 22:14 31:8
40:25 57:5 69:16 70:4,7
71:16 89:15,23 91:1 114:10
119:20 151:16,18 156:12
240:1 251:22 328:8 329:12
343:11,19 350:9 366:24,25
375:24 376:25 377:11
378:1 380:23 387:11,14
391:24 396:8 397:7
**gives**
375:3
**giving**
359:7
**go**
13:11 25:4,15,19 34:23
42:12 67:19 69:1 75:16,23
77:22,25 78:4 86:18 87:5
93:19 94:6 97:4 98:5 100:3
100:5,14 104:1 114:12
116:9 123:15,17 126:10
128:10 130:20 140:8,17
141:2 143:23 146:13
148:13 149:20 159:18
160:5 175:5,8,19 176:17
182:8 184:5 190:2,4 200:6
209:20 212:21 215:7
222:11,14 225:11 234:18
237:11 242:6 243:24
247:15 256:13 259:20

**go (cont.)**
260:16 262:21 265:25
266:22 272:1 286:9 306:23
307:17,19 308:3 310:7
312:10 316:17 318:7
325:10 340:4 344:13 347:4
352:17,24 353:11 354:22
355:16 356:7 368:16,25
392:13 395:18
**goes**
84:6 238:15 284:11 334:1
335:19 370:6 382:3
**going**
12:2 14:24 15:1 16:12,13
18:13 19:23 25:1 32:13
36:15 38:5,9 41:18 55:14
56:9 65:9 68:20,20 72:12
76:4 78:12 79:3 86:10
92:12 94:6 95:9 98:6
107:19,20 120:21 125:16
140:21 150:12 156:5
166:10 179:1 184:17,21,23
187:20 188:23 189:11
202:10 212:16 222:1,9,11
231:23 242:21 256:10
257:1 260:6 261:6,10
263:15 264:2,5,9 265:2
266:5 275:16 276:1 285:15
285:16,17 299:18 305:16
306:21,23 307:19,22 309:6
309:7,14,22,23 315:7,9,10
315:15 316:14 320:3,4
322:25 332:24 333:4,12
334:9 344:7,18 345:13
352:16,17 353:1,10,13
356:10,13 366:13 368:4
369:3 375:19 383:17
392:12 395:20
**golomb**
2:20
**gombar**
8:21 9:12 11:6 113:17
114:13 115:10 116:9
125:20 126:12,24 127:15
128:23 129:11 131:8
320:23 323:16,24 324:10
335:4 339:25 340:13
341:10 342:5,6,6
**gombar's**
115:2,16 128:16 321:15
324:4 338:21
**gomm**
10:24 282:1,7,13,22 283:1
283:7,15 286:15,21 287:2,7
287:20 290:20,21,25 291:9
**good**
12:1,19,21 86:18,18 87:4,5
87:13,14 92:24 96:21,25
112:17 140:12 153:11

**good (cont.)**
178:25 198:18 202:7
220:10 221:11 222:22
225:3,14 247:7,8 250:12
271:25 272:20 274:8 283:1
293:14 307:7 308:23 346:2
355:13 358:2 382:22
390:14
**goodman**
10:4 218:23 219:25 221:4
**gordon**
3:3
**gotcha**
210:12
**gotten**
363:7
**governing**
297:20
**government**
55:2 56:21,23 228:14
232:22
**governs**
191:22
**grab**
273:10
**graduate**
38:13,21 39:2,7,14
**grand**
106:7
**grant**
3:7 42:9,15,24 43:4 45:6,10
45:23 51:13,19 56:23
**grants**
40:17 41:18,20,22,25 42:3
42:23 45:5,9,22 51:17 52:2
**grasso**
120:20 369:23
**great**
44:14,18 50:14 71:2 96:22
102:13 193:18 194:1
201:10,14 228:18,24
260:16 294:13
**greater**
72:22 74:2,2 119:19 121:5
129:1,3,4,5 173:15,17,20
173:24 188:15 339:11
359:20 364:14 382:9
391:11
**greenberg**
4:3 307:8
**grimes**
3:11
**gross**
252:7
**grounds**
170:16 355:13
**group**
29:20 42:6 54:3 69:15 70:3
70:7 135:21,25 136:7,11,15

**group (cont.)**
143:12 144:6 146:17,18,20
147:4,25 157:24 158:2
220:10,11 221:3 259:13
337:3 349:6 373:5,9,19
374:12,18,19 375:4,11,14
**grouping**
141:21
**groups**
89:9 135:8 283:21 375:1
**guanine**
91:25 92:1 93:9
**guarantees**
87:4
**guess**
29:9 54:5 178:5 179:4
206:20 222:10 226:11
265:19 271:16 274:13
275:1 279:6,22 300:8,11
344:9 391:22 395:12
**guessing**
59:8 235:1
**guilty**
54:3
**gullet**
327:22
**gushgari**
9:19 174:3,13,20 175:22
176:12,20 178:13 179:1
182:21 188:22 190:20
191:14,19 192:2 193:7,13
197:16 302:1
**gushgari's**
182:8 188:18,24 189:24
**guttenplan**
295:6,8,10,16 296:5,14,24
**guy**
190:21
**guys**
66:6 307:22 344:12 355:20

**h**

**habits**
203:22 229:22
**halden**
9:19
**half**
75:11 155:14 165:13 167:7
251:19 307:11,16 315:10
**halfway**
191:3,20 200:8
**halves**
336:16
**hamsters**
338:22 341:15
**hand**
115:3 129:18 175:21 349:8
379:4 387:13 397:14

[handle - humans]

**handle**
328:17
**hands**
233:17
**handy**
263:25
**hang**
242:8
**happen**
33:10 162:9 223:12 325:3
394:24
**happened**
55:23 56:11,25 162:3,4
390:4
**happens**
190:25 336:20 337:1
**happy**
172:2
**harassing**
353:8
**hard**
18:24 77:20 78:2 169:14
185:22 306:25 325:3
387:17 395:11
**harding**
2:13
**harkins**
5:16
**harm**
28:22 81:20 158:24 172:17
173:2 292:25 293:5 298:3
298:23
**harmful**
28:11,15
**hate**
124:10
**head**
57:11 72:1,5 73:5 303:6
**health**
9:21 46:7 49:25 50:6,23
51:16 52:6,10 53:8,22
66:11,15 67:3 84:3,21
86:18 87:5,13 132:11 135:4
135:6 144:21 169:3 199:6
199:16 298:11 300:4 334:9
**healthcare**
5:5
**healthy**
178:25 229:1
**hear**
43:5 50:13,16 62:13 90:4
124:7 137:6 257:4,5 270:25
290:7 368:8,12 376:10
**heard**
22:19 56:18 75:24 76:1
180:2 252:16 298:15,18
307:18 310:12 311:4
313:17 354:25

**hearing**
55:5 308:11 353:16 354:4
**heart**
82:13 83:15 277:1
**heated**
148:17
**hecht**
1:9 8:4,10,12,18 11:4 12:5
12:19 13:2,3,6,15,19,20
14:6 15:12,14 18:18 24:4
24:25 25:10 26:15 30:2,15
33:11 36:23 56:2 68:25
76:10 79:10 80:5 84:13,17
100:25 102:23 115:1
116:24 117:11,15 140:3
174:7 183:6 207:15 242:9
264:17 269:18 273:3 278:8
307:8,14 308:23 310:12
312:3 324:1 353:7 357:8,13
358:20 369:9 390:14 396:3
396:11 397:3 398:3,18
**hecht's**
354:8
**held**
50:24
**he'll**
353:11
**help**
29:21 39:12 64:22 254:12
279:8 362:12 364:5
**helped**
19:25
**helpful**
347:8
**henry**
6:24
**hepatic**
9:3 118:14 339:4,6,10,17
343:16
**hereinbefore**
397:5
**hereunto**
397:13
**hetero**
6:12,12
**heterogenous**
110:20
**high**
10:3 74:13,14 120:9,10,13
121:25 129:9 190:17
218:23 220:1 225:24
226:20 243:23 244:13
248:15 290:11 317:23,23
317:25 320:18,18 323:12
323:12 328:9,9 339:22,22
342:2,3,8,9 357:3 358:4
363:16 364:14,15,18
**higher**
72:10,16 74:10 130:19,24

**higher (cont.)**
149:7 172:16 175:15 288:7
294:8 314:22 328:10 360:1
394:7
**highest**
181:18 317:8
**highlight**
104:3 115:5 122:13 146:14
177:4 208:1 219:21 234:20
**highlighted**
177:3 182:24 191:21
207:23 219:24
**highlighting**
235:24
**highly**
195:17 220:11 251:8
289:10 299:8
**hill**
6:11 248:25 249:3,8,25
250:1
**hinshaw**
5:15
**hired**
155:13
**history**
25:23 84:3 203:22,23
**hit**
333:12 390:12 394:24
**hits**
101:9
**hj**
5:16
**hmm**
97:15 176:22 209:15 212:3
215:14
**hockey**
381:19 382:1,4,9 390:11,13
**hold**
48:20 65:18 117:11 225:7
311:25 336:21 337:14
377:14 389:11
**homogeneous**
111:24
**honest**
15:8 100:25
**honestly**
57:1 157:12 259:12 285:4
368:6,8
**honik**
2:20,24
**hope**
366:14
**hopefully**
353:10
**horrible**
162:3
**hospital**
41:4

**hot**
148:7,7,15,16,19,20,22,25
149:2
**hour**
75:10 103:12,20 104:20
105:12 245:4 307:11,16
315:7
**hours**
75:17,17 222:12 223:9
257:8 260:6 267:9 315:10
**housekeeping**
259:21
**hua**
10:11
**huahai**
5:5,6
**huge**
295:5 392:18
**huh**
185:13 243:14
**human**
9:18 47:11,13,15 61:20
62:2,6 64:15 66:11,15 67:2
71:8,21 72:11,17,17 73:2,6
73:11,19,22 91:1 93:16
108:4 110:20 111:24
119:13 127:16 128:18
129:2 130:19,24 131:10,21
132:3,15,21 133:3 136:23
136:24 137:1 138:22
139:19 144:23 145:2 146:4
165:14 166:13 167:8,20
174:5 184:2 191:22 204:4,9
224:21 293:15 321:23
325:17 328:21 348:1
387:21 388:17,18 389:4
393:11,13
**humana**
6:4
**humans**
18:7 29:3,12 60:20 61:17
64:16 81:24 82:2 107:25
108:4,20 109:14 112:2,12
115:12 116:5,19 123:11,20
124:3,15,23 125:9,10 126:5
126:14,24 127:8 131:17
132:11 133:8,14,25 134:6
136:2,13,18 137:4 142:25
143:8,11,12,18 147:10,12
154:19,20 183:11,16 184:7
184:12 186:3,8 187:2 195:6
202:2 244:20 245:2 246:6,7
246:18,25 253:4,13,18,23
254:4,20,24 255:8,12,16
255:20,24 256:4,8 259:11
277:2 288:20 310:18
321:11 322:4 323:11
329:24 332:5 339:11,21
340:12 342:3 343:16,21

[humans - information]

**humans (cont.)**
366:1 376:3 389:1
**humor**
35:4
**hundred**
336:12 364:1
**hundreds**
58:7,22 145:3
**husch**
7:3
**hydrocarbons**
64:7 152:16
**hydroxylation**
337:2
**hydroxymethyl**
337:3
**hyper**
307:24
**hypertension**
82:11,13 83:6 84:20,25
85:6,8,19 86:1 87:9,14 88:3
287:13 290:12,17 303:11
303:21 305:7
**hypothesis**
223:22
**hypothesized**
44:11
**hypothetically**
182:4 189:11 205:5 305:5

**i**

**i.e.**
325:14,15
**iarc**
9:14 60:9 132:7,11 134:22
135:1,5,8,14,24 136:4,20
137:8,12 139:13,19 141:15
141:20 142:14 144:5,11,16
146:16,25 147:13 148:5,9
149:14,24 150:1,2,5,9
247:18 312:18,18
**iarc's**
143:3
**idea**
87:23 97:1 144:8 228:22
317:12
**identical**
111:18 346:17
**identification**
18:17 33:4 36:21 63:16
67:24 102:17 113:14
118:22 122:25 125:24
142:7 159:11 174:1 199:11
207:14 219:2 224:9 234:17
243:1 261:23 264:15
273:16 282:12 309:21
325:2 383:1,3
**identified**
14:13 57:21,22 58:5,6,16

**identified (cont.)**
58:19 59:2,10,17 88:18
139:13 173:12 180:1
193:16 266:17 268:7 287:3
287:4 321:13 384:10
385:24 388:16,16
**identifies**
141:20
**identify**
77:24 79:22 151:17,22
153:12 215:20 306:21
**identifying**
60:3 132:21 133:3
**ifc**
53:11
**ifcp**
53:23 55:2 56:15
**ifcp's**
54:11
**ignorance**
43:9
**ignore**
222:10
**ignoring**
216:5 222:19 223:22
**illinois**
6:6
**imagine**
306:25 307:21 374:18
**immunological**
379:11
**impact**
325:13
**impanel**
366:4
**impaneled**
300:2
**imperative**
348:15
**implicated**
240:10
**imply**
172:16
**important**
46:17 59:24 60:3 82:23
98:14 277:24 278:3 281:19
319:22 339:14 341:9
344:16 349:1 375:5 378:25
379:3 392:23
**impossible**
307:21 331:10
**improper**
117:2,9 266:18
**improperly**
53:24
**impurities**
9:16,21 83:9 158:8,18,19
159:5 160:4,10 163:3 169:4
170:24 198:5 199:6,16

**impurities (cont.)**
200:9 334:17
**impurity**
27:11 391:5 393:22 394:11
395:7
**inaccurately**
367:6
**inadequate**
216:23,24 256:22
**incidence**
10:9 282:18 285:1 392:1
**include**
107:13 116:13 139:1
175:14 212:17 247:21
281:7 310:10 368:18
384:16
**included**
52:13 109:13 139:1 142:18
277:21
**includes**
13:9 41:12,17 176:5 196:17
198:9
**including**
54:3 196:2 269:10 312:17
365:13 373:24
**inclusion**
106:23
**incomplete**
64:10
**inconclusive**
108:21 109:15
**inconsistencies**
240:2
**inconsistent**
234:3 237:4 353:16
**incorrect**
201:23 281:2 331:15
**increase**
23:22 44:15 160:10 166:3
183:9,15 184:10 206:4
226:15 243:24 277:11
283:9 284:10,18 286:1,5
304:12 305:19 313:22
381:24 382:8
**increased**
24:5,12,15,19 26:11 27:10
87:19 88:1 89:24 160:15,24
161:3 162:23 163:12
166:11 182:17 183:3 220:3
225:20,23 226:7,19,24
227:2 275:9 279:20 280:4
280:14 281:12,16 283:12
283:16,23 285:1,19 286:21
287:2 304:10 305:17,25
313:15,22 364:21 394:17
**increases**
313:3
**increasing**
97:25 382:6

**incredibly**
304:23
**independent**
59:3 163:19 194:16,20,24
326:18 387:10
**indiana**
3:18
**indianapolis**
3:18
**indicate**
40:15 96:8 180:8 240:14
245:17
**indicated**
17:3 35:12 57:14 184:17
190:13 262:11 347:11
**indicates**
219:25 323:14 329:20
350:25
**indication**
124:16 370:1
**indicted**
53:18,23
**indictments**
56:14
**individual**
22:1,9,16 51:9,25 71:22
150:22,25 182:17 183:3
189:14 192:3 203:9,12,15
203:18,21 204:1,18 205:25
209:1 304:13
**individuals**
94:25 96:17 151:5,8 178:15
178:20 179:1 225:24
226:20 274:2 282:15
302:11
**individual's**
86:19 87:6 195:11,23
**induce**
248:17
**induced**
42:5 73:16 331:12 385:25
**inducers**
326:10
**induction**
47:20 48:3 107:24 370:19
**inferences**
117:2,9 221:12
**infinite**
58:3
**influences**
117:19
**inform**
98:12
**information**
9:15 58:14 123:25 124:2,10
124:12,13,14,21 125:11
158:13 159:4 173:13
179:20 180:10 203:20
211:20 228:13,19,19 231:7

[information - junk]

**information (cont.)**
240:13 247:8,8 248:21
258:15 306:13
**informed**
365:13
**ingersoll**
6:20
**ingest**
174:14
**ingested**
71:13 96:3 323:6
**ingesting**
20:23
**ingestion**
9:7 322:20 327:15,16,18
**inherited**
116:14
**inhibitors**
259:18 326:10
**initial**
101:9,15 120:17 274:11
**initially**
17:9,20 18:1
**injected**
322:25
**injection**
69:25 70:4 302:3
**innocuous**
334:22
**input**
366:5
**inquiry**
13:15
**instability**
111:1
**instance**
28:2 59:22 111:17 143:13
159:2
**instances**
22:20,21 23:11,12,16 244:5
**institute**
41:1,7 51:14 52:3,11,12,19
53:1,4,5,6 55:20 297:19
**insufficient**
237:14,21
**insulation**
387:12
**insurance**
330:10
**intake**
10:13 26:11 89:24 133:21
160:14 162:21 163:24
164:8,13,18 172:15 175:23
176:3 182:10,15,18 183:1,4
188:16,19,22,25 189:14,17
190:17 195:9,21,23 203:4
206:2,2 213:8,23 214:6,9
214:25 215:10 216:4 217:1
217:7 218:11 220:1,15

**intake (cont.)**
225:25 226:21 234:4
237:16,19 240:5 241:8
243:21 245:1,6,14 246:4
253:3,12,17,22 254:3,19,23
255:3,7,11,15,19,23 256:2
256:3,7,17 304:12 305:19
366:21 367:12,21
**intakes**
173:16 238:3
**intend**
23:19,23 26:10 83:4,8
186:20 304:7
**intended**
107:12 172:11
**intending**
304:25 323:10
**intent**
272:12 307:13
**intention**
23:7
**interdisciplinary**
51:11
**interest**
157:20
**interested**
20:10 28:24 30:17 264:18
377:20 397:11
**interesting**
330:9
**interference**
205:11
**interject**
25:19
**intermediate**
337:4
**intermediates**
299:9
**internal**
205:8,9
**international**
135:1
**interpret**
223:14 362:9 372:2
**interpretation**
223:19
**interpretations**
223:12
**interrupt**
93:19 260:5
**interrupting**
31:23
**interspecies**
11:5 324:11 340:4,6,12
**interval**
279:23
**intervals**
281:6

