# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF JESSICA DAVIDSON, ESQ.** |

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude the Opinions of Defense Expert Ali Afnan, Ph.D.

2. Attached hereto as Exhibit 1 is a true and accurate copy of Appendix B (Materials Reviewed and Considered (Amended and Supplemental)) to the January 11, 2023 Amended Report of Ali Afnan, Ph.D., served in MDL 2875.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a November 2, 2022 email from Adam Slater to Jessica Davidson Miller.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Appendix A (Afnan CV) to the January 11, 2023 Amended Report of Ali Afnan, Ph.D., served in MDL 2875.

        Respectfully submitted,

        */s/ Jessica Davidson*
        Jessica Davidson (DC Bar No. 457021)
        (Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
        *Liaison Counsel for Manufacturer Defendants*
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        One Manhattan West
        New York, NY 10001
        Telephone: (212) 735-3000
        Facsimile: (917) 777-2588
        jessica.davidson@skadden.com

        *Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Dated: April 11, 2023