UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
THE LIABILITY OPINION OF DR. SUSAN BAIN

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' opposition to Defendants' motion to exclude the liability opinion of Dr. Susan Bain.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Kulka Vera, *First Regulatory Science Doctorate at USC* (Apr. 21, 2008).

3. Attached hereto as **Exhibit 2** is a true and accurate copy of USC, *Doctorate of Regulatory Science (DRSc)* (Feb. 26, 2010, via https://archive.org/web/).

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Keck, *Clinical and Regulatory Affairs* (Mar. 22, 2015, via https://archive.org/web/).

5. Attached hereto as **Exhibit 4** is a true and accurate copy of Keck, *Susan Bain, DRSc* (Mar. 16, 2015, via https://archive.org/web/).

6. Attached hereto as **Exhibit 5** is a true and accurate copy of Keck, *Introduction to US Food and Drug Law* (Mar. 22, 2015, via https://archive.org/web/).

7. Attached hereto as **Exhibit 6** is a true and accurate copy of Keck, *Drug and Biologic Regulations* (Mar. 22, 2015, via https://archive.org/web/).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of USC, *Frequently Asked Questions*.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of USC, *MS in Medical Product Quality*.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of USC, *Course Descriptions: Auditing Principles: Auditing Principles*.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of USC, *Course Descriptions: Quality Assurance for Drugs and Biologics*.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of USC, *Course Descriptions: Quality Systems and Standards*.

13. Attached hereto as **Exhibit 12** is a true and accurate copy of USC, *Course Descriptions: Validations Requirements for Medical Products*.

14. Attached hereto as **Exhibit 13** is a true and accurate copy of *Geiss v. Target Corp.*, No. 09–2208 (RBK/KMW), 2013 WL 4675377 (D.N.J. 2013).

15. Attached hereto as **Exhibit 14** is a true and accurate copy of Springer, *Therapeutic Innovation & Regulatory Science*.

16. Attached hereto as **Exhibit 15** is a true and accurate copy of Keck, *Current Issues for FDA Regulated Products* (Sept. 5, 2015, via https://archive.org/web/).

17. Attached hereto as **Exhibit 16** is a true and accurate copy of ScienceDirect, *An Overview of FDA Regulated Products, From Drugs and Cosmetics to Food and Tobacco*.

18. Attached hereto as **Exhibit 17** is a true and accurate copy of Elsevier, *An Overview of FDA Regulated Products, From Drugs and Cosmetics to Food and Tobacco*.

19. Attached hereto as **Exhibit 18** is a true and accurate copy of ZHP01862672 (ZHP232).

20. Attached hereto as **Exhibit 19** is a true and accurate copy of FDA, *Genotoxic and Carcinogenic Impurities in Drug Substances and Products: Recommended Approaches* (Dec. 2008).

21. Attached hereto as **Exhibit 20** is a true and accurate copy of the relevant portion of HUAHAI-US00007752.

22. Attached hereto as **Exhibit 21** is a true and accurate copy of the relevant portion of PRINSTON0008001.

23. Attached hereto as **Exhibit 22** is a true and accurate copy of FDA, *Compliance Program Guidance Manual: Chapter 56 – Drug Quality Assurance* (Sept. 11, 2015).

24. Attached hereto as **Exhibit 23** is a true and accurate copy of PRINSTON00000001.

25. Attached hereto as **Exhibit 24** is a true and accurate copy of FDA, *FDA Statement on FDA's ongoing investigation into valsartan impurities and recalls and an update on FDA's current findings*, p. 4 (Aug. 30, 2018).

26. Attached hereto as **Exhibit 25** is a true and accurate copy of the FDA's November 29, 2018 Warning Letter, PRINSTON00077339.

27. Attached hereto as **Exhibit 26** is a true and accurate copy of Jinsheng Lin's July 27, 2017 email, ZHP0019057 (ZHP 296).

28. Attached hereto as **Exhibit 27** is a true and accurate copy of *Glynn v. Merck Sharp & Dohme Corp.*, Nos. 11–5304, 08–08, 2013 WL 1558690 (D.N.J. April 10, 2013).

