Exhibit 28



WORLD HEALTH ORGANIZATION



Peng Dong
**ZHP 209**
4/1/2021

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

# IARC MONOGRAPHS

## ON THE

# EVALUATION OF THE CARCINOGENIC RISK OF CHEMICALS TO HUMANS

Some *N*-Nitroso Compounds

*VOLUME 17*

David Chesney
**5**
3/21/2022 - MOP

IARC, LYON

MAY 1978

IARC MONOGRAPHS

ON THE

EVALUATION OF THE CARCINOGENIC RISK

OF CHEMICALS TO HUMANS:


Some *N*-Nitroso Compounds


Volume 17


This publication represents the views and expert opinions
of an IARC Working Group on the
Evaluation of the Carcinogenic Risk of Chemicals to Humans
which met in Lyon,
10-15 October 1977


May, 1978

IARC MONOGRAPHS

In 1971, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals.

The role of the monograph programme is to collect all available relevant experimental and epidemiological data about groups of chemicals to which humans are known to be exposed, to evaluate these data in terms of human risk with the help of international working groups of acknowledged experts in chemical carcinogenesis and related fields, and to publish and disseminate the conclusions of those working groups as a series of IARC Monographs.

International Agency for Research on Cancer 1978

ISBN 92 832 12177

PRINTED IN SWITZERLAND

IARC WORKING GROUP ON THE EVALUATION OF THE CARCINOGENIC
RISK OF CHEMICALS TO HUMANS:

SOME N-NITROSO COMPOUNDS

Lyon, 10-15 October 1977

Members[1]

Dr J.R. Allen, Professor of Pathology, University of Wisconsin, The Medical
    School Department of Pathology, 470 North Charter Street, Madison,
    Wisconsin 53706, USA

Dr B.K. Armstrong, University of Western Australia, Department of Medicine,
    Medical School Building, Queen Elizabeth II Medical Centre, Nedlands,
    Western Australia 6009, Australia

Professor P. Bannasch, Abteilung für Cytopathologie, Institut für
    Experimentelle Pathologie, Deutsches Krebsforschungszentrum,
    Postfach, 6900 Heidelberg 1, FRG

Dr G. Bochert, Institut für Toxikologie und Embryonal-Pharmakologie der
    Freien Universität Berlin, Garystrasse 9, 1000 Berlin 33, FRG

Dr J. Cooper[2], Division of Cancer Cause and Prevention, National Cancer
    Institute, Bethesda, Maryland, USA

Dr D.H. Fine, Senior Scientist, Thermo Electron Research Center,
    101 First Avenue, Waltham, Massachusetts 02154, USA

Dr W. Lijinsky, Director, Chemical Carcinogenesis Program, Frederick
    Cancer Research Center, PO Box B, Frederick, Maryland 21701, USA

Dr P.N. Magee, Director, Fels Research Institute, Temple University,
    School of Medicine, Philadelphia, Pennsylvania 19140, USA (*Chairman*)

Professor U. Mohr, Director, Abteilung für Experimentelle Pathologie,
    Medizinische Hochschule Hannover, Karl-Wiechert-Allee 9,
    3000 Hannover 61, FRG

_____

[1]Unable to attend: Dr G. Eisenbrand, Institut für Toxikologie und
Chemotherapie, Deutsches Krebsforschungszentrum, Im Neuenheimer Feld 280,
6900 Heidelberg 1, FRG

[2]Present address: Unit of Epidemiology and Biostatistics, International
Agency for Research on Cancer, 150 Cours Albert Thomas, 69372 Lyon Cédex 2,
France

Dr A.E. Pegg, Professor, Department of Physiology, The Milton S. Hershey
    Medical Center, The Pennsylvania State University, Hershey,
    Pennsylvania 17033, USA

Professor R. Preussmann, Institut für Toxikologie und Chemotherapie,
    Deutsches Krebsforschungszentrum, Im Neuenheimer Feld 280,
    6900 Heidelberg 1, FRG (*Vice-Chairman*)

Professor C. Rappe, Department of Organic Chemistry, Umeå University,
    S-901 87 Umeå, Sweden

Dr B.W. Stewart, School of Pathology, University of New South Wales,
    PO Box 1, Kensington, New South Wales 2033, Australia

Professor S.R. Tannenbaum, Professor of Food Chemistry, Department of
    Nutrition and Food Science, Massachusetts Institute of Technology,
    Cambridge, Massachusetts 02139, USA

Dr E. Vogel, Department of Radiation Genetics and Chemical Mutagenesis
    of the State University of Leiden, Wassenaarseweg 72, Leiden, The
    Netherlands

## Observers

Dr H.E. Christensen, Chief, Information Processing Unit, Room 31,
    International Register of Potentially Toxic Chemicals, United Nations
    Environment Programme, World Health Organization, 1211 Geneva 27,
    Switzerland

Dr K.E. McCaleb, Director, Chemical-Environmental Program, Chemical
    Industries Center, SRI International, Menlo Park, California 94025,
    USA (*Rapporteur sections 2.1 and 2.2*)

Mrs M.-T. van der Venne, Commission of the European Communities, Health
    and Safety Directorate, Bâtiment Jean Monnet, Plateau du Kirchberg,
    Boîte Postale 1907, Luxembourg, Great Duchy of Luxembourg

## Representative from the National Cancer Institute

Dr S. Siegel, Coordinator, Technical Information Activities, Technical
    Information Resources Branch, Room 3A-06, Landow Building, Carcinogenesis
    Bioassay Testing Program, Division of Cancer Cause and Prevention,
    National Cancer Institute, Bethesda, Maryland 20014, USA

## Secretariat

Dr H. Bartsch, Unit of Chemical Carcinogenesis (*Rapporteur section 3.2*)

Dr L. Griciute, Chief, Unit of Environmental Carcinogens

Dr J.E. Huff, Unit of Chemical Carcinogenesis (*Secretary*)

Mrs D. Mietton, Unit of Chemical Carcinogenesis (*Library assistant*)

4

Dr R. Montesano, Unit of Chemical Carcinogenesis
(*Rapporteur section 3.1*)

Mrs C. Partensky, Unit of Chemical Carcinogenesis (*Technical editor*)

Mrs I. Peterschmitt, Unit of Chemical Carcinogenesis, WHO, Geneva
(*Bibliographic researcher*)

Dr V. Ponomarkov, Unit of Chemical Carcinogenesis

Dr R. Saracci, Unit of Epidemiology and Biostatistics
(*Rapporteur section 3.3*)

Dr L. Tomatis, Chief, Unit of Chemical Carcinogenesis
(*Head of the Programme*)

Mr E.A. Walker, Unit of Environmental Carcinogens
(*Rapporteur sections 1 and 2.3*)

Mrs E. Ward, Montignac, France (*Editor*)

Mr J.D. Wilbourn, Unit of Chemical Carcinogenesis (*Co-secretary*)

Secretarial assistance

Miss A.V. Anderson

Mrs M.-J. Ghess

Miss R.B. Johnson

5

## NOTE TO THE READER

The term 'carcinogenic risk' in the IARC Monograph series is taken to mean the probability that exposure to the chemical will lead to cancer in humans.

Inclusion of a chemical in the monographs does not imply that it is a carcinogen, only that the published data have been examined. Equally, the fact that a chemical has not yet been evaluated in a monograph does not mean that it is not carcinogenic.

Anyone who is aware of published data that may alter the evaluation of the carcinogenic risk of a chemical for humans is encouraged to make this information available to the Unit of Chemical Carcinogenesis, International Agency for Research on Cancer, Lyon, France, in order that the chemical may be considered for reevaluation by a future Working Group.

Although every effort is made to prepare the monographs as accurately as possible, mistakes may occur. Readers are requested to communicate any errors to the Unit of Chemical Carcinogenesis, so that corrections can be reported in future volumes.

CONTENTS

PREAMBLE .................................................. 11

    BACKGROUND ........................................ 11

    OBJECTIVE AND SCOPE ............................... 11

    SELECTION OF CHEMICALS FOR MONOGRAPHS ............ 12

    WORKING PROCEDURES ............................... 13

    DATA FOR EVALUATIONS ............................. 13

    THE WORKING GROUP ................................ 14

    GENERAL PRINCIPLES FOR EVALUATING THE CARCINOGENIC
    RISK OF CHEMICALS ................................ 14

    EXPLANATORY NOTES ON THE MONOGRAPH CONTENTS ...... 22

GENERAL REMARKS ON THE SUBSTANCES CONSIDERED ............ 35

THE MONOGRAPHS

    $N$-Nitrosodi-$n$-butylamine ....................... 51

    $N$-Nitrosodiethanolamine ......................... 77

    $N$-Nitrosodiethylamine ........................... 83

    $N$-Nitrosodimethylamine .......................... 125

    $N$-Nitrosodi-$n$-propylamine ..................... 177

    $N$-Nitroso-$N$-ethylurea ......................... 191

    $N$-Nitrosofolic acid ............................. 217

    $N$-Nitrosomethylethylamine ....................... 221

    $N$-Nitroso-$N$-methylurea ........................ 227

    $N$-Nitrosomethylvinylamine ....................... 257

    $N$-Nitrosomorpholine ............................. 263

    $N'$-Nitrosonornicotine ........................... 281

    $N$-Nitrosopiperidine ............................. 287

    $N$-Nitrosoproline and $N$-nitrosohydroxyproline .. 303

    $N$-Nitrosopyrrolidine ............................ 313

    $N$-Nitrososarcosine .............................. 327

    Streptozotocin ................................... 337

SUPPLEMENTARY CORRIGENDA TO VOLUMES 1-16 ............... 351

CUMULATIVE INDEX TO MONOGRAPHS ......................... 353

IARC MONOGRAPH PROGRAMME ON THE EVALUATION OF THE
CARCINOGENIC RISK OF CHEMICALS TO HUMANS

PREAMBLE

BACKGROUND

In 1971, the International Agency for Research on Cancer (IARC)
initiated a programme on the evaluation of the carcinogenic risk of
chemicals to humans centred on the production of critically evaluated
monographs on individual chemicals.  Since 1972, the programme has under-
gone considerable expansion, primarily with the scientific collaboration
and financial support of the US National Cancer Institute.

The criteria established in 1971 to evaluate the carcinogenic risk
of chemicals to humans were adopted in essence by all the working groups
whose deliberations resulted in the first 16 volumes of the *IARC Monograph*
series.  In October 1977, a joint IARC/WHO *ad hoc* Working Group met to
reevaluate these guiding criteria;  this preamble reflects the results of
their deliberations[1].

OBJECTIVE AND SCOPE

The objective of the monograph programme is to collect all available
relevant experimental and epidemiological data about groups of chemicals
to which humans are known to be exposed, to evaluate these data in terms
of human risk with the help of international working groups of experts
in chemical carcinogenesis and related fields, and to publish and dissemi-
nate the conclusions of those working groups as a series of monographs.

The critical evaluations of experimental data given in these mono-
graphs are intended to assist national and international authorities in
formulating decisions concerning preventive measures.  The WHO publications
on food additives[2], drugs[3], pesticides and contaminants[4] and occupational
carcinogens[5] are particularly informative.

Since the programme began in 1971, 17 volumes have been published[6-22] in the *IARC Monograph* series, and 380 separate chemicals have been evaluated (see cumulative index to the monographs, p. 353). Each volume is printed in 4000 copies and distributed *via* the World Health Organization (WHO) publications service (see inside covers for a listing of IARC publications and back outside cover for distribution and sales services).

The *IARC Monographs* are recognized as an authoritative source of information on the carcinogenicity of environmental chemicals. The first users' survey, made in 1976, indicates that the monographs are consulted routinely by various agencies in 24 countries.

SELECTION OF CHEMICALS FOR MONOGRAPHS

The chemicals (natural and synthetic, mixtures and manufacturing processes) are selected for evaluation on the basis of two main criteria: (1) there is evidence of human exposure, and (2) there is some experimental evidence of carcinogenicity and/or there is some evidence or suspicion of a risk to humans. *Inclusion of a chemical in a volume does not imply that the chemical is carcinogenic, only that the published data have been examined. The evaluations must be consulted to ascertain the conclusions of the Working Group. Equally, the fact that a chemical has not appeared in a monograph does not mean that the chemical is not carcinogenic.*

The scientific literature is monitored for published data relevant to the monograph programme. Additionally, the IARC Survey of Chemicals Being Tested for Carcinogenicity[23-29] often indicates those chemicals that are to be scheduled for future meetings. The major aims of the survey are to prevent unnecessary duplication of research, to increase communication among scientists, and to make a census of chemicals that are being tested and of available research facilities.

When new, relevant information becomes available concerning a chemical(s) which has already been evaluated, or when new principles for evaluating carcinogenic risk receive acceptance, reevaluations may be made at subsequent meetings, and a monograph(s) may be revised and published.

12

## WORKING PROCEDURES

Approximately one year in advance of a working group meeting, a list
of the substances to be considered is prepared by IARC in consultation
with other experts.  Subsequently, all relevant biological data are
collected by IARC;  in this context, US Public Health Service Publication
No. 149[30-35] has been particularly valuable and has been used in conjunc-
tion with other recognized sources of information on chemical carcino-
genesis.  The major effort in the collection of data and the preparation
of first drafts for the sections on chemical and physical properties, on
production, use and occurrence and on analysis is made by SRI International
under a separate contract with the US National Cancer Institute.  Most of
the data they provide on production, use and occurrence concern the United
States and Japan;  SRI and IARC try to supplement this information with
that from other sources in Europe.  Important bibliographical sources for
mutagenicity and teratogenicity data are the Environmental Mutagen Infor-
mational Center and the Environmental Teratology Information Center, both
located at the Oak Ridge National Laboratory, USA.

Six to nine months before the meeting, reprints of articles contain-
ing relevant biological data are sent to an expert(s), or are used by
the IARC staff, for the preparation of first drafts of the monographs.
These drafts are edited by IARC staff and are sent prior to the meeting
to all participants of the Working Group for their comments.  The Working
Group then meets in Lyon for seven to eight days to discuss and finalize
the texts of the monographs and to formulate the evaluations.  After the
meeting, the master copy of each monograph is verified by consulting the
original literature, then edited and prepared for reproduction.  The
monographs appear in print within six months after adjournment of the
Working Group meeting.

## DATA FOR EVALUATIONS

With regard to biological data, generally only reports that have been
published or accepted for publication are reviewed by the working groups.
The monographs do not cite all of the literature on a particular chemical:

13

only those data considered by the Working Group to be relevant to the
evaluation of the carcinogenic risk of the chemical to humans are included.

Anyone who is aware of data that have been published or are in press
which are relevant to the evaluations of the carcinogenic risk to humans
of chemicals for which monographs have appeared is urged to make them
available to the Unit of Chemical Carcinogenesis, International Agency
for Research on Cancer, Lyon, France.

THE WORKING GROUP

During a meeting the tasks of the Working Group are generally fivefold:
(1) to confirm that all relevant published data are included;   (2) to
ensure that the summaries of data enable the reader to follow the reasoning
of the committee;   (3) to judge the significance of the experimental and
epidemiological results;   (4) to select and summarize the data on which to
base an evaluation;   and (5) to formulate an evaluation of the carcinogenic
risk of the chemical.

Working Group participants who contributed to the consideration and
evaluation of chemicals within a particular volume are listed, with their
addresses, at the beginning of each publication (see p. 3).   Each member
serves as an individual scientist and not as a representative of any
organization or government.   In addition, observers are often invited
from national and international agencies, organizations and industries.

GENERAL PRINCIPLES FOR EVALUATING THE CARCINOGENIC RISK OF CHEMICALS

The widely accepted meaning of the term 'chemical carcinogenesis',
and that used in these monographs, is the induction by chemicals of
neoplasms that are not usually observed, the earlier induction by chemicals
of neoplasms that are usually observed, and/or the induction by chemicals
of more neoplasms than are usually found, although fundamentally different
mechanisms may be involved in these three phenomena.   Etymologically, the
term 'carcinogenesis' means the induction of cancer, that is, of malignant
neoplasms;   however, the commonly accepted meaning is the induction of
various types of neoplasms or of a combination of malignant and benign tumours.

14

Within the monographs, the words 'tumour' and neoplasm' are used inter-
changeably (In scientific literature the terms 'tumourigen', 'oncogen'
and 'blastomogen' have all been used synonymously with 'carcinogen',
although occasionally 'tumourigen' has been used specifically to denote
the induction of benign tumours).

The term 'carcinogenic risk' in this *IARC Monograph* series is taken
to mean the probability that exposure to the chemical will lead to cancer
in humans.

## Experimental Evidence

### *Qualitative aspects*

Both the interpretation and evaluation of a particular study as well
as the overall assessment of the carcinogenic activity of a chemical
involve several qualitatively important considerations, including:
(1) the experimental conditions under which the chemical was tested,
including route of administration and exposure, species, strain, sex, age,
etc.;  (2) the consistency with which the chemical has been shown to be
carcinogenic, e.g., in how many species and at which tumour sites(s);
(3) the spectrum of neoplastic response, from benign neoplasia to multiple
malignant tumours (this consideration warrants special attention);
(4) the stage of tumour formation in which a chemical may be involved:
some chemicals act as complete carcinogens and have initiating and promot-
ing activity, while others are promoters only;  and 5) the possible role
of modifying agents.

Many chemicals induce both benign and malignant tumours;  few instan-
ces are recorded in which only benign neoplasms are induced by chemicals
that have been studied extensively.  Benign tumours may represent a stage
in the evolution of a malignant neoplasm or they may be 'end-points'
which do not readily undergo transition to malignant neoplasms.  If a
substance is found to induce only benign neoplasms in experimental animals,
the chemical should be suspected of being a carcinogen and requires further
investigation.

*Hormonal carcinogenesis*

Hormonal carcinogenesis presents certain distinctive features:  the chemicals involved occur both naturally and exogenously;  in most instances, long exposure is required;  tumours occur in the target issue in association with a stimulation of non-neoplastic growth, but in some cases, hormones promote the proliferation of tumour cells in a target organ.  Hormones that occur in excessive amounts, hormone-mimetic agents and agents that cause hyperactivity or imbalance in the endocrine system may require evaluative methods comparable with those used to identify chemical carcinogens; particular emphasis must be laid on quantitative aspects and duration of exposure.  Some chemical carcinogens have significant side effects on the endocrine system, which may also result in hormonal carcinogenesis.  Synthetic hormones and anti-hormones can be expected to possess other pharmacological and toxicological actions in addition to those on the endocrine system, and in this respect they must be treated like any other chemical with regard to intrinsic carcinogenic potential.

*Quantitative aspects*

Dose-response studies are important in the evaluation of carcinogenesis:  the confidence with which a carcinogenic effect can be established is strengthened by the observation of an increasing incidence of neoplasms with increasing exposure.

The assessment of carcinogenicity in animals is frequently complicated by recognized differences among the test animals (species, strain, sex, age), in route(s) of administration and in dose/duration of exposure;  often, target organs at which a cancer occurs and its histological type may vary with these conditions.  Nevertheless, indices of carcinogenic potency in particular experimental systems (for instance, the dose-rate required under continuous exposure to halve the probability of the animals remaining tumourless[36]) have been formulated in the hope that, at least among categories of fairly similar agents, such indices may be of some predictive value in other systems, including humans.

Chemical carcinogens differ widely in the dose required to produce a given level of tumour induction, although many of them share common

16

biological properties which include metabolism to reactive (electro-
philic[37-39]) intermediates capable of interacting with DNA.  The reason
for this variation in dose-response is not understood but may be due either
to differences within a common metabolic process or to the operation of
qualitatively distinct mechanisms.

*Statistical analysis of animal studies*

Tumours which would have arisen had an animal lived longer may not
be observed because of the death of the animal from unrelated causes, and
proper allowance must be made for this possibility.  Various analytical
techniques have been developed which use the assumption of independence
of competing risks to allow for the effects of intercurrent mortality on
the final numbers of tumour-bearing animals in particular treatment groups.

For externally visible tumours and for neoplasms that cause death,
methods such as Kaplan-Meier (i.e., 'life-table', 'product-limit' or
'actuarial') estimates[36], with associated significance tests[40,41], are
recommended.

For internal neoplasms which are discovered 'incidentally'[40] at
autopsy but which did not cause the death of the host, different estimates[42]
and significance tests[40,41] may be necessary for the unbiased study of the
numbers of tumour-bearing animals.

All of these methods[36,40,41,42] can be used to analyse the numbers
of animals bearing particular tumour types, but they do not distinguish
between animals with one or many such tumours.  In experiments which end
at a particular fixed time with the simultaneous sacrifice of many animals,
analysis of the total numbers of internal neoplasms per animal found at
autopsy at the end of the experiment is straightforward.  However, there
are no adequate statistical methods for analysing the numbers of particular
neoplasms that kill an animal host.

There are problems not only of differential survival but of differen-
tial toxicity, which may be manifested by unequal growth and weight gain
in treated and control animals.  These complexities should also be considered
in the interpretation of data, or, better, in the experimental design.

17

Evidence of Carcinogenicity in Humans

Evidence of carcinogenicity in humans can be derived from three types
of study, the first two of which usually provide only suggestive evidence:
(1) reports concerning individual cancer patients (case reports), including
a history of exposure to the supposed carcinogenic agent; (2) descriptive
epidemiological studies in which the incidence of cancer in human popula-
tions is found to vary (spatially or temporally) with exposure to the
agent); and (3) analytical epidemiological studies (e.g., case-control
or cohort studies) in which individual exposure to the agent is found to
be associated with an increased risk of cancer.

An analytical study that shows a positive association between an
agent and a cancer may be interpreted as implying causality to a greater
or lesser extent, if the following criteria are met: (1) There is no
identifiable positive bias (By 'positive bias' is meant the operation of
factors in study design or execution which lead erroneously to a more
strongly positive association between an agent and disease than in fact
exists. Examples of positive bias include, in case-control studies, more
nearly complete ascertainment of exposure to the agent in cases than in
controls and, in cohort studies, more nearly complete detection of cancer
in individuals exposed to the agent than in individuals not exposed).
(2) The possibility of positive confounding has been considered (By 'posi-
tive confounding' is meant a situation in which the relationship between
an agent and a disease is rendered more strongly positive than it truly
is as a result of an association between that agent and another agent
which either causes or prevents the disease. An example of positive
confounding is the association between coffee consumption and lung cancer,
which results from their joint association with cigarette smoking).
(3) The association is unlikely to be due to chance alone. (4) The asso-
ciation is strong. (5) There is a dose-response relationship.

In some instances, a single epidemiological study may be strongly
indicative of a cause-effect relationship, however, the most convincing
evidence of causality comes when several independent studies done under
different circumstances result in 'positive' findings.

18

Analytical epidemiological studies that show no association between an agent and a cancer ('negative' studies) should be interpreted according to criteria analogous to those listed above: (1) There is no identifiable negative bias. (2) The possibility of negative confounding has been considered. (3) The possible effects of misclassification of exposure or outcome have been considered.

In addition, it must be recognized that in any study there are confidence limits around the estimate of association or relative risk. In a study regarded as 'negative', the upper confidence limit may indicate a relative risk substantially greater than unity; in that case, the study excludes only relative risks that are above this upper limit. This usually means that a 'negative' study must be large to be convincing. Confidence in a 'negative' result is increased when several independent studies carried out under different circumstances are in agreement.

Finally, a 'negative' study may be considered to be relevant only to dose levels within or below the range of those observed in the study and is pertinent only if sufficient time has elapsed since first human exposure to the agent. Experience with human cancers of known etiology suggests that the period from first exposure to a chemical carcinogen to development of clinically observed cancer is usually measured in decades and may be in excess of 30 years.

Experimental Data Relevant to the Evaluation of Carcinogenic Risk to Humans

No adequate criteria are presently available to interpret experimental carcinogenicity data directly in terms of carcinogenic potential for humans. Nonetheless, utilizing data collected from appropriate tests in animals, positive extrapolations to possible human risk can reasonably be approximated.

Information compiled from the first 17 volumes of the *Monographs*[43-45] shows that of about 26 chemicals or manufacturing processes now generally accepted to cause cancer in humans, all but possibly two (arsenic and benzene) of those which have been tested appropriately produce cancer in at least one animal species. For several (aflatoxins, 4-aminobiphenyl, diethylstilboestrol, melphalan, mustard gas and vinyl chloride), evidence

19

of carcinogenicity in experimental animals preceded evidence obtained
from epidemiological studies or case reports.

In general, the evidence that a chemical produces tumours in experi-
mental animals is of two degrees: (1) *sufficient evidence* of carcinogenicity
is indicated by the production of malignant tumours; and (2) *limited
evidence* of carcinogenicity reflects the qualitative and/or quantitative
limitations of the experimental results.

For many of the chemicals evaluated in the first 17 volumes of the
*IARC Monographs* for which there is *sufficient evidence* of carcinogenicity
in animals, data relating to carcinogenicity for humans are either insuf-
ficient or nonexistent. In the absence of adequate data on humans, it is
reasonable to regard for practical purposes such chemicals as if they were
carcinogenic to humans.

*Sufficient evidence* of carcinogenicity is provided by experimental
studies that show an increased incidence of malignant tumours: (a) in
multiple species or strains, and/or (b) in multiple experiments (routes
and/or doses), and/or (c) to an unusual degree (with regard to incidence,
site, type and/or precocity of onset). Additional evidence may be provided
by data concerning dose-response, mutagenicity or structure.

In the present state of knowledge, it would be difficult to define a
predictable relationship between the dose (mg/kg bw/day) of a particular
chemical required to produce cancer in test animals and the dose which
would produce a similar incidence of cancer in humans. The available data
suggest, however, that such a relationship may exist[46], at least for certain
classes of carcinogenic chemicals. Data that provide *sufficient evidence*
of carcinogenicity in test animals may therefore be used in an approximate
quantitative evaluation of the human risk at some given exposure level,
provided that the nature of the chemical concerned and the physiological,
pharmacological and toxicological differences between the test animals and
humans are taken into account. However, no acceptable methods are currently
available for quantifying the possible errors in such a procedure, whether
it is used to generalize between species or to extrapolate from high to low
doses. The methodology for such quantitative extrapolation to humans
requires further development.

20

Evidence for the carcinogenicity of some chemicals in experimental
animals may be underline limited for two reasons.  Firstly, experimental data may be
restricted to such a point that it is not possible to determine a causal
relationship between administration of a chemical and the development of a
particular lesion in the animals.  Secondly, there are certain neoplasms,
including lung tumours and hepatomas in mice, which have been considered of
lesser significance than neoplasms occurring at other sites for the purpose
of evaluating the carcinogenic risk of chemicals to humans.  Such tumours
occur spontaneously in high incidence in these animals, and their malignancy
is often difficult to establish.  An evaluation of the significance of these
tumours following administration of a chemical is the responsibility of the
particular Working Group preparing the individual monograph, and it has not
been possible to set down rigid guidelines;  the relevance of these tumours
must be determined by considerations which include experimental design and
completeness of reporting.

Some chemicals for which there is *limited evidence* of carcinogenicity
in animals have also been studied in humans with, in general, inconclusive
results.  While such chemicals may indeed be carcinogenic to humans, more
experimental and epidemiological investigation is required.

Hence, '*sufficient evidence*' of carcinogenicity and '*limited evidence*'
of carcinogenicity do not indicate categories of chemicals:  the inherent
definitions of those terms indicate varying degrees of experimental evidence,
which may change if and when new data on the chemicals become available.
The main drawback to any rigid classification of chemicals with regard to
their carcinogenic capacity is the as yet incomplete knowledge of the
mechanism(s) of carcinogenesis.

In recent years, several short-term tests for the detection of poten-
tial carcinogens have been developed.  When only inadequate experimental
data are available, positive results in validated short-term tests (see
p. 25) are an indication that the compound is a potential carcinogen and
that it should be tested in animals for an assessment of its carcinogenicity.
Negative results from short-term tests cannot be considered sufficient
evidence to rule out carcinogenicity.  Whether short-term tests will

eventually attain a stature similar to that of long-term tests in predict-
ing carcinogenicity in humans will depend on further demonstrations of
consistency with long-term experiments and with data from humans.

EXPLANATORY NOTES ON THE MONOGRAPH CONTENTS

Chemical and Physical Data (Section 1)

The Chemical Abstracts Service Registry Number and the latest Chemical
Abstracts Primary Name (9th Collective Index) are recorded in section 1.
Other synonyms and trade names are given, but this list is often not
comprehensive. Further, some of the trade names are those of mixtures
in which the compound being evaluated is only one of the ingredients.

The structural and molecular formulae, molecular weight and chemical
and physical properties are given. The properties listed refer to the pure
substance, unless otherwise specified, and include, in particular, data that
might be relevant to carcinogenicity (for example, lipid solubility) and
those that concern identification. A separate description of the composition
of technical products includes available information on impurities and
formulated products.

Production, Use, Occurrence and Analysis (Section 2)

The purpose of section 2 is to provide indications of the extent of
past and present human exposure to this chemical.

*Synthesis*

Since cancer is a delayed toxic effect, the dates of first synthesis
and of first commercial production of the chemical are provided. In
addition, methods of synthesis used in past and present commercial produc-
tion are described. This information allows a reasonable estimate to be
made of the time before which no human exposure could have occurred.

*Production*

Since Europe, Japan and the United States are reasonably representative
industrialized areas of the world, most data on production, foreign trade
and uses are obtained from those countries. It should not, however, be

inferred that those nations are the sole or even the major sources of users of any individual chemical.

Production and foreign trade data are obtained from both governmental and trade publications by chemical economists in the three geographical areas. In some cases, separate production data on organic chemicals manu- factured in the United States are not available because their publication could disclose confidential information. In such cases, an indication of the minimum quantity produced can be obtained from the number of companies reporting commercial production. Each company is required to report on individual chemicals if the sales value or the weight of the annual produc- tion of a chemical exceeds a specified minimum level. These levels vary for chemicals classified for different uses, e.g., medicinals, plastics; however, the minimal annual sales value is between $1000 and $50,000 and the minimal annual weight of production is between 450 and 22,700 kg. Data on production in some European countries are obtained by means of general questionnaires sent to companies thought to produce the compounds being evaluated. Information from the completed questionnaires is compiled by country, and the resulting estimates of production are included in the individual monographs.

*Use*

Information on uses is meant to serve as a guide only and is not complete. It is usually obtained from published data but is often comple- mented by direct contact with manufacturers of the chemical. In the case of drugs, mention of their therapeutic uses does not necessarily represent current practice nor does it imply judgement as to their clinical efficacy.

Statements concerning regulations and standards (e.g., pesticide registrations, maximum levels permitted in foods, occupational standards and allowable limits) in specific countries are mentioned as examples only. They may not reflect the most recent situation, since such legislation is in a constant state of change; nor should it be taken to imply that other countries do not have similar regulations.

23

*Occurrence*

Information on the occurrence of a chemical in the environment is
obtained from published data, including that derived from the monitoring
and surveillance of levels of the chemical in occupation environments, air,
water, soil, foods and tissues of animals and humans. When available,
data on the generation, persistence and bioaccumulation of a chemical are
also included.

*Analysis*

The purpose of the section on analysis is to give the reader an indi-
cation, rather than a complete review, of methods cited in the literature.
No attempt is made to evaluate critically or to recommend any of the methods.

Biological Data Relevant to the Evaluation of Carcinogenic Risk to Humans
(Section 3)

In general, the data recorded in section 3 are summarized as given by
the author; however, certain shortcomings of reporting, of statistical
analysis or of experimental design are commented upon by the Working Group
in square brackets. The nature and extent of impurities/contaminants in
the chemicals being tested are given when available.

*Carcinogenicity and related studies in animals*

The monographs are not intended to cover all reported studies. Some
studies are purposely omitted (1) because they are inadequate, as judged
from previously described criteria[47-50] (e.g., too short a duration, too
few animals, poor survival); (2) because they only confirm findings that
have already been fully described; or (3) because they are judged irrele-
vant for the purpose of the evaluation. In certain cases, however, such
studies are mentioned briefly, particularly when the information is consi-
dered to be a useful supplement to other reports or when it is the only
data available. Their inclusion does not, however, imply acceptance of
the adequacy of their experimental design and/or of the analysis and
interpretation of their results.

Mention is made of all routes of administration by which the compound
has been adequately tested and of all species in which relevant tests have

been done"[50]. In most cases, animal strains are given (general characteristics of mouse strains have been reviewed[51]). Quantitative data are given to indicate the order of magnitude of the effective carcinogenic doses. In general, the doses and schedules are indicated as they appear in the original paper; sometimes units have been converted for easier comparison. Experiments on the carcinogenicity of known metabolites, chemical precursors, analogues and derivatives, and experiments on factors that modify the carcinogenic effect are also reported.

*Other relevant biological data*

Lethality data are given when available, and other data on toxicity are included when considered relevant. The metabolic data are restricted to studies that show the metabolic fate of the chemical in animals and man, and comparisons of data from animals and humans are made when possible. Information is also given on absorption, distribution, excretion and placental transfer.

*Embryotoxicity and teratogenicity*

Data on teratogenicity from studies in experimental animals and observations in humans are also included. There appears to be no necessary causal relationship between teratogenicity[52] and carcinogenicity, but chemicals often have both properties. Evidence of teratogenicity suggests transplacental transfer, which is a prerequisite for transplacental carcinogenesis.

*Mutagenicity and other short-term tests*

Data from indirect tests are also included. Since most of these tests have the advantage of taking less time and being less expensive than mammalian carcinogenicity studies, they are generally known as 'short-term' tests. They comprise assay procedures which rely on the induction of biological and biochemical effects in *in vivo* and/or *in vitro* systems. The end-point of the majority of these tests is not the production of neoplasms in animals but changes at the molecular, cellular or multicellular level: these include the induction of DNA damage and repair, mutagenesis in bacteria and other organisms, transformation of mammalian cells in culture, and other systems.

25

The short-term tests are proposed for use (1) in predicting potential carcinogenicity in the absence of carcinogenicity data in animals, (2) as a contribution in deciding which chemicals should be tested in animals, (3) in identifying active fractions of complex mixtures containing carcinoges, (4) for recognizing active metabolites of known carcinogens in human and/or animal body fluids and (5) to help elucidate mechanisms of carcinogenesis.

Although the theory that cancer is induced as a result of somatic mutation suggests that agents which damage DNA *in vivo* may be carcinogens, the precise relevance of short-term tests to the mechanism by which cancer is induced is not known.  Predictions of potential carcinogenicity are currently based on correlations between responses in short-term tests and data from animal carcinogenicity and/or human epidemiological studies. This approach is limited because the number of chemicals known to be carcinogenic in humans is insufficient to provide a basis for validation, and most validation studies involve chemicals that have been evaluated for carcinogenicity only in animals.  The selection of chemicals is in turn limited to those classes for which data on carcinogenicity are available.  The results of validation studies could be strongly influenced by such selection of chemicals and by the proportion of carcinogens in the series of chemicals tested;  this should be kept in mind when evaluating the predictivity of a particular test.  The usefulness of any test is reflected by its ability to classify carcinogens and noncarcinogens, using the animal data as a standard;  however, animal tests may not always provide a perfect standard.  The attainable level of correlation between short-term tests and animal bioassays is still under investigation.

Since many chemicals require metabolism to an active form, test systems that do not take this into account may fail to detect certain potential carcinogens.  The metabolic activation systems used in short-term tests (for example, the cell-free systems used in bacterial tests) are meant to simulate the intact human.  Each has its advantages and limitations;  thus, more confidence can be placed in the conclusions when negative or positive results for a chemical are confirmed in several such test systems.  Deficiencies in metabolic competence may lead to misclassification of chemicals,

26

which means that not all tests are suitable for assessing the potential carcinogenicity of all classes of compounds.

The present state of knowledge does not permit the selection of a specific test(s) as the most appropriate for identifying potential carcinogenicity. Before the results of a particular test can be considered to be fully acceptable for predicting potential carcinogenicity, certain criteria should be met: (1) the test should have been validated with respect to known animal carcinogens and found to have a high capacity for discriminating between carcinogens and noncarcinogens, and (2) when possible, a structurally related carcinogen(s) and noncarcinogen(s) should have been tested simultaneously with the chemical in question. The results should have been reproduced in different laboratories, and a prediction of carcinogenicity should have been confirmed in additional test systems. Confidence in positive results is increased if a mechanism of action can be deduced and if appropriate dose-response data are available. For optimum usefulness, data on purity must be given.

The short-term tests in current use that have been the most extensively validated are the *Salmonella typhimurium* plate-incorporation assay[53-57], the X-linked recessive lethal test in *Drosophila melanogaster*[58], unscheduled DNA synthesis[59] and *in vitro* transformation[57,60]. Each is compatible with current concepts of the possible mechanism(s) of carcinogenesis.

An adequate assessment of the genetic activity of a chemical depends on data from a wide range of test systems. The monographs include, therefore, data not only from those already mentioned, but also on the induction of point mutations in other systems[61-66], of structural[67] and numerical chromosome aberrations, including dominant lethal effects[68], of mitotic recombination in fungi[61] and of sister chromatid exchanges[69,70].

The existence of a correlation between quantitative aspects of mutagenic and carcinogenic activity has been suggested[4,68-74], but it is not sufficiently well established to allow general use.

Further information about mutagenicity and other short-term tests is given in references 71-77.

*Case reports and epidemiological studies*

Observations in humans are summarized in this section.

Summary of Data Reported and Evaluation (Section 4)

Section 4 summarizes the relevant data from animals and humans and gives the critical views of the Working Group on those data.

*Experimental data*

Data relevant to the evaluation of the carcinogenicity of a chemical in animals are summarized in this section. Results from validated mutagenicity and other short-term tests are reported if the Working Group considered the data to be relevant. Dose-response data are given when available. An assessment of the carcinogenicity of the chemical in animals is made on the basis of all of the available data.

The animal species mentioned are those in which the carcinogenicity of the substance was clearly demonstrated. The route of administration used in experimental animals that is similar to the possible human exposure is given particular mention. Tumour sites are also indicated. If the substance has produced tumours after prenatal exposure or in single-dose experiments, this is indicated.

*Human data*

Human exposure to the chemical is summarized, and the significance of data on production, use and occurrence and other relevant biological data is discussed. Case reports and epidemiological studies that are considered to be pertinent to an assessment of human carcinogenicity are described. Adequate dose-response data are given when available. An assessment of the carcinogenicity of the chemical in humans is made on the basis of all of the available evidence.

*Evaluation*

This section comprises the overall evaluation by the Working Group of the carcinogenic risk of the chemical to humans. All of the data in the monograph, and particularly the summarized information on experimental and human data, are considered in order to make an evaluation. In addition, recommendations are made regarding areas in which further investigation is considered to be necessary.

28

References

1.  IARC (1977)  Technical Report 77/002, Preamble, International
    Agency for Research on Cancer, Lyon

2.  WHO (1961)  Fifth Report of the Joint FAO/WHO Expert Committee on
    Food Additives.  Evaluation of carcinogenic hazard of food
    additives.  Wld Hlth Org. techn. Rep. Ser., No. 220, pp. 5, 18, 19

3.  WHO (1969)  Report of a WHO Scientific Group.  Principles for the
    testing and evaluation of drugs for carcinogenicity.  Wld Hlth
    Org. techn. Rep. Ser., No. 426, pp. 19, 21, 22

4.  WHO (1974)  Report of a WHO Scientific Group.  Assessment of the
    carcinogenicity and mutagenicity of chemicals.  Wld Hlth Org.
    techn. Rep. Ser., No. 546

5.  WHO (1964)  Report of a WHO Expert Committee.  Prevention of cancer.
    Wld Hlth Org. techn. Rep. Ser., No. 276, pp. 29, 30

6.  IARC (1972)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 1, Some Inorganic Substances,
    Chlorinated Hydrocarbons, Aromatic Amines, N-Nitroso Compounds
    and Natural Products, Lyon, 184 pages

7.  IARC (1973)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 2, Some Inorganic and Organometallic
    Compounds, Lyon, 181 pages

8.  IARC (1973)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 3, Certain Polycyclic Aromatic Hydro-
    carbons and Heterocyclic Compounds, Lyon, 271 pages

9.  IARC (1974)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 4, Some Aromatic Amines, Hydrazine and
    Related Substances, N-Nitroso Compounds and Miscellaneous
    Alkylating Agents, Lyon, 286 pages

10. IARC (1974)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 5, Some Organochlorine Pesticides, Lyon,
    241 pages

11. IARC (1974)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 6, Sex Hormones, Lyon, 243 pages

12. IARC (1974)  IARC Monographs on the Evaluation of the Carcinogenic
    Risk of Chemicals to Man, 7, Some Anti-thyroid and Related
    Substances, Nitrofurans and Industrial Chemicals, Lyon,
    326 pages

13.    IARC (1975)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 8, Some Aromatic Azo Compounds, Lyon,
       357 pages

14.    IARC (1975)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 9, Some Aziridines, N-, S- and O-
       Mustards and Selenium, Lyon, 268 pages

15.    IARC (1976)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 10, Some Naturally Occurring Substances,
       Lyon, 353 pages

16.    IARC (1976)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 11, Cadmium, Nickel, Some Epoxides,
       Miscellaneous Industrial Chemicals and General Considerations
       on Volatile Anaesthetics, Lyon, 306 pages

17.    IARC (1976)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 12, Some Carbamates, Thiocarbamates and
       Carbazides, Lyon, 282 pages

18.    IARC (1977)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 13, Some Miscellaneous Pharmaceutical
       Substances, Lyon, 255 pages

19.    IARC (1977)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 14, Asbestos, Lyon, 106 pages

20.    IARC (1977)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 15, Some Fumigants, the Herbicides
       2,4-D and 2,4,5-T, Chlorinated Dibenzodioxins and Miscellaneous
       Industrial Chemicals, Lyon, 354 pages

21.    IARC (1977)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Man, 16, Some Aromatic Amines and Related
       Nitro Compounds - Hair Dyes, Colouring Agents and Miscellaneous
       Industrial Chemicals, Lyon, 400 pages

22.    IARC (1978)   IARC Monographs on the Evaluation of the Carcinogenic
       Risk of Chemicals to Humans, 17, Some N-Nitroso Compounds, Lyon,
       365 pages

23.    IARC (1973)   IARC Information Bulletin on the Survey of Chemicals
       Being Tested for Carcinogenicity, No. 1, Lyon, 52 pages

24.    IARC (1973)   IARC Information Bulletin on the Survey of Chemicals
       Being Tested for Carcinogenicity, No. 2, Lyon, 77 pages

25.    IARC (1974)   IARC Information Bulletin on the Survey of Chemicals
       Being Tested for Carcinogenicity, No. 3, Lyon, 67 pages

26.   IARC (1974)  IARC Information Bulletin on the Survey of Chemicals
        Being Tested for Carcinogenicity, No. 4, Lyon, 97 pages

27.   IARC (1975)  IARC Information Bulletin on the Survey of Chemicals
        Being Tested for Carcinogenicity, No. 5, Lyon, 88 pages

28.   IARC (1976)  IARC Information Bulletin on the Survey of Chemicals
        Being Tested for Carcinogenicity, No. 6, Lyon, 360 pages

29.   IARC (1978)  IARC Information Bulletin on the Survey of Chemicals
        Being Tested for Carcinogenicity, No. 7, Lyon, 460 pages

30.   Hartwell, J.L. (1951)  Survey of Compounds which have been Tested
        for Carcinogenic Activity, Washington DC, US Government
        Printing Office (Public Health Service Publication No. 149)

31.   Shubik, P. & Hartwell, J.L. (1957)  Survey of Compounds which have
        been Tested for Carcinogenic Activity, Washington DC, US
        Government Printing Office (Public Health Service Publication
        No. 149:  Supplement 1)

32.   Shubik, P. & Hartwell, J.L. (1969)  Survey of Compounds which have
        been Tested for Carcinogenic Activity, Washington DC, US
        Government Printing Office (Public Health Service Publication
        No. 149:  Supplement 2)

33.   Carcinogenesis Program National Cancer Institute (1971)  Survey of
        Compounds which have been Tested for Carcinogenic Activity,
        Washington DC, US Government Printing Office (Public Health
        Service Publication No. 149:  1968-1969)

34.   Carcinogenesis Program National Cancer Institute (1973)  Survey of
        Compounds which have been Tested for Carcinogenic Activity,
        Washington DC, US Government Printing Office (Public Health
        Service Publication No. 149:  1961-1967)

35.   Carcinogenesis Program National Cancer Institute (1974)  Survey of
        Compounds which have been Tested for Carcinogenic Activity,
        Washington DC, US Government Printing Office (Public Health
        Service Publication No. 149:  1970-1971)

36.   Pike, M.C. & Roe, F.J.C. (1963)  An actuarial method of analysis of
        an experiment in two-stage carcinogenesis.  Brit. J. Cancer,
        17, 605-610

37.   Miller, E.C. & Miller, J.A. (1966)  Mechanisms of chemical carcino-
        genesis:  nature of proximate carcinogens and interactions with
        macromolecules.  Pharmacol. Rev., 18, 805-838

38.   Miller, J.A. (1970)  Carcinogenesis by chemicals:  an overview -
        G.H.A. Clowes Memorial Lecture.  Cancer Res., 30, 559-576

31

39.  Miller, J.A. & Miller, E.C. (1976)  The metabolic activation of
     chemical carcinogens to reactive electrophiles.  In: Yuhas, J.M.,
     Tennant, R.W. & Reagon, J.D., eds, Biology of Radiation Carcino-
     genesis, New York, Raven Press

40.  Peto, R. (1974)  Guidelines on the analysis of tumours rates and
     death rates in experimental animals.  Brit. J. Cancer, 29, 101-105

41.  Peto, R. (1975)  Letter to the editor.  Brit. J. Cancer, 31, 697-699

42.  Hoel, D.G. & Walburg, H.E. (1972)  Statistical analysis of survival
     experiments.  J. nat. Cancer Inst., 49, 361-372

43.  Tomatis, L. (1977)  The value of long-term testing for the implemen-
     tation of primary prevention.  In:  Hiatt, H.H., Watson, J.D. &
     Winsten, J.A., eds, Origins of Human Cancer, Book C, Cold Spring
     Harbor, N.Y., Cold Spring Harbor Laboratory, pp. 1339-1357

44.  IARC (1977)  Annual Report 1977, Lyon, International Agency for
     Research on Cancer, pp. 89-93

45.  Tomatis, L., Agthe, C., Bartsch, H., Huff, J., Montesano, R.,
     Saracci, R., Walker, E. & Wilbourn, J. (1978)  Evaluation of
     the carcinogenicity of chemicals: a review of the IARC Mono-
     graph Programme, 1971-1977.  Cancer Res., 38, 877-885

46.  Rall, D.P. (1977)  Species differences in carcinogenesis testing.
     In:  Hiatt, H.H., Watson, J.D. & Winsten, J.A., eds, Origins
     of Human Cancer, Book C, Cold Spring Harbor, N.Y., Cold Spring
     Harbor Laboratory, pp. 1383-1390

47.  WHO (1958)  Second Report of the Joint FAO/WHO Expert Committee
     on Food Additives.  Procedures for the testing of intentional
     food additives to establish their safety for use.  Wld Hlth
     Org. techn. Rep. Ser., No. 144

48.  WHO (1967)  Scientific Group.  Procedures for investigating inten-
     tional and unintentional food additives.  Wld Hlth Org. techn.
     Rep. Ser., No. 348

49.  Berenblum, I., ed. (1969)  Carcinogenicity testing.  UICC techn. Rep.
     Ser., 2

50.  Sontag, J.M., Page, N.P. & Saffiotti, U. (1976)  Guidelines for
     carcinogen bioassay in small rodents.  National Cancer Institute
     Carcinogenesis techn. Rep. Ser., No. 1

51.  Committee on Standardized Genetic Nomenclature for Mice (1972)
     Standardized nomenclature for inbred strains of mice.  Fifth
     listing.  Cancer Res., 32, 1609-1646

52.  Wilson, J.G. & Fraser, F.C. (1977)  Handbook of Teratology, New York, Plenum Press

53.  Ames, B.N., Durston, W.E., Yamasaki, E. & Lee, F.D. (1973)  Carcinogens are mutagens:  a simple test system combining liver homogenates for activation and bacteria for detection.  Proc. nat. Acad. Sci. (Wash.), 70, 2281-2285

54.  McCann, J., Choi, E., Yamasaki, E. & Ames, B.N. (1975)  Detection of carcinogens as mutagens in the Salmonella/microsome test:  assay of 300 chemicals.  Proc. nat. Acad. Sci. (Wash.), 72, 5135-5139

55.  McCann, J. & Ames, B.N. (1976)  Detection of carcinogens as mutagens in the Salmonella/microsome test:  assay of 300 chemicals:  discussion.  Proc. nat. Acad. Sci. (Wash.), 73, 950-954

56.  Sugimura, T., Sato, S., Nagao, M., Yahagi, T., Matsushima, T., Seino, Y., Takeuchi, M. & Kawachi, T. (1977)  Overlapping of carcinogens and mutagens.  In:  Magee, P.N., Takayama, S., Sugimura, T. & Matsushima, T., eds, Fundamentals in Cancer Prevention, Baltimore, University Park Press, pp. 191-215

57.  Purchase, I.F.M., Longstaff, E., Ashby, J., Styles, J.A., Anderson, D., Lefevre, P.A. & Westwood, F.R. (1976)  Evaluation of six short term tests for detecting organic chemical carcinogens and recommendations for their use.  Nature (Lond.), 264, 624-627

58.  Vogel, E. & Sobels, F.H. (1976)  The function of Drosophila in genetic toxicology testing.  In:  Hollaender, A., ed., Chemical Mutagens:  Principles and Methods for Their Detection, Vol. 4, New York, Plenum Press, pp. 93-142

59.  San, R.H.C. & Stich, H.F. (1975)  DNA repair synthesis of cultured human cells as a rapid bioassay for chemical carcinogens.  Int. J. Cancer, 16, 284-291

60.  Pienta, R.J., Poiley, J.A. & Lebherz, W.B. (1977)  Morphological transformation of early passage golden Syrian hamster embryo cells derived from cryopreserved primary cultures as a reliable in vitro bioassay for identifying diverse carcinogens.  Int. J. Cancer, 19, 642-655

61.  Zimmermann, F.K. (1975)  Procedures used in the induction of mitotic recombination and mutation in the yeast Saccharomyces cerevisiae. Mutation Res., 31, 71-86

62.  Ong, T.-M. & de Serres, F.J. (1972)  Mutagenicity of chemical carcinogens in Neurospora crassa.  Cancer Res., 32, 1890-1893

63.  Huberman, E. & Sachs, L. (1976)  Mutability of different genetic loci in mammalian cells by metabolically activated carcinogenic polycyclic hydrocarbons.  Proc. nat. Acad. Sci. (Wash.), 73, 188-192

33

64.  Krahn, D.F. & Heidelburger, C. (1977)  Liver homogenate-mediated
     mutagenesis in Chinese hamster V79 cells by polycyclic aromatic
     hydrocarbons and aflatoxins.  Mutation Res., 46, 27-44

65.  Kuroki, T., Drevon, C. & Montesano, R. (1977)  Microsome-mediated
     mutagenesis in V79 Chinese hamster cells by various nitrosamines.
     Cancer Res., 37, 1044-1050

66.  Searle, A.G. (1975)  The specific locus test in the mouse.  Mutation
     Res., 31, 277-290

67.  Evans, H.J. & O'Riordan, M.L. (1975)  Human peripheral blood lympho-
     cytes for the analysis of chromosome aberrations in mutagen
     tests.  Mutation Res., 31, 135-148

68.  Epstein, S.S., Arnold, E., Andrea, J., Bass, W. & Bishop, Y. (1972)
     Detection of chemical mutagens by the dominant lethal assay in
     the mouse.  Toxicol. appl. Pharmacol., 23, 288-325

69.  Perry, P. & Evans, H.J. (1975)  Cytological detection of mutagen-
     carcinogen exposure by sister chromatid exchanges.  Nature
     (Lond.), 258, 121-125

70.  Stetka, D.G. & Wolff, S. (1976)  Sister chromatid exchange as an
     assay for genetic damage induced by mutagen-carcinogens.  I.
     In vivo test for compounds requiring metabolic activation.
     Mutation Res., 41, 333-342

71.  Bartsch, H. & Grover, P.L. (1976)  Chemical carcinogenesis and muta-
     genesis.  In: Symington, T. & Carter, R.L., eds, Scientific
     Foundations of Oncology, Vol. IX, Chemical Carcinogenesis,
     London, Heinemann Medical Books Ltd, pp. 334-342

72.  Hollaender, A., ed. (1971a,b, 1973, 1976)  Chemical Mutagens: Principles
     and Methods for Their Detection, Vols 1-4, New York, Plenum Press

73.  Montesano, R. & Tomatis, L., eds (1974)  Chemical Carcinogenesis
     Essays, Lyon (IARC Scientific Publications No. 10)

74.  Ramel, C., ed. (1973)  Evaluation of genetic risk of environmental
     chemicals:  report of a symposium held at Skokloster, Sweden,
     1972.  Ambio Special Report, No. 3

75.  Stoltz, D.R., Poirier, L.A., Irving, C.C., Stich, H.F., Weisburger, J.H.
     & Grice, H.C. (1974)  Evaluation of short-term tests for carcino-
     genicity.  Toxicol. appl. Pharmacol., 29, 157-180

76.  Montesano, R., Bartsch, H. & Tomatis, L., eds (1976)  Screening Tests
     in Chemical Carcinogenesis, Lyon (IARC Scientific Publications
     No. 12)

77.  Committee 17 (1975)  Environmental mutagenic hazards.  Science, 187,
     503-514

GENERAL REMARKS ON THE SUBSTANCES CONSIDERED

In this seventeenth volume of the *IARC Monograph* series, certain *N*-nitroso compounds are evaluated. Among these are a number of *N*-nitrosamines that have been tested for carcinogenicity and that have been shown to occur in the environment; the nitrosamides, *N*-nitroso-*N*-ethylurea and *N*-nitroso-*N*-methylurea; and the anticancer drug, streptozotocin, which is related structurally to the latter nitrosamide. Monographs on *N*-nitrosodiethylamine, *N*-nitrosodimethylamine, *N*-nitroso-*N*-ethylurea and *N*-nitroso-*N*-methylurea appeared in volume 1 of the *IARC Monographs*, and monographs on *N*-nitrosodi-*n*-butylamine and streptozotocin were published in volume 4; new data on these compounds have been included in the present volume.

In addition, a monograph on polychlorinated biphenyls, published in volume 7 of the *IARC Monographs*, was re-examined and updated to include recent observations on the effects of this class of chemicals on humans. The resulting monograph will be combined with a future one on polybrominated biphenyls, and these are to be published as a separate volume.

Following the observation in animals of the toxic (Barnes & Magee, 1954) and carcinogenic effects of *N*-nitrosodimethylamine (Magee & Barnes, 1956), studies were made of the biological activities of a variety of *N*-nitroso compounds. The hepatotoxic effect of *N*-nitrosodimethylamine in humans was reported in 1937 by Freund (1937), who described clinical and autopsy findings in two chemists accidentally poisoned with this compound. The carcinogenicity of several *N*-nitroso compounds was extensively investigated and reported by Druckrey *et al*. (1967) and was reviewed by Magee & Barnes (1967). More recently, reviews on their toxicity (Magee & Swann, 1969), carcinogenicity and metabolism (Magee *et al*., 1975, 1976), teratogenicity (Druckrey, 1973a,b) and mutagenicity (Montesano & Bartsch, 1976; Neale, 1976) have also appeared. The carcinogenicity studies have demonstrated that these *N*-nitroso compounds have a high degree of specificity in inducing tumours in various species and among target organs within the same species. This group of carcinogens has provided a unique research tool for elucidating the possible mechanism(s) of cancer induction by chemical substances at cellular and molecular levels (Magee *et al*., 1976; Pegg, 1977).

The observation of severe liver disease in sheep fed a diet contain-
ing fishmeal preserved with nitrite (Koppang *et al.*, 1964) and the identi-
fication of *N*-nitrosodimethylamine as the toxic principle in such products
(Ender *et al.*, 1964; Sakshaug *et al.*, 1965) led to widespread efforts to
evaluate levels of *N*-nitroso compounds in food destined for human and
animal consumption.

Humans may be exposed to *N*-nitroso compounds in several ways:
formation in the environment and subsequent absorption from food, water,
air or industrial and consumer products; formation in the human body
from precursors ingested separately in food, water or air; from the
consumption or smoking of tobacco; and from naturally occurring compounds.

It has been known since 1865 that the reaction of dimethylamine
hydrochloride with sodium nitrite at an acidic pH yields *N*-nitrosodimethyl-
amine (Fridman *et al.*, 1971). It has been suggested (Druckrey *et al.*, 1963;
Lijinsky & Epstein, 1970; Sander, 1967) that this reaction could occur in
the acid conditions of the mammalian stomach between ingested nitrite and
amines, and there is now substantial evidence that *N*-nitrosamines can be
formed in this way. The phenomenon was first demonstrated by Sander *et al.*
(1968).

Nitrite and nitrate are added to some foods, particularly meats and
fish, as processing aids and as agents to prevent formation of botulinum
toxin. White (1975) estimated that about 80% of the total nitrate ingested
daily (106 mg) originates from vegetables, and about 70% of nitrite that
enters the stomach (12.8 mg) comes from the saliva. Regulations exist in
many countries to control the addition of nitrate and nitrite to food
products. In order to prevent the possible formation of *N*-nitrosamines
from, for example, mixtures of spices with nitrites and/or nitrates used
in commercial meat and poultry curing (known as curing premixes), the US
Food and Drug Administration has made a regulation that allows the use of
these premixes only if the nitrites and/or nitrates are packaged separately
from the spices with instructions on the label that they are not to be
combined until just prior to use (US Food and Drug Administration, 1973).
Nitrate reduction by bacteria could also lead to the formation of *N*-nitros-

36

amines either *in vivo* (Hawksworth & Hill, 1971) or in the environment
(Ayanaba *et al.*, 1973).

Little is known about the metabolism of nitrate in man. Nitrite is
formed in the oral cavity by bacterial reduction of nitrate, and the normal
concentration range in individuals who do not consume large amounts of
nitrate is 6-10 mg/1 of saliva (Tannenbaum *et al.*, 1974). When foods that
contain nitrate, such as certain root and leafy vegetables, are consumed,
salivary nitrate and nitrite levels are elevated to hundreds of mg/1
(Spiegelhalder *et al.*, 1976; Tannenbaum *et al.*, 1976). Under normal
conditions, nitrite arises in the stomach from the swallowing of saliva
(Klein *et al.*, 1978), but bacterial reduction of nitrate may continue in
the stomachs of individuals who have low gastric acidity or anacidity;
low gastric acidity has been related to the etiology of gastric cancer
(Cuello *et al.*, 1976).

Nitrosatable substances that occur in the environment include secon-
dary and tertiary amines, quaternary ammonium compounds, ureas, carbamates
and guanidines. Some of these compounds are found ubiquitously in nature;
nitrosation of a number of agricultural chemicals has been shown to occur
(Eisenbrand *et al.*, 1974; Elespuru & Lijinsky, 1973; Preussmann, 1975;
Sen *et al.*, 1974), and various drugs carry nitrosatable alkyl amino or
amido groups (Lijinksy, 1974; Lijinsky & Greenblatt, 1972). The chemical
kinetics of nitrosation have been reviewed recently by Mirvish (1975).

The drug amidopyrine can react rapidly with traces of nitrosating
agents (even gaseous nitrogen oxides), resulting in the formation of
*N*-nitrosodimethylamine; a wide variety of commercial drugs containing
amidopyrine have been found to have traces of this carcinogen (Eisenbrand
*et al.*, 1978).

Evidence that *N*-nitroso compounds are formed in the body from amine
precursors is based on: (a) their detection in gastric juices *in vitro*
and in the mammalian or human stomach *in vivo*; and (b) the observation
of acute toxic and carcinogenic effects as well as damage to cellular
macromolecules after simultaneous administration of nitrite and various
amines and amides (Magee *et al.*, 1976; Preussmann, 1975). Recently,

*N*-nitrosodiethyl- and -dimethylamines have been detected in human blood
after the consumption of a meal consisting of normal dietary items (Fine
*et al.*, 1977a).

The amount of *N*-nitroso compounds formed by nitrosation is affected by
many factors, such as basicity of the amine, pH and substrate concentration.
Nucleophilic ions such as thiocyanate increase the rate of *N*-nitrosamine
formation (Boyland *et al.*, 1971; Fan & Tannenbaum, 1973). *C*-Nitrosophenols,
the product of the nitrosation of phenols, catalyse *N*-nitrosamine formation
(Davies *et al.*, 1978); other naturally occurring phenols may either inhibit
or promote formation under different conditions (Walker *et al.*, 1975).
Nitrosation may be promoted in certain environments by the presence of
bacteria (Archer *et al.*, 1978; Klubes *et al.*, 1972). Ascorbic acid
(Mirvish *et al.*, 1972) and α-tocopherol (Mergens *et al.*, 1978) inhibit
the formation of *N*-nitroso compounds.

Other, as yet unexplored possibilities for the formation of *N*-nitroso
compounds are: transnitrosation reactions (Singer *et al.*, 1978); nitro-
sation in organic solutions of strongly basic amines even by inorganic
nitrite (Angeles *et al.*, 1978); and nitrosation even under strongly
alkaline conditions with nitrogen oxides (Challis *et al.*, 1978).

Human exposure to *N*-nitroso compounds can also occur from contact
with exogenously formed *N*-nitroso compounds. The occurrence of nitros-
amines in foodstuffs has been reviewed recently (Crosby, 1976; Crosby &
Sawyer, 1976). Significant levels of *N*-nitrosamines have also been found
in cosmetics (Fan *et al.*, 1977a).

The possible formation of *N*-nitrosamines in cigarette smoke was ori-
ginally suggested by Druckrey & Preussmann (1962), since tobacco contains
several nitrosatable amines and nitrosating agents. Subsequently, nitros-
amines were found in tobacco and tobacco smoke (Brunnemann & Hoffmann,
1978; Hoffmann *et al.*, 1974, 1976) and in indoor atmospheres under conditions
of excessive tobacco smoking (Brunnemann & Hoffmann, 1978).

The occupational hazards associated with the use of *N*-nitroso compounds
in industry have been outlined by Magee (1972). Some are used as organic
accelerators and antioxidants in the production of rubber (Boyland *et al.*,

38

1968). *N*-Nitrosodimethylamine was detected as a pollutant in the air of a factory producing dimethylamine; its concentration correlated with the concentrations of nitrogen dioxide and secondary amine in the air (Bretschneider & Matz, 1974, 1976). *N*-Nitrosodimethylamine and three unidentified *N*-nitroso compounds were also detected in samples of air in the vicinity of a plant manufacturing 1,1-dimethylhydrazine, a rocket propellant of which *N*-nitrosodimethylamine is a precursor, and in the vicinity of a factory manufacturing amines (Fine *et al.*, 1976a,b,c). Another source of human exposure to *N*-nitroso compounds may be the nitrite salts used as corrosion inhibitors in packaging materials (Archer & Wishnok, 1976), in synthetic cutting fluids (Fan *et al.*, 1977b; Rappe & Zingmark, 1978; Zingmark & Rappe, 1977) and in some widely used herbicides (Fine *et al.*, 1977b) (see also monographs on *N*-nitrosodi-*n*-butylamine, *N*-nitroso-dimethylamine and *N*-nitrosodiethanolamine).

There is considerable evidence that nitrosation reactions can occur in soils, organic waste or water in areas where industrial or other waste discharges contain large amounts of amines (Ayanaba *et al.*, 1973; Tate & Alexander, 1975).

The relevance of these traces of *N*-nitroso compounds to a possible risk to humans has yet to be established. However, a large variety of animal species and organs are susceptible to their carcinogenic action, and samples of human liver and lung are capable of forming alkylating (Harris *et al.*, 1977; Montesano & Magee, 1970) and mutagenic (Bartsch *et al.*, 1976; Czygan *et al.*, 1973) metabolites. The exceedingly difficult question of whether a proportion of human cancer or transmissible genetic damage could be attributed to these groups of carcinogens has not so far been answered, although some studies have indirectly examined the possible role of *N*-nitrosamines in the etiology of a number of human cancers (Correa *et al.*, 1975; Cuello *et al.*, 1976; Hill *et al.*, 1973; Joint Iran-IARC Study Group, 1977; Zaldívar & Wetterstrand, 1975).

At present, however, it may be difficult, if not impossible, to demonstrate in the general population a cause-effect relationship between exposure to low levels of *N*-nitrosamines and the incidence of certain human

cancers, although the existence of such a correlation remains a working hypothesis.

Most of the chemical and physical properties of the nitrosamines described in these monographs were taken from Druckrey *et al.* (1967). The principal techniques employed for the analysis of volatile *N*-nitrosamines have been described in a recent publication (Preussmann *et al.*, 1978). The relative merits of high- and low-resolution mass spectrometry are discussed, since use of mass spectrometry as a confirmatory technique is particularly important. In this respect, those data reported in the section on occurrence which have not been confirmed by this technique have been marked with a footnote. This does not necessarily imply that the data are unreliable, but, in assessing the significance of such data, emphasis should be placed on those that have been confirmed by mass spectrometry. In certain instances, *N*-nitroso compounds may be formed as artefacts during an analytical procedure; in these cases mass spectrometry adds little to the value of the data (Fine *et al.*, 1977b).

References

Angeles, R.M., Keefer, L.K., Roller, P.P. & Uhm, S.J. (1978) Chemical
    models for possible artifactual nitrosamine formation in environ-
    mental analysis. In: Walker, E.A., Castegnaro, M., Griciute, L.
    & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds,
    Lyon (IARC Scientific Publications No. 19) (in press)

Archer, M.C. & Wishnok, J.S. (1976) Nitrosamine formation in corrosion-
    inhibiting compositions containing nitrite salts of secondary amines.
    J. environm. Sci. Hlth, A11, 583-590

Archer, M.C., Yang, H.S. & Okun, J.D. (1978) Acceleration of nitrosamine
    formation at pH 3.5 by microorganisms. In: Walker, E.A.,
    Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental
    Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications
    No. 19) (in press)

Ayanaba, A., Verstraete, W. & Alexander, M. (1973) Possible microbial
    contribution to nitrosamine formation in sewage and soil. J. nat.
    Cancer Inst., 50, 811-813

Barnes, J.M. & Magee, P.N. (1954) Some toxic properties of dimethylnitro-
    samine. Brit. J. industr. Med., 11, 167-174

Bartsch, H., Camus, A. & Malaveille, C. (1976) Comparative mutagenicity
    of N-nitrosamines in a semi-solid and in a liquid incubation system
    in the presence of rat or human tissue fractions. Mutation Res.,
    37, 149-162

Boyland, E., Carter, R.L., Gorrod, J.W. & Roe, F.J.C. (1968) Carcinogenic
    properties of certain rubber additives. Europ. J. Cancer, 4, 233-239

Boyland, E., Nice, E. & Williams, K. (1971) The catalysis of nitrosation by
    thiocyanate from saliva. Fd Cosmet. Toxicol., 9, 639-643

Bretschneider, K. & Matz, J. (1974) Nitrosamine (NA) in der atmosphärischen
    [Luft] und in der Luft am Arbeitsplatz. Arch. Geschwulstforch., 43,
    36-41

Bretschneider, K. & Matz, J. (1976) Occurrence and analysis of nitrosamines
    in air. In: Walker, E.A., Bogovski, P. & Griciute, L., eds,
    Environmental N-Nitroso Compounds Analysis and Formation, Lyon
    (IARC Scientific Publications No. 14), pp. 395-399

Brunnemann, K.D. & Hoffmann, D. (1978) Chemical studies on tobacco smoke.
    LIX. Analysis of volatile nitrosamines in tobacco smoke and polluted
    indoor environments. In: Walker, E.A., Castegnaro, M., Griciute, L.
    & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon
    (IARC Scientific Publications No. 19) (in press)

41

Challis, B.C., Edwards, A., Hunma, R.R., Kyrptopoulos, S.A. & Outram, J.R. (1978)  Rapid formation of *N*-nitrosamines from nitrogen oxides under neutral and alkaline conditions. In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Correa, P., Haenszel, W., Cuello, C., Tannenbaum, S. & Archer, M. (1975)  A model for gastric cancer epidemiology. Lancet, ii, 58-60

Crosby, N.T. (1976)  Nitrosamines in foodstuffs. Residue Rev., 64, 77-135

Crosby, N.T. & Sawyer, R. (1976)  *N*-Nitrosamines: a review of chemical and biological properties and their estimation in foodstuffs. Adv. Fd Res., 22, 1-71

Cuello, C., Correa, P., Haenszel, W., Gordillo, G., Brown, C., Archer, M.C. & Tannenbaum, S. (1976)  Gastric cancer in Colombia. I. Cancer risk and suspect environmental agents. J. nat. Cancer Inst., 57, 1015-1020

Czygan, P., Greim, H., Garro, A.J., Hutterer, F., Rudick, J., Schaffner, F. & Popper, H. (1973)  Cytochrome P-450 content and the ability of liver microsomes from patients undergoing abdominal surgery to alter the mutagenicity of a primary and a secondary carcinogen. J. nat. Cancer Inst., 51, 1761-1764

Davies, R., Dennis, M.J., Massey, R.C. & McWeeny, D.J. (1978)  Some effects of phenol- and thiol-nitrosation reactions on *N*-nitrosamine formation. In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Druckrey, H. (1973a)  Chemical structure and action in transplacental carcinogenesis and teratogenesis. In: Tomatis, L. & Mohr, U., eds, Transplacental Carcinogenesis, Lyon (IARC Scientific Publications No. 4), pp. 45-58

Druckrey, H. (1973b)  Specific carcinogenic and teratogenic effects of 'indirect' alkylating methyl and ethyl compounds, and their dependency on stages of ontogenic developments. Xenobiotica, 3, 271-303

Druckrey, H. & Preussmann, R. (1962)  Zur Entstehung carcinogener Nitrosamine am Beispiel des Tabakrauchs. Naturwissenschaften, 49, 498-499

Druckrey, H., Steinhoff, D., Beuthner, H., Schneider, H. & Klärner, P. (1963)  Prüfung von Nitrit auf chronisch toxische Wirkung an Ratten. Arzenimittel-Forsch., 13, 320-323

Druckrey, H., Preussmann, R., Ivankovic, S. & Schmähl, D. (1967)  Organo-trope carcinogene Wirkungen bei 65 verschiedenen *N*-Nitroso-Verbindungen an BD-Ratten. Z. Krebsforsch., 69, 103-201

42

Eisenbrand, G., Ungerer, O. & Preussmann, R. (1974)  Formation of N-nitroso compounds from agricultural chemicals and nitrite.  In:  Bogovski, P. & Walker, E.A., eds, N-Nitroso Compounds in the Environment, Lyon (IARC Scientific Publications No. 9), pp. 71-74

Eisenbrand, G., Spiegelhalder, B., Janzowski, C., Kann, J. & Preussmann, R. (1978)  Volatile and non-volatile N-nitroso compounds in foods and other environmental media.  In:  Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Elespuru, R.K. & Lijinsky, W. (1973)  The formation of carcinogenic nitroso compounds from nitrite and some types of agricultural chemicals. Fd Cosmet. Toxicol., 11, 807-817

Ender, F., Havre, G., Helgebostad, A., Koppang, N., Madsen, R., Ceh, L. & Björnson, O. (1964)  Isolation and identification of a hepatotoxic factor in herring meal produced from sodium nitrite preserved herring. Naturwissenschaften, 51, 637-638

Fan, T.-Y. & Tannenbaum, S.R. (1973)  Factors influencing the rate of formation of nitrosomorpholine from morpholine and nitrite:  acceleration by thiocyanate and other anions.  J. agric. Fd. Chem., 21, 237-240

Fan, T.-Y., Goff, U., Song, L., Fine, D.H., Arsenault, G.P. & Biemann, K. (1977a)  N-Nitrosodiethanolamine in cosmetics, lotions and shampoos. Fd Cosmet. Toxicol., 15, 423-430

Fan, T.-Y., Morrison, J., Rounbehler, D.P., Ross, R., Fine, D.H., Miles, W. & Sen, N.P. (1977b)  N-Nitrosodiethanolamine in synthetic cutting fluids:  a part-per-hundred impurity.  Science, 196, 70-71

Fine, D.H., Rounbehler, D.P., Belcher, N.M. & Epstein, S.S. (1976a)  N-Nitroso compounds:  detection in ambient air.  Science, 192, 1328-1330

Fine, D.H., Rounbehler, D.P., Pellizzari, E.D., Bunch, J.E., Berkley, R.W., McCrae, J., Bursey, J.T., Sawicki, E., Krost, K. & DeMarrais, G.A. (1976b)  N-Nitrosodimethylamine in air.  Bull. environm. Contam. Toxicol., 15, 739-746

Fine, D., Rounbehler, D.P., Sawicki, E., Krost, K. & DeMarrais, G.A. (1976c) N-Nitroso compounds in the ambient community air of Baltimore, Maryland.  Analyt. Lett., 9, 595-604

Fine, D.H., Ross, R., Rounbehler, D.P., Silvergleid, A. & Song, L. (1977a) Formation in vivo of volatile N-nitrosamines in man after ingestion of cooked bacon and spinach.  Nature (Lond.), 265, 753-755

Fine, D.H., Rounbehler, D.P., Fan, T. & Ross, R. (1977b)  Human exposure
    to N-nitroso compounds in the environment.  In:  Hiatt, H.H.,
    Watson, J.D. & Winsten, J.A., eds., Origins of Human Cancer, Book A,
    Cold Spring Harbor, N.Y., Cold Spring Harbor Laboratory, pp. 293-307

Freund, H.A. (1937)  Clinical manifestations and studies in parenchymatous
    hepatitis.  Ann. intern. Med., 10, 1144-1155

Fridman, A.L., Mukhametshin, F.M. & Novikov, S.S. (1971)  Advances in the
    chemistry of aliphatic N-nitrosamines.  Russ. chem. Rev., 40, 34-50

Harris, C.C., Autrup, H., Stoner, G.D., McDowell, E.M., Trump, B.F. &
    Schafer, P. (1977)  Metabolism of dimethylnitrosamine and 1,2-
    dimethylhydrazine in cultured human bronchi.  Cancer Res., 37,
    2309-2311

Hawksworth, G.M. & Hill, M.J. (1971)  Bacteria and the N-nitrosation of
    secondary amines.  Brit. J. Cancer, 25, 520-526

Hill, M.J., Hawksworth, G. & Tattersall, G. (1973)  Bacteria, nitrosamines
    and cancer of the stomach.  Brit. J. Cancer, 28, 562-567

Hoffmann, D., Rathkamp, G. & Liu, Y.Y. (1974)  Chemical studies on
    tobacco smoke.  XXVI.  On the isolation and identification of
    volatile and non-volatile N-nitrosamines and hydrazines in cigarette
    smoke.  In:  Bogovski, P. & Walker, E.A., eds, N-Nitroso Compounds
    in the Environment, Lyon (IARC Scientific Publications No. 9),
    pp. 159-165

Hoffmann, D., Hecht, S.S., Ornaf, R.M., Wynder, E.L. & Tso, T.C. (1976)
    Chemical studies on tobacco smoke.  XLII.  Nitrosonornicotine:
    presence in tobacco, formation and carcinogenicity.  In:  Walker, E.A.,
    Bogovski, P. & Griciute, L., eds, Environmental N-Nitroso Compounds
    Analysis and Formation, Lyon (IARC Scientific Publications No. 14),
    pp. 307-320

Joint Iran-International Agency for Research on Cancer Study Group (1977)
    Esophageal cancer studies in the Caspian littoral of Iran:  results
    of population studies - a prodrome.  J. nat. Cancer Inst., 59, 1127-1138

Klein, D., Gaconnet, N., Poullain, B. & Debry, G. (1978)  Possibility of
    nitrosation during human digestion.  I.  Evaluation of precursors
    and affecting factors in vivo.  II.  Effect of meal on the reaction.
    In:  Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Klubes, P., Cerna, I., Rabinowitz, A.D. & Jondorf, W.R. (1972)  Factors
    affecting dimethylnitrosamine formation from simple precursors by
    rat intestinal bacteria.  Fd Cosmet. Toxicol., 10, 757-767

Koppang, N., Slagsvold, P., Hansen, M.A., Sögnen, E. & Svenkerud, R. (1964) Feeding experiments with meal produced from herring preserved with sodium nitrite and formalin. Nord. Vet.-Med., 16, 343-362

Lijinsky, W. (1974) Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines. Cancer Res., 34, 255-258

Lijinsky, W. & Epstein, S.S. (1970) Nitrosamines as environmental carcinogens. Nature (Lond.), 225, 21-23

Lijinsky, W. & Greenblatt, M. (1972) Carcinogen dimethylnitrosamine produced in vivo from nitrite and aminopyrine. Nature New Biol., 236, 177-178

Magee, P.N. (1972) Possibilities of hazard from nitrosamines in industry. Ann. occup. Hyg., 15, 19-22

Magee, P.N. & Barnes, J.M. (1956) The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine. Brit. J. Cancer, 10, 114-122

Magee, P.N. & Barnes, J.M. (1967) Carcinogenic nitroso compounds. Adv. Cancer Res., 10, 163-246

Magee, P.N. & Swann, P.F. (1969) Nitroso compounds. Brit. med. Bull., 25, 240-244

Magee, P.N., Pegg, A.E. & Swann, P.F. (1975) Molecular mechanisms of chemical carcinogenesis. In: Altmann, H.-W. et al., eds, Handbuch der Allgemeinen Pathologie, Vol. 6, Berlin, Springer, pp. 329-419

Magee, P.N., Montesano, R. & Preussmann, R. (1976) N-Nitroso compounds and related carcinogens. In: Searle, C.E., ed., Chemical Carcinogens (ACS Monograph 173), Washington DC, American Chemical Society, pp. 491-625

Mergens, W.J., Kamm, J.J., Newmark, H.L., Fiddler, W. & Pensabene, J. (1978) Alpha-tocopherol: uses in preventing nitrosamine formation. In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Mirvish, S.S. (1975) Formation of N-nitroso compounds: chemistry, kinetics, and in vivo occurrence. Toxicol. appl. Pharmacol., 31, 325-351

Mirvish, S.S., Wallcave, L., Eagen, M. & Shubik, P. (1972) Ascorbate-nitrite reaction: possible means of blocking the formation of carcinogenic N-nitroso compounds. Science, 177, 65-68

Montesano, R. & Bartsch, H. (1976) Mutagenic and carcinogenic N-nitroso compounds: possible environmental hazards. Mutation Res., 32, 179-228

Montesano, R. & Magee, P.N. (1970)  Metabolism of dimethylnitrosamine by human liver slices *in vitro*.  Nature (Lond.), 228, 173-174

Neale, S. (1976)  Mutagenicity of nitrosamides and nitrosamidines in microorganisms and plants.  Mutation Res., 32, 229-266

Pegg, A.E. (1977)  Formation and metabolism of alkylated nucleosides: possible role in carcinogenesis by nitroso compounds and alkylating agents.  Adv. Cancer Res., 25, 195-269

Preussmann, R. (1975)  Chemische Carcinogene in der menschlichen Umwelt. In: Altmann, H.-W. *et al.*, eds, Handbuch der Allgemeinen Pathologie, Vol. 6, Berlin, Springer, pp. 421-594

Preussmann, R., Walker, E.A., Wasserman, A.E. & Castegnaro, M., eds (1978) Environmental Carcinogens - Selected Methods of Analysis, Vol. 1, Nitrosamines, Lyon (IARC Scientific Publications No. 18) (in press)

Rappe, C. & Zingmark, P.-A. (1978)  Formation of *N*-nitrosamines in cutting fluids.  In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Sakshaug, J., Sögnen, E., Hansen, M.A. & Koppang, N. (1965)  Dimethyl-nitrosamine:  its hepatotoxic effect in sheep and its occurrence in toxic batches of herring meal.  Nature (Lond.), 206, 1261-1262

Sander, J. (1967)  Kann Nitrit in der menschlichen Nahrung Ursache einer Krebsentstehung durch Nitrosaminbildung sein?  Arch. Hyg. (Berl.), 151, 22-28

Sander, J., Schweinsberg, F. & Menz, H.-P. (1968)  Untersuchungen über die Entstehung cancerogener Nitrosamine im Magen.  Hoppe-Seyler's Z. physiol. Chem., 349, 1691-1697

Sen, N.P., Donaldson, B.A. & Charbonneau, C. (1974)  Formation of nitroso-dimethylamine from the interaction of certain pesticides and nitrite. In:  Bogovski, P. & Walker, E.A., eds, *N*-Nitroso Compounds in the Environment, Lyon (IARC Scientific Publications No. 9), pp. 75-79

Singer, S.S., Lijinsky, W. & Singer, G.M. (1978)  Transnitrosation: an important aspect of the chemistry of aliphatic nitrosamines.  In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Spiegelhalder, B., Eisenbrand, G. & Preussmann, R. (1976)  Influence of dietary nitrate on nitrite content of human saliva:  possible relevance to *in vivo* formation of *N*-nitroso compounds.  Fd Cosmet. Toxicol., 14, 545-548

Tannenbaum, S.R., Sinskey, A.J., Weisman, M. & Bishop, W. (1974) Nitrite in human saliva: its possible relationship to nitrosamine formation. J. nat. Cancer Inst., 53, 79-84

Tannenbaum, S.R., Weisman, M. & Fett, D. (1976) The effect of nitrate intake on nitrite formation in human saliva. Fd Cosmet. Toxicol., 14, 549-552

Tate, R.L., III & Alexander, M. (1975) Stability of nitrosamines in samples of lake water, soil, and sewage. J. nat. Cancer Inst., 54, 327-330

US Food and Drug Administration (1973) Nitrites and/or nitrates combined with spices in curing premixes. Fed. Regist., 38, 31679-31680

Walker, E.A., Pignatelli, B. & Castegnaro, M. (1975) Effects of gallic acid on nitrosamine formation. Nature (Lond.), 258, 176

White, J.W., Jr (1975) Relative significance of dietary sources of nitrate and nitrite. J. agric. Fd Chem., 23, 886-891

Zaldívar, R. & Wetterstrand, W.H. (1975) Further evidence of a positive correlation between exposure to nitrate fertilizers (NaNO$_3$ and KNO$_3$) and gastric cancer death rates: nitrites and nitrosamines. Experientia, 31, 1354-1355

Zingmark, P.-A. & Rappe, C. (1977) On the formation of N-nitrosodiethanol-amine in a grinding fluid concentrate after storage. Ambio, 6, 237-238

*N*-NITROSODIETHYLAMINE

This substance was considered previously by an IARC Working Group, in December 1971 (IARC, 1972). Since that time new data have become available, and these have been incorporated into the monograph and taken into account in the present evaluation.

## 1. Chemical and Physical Data

### 1.1 Synonyms and trade names

Chem. Abstr. Services Reg. No.: 55-18-5

Chem. Abstr. Name: *N*-Ethyl-*N*-nitroso-ethanamine

DEN; DENA; *N*,*N*-diethylnitrosamine; diethylnitrosamine; nitrosodiethylamine; NDEA

### 1.2 Structural and molecular formulae and weight

$$O=N-N\begin{array}{c}CH_2-CH_3\\ \\ CH_2-CH_3\end{array}$$

$C_4H_{10}N_2O$       Mol. wt: 102.1

### 1.3 Chemical and physical properties of the pure substance

(a) Description: Yellow, volatile liquid

(b) Boiling-point: $177^{O}C$ (760 mm); $64-65^{O}C$ (17 mm) (Druckrey *et al.*, 1967)

(c) Density: $d_4^{20}$ 0.9422

(d) Refractive index: $n_D^{20}$ 1.4386

(e) Spectroscopy data: $\lambda_{max}$ 230 and 340 nm ($E_1^1$ = 726.7 and 8.3) in water (Druckrey *et al.*, 1967); mass spectroscopy data are given by Pensabene *et al.* (1972) and Rainey *et al.* (1978).

(f) Solubility: Soluble in water (approximately 10%) (Druckrey *et al.*, 1967) and in organic solvents and lipids

83

(g) Volatility: Can be steam-distilled quantitatively (Eisenbrand
    *et al.*, 1970)

(h) Stability: Stable at room temperature for more than 14 days
    in neutral or alkaline aqueous solutions in the dark (Druckrey
    *et al.*, 1967); slightly less stable in acidic solutions;
    light-sensitive, especially to ultra-violet light

(i) Reactivity: Strong oxidants (peracids) oxidize it to the
    corresponding nitramine; can be reduced to the corresponding
    hydrazine and/or amine; relatively resistant to hydrolysis
    but can easily be split by hydrogen bromide in acetic acid
    (Eisenbrand & Preussmann, 1970). Photochemically reactive
    (Fridman *et al.*, 1971). A description of the preparation of
    various derivatives is available (Preussmann *et al.*, 1978).

## 1.4 Technical products and impurities

No data were available to the Working Group.

## 2. Production, Use, Occurrence and Analysis

## 2.1 Production and use

For background information on this section, see preamble, p. 22.

(a) Production

*N*-Nitrosodiethylamine (NDEA) was first prepared in 1863 by Geuther
& Kreutzhage (Prager *et al.*, 1922). It can be made by the reaction of
diethylamine and nitrous acid (Druckrey *et al.*, 1967).

Although NDEA is available in small quantities for research purposes,
no evidence was found that it has been manufactured commercially.

(b) Use

No data were available to the Working Group.

2.2  Occurrence

(a)  Air

When the air of a number of major US cities was examined for *N*-nitrosamines, NDEA (200 mg/m$^3$)[1] was found only in one area of Baltimore (Fine *et al.*, 1976a,b).  Levels of <10 ng/m$^3$[1] have been found in the smoking compartment of a train (Brunnemann & Hoffman, 1978).

(b)  Tobacco smoke

McCormick *et al.* (1973) reported NDEA in tobacco smoke condensate at a level of 1-28 ng/cigarette.  The mainstream smoke of a blended cigarette without filter tip (85 mm;  0.9% nitrate;  2.05% nicotine) was reported to contain <5 ng NDEA/cigarette (Hoffmann *et al.*, 1974).  Klimsch *et al.* (1976) reported trace levels in 9 types of tobacco smoke, and 1 ng/cigarette in one sample.  Up to 8.3 ng/cigarette were found in the mainstream smoke of 19 commercial and experimental cigarettes;  far greater concentrations (8-73 ng/cigarette) were found in sidestream smoke (Brunnemann & Hoffmann, 1978;  Brunnemann *et al.*, 1977).

(c)  Water

NDEA was found at the 0.010 µg/l[1] level in high-nitrate well-water used for drinking (Fine, 1978).  Fiddler *et al.* (1977) reported 0.33 and 0.83 µg/l NDEA in deionized water.  Levels of 0.07 and 0.24 µg/l[1] were found in the waste-water from 2/19 chemical plants (Cohen & Bachman, 1978).

(d)  Food and feed

Cheese:  NDEA was detected in a sample of Cheddar cheese in trace amounts (>0.5 µg/kg but <1.0 µg/kg) and in Cheshire cheese at a level of 1.5 µg/kg[1] (Alliston *et al.*, 1972).  It was found in 1/16 cheese samples at a level of 20-30 µg/kg[1] (Cerutti *et al.*, 1975).  Sen *et al.* (1978) reported 2-20 µg/kg NDEA in 10/63 cheeses.  Eisenbrand *et al.* (1978) found 3 µg/kg in 1/173 cheeses.

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

Vegetables and vegetable oils: NDEA has been detected in beans at a level of 0.2 μg/kg[1] (Roach, 1972), and in five samples of freshly expressed soya bean oil at a level of 4 μg/kg[1] (Hedler & Marquardt, 1974).

Cereal products: In earlier work using inadequate methodology, conflicting reports were made about the presence of NDEA in cereal products. Hedler & Marquardt (1968), Heyns & Röper (1974), Kroeller (1967), Marquardt & Hedler (1966), Roach (1972), Sen *et al.* (1969), Thewlis (1967) and studies in Iran (Joint Iran-IARC Study Group, 1977) found no evidence of NDEA in such products.

Fish: NDEA has been found at levels of less than 1 μg/kg in spotted catfish, cod, coalfish, greater silver smelt, grenadier, herring, pollock, redfish and torsk; haddock was found to contain up to 4 μg/kg (Telling *et al.*, 1974). In another study, cod was found to contain up to 50 μg/kg[1] in salted samples, 39 μg/kg[1] in samples in tomato sauce, 1 μg/kg[1] in frozen samples and none in smoked samples. The same study reported that dwarf herring contained 147 μg/kg[1] in baked samples, 2 μg/kg[1] in fresh samples and 1 μg/kg[1] in smoked samples. Herring was found to contain 108 μg/kg[1] in pickled samples, 27 μg/kg[1] in samples in tomato sauce and 4 μg/kg[1] in smoked samples (Kann *et al.*, 1976). Earlier studies reported a level of 1.5 μg/kg[1] in both uncooked and fried stale cod (Alliston *et al.*, 1972) and traces[1] of NDEA in samples of pickled but not frozen herring (Sen *et al.*, 1969). Levels of 1.2-21.0 mg/kg[1] have been reported in Cantonese salt-dried fish (Fong & Walsh, 1971).

NDEA has also been detected[1] in salted salmon roe which contained sodium nitrite (Sakai & Tanimura, 1971). Iyengar *et al.* (1976) found 4-14 μg/kg NDEA in halibut, salmon, cod, sole, ocean perch and scallops only after frying or baking.

Meat products: A maximum of 40 μg/kg[1] NDEA was reported in cured meats (Freimuth & Glaeser, 1970). Less than 1 μg/kg was detected in 1/24 samples of fried bacon, and 1-4 μg/kg were found in a sample of chopped

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

pork (Crosby *et al.*, 1972). In the UK, 1.5 µg/kg[1] NDEA was found in fried
back bacon and in uncooked pig's liver (Alliston *et al.*, 1972). Levels of
2-25 µg/kg were found in 11/298 samples (Sen *et al.*, 1974) and in 9/80
samples of various meat products (Panalaks *et al.*, 1974). Trace amounts[1]
of NDEA were reported in samples of tea sausage, smoked 'Krekovi' sausage
and smoked 'Servelaad' sausage (Kann *et al.*, 1976). Samples of uncooked
bacon were found to contain 0.3 µg/kg, and cooked bacon samples contained
2.0 µg/kg[1] (Fine & Rounbehler, 1976).

Sen *et al.* (1976) found 10 µg/kg in pepperoni, 3-10 µg/kg in bologna,
7 µg/kg in wieners, 10 µg/kg in mock chicken, 16 µg/kg in meatloaf and
5 µg/kg in ham sausage. Groenen *et al.* (1976) found 7 and 91 µg/kg in
two samples of smoked meat and 4-43 µg/kg in fried and unfried bacon.
Stephany *et al.* (1976) found a mean of 0.1-0.6 µg/kg in meat products,
with up to 2.8 µg/kg in cooked and smoked ham; and Groenen *et al.* (1977)
found 0.1-0.8 µg/kg in 11/47 samples of processed meats.

Havery *et al.* (1978) and Eisenbrand *et al.* (1978) found no evidence
of NDEA in a large number of meat products. Gough (1978) found 0.05 µg/kg[1]
in 1/13 prepared meals, <0.03 µg/kg[1] in 3/36 pastry foods and up to 0.2
µg/kg[1] in cured meats.

Feed: A level of 1 µg/kg NDEA was found in 4/6 samples of fishmeal
(Mirna *et al.*, 1976), and 28 and 36 µg/kg were found in 2/16 samples
(Juszkiewicz & Kowalski, 1976). Kann *et al.* (1978) reported <1.0 µg/kg
in 3/46 samples of animal feed. Levels of 0-17 µg/kg have been found in
experimental animal feed (IARC, 1977a).

(e) Alcoholic beverages

NDEA has been detected in a number of alcoholic beverages, including
apple brandy, ciders, cognac, armagnac, rum and whiskey. The average
level was 0.1 µg/kg (IARC, 1977b).

---

[1]These results were not confirmed by mass spectroscopy (see also
'General Remarks on the Substances Considered', p. 40).

(f) *In vivo*

NDEA was present in human blood both before and after the ingestion
of a meal: the level in the blood increased from 0.09 µl/l[1] before to
0.46 µg/l[1] following the meal (Fine *et al.*, 1977). Lakritz *et al.* (1978)
reported the presence of 5-30 µg/kg NDEA in the stomachs of 4/35 fasting
patients [No adequate precautions were taken to prevent nitrosamine
formation during storage of the samples].

2.3 Analysis

An IARC Manual gives selected methods for the analysis of volatile
*N*-nitrosamines, including NDEA (Preussmann *et al.*, 1978).

On 29 September 1977, the US Environmental Protection Agency issued
a notice requiring all registrants of pesticide products that are poten-
tially contaminated with *N*-nitroso compounds to analyse commercial samples
which have been stored for at least 18 days to determine the extent of
contamination. This notice prescribes in general terms the types of
analytical methods to be used for volatile *N*-nitroso compounds (e.g.,
gas chromatography plus mass spectrometry or thermal energy analysis, and
others) as well as for nonvolatile *N*-nitroso compounds (e.g., high-pressure
liquid chromatography plus ultra-violet spectroscopy). Confirmation of
positive results by gas chromatography and mass spectrometry or by valid
independent methods is required when possible (US Environmental Protection
Agency, 1977).

## 3. Biological Data Relevant to the Evaluation
## of Carcinogenic Risk to Man

3.1 Carcinogenicity and related studies in animals

(a) Oral administration

Mouse: Several studies on different strains have demonstrated the
carcinogenicity of *N*-nitrosodiethylamine (NDEA) in this species. In the

---

[1]These results were not confirmed by mass spectroscopy (see also
'General Remarks on the Substances Considered', p. 40).

liver, mainly haemangioendotheliomas (Schmähl & Thomas, 1965a; Schmähl
*et al.*, 1963a) and adenomas (Takayama & Oota, 1965), but also hepatomas
(Clapp & Craig, 1967; Clapp *et al.*, 1970; Schmähl *et al.*, 1963a), were
produced. Squamous-cell carcinomas of the oesophagus and forestomach
were also found (Clapp & Craig, 1967; Clapp *et al.*, 1970, 1971;
Shvemberger, 1965; Takayama & Oota, 1965). An increased incidence of
lung adenomas has also been observed (Clapp & Craig, 1967; Clapp *et al.*,
1970; Mirvish & Kaufman, 1970). The site and histological type of the
tumours depended to a certain extent on the mouse strain used (Clapp
*et al.*, 1971). Tumour frequency was usually very high, approaching in
many cases 100%, in mice given a dosage of 2-13 mg/kg bw/day. Some indi-
cation of a dose-response relationship has been reported by Clapp *et al.*
(1970) and Schmähl & Thomas (1965a).

It was reported in an abstract that single i.g. doses of 60 mg/kg bw
NDEA produced 7/24 hepatomas and 7/24 lung adenomas in BTO mice; no sig-
nificant increase was seen in C57BL/60 mice (Akamatsu, 1975).

Rat: Following the first report of liver carcinogenesis by NDEA in
rats (Schmähl *et al.*, 1960), many laboratories confirmed and enlarged
this finding using different strains and conditions (Grundmann & Sieburg,
1962; Lacassagne *et al.*, 1967; Reid *et al.*, 1963; Takayama *et al.*,
1975; Thomas, 1961). In most cases, hepatocellular tumours have been
observed, often with lung metastases; in some cases, cholangiomas have
also been described (Argus & Hoch-Ligeti, 1961; Hoch-Ligeti *et al.*, 1964).
In lifetime feeding studies with daily doses of between 1 and 10 mg/kg bw,
tumour yields approaching 100% have been found. While most investigations
have shown no sex difference, Reuber & Lee (1968) reported an increased
sensitivity in young females. The same authors also reported that four-
week-old animals were more sensitive than older animals. Feeding for only
82 days increased the latent period and reduced the tumour yield as compared
with lifetime feeding (Rajewsky *et al.*, 1966). With lower daily dosages
(0.15-0.6 mg/kg bw), squamous-cell carcinomas of the oesophagus were
obtained in addition to liver tumours (Druckrey *et al.*, 1963a). A single
dose of 280 mg/kg bw induced liver and kidney tumours, and 4 weekly doses

of 25 or 35 mg/kg bw induced tumours of the liver, the oesophagus and the
kidney (Druckrey *et al.*, 1963b, 1964).

In a dose-response study (Table 1), the mean total dose administered
in drinking-water until appearance of the first tumour ranged from 56-965
mg/kg bw, and the induction time for tumours between 68 and 750 days. All
dosages higher than 0.15 mg/kg bw/day gave a tumour yield of 100%; 0.15
mg/kg bw/day gave a tumour yield of 27/30. At a dose of 0.075 mg/kg bw/
day, 20 rats lived for more than 600 days (40/60 died from pneumonia);
at 750 days, 16 were dead and 1 animal had a hepatoma, 3 had multiple
papillomas of the oesophagus, and 3 had a squamous-cell carcinoma of the
nasal cavity. The four animals given this dose level that lived at least
until 940 days of age (850 days of the experiment) all had tumours: 3 had
hepatomas (one of these also had a jaw carcinoma) and one had a hepatocellular
carcinoma; 2 sarcomas were seen also (Druckrey *et al.*, 1963a).

Liver tumours, including 13 hepatocellular carcinomas, 9 haemangio-
sarcomas and 1 unclassified blastoma, were induced in 23/25 16-week-old
male Wistar rats by daily administration of 1 mg NDEA in the drinking-water,
up to a total dose of 134 mg/animal (Hadjiolov, 1972).

Carcinomas of the oesophagus were induced in 9/14 male and 5/14 female
12-week-old Buffalo rats after feeding 0.0114% NDEA in the diet for 26 weeks.
Animals survived an average of 28 weeks (Reuber, 1975).

It was reported in an abstract that nasal and other tumours (unspeci-
fied) occurred after the tenth month of life in the offspring of a female
rat given NDEA during nursing (route unspecified); the mother developed
a kidney tumour and died after 9 months (Schoental & Appleby, 1973).

Hamster: The i.g. administration of 0.4 ml of a dilute aqueous
solution of NDEA (1:250) twice weekly induced tumours of the trachea and/or
lung in 37/68 Syrian golden hamsters (Dontenwill & Mohr, 1961; Dontenwill
*et al.*, 1962). In another study, malignant liver-cell tumours and tumours
of the nasal cavity and bronchi were also induced (Herrold & Dunham, 1963).

Tumours of the forestomach and oesophagus developed in all of 20 male
and 20 female inbred Chinese hamsters that received 40 mg/l NDEA in

Table 1[a]

*N*-Nitrosodiethylamine dose-response

| Daily dose mg/kg bw | Number of animals alive at appearance of first malignant liver tumour | Number of animals with malignant tumours of the liver and/ or oesophagus | Number of malignant liver tumours | Number of lung metastases | Number of oesophageal tumours | |
|---|---|---|---|---|---|---|
| | | | | | Papillomas | Carcinomas |
| 14.2 | 5 | 5 | 5 | | | |
| 9.6 | 25 | 25 | 25 | 4 | | |
| 4.8 | 25 | 25 | 25 | 4 | | |
| 2.4 | 34 | 34 | 34 | 7 | | |
| 1.2 | 36 | 36 | 36 | 10 | | |
| 0.6 | 49 | 49 | 49 | 8 | 4 | 5 |
| 0.3 | 67 | 62 | 4 | 4 | 7 | 23 |
| 0.15 | 30 | 27 | 18 | 2 | 13 | 9 |
| 0.075 | 4 | 1 | 1 | | 3 | |

[a]From Druckrey *et al.*, 1963*a*

drinking-water for 17-26 weeks. Squamous-cell carcinomas accounted for
23% of the stomach tumours and for 15% of those of the oesophagus. Hepato-
cellular carcinomas also occurred in 5 animals (Baker *et al.*, 1974).

Guinea-pig: NDEA administered in the drinking-water as 5 mg/kg
bw/day induced hepatocellular carcinomas and liver adenocarcinomas, some
metastasizing into the lungs, in all of 11 treated animals. The median
total dose was 1200 mg/kg bw (Druckrey & Steinhoff, 1962). With a dose
of 3 mg/kg bw/day, 7/8 animals had liver tumours (Thomas & Schmähl, 1963).
In another study, hepatocellular carcinomas were again the main tumour
type induced in 14/15 animals that lived more than 16 weeks (Argus &
Hoch-Ligeti, 1963). In a dose-response study, NDEA was given in the
drinking-water for periods of 4, 8, 12 and 24 weeks; with an average
daily intake of 1.2 mg/animal (total dose, <75 mg/animal), no tumours
were observed after one year. With a higher daily intake, treatment for
12 weeks gave a 21% tumour yield and treatment for 24 weeks a 100% yield
(Arcos *et al.*, 1969).

Rabbit: Daily doses of 3.4 mg/kg bw NDEA given continuously in the
drinking-water induced liver-cell carcinomas in 2/2 treated rabbits
(Schmähl & Thomas, 1965b). In another experiment, all 13 animals that
received NDEA continuously in the drinking-water (0.042 g/l) on 6 days a
week died with metastasizing hepatic carcinomas; one animal had an adeno-
carcinoma of the lung (Rapp *et al.*, 1965).

Dog: Primary hepatic neoplasms of various types were induced in 14/14
adult male mongrel dogs given 50, 100 or 500 mg/l NDEA in the drinking-water
for 2-50 weeks; these consisted of 3 fibromas, 4 leiomyomas, 1 haemangioma,
10 haemangioendotheliomas, 4 fibrosarcomas, 2 leiomyosarcomas, 1 hepato-
cellular carcinoma, 1 cholangiocarcinoma and 1 undifferentiated-cell car-
cinoma. Six dogs developed squamous-cell carcinomas of the nasal cavity
(Hirao *et al.*, 1974).

Pig: Various tumours of the liver, 1 adenoma of the kidney and 1
squamous-cell carcinoma of the ethmoid were induced by daily doses of
4.4 mg/kg bw NDEA to 4 pigs (Schmähl *et al.*, 1967). In another study, 2
pigs treated with 1.5 mg/kg bw for 11 months and then 3 mg/kg bw until

death developed a hepatoma and a kidney adenoma, respectively (total doses,
750 mg/kg bw for the pig that died after 470 days and 1090 mg/kg bw for the
one that died after 594 days) (Schmähl *et al.*, 1969).

A group of 6 Göttingen mini-pigs received doses of 0.4 mg/kg bw NDEA
in aqueous solution 5 times/week for 42 weeks/year. After 5 years, 3 long-
term survivors died (total dose, 420 mg/kg bw), and 2 others were killed.
All 5 mini-pigs had a hepatocellular adenoma. Four animals had hepato-
cellular carcinomas; one of these animals also had a Kupffer-cell sarcoma,
and in another metastases of the hepatocellular carcinoma were found in the
lung. In addition, 1 renal carcinoma and 1 brain tumour were observed
(Graw & Berg, 1977).

Monkey: It was reported in an abstract that after oral administration
of NDEA, beginning 12 hours after birth, at a dosage varying from 2-30
mg/kg bw/day, hepatocellular carcinomas were induced in 3/15 rhesus and
cynomolgus monkeys (O'Gara & Kelly, 1965). Hepatocellular carcinomas were
induced in 6/15 rhesus and cebus monkeys treated with various doses of NDEA
for more than a year; treatment of newborn or young animals was with
2 mg/kg bw, and the dose was gradually increased up to 30 mg/kg bw. The
cumulative oral dosage ranged from 6-26 g/monkey, and the induction time
varied between 14 and 24 months (Kelly *et al.*, 1966).

(b) Skin application

Mouse: Twice-weekly skin application of two drops of a 0.2% solution
of NDEA in acetone for 10 months induced squamous-cell carcinomas of the
nasal cavity in 17/24 animals; no local skin tumours were observed
(Hoffmann & Graffi, 1964a). Daily treatment with three drops of 0.2%
solution, or twice-weekly treatment with two drops, induced squamous-cell
carcinomas of the nasal cavity in almost all treated animals after appli-
cation of more than 8 mg/animal (Hoffmann & Graffi, 1964b).

Hamster: In 6/8 Syrian hamsters, skin painting with NDEA in water
produced epithelial papillomas of the nasal cavity, but no skin tumours
(Herrold, 1964a,b).

93

#### (c)  Inhalation and/or intratracheal administration

Rat:  Spray inhalation of a dilute aqueous solution of NDEA (1:250)
for 4 months produced liver carcinomas in 8/17 animals, but no lung
tumours (Dontenwill & Mohr, 1962).

Hamster:  Spray inhalation of 1-2 mg NDEA twice weekly for 5 months
produced tumours of the trachea and/or lungs in 18/33 Syrian golden
hamsters (Dontenwill *et al.*, 1962).  The weekly intratracheal instillation
of 0.05 ml of an aqueous solution (1:14) for a period of up to 6 months
induced tumours in the trachea in 14/14 and in the bronchi in 10/14 animals,
but no liver tumours (Herrold & Dunham, 1963).

#### (d)  Subcutaneous and/or intramuscular administration

Mouse:  S.c. doses of 50 mg/kg bw once or twice weekly, up to a total
dose of 200 or 400 mg/kg bw, significantly increased the frequency of lung
adenomas from 15% in untreated controls to 25-90% in treated animals
(Hilfrich *et al.*, 1971).

Groups of 20 male and 20 female 8-week-old Swiss mice were treated
with single s.c. injections of 0, 2, 4, 8, 16 or 32 mg/kg bw NDEA.  In
treated animals, the incidences of lung tumours (including adenomas and
carcinomas) were 16/39, 18/38, 24/39, 25/39 and 21/40, compared with
33/218 in controls;  3 treated mice developed s.c. sarcomas (average
survival, 88 weeks) (Cardesa *et al.*, 1974).

Newborn mouse:  Treatment of newborn mice with a single s.c. dose of
50 mg/kg bw caused a significant increase in the number of lung adenomas.
Most of the animals also developed hepatomas within 6 months (Gargus
*et al.*, 1969).

Hamster:  Several experiments with Syrian golden hamsters have shown
that NDEA produces carcinomas and papillomas of the upper and lower
respiratory tract (nasal cavity, bronchi, trachea, lungs) and, much less
frequently, tumours of the liver (Dontenwill *et al.*, 1962;  Herrold, 1964b,c).
A positive dose-response relationship for tumour induction in the upper
respiratory tract, but not for that in the lower respiratory tract (where
tumour frequency was low), was observed after 12 weekly s.c. doses of

94

0.5, 1, 2 or 4 mg/animal; tumour yields in the nasal cavity and the larynx
ranged from 17-72% and in the trachea from 88-100%; one liver tumour was
observed (Montesano & Saffiotti, 1968). Six different single doses, ranging
from 0.75-4 mg/animal, produced papillomas in the trachea, while lower
doses, down to 0.03 mg/animal, were without effect when the animals were
killed at 25 weeks (Mohr *et al*., 1966a). A smaller dose (4.6-9.3 mg/kg bw)
was found to give a 10% yield of tracheal papillomas in hamsters observed
for their lifespan (Dontenwill, 1968).

Twice-weekly s.c. injections of 20 mg/kg bw NDEA to 40 Syrian golden
hamsters resulted in 18 neoplasms of the nasal cavity (squamous-cell
carcinomas, adenocarcinomas, 'neurogenic tumours'), 31 papillomas of the
trachea and 19 tumours of the liver (hepatomas, hepatocellular carcinomas,
cholangiocarcinomas); the medium induction time was 190±21.4 days (Mennel
*et al*., 1974).

Daily s.c. injections of 5-20 mg/kg bw NDEA to 3 groups of 5 nursing
Syrian golden hamsters for 30 days, commencing on the first day after
delivery, caused papillomas in the respiratory tracts (trachea, larynx,
bronchi, nasal cavity, lung) of mothers and their offspring. The tumour
frequency in the $F_1$ generation was dependent upon the dose the mother
received; the findings indicated that the carcinogen or its metabolites
were transmitted to the offspring during lactation (Mohr *et al*., 1972a).

Tracheal tissue from Syrian golden hamsters pretreated twice weekly
with 18 mg/kg bw NDEA for 20 weeks was implanted into their mothers'
spleens, and the mothers were subsequently given 18 mg/kg bw NDEA subcu-
taneously twice weekly for 20 weeks. Tracheal tumours developed within
the spleen in the mothers (16/22); three of the tumours were squamous-cell
carcinomas (Mohr *et al*., 1976).

The consistent affinity of NDEA for the respiratory tract was not
observed in experiments with Chinese hamsters. A s.c. dose of 77 mg/kg
bw, given once weekly for up to 22 weeks to 132 animals, resulted in 82%
multiple papillomas of the forestomach and 30% papillomas of the oesophagus;
squamous metaplasia but no tumours was observed in the respiratory tract
(Mohr *et al*., 1967).

95

In three groups of 40 Chinese hamsters, s.c. treatment with 1/5, 1/10 or 1/20 LD$_{50}$ NDEA (LD$_{50}$: 230 mg/kg bw) once a week for life produced squamous-cell papillomas of the cheek pouch, tongue, pharynx, oesophagus and forestomach in up to 100% of animals. Carcinomas were also seen occasionally at these sites (Reznik *et al.*, 1976).

Once-weekly s.c. injection of 20 mg/kg bw NDEA for life to 10 wild male European hamsters yielded tumours of the respiratory system in all animals; the main target organ was the nasal cavities. Squamous-cell papillomas were seen in the larynx, trachea and stem bronchi (Mohr *et al.*, 1972b).

Newborn hamster: A single s.c. dose of 0.015, 0.03, 0.09 or 0.15 mg/animal given to newborn hamsters produced tumours of the upper respiratory tract in 30-65% of the animals, but very few tumours were observed in the lungs and bronchi. One liver-cell carcinoma and 1 hepatoma were seen in 144 animals (Montesano & Saffiotti, 1970).

Gerbil: When groups of 40 or 120 gerbils (*Meriones unguiculatus*) were given once-weekly s.c. injections of 6, 12 or 24 mg/kg bw NDEA for life, high incidences (66-80%) of multifocal tumours of the nasal cavity were observed. In addition, papillomas of the tracheobronchial system, adenomas and carcinomas of the lung, as well as cholangiocellular and hepatocellular carcinomas were seen (Cardesa *et al.*, 1976; Haas *et al.*, 1975).

Guinea-pig: S.c. administration of total doses of between 341 and 1310 mg/kg bw produced malignant liver-cell tumours and some benign or malignant tumours in the trachea and ethmoidal region of guinea-pigs (Lombard, 1965).

Hedgehog: S.c. administration of NDEA to Algerian hedgehogs (*Erinaceus*) (total dose, 375-1050 mg/kg bw) resulted in necrosis of the liver parenchyma and benign and malignant tumours of the liver and lung (Graw *et al.*, 1974).

Bird: Grass parakeets were injected intramuscularly once weekly with 100 mg/kg bw for 19 weeks and then once every second week, to a total dose of 2500±600 mg/kg bw; 6/9 birds that survived the treatment died with malignant hepatic tumours (Schmähl *et al.*, 1966).

96

(e)  Intraperitoneal administration

Mouse:  Two i.p. injections of 100 mg/kg bw produced lung adenomas in
28/29 SWR mice (Mirvish & Kaufman, 1970).

A strain-specific susceptibility to NDEA carcinogenesis was identified
by Diwan & Meier (1976a). A single i.p. injection of 90 mg/kg bw led
predominantly to lung adenomas (24% *versus* 0% in controls) and leukaemia
(68% in both experimental and control animals) in 25 AKR/J mice, to lung
adenomas (70% *versus* 22% in controls) and leukaemia (28% *versus* 18% in
controls) in 25 SWR/J mice and to 6 hepatomas and 1 bile-duct adenoma in
21 C57BL/6J mice. No liver tumours were seen in 20 C57BL/6J control mice.

Studies on the metastatic tendency of NDEA-induced liver tumours in
(C57BL/6JxC3HeB/FeJ)F$_1$ mice revealed metastatic foci in the lungs in 22%
(Kyriazis *et al.*, 1974) and 38% of the animals (route unspecified) (Koka
& Vesselinovitch, 1974).

Rat:  A daily i.p. dose of 0.55 mg/animal for 12 or 23 weeks produced
hepatomas in more than 80% of F-344 rats treated (Svoboda & Higginson, 1968).

Hamster:  An i.p. dose of 2 mg/animal once a week for 4-7 months
produced squamous-cell papillomas of the trachea, epithelial papillomas,
carcinomas and neuroepithelial tumours of the nasal cavity, squamous-cell
papillomas of the bronchi and hepatic carcinomas (Herrold, 1964b).

Monkey:  Two *Ceropethicus aethiops* (green) monkeys treated with 20-40
mg/kg bw every two weeks for 26 months developed hepatic-cell carcinomas
(Kelly *et al.*, 1966). It was reported in an abstract that hepatomas and
hepatocellular carcinomas were produced by i.p. administration of 40 mg/kg
bw once every two weeks for 15 months or longer in all 25 monkeys treated;
17 of these had metastases (O'Gara *et al.*, 1970).

It was reported in an abstract that i.p. administration of NDEA
resulted in liver tumours within 8-27 months in rhesus and cynomolgus
monkeys. This was preceded by a significant increase in the *alpha*-foeto-
protein levels in serum between the third and sixth months (Adamson
*et al.*, 1973).

97

Mucoepidermoid carcinomas in the nasal cavities occurred in 10/14 prosimian primates (*Galago crassicaudatus*) treated by i.p. injection every 2 weeks with 10-30 mg/kg bw NDEA;  2/10 animals also had primary carcinomas of the liver (Dalgard *et al.*, 1975, 1976).

Newborn monkey:  It was reported in an abstract that i.p. injections of NDEA every other week to newborn rhesus monkeys resulted in 100% liver tumour incidence within 10-15 months (Adamson *et al.*, 1974).

(f)  Intravenous administration

Rat:  A single i.v. injection of 280 mg/kg bw NDEA to 4 rats produced kidney tumours in all animals and one carcinoma of the ovary (Druckrey *et al.*, 1963b, 1964).

The effect upon the kidneys of a single i.v. injection of 1.25-160 mg/kg bw NDEA was studied in groups of 10 male and 10 female Sprague-Dawley rats (Table 2).  One female given 1.25 mg/kg bw developed an adenoma of the kidney.  Dose levels of 40 mg/kg bw and above increased the tumour incidence and decreased survival time (Mohr & Hilfrich, 1972, 1974).

Gerbil:  Single i.v. injections of 50 or 100 mg/kg bw NDEA to groups of 10 male gerbils resulted in the development of carcinomas of the nasal cavities;  the tumours originated mainly from the respiratory-olfactory mucosal junction (Cardesa *et al.*, 1976).

(g)  Other experimental systems

Prenatal exposure

Pregnant NMRI mice were given NDEA in s.c. doses of 80-240 mg/kg bw from the 15th to the 20th day of gestation;  their offspring were killed after 8 or 12 months.  A significant increase (up to 63%) in the occurrence of multiple pulmonary adenomas was observed (Mohr & Althoff, 1965a).  In addition to lung adenomas, benign and malignant tumours of the liver, oesophagus and forestomach were observed in the offspring of pregnant random-bred or C3H mice treated with NDEA during the last days of pregnancy (Likhachev, 1971, 1974).  After treatment with 50 mg/kg bw NDEA on day 18 of gestation, 87% of the offspring of (AKR/JxSWR/J)$F_1$ mice developed pulmonary adenomas (Diwan & Meier, 1976b).

Table 2[a]

| Dose mg/kg bw | Females | | | Males | | |
|---|---|---|---|---|---|---|
| | Survival (weeks) | Number of rats with tumours | Number and type of tumours | Survival (weeks) | Number of rats with tumours | Number and type of tumours |
| 1.25 | 117 | 1 | 1 Adenoma | 99 | – | – – |
| 2.5 | 108 | 1 | 1 Adenoma | 98 | 1 | 1 Adenoma |
| 5 | 110 | 2 | 2 Adenomas | 105 | 1 | 1 Adenoma |
| 10 | 93 | – | – – | 98 | 3 | 3 Adenomas |
| 20 | 112 | 1 | 1 Adenoma | 81 | – | – – |
| 40 | 82 | 3(1)[b] | 3 Adenomas<br>1 Carcinoma | 77 | 3 | 2 Adenomas<br>1 Carcinoma |
| 80 | 72 | 6(5) | 10 Adenomas<br>9 Carcinomas<br>1 Malignant mesen-<br>chymal tumour | 87 | 3(3) | 8 Adenomas<br>1 Carcinoma |
| 160 | 67 | 8(7) | 13 Adenomas<br>15 Carcinomas | 61 | 3(2) | 4 Adenomas<br>1 Carcinoma |

[a]From Mohr & Hilfrich, 1972
[b]Figures in parentheses are numbers of rats with tumours in both kidneys.

Daily s.c. doses of 4 or 8 mg/animal were given to female Sprague-
Dawley rats from the 10th to the 21st day of pregnancy;  14/26 of the
mothers showed kidney tumours after 1 year, 5 of which were carcinomas.
Some kidney tumours were observed in the offspring at one year of age
(Wrba *et al.*, 1967).  Under similar conditions, oral or s.c. administration
to pregnant Wistar rats of varying doses of NDEA produced benign and malig-
nant tumours, mainly thymomas and adenomas of the mammary gland, in the
offspring.  Treated female rats died with carcinomas and adenomas of the
kidneys and liver (Thomas & Bollmann, 1968).  Daily oral doses of 1 mg/
animal given to female rats before and during pregnancy, up to a total dose
of 60-90 mg/animal, did not result in an increased tumour rate in the off-
spring during lifetime observation;  however, 5 carcinomas of the kidney
were observed in 3/4 of the mothers that received a total dose of 60 mg
(Sydow, 1970).

Daily s.c. doses of 2 mg/animal were given to Syrian golden hamsters
for 1-7 days during the second half of the gestation period.  Multiple
tracheal papillomas were found in 42% of the young 25 weeks after birth,
and the first tumours appeared when they were between 8 and 12 weeks of
age (Mohr *et al.*, 1965).  When 4 mg were given for 2-5 days to mothers,
75% tracheal papillomas were found in the young at 25 weeks (Mohr &
Althoff, 1965b).  Of the treated mothers, 73% developed tracheal papillomas
(Mohr *et al.*, 1966b).  When Syrian golden hamsters were treated with a
single dose of 45 mg/kg bw NDEA on one of the last four days of pregnancy
(12-15 days), the offspring showed an incidence of up to 95% respiratory
tract tumours, whereas treatment of the mothers during the first 11 days
of pregnancy resulted in no respiratory tract tumours in the offspring
(Mohr *et al.*, 1975).

Oral and subcutaneous administration

The oral administration to a dog of 3 mg/kg bw NDEA, followed by
weekly s.c. injections of the same dose, to a total dose of 565 mg/kg bw,
induced a large leiomyosarcoma of the liver (Schmähl *et al.*, 1964).

100

### Intrarecetal administration

Twice-weekly treatment of 14 albino rats with 11.2 mg/kg bw for life-time produced hepatocellular carcinomas in all treated animals (Schmähl *et al.*, 1963b).

### Intradermal administration

Weekly injections of 3.5 mg NDEA in water for 5-6 months produced epithelial papillomas of the nasal cavity in 10/19 Syrian hamsters; no local tumours were observed (Herrold, 1964a,b).

### Immersion

Exposure of the aquarium fish, *Brachydanio rerio*, to 10-100 mg/l NDEA in the tank-water for 8 weeks resulted in hepatomas or cholangiomas in 17/63 animals (Stanton, 1965). Treatment of guppies (*Lebistes reti-culatus*) with 13.3-100 mg/l NDEA in the aquarium-water resulted in neo-plastic changes in the liver. After 7-8 weeks, 23% of the fish exhibited liver-cell adenomas, cholangiomas, cholangiocarcinomas or hepatocellular carcinomas (Khudoley, 1971, 1973).

In another study, 60/224 guppies had tumours after application of 26-100 mg/l NDEA in the water for 4-8 weeks. The average latent period was 18 weeks. In the high-dose group (those treated with 100 mg/l for 56 days), mortality was 40-46%; in the low-dosage groups (26-32 mg/l), mortality was 20-28%. Females were more resistant to the toxic effects of NDEA than males (Pliss & Khudoley, 1975).

Levels of 15-135 mg/l NDEA in tank-water for 8 weeks resulted in hepatomas in 21/32 medakas (*Oryzias latipes*) within the subsequent 5 weeks (Ishikawa *et al.*, 1975).

NDEA in tank-water (50 mg/l) induced hepatocellular carcinomas and adenomas and tumours of the haematopoietic system in 41/94 exposed frogs (Khudoley, 1977).

101

### Carcinogenesis in plants

Seeds of hybrids of *Nicotiana* were soaked in 10 mM solutions of NDEA in water for 1 or 2 days, and tumours were found on 7.8% of germinated seedlings 20 days later, compared with 2.1% on controls (Andersen, 1973).

(h)  Carcinogenicity of metabolites (see also section 3.2 (a))

$N$-Nitroso-$N$-ethyl-$N$-(2-hydroxyethyl)amine, which has been detected in the urine of rats treated with NDEA (Blattmann & Preussmann, 1973), produced tumours of the liver and a few oesophageal tumours when given orally to rats (Druckrey *et al.*, 1967).

(i)  Factors that modify carcinogenicity in animals

Phenobarbital was reported to decrease the carcinogenic effect of NDEA and to increase the survival time when the two compounds were administered concomitantly to NMRI mice. No such effect was observed when halothane or methoxyflurane were administered together with NDEA, although changes in the ratio of types of tumours (haemangioendotheliomas and liver-cell carcinomas) induced by NDEA were observed (Kunz *et al.*, 1969).

A decreased incidence of hepatomas was observed in CF-1 mice given NDEA neonatally if the neonatal treatment was preceded by prenatal exposure to methylcholanthrene (Turusov *et al.*, 1973).

In Porton rats, a single i.p. dose of 50-114 mg/kg NDEA 0-2 hours after partial hepatectomy induced 4/9 liver tumours; 2/9 liver tumours were induced by 100-130 mg/kg NDEA in intact animals (Craddock 1975). A high incidence of kidney tumours and a short survival time were observed in Wistar rats treated with 80 mg/kg bw NDEA 4, 16 or 24 hours after partial hepatectomy (Meister & Rabes, 1973).

In male Fischer rats, combined treatment with phenobarbital and NDEA reduced the incidence of hepatocellular carcinomas induced by NDEA, whereas an opposite effect was observed if phenobarbital was administered one week after cessation of the hepatocarcinogen. This increased effect was not modified by concomitant treatment with an antilymphocytic serum (Weisburger *et al.*, 1975). Treatment of Fischer rats with dibenamine [$N$-(2-chloro-ethyl)dibenzylamine] during chronic oral treatment with NDEA resulted in a

decreased number of hepatocellular carcinomas but not of oral, pharnygeal
or oesophageal tumours seen at 25 weeks, when the animals were killed
(Weisburger *et al.*, 1974).

Simultaneous administration to Sprague-Dawley rats of disulfiram (500
mg/kg bw/week) and NDEA (20 mg/kg bw/week) resulted in a significant decrease
in the number of liver tumours and in an increased number of tumours of the
oesophagus and nasal cavities, as compared with rats treated with NDEA alone
(Schmähl *et al.*, 1976).  Combined treatment of rats with NDEA and ethanol
resulted in an increased number of tumours of the oesophagus and forestomach
but no change in the induction of hepatomas (Gibel, 1967).

Cyclopropenoid fatty acids have no effect on the carcinogenic response
of rats treated with NDEA (Nixon *et al.*, 1974).  A large reduction in the
incidence of liver tumours induced by NDEA was observed in rats when
Kanechlor 500 was administered together with the nitrosamine (Makiura
*et al.*, 1974);  no such reduction was observed with 3-methylcholanthrene
or 1-naphthyl isothiocyanate (Makiura *et al.*, 1973).

The incidence of hepatocellular carcinomas induced in rats by NDEA was
reduced by supplementing a marginally deficient diet with lipotropes or
amino acids (both containing methionine) (Rogers, 1977), but was enhanced
by a diet high in fat and marginally deficient in lipotropes (Rogers *et al.*,
1974).

In Syrian golden hamsters given benzo[*a*]pyrene and ferric oxide intra-
tracheally, followed by s.c. administration of NDEA, a higher incidence of
squamous-cell carcinomas of the tracheobronchial tract was found as compared
with hamsters treated with the carcinogens singly (Montesano *et al.*, 1974).

## 3.2  Other relevant biological data

### (a)  Experimental systems

#### Toxic effects

The acute oral or i.v. $LD_{50}$ of NDEA in rats was 280 mg/kg bw (Druckrey
*et al.*, 1967).  The s.c. $LD_{50}$ was 250 mg/kg bw in European hamsters (Mohr
*et al.*, 1972b) and 230 mg/kg bw in Chinese hamsters (Reznik *et al.*, 1976).

Toxic doses of NDEA produce acute haemorrhagic centrilobular necrosis of the liver. The toxicity and the inhibitory effects on protein and nucleic acid synthesis in the liver and other organs have been reviewed (Magee & Barnes, 1967; Magee & Swann, 1969; Magee *et al.*, 1976; Witschi, 1973).

Feeding of NDEA to rats resulted in the development of histologically distinct foci in the liver, referred to as 'enzyme-deficient islands' (Friedrich-Freksa *et al.*, 1969a,b; Schauer & Kunze, 1968). These islands are considered to be precursors of liver-cell carcinomas. NDEA induces a a hepatocellular population which is resistant to the necrogenic effect of a second carcinogen, 2-acetylaminofluorene (Solt & Farber, 1976).

### Embryotoxicity and teratogenicity

Teratogenic effects were not observed in rats given single doses of 180 mg/kg bw intraperitoneally or 200 mg/kg bw orally during pregnancy. An increase in foetal mortality was noted when the substance was administered on days 3, 9, 10 or 12 of gestation. Similar foetal mortality was observed after an intraplacental injection of 0.1-0.3 mg NDEA to every embryonic chamber on day 13 of gestation (Alexandrov, 1974; Napalkov & Alexandrov, 1968).

### Absorption, distribution and excretion

In goats, one hour after oral administration of 30 mg/kg bw NDEA, there were 11.4 mg/kg NDEA in the milk and 11.9 mg/kg in the blood. Only traces were found in the milk and none in the blood after 24 hours (Juszkiewicz & Kowalski, 1974).

### Metabolism

Available evidence suggests that NDEA requires metabolic activation in order to exert its carcinogenic and toxic effects. Such activation has been demonstrated both *in vitro* and *in vivo*. Tissue distribution and blood concentration have been followed in rats (Magee & Barnes, 1967; Rajewsky & Dauber, 1970); and metabolism has been monitored by measurement of the rate of loss from the blood and by $^{14}CO_2$ exhalation after admini-

stration of $^{14}$C-NDEA (Heath, 1962; Mundt & Hadjiolov, 1974). A dose of 200 mg/kg bw was metabolized in rats during 24 hours (Heath, 1962).

$N$-Nitrosoethyl-$N$-(2-hydroxyethyl)amine and $N$-nitrosoethyl-$N$-(carboxymethyl)amine have been detected in the urine of rats given NDEA (Blattmann & Preussmann, 1973).

Oxidative $N$-deethylation of NDEA accounts for the production of $CO_2$ and alkylating species *in vivo* (Heath, 1962; Swann & Magee, 1971). The rate of metabolism of NDEA by slices of organs from rats and hamsters *in vitro* has been measured, and a correlation made between the degree of metabolism and the distribution of induced tumours (Montesano & Magee, 1974).

After administration of NDEA to rats or hamsters, several ethylated derivatives were produced in liver and kidney nucleic acids. These included 7-ethylguanine, $0^6$-ethylguanine and 3-ethyladenine (Magee & Lee, 1964; Montesano & Bartsch, 1976; Pegg, 1977; Swann & Magee, 1971).

Treatment with aminoacetonitrile reduced the ethylation of liver RNA and the exhalation of $^{14}$CO$_2$ after a single i.p. injection of $^{14}$C-NDEA (Mundt & Hadjiolov, 1974).

NDEA incubated in the presence of a rat liver microsomal system and 3,4-dichlorothiophenol as a trapping agent yields the corresponding methyl and ethyl thioethers (Preussmann *et al.*, 1976).

Mutagenicity and other short-term tests

The genetic effects of NDEA have been reviewed (Montesano & Bartsch, 1976).

NDEA, in the presence of microsomal fractions from mouse liver or with Udenfriend's oxidation system, caused forward mutations in *Saccharomyces cerevisiae* and *Neurospora crassa* (Malling, 1966; Mayer, 1971). It produced reverse mutations in *Salmonella typhimurium* strains TA 100 and TA 1530 (Bartsch *et al.*, 1975; Sugimura *et al.*, 1976) and in *Escherichia coli* in the presence of a rat liver microsomal fraction from phenobarbital- or polychlorinated biphenyl-treated rats (Nakajima *et al.*, 1974).

*N*-Nitrosoethyl-*N*-(α-acetoxyethyl)amine, which is readily converted into the unstable α-hydroxyethyl derivative, is mutagenic in *Drosophila melanogaster* (Fahmy & Fahmy, 1976) and in *S. typhimurium* TA 1530 in the absence of a liver activation system (Camus *et al.*, 1978).

In host-mediated assays in mice given doses of 50 mg/kg, tests on *S. typhimurium* demonstrated mutagenic effects (Malling, 1974).

In the presence of a liver microsomal fraction from phenobarbital-treated rats, NDEA caused 8-azaguanine-resistant mutants in Chinese hamster V79 cells (Kuroki *et al.*, 1977).

NDEA was mutagenic in the recessive lethal test in *Drosophila melanogaster* (Pasternak, 1963). The induction of point mutations was a function of concentrations over more than two orders of magnitude. The ability of NDEA to produce more than one point mutation per germ cell contrasts with the lack of dominant lethals, translocations and chromosome loss seen with concentrations below toxic levels ($LD_{60}$-$LD_{90}$) (Fahmy *et al.*, 1966; Vogel & Leigh, 1975).

Dominant lethal mutations were not observed in mice treated with 13.5 mg/kg bw NDEA (Propping *et al.*, 1972).

In the presence of a rat liver microsomal system *in vitro*, 4-200 mM NDEA induced chromosomal aberrations as well as sister chromatid exchanges in Chinese hamster cells (Natarajan *et al.*, 1976).

NDEA did not induce transformation of hamster embryo cells; however, treatment of the embryo by transplacental administration of NDEA led to the appearance of transformed cells in the primary culture. These transformed cells were produced at a much higher frequency than in control cultures from untreated embryos, and they produced tumours (fibrosarcomas) when injected back into animals (DiPaolo *et al.*, 1972; Evans & DiPaolo, 1975).

(b) Humans

No data were available to the Working Group.

## 3.3  Case reports and epidemiological studies

No data were available to the Working Group.

### 4.  Summary of Data Reported and Evaluation

## 4.1  Experimental data

*N*-Nitrosodiethylamine is carcinogenic in all animal species tested: mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, dogs, gerbils, pigs, monkeys, hedgehogs, various fish, frogs and birds. It induces benign and malignant tumours after its administration by various routes, including ingestion, parenteral injection, inhalation and rectal instillation. The major target organs are the liver, respiratory and upper digestive tracts and kidney. It is carcinogenic following its administration prenatally and in single doses. In several studies, dose-response relationships were established.

*N*-Nitroso-*N*-ethyl-*N*-(2-hydroxyethyl)amine, a metabolite of *N*-nitrosodiethylamine, produced mainly liver tumours after its oral administration to rats.

## 4.2  Human data

No case reports or epidemiological studies were available to the Working Group. Available information on occurrence suggests that the general population may be exposed to low levels of *N*-nitrosodiethylamine; however, no exposed group suitable for an epidemiological investigation has yet been identified.

## 4.3  Evaluation

There is *sufficient evidence* of a carcinogenic effect of *N*-nitrosodiethylamine in many experimental animal species. Although no epidemiological data were available, *N*-nitrosodiethylamine should be regarded for practical purposes as if it were carcinogenic to humans.

5. References

Adamson, R.H., Correa, P., Smith, C.F., Yancey, S.T. & Dalgard, D.W. (1973) Induction of tumors in monkeys by chemical carcinogens - correlation of serum *alpha*-fetoprotein and appearance of liver tumors (Abstract No. 168). Proc. Amer. Ass. Cancer Res., 14, 42

Adamson, R.H., Correa, P. & Dalgard, D.W. (1974) Induction of tumors in non-human primates with various chemical carcinogens (Abstract No. 45). Toxicol. appl. Pharmacol., 29, 93

Akamatsu, Y. (1975) Carcinogenicity of *N*-nitrosodiethylamine (DEN), *N*-nitrosodi-*N*-butylamine (DBN), and *N*-methyl-*N*-nitro-*N*-nitrosoguanidine (MNG) in strains of mice: single intragastric treatment of 10 times maximum tolerated dose (MTD) (Abstract No. 645). Proc. Amer. Ass. Cancer Res., 16, 162

Alexandrov, V.A. (1974) Embryotoxic and transplacental oncogenic action of symmetrical dialkylnitrosamines on the progeny of rats. Bull. exp. Biol. Med., 78, 1308-1310

Alliston, T.G., Cox, G.B. & Kirk, R.S. (1972) The determination of steam-volatile *N*-nitrosamines in foodstuffs by formation of electron-capturing derivatives from electrochemically derived amines. Analyst, 97, 915-920

Andersen, R.A. (1973) Carcinogenicity of phenols, alkylating agents, urethan, and a cigarette-smoke fraction in *Nicotiana* seedlings. Cancer Res., 33, 2450-2455

Arcos, J.C., Argus, M.F. & Mathison, J.B. (1969) Hepatic carcinogenesis threshold and biphasic mitochondrial swelling response in the guinea-pig during diethylnitrosamine administration. Experientia, 25, 296-298

Argus, M.F. & Hoch-Ligeti, C. (1961) Comparative study of the carcinogenic activity of nitrosamines. J. nat. Cancer Inst., 27, 695-709

Argus, M.F. & Hoch-Ligeti, C. (1963) Induction of malignant tumors in the guinea-pig by oral administration of diethylnitrosamine. J. nat. Cancer Inst., 30, 533-543

Baker, J.R., Mason, M.M., Yerganian, G., Weisburger, E.K. & Weisburger, J.H. (1974) Induction of tumors of the stomach and esophagus in inbred Chinese hamsters by oral diethylnitrosamine. Proc. Soc. exp. Biol. (N.Y.), 146, 291-292

Bartsch, H., Malaveille, C. & Montesano, R. (1975) Differential effect of phenobarbitone, pregnenolone-16α-carbonitrile and aminoacetonitrile on dialkylnitrosamine metabolism and mutagenicity *in vitro*. Chem.-biol. Interact., 10, 377-382

Blattmann, L. & Preussmann, R. (1973)  Struktur von Metaboliten carcinogener Dialkylnitrosamine im Rattenurin.  Z. Krebsforsch., 79, 3-5

Brunnemann, K.D. & Hoffmann, D. (1978)  Chemical studies on tobacco smoke. LIX.  Analysis of volatile nitrosamines in tobacco smoke and polluted indoor environments.  In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Brunnemann, K.D., Yu, L. & Hoffmann, D. (1977)  Assessment of carcinogenic volatile N-nitrosamines in tobacco and in mainstream and sidestream smoke from cigarettes.  Cancer Res., 37, 3218-3222

Camus, A.-M., Wiessler, M., Malaveille, C. & Bartsch, H. (1978)  High mutagenicity of N-(α-acyloxy)alkyl-N-alkylnitrosamines in S. typhimurium: model compounds for metabolically activated N,N-dialkylnitrosamines. Mutation Res., 49, 187-194

Cardesa, A., Pour, P., Althoff, J. & Mohr, U. (1974)  Comparative studies of neoplastic response to a single dose of nitroso compounds.  IV. The effect of dimethyl- and diethyl-nitrosamine in Swiss mice. Z. Krebsforsch., 81, 229-233

Cardesa, A., Pour, P., Haas, H., Althoff, J. & Mohr, U. (1976)  Histogenesis of tumors from the nasal cavities induced by diethylnitrosamine. Cancer, 37, 346-355

Cerutti, G., Zappavigna, R. & Santini, P.L. (1975)  N-Alkylnitrosamines in domestic and imported cheeses.  Latte, 3, 224-227 [Chem. Abstr., 83, 130147c]

Clapp, N.K. & Craig, A.W. (1967)  Carcinogenic effects of diethylnitrosamine in RF mice.  J. nat. Cancer Inst., 39, 903-916

Clapp, N.K., Craig, A.W. & Toya, R.E., Sr (1970)  Diethylnitrosamine oncogenesis in RF mice as influenced by variations in cumulative dose. Int. J. Cancer, 5, 119-123

Clapp, N.K., Tyndall, R.L. & Otten, J.A. (1971)  Differences in tumor types and organ susceptibility in BALB/c and RF mice following dimethylnitrosamine and diethylnitrosamine.  Cancer Res., 31, 196-198

Cohen, J.B. & Bachman, J.D. (1978)  Measurement of environmental nitrosamines. In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Craddock, V.M. (1975)  Effect of a single treatment with the alkylating carcinogens dimethylnitrosamine, diethylnitrosamine and methyl methanesulphonate on liver regenerating after partial hepatectomy.  I.  Test for induction of liver carcinomas.  Chem.-biol. Interact., 10, 313-321

Crosby, N.T., Foreman, J.K., Palframan, J.F. & Sawyer, R. (1972)  Estimation of steam-volatile *N*-nitrosamines in foods at the 1 µg/kg level. Nature (Lond.), 238, 342-343

Dalgard, D.W., Correa, P., Waalkes, T.P. & Adamson, R.H. (1975)  Induction of mucoepidermoid carcinoma in prosimians with *N*-nitrosodiethylamine (Abstract No. 346).  Proc. Amer. Ass. Cancer Res., 16, 87

Dalgard, D.W., Correa, P., Sieber, J.M. & Adamson, R.H. (1976)  Induction of tumors in non-human primates with *N*-nitrosodiethylamine (Abstract No. 690).  Fed. Proc., 35, 329

DiPaolo, J.A., Nelson, R.L. & Donovan, P.J. (1972)  *In vitro* transformation of Syrian hamster embryo cells by diverse chemical carcinogens. Nature (Lond.), 235, 278-280

Diwan, B.A. & Meier, H. (1976a)  Carcinogenic effects of a single dose of diethylnitrosamine in three unrelated strains of mice: genetic dependence of the induced tumor types and incidence.  Cancer Lett., 1, 249-253

Diwan, B.A. & Meier, H. (1976b)  Transplacental carcinogenic effects of diethylnitrosamine in mice.  Naturwissenschaften, 63, 487-488

Dontenwill, W. (1968)  Experimental studies on the organotropic effect of nitrosamines in the respiratory tract.  Fd Cosmet. Toxicol., 6, 571

Dontenwill, W. & Mohr, U. (1961)  Carcinome des Respirationstractus nach Behandlung von Goldhamstern mit Diäthylnitrosamin.  Z. Krebsforsch., 64, 305-312

Dontenwill, W. & Mohr, U. (1962)  Die organotrope Wirkung der Nitrosamine. Z. Krebsforsch., 65, 166-167

Dontenwill, W., Mohr, U. & Zagel, M. (1962)  Über die unterschiedliche Lungen-carcinogene Wirkung des Diäthylnitrosamin bei Hamster und Ratte.  Z. Krebsforsch., 64, 499-502

Druckrey, H. & Steinhoff, D. (1962)  Erzeugung von Leberkrebs an Meerschweinchen.  Naturwissenschaften, 49, 497-498

Druckrey, H., Schildbach, A., Schmähl, D., Preussmann, R. & Ivankovic, S. (1963a)  Quantitative Analyse der carcinogenen Wirkung von Diäthylnitrosamin.  Arzneimittel-Forsch., 13, 841-851

Druckrey, H., Steinhoff, D., Preussmann, R. & Ivankovic, S. (1963b)  Krebserzeugung durch einmalige Dosis von Methylnitrosoharnstoff und verschiedenen Dialkyl-nitrosaminen.  Naturwissenschaften, 50, 735

Druckrey, H., Steinhoff, D., Preussmann, R. & Ivankovic, S. (1964)
Erzeugung von Krebs durch eine einmalige Dosis von Methylnitroso-
Harnstoff und verschiedenen Dialkylnitrosaminen an Ratten. Z. Krebs-
forsch., 66, 1-10

Druckrey, H., Preussmann, R., Ivankovic, S. & Schmähl, D. (1967) Organo-
trope carcinogene Wirkungen bei 65 verschiedenen $N$-Nitroso-Verbindungen
an BD-Ratten. Z. Krebsforsch., 69, 103-201

Eisenbrand, G. & Preussmann, R. (1970) Eine neue Methode zur kolorimetri-
schen Bestimmung von Nitrosaminen nach Spaltung der $N$-Nitrosogruppe
mit Bromwasserstoff in Eisessig. Arzneimittel-Forsch., 20, 1513-1517

Eisenbrand, G., Hodenberg, A. von & Preussmann, R. (1970) Trace analysis
of $N$-nitroso compounds. II. Steam distillation at neutral, alkaline
and acid pH under reduced and atmospheric pressure. Z. analyt. Chem.,
251, 22-24

Eisenbrand, G., Spiegelhalder, B., Janzowski, C., Kann, J. & Preussmann, R.
(1978) Volatile and non-volatile $N$-nitroso compounds in foods and
other environmental media. In: Walker, E.A., Castegnaro, M.,
Griciute, L. & Lyle, R.E., eds, Environmental Aspects of $N$-Nitroso
Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Evans, C.H. & DiPaolo, J.A. (1975) Neoplastic transformation of guinea pig
fetal cells in culture induced by chemical carcinogens. Cancer Res.,
35, 1035-1044

Fahmy, O.G. & Fahmy, M.J. (1976) Mutagenicity of $N$-α-acetoxyethyl-$N$-ethyl-
nitrosamine and $N,N$-diethylnitrosamine in relation to the mechanisms
of metabolic activation of dialkylnitrosamines. Cancer Res., 36,
4504-4512

Fahmy, O.G., Fahmy, M.J., Massasso, J. & Ondřej, M. (1966) Differential
mutagenicity of the amine and amide derivatives of nitroso compounds
in Drosophila melanogaster. Mutation Res., 3, 201-217

Fiddler, W., Pensabene, J.W., Doerr, R.C. & Dooley, C.J. (1977) The presence
of dimethyl- and diethylnitrosamines in deionized water. Fd Cosmet.
Toxicol. , 15, 441-443

Fine, D.H. (1978) An assessment of human exposure to $N$-nitroso compounds.
In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
Environmental Aspects of $N$-Nitroso Compounds, Lyon (IARC Scientific
Publications No. 19) (in press)

Fine, D.H. & Rounbehler, D.P. (1976) Analysis of volatile $N$-nitroso
compounds by combined gas chromatography and thermal energy analysis.
In: Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental
$N$-Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific
Publications No. 14), pp. 117-127

111

Fine, D.H., Rounbehler, D.P., Sawicki, E., Krost, K. & DeMarrais, G.A. (1976a)
    *N*-Nitroso compounds in the ambient community air of Baltimore, Maryland.
    Analyt. Lett., 9, 595-604

Fine, D.H., Rounbehler, D.P., Belcher, N.M. & Epstein, S.S. (1976b)    *N*-Nitroso
    compounds: detection in ambient air.  Science, 192, 1328-1330

Fine, D.H., Ross, R., Rounbehler, D.P., Silvergleid, A. & Song, L. (1977)
    Formation *in vivo* of volatile *N*-nitrosamines in man after ingestion
    of cooked bacon and spinach.  Nature (Lond.), 265, 753-755

Fong, Y.Y. & Walsh, E.O'F. (1971)  Carcinogenic nitrosamines in Cantonese
    salt-dried fish.  Lancet, ii, 1032

Freimuth, U. & Glaeser, E. (1970)  Occurrence of nitrosamines in foods.
    Nahrung, 14, 357-361 [Chem. Abstr., 74, 11971w]

Fridman, A.L., Mukhametshin, F.M. & Novikov, S.S. (1971)  Advances in the
    chemistry of aliphatic *N*-nitrosamines.  Russ. chem. Rev., 40, 34-50

Friedrich-Freksa, H., Gössner, W. & Börner, P. (1969a)  Histochemische
    Untersuchungen der Cancerogenese in der Rattenleber nach Dauergaben
    von Diäthylnitrosamin.  Z. Krebsforsch., 72, 226-239

Friedrich-Freksa, H., Papadopulu, G. & Gössner, W. (1969b)  Histochemische
    Untersuchungen der Cancerogenese in der Rattenleber nach zeitlich
    begrenzter Verabfolgung von Diäthylnitrosamin.  Z. Krebsforsch., 72,
    240-253

Gargus, J.L., Paynter, O.E. & Reese, W.H., Jr (1969)  Utilization of new-
    born mice in the bioassay of chemical carcinogens.  Toxicol. appl.
    Pharmacol., 15, 552-559

Gibel, W. (1967)  Experimentelle Untersuchungen zur Synkarzinogenese beim
    Ösophaguskarzinom.  Arch. Geschwulstforsch., 30, 181-189

Gough, T.A. (1978)  An examination of some foodstuff for trace amounts of
    volatile nitrosamines using the thermal energy analyser.  In:
    Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Graw, J.J. & Berg, H. (1977)  Hepatocarcinogenic effect of DENA in pigs.
    Z. Krebsforsch., 89, 137-143

Graw, J.J., Berg, H. & Schmähl, D. (1974)  Carcinogenic and hepatotoxic
    effects of diethylnitrosamine in hedgehogs.  J. nat. Cancer Inst.,
    53, 589

Groenen, P.J., Jonk, R.J.G., van Ingen, C. & ten Noever de Brauw, M.C. (1976)  Determination of eight volatile nitrosamines in thirty cured meat products with capillary gas chromatography-high-resolution mass spectrometry:  the presence of nitrosodiethylamine and the absence of nitrosopyrrolidine. In:  Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental *N*-Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific Publications No. 14), pp. 321-331

Groenen, P.J., de Cock-Bethbeder, M.W., Jonk, R.J.G. & van Ingen, C. (1977) Further studies on the occurrence of volatile *N*-nitrosamines in meat products by combined gas chromatography and mass spectrometry.  In: Tinbergen, B.J. & Krol, B., eds, Proceedings of the 2nd International Symposium on Nitrite in Meat Products, Zeist, 1976, Wageningen, Centre for Agricultural Publishing and Documentation, pp. 227-237

Grundmann, E. & Sieburg, H. (1962)  Die Histogenese und Cytogenese des Lebercarcinoms der Ratte durch Diäthylnitrosamin im lichtmikro-skopischen Bild.  Beitr. path. Anat., 126, 57-90

Haas, H., Kmoch, N., Mohr, U. & Cardesa, A. (1975)  Susceptibility of gerbils (*Meriones unguiculatus*) to weekly subcutaneous and single intravenous injections of *N*-diethylnitrosamine.  Z. Krebsforsch., 83, 233-238

Hadjiolov, D. (1972)  Hemangiothelial sarcomas of the liver in rats induced by diethylnitrosamine.  Neoplasma, 19, 111-114

Havery, D.C., Fazio, T. & Howard, J.W. (1978)  Survey of cured meat products for volatile *N*-nitrosamines:  comparison of two analytical methods. In:  Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19)  (in press)

Heath, D.F. (1962)  The decomposition and toxicity of dialkylnitrosamines in rats.  Biochem. J., 85, 72-90

Hedler, L. & Marquardt, P. (1968)  Occurrence of diethylnitrosamine in some samples of food.  Fd Cosmet. Toxicol., 6, 341-348

Hedler, L. & Marquardt, P. (1974)  Determination of volatile *N*-nitroso compounds, and particularly of nitrosodimethylamine, nitrosodiethyl-amine and nitrosodipropylamine, in soyabean oil:  effect of oil storage period on recovery rates. In:  Bogovski, P. & Walker, E.A., eds, *N*-Nitroso Compounds in the Environment, Lyon (IARC Scientific Publications No. 9), pp. 183-191

Herrold, K.M. (1964a)  Epithelial papillomas of the nasal cavity:  experi-mental induction in Syrian hamsters.  Arch. Path., 78, 189-195

Herrold, K.M. (1964b)  Effect of route of administration on the carcinogenic action of diethylnitrosamine (*N*-nitrosodiethylamine).  Brit. J. Cancer, 18, 763-767

Herrold, K.M. (1964c)  Induction of olfactory neuroepithelial tumors in
    Syrian hamsters by diethylnitrosamine. Cancer, 17, 114-121

Herrold, K.M. & Dunham, L.J. (1963)  Induction of tumors in the Syrian
    hamster with diethylnitrosamine (N-nitrosodiethylamine). Cancer Res.,
    23, 773-777

Heyns, K. & Röper, H. (1974)  Gas chromatographic trace analysis of volatile
    nitrosamines in various types of wheat flour after application of
    different nitrogen fertilizers to the wheat. In: Bogovski, P. &
    Walker, E.A., eds, N-Nitroso Compounds in the Environment, Lyon (IARC
    Scientific Publications No. 9), pp. 166-172

Hilfrich, J., Althoff, J. & Mohr, U. (1971)  Untersuchungen zur Stimulation
    der Lungentumorrate durch Diäthylnitrosamin bei O-20-Mäusen.
    Z. Krebsforsch., 75, 240-242

Hirao, K., Matsumura, K., Imagawa, A., Enomoto, Y., Hosogi, Y., Kani, T.,
    Fujikawa, K. & Ito, N. (1974)  Primary neoplasms in dog liver induced
    by diethylnitrosamine. Cancer Res., 34, 1870-1882

Hoch-Ligeti, C., Lobl, L.T. & Arvin, J.M. (1964)  Effect of nitrosamine
    derivatives on enzyme concentrations in rat organs during carcino-
    genesis. Brit. J. Cancer, 18, 271-284

Hoffmann, D., Rathkamp, G. & Liu, Y.Y. (1974)  Chemical studies on tobacco
    smoke. XXVI.  On the isolation and identification of volatile and
    non-volatile N-nitrosamines and hydrazines in cigarette smoke. In:
    Bogovski, P. & Walker, E.A., eds, N-Nitroso Compounds in the Environ-
    ment, Lyon (IARC Scientific Publications No. 9), pp. 159-165

Hoffmann, F. & Graffi, A. (1964a)  Carcinome der Nasenhöhle bei Mäusen
    nach Tropfung der Rückenhaut mit Diäthylnitrosamin. Acta biol. med.
    germ., 12, 623-625

Hoffmann, F. & Graffi, A. (1964b)  Nasenhöhlentumoren bei Mäusen nach
    percutaner Diäthylnitrosaminapplikation. Arch. Geschwulstforsch.,
    23, 274-288

IARC (1972)  IARC Monographs on the Evaluation of Carcinogenic Risk of
    Chemicals to Man, 1, Lyon, pp. 107-124

IARC (1977a)  Annual Report 1977, Lyon, International Agency for Research
    on Cancer, p. 63

IARC (1977b)  Annual Report 1977, Lyon, International Agency for Research
    on Cancer, pp. 56-58

Ishikawa, T., Shimamine, T. & Takayama, S. (1975)  Histologic and electron
    microscopy observations on diethylnitrosamine-induced hepatomas in small
    aquarium fish (Oryzias latipes). J. nat. Cancer Inst., 55, 909-916

114

Iyengar, J.R., Panalaks, T., Miles, W.F. & Sen, N.P. (1976)  A survey of
    fish products for volatile *N*-nitrosamines.  J. Sci. Fd Agric., 27,
    527-530

Joint Iran-International Agency for Research on Cancer Study Group (1977)
    Esophageal cancer studies in the Caspian littoral of Iran:  results
    of population studies - a prodrome.  J. nat. Cancer Inst., 59, 1127-
    1138

Juszkiewicz, T. & Kowalski, B. (1974)  Passage of nitrosamines from rumen
    into milk in goats.  In:  Bogovski, P. & Walker, E.A., eds, *N*-Nitroso
    Compounds in the Environment, Lyon (IARC Scientific Publications No. 9),
    pp. 173-176

Juszkiewicz, T. & Kowalski, B. (1976)  An investigation of the possible
    presence or formation of nitrosamines in animal feeds.  In:
    Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental *N*-
    Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific
    Publications No. 14), pp. 375-383

Kann, J., Tauts, O., Raja, K. & Kalve, R. (1976)  Nitrosamines and their
    precursors in some Estonian foodstuffs.  In:  Walker, E.A., Bogovski, P.
    & Griciute, L., eds, Environmental *N*-Nitroso Compounds Analysis and
    Formation, Lyon (IARC Scientific Publications No. 14), pp. 385-394

Kann, J., Spiegelhalder, B., Eisenbrand, G. & Preussmann, R. (1978)  Occur-
    rence of volatile *N*-nitrosamines in animal diets.  Z. Krebsforsch.
    (in press)

Kelly, M.G., O'Gara, R.W., Adamson, R.H., Gadekar, K., Botkin, C.C.,
    Reese, W.H., Jr & Kerber, W.T. (1966)  Induction of hepatic cell
    carcinomas in monkeys with *N*-nitrosodiethylamine.  J. nat. Cancer
    Inst., 36, 323-351

Khudoley, V.V. (1971)  The induction of hepatic tumors by nitrosamines in
    aquarium fish (*Lebistes reticulatus*).  Vop. Onkol., 12, 67-72

Khudoley, V.V. (1973)  Morphological changes in the liver of fish (*Lebistes
    reticulatus*) under the action of diethyl- and dimethylnitrosamines.
    Vop. Onkol., 19, 88-94

Khudoley, V.V. (1977)  The induction of tumors in *Rana temporaria* with
    nitrosamines.  Neoplasma, 24, 249-251

Klimsch, H.-J., Stadler, L. & Brahm, S. (1976)  Quantitative Bestimmung
    flüchtiger Nitrosamine in Zigarettenrauchkondensat.  Z. Lebens-
    mittel-Untersuch., 162, 131-138

Koka, M. & Vesselinovitch, S.D. (1974)  High metastic rate of diethyl-
    nitrosamine-induced liver tumors in mice (Abstract No. 479).  Proc.
    Amer. Ass. Cancer Res., 15, 120

Kroeller, E. (1967) Detection of nitrosamines in tobacco smoke and food. Dtsch. Lebensmittel.-Rundsch., 63, 303-305 [Chem. Abstr., 67, 115822v]

Kunz, W., Schaude, G. & Thomas, C. (1969) Die Beeinflussung der Nitrosamin-carcinogenese durch Phenobarbital und Halogenkohlenwasserstoffe. Z. Krebsforsch., 72, 291-304

Kuroki, T., Drevon, C. & Montesano, R. (1977) Microsome-mediated muta-genesis in V79 Chinese hamster cells by various nitrosamines. Cancer Res., 37, 1044-1050

Kyriazis, A.P., Koka, M. & Vesselinovitch, S.D. (1974) Metastatic rate of liver tumors induced by diethylnitrosamine in mice. Cancer Res., 34, 2881-2886

Lacassagne, A., Buu-Hoï, N.P., Giao, N.B., Hurst, L. & Ferrando, R. (1967) Comparaison des actions hépatocancérogènes de la diéthylnitrosamine et du p-diméthylaminoazobenzène. Int. J. Cancer, 2, 425-433

Lakritz, L., Wasserman, A.E., Gates, R. & Spinelli, A.M. (1978) Preliminary observations on amines and nitrosamines in non-normal human gastric contents. In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Likhachev, A.J. (1971) Transplacental blastomogenic action of N-nitroso-diethyl-amine in mice. Vop. Onkol., 17, 45-50

Likhachev, A.J. (1974) The dependence of the blastomogenic effect on a N-nitrosodiethyl amine dose. Vop. Onkol., 20, 60-64

Lombard, C. (1965) Hépatocancérisation du cobaye par la diéthylnitrosamine en injection sous-cutanée. Bull. Cancer, 52, 389-410

Magee, P.N. & Barnes, J.M. (1967) Carcinogenic nitroso compounds. Adv. Cancer Res., 10, 163-246

Magee, P.N. & Lee, K.Y. (1964) Cellular injury and carcinogenesis. Alkyl-ation of ribonucleic acid of rat liver by diethylnitrosamine and n-butylmethylnitrosamine in vivo. Biochem. J., 91, 35-42

Magee, P.N. & Swann, P.F. (1969) Nitroso compounds. Brit. med. Bull., 25, 240-244

Magee, P.N., Montesano, R. & Preussmann, R. (1976) N-Nitroso compounds and related carcinogens. In: Searle, C.E., ed., Chemical Carcinogens (ACS Monograph 173), Washington DC, American Chemical Society, pp. 491-625

Makiura, S., Kamamoto, Y., Sugihara, S., Hirao, K., Hiasa, Y., Arai, M. & Ito, N. (1973) Effect of 1-naphthyl isothiocyanate and 3-methylcholan-threne on hepatocarcinogenesis in rats treated with diethylnitrosamine. Gann, 64, 101-104

Makiura, S., Aoe, H., Sugihara, S., Hirao, K., Arai, M. & Ito, N. (1974)
    Inhibitory effect of polychlorinated biphenyls on liver tumorigenesis
    in rats treated with 3'-methyl-4-dimethylaminoazobenzene, N-2-fluo-
    renylacetamide and diethylnitrosamine. J. nat. Cancer Inst., 53,
    1253-1257

Malling, H.V. (1966)  Mutagenicity of two potent carcinogens, dimethyl-
    nitrosamine and diethylnitrosamine, in Neurospora crassa. Mutation Res.,
    3, 537-540

Malling, H.V. (1974)  Mutagenic activation of dimethylnitrosamine and diethyl-
    nitrosamine in the host-mediated assay and the microsomal system.
    Mutation Res., 26, 465-472

Marquardt, P. & Hedler, L. (1966)  Über das Vorkommen von Nitrosaminen in
    Weizenmehl. Arzneimittel-Forsch., 16, 778-779

Mayer, V.W. (1971)  Mutagenicity of dimethylnitrosamine and diethylnitros-
    amine for Saccharomyces in an in vitro hydroxylation system. Mol. gen.
    Genet., 112, 289-294

McCormick, A., Nicholson, M.J., Baylis, M.A. & Underwood, J.G. (1973)
    Nitrosamines in cigarette smoke condensate. Nature (Lond.), 244,
    237-238

Meister, P. & Rabes, H. (1973)  Nierentumoren durch Diäthylnitrosamin nach
    partieller Leberresektion: morphologie und Wachstumsverhalten.
    Z. Krebsforsch., 80, 169-178

Mennel, H.D., Wechsler, W. & Zülch, K.J. (1974)  Morphologie und Morpho-
    genese der durch Diäthylnitrosamin erzeugten Nasenhöhlentumoren beim
    Goldhamster. Beitr. Path., 151, 134-156

Mirna, A., Harada, K., Rapp, U. & Kaufmann, H. (1976)  N-Nitrosamine in
    Futtermitteln. Fleischwirtschaft, 56, 1014

Mirvish, S.S. & Kaufman, L. (1970)  A study of nitrosamines and S-carboxyl
    derivatives of cysteine as lung carcinogens in adult SWR mice.
    Int. J. Cancer, 6, 69-73

Mohr, U. & Althoff, J. (1965a)  Die diaplacentare Wirkung des Cancerogens
    Diäthylnitrosamin bei der Maus. Z. Krebsforsch., 67, 152-155

Mohr, U. & Althoff, J. (1965b)  Zum Nachweis der diaplazentaren Wirkung
    von Diäthylnitrosamin beim Goldhamster. Z. Naturforsch., 20b, 5

Mohr, U. & Hilfrich, J. (1972)  Effect of a single dose of N-diethylnitro-
    samine on the rat kidney. J. nat. Cancer Inst., 49, 1729-1731

Mohr, U. & Hilfrich, J. (1974)  Tumor induction in the rat kidney with
    different doses of DEN (diethylnitrosamine): frequency, latency
    and morphology of the tumors. Recent Results Cancer Res., 44, 130-137

117

Mohr, U., Althoff, J. & Wrba, H. (1965)  Diaplacentare Wirkung des Carcino-
gens Diäthylnitrosamin beim Goldhamster.  Z. Krebsforsch., 66, 536-540

Mohr, U., Wieser, O. & Pielsticker, K. (1966a)  Die Minimaldosis für die
Wirkung von Diäthylnitrosamin auf die Trachea beim Goldhamster.
Naturwissenschaften, 53, 229

Mohr, U., Althoff, J. & Authaler, A. (1966b)  Diaplacental effect of the
carcinogen diethylnitrosamine in the golden hamster.  Cancer Res.,
26, 2349-2352

Mohr, U., Pielsticker, K., Wieser, O. & Kinzel, V. (1967)  Tumoren im
Vormagen des chinesischen Hamsters nach Diäthylnitrosamin-Behandlung.
Ein Beitrag zur Frage der Organotropie eines Karcinogens.  Europ. J.
Cancer, 3, 139-142

Mohr, U., Althoff, J., Emminger, A., Bresch, H. & Spielhoff, R. (1972a)
Effect of nitrosamines on nursing Syrian golden hamsters and their
offspring.  Z. Krebsforsch., 78, 73-77

Mohr, U., Althoff, J. & Page, N. (1972b)  Tumors of the respiratory system
induced in the common European hamster by N-diethylnitrosamine.
J. nat. Cancer Inst., 49, 595-597

Mohr, U., Reznik-Schüller, H., Reznik, G. & Hilfrich, J. (1975)  Transpla-
cental effects of diethylnitrosamine in Syrian hamsters as related
to different days of administration during pregnancy.  J. nat. Cancer
Inst., 55, 681-683

Mohr, U., Reznik, G. & Emminger, E. (1976)  Intrasplenic tumour formation in
the Syrian hamster (Mesocricetus auratus) after tracheal implants and
treatment with diethylnitrosamine.  J. nat. Cancer Inst., 56, 811-818

Montesano, R. & Bartsch, H. (1976)  Mutagenic and carcinogenic N-nitroso
compounds: possible environmental hazards.  Mutation Res., 32, 179-228

Montesano, R. & Magee, P.N. (1974)  Comparative metabolism in vitro of
nitrosamines in various animal species including man.  In:
Montesano, R. & Tomatis, L., eds, Chemical Carcinogenesis Essays,
Lyon (IARC Scientific Publications No. 10), pp. 39-56

Montesano, R. & Saffiotti, U. (1968)  Carcinogenic response of the respir-
atory tract of Syrian golden hamsters to different doses of diethyl-
nitrosamine.  Cancer Res., 28, 2197-2210

Montesano, R. & Saffiotti, U. (1970)  Carcinogenic response of the hamster
respiratory tract to single subcutaneous administrations of diethyl-
nitrosamine at birth.  J. nat. Cancer Inst., 44, 413-417

Montesano, R., Saffiotti, U., Ferrero, A. & Kaufman, D.G. (1974)  Syner-
gistic effects of benzo[a]pyrene and diethylnitrosamine on respiratory
carcinogenesis in hamsters.  J. nat. Cancer Inst., 53, 1395-1397

Mundt, D. & Hadjiolov, D. (1974)  Effect of aminoacetonitrile on the metabolism of diethylnitrosamine during liver carcinogenesis.  J. nat. Cancer Inst., 52, 1515-1520

Nakajima, T., Tanaka, A. & Tojyo, K.-I. (1974)  The effect of metabolic activation with rat liver preparations on the mutagenicity of several N-nitrosamines on a streptomycin-dependent strain of Escherichia coli. Mutation Res., 26, 361-366

Napalkov, N.P. & Alexandrov, V.A. (1968)  On the effects of blastomogenic substances on the organism during embryogenesis.  Z. Krebsforsch., 71, 32-50

Natarajan, A.T., Tates, A.D., Van Buul, P.P.W., Meijers, M. & De Vogel, N. (1976)  Cytogenetic effects of mutagens/carcinogens after activation in a microsomal system in vitro.  I.  Induction of chromosome aberrations and sister chromatid exchanges by diethylnitrosamine (DEN) and dimethylnitrosamine (DMN) in CHO cells in the presence of rat-liver microsomes.  Mutation Res., 37, 83-90

Nixon, J.E., Sinnhuber, R.O., Lee, D.J., Landers, M.K. & Harr, J.R. (1974)  Effect of cyclopropenoid compounds on the carcinogenic activity of diethylnitrosamine and aflatoxin $B_1$ in rats.  J. nat. Cancer Inst., 53, 453-458

O'Gara, R.W. & Kelly, M.G. (1965)  Induction of hepatomas in monkeys given N-nitrosodiethylamine (DENA) (Abstract No. 195).  Proc. Amer. Ass. Cancer Res., 6, 50

O'Gara, R.W., Adamson, R.H. & Dalgard, D.W. (1970)  Induction of tumors in subhuman primates by two nitrosamine compounds (Abstract No. 236). Proc. Amer. Ass. Cancer Res., 11, 60

Panalaks, T., Iyengar, J.R., Donaldson, B.A., Miles, W.F. & Sen, N.P. (1974) Further survey of cured meat products for volatile N-nitrosamines. J. Ass. off. analyt. Chem., 57, 806-812

Pasternak, L. (1963)  Untersuchungen über die mutagene Wirkung von Nitrosamines und Nitrosomethylharnstoff.  Acta biol. med. germ., 10, 436-438

Pegg, A.E. (1977)  Formation and metabolism of alkylated nucleosides: possible role in carcinogenesis by nitroso compounds and alkylating agents.  Adv. Cancer Res., 25, 195-269

Pensabene, J.W., Fiddler, W., Dooley, C.J., Doerr, R.C. & Wasserman, A.E. (1972)  Spectral and gas chromatographic characteristics of some N-nitrosamines.  J. agric. Fd Chem., 20, 274-277

Pliss, G.B. & Khudoley, V.V. (1975)  Tumor induction by carcinogenic agents in aquarium fish.  J. nat. Cancer Inst., 55, 129-136

Prager, B., Jacobson, P., Schmidt, P. & Stern, D., eds (1922)  Beilsteins
    Handbuch der Organischen Chemie, 4th ed., Vol. 4, Syst. No. 336,
    Berlin, Springer, p. 129

Preussmann, R., Arjungi, K.N. & Ebers, G. (1976)  *In vitro* detection of
    nitrosamines and other indirect alkylating agents by reaction with
    3,4-dichlorothiophenol in the presence of rat liver microsomes.
    Cancer Res., 36, 2459-2462

Preussmann, R., Walker, E.A., Wasserman, A.E. & Castegnaro, M., eds (1978)
    Environmental Carcinogens - Selected Methods of Analysis, Vol. 1,
    Nitrosamines, Lyon (IARC Scientific Publications No. 18) (in press)

Propping, P., Röhrborn, G. & Buselmaier, W. (1972)  Comparative investi-
    gations on the chemical induction of point mutations and dominant
    lethal mutations in mice.  Mol. gen. Genet., 117, 197-209

Rainey, W.T., Christie, W.H. & Lijinsky, W. (1978)  Mass spectrometry of
    *N*-nitrosamines.  Biomed. Mass Spectrom. (in press)

Rajewsky, M.F. & Dauber, W. (1970)  Distribution of bound tritium from
    $^3H$-diethylnitrosamine in rat tissues.  Int. J. Cancer, 5, 389-393

Rajewsky, M.F., Dauber, W. & Frankenberg, H. (1966)  Liver carcinogenesis
    by diethylnitrosamine in the rat.  Science, 152, 83-85

Rapp, H.J., Carleton, J.H., Crisler, C. & Nadel, E.M. (1965)  Induction of
    malignant tumors in the rabbit by oral administration of diethylnitro-
    samine.  J. nat. Cancer Inst., 34, 453-458

Reid, J.D., Riley, J.F. & Shepherd, D.M. (1963)  Histological and enzymatic
    changes in the livers of rats fed the hepatic carcinogen diethylnitro-
    samine.  Biochem. Pharmacol., 12, 1151-1156

Reuber, M.D. (1975)  Carcinomas of the esophagus in rats ingesting diethyl-
    nitrosamine.  Europ. J. Cancer, 11, 97-99

Reuber, M.D. & Lee, C.W. (1968)  Effect of age and sex on hepatic lesions
    in Buffalo strain rats ingesting diethylnitrosamine.  J. nat. Cancer
    Inst., 41, 1133-1140

Reznik, G., Mohr, U. & Knoch, N. (1976)  Carcinogenic effects of different
    nitroso-compounds in Chinese hamsters. I.  Dimethylnitrosamine and
    *N*-diethylnitrosamine.  Brit. J. Cancer, 33, 411-418

Roach, W.A. (1972)  The possible presence of nitrosamines in Transkeian
    Bantu foodstuffs. In: Bogovski, P., Preussmann, R. & Walker, E.A.,
    eds, *N*-Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific
    Publications No. 3), pp. 74-78

Rogers, A.E. (1977)  Reduction of *N*-nitrosodiethylamine carcinogenesis in
    rats by lipotrope or amino acid supplementation of a marginally
    deficient diet.  Cancer Res., 37, 194-199

Rogers, A.E., Sanchez, O., Feinsod, F.M. & Newberne, P.M. (1974)  Dietary
    enhancement of nitrosamine carcinogenesis.  Cancer Res., 34, 96-99

Sakai, A. & Tanimura, A. (1971)  Nitrosamines in foods.  VII.  Nitrosamines
    detected in foods.  Shokuhin Eiseigaku Zasshi, 12, 485-488 [Chem. Abstr.,
    77, 3925f]

Schauer, A. & Kunze, E. (1968)  Enzymhistochemische und autoradiographische
    Untersuchungen während der Cancerisierung der Rattenleber mit Diäthyl-
    nitrosamin.  Z. Krebsforsch., 70, 252-266

Schmähl, D. & Thomas, C. (1965a)  Dosis-Wirkungs-Beziehungen bei der
    Erzeugung von Hämangioendotheliomen der Leber bei Mäusen durch
    Diäthylnitrosamin.  Z. Krebsforsch., 66, 533-535

Schmähl, D. & Thomas, C. (1965b)  Erzeugung von Leberkrebs beim Kaninchen
    durch Diäthylnitrosamin.  Naturwissenschaften, 52, 165

Schmähl, D., Preussmann, R. & Hamperl, H. (1960)  Leberkrebs-erzeugende
    Wirkung von Diäthylnitrosamin nach oraler Gabe bei Ratten.  Naturwis-
    senschaften, 47, 89

Schmähl, D., Thomas, C. & König, K. (1963a)  Versuche zur Krebserzeugung
    mit Diäthylnitrosamin bei Mäusen.  Naturwissenschaften, 50, 407

Schmähl, D., Thomas, C. & König, K. (1963b)  Leberkrebs erzeugende Wirkung
    von Diäthylnitrosamin nach rectaler Applikation bei Ratten.  Z. Krebs-
    forsch., 65, 529-530

Schmähl, D., Thomas, C. & Scheld, G. (1964)  Cancerogene Wirkung von Diäthyl-
    nitrosamin beim Hund.  Naturwissenschaften, 51, 466-467

Schmähl, D., Osswald, H. & Karsten, C. (1966)  Leberkrebserzeugung durch
    Diäthylnitrosamin bei Wellensittichen.  Naturwissenschaften, 53, 437

Schmähl, D., Osswald, H. & Mohr, U. (1967)  Hepatotoxische und cancerogene
    Wirkung von Diäthylnitrosamin bei Schweinen.  Naturwissenschaften,
    54, 341

Schmähl, D., Osswald, H. & Goerttler, K. (1969)  Cancerogene Wirkung von
    Diäthylnitrosamin bei Schweinen.  Z. Krebsforsch., 72, 102-104

Schmähl, D., Krüger, F.W., Habs, M. & Diehl, B. (1976)  Influence of disul-
    firam on the organotrophy of the carcinogenic effect of dimethyl-
    nitrosamine and diethylnitrosamine in rats.  Z. Krebsforsch., 85,
    271-276

121

Schoental, R. & Appleby, E.C. (1973)  The development of tumours in a
    female rat and her offspring, following administration of diethyl-
    nitrosamine to the mother during nursing (Abstract). Brit. J. Cancer,
    28, 84

Sen, N.P., Smith, D.C., Schwinghamer, L. & Marleau, J.J. (1969)  Diethyl-
    nitrosamine and other $N$-nitrosamines in foods.  J. Ass. off. analyt.
    Chem., 52, 47-52

Sen, N.P., Iyengar, J.R., Donaldson, B.D., Panalaks, T. & Miles, W.F. (1974)
    The analysis and occurrence of volatile nitrosamines in cured meat
    products. In: Bogovski, P. & Walker, E.A., eds, $N$-Nitroso Compounds
    in the Environment, Lyon (IARC Scientific Publications No. 9),
    pp. 49-52

Sen, N.P., Iyengar, J.R., Miles, W.F. & Panalaks, T. (1976)  Nitrosamines
    in cured meat products. In: Walker, E.A., Bogovski, P. & Griciute, L.,
    eds, Environmental $N$-Nitroso Compounds Analysis and Formation, Lyon
    (IARC Scientific Publications No. 14), pp. 333-342

Sen, N.P., Donaldson, B.A., Seaman, S., Iyengar, J.R. & Miles, W.F. (1978)
    Recent studies in Canada on the analysis and occurrence of volatile
    and non-volatile $N$-nitroso compounds in foods. In: Walker, E.A.,
    Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects
    of $N$-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19)
    (in press)

Shvemberger, I.N. (1965)  Induction of malignant tumours of oesophagus and
    stomach in C₃HA mice with $N$-nitrosodiethylamine.  Vop. Onkol., 11,
    74-77

Solt, D. & Farber, E. (1976)  New principle for the analysis of chemical
    carcinogenesis.  Nature (Lond.), 263, 701-703

Stanton, M.F. (1965)  Diethylnitrosamine-induced hepatic degeneration
    and neoplasia in the aquarium fish, Brachydanio rerio.  J. nat.
    Cancer Inst., 34, 117-130

Stephany, R.W., Freudenthal, J. & Schuller, P.L. (1976)  Quantitative and
    qualitative determination of some volatile nitrosamines in various
    meat products.  In: Walker, E.A., Bogovski, P. & Griciute, L., eds,
    Environmental $N$-Nitroso Compounds Analysis and Formation, Lyon (IARC
    Scientific Publications No. 14), pp. 343-354

Sugimura, T., Yahagi, T., Nagao, M., Takeuchi, M., Kawachi, T., Hara, K.,
    Yamasaki, E., Matsushima, T., Hashimoto, Y. & Okada, M. (1976)
    Validity of mutagenicity tests using microbes as a rapid screening
    method for environmental carcinogens.  In: Montesano, R., Bartsch, H.
    & Tomatis, L., eds, Screening Tests in Chemical Carcinogenesis, Lyon
    (IARC Scientific Publications No. 12), pp. 81-101

Svoboda, D. & Higginson, J. (1968)  A comparison of ultrastructural changes in rat liver due to chemical carcinogens.  Cancer Res., 28, 1703-1733

Swann, P.F. & Magee, P.N. (1971)  Nitrosamine-induced carcinogenesis.  The alkylation of N-7 of guanine of nucleic acids of the rat by diethylnitrosamine N-ethyl-N-nitrosourea and ethyl methanesulphonate. Biochem. J., 125, 841-847

Sydow, G. (1970)  Untersuchungen über die diaplazentare teratogene, karzinogene und mutagene Wirkung von Diäthylnitrosamin (DÄNA) nach oraler Applikation bei der Ratte.  Arch. Geschwulstforsch., 36, 331-334

Takayama, S. & Oota, K. (1965)  Induction of malignant tumors in various strains of mice by oral administration of N-nitrosodimethylamine and N-nitrosodiethylamine.  Gann, 56, 189-199

Takayama, S., Hitachi, M. & Yamada, K. (1975)  Histological and cytological studies on hepatocarcinogenesis in rats by administration of diethylnitrosamine.  Gann Monogr. Cancer Res., 17, 343-354

Telling, G.M., Bryce, T.A., Hoar, D., Osborne, D. & Welti, D. (1974) Progress in the analysis of volatile N-nitroso compounds.  In: Bogovski, P. & Walker, E.A., eds, N-Nitroso Compounds in the Environment, Lyon (IARC Scientific Publications No. 9), pp. 12-17

Thewlis, B.H. (1967)  Testing of wheat flour for the presence of nitrite and nitrosamines.  Fd Cosmet. Toxicol., 5, 333-337

Thomas, C. (1961)  Zur Morphologie der durch Diäthylnitrosamin erzeugten Leberveränderungen und Tumoren bei der Ratte.  Z. Krebsforsch., 64, 224-233

Thomas, C. & Bollmann, R. (1968)  Untersuchungen zur diaplacentaren krebserzeugenden Wirkung des Diäthylnitrosamins an Ratten.  Z. Krebsforsch., 71, 129-134

Thomas, C. & Schmähl, D. (1963)  Zur Morphologie der durch Diäthylnitrosamin erzeugten Lebertumoren bei der Maus und dem Meerschweinchen.  Z. Krebsforsch., 65, 531-536

Turusov, V., Tomatis, L., Guibbert, D., Duperray, B. & Pacheco, H. (1973) The effect of prenatal exposure of mice to methylcholanthrene combined with the neonatal administration of diethylnitrosamine.  In: Tomatis, L. & Mohr, U., eds, Transplacental Carcinogenesis, Lyon (IARC Scientific Publications No. 4), pp. 84-91

US Environmental Protection Agency (1977)  Requirement for certain pesticide registrants and applicants for registration to submit analyses of pesticides for N-nitroso contaminants.  Fed. Regist., 42, 51640-51641

Vogel, E. & Leigh, B. (1975)  Concentration-effect studies with MMS, TEB, 2,4,5-TriCl-PDMT, and DEN on the induction of dominant and recessive lethals, chromosome loss and translocations in *Drosophila* sperm. Mutation Res., 29, 383-396

Weisburger, E.K., Ward, J.M. & Brown, C.A. (1974)  Dibenamine: selective protection against diethylnitrosamine-induced hepatic carcinogenesis but not oral, pharyngeal and esophageal carcinogenesis. Toxicol. appl. Pharmacol., 28, 477-484

Weisburger, J.H., Madison, R.M., Ward, J.M., Viguera, C. & Weisburger, E.K. (1975)  Modification of diethylnitrosamine liver carcinogenesis with phenobarbital but not with immunosuppression. J. nat. Cancer Inst., 54, 1185-1188

Witschi, H. (1973)  The effects of diethylnitrosamine on ribonucleic acid and protein synthesis in the liver and lung of the Syrian golden hamster. Biochem. J., 136, 789-794

Wrba, H., Pielsticker, K. & Mohr, U. (1967)  Die diaplazentar-carcinogene Wirkung von Diäthylnitrosamin bei Ratten. Naturwissenschaften, 54, 47

*N*-NITROSODIMETHYLAMINE

This substance was considered previously by an IARC Working Group, in December 1971 (IARC, 1972). Since that time new data have become available, and these have been incorporated into the monograph and taken into account in the present evaluation.

## 1. Chemical and Physical Data

### 1.1 Synonyms and trade names

Chem. Abstr. Services Reg. No.: 62-75-9

Chem. Abstr. Name: *N*-Methyl-*N*-nitrosomethanamine

*N,N*-Dimethylnitrosamine; dimethylnitrosamine; DMN; DMNA; NDMA

### 1.2 Structural and molecular formulae and weight

$$O=N-N\diagdown_{CH_3}^{CH_3}$$

$C_2H_6N_2O$         Mol. wt:  74.1

### 1.3 Chemical and physical properties of the pure substance

(a) Description:  Yellow, oily liquid (Magee & Barnes, 1967)

(b) Boiling-point:  50-52°C (14 mm);  151°C (760 mm) (Druckrey *et al.*, 1967)

(c) Density:  $d_4^{20}$ 1.0061

(d) Refractive index:  $n_D^{20}$ 1.4368

(e) Spectroscopy data:  $\lambda_{max}$ 230 and 332 nm ($E_1^1$ = 978.9 and 12.8) in water (Druckrey *et al.*, 1967); mass spectroscopy data are given by Pensabene *et al.* (1972) and Rainey *et al.* (1978).

(f) Solubility:  Soluble in water, organic solvents and lipids

(g) Volatility:  Volatile; can be steam-distilled quantitatively (Eisenbrand *et al.*, 1970)

(h) Stability: Stable at room temperature for more than 14 days
in neutral or alkaline aqueous solutions in the dark (Druckrey
*et al.*, 1967); slightly less stable in acidic solutions;
sensitive to ultra-violet light

(i) Reactivity: Strong oxidants (peracids) oxidize it to the
corresponding nitramine; can be reduced to the corresponding
hydrazine and/or amine; relatively resistant to hydrolysis
but can be easily split by hydrogen bromide in acetic acid
(Eisenbrand & Preussmann, 1970). Photochemically reactive
(Fridman *et al.*, 1971). The preparation of various derivatives
has been discussed (Preussmann *et al.*, 1978).

## 1.4 Technical products and impurities

No data were available to the Working Group.

## 2. Production, Use, Occurrence and Analysis

### 2.1 Production and use

For background information on this section, see preamble, p. 22.

(a) Production

*N*-Nitrosodimethylamine (NDMA) was first prepared in 1895 by Renouf
by the reaction of sodium nitrite with an acidified solution of dimethyl-
amine hydrochloride (Prager *et al.*, 1922). Essentially the same procedure
is believed to have been used for its commercial production (Getz, 1960).

Production of NDMA has not been reported to the US International
Trade Commission; however, prior to 1 April 1976, one US company produced
it as an intermediate in the manufacture of 1,1-dimethylhydrazine[1] (unsym-
metrical dimethylhydrazine) (Anon., 1975). Prior to closing of this plant,
annual production of NDMA is believed to have been less than 500 thousand
kg per year. Production of 1,1-dimethylhydrazine was first reported to
the US International Trade Commission in 1956 (IARC, 1974). 1,1-Dimethyl-

-------

[1]See IARC (1974).

hydrazine is also believed to have been produced in Germany in the early
1940's, but no information is available about the route of synthesis.
No evidence was found that NDMA has been produced commercially in Japan,
and it is not known if it is produced in other countries.

(b)  Use

Prior to 1 April 1976, NDMA was used in the US as an intermediate in
the production of 1,1-dimethylhydrazine, a storable liquid rocket fuel
which is believed to have contained up to 0.1% NDMA as an impurity.  No
evidence was found that NDMA is used at present, except for research
purposes.

Regulations in the US concerning NDMA designate strict procedures to
avoid worker contact.  Mixtures containing 1.0% or more NDMA must be
maintained in isolated or closed systems, employees must observe special
personal hygiene rules, and certain procedures must be followed for movement
of the material and in case of accidental spills and emergencies (US Occu-
pational Safety and Health Administration, 1976).

2.2  Occurrence

(a)  Air

Bretschneider & Matz (1974, 1976) reported levels of 1-430 ng/m$^3$ NDMA[1]
inside a factory using dimethylamine.  Fine *et al.* (1976a) reported its
presence as an air pollutant in Baltimore, Maryland and in Belle, West
Virginia (USA).  In Baltimore, the prime source was found to be a chemical
plant which was manufacturing 1,1-dimethylhydrazine using NDMA as a precursor.
Typical NDMA levels were between 6000 and 36,000 ng/m$^3$ on the site of the
factory, about 1000 ng/m$^3$ in residential neighbourhoods adjacent to the
factory, and about 100 ng/m$^3$ two miles away in downtown Baltimore (Fine,
1978;  Fine *et al.*, 1976b,c, 1977a;  Pellizzari *et al.*, 1976).  Following
this study, in April 1976, the factory was closed down.  In Belle, the
source of the NDMA was found to be a chemical factory manufacturing and

_____

[1]This result was not confirmed by mass spectroscopy (see also
'General Remarks on the Substances Considered', p. 40).

using dimethylamine; the NDMA was being produced as an unwanted byproduct. Typical levels in downtown Belle and Charleston ranged from 1-40 ng/m³ (Fine, 1978). Similar levels[1] were found by Cohen & Bachman (1978) on the site of several chemical factories making or using dimethylamine. In extensive studies in New York City, Boston and New Jersey, NDMA was found at 3/40 sites at levels above the detection limit of 10 ng/m³ (Fine, 1977, 1978). Gough *et al.* (1976) and Sen *et al.* (1976a) have found that during the frying of bacon, 70% of NDMA volatilized in the fumes.

### (b) Tobacco smoke

Johnson & Rhoades (1972) and Rhoades & Johnson (1972) claimed to have found 0-140 ng/cigarette NDMA [One of these results was confirmed by high-resolution mass spectrometry]. Similar results were reported by McCormick *et al.* (1973), using high-resolution mass spectrometry. Klimsch *et al.* (1976) reported 9.5-91 ng/cigarette.

NDMA was present in the mainstream smoke of non-filtered cigarettes at a level of 13-65 ng/cigarette, and 5.7-43 ng/cigarette were found in filtered cigarettes. In the sidestream smoke, the levels were 680-823 ng/cigarette in non-filtered cigarettes and 1040-1770 ng/cigarette in filtered cigarettes. In smoke-filled rooms, such as bars and discotheques, 90-240 ng/m³ NDMA[1] were found in the air. In residences, the levels[1] were <5 ng/m³ (Brunnemann & Hoffmann, 1978; Brunnemann *et al.*, 1977). Walker & Castegnaro (IARC, 1977c) found NDMA in all of 10 samples of scrapings from pipes used for smoking tobacco in the Transkei; these are believed to be consumed by the local inhabitants. The levels ranged from 45-340 µg/kg.

### (c) Water

NMDA was present in sea-water adjacent to a 1,1-dimethylhydrazine chemical factory in Baltimore which was emitting NDMA into the air; the levels varied from 0.08-0.25 µg/l (Fine & Rounbehler, 1976). NDMA was also reported at a level of 3.0 µg/l in an adjacent sewage-treatment facility.

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

On the site of the Baltimore factory, water in a drainage ditch contained 6 µg/l and that in a mud puddle 200 and 6000 µg/l (Fine *et al.*, 1977a). Industrial waste-water from chemical factories was found to contain 0.2-5 µg/l (Fine, 1978); that from 8/19 chemical factories contained 0.08-3.3 µg/l NDMA (Cohen & Bachman, 1978).

Cohen & Bachman (1978)[1], Gough (1978)[1] and Fiddler *et al.* (1977) found 0.012-0.34 µg/l in deionized water; the source of the NDMA was shown to be the ion-exchange resin. Fine (1978) reported <0.01 µg/l[1] NDMA in high-nitrate well-water. Cohen & Bachman (1978) also reported that chlorination of drinking-water can result in NDMA levels of 0.02-0.82 µg/l[1].

### (d)  Soil

Soil samples taken from several locations near industrial plants in New Jersey contained NDMA at levels ranging from 0-15.1 ng/g; in West Virginia, near Belle and Charleston, soil samples contained 0.2-5.4 ng/g; and in the New York City area, soil samples contained 0-0.32 ng/g (Fine, 1977).

### (e)  Food and feed

Cheese: Various cheeses have been analysed for NDMA. Havery *et al.* (1976) found none, and Alliston *et al.* (1972) found only a trace. However, Sen *et al.* (1978) found 2-68 µg/kg NDMA in 20/63 samples of 26 different cheeses. Eisenbrand *et al.* (1978) found that 78/173 cheeses were positive for NDMA, and levels of 1-6 µg/kg were confirmed in 20 of these samples. Gough (1978) found up to 0.2 µg/kg in 13/20 samples, and 3/16 samples of other dairy products contained NDMA at levels of <0.1 µg/kg.

Vegetables and vegetable oils: Telling *et al.* (1974) found no NDMA in raw or cooked vegetables, and Gough (1978) found no NDMA in 16 different vegetable samples. None was found in baby food or lard (Havery *et al.*, 1976), but freshly refined soya bean oil was found to contain levels of 0-20 µg/kg[1] (Hedler *et al.*, 1976).

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

NDMA was found in 5/12 samples of tinned fruit at a level of <0.1 µg/kg (Gough, 1978) and in the fruit of a solanaceous bush, *Solanum incanum*, used in the Transkei for the preparation of foodstuffs (Du Plessis *et al.*, 1969)[1].

In a dietary survey to compare levels of nitrosamines in regions of high and low incidence of oesophageal cancer, no significant difference in NDMA levels was found among 179 samples. Levels were mostly <5 µg/kg[1] (IARC, 1975; Joint Iran-IARC Study Group, 1977).

Meat and fish: The presence of NDMA in meat and fish products has been demonstrated in a number of studies (Table 1).

Spices: Sen *et al.* (1974) found 0-850 µg/kg NDMA in spices used for meat curing, and Havery *et al.* (1976) reported 29-343 µg/kg in spice cures. No nitrosamines were found in the mixtures when the spices and nitrite and/or nitrate salts were packaged separately.

Feed: Among the first reports of nitrosamines in the environment were those of Sakshaug *et al.* (1965) and Ender *et al.* (1964), who found high levels of NDMA in fishmeal, using thin-layer chromatography. Mirna *et al.* (1976) reported 2, 3, 8, 18, 205 and 315 µg/kg NDMA. Fishmeal not treated with nitrate or nitrite was found to contain between 150 and 1000 µg/kg NDMA (Hurst, 1976). Skaare & Dahle (1975) reported 100-2000 µg/kg NDMA, and Juszkiewicz & Kowalski (1976) 5-417 µg/kg[1].

Levels of 0-42 µg/kg NDMA have been found in a number of experimental animal feeds which contain fishmeal (IARC, 1977a). Kann *et al.* (1978) reported NDMA in 37/46 animal feeds: 23 samples contained 1-10 µg/kg and 14, more than 10 µg/kg (one of these had 79 µg/kg).

(f) Alcoholic beverages

Examination of over 100 apple brandies has shown that NDMA was present in a majority of samples. The average level found was 0.5 µg/kg with a maximum of 10 µg/kg. NDMA was also found in a number of ciders, cognacs,

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

Table 1

Levels of $N$-nitrosodimethylamine in various foods from several countries[1]

| Product | Country | No. of samples | Number positive | Level (μg/kg) | Reference |
|---|---|---|---|---|---|
| Various meat products | Canada | 59 | 5 | 10-80 | Sen (1972) |
| "        "        " | " | 197 | 57 | 2-12 | Panalaks et al. (1973) |
| "        "        " | " | 80 | 29 | 2-35 | "        " (1974) |
| "        "        " | " | 100 | 26 | 5-48 | Sen et al. (1976b) |
| Bacon (fried) | " | 8 | 7 | 2-5 | "        " (1973) |
| Fish (fresh) | " | 18 | 11 | 3-18 | Iyengar et al. (1976) |
| "   (processed) | " | 11 | 3 | 3-6 | "        "        " |
| Cured meats (raw) | FRG | 34 | 26 | <1-2.4 | Eisenbrand et al. (1978) |
| "        "   (cooked) | " | 34 | 20 | <1-1.7 | "        "        " |
| Bacon (raw) | " | 5 | 5 | 1-3 | "        "        (1977) |
| "   (cooked) | " | 5 | 5 | 1-4 | "        "        " |
| Liver, meatloaf (raw) | " | 4 | 4 | 1-8 | "        "        " |
| "        "   (cooked) | " | 4 | 2 | 1 | "        "        " |
| Pepper, salami (raw) | " | 5 | 3 | 1-10 | "        "        " |
| "        "   (cooked) | " | 5 | 5 | 1-12 | "        "        " |
| Ham (raw) | " | 6 | 5 | 1-54 | "        "        " |
| "   (cooked) | " | 4 | 4 | 1-6 | "        "        " |
| Salted fish | Hong Kong | 21 | 8 | 1-35 | Huang et al. (1978a,b) |
| Fish products | "     " | 61 | 27 | 1-15 | Fong & Chan (1977) |
| Croakers (fish) | "     " | 2 | 1 | 20-30[2] | "        "   (1973) |

[1]No data were available to the Working Group from other countries.
[2]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

132

| Product | Country | No. of samples | Number positive | Level (µg/kg) | Reference |
|---|---|---|---|---|---|
| Cured meats | The Netherlands | 5 | 5 | 0.0-27.3 | Stephany *et al.* (1976) |
| "        " | " | 30 | 7 | 2-6 | Groenen *et al.* (1976) |
| Bacon (fried) | " | 5 | 2 | 2-4 | "        "        " |
| "      " | " | 5 | 5 | 0.3-1.1 | Stephany *et al.* (1976) |
| Meat (fried) | " | 5 | 5 | 0.0-0.4 | "        "        " |
| Bacon (raw) | " | 8 | 7 | 0.9-9.5 | Groenen *et al.* (1977) |
| "     (fried) | " | 7 | 7 | 1.2-7.5 | "        "        " |
| Minced meat (raw) | " | 5 | 0 | – | "        "        " |
| "       "    (fried) | " | 5 | 5 | 0.4-1.9 | "        "        " |
| Cured meats | " | 22 | 22 | 0.1-15.5 | "        "        " |
| Stale cod | UK | 2 | 2 | 1[2] | Alliston *et al.* (1972) |
| Bacon (grilled/fried) | " | 29 | NR[3] | >1-3 | Telling *et al.* (1974) |
| "     (cooked) | " | 16 | NR | <0.1-6 | Gough & Walters (1976) |
| "     (cooked-out fat) | " | 42 | NR | <0.2-10 | Telling *et al.* (1974) |
| "     "      "      " | " | 16 | NR | <0.1-28 | Gough & Walters (1976) |
| Spiced tinned meat | " | NR | 5 | 3-5 | Gough (1978) |
| Various meat products | " | 35 | NR | <0.2-<1 | Telling *et al.* (1974) |
| "      "      " | " | 6 | NR | <0.5[2] | Alliston *et al.* (1972) |
| Sausages (smoked) | " | 4 | NR | <0.2-<1 | Telling *et al.* (1974) |
| Ham (tinned) | " | 2 | NR | <0.2 | "        "        " |
| Bacon (raw) | " | 2 | NR | <0.5[2] | Alliston *et al.* (1972) |
| "      " | " | 10 | NR | <0.2 | Telling *et al.* (1974) |
| "     (grilled/fried) | " | 24 | 5 | 1-4 | Crosby *et al.* (1972) |
| "     (fried) | " | 8 | 8 | 1-10 | Gough (1978) |
| "     (grilled/fried) | " | 46 | 13 | 1-5 | Gough *et al.* (1977) |

[2]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).
[3]NR = not reported

| Product | Country | No. of samples | Number positive | Level (μg/kg) | Reference |
|---|---|---|---|---|---|
| Cured meat (tinned) | UK | 34 | 9 | 1-10 | Gough *et al.* (1977) |
| Salami, sausage | " | 22 | 2 | 1-5 | " " " |
| Poultry (cooked) | " | 9 | 1 | 1-5 | " " " |
| Fish (uncooked) | " | 61 | 23 | 1-10 | " " " |
| " (cooked) | " | 9 | 0 | <1[4] | " " " |
| Cheese | " | 58 | 10 | 1-15 | " " " |
| Yoghurt and dessert dishes | " | 16 | 0 | <1[4] | " " " |
| Fish (fresh) | " | 85 | NR[3] | <0.2-9 | Telling *et al.* (1974) |
| " (tinned) | " | 16 | NR | <0.2-2.5 | " " " |
| " and fish products | " | 35 | 15 | 1-9 | Crosby *et al.* (1972) |
| " " " " " | " | 20 | 10 | up to 0.2[2] | Gough (1978) |
| Japanese salmon (raw) | USA | 24 | 0 | <5[4] | Gadbois *et al.* (1976) |
| Fin fish | " | 26 | 0 | <10[4] | Havery & Fazio (1977) |
| Shellfish | " | 52 | 0 | <10[4] | " " " |
| Fish and fish products | " | 26 | 22 | 4-26 | Fazio *et al.* (1971a) |
| Various meat products | " | 51 | 1 | 5 | " " (1971b) |
| Frankfurters | " | 40 | 3 | 0-84 | Wasserman *et al.* (1972) |
| Souse, jellied cured meats | " | 10 | 8 | 3-63 | Fiddler *et al.* (1975) |
| Various cured meats | " | 39 | 0 | <10[4] | Havery *et al.* (1976) |
| Bacon (raw and fried) | " | 22 | 0 | <10[4] | " " " |
| Various cured meats | " | 106 | some | <1 | " " (1978) |
| Sausages | USSR | 12 | 9 | 1-13[2] | Kann *et al.* (1976) |
| Fish (fresh and processed) | " | 19 | 18 | 6-177[2] | " " " |

[2]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances
  Considered', p. 40).
[3]NR = not reported
[4]Detection limited

133

armagnacs, rums and whiskeys;  average levels ranged from 0.1-0.4 µg/kg
with a maximum of 1.6 µg/kg.

In 27 beers examined, the average level was 2 µg/kg, with a maximum
of 7 µg/kg (IARC, 1977b).  NDMA was detected in 3/18 samples of maize beer
at levels of 1.0, 1.5 and 7.5 µg/kg (IARC, 1976).

### (g) Pesticides

Fine *et al*. (1978) reported 190-640 mg/l (ppm) NDMA in dimethylamine
formulations of 2,3,6-trichlorobenzoic acid;  300 µg/l NDMA were also found
in 1/3 herbicide mixtures formulated as dimethylamine salts.  Cohen *et al*.
(1978) reported levels ranging from 0.1-335 mg/kg (ppm) NDMA in 7/8 di-
methylamine salts of various herbicides.

### (h) Drugs

Eisenbrand *et al*. (1978) found NDMA in all samples of 68 drugs
formulated with aminopyrine, including tablets, suppositories, injections,
drops and syrups.  The concentration varied within wide limits (<10-371
µg/kg):  35 samples contained 1-10 µg/kg, 27 samples contained 10-50 µg/kg,
5 samples contained 50-100 µg/kg and 1 sample (a tablet) contained 371 µg/kg.

### (i) *In vivo* formation

NDMA was formed in laboratory mice *in vivo* following gavage with
250 ng sodium nitrite then 50 ng dimethylamine hydrochloride (Rounbehler
*et al*., 1977).

NDMA has been reported to be present in man *in vivo*.  Harington *et al*.
(1973) claimed that NDMA was present in vaginal fluids [Confirmation was
by low-resolution mass spectrometry, and the results have not been reported
elsewhere.  No adequate precautions were taken to prevent nitrosamine
formation during analysis].

Eisenbrand *et al*. (1976) reported the presence of 10 and 100 µg/l
NDMA in 2/8 urine samples from patients with urinary tract infections;
Hicks *et al*. (1978) reported traces in the urine of some patients with
chronic bladder infections (detection limit, 1 µg/kg);  Stephany & Schuller
(1978) reported levels of <1 µg/kg in the urine of hospital patients treated

134

with potassium nitrate; and similar results[1] have been reported by Brooks *et al.* (1972) and Radomski & Hearn (1976) [In none of this work were adequate precautions taken to prevent nitrosamine formation during storage and analysis].

Lakritz *et al.* (1978) reported the presence of 2 µg/kg NDMA in the gastric juice from 2/35 fasting patients [No adequate precautions were taken to prevent nitrosamine formation during storage and analysis].

Fine *et al.* (1977c) found more NDMA in human blood immediately after ingestion of a meal containing spinach, bacon, tomato, bread and beer than was present before. Ingestion of ascorbate reduced the background amount to a non-detectable level.

2.3  Analysis

An IARC Manual gives selected methods for the analysis of volatile *N*-nitrosamines, including NDMA (Preussmann *et al.*, 1978). Four techniques have been used for trapping NDMA during air monitoring: charcoal traps (Bretschneider & Matz, 1974), Tenax GC cartridges (Issenberg & Sornson, 1976; Pellizzari *et al.*, 1976), cryogenic traps (Fine *et al.*, 1976c) and ambient temperature alkali traps (Fine *et al.*, 1977a).

On 29 September 1977, the US Environmental Protection Agency issued a notice requiring all registrants of pesticide products that are potentially contaminated with *N*-nitroso compounds to analyse commercial samples which have been stored for at least 18 days to determine the extent of contamination. This notice prescribes in general terms the types of analytical methods to be used for volatile *N*-nitroso compounds (e.g., gas chromatography plus mass spectrometry or thermal energy analysis and others) as well as for nonvolatile *N*-nitroso compounds (e.g., high-pressure liquid chromatography plus ultra-violet spectroscopy). Confirmation of positive results by gas chromatography and mass spectrometry or by valid independent methods is required when possible (US Environmental Protection Agency, 1977).

---

[1]These results were not confirmed by mass spectroscopy (see also 'General Remarks on the Substances Considered', p. 40).

## 3.   Biological Data Relevant to the Evaluation
### of Carcinogenic Risk to Man

### 3.1  Carcinogenicity and related studies in animals

#### (a)  Oral administration

Mouse:  Several studies on different strains of mice have demonstrated
that *N*-nitrosodimethylamine (NDMA) produces haemangiomas, haemangioendo-
theliomas, haemangioendothelial sarcomas, adenomas and hepatocellular
carcinomas of the liver, as well as adenomas and adenocarcinomas of the
lung.  Kidney adenomas have also been observed in some strains (Clapp &
Toya, 1970;  Clapp *et al.*, 1968, 1971;  Den Engelse *et al.*, 1969/1970;
Kuwahara *et al.*, 1972;  Otsuka & Kuwahara, 1971;  Shabad & Savluchinskaya,
1971;  Takayama & Oota, 1963, 1965;  Terracini *et al.*, 1966;  Toth *et al.*,
1964;  Zwicker *et al.*, 1972).  A concentration of 50 mg/l NDMA in the
drinking-water for one week was sufficient to induce tumours in the kidney
and lung (Terracini *et al.*, 1966).  The lowest dose tested in long-term
studies, a concentration in the drinking-water that corresponded to a
dose of 0.4 mg/kg bw/day (total dose, 89 mg/kg bw), produced 13/17 lung
adenomas and 2/10 haemangiocellular tumours in male RF mice (Clapp & Toya,
1970).

Rat:  The carcinogenicity of NDMA has been demonstrated in several
different strains of rat.  Although differences have been seen in target
organs, a consistent observation has been that long-term treatment with
doses compatible with good survival rates, i.e., not more than 50-100 mg/kg
in the diet or drinking-water, or 4 mg/kg bw/day, leads to the development
of high incidences of hepatocellular carcinomas and cholangiocellular
tumours (Argus & Hoch-Ligeti, 1961;  Geil *et al.*, 1968;  Magee & Barnes,
1956, 1962;  Schmähl & Preussmann, 1959;  Terracini *et al.*, 1967).  Haeman-
gioendothelial sarcomas of the liver have also been observed (Hadjiolov &
Markow, 1973;  Taylor *et al.*, 1974).  Short-term or single-dose treatment
with high doses (100-500 mg/kg of diet, or up to 30 mg/kg bw) produces
kidney tumours (Magee & Barnes, 1959, 1962;  Riopelle & Jasmin, 1969;
Shinohara *et al.*, 1976;  Terracini *et al.*, 1969;  Zak *et al.*, 1960);
the histology of these tumours has been described in detail (Ireton *et al.*,

1972; Ito, 1973; Ito *et al.*, 1971; Jasmin & Cha, 1969; Jasmin &
Riopelle, 1968, 1969; McGiven & Ireton, 1972). Lung adenocarcinomas
and squamous-cell carcinomas have been seen occasionally after NDMA
treatment (Argus & Hoch-Ligeti, 1961; Zak *et al.*, 1960).

A dose-response study has been carried out in Porton rats in which
NDMA in oil solution was added to the diet. After an observation time
of up to 120 weeks, the following frequencies of liver tumours (mainly
liver-cell carcinomas) were observed (Table 2) (Terracini *et al.*, 1967):

Table $2^{a}$

Dose-response study with *N*-nitrosodimethylamine in rats

| NDMA mg/kg of diet | Number of rats initially | Number of rats with liver tumours |
|---|---|---|
| 0 (control) | 41 | 0 |
| 2 | 37 | 1 |
| 5 | 68 | 5 |
| 10 | 5 | 2 |
| 20 | 23 | 15 |
| 50 | 12 | 10 |

$^{a}$From Terracini *et al.*, 1967

Treatment of Sprague-Dawley rats with 0.4 mg/rat 5 times weekly for
24 weeks (total dose, 48 mg/rat) induced liver tumours (3 liver-cell
carcinomas, 2 sarcomas) in 5/19 animals (Hoch-Ligeti *et al.*, 1968).

Hexadeutero-NDMA, at a level of 5 mg/l in the drinking-water, induced
a 3% incidence of liver carcinomas, while NDMA under identical conditions
induced 26% (Keefer *et al.*, 1973).

Hamster: Administration by stomach tube of 1.6, 1.0 and 1.0 mg/
animal NDMA over 5 weeks, or of 1 dose of 1.6 mg/animal, to Syrian golden
hamsters induced cholangioadenomas, cholangiocarcinomas and haemangio-

137

sarcomas as well as haemangioendotheliomas of the liver (Tomatis & Cefis, 1967). Liver-cell carcinomas, cholangiocarcinomas and haemangioendotheliomas were obtained by giving 25 mg/l NDMA in the drinking-water for 11 weeks (Kowalewski & Todd, 1971; Tomatis et al., 1964). Administration of 1 mg/l NDMA in the drinking-water to inbred Syrian hamsters (strain B10 ® 87.29) for 60 weeks induced 1 adenocarcinoma of the glandular stomach in 40 animals (Homburger et al., 1976).

Guinea-pig: Male guinea-pigs given 25 or 50 mg NDMA/kg of diet for 6-49 weeks developed papillary cholangiomas and liver-cell carcinomas (Le Page & Christie, 1969a).

Rabbit: Doses of 25 and 50 mg NDMA/kg of diet given to rabbits for 17-60 weeks resulted in hepatocellular carcinomas with lung metastases and benign papillary cholangiomas (Le Page & Christie, 1969b).

Duck: It was reported in an abstract that treatment with diet containing 50 mg NDMA/kg of diet to male Peking ducks for 8-10 months resulted in an incidence of 71% anaplastic haemangiosarcomas of the liver after 9 months (McCracken et al., 1973).

Fish: Doses of 300, 1200, 4800 and 19,200 mg NDMA/kg of diet given to rainbow trout for more than 6 months induced adenomas and adenocarcinomas of the liver (Ashley & Halver, 1968). Guppies (Lebistes reticulatus) received 4.8 g NDMA/kg of diet for several months; after 13 months, 2/20 developed hepatic nodules, described as liver tumours, and a leiomyosarcoma in the mesentery (Sato et al., 1973).

(b)  Inhalation and/or intratracheal administration

Mouse: BALB/c mice were exposed daily to 0.005 or 0.2 mg/m³ NDMA for 17 months. Tumours were observed earlier and in larger amounts in the lung, liver and kidney only in those given the higher concentration (Moiseev & Benemansky, 1975).

Rat: Twice-weekly inhalation of NDMA at a concentration corresponding to 4 mg/kg bw for 30 minutes induced tumours (aesthesioneuroepitheliomas and squamous-cell carcinomas) of the ethmoturbinals in 4/6 BD rats. With half the concentration, 8/12 rats developed tumours of the nasal cavity

138

(Druckrey *et al.*, 1967).  In Wistar rats exposed daily by inhalation to 0.005 or 0.2 mg/m$^3$ NDMA for 25 months, those given the higher level had tumours in the lung, kidney and liver earlier and in larger amounts than in controls (Moiseev & Benemansky, 1975).

(c)  Subcutaneous and/or intramuscular administration

Mouse:  Weekly injections to DD, BALB/c and SJL/J strain mice of 0.15 mg NDMA in 0.2 ml saline for 1-25 weeks (total dose, 0.15-3.75 mg/ animal) induced haemangioendothelial sarcomas of the liver and of the retroperitoneal and abdominal soft tissues, and adenomas or adenocarcinomas of the lung (Kuwahara *et al.*, 1972;  Otsuka & Kuwahara, 1971).  After single s.c. administrations of NDMA, a dose-response relationship was seen for lung tumours (adenomas and carcinomas):  1 mg/kg bw = 29%, 2 mg/kg bw = 35%, 4 mg/kg bw = 39% and 8 mg/kg bw = 67% (Cardesa *et al.*, 1974a).

Newborn and suckling mouse:  Following single s.c. injections of 15-75 μg/animal, mice developed parenchymal-cell and vascular tumours of the liver as well as lung adenomas (Terracini *et al.*, 1966;  Toth & Shubik, 1967;  Toth *et al.*, 1964).

Rat:  Injections of 10, 20 or 30 mg/rat at day 21 or 70 after birth produced 38% kidney tumours after median latent periods of 286-369 days; 41% of kidney tumours were of the renal cell type and 59% were stromal nephromas.  No control rats developed kidney tumours (Campbell *et al.*, 1974).

Newborn and suckling rat:  Single doses of 0.125 mg NDMA/animal induced tumours of the kidney and hepatocellular carcinomas (Terracini & Magee, 1964; Terracini *et al.*, 1969).

Forty weekly s.c. injections to Wistar rats of 0.1 mg/rat, beginning at birth, induced 6/11 kidney tumours, mainly nephroblastomas, adenomas and clear-cell carcinomas (Ito, 1973).  Single injections to Wistar rats of 0.125 mg/rat at 1 day of age and 0.125 or 10 mg/rat at day 7 induced 63% kidney tumours after median induction times of 218-237 days;  92% of the induced neoplasms were stromal nephromas (Campbell *et al.*, 1974).

Hamster:  Weekly s.c. injections of 0.5-1.0 mg NDMA for 6-20 weeks (total dose, 6-14 mg/animal) caused haemangioendothelial sarcomas and

139

cholangiocarcinomas in the liver and aesthesioneuroepitheliomas of the
nasal cavity in Syrian golden hamsters (Herrold, 1967). Lifetime weekly
injections of approximately 6, 3 and 1.5 mg/kg to groups of 32, 32 and 30
Syrian golden hamsters (males and females) led mainly to liver tumours:
3, 10 and 8 in males, and 4, 4 and 2 in females, respectively. The liver
tumours were: hepatocellular carcinomas (6), hepatomas (8) and cholangio-
carcinomas (17). Only a few tumours were seen in the respiratory tract
(3), the kidney (1) and the forestomach (1) (Haas *et al.*, 1973). Similar
results were obtained in another study (Stenback *et al.*, 1973).

In Chinese hamsters, weekly injections of 0.89, 1.77 or 3.54 mg/kg bw
NDMA for lifetime (total doses, about 32, 54 or 104 mg/kg bw, respectively)
caused mainly liver haemangioendotheliomas (70-100%). Only 3/108 hamsters
had adenocarcinomas in the endoturbinals of the nasal cavity (Reznik, 1975;
Reznik *et al.*, 1976).

In 60 European hamsters, weekly s.c. injections of 1.4-8.6 mg/kg bw
NDMA induced mainly malignant haemangioendotheliomas of the liver and
kidney, hepatocellular carcinomas and 1 cholangiocellular carcinoma. No
such tumours were seen in 20 controls (Mohr *et al.*, 1974).

Mastomys: Twice-weekly s.c. injections of 0.1 mg NDMA/animal for
10-44 weeks induced liver tumours in 6/36 males: 2 cholangiomas, 2 cholan-
giocarcinomas, 1 haemangioendothelioma and 1 hepatic-cell carcinoma;
none were seen in the females. In controls, 4/82 liver tumours were seen
in females and none in males (Fujii & Sato, 1970).

(d)  Intraperitoneal administration

Mouse: A single dose of 7 or 14 mg/kg bw NDMA given to GR or CFW/D
mice resulted in lung adenomas (Den Engelse *et al.*, 1969/1970; Frei, 1970).
Single doses of 5, 10 or 15 mg/kg bw NDMA to RF mice induced 9/18, 16/19
and 4/5 lung tumours (adenomas, papillary carcinomas), as compared with
25/52 in controls. The incidence of leukaemia was not significantly
different from that in controls (Clapp, 1973). Weekly injections of 6 mg/
kg bw for 10 weeks in female Swiss mice resulted in a significantly increased
incidence (P<0.001) of vascular tumours (40%), mainly of the retroperitoneum,
while the incidence in males was only 15%. There was a low incidence of

hepatic vascular tumours in both sexes (Cardesa *et al.*, 1973). Single
doses of 7.5 or 15 mg/kg bw NDMA given to NZO/Bl mice at 60 days of age
induced a large increase in the incidence of lung tumours in males and
females (76-100%, compared with 19-25% in controls) and of kidney adenomas
and carcinomas in males (33% (7/21) in the lower dose group and 56% (10/33)
in the higher dose group, compared with only 1/268 in controls) (Noronha,
1975). In adult C3Hf mice, a single dose of 7 mg/animal induced hepatomas
in 38% of males but none in females (Den Engelse *et al.*, 1974). A positive
dose-response relationship was seen in Swiss mice with regard to lung
adenoma incidence: 0 mg/kg (control), 15%; 0.5, 17%; 1.0, 29%; 2.0, 35%;
4.0, 39%; and 8.0, 67%. No clear relationships between applied dose and
tumour rate was apparent for other tumour sites and in other strains (ASW/
SN and A) (Ii *et al.*, 1976).

Newborn and suckling mouse: Single i.p. injections of 8 mg/kg bw
NDMA to newborn mice resulted in hepatomas (hepatocellular type) and lung
adenomas (Frei, 1970). Six i.p. injections of 1-4 mg/kg bw to 7-day-old
mice resulted in hepatomas, hepatocarcinomas, lung adenomas and haemangiomas
(Vesselinovitch, 1969).

Rat: A single i.p. injection of 18 mg/kg bw NDMA to Wistar rats
induced kidney tumours (Murphy *et al.*, 1966). In 80-day-old NZR rats,
starved for 48 hours, a single i.p. dose of 20 mg/kg induced squamous-cell
carcinomas of the nasal cavity (Noronha & Goodall, 1972).

The morphogenesis of kidney tumours induced by i.p. injections of NDMA
in rats has been described by Hard & Butler (1971a) and Hard *et al.* (1977).

Newt: While single doses of up to 16 g/kg bw NDMA did not induce
tumours, 6-7 injections of 16 g/kg bw within 3-4 weeks induced liver tumours
(described as anaplastic and hepatic-cell tumours) in 3 newts surviving more
than 3 months (Ingram, 1972).

(e)  Other experimental systems

Various injections: Rats given a single injection of 18 mg/kg bw NDMA,
either intramuscularly, retroperitoneally, or directly into the kidney,
developed kidney tumours (Murphy *et al.*, 1966).

141

Prenatal exposure:  In mice, single or repeated injections of 12.5-
75 mg/kg bw NDMA during the last days of pregnancy resulted in lung adeno-
mas and hepatomas in the offspring (Smetanin, 1971).  NDMA induced a low
frequency of kidney tumours in the offspring of pregnant rats treated
during the last week or during the whole of pregnancy (total dose, 11 mg)
(Alexandrov, 1968).

Immersion:  In 50 guppies exposed for 7 weeks to 100 mg/l NDMA
dissolved in aquarium water, an incidence of 6/44 liver tumours was obser-
ved (Khudoley, 1973;  Pliss & Khudoley, 1975).  In frogs (*Rana temporaria*),
5 mg/l NDMA in tank-water induced 19/43 tumours:  hepatocellular carcinomas
and adenomas and tumours of the haematopoietic system (Khudoley, 1977).

Carcinogenesis in plants:  Seeds of hybrids of *Nicotiana* were soaked
in 10 or 1 mM solutions of NDMA in water for 1 or 2 days, and tumours were
found on 6.5-12.8% of germinated seedlings 20 days later, as compared with
1-2% on controls (Andersen, 1973).

### (f)  Carcinogenicity of precursors

Administration of 0.1 or 0.025% aminopyrine together with 0.1 or
0.025% sodium nitrite in the drinking-water of Sprague-Dawley rats for 30
weeks produced haemangioendothelial sarcomas in the liver in 29/30 and
26/30 rats, while 0.1% aminopyrine alone was inactive;  0.1% oxytetra-
cycline and 0.1% sodium nitrite administered in a similar protocol induced
4/30 liver tumours (3 hepatocellular carcinomas and 1 cholangioma) (Taylor
& Lijinsky, 1975).  NDMA is the known reaction product of both interactions
in the animal body (Lijinsky & Greenblatt, 1972).

### (g)  Carcinogenicity of derivatives

*N*-Nitroso-*N*-methyl-*N*-acetoxymethylamine

#### (i)  Oral administration

I.g. administration of 3.5 or 1.75 mg/kg bw to Sprague-Dawley rats
twice-weekly resulted in squamous-cell carcinomas and papillomas of the
forestomach in 13/16 and 18/20 animals, respectively (Wiessler & Schmähl,
1976).

142

### (ii)  Intraperitoneal administration

A single i.p. injection of 13 mg/kg bw $N$-nitroso-$N$-methyl-$N$-acetoxy-methylamine to 4-5-week-old CD rats resulted in a high incidence (70-86%) of tumours, mostly in the intestine (Joshi *et al.*, 1977;  Ward *et al.*, 1977).

### (h)  Factors that modify carcinogenicity in animals

Feeding of a protein-free diet for 1 week, then a single i.p. injection of 60 mg/kg bw NDMA, and a further week on protein-free diet induced 14/14 kidney tumours in Porton rats, compared with 0/9 in controls given the protein-free diet only (McLean & Magee, 1970).  Similar results were obtained by Hilfrich *et al.* (1975).

In rats, the incidence of kidney tumours produced by feeding NDMA at a level of 500 mg/kg of diet for 2 weeks was markedly increased by subsequent treatment with 5000 mg/kg of diet of the nephrotoxin $N$-(3,5-dichloro-phenyl)succinimide;  pretreatment with this compound inhibited tumour induction (Ito *et al.*, 1974;  Sugihara & Sugihara, 1976).  A similar increase in the incidence of renal-cell tumours was produced by subsequent treatment with citrinin (Shinohara *et al.*, 1976).

Tumours of the kidney developed in 33% of male and 63% of female Wistar rats that received a single i.p. dose of 30 mg/kg bw NDMA.  I.p. injections of 100, 200 or 300 mg/kg bw ethylmethanesulphonate 8 hours after NDMA injection increased kidney tumour rate, more in females than in males (Montesano *et al.*, 1974).  In this experiment, 5/109 heart tumours of the left ventricle were observed in the combined treatment groups and diagnosed as either neurofibromas or neurinomas;  1/34 and 8/118 heart tumours were seen in the groups treated with NDMA or ethylmethanesulphonate, respectively (Haas *et al.*, 1974).

Actinomycin D, given before or after a single i.p. dose of NDMA, did not significantly modify kidney tumour incidence in Sprague-Dawley rats (Hilfrich *et al.*, 1975).

Gonadectomy abolished the kidney tumour response observed in male N20 mice after a single i.p. injection of 7.5 mg/kg bw (Noronha, 1975).

143

Combined gavage of 0.4 mg NDMA in 1 ml tap-water 5 times weekly for
24 weeks to rats together with 3-methylcholanthrene did not increase the
incidence of liver tumours; however, tumours of the lung and skin were
found (Hoch-Ligeti et al., 1968). Hepatocarcinogenesis induced by 4 mg/
kg bw/week NDMA was effectively suppressed by administration of 500 mg/kg
bw/week disulfiram 2 hours before NDMA treatment but led to the an inci-
dence of 59% of squamous-cell carcinomas in the paranasal sinus; this
tumour type was not observed with NDMA or disulfiram alone (Schmähl et al.,
1976). Administration of a copper-deficient or excess-copper diet at the
same time as treatment with 50 mg/l NDMA in the drinking-water did not
change the incidence of liver or lung tumours; however, kidney neoplasms
occurred in 57% of rats receiving the copper-deficient diet, as compared
with 0% in the excess-copper groups (Carlton & Price, 1973). A diet high
in fat and marginally deficient in lipotropes did not enhance hepatocarcino-
genesis by NDMA, although this effect was seen for other nitrosamines
(Rogers et al., 1974).

Hepatocarcinogenesis in Sprague-Dawley rats after a single i.g. dose
of 20 mg/kg bw NDMA was increased by pretreatment with carbon tetrachloride
42 or 60 hours before oral administration. A high incidence of papillary
adenocarcinomas and nephroblastomas was observed in a group that received
40 mg/kg bw NDMA 42 hours after administration of carbon tetrachloride;
no kidney tumours were seen in the group treated with NDMA only (Pound &
Lawson, 1975; Pound et al., 1973). A single i.p. injection of 12-15.6 mg/
kg bw NDMA to female rats 24 hours after partial hepatectomy induced hepato-
cellular carcinomas; none developed in intact animals receiving NDMA
(Craddock 1973, 1975). An increase in the incidence of NDMA-induced kidney
tumours after partial hepatectomy was also seen (Craddock, 1971; Pound &
Lawson, 1975).

Repeated i.p. injections of phorbol given after a single s.c. injec-
tion of 0.015 mg NDMA increased the incidences of lung and liver tumours
in newborn AKR mice (Armuth & Berenblum, 1972). Cardesa et al. (1974b)
described synergestic effects of i.p. injections of NDMA and N-nitrosodi-
ethylamine; with NDMA alone, lung carcinomas and kidney tumours were seen,

144

while with NDMA and *N*-nitrosodiethylamine lung adenomas and forestomach papillomas but no kidney tumours were seen.

Thyroidectomy significantly increased the tumour incidences in kidney and liver in NZR rats given single i.p. injections of 20 mg/kg bw NDMA; it reduced the sex difference in lung tumour incidence (male, 70%, female, 16%; compared with 54% and 39%, respectively) (Noronha & Goodall, 1976).

Treatment of Syrian golden hamsters with 15 mg/l NDMA in drinking-water and with a mixture of three antibiotics (gentamicin, nystatin and vancomycin) increased tumour incidence (liver carcinomas, cholangiocarcinomas, Kupffer-cell sarcomas) to 80% as compared with an incidence of 28% with NDMA alone in females, and to 21% compared to 4% in males (Love *et al.*, 1977).

Administration of aminoacetonitrile to rats decreased the carcinogenic effects of NDMA; the number of malignant liver tumours induced decreased by 80% (Hadjiolov, 1971).

### 3.2 Other relevant biological data

#### (a) Experimental systems

#### Toxic effects

In rats, the acute $LD_{50}$ for NDMA was 40 mg/kg bw when given by oral administration, 37 mg/kg bw by inhalation (Druckrey *et al.*, 1967) and 43 mg/kg bw by i.p. administration (Heath, 1962). The i.p. $LD_{50}$ in mice was 20 mg/kg bw (Frei, 1970). The s.c. $LD_{50}$ was 30 mg/kg bw in Syrian golden hamsters (Haas *et al.*, 1973), 18 mg/kg bw in Chinese hamsters (Reznik, 1975), 43 mg/kg bw in female and 28 mg/kg bw in male European hamsters (Mohr *et al.*, 1974).

The major toxicity in a number of species arises from a severe centri-lobular necrosis in the liver (Magee & Barnes, 1967; Magee & Swann, 1969). Inhibition of protein and nucleic acid synthesis in the liver by NDMA has been reviewed (Magee & Barnes, 1967; Magee & Swann, 1969; Pegg, 1977).

## Embryotoxicity and teratogenicity

No teratogenic effects were observed in rats.  A single dose of 30 mg/kg bw given intraperitoneally or orally, or 20 mg/kg bw injected intravenously, caused an increase in foetal mortality, particularly when given on days 3, 9, 10 or 12 of gestation (Napalkov & Alexandrov, 1968).  After intraplacental injections of 0.1-0.3 mg NDMA into each embryonic sac on day 13 of gestation, all embryos died (Alexandrov, 1974).

## Absorption, distribution and excretion

The uptake of NDMA from the gastrointestinal tract has been studied in rats.  Uptake from the stomach was slow, but that from the upper part of the small intestine was very rapid ($t\frac{1}{2}$: less than 5 min);  absorption from the lower part of the small intestine and the caecum was slower but still much faster than from the stomach (Hashimoto *et al.*, 1976;  Heading *et al.*, 1974).  Comparisons of the relative methylation of liver and kidney DNA after small oral or i.v. doses of NDMA in rats have indicated that oral doses below 40 µg/kg bw were completely metabolized by the liver and did not enter the general circulation (Diaz Gomez *et al.*, 1977) [see also 'Metabolism'].

In goats, one hour after oral administration of 30 mg/kg bw, 12.2 mg/kg NDMA were found in milk and 10 mg/kg NDMA in blood.  Only traces of NDMA were found in the milk after 24 hours (Juszkiewicz & Kowalski, 1974).

## Metabolism

Available evidence suggests that NDMA requires metabolic activation to exert its toxic and carcinogenic effects.  The rate of metabolism of NDMA *in vivo* has been examined by measuring the rate of loss of NDMA from the blood and exhalation of $^{14}CO_2$ following administration of $^{14}C$-NDMA.  In rats, a dose of 30 mg/kg administered by i.p. injection is metabolized within 6 hours (Heath, 1962; Magee *et al.*, 1976; Phillips *et al.*, 1975; Swann & McLean, 1971).  The rate of metabolism of NDMA *in vitro* has been measured by the use of slices of liver and other organs (e.g., kidney, lung, small intestine, oesophagus) from rats, hamsters, monkeys, trout, goldfish and various amphibians.  Labelled $^{14}CO_2$ was produced from $^{14}C$-NDMA, and

146

methylation of cellular macromolecules was observed (Den Engelse *et al.*, 1975; Montesano & Magee, 1974). These data, together with the distribution of methylated nucleic acids *in vivo* in rats, suggested that the liver is the principal site of NDMA metabolism (Swann & Magee, 1968). Oxidative *N*-demethylation to form formaldehyde has been demonstrated with liver microsomes from rats, mice and hamsters (Argus *et al.*, 1976; Czygan *et al.*, 1973a; Lake *et al.*, 1976; Lotlikar *et al.*, 1975; Mizrahi & Emmelot, 1962). Microsomal oxidation has been suggested to result in an unstable *N*-nitroso-*N*-methyl-*N*-hydroxymethylamine, which decomposes to yield a methylating species and formaldehyde (Druckrey *et al.*, 1967; Magee & Barnes, 1967). This mechanism is consistent with the observation that *N*-nitroso-*N*-methyl-*N*-acetoxymethylamine is hydrolysed to yield an alkylating intermediate (Roller *et al.*, 1975).

Microsome-mediated methylation of both protein and nucleic acid by NDMA has been demonstrated *in vitro* (Chin & Bosmann, 1976; Kim *et al.*, 1977). 7-Methylguanine derived from NDMA-d$_6$ has three deuterium atoms, indicating that it must be formed *via* a methyldiazonium ion or a methyl carbonium ion rather than from diazomethane (Lijinsky *et al.*, 1968).

NDMA treatment has been reported to induce methylation of cellular protein, including histones (Magee & Hultin, 1962; Turberville & Craddock, 1971).

Studies have been made of the alkylation of cellular nucleic acids after NDMA treatment *in vivo* or in tissue slices *in vitro*. The major product was 7-methylguanine, but a number of minor products have also been identified, including 1-methyl-, 3-methyl- and 7-methyladenine, $O^6$-methyl- and 3-methylguanine, 3-methylcytosine, 3-methyl- and $O^4$-methylthymine and methyl phospho esters (Lawley, 1974; Magee *et al.*, 1976; Montesano & Magee, 1974; O'Connor *et al.*, 1972, 1973, 1975; Pegg, 1977; Swann & Magee, 1968). Single s.c. injections of [14]C-NDMA into pregnant mice on day 12 of gestation produced no alkylation of DNA bases in embryonic tissues, but when given on day 18 of gestation, methylation of foetal liver and brain DNA bases was found. A similar extent of alkylation was obtained when 18-day-old foetuses were treated directly in the same manner (Bochert, 1975).

Studies have supported the hypothesis of Loveless (1969) that the formation of $O^6$-methylguanine may be of critical importance in carcinogenesis and mutagenesis, since this product is formed in much smaller amounts by other methylating agents which are less active as carcinogens or mutagens than NDMA (Lawley, 1974; Magee *et al.*, 1976; Pegg, 1977).

Distribution of methylated bases produced by NDMA may not be entirely random within DNA of the chromatin (Cooper *et al.*, 1975; Ramanathan *et al.*, 1976), and it has been demonstrated that hepatic mitochondrial DNA is alkylated more extensively than nuclear DNA (Wilkinson *et al.*, 1975; Wunderlich *et al.*, 1971/1972). Alteration in the velocity sedimentation rate of liver DNA in alkaline sucrose gradient, attributed to single-strand breaks, occurs in the DNA of rats treated with NDMA (Damjanov *et al.*, 1973). Repair of single-stranded regions in hepatic DNA following administration of NDMA, as determined by chromatography on benzoylated DEAE-cellulose, is more rapid than in kidney DNA (Huang & Stewart, 1977; Stewart & Huang, 1977).

Hepatic DNA damaged by alkylation after NDMA treatment is replicated (Rajalakshmi & Sarma, 1975). The persistence of $O^6$-methylguanine in DNA and the rate of cell division may be important factors in the tissue-specific induction of tumours by NDMA (Margison *et al.*, 1976; Nicoll *et al.*, 1975; Pegg, 1977). $O^6$-Methylguanine is removed from the DNA of liver and kidney by an enzyme system (Nicoll *et al.*, 1975; Pegg, 1977). There is evidence that NDMA-induced carcinogenic damage to the kidney can also be repaired (Swann *et al.*, 1976). Administration of NDMA induces selective proliferation of tubular epithelium and interstitial cells in rat kidney (Hard, 1975; Stewart & Magee, 1971).

Administration of aminoacetonitrile to rats reduced the metabolism of NDMA, the induction of hepatic DNA damage and the acute toxicity (Fiume *et al.*, 1970; Hadjiolov & Mundt, 1974; Stewart, 1974). Such pretreatment also reduced the production of a mutagenic metabolite from NDMA by rat liver microsomes (Bartsch *et al.*, 1975). Pretreatment of rats with pregnenolone-16α-carbonitrile (PCN) decreased the acute toxicity of NDMA (Somogyi *et al.*, 1972) but did not greatly reduce either conversion of $^{14}$C-NDMA to exhaled $^{14}CO_2$ or methylation of nucleic acids (Grandjean & Somogyi, 1976). However,

liver microsomes from PCN-pretreated rats showed an increased ability to convert NDMA to an intermediate mutagenic for *Salmonella typhimurium* G-46 (Bartsch *et al.*, 1975). The acute toxicity of NDMA in rats and mice and the *N*-7-methylation of guanine in liver DNA were reduced by simultaneous administration of disulfiram (Schmähl *et al.*, 1971). Microsomes from disulfiram-treated rats showed a decreased ability to convert NDMA into intermediates mutagenic for *S. typhimurium* G-46; mutagenicity was also reduced when disulfiram was added to the assay systems (Montesano & Bartsch, 1976).

Mutagenicity and other short-term tests

The mutagenic effects of NDMA have been reviewed by Montesano & Bartsch (1976). In the presence of a metabolic activation system, genetic activity has been demonstrated in *S. typhimurium* (reverse mutations), *Escherichia coli* (forward and reverse mutations), *Bacillus subtilis* (reverse mutations), *Saccharomyces cerevisiae* (back mutations, gene recombination and conversion), *Serratia marcescens* (reverse mutations) and *Neurospora crassa* (forward mutations) (Montesano & Bartsch, 1976). A mutagenic agent was produced from NDMA in the presence of mouse kidney microsomes, and there was a correlation between the ability to produce mutations in *S. typhimurium* G-46 and susceptibility for kidney tumours in different strains of mice (Weekes, 1975). NDMA was mutagenic in *S. typhimurium* G-46 in the presence of a microsomal fraction from human liver biopsies (Czygan *et al.*, 1973b).

NDMA has been tested in the host-mediated assay using mice or rats. Mutagenicity was shown in *S. typhimurium* strains G-46, C-207 and C-340 after their i.p. injection into Swiss albino mice that had received 3 i.m. injections of 0.1 ml of a 10% NDMA solution at 1-hour intervals (Gabridge & Legator, 1969). Fahrig (1975) observed mutagenicity in *S. cerevisiae* D-4 injected into the peritoneum, the testes or the tail vein of male Wistar rats injected subcutaneously with 740 mg/kg bw NDMA.

NDMA injected subcutaneously into mice at doses of 30 mg/kg bw or 300 mg/kg bw was mutagenic in a blood-mediated assay in which stationary cells of *E. coli* K-12 were injected intravenously (Mohn & Ellenberger, 1973).

149

NDMA and *N*-nitroso-*N*-methyl-*N*-acetoxymethylamine induced X-linked recessive lethal mutations in *Drosophila* (Fahmy *et al.*, 1975; Pasternak, 1962). *N*-Nitroso-*N*-methyl-*N*-acetoxymethylamine was also mutagenic in *S. typhimurium* TA 1530 and in bacteriophages Rl7 and T7 (Bartsch *et al.*, 1977; Shooter & Wiessler, 1976).

In the presence of a rat liver microsomal fraction from phenobarbital-treated rats, NDMA induced 8-azaguanine-resistant mutants in Chinese hamster V79 cells (Kuroki *et al.*, 1977). Concentrations from 8-135 mM induced chromosome aberrations and sister chromatid exchanges in Chinese hamster cells in the presence of liver microsomal preparations from rats (Natarajan *et al.*, 1976).

Chromosome aberrations, mainly dicentrics and deletions, were found in liver cells of Chinese hamsters injected intraperitoneally with 5 g/kg bw NDMA (Brooks & Cregger, 1973). In the dominant lethal test in mice, an i.p. dose of 9 mg/kg NDMA was ineffective (Epstein *et al.*, 1972), while 4.4 mg/kg administered subcutaneously produced a significant increase in dead implants (Propping *et al.*, 1972). Cultured lymphocytes taken from rats 6 hours after an i.p. injection of 30 mg/kg bw NDMA showed an increased frequency of chromosome aberrations (Lilly *et al.*, 1975).

Unscheduled DNA synthesis has been observed in isolated rat hepatocytes treated with NDMA (Williams, 1976, 1977) and in human fibroblasts in culture in the presence of NDMA and a mouse liver microsomal fraction (Laishes & Stich, 1973).

Rat liver epithelial-like cells maintained in culture were transformed by treatment with NDMA, and the transformed cells induced tumours at the site of injection in 32/42 newborn rats (Montesano *et al.*, 1973, 1975; Williams *et al.*, 1973). Cells cultured from kidneys of rats treated *in vivo* with a single i.p. dose of 60 mg/kg bw NDMA underwent transformation as determined by various *in vitro* criteria (Borland & Hard, 1974; Stewart & Hard, 1977). These transformed cells were described as morphologically similar to the putative precursors of NDMA-induced mesenchymal neoplasms (Hard & Butler, 1971b; Hard & Borland, 1977).

(b)  Humans

In 4 men, laboratory exposure to NDMA gave rise to acute liver necrosis which later developed into cirrhosis; in one case, the acute liver injury proved to be fatal (Barnes & Magee, 1954; Freund, 1937).

Studies *in vitro* suggest that NDMA is metabolized by human liver and lung *via* the same metabolic pathway as in other mammalian species (Harris *et al.*, 1977; Montesano & Magee, 1970).

3.3  Case reports and epidemiological studies

No data were available to the Working Group.

4.  Summary of Data Reported and Evaluation

4.1  Experimental data

*N*-Nitrosodimethylamine is carcinogenic in all animal species tested: mice, rats, Syrian golden, Chinese and European hamsters, guinea-pigs, rabbits, ducks, mastomys, various fish, newts and frogs. It induces benign and malignant tumours following its administration by various routes, including ingestion and inhalation, in various organs in various species. It produces tumours, mainly of the liver, kidney and respiratory tract. It is carcinogenic following its administration prenatally and in single doses. In several studies, dose-response relationships were established.

4.2  Human data

No case reports or epidemiological studies were available to the Working Group. Available information on occurrence suggests that the general population may be exposed to low levels of *N*-nitrosodimethylamine; however, no exposed group suitable for an epidemiological investigation has yet been identified. Reports of relatively high levels in certain pesticide formulations and of occupational exposures that may have occurred in the manufacture and use of rocket fuels may permit the identification of exposed groups.

151

## 4.3 Evaluation

There is *sufficient evidence* of a carcinogenic effect of $N$-nitrosodi-methylamine in many experimental animal species. Similarities in its metabolism by human and rodent tissues have been demonstrated. Although no epidemiological data were available (and efforts should be directed toward this end), $N$-nitrosodimethylamine should be regarded for practical purposes as if it were carcinogenic to humans.

## 5. References

Alexandrov, V.A. (1968)  Blastomogenic effect of dimethylnitrosamine on pregnant rats and their offspring.  Nature (Lond.), 218, 280-281

Alexandrov, V.A. (1974)  Embryotoxic and transplacental oncogenic action of symmetrical dialkylnitrosamines on the progeny of rats.  Bull. exp. Biol. Med., 78, 1308-1310

Alliston, T.G., Cox, G.B. & Kirk, R.S. (1972)  The determination of steam-volatile N-nitrosamines in foodstuffs by formation of electron-capturing derivatives from electrochemically derived amines. Analyst, 97, 915-920

Andersen, R.S. (1973)  Carcinogenicity of phenols, alkylating agents, urethan, and a cigarette-smoke fraction in Nicotiana seedlings. Cancer Res., 33, 2450-2455

Anon. (1975)  FMC decides to close NDMA plant in Baltimore.  Chem. Marketing Reporter, 22 December, pp. 7-24

Argus, M.F. & Hoch-Ligeti, C. (1961)  Comparative study of the carcinogenic activity of nitrosamines.  J. nat. Cancer Inst., 27, 695-709

Argus, M.F., Arcos, J.C., Pastor, K.M., Wu, B.C. & Venkatesan, N. (1976) Dimethylnitrosamine-demethylase: absence of increased enzyme catabolism and multiplicity of effector sites in repression. Hemoprotein involvement.  Chem.-biol. Interact., 13, 127-140

Armuth, V. & Berenblum, I. (1972)  Systemic promoting action of phorbol in liver and lung carcinogenesis in AKR mice.  Cancer Res., 32, 2259-2262

Ashley, L.M. & Halver, J.E. (1968)  Dimethylnitrosamine-induced hepatic cell carcinoma in rainbow trout.  J. nat. Cancer Inst., 41, 531-552

Barnes, J.M. & Magee, P.N. (1954)  Some toxic properties of dimethylnitrosamine.  Brit. J. industr. Med., 11, 167-174

Bartsch, H., Malaveille, C. & Montesano, R. (1975)  Differential effect of phenobarbitone, pregnenolone-16α-carbonitrile and aminoacetonitrile on dialkylnitrosamine metabolism and mutagenicity in vitro.  Chem.-biol. Interact., 10, 377-382

Bartsch, H., Margison, G.P., Malaveille, C., Camus, A.M., Brun, G. & Margison, J.M. (1977)  Some aspects of metabolic activation of chemical carcinogens in relation to their organ specificity. Arch. Toxicol., 39, 51-63

Bochert, G. (1975)  Comparative studies on the formation of methylated bases in DNA of adult and fetal mouse tissues by dimethylnitrosamine *in vivo*. In: Neubert, D. & Merker, H.-J., eds, New Approaches to the Evaluation of Abnormal Embryonic Development, Stuttgart, Georg Thieme, pp. 554-572

Borland, R. & Hard, G.C. (1974)  Early appearance of 'transformed' cells from the kidneys of rats treated with a 'single' carcinogenic dose of dimethylnitrosamine (DMN) detected by culture *in vitro*. Europ. J. Cancer, 10, 177-184

Bretschneider, K. & Matz, J. (1974)  Nitrosamine (NA) in der atmosphärischen und in der Luft am Arbeitsplatz.  Arch. Geschwulstforsch., 43, 36-41

Bretschneider, K. & Matz, J. (1976)  Occurrence and analysis of nitrosamines in air.  In: Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental *N*-Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific Publications No. 14), pp. 395-399

Brooks, A.L. & Cregger, V. (1973)  Production of chromosome type aberrations in the liver cells of the Chinese hamster by dimethylnitrosamine (DMN) (Abstract No. 8). Mutation Res., 21, 214

Brooks, J.B., Cherry, W.B., Thacker, L. & Alley, C.C. (1972)  Analysis by gas chromatography of amines and nitrosamines produced *in vivo* and *in vitro* by *Proteus mirabilis*.  J. infect. Dis., 126, 143-153

Brunnemann, K.D. & Hoffmann, D. (1978)  Chemical studies on tobacco smoke. LIX.  Analysis of volatile nitrosamines in tobacco smoke and polluted indoor environments.  In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Brunnemann, K.D., Yu, L. & Hoffmann, D. (1977)  Assessment of carcinogenic volatile *N*-nitrosamines in tobacco and in mainstream and sidestream smoke from cigarettes.  Cancer Res., 37, 3218-3222

Campbell, J.S., Wiberg, G.S., Grice, H.C. & Lou, P. (1974)  Stromal nephromas and renal cell tumors in suckling and weaned rats.  Cancer Res., 34, 2399-2404

Cardesa, A., Pour, P., Althoff, J. & Mohr, U. (1973)  Vascular tumors in female Swiss mice after intraperitoneal injection of dimethylnitrosamine.  J. nat. Cancer Inst., 51, 201-208

Cardesa, A., Pour, P., Althoff, J. & Mohr, U. (1974a)  Comparative studies of neoplastic response to a single dose of nitroso compounds.  IV. The effect of dimethyl- and diethyl-nitrosamine in Swiss mice.  Z. Krebsforsch., 81, 229-233

Cardesa, A., Pour, P., Althoff, J. & Mohr, U. (1974b)  Effects of intra-
    peritoneal injections of dimethyl- and diethylnitrosamine, alone or
    simultaneously on Swiss mice.  Z. Krebsforsch., 82, 233-238

Carlton, W.W. & Price, P.S. (1973)  Dietary copper and the induction of
    neoplasms in the rat by acetylaminofluorene and dimethylnitrosamine.
    Fd Cosmet. Toxicol., 11, 827-840

Chin, A.E. & Bosmann, H.B. (1976)  Microsome-mediated methylation of DNA by
    N,N-dimethylnitrosamine in vitro.  Biochem. Pharmacol., 25, 1921-1926

Clapp, N.K. (1973)  Carcinogenicity of nitrosamines and methanesulphonate
    esters given intraperitoneally, in RF mice.  Int. J. Cancer, 12,
    728-733

Clapp, N.K. & Toya, R.E., Sr (1970)  Effect of cumulative dose and dose
    rate on dimethylnitrosamine oncogenesis in RF mice.  J. nat. Cancer
    Inst., 45, 495-498

Clapp, N.K., Craig, A.W. & Toya, R.E., Sr (1968)  Pulmonary and hepatic
    oncogenesis during treatment of male RF mice with dimethylnitrosamine.
    J. nat. Cancer Inst., 41, 1213-1227

Clapp, N.K., Tyndall, R.L. & Otten, J.A. (1971)  Differences in tumor types
    and organ susceptibility in BALB/c and RF mice following dimethylnitro-
    samine and diethylnitrosamine.  Cancer Res., 31, 196-198

Cohen, J.B. & Bachman, J.D. (1978)  Measurement of environmental nitrosamines.
    In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Cohen, S.Z., Bontoyan, W.R. & Zweig, G. (1978)  Analytical determination of
    N-nitroso compounds in pesticides by the United States Environmental
    Protection Agency.  In: Walker, E.A., Castegnaro, M., Griciute, L. &
    Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon
    (IARC Scientific Publications No. 19) (in press)

Cooper, H.K., Margison, G.P., O'Connor, P.J. & Itzhaki, R.F. (1975)  Hetero-
    geneous distribution of DNA alkylation products in rat liver chromatin
    after in vivo administration of N,N-di[$^{14}$C]methylnitrosamine.  Chem.-
    biol. Interact., 11, 483-492

Craddock, V.M. (1971)  Liver carcinomas induced in rats by single admini-
    stration of dimethylnitrosamine after partial hepatectomy.  J. nat.
    Cancer Inst., 47, 889-907

Craddock, V.M. (1973)  Induction of liver tumours in rats by a single
    treatment with nitroso compounds given after partial hepatectomy.
    Nature (Lond.), 245, 386-388

Craddock, V.M. (1975)  Effect of a single treatment with the alkylating
      carcinogens dimethylnitrosamine, diethylnitrosamine and methyl methane-
      sulphonate, on liver regenerating after partial hepatectomy.  I.  Test
      for induction of liver carcinomas.  Chem.-biol. Interact., 10, 313-321

Crosby, N.T., Foreman, J.K., Palframan, J.F. & Sawyer, R. (1972)  Estima-
      tion of steam-volatile $N$-nitrosamines in foods at the 1 µg/kg level.
      Nature (Lond.), 238, 342-343

Czygan, P., Greim, H., Garro, A.J., Hutterer, F., Schaffner, F., Popper, H.,
      Rosenthal, O. & Cooper, D.Y. (1973a)  Microsomal metabolism of dimethyl-
      nitrosamine and the cytochrome P-450 dependency of its activation to a
      mutagen.  Cancer Res., 33, 2983-2986

Czygan, P., Greim, H., Garro, A.J., Hutterer, F., Rudick, J., Schaffner, F.
      & Popper, H. (1973b)  Cytochrome P-450 content and the ability of
      liver microsomes from patients undergoing abdominal surgery to alter
      the mutagenicity of a primary and a secondary carcinogen.  J. nat.
      Cancer Inst., 51, 1761-1764

Damjanov, I., Cox, R., Sarma, D.S.R. & Farber, E. (1973)  Patterns of
      damage and repair of liver DNA induced by carcinogenic methylating
      agents *in vivo*.  Cancer Res., 33, 2122-2128

Den Engelse, L., Bentvelzen, P.A.J. & Emmelot, P. (1969/70)  Studies on
      lung tumours.  I.  Methylation of deoxyribonucleic acid and tumour
      formation following administration of dimethylnitrosamine to mice.
      Chem.-biol. Interact., 1, 394-406

Den Engelse, L., Hollander, C.F. & Misdorp, W. (1974)  A sex-dependent
      difference in the type of tumours induced by dimethylnitrosamine in
      the livers of C3Hf mice.  Europ. J. Cancer, 10, 129-135

Den Engelse, L., Gebbink, M. & Emmelot, P. (1975)  Studies on lung tumours.
      III.  Oxidative metabolism of dimethylnitrosamine by rodent and human
      lung tissue.  Chem.-biol. Interact., 11, 535-544

Diaz Gomez, M.I., Swann, P.F. & Magee, P.N. (1977)  The absorption and
      metabolism in rats of small oral doses of dimethylnitrosamine.
      Biochem. J., 164, 497-500

Druckrey, H., Preussmann, R., Ivankovic, S. & Schmähl, D. (1967)  Organo-
      trope carcinogene Wirkungen bei 65 verschiedenen $N$-Nitroso-Verbin-
      dungen an BD-ratten.  Z. Krebsforsch., 69, 103-201

Du Plessis, L.S., Nunn, J.R. & Roach, W.A. (1969)  Carcinogen in a Trans-
      keian Bantu food additive.  Nature (Lond.), 222, 1198-1199

Eisenbrand, G. & Preussmann, R. (1970)  Eine neue Methode zur kolorimetri-
      schen Bestimmung von Nitrosaminen nach Spaltung der $N$-Nitrosogruppe
      mit Bromwasserstoff in Eisessig.  Arzneimittel-Forsch., 20, 1513-1517

Eisenbrand, G., Hodenberg, A. von & Preussmann, R. (1970)  Trace analysis
    of N-nitroso compounds.  II.  Steam distillation at neutral, alkaline
    and acid pH under reduced and atmospheric pressure.  Z. analyt. Chem.,
    251, 22-24

Eisenbrand, G., Rappardt, E. von, Zappe, R. & Preussmann, R. (1976)  Trace
    analysis of volatile nitrosamines by a modified nitrogen-specific
    detector in pyrolytic mode and by ion-specific determination of
    heptafluorobutyramides in a gas chromatography-mass spectrometry
    system.  In:  Walker, E.A., Bogovski, P. & Griciute, L., eds,
    Environmental N-Nitroso Compounds Analysis and Formation, Lyon
    (IARC Scientific Publications No. 14), pp. 65-75

Eisenbrand, G., Janzowski, C. & Preussmann, R. (1977)  Analysis, formation
    and occurrence of volatile and non-volatile N-nitroso compounds:
    recent results.  In:  Tinbergen, B.J. & Krol, B., eds, Proceedings
    of the Second International Symposium on Nitrite in Meat Products,
    Zeist, 1976, Wageningen, Centre for Agricultural Publishing and
    Documentation, pp. 155-169

Eisenbrand, G., Spiegelhalder, B., Janzowski, C., Kann, J. & Preussmann, R.
    (1978)  Volatile and non-volatile N-nitroso compounds in foods and
    other environmental media.  In:  Walker, E.A., Castegnaro, M.,
    Griciute, L. & Lyle, R.E., eds, Environmental Aspects of N-Nitroso
    Compounds, Lyon (IARC Scientific Publications No. 19) (in press)

Ender, F., Havre, G., Helgebostad, A., Koppang, N., Madsen, R., Ceh, L. &
    Björnson, O. (1964)  Isolation and identification of a hepatotoxic
    factor in herring meal produced from sodium nitrite preserved herring.
    Naturwissenschaften, 51, 637-638

Epstein, S.S., Arnold, E., Andrea, J., Bass, W. & Bishop, Y. (1972)
    Detection of chemical mutagens by the dominant lethal assay in the
    mouse.  Toxicol. appl. Pharmacol., 23, 288-325

Fahmy, O.G., Fahmy, M.J. & Wiessler, M. (1975)  α-Acetoxy-dimethylnitro-
    samine:  a proximate metabolite of the carcinogenic amine.  Biochem.
    Pharmacol., 24, 1145-1148

Fahrig, R. (1975)  Development of host-mediated mutagenicity tests – yeast
    systems.  II.  Recovery of yeast cells out of testes, liver, lung, and
    peritoneum of rats.  Mutation Res., 31, 381-394

Fazio, T., Damico, J.N., Howard, J.W., White, R.H. & Watts, J.O. (1971a)
    Gas chromatographic determination and mass spectrometric confirmation
    of N-nitrosodimethylamine in smoke-processed marine fish.  J. agric.
    Fd Chem., 19, 250-253

Fazio, T., White, R.H. & Howard, J.W. (1971b)  Analysis of nitrite- and/or
    nitrate-processed meats for N-nitrosodimethylamine.  J. Ass. off analyt.
    Chem., 54, 1157-1159

Fiddler, W., Feinberg, J.I., Pensabene, J.W., Williams, A.C. & Dooley, C.J.
    (1975)  Dimethylnitrosamine in souse and similar jellied cured-meat
    products.  Fd Cosmet. Toxicol., 13, 653-654

Fiddler, W., Pensabene, J.W., Doerr, R.C. & Dooley, C.J. (1977)  The
    presence of dimethyl- and diethylnitrosamines in deionized water.
    Fd Cosmet. Toxicol., 15, 441-443

Fine, D.H. (1977)  Human exposure to preformed nitrosamine compounds.
    In:  Spengler, J.D., ed., Toxic Substances in the Air Environment,
    Pittsburgh, Air Pollution Control Association, pp. 168-181

Fine, D.H. (1978)  An assessment of human exposure to N-nitroso compounds.
    In:  Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Fine D.H. & Rounbehler, D.P. (1976)  N-Nitroso compounds in water.  In:
    Keith, L.H., ed., Identification and Analysis of Organic Pollutants
    in Water, Ann Arbor, Michigan, Ann Arbor Science Press, pp. 255-264

Fine, D.H., Rounbehler, D.P., Belcher, N.M. & Epstein, S.S. (1976a)  N-
    Nitroso compounds: detection in ambient air.  Science, 192, 1328-1330

Fine, D.H., Rounbehler, D.P., Sawicki, E., Krost, K. & DeMarrais, G.A.
    (1976b)  N-Nitroso compounds in the ambient community air of Baltimore,
    Maryland.  Analyt. Lett., 9, 595-604

Fine, D.H., Rounbehler, D.P., Pellizzari, E.D., Bunch, J.E., Berkley, R.W.,
    McCrae, J., Bursey, J.T., Sawicki, E., Krost, K. & DeMarrais, G.A.
    (1976c)  N-Nitrosodimethylamine in air.  Bull. environm. Contam.
    Toxicol., 15, 739-746

Fine, D.H., Rounbehler, D.P., Rounbehler, A., Silvergleid, A., Sawicki, E.,
    Krost, K. & DeMarrais, G.A. (1977a)  Determination of dimethylnitro-
    samine in air, water, and soil by thermal energy analysis: measure-
    ments in Baltimore, Md.  Environm. Sci. Technol., 11, 581-584

Fine, D.H., Rounbehler, D.P., Fan, T. & Ross, R. (1977b)  Human exposure to
    N-nitroso compounds in the environment.  In:  Hiatt, H.H., Watson, J.D.
    & Winsten, J.A., eds, Origins of Human Cancer, Book A, Cold Spring
    Harbor, N.Y., Cold Spring Harbor Laboratory, pp. 293-307

Fine, D.H., Ross, R., Rounbehler, D.P., Silvergleid, A. & Song, L. (1977c)
    Formation in vivo of volatile N-nitrosamines in man after ingestion
    of cooked bacon and spinach.  Nature (Lond.), 265, 753-755

Fine, D.H., Ross, R., Fan, S., Rounbehler, D.P., Silvergleid, A., Song, L.
    & Morrison, J. (1978)  Determination of N-nitroso pesticides in air,
    water and soil.  In:  Proceedings of the 172nd American Chemical Society
    National Meeting, San Francisco, 1976, Waltham, Mass., Thermo Electron
    Research Center (in press)

Fiume, L., Campadelli-Fiume, G., Magee, P.N. & Holsman, J. (1970) Cellular
    injury and carcinogenesis. Inhibition of metabolism of dimethylnitro-
    samine by aminoacetonitrile. Biochem. J., 120, 601-605

Fong, Y.Y. & Chan, W.C. (1973) Dimethylnitrosamine in Chinese marine salt
    fish. Fd Cosmet. Toxicol., 11, 841-845

Fong, Y.Y. & Chan, W.C. (1977) Nitrate, nitrite, dimethylnitrosamine and
    N-nitrosopyrrolidine in some Chinese food products. Fd Cosmet. Toxicol.,
    15, 143-145

Frei, J.V. (1970) Toxicity, tissue changes, and tumor induction in inbred
    Swiss mice by methylnitrosamine and -amide compounds. Cancer Res.,
    30, 11-17

Freund, H.A. (1937) Clinical manifestations and studies in parenchymatous
    hepatitis. Ann. int. Med., 10, 1144-1155

Fridman, A.L., Mukhametshin, F.M. & Novikov, S.S. (1971) Advances in the
    chemistry of aliphatic N-nitrosamines. Russ. chem. Rev., 40, 34-50

Fujii, K. & Sato, H. (1970) Response of adult mastomys (Praomys natalensis)
    to subcutaneous injection of N-nitrosodimethylamine. Gann, 61, 425-434

Gabridge, M.G. & Legator, M.S. (1969) A host-mediated microbial assay for
    the detection of mutagenic compounds. Proc. Soc. exp. Biol. (N.Y.),
    130, 831-834

Gadbois, D.F., Ravesi, E.m. & Lundstrom, R.C. (1976) Occurrence of volatile
    N-nitrosamines in Japanese salmon roe. Fishery Bulletin, 74, 683-686

Geil, J.H., Stenger, R.J., Behki, R.M. & Morgan, W.S. (1968) Hepatotoxic
    and carcinogenic effects of dimethylnitrosamine in low dosage. Light
    and electron microscopic study. J. nat. Cancer Inst., 40, 713-730

Getz, J.W. (1960) Nitrosamines from secondary amines. US Patent 2,960,536,
    15 November (to Food Machinery and Chemical Corp.) [Chem. Abstr., 55,
    10317b]

Gough, T.A. (1978) An examination of some foodstuff for trace amounts of
    volatile nitrosamines using the thermal energy analyser. In:
    Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Gough, T.A. & Walters, C.L. (1976) Volatile nitrosamines in fried bacon.
    In: Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental
    N-Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific
    Publications No. 14), pp. 195-203

Gough, T.A., Goodhead, K. & Walters, C.L. (1976) Distribution of some
    volatile nitrosamines in cooked bacon. J. Sci. Fd Agric., 27, 181-185

159

Gough, T.A., McPhail, M.F., Webb, K.S., Wood, B.J. & Coleman, R.F. (1977)
An examination of some foodstuffs for the presence of volatile nitro-
samines. J. Sci. Fd Agric., 28, 345-351

Grandjean, C.J. & Somogyi, A. (1976)  Effect of pregnenolone-16α-carboni-
trile on the metabolism of dimethylnitrosamine and binding to rat
liver macromolecules. Biochem. Pharmacol., 25, 2097-2098

Groenen, P.J., Jonk, R.J.G., van Ingen, C. & ten Noever de Brauw, M.C.
(1976)  Determination of eight volatile nitrosamines in thirty cured
meat products with capillary gas chromatography-high-resolution mass
spectrometry: the presence of nitrosodiethylamine and the absence
of nitrosopyrrolidine. In: Walker, E.A., Bogovski, P. & Griciute, L.,
eds, Environmental N-Nitroso Compounds Analysis and Formation, Lyon
(IARC Scientific Publications No. 14), pp. 321-331

Groenen, P.J., de Cock-Bethbeder, M.W., Jonk, R.J.G. & van Ingen, C. (1977)
Further studies on the occurrence of volatile N-nitrosamines in meat
products by combined gas chromatography and mass spectrometry. In:
Tinbergen, B.J. & Krol, B., eds, Proceedings of the 2nd International
Symposium on Nitrite in Meat Products, Zeist, 1976, Wageningen, Centre
for Agricultural Publishing and Documentation, pp. 227-237

Haas, H., Mohr, U. & Krüger, F.W. (1973)  Comparative studies with different
doses of N-nitrosomorpholine, N-nitrosopiperidine, N-nitrosomethylurea,
and dimethylnitrosamine in Syrian golden hamsters. J. nat. Cancer Inst.,
51, 1295-1301

Haas, H., Hilfrich, J. & Mohr, U. (1974)  Induction of heart tumours in
Wistar rats after a single application of ethylmethanesulphonate and
dimethylnitrosamine. Z. Krebsforsch., 81, 225-228

Hadjiolov, D. (1971)  The inhibition of dimethylnitrosamine carcinogenesis
in rat liver by aminoacetonitrile. Z. Krebsforsch., 76, 91-92

Hadjiolov, D. & Markow, D. (1973)  Fine structure of hemangioendothelial
sarcomas in the rat liver induced with N-nitrosodimethylamine. Arch.
Geschwulstforsch., 42, 120-126

Hadjiolov, D. & Mundt, D. (1974)  Effect of aminoacetonitrile on the meta-
bolism of dimethylnitrosamine and methylation of RNA during liver
carcinogenesis. J. nat. Cancer Inst., 52, 753-756

Hard, G.C. (1975)  Autoradiographic analysis of proliferative activity in
rat kidney epithelial and mesenchymal cell subpopulations following a
carcinogenic dose of dimethylnitrosamine. Cancer Res., 35, 3762-3773

Hard, G.C. & Borland, R. (1977)  Morphologic character of transforming renal
cell cultures derived from Wistar rats given dimethylnitrosamine.
J. nat. Cancer Inst., 58, 1377-1382

Hard, G.C. & Butler, W.H. (1971a)  Morphogenesis of epithelial neoplasms
    induced in the rat kidney by dimethylnitrosamine.  Cancer Res., 31,
    1496-1505

Hard, G.C. & Butler, W.H. (1971b)  Ultrastructural study of the development
    of interstitial lesions leading to mesenchymal neoplasia induced in the
    rat renal cortex by dimethylnitrosamine.  Cancer Res., 31, 337-347

Hard, G.C., King, H., Borland, R., Stewart, B.W. & Dobrostanski, B. (1977)
    Length of *in vivo* exposure to a carcinogenic dose of dimethylnitrosamine
    necessary for subsequent expression of morphological transformation by
    rat kidney cells *in vitro*.  Oncology, 34, 16-19

Harington, J.S., Nunn, J.R. & Irwig, L. (1973)  Dimethylnitrosamine in the
    human vaginal vault.  Nature (Lond.), 241, 49-50

Harris, C.C., Autrup, H., Stoner, G.D., McDowell, E.M., Trump, B.F. &
    Schafer, P. (1977)  Metabolism of *r*-methylnitrosamine and 1,2-dimethyl-
    hydrazine in cultured human bronchi.  Cancer Res., 37, 2309-2311

Hashimoto, S., Yokokura, T., Kawai, Y. & Mutai, M. (1976)  Dimethylnitro-
    samine formation in the gastrointestinal tract of rats.  Fd Cosmet.
    Toxicol., 14, 553-556

Havery, D.C. & Fazio, T. (1977)  Survey of finfish and shellfish for
    volatile *N*-nitrosamines.  J. Ass. off. analyt. Chem., 60, 517-519

Havery, D.C., Kline, D.A., Miletta, E.M., Joe, F.L., Jr & Fazio, T. (1976)
    Survey of food products for volatile *N*-nitrosamines.  J. Ass. off.
    analyt. Chem., 59, 540-546

Havery, D.C., Fazio, T. & Howard, J.W. (1978)  Survey of cured meat products
    for volatile *N*-nitrosamines:  comparison of two analytical methods.
    In:  Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Heading, C.E., Phillips, J.C., Lake, B.G., Gangolli, S.D. & Lloyd, A.G.
    (1974)  Some aspects of the metabolism of dimethylnitrosamine in the
    rat.  Biochem. Soc. Trans., 2, 607-610

Heath, D.F. (1962)  The decomposition and toxicity of dialkylnitrosamines
    in rats.  Biochem. J., 85, 72-91

Hedler, L., Marquardt, P. & Schurr, C. (1976)  The relation between the
    determinable quantities of volatile *N*-nitroso compounds and the
    peroxide number in soya bean oil.  In:  Walker, E.A., Bogovski, P. &
    Griciute, L., eds, Environmental *N*-Nitroso Compounds Analysis and
    Formation, Lyon (IARC Scientific Publications No. 14), pp. 361-374

Herrold, K.M. (1967)  Histogenesis of malignant liver tumors induced by
    dimethylnitrosamine.  An experimental study in Syrian hamsters.
    J. nat. Cancer Inst., 39, 1099-1111

Hicks, R.M., Gough, T.A. & Walters, C.L. (1978)  Demonstration of the
    presence of nitrosamines in human urine.  Preliminary observations
    on a possible aetiology for bladder cancer in association with chronic
    urinary tract infection.  In:  Walker, E.A., Castegnaro, M., Griciute, L.
    & Lyle, R.E., eds, Environmental Aspects of N-Nitroso Compounds, Lyon
    (IARC Scientific Publications No. 19) (in press)

Hilfrich, J., Haas, H., Kmoch, N., Montesano, R., Mohr, U. & Magee, P.N.
    (1975)  The modification of the renal carcinogenicity of dimethyl-
    nitrosamine by actinomycin D and a protein deficient diet.  Brit. J.
    Cancer, 32, 578-587

Hoch-Ligeti, C., Argus, M.F. & Arcos, J.C. (1968)  Combined carcinogenic
    effects of dimethylnitrosamine and 3-methylcholanthrene in the rat.
    J. nat. Cancer Inst., 40, 535-549

Homburger, F., Handler, A.H., Soto, E., Hsueh, S.-S., Van Dongen, C.G. &
    Russfield, A.B. (1976)  Adenocarcinoma of the glandular stomach
    following 3-methylcholanthrene, N-nitrosodiethylamine, or N-nitroso-
    dimethylamine feeding in carcinogen-susceptible inbred Syrian hamsters.
    J. nat. Cancer Inst., 57, 141-144

Huang, D.P., Gough, T.A., Webb, K.S. & Ho, J.H.C. (1978a)  Volatile nitro-
    samines in some traditional Southern Chinese food products.  J. Fd
    Safety, 1 (in press)

Huang, D.P., Gough, T.A. & Ho, J.H.C. (1978b)  Analysis for volatile nitro-
    samines of salt-preserved foodstuffs traditionally consumed by Southern
    Chinese.  In:  Blaudin de-Thé, G. & Ito, Y., eds, Nasopharyngeal
    Carcinoma:  Etiology and Control, Lyon (IARC Scientific Publications
    No. 20) (in press)

Huang, P.H.T. & Stewart, B.W. (1977)  Differences in patterns of structural
    change by rat liver DNA following administration of dimethylnitrosamine
    and methyl methanesulfonate.  Cancer Res., 37, 3796-3801

Hurst, R.E. (1976)  Dimethylnitrosamine levels in untreated herring meals.
    J. Sci. Fd Agric., 27, 600-602

IARC (1972)  IARC Monographs on the Evaluation of Carcinogenic Risk of
    Chemicals to Man, 1, Lyon, pp. 95-106

IARC (1974)  IARC Monographs on the Evaluation of Carcinogenic Risk of
    Chemicals to Man, 4, Some Aromatic Amines, Hydrazine and Related
    Substances, N-Nitroso Compounds and Miscellaneous Alkylating Agents,
    Lyon, pp. 137-143

IARC (1975)  *Annual Report 1975*, Lyon, International Agency for Research
    on Cancer, p. 120

IARC (1976)  *Annual Report 1976*, Lyon, International Agency for Research
    on Cancer, p. 53

IARC (1977a)  *Annual Report 1977*, Lyon, International Agency for Research
    on Cancer, p. 63

IARC (1977b)  *Annual Report 1977*, Lyon, International Agency for Research
    on Cancer, p. 57

IARC (1977c)  *Annual Report 1977*, Lyon, International Agency for Research
    on Cancer, p. 64

Ii, Y., Cardesa, A., Patil, K., Althoff, J. & Pour, P. (1976)  Comparative
    studies of neoplastic response to a single dose of nitroso compounds.
    *Z. Krebsforsch.*, *86*, 165-170

Ingram, A.J. (1972)  The lethal and hepatocarcinogenic effects of dimethyl-
    nitrosamine injection in the newt *Triturus helveticus*.  *Brit. J.
    Cancer*, *26*, 206-215

Ireton, H.J.C., McGiven, A.R. & Davies, D.J. (1972)  Renal mesenchymal
    tumours induced in rats by dimethylnitrosamine:  light- and electron-
    microscope studies.  *J. Path.*, *108*, 181-185

Issenberg, P. & Sornson, H. (1976)  *A monitoring method for volatile nitro-
    samine levels in laboratory atmospheres*.  In:  Walker, E.A., Bogovski, P.
    & Griciute, L., eds, *Environmental N-Nitroso Compounds Analysis and
    Formation*, Lyon (IARC Scientific Publications No. 14), pp. 97-108

Ito, N. (1973)  Experimental studies on tumors of the urinary system of rats
    induced by chemical carcinogens.  *Acta path. jap.*, *23*, 87-109

Ito, N., Hiasa, Y., Kamamoto, Y., Makiura, S., Sugihara, S., Marugami, M. &
    Okajima, E. (1971)  Histopathological analysis of kidney tumors in
    rats induced by chemical carcinogens.  *Gann*, *62*, 435-4444

Ito, N., Sugihara, S., Makiura, S., Arai, M., Hirao, K., Denda, A. &
    Nishio, O. (1974)  Effect of *N*-(3,5-dichlorophenyl)succinimide on the
    histological pattern and incidence of kidney tumors in rats induced
    by dimethylnitrosamine.  *Gann*, *65*, 131-138

Iyengar, J.R., Panalaks, T., Miles, W.F. & Sen, N.P. (1976)  A survey of
    fish products for volatile *N*-nitrosamines.  *J. Sci. Fd Agric.*, *27*,
    527-530

Jasmin, G. & Cha, J.W. (1969)  Renal adenomas induced in rats by dimethyl-
    nitrosamine.  An electron microscopic study.  *Arch. Path.*, *87*, 267-278

Jasmin, G. & Riopelle, J.L. (1968)  Renal adenomas induced by dimethyl-
    nitrosamine.  Enzyme histochemistry in the rat.  Arch. Path., 85,
    298-305

Jasmin, G. & Riopelle, J.L. (1969)  Transplantation de trois tumeurs
    rénales induites chez le rat par la diméthylnitrosamine.  Int. J.
    Cancer, 4, 299-311

Johnson, D.E. & Rhoades, J.W. (1972)  N-Nitrosamines in smoke condensate
    from several varieties of tobacco.  J. nat. Cancer Inst., 48, 1845-1847

Joint Iran-International Agency for Research on Cancer Study Group (1977)
    Esophageal cancer studies in the Caspian littoral of Iran:  results of
    population studies - a prodrome.  J. nat. Cancer Inst., 59, 1127-1138

Joshi, S.R., Rice, J.M., Wenk, M.L., Roller, P.P. & Keefer, L.K. (1977)
    Selective induction of intestinal tumors in rats by methyl(acetoxy-
    methyl)nitrosamine, an ester of the presumed reactive metabolite of
    dimethylnitrosamine.  J. nat. Cancer Inst., 58, 1531-1535

Juszkiewicz, T. & Kowalski, B. (1974)  Passage of nitrosamines from rumen
    into milk in goats.  In: Bogovski, P. & Walker, E.A., eds, N-Nitroso
    Compounds in the Environment, Lyon (IARC Scientific Publications No. 9),
    pp. 173-176

Juszkiewicz, T. & Kowalski, B. (1976)  An investigation of the possible
    presence or formation of nitrosamines in animal feeds.  In:
    Walker, E.A., Bogovski, P. & Griciute, L., eds, Environmental N-
    Nitroso Compounds Analysis and Formation, Lyon (IARC Scientific
    Publications No. 14), pp. 375-383

Kann, J., Tauts, O., Raja, K. & Kalve, R. (1976)  Nitrosamines and their
    precursors in some Estonian foodstuffs.  In:  Walker, E.A., Bogovski, P.
    & Griciute, L., eds, Environmental N-Nitroso Compounds Analysis and
    Formation, Lyon (IARC Scientific Publications No. 14), pp. 385-394

Kann, J., Spiegelhalder, B., Eisenbrand, G. & Preussmann, R. (1978)  Occur-
    rence of volatile N-nitrosamines in animal diets.  Z. Krebsforsch.
    (in press)

Keefer, L.K., Lijinsky, W. & Garcia, H. (1973)  Deuterium isotope effect on
    the carcinogenicity of dimethylnitrosamine in rat liver.  J. nat.
    Cancer Inst., 51, 299-302

Khudoley, V.V. (1973)  Morphological changes in the liver of fish (Lebistes
    reticulatus) under the action of diethyl- and dimethylnitrosamines.
    Vop. Onkol., 19, 88-94

Khudoley, V.V. (1977)  The induction of tumors in Rana temporaria with
    nitrosamines.  Neoplasma, 24, 249-251

Kim, S., Lotlikar, P.D., Chin, W. & Magee, P. (1977)  Protein bound
    carboxylmethyl ester as a precursor of methanol formation during
    oxidation of dimethylnitrosamine *in vitro* (Abstract No. 189).
    Proc. Amer. Ass. Cancer Res., 18, 48

Klimsch, H.-J., Stadler, L. & Brahm, S. (1976)  Quantitative Bestimmung
    flüchtiger Nitrosamine in Zigarettenrauchkondensat.  Z. Lebensmittel-
    Untersuch., 162, 131-138

Kowalewski, K. & Todd, E.F. (1971)  Carcinoma of the gallbladder induced
    in hamsters by insertion of cholesterol pellets and feeding dimethyl-
    nitrosamine.  Proc. Soc. exp. Biol. (N.Y.), 136, 482-486

Kuroki, T., Drevon, C. & Montesano, R. (1977)  Microsome-mediated mutagenesis
    in V79 Chinese hamster cells by various nitrosamines.  Cancer Res., 37,
    1044-1050

Kuwahara, A., Otsuka, H. & Nagamatsu, A. (1972)  Induction of hemangiomatous
    lesions with dimethylnitrosoamine:  influence of route of administration
    and strain of mice.  Gann, 63, 499-502

Laishes, B.A. & Stich, H.F. (1973)  Repair synthesis and sedimentation
    analysis of DNA of human cells exposed to dimethylnitrosamine and
    activated dimethylnitrosamine.  Biochem. biophys. Res. Commun., 52,
    827-833

Lake, B.G., Phillips, J.C., Heading, C.E. & Gangolli, S.D. (1976)  Studies
    on the *in vitro* metabolism of dimethylnitrosamine by rat liver.
    Toxicology, 5, 297-309

Lakritz, L., Wasserman, A.E., Gates, R. & Spinelli, A.M. (1978)  Preliminary
    observations on amines and nitrosamines in non-normal human gastric
    contents.  In: Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E.,
    eds, Environmental Aspects of *N*-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Lawley, P.D. (1974)  Some chemical aspects of dose-response relationships
    in alkylation mutagenesis.  Mutation Res., 23, 283-295

Le Page, R.N. & Christie, G.S. (1969a)  Induction of liver tumours in the
    guinea pig by feeding dimethylnitrosamine.  Pathology, 1, 49-56

Le Page, R.N. & Christie, G.S. (1969b)  Induction of liver tumours in the
    rabbit by feeding dimethylnitrosamine.  Brit. J. Cancer, 23, 125-131

Lijinsky, W. & Greenblatt, M. (1972)  Carcinogen dimethylnitrosamine
    produced *in vivo* from nitrite and aminopyrine.  Nature New Biol.,
    236, 177-178

Lijinsky, W., Loo, J. & Ross, A.E. (1968)  Mechanism of alkylation of nucleic
    acids by nitrosodimethylamine.  Nature (Lond.), 218, 1174-1175

Lilly, L.J., Bahner, B. & Magee, P.N. (1975)  Chromosome aberrations induced in rat lymphocytes by *N*-nitroso compounds as a possible basis for carcinogen screening.  Nature (Lond.), 258, 611-612

Lotlikar, P.D., Baldy, W.J., Jr & Dwyer, E.N. (1975)  Dimethylnitrosamine demethylation by reconstituted liver microsomal cytochrome P-450 enzyme system.  Biochem. J., 152, 705-708

Love, L.A., Pelfrene, A. & Garcia, H. (1977)  Effect of intestinal micro-flora suppression on liver carcinogenicity of dimethylnitrosamine in Syrian hamsters.  J. nat. Cancer Inst., 58, 1835-1836

Loveless, A. (1969)  Possible relevance of *O*-6 alkylation of deoxyguanosine to the mutagenicity and carcinogenicity of nitrosamines and nitrosamides.  Nature (Lond.), 223, 206-207

Magee, P.N. & Barnes, J.M. (1956)  The production of malignant primary hepatic tumours in the rat by feeding dimethylnitrosamine.  Brit. J. Cancer, 10, 114-122

Magee, P.N. & Barnes, J.M. (1959)  The experimental production of tumours in the rat by dimethylnitrosamine (*N*-nitroso dimethylamine).  Acta un. int. cancr., 15, 187-190

Magee, P.N. & Barnes, J.M. (1962)  Induction of kidney tumours in the rat with dimethylnitrosamine (*N*-nitrosodimethylamine).  J. Path. Bact., 84, 19-31

Magee, P.N. & Barnes, J.M. (1967)  Carcinogenic nitroso compounds.  Adv. Cancer Res., 10, 163-246

Magee, P.N. & Hultin, T. (1962)  Toxic liver injury and carcinogenesis. Methylation of proteins of rat-liver slices by dimethylnitrosamine *in vitro*.  Biochem. J., 83, 106-114

Magee, P.N. & Swann, P.F. (1969)  Nitroso compounds.  Brit. med. Bull., 25, 240-244

Magee, P.N., Montesano, R. & Preussmann, R. (1976)  *N*-Nitroso compounds and related carcinogens.  In: Searle, C.E., ed., Chemical Carcinogens (ACS Monograph 173), Washington DC, American Chemical Society, pp. 491-625

Margison, G.P., Margison, J.M. & Montesano, R. (1976)  Methylated purines in the deoxyribonucleic acid of various Syrian-golden-hamster tissues after administration of a hepatocarcinogenic dose of dimethylnitrosamine.  Biochem. J., 157, 627-634

McCormick, A., Nicholson, M.J., Baylis, M.A. & Underwood, J.G. (1973)  Nitrosamines in cigarette smoke condensate.  Nature (Lond.), 244, 237-238

McCracken, M.D., Bottoms, G.D. & Carlton, W.W. (1973)  Tumorigenesis of
dimethylnitrosamine in the Pekin duck (Abstract No. 23).  Toxicol.
appl. Pharmacol., 25, 447-448

McGiven, A.R. & Ireton, H.J.C. (1972)  Renal epithelial dysplasia and neo-
plasia in rats given dimethylnitrosamine.  J. Path., 108, 187-190

McLean, A.E.M. & Magee, P.N. (1970)  Increased renal carcinogenesis by
dimethyl nitrosamine in protein deficient rats.  Brit. J. exp. Path.,
51, 587-590

Mirna, A., Harada, K., Rapp, U. & Kaufmann, H. (1976)  N-Nitrosamine in
Futtermitteln.  Fleischwirtschaft, 56, 1014

Mizrahi, I.J. & Emmelot, P. (1962)  The effect of cysteine on the metabolic
changes produced by two carcinogenic N-nitrosodialkylamines in rat
liver.  Cancer Res., 22, 339-351

Mohn, G. & Ellenberger, J. (1973)  Mammalian blood-mediated mutagenicity
tests using a multipurpose strain of Escherichia coli K-12.  Mutation
Res., 19, 257-260

Mohr, U., Haas, H. & Hilfrich, J. (1974)  The carcinogenic effects of di-
methylnitrosamine and nitrosomethylurea in European hamsters (Cricetus
cricetus L.).  Brit. J. Cancer, 29, 359-364

Moiseev, G.E. & Benemansky, V.V. (1975)  On carcinogenic activity of low
concentrates of nitrosodimethylamine in inhalation.  Vop. Onkol., 21,
107-109

Montesano, R. & Bartsch, H. (1976)  Mutagenic and carcinogenic N-nitroso
compounds:  possible environmental hazards.  Mutation Res., 32,
179-228

Montesano, R. & Magee, P.N. (1970)  Metabolism of dimethylnitrosamine by
human liver slices in vitro.  Nature (Lond.), 228, 173-174

Montesano, R. & Magee, P.N. (1974)  Comparative metabolism in vitro of
nitrosamines in various animal species including man.  In:
Montesano, R. & Tomatis, L., eds, Chemical Carcinogenesis Essays,
Lyon (IARC Scientific Publications No. 10), pp. 39-56

Montesano, R., Saint Vincent, L. & Tomatis, L. (1973)  Malignant transfor-
mation in vitro of rat liver cells by dimethylnitrosamine and N-methyl-
N'-nitro-N-nitrosoguanidine.  Brit. J. Cancer, 28, 215-220

Montesano, R., Mohr, U., Magee, P.N., Hilfrich, H. & Haas, H. (1974)
Additive effect in the induction of kidney tumours in rats treated
with dimethylnitrosamine and ethylmethanesulphonate.  Brit. J. Cancer,
29, 50-58

Montesano, R., Saint Vincent, L., Drevon, C. & Tomatis, L. (1975)  Produc-
        tion of epithelial and mesenchymal tumours with rat liver cells trans-
        formed *in vitro*.  Int. J. Cancer, 16, 550-558

Murphy, G.P., Mirand, E.A., Johnston, G.S., Schmidt, J.D. & Scott, W.W.
        (1966)  Renal tumors induced by a single dose of dimethylnitrosamine:
        morphologic, functional, enzymatic, and hormonal characterization.
        Invest. Urol., 4, 39-56

Napalkov, N.P. & Alexandrov, V.A. (1968)  On the effects of blastomogenic
        substances on the organism during embryogenesis.  Z. Krebsforsch.,
        71, 32-50

Natarajan, A.T., Tates, A.D., Van Buul, P.P.W., Meijers, M. & De Vogel, N.
        (1976)  Cytogenetic effects of mutagens/carcinogens after activation
        in a microsomal system *in vitro*.  I.  Induction of chromosome aberra-
        tions and sister chromatid exchanges by diethylnitrosamine (DEN) and
        dimethylnitrosamine (DMN) in CHO cells in the presence of rat-liver
        microsomes.  Mutation Res., 37, 83-90

Nicoll, J.W., Swann, P.F. & Pegg, A.E. (1975)  Effect of dimethylnitrosamine
        on persistence of methylated guanines in rat liver and kidney DNA.
        Nature (Lond.), 254, 261-262

Noronha, R.F.X. (1975)  The inhibition of dimethylnitrosamine-induced renal
        tumorigenesis in NZO/Bl mice by orchiectomy.  Invest. Urol., 13, 136-141

Noronha, R.F.X. & Goodall, C.M. (1972)  Nasal tumours in starved rats injec-
        ted once with dimethylnitrosamine.  N.Z. med. J., 75, 374-375

Noronha, R.F.X. & Goodall, C.M. (1976)  Enhancement of hepatic and renal
        tumorigenesis in thyroidectomized NZR/Gd rats treated with dimethyl-
        nitrosamine.  J. surg. Oncol., 8, 539-550

O'Connor, P.J., Capps, M.J., Craig, A.W., Lawley, P.D. & Shah, S.A. (1972)
        Differences in the patterns of methylation in rat liver ribosomal
        ribonucleic acid after reaction *in vivo* with methyl methanesulphonate
        and *NN*-dimethylnitrosamine.  Biochem. J., 129, 519-528

O'Connor, P.J., Capps, M.J. & Craig, A.W. (1973)  Comparative studies of the
        hepatocarcinogen *N,N*-dimethylnitrosamine *in vivo*:  reaction sites in
        rat liver DNA and the significance of their relative stabilities.
        Brit. J. Cancer, 27, 153-166

O'Connor, P.J., Margison, G.P. & Craig, A.W. (1975)  Phosphotriesters in
        rat liver deoxyribonucleic acid after the administration of the carcino-
        gen *NN*-dimethylnitrosamine *in vivo*.  Biochem. J., 145, 475-482

Otsuka, H. & Kuwahara, A. (1971)  Hemangiomatous lesions of mice treated
        with nitrosodimethylamine.  Gann, 62, 147-156

Panalaks, T., Iyengar, J.R. & Sen, N.P. (1973)  Nitrate, nitrite, and di-
    methylnitrosamine in cured meat products.  J. Ass. off. analyt. Chem.,
    56, 621-625

Panalaks, T., Iyengar, J.R., Donaldson, B.A., Miles, W.F. & Sen, N.P. (1974)
    Further survey of cured meat products for volatile N-nitrosamines.
    J. Ass. off. analyt. Chem., 57, 806-812

Pasternak, L. (1962)  Mutagene Wirkung von Dimethylnitrosamin bei Drosophila
    melanogaster.  Naturwissenschaften, 49, 381

Pegg, A.E. (1977)  Formation and metabolism of alkylated nucleosides:
    possible role in carcinogenesis by nitroso compounds and alkylating
    agents.  Adv. Cancer Res., 25, 195-269

Pellizzari, E.D., Bunch, J.E., Bursey, J.T., Berkley, R.E., Sawicki, E. &
    Krost, K. (1976)  Estimation of N-nitrosodimethylamine levels in
    ambient air by capillary gas-liquid chromatography/mass spectrometry.
    Analyt. Lett., 9, 579-594

Pensabene, J.W., Fiddler, W., Dooley, C.J., Doerr, R.C. & Wasserman, A.E.
    (1972)  Spectral and gas chromatographic characteristics of some
    N-nitrosamines.  J. agric. Fd Chem., 20, 274-277

Phillips, J.C., Lake, B.G., Heading, C.E., Gangolli, S.D. & Lloyd, A.G.
    (1975)  Studies on the metabolism of dimethylnitrosamine in the rat.
    I.  Effect of dose, route of administration and sex.  Fd Cosmet.
    Toxicol., 13, 203-209

Pliss, G.B. & Khudoley, V.V. (1975)  Tumor induction by carcinogenic agents
    in aquarium fish.  J. nat. Cancer Inst., 55, 129-136

Pound, A.W. & Lawson, T.A. (1975)  Partial hepatectomy and toxicity of
    dimethylnitrosamine and carbon tetrachloride, in relation to the
    carcinogenic action of dimethylnitrosamine.  Brit. J. Cancer, 32,
    596-603

Pound, A.W., Lawson, T.A. & Horn, L. (1973)  Increased carcinogenic action
    of dimethylnitrosamine after prior administration of carbon tetra-
    chloride.  Brit. J. Cancer, 27, 451-459

Prager, B., Jacobson, P., Schmidt, P. & Stern, D., eds (1922)  Beilsteins
    Handbuch der Organischen Chemie, 4th ed., Vol. 4, Syst. No. 335,
    Berlin, Springer, p. 84

Preussmann, R., Walker, E.A., Wasserman, A.E. & Castegnaro, M., eds (1978)
    Environmental Carcinogens - Selected Methods of Analysis, Vol. 1,
    Nitrosamines, Lyon (IARC Scientific Publications No. 18) (in press)

Propping, P., Röhrborn, G. & Buselmaier, W. (1972)  Comparative investigations on the chemical induction of point mutations and dominant lethal mutations in mice.  Mol. gen. Genet., 117, 197-209

Radomski, J.L. & Hearn, W.L. (1976)  Nitrates, nitrites and the induction of bladder cancer from nitrosamines (Abstract No. 18).  Proc. Amer. Ass. Cancer Res., 17, 5

Rainey, W.T., Christie, W.H. & Lijinsky, W. (1978)  Mass spectrometry of N-nitrosamines.  Biomed. Mass Spectrom. (in press)

Rajalakshmi, S. & Sarma, D.S.R. (1975)  Replication of hepatic DNA in rats treated with dimethylnitrosamine.  Chem.-biol. Interact., 11, 245-252

Ramanathan, R., Rajalakshmi, S., Sarma, D.S.R. & Farber, E. (1976)  Nonrandom nature of in vivo methylation by dimethylnitrosamine and the subsequent removal of methylated products from rat liver chromatin DNA.  Cancer Res., 36, 2073-2079

Reznik, G. (1975)  The carcinogenic effect of dimethylnitrosamine on the Chinese hamster (Cricetulus griseus).  Cancer Lett., 1, 25-28

Reznik, G., Mohr, U. & Kmoch, N. (1976)  Carcinogenic effects of different nitroso-compounds in Chinese hamsters. I. Dimethylnitrosamine and N-diethylnitrosamine.  Brit. J. Cancer, 33, 411-418

Rhoades, J.W. & Johnson, D.E. (1972)  N-Dimethylnitrosamine in tobacco smoke condensate.  Nature (Lond.), 236, 307-308

Riopelle, J.L. & Jasmin, G. (1969)  Nature, classification, and nomenclature of kidney tumors induced in the rat by dimethylnitrosamine.  J. nat. Cancer Inst., 42, 643-662

Rogers, A.E., Sanchez, O., Feinsod, F.M. & Newberne, P.M. (1974)  Dietary enhancement of nitrosamine carcinogenesis.  Cancer Res., 34, 96-99

Roller, P.P., Shimp, D.R. & Keefer, L.K. (1975)  Synthesis and solvolysis of methyl(acetoxymethyl)nitrosamine. Solution chemistry of the presumed carcinogenic metabolite of dimethylnitrosamine.  Tetrahedron Lett., 25, 2065-2068

Rounbehler, D.P., Ross, R., Fine, D.H., Iqbal, Z.M. & Epstein, S.S. (1977)  Quantitation of dimethylnitrosamine in the whole mouse after biosynthesis in vivo from trace levels of precursors.  Science, 197, 917-918

Sakshaug, J., Sögnen, E., Hansen, M.A. & Koppang, N. (1965)  Dimethylnitrosamine: its hepatotoxic effect in sheep and its occurrence in toxic batches of herring meal.  Nature (Lond.), 206, 1261-1262

170

Sato, S., Matsushima, T., Tanaka, N., Sugimura, T. & Takashima, F. (1973)
Hepatic tumors in the guppy (*Lebistes reticulatus*) induced by aflatoxin
$B_1$, dimethylnitrosamine and 2-acetylaminofluorene. J. nat. Cancer Inst.,
50, 765-778

Schmähl, D. & Preussmann, R. (1959) Cancerogene Wirkung von Nitrosodi-
methylamin bei Ratten. Naturwissenschaften, 46, 175

Schmähl, D., Krüger, F.W., Ivankovic, S. & Preissler, P. (1971) Vermin-
derung der Toxizität von Dimethylnitrosamin bei Ratten und Mäusen nach
Behandlung mit Disulfiram. Arzneimittel-Forsch., 21, 1560-1562

Schmähl, D., Krüger, F.W., Habs, M. & Diehl, B. (1976) Influence of disul-
firam on the organotropy of the carcinogenic effect of dimethylnitro-
samine and diethylnitrosamine in rats. Z. Krebsforsch., 85, 271-276

Sen, N.P. (1972) The evidence for the presence of dimethylnitrosamine in
meat products. Fd Cosmet. Toxicol., 10, 219-223

Sen, N.P., Donaldson, B., Iyengar, J.R. & Panalaks, T. (1973) Nitroso-
pyrrolidine and dimethylnitrosamine in bacon. Nature (Lond.), 241,
473-474

Sen, N.P., Donaldson, B., Charbonneau, C. & Miles, W.F. (1974) Effect
of additives on the formation of nitrosamines in meat curing mixtures
containing spices and nitrite. J. agric. Fd Chem., 22, 1125-1130

Sen, N.P., Seaman, S. & Miles, W.F. (1976a) Dimethylnitrosamine and
nitrosopyrrolidine in fumes produced during the frying of bacon.
Fd Cosmet. Toxicol., 14, 167-170

Sen, N.P., Iyengar, J.R., Miles, W.F. & Panalaks, T. (1976b) Nitrosamines
in cured meat products. In: Walker, E.A., Bogovski, P. & Griciute, L.,
eds, Environmental *N*-Nitroso Compounds Analysis and Formation, Lyon
(IARC Scientific Publications No. 14), pp. 333-342

Sen, N.P., Donaldson, B.A., Seaman, S., Iyengar, J.R. & Miles, W.F. (1978)
Recent studies in Canada on the analysis and occurrence of volatile
and non-volatile *N*-nitroso compounds in foods. In: Walker, E.A.,
Castegnaro, M., Griciute, L. & Lyle, R.E., eds, Environmental Aspects
of *N*-Nitroso Compounds, Lyon (IARC Scientific Publications No. 19)
(in press)

Shabad, L.M. & Savluchinskaya, L.A. (1971) Some results of studying the
blastomogenic action of nitrosamines on mice. Biull. eksp. Biol. Med.,
71, 76-80

Shinohara, Y., Arai, M., Hirao, K., Sugihara, S., Nakanishi, K., Tsunoda, H.
& Ito, N. (1976) Combination effect of citrinin and other chemicals on
rat kidney tumorigenesis. Gann, 67, 147-155

Shooter, K.V. & Wiessler, M. (1976)  The interaction of acetoxy-dimethyl-
    nitrosamine, a proximate metabolite of the carcinogenic amine, and
    bacteriophages R17 and T7.  Chem. biol.-Interact., 14, 1-11

Skaare, J.U. & Dahle, H.K. (1975)  Gas chromatographic determination and
    mass spectrometric confirmation of N-nitrosodimethylamine in fish
    meal.  J. Chromat., 111, 426-429

Smetanin, E.E. (1971)  On transplacental blastomogenic effect of dimethyl-
    nitrosamine and nitrosomethylurea.  Vop. Onkol., 17, 75-81

Somogyi, A., Conney, A.H., Kuntzman, R. & Solymoss, B. (1972)  Protection
    against dimethylnitrosamine toxicity by pregnenolone-16α-carbonitrile.
    Nature (Lond.), 237, 61-63

Stenback, F., Ferrero, A., Montesano, R. & Shubik, P. (1973)  Synergistic
    effect of ferric oxide on dimethylnitrosamine carcinogenesis in the
    Syrian golden hamster.  Z. Krebsforsch., 79, 31-38

Stephany, R.W. & Schuller, P.L. (1978)  Some new data on the intake of
    nitrate, nitrite and volatile N-nitrosamines and on the occurrence
    of volatile N-nitrosamines in human urine and veal calves.  In:
    Walker, E.A., Castegnaro, M., Griciute, L. & Lyle, R.E., eds,
    Environmental Aspects of N-Nitroso Compounds, Lyon (IARC Scientific
    Publications No. 19) (in press)

Stephany, R.W., Freudenthal, J. & Schuller, P.L. (1976)  Quantitative and
    qualitative determination of some volatile nitrosamines in various
    meat products.  In:  Walker, E.A., Bogovski, P. & Griciute, L., eds,
    Environmental N-Nitroso Compounds Analysis and Formation, Lyon (IARC
    Scientific Publications No. 14), pp. 343-354

Stewart, B.W. (1974)  Inhibition of dimethylnitrosamine-induced strand
    breakage in rat liver DNA by aminoacetonitrile.  Biochim. biophys.
    acta, 366, 261-263

Stewart, B.W. & Hard, G.C. (1977)  Distinctive patterns of proliferative
    activity in kidney cell cultures derived from normal, dimethylnitro-
    samine-treated, and renal tumour-bearing rats.  J. nat. Cancer Inst.,
    58, 1615-1619

Stewart, B.W. & Huang, P.H.T. (1977)  Analysis by benzoylated-DEAE-
    cellulose of carcinogen-induced DNA damage in vivo (Abstract No. 91).
    Proc. Amer. Ass. Cancer Res., 18, 23

Stewart, B.W. & Magee, P.N. (1971)  Effect of a single dose of dimethyl-
    nitrosamine on biosynthesis of nucleic acid and protein in rat liver
    and kidney.  Biochem. J., 125, 943-952

Sugihara, R. & Sugihara, S., Jr (1976)  Electron microscopic observations on the morphogenesis of renal cell carcinoma induced in rat kidney by dimethylnitrosamine and *N*-(3,5-dichlorophenyl)succinimide.  Cancer Res., 36, 533-550

Swann, P.F. & Magee, P.N. (1968)  Nitrosamine-induced carcinogenesis.  The alkylation of nucleic acids of the rat by *N*-methyl-*N*-nitrosourea, dimethylnitrosamine, dimethyl sulphate and methyl methanesulphonate. Biochem. J., 110, 39-47

Swann, P.F. & McLean, A.E.M. (1971)  Cellular injury and carcinogenesis. The effect of a protein-free high-carbohydrate diet on the metabolism of dimethylnitrosamine in the rat.  Biochem. J., 124, 283-288

Swann, P.F., Magee, P.N., Mohr, U., Reznik, G., Green, U. & Kaufman, D.G. (1976)  Possible repair of carcinogenic damage caused by dimethyl-nitrosamine in rat kidney.  Nature (Lond.), 263, 134-136

Takayama, S. & Oota, K. (1963)  Malignant tumors induced in mice fed with *N*-nitrosodimethylamine.  Gann, 54, 465-472

Takayama, S. & Oota, K. (1965)  Induction of malignant tumors in various strains of mice by oral administration of *N*-nitrosodimethylamine and *N*-nitrosodiethylamine.  Gann, 56, 189-199

Taylor, H.W. & Lijinsky, W. (1975)  Tumor induction in rats by feeding aminopyrine or oxytetracycline with nitrite.  Int. J. Cancer, 16, 211-215

Taylor, H.W., Lijinsky, W., Nettesheim, P. & Snyder, C.M. (1974)  Alteration of tumor response in rat liver by carbon tetrachloride.  Cancer Res., 34, 3391-3395

Telling, G.M., Bryce, T.A., Hoar, D., Osborne, D. & Welti, D. (1974) Progress in the analysis of volatile *N*-nitroso compounds.  In: Bogovski, P. & Walker, E.A., eds, *N*-Nitroso Compounds in the Environment, Lyon (IARC Scientific Publications No. 9), pp. 12-17

Terracini, B. & Magee, P.N. (1964)  Renal tumours in rats following injec-tion of dimethylnitrosamine at birth.  Nature (Lond.), 202, 502-503

Terracini, B., Palestro, G., Ramella Gigliardi, M. & Montesano, R. (1966) Carcinogenicity of dimethylnitrosamine in Swiss mice.  Brit. J. Cancer, 20, 871-876

Terracini, B., Magee, P.N. & Barnes, J.M. (1967)  Hepatic pathology in rats on low dietary levels of dimethylnitrosamine.  Brit. J. Cancer, 21, 559-565

Terracini, B., Palestro, G., Ruã, S. & Revisio, A. (1969)  Studio sul ruolo dell'iperplasia compensatoria nella cancerogenesi renale da dimetil-nitrosamina nel ratto. Tumori, 55, 357-370

Tomatis, L. & Cefis, F. (1967)  The effects of multiple and single admini-stration of dimethylnitrosamine to hamsters. Tumori, 53, 447-452

Tomatis, L., Magee, P.N. & Shubik, P. (1964)  Induction of liver tumors in the Syrian golden hamster by feeding dimethylnitrosamine. J. nat. Cancer Inst., 33, 341-345

Toth, B. & Shubik, P. (1967)  Carcinogenesis in AKR mice injected at birth with benzo[a]pyrene and dimethylnitrosamine. Cancer Res., 27, 43-51

Toth, B., Magee, P.N. & Shubik, P. (1964)  Carcinogenesis study with dimethylnitrosamine administered orally to adult and subcutaneously to newborn BALB/c mice. Cancer Res., 24, 1712-1721

Turberville, C. & Craddock, V.M. (1971)  Methylation of nuclear proteins by dimethylnitrosamine and by methionine in the rat in vivo. Biochem. J., 124, 725-739

US Environmental Protection Agency (1977)  Requirement for certain pesti-cide registrants and applicants for registration to submit analyses of pesticides for N-nitroso contaminants. Fed. Regist., 42, 51640-51641

US Occupational Safety & Health Administration (1976)  Toxic and hazardous substances. US Code of Federal Regulations, Title 29, part 1910.1016, pp. 56-59

Vesselinovitch, S.D. (1969)  The sex-dependent difference in the development of liver tumors in mice administered dimethylnitrosamine. Cancer Res., 29, 1024-1027

Ward, J.M., Rice, J.M., Roller, P.P. & Wenk, M.L. (1977)  Natural history of intestinal neoplasms induced in rats by a single injection of methyl(acetoxymethyl)nitrosamine. Cancer Res., 37, 3046-3052

Wasserman, A.E., Fiddler, W., Doerr, R.C., Osman, S.F. & Dooley, C.J. (1972)  Dimethylnitrosamine in frankfurters. Fd Cosmet. Toxicol., 10, 681-684

Weekes, U.Y. (1975)  Metabolism of dimethylnitrosamine to mutagenic inter-mediates by kidney microsomal enzymes and correlation with reported host susceptibility to kidney tumors. J. nat. Cancer Inst., 55, 1199-1201

Wiessler, M. & Schmähl, D. (1976)  Zur carcinogenen Wirkung von N-Nitroso-Verbindungen. V. Acetoxymethyl-Methyl-Nitrosamin. Z. Krebsforsch., 85, 47-49

174

Wilkinson, R., Hawks, A. & Pegg, A.E. (1975)  Methylation of rat liver
    mitochondrial deoxyribonucleic acid by chemical carcinogens and
    associated alterations in physical properties.  Chem.-biol. Interact.,
    9, 157-167

Williams, G.M. (1976)  The use of liver epithelial cultures for the study
    of chemical carcinogenesis.  Amer. J. Path., 85, 739-754

Williams, G.M. (1977)  Detection of chemical carcinogens by unscheduled
    DNA synthesis in rat liver primary cell cultures.  Cancer Res., 37,
    1845-1851

Williams, G.M., Elliott, J.M. & Weisburger, J.H. (1973)  Carcinoma after
    malignant conversion in vitro of epithelial-like cells from rat liver
    following exposure to chemical carcinogens.  Cancer Res., 33, 606-612

Wunderlich, V., Tetzlaff, I. & Graffi, A. (1971/72)  Studies on nitroso-
    dimethylamine:  preferential methylation of mitochondrial DNA in rats
    and hamsters.  Chem.-biol. Interact., 4, 81-89

Zak, F.G., Holzner, J.H., Singer, E.J. & Popper, H. (1960)  Renal and
    pulmonary tumors in rats fed dimethylnitrosamine.  Cancer Res., 20,
    96-99

Zwicker, G.M., Carlton, W.W. & Tuite, J. (1972)  Carcinogenic activity of
    toxigenic penicillia (Abstract).  Lab. Invest., 26, 497

Exhibit 29

This report contains the collective views of an international group of experts and does not necessarily represent the decisions or the stated policy of the United Nations Environment Programme, the International Labour Organization, or the World Health Organization.

## Concise International Chemical Assessment Document 31



Exhibit
in Re: Valsartan
Susan Bain
0004

# *N,N*-DIMETHYLFORMAMIDE

**Please note that the layout and pagination of this pdf file are not identical to those of the printed CICAD**

First draft prepared by
G. Long and M.E. Meek, Environmental Health Directorate, Health Canada, and
M. Lewis, Commercial Chemicals Evaluation Branch, Environment Canada

Published under the joint sponsorship of the United Nations Environment Programme, the International Labour Organization, and the World Health Organization, and produced within the framework of the Inter-Organization Programme for the Sound Management of Chemicals.



World Health Organization
Geneva, 2001

The **International Programme on Chemical Safety (IPCS)**, established in 1980, is a joint venture of the United Nations Environment Programme (UNEP), the International Labour Organization (ILO), and the World Health Organization (WHO). The overall objectives of the IPCS are to establish the scientific basis for assessment of the risk to human health and the environment from exposure to chemicals, through international peer review processes, as a prerequisite for the promotion of chemical safety, and to provide technical assistance in strengthening national capacities for the sound management of chemicals.

The **Inter-Organization Programme for the Sound Management of Chemicals (IOMC)** was established in 1995 by UNEP, ILO, the Food and Agriculture Organization of the United Nations, WHO, the United Nations Industrial Development Organization, the United Nations Institute for Training and Research, and the Organisation for Economic Co-operation and Development (Participating Organizations), following recommendations made by the 1992 UN Conference on Environment and Development to strengthen cooperation and increase coordination in the field of chemical safety. The purpose of the IOMC is to promote coordination of the policies and activities pursued by the Participating Organizations, jointly or separately, to achieve the sound management of chemicals in relation to human health and the environment.

WHO Library Cataloguing-in-Publication Data

N,N-Dimethylformamide.

(Concise international chemical assessment document ; 31)

1.Dimethylformamide - toxicity  2.Risk assessment  3.Environmental exposure
I.International Programme on Chemical Safety  II.Series

ISBN 92 4 153031 6                    (NLM Classification: QV 633)
ISSN 1020-6167

The World Health Organization welcomes requests for permission to reproduce or translate its publications, in part or in full. Applications and enquiries should be addressed to the Office of Publications, World Health Organization, Geneva, Switzerland, which will be glad to provide the latest information on any changes made to the text, plans for new editions, and reprints and translations already available.

©World Health Organization 2001

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The Federal Ministry for the Environment, Nature Conservation and Nuclear Safety, Germany, provided financial support for the printing of this publication.

Printed by Wissenschaftliche Verlagsgesellschaft mbH, D-70009 Stuttgart 10

**TABLE OF CONTENTS**

FOREWORD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

1. EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

2. IDENTITY AND PHYSICAL/CHEMICAL PROPERTIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

3. ANALYTICAL METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6

   3.1   DMF in workplace air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6
   3.2   DMF and metabolites in biological media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

4. SOURCES OF HUMAN AND ENVIRONMENTAL EXPOSURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

   4.1   Natural sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7
   4.2   Anthropogenic sources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7
   4.3   Uses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

5. ENVIRONMENTAL TRANSPORT, DISTRIBUTION, AND TRANSFORMATION . . . . . . . . . . . . . . . . . . . . . .  8

   5.1   Air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8
   5.2   Surface water and sediment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8
   5.3   Soil and groundwater . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9
   5.4   Environmental distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

6. ENVIRONMENTAL LEVELS AND HUMAN EXPOSURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

   6.1   Environmental levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
         6.1.1   Ambient air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10
         6.1.2   Surface water and sediment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.1.3   Soil and groundwater . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
   6.2   Human exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.2.1   Drinking-water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.2.2   Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.2.3   Multimedia study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.2.4   Exposure of the general population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11
         6.2.5   Occupational exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

7. COMPARATIVE KINETICS AND METABOLISM IN LABORATORY ANIMALS AND
   HUMANS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

   7.1   Experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12
   7.2   Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  14
         7.2.1   Studies in human volunteers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  14
         7.2.2   Occupational environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15
         7.2.3   Other relevant data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15
   7.3   Interspecies comparisons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15

8. EFFECTS ON LABORATORY MAMMALS AND *IN VITRO* TEST SYSTEMS . . . . . . . . . . . . . . . . . . . . . . . . .  16

   8.1   Single exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16
   8.2   Irritation and sensitization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16
   8.3   Short-term exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16
   8.4   Medium-term exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17

*Concise International Chemical Assessment Document 31*

|  | 8.4.1 | Inhalation | 17 |
|  | 8.4.2 | Oral | 22 |
| 8.5 | Long-term exposure and carcinogenicity | | 22 |
|  | 8.5.1 | Inhalation | 22 |
|  | 8.5.2 | Oral | 23 |
|  | 8.5.3 | Injection | 23 |
| 8.6 | Genotoxicity and related end-points | | 23 |
| 8.7 | Reproductive toxicity | | 24 |
|  | 8.7.1 | Effects on fertility | 24 |
|  | 8.7.2 | Developmental toxicity | 24 |
| 8.8 | Neurological effects | | 25 |

9. EFFECTS ON HUMANS ... 25

| 9.1 | Effects on the liver | 25 |
| 9.2 | Cardiac effects | 27 |
| 9.3 | Cancer | 28 |
| 9.4 | Genotoxicity | 29 |

10. EFFECTS ON OTHER ORGANISMS IN THE LABORATORY AND FIELD ... 30

| 10.1 | Aquatic environment | 30 |
| 10.2 | Terrestrial environment | 32 |

11. EFFECTS EVALUATION ... 33

| 11.1 | Evaluation of health effects | | 33 |
|  | 11.1.1 | Hazard identification and dose–response assessment | 33 |
|  |  | 11.1.1.1  Effects in humans | 33 |
|  |  | 11.1.1.2  Effects in experimental animals | 33 |
|  | 11.1.2 | Criteria for setting tolerable concentrations or guidance values | 33 |
|  | 11.1.3 | Sample risk characterization | 34 |
|  | 11.1.4 | Uncertainties and degree of confidence in human health risk characterization | 35 |
| 11.2 | Evaluation of environmental effects | | 35 |
|  | 11.2.1 | Terrestrial assessment end-points | 35 |
|  | 11.2.2 | Sample environmental risk characterization | 36 |
|  | 11.2.3 | Discussion of uncertainty | 36 |

12. PREVIOUS EVALUATIONS BY INTERNATIONAL BODIES ... 37

REFERENCES ... 38

APPENDIX 1 — SOURCE DOCUMENT ... 47

APPENDIX 2 — CICAD PEER REVIEW ... 47

APPENDIX 3 — CICAD FINAL REVIEW BOARD ... 48

APPENDIX 4 — BENCHMARK DOSE CALCULATIONS ... 49

INTERNATIONAL CHEMICAL SAFETY CARD ... 50

RÉSUMÉ D'ORIENTATION ... 52

RESUMEN DE ORIENTACIÓN ... 54

## FOREWORD

Concise International Chemical Assessment Documents (CICADs) are the latest in a family of publications from the International Programme on Chemical Safety (IPCS) — a cooperative programme of the World Health Organization (WHO), the International Labour Organization (ILO), and the United Nations Environment Programme (UNEP). CICADs join the Environmental Health Criteria documents (EHCs) as authoritative documents on the risk assessment of chemicals.

International Chemical Safety Cards on the relevant chemical(s) are attached at the end of the CICAD, to provide the reader with concise information on the protection of human health and on emergency action. They are produced in a separate peer-reviewed procedure at IPCS. They may be complemented by information from IPCS Poison Information Monographs (PIM), similarly produced separately from the CICAD process.

CICADs are concise documents that provide summaries of the relevant scientific information concerning the potential effects of chemicals upon human health and/or the environment. They are based on selected national or regional evaluation documents or on existing EHCs. Before acceptance for publication as CICADs by IPCS, these documents undergo extensive peer review by internationally selected experts to ensure their completeness, accuracy in the way in which the original data are represented, and the validity of the conclusions drawn.

The primary objective of CICADs is characterization of hazard and dose–response from exposure to a chemical. CICADs are not a summary of all available data on a particular chemical; rather, they include only that information considered critical for characterization of the risk posed by the chemical. The critical studies are, however, presented in sufficient detail to support the conclusions drawn. For additional information, the reader should consult the identified source documents upon which the CICAD has been based.

Risks to human health and the environment will vary considerably depending upon the type and extent of exposure. Responsible authorities are strongly encouraged to characterize risk on the basis of locally measured or predicted exposure scenarios. To assist the reader, examples of exposure estimation and risk characterization are provided in CICADs, whenever possible. These examples cannot be considered as representing all possible exposure situations, but are provided as guidance only. The reader is referred to EHC 170[1] for advice on the derivation of health-based tolerable intakes and guidance values.

While every effort is made to ensure that CICADs represent the current status of knowledge, new information is being developed constantly. Unless otherwise stated, CICADs are based on a search of the scientific literature to the date shown in the executive summary. In the event that a reader becomes aware of new information that would change the conclusions drawn in a CICAD, the reader is requested to contact IPCS to inform it of the new information.

### Procedures

The flow chart shows the procedures followed to produce a CICAD. These procedures are designed to take advantage of the expertise that exists around the world — expertise that is required to produce the high-quality evaluations of toxicological, exposure, and other data that are necessary for assessing risks to human health and/or the environment. The IPCS Risk Assessment Steering Group advises the Co-ordinator, IPCS, on the selection of chemicals for an IPCS risk assessment, whether a CICAD or an EHC is produced, and which institution bears the responsibility of the document production, as well as on the type and extent of the international peer review.

The first draft is based on an existing national, regional, or international review. Authors of the first draft are usually, but not necessarily, from the institution that developed the original review. A standard outline has been developed to encourage consistency in form. The first draft undergoes primary review by IPCS and one or more experienced authors of criteria documents in order to ensure that it meets the specified criteria for CICADs.

The draft is then sent to an international peer review by scientists known for their particular expertise and by scientists selected from an international roster compiled by IPCS through recommendations from IPCS national Contact Points and from IPCS Participating Institutions. Adequate time is allowed for the selected experts to undertake a thorough review. Authors are required to take reviewers' comments into account and revise their draft, if necessary. The resulting second draft

---

[1] International Programme on Chemical Safety (1994) *Assessing human health risks of chemicals: derivation of guidance values for health-based exposure limits.* Geneva, World Health Organization (Environmental Health Criteria 170).

*Concise International Chemical Assessment Document 31*

# CICAD PREPARATION FLOW CHART



1 Taking into account the comments from reviewers.
2 The second draft of documents is submitted to the Final Review Board together with the reviewers' comments.
3 Includes any revisions requested by the Final Review Board.

is submitted to a Final Review Board together with the reviewers' comments.

A consultative group may be necessary to advise on specific issues in the risk assessment document.

The CICAD Final Review Board has several important functions:

– to ensure that each CICAD has been subjected to an appropriate and thorough peer review;
– to verify that the peer reviewers' comments have been addressed appropriately;
– to provide guidance to those responsible for the preparation of CICADs on how to resolve any remaining issues if, in the opinion of the Board, the author has not adequately addressed all comments of the reviewers; and
– to approve CICADs as international assessments.

Board members serve in their personal capacity, not as representatives of any organization, government, or industry. They are selected because of their expertise in human and environmental toxicology or because of their experience in the regulation of chemicals. Boards are chosen according to the range of expertise required for a meeting and the need for balanced geographic representation.

Board members, authors, reviewers, consultants, and advisers who participate in the preparation of a CICAD are required to declare any real or potential conflict of interest in relation to the subjects under discussion at any stage of the process. Representatives of nongovernmental organizations may be invited to observe the proceedings of the Final Review Board. Observers may participate in Board discussions only at the invitation of the Chairperson, and they may not participate in the final decision-making process.

*Concise International Chemical Assessment Document 31*

## 1. EXECUTIVE SUMMARY

This CICAD on *N,N*-dimethylformamide (DMF) was prepared jointly by the Environmental Health Directorate of Health Canada and the Commercial Chemicals Evaluation Branch of Environment Canada based on documentation prepared concurrently as part of the Priority Substances Program under the *Canadian Environmental Protection Act* (CEPA). The objective of assessments on Priority Substances under CEPA is to assess potential effects of indirect exposure in the general environment on human health as well as environmental effects. Occupational exposure was not addressed in this source document. Data identified as of the end of September 1999 (environmental effects) and February 2000 (human health effects) were considered in this review. Information on the nature of the peer review and availability of the source document is presented in Appendix 1. Other reviews that were also consulted include IARC (1999) and BUA (1994). Information on the peer review of this CICAD is presented in Appendix 2. This CICAD was approved as an international assessment at a meeting of the Final Review Board, held in Helsinki, Finland, on 26–29 June 2000. Participants at the Final Review Board meeting are presented in Appendix 3. The International Chemical Safety Card (ICSC 0457) for *N,N*-dimethylformamide, produced by the International Programme on Chemical Safety (IPCS, 1999), has also been reproduced in this document.

*N,N*-Dimethylformamide (CAS No. 68-12-2) is an organic solvent produced in large quantities throughout the world. It is used in the chemical industry as a solvent, an intermediate, and an additive. It is a colourless liquid with a faint amine odour. It is completely miscible with water and most organic solvents and has a relatively low vapour pressure.

When emitted into air, most of the DMF released remains in that compartment, where it is degraded by chemical reactions with hydroxyl radicals. Indirect releases of DMF to air, such as transfers from other environmental media, play only a small role in maintaining levels of DMF in the atmosphere. DMF in air is estimated to be photooxidized over a period of days. However, some atmospheric DMF can reach the aquatic and terrestrial environment, presumably during rain events. When DMF is released into water, it degrades there and does not move into other media. When releases are into soil, most of the DMF remains in the soil — presumably in soil pore water — until it is degraded by biological and chemical reaction. Releases to water or soil are expected to be followed by relatively rapid biodegradation (half-life 18–36 h). If DMF reaches groundwater, its anerobic degradation will be slow. The use pattern of DMF is such that exposure of the general population is probably very low.

Since most DMF appears to be released to air in the sample country, and based on the fate of DMF in the ambient environment, biota are expected to be exposed to DMF primarily in air; little exposure to DMF from surface water, soil, or benthic organisms is expected. Based on this, and because of the low toxicity of DMF to a wide range of aquatic and soil organisms, the focus of the environmental risk characterization is terrestrial organisms exposed directly to DMF in ambient air.

DMF is readily absorbed following oral, dermal, or inhalation exposure. Following absorption, DMF is uniformly distributed, metabolized primarily in the liver, and relatively rapidly excreted as metabolites in urine. The major pathway involves the hydroxylation of methyl moieties, resulting in *N*-(hydroxymethyl)-*N*-methylformamide (HMMF), which is the major urinary metabolite in humans and animals. HMMF in turn can decompose to *N*-methylformamide (NMF). In turn, enzymatic *N*-methyl oxidation of NMF can produce *N*-(hydroxymethyl)formamide (HMF), which further degenerates to formamide. An alternative pathway for the metabolism of NMF is oxidation of the formyl group, resulting in *N*-acetyl-*S*-(*N*-methylcarbamoyl)cysteine (AMCC), which has been identified as a urinary metabolite in rodents and humans. A reactive intermediate, the structure of which has not yet been determined (possibly methyl isocyanate), is formed in this pathway; while direct supporting experimental evidence was not identified, this intermediate is suggested to be the putatively toxic metabolite. Available data indicate that a greater proportion of DMF may be metabolized by the putatively toxic pathway in humans than in experimental animals. There is metabolic interaction between DMF and alcohol, which, though not well understood, may be due, at least in part, to its inhibitory effect on alcohol dehydrogenase.

Consistent with the results of studies in experimental animals, available data from case reports and cross-sectional studies in occupationally exposed populations indicate that the liver is the target organ for the toxicity of DMF in humans. The profile of effects is consistent with that observed in experimental animals, with gastrointestinal disturbance, alcohol intolerance, increases in serum hepatic enzymes (aspartate aminotransferase, alanine aminotransferase, 9-glutamyl transpeptidase, and alkaline phosphatase), and histopathological effects and ultrastructural changes (hepatocellular necrosis, enlarged Kupffer cells, microvesicular steatosis, complex

lysosomes, pleomorphic mitochondria, and fatty changes with occasional lipogranuloma) being observed.

Based on the limited data available, there is no convincing, consistent evidence of increases in tumours at any site associated with exposure to DMF in the occupational environment. Case reports of testicular cancers have not been confirmed in a cohort and case–control study. There have been no consistent increases in tumours at other sites associated with exposure to DMF.

There is also little consistent, convincing evidence of genotoxicity in populations occupationally exposed to DMF, with results of available studies of exposed workers (to DMF and other compounds) being mixed. The pattern of observations is not consistent with variations in exposure across studies. However, in view of the positive dose–response relationship observed in the one study in which it was investigated, this area may be worthy of additional work, although available data on genotoxicity in experimental systems are overwhelmingly negative.

DMF has low acute toxicity and is slightly to moderately irritating to the eyes and skin. No data were identified regarding the sensitization potential of DMF. In acute and repeated-dose toxicity studies, DMF has been consistently hepatotoxic, inducing effects on the liver at lowest concentrations or doses. The profile of effects includes alterations in hepatic enzymes characteristic of toxicity, increases in liver weight, progressive degenerative histopathological changes and eventually cell death, and increases in serum hepatic enzymes. A dose–response has been observed for these effects in rats and mice following inhalation and oral exposure. Species variation in sensitivity to these effects has been observed, with the order of sensitivity being mice > rats > monkeys.

Although the database for carcinogenicity is limited to two adequately conducted bioassays in rats and mice, there have been no increases in the incidence of tumours following chronic inhalation exposure to DMF. The weight of evidence for genotoxicity is overwhelmingly negative, based on extensive investigation in *in vitro* assays, particularly for gene mutation, and a more limited database *in vivo*.

In studies with laboratory animals, DMF has induced adverse reproductive effects only at concentrations greater than those associated with adverse effects on the liver, following both inhalation and oral exposure. Similarly, in well conducted and reported primarily recent developmental studies, fetotoxic and teratogenic effects

have been consistently observed only at maternally toxic concentrations or doses.

Available data are inadequate as a basis for assessment of the neurological or immunological effects of DMF.

The focus of this CICAD and the sample risk characterization is primarily effects of indirect exposure in the general environment.

Air in the vicinity of point sources appears to be the greatest potential source of exposure of the general population to DMF. Based on the results of epidemiological studies of exposed workers and supporting data from a relatively extensive database of investigations in experimental animals, the liver is the critical target organ for the toxicity of DMF. A tolerable concentration of 0.03 ppm (0.1 mg/m$^3$) has been derived on the basis of increases in serum hepatic enzymes.

Data on the toxicity of DMF to terrestrial vascular plants have not been identified. Effect concentrations for indicators of the potential sensitivities of trees, shrubs, and other plants are high; hence, it is unlikely that terrestrial plants are particularly sensitive to DMF. For other terrestrial organisms, an estimated no-effects value of 15 mg/m$^3$ has been derived based on a critical toxicity value for hepatic toxicity in mice divided by an application factor. Comparison of this value with a conservative estimated exposure value indicates that it is unlikely that DMF causes adverse effects on terrestrial organisms in the sample country.

# 2. IDENTITY AND PHYSICAL/CHEMICAL PROPERTIES

*N,N*-Dimethylformamide (CAS No. 68-12-2) is a colourless liquid at room temperature with a faint amine odour (BUA, 1994). There are many synonyms for this compound, the most common being the acronym DMF. The molecular mass of DMF is 73.09, as calculated from its empirical formula ($C_3H_7NO$). DMF sold commercially contains trace amounts of methanol, water, formic acid, and dimethylamine (BUA, 1994).

DMF is miscible in all proportions with water and most organic solvents (Syracuse Research Corporation, 1988; Gescher, 1990; BUA, 1994; SRI International, 1994). DMF is also a powerful solvent for a variety of organic, inorganic, and resin products (SRI International, 1994). At temperatures below 100 °C, DMF

*Concise International Chemical Assessment Document 31*

**Table 1: Physical and chemical properties of DMF.**

| Property | Value | Reference | Values used in fugacity calculations[a] |
|---|---|---|---|
| Molecular mass | 73.09 | | 73.09 |
| Vapour pressure (Pa at 25 °C) | 490 | Riddick et al. (1986) | 490 |
| Solubility (g/m³) | miscible | BUA (1994) | $1.04 \times 10^6$ |
| Log $K_{ow}$ | !1.01 | Hansch et al. (1995) | !1.01 |
| Henry's law constant (Pa·m³/mol at 25 °C) | 0.0345 0.0075 | Bobra[b] BUA (1994) | 0.034 53[c] |
| Density/specific gravity (g/ml at 25 °C) | 0.9445 | WHO (1991) | |
| Melting point (°C) | !60.5 | WHO (1991) | !60.5 °C |
| Boiling point (°C) | 153.5 | WHO (1991) | |
| Half-life in air (h) | approx. 192 | estimated from propane | 170 |
| Half-life in water (h) | 18 36 | Dojlido (1979) Ursin (1985) | 55 |
| Half-life in soil (h) | assumed to be equivalent to that in water | | 55 |
| Half-life in sediment (h) | – | | 170 |
| Half-life in suspended sediment (h) | – | | 55 |
| Half-life in fish (h) | – | | 55 |
| Half-life in aerosol (h) | – | | 5 |
| Odour threshold | 0.12–60 mg/m³ | WHO (1991) | |

[a]  Discussed in section 11.1.3, Sample risk characterization.
[b]  Collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.
[c]  Based upon vapour liquid equilibrium data (Hala et al., 1968), as calculated in DMER & AEL (1996).

remains stable in relation to light and oxygen (BUA, 1994). Temperatures in excess of 350 °C are required for DMF to decompose into carbon monoxide and dimethylamine (Farhi et al., 1968).[1]

Some important physical and chemical properties of DMF are summarized in Table 1. A vapour pressure of 490 Pa was recommended by Riddick et al. (1986). Because DMF is a miscible compound, it is preferable to determine the Henry's law constant experimentally. However, no experimental data were identified in the literature, and the calculated Henry's law constant of DMF remains uncertain (DMER & AEL, 1996).[2] The

[1] Also notes from N.J. Bunce, University of Guelph, Guelph, Ontario, to A. Chevrier, Environment Canada, 1 June 1998.

[2] Also collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

octanol/water partition coefficient ($K_{ow}$) was determined by a shake flask experiment (Hansch et al., 1995).

The conversion factor for DMF in air is as follows (WHO, 1991): 1 ppm = 3 mg/m³.

# 3. ANALYTICAL METHODS

The following information on analytical methods for the determination of DMF in workplace air and biological media has been derived from WHO (1991) and Environment Canada (1999a).

## 3.1    DMF in workplace air

Colorimetric methods (based on the development of a red colour after the addition of hydroxylamine chloride as alkaline solution) that have often been utilized in the past are not specific (Farhi et al., 1968). Methods of choice more recently are high-performance liquid chromatography (HPLC) or gas chromatography – mass spectrometry (GCMS). Lauwerys et al. (1980)

described a simple spectrophotometric method for measuring DMF vapour concentrations. Gas–liquid chromatography (GLC) is now the method of choice (Kimmerle & Eben, 1975a; NIOSH, 1977; Muravieva & Anvaer, 1979; Brugnone et al., 1980; Muravieva, 1983; Stransky, 1986). Detector tubes, certified by the US National Institute for Occupational Safety and Health, or other direct-reading devices calibrated to measure DMF (Krivanek et al., 1978; NIOSH, 1978) can be used. HPLC analysis (Lipski, 1982) can also be used. Mass spectrometric analysis for DMF in expired air has been described by Wilson & Ottley (1981), with a lower limit of detection of 0.5 mg/m$^3$. Figge et al. (1987) reported determination in air involving the enrichment of an organic polymer, thermal desorption of the adsorbed species, and qualitative determination by GCMS. The lower limit of detection was 5 ng/m$^3$. A NIOSH (1994) gas chromatographic (GC) method has an estimated detection limit of 0.05 mg per sample.

**3.2     DMF and metabolites in biological media**

DMF is extensively absorbed through the skin, its metabolism and kinetics are well known, and urinary metabolites exist that can be accurately measured. As a result, biological monitoring has been extensively used in the assessment of the absorbed amounts in occupationally exposed populations. The metabolite most often analysed is *N*-methylformamide (NMF), and several GC methods exist (Ikeda, 1996). Using nitrogen-sensitive detection, the limit of detection is 0.1 mg/litre.

# 4. SOURCES OF HUMAN AND ENVIRONMENTAL EXPOSURE

**4.1     Natural sources**

BUA (1994) identified no known natural sources of DMF. However, DMF is a possible product of the photochemical degradation of dimethylamine and trimethylamine (Pellizzari, 1977; Pitts et al., 1978; US EPA, 1986). Both are commonly occurring natural substances and are also used in industrial applications (European Chemicals Bureau, 1996a, 1996b).

**4.2     Anthropogenic sources**

Identified data on releases are restricted to the country of origin of the source document (Canada). They are presented here in the context of an example of an emissions profile.

In 1996, just over 16 tonnes of DMF were released from various industrial locations in Canada, of which 93% (15 079 kg) were emitted to the atmosphere and the remainder to water (245 kg), wastewater (204 kg), landfill sites (26 kg), or deep-well injection (669 kg) (Environment Canada, 1998). The Canadian market for DMF is quite small, with an estimated domestic consumption in the range of less than 1000 tonnes/year (SRI International, 1994; Environment Canada, 1998). The petrochemical sector was responsible for 84% (12.7 tonnes) of the reported atmospheric releases. Releases from the pharmaceutical industry accounted for 87% (0.212 tonnes) of total releases to water. Total release volumes from Canadian industrial sectors include 13.3 tonnes from the petrochemical sector, 1.2 tonnes from manufacture of pharmaceuticals, 0.7 tonnes from dye and pigment manufacture, 0.6 tonnes from polyvinyl chloride coating operations, 0.1 tonnes from its use as a solvent in pesticide manufacture, 0.07 tonnes from paint/finisher and paint remover manufacture, and 0.09 tonnes from other miscellaneous industrial sectors. For 1996, a reported total quantity of 0.056 tonnes was released (0.023 tonnes to air, 0.033 tonnes to water) by the producer during chemical synthesis of DMF (Environment Canada, 1998). Less than 1 tonne of DMF was released from wastewater treatment facilities and in landfills (Environment Canada, 1998). With a few exceptions, most industries reported little to no seasonal variation in releases (Environment Canada, 1998).

In the USA, between 23 and 47 million kilograms of DMF were produced in 1990 (US EPA, 1997).

World production of DMF is estimated to be 125 000 tonnes (Marsella, 1994).

The total consumption of DMF in Western Europe in 1989 was reported to be 55 000 tonnes (BUA, 1994). The production capacity was estimated to be 60 000 and 19 000 tonnes in the former Federal Republic of Germany and German Democratic Republic, respectively, 16 000 tonnes in Belgium, 15 000 tonnes in England, and 5000 tonnes in Spain (BUA, 1994).

Although small accidental releases (e.g., leakage of a storage tank or spill from a barrel) may remain unreported, available information suggests that spills of DMF during use, storage, or transport are not a significant route of entry to the environment (Environment Canada, 1999a).

The quantity of DMF in landfill sites should be small. The total quantity of DMF used in formulation of products (other than pesticides) appears to be small in comparison to its use as a manufacturing aid, cleaner, or degreaser (Environment Canada, 1998). As such,

*Concise International Chemical Assessment Document 31*

consumer products deposited in landfill sites should contain little or no DMF. The industrial DMF deposited directly in landfill sites consists only of residues remaining after incineration (Environment Canada, 1998).

### 4.3    Uses

DMF is used commercially as a solvent in vinyl resins, adhesives, pesticide formulations, and epoxy formulations; for purification and/or separation of acetylene, 1,3-butadiene, acid gases, and aliphatic hydrocarbons; and in the production of polyacrylic or cellulose triacetate fibres and pharmaceuticals (WHO, 1991; IARC, 1999). DMF is also used in the production of polyurethane resin for synthetic leather (Fiorito et al., 1997).

## 5. ENVIRONMENTAL TRANSPORT, DISTRIBUTION, AND TRANSFORMATION

### 5.1    Air

The atmospheric pathway is particularly important in determining exposure to DMF. This is due to the fact that industrial releases of DMF into air appear to be considerably larger than releases to other environmental media (BUA, 1994; Environment Canada, 1998).

Because of the complete miscibility of DMF in water, atmospheric DMF may be transported from air into surface water or soil pore water during rain events (DMER & AEL, 1996).[1] Atmospheric DMF should be present in the vapour phase and therefore should be readily available for leaching out by rainfall (US EPA, 1986).[2] Although the efficiency and rate of washout are unknown, precipitation events (i.e., rain, snow, fog) likely shorten the residence time of DMF in the atmosphere. As water has an atmospheric half-life of approximately 4 days at Canadian latitudes, this can be considered the minimum atmospheric half-life of DMF in relation to precipitation.[1]

Chemical degradation of DMF in air is likely due to reaction with hydroxyl radicals (Hayon et al., 1970). The possibility of photochemical decomposition (i.e., direct photolysis) of DMF is extremely small (Grasselli, 1973; Scott, 1998). Other chemical degradation processes — for example, reaction with nitrate radicals — are not known to significantly affect the fate of DMF in air.

The reaction rate constant ($k_{OH}$) for the formamide functional group is unknown. However, the degradation half-life of DMF can be roughly estimated by comparing DMF with other compounds in terms of their relative atmospheric reactivity.

Based on experiments in chambers, reactivity for DMF relative to propane is low (Sickles et al., 1980). The $k_{OH}$ of propane is $1.2 \times 10^{-12}$ cm$^3$/molecule per second (Finlayson-Pitts & Pitts, 1986). Using the global average hydroxyl radical concentration of $7.7 \times 10^5$ molecules/cm$^3$ (Prinn et al., 1987) and the calculation method proposed by Atkinson (1988), the half-life of propane is estimated at approximately 8 days.

Although the degradation half-life of DMF in air cannot be estimated with certainty, the available evidence therefore suggests that the half-life is at least 8 days (192 h). The mean half-life used for fugacity-based fate modelling was 170 h, as it is frequently used to represent a half-life range of 100–300 h (DMER & AEL, 1996). This half-life may be underestimated; however, sensitivity analysis on the fugacity-based results indicates that percent partitioning estimates are not sensitive to this parameter, but estimated concentrations are affected.[3]

### 5.2    Surface water and sediment

Once released into surface water, DMF is unlikely to transfer to sediments, biota, or the atmosphere. With a $K_{ow}$ of ! 1.01 (Hansch et al., 1995), DMF remains in the dissolved form and is not expected to adsorb to the organic fraction of sediments or suspended organic matter. This $K_{ow}$ also suggests that DMF does not concentrate in aquatic organisms (BUA, 1994); indeed, no bioaccumulation was observed in carp during an 8-week bioaccumulation test (Sasaki, 1978). With a Henry's law constant of 0.0345 Pa·m$^3$/mol, volatilization from water is expected to be slight (BUA, 1994).[3]

The overall rate of chemical degradation is expected to be very slow in surface water.

---

[1] Also letter from D.R. Hastie, York University, Toronto, Ontario, to P. Doyle, Environment Canada, 1998.

[2] Also technical note from N.J. Bunce, University of Guelph, Guelph, Ontario, to B. Scott, Environment Canada, dated 10 February 1998.

[3] Collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

Photochemical decomposition is unlikely in water (Grasselli, 1973; US EPA, 1986). The photooxidation half-life of DMF in water was estimated experimentally at 50 days and would be even longer in the natural environment where other compounds compete for reaction with hydroxyl radicals (Hayon et al., 1970). The rate of hydrolysis of amides like DMF at normal temperatures in laboratory studies is extremely slow, even under strong acid or base conditions (Fersht & Requena, 1971; Eberling, 1980). The low temperature (generally less than 20 °C) and near-neutral pH of natural surface water therefore limit and almost preclude the hydrolysis of DMF under normal environmental conditions (Frost & Pearson, 1962; Langlois & Broche, 1964; Scott, 1998).

Biodegradation appears to be the primary degradation process in surface water. Under experimental conditions, DMF was degraded, either aerobically or anaerobically, by various microorganisms and algae in activated sludges, over a wide range of concentrations (Hamm, 1972; Begert, 1974; Dojlido, 1979). Intermediate biodegradation products include formic acid and dimethylamine, which further degrade to ammonia, carbon dioxide, and water (Dojlido, 1979; Scott, 1998). In some studies, acclimation periods of up to 16 days preceded quantitative degradation (Chudoba et al., 1969; Gubser, 1969). Extended adaptation under specific experimental conditions may also account for negative degradation results observed in a few studies with incubation times #14 days (Kawasaki, 1980; CITI, 1992). Limited degradation was reported in seawater (range 1–42%) (Ursin, 1985), and no degradation was found after 8 weeks' incubation under anaerobic conditions (Shelton & Tiedje, 1981).

Biodegradation of DMF in receiving surface waters is unlikely to be affected by the inherent toxicity of DMF and its biodegradation products. Concentrations above 500 mg/litre in effluent reduced the efficiency of treatment systems using activated sludge (Thonke & Dittmann, 1966; Nakajima, 1970; Hamm, 1972; Begert, 1974; Carter & Young, 1983). However, even with continuous releases, such high concentrations of DMF are not anticipated in natural waters.

In a river die-away test, an initial concentration of 30 mg DMF/litre completely disappeared within 3 and 6 days from unacclimated and acclimated water, respectively (Dojlido, 1979). The mineralization rate of DMF in seawater was less than 3% in 24 h for initial concentrations of 10 µg/litre and 100 µg/litre. However, 20% was mineralized in 24 h at a concentration of 0.1 µg/litre (Ursin, 1985). A half-life of 55 h was used for water in the fugacity-based fate modelling described in

section 5.4 (DMER & AEL, 1996).[1,2] No information is available on the half-life of DMF in sediments. DMER & AEL (1996) recommend a half-life in sediment of 170 h based on the assumption that reactivity in sediment is slower than in soil.

## 5.3    Soil and groundwater

Fugacity-based fate modelling and the miscibility of DMF indicate that some of the DMF released into the atmosphere can reach the ground, in part, at least, through rainfall (DMER & AEL, 1996).[1,2] Once in soils, DMF will be degraded by chemical and biological processes or leached into groundwater.

As rain fills the available pore space in soils, DMF is incorporated into the pore water. With an octanol/water partition coefficient of ! 1.01 (Hansch et al., 1995), DMF will not tend to adsorb to humic material. Weak bonds with the mineral phase are possible but likely insignificant because of the high solubility of DMF.[3]

Biological degradation and, to a lesser extent, chemical processes operating in surface water would also likely affect DMF contained in soil pore water (Scott, 1998). As for surface water, biodegradation should therefore be the primary breakdown mechanism in soils. A soil bacterial culture acclimated to small amounts of petroleum and petroleum products degraded DMF under aerobic conditions within 18 h (Romadina, 1975), indicating a soil biodegradation half-life similar to the one observed in water. A somewhat longer conservative half-life of 55 h was used in fugacity-based fate modelling (DMER & AEL, 1996).[1,2]

The miscibility of DMF and its low Henry's law constant indicate limited volatilization from moist soils (BUA, 1994). However, DMF will be efficiently removed from soils by leaching into groundwater, likely at the same speed as water percolates through the soil.[4] This is

---

[1] Also technical note sent from R. Beauchamp, Health Canada, to A. Chevrier, Environment Canada, 1998.

[2] Also collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

[3] Letter from K. Bolton, University of Toronto, Toronto, Ontario, to A. Chevrier, Environment Canada, dated 8 June 1998.

[4] Technical note from S. Lesage to B. Elliott, Environment Canada, dated 26 November 1997.

supported by a calculated organic carbon/water partition coefficient ($K_{oc}$) of 7 (Howard, 1993) and a soil sorption coefficient ($K_{om}$) of about 50, estimated from quantitative structure–activity relationships (Sabljic, 1984; US EPA, 1986), which both indicate that DMF is mobile in soils. If it reaches groundwater, DMF will be slowly degraded anaerobically (Scott, 1998).[1]

### 5.4    Environmental distribution

Fugacity modelling was conducted to provide an overview of key reaction, intercompartment, and advection (movement out of a system) pathways for DMF and its overall distribution in the environment. A steady-state, non-equilibrium model (Level III fugacity modelling) was run using the methods developed by Mackay (1991) and Mackay & Paterson (1991). Assumptions, input parameters, and results are summarized in Environment Canada (1999a) and presented in detail in DMER & AEL (1996) and by Beauchamp[2] and Bobra.[3] Modelling predictions do not reflect actual expected concentrations in the environment but rather indicate the broad characteristics of the fate of the substance in the environment and its general distribution among the media.

Modelling results identify air as an important exposure medium. If DMF is emitted into air, fugacity modelling predicts that 61% of the chemical will be present in air, 32% in soil, and only 7% in water. These results suggest that most of the DMF released into air will remain in that compartment, where it will be degraded by chemical reactions. They also indicate that some atmospheric DMF can reach the aquatic and terrestrial environment — presumably in rain and runoff (Scott, 1998).[4] However, the quantity of DMF available for entrainment in rain and runoff is limited by degradation in the atmosphere.

Fugacity modelling also indicates that when DMF is continuously discharged into either water or soil, most of it can be expected to be present in the receiving medium. For example, if it is released into water, 99% of the DMF is likely to be present in the water, and subsequent transport into sediment or bioconcentration in biota is not likely to be significant. When releases are into soil, 94% of the material remains in the soil — presumably in soil pore water (Scott, 1998). Therefore, indirect releases of DMF to air, such as transfers from other environmental media, play only a small role in maintaining levels of DMF in the atmosphere.

It is important to note that fugacity-based partitioning estimates are significantly influenced by input parameters such as the Henry's law constant, which, in this case, is highly uncertain. Therefore, the above partitioning estimates are also uncertain.

## 6. ENVIRONMENTAL LEVELS AND HUMAN EXPOSURE

### 6.1    Environmental levels

#### 6.1.1    Ambient air

Concentrations of DMF in stack emissions of two Canadian industries were less than 7.5 mg/m$^3$ (Environment Canada, 1998, 1999b). Data on concentrations in ambient air around these sources are not available.

In Lowell, Massachusetts, USA (Amster et al., 1983), DMF was detected in the air over an abandoned chemical waste reclamation plant (0.007 mg/m$^3$), a neighbouring industry (>0.15 mg/m$^3$), and a residential area (0.024 mg/m$^3$). Ambient air samples collected in the northeastern USA in 1983 ranged from less than 0.000 02 to 0.0138 mg DMF/m$^3$ (Kelly et al., 1993, 1994). In samples taken in 1983, levels of DMF were generally less than 0.02 mg/m$^3$ at a hazardous waste site in unsettled wind conditions, possibly as high as 9 mg/m$^3$ at nearby industrial sites, and less than 0.02 mg/m$^3$ in adjoining residential areas (Clay & Spittler, 1983).

A range of 0.000 11 – 0.0011 mg/m$^3$ was reported in Japan in 1991, but specific locations and proximity to sources were not provided (Environment Agency Japan, 1996). In Germany, a concentration of ∃0.005 µg DMF/m$^3$ was detected in air (Figge et al., 1987).

---

[1] Technical note from S. Lesage to B. Elliott, Environment Canada, dated 26 November 1997.

[2] Technical note sent from R. Beauchamp, Health Canada, to A. Chevrier, Environment Canada, 1998.

[3] Collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

[4] Also letter from S. Lei, Atomic Energy Control Board of Canada, to A. Chevrier, Environment Canada, dated 11 June 1998.

## 6.1.2    Surface water and sediment

DMF was detected (detection limit 0.002 mg/litre) in only 1 of 204 surface water samples collected between August 1975 and September 1976 from 14 heavily industrialized river basins in the USA (Ewing et al., 1977). The Environment Agency Japan (1996) reported concentrations between 0.0001 and 0.0066 mg/litre in 18 out of 48 water samples taken in 1991. In addition, in 24 water samples collected in 1978, levels were below the detection limits of 0.01–0.05 mg/litre (Environment Agency Japan, 1985). The proximity of these measurements to industrial sources is not known.

In Canada, monitoring data are available for effluents at one southern Ontario location, which released less than ~0.03 tonnes into surface water in 1996 (Environment Canada, 1998). The facility reported a range of <1–10 mg DMF/litre in effluents, but has since established a wastewater treatment plant, which reduced its effluent concentrations to non-detectable levels (detection limit 0.5 mg/litre). DMF was detected in 1 of 63 industrial effluents in the USA at a detection limit of approximately 0.01 mg/litre (Perry et al., 1979). The US Environmental Protection Agency (EPA)[1] also cited an effluent concentration of 0.005 mg/litre at a sewage treatment plant in 1975.

The properties of DMF and fugacity modelling indicate negligible accumulation of DMF in sediments (BUA, 1994; Hansch et al., 1995; DMER & AEL, 1996).[2,3] However, concentrations of 0.03–0.11 mg/kg were reported in sediments (9 out of 48 samples) in Japan (Environment Agency Japan, 1996). No information was provided on proximity to sources of DMF, sediment characteristics, or hydrological regimes. In addition, because information on sampling and analytical methods was not provided, the quality of these data cannot be assessed. In 24 sediment samples collected in 1978 at unspecified locations in Japan, levels were below the detection limits of 0.1–0.3 mg/kg (Environment Agency Japan, 1985).

## 6.1.3    Soil and groundwater

In 3 of 23 groundwater samples collected in the USA, concentrations ranged from 0.05 to 0.2 mg/litre, with an average value of 0.117 mg/litre (Syracuse Research Corporation, 1988).[1]

## 6.2    Human exposure

### 6.2.1    Drinking-water

Although DMF was listed as a contaminant in a survey of drinking-water in the USA, quantitative data were not reported (Howard, 1993).

### 6.2.2    Food

Data on concentrations of DMF in foods were not identified.

### 6.2.3    Multimedia study

A Health Canada-sponsored multimedia exposure study for DMF and other volatile organic compounds was conducted in 50 homes in the Greater Toronto Area in Ontario, Nova Scotia, and Alberta (Conor Pacific Environmental, 1998). DMF was not detected in indoor air samples from the 50 residences (detection limit 3.4 µg/m[3]). It was also not detected in tap water samples, although the limit of detection was high (0.34 µg/ml). DMF was not recovered reproducibly in composite food or beverage samples in this study.

### 6.2.4    Exposure of the general population

Identified data on concentrations of DMF in environmental media in Canada were insufficient to allow estimates of population exposure to be developed; for water, either quantitative data on concentrations are unreliable[4] or DMF has not been detected, using analytical methodology with poor sensitivity (Conor Pacific Environmental, 1998).

Non-pesticidal use of DMF in Canada is small and restricted primarily to industrial applications. Most DMF released into the environment in Canada during such use is emitted to air. Most DMF remains in the medium of release prior to degradation. Therefore, the greatest potential for exposure of the general population to DMF

---

[1] Group STORET search on DMF, obtained from J. Boyd, US EPA (storet@epamail.eap.gov), on 30 July 1999.

[2] Also technical note sent from R. Beauchamp, Health Canada, to A. Chevrier, Environment Canada, 1998.

[3] Also collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

[4] Technical notes regarding data from Environmental Monitoring and Reporting Branch, Ontario Ministry of Environment and Energy, sent to J. Sealy, Health Canada, 1996.

*Concise International Chemical Assessment Document 31*

from non-pesticidal sources is in air in the vicinity of industrial point sources.

Based upon dispersion modelling of releases in Canada from the highest emitter over a 1-km radius, 100 m in height, the estimated ambient concentration is 110 μg/m³. Although this value is comparable to levels measured under similar conditions in other countries, it is based on very conservative assumptions; taking into account more likely conditions, including some loss due to advection, estimated concentrations would be 10- to 100-fold less (i.e., 11 or 1.1 μg/m³).

Based on lack of detection in a multimedia study, levels of DMF in indoor air of 50 homes in Canada were less than 3.4 μg/m³ (Conor Pacific Environmental, 1998).

**6.2.5    *Occupational exposure***

Occupational exposure to DMF may occur in the production of the chemical itself, other organic chemicals, resins, fibres, coatings, inks, and adhesives (IARC, 1999). Exposure may also occur during use of these coatings, inks, and adhesives in the synthetic leather industry, in the tanning industry, and as a solvent in the repair of aircraft (Ducatman et al., 1986; IARC, 1989).

Based on data from the National Exposure Data Base, maintained by the United Kingdom Health and Safety Executive, concentrations of DMF in workplace air in the manufacture of textiles ranged from 0.1 to 10.5 ppm (0.3 to 7.5 mg/m³) in 16 facilities.[1] For the six facilities where data were reported, the 8-h time-weighted average (TWA) concentration ranged from 4 to 12.4 ppm (12 to 37.2 mg/m³). At six facilities where plastic was manufactured, concentrations ranged from 0.1 to 0.7 ppm (0.3 to 2.1 mg/m³). At 11 facilities for plastics processing, the range of concentrations was from 4 to 44 ppm (12 to 132 mg/m³); the range of 8-h threshold limit values (TLVs) at six of the facilities was 5–38 ppm (15–114 mg/m³).

In the USA between 1981 and 1983, approximately 125 000 workers were potentially exposed to DMF, with 13 000 workers potentially exposed for more than 20 h/week (NIOSH, 1983).

# 7. COMPARATIVE KINETICS AND METABOLISM IN LABORATORY ANIMALS AND HUMANS

Available data indicate that DMF is readily absorbed following oral, dermal, and inhalation exposure in both humans and animals. The rate of dermal absorption was estimated to be 57 mg/cm² per 8 h in a rat tail model. DMF is metabolized primarily in the liver and is relatively rapidly excreted as metabolites in urine, primarily as *N*-(hydroxymethyl)-*N*-methylformamide (HMMF).

**7.1    Experimental animals**

The major metabolic pathway for DMF in mammalian species is oxidation by the cytochrome P-450-dependent mixed-function oxidase system to HMMF (Figure 1). This can generate NMF and formaldehyde (see review by Gescher, 1993). Further cytochrome P-450-mediated oxidation of NMF and/or HMMF results in the formation of *S*-(*N*-methylcarbamoyl)glutathione (SMG), the conjugate of the presumed reactive (toxic) intermediate, methyl isocyanate, excreted *in vivo* as *N*-acetyl-*S*-(*N*-methylcarbamoyl)cysteine (AMCC). Results of studies with liver microsomes from acetone-treated rats (Mráz et al., 1993; Chieli et al., 1995) and mice (Chieli et al., 1995) and with reconstituted enzyme systems indicate that cytochrome P-450 2E1 mediates the metabolism of DMF to HMMF and, subsequently, to the proposed reactive intermediate, methyl isocyanate.

The most informative of the toxicokinetic and metabolic studies relevant to consideration of inter-species and dose-related variations in toxicokinetics and metabolism include investigations following oral administration to rats and inhalation exposure of rats, mice, and monkeys.[2]

In female Sprague-Dawley rats administered a single oral dose of 100 mg ¹⁴C-labelled DMF/kg body weight on day 12 or 18 of pregnancy, 60–70% of the radioactivity was excreted in urine and 3–4% in faeces at 48 h (Saillenfait et al., 1997). Approximately 4% of the dose was present in the liver at 0.5 h after dosing at both gestation times, with 8 and 13% in the gastrointestinal tract (stomach and intestine) and 0.7 and 0.8% in

---

[1] Data retrieval by J. Tickner from National Exposure Data Base, Health and Safety Executive (hse.gsi.gov.uk), 2000.

---

[2] In early studies, HMMF was not reported, since it degraded to NMF thermolytically in GLC conditions; hence, in early investigations, NMF = HMMF + NMF. HMMF is stable in aqueous solutions of neutral or mildly acidic pH but undergoes thermal decomposition to NMF during routine GC analysis. Therefore, it was first identified as NMF.



**Fig. 1. Biotransformation of DMF (adapted from WHO, 1991; Gescher, 1993).**

the kidneys, respectively. Plasma radioactivity was relatively constant from 0.5 to 4 h after dosing (approximately 0.4–0.5% to the dose) but declined rapidly thereafter. By 48 h, only the liver (0.5 and 0.6%) and intestine (0.2 and 0.3%) retained any significant activity. In animals exposed on day 12 of gestation, approximately 1.5% of the dose was present in the uterus, placenta, embryo, and amniotic fluid at between 0.5 and 4 h, which rapidly declined to less than 0.1% at 24 h. In rats exposed on day 18 of gestation, fetal tissues accounted for 6% of the administered dose. HPLC analysis performed at intervals from 1 to 24 h indicated that unchanged DMF and metabolites were readily transferred to the embryonic and fetal tissues, where levels were generally equal to those in maternal plasma. The parent compound accounted for most of the radioactivity until 4–8 h and then decreased.

Levels of parent compound and metabolites were determined in the plasma, amniotic fluid, placenta, and embryo in this investigation. Unchanged DMF initially accounted for the major proportion of radiolabelled carbon in the plasma or tissues, 61–77% for the first 4 h and 73–93% for the first 8 h after treatment on days 12 and 18, respectively. The decline in DMF levels corresponded with an increase in the levels of HMMF and NMF. HMMF accounted for 40–47% of $^{14}$C at 8 h (day 12) and for 41–55% at 16 h (day 18). The equivalent figures for NMF were 9–13% and 16–18%, respectively. The amounts of AMCC and formamide in plasma or tissues were <4% of total radioactivity at all time points (Saillenfait et al., 1997). Other investigators have reported that DMF also crosses the placenta of pregnant rats after inhalation exposure (Sheveleva et al., 1977; Shumilina, 1991).

*Concise International Chemical Assessment Document 31*

In another of the few recent investigations, levels of DMF, NMF, and HMMF were determined in the blood and urine of B6C3F1 mice and Crl:CD BR rats exposed to 10, 250, or 500 ppm (30, 750, or 1500 mg/m$^3$) for either single exposures of 1, 3, or 6 h or for 6 h/day, 5 days/week, for 2 weeks (Hundley et al., 1993a). The values for area under the plasma concentration curve (AUC) for DMF increased disproportionately in comparison with exposure, following single 6-h exposures to 250 and 500 ppm (750 and 1500 mg/m$^3$) (8- and 28-fold for rats and mice, respectively), while levels of NMF in the blood did not increase, which the authors considered to be indicative of saturation of metabolism of DMF. In contrast, multiple exposures increased the capacity of both rats and mice to metabolize DMF; repeated exposures to 500 ppm (1500 mg/m$^3$) resulted in a 3- and 18-fold reduction in AUC values for rats and mice, respectively. Peak plasma levels for NMF were elevated. HMMF represented over 90% of the total of DMF and determined metabolites.

In a similar investigation, DMF, NMF, and HMMF in blood and urine were determined in male and female cynomolgus monkeys exposed to 30, 100, or 500 ppm (90, 300, or 1500 mg/m$^3$) for 6 h/day, 5 days/week, for 13 weeks (Hundley et al., 1993b). The values for the AUC increased disproportionally between 100 and 500 ppm (300 and 1500 mg/m$^3$) (19- to 37-fold in males and 35- to 54-fold in females), data consistent with saturation of metabolism. However, there was no corresponding decrease in NMF levels; rather, they increased proportionally with increases in exposure concentrations. For each concentration, AUC values, peak plasma concentration, and plasma half-lives were consistent throughout the duration of exposure. HMMF was the main urinary metabolite (56–95%), regardless of exposure level or duration of exposure. DMF was not readily excreted in the urine, and NMF was more prevalent in plasma than in urine, suggesting that it was metabolized to compounds not determined in the study.

In comparative analyses of the two studies, the authors indicated that toxicokinetic differences may, in part, contribute to the observed species differences in toxicity. The AUC values and peak plasma levels for DMF for rats and mice following a single 500 ppm (1500 mg/m$^3$) exposure are substantially greater than the respective values in monkeys following a similar exposure. Whereas repeated exposures to 500 ppm (1500 mg/m$^3$) in rats and mice enhanced metabolism, as indicated by diminished AUC values for DMF and increased plasma concentrations of NMF, this effect was not clearly demonstrated in monkeys.

Results of the more recent study in rats were qualitatively similar to earlier investigations in which plasma DMF and "NMF" levels were determined in the plasma of rats exposed to DMF by inhalation for single 3- or 6-h exposures (Kimmerle & Eben, 1975a; Lundberg et al., 1983). Results of several of these earlier studies were also suggestive that at very high concentrations, DMF inhibits its own biotransformation. For example, 3 h following a single 4-h inhalation exposure of rats to 1690 or 6700 mg/m$^3$, levels of NMF in blood were lower in the higher exposure group (Lundberg et al., 1983). Similarly, Kimmerle & Eben (1975a) reported lower concentrations of NMF in the blood of rats exposed to 6015 mg/m$^3$ for 3 h than in rats exposed to 513 mg/m$^3$ for 6 h.

In a number of early studies, the effects of co-administration of ethanol on blood concentrations of DMF, NMF, ethanol, and acetaldehyde were investigated. Although there were variations in results depending on dose, time interval between administration of DMF and ethanol, and routes of exposure, there were increases in concentrations of DMF, NMF, ethanol, or acetaldehyde in blood upon co-exposure. These results may be attributable to inhibition by DMF of the activity of alcohol dehydrogenase observed both *in vitro* and *in vivo* (Eben & Kimmerle, 1976; Hanasono et al., 1977; Sharkawi, 1979) and of aldehyde dehydrogenase observed *in vivo* (Elovaara et al., 1983).

## 7.2    Humans

### 7.2.1    Studies in human volunteers

There were a number of early investigations in which the parent compound and some metabolites (not including that of the putatively toxic pathway) in blood and urine were determined in volunteers following short-term exposure to DMF (26 or 87 ppm [78 or 261 mg/m$^3$] for 4 h or 4 h/day for 5 days) (Kimmerle & Eben, 1975b). Results of these investigations indicated that DMF was rapidly excreted (the majority in 24 h), primarily as HMMF. Results of an additional early study in volunteers indicated that co-exposure to ethanol had a "slight influence" on the metabolism of DMF in volunteers receiving 19 g of ethanol 10 min prior to exposure to 82 ppm (246 mg/m$^3$) DMF for 2 h, based on lower concentrations of NMF in blood upon co-exposure. Contrary to the results in animals, there were no significant differences in the blood levels of ethanol and acetaldehyde upon co-exposure, which the authors attributed to the relatively low concentrations of DMF (Eben & Kimmerle, 1976).

14

In a recent study in which the product of the putatively toxic pathway of metabolism (AMCC) was determined, 10 volunteers were exposed to 10, 30, or 60 mg DMF/m$^3$, for either single 8-h exposures or five daily exposures of 30 mg/m$^3$ (Mráz & Nohová, 1992a, 1992b). Urine was collected for 5 days and analysed for DMF, HMMF, HMF, and AMCC. In a separate protocol, three volunteers ingested 20 mg AMCC dissolved in water, and metabolites were determined for a period of 8 h after exposure. After single exposure to 30 mg/m$^3$, the proportions of metabolites eliminated in the urine were 0.3% parent compound, 22.3% HMMF, 13.2% HMF, and 13.4% AMCC. The half-times of excretion for these various metabolites were approximately 2, 4, 7, and 23 h, respectively. In contrast to this slow elimination after exposure to DMF, AMCC was rapidly eliminated after ingestion of AMCC, with a half-time of 1 h. These results were considered to be consistent with rate-limiting reversible protein binding of a reactive metabolic intermediate of DMF, possibly methyl isocyanate. Following repeated exposures, AMCC accumulated in urine. Although quantitative data were not presented, urinary elimination 16 h following the fifth exposure was approximately 14% HMMF, 32% HMF, and 54% AMCC.

### 7.2.2    Occupational environment

Exposure in the occupational environment may occur through both the dermal and inhalation routes. Lauwerys et al. (1980) reported that dermal absorption was more important than inhalation in the overall exposure, in the absence of personal protective devices.

There have been a number of reports of levels of DMF and metabolites in the blood and/or urine of workers. With the exception of more recent studies involving personal air sampling (Wrbitzky & Angerer, 1998),[1] few provide reliable quantitative data on relationship with exposure, though still not accounting for additional dermal exposure. Results of such studies have confirmed, however, the presence of AMCC (the product of the putatively toxic metabolic pathway) in the urine of workers.

Wrbitzky & Angerer (1998) noted a weak association between the concentration of DMF in workplace air and urinary concentration of NMF. Kawai et al. (1992) considered the relationship to be linear. In 116 workers exposed to TWA concentrations of 0.2, 0.4, 0.6, 3.9, or

9.1 ppm (0.6, 1.2, 1.8, 11.7, or 27.3 mg/m$^3$), the corresponding concentrations of NMF in urine were 0.7, 0.9, 2.6, 7.8, and 19.7 mg/litre.

Mráz et al. (1989) reported the detection of HMMF in urine samples from 12 DMF-exposed workers (extent of exposure not specified). Casal Lareo & Perbellini (1995) reported that AMCC accumulated throughout the work week in the urine of workers exposed to approximately 3–8 ppm (9–24 mg/m$^3$). Sakai et al. (1995) reported that levels of urinary AMCC remained constant over consecutive work days and increased after the end of exposure, with the peak concentration observed at 16–40 h after the end of exposure. Kafferlein[1] reported that urinary NMF concentrations were highest in post-shift samples, with a median half-time of 5.1 h. Concentrations of urinary AMCC reached a steady state 2 days after the beginning of exposure, with a half-time greater than 16 h.

### 7.2.3    Other relevant data

Angerer et al. (1998) reported that haemoglobin from individuals occupationally exposed to DMF contained *N*-carbamoylated valine residues derived from methyl isocyanate, the likely precursor of AMCC. The metabolism of DMF to HMMF by human liver microsomes *in vitro* has also been demonstrated. The addition of an antibody against rat liver cytochrome P-450 2E1 to the incubation mixture strongly inhibited DMF metabolism (Mráz et al., 1993).

### 7.3    Interspecies comparisons

In one of the few identified studies in which the product of the putatively toxic metabolic pathway (i.e., AMCC) was determined in animal species, Mráz et al. (1989) reported data on metabolites of DMF (DMF, HMMF, "HMF," AMCC) in 72-h urine samples following intraperitoneal administration of 0.1, 0.7, or 7 mmol/kg body weight to mice, rats, and hamsters. In addition, 10 healthy volunteers (5 males, 5 females) were exposed for 8 h to 20 ppm (60 mg/m$^3$). (The mean of the amount of DMF absorbed via the lung was reported to be half of the lowest dose administered in rodents.) Urine was collected and analysed for the same metabolites at 2- to 8-h intervals for 8 h for 4–5 days. The proportion of the total metabolites eliminated as AMCC was greatest in the rat (1.7–5.2%) and less in the hamster (1.5–1.9%) and mouse (1.1–1.6%). In rats exposed to the highest dose, excretion of DMF metabolites (including AMCC) was delayed. There was no clear dose-related variation in proportion of the metabolites determined excreted as AMCC in the animal species. In humans, a greater proportion of the absorbed dose (14.5%) following

[1] Also written comments provided by H. Kafferlein, Institute and Outpatient Clinic of Occupational, Social and Environmental Medicine, Friedrich-Alexander University Erlangen-Nuremberg, Germany, 2000.

**Concise International Chemical Assessment Document 31**

inhalation was present as AMCC in the urine. Absorption through the skin was not taken into account.

# 8. EFFECTS ON LABORATORY MAMMALS AND *IN VITRO* TEST SYSTEMS

## 8.1    Single exposure

Following oral, dermal, inhalation, or parenteral administration, the acute toxicity of DMF in a number of species is low. Lethal doses are generally in the g/kg body weight range for oral, dermal, and parenteral routes and in the g/m$^3$ range for inhalation exposure. Clinical signs following acute exposure include general depression, anaesthesia, loss of appetite, loss of body weight, tremors, laboured breathing, convulsions, haemorrhage at nose and mouth, liver injury, and coma preceding death. Where protocols included histopathological examination, damage was observed primarily in the liver (WHO, 1991). In the rat, oral $LD_{50}$s range from 3000 to 7170 mg/kg body weight, dermal $LD_{50}$s range from 5000 to >11 520 mg/kg body weight, and inhalation $LC_{50}$s range from 9432 to 15 000 mg/m$^3$ (WHO, 1991).

## 8.2    Irritation and sensitization

Standard tests for dermal irritation by DMF have not been identified, and data on its sensitization potential are conflicting. Hence, only limited conclusions can be drawn concerning the potential of DMF to induce these effects.

IARC (1999), WHO (1991), and Kennedy (1986) reviewed the effects of DMF on the skin and eyes and reported only mild to moderate effects. A single application of neat DMF to the shaved skin of mice at 1–5 g/kg body weight (precise exposure conditions not specified) produced slight transient skin irritation at 2.5–5 g/kg body weight, while similar treatment of rabbits at up to 0.5 g/kg body weight was without effect (Kennedy, 1986; WHO, 1991). Repeated (15- or 28-day) applications of 1–2 g/kg body weight did not induce marked local effects on the skin of rats or rabbits. The instillation of neat or 50% aqueous DMF into the rabbit eye produced moderate corneal injury and moderate to severe conjunctivitis, with some damage still evident 14 days later (Kennedy, 1986; WHO, 1991; IARC, 1999).

In a murine local lymph node assay predictive for identification of contact allergens, cell proliferation

(based on [3H]thymidine incorporation in lymph nodes) was significantly increased (324 vs. 193 decompositions per minute per lymph node in exposed and control groups, respectively) in mice (strain not specified) receiving a daily topical application of 25 μl on the dorsum of both ears for 3 consecutive days (Montelius et al., 1996). In subsequent assays, thymidine incorporation in DMF-exposed mice was up to 3-fold higher than in naive mice. However, statistical analyses were not presented, and the increase was not considered to be significant (Montelius et al., 1998). The naive (non-treated) mice were included in the protocol to measure the magnitude of vehicle (DMF)-induced proliferation. In contrast, Kimber & Weisenberger (1989) detected no difference in proliferation in a lymph node assay in which lymph node cells from DMF (the solvent)-exposed mice were compared with those from naive mice.

## 8.3    Short-term exposure

While there have been a number of primarily early short-term studies, these have generally been restricted to examination of specific effects following exposure to single dose levels. They are not additionally informative concerning the toxicity of DMF but confirm a range of effects in the liver, which, when considered collectively across studies, are consistent with a profile in rats of alterations in hepatic enzymes and increases in liver weight at lowest concentrations and degenerative histopathological changes, cell death, and increases in serum hepatic enzymes at higher concentrations. Although results of a short-term study in monkeys also indicate that this species is less sensitive to the effects of DMF than rats, the protocol had only one exposure concentration, and there were only two monkeys in the experiment (Hurtt et al., 1991).

In the only short-term investigation in which a dose–response relationship for hepatic effects was characterized, there was a dose-related increase in liver to body weight ratio, significant at all levels of exposure, and in activity of uridine disphosphate glucuronosyl-transferase in male Wistar rats exposed for 2 weeks via drinking-water to approximately 0, 14, 70, or 140 mg/kg body weight per day (Elovaara et al., 1983). Such changes have not been observed at such low doses in more recent, longer-term studies.

Available data from acute and short-term studies also indicate that there are effects on metabolizing enzymes at very high doses (i.e., 475 mg/kg body weight per day and above administered subcutaneously to rats). These include glutathione metabolism (although reported changes at two different doses were not

consistent) and decreases in hepatic microsomal P-450 content (Imazu et al., 1992, 1994; Fujishiro et al., 1996).

## 8.4    Medium-term exposure

Information on the incidences of lesions in the critical medium-term exposure studies is presented in Tables 2 and 3.

### 8.4.1    Inhalation

The NTP (1992a) carried out a subchronic bioassay in F344 rats, exposing males and females to 0, 50, 100, 200, 400, or 800 ppm (0, 150, 300, 600, 1200, or 2400 mg/m$^3$) for 6 h/day, 5 days/week, for 13 weeks. The authors designated 200 ppm (600 mg/m$^3$) as a no-observed-adverse-effect level (NOAEL) for both sexes, based upon the absence of histopathological lesions in liver. Minimal to moderate hepatocellular necrosis in both sexes was observed at 400 and 800 ppm (1200 and 2400 mg/m$^3$), with the lesion more severe in females. However, in males, both the absolute and relative weights of liver were significantly increased at 100 ppm (300 mg/m$^3$) and greater, although there was no clear dose–response, as weights declined at the highest dose. Serum cholesterol was increased at all levels of exposure; again, there was no clear dose–response. In males at day 24, there was a dose-related increase in serum alanine aminotransferase (ALT) (significant at all levels of exposure); however, at day 91, the increase was significant only at 400 ppm (1200 mg/m$^3$). At day 91, there was also a dose-related increase in serum sorbitol dehydrogenase in males (significant at 200 ppm [600 mg/m$^3$]). In females, relative liver weight was significantly increased at all levels of exposure, with the weight declining at the highest dose. Serum cholesterol was significantly increased at all levels of exposure in females, with no clear dose–response. At day 91 in females, serum sorbitol dehydrogenase and isocitrate dehydrogenase were significantly increased at 200 ppm (600 mg/m$^3$) and greater.

Craig et al. (1984) exposed male and female F344 rats to 0, 150, 300, 600, or 1200 ppm (0, 450, 900, 1800, or 3600 mg/m$^3$) for 6 h/day, 5 days/week, for 12 weeks. There were few overt signs of toxicity. Body weight was significantly decreased in both sexes at the highest dose. There were some changes in clinical chemistry and haematological parameters at the highest doses. In males, serum cholesterol was significantly increased at the highest concentration only. Serum alkaline phosphatase (AP) was reduced in a dose-related manner, beginning at 300 ppm (900 mg/m$^3$). In females, cholesterol was significantly increased at 600 and 1200 ppm (1800 and 3600 mg/m$^3$). In contrast to males, serum AP

was increased in a dose-related manner (significant at the two highest concentrations). Data on organ weights were not presented. Histopathological changes were observed in the liver at the highest doses, were "barely discernible" at 300 ppm (900 mg/m$^3$), and were not observed at 150 ppm (450 mg/m$^3$). The lowest-observed-adverse-effect concentration (LOAEC) for both sexes is 300 ppm (900 mg/m$^3$), based upon slight histopathological changes in the liver (no-observed-effect concentration [NOEC] = 150 ppm [450 mg/m$^3$]).

B6C3F1 mice were exposed to 0, 50, 100, 200, 400, or 800 ppm (0, 150, 300, 600, 1200, or 2400 mg/m$^3$) for 6 h/day, 5 days/week, for 13 weeks (NTP, 1992a). Relative liver weight was significantly increased in both sexes at all levels of exposure, although the dose–response was not clear. Absolute liver weight was significantly increased in females at all dose levels, although the dose–response was not clear. Centrilobular hepatocellular hypertrophy (minimal to mild) was observed in all exposed males and in females at 100 ppm (300 mg/m$^3$) and higher (lowest-observed-effect concentration [LOEC] = 50 ppm [150 mg/m$^3$]).

Craig et al. (1984) exposed B6C3F1 mice to 0, 150, 300, 600, or 1200 ppm (0, 450, 900, 1800, or 300 mg/m$^3$) for 6 h/day, 5 days/week, for 12 weeks. Mortality was 10% at 600 ppm (1800 mg/m$^3$) and 40% at 1200 ppm (3600 mg/m$^3$). No adverse effects on haematology or clinical chemistry were observed. Hepatic cytomegaly was observed in all exposed mice; the incidence and severity were related to dose (LOEC = 150 ppm [450 mg/m$^3$]).

Hurtt et al. (1992) exposed three male and three female cynomolgus monkeys to 0, 30, 100, or 500 ppm (0, 90, 300, or 1500 mg/m$^3$) for 6 h/day, 5 days/week, for 13 weeks. Two males were maintained for a further 13-week observation period after exposure had ceased. The protocol included microscopic examination of a comprehensive range of organ tissues in all animals. Sperm morphology and vaginal cytology were also evaluated in all animals. There were no overt signs of toxicity and no effects on body weight gain, haematology, clinical chemistry, urinalysis, organ weights, or histopathological effects attributable to DMF in cynomolgus monkeys exposed to up to 500 ppm (1500 mg/m$^3$), leading the authors to conclude that the monkey is much less sensitive than the rat or mouse (Hurtt et al., 1992).

The other inhalation studies are either poorly reported or limited in their scope (Massmann, 1956; Clayton et al., 1963; Cai & Huang, 1979; Arena et al., 1982). One group of investigators reported effects on the

**Table 2: Effect levels and benchmark concentrations for DMF, inhalation exposure.**

| Study (reference) | Effect level | Data for calculating benchmark concentration | | Benchmark concentration | | Goodness of fit |
|---|---|---|---|---|---|---|
| | | Concentration | Response | Parameter estimates[a,b] | | |
| **Medium-term exposure** | | | | | | |
| B6C3F1 mice 10 males and 10 females per group 0, 50, 100, 200, 400, 800 ppm, 6 h/day, 5 days/week, for 13 weeks (NTP, 1992a) | LOEC = 50 ppm, based upon increased relative liver weight in both sexes and hepatocellular hypertrophy in males | Male, incidence (severity) of centrilobular hepatocellular hypertrophy: control 50 ppm 100 ppm 200 ppm 400 ppm 800 ppm | 0/10 4/10 (1.8) 9/10 (1.3) 10/10 (2.0) 10/10 (2.0) 10/10 (2.0) | $BMC_{05}$ = 8.5 ppm excluding 400 and 800 ppm groups Adjusted $BMC_{05}$ = 1.51 ppm | 95% $LCL_{05}$ = 2.5 ppm excluding 400 and 800 ppm groups Adjusted 95% $LCL_{05}$ = 0.44 ppm | Chi-square (1) = 0.004 $P$-value = 0.99 |
| | | Female, incidence (severity) of centrilobular hepatocellular hypertrophy: control 50 ppm 100 ppm 200 ppm 400 ppm 800 ppm | 0/10 0/10 10/10 (1.3) 10/10 (1.9) 10/10 (2.0) 10/10 (2.0) | $BMC_{05}$ = 17.9 ppm excluding 200, 400, and 800 ppm groups Adjusted $BMC_{05}$ = 3.19 ppm excluding 200, 400, and 800 ppm groups | 95% $LCL_{05}$ = 8.1 ppm excluding 200, 400, and 800 ppm groups Adjusted 95% $LCL_{05}$ = 1.45 ppm excluding 200, 400, and 800 ppm groups | Chi-square (1) = 7.5 $P$-value = 0.01 |
| **Long-term exposure/carcinogenicity assays** | | | | | | |
| Rat, Crl:CD BR 87 males and 87 females per group 0, 25, 100, 400 ppm, 6 h/day, 5 days/week, for 2 years (Malley et al., 1994) | LOEC = 100 ppm, based upon a significant increase in centrilobular hepatocellular hypertrophy (both sexes), hepatic accumulation of lipo-fuscin/haemosiderin (both sexes), and hepatic single-cell necrosis (females only) NOEC = 25 ppm | females, hepatic accumulation of lipofuscin/haemosiderin: control ($n$ = 60) 25 ppm ($n$ = 59) 100 ppm ($n$ = 59) 400 ppm ($n$ = 62) | 8% 7% 22% ($P$ < 0.05) 61% ($P$ < 0.05) | $BMC_{05}$ = 37.0 ppm Adjusted $BMC_{05}$ = 6.61 ppm | 95% $LCL_{05}$ = 19.8 ppm Adjusted 95% $LCL_{05}$ = 3.54 ppm | Chi-square (1) = 1.01 $P$-value = 0.31 |
| | | males, hepatic accumulation of lipofuscin/haemosiderin: control ($n$ = 57) 25 ppm ($n$ = 59) 100 ppm ($n$ = 58) 400 ppm ($n$ = 60) | 4% 4% 17% ($P$ < 0.05) 58% ($P$ < 0.05) | $BMC_{05}$ = 41.4 ppm Adjusted $BMC_{05}$ = 7.39 ppm | 95% $LCL_{05}$ = 21.9 ppm Adjusted 95% $LCL_{05}$ = 3.91 ppm | Chi-square (1) = 0.84 $P$-value = 0.36 |
| | | males, relative liver weight: control ($n$ = 17) 25 ppm ($n$ = 19) 100 ppm ($n$ = 21) 400 ppm ($n$ = 26) | 2.87 2.81 3.28 3.58 ($P$ < 0.05) | $BMC_{05}$ = 44.5 ppm Adjusted $BMC_{05}$ = 7.95 ppm | 95% $LCL_{05}$ = 23.7 ppm Adjusted 95% $LCL_{05}$ = 4.23 ppm | F(1,79) = 2.09 $P$-value = 0.15 |
| | | males, hepatic foci of alterations (clear cell): control ($n$ = 57) 25 ppm ($n$ = 59) 100 ppm ($n$ = 58) 400 ppm ($n$ = 60) | 11% 8% 22% ($P$ < 0.05) 35% ($P$ < 0.05) | $BMC_{05}$ = 57.7 ppm Adjusted $BMC_{05}$ = 10.3 ppm | 95% $LCL_{05}$ = 37.8 ppm Adjusted 95% $LCL_{05}$ = 6.75 ppm | Chi-square (2) = 1.71 $P$-value = 0.42 |

Table 2 (contd).

| Study (reference) | Effect level | Data for calculating benchmark concentration | | Benchmark concentration | | |
|---|---|---|---|---|---|---|
| | | Concentration | Response | Parameter estimates[a,b] | | Goodness of fit |
| | | females, hepatic foci of alterations (clear cell):<br>control ($n = 60$)  5%<br>25 ppm ($n = 59$)  5%<br>100 ppm ($n = 59$)  14%<br>400 ppm ($n = 62$)  24% ($P < 0.05$) | | $BMC_{05}$ = 84.3 ppm<br>Adjusted $BMC_{05}$ = 15.1 ppm | 95% $LCL_{05}$ = 53.4 ppm<br>Adjusted 95% $LCL_{05}$ = 9.54 ppm | Chi-square (2) = 0.77<br>$P$-value = 0.68 |
| Rat, Crl:CD BR<br>87 males and 87 females per group<br>0, 25, 100, 400 ppm, 6 h/day, 5 days/week, for 2 years (Malley et al., 1994) | LOEC = 100 ppm, based upon a significant increase in centrilobular hepatocellular hypertrophy (both sexes), hepatic accumulation of lipofuscin/haemosiderin (both sexes), and hepatic single-cell necrosis (females only)<br>NOEC = 25 ppm | females, relative liver weight:<br>control ($n = 22$)  3.12<br>25 ppm ($n = 14$)  3.43<br>100 ppm ($n = 12$)  3.33<br>400 ppm ($n = 23$)  3.86 ($P < 0.05$) | | $BMC_{05}$ = 101.6 ppm<br>Adjusted $BMC_{05}$ = 18.1 ppm | 95% $LCL_{05}$ = 46.2 ppm<br>Adjusted 95% $LCL_{05}$ = 8.25 ppm | F(1,67) = 1.12<br>$P$-value = 0.29 |
| | | males, centrilobular hepatocellular hypertrophy:<br>control ($n = 57$)  0<br>25 ppm ($n = 59$)  0<br>100 ppm ($n = 58$)  5% ($P < 0.05$)<br>400 ppm ($n = 60$)  30% ($P < 0.05$) | | $BMC_{05}$ = 118.7 ppm<br>Adjusted $BMC_{05}$ = 21.2 ppm | 95% $LCL_{05}$ = 56.4 ppm<br>Adjusted 95% $LCL_{05}$ = 10.1 ppm | Chi-square (1) = 0.65<br>$P$-value = 0.42 |
| | | females, centrilobular hepatocellular hypertrophy:<br>control ($n = 60$)  0<br>25 ppm ($n = 59$)  0<br>100 ppm ($n = 59$)  3% ($P < 0.05$)<br>400 ppm ($n = 62$)  40% ($P < 0.05$) | | $BMC_{05}$ = 126.7 ppm<br>Adjusted $BMC_{05}$ = 22.6 ppm | 95% $LCL_{05}$ = 77.7 ppm<br>Adjusted 95% $LCL_{05}$ = 13.9 ppm | Chi-square (1) = 0.13<br>$P$-value = 0.72 |
| | | females, hepatic single-cell necrosis:<br>control ($n = 60$)  0<br>25 ppm ($n = 59$)  0<br>100 ppm ($n = 59$)  5% ($P < 0.05$)<br>400 ppm ($n = 62$)  18% ($P < 0.05$) | | $BMC_{05}$ = 126.9 ppm<br>Adjusted $BMC_{05}$ = 22.7 ppm | 95% $LCL_{05}$ = 72.9 ppm<br>Adjusted 95% $LCL_{05}$ = 13.0 ppm | Chi-square (1) = 0.78<br>$P$-value = 0.38 |
| Mice, Crl:CD 1 (ICR)BR<br>78 males and 78 females per group<br>0, 25, 100, 400 ppm, 6 h/day, 5 days/week, for 18 months<br>(Malley et al., 1994) | LOEC = 25 ppm, based upon centrilobular hepatocellular hypertrophy (males), hepatic single-cell necrosis (males and females), and hepatic Kupffer cell hyperplasia/pigment accumulation (males) | females, hepatic single-cell necrosis:<br>control ($n = 61$)  29%<br>25 ppm ($n = 63$)  44% ($P < 0.05$)<br>100 ppm ($n = 61$)  70% ($P < 0.05$)<br>400 ppm ($n = 63$)  76% ($P < 0.05$) | | $BMC_{05}$ = 16.8 ppm<br>$BMC_{05}$ = 5.9 ppm excluding 400 ppm group<br>Adjusted $BMC_{05}$ = 3.00 ppm<br>$BMC_{05}$ = 1.05 ppm excluding 400 ppm group | 95% $LCL_{05}$ = 11.9 ppm<br>95% $LCL_{05}$ = 4.1 ppm excluding 400 ppm group<br>Adjusted 95% $LCL_{05}$ = 2.13 ppm<br>95% $LCL_{05}$ = 0.73 ppm excluding 400 ppm group | Chi-square (2) = 9.7<br>$P$-value = 0.00<br>(Chi-square (1) = 0.02<br>$P$-value = 0.88) |
| | | males, hepatic single-cell necrosis:<br>control ($n = 60$)  24%<br>25 ppm ($n = 62$)  59% ($P < 0.05$)<br>100 ppm ($n = 60$)  68% ($P < 0.05$)<br>400 ppm ($n = 59$)  87% ($P < 0.05$) | | $BMC_{05}$ = 10.8 ppm<br>Adjusted $BMC_{05}$ = 1.93 ppm | 95% $LCL_{05}$ = 7.8 ppm<br>Adjusted 95% $LCL_{05}$ = 1.39 ppm | Chi-square (2) = 13.4<br>$P$-value = 0.00 |
| | | males, hepatic Kupffer cell hyperplasia/pigment accumulation:<br>control ($n = 60$)  22%<br>25 ppm ($n = 62$)  52% ($P < 0.05$)<br>100 ppm ($n = 60$)  60% ($P < 0.05$)<br>400 ppm ($n = 59$)  86% ($P < 0.05$) | | $BMC_{05}$ = 11.1 ppm<br>Adjusted $BMC_{05}$ = 1.98 ppm | 95% $LCL_{05}$ = 8.2 ppm<br>Adjusted 95% $LCL_{05}$ = 1.46 ppm | Chi-square (2) = 7.5<br>$P$-value = 0.02 |

**Table 2 (contd).**

| Study (reference) | Effect level | Data for calculating benchmark concentration | | Benchmark concentration | | |
|---|---|---|---|---|---|---|
| | | Concentration | Response | Parameter estimates[a,b] | | Goodness of fit |
| | | females, hepatic Kupffer cell hyperplasia/pigment accumulation: control ($n = 61$) 25 ppm ($n = 63$) 100 ppm ($n = 61$) 400 ppm ($n = 63$) | 51% 57% 71% ($P < 0.05$) 89% ($P < 0.05$) | $BMC_{05}$ = 13.4 ppm Adjusted $BMC_{05}$ = 2.39 ppm | 95% $LCL_{05}$ = 9.3 ppm Adjusted 95% $LCL_{05}$ = 1.66 ppm | Chi-square (2) = 0.35 $P$-value = 0.84 |
| Mice, Crl:CD 1 (ICR)BR 78 males and 78 females per group 0, 25, 100, 400 ppm, 6 h/day, 5 days/week, for 18 months (Malley et al., 1994) | LOEC = 25 ppm, based upon centrilobular hepatocellular hyper-trophy (males), hepatic single-cell necrosis (males and females), and hepatic Kupffer cell hyperplasia/pigment accumulation (males) | males, centrilobular hepatocellular hypertrophy: control ($n = 60$) 25 ppm ($n = 62$) 100 ppm ($n = 60$) 400 ppm ($n = 59$) | 0 8% ($P < 0.05$) 41% ($P < 0.05$) 52% ($P < 0.05$) | $BMC_{05}$ = 18.9 ppm Adjusted $BMC_{05}$ = 3.38 ppm $BMC_{05}$ = 2.93 ppm excluding 400 ppm group | 95% $LCL_{05}$ = 15.3 ppm Adjusted 95% $LCL_{05}$ = 0.95 ppm 95% $LCL_{05}$ = 1.48 ppm excluding 400 ppm group | Chi-square (2) = 0.77 $P$-value = 0.00 (Chi-square (0) = 0.00 $P$-value = 1.00) |
| | | females, centrilobular hepatocellular hypertrophy: control ($n = 61$) 25 ppm ($n = 63$) 100 ppm ($n = 61$) 400 ppm ($n = 63$) | 0 6% 19% ($P < 0.05$) 54% ($P < 0.05$) | $BMC_{05}$ = 25.1 ppm Adjusted $BMC_{05}$ = 4.48 ppm | 95% $LCL_{05}$ = 19.9 ppm Adjusted 95% $LCL_{05}$ = 3.55 ppm | Chi-square (2) = 0.39 $P$-value = 0.82 |
| | | males, relative liver weight: control ($n = 31$) 25 ppm ($n = 42$) 100 ppm ($n = 38$) 400 ppm ($n = 36$) | 5.85 5.94 7.06 ($P < 0.05$) 7.80 ($P < 0.05$) | $BMC_{05}$ = 65.6 ppm Adjusted $BMC_{05}$ = 11.7 ppm | 95% $LCL_{05}$ = 37.5 ppm Adjusted 95% $LCL_{05}$ = 6.69 ppm | $F(1,143) = 1.94$ $P$-value = 0.17 |
| | | females, relative liver weight: control ($n = 42$) 25 ppm ($n = 35$) 100 ppm ($n = 36$) 400 ppm ($n = 47$) | 5.59 5.71 5.99 6.35 ($P < 0.05$) | $BMC_{05}$ = 144.7 ppm Adjusted $BMC_{05}$ = 25.8 ppm | 95% $LCL_{05}$ = 76.3 ppm Adjusted 95% $LCL_{05}$ = 13.6 ppm | $F(1,156) = 0.34$ $P$-value = 0.56 |

[a] Adjusted from intermittent exposure (h/day, days/week) to continuous exposure.
[b] LCL = Lower confidence limit.

Table 3: Effect levels and benchmark doses for DMF, oral exposure.

| Study (reference) | Effect level | Data for calculating benchmark dose | | Benchmark dose | | |
|---|---|---|---|---|---|---|
| | | Dose (mg/kg body weight per day) | Response | Parameter estimates | | Goodness of fit |
| **Medium-term exposure** | | | | | | |
| Rat, Wistar 25 males and 25 females per group Dietary administration for 15 weeks (Becci et al., 1983) | LOEL = 69 mg/kg body weight per day, based upon a significant increase in relative liver weight in females at the two highest doses (NOEL = 20 mg/kg body weight per day) | males, relative liver weight: control ($n$ = 25)  4.30 ± 0.09 18 ($n$ = 23)  4.51 ± 0.11 61 ($n$ = 25)  4.59 ± 0.08 210 ($n$ = 23)  4.99 ± 0.10 ($P$ < 0.05) | | $BMD_{05}$ = 23.1 mg/kg body weight per day | 95% $LCL_{05}$ = 12.7 mg/kg body weight per day | $F_{(1,92)}$ = 0.73 $P$-value = 0.39 |
| | | females, relative liver weight: control ($n$ = 25)  86 ± 0.06 20 ($n$ = 25)  89 ± 0.08 69 ($n$ = 24)  24 ± 0.12 ($P$ < 0.05) 235 ($n$ = 24)  00 ± 0.12 ($P$ < 0.05) | | $BMD_{05}$ = 35.9 mg/kg body weight per day | 95% $LCL_{05}$ = 15.7 mg/kg body weight per day | $F_{(1,94)}$ = 0.13 $P$-value = 0.72 |
| Mouse, CD-1 30 males and 30 females per group dietary administration for 17 weeks (Becci et al., 1983) | LOEL = 96 mg/kg body weight per day, based upon statistically significant increase in relative liver weight in females (NOEL = 28 mg/kg body weight per day) | males, relative liver weight: control ($n$ = 30)  5.3 ± 0.1 22 ($n$ = 28)  5.6 ± 0.1 70 ($n$ = 29)  5.8 ± 0.1 246 ($n$ = 29)  6.6 ± 0.1 ($P$ < 0.01) | | $BMD_{05}$ = 21.3 mg/kg body weight per day | 95% $LCL_{05}$ = 7.6 mg/kg body weight per day | $F_{(1,112)}$ = 1.17 $P$-value = 0.28 |
| | | females, relative liver weight: control ($n$ = 30)  5.1 ± 0.2 28 ($n$ = 29)  5.5 ± 0.1 96 ($n$ = 29)  5.9 ± 0.1 ($P$ < 0.01) 326 ($n$ = 30)  6.6 ± 0.3 ($P$ < 0.01) | | $BMD_{05}$ = 36.8 mg/kg body weight per day | 95% $LCL_{05}$ = 21.3 mg/kg body weight per day | $F_{(1,114)}$ = 0.14 $P$-value = 0.71 |

**Concise International Chemical Assessment Document 31**

liver of rats exposed to DMF vapour for 18 weeks at a concentration of just 7.3 ppm (21.9 mg/m$^3$) (no further details provided in the citation) (Cai & Huang, 1979). Myocardial changes occurred in rabbits exposed to 40 ppm (120 mg/m$^3$) for 50 days (Arena et al., 1982).

**8.4.2     Oral**

In a 90-day dietary study, Crl:CD rats were exposed to 0, 10, 50, or 250 mg/kg body weight per day (Haskell Laboratory, 1960; Kennedy & Sherman, 1986). Mild effects on the liver (enlargement of hepatic cells) and haematological effects (anaemia, leukocytosis) were observed at 50 mg/kg body weight per day; at the top dose of 250 mg/kg body weight per day, weight gain was reduced, and the animals had slight anaemia, leukocytosis, and liver cell enlargement. Although there was an apparent increase in serum cholesterol in both sexes at the highest dose, statistical analyses were not presented. The no-observed-effect level (NOEL) was 10 mg/kg body weight per day. The lowest-observed-effect level (LOEL) is 50 mg/kg body weight per day, based upon a significant increase in relative liver weight in males.

In a second study involving larger group sizes, a different strain (Wistar), and more comprehensive tissue examination, growth was inhibited but no tissue lesions were observed in rats administered DMF in the diet for 15 weeks (Becci et al., 1983). Males received 0, 18, 61, or 210 mg/kg body weight per day, and females received 0, 20, 69, or 235 mg/kg body weight per day. The LOEL is 69 mg/kg body weight per day, based upon a significant increase in relative liver weight in females at the two highest doses (NOEL = 20 mg/kg body weight per day).

In the corresponding study in CD-1 mice involving dietary administration (males: 0, 22, 70, or 246 mg/kg body weight per day; females: 0, 28, 96, or 326 mg/kg body weight per day) for 17 weeks, there were no overt signs of toxicity and no notable effects on blood morphology, blood biochemistry, or urinary parameters (Becci et al., 1983). Microscopic examination of an extensive range of organ tissues revealed only mild effects on the liver in the majority of high-dose males and females. There was a dose-related increase in relative liver weight at all dose levels, although this was statistically significant only in the mid- and high-dose females and in the high-dose males. On this basis, the LOEL is 96 mg/kg body weight per day, based upon a significant increase in relative liver weight in females (NOEL = 28 mg/kg body weight per day).

In a submission to the US EPA Office of Toxic Substances, BASF (1984) reported that there were no adverse effects observed in beagle dogs (four males and four females per group) administered 0, 1.4, 7.0, or 34.8 mg/kg body weight per day (NOEL) in the diet for 13 weeks. The protocol included measurement of food consumption, measurement of body weight gain, hearing tests, ophthalmoscopic examination, clinical laboratory investigations, measurement of organ weights, and histopathological observations.

**8.5     Long-term exposure and carcinogenicity**

Information on the incidences of lesions in critical long-term studies is presented in Tables 2 and 3.

**8.5.1     Inhalation**

Malley et al. (1994) exposed Crl:CD BR rats for 6 h/day, 5 days/week, to 0, 25, 100, or 400 ppm (0, 75, 300, or 1200 mg/m$^3$) DMF vapour for 24 months. There were no overt signs of toxicity other than a reduction in weight gain in the rats exposed at 400 ppm (1200 mg/m$^3$) and, to a lesser extent and towards the end of the study, in males exposed at 100 ppm (300 mg/m$^3$). Haematological findings were normal, as were urinary analyses. There was a concentration-related increase in serum sorbitol dehydrogenase activity (indicative of hepatic effects) in the male and female rats at 100 and 400 ppm (300 and 1200 mg/m$^3$). Relative liver weights were increased in both sexes at 400 ppm (1200 mg/m$^3$), and microscopic examination revealed hepatic lesions (centrilobular hepatocellular hypertrophy, lipofuscin/haemosiderin accumulation, clear cell foci, and single-cell necrosis in males and high-dose females and focal cystic degeneration in males) at 100 and 400 ppm (300 and 1200 mg/m$^3$). Microscopic examination of an extensive range of tissues from the high-dose animals (and of selected tissues from the lower dose groups) revealed no other treatment-related lesions except in females, in which there was an increased incidence of uterine endometrial stromal polyps (1.7%, 5.1%, 3.4%, and 14.8% for control, low-, mid-, and high-dose females, respectively). Historical control data from the same laboratory indicated a highly variable incidence of endometrial stromal polyps (2–15% for 14 control groups, average 6.6%). The investigators concluded that DMF was not carcinogenic to rats under the conditions of exposure. The LOEC was 100 ppm (300 mg/m$^3$) (NOEC = 25 ppm [75 mg/m$^3$]), based upon a significant increase in centrilobular hepatocellular hypertrophy (both sexes), significant increase in hepatic accumulation of lipofuscin/haemosiderin (both sexes), and hepatic single-cell necrosis (females only).

*N,N-Dimethylformamide*

Mice [Crl:CD 1 (ICR)BR] were exposed to 0, 25, 100, or 400 ppm (0, 75, 300, or 1200 mg/m[3]) DMF for 6 h/day, 5 days/week, for 18 months (Malley et al., 1994). Haematological observations were normal. Relative liver weight was significantly increased at the two highest concentrations in males. Microscopic alterations in liver were observed at all levels of exposure. The authors concluded that DMF was not carcinogenic to mice under the conditions of the bioassay. The LOEC is 25 ppm (75 mg/m[3]), based upon centrilobular hepatocellular hypertrophy (males), hepatic single-cell necrosis (males and females), and hepatic Kupffer cell hyperplasia/pigment accumulation (males).

### 8.5.2    Oral

An inadequate carcinogenicity study involving the administration of DMF in the drinking-water of BD rats at approximately 10 or 20 mg/kg body weight per day for 500 or 250 days, respectively, provided no evidence of tumour formation, although the extent of tissue examination was not specified (Druckrey et al., 1967). In female Mongolian gerbils administered DMF in the drinking-water at concentrations of 1.0–6.6% (around 5–40 mg/kg body weight per day) for up to 200 days, there were many early deaths at concentrations of 1.7% (around 7–11 mg/kg body weight per day) and above, and all DMF-exposed groups had liver degeneration and kidney congestion (Llewellyn et al., 1974).

### 8.5.3    Injection

In a study in hamsters investigating the carcino-genic activity of aflatoxins, there was no mention of any tumours in the DMF-treated controls. These animals (five males and five females) received weekly intra-peritoneal injections of 0.1 ml of a 50% DMF solution (equivalent to approximately 47 mg DMF/kg body weight per injection) for 6–8.5 months and were then maintained untreated until they died (average life span 19 months) (Herrold, 1969). Although there were no increases in tumours following repeated intraperitoneal injections of DMF to rats for 10 weeks in a study reported in a secondary source, available information was inadequate to permit critical review (Kommineni, 1973).

### 8.6    Genotoxicity and related end-points

The following discussion is limited to results of assays for gene mutation and cytogenesis, i.e., those assays in which the end-points are most relevant to the assessment of DMF with respect to human health.

The results of assays for gene mutation *in vitro* were almost entirely negative. Of 20 identified assays in

*Salmonella*, results were negative in 18 (Green & Savage, 1978; Purchase et al., 1978; Baker & Bonin, 1981; Brooks & Dean, 1981; Garner et al., 1981; Gatehouse, 1981; Ichinotsubo et al., 1981; MacDonald, 1981; Martire et al., 1981; Nagao & Takahashi, 1981; Richold & Jones, 1981; Rowland & Severn, 1981; Simmon & Shepherd, 1981; Skopek et al., 1981; Venitt & Crofton-Sleigh, 1981; Antoine et al., 1983; Falck et al., 1985; Mortelmans et al., 1986), and two had equivocal results (Hubbard et al., 1981; Trueman, 1981). Results in six assays in *Escherichia coli* were all negative (Gatehouse, 1981; Matsushima et al., 1981; Mohn et al., 1981; Thomson, 1981; Venitt & Crofton-Sleigh, 1981; Falck et al., 1985).

Although fewer assays for cytogenetic effects and genotoxicity *in vitro* were identified than for gene mutation, results were also predominantly negative. In assays for chromosomal aberrations (CAs), results were negative for human lymphocytes (Antoine et al., 1983) and Chinese hamster ovary (CHO) (Natarajan & van Kesteren-van Leeuwen, 1981) and weakly positive in human peripheral lymphocytes (Koudela & Spazier, 1979). In three mouse lymphoma assays, results were negative (Jotz & Mitchell, 1981; Mitchell et al., 1988; Myhr & Caspary, 1988) and one was weakly positive (McGregor et al., 1988). Results of *in vitro* tests for sister chromatid exchange (SCE) were negative in three assays in CHO (Evans & Mitchell, 1981; Natarajan & van Kesteren-van Leeuwen, 1981; Perry & Thomson, 1981) and one in human lymphocytes (Antoine et al., 1983). Assays for unscheduled DNA synthesis (UDS) were negative in human fibroblasts (Agrelo & Amos, 1981; Robinson & Mitchell, 1981), mouse hepatocytes (Klaunig et al., 1984), and HeLa cells (Martin & McDermid, 1981), while in assays in rat hepatocytes, results were both negative (Ito, 1982) and positive (Williams, 1977). Results of assays for DNA repair in mouse (McQueen et al., 1983) and hamster (McQueen et al., 1983) hepatocytes were also negative. An assay for DNA repair in human hepatocytes had negative results (McQueen et al., 1988).

The database for genotoxicity studies *in vivo* is more limited than that for *in vitro* studies.

In two adequate assays for micronucleus induc-tion, results were negative (Kirkhart, 1981; Antoine et al., 1983). In the latter study, dose levels were too widely spaced, and the top dose was 2000 mg/kg body weight. Results were also negative in two assays in which there were no positive controls (Salamone et al., 1981; Tsuchimoto & Matter, 1981). It should be noted that Salamone et al. (1981) observed no effect at doses up to 80% of the $LD_{50.}$ An assay in which an increase in

**Concise International Chemical Assessment Document 31**

micronuclei was observed in bone marrow of mice was reported only as an abstract (Ye, 1987), although a dose–response was not clear. Although six dose levels were included in the protocol, the highest dose was only 20 mg/kg body weight (oral $LD_{50}$ values in laboratory animals range from 2000 to 7000 mg/kg body weight).

Negative results were reported in assays for chromosomal damage in bone marrow of rats (Sheveleva et al., 1979; McGregor, 1981) and dominant lethal assays in rats (Lewis et al., 1979; McGregor, 1981; Cragin et al., 1990). Limited reporting (abstracts, secondary sources) precluded critical review of these studies.

Quantitative data were not presented in a report of an assay in which SCEs were not observed in bone marrow of mice (Paika et al., 1981).

**8.7        Reproductive toxicity**

**8.7.1        Effects on fertility**

Effects on organ weights or histopathological effects in the reproductive organs have not been observed in medium-term or long-term studies in rats or mice following inhalation or oral exposure (Becci et al., 1983; Craig et al., 1984; Kennedy & Sherman, 1986; NTP, 1992a; Malley et al., 1994). In several of these bioassays, additional reproductive end-points were examined. These included sperm density, motility, or count and length of diestrus in rats and mice exposed for 13 weeks to concentrations up to 800 ppm (2400 mg/m$^3$) (NTP, 1992a) and semen volume and sperm motility, morphology, or count in a limited number of monkeys exposed to 500 ppm (1500 mg/m$^3$) (Hurtt et al., 1992). In none of these investigations, however, were there adverse effects on reproductive parameters at concentrations or doses less than those at which hepatic effects were observed; indeed, the only effect reported was prolonged diestrus in female rats exposed to 800 ppm (2400 mg/m$^3$) for 13 weeks (NTP, 1992a).

Few studies were identified in which the protocols were designed specifically to address reproductive toxicity. In a study reported as abstracts (Lewis et al., 1979; Cragin et al., 1990), exposure of male Sprague-Dawley rats to 30 or 300 ppm (90 or 900 mg/m$^3$) for 6 h/day for 5 days did not result in histopathological changes in reproductive organs after 6 weeks. Pairing of the exposed males with unexposed females for 6 weeks after exposure resulted in a reduced number of viable fetuses per dam in the low-dose group only.

In a multi-generation study in Swiss mice, DMF was administered in the drinking-water at concentrations

of 0, 1000, 4000, or 7000 mg/litre (NTP, 1992b; Fail et al., 1998). Litters from F0 animals were sacrificed immediately. At week 16, pairs were separated and the final litters reared to postnatal day 21, then entered into an F1 fertility assessment. A crossover mating trial was also carried out with the F0 mice. The lowest level of exposure (1000 mg/litre; average 219 mg/kg body weight per day) was designated by the authors as the maximum tolerated dose (LOEL) for the F0 mice, based upon increased relative liver weight in males and females and increased relative kidney and adrenal weight in females. Reproductive effects in F0 mice included reduced fertility and fecundity at 4000 and 7000 mg/litre. The crossover trial identified females as the affected sex. Following F1 mating, both F2 litter size and live pup weight were reduced at all doses. At necropsy, the body weight of F1 males and females was reduced at the two highest doses, and both absolute and relative liver weights were increased at all doses. The authors concluded that both reproductive and developmental toxicity occurred at the two highest doses (4000 and 7000 mg/litre) in the F0 mice and at all dose levels ($\exists$1000 mg/litre) in the F1 mice.

No abnormalities were observed in sperm in an adequate single-injection study in mice, for which few details were presented (Antoine et al., 1983). Although negative results were reported in other assays in mice, quantitative data were not presented (Topham, 1980, 1981) or only a secondary source was available (McGregor, 1981).

**8.7.2        Developmental toxicity**

The database on developmental toxicity is more extensive, with numerous studies having been conducted in various species by the inhalation, oral, and dermal routes. Emphasis here is on the most recent studies for which protocols and reporting are most extensive.

In studies in which DMF has been administered by inhalation or ingestion, it has been, at most, weakly teratogenic, with malformations being observed only at high doses that were maternally toxic (450 ppm [1350 mg/m$^3$] by inhalation in rabbits; 503 mg/kg body weight per day following ingestion in rats), based on consideration of maternal body weight and signs of overt toxicity (Hellwig et al., 1991). In general, DMF has induced primarily fetotoxic effects most often at maternally toxic concentrations or doses (100 mg/kg body weight per day by stomach tube in rats) (Saillenfait et al., 1997) but occasionally in the absence of maternal toxicity, based on determination of body weight gain and overt signs. For example, Lewis et al. (1992) reported maternal weight gain in Crl:CD rats at 300 ppm (900

mg/m$^3$) (maternal LOEC), but not at 30 ppm (90 mg/m$^3$), at which concentration there was a slight but significant reduction in fetal weight. The mean fetal weights of control, low-dose, and high-dose groups were $5.5 \pm 0.2$, $5.5 \pm 0.4$, and $5.3 \pm 0.2$ g, respectively ($P < 0.05$ for both low- and high-dose groups).

The pattern of results of studies by the dermal route was similar, with malformations being observed in rats only at doses that were maternally toxic based on examination of weight gain and overt signs of toxicity only (944 mg/kg body weight per day in rats; 400 mg/kg body weight per day in rabbits; 944 mg/kg body weight per day in mice) (Hellwig et al., 1991). In one of the relatively recent investigations by other authors (Hansen & Meyer, 1990), fetotoxic effects (delayed ossification) only were observed at doses (945 mg/kg body weight per day) at which there were no effects on maternal weight gain and no overt signs of maternal toxicity.

Klug et al. (1998) carried out a mouse limb bud assay with DMF, HMMF, NMF, SMG (a synthesis product of glutathione and methyl isocyanate), *S*-(*N*-methyl-carbamoyl)cysteine (SMC), *N*-acetoximethyl-*N*-methylformamide (AMMF), AMCC, L-cysteine, and glutathione. There were no signs of adverse developmental effects caused by DMF, NMF, HMMF, AMMF, L-cysteine, or glutathione. However, a pronounced impact upon growth and development was observed for AMCC, SMC, and SMG (metabolites resulting from the glutathione binding pathway). The authors concluded that the developmental toxicity of DMF in different species is related to the magnitude of glutathione binding.

**8.8     Neurological effects**

In male Wistar rats exposed to 0, 7, 35, or 65 mg DMF/kg body weight per day in drinking-water for either 2 or 7 weeks, glial cell fractions were isolated from the left cerebral hemisphere and assayed for activity of acid proteinase and 2',3'-cyclic nucleotide 3'-phosphohydrolase (Savolainen, 1981). The right cerebral hemisphere was assayed for RNA, glutathione, and activities of succinate dehydrogenase and azoreductase. After 2 weeks, there was a dose-related increase in activity of 2',3'-cyclic nucleotide 3'-phosphohydrolase, which was significant ($P < 0.001$) at all levels of exposure. After 7 weeks of exposure to 0, 8, 39, or 75 mg/kg body weight per day, the intake of drinking-water was significantly reduced at all levels of exposure. There was also a significant reduction in activity of azoreductase and succinate dehydrogenase (uneven dose–response).

# 9. EFFECTS ON HUMANS

Consistent with the results of studies in experimental animals, available data from case reports and cross-sectional studies in occupationally exposed populations consistently indicate that the liver is the target organ for the toxicity of DMF in humans. The profile of effects is consistent with that observed in experimental animals, with related symptoms, increases in serum hepatic enzymes, and histopathological effects being reported.

**9.1     Effects on the liver**

Case reports in workers acutely exposed to DMF confirm that the liver is the target organ, with hepatic effects and associated disorders of the digestive system being reported. Symptoms include abdominal pain, anorexia, incoordination, and jaundice, as well as nausea, vomiting, and diarrhoea; nasal and skin irritation have also been reported (Tolot et al., 1968; Potter, 1973; Chary, 1974; Chivers, 1978; Guirguis, 1981; Paoletti et al., 1982a, 1982b; Riachi et al., 1993; Drouet D'Aubigny et al., 1998; Huang et al., 1998). Changes in both liver function (Weiss, 1971; Potter, 1973; Guirguis, 1981; Paoletti et al., 1982b; Riachi et al., 1993; Drouet D'Aubigny et al., 1998) and morphology (Tolot et al., 1968; Riachi et al., 1993) have also been observed. In one of the few reports where there was some indication of magnitude of exposure, hepatic impairment (marked increases in serum levels of ALT, aspartate aminotransferase [AST], AP, and bilirubin, together with fulminant hepatitis and jaundice) was reported in a woman who ingested about 0.6 g DMF/kg body weight (in a formulation containing other ingredients) in a suicide attempt (Nicolas et al., 1990). Similarly, clinical measurements were carried out in a patient who intravenously injected (presumably) 50 ml of a veterinary euthanasia drug containing DMF as a solvent (Buylaert et al., 1996). Serum AST and ALT increased, there was a transient rise in total serum bilirubin, and prothrombin time decreased. AP levels remained within the normal range.

Alcohol intolerance, characterized by flushing of the face, dizziness, nausea, and tightness of the chest, has been widely reported among DMF-exposed workers (Lyle, 1979; Lyle et al., 1979; Lauwerys et al., 1980; Yonemoto & Suzuki, 1980; Paoletti & Iannaccone, 1982; Paoletti et al., 1982a; Tomasini et al., 1983; Cirla et al., 1984; Redlich et al., 1988, 1990; Wang et al., 1989, 1991; Cai et al., 1992; Fiorita et al., 1997; Wrbitzky, 1999). While it is difficult to establish with

**Concise International Chemical Assessment Document 31**

Table 4: Effects of DMF exposure on hepatic function in humans.[a]

| Concentration[b] | Effect on liver enzymes | Exposed population | Confounders | Reference |
|---|---|---|---|---|
| <10–60 ppm; random area sampling | increase | 183 workers | some workers were also exposed to solvents | Wang et al. (1989, 1991) |
| 10–42 ppm; area monitoring | increase | 13 workers | few details reported | Yang et al. (1994) |
| 1–27 ppm | no effect | 27 workers | | Paoletti & Iannaconne (1982) |
| 5–20 ppm | increase (significance not reported) | 13 workers | exposure to solvents | Tomasini et al. (1983) |
| 3–20 ppm (TWA, 7 ppm); personal sampling | significant increase | 100 workers | | Cirla et al. (1984) |
| 0.3–15.5 ppm (usually <10 ppm); static area sampling | no effect | 22 workers | | Lauwerys et al. (1980) |
| 1–5 ppm; personal and area sampling | no effect | 6 workers | | Yonemoto & Suzuki (1980) |
| 4–8 ppm (mean 6 ppm); sampling not specified | no effect | 28 workers | | Catenacci et al. (1984) |
| 0.2–8 ppm; area sampling | increase (significance not reported) | 26 workers | concomitant exposure to acrylonitrile | Major et al. (1998) |
| 7 ppm; area sampling at different workplaces | significant increase | 75 workers | | Fiorito et al. (1997) |
| 0.1–7 ppm; personal sampling | no effect | 207 workers | some workers were also exposed to toluene | Cai et al. (1992) |
| up to 2.3 ppm; personal sampling | no effect | 126 workers | | Wrbitzky & Angerer (1998); Wrbitzky (1999) |

[a] See text for more detailed descriptions of highlighted studies.
[b] 1 ppm = 3 mg/m$^3$.

any certainty a lowest concentration at which increases in these subjective symptoms first appear, they have been associated with mean or median levels of 10 ppm (30 mg/m$^3$) (Lauwerys et al., 1980; Yonemoto & Suzuki, 1980; Cai et al., 1992; Fiorito et al., 1997); in a recent study, some workers reported symptoms upon exposure to concentrations for which the median value was as low as 1.2 ppm (3.6 mg/m$^3$) (Wrbitzky, 1999).

Levels of serum hepatic enzymes in populations occupationally exposed to DMF have been determined in several cross-sectional studies. A brief overview of the information on exposure–response derived from these studies is summarized in Table 4.

While there have been considerable variations in the size of study populations, magnitude and duration of exposure, extent of exposure to other substances, and adequacy of reporting in these investigations, there is a consistent pattern of increase in serum enzymes in workers with relatively higher exposures in these investigations, some of which included individual monitoring. In summary, the results concerning exposure–response are consistent across studies, with increases in serum hepatic enzymes not being observed at concentrations

in the range of 1–6 ppm (3–18 mg/m$^3$). At higher levels of exposure (>7 ppm [>21 mg/m$^3$]), increased serum levels of hepatic enzymes have been observed consistently.

There were three studies identified (highlighted in Table 4) for which TWA exposures were presented and which can serve, therefore, as the basis for at least crude estimates of exposure–response. These are described in more detail here. It should be noted, though, that the monitored levels in these studies do not take into account potential additional dermal exposure.

In a carefully conducted investigation of liver function in 75 workers in a synthetic leather factory, geometric mean levels of DMF in the air based on 8-h area sampling in various working locations were approximately 20 mg/m$^3$ (~7 ppm) (range 2–40 mg/m$^3$) (Fiorito et al., 1997). It was reported that the study subjects worked in a factory that produces synthetic leather using polyurethane resin, pigments, and large amounts of DMF (about 14 tonnes/day), where skin contact with liquid DMF was also possible. The mean duration of employment was 3.8 years. The control group consisted of 75 unexposed workers similar in age, sex, social status, and residence. Confounding by

*N,N-Dimethylformamide*

alcohol consumption and pre-existing liver disease was minimized through selection criteria for study subjects. Analysis of paired enzymes was also conducted. All workers underwent a complete physical examination, with liver function tests for serum AST, ALT, **9**-glutamyl transpeptidase (**9**-GT), AP, bile acids (BA), bilirubin, serum cholesterol and triglycerides, and markers for hepatitis A, B, and C. Gastrointestinal symptoms (stomach pain, nausea, appetite loss) were reported by 50% of the DMF-exposed workers, and 40% had symptoms such as face flushing, palpitation, headache, dizziness, or tremors following alcohol consumption. (Many avoided alcohol as a result.) Mean serum ALT (28.8 vs. 21.9 IU/litre), AST (26.5 vs. 21.1 IU/litre), **9**-GT (29.5 vs. 14.2 IU/litre), and AP (75.7 vs. 60.8 IU/litre) were significantly higher in 12 of 75 workers in the exposed group ($P < 0.001$); 17/75 (23%) had abnormal liver function, compared with only 4% of controls. Multivariate analyses confirmed that ALT, AST, and **9**-GT were significantly correlated with cumulative DMF exposure. The analyses controlled for factors such as body mass index, alcohol intake, serum cholesterol, and hepatitis markers, which did not explain the observed effects.

Catenacci et al. (1984) investigated liver function (serum glutamate–oxalate transaminase [SGOT], serum glutamate–pyruvate transaminase [SGPT], **9**-GT, and AP) in workers employed for at least 5 years in an acrylic fibre plant; no mention was made of exposure to other solvents. The first group of 28 subjects worked in the spinning department, where DMF exposure (8-h TWA) ranged from 12 to 25 mg/m$^3$, with a mean of 18 mg/m$^3$ (4–8 ppm, mean 6 ppm). The second group consisted of 26 subjects exposed, in the polymer department, to DMF at (8-h TWA) 1.8–5 mg/m$^3$, with a mean of 3 mg/m$^3$ (0.6–1.8 ppm, mean 1 ppm). A control group consisted of 54 subjects matched for age, smoking/alcohol consumption, and history of liver disease, who had never been occupationally exposed to solvents. The data on which the estimated TWA exposures were based were not reported. Mean serum values for SGOT (20.74, 21.06, and 20.17 mU/ml for 6 ppm, 1 ppm, and control groups, respectively), SGPT (19.76, 21.26, and 26.09 mU/ml for 6 ppm, 1 ppm, and control groups, respectively), **9**-GT (36.37, 28.34, and 40.76 mU/ml for 6 ppm, 1 ppm, and control groups, respectively), and AP (154.42, 150.35, and 153.07 mU/ml for 6 ppm, 1 ppm, and control groups, respectively) did not differ among the three groups and were within the normal ranges. Few additional details were presented in the published account of this study.

Cirla et al. (1984) carried out a clinical evaluation of 100 workers in synthetic polyurethane leather produc

tion exposed to a mean TWA concentration (determined by personal sampling) of 22 mg/m$^3$ (range 8–58 mg/m$^3$) (mean TWA 7 ppm; range 3–19 ppm). The mean exposure period was 5 years (range 1–15 years). The workers were also exposed to small (but unspecified) quantities of toluene, methyl ethyl ketone (MEK), ethyl acetate, and isopropyl and isobutyl alcohol. Study subjects were selected to minimize large variations in exposure; those with histories of possible accidental exposures were also excluded. The referent group was 100 workers at the same or similar factories, without exposure to any solvents or toxic metals, matched by sex, age group, alcohol history, smoking habits, coffee intake, socioeconomic status, residence, and dietary customs. Clinical evaluation was carried out and a laboratory assessment was performed for blood cell counts and serum AP, AST, ALT, and **9**-GT. Serum **9**-GT was abnormally high in 25/100 exposed and only 10/100 referents ($P < 0.01$). Higher prevalences in the exposed group for abnormally high serum levels of AST (9 vs. 3) and ALT (12 vs. 8) were not statistically significant. AP values were normal in all subjects. When subjects who had not modified their alcohol consumption upon working with DMF were considered, the effect was still evident. Several symptoms, including headache, dyspepsia, and digestive impairment, characteristic of effects on the liver were also associated with exposure to DMF.

Histopathological changes in liver have also been reported in occupationally exposed workers, although quantitative data on levels of exposure are not well documented. Tomasini et al. (1983) reported hepatic pain and palpable liver in 4 of 13 workers exposed to 5–20 ppm (15–60 mg/m$^3$) DMF (and other solvents), ranging from a few weeks to 4 years. Redlich et al. (1990) carried out biopsies of liver from workers heavily exposed to DMF (and other solvents; quantitative data not reported). Workers exposed for less than 3 months had hepatocellular necrosis, enlarged Kupffer cells, microvesicular steatosis, complex lysosomes, and pleomorphic mitochondria. The livers of workers exposed for longer terms (14–120 months) had fatty changes with occasional lipogranuloma.

## 9.2    Cardiac effects

Excess mortality from ischaemic heart disease in DMF-exposed workers in a US acrylonitrile fibre plant was observed in a historical cohort study (Chen et al., 1988b). Between 1950 and 1982, there were 62 deaths due to ischaemic heart disease (40.3 expected from company rates; $P < 0.01$). The increase was not significant in comparison with the state (South Carolina) rates. A similar observation was made for a second group of 1329 employees at the plant who were potentially exposed to

**Concise International Chemical Assessment Document 31**

both DMF and acrylonitrile (65 deaths observed, 48.3 expected from company rates; $P < 0.05$). However, the observed number of deaths was not significantly higher than that which would be expected from either state or national rates, possibly due to a "healthy worker effect." Lifestyle factors such as alcohol and tobacco consumption were suggested to be more likely causes than exposure to DMF, although the specific basis for this contention was not specified (Chen et al., 1988b). The authors noted that South Carolina has a higher ischaemic heart disease mortality rate than the USA.

No convincing evidence of adverse effects on cardiac function was seen in a limited study in which electrocardiographic (ECG) monitoring was carried out on workers at a small synthetic leather plant where DMF was used. Monitoring of eight workers over a workshift revealed possible mild effects (isolated ventricular premature beats after 2 h of work, without "pathological alteration" of the ECG) in one worker (Taccola et al., 1981). In a brief report, ECG changes in workers exposed to DMF were reported (<3 ppm [<9 mg/m$^3$], with peaks up to 1500 ppm [4500 mg/m$^3$], plus skin exposure), but little detail was provided (Kang-De & Hui-Lan, 1981).

Cardiac disturbances, including tachycardia and palpitations, have occasionally been observed in cross-sectional studies of DMF-exposed workers (Lyle, 1979; Lyle et al., 1979; Kang-De & Hui-Lan, 1981; Cirla et al., 1984; Fiorito et al., 1997). Sometimes, the palpitations followed alcohol ingestion (Lyle, 1979; Lyle et al., 1979; Fiorito et al., 1997).

### 9.3 Cancer

Data on the incidence or mortality of cancer associated with exposure to DMF are limited to case reports of testicular tumours and single well conducted and reported cohort and case–control studies of occupationally exposed populations (Chen et al., 1988a; Walrath et al., 1989). In the cohort study of 3859 actively employed workers with potential exposure to DMF and to DMF and acrylonitrile in an acrylonitrile fibre production facility, the incidences of cancer of the buccal cavity/pharynx, lung, prostate, stomach, nervous system, and bladder were considered in relation to level of and, for some tumours, duration of exposure and were compared with company and national rates. Level of exposure was classified as low (approximately <10 ppm (<30 mg/m$^3$)), moderate (sometimes above 10 ppm [30 mg/m$^3$]), or high, although quantitative data were not reported (Chen et al., 1988a). In an additional case–control study, cancers of the buccal cavity/pharynx ($n = 39$), liver ($n = 6$), prostate ($n = 43$), and testis ($n = 11$) and

malignant melanoma of the skin ($n = 39$) were examined in approximately 8700 workers from four plants, which included a DMF production plant, two acrylic fibre plants that used DMF as a spinning solvent, and a plant using the chemical as a solvent for inks (Walrath et al., 1989).

Three cases of testicular germ cell tumours that occurred during 1981–1983 among 153 white men who repaired the exterior surfaces and electrical components of F4 Phantom jets in the USA were reported by Ducatman et al. (1986), which led to surveys of two other repair shops at different locations, one in which F4 Phantom jets were repaired and one where other types of aircraft were repaired. Four of 680 workers in the F4 Phantom shop had testicular germ cell cancers (approximately one expected) diagnosed during 1970–1983. No cases were reported in the other facility. All seven men had long histories in aircraft repair; although there were many common exposures to solvents in the three facilities, the only one identified as unique to the F4 Phantom jet aircraft repair facilities was to a solvent mixture containing 80% DMF (20% unspecified). Three of the cases had been exposed to this mixture with certainty, and three had probably been exposed. Of the seven cases, five were seminomas and two were embryonal cell carcinomas.

Levin et al. (1987) and Frumin et al. (1989) reported three cases of embryonal cell carcinoma of the testis in workers at one leather tannery in the USA, where it was reported that DMF as well as a wide range of dyes and solvents were used, including such testicular toxins as 2-ethoxyethanol and 2-ethoxyethanol acetate. The latency period ranged from 8 to 14 years. No additional cancers were reported in a screening effort undertaken to identify additional testicular cancers in 51 of the 83 workers at the leather tannery where the three cases were reported (Calvert et al., 1990).

In an investigation of cancer incidence at a plant producing acrylonitrile fibres, compared with company and national rates, there was no increase in the incidence of testicular cancer in 2530 actively employed workers exposed to DMF only. When the data from this cohort were grouped with data from 1329 workers exposed to both DMF and acrylonitrile, there was only one case of testicular cancer, versus 1.7 expected (confidence interval [CI] not reported) (Chen et al., 1988a).

There was no increase in cancer of testis (odds ratio = 0.91; 95% CI = 0.1–8.6; observed number of cases = 11) in the case–control study described above in which the cases were drawn from a population of

approximately 8700 workers involved in production or use of DMF at four plants (Walrath et al., 1989, 1990). For each case, two controls were selected, matched for age, sex, payroll class, and plant. Potential exposure to DMF was classified as low or moderate based on job title/work area combinations and monitoring data.

Chen et al. (1988a) observed a significant increase in prostate cancer (10 observed vs. 5.1 expected from company rates and 5.2 expected from national rates; $P < 0.10$ for both comparisons) in the 3859 workers exposed either to DMF or to both DMF and acrylonitrile. However, when only DMF-exposed workers (2530) were considered, the standardized incidence rate (SIR) (4 observed vs. 2.4 expected from company rates) was not significant. The odds ratio for prostate cancer in the case–control study of the 8700 DMF-exposed workers from four plants was not significantly elevated (1.48; 95% CI = 0.59–3.74; 43 cases) (Walrath et al., 1989, 1990). When analyses were carried out separately for each of the four plants, an increased incidence was observed only at one plant, where the exposure to DMF was lower and the number of cases was fewer than at the other plants. Adjustment for assumed latency period did not alter the odds ratio. There was no relationship with duration of exposure.

Chen et al. (1988a) also reported a significant increase of cancer of the buccal cavity/pharynx (9 observed vs. 1.6 expected from company rates; $P < 0.10$) in the 2530 DMF-exposed workers (confidence intervals not reported). When combined with data from 1329 workers exposed to both DMF and acrylonitrile, the increase (11 observed) was significant when compared with the company rate (3.2 expected; $P < 0.01$), but not compared with the national rate (6.6 expected). There was no relation to either level or duration of exposure. All cases were heavy, long-term smokers. There was no increase in risk of cancer of the buccal cavity/pharynx in the case–control study of workers at the four plants mentioned above (odds ratio = 0.89; 90% CI = 0.35–2.29; 39 cases) (Walrath et al., 1989, 1990).

## 9.4      Genotoxicity

Seven studies were identified in which the genotoxicity of DMF in humans has been examined. Four of these studies were critically reviewed by IARC (1999) and were described therein as follows.

Berger et al. (1985) reported that the prevalence of CAs is higher in the blood lymphocytes of 20 workers exposed to DMF, NMF, and dimethylamine than in 18 unexposed workers at the same factory (1.4% vs. 0.4%;

statistical significance not provided). The mean concentrations 1 year prior to blood sampling were 12.3 mg/m$^3$ for DMF, 5.3 mg/m$^3$ for NMF, and 0.63 mg/m$^3$ for dimethylamine. However, the control group had an unusually low level of chromosome breaks. The IARC Working Group noted that the possible effect of smoking was not addressed.

A higher incidence of CAs was observed in the lymphocytes of about 40 workers exposed to DMF than in an unspecified control group (2.74–3.82% vs. 1.10–1.61%; $P < 0.05$). The range of exposure to DMF was 150–180 mg/m$^3$. Workers were also exposed to trace amounts of MEK, butyl acetate, toluene, cyclohexanone, and xylene. After technological improvements designed to reduce DMF exposure levels (range 35–50 mg/m$^3$), the frequency of aberrant cells decreased to 1.49–1.59% (Koudela & Spazier, 1981).

Although Sram et al. (1985) reported in an abstract that there was no evidence of increased frequency of CA in peripheral lymphocytes in workers exposed to DMF, no details were provided.

Seiji et al. (1992) reported that the mean SCE rate was higher in the blood cells of 22 women exposed to three concentrations of DMF (0.3–5.8 ppm [0.9–17.4 mg/m$^3$]) in a leather production factory than in 22 unexposed controls from the same factory, matched by sex, age, and residence. None of the women smoked tobacco or drank alcohol. The incidence of SCEs was significantly increased in a dose-related manner in the mid- and high-exposure groups.

Based on review of these studies, IARC (1999) concluded that "The positive data for cytogenetic damage in humans occupationally exposed to it are not very convincing."

Three relevant reports, including one for which only an abstract was identified in which few details were provided (Haber et al., 1990), were identified in addition to those reviewed by IARC (1999). The two investigations for which reporting was adequate are described here.

Major et al. (1998) reported that for workers with 3–10 years of occupational exposure to undefined levels of DMF and/or acrylonitrile, the prevalence of peripheral lymphocytes with CAs was increased compared with unexposed controls (see below). After a further 7 months of exposure (to DMF at 0.2–8 ppm [0.6–24 mg/m$^3$] and to acrylonitrile at 0–17.6 mg/m$^3$), the incidence in the exposed group increased to 5.1% but did not increase further up to 20 months. The incidence of SCEs was also

higher than control values at the start of the 20-month study and remained higher at 7 and 20 months. The UDS level was similar to that in controls when the study started, but had increased in the exposed group by month 7. In addition to concomitant exposure to acrylonitrile, current smoking was also a confounding factor, with CA and SCE yields being significantly higher in exposed smokers than in exposed non-smokers. Nevertheless, CA yields at 7 months were significantly higher in exposed non-smokers than in control non-smokers and in exposed smokers than in control smokers.

Cheng et al. (1999) measured SCE frequency in peripheral lymphocytes of workers at a resin synthesis plant. Nine workers had low exposure (median 5.2 ppm [15.6 mg/m$^3$]; range 0.9–5.3 ppm [2.7–15.9 mg/m$^3$]), and 20 workers had high exposure (median 24.8 ppm [74.4 mg/m$^3$]; range 11.4–83.3 ppm [34.2–249.9 mg/m$^3$]). There were no differences between the two groups; there was no additional control population.

Results of studies on genotoxicity conducted since the IARC evaluation have not contributed materially to the database, which was considered by IARC (1999) not to provide convincing evidence. Certainly, the results, when taken as a whole, are inconsistent and not readily explained by variations in exposure.

# 10. EFFECTS ON OTHER ORGANISMS IN THE LABORATORY AND FIELD

DMF has been the focus of several toxicity studies conducted on a range of species. The most sensitive end-points for terrestrial and aquatic organisms are presented below and are summarized in Table 5.

## 10.1    Aquatic environment

A number of studies are available for a range of taxa, including protozoa, blue-green algae, diatoms, green algae, macrophytes, molluscs, oligochaetes, crustaceans, insect larvae, and fish.

For four species of fish, EC$_{50}$ and LC$_{50}$ values ranged from approximately 7100 to 12 000 mg/litre (Batchelder, 1976; Johnson & Finley, 1980; Call et al., 1983; Poirier et al., 1986; Groth et al., 1994). The most sensitive fish species appears to be the bluegill (*Lepomis macrochirus*), with an LC$_{50}$ of 7100–7500 mg/litre.

Aquatic invertebrates tested include the water flea (*Daphnia magna*) and various species of insect larvae.

The water flea appears to be the most sensitive invertebrate, with a NOEL of 1140 mg/litre. Acute end-points (EC$_{50}$ and LC$_{50}$) for *Daphnia magna* range from 12 400 to 15 700 mg/litre, whereas chronic studies provide end-points for mortality between 1140 and 3721 mg/litre (Call et al., 1983; Leblanc & Surprenant, 1983; Adams & Heidolph, 1985; Poirier et al., 1986; Ziegenfuss et al., 1986; Sebaugh et al., 1991). The 48-h LC$_{50}$s obtained for various species of insect larvae were much higher and ranged from 33 500 to 36 200 mg/litre (Call et al., 1983; Poirier et al., 1986; Ziegenfuss et al., 1986).

The most sensitive alga appears to be *Selenastrum capricornutum*, with a 14-day NOEC value for growth inhibition of 480 mg/litre (Hughes & Vilkas, 1983). Results for two other green algae range from 8900 to 10 000 mg/litre (Stratton & Smith, 1988; El Jay, 1996). Peterson et al. (1997) obtained an IC$_{25}$ for growth inhibition of 6200 mg/litre for the diatom *Nitzschia* sp. In the same study, blue-green algae appeared to be the least sensitive, with IC$_{25}$s for growth inhibition ranging from 7000 to 15 100 mg/litre for three tested species (Peterson et al., 1997), a finding that differs from earlier data (Stratton, 1987). Because of the high degree of quality assurance/quality control associated with the Peterson et al. (1997) study, these data are considered as definitive levels of toxicity to blue-green algae.

Rajini et al. (1989) measured the lethal response of the ciliated protozoan *Paramecium caudatum* to acute (10-min and 4-h) exposures to DMF. The 4-h LC$_{50}$ was found to be 20 465 mg/litre. A recent paper reports EC$_{50}$s of 8190–9870 mg/litre for deformations and LC$_{50}$s of 19 700–31 700 mg/litre for the protozoan *Spirostomum ambiguum* (Nalecz-Jawecki & Sawicki, 1999).

Marine organisms tested include the bacteria *Vibrio fischeri*, the common shrimp (*Crangon crangon*), and a fish, the winter flounder (*Pleuronectes americanus*). For the decrease in luminescence in *Vibrio fischeri*, the 5-min EC$_{50}$ value of 20 000 mg/litre (Curtis et al., 1982) is in the same order of magnitude as the values (13 260–14 830 mg/litre) obtained by Harwood[1] with a 15-min exposure. IC$_{25}$ values calculated by Harwood[1] with the same data set range from 5830 to 6730 mg/litre.

---

[1] Personal communications from M. Harwood, Environment Canada, to A. Chevrier, Environment Canada, dated 2 and 5 December 1997.

**Table 5: Toxicity of DMF to various organisms.**

| Test species | Latin name | End-point | Range | References |
|---|---|---|---|---|
| Bacteria | *Vibrio fischeri* | 5-min $EC_{50}$ light production | 20 000 mg/litre | Curtis et al. (1982) |
| Bacteria | *Vibrio fischeri* | 15-min $IC_{20}$ light inhibition<br>15-min $IC_{25}$ light inhibition | 13 260–14 830 mg/litre<br>5830–6730 mg/litre | Harwood[a] |
| Protozoan | *Paramecium caudatum* | 4-h $LC_{50}$ mortality | 20 465 mg/litre | Rajini et al. (1989) |
| Protozoan | *Spirostomum ambiguum* | 24-h $EC_{50}$ deformations<br>24-h $LC_{50}$ mortality<br>48-h $EC_{50}$ deformations<br>48-h $LC_{50}$ mortality | 9870 mg/litre<br>31 700 mg/litre<br>8190 mg/litre<br>19 700 mg/litre | Nalecz-Jawecki & Sawicki (1999) |
| Blue-green algae | *Nostoc* sp. | 10- to 14-day $EC_{50}$ growth inhibition test | <480 mg/litre | Stratton (1987) |
| Blue-green algae | *Anabaena* sp. | 10- to 14-day $EC_{50}$ growth inhibition test | <480 mg/litre | Stratton (1987) |
| Blue-green algae | *Anabaena cylindrica* | 10- to 14-day $EC_{50}$ growth inhibition test | <480 mg/litre | Stratton (1987) |
| Blue-green algae | *Anabaena variabilis* | 10- to 14-day $EC_{50}$ growth inhibition test | <480 mg/litre | Stratton (1987) |
| Blue-green algae | *Anabaena inaequalis* | 10- to 14-day $EC_{50}$ growth inhibition test | 5700 mg/litre | Stratton (1987) |
| Blue-green algae | *Anabaena flos-aquae* | 48-h $IC_{25}$ growth inhibition | 15 100 mg/litre | Peterson et al. (1997) |
| Blue-green algae | *Microcystis aeruginosa* | 48-h $IC_{25}$ growth inhibition | 7000 mg/litre | Peterson et al. (1997) |
| Blue-green algae | *Oscillatoria* sp. | 48-h $IC_{25}$ growth inhibition | 10 400 mg/litre | Peterson et al. (1997) |
| Diatom | *Nitzschia* sp. | 48-h $IC_{25}$ growth inhibition | 6200 mg/litre | Peterson et al (1997) |
| Green algae | *Selenastrum capricornutum* | 48-h $IC_{25}$ growth inhibition | 7700 mg/litre | Peterson et al. (1997 ) |
| Green algae | *Selenastrum capricornutum* | 72-h $IC_{25}$ growth as cell numbers | 3420–6280 mg/litre | Harwood[a] |
| Green algae | *Selenastrum capricornutum* | growth at day 4 | inhibition at 5000 mg/litre | El Jay (1996) |
| Green algae | *Selenastrum capricornutum* | growth inhibition NOEC | 480 mg/litre | Hughes & Vilkas (1983) |
| Green algae | *Selenastrum capricornutum* | growth at day 4 | stimulation at 1000 mg/litre | El Jay (1996) |
| Green algae | *Chlorella vulgaris* | growth at day 4 | inhibition at 10 000 mg/litre | El Jay (1996) |
| Green algae | *Chlorella vulgaris* | growth at day 4 | stimulation at 1000 mg/litre | El Jay (1996) |
| Green algae | *Chlorella pyrenoidosa* | 10- to 14-day $EC_{50}$ reduction in growth | 8900 mg/litre | Stratton & Smith (1988) |
| Duckweed | *Lemna minor* | 7-day $IC_{25}$ growth inhibition | 4900 mg/litre | Peterson et al. (1997) |
| Water flea | *Daphnia magna* | acute 48-h $EC_{50}$ immobilization | 14 500 mg/litre | Poirier et al. (1986) |
| Water flea | *Daphnia magna* | acute 48-h $EC_{50}$ survival and mortality | 15 700 mg/litre | Adams & Heidolph (1985) |
| Water flea | *Daphnia magna* | acute 48-h $LC_{50}$ mortality | 14 400 mg/litre | Ziegenfuss et al. (1986) |
| Water flea | *Daphnia magna* | acute 48-h $LC_{50}$ mortality | 14 530 mg/litre | Call et al. (1983) |
| Water flea | *Daphnia magna* | acute 48-h $EC_{50}$ immobilization | 13 100 mg/litre | Sebaugh et al. (1991) |

**Concise International Chemical Assessment Document 31**

Table 5 (contd).

| Test species | Latin name | End-point | Range | References |
|---|---|---|---|---|
| Water flea | *Daphnia magna* | chronic 21-day $EC_{50}$ survival and mortality | 3721 mg/litre | Adams & Heidolph (1985) |
| Water flea | *Daphnia magna* | chronic 21-day NOEL/LOEC survival and mortality | 1500–3000 mg/litre | Adams & Heidolph (1985) |
| Water flea | *Daphnia magna* | chronic 28-day NOEL survival and mortality | 1140 mg/litre | Leblanc & Surprenant (1983) |
| Water flea | *Daphnia magna* | acute 48-h $EC_{50}$ survival and mortality | 12 400 mg/litre | Leblanc & Surprenant (1983) |
| Insect larvae | *Paratanytarsus parthenogeneticus* | 48-h $EC_{50}$ | 36 200 mg/litre | Poirier et al. (1986) |
| Insect larvae | *Tanytarsus dissimilis* | 48-h $LC_{50}$ | 36 000 mg/litre | Call et al. (1983) |
| Insect larvae | *Chironomus tentans* | acute 48-h $LC_{50}$ mortality | 33 500 mg/litre | Ziegenfuss et al. (1986) |
| Shrimp | *Crangon crangon* | $LC_{50}$ | >100 mg/litre | Portmann & Wilson (1971) |
| Rainbow trout | *Oncorhynchus mykiss* | acute 96-h $LC_{50}$ mortality | 9800–12 000 mg/litre | Johnson & Finley (1980); Call et al. (1983); Poirier et al. (1986) |
| Winter flounder | *Pleuronectes americanus* | inhibition of the enzyme activity in intestinal mucosae | 50 000 mg/litre | Janicki & Kinter (1971) |
| Zebrafish | *Brachydanio rerio* | acute 96-h $LC_{50}$ mortality | 8840 mg/litre | Groth et al. (1994) |
| Fathead minnow | *Pimephales promelas* | acute 96-h $LC_{50}$ mortality | 9080–11 400 mg/litre | Batchelder (1976); Call et al. (1983); Poirier et al. (1986) |
| Bluegill | *Lepomis macrochirus* | acute 96-h $LC_{50}$ mortality | 7100–7500 mg/litre | Call et al. (1983); Poirier et al. (1986) |
| Soil fungi | *Sclerotinia homeocarpa* | $EC_{50}$ inhibition of fungal growth, compared with a control growth of 50–70 mm | 4840 mg/litre | Stratton (1985) |
| Soil fungi | *Pythium ultimum* | $EC_{50}$ inhibition of fungal growth, compared with a control growth of 50–70 mm | 10 250 mg/litre | Stratton (1985) |
| Soil fungi | *Pestalotia* sp. | $EC_{50}$ inhibition of fungal growth, compared with a control growth of 50–70 mm | 5970 mg/litre | Stratton (1985) |
| Wheat and bean seeds | | inhibition of germination | 50 000 mg/litre | Szabo (1972) |
| Rat | | 2-year inhalational NOEL, 6 h/day, 5 days/week exposure changes in body weight and clinical chemistry parameters | 75 mg/m³ | Malley et al. (1994) |

[a] Personal communications from M. Harwood, Environment Canada, to A. Chevrier, Environment Canada, dated 2 and 5 December 1997.

Portmann & Wilson (1971) reported an $LC_{50}$ of >100 mg/litre for *Crangon crangon*.

**10.2    Terrestrial environment**

There is little information available on the toxicity of DMF to terrestrial vascular plants. Szabo (1972) reported that DMF did not inhibit germination of wheat and bean seeds at 1% (approximately 10 000 mg/litre), but did at 5% (approximately 50 000 mg/litre); however, little methodological information is provided with which to assess the quality of the data. The $IC_{25}$ of 4900 mg/litre for the duckweed (*Lemna minor*), an aquatic angiosperm, indicates that terrestrial angiosperms may not be sensitive to DMF (Peterson et al., 1997). The most sensitive organism in the terrestrial

compartment appears to be the soil fungus *Sclerotinia homeocarpa*, with an $EC_{50}$ of 4840 mg/litre for growth inhibition (Stratton, 1985).

Although information on effects of DMF on wildlife has not been identified, a review of laboratory studies on experimental animals (WHO, 1991) concludes that acute toxicity of DMF in a variety of species is low. Only one chronic (2-year) inhalation assay was identified in recent literature (Malley et al., 1994). In that study, a LOEC of 25 ppm (75 mg/m$^3$) following inhalation of DMF was reported, based on changes in body weight and clinical chemistry.

# 11. EFFECTS EVALUATION

## 11.1    Evaluation of health effects

### 11.1.1    *Hazard identification and dose–response assessment*

#### 11.1.1.1    *Effects in humans*

Consistent with the results of studies in experimental animals, available data from case reports and cross-sectional studies in occupationally exposed populations indicate that the liver is the target organ for the toxicity of DMF in humans. The profile of effects is consistent with that observed in experimental animals, with gastrointestinal disturbance, alcohol intolerance, increases in serum hepatic enzymes (AST, ALT, 9-GT, and AP), and histopathological effects (hepatocellular necrosis, enlarged Kupffer cells, microvesicular steatosis, complex lysosomes, pleomorphic mitochondria, and fatty changes with occasional lipogranuloma) being observed. Effects observed at lowest concentrations in cross-sectional studies in occupationally exposed populations for which there is some information on dose–response are increases in serum hepatic enzymes.

Based on the limited data available, there is no convincing, consistent evidence of increased risk of cancer at any site associated with exposure to DMF in the occupational environment. Case reports of testicular cancers have not been confirmed in a cohort and case–control study. There have been no consistent increases in tumours at other sites associated with exposure to DMF.

There is also little consistent, convincing evidence of genotoxicity in populations occupationally exposed to DMF, with results of available studies of exposed workers (to DMF and other compounds) being mixed. The pattern of observations is not consistent with variations in exposure across studies. However, in view

of the positive dose–response relationship observed in the one study in which it was investigated, this area may be worthy of additional work, although available data on genotoxicity in experimental systems are overwhelmingly negative.

#### 11.1.1.2    *Effects in experimental animals*

DMF has low acute toxicity and is slightly to moderately irritating to the eyes and skin, based on limited data acquired in non-standard assays. Available data are inadequate as a basis for characterization of the potential of DMF to induce sensitization. In acute and repeated-dose toxicity studies, DMF has been consistently hepatotoxic, inducing effects on the liver at lowest concentrations or doses. The profile of effects includes alterations in hepatic enzymes, increases in liver weight, progressive degenerative histopathological changes and eventually cell death, and increases in serum hepatic enzymes. Species variation in sensitivity to these effects has been observed, with the order of sensitivity being mice > rats > monkeys.

Although the database for carcinogenicity is limited to two adequately conducted bioassays in rats and mice, there have been no increases in the incidence of tumours following chronic inhalation exposure to DMF. The weight of evidence for genotoxicity is overwhelmingly negative, based on extensive investigation in *in vitro* assays, particularly for gene mutation, and a more limited database *in vivo*.

DMF has induced adverse reproductive effects only at concentrations considerably greater than those associated with adverse effects on the liver. In adequately conducted and reported primarily recent developmental studies, fetotoxic and teratogenic effects have been consistently observed only at maternally toxic concentrations or doses.

Available data are inadequate as a basis for assessment of the neurological, immunological, or skin sensitizing effects of DMF.

The following guidance is provided as a possible basis for derivation of limits of exposure and judgement of the quality of environmental media by relevant authorities.

### 11.1.2    *Criteria for setting tolerable concentrations or guidance values*

In both humans and experimental animals exposed to DMF, the target organ has been the liver, consistent with local action of a reactive intermediate in the tissue where it is primarily metabolized. Available data indicate that there are considerable variations between experimental animals and humans in the proportion of

**Concise International Chemical Assessment Document 31**

DMF metabolized by the putatively toxic pathway, with the resulting implication that humans may be more sensitive to the effects of DMF. Also, since there are data available to serve as the basis for at least crude characterization of exposure–response for parameters associated with hepatic toxicity in workers, the tolerable concentration (TC) is based on data on inhalation in humans, although it should be noted that these values do not account for likely additional exposure by dermal absorption. Analyses of dose–response for hepatic effects in the studies in experimental animals are presented for comparison. Since exposure in the general environment is likely to be primarily through air, emphasis in this section is on the generally more extensive database on toxicity by the inhalation route.

Effects on the liver observed at lowest concentration in cross-sectional studies in occupationally exposed populations for which there is some information on exposure–response are increases in serum hepatic enzymes. The results concerning exposure–response are consistent across studies, with increases in serum hepatic enzymes not being observed at concentrations in the range of 1–6 ppm (3–18 mg/m$^3$). At higher levels of exposure (>7 ppm [>21 mg/m$^3$]), increased serum levels of hepatic enzymes have been observed consistently. Cirla et al. (1984) reported significant increases in serum 9-GT in 100 workers exposed to 7 ppm (21 mg/m$^3$). Similarly, Fiorito et al. (1997) reported significant increases in serum ALT, AST, 9-GT, and AP in workers exposed to 7 ppm (21 mg/m$^3$).

Catenacci et al. (1984) did not observe differences between serum levels of SGOT, SGPT, and 9-GT in workers employed for more than 5 years. In view of the small number of subjects exposed to the mean TWA of 6 ppm (18 mg/m$^3$) DMF ($n = 28$), negative results reported therein may be a function of lack of power of the study to detect a meaningful effect and are not, therefore, necessarily inconsistent with the results of Cirla et al. (1984) and Fiorito et al. (1997).

Based on the lowest-observed-adverse-effect level (LOAEL) of 7 ppm (21 mg/m$^3$), a TC[1] has been derived as follows:

$$TC = \frac{7\,ppm}{50} \times 8/24 \times 5/7$$

$$= 0.03\ ppm\ (0.1\ mg/m^3)$$

where:

- 7 ppm (21 mg/m$^3$) is the LOAEL for increases in serum hepatic enzymes in workers exposed primarily to DMF, reported by Cirla et al. (1984) and Fiorito et al. (1997); it should be noted that the observed small increases in a few serum hepatic enzymes are considered to be only minimally adverse, with associated hepatic damage likely being reversible upon cessation of exposure;
- 8/24 and 5/7 are the factors to convert exposure during 8 h/day and 5 days/week, respectively, to continuous exposure;
- 50 is the uncertainty factor (×10 for intraspecies [interindividual][2] variation, including sensitive subgroups; ×5 to account primarily for less than lifetime exposure; although the TC is based on a LOAEL, observed effects are considered to be only minimally adverse).

Although not the basis of the TC developed here, there are several important observations from dose–response analyses of the results of the studies in animals (see Appendix 4). The lowest reported benchmarks for a range of hepatic effects in rats and mice following inhalation are those for histopathological lesions in the liver of both rats and mice, which are higher but in the same range as those reported to induce effects on hepatic function in the studies in workers. It should be noted, though, that, due to the nature of the effects on which they were based (increases in serum hepatic enzymes versus histological effects), the benchmarks in humans are not strictly comparable.

It is also evident that there is progression of effects from the medium-term to long-term studies, with effects being more severe following long-term exposure (although quantitative values for the lowest benchmarks for different types of lesions in the medium-term and long-term studies are similar).

### 11.1.3    Sample risk characterization

Due to the nature of use, patterns of release, and environmental fate of DMF, the focus of the human health risk characterization for indirect exposure is populations exposed through air in the vicinity of industrial point sources.

With a reported annual loading of less than 20 tonnes and generally less than 1 tonne at any location in the sample country (i.e., Canada), continuous releases of consistent magnitude likely result in long-term expo-

---

[1] The term "tolerable concentration" is used here in the same sense as the term "tolerable intake" as defined by IPCS (1994), i.e., "an estimate of the intake of a substance over a lifetime that is considered to be without appreciable health risk."

[2] Available quantitative data are insufficient to replace default values for the component of this uncertainty factor with data-derived values (IPCS, 1994).

*N,N-Dimethylformamide*

sure to small concentrations (worst-case estimate in Canada, 0.11 mg/m$^3$) of DMF near point sources. Because of the absence of empirical data on concentrations of DMF in air in Canada, an estimated exposure value (EEV) was calculated based on release data for the largest Canadian emitter, making several conservative assumptions.

The largest annual release reported at one location can be expressed on a daily basis (12.7 tonnes/year = 0.0348 tonnes/day or $3.48 \times 10^7$ mg/day). As a conservative estimate, it will be assumed that daily releases of DMF are contained within a cylinder having a radius of 1 km centred on the point source. Dispersion within 1 km is likely a conservative assumption for a number of reasons. First, the greatest reported emissions are occurring in a mixed industrial and agricultural area (Environment Canada, 1999b). The site is paved with asphalt; as such, wild plants and mammals will not likely be found in the immediate vicinity of the source. Finally, although the specific dispersal behaviour of DMF has not been documented near the source, results of dispersion modelling indicate that concentrations of other contaminants released to air elsewhere tend to decrease rapidly within a few kilometres of industrial point sources (e.g., Davis, 1997; Thé, 1998).

Upward movement of organic compounds generally does not exceed 100 m at night and may exceed 1000 m during the day.[1] The more conservative value of 100 m will be used as a ceiling for estimating the exposure concentrations throughout the day.

This provides a dispersal volume of $3.14 \times 10^8$ m$^3$ in the form of a cylinder 100 m in height and 1 km in radius. With a daily release of $3.48 \times 10^7$ mg/day, the daily increase in the concentration of DMF in air is estimated at 0.11 mg/m$^3$. Since ambient levels in the cylinder are likely to be lower than this daily increase of 0.11 mg/m$^3$, it will be used as a conservative EEV. Reaction with hydroxyl radicals will tend to reduce the concentrations of DMF in the daytime. Since the degradation half-life of DMF could be a week or more, continuous daily inputs would lead to buildup of DMF within the cylinder in the absence of any other loss process. However, fugacity-based modelling suggests that advection processes, i.e., rain and wind, are the major factors in determining concentrations in the atmosphere. Even under essentially stagnant conditions, with a wind speed of 1 km/h, the rate of advection of DMF out of the cylinder is so fast that the steady-state concentration would be 0.01 mg/m$^3$ or less. At a typical average wind speed of 10 km/h, the concentration of DMF in the cylinder would be

reduced by a factor of approximately 100. The EEV of 0.11 mg/m$^3$ is generally higher than or comparable to measurements made in other countries.

Worst-case estimates of airborne levels in the immediate vicinity of the largest emitter in the sample country (0.11 mg/m$^3$), which are likely 10- to 100-fold greater than those anticipated under most conditions, do not appreciably exceed the TC (0.1 mg/m$^3$) derived on the basis of increases in serum hepatic enzymes in exposed workers.

### 11.1.4    Uncertainties and degree of confidence in human health risk characterization

Quantitative estimates of ambient levels of DMF in the vicinity of point sources in the sample country on which the human health risk characterization is based are highly uncertain (see discussion of uncertainty in section 11.2.3) and likely conservative, although consistent with highest concentrations measured in other countries. The proximity of these predicted concentrations in the vicinity of point sources to residential areas is also unknown. Available monitoring data are inadequate as a basis for characterization of the exposure of the general population to DMF.

There is a high degree of confidence based on studies in both humans and experimental animals that the liver is the target organ for the toxicity of DMF. Cross-sectional studies on hepatic effects in workers, limited principally to males, were complicated by co-exposures to other substances and limitations of available data on exposure, including, in some cases, lack of monitoring data for individuals. However, the levels that induced minimally adverse effects were remarkably consistent across a large number of studies. The TC developed on the basis of increases in serum hepatic enzymes in occupationally exposed populations is likely conservative, since it does not take into account additional exposure by the dermal route.

Although cases of testicular cancer among people exposed to DMF have been reported, these findings have not been corroborated in (limited) epidemiological studies, and it is thus unlikely that DMF is carcinogenic to humans.

## 11.2    Evaluation of environmental effects

### 11.2.1    Terrestrial assessment end-points

Since most DMF appears to be released to air in the sample country, and based on the fate of DMF in the ambient environment, biota are expected to be exposed to DMF primarily in air; little exposure to DMF from surface water, soil, or benthic organisms is expected. Based on this, and because of the low toxicity of DMF to

---

[1] Notes from N.J. Bunce, University of Guelph, Guelph, Ontario, to A. Chevrier, Environment Canada, dated 1 June 1998.

**Concise International Chemical Assessment Document 31**

a wide range of aquatic and soil organisms, it is unlikely that organisms will be exposed to harmful levels of DMF in Canadian surface waters, soils, or groundwater. Therefore, the focus of the environmental risk characterization will be on terrestrial organisms exposed directly to DMF in ambient air.

Terrestrial plants can be exposed to DMF by direct contact with the atmosphere, but also conceivably by diffusion from raindrops deposited on leaves. No data are available on the toxicity of DMF to terrestrial vascular plants. Seeds, soil fungi, and aquatic angiosperm macrophytes can be used as indicators of the potential sensitivities of trees, shrubs, and other plants. The most sensitive of these organisms appears to be the soil fungus *Sclerotinia homeocarpa*, with an $EC_{50}$ of 4840 mg/litre for growth inhibition (Stratton, 1985). In view of the generally high effect concentrations, it is unlikely that terrestrial plants are particularly sensitive to DMF.

As most DMF is released to air and bioaccumulation is not expected, effects on wildlife will occur mainly through direct exposure by inhalation in the vicinity of the point source. Based on the available information, the home range of common small to medium-sized eastern Canadian mammals is generally much less than 1 km$^2$ (Banfield, 1974; Burt & Grossenheider, 1976; Forsyth, 1985; US EPA, 1999). By contrast, the home range of the raccoon, a common suburban visitor, is quite variable in size, reportedly ranging from a few square kilometres to thousands of square kilometres (Burt & Grossenheider, 1976; US EPA, 1999). Therefore, small mammals are likely exposed over long periods to highest concentrations of DMF within a few kilometres of the site, while the more mobile medium-sized mammals are probably exposed over time to lower average levels of DMF.

No information has been found on effects of DMF on wildlife. Experimental animals used in laboratory studies will be used as surrogates for small and medium-sized mammals exposed to DMF through inhalation.

### 11.2.2    Sample environmental risk characterization

The calculation of the EEV is presented in section 11.1.3.

Analysis of exposure pathways and subsequent identification of sensitive receptors are the basis for selection of environmental assessment end-points (e.g., adverse reproductive effects on sensitive fish species in a community). For each end-point, a conservative EEV is selected and an estimated no-effects value (ENEV) is determined by dividing a critical toxicity value (CTV) by an application factor. A hyperconservative or conservative quotient (EEV/ENEV) is calculated for each

of the assessment end-points in order to determine whether there is potential ecological risk.

The long-term (18-month) inhalation LOAEC of 75 mg/m$^3$ measured for mice is used as a CTV for exposure of small mammals. This value was selected from a large data set composed of acute and long-term studies conducted on a number of laboratory species. Although no direct effects related to survival were observed at the exposure concentrations (up to 1200 mg/m$^3$), nor were any haematological changes or effects on the estrous cycle observed, the incidence of hepatocellular hypertrophy, hepatic single-cell necrosis, and hepatic Kupffer cell hyperplasia/pigment accumulation was increased at 75 mg/m$^3$ (Malley et al., 1994). Such effects may not directly manifest themselves as population-level effects in wildlife species; therefore, the ENEV is derived by dividing the CTV by a reduced application factor of 5. This factor also accounts for the extrapolation from a low-effect level to a no-effect level, as well as the uncertainty surrounding the extrapolation from laboratory to field conditions and interspecies and intraspecies variations in sensitivity. As a result, the ENEV is 15 mg/m$^3$. Therefore, using the EEV of 0.11 mg/m$^3$, the quotient EEV/ENEV= 0.007. Since this conservative quotient is less than 1, it is unlikely that DMF causes adverse effects on terrestrial organisms in the sample country.

### 11.2.3    Discussion of uncertainty

There are a number of potential sources of uncertainty in this environmental risk assessment.

The calculated Henry's law constant is uncertain, as solubility cannot be measured. Based on sensitivity analysis, the fugacity-based partitioning estimates can be sensitive to the value used as the Henry's law constant.[1]

Ambient levels near Canadian sources are not available. The EEV was therefore estimated based on available information on releases. This calculated EEV is, however, generally consistent with the highest concentrations measured in other countries. It is unlikely that there are concentrations of DMF in the sample country that are higher than those calculated and used in this assessment. For air, reported releases at the selected location by far exceed reported releases to air at any other location and as such likely constitute a worst-case scenario. For water, concentrations are expected to

---

[1] Collection of notes and modelling results submitted by A. Bobra, AMBEC Environmental Consultant, to Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, 1999.

*N,N-Dimethylformamide*

be low because of the limited releases identified to this medium and the limited partitioning of DMF from air into water. Small spills and leakage could increase levels of DMF in soil and groundwater; however, the available information suggests that such releases would be small and infrequent.

Regarding effects of DMF on terrestrial organisms, although no toxicity data were identified for vascular plants, data for effects on seeds and aquatic macrophytes suggest that terrestrial vegetation is not particularly sensitive to DMF. Additional evidence of effects on terrestrial plants would strengthen the conclusion that DMF is not expected to damage gymnosperms, angiosperms, and other vascular plants.

There is uncertainty concerning the extrapolation from available toxicity data for laboratory mammals to potential effects on wildlife populations. To account for these uncertainties, an application factor was used in the environmental risk analysis to derive ENEVs.

## 12. PREVIOUS EVALUATIONS BY INTERNATIONAL BODIES

IARC (1999) has classified DMF in Group 3 (not classifiable as to its carcinogenicity to humans). There was inadequate evidence for carcinogenicity of DMF in humans. There was evidence suggesting lack of carcinogenicity of DMF in experimental animals.

*Concise International Chemical Assessment Document 31*

# REFERENCES

Adams WJ, Heidolph BB (1985) Short-cut chronic toxicity estimates using *Daphnia magna*. In: Cardwell RD, Purdy R, Bahner RC, eds. *Aquatic toxicity and hazard assessment: seventh symposium* Philadelphia, PA, American Society for Testing and Materials, pp. 87–103 (ASTM Special Technical Publication 854).

Agrelo C, Amos H (1981) DNA repair in human fibroblasts. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 528–532 (Progress in Mutation Research, Vol. 1).

Amster MB, Hijazi N, Chan R (1983) Real time monitoring of low level air contaminants from hazardous waste sites. In: *National Conference on Management of Uncontrolled Hazardous Waste Sites*, 31 October – 2 November 1983, Washington, DC. Silver Spring, MD, Hazardous Materials Control Research Institute/ Consultants, pp. 98–99.

Angerer J, Göen T, Krämer A, Käfferlein HU (1998) *N*-Methylcarbamoyl adducts at the *N*-terminal valine of globin in workers exposed to *N,N*-dimethylformamide. *Archives of toxicology*, 72:309–313.

Antoine JL, Arany J, Léonard A, Henrotte J, Jenar-Dubuisson G, Decat G (1983) Lack of mutagenic activity of dimethylformamide. *Toxicology*, 26:207–212.

Arena N, Santacruz G, Alia EF, Baldus M, Corgiolu T, Alia EE (1982) [Structural and ultrastructural changes to the myocardium in rabbits exposed to dimethylformamide vapour.] *Bollettino della Società Italiana di Biologia Sperimentale*, 58:1496–1501 (in Italian).

Atkinson R (1988) Estimation of gas-phase hydroxyl radical rate constants for organic chemicals. *Environmental toxicology and chemistry*, 7:435–442.

Baker RSU, Bonin AM (1981) Study of 42 coded compounds with the *Salmonella*/mammalian microsome assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 249–260 (Progress in Mutation Research, Vol. 1).

Banfield AWF (1974) *The mammals of Canada.* Toronto, Ontario, University of Toronto Press.

BASF (1984) *13-week oral toxicity (feeding) study with dimethylformamide (DMF) in beagle dogs with cover sheet dated 061289.* BASF Aktiengesellschaft. Washington, DC, US Environmental Protection Agency (TSCA Submission EPA Document No. 86-890000633).

Batchelder TL (1976) *Evaluation of dimethylformamide in the aquatic environment (final report) (sanitized).* Washington, DC, US Environmental Protection Agency (EPA No. 86-890001140S).

Becci PJ, Voss KA, Johnson WD, Gallo MA, Babish JG (1983) Subchronic feeding study of *N,N*-dimethylformamide in rats and mice. *Journal of the American College of Toxicology*, 2:371–378.

Begert A (1974) Biological purification of dimethylformamide-containing industrial sewage. *Vom Wasser*, 43:403–432.

Berger H, Haber I, Wünscher G, Bittersohl G (1985) [Epidemiologic studies of exposure to dimethylformamide.]

*Zeitschrift für die Gesamte Hygiene und ihre Grenzgebiete*, 31:366–368 (in German) [cited in IARC, 1999].

Brooks TM, Dean BJ (1981) Mutagenic activity of 42 coded compounds in the *Salmonella*/microsome assay with preincubation. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 261–270 (Progress in Mutation Research, Vol. 1).

Brugnone F, Perbellini L, Gaffuri E (1980) *N,N*-Dimethylformamide concentration in environmental and alveolar air in an artificial leather factory. *British journal of industrial medicine*, 37:185–188.

BUA (1994) *N,N-Dimethylformamide*. GDCh-Advisory Committee on Existing Chemicals of Environmental Relevance. Stuttgart, German Chemical Society, Wissenschaftliche Verlagsgesellschaft, December 1991 (BUA Report No. 84).

Burt WH, Grossenheider RP (1976) *A field guide to the mammals of North America north of Mexico*, 3rd ed. Boston, MA, Houghton Mifflin Company.

Buylaert W, Calle P, DePaepe P, Verstraete A, Samyn N, Vogelaers D, Vandenbulcke M, Belpaire F (1996) Hepatotoxicity of *N,N*-dimethylformamide (DMF) in acute poisoning with the veterinary euthanasia drug T-61. *Human experimental toxicology*, 15:607–611.

Cai SX, Huang MY (1979) [Investigation on occupational hazard in a butadiene monomer workshop of a *cis*-butadiene rubber plant.] *Journal of hygiene research*, 8(1):22–49 (in Chinese) [cited in WHO, 1991].

Cai S-X, Huang M-Y, Xi L-Q, Li Y-L, Qu J-B, Kawai T, Yasugi T, Mizunuma K, Watanabe T, Ikeda M (1992) Occupational dimethylformamide exposure. 3. Health effects of dimethylformamide after occupational exposure at low concentrations. *International archives of occupational and environmental health*, 63:461–468.

Call DJ, Brooke LT, Ahmad N, Richter JE (1983) *Toxicity and metabolism studies with EPA priority pollutants and related chemicals in freshwater organisms*. Duluth, MN, US Environmental Protection Agency (EPA-600/3-83-095).

Calvert GM, Fajen JM, Hills BW, Halperin WE (1990) Testicular cancer, dimethylformamide, and leather tanneries. *Lancet*, 336:1253–1254.

Carter JL, Young DA (1983) Biodegradation of chemical plant wastewater containing dimethylformamide. In: *Proceedings of the 38th Industrial Waste Conference*, 10–12 May 1983. Boston, MA, Butterworth Publishers, pp. 481–486.

Casal Lareo A, Perbellini L (1995) Biological monitoring of workers exposed to *N,N*-dimethylformamide. II. Dimethylformamide and its metabolites in urine of exposed workers. *International archives of occupational and environmental health*, 67:47–52.

Catenacci G, Grampella D, Terzi R, Sala A, Pollini G (1984) Hepatic function in subjects exposed to environmental concentrations of DMF lower than the actually proposed TLV. *Giornale Italiano di Medicina del Lavoro*, 6:157–158.

Chary S (1974) Dimethylformamide: a cause of acute pancreatitis? *Lancet*, ii:356.

Chen JL, Fayerweather WE, Pell S (1988a) Cancer incidence of workers exposed to dimethylformamide and/or acrylonitrile. *Journal of occupational medicine*, 30:813–818.

Chen JL, Fayerweather WE, Pell S (1988b) Mortality study of workers exposed to dimethylformamide and/or acrylonitrile. *Journal of occupational medicine*, 30:819–821.

Cheng T, Hwang S, Kuo H, Luo J, Chang M (1999) Exposure to epichlorohydrin and dimethylformamide, glutathione *S*-transferases and sister chromatid exchange frequencies in peripheral lymphocytes. *Archives of toxicology*, 73(4/5):282–287.

Chieli E, Saviozzi M, Menicagli S, Branca T, Gervasi PG (1995) Hepatotoxicity and P-4502E1-dependent metabolic oxidation of *N,N*-dimethylformamide in rats and mice. *Archives of toxicology*, 69:165–170.

Chivers CP (1978) Disulfiram effect from inhalation of dimethylformamide. *Lancet*, i:331.

Chudoba J, Pitter P, Madera V (1969) Biological oxidation of lower aliphatic amines and dimethylformamide. *Chemicky Prumysi*, 19:76–80.

Cirla AM, Pisati G, Invernizzi E, Torricelli P (1984) Epidemiological study on workers exposed to low dimethylformamide concentrations. *Giornale Italiano di Medicina del Lavoro*, 6:149–156.

CITI (1992) *Biodegradation and bioaccumulation data on existing chemicals based on the CSCL Japan.* Tokyo, Chemicals Inspection and Testing Institute.

Clay PF, Spittler TM (1983) Determination of airborne volatile nitrogen compounds using four independent techniques. In: *National Conference on Management of Uncontrolled Hazardous Waste Sites*, 31 October – 2 November 1983, Washington, DC. Silver Spring, MD, Hazardous Materials Control Research Institute/Consultants, pp. 100–104.

Clayton JW, Barnes JR, Hood DB, Schepers GWH (1963) The inhalation toxicity of dimethylformamide. *American Industrial Hygiene Association journal*, 24:144–154.

Conor Pacific Environmental (1998) *A report on multimedia exposures to selected PSL2 substances.* Prepared by Conor Pacific Environmental (formerly Bovar Environmental) and Maxxam Analytics Inc. for Health Canada, Ottawa, Ontario (Project No. 741-6705; Contract No. DSS File No. 025SS.H4078-6-C574).

Cragin DW, Lewis SC, McKee RH (1990) A dominant lethal test of dimethyl formamide. *Environmental and molecular mutagenesis*, 15(Suppl.17):14 (Abstract 44).

Craig DK, Weir RJ, Wagner W, Groth D (1984) Subchronic inhalation toxicity of dimethylformamide in rats and mice. *Drug and chemical toxicology*, 7:551–571.

Crump K (1995) Calculation of benchmark doses from continuous data. *Risk analysis*, 15(1):79–89.

Crump KS, Van Landingham C (1996) *BENCH_C: A Fortran program to calculate benchmark doses from continuous data.* Ruston, LA, ICF Consulting.

Curtis C, Lima A, Lozano SJ, Veith GD (1982) Evaluation of a bacterial bioluminescence bioassay as a method for predicting acute toxicity of organic chemicals to fish. In: Pearson JG, Foster RB, Bishop WE, eds. *Aquatic toxicity and hazard assessment: Fifth conference.* Philadelphia, PA, American Society for Testing and Materials, pp. 170–178 (ASTM Special Technical Publication 766).

Davis CS (1997) *Air dispersion modelling of phenol, final report.* Prepared by Bovar Environmental for the Chemicals Evaluation Division, Environment Canada, September (BE Project 74171-13).

DMER, AEL (1996) Pathways analysis using fugacity modelling of *N,N*-dimethylformamide for the second Priority Substances List. Prepared for Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada, by Don Mackay Environmental Research, Peterborough, Ontario, and Angus Environmental Limited, Don Mills, Ontario.

Dojlido JR (1979) Investigations of biodegradability and toxicity of organic compounds. Washington, DC, US Environmental Protection Agency (EPA-600/2-79-163) [cited in Howard, 1993].

Drouet D'Aubigny F, Roquelaure Y, Bertrand L, Caillon M, Calès P (1998) [Hepatitis attributable to dimethylformamide with re-exposure.] *Gastroenterologie clinique et biologique*, 22:745–746 (in French).

Druckrey H, Preussmann R, Ivankovic S, Schmähl D (1967) [Organotropic carcinogenic effects of 65 different *N*-nitroso-compounds on BD rats.] *Zeitschrift für Krebsforschung*, 69:103–201 (in German).

Ducatman AM, Conwill DE, Crawl J (1986) Germ cell tumors of the testicle among aircraft repairmen. *Journal of urology*, 136:834–836.

Eben A, Kimmerle G (1976) Metabolism studies of *N,N*-dimethylformamide. III. Studies about the influence of ethanol in persons and laboratory animals. *International archives of occupational and environmental health*, 36:243–265.

Eberling CL (1980) Dimethylformamide. In: Kirk RE, Othmer DF, Grayson M, Eckroth DV, eds. *Kirk-Othmer encyclopedia of chemical technology*, 3rd ed. *Vol. 11*. New York, NY, John Wiley & Sons, pp. 263–268.

El Jay A (1996) Toxic effects of organic solvents on the growth of *Chlorella vulgaris* and *Selenastrum capricornutum. Bulletin of environmental contamination and toxicology*, 57:191–198.

Elovaara E, Marselos M, Vainio H (1983) *N,N*-Dimethylformamide-induced effects on hepatic and renal xenobiotic enzymes with emphasis on aldehyde metabolism in the rat. *Acta Pharmacologica et Toxicologica*, 53:159–165.

Environment Agency Japan (1985) *Chemicals in the environment — Report on environmental survey and wildlife monitoring of chemicals in F.Y. 1982 and 1983*. Tokyo, Environment Agency Japan, Department of Environmental Health, Office of Health Studies, March, p. 50.

Environment Agency Japan (1996) *Chemicals in the environment — Report on environmental survey and wildlife monitoring of chemicals in F.Y. 1994.* Tokyo, Environment Agency Japan, Environmental Health and Safety Division, May, p. 119.

Environment Canada (1998) *PSL2 technical report for N,N-dimethylformamide (1995–1996 data).* Prepared by H. Atkinson, Use Patterns Section, Chemicals Control Division, Commercial Chemicals Evaluation Branch, Environment Canada (unpublished and protected).

Environment Canada (1999a) *Supporting document for the environmental assessment of dimethylformamide, CEPA Priority Substances List*. Hull, Quebec, Environment Canada, Commercial Chemicals Evaluation Branch (unpublished).

**Concise International Chemical Assessment Document 31**

Environment Canada (1999b) *PSL2 additional information on use pattern of DMF obtained from industry in 1999*. Prepared by C. Whitall, Chemicals Evaluation Division, Commercial Chemicals Evaluation Branch, Environment Canada (unpublished and protected).

European Chemicals Bureau (1996a) *Trimethylamine*. IUCLID (International Uniform Chemical Information Database).

European Chemicals Bureau (1996b) *Dimethylamine*. IUCLID (International Uniform Chemical Information Database).

Evans EL, Mitchell AD (1981) Effects of 20 coded chemicals on sister chromatid exchange frequencies in cultured Chinese hamster cells. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 538–550 (Progress in Mutation Research, Vol. 1).

Ewing BB, Chian ESK, Cook JC, DeWalle FB, Evans CA, Hopke PK, Kim JH, Means JC, Milberg R, Perkins EG, Sherwood JD, Wadlin WH (1977) *Monitoring to detect previously unrecognized pollutants in surface waters*. Washington, DC, US Environmental Protection Agency (EPA 560/6-77-015A).

Fail PA, George JD, Grizzle RB, Heindel JJ (1998) Formamide and dimethylformamide: reproductive assessment by continuous breeding in mice. *Reproductive toxicology*, 12:317–332.

Falck K, Partanen P, Sorsa M, Suovaniemi O, Vainio H (1985) Mutascreen, an automated bacterial mutagenicity assay. *Mutation research*, 150:119–125.

Farhi M, Morel M, Cavigneaux A (1968) Dimethylformamide HCON(CH$_3$)$_2$. *Cahier de notes documentaires*, 50:91–93.

Fersht AR, Requena Y (1971) Free energies of hydrolysis of amides and peptides in aqueous solution at 25 degrees Celsius. *Journal of the American Chemical Society*, 93:3499–3504.

Figge K, Dommrose AM, Rabel W, Zerhau W (1987) Sammel- und analysensystem zur bestimmung organischer spurenstoffe inder atmosphare. *Fresenius' Zeitschrift für Analytische Chemie*, 327:279–292 [cited in BUA, 1994].

Finlayson-Pitts BJ, Pitts JN Jr (1986) Atmospheric chemistry: fundamentals and experimental techniques. New York, NY, John Wiley & Sons.

Fiorito A, Larese F, Molinari S, Zanin T (1997) Liver function alterations in synthetic leather workers exposed to dimethyl-formamide. *American journal of industrial medicine*, 32:255–260.

Forsyth A (1985) *Mammals of the Canadian wild*. Camden East, Ontario, Camden House Publishing Ltd.

Frost AA, Pearson RG (1962) *Kinetics and mechanism*. New York, NY, John Wiley and Sons Inc.

Frumin E, Brathwaite M, Towne W, Levin SM, Baker DB, Monaghan SV, Landrigan PJ, Marshal EG, Melius JM (1989) Testicular cancer in leather workers — Fulton County, New York. *Morbidity and mortality weekly report*, 38:105–114.

Fujishiro K, Imazu K, Makita Y, Inoue N (1996) Alterations of hepatic drug metabolising system due to dimethylformamide (DMF). *Fukuoka Igaku Zasshi*, 87(7):162–168.

Garner RC, Welch A, Pickering C (1981) Mutagenic activity of 42 coded compounds in the *Salmonella*/microsome assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*.

New York, NY, Elsevier, pp. 280–284 (Progress in Mutation Research, Vol. 1).

Gatehouse D (1981) Mutagenic activity of 42 coded compounds in the "microtiter" fluctuation test. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 376–386 (Progress in Mutation Research, Vol. 1).

Gescher A (1990) *N,N*-Dimethylformamide. In: Buhler DR, Reed DJ, eds. *Ethel Browning's toxicity and metabolism of industrial solvents. Vol. 2*. New York, NY, Elsevier, pp. 149–159.

Gescher A (1993) Metabolism of *N,N*-dimethylformamide: key to the understanding of its toxicity. *Chemical research in toxicology*, 6:245–251.

Government of Canada (in press) *Canadian Environmental Protection Act*. Priority Substances List Assessment Report. *N,N*-Dimethylformamide. Ottawa, Ontario, Environment Canada and Health Canada.

Grasselli JG, ed. (1973) *Atlas of spectral data and physical constants for organic compounds*. Cleveland, OH, Chemical Rubber Publishing Co., 539 pp.

Green NR, Savage JR (1978) Screening of safrole, eugenol, their ninhydrin positive metabolites and selected secondary amines for potential mutagenicity. *Mutation research*, 57(2):115–121.

Groth G, Kronauer K, Freundt KJ (1994) Effects of *N,N*-dimethyl-formamide and its degradation products in zebrafish embryos. *Toxicology in vitro*, 8:401–406.

Gubser H (1969) Probleme bei der Reinigung von Chemie-abwassern. *Gas-Wasser-Abwasser*, 49:175–181.

Guirguis S (1981) Dimethylformamide intoxication in acrylic fiber production. *Giornale Italiano di Medicina del Lavoro*, 3:137–140.

Haber I, Heberer H, Schneider G, Leuschke W (1990) [Zytogenetic examinations of exposed workers in an acrylic fibres synthesizing plant.] *Wissenschaft und Umwelt*, 4:183–190 (in German).

Hala E, Wichterle I, Polak J, Boublik T (1968) *Vapour liquid equilibrium data at normal pressures*. Oxford, Pergamon Press, 541 pp. [cited in DMER & AEL, 1996].

Hamm A (1972) Schlammbekastung und schlammabbauleistung beim abbau industrielle abwasserstoffe in labor-belebtschlammanlagen. *Müncher Beiträge zur Abwasser-, Fischerei- und Flussbiologie*, 22:79–91.

Hanasono GK, Fuller RW, Broddle WD, Gibson WR (1977) Studies on the effects of *N,N*-dimethylformamide on ethanol disposition and on monoamine oxidase activity in rats. *Toxicology and applied pharmacology*, 39:461–472 [cited in WHO, 1991].

Hansch C, Leo A, Hoekman D (1995) *Exploring QSAR. Hydro-phobic, electronic, and steric constants*. Washington, DC, American Chemical Society, p. 6 (ACS Professional Reference Book).

Hansen E, Meyer O (1990) Embryotoxicity and teratogenicity study in rats dosed epicutaneously with dimethylformamide (DMF). *Journal of applied toxicology*, 10:333–338.

Haskell Laboratory (1960) *Ninety-day feeding study with dimethylformamide and dimethylacetamide*. Washington, DC, US

Environmental Protection Agency (TSCA submission; Document Identification No. 869600002325; Microfiche No. NTIS/OTS0572893).

Hayon E, Ibata T, Lichtin NN, Simic M (1970) Sites of attack of hydroxyl radicals on amides in aqueous solution. *Journal of the American Chemical Society*, 92:3898–3903.

Health Canada (1994) *Human health risk assessment for Priority Substances*. Ottawa, Ontario, Minister of Supply and Services, 36 pp. (ISBN 0-662-22126-5).

Hellwig J, Merkle J, Klimisch HJ, Jäckh R (1991) Studies on the prenatal toxicity of *N,N*-dimethylformamide in mice, rats and rabbits. *Food and chemical toxicology*, 29:193–201.

Herrold KM (1969) Aflatoxin induced lesions in Syrian hamsters. *British journal of cancer*, 23:655–660.

Howard PH, ed. (1993) *Handbook of environmental fate and exposure data for organic chemicals. Vol. 4. Solvents 2*. Boca Raton, FL, Lewis Publishers.

Howe RB (1995) *THRESH: A computer program to compute a reference dose from quantal animal toxicity data using the benchmark dose method*. Ruston, LA, ICF Kaiser Engineers, Inc.

Huang J, Kuo H, Ho C, Chen T, Chang W (1998) Dimethylformamide-induced occupational liver injury — a case report. *Kaohsiung journal of medical science*, 14:655–658.

Hubbard SA, Green MHL, Bridges BA, Wain AJ, Bridges JW (1981) Fluctuation test with S9 and hepatocyte activation. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 361–370 (Progress in Mutation Research, Vol. 1).

Hughes JS, Vilkas AG (1983) Toxicity of *N,N*-dimethylformamide used as a solvent in toxicity tests with the green alga *Selenastrum capricornutum. Bulletin of environmental contamination and toxicology*, 31:98–104.

Hundley SG, Lieder PH, Valentine R, Malley LA, Kennedy GL Jr (1993a) Dimethylformamide pharmacokinetics following inhalation exposures to rats and mice. *Drug and chemical toxicology*, 16:21–52.

Hundley SG, McCooey KT, Lieder PH, Hurtt ME, Kennedy GL Jr (1993b) Dimethylformamide pharmacokinetics following inhalation exposures in monkeys. *Drug and chemical toxicology*, 16:53–79.

Hurtt ME, McCooey KT, Placke ME, Kennedy GL (1991) Ten-day repeated-exposure inhalation study of dimethylformamide (DMF) in cynomolgus monkeys. *Toxicology letters*, 59:229–237.

Hurtt ME, Placke ME, Killinger JM, Singer AW, Kennedy GL Jr (1992) 13-week inhalation toxicity study of dimethylformamide (DMF) in cynomolgus monkeys. *Fundamental and applied toxicology*, 18:596–601.

IARC (1989) Dimethylformamide. In: *Some organic solvents, resin monomers and related compounds, pigments and occupational exposures in paint manufacture and painting*. Lyon, International Agency for Research on Cancer, pp. 171–197; 446–447 (IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 47).

IARC (1999) Dimethylformamide. In: *Re-evaluation of some organic chemicals, hydrazine and hydrogen peroxide*. Lyon, International Agency for Research on Cancer, pp. 545–574

(IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 71, Part Two).

Ichinotsubo D, Mower H, Mandel M (1981) Mutagen testing of a series of paired compounds with the Ames *Salmonella* testing system. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 298–301 (Progress in Mutation Research, Vol. 1).

Ikeda M (1996) *N,N*-Dimethylformamide. In: *Biological monitoring of chemical exposure in the workplace. Vol. 1*. Geneva, World Health Organization, pp.168–174.

Imazu K, Fujishiro K, Inoue N (1992) Effects of dimethylformamide on hepatic microsomal monooxygenase system and glutathione metabolism in rats. *Toxicology*, 72:41–50.

Imazu K, Fujishiro K, Inoue N (1994) Liver injury and alterations of hepatic microsomal monooxygenase system due to dimethylformamide (DMF) in rats. *Fukuoka Acta Medica*, 85(5):147–153.

IPCS (1994) *Assessing human health risks of chemicals: Derivation of guidance values for health-based exposure limits*. Geneva, World Health Organization, International Programme on Chemical Safety (Environmental Health Criteria 170).

IPCS (1999) *International Chemical Safety Card — N,N-Dimethylformamide*. Geneva, World Health Organization, International Programme on Chemical Safety (ICSC 0457).

Ito N (1982) Unscheduled DNA synthesis induced by chemical carcinogens in primary cultures of adult rat hepatocytes. *Mie medical journal*, 32(1):53–60.

Janicki RH, Kinter WB (1971) DDT inhibits Na$^+$, K$^+$, Mg$^{2+}$-ATPase in the intestinal mucosa and gills of marine teleosts. *Nature: New Biology*, 233.

Johnson WW, Finley MT (1980) *Handbook of acute toxicity of chemicals to fish and aquatic invertebrates*. Washington, DC, US Department of the Interior, Fish and Wildlife Service, 83 pp. (Resource Publication 137).

Jotz MM, Mitchell AD (1981) Effects of 20 coded chemicals on the forward mutation frequency at the thymidine kinase locus in L5178Y mouse lymphoma cells. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 580–593 (Progress in Mutation Research, Vol. 1).

Kang-De C, Hui-Lan Z (1981) Observation on the effects of dimethylformamide on human health. In: *Abstracts of the 9th International Congress on Occupational Health in the Chemical Industry*, 15–17 September 1981, Aswan, Egypt, pp. 22–23 [cited in WHO, 1991].

Kawai T, Yasugi T, Mizunuma K, Watanabe T, Cai S, Huang M, Xi L, Qu J, Yao B, Ikeda M (1992) Occupational dimethylformamide exposure. 2. Monomethylformamide excretion in urine after occupational dimethylformamide exposure. *International archives of occupational and environmental health*, 63(7):455–460.

Kawasaki M (1980) Experiences with the test scheme under the chemical control law of Japan: an approach to structure–activity correlations. *Ecotoxicology and environmental safety*, 4:444–454.

Kelly TJ, Ramamurthi M, Pollack AJ, Spicer CW, Culpitt LT (1993) *Ambient concentration summaries for Clean Air Act Title III*

*Hazardous Air Pollutants.* Washington, DC, US Environmental Protection Agency (EPA Contract No. 68-D80082).

Kelly TJ, Mukund R, Spicer CW, Pollack AJ (1994) Concentrations and transformations of hazardous air pollutants. What we know and don't know about the CAAA's 189 hazardous air pollutants. *Environmental science and technology*, 28(8):378A–387A.

Kennedy GL Jr (1986) Biological effects of acetamide, formamide, and their monomethyl and dimethyl derivatives. *CRC critical reviews in toxicology*, 17:129–182.

Kennedy GL Jr, Sherman H (1986) Acute and subchronic toxicity of dimethylformamide and dimethylacetamide following various routes of administration. *Drug and chemical toxicology*, 9:147–170.

Kimber I, Weisenberger C (1989) A murine local lymph node assay for the identification of contact allergens. Assay development and results of an initial validation study. *Archives of toxicology*, 63:274–282.

Kimmerle G, Eben A (1975a) Metabolism studies of *N,N*-dimethylformamide. I. Studies in rats and dogs. *Internationales Archiv für Arbeitsmedizin*, 34:109–126.

Kimmerle G, Eben A (1975b) Metabolism studies of *N,N*-dimethylformamide. II. Studies in persons. *Internationales Archiv für Arbeitsmedizin*, 34:127–136.

Kirkhart B (1981) Micronucleus test on 21 compounds. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 698–704 (Progress in Mutation Research, Vol. 1).

Klaunig JE, Goldblatt PJ, Hinton DE, Lipsky MM, Trump BF (1984) Carcinogen induced unscheduled DNA synthesis in mouse hepatocytes. *Toxicologic pathology*, 12(2):119–125.

Klug S, Merker HJ, Jooackh R (1998) Potency of monomethyl-, dimethylformamide and some of their metabolites to induce abnormal development in a limb bud organ culture. *Toxicology in vitro*, 12(2):123–132.

Kommineni C (1973) *Pathological studies of aflatoxin fractions and dimethylformamide in MRC rats.* Omaha, NB, University of Nebraska, December 1972 (Dissertation) [cited in WHO, 1991].

Koudela K, Spazier K (1979) [Effect of dimethylformamide on human peripheral lymphocytes.] *Ceskoslovenska Hygiena*, 24:432–436 (in Czechoslovakian with English abstract).

Koudela K, Spazier K (1981) [Results of cytogenetic examination of persons working in the environment of increased concentration of dimethylformamide vapours in the atmosphere.] *Pracovni Lékarstvi*, 33:121–123 (in Czechoslovakian) [cited in IARC, 1999].

Krivanek ND, McLaughlin M, Fayerweather WE (1978) Mono-methylformamide levels in human urine after repetitive exposure to dimethylformamide vapour. *Journal of occupational medicine*, 20:179–182.

Langlois S, Broche A (1964) *Étude cinétique de l'hydrolyse des amides N,N-disubstitués I. Dimethylformamide.* Report presented to the Chemical Society, pp. 812–816 (No. 148).

Lauwerys RR, Kivits A, Lhoir M, Rigolet P, Houbeau D, Buchet JP, Roels HA (1980) Biological surveillance of workers exposed to dimethylformamide and the influence of skin protection on its

percutaneous absorption. *International archives of occupational and environmental health*, 45:189–203.

Leblanc GA, Surprenant DC (1983) The acute and chronic toxicity of acetone, dimethyl formamide and triethylene glycol to *Daphnia magna* (Straus). *Archives of environmental contamination and toxicology*, 12:305–310.

Levin SM, Baker DB, Landrigan PJ, Monaghan SV, Frumin E, Braithwaite M, Towne W (1987) Testicular cancer in leather tanners exposed to dimethylformamide. *Lancet*, ii:1153.

Lewis SC, Rinehart WE, Schroeder RE, Thackara JW (1979) Dominant lethal mutagenic bioassay of dimethyl formamide (DMF). *Environmental mutagenesis*, 1:166 (Abstract Ea-7).

Lewis SC, Schroeder RE, Kennedy GL Jr (1992) Developmental toxicity of dimethylformamide in the rat following inhalation exposure. *Drug and chemical toxicology*, 15:1–14.

Lipski K (1982) Liquid chromatographic determination of dimethylformamide, methylene bisphenyl isocyanate, and methylene bisphenyl amine in air samples. *Annals of occupational hygiene*, 25:1–4.

Llewellyn GC, Hastings WS, Kimbrough TD (1974) The effects of dimethylformamide on female Mongolian gerbils, *Meriones unguiculatus. Bulletin of environmental contamination and toxicology*, 11:467–473.

Lundberg I, Pehrsson A, Lundberg S, Kronevi T, Lidums V (1983) Delayed dimethylformamide biotransformation after high exposures in rats. *Toxicology letters*, 17:29–34.

Lyle WH (1979) Alcohol interaction with a workplace chemical. *Occupational health*, 5:265–267.

Lyle WH, Spence TWM, McKinneley WM, Duckers K (1979) Dimethylformamide and alcohol intolerance. *British journal of industrial medicine*, 36:63–66.

MacDonald DJ (1981) *Salmonella*/microsome tests on 42 coded chemicals. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 285–297 (Progress in Mutation Research, Vol. 1).

Mackay D (1991) *Multimedia environmental models: The fugacity approach.* Chelsea, MI, Lewis Publishers, 257 pp.

Mackay D, Paterson S (1991) Evaluating the multimedia fate of organic chemicals: A Level III fugacity model. *Environmental science and technology*, 25:427.

Major J, Hudák A, Kiss G, Jakab MG, Szaniszló J, Náray N, Nagy I, Tompa A (1998) Follow-up biological and genotoxicological monitoring of acrylonitrile- and dimethylformamide-exposed viscose rayon plant workers. *Environmental and molecular mutagenesis*, 31:301–310.

Malley LA, Slone TW Jr, Van Pelt C, Elliott GS, Ross PE, Stadler JC, Kennedy GL Jr (1994) Chronic toxicity/oncogenicity of dimethylformamide in rats and mice following inhalation exposure. *Fundamental and applied toxicology*, 23:268–279.

Marsella JA (1994) Formic acid and derivatives. In: Kirk RE, Othmer DF, Kroschwitz JI, Howe-Grant M, eds. *Kirk-Othmer encyclopedia of chemical technology*, 4th ed. *Vol. 11.* New York, NY, Wiley, pp. 967–976.

Martin CN, McDermid AC (1981) Testing of 42 coded compounds for their ability to induce unscheduled DNA repair synthesis in HeLa cells. In: DeSerres FJ, Ashby J, eds. *Evaluation*

of short-term tests for carcinogens. *Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 533–537 (Progress in Mutation Research, Vol. 1).

Martire G, Vricella G, Perfumo AM, DeLorenzo F (1981) Evaluation of the mutagenic activity of coded compounds in the *Salmonella* test. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 271–279 (Progress in Mutation Research, Vol. 1).

Massmann W (1956) Toxicological investigations on dimethyl-formamide. *British journal of industrial medicine*, 13:51–54.

Matsushima T, Takamoto Y, Shirai A, Sawamura M, Sugimura T (1981) Reverse mutation test on 42 coded compounds with the *E. coli* WP2 system. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 387–395 (Progress in Mutation Research, Vol. 1).

McGregor DF (1981) *Tier II mutagenic screening of 13 NIOSH priority compounds: N,N-Dimethylformamide* (Report No. 33; PB83-13390-0) [cited in Kennedy, 1986].

McGregor DB, Brown A, Cattanach P, Edwards I, McBride D, Caspary WJ (1988) Responses of the L5178Y tk+/tk! mouse lymphoma cell forward mutation assay II: 18 coded chemicals. *Environmental and molecular mutagenesis*, 11:91–118.

McQueen CA, Kreiser DM, Williams GM (1983) The hepatocyte primary culture/DNA repair assay using mouse or hamster hepatocytes. *Environmental mutagenesis*, 5(1):1–8.

McQueen CA, Way BM, Williams GM (1988) Genotoxicity of carcinogens in human hepatocytes: application in hazard assessment. *Toxicology and applied pharmacology*, 96:360–366.

Mitchell AD, Rudd CJ, Caspary WJ (1988) Evaluation of the L5178Y mouse lymphoma cell mutagenesis assay: intralaboratory results for sixty-three coded chemicals tested at SRI International. *Environmental and molecular mutagenesis*, 12(Suppl. 13):37–101.

Mohn GR, Vogels-Bouter S, van der Horst-van der Zon J (1981) Studies on the mutagenic activity of 20 coded compounds in liquid tests using the multipurpose strain *Escherichia coli* K-12//343/113 and derivatives. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 396–413 (Progress in Mutation Research, Vol. 1).

Montelius J, Boman A, Wahlkvist H, Wahlberg JE (1996) The murine local lymph node assay: search for an alternative, more adequate, vehicle than acetone/olive oil (4:1). *Contact dermatitis*, 34:428–430.

Montelius J, Wahlkvist H, Boman A, Wahlberg JE (1998) Murine local lymph node assay for predictive testing of allergenicity: two irritants caused significant proliferation. *Acta Dermato-Venereologica*, 78:433–437.

Mortelmans K, Haworth S, Lawlor T, Speck W, Tainer B, Zeiger E (1986) *Salmonella* mutagenicity tests: II. Results from the testing of 270 chemicals. *Environmental mutagenesis*, 7:1–119.

Mráz J, Nohová H (1992a) Percutaneous absorption of *N,N*-dimethylformamide in humans. *International archives of occupational health*, 64:79–83.

Mráz J, Nohová H (1992b) Absorption, metabolism and elimination of *N,N*-dimethylformamide in humans. *International archives of occupational health*, 64:85–92.

Mráz J, Cross H, Gescher A, Threadgill MD, Flek J (1989) Differences between rodents and humans in the metabolic toxification of *N,N*-dimethylformamide. *Toxicology and applied pharmacology*, 98:507–516.

Mráz J, Jheeta P, Gescher A, Hyland R, Thummel K, Threadgill MD (1993) Investigation of the mechanistic basis of *N,N*-dimethylformamide toxicity. Metabolism of *N,N*-dimethylformamide and its deuterated isotopomers by cytochrome P450 2E1. *Chemical research in toxicology*, 6:197–207.

Muravieva SI (1983) [Improvement of the methods for monitoring the content of harmful substances in the air of worksite.] *Gigiena Truda i Professional'nye Zabolevaniya*, 6:39–41 (in Russian).

Muravieva SI, Anvaer LP (1979) [Determination of dimethyl-formamide and its metabolites in biological liquids by gas chromatographic method.] *Gigiena Truda i Professional'nye Zabolevaniya*, 6:58–59 (in Russian).

Myhr BC, Caspary WJ (1988) Evaluation of the L5178Y mouse lymphoma assay: intralaboratory results for sixty-three coded chemicals tested at Litton Bionetics, Inc. *Environmental and molecular mutagenesis*, 12(Suppl. 13):103–194.

Nagao M, Takahashi Y (1981) Mutagenic activity of 42 coded compounds in the *Salmonella*/microsome assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 302–331 (Progress in Mutation Research, Vol. 1).

Nakajima S (1970) Industrial products and pollution problems. *Nippon Kagaku Kogyo*, 18:2–3.

Nalecz-Jawecki G, Sawicki J (1999) Spirotox — a new tool for testing the toxicity of volatile compounds. *Chemosphere*, 38(14):3211–3218.

Natarajan AT, van Kesteren-van Leeuwen AC (1981) Mutagenic activity of 20 coded compounds in chromosome aberrations/sister chromatid exchanges assay using Chinese hamster ovary (CHO) cells. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 551–559 (Progress in Mutation Research, Vol. 1).

Nicolas F, Rodineau P, Rouzioux J-M, Tack I, Chabac S, Meram D (1990) Fulminant hepatic failure in poisoning due to ingestion of T61, a veterinary euthanasia drug. *Critical care medicine*, 18:573–575.

NIOSH (1977) *Manual of analytical methods. Vol. 3*. Cincinnati, OH, National Institute for Occupational Safety and Health (No. S-255).

NIOSH (1978) *Occupational health guideline for dimethylformamide*. Cincinnati, OH, National Institute for Occupational Safety and Health, 5 pp.

NIOSH (1983) *National occupational exposure survey (NOES), 1981–1983: estimated total male and female employees, actual observations and trade-named exposures to dimethyl formamide*. Cincinnati, OH, US Department of Health and Human Services, Centers for Disease Control, National Institute for Occupational Safety and Health, Division of Surveillance, Health Evaluations, and Field Studies, Surveillance Branch (unpublished database).

NIOSH (1994) *NIOSH manual of analytical methods*, 4th ed. Cincinnati, OH, National Institute for Occupational Safety and Health.

**Concise International Chemical Assessment Document 31**

NTP (1992a) *NTP technical report on toxicity studies of N,N-dimethylformamide (CAS No. 68-12-2) administered by inhalation to F344/N rats and B6C3F₁ mice.* Research Triangle Park, NC, National Institutes of Health, National Toxicology Program, 44 pp. (Toxicity Report Series No. 22; NIH Publication No. 93-3345; NTIS Publication No. PB93-131936).

NTP (1992b) *Final report on the reproductive toxicity of N,N-dimethylformamide (DMF) (CAS #68-12-2) in CD-1 Swiss mice.* Research Triangle Park, NC, National Institutes of Health, National Toxicology Program (NTIS Publication No. PB93-123842).

Paika IJ, Beauchesne MT, Randall M, Schreck RR, Latt SA (1981) *In vivo* SCE analysis of 20 coded compounds. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 673–681 (Progress in Mutation Research, Vol. 1).

Paoletti A, Iannaccone A (1982) [Toxicity hazard in a plant producing a synthetic leather.] *Annali dell'Istituto Superiore di Sanità*, 18:567–570 (in Italian).

Paoletti A, Fabri G, Masci O (1982a) [Alcohol-intolerance due to solvents: comparison between dimethylformamide and trichloro-ethylene.] *Annali dell'Istituto Superiore di Sanità*, 18 (Suppl.):1099–1100 (in Italian).

Paoletti A, Fabri G, Bettolo PM (1982b) [An unusual case of abdominal pain due to dimethylformamide intoxication.] *Minerva Medica*, 73:3407–3410 (in Italian).

Pellizzari EO (1977) *The measurement of carcinogenic vapors in ambient atmosphere.* Research Triangle Park, NC, US Environmental Protection Agency, Office of Research and Development, Environmental Sciences Research Laboratory (Contract No. 68-02-1228).

Perry DL, Chuang CC, Jungclaus GA, Warner JS (1979) *Identification of organic compounds in industrial effluent discharges.* Washington, DC, US Environmental Protection Agency (EPA 600/4-79-016).

Perry PE, Thomson EJ (1981) Evaluation of the sister chromatid exchange method in mammalian cells as a screening system for carcinogens. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 560–569 (Progress in Mutation Research, Vol. 1).

Peterson HG, Ruecker N, Dennison K, Moody M (1997) *Toxicity testing of the compound N,N-dimethylformamide to phytoplankton (green algae, diatoms, and cyanobacteria) and a vascular plant (duckweed) — Draft.* Saskatoon, Saskatchewan, Saskatchewan Research Council (R-1640-18-E-97).

Pitts JN Jr, Grosjean D, Van Cauwenberghe K, Schmid JP, Fitz DR (1978) Photooxidation of aliphatic amines under simulated atmospheric conditions: formation of nitrosamines, nitramines, amides and photochemical oxidant. *Environmental science and technology*, 12:946–953.

Poirier SH, Knuth ML, Anderson-Bouchou CD, Brooke LT, Lima AR, Shubat PJ (1986) Comparative toxicity of methanol and *N,N*-dimethylformamide to freshwater fish and invertebrates. *Bulletin of environmental contamination and toxicology*, 37:615–621.

Portmann JE, Wilson KW (1971) *The toxicity of 140 substances to the brown shrimp and other marine animals,* 2nd ed. North Wales, Ministry of Agriculture, Fisheries and Food, 12 pp. (Shellfish Information Leaflet 22).

Potter HP (1973) Dimethylformamide-induced abdominal pain and liver injury. *Archives of environmental health*, 27:340–341.

Prinn R, Cunnold D, Rasmussen R, Simmonds P, Alyea F, Crawford A, Fraser P, Rosen R (1987) Atmospheric trends in methylchloroform and the global average for the hydroxyl radical. *Science*, 238:945–950.

Purchase IFH, Longstaff E, Ashby J, Styles JA, Anderson D, Lefevre PA, Westwood RR (1978) An evaluation of 6 short-term tests for detecting organic chemical carcinogens. *British journal of cancer*, 37:873–903.

Rajini PS, Krishnakumari MK, Majumder SK (1989) Cytotoxicity of certain organic solvents and organophosphorus insecticides to the ciliated protozoan *Paramecium caudatum*. *Microbios*, 59:157–163.

Redlich CA, Beckett SWS, Sparer J, Barwick KW, Riely CA, Miller H, Sigal SL, Shalat SL, Cullen MR (1988) Liver disease associated with occupational exposure to the solvent dimethylformamide. *Annals of internal medicine*, 108:680–686.

Redlich CA, West AB, Fleming L, True LD, Cullen MR, Riely CA (1990) Clinical and pathological characteristics of hepatotoxicity associated with occupational exposure to dimethylformamide. *Gastroenterology*, 99:748–757.

Riachi G, Michel P, François A, Ducrotte P, Laffineur G, Lerebours E, Colin R (1993) [Acute hepatic effects of exposure to dimethylformamide. Clinical and histological aspects.] *Gastroenterology and clinical biology*, 17:611–612 (in French).

Richold M, Jones E (1981) Mutagenic activity of 42 coded compounds in the *Salmonella*/microsome assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 314–322 (Progress in Mutation Research, Vol. 1).

Riddick JA, Bunger WB, Sakano TK (1986) *Techniques of chemistry,* 4th ed. *Vol. II. Organic solvents. Properties and methods of purification.* New York, NY, John Wiley & Sons, pp. 656; 1089–1091.

Robinson DE, Mitchell AD (1981) Unscheduled DNA synthesis response of human fibroblasts, WI-38 cells, to 20 coded chemicals. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 517–527 (Progress in Mutation Research, Vol. 1).

Romadina ES (1975) Direct action of microorganisms — one way of increasing the effectiveness of the biological purification of waste waters. In: Telitchenko MM, ed. *Biologicheskoe Samoochishchenie i Formirovanie Kachestva Vody Materialy Vsesoyuznogo Simpoziuma po Sanitarnoi.* Moscow, "Nauka," pp. 110–112.

Rowland I, Severn B (1981) Mutagenicity of carcinogens and noncarcinogens in the *Salmonella*/microsome test. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 323–332 (Progress in Mutation Research, Vol. 1).

Sabljic A (1984) Predictions of the nature and strength of soil sorption of organic pollutants by molecular topology. *Journal of agricultural and food chemistry*, 32:243–246.

Saillenfait AM, Payan JP, Beydon D, Fabry JP, Langonne I, Sabate JP, Gallissot F (1997) Assessment of the developmental toxicity, metabolism, and placental transfer of *N,N*-dimethylformamide administered to pregnant rats. *Fundamental and applied toxicology*, 39:33–43.

Sakai T, Kageyama H, Araki T, Yosida T, Kuribayashi T, Masuyama Y (1995) Biological monitoring of workers exposed to *N,N*-dimethylformamide by determination of the urinary metabolites *N*-methylformamide and *N*-acetyl-*S*-(*N*-methylcarbamoyl) cysteine. *International archives of occupational and environmental health*, 67:125–129.

Salamone MF, Heddle JA, Katz M (1981) Mutagenic activity of 41 compounds in the *in vivo* micronucleus assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 686–697 (Progress in Mutation Research, Vol. 1).

Sanotsky IV, Muravieva SI, Zaeva GN, Anvaer L, Semiletkina NN (1978) [Metabolism of dimethylformamide depending on the intensity of its action.] *Gigiena Truda i Professional'nye Zabolevaniya*, 11:24–27 (in Russian).

Sasaki S (1978) *The scientific aspects of the chemical substance control law in Japan. Aquatic pollutants: transformation and biological effects*. Oxford, Pergamon Press, 298 pp.

Savolainen H (1981) Dose-dependent effects of peroral dimethylformamide administration on rat brain. *Acta Neuropathologica*, 53:249–252.

Scott B (1998) *Fate of N,N-dimethylformamide in the environment. Review*. Burlington, Ontario, Environment Canada, National Water Research Institute, March.

Sebaugh JL, Wilson JD, Tucker MW, Adams WJ (1991) A study of the shape of dose–response curves for acute lethality at low response: A "megadaphnia study." *Risk analysis*, 11:633–640.

Seiji K, Inoue O, Cai S-X, Kawai T, Watanabe T, Ikeda M (1992) Increase in sister chromatid exchange rates in association with occupational exposure to *N,N*-dimethylformamide. *International archives of occupational and environmental health*, 64:65–67 [cited in IARC, 1999].

Sharkawi M (1979) Inhibition of alcohol dehydrogenase by dimethylformamide and dimethylsulfoxide. *Toxicology letters*, 4:493–497 [cited in WHO, 1991].

Shelton DR, Tiedje JM (1981) *Development of tests for determining anaerobic biodegradation potential*. East Lansing, MI, Michigan State University, Department of Crop Soil Science (EPA 560/5-81-013; NTIS Publication No. PB84-166495).

Sheveleva GA, Sivochalova OV, Osina SA, Salnikova LS (1977) Permeability of the placenta to dimethylformamide. *Akusherstvo i ginekologiia (Moscow)*, 5:44–45 [cited in Saillenfait et al., 1997].

Sheveleva GA, Strekalova EE, Chirkova EM (1979) A study of the embryotropic, mutagenous and gonadotropic effect of dimethylformamide with exposure by inhalation. In: *The toxicology of new industrial chemicals. Vol. 15*. Moscow, Medizina, pp. 1–4.

Shumilina AV (1991) Experimental study of transplacental passage of dimethylformamide and toluene. *Akusherstvo i ginekologiia (Moscow)*, 11:49–51 [cited in Saillenfait et al., 1997].

Sickles JE, Wright RS, Sutcliffe CR, Blackard AL, Dayton DP (1980) *Smog chamber studies of the reactivity of volatile organic compounds*. Presented at the 73rd Annual Meeting of the Air Pollution Control Association, Montreal, Quebec. Research Triangle Park, NC, Research Triangle Institute (80-50.1).

Simmon VF, Shepherd GF (1981) Mutagenic activity of 42 coded compounds in the *Salmonella*/microsome assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 333–342 (Progress in Mutation Research, Vol. 1).

Skopek TR, Andon BM, Kaden DA, Thilly WG (1981) Mutagenic activity of 42 coded compounds using 8-azaguanine resistance as a genetic marker in *Salmonella typhimurium* In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 371–375 (Progress in Mutation Research, Vol. 1).

Sram RJ, Landa K, Hola N, Roznickova I (1985) The use of the cytogenetic analysis of peripheral lymphocytes as a method for checking the level of MAC in air in Czechoslovakia. *Mutation research*, 147:322 (Abstract 87) [cited in IARC, 1999].

SRI International (1994) CEH data summary: Dimethylformamide — North America. In: *Chemical economics handbook (CEH)*. Menlo Park, CA, SRI International, pp. 641.3000 A-G.

Stransky V (1986) The determination of *N,N*-dimethylformamide in working atmosphere by the method of gas chromatography after sampling on activated charcoal. *Pracovni Lekarstvi*, 38:15–19.

Stratton GW (1985) The influence of solvent type on solvent–pesticide interactions in bioassays. *Archives of environmental contamination and toxicology*, 14:651–658.

Stratton GW (1987) Toxic effects of organic solvents on the growth of blue-green algae. *Bulletin of environmental contamination and toxicology*, 38:1012–1019.

Stratton GW, Smith TM (1988) Interaction of organic solvents with the green alga *Chlorella pyrenoidosa*. *Bulletin of environmental contamination and toxicology*, 40:736–742.

Syracuse Research Corporation (1988) *Support for chemical nomination and selection process of the National Toxicology Program, Executive summary of data, Dimethylformamide (68-12-2) — Draft*. Syracuse, NY, Syracuse Research Corporation, Chemical Hazard Assessment Division.

Szabo LG (1972) Effect of formamide and dimethyl-formamide on germination. *Acta Agronomica Academiae Scientiarum Hungaricae*, 21:428–430.

Taccola A, Catenacci G, Baruffini A (1981) Cardiotoxicity of dimethylformamide (DMF). Electrocardiographic findings and continuous electrocardiographic monitoring (Holter). *Giornale Italiano di Medicina del Lavoro*, 3:149–151.

Thé JL (1998) *Carbon disulfide study*. Waterloo, Ontario, Lakes Environmental Consultants Inc.

Thomson JA (1981) Mutagenic activity of 42 coded compounds in the lambda induction assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program*. New York, NY, Elsevier, pp. 224–235 (Progress in Mutation Research, Vol. 1).

Thonke M, Dittmann W (1966) Dimethylformamide in biological treatment of sewage. *Fortschritte der Wasserchemie und Ihrer Grenzgebiete*, 4:277.

Tolot F, Arcadio FI, Lenglet J-P, Roche L (1968) [Intoxication by dimethylformamide.] *Archives des Maladies Professionelles de Médicine du Travail et de Sécurité Sociale*, 29:714–717 (in French).

**Concise International Chemical Assessment Document 31**

Tomasini M, Todaro A, Piazzoni M, Peruzzo GF (1983) [Exposure to dimethylformamide: study of 14 cases.] *Medicina del Lavoro*, 74:217–220 (in Italian).

Topham JC (1980) Do induced sperm-head abnormalities in mice specifically identify mammalian mutagens rather than carcinogens? *Mutation research*, 74:379–387.

Topham JC (1981) Evaluation of some chemicals by the sperm morphology assay. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 718–720 (Progress in Mutation Research, Vol. 1).

Trueman RW (1981) Activity of 42 coded compounds in the *Salmonella* reverse mutation test. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 343–350 (Progress in Mutation Research, Vol. 1).

Tsuchimoto T, Matter BE (1981) Activity of coded compounds in the micronucleus test. In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 705–711 (Progress in Mutation Research, Vol. 1).

Ursin C (1985) Degradation of organic chemicals at trace levels in seawater and marine sediment: the effect of concentration on the initial fractional turnover rate. *Chemosphere*, 14:1539–1550 [cited in Howard, 1993].

US EPA (1986) *Health and environmental effects profile for N,N-dimethylformamide.* Cincinnati, OH, US Environmental Protection Agency, 115 pp. (EPA/600/X-86/141).

US EPA (1997) O*PPT high production volume chemicals (1997).* Washington, DC, US Environmental Production Agency, Office of Pollution, Prevention and Toxics.

US EPA (1999) *Wildlife exposure factors handbook. Vol. I.* Washington, DC, US Environmental Protection Agency, Office of Research and Development (http://www.epa.gov/ncea/wefh.htm).

Venitt S, Crofton-Sleigh C (1981) Mutagenicity of 42 coded compounds in a bacterial assay using *Escherichia coli* and *Salmonella typhimurium.* In: DeSerres FJ, Ashby J, eds. *Evaluation of short-term tests for carcinogens. Report of the International Collaborative Program.* New York, NY, Elsevier, pp. 351–360 (Progress in Mutation Research, Vol. 1).

Walrath J, Fayerweather WE, Gilby PG, Pell S (1989) A case–control study of cancer among Du Pont employees with potential for exposure to dimethylformamide. *Journal of occupational medicine*, 31:432–438.

Walrath J, Fayerweather WE, Gilby P (1990) [Case–control study of the incidence of cancers in employees of the Du Pont de Nemours company who have potentially been exposed to dimethylformamide.] *Cahiers de notes documentaires*, 140:708–712 (in French).

Wang JD, Lai MY, Chen JS, Lin JM, Chiang JR, Shiau SJ, Chang WS (1989) Dimethylformamide induced liver and muscle damage among synthetic leather workers: are hepatitis B carriers more susceptible? In: *Fifth International Congress of Toxicology*, Brighton, 16–21 July 1989, p. 143 (Abstract 428).

Wang J-D, Lai M-Y, Chen J-S, Lin J-M, Chiang J-R, Shiau S-J, Chang W-S (1991) Dimethylformamide-induced liver damage among synthetic leather workers. *Archives of environmental health*, 46:161–166.

Weiss G (1971) [Industrial dimethylformamide intoxication and the question of its recognition as an occupational disease.] *Zentralblatt für Arbeitsmedizin*, 11:345–346 (in German).

WHO (1991) *Dimethylformamide.* Geneva, World Health Organization, International Programme on Chemical Safety, 124 pp. (Environmental Health Criteria 114).

Williams GM (1977) Detection of chemical carcinogens by unscheduled DNA synthesis in rat liver primary cell cultures. *Cancer research*, 37:1845–1851.

Wilson HK, Ottley TW (1981) The use of a transportable mass spectrometer for the direct measurement of industrial solvents in breath. *Biomedical mass spectrometry*, 8:606–610.

Wrbitzky R (1999) Liver function in workers exposed to *N,N-*dimethylformamide during the production of synthetic textiles. *International archives of occupational and environmental health*, 72(1):19–25.

Wrbitzky R, Angerer J (1998) *N,N-*dimethylformamide — influence of working conditions and skin penetration on the internal exposure of workers in synthetic textile production. *International archives of occupational and environmental health*, 71(5):309–316.

Yang C, Ger J, Lin S, Yang G, Deng J (1994) Abdominal colic occurred in workers in a dye manufacturing plant. *Veterinary and human toxicology*, 36:345 (Abstract 28).

Ye G (1987) [The effect of dimethylformamide on the frequency of micronuclei in bone marrow polychromatic erythrocytes of mice.] *Zoological research*, 8:27–32 (in Chinese) [online abstract from *Biosis previews*].

Yonemoto J, Suzuki S (1980) Relation of exposure to dimethyl-formamide vapor and the metabolite, methylformamide, in urine of workers. *International archives of occupational and environmental health*, 46:159–165.

Ziegenfuss PS, Renaudette WJ, Adams WJ (1986) Methodology for assessing the acute toxicity of chemicals sorbed to sediments: testing the equilibrium partitioning theory. In: Poston TM, Purdy R, eds. *Aquatic toxicology and environmental fate.* Philadelphia, PA, American Society for Testing and Materials, pp. 479–493 (ASTM Special Technical Publication 921).

## APPENDIX 1 — SOURCE DOCUMENT

### Government of Canada (in press)

Copies of the *Canadian Environmental Protection Act Priority Substances List Assessment Report* (Government of Canada, in press) and unpublished supporting documentation for *N,N*-dimethylformamide may be obtained from:

Commercial Chemicals Evaluation Branch
Environment Canada
14th floor, Place Vincent Massey
351 St. Joseph Blvd.
Hull, Quebec
Canada  K1A 0H3

or

Environmental Health Centre
Health Canada
Address Locator: 0801A
Tunney's Pasture
Ottawa, Ontario
Canada  K1A 0L2

Initial drafts of the supporting documentation and Assessment Report for DMF were prepared by staff of Health Canada and Environment Canada.

The environmental sections were reviewed externally by:

D. Andrews, Golder Associates Ltd.
K. Bolton, University of Toronto
N. Bunce, University of Guelph
R. Gensemer, Boston University
D. Hastie, York University
S. Mabury, University of Toronto
M. Mumtaz, Chinook Group Ltd.
C. Nalewajko, University of Toronto
M. Sheppard, EcoMatters Inc.

Sections of the supporting documentation pertaining to human health were reviewed externally by G. Kennedy, DuPont Haskell Laboratory for Toxicology and Industrial Medicine, to address adequacy of coverage.

Accuracy of reporting, adequacy of coverage, and defensibility of conclusions with respect to hazard identification and dose–response analyses were considered at a panel of the following members, convened by Toxicology Excellence in Risk Assessment on 14 February 2000 in Ottawa, Canada:

M.S. Abdel-Rahman, University of Medicine & Dentistry of New Jersey
C. Abernathy, US Environmental Protection Agency
J.P. Christopher, California Environmental Protection Agency
J.C. Collins, Solutia, Inc.
J.T. Colman, Syracuse Research Corporation
M. Mumtaz, Agency for Toxic Substances and Disease Registry
K.A. Poirier, Toxicology Excellence in Risk Assessment
J.E. Whalen, US Environmental Protection Agency

## APPENDIX 2 — CICAD PEER REVIEW

The draft CICAD on *N,N*-dimethylformamide was sent for review to institutions and organizations identified by IPCS after contact with IPCS National Contact Points and Participating Institutions, as well as to identified experts. Comments were received from:

A. Aitio, International Programme on Chemical Safety, World Health Organization, Switzerland

M. Baril, Institut de Recherche en Santé et en Sécurité du Travail du Québec (IRSST), Canada

R. Benson, Drinking Water Program, US Environmental Protection Agency, USA

R.S. Chhabra, National Institute for Environmental and Health Sciences/National Institutes of Health (NIEHS/NIH), USA

R. Hertel, Federal Institute for Health Protection of Consumers and Veterinary Medicine (BgVV), Germany

C. Hiremath, US Environmental Protection Agency, USA

H. Kafferlein, Institute and Outpatient Clinic of Occupational, Social and Environmental Medicine, Friedrich-Alexander University Erlangen-Nuremberg, Germany

F. Larese, Institute of Occupational Medicine, University of Trieste, Italy

H. Lendle, Product Safety, BASF AG, Germany

I. Mangelsdorf, Fraunhofer Institute for Toxicolgy and Aerosol Research, Germany

J. Mraz, Centre of Industrial Hygiene and Occupational Diseases, National Institute of Public Health, Czech Republic

P. Ridgeway, Health and Safety Executive, United Kingdom

P. Schulte, National Institute for Occupational Safety and Health, USA

E. Soderlund, Department of Environmental Medicine, National Institute of Public Health, Norway

D. Willcocks, National Industrial Chemicals Notification and Assessment Scheme (NICNAS), Australia

P. Yao, Chinese Academy of Preventive Medicine, People's Republic of China

K. Ziegler-Skylakakis, Beratergremium für Umweltrelevante Altstoffe (BUA), Germany

## APPENDIX 3 — CICAD FINAL REVIEW BOARD

**Helsinki, Finland, 26–29 June 2000**

**Members**

Mr H. Ahlers, Education and Information Division, National Institute for Occupational Safety and Health, Cincinnati, OH, USA

Dr T. Berzins, National Chemicals Inspectorate (KEMI), Solna, Sweden

Dr R.M. Bruce, Office of Research and Development, National Center for Environmental Assessment, US Environmental Protection Agency, Cincinnati, OH, USA

Mr R. Cary, Health and Safety Executive, Liverpool, United Kingdom *(Rapporteur)*

Dr R.S. Chhabra, General Toxicology Group, National Institute of Environmental Health Sciences, Research Triangle Park, NC, USA

Dr H. Choudhury, National Center for Environmental Assessment, US Environmental Protection Agency, Cincinnati, OH, USA

Dr S. Dobson, Centre for Ecology and Hydrology, Monks Wood, Abbots Ripton, United Kingdom *(Chairman)*

Dr H. Gibb, National Center for Environmental Assessment, US Environmental Protection Agency, Washington, DC, USA

Dr R.F. Hertel, Federal Institute for Health Protection of Consumers and Veterinary Medicine, Berlin, Germany

Ms K. Hughes, Priority Substances Section, Environmental Health Directorate, Health Canada, Ottawa, Ontario, Canada

Dr G. Koennecker, Chemical Risk Assessment, Fraunhofer Institute for Toxicology and Aerosol Research, Hanover, Germany

Ms M. Meek, Existing Substances Division, Environmental Health Directorate, Health Canada, Ottawa, Ontario, Canada

Dr A. Nishikawa, Division of Pathology, Biological Safety Research Centre, National Institute of Health Sciences, Tokyo, Japan

Dr V. Riihimäki, Finnish Institute of Occupational Health, Helsinki, Finland

Dr J. Risher, Agency for Toxic Substances and Disease Registry, Division of Toxicology, US Department of Health and Human Services, Atlanta, GA, USA

Professor K. Savolainen, Finnish Institute of Occupational Health, Helsinki, Finland *(Vice-Chairman)*

Dr J. Sekizawa, Division of Chem-Bio Informatics, National Institute of Health Sciences, Tokyo, Japan

Dr S. Soliman, Department of Pesticide Chemistry, Faculty of Agriculture, Alexandria University, Alexandria, Egypt

Ms D. Willcocks, National Industrial Chemicals Notification and Assessment Scheme, Sydney, NSW, Australia

**Observer**

Dr R.J. Lewis (representative of European Centre for Ecotoxicology and Toxicology of Chemicals), Epidemiology and Health Surveillance, ExxonMobil Biomedical Sciences, Inc., Annandale, NJ, USA

**Secretariat**

Dr A. Aitio, International Programme on Chemical Safety, World Health Organization, Geneva, Switzerland *(Secretary)*

Dr P.G. Jenkins, International Programme on Chemical Safety, World Health Organization, Geneva, Switzerland

Dr M. Younes, International Programme on Chemical Safety, World Health Organization, Geneva, Switzerland

*N,N-Dimethylformamide*

## APPENDIX 4 — BENCHMARK DOSE CALCULATIONS

In subchronic inhalation assays in F344 rats, there was an increase in relative liver weight in females and increased cholesterol in both sexes at 50 ppm (150 mg/m³), with no clear dose–response (LOEC) (NTP, 1992a), progressive histopathological hepatic changes in both sexes at 400 and 800 ppm (1200 and 2400 mg/m³) (Craig et al., 1984), and hepatocellular necrosis in both sexes at 400 ppm (1200 mg/m³) (NTP, 1992a). B6C3F1 mice had hepatocellular hypertrophy at 50 ppm (150 mg/m³) (LOEC), in addition to significantly increased relative liver weight in both sexes without clear dose–response (NTP, 1992a) and hepatic cytomegaly at 150 ppm (450 mg/m³) and higher (Craig et al., 1984). No signs of toxicity were observed in monkeys exposed to up to 500 ppm (1500 mg/m³) (Hurtt et al., 1992).

In a chronic inhalation bioassay in Crl:CD BR rats, at 100 ppm (300 mg/m³), there were significant increases in centrilobular hepatocellular hypertrophy (both sexes), hepatic accumulation of lipofuscin/haemosiderin (both sexes), and hepatic single-cell necrosis (females only). In mice [Crl:CD 1 (ICR)BR], at 25 ppm (75 mg/m³), there was centrilobular hepatocellular hypertrophy (males), hepatic single-cell necrosis (males and females), and hepatic Kupffer cell hyperplasia/pigment accumulation (males) (Malley et al., 1994).

Data on dose–response following ingestion are limited to medium-term exposure studies. At 250 mg/kg body weight per day, liver cell enlargement was reported in Crl:CD rats; at 50 mg/kg body weight per day, relative liver weight was significantly increased in males (Kennedy & Sherman, 1986). In Wistar rats, relative liver weight was significantly increased at 69 mg/kg body weight per day, but no histopathological lesions were observed at doses up to 235 mg/kg body weight per day (Becci et al., 1983). In CD-1 mice, only mild histopathological changes were observed in the liver at 246 mg/kg body weight per day; at 96 mg/kg body weight per day, relative liver weight was significantly increased in females. No adverse effects were observed in beagle dogs administered up to 34.8 mg/kg body weight day in the diet for 13 weeks.

It should be noted that the lowest concentration (50 ppm [150 mg/m³]) at which effects were observed in the liver of rats (NTP, 1992a) in an inhalation assay is equivalent to an intake of 46.5 mg/kg body weight per day in rats,[1] which is consistent with the effects levels in Crl:CD rats (Kennedy & Sherman, 1986) and Wistar rats (Becci et al., 1983) following dietary exposure. The lowest concentration (50 ppm [150 mg/m³]) to which mice were exposed in the NTP (1992a) is equivalent to an intake of 200 mg/kg body weight per day,[2] which is consistent with the effect levels in the dietary assay in mice reported by Becci et al. (1983).

Reported incidence, benchmark concentrations (BMCs) at the 5% level, and associated *P*-values and goodness of fit statistics for effects on the liver for relevant end-points in the most robust medium- and long-term exposure studies for ingestion and inhalation, respectively, are presented in Tables 2 and 3.

For the discrete end-points, the $BMC_{05}$ is defined as the concentration of chemical that causes a 5% increase in incidence over the background response rate. It is calculated by first fitting the following model to the dose–response data (Howe, 1995):

$$P(d) = q_0 + (1 - q_0) \cong [1 - e^{-q_1 d^1 - \ldots - q_k d^k}]$$

where *d* is dose, *k* is the number of dose groups in the study, P(*d*) is the probability of the animal developing the effect at dose *d*, and $q_i > 0$, $i = 1,\ldots, k$ is a parameter to be estimated.

The models were fit to the incidence data using THRESH (Howe, 1995), and the $BMC_{05}$s were calculated as the concentration *C* that satisfies

$$\frac{P(C) - P(0)}{1 - P(0)} = 0.05$$

A chi-square lack of fit test was performed for each of the model fits. The degrees of freedom for this test are equal to *k* minus the number of $q_i$s whose estimates are non-zero. A *P*-value less than 0.05 indicates a significant lack of fit.

For the continuous end-points, the $BMC_{05}$ is defined as the dose that causes a 5% increase in the absolute risk of seeing an "adverse" response. This method utilizes the "hybrid" method of Crump (1995), in which the adverse response level in the control group is specified as 5%. That is, 5% of the animals in the control group would, by natural variation, have a response that would be considered adverse. Then, the probability of being adverse, as opposed to the response itself, is modelled.

The Weibull model was fit to each of the end-points using BENCH_C (Crump & Van Landingham, 1996):

$$P(d) = p_0 + (1 - p_0) [1 - e^{-(-5d/k)}]$$

where *d* is dose, P(*d*) is the probability of an adverse response at dose *d*, and *k*, **5**, and *p* are parameters to be estimated. The $BMC_{05}$ was then calculated as the concentration *C* such that

$$P(C) - P(0) = 0.05$$

An F-test was used to assess lack of fit of the model. A *P*-value less than 0.05 indicates lack of fit.

---

[1] 1 mg/m³ = 0.31 mg/kg body weight per day in rats (Health Canada, 1994).

[2] 1 mg/m³ = 1.33 mg/kg body weight per day in mice (Health Canada, 1994).

# N,N-DIMETHYLFORMAMIDE

**0457**
October 2000

CAS No: 68-12-2
RTECS No: LQ2100000
UN No: 2265
EC No: 616-001-00-X

Dimethylformamide
DMF
DMFA
N-formyldimethylamine
$C_3H_7NO$ / $HCON(CH_3)_2$
Molecular mass: 73.09

| TYPES OF HAZARD/ EXPOSURE | ACUTE HAZARDS/SYMPTOMS | PREVENTION | FIRST AID/FIRE FIGHTING |
|---|---|---|---|
| **FIRE** | Flammable. Gives off irritating or toxic fumes (or gases) in a fire. | NO open flames, NO sparks, and NO smoking. NO contact with oxidizing agents. | Powder, alcohol-resistant foam, water spray, carbon dioxide. |
| **EXPLOSION** | Above 58°C explosive vapour/air mixtures may be formed. | Above 58°C use a closed system, ventilation. | In case of fire: keep drums, etc., cool by spraying with water. |
| **EXPOSURE** | | **PREVENT GENERATION OF MISTS! AVOID EXPOSURE OF (PREGNANT) WOMEN!** | |
| **Inhalation** | Abdominal pain. Diarrhoea. Nausea. Vomiting. Facial flushing. | Ventilation, local exhaust, or breathing protection. | Fresh air, rest. Refer for medical attention. |
| **Skin** | MAY BE ABSORBED! | Protective gloves. Protective clothing. | Remove contaminated clothes. Rinse and then wash skin with water and soap. Refer for medical attention. |
| **Eyes** | Redness. Pain. | Safety goggles, or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then take to a doctor. |
| **Ingestion** | | Do not eat, drink, or smoke during work. | Rinse mouth. |

| SPILLAGE DISPOSAL | PACKAGING & LABELLING |
|---|---|
| Ventilation. Remove all ignition sources. Collect leaking and spilled liquid in sealable containers as far as possible. Absorb remaining liquid in sand or inert absorbent and remove to safe place. (Extra personal protection: complete protective clothing including self-contained breathing apparatus). | T Symbol<br>R: 61-20/21-36<br>S: 53-45<br>Note: E<br>UN Hazard Class: 3<br>UN Pack Group: III |

| EMERGENCY RESPONSE | STORAGE |
|---|---|
| Transport Emergency Card: TEC (R)-30G35<br>NFPA Code: H1; F2; R0 | Separated from strong oxidants, halogens. |

**IPCS**
International
Programme on
Chemical Safety

   

Prepared in the context of cooperation between the International Programme on Chemical Safety and the European Commission
© IPCS 2000

**SEE IMPORTANT INFORMATION ON THE BACK.**

**0457**                                         **N,N-DIMETHYLFORMAMIDE**

## IMPORTANT DATA

**Physical State; Appearance**
COLOURLESS TO YELLOW LIQUID, WITH CHARACTERISTIC ODOUR.

**Chemical dangers**
The substance decomposes on heating or on burning producing toxic fumes including nitrogen oxides.
Reacts violently with oxidants, nitrates and halogenated hydrocarbons. Attacks some plastic and rubber.

**Occupational exposure limits**
TLV: 10 ppm; (skin) (ACGIH 2000).
MAK: 10 ppm; 30 mg/m³; skin, Re2 (1999)

**Routes of exposure**
The substance can be absorbed into the body by inhalation and through the skin.

**Inhalation risk**
A harmful contamination of the air will be reached rather slowly on evaporation of this substance at 20°C.

**Effects of short-term exposure**
The substance is irritating to the eyes.
The substance may cause effects on the liver, resulting in jaundice. See Notes.

**Effects of long-term or repeated exposure**
The substance may have effects on the liver, resulting in impaired functions.
Animal tests show that this substance possibly causes toxic effects upon human reproduction.

## PHYSICAL PROPERTIES

Boiling point: 153°C
Melting point: -61°C
Relative density (water = 1): 0.95
Solubility in water: miscible
Vapour pressure, Pa at 25°C: about 492
Relative vapour density (air = 1): 2.5

Relative density of the vapour/air-mixture at 20°C (air = 1): 1.00
Flash point: 58°C c.c.
Auto-ignition temperature: 445°C
Explosive limits, vol% in air: 2.2-15.2 at 100°C
Octanol/water partition coefficient as log Pow: -0.87

## ENVIRONMENTAL DATA

## NOTES

Use of alcoholic beverages enhances the harmful effect.
Resulting symptoms could be delayed from several hours up to several days.
Environmental effects from the substance have been investigated, but none has been found.

## ADDITIONAL INFORMATION

| **LEGAL NOTICE** | Neither the EC nor the IPCS nor any person acting on behalf of the EC or the IPCS is responsible for the use which might be made of this information |
| --- | --- |

©IPCS 2000

*Concise International Chemical Assessment Document 31*

## RÉSUMÉ D'ORIENTATION

Ce CICAD sur le *N*,*N*-diméthylformamide (DMF) a été préparé conjointement par la Direction de l'hygiène du milieu de Santé Canada et la Direction de l'évaluation des produits chimiques commerciaux d'Environnement Canada, sur la base d'une documentation préparée simultanément dans le cadre du Programme d'évaluation des substances prioritaires, en application de la Loi canadienne sur la protection de l'environnement (LCPE). Les évaluations sanitaires des substances prioritaires effectuées en application de cette loi portent sur les effets que pourraient avoir ces produits sur la santé humaine en cas d'exposition indirecte dans l'environnement. L'exposition professionnelle n'est pas abordée dans le document de base. La présente mise au point prend en compte les données sur les effets environnementaux jusqu'à septembre 1999 et les données sur les effets sanitaires jusqu'à février 2000. L'appendice 1 donne des informations sur la nature de l'examen par des pairs et les sources documentaires. D'autres études ont également été utilisées, à savoir celle l'IARC/CIRC (1999) et celle du BUA (1994). Des renseignements sur l'examen par des pairs du présent CICAD sont donnés à l'appendice 2. Ce CICAD a été adopté en tant qu'évaluation internationale lors de la réunion du Comité d'évaluation finale qui s'est tenue à Helsinki du 26 au 29 juin 2000. La liste des participants à cette réunion figure à l'appendice 3. La fiche internationale sur la sécurité chimique (ICSC 0457) du *N*,*N*-diméthylformamide, établie par le Programme international sur la sécurité chimique (IPCS, 1999), est également reproduite dans le présent document.

Le *N*,*N*-diméthylformamide (No CAS 68-12-2) est un solvant organique produit en grande quantité dans l'ensemble du monde. On utilise dans l'industrie chimique comme solvant, comme intermédiaire ou comme additif. Il se présente sous la forme d'un liquide incolore dégageant une faible odeur qui rappelle celle des amines. Il est miscible en toutes proportions à l'eau et à la plupart des solvants organiques. Sa tension de vapeur est relativement faible.

Une fois libéré dans l'air, le DMF y demeure en majeure partie jusqu'à décomposition par réaction avec des radicaux hydroxyles. La libération indirecte de DMF dans l'air, notamment à partir d'autres milieux, ne contribue guère au maintien de la concentration de ce composé dans le compartiment atmosphérique. On estime que le DMF présent dans l'air est photo-oxydé en l'espace de quelques jours. Une partie du DMF atmosphérique peut cependant atteindre le milieu aquatique ou terrestre, vraisemblablement à la faveur des précipitations. Le DMF qui passe dans l'eau subit une décomposition *in situ* sans transfert vers d'autres compartiments. Libéré dans le sol, il y demeure en

majeure partie - probablement dans l'eau des pores - jusqu'à dégradation par voie chimique ou biologique. En cas de décharge dans les eaux ou au sol, on peut s'attendre à une biodégradation relativement rapide (demi-vie de 18 à 36 h). Si le composé parvient jusqu'aux nappes souterraines, sa décomposition anaérobie sera lente. Compte tenu du mode d'utilisation du DMF, l'exposition de la population générale à ce composé est vraisemblablement très faible.

Etant donné que dans le pays témoin, la majeure partie du DMF est effectivement libérée dans l'air et compte tenu du devenir de ce composé dans l'environnement, l'exposition des organismes vivants est essentiellement atmosphérique et les organismes benthiques, comme ceux qui peuplent les eaux de surface ou le sol, sont sans doute peu exposés. Compte tenu de cela et étant donné la faible toxicité du DMF pour nombre d'organismes aquatiques ou terricoles, la caractérisation du risque vise essentiellement les organismes terrestres directement exposés au DMF présent dans l'air ambiant.

Le DMF est rapidement absorbé en cas d'exposition par voie orale, percutanée ou respiratoire. Une fois absorbé, le composé se répartit de façon uniforme dans l'organisme et après avoir été métabolisé principalement au niveau du foie, il est assez rapidement excrété par la voie urinaire sous la forme de métabolites. La principale voie métabolique consiste en une hydroxylation du groupement méthyle conduisant au *N*-(hydroxyméthyl)-*N*-méthylformamide (HMMF), qui est le principal métabolite urinaire chez l'Homme et l'animal. Le HMMF peut à son tour subir une décomposition en *N*-méthylformamide (NMF), dont l'hydroxylation enzymatique au niveau du groupement *N*-méthyle va entraîner la formation de *N*-(hydroxyméthyl)formamide (HMF), qui se décompose ensuite en formamide. Il existe également une possibilité de bifurcation métabolique à partir du NMF qui consiste en une oxydation du groupement formyle conduisant à la *N*-acétyl-*S*-(*N*-méthylcarbamoyl)cystéine (AMCC), métabolique dont on a décelé la présence dans l'urine humaine et l'urine de rongeurs. Au cours de ce processus, il se forme également un intermédiaire réactif dont la structure n'est pas encore élucidée (peut-être de l'isocyanate de méthyle). Bien qu'on ne dispose pas de preuve expérimentale directe, il se pourrait que ce composé soit le métabolite présumé toxique. A la lumière des données existantes, il semblerait que chez l'Homme, la proportion de DMF métabolisée par la voie présumée toxique soit plus importante que chez l'animal de laboratoire. Il existe une interaction métabolique entre le DMF et l'alcool, qui, bien qu'encore mal élucidée, pourrait être due à l'action inhibitrice de ce composé sur l'alcool-déshydrogénase.

Les données tirées d'analyses de cas individuels ou d'études transversales sur des populations professionnellement exposées, montrent, en accord avec

les résultats de l'expérimentation animale, que chez l'Homme, c'est le foie qui est l'organe-cible du DMF. L'ensemble des effets correspond à ce qui s'observe chez l'animal de laboratoire, c'est-à-dire des troubles digestifs, une intolérance à l'alcool, l'augmentation du taux sérique des enzymes hépatiques (aspartate-amino-transférase, alanine-aminotransférase, γ-glutamyl-transpeptidase et phosphatase alcaline) accompagnés d'anomalies histopathologiques et de modifications ultrastructurales (nécrose hépatocellulaire, hypertrophie des cellules de Kupffer, stéatose microvésiculaire, lysosomes complexes, mitochondries pléomorphes et dégénérescence graisseuse avec présence occasionnelle de lipogranulomes).

A la lumière des données disponibles, il n'existe pas de faits probants ni cohérents qui témoignent d'une augmentation des tumeurs de toutes localisations imputable à l'exposition au DMF sur le lieu de travail. Les cas de cancer du testicule qui avaient été rapportés n'ont pas été confirmés par une étude de cohorte cas-témoins. Pour ce qui est d'autres localisations, aucune augmentation systématique de la fréquence tumorale n'a pu être associée à une exposition au DMF.

En ce qui concerne la génotoxicité du composé pour des populations professionnellement exposées, les données ne sont pas non plus très probantes ni cohérentes, les résultats des études effectuées sur des travailleurs exposés (au DMF et à d'autres composés) étant mitigés. L'ensemble des observations ne cadre pas avec les variations de l'exposition d'une étude à l'autre. Cependant, en raison de la relation dose-réponse positive observée lors de l'étude où cette possibilité avait été explorée, il s'agit là d'un domaine qui mériterait des études supplémentaires, même si les résultats obtenus dans des systèmes d'épreuve expérimentaux sont très largement négatifs en ce qui concerne la génotoxicité du DMF.

La toxicité aiguë du DMF est faible et il n'est que légèrement à modérément irritant pour les yeux et la peau. On n'a pas trouvé de données sur son pouvoir sensibilisateur. Les études de toxicité aiguë ou chronique par administration de doses répétées mettent invariablement en évidence l'hépatotoxicité du DMF, même aux concentrations ou aux doses les plus faibles. Au nombre des effets constatés figurent des modifications touchant les enzymes hépatiques qui sont caractéristiques d'une action toxique, l'augmentation du poids du foie, une dégénérescence histopathologique progressive pouvant conduire à la mort cellulaire et l'accroissement du taux sérique des enzymes hépatiques. Après avoir exposé des rats et des souris par la voie respiratoire et la voie orale, on a constaté l'existence d'une relation dose-réponse pour l'ensemble de ces effets. Par ailleurs, l'ordre de sensibilité des diverses

espèces relativement à ces effets est le suivant : souris > rat > singe.

La base de données relative à la cancérogénicité du DMF ne comporte en tout et pour tout que deux épreuves biologiques sur le rat et la souris, mais il en ressort néanmoins que l'inhalation prolongée de ce composé n'entraîne pas d'augmentation de l'incidence tumorale. Comme on l'a vu, les résultats des tests de génotoxicité sont très largement négatifs; ils proviennent d'études approfondies *in vitro*, consistant notamment à rechercher la présence de gènes mutés, ainsi que d'une base de données plus limitée constituée à partir d'épreuves *in vivo*.

L'expérimentation animale montre que le DMF n'a d'effets nocifs sur la reproduction qu'à des concentra-tions plus fortes que celles qui sont hépatotoxiques, après exposition tant par la voie respiratoire que par la voie orale. De même, lors d'études sur le développement bien conduites et publiées tout récemment, on n'a observé d'effets foetotoxiques et tératogènes systém-atiques qu'aux doses ou aux concentrations toxiques pour la mère.

Les données existantes sont insuffisantes pour permettre une évaluation des effets neurologiques et immunologiques du DMF.

Le présent CICAD et la caractérisation du risque que constitue le DMF ont essentiellement pour objet les effets de ce composé lors d'une exposition indirecte dans l'environnement.

C'est l'air au voisinage de sources ponctuelles de DMF qui fait courir à la population générale le risque d'exposition le plus important. D'après les études épidé-miologiques effectuées sur des travailleurs exposés et les informations tirées de la base de données relativement fournie qui a été constituée à partir des résultats de l'expérimentation animale, c'est le foie qui constitue l'organe cible de l'action toxique du DMF. En se basant sur l'augmentation du taux sérique des enzymes hépa-tiques, on a fixé à 0,03 ppm (0,1 mg/m$^3$) la concentration tolérable.

On n'a pas trouvé de données sur la toxicité du DMF pour les plantes vasculaires terrestres. Pour les indicateurs de sensibilité potentielle des arbres et des arbustes, les concentrations agissantes sont élevées, aussi est-il peu probable que les végétaux terrestres soient particulièrement sensibles à ce composé. En ce qui concerne les autres organismes terrestres, on est parvenu à une valeur de 15 mg/m$^3$ pour la concentration sans effet en prenant la valeur limite pour l'hépatotoxicité chez la souris divisée par un coefficient d'application. En comparant cette valeur avec une estimation prudente de l'exposition on peut conclure que

*Concise International Chemical Assessment Document 31*

dans le pays témoin, le DMF n'a vraisemblablement aucun effet nocif sur les organismes terrestres.

## RESUMEN DE ORIENTACIÓN

Este CICAD sobre la *N,N*-dimetilformamida (DMF), preparado conjuntamente por la Dirección de Higiene del Medio del Ministerio de Salud del Canadá y la División de Evaluación de Productos Químicos Comerciales del Ministerio de Medio Ambiente del Canadá, se basó en la documentación preparada al mismo tiempo como parte del Programa de Sustancias Prioritarias en el marco de la *Ley Canadiense de Protección del Medio Ambiente* (CEPA). Las evaluaciones de sustancias prioritarias previstas en la CEPA tienen por objeto valorar los efectos potenciales para la salud humana de la exposición indirecta en el medio ambiente general, así como los efectos ecológicos. En este documento original no se abordó la exposición ocupacional. En este examen se analizaron los datos identificados hasta el final de septiembre de 1999 (efectos ecológicos) y febrero de 2000 (efectos en la salud humana). La información relativa al carácter del examen colegiado y la disponibilidad del documento original figura en el apéndice 1. También se consultaron otros exámenes, entre ellos el del IARC (1999) y el del BUA (1994). La información sobre el examen colegiado de este CICAD aparece en el apéndice 2. Este CICAD se aprobó como evaluación internacional en una reunión de la Junta de Evaluación Final celebrada en Helsinki (Finlandia) del 26 al 29 de junio de 2000. La lista de participantes en esta reunión figura en el apéndice 3. La Ficha internacional de seguridad química (ICSC 0457) para la *N,N*-dimetilformamida, preparada por el Programa Internacional de Seguridad de las Sustancias Químicas (IPCS, 1999), también se reproduce en este documento.

La *N,N*-dimetilformamida (CAS Nº 68-12-2) es un disolvente orgánico que se produce en grandes cantidades en todo el mundo. Se utiliza en la industria química como disolvente, intermediario y aditivo. Es un líquido incoloro con un ligero olor a amina. Es completamente miscible con el agua y la mayoría de los disolventes orgánicos y su presión de vapor es relativamente baja.

Cuando se libera en el aire, la mayor parte de las emisiones de *N,N*-dimetilformamida se mantienen en este compartimento, donde se degrada por reacción química con radicales hidroxilo. Las emisiones indirectas de *N,N*-dimetilformamida al aire, por ejemplo por desplazamiento desde otros compartimentos del medio ambiente, desempeñan sólo una pequeña función en el mantenimiento de los niveles de *N,N*-dimetilformamida en la atmósfera. Se estima que la fotooxidación de la *N,N*-dimetilformamida en el aire dura unos días. Sin embargo, parte de la *N,N*-dimetilformamida atmosférica puede alcanzar los medios acuático y terrestre, posiblemente con la lluvia. Cuando se libera *N,N*-dimetilformamida en el agua, se degrada allí y no pasa a otros compartimentos. Cuando se libera al suelo, la mayor parte de

54

la *N,N*-dimetilformamida se mantiene allí - posiblemente en el agua intersticial del suelo - hasta que se degrada por reacción biológica y química. Se supone que las emisiones al agua o al suelo van seguidas de una biodegradación relativamente rápida (semivida de 18-36 h). Si la *N,N*-dimetilformamida alcanza el agua freática, su degradación anaerobia será lenta. Las pautas de uso de la *N,N*-dimetilformamida hacen suponer que la exposición de la población general es probablemente muy baja.

Habida cuenta de que en el país de muestra la mayor parte de la *N,N*-dimetilformamida parece que se libera al aire y teniendo cuenta su destino en el medio ambiente, se supone que la biota está expuesta fundamentalmente a la *N,N*-dimetilformamida del aire; la exposición a la presente en las aguas superficiales, el suelo o los organismos bentónicos se supone que es escasa. Sobre esta base y debido a su baja toxicidad para una gran variedad de organismos acuáticos y del suelo, la caracterización del riesgo ambiental se concentra en los organismos terrestres expuestos directamente a la *N,N*-dimetilformamida del aire ambiente.

La *N,N*-dimetilformamida se absorbe fácilmente tras la exposición oral, cutánea o por inhalación. Después de la absorción, la *N,N*-dimetilformamida se distribuye de manera uniforme, se metaboliza sobre todo en el hígado y se excreta con relativa rapidez como metabolitos en la orina. En la vía principal interviene la hidroxilación de los grupos metilo, produciendo *N*-(hidroximetil)-*N*-metilformamida, que es el principal intermediario urinario en las personas y en los animales. La *N*-(hidroximetil)-*N*-metilformamida se puede descomponer a su vez para formar *N*-metilformamida. Luego, la oxidación enzimática del *N*-metilo de la *N*-metilformamida puede dar lugar a *N*-(hidroximetil)formamida, que a continuación se degrada a formamida. Una vía alternativa para el metabolismo de la *N*-metilformamida es la oxidación del grupo formilo, produciendo *N*-acetil-*S*-(*N*-metilcarbamoil)-cisteína, que ha sido identificado como un metabolito urinario en los roedores y en las personas. En esta vía se forma un intermediario reactivo, cuya estructura aún no se ha determinado (posiblemente metilisocianato); aunque no se han encontrado pruebas experimentales directas que lo respalden, parece que este intermediario es el metabolito supuestamente tóxico. Los datos disponibles indican que la proporción de *N,N*-dimetilformamida que se puede metabolizar por la vía supuestamente tóxica es mayor en las personas que en los animales de experimentación. Se ha detectado una interacción metabólica entre la *N,N*-dimetilformamida y el alcohol, lo cual, aunque no se conoce del todo, se puede deber, al menos en parte, a que inhibe la alcohol deshidrogenasa.

Coincidiendo con los resultados de los estudios en animales de experimentación, los datos disponibles de informes de casos y de estudios de muestras representativas de poblaciones expuestas ocupacionalmente indican que en las personas es el hígado el órgano destinatario de la toxicidad de la *N,N*-dimetilformamida. El perfil de los efectos está en consonancia con el observado en los animales de experimentación, habiéndose detectado trastornos gastrointestinales, intolerancia al alcohol, aumento de las enzimas hepáticas en el suero (aspartato aminotransferasa, alanina aminotransferasa, 9-glutamil transpeptidasa y fosfatasa alcalina) y efectos histopatológicos y cambios ultraestructurales (necrosis hepatocelular, agrandamiento de las células de Kupffer, esteatosis microvesicular, lisosomas complejos, mitocondrías pleomórficas y cambios en la grasa con lipogranulomas ocasionales).

Teniendo en cuenta los limitados datos disponibles, no hay pruebas sistemáticas convincentes de un aumento del número de tumores en los lugares asociados con la exposición a la *N,N*-dimetilformamida en el entorno ocupacional. Las notificaciones de casos de cáncer testicular no se han confirmado en un estudio de cohortes y de casos y testigos. No se ha observado un aumento constante de tumores en otros lugares asociados con la exposición a la *N,N*-dimetilformamida.

Hay también pocas pruebas sistemáticas convincentes de genotoxicidad en las poblaciones expuestas ocupacionalmente a la *N,N*-dimetilformamida, con resultados desiguales en los estudios disponibles sobre trabajadores expuestos (a la *N,N*-dimetilformamida y a otros compuestos). La pauta de las observaciones no es coherente con las variaciones de la exposición en los diversos estudios. Sin embargo, a la vista de la relación dosis-respuesta positiva observada en el único estudio en el cual se investigó, convendría estudiar más este aspecto, aunque los datos disponibles sobre genotoxicidad en sistemas experimentales son abrumadoramente negativos.

La *N,N*-dimetilformamida tiene una toxicidad aguda baja y una actividad irritante ocular y cutánea entre ligera y moderada. No se identificaron datos relativos a su potencial de sensibilización. En estudios de toxicidad aguda y de dosis repetidas, la *N,N*-dimetilformamida ha sido siempre hepatotóxica, induciendo efectos en el hígado a las concentraciones o dosis más bajas. El perfil de los efectos incluye alteraciones en las enzimas hepáticas características de la toxicidad, aumento de peso del hígado, cambios histopatológicos de degeneración progresiva y a la larga muerte celular, así como aumento de las enzimas hepáticas en el suero. Tras la exposición por inhalación y por vía oral se ha observado una relación dosis-respuesta para estos efectos en ratas y ratones. Se ha detectado una variación de la sensibilidad entre especies para estos efectos, siendo el orden de sensibilidad ratones > ratas > monos.

Aunque la base datos para la carcinogenicidad se limita a dos biovaloraciones debidamente realizadas en ratas y ratones, no se ha registrado un aumento de la incidencia de tumores tras la exposición por inhalación crónica a la *N,N*-dimetilformamida. El valor probatorio para la genotoxicidad es totalmente negativo, basándose en una investigación amplia mediante valoraciones *in vitro*, en particular para la mutación genética, y en una base de datos más limitada *in vivo*.

En estudios con animales de laboratorio, tras la exposición tanto por inhalación como por vía oral la *N,N*-dimetilformamida induce efectos reproductivos adversos sólo a concentraciones superiores a las asociadas con los efectos adversos en el hígado. Del mismo modo, en estudios fundamentalmente recientes sobre el desarrollo realizados y notificados de manera adecuada, se han observado sistemáticamente efectos citotóxicos y teratógenos sólo a concentraciones o dosis con toxicidad materna.

Los estudios disponibles no son suficientes como base para la evaluación de los efectos neurológicos e inmunológicos de la *N,N*-dimetilformamida.

Este CICAD y la caracterización del riesgo en la muestra se concentran fundamentalmente en los efectos de la exposición indirecta en el medio ambiente general.

El aire en la proximidad de fuentes puntuales parece ser el principal origen potencial de exposición de la población general a la *N,N*-dimetilformamida. Sobre la base de los resultados de los estudios epidemiológicos de trabajadores expuestos y de los datos justificativos de una base de datos relativamente amplia de investigaciones en animales de experimentación, el hígado es el principal órgano destinatario de la toxicidad de la *N,N*-dimetilformamida. Se ha obtenido una concentración tolerable de 0,03 ppm (0,1 mg/m$^3$), teniendo en cuenta el aumento de las enzimas hepáticas en el suero.

No se han identificado datos sobre la toxicidad de la *N,N*-dimetilformamida para las plantas vasculares terrestres. Las concentraciones con efecto para los indicadores de una posible sensibilidad de los árboles, los arbustos y otras plantas son altas; por consiguiente, es poco probable que las plantas terrestres sean particularmente sensibles a la *N,N*-dimetilformamida. Para otros organismos terrestres, se ha estimado un valor sin efectos de 15 mg/m$^3$, basado en un valor crítico de la toxicidad para la toxicidad hepática en ratones dividido por un factor de aplicación. La comparación de este resultado con un valor de exposición estimada prudente indica que es poco probable que la *N,N*-dimetilformamida provoque efectos adversos en los organismos terrestres del país de muestra.

**THE CONCISE INTERNATIONAL CHEMICAL ASSESSMENT DOCUMENT SERIES**

Azodicarbonamide (No. 16, 1999)
Benzoic acid and sodium benzoate (No. 26, 2000)
Benzyl butyl phthalate (No. 17, 1999)
Biphenyl (No. 6, 1999)
1,3-Butadiene: Human health aspects (No. 30, 2001)
2-Butoxyethanol (No. 10, 1998)
Chloral hydrate (No. 25, 2000)
Crystalline silica, Quartz (No. 24, 2000)
Cumene (No. 18, 1999)
1,2-Diaminoethane (No. 15, 1999)
3,3'-Dichlorobenzidine (No. 2, 1998)
1,2-Dichloroethane (No. 1, 1998)
2,2-Dichloro-1,1,1-trifluoroethane (HCFC-123) (No. 23, 2000)
Diphenylmethane diisocyanate (MDI) (No. 27, 2000)
Ethylenediamine (No. 15, 1999)
Ethylene glycol: environmental aspects (No. 22, 2000)
2-Furaldehyde (No. 21, 2000)
HCFC-123 (No. 23, 2000)
Limonene (No. 5, 1998)
Manganese and its compounds (No. 12, 1999)
Methyl chloride (No. 28, 2000)
Methyl methacrylate (No. 4, 1998)
Mononitrophenols (No. 20, 2000)
Phenylhydrazine (No. 19, 2000)
*N*-Phenyl-1-naphthylamine (No. 9, 1998)
1,1,2,2-Tetrachloroethane (No. 3, 1998)
1,1,1,2-Tetrafluoroethane (No. 11, 1998)
*o*-Toluidine (No. 7, 1998)
Tributyltin oxide (No. 14, 1999)
Triglycidyl isocyanurate (No. 8, 1998)
Triphenyltin compounds (No. 13, 1999)
Vanadium pentoxide and other inorganic vanadium compounds (No. 29, 2001)

*To order further copies of monographs in this series, please contact Marketing and Dissemination,*
*World Health Organization, 1211 Geneva 27, Switzerland*
*(Fax No.: 41-22-7914857; E-mail: bookorders@who.int)*