**interviewed**
54:9 203:9
**interviewing**
229:1
**intestinal**
10:5
**intestine**
294:5
**intravenously**
129:21,25
**introduce**
207:17
**introduced**
309:16
**introduction**
115:4,9 127:13
**intubation**
327:24
**invade**
333:5
**investigated**
54:10
**investigation**
10:10 96:24
**investigations**
55:14 56:13
**investigator**
40:17 41:24 51:25
**investigators**
51:9 57:9 227:24 228:11
**invited**
77:23 79:14 81:6
**invoice**
101:25 104:17
**invoices**
8:19 17:14,16 101:21
102:12,19
**involve**
43:17 271:20
**involved**
40:11 46:1 47:6,10,14,18
48:1 57:14 62:18 104:10
149:5 154:23 229:21
250:24 271:19 290:10
**involvement**
58:18 155:16 156:12
**involves**
42:4 64:22 198:16
**involving**
43:7 47:4,8 55:2 64:25
126:15 271:6,14
**ip**
322:18,25
**iphone**
355:11
**isothiocyanate**
43:21
**issue**
13:11 37:17 75:13,16,20

**issue (cont.)**
84:10 195:4 197:20 222:3
227:15 256:15 297:25
312:25 317:10 330:5
358:24 361:7 367:19 383:4
**issued**
13:3 41:23,25 158:7
**issues**
13:5,13,16 14:19 73:19
166:25 295:20 379:21
**items**
310:9
**it'll**
272:14 323:4
**iv**
69:16,18 70:1 130:6 322:8
322:9,18
**ives**
6:3,7

---

**j**

**j.m.**
9:5
**james**
7:7
**jersey**
1:2 2:6 4:16 6:14 14:12
398:1
**jill**
4:24
**johnson**
9:25 206:16 207:18 208:10
209:11 210:24 211:11
**johnson's**
354:9 371:15,19
**joseph**
295:6,10
**journal**
223:17 233:18,25 236:21
311:7
**journals**
87:25
**judge**
352:17 353:1,9,24 354:1,15
368:14,17
**judgment**
221:6 225:14
**julia**
2:9
**july**
13:3,9 18:10,15 208:8
268:23 275:16
**jump**
243:4 320:4 384:24
**june**
102:25
**junk**
333:15 334:8,22

[jury - left]

**jury**
211:7 247:3 381:5
**jury's**
381:7
**justice**
54:15
**justified**
144:22

**k**

**kapke**
3:19 8:6 355:22,22 356:2
390:14,18 395:16
**kara**
3:19 355:22
**kathleen**
5:19
**katz**
2:3
**keep**
76:4 105:6 171:11 184:17
184:21,23 213:2 252:15
304:3 354:16 360:18
380:24 382:13
**kelly**
5:19
**key**
319:25
**kidney**
88:2 255:8 291:22 294:5
328:6,10 329:8
**killian**
1:16 12:10 397:2,18
**kilogram**
71:18 72:2 118:25 119:13
122:3 130:1,11,15,16
**kilograms**
72:3,3
**kind**
77:10 79:21 101:19 109:9
154:7 205:20 212:25
229:25 230:13,20 231:13
281:1 288:19 297:6 323:11
342:16 381:21 394:2
**kinds**
228:5 231:9,12 343:5
**kirsten**
6:7
**knekt**
10:8 224:2,10 225:2,19
227:5 229:6 230:10 235:7
**knew**
65:4 73:16 193:5
**know**
21:23,25 22:1,5,9,10,13,15
22:25 28:1 32:8 33:25 35:5
48:18,18 53:16 54:18 55:4
55:19,24 56:24 57:1,1 58:3
58:7,17 65:5,10 67:14 69:4

**know (cont.)**
71:25 72:4 74:24 75:5,15
77:20 85:4,5 86:22,25
87:13 89:11 93:2,16 94:18
94:23 96:13 98:13 99:3,24
100:11,12,24 101:14
103:25 104:9 109:1,1,2,5,8
111:11 115:20 118:2 119:3
119:12 120:5,6,16 122:4
123:23 124:14,15 128:4,12
128:13 129:8 130:3 137:15
137:19,22 143:15,22,23
145:5 146:9 147:2,8,19,22
149:16,17 150:10,16,16
152:11 153:9,10 156:20
157:17 159:15,21 160:3
161:9,12,13 162:2,3,12
163:8 166:10,12 168:14
171:9 172:21 173:17,20,24
175:2 177:1,20,23 179:5
181:9 182:9 183:6 185:8,10
185:11,12,24 188:17,18,24
189:4,5 190:6 191:10 193:2
193:6,13 196:18,20,22,24
197:1,2,6,16,18,19 198:15
198:24 200:14,24 201:2,9
201:13 202:2,16,20,23
203:5 204:21 205:3,12,18
206:13,13 207:22 211:19
213:15 216:15 217:18
218:15,15 219:12 223:15
226:10 227:22 228:2,7,11
233:24 235:11 239:19
244:12,14 247:24 248:3
249:14,22 250:11,22 254:6
254:6,10 258:7,12,13,13
259:2,3,4,4 260:12,20
262:11 263:10,13 264:6
265:21 267:7,11,16,18
268:1,4,5,6,11 269:5,16
270:19 274:9,12,16 275:21
276:14 278:3 283:25 284:3
284:5 286:16 288:1,24
289:7,14,15,24,25 290:2,5
290:6,15 292:4 293:12
301:1,2,6,12 302:22,25
303:5,9,14,19 304:5,6,6
306:17 311:10,10 312:7,17
313:21 315:2 317:12,19,22
318:1,2 319:6 320:7 321:12
323:8 326:25 333:19
334:14,21 335:6 336:5
339:13 341:8,10,12,15,16
341:18 342:14,15 343:10
346:23 349:14 350:25
355:6,8 358:19 359:11,18
359:21 360:7,9 361:15,21
362:4,7,10,25 363:18,20
364:24,25 365:25 367:11

**know (cont.)**
367:15,25,25 368:21
369:18 370:20 371:16
374:16,25 375:6,12,20
376:17 377:7 378:6,25
379:1,3,4 380:6 381:16,17
385:13 387:2,8 388:4
389:14,17 390:10 391:10
391:23 393:4,5,6 394:14,18
394:19,23 395:11,13
**knowing**
234:4 264:18
**knowledge**
32:8,10 98:20,24 99:16
100:18 101:3 105:11
154:15 155:20 187:13
252:25 332:1 358:5 388:9
**known**
27:21,25 46:13 58:11,12
64:11,13 74:25 82:7 85:12
90:1 108:1 132:15,21 133:3
133:7,14,25 134:5 138:22
138:25 139:14,19 144:23
145:1 146:4,8,22,25 147:12
149:13,24 150:7 162:7
172:23 184:2 244:17 251:5
301:3 336:8 388:6
**knows**
223:3 366:24
**kokkinakis**
364:6 365:9
**kras**
152:6 153:4
**krause**
379:10

**l**

**lab**
387:24
**label**
331:21 332:14
**labeled**
68:21 205:8 331:24 372:18
**laboratories**
3:5 231:24
**laboratory**
35:22 41:8,11,12,15,17
44:2 52:21,23 126:13 327:2
341:14 375:13 388:10
392:19
**labs**
6:12
**laced**
301:6
**lack**
74:17 88:5 104:25 167:12
168:4 171:4 216:13 299:3
318:25 343:23 358:16
361:9 362:22 367:5

**lag**
288:8
**land**
326:15
**language**
208:21 245:10 303:18
**laptop**
16:2,4,7
**large**
33:8 245:20 259:14 369:25
372:24
**larger**
36:25 170:10 241:15
338:24
**largest**
301:18,21
**late**
53:9
**latency**
290:17
**launching**
308:10
**law**
117:13
**lawsuit**
56:21
**lawsuits**
57:3,6
**lawyer**
20:5
**lawyers**
15:1 29:20
**lead**
87:9 88:19,21,24 93:12
113:17 148:21 154:8
178:25 183:16 184:11
258:18 259:3,8 279:20
283:22 299:24 357:18
**leaders**
53:17,22 366:6
**leading**
77:14 299:7
**leads**
93:8 302:3
**leap**
248:9 250:4 252:1
**learn**
65:3 351:5
**learned**
131:7
**leave**
50:6 338:4 366:16 388:21
**leaves**
164:23
**led**
57:9 301:11
**left**
53:7,21,21 55:10 75:6
115:3 129:18 137:21 179:8

**[left - looked]**

**left (cont.)**
198:24 346:19
**legal**
12:8,10
**legs**
78:18
**lengthy**
307:6
**lesion**
152:1,2,5 153:15,22 154:5
154:8
**lesions**
152:25 153:1,4
**lesser**
339:11
**letting**
354:12
**level**
27:11,22 28:12,16,22 38:13
38:22 39:2 61:25 89:17
111:17,23 166:13,17
172:17 173:1 190:13
197:21 205:15 208:12
210:15 249:5 258:17 313:2
313:4 314:2,6 317:1,8
318:13 319:18 322:21
328:7,16,24 329:16,23
349:2 350:13 363:23
364:13,14 370:7 371:3,5,12
372:22 377:22 378:19
389:8
**levels**
18:5 28:16 31:1 72:23
121:5 160:11 161:2 172:25
175:9 179:2,20 180:11,16
194:17,21,25 198:4,7 200:9
200:12,25 205:19 232:21
233:12 296:6,15 297:10
298:1,9,13,22,24 299:5
300:2 313:14 314:18,19
316:6,7,23 318:16 319:22
330:3 350:22 357:3,5
358:25 359:6 362:14,19
363:10 366:7 373:16
375:25 378:2 383:17
**liability**
1:5 13:13,24 314:12
**liberties**
276:12,15
**life**
28:3 70:11 71:7 74:3
178:17,25 251:20 304:15
304:22
**lifestyle**
229:21
**lifetime**
150:12,19,22 164:18,23
165:2 209:2 301:20 302:14
302:17 303:4 304:12

**lifetime (cont.)**
305:19 337:5
**light**
90:8 177:15 222:2
**likewise**
385:19
**limit**
164:24 165:2 172:16
208:14,17,24 365:14
367:21 395:9
**limitation**
109:9
**limitations**
109:6,6 116:4,7,8,10,13
117:17,18 191:16 274:19
274:23,25 275:3,5,6 284:16
284:22,22
**limited**
13:21 83:11 92:10 142:24
143:17,22,25 144:3 183:10
218:9 220:14
**limits**
9:24 160:14 162:21 163:24
206:17 207:19 218:7
282:22,25
**line**
66:2 179:11 222:8,12,14
299:16 309:12 320:16
346:8,12 347:6 366:13
382:4 383:11 398:4
**linear**
381:1,8,12,25
**lines**
289:21 356:25 394:19
**link**
16:14 220:13 248:23 331:5
388:15
**linked**
218:3
**linking**
151:5
**links**
90:9 152:21
**list**
33:22 37:16 63:14,19,24
64:20 67:10 76:18,21
100:10,11 114:10 137:11
137:16,18 141:20 142:1,12
145:9 146:11 149:15,18
215:20 262:4,17,21 263:2
265:4 266:22 269:12
**listed**
37:22 39:16 60:6,9 71:17
81:7 139:10,19 213:11,14
256:14 265:22
**listen**
363:13
**listening**
363:12

**listing**
65:9
**lists**
63:6
**literally**
120:16
**literature**
30:7,23 31:7,13,18,21,25
32:9,17 38:20 59:6 67:1
85:16,23,24 86:4 98:2,6,9
98:11,14,20,21,24,25 99:16
99:20,24 100:2,20 101:3
103:9,11,15,19,23 104:6,10
104:14,20,22 105:2,6,10,21
106:1,14,19,23,24 107:2,5
124:20 132:20 133:2 134:9
134:16 154:16,17 177:21
183:7 191:21 193:2,6
211:22 212:5,18,22,24
213:1,3,6,21 214:4,22
216:16 244:24 246:4,17
247:1,21 248:7 250:7,20
251:16,22 252:25 253:10
253:15,20 259:14,15,16
262:13 264:25 276:9
323:14,15 327:1 329:2
337:22,24 338:2,9 342:13
350:25 392:14,15
**litigation**
1:5 13:8,19 14:10,15,20
17:6,10,21 23:3 28:20
37:16,17 71:12 74:4 87:19
91:5 144:20 155:11 156:13
179:22 211:7 269:3 271:19
275:24 311:2
**little**
25:2,6 27:5 32:14 36:24
50:15 67:15 82:4 94:7
110:11 115:19 123:3
134:23 135:16 141:15
155:2 160:22,25 163:9
201:9 239:1,25 247:3
256:25 259:20 279:16
280:10,20 293:7 312:20
320:5 321:16 338:17
342:14 357:14 382:12
**lived**
251:19 333:12
**liver**
120:8,19 255:12 283:3,12
284:10 285:1 287:3,8,22
288:7,12,21 293:9,11,21
294:4,6 297:15 299:6
321:19 322:3 323:1 326:19
327:3,17 328:3,8 329:7,16
330:6,8,11 342:16 343:12
370:19 394:17
**liver's**
328:17,25 329:17

**living**
182:21 183:3 192:3
**llc**
2:3 5:6 6:21 398:1
**llp**
2:13 3:3,15 4:3 5:3,15 6:3
6:11 7:3
**load**
191:24 195:11
**located**
15:17 80:8 293:22
**location**
380:19
**lockard**
4:8 356:8,11
**logic**
108:11
**loh**
10:11 234:9 235:4 236:18
237:5,9,20 238:12
**loh's**
238:15 239:5
**long**
58:12 65:11 74:9 86:19
87:5 137:11 140:21,23
142:10 160:12 258:16
267:10 274:15 287:10,21
288:10,25 298:10,23 307:4
344:5,6,10 356:3,9 382:2
390:21 391:14,24 392:4
**longer**
45:18 140:8 283:25 284:2
287:22 289:19 301:21
**look**
16:17 37:20 51:11 72:18
73:11,13,19 77:24 81:2
89:16,22 90:19,22 92:13
95:9 103:7 104:17 106:1
122:4,15 129:17 146:11,12
149:15 151:16 153:22
158:12 162:17 172:2 174:2
174:24 175:6 177:16
204:18 209:8 216:18
218:18 219:13,14,19
225:10 233:18,24,24 237:8
242:4,4,9,16 244:11 263:22
264:23 266:9 267:5 272:15
281:4 282:14 285:12 288:2
288:5 294:18 321:1 335:5
340:2,22 342:5 347:4 358:2
366:13 374:15 383:9,15
**looked**
30:7,22,25 31:6 91:20
98:23 100:19 106:10
128:23 133:10 212:18,23
248:1,2,5 259:18 262:13
268:22 320:24 332:10
390:2,2

[looking - mechanism]

**looking**
28:16 31:10,13,14,25 66:19
78:10 80:10 100:22 102:20
105:6 108:1,6,8 114:5
115:1 129:7 142:8 159:9,12
159:25 179:12 211:21
216:1 235:2,3,4 236:17
237:9,23,25 240:18 251:7,7
261:13 262:12 269:12
273:11 281:10 291:4 312:6
324:15 344:2 361:2 370:14
374:4

**looks**
236:19

**losartan**
12:6

**lose**
75:17

**lost**
207:3

**lot**
16:16 25:20 54:14 148:3
229:23 241:18 258:23
259:7 290:1,5,6 295:4
304:19 323:19,20 329:11
329:12 332:25 341:12,15
361:25 379:4

**lots**
24:6 158:17

**louis**
7:6

**low**
95:18 120:21 158:25 161:2
161:14,19,23 169:4 175:11
177:2 244:17 248:18
257:21 258:4,17 288:17
296:6,16 298:1,9,10,22
299:5 300:3 328:2 342:23
343:5,10,14,21 357:5
362:14 363:10 371:23
373:7,20 374:14 378:20
379:1,1 383:17 391:24

**lower**
178:3 189:16 285:11 318:5
338:24 360:2

**lowest**
130:10

**lunch**
140:1,22 146:24 207:1

**lung**
10:3 26:21 43:21 52:18
73:17 218:24 219:6 220:3
255:16 292:1 294:5 301:17
301:20 302:13 340:17
385:14 387:10,13

---

**m**

**madam**
355:18

**magee**
9:5 118:12 119:10 121:2,3
121:18 129:5,6,13,16 329:6

**magnitude**
72:22 119:19 129:24
130:24

**main**
89:12 220:18 294:7 297:19
327:1

**maintain**
197:16 212:25 311:1,2,6

**maintained**
211:14 310:15

**major**
9:17 63:6 65:10 84:21
174:5 259:5 347:25

**majority**
51:15 193:18 194:1

**making**
74:6,7 250:4,8 252:1
278:12 302:19 305:22
365:1

**malignant**
9:3 118:14 292:9 334:2
376:8,15

**mammals**
121:12

**man**
27:21,25

**manage**
82:24

**management**
54:3 55:18 82:11,19 83:19

**manipulation**
326:9

**manner**
322:6

**manufacturer**
307:24

**manufacturers**
31:2 316:23 317:4,6,14
318:14

**manufacturer's**
211:25

**marc**
10:4

**march**
11:7,9 155:5 167:24 169:8
169:18 170:23 199:22,22
208:3 295:17 297:22 300:1

**mark**
18:13 36:15 67:22 102:4
113:15 118:18 122:23
125:18 159:3,7 199:1
218:25 224:6 234:13
242:22 261:6,11 263:15,23
264:2 265:11 267:21
273:17 282:7 309:2 324:8
369:24 370:3

**marked**
18:16 19:4 31:12 32:4 33:3
33:20 36:20 40:14 57:13
63:6 67:21,23 69:21 73:18
76:9,17,22 77:23 81:8
102:16,19 103:7 113:13
115:4 118:21 121:10
122:24 125:23 137:18
142:2,6 159:10 173:25
199:10 207:13 219:1 224:8
234:16 242:22,25 261:22
262:10 263:1 264:14 268:8
273:15 282:11 309:4,5,20
325:1 345:7 382:25 383:2

**markedly**
275:8

**market**
2:22 162:10

**markings**
235:23

**marriage**
397:10

**martin**
2:13

**masonic**
15:15 40:21 41:3,14

**mass**
205:7 358:4 379:11

**massachusetts**
5:18

**massive**
88:5

**master**
389:14

**matches**
261:14

**material**
268:17,20 375:8

**materials**
262:14 263:5,18,20 264:5
265:4 266:12 323:25 325:4
345:1

**math**
73:6 149:11 164:22 181:24
210:18

**matter**
1:15 12:5 34:18 64:10
100:4 109:4 230:6 271:19
310:11 381:18 397:12

**matters**
54:13

**mazie**
2:3

**mazzotti**
2:13

**mckeene**
379:10

**mdl**
1:3 275:17,18

**mean**
19:20 22:25 26:16,20 32:25
51:6 57:24 58:2,10 66:17
66:17,22 72:12 73:11 81:16
81:19 90:17 92:6 93:18
95:15 100:17 109:5,7 118:4
118:10 120:5 128:1 130:7
139:15 143:23 150:10
160:24 163:14 165:20
172:25 178:8 180:23 181:1
181:17 182:2 185:4 189:25
192:9,11 196:8 200:21
201:8 205:3,19 209:24
210:8 211:2 214:8,12 215:3
216:15 217:20 218:15
219:17 227:21 235:10
254:6 258:23 260:5 263:11
263:19 264:9 265:9 266:1
268:11,15,16,18 274:11,14
276:14 288:15 296:11,13
297:1 300:13,23 303:2,14
303:17 304:23 310:23
313:9,21 316:7,22 317:4,19
318:7 319:2,13 322:1 327:8
327:11 332:9 335:8 338:9
341:8,12,16,19 345:16
346:18 349:11 364:25
368:6 369:12 376:16
378:24 380:4 392:17
394:15,18,22