29. Attached hereto as **Exhibit 28** is a true and accurate copy of the relevant portion of IARC, *Some Nitroso Compounds* (Lyons, Fr. 1978).

30. Attached hereto as **Exhibit 29** is a true and accurate copy of Long & Meek, *Concise International Chemical Assessment Document 31: N,N-Dimethylformamide* (WHO 2001).

31. Attached hereto as **Exhibit 30** is a true and accurate copy of Juillard, *Dimethylformamide: Purification, Tests For Purity And Physical Properties*, Int'l Union of Pure and Applied Chem (Pergamon Press 1977).

32. Attached hereto as **Exhibit 31** is a true and accurate copy of FDA, *FDA presents interim limits of nitrosamines in currently marketed ARBs* (Dec. 19, 2018).

33. Attached hereto as **Exhibit 32** is a true and accurate copy of EPA, *N-Nitrosodimethylamine*.

34. Attached hereto as **Exhibit 33** is a true and accurate copy of EPA, *N-Nitrosodiethylamine*.

35. Attached hereto as **Exhibit 34** is a true and accurate copy of USP, Summary, Highlights and Timeline of General Chapter <1469> Nitrosamine Impurities (July 20, 2018).

36. Attached hereto as **Exhibit 35** is a true and accurate copy of Min Li's April 20, 2021 deposition transcript in this case.

37. Attached hereto as **Exhibit 36** is a true and accurate copy of PRINSTON00075797 (ZHP 210).

38. Attached hereto as **Exhibit 37** is a true and accurate copy of ZHP00662283 (ZHP 212).

39. Attached hereto as **Exhibit 38** is a true and accurate copy of ZHP's May 13, 2022 Stipulation in this case.

40. Attached hereto as **Exhibit 39** is a true and accurate copy of Fengtian Xue's deposition transcript in this case.

41. Attached hereto as **Exhibit 40** is a true and accurate copy of Lee, Shen, & Grinberg, *Identification and Control of Impurities for Drug Substance Development using LC/MS and GC/MS*, J. of Liquid Chromatography & Related Tech. (Aug. 7, 2008).

42. Attached hereto as **Exhibit 41** is a true and accurate copy of ZHP01746278.

43. Attached hereto as **Exhibit 42** is a true and accurate copy of SYNCORES00001458.

44. Attached hereto as **Exhibit 43** is a true and accurate copy of SOLCO00027588.

45. Attached hereto as **Exhibit 44** is a true and accurate copy of Dr. Hecht's July 6. 2021 Expert Report.

46. Attached hereto as **Exhibit 45** is a true and accurate copy of Dr. Hecht's October 31, 2022 Expert Report.

47. Attached hereto as **Exhibit 46** is a true and accurate copy of ZHP00359798.

48. Attached hereto as **Exhibit 47** is a true and accurate copy of ZHP01390018.

49. Attached hereto as **Exhibit 48** is a true and accurate copy of Peng Dong's March 29, 2021 deposition transcript in this case.

50. Attached hereto as **Exhibit 49** is a true and accurate copy of ICH Q8, *Pharmaceutical Development*.

51. Attached hereto as **Exhibit 50** is a true and accurate copy of ICH Q9, *Quality Risk Management*.

52. Attached hereto as **Exhibit 51** is a true and accurate copy of ICH Q3A, *Impurities in New Drug Substances*.

53. Attached hereto as **Exhibit 52** is a true and accurate copy of Peng Dong's March 31, 2021 deposition transcript in this case.

54. Attached hereto as **Exhibit 53** is a true and accurate copy of David Chesney's January 12, 2022 report in this case.

55. Attached hereto as **Exhibit 54** is a true and accurate copy of David Chesney's March 21, 2022 deposition transcript in this case.

56. Attached hereto as **Exhibit 55** is a true and accurate copy of USP, *General Notices and Requirements*.

57. Attached hereto as **Exhibit 56** is a true and accurate copy of *Player v. Motiva Enterprises LLC*, No. Civ. 02–3216(RBK), 2006 WL 166452 (D.N.J. Jan. 20, 2006).

                          **MAZIE SLATER KATZ & FREEMAN, LLC**
                          Attorneys for Plaintiffs


                          By:  /s/ Adam M. Slater

Dated: April 11, 2023