**meaningful**
99:8

**means**
150:17,21 163:11 174:23
204:3,8 212:23 214:17
218:14 221:18 259:6 297:9
381:8

**meant**
236:8

**measure**
204:4,9,25

**measured**
231:18,21 316:8,23 318:15
318:21

**measurement**
94:19 177:9

**measurements**
177:22 205:20 206:15
231:25 380:18

**measures**
380:24

**measuring**
186:4 359:6

**meat**
146:7,17,24 147:9,9,15,23

**meats**
220:3,21

**mechanism**
48:3 292:19

[mechanisms - missouri]

**mechanisms**
42:5 46:12 47:20 295:21
298:1 300:5
**mechanistic**
45:15
**media**
12:3 75:6 76:2 79:4,8
137:22 141:8,12 198:25
206:24 207:7,11 267:25
272:22 273:1 315:21,25
344:21 356:17 369:7
**median**
274:2
**medical**
36:3,5 38:22,23 39:1,6 48:5
48:7 85:17 87:25 203:11,22
270:10,12 322:24 395:3,10
**medication**
18:6 20:20 161:24 166:3
195:10 210:23 211:8
287:10 289:9 295:25
**medications**
9:16 23:22,25 29:2,11
30:13 71:13 72:24 74:11
82:18,23 83:10,23 84:7,12
97:11,24 119:21 121:7
130:25 154:22 158:24
159:5 161:3,18,25 163:21
165:8 169:23 189:15
195:22 197:9,22 206:3
211:21 262:14 287:13
**medication's**
83:11
**medicinal**
39:7,17
**medicine**
35:22 80:19
**medicines**
296:6,16
**medium**
78:22
**meet**
146:23
**meeting**
351:8 359:13
**melanoma**
292:9
**member**
65:21,24
**members**
54:2 157:22
**memorized**
149:18 249:11
**memory**
100:1,4,21 249:13,19
**mention**
65:12,15 145:2 277:9,13,18
279:18 285:10,18 286:7,23

**mentioned**
14:6 22:12 35:11 43:5 44:7
49:23 89:13 91:10 110:12
122:19,22 123:2 134:22
135:4 142:18 151:4 152:21
153:3 154:25 158:11
209:21 235:5 268:9 277:23
281:20,25 285:5 312:15
318:8 372:12
**mentioning**
142:13
**mere**
247:3
**meridian**
3:17
**merited**
250:3
**mesentery**
323:1
**message**
360:10 366:22 367:20
**meta**
10:14 241:9,11,12
**metabolic**
44:9 62:7 77:8,12 111:12
111:17 112:1 116:17
321:22 329:7 330:6
**metabolism**
46:8 47:12,16 62:19 63:25
64:15 73:15 77:9,10 93:7
95:18,21 108:4 292:18
293:10,15,18 297:14 321:9
322:5,11,12,15,17 325:23
326:10 328:13,17 329:10
331:14 332:11,21 339:4
389:4
**metabolite**
330:18,23 333:7,8,10
**metabolize**
95:16 321:10 328:25
329:18
**metabolized**
77:14 108:3 186:2,5,7
192:13 194:7 292:24 293:3
293:8 299:6 323:4,5 328:8
330:8,17 333:3 334:7
335:24 337:11 343:12
351:2,6 359:5,11 361:24
362:2 363:5 376:20
**metabolizes**
336:10
**metabolizing**
62:7 294:7 296:21 297:3
322:3
**methane**
93:15 94:3 330:20 333:11
337:6,7,12
**method**
107:18 205:2,6,11 212:15

**method (cont.)**
390:2
**methodology**
107:21 248:8 249:3 250:6,9
250:10,14 252:1,11
**methods**
188:4 228:9 232:1
**methyl**
93:8,15,17 94:3 257:17
336:21 337:3 381:22
**methylating**
93:14 94:1 152:11 299:18
335:25 336:6,11,14 337:8
337:13,19
**methylation**
8:15 68:1
**methylformane**
91:21
**methylguanine**
91:14,24 92:4,9,20,20 93:6
93:10,13,21 95:10,20,25
96:3,18 152:5,8 153:3
154:8 257:17,17 258:24
259:1 299:19,23 337:18
376:19,25 377:11 379:13
380:18 381:22
**methylnitrosamino**
8:16 68:2
**mgmt**
257:9,11,18,21 258:4,5,9
258:13,16 259:4,9,10,16,18
299:11,12
**miami**
4:6
**mice**
43:22 341:14 381:18
**microbiologist**
334:18
**microgram**
119:6
**micrograms**
119:6 181:18 209:12,13
363:23 364:1,15,19 365:16
366:1
**middle**
37:5 160:4,7 315:12 352:6
353:2 375:22,23
**miller**
7:15 12:7
**milligram**
119:4,7,8 130:15 210:15
316:24 317:9
**milligrams**
44:21 118:25 122:2 129:25
130:11,15
**millimoles**
72:1,3
**million**
73:8 119:7,13 130:18

**million (cont.)**
164:25 165:13 167:7
180:17,17 181:2,9,17
209:23,23 210:3,4,14
314:17
**millions**
56:22
**mind**
21:1,10,17 78:9 107:18
206:24 344:13 348:2
**mindful**
317:23
**mine**
159:23
**minimis**
169:23 170:25
**minimum**
289:2,3 376:13,16 392:24
393:5 395:13
**minneapolis**
15:16
**minnesota**
15:16,22 17:2 35:16 38:6
39:25 40:3 42:1 43:24 50:4
50:10,12,21 57:11
**minor**
259:7 346:1
**minus**
176:4 179:13,14
**minuscule**
198:5,10 200:10,21,24
366:19
**minute**
140:15 272:3 283:13
**minutes**
75:5 78:6 79:1 137:21
147:22 198:24 200:22
206:23 234:2 267:25
272:14 315:16 344:8
355:24,25
**mischaracterization**
31:4 171:5 252:8
**miscoding**
77:14 259:3
**misleading**
201:1,9 358:17
**mispronouncing**
224:3
**mispronunciation**
295:9
**misread**
69:23
**misrepresent**
276:8
**missed**
213:15 273:7
**missouri**
7:6

**misspoke**
61:8 153:19
**misstate**
276:8
**mistaken**
326:17 341:11
**mistakes**
286:17
**misuse**
54:11 55:2 56:15,23
**misusing**
53:24
**mitigating**
216:25
**mitigation**
9:22 199:7,17
**mix**
100:17
**mixed**
248:6,8
**mixing**
195:16 198:13
**mixture**
38:25
**mm**
97:15 176:22 209:15 212:3
215:14
**mmol**
71:18
**model**
124:18
**models**
248:16
**modest**
183:8
**molar**
383:19
**molecular**
49:20
**molecule**
336:19 337:10,11,12
349:18 366:24 376:21
**molecules**
381:9,11
**moment**
14:7 38:7 40:12 68:22
71:11 114:6,17 261:15
324:21
**monies**
56:23
**monitor**
192:14
**monkeys**
338:22
**monograph**
135:14,22,24 136:4,8,10
146:17
**monographs**
9:14 135:9,10 136:20

**monographs (cont.)**
142:14 312:19
**monroe**
6:5
**month**
288:8
**months**
191:7 289:9
**morning**
12:1,20,21 148:8
**morris**
5:3
**mouse**
343:19
**move**
120:24 162:15 166:24
230:7 233:9 267:13 308:20
321:6 377:17
**moved**
50:3 269:20
**moving**
312:12 382:13
**mucosa**
151:23
**muddies**
299:15
**multi**
13:8,18 14:10
**multifactorial**
86:8
**multiple**
24:3 74:17 91:2 129:15
150:18,20,21,23 151:17
169:21 171:17 203:6
241:13 258:25 299:3
323:18 373:23,25 374:23
389:3,6 392:22
**multiply**
181:17
**multiplying**
181:11
**multistep**
126:15
**mutagenic**
379:12
**mutagens**
257:14,15 258:19
**mutated**
334:1,5
**mutation**
89:16,17,23 90:5,6,19,20
90:21,22,23 92:14,21,21,23
152:6,9,12 153:12 256:22
292:20 333:9 337:18
376:20 394:25
**mutations**
90:7,11 91:10 151:12
152:17,20 259:4,8 299:9,24
300:6 376:3 378:4 381:13

**mutations (cont.)**
381:24
**mute**
66:2,4
**muted**
66:5
**mylan**
3:4,4,5,5 14:8 179:25
180:11 189:25 209:21
211:9
**mylan's**
180:15,23 182:4,16 183:2
210:22

**n**

**n.v.**
3:5
**nakul**
6:15
**name**
12:7 14:7 15:11 52:10 53:1
53:4,5 68:14 102:10 156:4
180:2 257:18 261:19
308:23 327:21 346:5 364:4
382:5 383:12 398:2,3
**named**
122:21 145:4 224:2 234:9
**names**
45:13,25
**nanogram**
181:19 210:15,16 211:2
**nanograms**
73:8 119:3,5,7,13 130:18
164:2,4,9,14,25 165:13
167:7,19 174:15,21 176:4
176:14,20,25 177:7 178:3
178:16,21 179:3 181:10,20
182:5,11,16,23 183:2
188:25 189:2,3 192:4
209:18,18 210:17,22 302:3
302:12 365:15 366:3 368:3
**nasty**
267:2,4
**national**
41:1,7 51:14 52:3 283:8,20
297:19
**nationwide**
10:21 284:17
**naturally**
120:9 367:22
**nature**
23:4 276:8,13
**naylor**
53:4
**nci**
51:17
**ndea**
18:5 23:21 29:10 45:11,23
47:8,12,16 48:3 60:19 61:1

**ndea (cont.)**
61:3,4,21 62:1,8 63:2 65:12
66:15 67:8 76:14 81:5,9
82:2 90:23 91:1 92:10
107:14 108:20 109:14
123:7 132:14 133:3 134:5
134:18 136:5,8,10,17,21
138:7,15,19 139:18 142:19
143:4,14,19 144:17,23
154:6,7,19 164:14 165:2
166:22 167:19 173:14,22
180:15,23 181:16 184:2
185:8,11,14,19 186:6,10
187:2,18,22 188:2,9 194:25
195:5,9,18,22 196:7,12,18
202:1,8,18,25 203:5 204:4
204:6 205:1 206:2,9 208:12
209:13,22 210:9,11,22
213:10 214:23 246:18,19
246:24 256:11,17 292:19
292:22 293:3,15,18 294:15
298:1,7 305:19 306:8
311:14 313:2,14 316:6
325:21 328:12 330:4
342:23 375:25 378:2
380:10 382:16 391:5,15,16
393:1,21,22 394:11,12
395:7
**ndeas**
197:17
**ndma**
10:19 18:5 23:21 29:1
45:11,14,20,23 46:3,9,13
46:15,18,23 47:13,21 61:7
61:17,21 62:1,8 63:2 65:16
66:11 67:3,15,17 69:11
72:14 73:15,20,23 74:14,22
75:2 76:19 77:4,10,11 78:1
79:24 81:24 90:14,20 91:1
92:10,15 93:8,11 103:12
107:14 108:20 109:4,13
110:1,8 112:5 116:15
118:24 121:17,21 123:7,25
125:8 129:21 131:19,21
132:3,21 133:7,11,13,21,24
134:11 135:15,22 136:21
137:24 138:19 139:18
142:19 143:4,8,14,18
144:17,23 152:1,3 153:1,5
153:13,23 154:3 164:9,22
165:13 166:22 167:7
173:14,22 177:11 184:2
185:8,11,15,19 186:6,9,19
187:2,6,14,22 188:2,3,9
189:1 194:21 195:5,9,17,22
196:7,11,18,22,24 197:1,4
197:5,5,6,8,10,17 202:1,8
202:21,25 203:5 204:7,9,18
204:25 206:2,9 208:12

**[ndma - notwithstanding]**

**ndma (cont.)**
209:12 210:9 213:10
214:23 215:9,21 218:11
220:13 225:21,25 226:7,21
227:7 230:10 231:17 232:6
238:2,9,17 239:7 240:5,20
240:25 242:3 243:10,23
244:18,25 245:6,14,14,17
246:4,22 247:4,11,22
248:10,16,21 253:3,12,17
253:22 254:3,19,23 255:3,7
255:11,16,19,24 256:3,8,11
274:13 275:10 277:1,10
279:2,19,22 283:22 289:25
290:2,5 291:2,11,14,18,22
292:1,7,11,15,19,22 293:3
293:7,11,15,18 294:14
297:14 298:1 299:17
304:12 305:20 306:8
311:14 313:2,5,14 314:6,19
316:6,23 317:1,9 318:14
320:19 321:10,19,22,25
322:19,21 323:12 325:21
326:15,17 327:2 328:2,12
328:18 329:1,12,15,23
330:3,16 331:13,17,22,25
332:11,13,14,21 333:2,7
335:24 336:6,9 337:10,25
339:4 340:7,18 341:13
342:2,10,13,23 348:11
349:18 351:6 358:11,25
359:1 361:7 362:18 364:20
365:15,25 369:10 375:25
376:20 377:1 378:1,20
380:10 381:9,11,18 382:16
385:18 386:1,19,21 388:25
389:4,9 391:5,15,15,22,24
392:10,14,18 393:1,18,21
393:21 394:10,11 395:7

**ndma's**
341:2

**near**
272:2

**nearby**
334:8

**necessarily**
69:13 94:2 95:16 106:3
109:2 115:18 118:10
150:14 152:9 173:2 218:12
241:1 257:23 284:9 305:22
318:7 334:22 336:6 341:20
361:11 376:17 380:6

**necessary**
28:17 249:12 350:20

**necessitates**
75:16

**necessity**
367:1

**need**
18:22 25:2 33:15 68:8 69:2
69:5 75:6 76:2 78:7 80:9
81:1 108:15 139:22 140:16
141:2 143:13 150:9 166:10
166:12 195:6,20 207:22
262:22 267:2 284:3,7,8
302:7 308:8,19 309:6
352:10 359:13,22 360:4
363:1 367:11,11 368:19
375:14 391:14 392:25

**needed**
99:19,23,25 394:10

**needs**
25:19 139:24 247:12 283:6
306:20

**negative**
120:11,14 185:22 187:10
202:14,16 237:24 248:4
274:17

**neither**
139:18 280:15

**new**
1:2 2:6,16,16 4:16 6:14
14:12 46:10 52:14 65:3
104:8 266:11,23 268:21,21
269:21 295:11 307:1,20
398:1

**newark**
4:16

**nice**
50:9,11 263:25

**nicotine**
44:5

**nine**
50:25 51:5 80:24 149:10
249:18 366:13 369:7

**nitrate**
10:6

**nitrates**
10:12 241:7 243:21

**nitrite**
10:6 237:19 238:2 359:7

**nitrites**
10:13 241:8 243:23

**nitros**
192:17 194:4

**nitrosamine**
9:16 26:11 31:1 32:9 57:15
66:21 72:23 83:9 89:24
94:3 95:12,15 105:3 107:1
124:22 155:20 158:8,18
159:4 160:3,9 163:3,20
165:8 167:24 168:19 169:4
169:22 170:24 175:23,23
176:3,14 177:6 178:21
179:20 180:11 181:10
182:10,17 183:4,9,15
184:11,25 189:14 191:24

**nitrosamine (cont.)**
192:13 195:11 196:16
198:1 201:3 205:15 209:6
212:20 213:23 214:6
217:24 218:3 228:17 231:3
231:4 232:20 233:7,12,12
237:16,19 241:8 250:11
258:14,17 294:19 296:6,21
297:3 311:3 348:17 366:25
382:14

**nitrosamines**
9:18,20,24 10:13 20:19
23:24 24:21 28:21 35:7
42:8 44:7 45:13 57:20 58:4
58:11,15 59:1,10,12,14,18
59:19,24 60:3,12,14 63:16
66:19 71:14 74:1 77:9,13
80:14,21 91:6 93:23 94:8
94:13,21 95:2,8,21 96:3
97:10,24 99:25 108:17
110:1 119:22 121:6 124:3
127:16 128:17 131:10,16
154:22 158:24 160:13
161:2,17 162:13,20 165:7
166:2 170:10 174:6,15,22
175:3,4,13,15 176:10,19,24
178:16 179:2 185:4,8,15
186:1 188:8,16 190:7,14
191:22 192:5,10 193:9,10
193:10,15,19,21,21 194:11
194:12,18 195:6,16,17,18
196:2,17 197:21 198:4,9,17
199:6,15 200:9 202:1,3
205:17 206:5,18 207:19
211:10 216:4 217:8 224:20
228:21 233:21 234:5
240:15 250:13,17,19
251:17,19 257:20 258:23
259:6 295:2,25 296:16
298:9,22 301:8 302:4,12,18
304:14,22 310:13,15,20
311:12,13 319:17 325:24
351:1,6 357:25 359:4,10
361:12,23 362:2 363:5
384:16 385:18 386:5,6,10
386:15 387:3

**nitroso**
10:7,9 59:13 93:17 185:25
193:19,20

**nitrosodiethylamine**
9:8

**nitrosodimethylamine**
8:17,20 9:8,11 10:19,22
11:6 68:3 113:19 125:21
132:9 324:5,12

**nitrosoproline**
186:2 192:12,17 194:4
195:19 198:17 201:4 359:4
361:23

**nitrosothyoproline**
201:5

**nmda**
334:5,7 357:20

**nnk**
42:11 44:10 45:15,21 46:9
46:9,18,23 47:24 59:25
60:6,8 61:4 63:17 67:17
69:11,16 70:4,8 72:13
73:14,16 74:22,24 93:14
301:2 319:18,19 381:18
386:5,13 387:9

**nnn**
42:11 45:20 59:25 60:8
63:16 74:24 301:2 319:17
319:18 386:5,13 387:13

**noise**
66:1

**nomenclature**
370:5 371:5

**non**
120:25 162:16 178:24,25
182:20,21 188:19 189:1
192:13 216:19 230:8
233:10 274:4 282:19

**noncarcinogenic**
58:20 135:11 192:12,18,20
193:9 194:3,7,14 195:18
196:3,17 198:16 201:4,7

**nonquantitative**
304:23

**nonsmokers**
292:4

**north**
6:23

**notary**
1:17 396:17 398:22

**note**
115:10 123:10 126:25
136:16 137:21 208:2 212:9
224:17,19 238:16

**notebook**
236:20 245:22

**noted**
12:12 135:25 176:23
395:21

**notes**
1:14 212:24 225:10 235:1,2
235:6,8,10,13,14 236:7,8
236:15 244:5 254:14

**noteworthy**
9:24 207:19

**notice**
11:3 101:18 309:2 310:6,8

**noting**
85:17,25

**notwithstanding**
351:23 389:7

novac
16:15
novak
324:22
null
281:8
number
58:3,5,7,21 59:1,16 63:19
65:6 77:7,11,17 80:22
82:14 85:4 133:9 158:7
159:19 160:22 163:7 175:6
175:20 177:2 179:17 181:3
182:12 193:21 198:23
212:10 218:4 240:11
241:16 247:6 248:2 249:22
258:5 261:7 263:16 303:5,7
305:11 316:22 317:14
344:10,14 368:19,20 373:7
376:6,12,13,16,17 377:8,9
377:10,13,20 389:22
392:18,24 393:6
numbered
118:19 142:2 198:21 264:3
269:14 273:18 282:8
numbers
164:18 178:12 182:9
318:21
numerical
305:1
nutrition
10:11 39:8,18 236:22
nw
5:8

**o**

o6
91:14,21,24 92:4,9,20,20
93:6,10,13,21 95:10,20,25
96:3,18 152:5,8 153:3
154:8 257:17,17 258:7,24
259:1 299:19,23 337:18
376:19,25 377:11 379:13
380:18 381:22
oath
15:3 270:23 271:3 351:17
396:4 397:4
obesity
26:7 88:18
object
56:7 120:24 162:15 166:24
222:6,25 230:7 233:9 239:2
239:3 260:22 306:21 308:6
308:12 346:12 352:8
358:15 373:23,25
objecting
307:2
objection
19:17 21:5,14,18 22:23
23:14 24:2,22 27:4,23 29:5

objection (cont.)
29:13,24 30:5 31:3 32:5
48:16 55:25 62:9,24 74:16
83:1,13,24 85:1 87:10,22
88:4 90:2 91:7 92:16 93:24
94:9,17 95:3 96:5 97:16
99:11,17,21 101:12 103:17
104:24 105:14,22 108:23
109:21 110:22 111:3,8,14
111:20 112:7,14,20 113:4
115:23 116:6 117:5,12,23
120:3 121:14 122:9 124:4
125:13 126:6 127:21 128:9
128:20 131:2,23 132:4,16
132:23 133:15 134:1,12,19
143:20 145:23 147:17
148:10 151:1,19 153:17,24
156:14 157:10 161:6,21
166:9,15 167:3,11 168:3,11
169:25 170:12 171:3
172:18 173:3 181:7 183:18
186:22 189:18 192:7
195:13 196:1 197:12 198:8
200:4 202:5,12 208:18
216:12 217:16 221:15,24
225:18 236:1 238:25 244:8
248:12 252:4,7 253:5
256:24 257:7 258:20
277:14 278:1,7,9 279:3
281:3,22 285:7,21 287:24
289:12 290:3 299:2 300:9
304:16 313:7,18 316:9,15
317:11,17 318:18,24 328:4
333:17 334:12 335:2 343:2
343:22 349:9,21 350:3,14
357:11 358:13,16,16 361:8
364:23 365:20 367:4,10
369:15 371:6 372:4 373:22
374:22 378:21 380:2,11
381:14 384:17,19 386:25
389:23 390:25 391:7
objections
25:3 74:18
objective
278:5
objectively
285:4
obligation
260:25
observation
86:1 227:8 277:25 278:2,4
296:9 342:17
observational
213:20 214:3,8,10,12
observations
281:20
observe
213:21 296:5

observed
18:6 23:24 86:11 95:20
121:6 122:7,16 136:12
158:22 179:21 180:11
197:8 214:5 225:20 226:6
226:13,15,24 227:2,8 237:9
240:2 247:22 249:4 287:8
observes
127:15 237:5 244:5
observing
85:25 383:17
obtain
34:16 91:11
obtained
34:13 91:17 203:20
obvious
284:23
obviously
14:18 19:19 168:20 189:21
264:18 269:11 272:7,9
277:25 281:19 285:14
367:16 394:5
occasions
169:21
occupation
16:25 35:12
occupational
80:19
occur
60:10 187:23 188:2 194:12
202:11,19,22,25 293:11
occurred
247:9
occurrence
100:22
occurring
205:11
occurs
108:4
o'clock
140:13,17 184:13,16,18
offer
23:19,23 26:10 50:9,11,20
83:4,8 168:10 186:21
187:20 305:16 323:10
offered
39:11,21
offering
276:5 305:22 329:22 330:3
offhand
85:4 88:9 95:5 119:15
177:23 233:22 249:16
268:4,6,11 303:12,23
379:16
office
266:22 311:25 312:2,20
offline
347:15

oh
100:9 191:18 207:2 389:3
okay
25:8,9,21,22 31:9,19,22
33:17,18 37:6,10,18,19
39:20 43:2,12 50:18,19
58:8,25 64:18 69:7,8,14,21
70:2 73:24 75:19 78:2 80:3
80:12 89:14 96:20 102:13
106:21 114:24 115:20
127:24,25 128:4 130:22
135:19 138:11 139:12
140:4,11,14,18,19,24 141:2
141:4,6 144:4 145:8 156:24
157:1 160:5 163:5 166:21
170:19 173:19 175:1
179:15,18 181:5,6,21,23
184:21 188:23 190:12
201:18 207:2 209:3 210:6
210:13 218:20,21 222:10
225:11 227:21 230:17
232:14 240:17 241:23
242:19 246:21 259:25
260:1 263:18 264:3 272:7
272:19 273:14 274:13
277:20 284:6 286:20
289:14 294:11 299:5
302:24 303:8 305:9,10,12
308:13 315:17 317:21
320:11 323:9 324:7 325:7
326:4 327:13 332:15
334:15 335:15 336:18
337:16 338:8,11 345:13
347:8 348:7 356:1 358:16
360:22,24 361:4,11,13,14
362:25 363:13,14 365:2
370:23 372:19 379:17
386:11 387:8 388:21
392:16,20 395:16
old
24:9 27:15 54:16 375:13,14
omission
216:19
omit
278:24
omitted
42:17 108:21
once
126:3,12 330:16 333:3
oncology
48:7
ones
77:6 89:12 94:4 107:20
129:15 194:2 196:3 213:11
216:8,10 218:10 259:7
294:10 296:22
one's
73:5

[online - parts]

online
  311:11
onset
  215:22 217:8
ontaminated
  10:23
open
  31:20
operating
  314:6
opine
  206:2 342:2
opinion
  18:5 23:19,23 26:10 83:8
  99:8 115:20 154:14 166:11
  186:18,20 187:1,20 202:10
  204:10 288:16 305:16,22
  323:10 329:22 330:3 342:8
  369:9,20 391:4 395:3
opinions
  13:5,10,21 23:2 30:17,21
  83:4 158:3 270:8 276:5
  318:17,22 379:25 380:7
opportunities
  51:11
opportunity
  170:23 180:10 345:21
  349:7 350:10
opposed
  75:18 80:14 89:24,25,25
  152:10 153:1 256:11 336:7
  336:10
oral
  91:12 130:14 151:22,23
  294:5 320:18 321:24
  322:21 323:13 326:23
  327:3,15,16,18,24 329:8
  339:22 342:3,9,19 387:14
orally
  129:21 293:8 323:6 328:8
  329:12 340:19 343:11
oranges
  198:14
order
  72:22 108:15 118:24
  119:19 174:21 176:3,20,24
  177:10 179:3 182:10 228:1
  353:9 355:14
orders
  130:23,24
o'reilly
  4:12
organ
  293:24 294:7 325:14 389:4
organic
  34:12 64:10
organism
  185:5

organization
  53:18 55:3,9,17 132:12
  135:5,6
organized
  311:13
organospecificity
  326:8,15
organs
  248:5 323:6 327:6,10
  375:13
orient
  384:23
origin
  349:19
original
  81:23 310:24
outcome
  22:9 110:18 280:18 281:7
  397:12
outcomes
  280:14,16 290:22
outline
  51:20
outlined
  349:11
outset
  97:6
outside
  144:19 185:4 327:17
  388:13
overall
  67:5,7 240:11 275:9 277:11
  278:25 279:20 283:9,11,14
  283:23 284:18 285:19
  286:21 287:4
overseeing
  51:7
oversight
  277:22 281:24 286:12
oversimplification
  340:25 341:6,21
overview
  97:21
overwhelming
  220:23
oxford
  3:6

—— P ——

p.m.
  207:6 395:21
p.n.
  9:5
p450
  293:19 294:6,8 322:2 337:2
p450s
  294:9 299:6
p53
  152:13,17 153:3

package
  241:14
page
  8:3,9 9:2 10:2 11:2,17 19:9
  20:19 27:9 40:16 63:7
  68:24 69:22 70:25 104:2,6
  104:12,15 109:24 114:4
  115:2,4 123:15 126:10
  127:12 142:9,19 145:3
  146:13,14 149:20 159:13
  159:18,21,22,25,25 160:2,8
  175:19 176:17 180:6,14
  190:23 199:18 200:6,7,8
  209:9 216:18 218:14 242:7
  243:20 262:9,21 279:6,10
  279:11 280:4,6 281:5 282:2
  285:13,14 288:5 290:21
  291:5 310:7 320:9 325:9,10
  326:9 335:10 338:16 340:3
  342:1 348:8 352:21 353:4
  356:21 357:12,15 360:17
  360:19 366:12,16 370:8,15
  375:19 377:19,25 383:10
  398:4
pages
  102:20,21 142:9 180:9
  212:11 216:1
pah
  64:2,5
paid
  65:23 331:1,3
pancreatic
  255:20 292:7
panel
  66:20 156:11 157:22 170:4
  170:8 198:3 201:14 311:17
  311:18 349:5 351:13,23
  356:20,24 358:11,22 359:2
  362:20 363:1,23 364:9
  365:11 383:5
panelist
  155:3 156:8
panelists
  300:22
paper
  42:18 67:21 68:7,24 69:3,9
  76:9,16 80:19 110:12
  113:16,18,20 118:12,16,23
  122:4,20,21 123:3,16
  125:19 126:2,11 127:13
  128:23 129:6,6,18 131:8
  174:2,7,10 176:8 177:5
  178:14 190:24 206:17,19
  207:17,21 208:6,7 209:9
  219:23 222:23,24 223:14
  224:1,4,10 229:14 234:8,10
  235:4,7 236:18,19 237:6
  239:17 240:19 241:5,25
  243:12,17 244:23 245:13

paper (cont.)
  273:21,25 287:2 302:2
  311:6 341:19
papers
  16:13 76:17,23 77:3,24
  79:14 81:7 100:21 118:11
  129:11 190:16 232:16
  235:11 236:9 245:16,22
  254:2 319:19
paragraph
  115:10 122:13 123:16
  126:11 175:20 180:14
  190:25 191:20 200:6
  216:20 218:13 234:19
  279:12 320:12 335:16
  338:18 340:2,23 348:9
  375:22,23
paralegal
  3:11
pardon
  49:9 126:19
parent
  333:7
park
  2:15
parkway
  2:5 4:22
part
  31:17 34:21,25 52:21,23
  69:3 76:21 77:21 79:13,24
  85:22 105:3 106:3,4 109:10
  124:22 135:21 136:7
  142:11 147:3 175:17 178:8
  180:21 199:12 201:12,14
  225:6 226:21 236:18
  268:25 269:13 295:16
  304:20 320:23 330:12
  337:24 349:25 362:12
  385:6 394:24
participate
  16:3 155:21 156:8 311:16
participated
  155:9 158:6 199:23 344:25
particles
  385:15
particular
  22:8 50:21 72:21 103:21
  109:2 153:22 160:23
  168:14 205:15,17 212:15
  230:4 232:19 311:13 316:8
  330:2 339:10 359:1 378:16
  383:11
particularly
  126:25 228:25 240:12,13
  244:2 259:15 341:14
parties
  13:15 397:9
parts
  34:21 180:16,17 181:2,9,14

[parts - plaza]

**parts (cont.)**
181:17 209:23,23 210:3,3
210:14 223:23 269:5
314:17 373:25
**pass**
274:11 306:12 328:13,17
329:12 390:8
**passages**
235:12
**pathologist**
36:1
**pathologists**
388:10
**pathology**
35:23 270:13
**pathway**
92:8 378:16
**pathways**
108:2
**patience**
390:9
**patient**
36:9,12 37:25 38:3 90:5
270:12 298:3,11,23 317:8
**patients**
36:6 88:3 91:12 273:22
287:12,17 290:11
**patient's**
134:10,17 172:12
**patrick**
5:10
**paul**
10:7 39:8 224:2
**pause**
25:1,6,17 321:5
**pausing**
128:11
**paying**
56:21
**pc**
2:20 4:20 6:20
**pde**
209:5,12,13 210:24 211:3
211:10 354:9 371:2,2,4,11
372:3
**peer**
61:24 67:1 85:14,16,24
87:24 124:20 132:19 133:1
183:7 190:15 210:25
253:11,16,21 254:18 255:1
255:6,10,14,18,22 256:1,6
256:16
**peitc**
43:20,25 44:9,14,18,21
**penalty**
15:4
**pending**
14:10 222:17

**peng**
10:15
**pennsylvania**
2:23 3:8 4:23
**people**
24:11,14,18 30:13 42:18
43:13 44:3,14 51:10 94:11
140:16 160:11 162:11
190:20 228:20,21,24 229:1
259:18 272:18 303:3
304:21 305:7 331:22
349:11 359:7
**percent**
183:9,15 336:12
**percentage**
73:17 189:16,21 302:16
303:20 336:9
**percentages**
190:2
**percentile**
318:2
**perfect**
286:16 340:5
**performed**
43:23 110:14 172:10
279:15 327:15
**peril**
112:13,15 113:1
**period**
13:17 17:19 27:12 51:5
70:8 74:2,9 182:6 183:10
216:24 289:11 290:13,17
305:20 317:10 391:25
**periods**
160:12
**perjury**
15:4
**permissible**
371:2
**permitted**
9:23 206:17 207:18 208:11
208:13,17,23
**person**
21:23 22:3,14,14 72:2
139:24 160:12 162:20
190:11 205:25 258:14
289:16 299:20 319:14
391:6,14,16 392:25 393:2
393:20 394:9,12 395:5
**personal**
84:3 228:19
**personally**
83:15
**person's**
156:3 228:12
**perspective**
138:21
**pertains**
313:6

**peruse**
79:22
**petition**
144:6,10,15
**peto**
9:9 72:18 120:20 122:20,22
123:3,6,10,17,23 124:19
341:11 354:6 369:23 370:3
372:14,18,22,24 373:18
374:5,8 391:23 392:5
**peto's**
125:6,10
**ph.d.**
1:9 8:10,12 11:4 396:3,11
397:3 398:3,18
**pharma**
4:21
**pharmaceutical**
5:4,5
**pharmaceuticals**
3:4 4:4,13 349:20 389:9
**pharmacoepidemiologist**
49:8,10
**pharmacokinetic**
129:14 323:19,24 329:5
338:21 339:16 348:21
**pharmacokineticist**
62:15
**pharmacokinetics**
8:20 9:11 11:5 62:17 63:2
113:18 116:18 125:21
127:1 320:13 323:16 324:5
324:11 325:13 341:1,22
342:13 348:17
**pharmacologist**
49:18
**pharmacology**
49:12,14
**pharmacy**
6:4
**pharyngeal**
255:24
**phd**
12:5 34:12,16
**phenethyl**
43:20
**phenoxy**
35:1
**philadelphia**
2:23
**phone**
16:9,11 368:18,22
**photolysis**
35:1
**phrased**
195:14
**physically**
15:17

**pi**
42:24
**pick**
78:23 311:22
**picking**
312:6
**picture**
147:3 381:21
**pie**
175:17
**pietragallo**
3:3
**pigmentosa**
145:24 151:7
**pill**
87:21 91:13 205:23 211:9
393:21 394:6
**pills**
284:4
**pittsburgh**
3:8
**pizzi**
4:12
**pk**
340:13
**place**
13:1 25:3 128:9 190:7
269:10 293:18 295:17
317:20 367:14
**placed**
37:17 70:22
**places**
77:25
**plagued**
251:4
**plaintiff**
29:20 71:12 74:3 84:6
87:19 119:20 120:1 165:7
204:14 205:15 206:3 211:7
269:9 270:4,7,14
**plaintiffs**
2:4,14,21 8:13 14:15 17:5
17:10 36:17 37:15 91:5,18
91:22 155:10 157:8 203:9
203:12,15,18,21 204:1
211:23 269:2 304:13
314:25
**planning**
156:7
**plans**
267:7
**plant**
43:11
**play**
89:1 338:10
**plays**
325:13 340:18
**plaza**
4:14 7:5

[please - produced]

**please**
12:14 42:14 46:5 66:2 69:4
70:14 114:4 122:14 130:21
175:20 177:4 199:1,8 200:6
215:25 219:21 233:3
234:19 252:14 260:18
261:1,12 262:21 269:19
270:24 287:1 291:8 293:1
307:1 308:4,15,15,18
316:19 320:6,9 321:1 325:8
335:7,21 336:21 348:4
351:10 353:4,25 356:19,21
358:14 361:18 362:13
363:11 366:11 375:18
382:24 383:10 384:7

**pled**
54:3

**plenty**
87:7 168:9 232:20,21 233:6
233:6 240:8 329:3,9

**plus**
60:14 88:7 149:10 164:25
176:4 179:6,6,13,14 193:15
302:13

**point**
40:6 52:9 73:25 74:6,7
81:21 96:12 144:9,14 160:8
170:22 171:17 193:23
204:19 212:22 215:6 227:5
252:9 293:13 294:13
327:23 329:15,17 332:7
339:19 342:22 344:6 351:7
359:21,22 362:8,10 364:13
364:18 365:1,1 375:4
380:15 382:8

**pointed**
135:15

**pointing**
342:4

**points**
159:20

**poison**
27:16

**polar**
194:8

**polycyclic**
64:7 152:15

**poor**
35:4 217:15 303:18

**poorly**
195:14 200:15,19

**pop**
324:14

**population**
49:1,15 110:21 111:24
298:4,24 303:1 305:16

**populations**
275:4

**portion**
44:19 208:1 219:21

**posed**
20:20 30:11,12 366:8

**poses**
313:15

**position**
161:13,17 162:2 272:13

**positive**
218:16 237:12,15,18,24
248:4

**possibility**
202:24

**possible**
16:10 58:3 59:12 92:3
109:17 129:7 153:7 181:18
213:14 227:10,11,14
380:25

**possibly**
42:16 143:14 292:20
322:23

**potency**
46:23 69:11 379:19,25

**potent**
74:22

**potential**
13:10 84:5,14 89:15 153:2
156:12 176:19 213:9

**potentially**
216:25

**pottegård**
10:21 273:4,5,8,18,21
275:7,12 276:22 277:5,8,21
278:19 279:9,15 280:3,12
281:5,11 283:8,18 285:19
285:24,25

**pottegård's**
278:24 279:19

**pound**
71:22 72:2

**pounds**
26:19 119:14

**practical**
132:10 143:7 184:6 244:19

**practice**
222:22

**preamble**
147:2

**precursors**
359:7

**predate**
55:3

**predicate**
260:14

**predisposing**
289:15

**preference**
220:2

**preliminary**
278:2 284:1,6,7

**preparation**
19:16,20 20:8,13 228:9
311:17

**prepare**
19:11 32:23 135:9 250:22

**prepared**
142:14 163:1 169:8 173:11
174:11 203:17 261:24
275:13,15

**preparing**
268:14 276:13

**prescribed**
83:22

**prescription**
394:1

**presence**
92:4,9 93:5,21

**present**
7:14 42:17 43:20 64:8
165:21 175:15 186:6
247:10 298:2 304:7 357:5
362:15 363:10 382:14,16
383:19

**presentation**
350:16

**presentations**
387:5

**presented**
118:3 163:2 349:6 363:22
386:12

**presently**
66:19

**president**
52:7

**pressure**
83:12 290:11

**presumably**
20:25 302:20

**presume**
15:7 126:8

**pretty**
25:1 68:5 92:24 120:14
129:12 161:8,9 228:6 266:2
274:10,11 325:25 326:2

**prevent**
43:21 44:5 64:22 300:6

**preventative**
44:3

**preventing**
87:14,15

**prevention**
17:2 42:5 52:11 53:1,6
64:21 86:13,17

**previous**
229:19

**previously**
290:12

**primarily**
212:11 293:22

**primary**
9:3 118:14 220:25 293:17

**primates**
298:7 339:9,11

**princeton**
6:14

**principal**
40:16 41:24 51:25

**prinston**
5:4

**print**
101:8

**printed**
264:8 311:7

**printing**
160:6

**prior**
60:17 61:15,19,23 62:5
66:9,13 262:24 347:22

**privilege**
19:20

**probability**
173:6,8

**probable**
21:21 136:21,23,23 137:1,2
150:7

**probably**
25:10 58:6 100:13 107:10
111:11,22 129:15 137:4
143:11 149:24 165:10
178:2,13 191:7 193:22
260:8 267:9 318:4 335:13
336:3 339:18,18 341:17
344:8 356:2 382:21 383:7

**problem**
80:16 84:21 186:7 274:12

**problems**
53:20 116:3 177:9,10,15
191:15 251:4

**proceed**
79:9 141:13 207:12 273:2
308:21 316:1 344:22
356:18 369:8

**proceedings**
1:15

**process**
14:25 77:13 94:12 126:15
144:5

**processed**
146:7,17,23 147:8,9,15,23

**processes**
116:16

**produce**
154:7 374:12

**produced**
331:8 332:11 363:24 373:8
373:18,20

[producing - quick]

**producing**
365:16
**product**
19:13,19,21 108:12 180:12
**production**
9:3 11:17 118:13 356:24
**products**
1:5 10:20 31:1 42:7,19 46:2
59:20 60:13 109:3 158:9
179:21 219:11,12 220:16
298:2 313:3,6 314:20,22,25
**professional**
1:17 15:13 33:22
**professor**
17:1,1 20:2 35:13,22 86:12
**proffer**
353:14 354:2 355:17
**proffers**
85:2
**program**
42:24 45:10
**programs**
39:5
**project**
42:24 45:6,10 97:1 101:22
**projects**
40:12 41:19 47:7,11,15,19
48:2 98:13 332:25
**pronounce**
64:3 364:3
**pronunciations**
68:4
**proper**
143:10
**properties**
45:16 46:12,17 142:16
259:3
**prospective**
10:10 248:20 250:15
**prostate**
256:4 292:11
**protective**
355:14
**protein**
220:2,22
**prove**
185:22 274:17
**proven**
82:18 127:16 128:17
131:21
**proves**
185:23
**provide**
15:8 18:4 23:4 29:21 67:2
101:20,25 102:1 124:2,11
124:12,21 125:10 156:9
344:25
**provided**
17:13 20:11 31:15 32:1,18

**provided (cont.)**
63:5 104:18 106:5 123:24
173:12 261:3,25 262:4
263:21
**provides**
125:6,7 290:21
**providing**
15:3 302:15
**public**
1:18 9:22 158:7,13,13,17
158:21,23 169:3 199:7,17
199:22 262:13,17,17 300:4
365:13,14,18 396:17
398:22
**publically**
167:25 188:7 211:20
**publication**
107:13 108:16 132:20
133:2 199:15 208:4 247:18
386:4
**publications**
31:20 79:23 101:14 107:4,7
232:5 310:23 312:15
**publish**
233:19 239:23
**published**
31:17 46:25 60:18,25 61:2
61:16,20,24 62:6 63:1
66:25 67:4,7 85:17 87:25
118:9 134:9,16 135:14
136:4 141:19 177:18 183:8
190:15 199:22 215:8 221:8
231:6,7 232:12,15,18,20
233:11 234:8 237:10
244:23 245:13,23 254:14
254:22 255:2 341:10
345:19 389:6
**pubmed**
100:5 101:9 114:12
**pull**
18:21 78:4 171:23,24 236:6
249:12,23
**pulled**
101:15 235:1 241:18
372:17
**pulling**
273:11
**pure**
44:22
**purpose**
69:10 72:13 97:2 305:13
381:7
**purposes**
132:10 143:7 181:4 184:6
244:19
**pursuing**
157:8
**put**
36:19 68:9,11,23 70:14

**put (cont.)**
100:5 114:3 185:21 190:23
251:6,9 259:23 260:25
261:12 276:3,24 284:21
309:8 324:23 327:21 335:4
336:19 347:20 348:2
351:10 357:12 364:8 366:2
395:8
**putting**
108:7 199:12,14
**puzzled**
280:10
**py450e1**
330:17
**pyridyl**
8:17

---

## q

**qualifications**
33:22 380:5
**qualified**
379:24
**qualify**
152:19
**qualitative**
116:17
**qualitatively**
325:14
**quality**
178:6
**quantification**
216:25
**quantify**
194:21,25 204:25 358:4
**quantitative**
116:16
**quantities**
74:2
**quantitively**
325:15
**quantity**
194:17 204:4,9
**quarter**
321:22
**query**
100:8
**question**
18:10 21:6,8 22:6,17,18
25:18 26:24 28:20,23 29:6
29:9,14 30:15,19 45:18,22
56:3,5,12 58:24,25 60:24
66:22 80:12 81:5 83:25
84:2,9,18 88:7 90:4 92:12
93:11 96:23 97:23 106:18
112:18,21,23 120:12 121:3
125:5 128:9,14,15 130:21
131:14,18 133:23 137:6
145:14 150:4 152:23 153:8
157:4 163:17 164:6 171:13

**question (cont.)**
171:16,24,25 172:1,20
175:2 181:4 193:4,24
195:15,20,21 196:4,6,21
201:17 202:15,17 207:16
213:25 214:14,19 215:5,12
221:17 222:14,16,21 223:3
223:24 225:12 226:2,4
230:17 231:23 233:2 236:4
239:4,24 245:9 246:14
253:25 254:17 260:10,20
265:17,20,20 266:19
267:12 269:19 270:24
271:17 277:6 278:11,17,18
278:19 279:17,17 280:9
285:5 286:7 290:8,9 291:8
294:23,24 296:14 299:25
300:18 304:18 305:13,24
307:19,20 308:20,20
310:14 312:23 313:16
315:1,3,13 316:3,18 319:7
328:19 330:13 344:1
345:14 346:17 349:6,7
350:10 352:7,15 353:3,7
357:2,18,22 358:18 361:1
361:16 367:18,23 369:11
371:10 373:12,14 374:1
377:3 378:5,23 381:17
382:20 388:12 393:25
395:14
**questioned**
345:11 352:13
**questioner**
390:8
**questioning**
222:2,8,12 260:17,18 272:6
272:9 306:23 307:6,18
312:13 346:12 355:5
384:20
**questionnaire**
219:18 230:4
**questionnaires**
203:14,17 227:23 228:11
229:6,9,13,16
**questions**
15:2,8 17:4 25:3 29:17,22
30:4,21 33:6,16 49:23
56:10 69:2 156:23 171:20
211:17 216:22 223:4
228:22 230:23 256:10
276:25 284:13 306:15
307:5,11,12,13,15,20,25
308:4,12,19 326:5 335:7
345:1,3,4 349:13 352:2
354:3,5,7 355:23 366:8
390:7,16,20 395:17
**quick**
25:2 27:5 75:7 239:1
256:25

**[quicker - refreshing]**

**quicker**
321:6
**quickly**
312:12 334:8 385:1,2
**quite**
44:12 79:25 90:4,7,12
160:23 175:11 190:17
197:25 250:25 251:11
307:12 335:3 342:12
**quote**
303:6 374:7
**quoted**
109:9 365:9
**quoting**
298:14,19 300:13,14,20
373:24

**r**

**r01**
40:17
**rabbits**
121:13,18,22 122:7,11,17
**radiation**
88:24
**radiology**
48:7
**raise**
216:22
**raised**
92:21
**range**
209:22 210:2,8,10
**ranged**
314:16
**ranging**
180:16
**rapidly**
363:5 381:25
**raspanti**
3:3
**rat**
9:4 47:24 70:11 71:6
118:14 343:11 369:25
**rate**
176:2 302:25 303:2,9
304:10,11 373:9
**rates**
112:1 274:3
**raton**
5:9
**rats**
8:15 9:7 43:21 47:4 61:12
68:2 69:16 70:3 71:17
72:22 74:13 108:8 118:24
119:10 120:8,19 121:4
123:7 124:1,14 125:8
248:19 332:12 341:14
391:25 392:5

**raw**
231:5
**raymond**
4:15
**reach**
221:21 323:6,7 382:8
388:10
**reached**
12:24 198:3 215:12 216:5
280:16 283:7
**reaches**
386:23
**reaching**
32:16
**reactions**
34:22
**reactive**
299:8 330:18 333:4
**reactivity**
61:25
**reacts**
93:9 334:7
**read**
20:24 37:9 69:5 77:25
98:11 103:6 115:7 117:13
132:7 147:2 159:14,15
180:18 191:4,5,8,11 199:25
200:13,15,17 218:7,14
219:15 224:15,16,18
235:10 236:9,10 242:17
243:7,11,12,15,17,19
252:19 264:19 285:14
325:18 357:7 360:21
362:16 367:6 371:14,20
376:4 377:25 396:4
**readable**
108:12
**readily**
305:5 361:24
**reading**
224:13 243:6 250:22
**reads**
160:9
**ready**
78:23 207:17 306:11
**real**
359:13
**realize**
135:19 162:25 222:7
308:18
**really**
30:16 53:16 54:18 55:4
58:7 94:4 104:10 107:9
120:22 129:12 143:25
156:1,2 157:13,17 165:21
168:13,16,22 185:10
191:10 201:1 220:5 258:13
265:7,13 274:17 275:3
278:3 284:1,9 288:15

**really (cont.)**
289:25 299:14 317:5,19
318:9 319:6,12 329:13
351:4 352:9 357:3 360:8
367:14 368:6 374:3 387:7
**reason**
26:20 27:7 29:18 84:4
207:3 217:19 220:9 316:16
376:23 377:3 398:4
**reasonable**
22:21 23:1,5,9 28:17 91:3
165:24,25 260:14 316:4
395:3,9
**reasonably**
91:15 165:13 166:13 167:7
167:19
**reasons**
24:3 55:10 112:10 258:5
373:23 374:23 375:8
**recall**
39:16 67:12 118:16 126:3,8
141:17,23 159:17 163:6
168:12 174:7 177:12
189:16 208:6 210:1,18
212:1 224:13 234:10 261:4
296:4 297:24 298:5 322:6,7
348:10,12,14 350:12,21,24
351:25 357:19 358:21,24
364:8 365:19 372:21 374:4
383:4
**recalled**
356:23
**received**
101:10 120:2 179:20 208:3
211:9 262:23 305:18
306:14
**receiving**
16:20
**receptor**
82:8
**recess**
79:5 141:9 207:8 272:23
315:22 344:19 356:14
369:4
**reclaiming**
352:20
**reclassifying**
144:23
**recognize**
62:17 112:11 161:24
207:24 249:2
**recognized**
60:15 113:12 249:3 251:25
**recollection**
17:19 358:9 383:9
**reconsider**
354:12,18
**record**
12:2,13,23 67:25 78:14

**record (cont.)**
79:3 97:19 223:9 247:17
252:19 263:17 309:19
336:24 344:11,13,18
346:11,25 352:24 353:14
353:25 355:16 356:8,13
368:16 369:3 377:16
395:18,20 396:6,8 397:6
**recorded**
1:15 12:4
**recording**
75:9
**records**
103:24 104:7 105:20
203:11 213:2 270:11,12
310:10,24
**recreate**
212:22
**rectal**
238:20
**rectum**
241:2
**red**
311:23 346:8
**redone**
178:9
**reduce**
86:24
**reduced**
83:11 243:22
**reducing**
86:19 87:6
**refer**
33:15 107:3 223:1 312:17
**reference**
41:23 103:8,22 104:5,13,19
236:6 264:1 375:3
**references**
100:13 104:9 106:6 107:11
107:19 265:11 268:9
**referred**
107:6 234:25
**referring**
67:21 152:25 155:23
247:18 263:10 296:23
299:13 359:2 377:19,21
**refers**
107:5 208:24
**reflected**
276:9 373:17
**refrain**
14:23
**refresh**
17:18 70:25 100:1 358:9
383:8
**refreshed**
100:21
**refreshing**
100:3

[regard - response]

**regard**
46:11 107:22 310:11
322:10 344:24 347:13
354:6,8 357:1 361:1 384:8
388:25

**regarded**
132:10 143:6 184:6 244:19

**regarding**
30:8 100:1,20,21 203:21
254:15 290:21 321:18
329:11

**regardless**
24:15,19 252:16 334:10

**registered**
1:16

**registry**
282:14

**regret**
350:19

**regulatory**
163:23 172:10 232:22
262:10 389:12

**rehash**
260:6

**rehashing**
348:23

**reimburse**
56:22

**reject**
117:22 118:8

**related**
41:9 45:15,19,21 59:24
61:3 65:12,16 81:5 102:18
114:11 153:16,18 163:20
168:20 194:4 201:5 211:24
336:6 397:9

**relates**
97:6 106:17 161:12

**relating**
13:5 57:15 180:10 220:14

**relationship**
52:17 123:25 216:9 224:20

**relationships**
370:18

**relative**
163:2 197:21 243:9 244:12
245:19

**relatively**
46:10,10 216:23 221:7,9
274:14

**release**
44:20

**released**
331:23

**relevance**
88:6

**relevant**
14:19 84:7,15 107:24 125:7
213:6 236:12 252:25

**relevant (cont.)**
268:24 393:1

**reliability**
242:1 243:25

**reliable**
99:8 124:2,9,12,12,21
125:7,11 194:5 228:6 233:7
239:13,19,21,22 248:21
251:5,8 283:5 294:13 365:4
365:24 367:15

**reliably**
358:3

**relied**
32:15 98:24 100:18 113:25
114:1 259:23 264:19,25
337:23

**rely**
98:7,20 107:19 110:6
225:16 240:4 318:20

**relying**
270:6 323:17 339:21 392:8
393:8

**remaining**
307:10 326:5

**remarkable**
283:2

**remember**
39:19 55:5 79:15 80:17
97:14 100:9 104:11 105:25
107:9 121:23 122:5,6
129:12 134:24 149:4 156:1
156:3 157:12,13 168:13,14
168:16,22 169:5 271:4
296:8 298:17 300:23 302:5
321:17 327:20 390:23

**remotely**
1:18 25:12 128:13

**remove**
34:3 40:8

**render**
379:24

**repair**
61:21 111:6 116:16 151:6
257:11 295:20 296:1,10,20
297:25 298:13 299:1,10
300:5 334:24 378:12,18,24
379:3 394:23

**repaired**
299:10,24 378:14

**repeat**
21:8 50:16 117:6 213:25
270:24 316:19 371:10
388:12

**repeatedly**
127:6 169:2 372:12

**rephrase**
131:13 150:4 187:11
202:17 376:11

**rephrased**
215:5

**replace**
56:22

**replicate**
73:22

**reply**
316:14

**report**
8:10 13:3,9 18:10,15 19:4,9
19:11,16,21 20:1,8,13,16
20:18 27:9 31:12,18 32:3
32:11,23 33:1,14,21 40:14
41:23 52:4 57:13 77:19,21
97:9 98:7 104:8 106:5,7,11
106:24,25 107:8,11,12
108:22 109:13,25 110:5
113:22 115:3,22 123:4
125:18 127:5,14 128:24
132:7 134:22 155:1 166:2
173:11 174:3,11 179:19
180:7,9,19 181:14 183:13
190:21 191:9,12,15 200:16
200:17 208:7,10 209:21
210:5 212:9,11,17 213:12
213:14,16 215:4,8,16,19
216:1 217:12 218:8 224:11
232:19 235:20,22 237:11
259:23 261:9,10,25 262:25
265:5,10,11,16,23 266:23
268:10,12,14,23 269:6
275:12,15,25 276:3,7,23,24
277:9,19 279:2 281:21
282:2 284:24 285:3,8,14,19
286:8,24 300:14,20,24
318:17,23 320:8 323:22
337:23,24 342:1 375:18
378:1 392:12,13

**reported**
158:23 213:20 214:4,22,24
216:3 227:18 238:2 253:9
275:7 284:18

**reporter**
1:17,17 12:9,14 25:16 64:2
252:20 355:7,18,19

**reporting**
227:23 228:5 238:12 398:1

**reports**
135:25 136:12 228:2 269:1
269:4,7,21,23 270:16
276:13

**represent**
14:8 17:15 37:14 72:8 73:6
181:1 269:8

**representation**
174:9

**represented**
206:4 209:24 210:7

**representing**
180:2 222:13

**request**
346:24 347:15

**requested**
11:17

**required**
297:14

**requires**
99:9 213:6

**res**
358:4

**research**
15:20 40:12 41:10,13 45:23
46:2 47:7,11,15,19 48:2
50:25 51:4,8,9,21 52:2,5,21
52:21,22 53:5,25 56:20
57:15 58:10 59:9,19,24
60:2,11,18,24 61:2,16,20
61:24 63:1 81:23 82:1
86:12,22 87:25 88:13 92:3
94:24 98:10,12 108:19
116:21 135:2 173:10
183:14 185:13,16,18,23,25
194:17,21,25 196:21
229:19 247:13 268:22
297:20 301:1 310:24 311:3
311:18 319:11,16 359:22
360:5 370:16 384:8 385:17
385:22

**researched**
60:14

**researchers**
98:15

**reserve**
258:14

**reserved**
138:22 142:24

**resources**
55:19

**respect**
58:10 61:3 87:16 106:22
124:13 174:17 185:7
204:13 237:10 242:2 280:3
287:8 296:1 297:3

**respected**
158:2 220:11 374:9

**respectfully**
363:21

**respond**
308:14 349:7,12 350:10

**responded**
357:22

**response**
9:9 17:3 49:22 108:7
110:15 120:20 123:25
250:18 327:9 341:9,13,17
347:13 349:25 360:12
369:25 379:20 380:1

[response - sake]

**response (cont.)**
381:17 390:19 394:5
**responsible**
51:7,25 52:1 67:11 169:1
386:6
**responsive**
80:9 120:25 162:16 230:8
233:10
**rest**
272:15
**restate**
195:20
**result**
44:11 62:2 64:9 120:11,14
153:5 215:12 216:6 331:13
332:20 334:2 376:20
381:12 385:5,8 386:23
**resulted**
210:8 288:10
**resulting**
108:10
**results**
46:25 101:8 123:19 125:2
210:16 212:23 215:15
220:13 239:11 248:4
251:11 281:4 319:9 322:20
333:9
**retained**
17:5,9,20 18:1,3 29:19
98:17 101:8 260:3 269:2
270:4,7 385:14
**retention**
60:17 61:15,19,23 66:9,13
351:23
**returning**
341:25
**revealed**
374:18
**review**
9:17 32:17,17 34:5 69:2,5
98:6 99:20,23 103:11
108:16 135:8 169:19 174:5
177:18 180:10 208:6 213:6
235:9,24 238:1,1 253:8,10
253:11,15,20 262:5 268:17
269:6,15 274:7 342:15
345:9,18,22 347:19,25
**reviewed**
10:16 61:24 67:1 85:14,16
85:24 87:24 124:20 132:19
133:1 169:16 180:3 183:7
190:16 201:12 203:11,14
203:25 210:25 212:5
213:11 223:16 227:17
245:17 251:12 253:16,21
254:5,18 255:1,6,10,14,18
255:22 256:1,6,16 259:22
261:2,9,20 262:18,23
264:19 265:4 268:8 269:1,7

**reviewed (cont.)**
269:13,22 270:11,13,16
337:23 347:16
**reviewer**
341:17
**reviewers**
223:16
**reviewing**
208:7 211:20,22 268:20
**reviews**
37:12 80:4 107:3
**rich**
219:7 220:1,21
**richard**
9:9 297:16
**riddell**
2:17
**right**
16:18,24 17:17 19:7 26:14
27:13 29:12 30:18 31:16
34:14,24 35:13,19 41:5,11
41:20 45:1 47:4 48:8 50:1,4
51:1 52:11 53:2,12,14,19
53:25 54:4,17 55:24 58:22
61:10,12 67:17 69:11,17
70:5,11 71:4,14,19 73:9
74:14,25 78:7 79:25 81:3
81:21 84:16 85:21 88:16,19
93:1 94:14 95:6,23 100:5
102:25 103:4 104:13 105:4
105:21 106:15,16 109:11
110:3 112:2 115:15 116:19
119:1 121:13 125:12,15
126:16 127:3 130:1,13
131:1,10,13,22 133:19
135:6,13,16 136:5 138:4
139:14,17,20 140:10
142:20 145:4,22 146:5,8,19
148:9 149:21 153:8 154:1
155:3,15 156:19 157:22,23
158:14 162:11 164:6,10,15
164:25 165:4,9,14 166:4,7
166:14 168:10 173:16
174:19 175:21 176:4,15,16
176:21 177:7,17 178:2,4,7
178:13,17,22 179:3,11
180:12 181:11 182:1,6,7,18
182:21 183:4,21,24 184:3,8
184:9 185:5,9 188:17 189:3
189:4,6,23 190:21,24,25
191:17 192:2,6 200:16,17
200:20 201:13 204:10
205:17,24 209:18,19 211:5
212:12 217:3,4,9 218:5
220:16 222:9 224:18 226:1
229:7 230:15,18,21 232:3,4
237:9,13 238:5,7,11,18
242:11 243:8,18 246:1
248:1 249:18 251:17

**right (cont.)**
263:24 266:4 267:23
273:17 274:5 275:13 277:6
277:13,18,22,25 280:19,22
281:1,8 282:2,16,19,23
284:15 285:6 287:6,14,15
289:6,22 291:2,6,6,7
292:17,25 293:22 294:20
300:24 301:4,8,25 302:9
305:14 314:23 322:13
324:6 327:21 338:17 339:7
344:16 346:6 347:11 352:6
354:20 360:9 362:21 364:4
364:12 365:23 367:8
368:23 370:21 376:21
377:12 383:6 394:23,24,25
394:25
**rise**
44:24
**rises**
249:5
**risk**
9:21 10:3,5,14,20,23 21:3
21:12 23:22 24:5,6,9,12,15
24:19 25:24 26:1,4,7,12,16
27:10 30:12 42:25 66:15
67:3 85:8,12 86:19,24 87:6
87:20 88:1,18 89:10 91:2
97:25 158:23 160:10,15,21
160:24 161:4,10,14,17
162:23 163:1,2,7,12,20
164:7,12 165:3,11,16,18,22
165:23 166:3,12 167:8,16
167:21 168:1,9,15,22 169:3
169:22 170:9,15,17,24
171:9,10 172:4,8,9,21
199:7,16 218:24 220:3,20
225:20,23 226:7,19,24
227:2 238:3 241:8 243:9,22
243:24 275:9 277:11 279:1
279:20 280:4 281:12,16
283:9,12,12,14,16,23
284:18 285:20 286:21
287:3,4 288:7 298:3,11
300:4 302:20 305:2,17
306:1,9 310:15,17 313:3,9
313:15,22,23,25 316:5,25
317:16 318:8 319:3 325:15
341:1,5 348:15 364:21,25
365:17 378:14 394:8,17
**risks**
20:21 66:11 244:12 245:19
257:20 280:14
**rite**
3:16
**riverfront**
4:14
**rivetting**
35:2

**ro1**
40:18 41:18,22 42:23 43:4
45:5,9 64:25
**road**
6:13
**rodent**
343:20
**role**
38:5 51:10 52:4,22 89:1
217:8 325:12 338:10
340:18
**rolf**
9:19
**room**
15:24 16:6
**rooney**
6:20
**root**
326:7,18 387:11
**roots**
64:17
**roseland**
2:6
**rosemarie**
2:17
**roszel**
6:13
**roughly**
165:12 209:17 376:24
**round**
179:16
**roundtable**
272:4
**route**
322:11,12,14,15 326:14,21
**row**
209:11
**rpr**
397:2,18
**ruben**
2:24
**rule**
202:24
**ruling**
355:12
**run**
72:8 75:10 100:7
**running**
78:22

**s**

**safe**
165:13 166:13,17 167:7,19
**safely**
318:4
**safety**
169:2 172:12 231:11
**sake**
201:25

[salad - side]

**salad**
44:19 65:1
**salads**
43:14
**salary**
35:18
**sample**
91:11,14 92:5 93:6,22 95:9
95:21 96:1 204:17 216:23
221:6,9 274:10 288:11
**samples**
91:17,21,22 96:17 270:14
**samuel**
15:12
**sara**
1:16 12:9 252:12,17 397:2
397:18
**sat**
167:23 262:25
**saturate**
298:25
**saturated**
297:5,8 299:12
**saturation**
296:8,18 298:12 328:16
**saw**
17:16 253:6 394:17
**saying**
22:12 26:9 147:8 157:1
161:1 196:5 217:14 237:20
238:7 239:16 247:6 252:15
266:20 267:20 281:2 293:2
299:5,11,14 355:20 363:13
381:7 389:20,24 390:1
**says**
103:11,16 105:18 124:25
125:1,14,14 126:12 160:2
177:3 179:11 184:5,20
191:19,21 219:23 225:25
237:25 240:20 245:5
246:24 326:7 341:5
**sc**
69:25
**scale**
288:19
**scaling**
11:5 324:11
**scant**
182:18
**schedule**
140:1
**scholars**
300:1
**school**
38:23
**science**
63:7,9,25 64:20 109:10
156:18 183:25 332:18
387:25

**scientific**
23:4,5,10 28:25 51:20
57:21 59:17 60:15 65:10
67:1 91:4 96:24 106:18,22
132:2,14,20 133:2 135:9
144:22 153:16,21 154:15
154:17 183:7 190:5 193:16
194:17,21,25 204:3,8,25
211:22 213:5 246:4,17
250:7 276:4 293:14 294:12
351:19 365:13 366:5 395:4
395:10
**scientist**
116:23 117:1 188:13
221:11,21 222:22 223:20
276:17 278:5 295:11
331:11
**scientists**
112:11 136:11 158:2
190:15 213:21 214:5,22
223:18 274:1 276:12
283:21 316:4
**scigen**
5:16
**screaming**
355:4
**screen**
18:21 36:19 68:9 102:14
162:18 234:23 242:6
309:12,24 321:4 325:6
352:11 360:19
**script**
7:4
**scripted**
349:13,14
**scripts**
282:15
**scroll**
68:20 338:16
**scrutiny**
57:8
**se**
4:5
**search**
85:23 86:5 98:19 100:7,15
101:3,5,15 103:9,11,15,19
103:23 104:6,14,20,23
105:10,21 212:24,25 213:3
**searches**
101:9
**second**
2:5 22:2 24:25 29:9 34:25
42:9,15 115:9 122:13
123:16 128:22,23 152:7
171:15 180:6 225:8 239:2
252:5,6 262:9 273:10 312:3
336:21 337:14 340:23
352:4

**seconds**
337:5
**section**
37:3 69:6,21 76:24 77:23
79:12,18,22 80:24 109:25
110:5 115:3,5 126:11
127:13 159:19 262:10
**sections**
20:15 229:20
**seeing**
68:19 70:18 114:10 261:18
324:21
**seemingly**
387:11
**seen**
37:7 59:9 72:23 85:20
134:8,15 185:13,16,19
207:21 208:9 229:5,10,12
229:15 232:5,9,10,10
233:14 239:18,20,21
244:23 245:18 263:8
266:17 269:16,17,25
280:14 290:14,16,19 310:3
311:22 312:5 360:17
385:24
**selected**
63:8
**selective**
342:14
**self**
227:18,23 228:2,5
**semantic**
124:10
**send**
114:14 267:21 346:8
366:22 367:19
**sender**
16:14
**sense**
240:9 283:3 304:19 316:21
317:5,25 365:12,18
**sensibly**
362:2
**sent**
137:19 142:1 264:12
**sentence**
162:17 196:6 200:15 201:8
219:24 224:19 226:16
237:25 325:11 360:15,25
362:13 363:8 377:21,24
**sentry**
4:22
**separate**
130:3 179:8 261:11
**september**
17:16,24 98:18 102:25
**sequences**
380:24 381:2

**series**
110:6 323:24 324:4
**serious**
123:18
**serve**
66:18 156:11
**served**
66:18 97:2 155:2 229:20
**services**
16:15
**session**
341:19
**set**
13:1 99:15 323:11 365:14
397:5,14
**setting**
184:14 311:1 367:20
**settled**
56:21
**seven**
41:8,14 109:24 183:9,15
206:23 223:8 267:9,25
344:21 373:17
**seventy**
35:10 138:11
**shah**
6:15
**share**
309:11 324:22,24 345:4
**sheet**
398:1
**shifting**
375:18 382:12
**short**
45:17 140:25 266:4 275:9
277:11 278:25 279:20,24
284:12 289:11 333:11
**shortens**
290:12,17
**show**
101:4,7 113:8,15 115:6
171:23 206:19 225:4,4,5
240:25 245:5,21 273:19
300:17 322:19 326:19
338:24 353:15,18
**showed**
74:12 216:8 288:11 330:10
**showing**
108:3 120:7,18,21 142:12
**shown**
152:14 248:19
**shows**
209:22
**sic**
334:7 357:20
**side**
21:25 115:4 175:21 272:17
306:16

[sides - sort]

**sides**
218:17 355:15
**signature**
19:8 152:1,2,5,7,9,12,19,24
154:5 397:17
**signed**
396:13
**significance**
158:18 280:17
**significant**
44:12 63:25 85:18 86:1
88:1 185:15 213:22 214:5
214:25 215:9 216:21 221:5
238:17 281:12,16 285:25
286:5 288:11,13 291:1,10
291:13,17,21,25 292:6,10
292:14 298:3 300:4 304:10
359:3 361:21 391:25
**significantly**
72:10 343:12
**signs**
91:20
**similar**
43:25 44:21 212:14 382:7
388:24
**simply**
189:17 217:12 238:12
239:25 250:9 288:25 293:4
294:24 304:11 308:6 315:1
316:3 359:6
**single**
80:10 87:21 94:8,16,18
174:16 178:17 241:16
253:2,11,16,21 280:13,16
281:6 290:22 317:8 392:9
393:9,15 394:1
**sir**
15:11 19:5 20:8 23:19 35:9
37:8 40:9 57:23 62:12
76:25 80:22 81:16 104:2
106:11 112:16 120:23
124:7 126:20 131:5 139:16
142:5 146:13 156:23
159:19 160:19 167:1
180:22 191:4,6 193:4
199:19 210:11 219:3
233:11 234:23 236:24
245:7 246:15 262:1 273:17
282:4 285:18 296:12 309:7
312:1,22,24 316:20 318:11
320:14 323:17,21 325:7,12
326:1,11 327:25 328:21
329:25 330:6,13,25 331:6
331:18 333:16 334:11,23
335:19 336:22 337:15,18
337:21 338:15 339:1,12
340:3,15,20 341:7 342:8
343:7,17 344:1,23 345:2,8
345:12 346:7 347:8,15

**sir (cont.)**
348:12 351:3,15 358:11
361:14 362:24 364:5,7
367:17,23 368:13 369:14
369:21 370:9 371:5,17,21
372:7,11,15,19 373:12
374:10,14,21 375:2,16,20
376:4,6,11,19 377:4,12,14
377:22 378:5 379:6,15,18
379:21 380:1,8,15 381:13
381:20 382:3,11,20 383:5
383:22 384:3,12 385:11
386:18,24 388:3,7,11
389:12
**sit**
31:11 32:3 265:3
**sites**
342:5
**sitting**
119:16 170:3 329:21
**situation**
21:23 244:15
**six**
63:7 74:12 157:3 260:6
262:21 263:4 288:8 315:25
**size**
216:23 221:6,9 274:10
288:11
**sized**
44:19
**skin**
151:9
**slater**
2:3,7,9 12:24 13:22,23 18:2
18:3,24 19:17 20:4,9,11,12
21:5,14,18 22:23 23:14
24:2,22,25 27:4,23 29:5,13
29:20,24 30:5 31:3,16 32:2
32:5,18 33:13 48:16 55:25
56:6 62:9,24 66:3 70:13,20
71:1,3 74:16 75:8,12,19,24
78:11,17,25 83:1,13,24
84:8,13,16 85:1 87:10,22
88:4 90:2 91:7 92:16 93:24
94:9,17 95:3 96:5 97:16
98:17 99:11,17,21 101:12
103:17 104:1,24 105:14,22
108:23 109:21 110:22
111:3,8,14,20 112:7,14,17
112:20 113:4 115:23 116:6
117:5,11,23 120:3 121:14
122:9 124:4 125:13 126:6
127:21 128:8,20 131:2,23
132:4,16,23 133:15 134:1
134:12,19 140:2,7,20
143:20 145:23 147:17
148:10 151:1,19 153:17,24
155:14 156:14 157:10
161:6,21 166:9,15 167:3,11

**slater (cont.)**
168:3,11 169:25 170:12
171:3,15,22 172:18 173:3
181:7 183:18 186:22
189:18 192:7 195:13 196:1
197:12 198:8 199:12 200:4
202:5,12,15 206:25 208:18
210:9,12 216:12 217:16
221:15,24 222:6,19,25
225:18 236:1 238:25 242:8
242:14,19 244:8 247:17
248:12 252:4,14 253:5
256:24 257:5,7 258:20
260:4,11,24 263:19 264:4
265:1,9,24 266:10,20 267:1
267:5 269:18 272:7,20
273:6 277:14 278:1,7,15
279:3 280:8 281:3,22 285:7
285:11,21 286:9,20 287:1
287:24 289:12 290:3,9
299:2 300:9,15 304:16
306:20 307:17 308:8,13,18
309:6,24 312:3,10 313:7,18
315:2,6,14 316:9,13 317:11
317:17 318:18,24 328:4
333:17 334:12 335:2,20
343:2,22 344:2 345:11
346:11 348:22 349:9,21
350:3,5,14 351:24 352:3,8
352:22,24 353:5,21,25
354:14,21 355:2,6,17,25
356:4 357:10 358:13
360:18 361:8,17 362:22
364:23 365:20 367:4,10
368:1,4,14 369:1,15 371:6
372:4 373:22 374:22
378:21 380:2,11 381:14
384:17,19 386:25 389:23
390:10,25 391:7 395:18
**slides**
270:14 364:8
**slightly**
321:18
**slowed**
40:6
**slowly**
382:6
**small**
23:24 24:20 28:25 29:10
44:12 83:9 170:9 197:7
216:23 221:7,9 274:10,11
274:14 294:5 295:24
297:10
**smaller**
216:22 338:20,23 366:20
**smart**
266:25
**smoke**
64:9,17 301:15 302:9

**smoke (cont.)**
384:18 385:1,23,25 386:21
386:23,24 387:4,19 388:7
388:15
**smoked**
301:9
**smokeless**
151:21,23 174:24 176:6
271:6 386:14 387:4
**smoker**
176:2 182:20
**smokers**
44:1,10 174:20,23 176:6
178:24 220:1,8 301:20
386:14
**smoking**
43:1 44:4 52:18 88:16
203:22 220:19,21,24,25
244:11 301:17 302:3,14,21
384:9,12 386:7
**smoothly**
25:20
**snippet**
357:14
**society**
65:21
**sodium**
359:7
**solco**
5:5
**solely**
339:4 340:25 341:21
**solid**
185:25 187:1 247:7,8
361:25
**solutions**
12:8,11
**somebody**
228:2 309:14
**somewhat**
288:16
**song**
10:15 241:5,18,25
**soon**
278:22 308:2
**sorry**
39:18 42:10 50:13 66:7
71:3 72:5 93:18 127:23
128:10 135:19 153:19
160:5,5 184:23 207:2
221:10 242:20 243:13
261:20 265:1 267:15 288:2
291:6 295:9 327:8 331:2
335:9,11 340:3 355:2
377:18 378:8 381:5 383:24
387:16
**sort**
81:4 97:4 98:19 151:16
205:14 214:18 215:6

**[sort - studies]**

**sort (cont.)**
216:19 310:10 371:17
389:12
**sought**
283:3
**sound**
73:9
**sounded**
147:20
**sounds**
17:17 30:14 35:2 109:11
138:4 151:10 153:2 165:25
182:1 197:4 217:5,11
272:20 290:1,7
**source**
16:21 44:18 176:10,18,19
176:23 178:7 364:22
**sources**
9:18 33:1 153:2 174:5
203:6 348:1,11
**south**
3:17
**space**
311:24
**span**
74:3
**speak**
25:13 193:13 306:17 343:6
349:16 351:19 368:22
**speaking**
25:15 214:11 348:20
356:11 357:20 364:16
367:8 380:17 387:24
**specialty**
52:15
**species**
111:2,2,7,7,12,13,18 112:6
127:1,2 248:18 323:19
328:20 335:25 336:7,11,14
338:20,23,25 343:20
**specific**
37:3 42:8 44:6 45:12,13,25
63:15 89:18 90:8,12 92:10
107:4 108:9 130:8 131:16
131:18 151:6 152:17 175:4
175:14 196:9 231:19
244:22 307:24,24 313:4
318:13,16,21 347:3 384:11
388:8
**specifically**
45:10,14,22,24 47:9 60:19
65:12,16 67:14 76:9,13
77:3 80:13,17 81:8 100:20
107:6 133:17 147:6 153:15
154:18 168:18 175:4 212:6
257:16 326:25 374:5 393:6
**spectrometry**
205:7 358:5 379:11

**speculated**
359:19
**speculating**
359:18
**speculation**
394:3
**spend**
105:20
**spent**
268:5 310:13
**spite**
338:18
**spoken**
270:3
**spontaneously**
337:6
**spot**
331:16
**sprung**
7:7
**st**
7:6 39:8
**stability**
62:1
**stand**
103:10
**standard**
75:11,14 205:8,9
**standards**
221:8
**start**
56:2,9 96:21 120:10,13
161:15 188:21 196:5 307:2
307:17 308:3 313:5 317:20
329:8 358:1 371:3 372:22
381:10
**started**
68:15 76:8 107:18 120:9
129:9 250:22 260:12
319:24 355:5
**starting**
368:10
**starts**
106:25 338:18 364:4
**state**
5:17 91:3 193:7 276:9
296:15 320:16 332:17
357:1 358:7 361:5 375:24
**stated**
133:17 147:20 188:7
294:17 298:8 323:22
**statement**
27:18 73:21 111:9 127:10
127:20 128:16,19 143:6
147:21 150:2 160:17,23
161:20 162:19,25 163:5,10
186:15 197:3 200:19
201:23 245:21 254:15
256:21 257:20 274:21

**statement (cont.)**
275:1 279:14 280:11
294:25 295:4 298:21
304:24 320:22 330:19
338:19 339:21 340:24
341:16,25 343:1 347:2
348:14 379:5 380:21
385:12 386:8 394:13
**statements**
109:1 115:17 158:8,17,21
169:3 236:11 278:12,16
**states**
1:1 14:11 54:15 325:12
335:23 338:23 340:6
366:14,17
**statistical**
85:2 239:6 241:14 280:17
304:8 305:17
**statistically**
85:18,25 88:1 213:22 214:5
214:24 215:9 238:16
281:11,15 290:25 291:9,13
291:17,21,25 292:6,10,14
304:9
**statistician**
374:8
**statistics**
305:6
**status**
144:24
**stay**
98:21
**staying**
98:8
**stenographic**
1:14 12:13 336:23 377:15
**step**
25:7 92:7 327:9
**stephen**
1:9 4:7 8:10,12,18 11:4
15:12 396:3,11 397:3 398:3
398:18
**steve**
308:24 309:11
**steven**
12:4 13:2 307:8
**steves**
309:12
**stick**
381:19 382:1,9 390:11,13
**stomach**
226:25 243:9
**stone**
341:20
**stop**
30:14 44:4 75:23 76:2
162:11 352:3,5,6,16 353:25
354:22,25 355:1 361:17
368:1,5

**stopped**
315:14 356:22
**stopping**
352:25
**stores**
5:6
**story**
177:10 301:10
**stoy**
3:10
**street**
2:22 3:7,17 5:17 6:22
**strength**
124:16 250:2
**stretch**
78:18 276:20
**stretching**
276:16
**strike**
23:2 27:20 85:14 95:13
120:25 162:16 166:25
194:19 203:2 230:8 233:10
276:23 334:5 350:8 379:16
**strokes**
30:2 31:11
**strong**
112:19,19 115:19 120:15
124:16 247:7,10 248:22
**stronger**
289:1
**students**
38:22 39:1,4,6,7
**studied**
62:6 136:11 141:21 259:1
259:10,12,13 340:13
**studies**
43:19 46:7,18 63:22 107:23
108:7,18,25 109:6,12,18,18
109:19 110:7 112:12
120:17 126:23 127:5
133:10,13,20 136:1,17
183:14 187:3,12,16 188:1,4
212:6,8,10,16,19 213:8,20
214:4,10,21 215:4,7,8,11
215:20 216:3,5,20,21 217:7
217:13,19,20,23 218:6,8,19
224:24 227:15,16,21 229:1
229:13 230:2,5,20 231:3,6
231:14,16 233:5 234:3
235:9,16,18,19 237:4,10
240:9,11,12,19,25 241:13
241:19,22 245:20 247:7,20
247:21 248:3,10,20 250:3
250:16,19 251:12 255:15
268:21 274:18,20,22,25,25
275:2,4 283:20 284:1,6,14
284:17 285:6 288:15 298:6
319:20 320:17 321:17,20

[studies - talk]

**studies (cont.)**
323:19 326:17,18,21
327:18 329:5,6,10,11 338:1
338:5,21 339:16,25 342:4
343:5,6 369:23 375:2
385:23,24 388:17 389:3,5,6
391:12,18,22 392:7,8,9,18
393:7,15,19
**study**
9:9 10:7,21 44:17,22 45:2
47:1,3,23 48:25 49:15
61:11 63:15 64:25 67:16
71:17 72:18,21 73:7,11,18
74:1,12,21 96:7,9,12 109:8
110:17 115:2,8 117:3,10,21
117:21 119:10 120:1,7,18
120:19,20 121:2,4,10,19
122:8,17 123:6,24 125:6,10
125:17 127:14 129:14
133:7,24 134:5,9,16 153:11
153:14,16,20,21 154:2
177:17 187:5,8 210:25
215:17 216:16 217:15
218:22 219:5,25 220:7,9,22
221:4,13,13,19 222:4,4,5
223:21,23 224:13,18 225:2
225:3,14,19 227:6 229:6,20
230:5,11 238:15 239:10,20
239:21 241:17 242:10
244:5,10 245:24 246:24,25
247:9 248:6,19 251:10,10
253:2,11,16,21 254:13,14
254:18,22 255:2,7,11,19,23
256:2,7,16 273:4,6,12,18
274:1,7,8,14,17 277:5
279:14,15 280:4 281:5
282:1,8,13,22 283:1,5,8
284:12 288:4 290:16
320:23 321:2 322:7 325:22
327:14 328:1 330:10,10
332:1,12 341:10,11 342:22
354:6 358:6 369:25 372:22
372:24 374:11,17 388:24
391:23 392:2,5 393:13,22
394:15
**studying**
62:18 64:22
**style**
55:18
**sub**
69:20 143:24 295:25
296:25 389:5
**subcutaneous**
69:25 70:4
**subgroup**
305:17
**subject**
34:18 42:2 107:14 189:15
217:14 251:23 310:11

**subject (cont.)**
328:13 346:20 348:23
373:8 378:12
**subjects**
92:22 96:15 221:4 227:22
228:7,10 231:18 241:16
**submit**
310:6
**submitted**
144:10,15,20 203:18
**subq**
69:25
**subscribed**
396:13 398:19
**substance**
26:24 28:3 93:7 112:5
**substances**
27:20,21,25 28:11,14 62:20
93:12 195:24 292:20
**substantial**
345:25
**substantially**
20:21
**succeeded**
381:23,23
**suffer**
84:24 303:11
**suffice**
14:25
**sufficient**
142:25 325:22 375:24
376:2 378:1,4 393:5,19
**suggest**
70:19 125:2 133:20 166:1
167:21 179:19 183:8
185:19 189:13 211:6 240:4
247:2 267:3
**suggested**
254:3
**suggesting**
59:9 99:6 144:22 151:10,11
173:13 177:24,25 178:1
185:14 187:6,17,21 190:16
217:6 289:7 290:16
**suggestion**
80:5 280:3
**suggests**
94:25 104:19 178:14
191:21 218:8 244:24
**suite**
4:5,15,22 5:8 6:5,22 7:5
**sulfonate**
93:15 94:3
**summarize**
279:13
**summarized**
310:22
**summary**
102:24 103:4 129:17 243:9

**summary (cont.)**
276:4 345:8 346:2,9,10
347:2,9,17,21
**sunlight**
89:12 145:19,21 146:4
150:10 151:4,8,11
**super**
148:17
**supplement**
105:10,12
**supplemented**
99:20
**supply**
364:20
**support**
117:4,10 221:14,18,20
222:24 223:22 239:5,6
270:8 320:22 342:8
**supports**
373:11 386:12
**suppose**
87:13 317:20
**supposed**
23:4 276:12,18 349:12
**suppressor**
152:14,18
**sure**
16:19 19:22 21:9 22:7,18
32:12,25 34:22 37:11 43:5
50:19 56:8 59:12,15 65:25
66:16,22 68:13 70:16 87:17
91:15 99:15,23 109:17
110:24,25 111:16 112:24
113:11 114:1 116:7,22
117:7 119:5 120:14 129:12
141:4 143:22 146:10
147:11 148:22 150:17
151:21 157:5 159:8 160:23
161:8,10 163:4,11 164:1
168:12 172:19 173:18
174:23 175:6 177:2,8,12,15
188:12 189:19 192:14,21
192:25 198:11 199:9
206:20 207:16 208:20
214:1,11,12,17 215:3,18
221:17 223:4,12 224:3
225:7,9 233:4 242:24
259:21 260:15,22 265:13
266:6 268:19 271:1,7,17
275:20 279:8 282:24 288:3
294:22 296:22 313:22
317:4 318:6 321:13 322:1
322:16 328:6 339:8 340:16
341:4,8,20 343:8,18 345:16
365:21 367:24 372:9
376:16 383:6 392:10
**surprising**
68:6 220:5 274:15

**susceptible**
288:21
**susceptiblity**
116:14
**suspected**
325:17
**sustaining**
28:3
**swan**
329:6
**swear**
12:14 266:4
**swine**
9:12 125:22
**switch**
384:6
**switching**
344:23
**sworn**
12:17 57:5 270:23 271:3
397:5 398:19
**synergistic**
382:19
**synthesis**
390:2
**synthesized**
58:4,16
**system**
137:9 293:24 385:9,10
**systemic**
320:18 323:12 339:22
342:2,9,16,19,25
**systems**
41:4 385:20

**t**

**table**
10:17 209:10 228:8 230:13
234:20 263:6,12,15 264:11
267:17 290:21 291:4,5
373:17,24
**tables**
228:14,16 230:9,12,20,24
231:2,6,10 263:8 264:20,24
265:12,14,15,22 266:2
**tablet**
210:22 299:20 322:21
323:6 326:24 327:16,19
**tablets**
274:13 313:15 318:15
**taken**
1:16 42:18 79:5 103:20
141:9 153:10 207:8 272:23
293:8 315:22 317:8 344:19
356:14 366:25 369:4
390:21 391:3 394:7 396:4
**talk**
71:10 125:10 140:7 145:1
151:14 185:3 191:1 203:4

[talk - three]

**talk (cont.)**
220:12 227:16 249:24
283:13 305:6 315:5 337:25
355:9,10

**talked**
63:17 65:1 66:20 67:15
69:10 80:17 89:10 110:11
193:14 209:16 212:4,14
224:24 229:7 234:2 260:2
282:21 287:7 302:1 315:15
394:15

**talking**
31:15 55:21,22 68:24 76:8
79:12 105:5 119:17 125:9
141:15 147:5,5,6,14 148:17
167:2 175:13 184:24 192:3
192:10,18,20,22 193:1
196:11 232:19 236:23
237:3 245:4 246:21 275:4
275:21 288:20 290:20
296:20,21 297:2 308:14
309:9 333:8 338:20 343:5
361:6,10,12 362:18 364:24
374:16 388:1

**tapes**
139:23

**tar**
139:9,11

**target**
325:14 327:1

**task**
126:14

**taught**
38:12,15 39:22 40:2 86:18

**tea**
148:7,15

**teaching**
38:6,9,21

**team**
31:16 32:2

**technical**
140:16 142:1

**technician**
36:18 219:16

**technological**
75:13

**technology**
358:3 359:14 360:5 363:2

**tell**
15:11 22:20 30:2,20 33:19
46:5 77:6 78:5 80:10 88:14
96:2 116:10 162:10 170:7
170:23 171:14,21 172:4
185:18 201:22 205:9
212:25 264:5,10,23 265:17
275:22 299:19 300:25
303:19 304:6 305:6 308:16
352:10 355:8 366:23
382:21

**telling**
32:19 97:14 169:5 230:19
232:25 352:10 354:17

**tells**
142:13 182:3,21 273:25

**temperature**
149:4

**ten**
38:14,16 39:20,21,24 75:5
79:1 142:4 271:5,9 272:14
289:21 301:19 302:11
314:16 315:16 355:24,25
356:2

**tend**
287:17

**tended**
338:23

**tending**
258:9

**tends**
25:15

**term**
81:11,15 152:24 214:15
275:9 277:11 278:25
279:20 287:10,21 288:10
296:24 298:10,23 327:5,10
333:23 371:11 390:21

**terminate**
352:18

**terminology**
279:4

**terms**
31:11 45:15 100:6,7,15
101:5 234:3 283:14

**test**
110:19 204:16 209:20,22
221:6 249:13,20 343:13

**tested**
181:2

**testified**
12:17 271:22 350:12,22
353:19 384:14

**testify**
13:7

**testifying**
351:12

**testimony**
1:8 13:10 14:21 15:25 23:5
31:4 57:5 236:2 260:6,16
269:5,13 270:23 271:3,13
347:23 350:9 353:15,17
354:4,5,8 357:7 396:4
397:7

**testing**
180:15 323:24 387:21

**tests**
110:13

**teva**
4:4,13 308:24

**text**
37:4 104:9 234:20 236:13

**textbook**
38:18

**thank**
14:3 39:9 40:10 43:3 75:20
114:15 131:6 159:20
222:20 226:23 235:18
249:15 268:2 312:22,24
315:18 318:11 319:15
325:7 327:8,25 330:15
332:16 348:7 351:9 355:21
356:5 362:11,23 363:19
375:16 379:6,18 380:15
382:11 386:17 390:6,9
395:17

**theoretical**
158:23

**theory**
334:4 378:7,10 393:4
394:18,20,25

**thesis**
34:15,19,20 35:6

**thing**
63:24 75:25 147:20 151:25
154:5,13 159:8 169:9
187:14,17 199:9 205:20
234:12 242:17 270:25
306:4 336:20 337:1 350:24
366:2 388:4

**things**
25:19 55:21,22 64:19,22
86:11,17,24 88:15 95:22
97:5,22 98:1,10 99:3
101:17,19 108:13 126:24
145:11,16 154:25 158:11
159:14,15 175:22 180:8
206:14 224:17 233:23
234:1 235:25 237:5 244:11
250:16 252:16 257:13
258:23 266:12 307:23
312:6,6 336:17 338:22
347:22 360:3

**think**
18:25 22:19 40:14,25 46:19
47:3 56:24 60:21 65:23
67:22 68:17 73:4 84:1,15
85:21 86:10 89:11,13 93:15
96:25 97:8 107:10 109:24
110:10 113:16,22 115:18
117:17 118:19 121:11,25
125:18 127:12 128:2,3
130:7 135:5 138:3 142:3,8
142:10 143:2,25,25 146:7
146:15 147:1 148:12 149:7
150:1 151:3 153:10 154:11
155:1,5 157:18,21 160:8
165:23 168:13,24 171:8
174:4 175:16 176:5,6,18

**think (cont.)**
177:13 180:6 184:13,16
185:21 186:15,24 188:3,10
190:8 192:21 193:21 197:3
198:10,15 200:22,23 202:7
204:6 206:21 207:19 209:8
212:10 213:13,16 215:5
219:17 221:4 224:7 225:13
226:22 228:3 234:14 235:6
237:16,17,22 238:19
239:22 242:14 244:10
246:25 248:17 253:6,9
258:12,22 260:13,21 261:8
262:8 263:10 264:7,7,8,12
265:16,18 266:18 272:11
272:18 273:25 275:3,20
278:6 283:24 284:5,6,12,25
288:15,25 295:3 299:11,12
301:16 306:5,11,13,19
307:16 309:3 313:1 316:3
317:13 319:10,24 321:15
321:16 322:9 332:8 335:22
336:7 342:12 344:1,7 347:3
349:14 351:22 354:19
355:12,13 357:1,23 358:2,3
360:25 364:11 366:22
370:5,6 372:12 382:22
384:14 394:14,18

**thinking**
88:11 351:4

**thinks**
266:1

**third**
42:20 43:4,4 63:24 80:20
146:14 320:16 323:23
324:3 325:8 352:14

**thirteen**
199:3,4

**thornburg**
3:15

**thorough**
250:12 308:1

**thoroughly**
346:13

**thought**
16:16 27:7 46:16 56:4
69:20 160:20 163:5 164:2
193:10,12 194:13 196:7
202:9 204:24 207:17
213:17 222:1 236:11
246:21 249:19 257:2,8
274:22 313:17 335:12
338:10,12,13

**thousand**
100:13 119:5

**three**
40:17 41:22 42:3,23 80:8
130:9 141:12 207:7 211:19
211:22 284:10 285:1

[three - true]

**three (cont.)**
288:10 289:19 291:5
309:12 310:7 336:16
394:16

**threshold**
81:12,24 82:2 296:1,7,25
354:9 369:10,12,13,22
370:2,6 371:5,11,17,23
373:11 374:7 378:19
379:20,25 380:10

**thresholds**
296:17 379:12

**throwing**
278:16

**thymidine**
90:9 152:21

**thymidines**
151:5

**tiffany**
3:11

**time**
13:1,17 16:21 17:19 25:2,5
25:6,14,15 38:12 40:5,7
49:24 52:9 56:19 69:5 70:8
72:12 76:4 79:2,6 80:1 81:5
105:2,7,20 131:15 140:13
140:17 141:7,10 144:14
155:8 160:12 168:9 183:10
191:4,5 204:19 207:5,9
212:22 222:3 233:5 262:25
267:5 268:5 270:22 271:2
272:1,21,24 278:8 284:12
287:1 288:18,19 289:10
293:13 294:13 305:20
315:20,23 344:17,20
347:16 352:20 354:19,22
354:25 355:1 356:12,15,23
369:2,5 370:18 376:25
377:12 378:9 382:17
383:15 390:9 391:25
395:19,21

**timeframe**
288:24 289:2,18,20 394:14
394:18 395:12

**times**
157:3 164:23,23 165:4,4
171:17 181:22 191:9
198:14 288:8 311:23
351:22 389:8 392:22

**tiny**
29:10

**tissue**
91:1,22 92:13,19,22 110:15
204:17 248:5 270:14 322:4
327:2 385:20 387:21
388:17,18

**tissues**
116:14 240:10 293:9,23
294:4,9,9 299:7 343:14

**tissues (cont.)**
385:9 386:22 389:4

**title**
50:25 63:8

**titled**
109:25 199:15

**tobacco**
26:1 42:5,6,8 43:22 44:6
45:12 59:20,24 60:12 63:15
63:20 64:9,17 65:6 88:16
131:16 139:1 151:22,24
174:17,24 175:4,14,17
176:2,6,9 178:15,18,19,20
182:9,13 189:1 271:6,14,20
289:1 301:3,6,7,9,9,13,15
302:9 319:17 384:9,15,18
385:23 386:14 387:4,4

**today**
13:4,20 15:2,8,18,25 23:7
26:9 53:8 59:23 74:24 97:3
190:11 228:21 309:3 310:7
310:12 311:4,21 314:24
329:22 332:18 351:14
352:5 353:17 357:24
372:13 384:2 389:7 390:20

**token**
247:16,20

**told**
25:11 30:22,25 31:13 45:4
47:24 58:21 59:22 77:16,19
88:13 92:12 95:23 97:8
101:2 149:18 157:15,17
166:6 168:25 170:14 171:8
171:10 200:20 202:9
211:18 253:1 261:2 263:3
266:1 270:11 276:25
285:13 286:11,13,14 302:2
319:7 349:15 390:10

**tool**
82:24 327:21

**top**
129:18 146:14 160:2 208:1
209:10 219:21 224:19
303:6 370:15

**topic**
116:1 229:18 371:7

**total**
59:1 71:16 106:7 130:5
191:24 196:2,16 249:18

**totaled**
129:25

**totality**
99:10

**totally**
240:9 299:4

**touch**
35:6 97:4

**toxic**
27:22 63:21 335:25

**toxicants**
42:16,22 44:16

**toxicity**
61:4,11 69:11,13 81:19
110:13 122:1 336:5

**toxicological**
66:10,14,17 67:2,6,8

**toxicologist**
65:20 372:2,6,9 379:24
380:5,9,14

**toxicology**
65:19,22 81:13 208:23
295:14 379:21 388:17

**toxins**
110:15

**track**
186:3,8

**tract**
225:21 226:5,8,12,22 241:2

**trade**
6:22

**trails**
50:15

**trained**
49:17 62:22

**transannular**
34:21

**transcribed**
351:14

**transcript**
1:14 11:7,9 169:8,12,16
171:23,25 172:3 198:12
199:13 298:19 351:11
352:11,12 353:19 356:20
366:11 382:24 396:4,5

**transcripts**
269:5 270:1 300:16 347:17
347:19

**transfer**
381:22

**transfers**
257:18

**transformation**
334:3 376:8,15

**transition**
152:6

**transitions**
154:9

**transported**
385:19 386:20

**traurig**
4:3 307:9

**travel**
385:8

**treat**
82:24 83:15 332:13

**treated**
21:24 22:4 38:2 43:22 44:6
130:9 375:4

**treating**
83:6

**treatment**
41:13 82:11,19 83:19

**trial**
16:15 42:20 43:7,17,23
44:8,13,25 271:22

**tried**
100:23 121:12 285:4
362:24

**trischler**
3:9 8:4 12:19,22 14:1,5,7
18:13,22 19:1,24 36:15
37:4 40:8 56:4,9 65:25 66:7
67:19 68:11,17 70:16,21
71:4,5 75:22 76:5,7 78:7,15
78:20 84:4,11,14 102:4,8
102:12,15 114:3,8,14,16,21
114:24,25 118:18 120:24
122:12,19 125:16 128:10
131:4 137:15 139:22 140:4
140:11,14,23,25 141:4,25
149:20 159:2 160:2 162:15
166:24 190:23 198:20
199:1,4,14 206:20 207:2,25
210:11 218:22 219:20
222:16 224:6 230:7 233:9
234:12,18 242:12,16,24
243:5 252:12,17 257:3,6
260:8,19 261:6 263:13,24
264:13,16 265:7,19 266:7
266:14,24 267:3,10,18,23
268:3 271:25 272:11 273:8
278:13,21,23 282:7 306:11
306:24 346:14,19 348:24
350:15

**trischler's**
307:6 346:18 390:20

**troubling**
163:17

**true**
17:7,24 24:7,12,16,21
26:21 27:22 28:7,12 34:7
34:10 51:24 54:25 56:17,20
57:18 59:18 63:3 65:13
82:15 87:6 95:11 106:12
110:10,13 111:2,7,10,13,22
111:25 115:25 116:5,20
126:2,17 128:15,18 136:2
136:18 142:22 148:1
150:13 155:6,11 158:22
167:10,14 187:7 188:6,10
190:9 191:18 198:2 215:15
218:12 226:9,13 228:25
241:21,24 246:5 269:23,24
275:1 283:16,23 287:21
293:6 298:8,20 301:12
322:15 338:7 380:6,21
386:2 396:6,8 397:6

[trust - various]

**trust**
158:3
**truth**
276:16,20 351:19 382:22
**truthful**
15:9 277:18
**try**
25:17 70:24 97:2 171:25
188:23 233:2 239:23
254:12 373:14 383:8
**trying**
19:18 23:18 39:10 99:13
101:1 106:17 128:13
162:10 171:12 214:16,18
236:5,7 254:11 262:3
264:17 266:9,15 275:22
303:19 305:4,15 316:2
341:1 351:7 355:3,10
359:12 360:10 362:25
363:6 372:15 384:23
388:14 395:8
**tumor**
92:6 152:13,18 153:3 289:5
289:8 290:18 370:18
**tumorigenicity**
8:15 68:1,18
**tumors**
73:17 74:12 118:14 120:8
122:7,16 151:9 248:17
288:18 329:8,10 373:8,18
373:20 374:12,19 375:7,12
385:25 387:22 392:1
**tumours**
9:4
**turn**
16:10,17 308:2 325:8
356:21 363:16
**twenty**
70:12
**type**
154:18 294:14,20 295:1
346:9 350:18 355:10
**types**
8:13 36:17 37:16,21,25
215:14 217:20 228:9,17
235:25 388:8
**typically**
390:21 391:3

u

**ultimate**
335:25
**ultimately**
109:19 323:4
**unacceptable**
20:21 21:2,11 30:12
**unburnt**
301:9

**uncertain**
224:21
**uncertainties**
110:24 112:24,25 113:10
**uncertainty**
110:19
**unchanged**
194:8 201:6 293:7
**unclear**
30:16 280:20 286:12
367:12,13
**undergo**
376:7
**undergoes**
376:15
**undergraduate**
40:2
**underlined**
235:11 236:11
**underlining**
235:25
**understand**
15:5 23:18 26:23 28:23
32:13,15 39:13,21 43:6
45:1,20 52:24 58:15 69:15
71:10,11 81:15 82:6,10
95:7 157:5 162:1,14 163:15
163:23 165:6 172:19 218:1
218:5 221:19 236:5,7 260:7
260:9,15 263:24,25 271:17
272:13 275:16,25 286:18
287:9 294:22 296:25 304:2
309:17 314:5,9 316:10,18
317:2 319:5 325:23 327:11
328:19,24 329:13,15
339:16 344:4 348:16 349:2
362:12 366:5 369:11
371:14 373:12 382:20
388:14
**understanding**
39:10 110:14 208:22
259:22 321:8,11 322:12
339:15 391:2
**understood**
14:1 50:22 69:14 72:15
98:16 164:17 172:23 176:7
326:3 351:13
**undertake**
311:17,18
**unimportant**
365:7
**unique**
90:13,25 95:1 151:12 153:1
**unit**
12:3
**united**
1:1 14:11 54:15
**university**
15:15,20,21,22 17:2 34:10

**university (cont.)**
35:15,19 38:6 39:5 40:3
42:1 43:24 50:4,10,12,20
57:11 295:12
**unknown**
108:21 109:14 188:9 190:4
190:14
**unpublished**
232:21
**unquote**
374:7
**unreasonable**
317:13
**unrecognized**
290:12
**unrelated**
13:16
**untreated**
375:7
**update**
135:18
**updated**
100:21 101:3 104:8 138:1
138:12,14 306:18
**upload**
114:20 324:16
**uploaded**
114:19 261:19 324:18
**uptick**
381:12 382:4
**urine**
186:4 293:8 359:6
**usa**
4:4,13,21
**usage**
391:4
**use**
10:18 16:12 26:1,4 27:12
38:18 42:19 43:13 59:16
76:4 88:16,21 89:25 92:22
98:11 100:7 174:17 176:2
178:18,20 188:24 198:10
205:7,8 210:21 228:13
241:14 250:6 251:9 267:5
279:1 287:10,13,21 288:10
316:6 327:5,10 391:10,13
392:2 393:9
**useful**
162:1
**user**
182:4 189:1
**users**
174:24 176:6 182:9,13
274:3,4 282:19 283:10
302:16 386:15
**uses**
389:17
**usually**
77:9 109:7 388:5

**uterine**
256:8 280:5,15 281:16
292:15
**utilize**
250:1
**uv**
89:12 90:8 244:12

v

**valid**
294:13
**valsartan**
1:5 10:20,23 12:5 13:8
14:10 17:5 18:6 20:20,23
22:10 23:22,25 24:16,20
29:2,11 30:9 31:1 71:13
72:23 74:11 82:5,6,18,23
83:5,10,23 84:18 87:21
92:23 96:16 97:10,11,24
98:23 99:24 100:20 107:6,7
108:9 119:21 121:7 130:25
143:16 153:10 161:3,18
163:21 166:3 169:23
179:21 180:24 181:19
182:4,16 183:2 189:15
195:10,22 197:6,9,22
198:19 206:3 210:23 211:8
211:21 262:14 273:23
274:3,4 275:10 277:10
279:2,19 282:15,19 283:10
283:22 287:9,16 289:8
291:2,11,15,19,23 292:2,8
292:12,16 297:7 299:18,21
302:16 313:3,6,15 314:7,20
316:6,8,25 317:9,15 318:14
318:22 330:4 361:7,11
362:19 365:7 367:15 376:1
378:2 390:21 391:2,4,15
392:25 393:21 394:10
395:6 398:2
**valuable**
123:24
**valuation**
279:23 288:9 312:18 350:1
**value**
158:3 316:7
**vanaskie**
352:17 353:1 354:1 368:14
368:17
**vanaskie's**
353:9
**variety**
373:2
**various**
173:22 181:14 213:24
214:7 232:6 233:8 258:8
316:23 375:12 385:20
386:22

**[vast - working]**

**vast**
  51:15
**vbo**
  379:13
**vegetarian**
  179:13
**venous**
  385:10
**veritext**
  7:15 12:8,10 75:11,13,20
  324:23 398:1
**versus**
  21:22
**vessels**
  323:1
**victoria**
  4:8 356:11
**video**
  1:14 12:4 79:3 135:15
  137:19 139:24 344:18
  355:16 356:7,13 368:25
  369:3 395:20
**videoconferencing**
  1:18
**videographer**
  7:15 12:1,9 18:20 37:2 66:5
  68:13,19 70:17,24 71:2
  75:4,10,15 78:8 79:2,6
  102:6,10,13 114:5,9,15,17
  114:23 137:20 141:7,10
  142:4 159:8,24 198:22
  199:3,9 206:22 207:5,9
  234:15 242:20 243:2
  261:13,18 267:15,20,24
  272:21,24 309:13,18
  315:20,23 321:3 324:15,20
  335:8,11 344:5,12,17,20
  347:24 348:5 355:15 356:6
  356:12,15 368:24 369:2,5
  370:11,20,23 372:16
  395:19
**videotaped**
  11:3
**view**
  16:13 252:24
**violated**
  355:13
**violation**
  353:8
**virtually**
  25:5 27:21 28:10 95:7
  109:8 173:13
**viruses**
  89:3
**vitae**
  8:11
**vitamin**
  217:1

**vitro**
  388:18
**vivo**
  388:18
**voice**
  50:14 285:12
**volumes**
  9:14
**voluntarily**
  367:1

**w**

**wait**
  90:17 172:2 269:18 278:8
  353:1
**waiting**
  222:17 290:13 372:14
**walgreen**
  5:7
**walin**
  17:1
**walk**
  252:10 265:3 307:22
**wallack**
  6:11
**walmart**
  5:6
**walsh**
  4:12
**want**
  12:23 16:19 28:9 34:22
  42:12,13 71:23 72:17 75:5
  75:22 76:3 78:13,17,21
  88:11 97:4 115:8 117:12
  139:25 140:2,5,6,23 141:1
  156:2,3,9 157:5 171:19,22
  171:24 184:19 216:18
  225:7 243:4 247:5 249:24
  252:10,15,21 259:20
  260:15 265:7,13,24,24
  267:6,21 272:4,16 278:6
  288:5 300:15 312:7,8
  316:11 317:3 335:5 339:15
  344:3 353:23 354:22 355:9
  355:9 366:15,15 370:12
  390:12 395:2
**wanted**
  51:21 102:11 115:8 127:11
  184:18 191:1 234:12 236:6
  263:22 347:22 370:12
**wants**
  140:3,8 242:9,17 243:6
  368:22
**waste**
  72:12
**wasting**
  354:19
**watch**
  184:20

**watched**
  250:25
**water**
  28:3,6 100:23 173:23
  176:23 177:2,6,12,16,20,22
  178:1,6,11 179:4,7 197:7
  299:15 327:16,22 366:21
  367:12 387:15
**watercress**
  42:21 43:8,10,14,20 44:17
  44:18,19,25 65:2,4
**waving**
  379:5
**ways**
  204:20 215:7 217:9 237:11
  238:9 294:18
**website**
  159:6,13
**weeks**
  69:16 70:5,10,12 71:6
**weighs**
  119:14
**weight**
  118:25 122:3
**welcome**
  79:10
**went**
  27:5 53:9 136:15 171:6
  197:15 211:17 221:16,25
  222:7 239:1 256:25 285:9
  285:22,24 350:16
**werner**
  4:20
**west**
  6:22
**westchester**
  52:20
**western**
  179:14
**we've**
  32:24 33:20 43:19 67:15,20
  68:24 69:9 81:8 86:17
  160:9 184:24 191:20 192:3
  245:3 248:1 310:8,24 311:4
  312:12 313:1 315:7 356:9
  360:17
**whatsoever**
  162:5 240:6 386:16
**when's**
  191:3 270:22 271:2
**whereof**
  397:13
**wide**
  281:7 340:4,6
**widely**
  124:17
**wife**
  20:1

**william**
  7:15 12:7
**willing**
  184:17
**willy**
  10:24
**wishes**
  13:6
**withdraw**
  163:17 343:25
**withstanding**
  282:25
**witness**
  8:3 12:15,21 14:14 25:9
  37:6,12 80:4 114:12 140:12
  140:18,21,24 141:2,6
  146:15 219:22 223:9
  234:21 247:19 261:16
  271:8,20,23 273:19 278:12
  282:10 285:12 306:12
  312:8 316:11 336:25
  337:14,16 353:3 355:5
  368:10 377:14 390:8 397:4
  397:7,13 398:3
**witnesses**
  23:3
**witness's**
  142:11
**women**
  301:22
**wonder**
  292:3
**wondering**
  107:17 208:5
**word**
  48:23 73:10 85:5 113:9
  198:10 294:11 349:15
  374:9
**words**
  112:19,19 115:14 130:10
  163:13,16 351:13
**work**
  17:10 19:2,13,19,21 30:3
  30:20 31:11 32:22 41:17
  43:23 51:23 54:21 59:23
  60:11 61:2 67:4 78:13
  85:22 86:12 88:13 92:25
  96:1 97:6 100:19 101:1,22
  102:24 103:2 105:2,3 106:4
  108:19 121:12 123:10
  158:12 159:16 180:21
  203:2,8 211:18 219:3
  229:25 239:5 262:6,24
  268:13,15,18,21,25 271:11
**worked**
  42:7 48:12 50:2 229:25
  232:2
**working**
  135:8,21,24 136:7,10,15

**[working - zoom]**

**working (cont.)**
144:6 154:23 157:8 232:3,7
232:8 271:8 394:23
**workshop**
9:22 155:3,5,9,17 156:6,7
158:5 167:24 168:16,18,23
169:7,17,21 188:11,13
197:20 198:2 199:8,17,23
295:17,19,23 296:15
297:21 299:25 344:24
345:8 366:4
**world**
96:11 132:11 135:4,5
144:21 148:18 301:18,19
301:22
**worldwide**
184:1
**worse**
162:12 197:4
**write**
20:15,19 27:10 31:12 32:3
32:11 34:15 51:12,19
180:15 235:13,14 236:13
**writing**
319:19 345:15 354:1,14
**writings**
144:10,15
**written**
77:7 78:1 107:14 108:16
128:1,3,5,19 200:9,15,18
200:19 201:9,19 224:2
246:3,11,16 280:20 286:13
294:10 301:16 312:16
341:18 345:1 362:9,9
**wrong**
130:7 163:6 170:8,25 172:5
177:23 178:2 185:17
186:25 192:9 215:25 343:4
394:19,22
**wrote**
33:1 97:9 112:17 123:17,22
124:19 128:16 191:9,12
208:7 210:4 262:25 268:23
280:24 281:2,5
**wynder**
52:7
**wynder's**
52:15 55:18

**x**

**xeroderma**
145:24 151:7

**y**

**yeah**
41:6 58:23 71:9,25 78:17
115:25 127:9 128:7 137:7
147:25 157:23 163:4
176:22 177:1,8 178:4

**yeah (cont.)**
179:10 182:1 191:18
200:15 201:12,16 209:15
217:22 232:25 263:19
264:4 273:13 278:15
279:13,16 280:18 283:11
287:5 288:14 291:6 312:10
317:3 320:25 335:18
342:11 343:8 381:4,6
**year**
38:10 51:5 76:1 155:6,14
167:24 208:3,8 279:23
288:10 289:9 312:19
394:11 395:14
**years**
17:12,22,23 38:14,16 39:20
39:21,24 42:8 43:18 50:2
50:25 71:8,14 88:14 100:19
120:15 128:2,4 135:18
160:15 162:22 164:19
165:9 229:2 250:24 271:5,9
274:2 284:10 285:2 287:17
288:9 289:2,3,19,21 311:8
311:11 358:6 389:6 392:6
394:16
**yesterday**
117:14 223:2 228:4 263:4
266:8
**york**
2:16,16 52:14 295:11

**z**

**zero**
166:17,23 197:18 211:15
313:24 314:8,11,13 362:5
363:20 389:9,22,25 390:1,5
**zhejiang**
5:4
**zhp**
314:16
**zoom**
1:18 75:9