# Exhibit 30

*Pure & Appl. Chem.*, Vol. 49, pp. 885–892. Pergamon Press, 1977. Printed in Great Britain.

# INTERNATIONAL UNION OF
# PURE AND APPLIED CHEMISTRY

## ANALYTICAL CHEMISTRY DIVISION

## COMMISSION ON ELECTROANALYTICAL CHEMISTRY

# DIMETHYLFORMAMIDE: PURIFICATION, TESTS FOR PURITY AND PHYSICAL PROPERTIES

Prepared for publication by
**JEAN JUILLARD**

Laboratoire d'Etude des Interactions Solutés–Solvants,
Université de Clermont—B.P. 45—63170 Aubière, France

## PERGAMON PRESS
## OXFORD · NEW YORK · PARIS · FRANKFURT

Analytical Chemistry Division

Commission on Electroanalytical Chemistry

DIMETHYLFORMAMIDE:  PURIFICATION, TESTS FOR PURITY AND PHYSICAL PROPERTIES[+]

N,N'-Dimethylformamide (DMF) is a good solvent for organic and to a lesser extent inorganic compounds.  It is, together with dimethylsulfoxide and acetonitrile, one of the most widely used of the so-called dipolar aprotic solvents.  Owing to its fairly high dielectric constant, it is a moderately dissociating solvent for electrolytes.  Acid-base reactions as well as thermodynamic properties of electrolyte solutions have been studied by many authors.  Contrary to the N-methylamides it is a typically weakly associated solvent, as seen (Ref. 1) from dielectric studies (the Kirkwood g factor is about one at all temperatures).

Owing to its electron-donor character, DMF reacts with many acids.  For example, Gutmann's donicity number (Ref. 2) is 27.  Its polarographic range is quite large, e.g., 3.5 V at the dropping mercury electrode with 0.1 M $Bu_4NClO_4$ as supporting electrolyte (Ref. 3).  It is therefore widely used as a solvent for electrochemical reactions, especially reductions.

Pure DMF is colorless and, at room temperature, odorless.  It is subject to thermal as well as photochemical degradation.  In presence of water, DMF is slowly hydrolyzed according to the equation:

$$HCON(CH_3)_2 + H_2O \longrightarrow HCOOH + (CH_3)_2NH$$

Formic acid and dimethylamine are thus predominant impurities in DMF and determine the odor of the impure solvent.  They are weakly acidic and weakly basic respectively; therefore, partial ionization does occur:

$$HCOOH + (CH_3)_2NH \rightleftharpoons HCOO^- + (CH_3)_2NH_2^+$$

and results in a buffered solution (pH 11) with an increase in the conductivity of the solvent.

Thermal degradation produces dimethylamine and carbon monoxide.  Hydrogen (Ref. 4) and hydrogen cyanide (Ref. 5) have been identified among the products of the photochemical degradation of the solvent.

Strongly basic media are difficult to obtain in DMF; there is, to our knowledge, no substance behaving as a strong base in DMF.  If autoprotolysis of the medium actually occurs, the anion of the solvent must be very unstable (Ref. 6).  It has been claimed (Ref. 7 and 8) that the autoprotolysis constant is smaller than $10^{-25}$ but no definite value has yet been proposed.

Attention must be paid to the fact that DMF has toxic effects, particularly on the liver and kidneys; the threshold value for air has been fixed (Ref. 9) at 30 $mg/m^3$.

PURIFICATION OF DIMETHYLFORMAMIDE

Good quality DMF is commercially available.  As noted by Vaughn (Ref. 10), spectrograde solvent is not always suitable for all purposes.  As a consequence of hydrolysis, the residual water content of commercial DMF is frequently low (0.1%).  Many procedures have been proposed and used for the purification of the solvent.  Four types of successive operation can be distinguished:  treatment with a drying agent, neutralization of basic or acidic impurities, careful  distillation, and elimination of gaseous impurities.

[+] Titular Members:  R. G. Bates, Chairman (USA); J. F. Coetzee, Secretary,(USA); Members:  E. Bishop(UK), T. Fujinaga (Japan), Z. Galus (Poland), J. Jordan (USA), H. W. Nürnberg (FRG), P. Zuman (USA); Associate Members:  M. Branica (Yugoslavia), A. K. Covington (UK), L. Gierst (Belgium), K. Izutsu (Japan), L. Meites (USA), E. Pungor (Hungary), O. A. Songina (USSR), B. Trémillon (France); National Representatives:  D. D. Perrin (Australia), G. Kraft (FRG), R.C. Kapoor (India), N. Tanaka (Japan), W. Kemula (Poland), P. O. Kane (UK).

1. <u>Preparing water-free solvent</u>. Although the boiling point of water is far from that of DMF it is not possible to obtain a dry solvent by distillation only.

One of the first methods proposed for preliminary drying (Ref. 11) was azeotropic distillation with about 10% by volume of dry benzene; the benzene-water azeotrope is removed by distillation at atmospheric pressure. To prevent decomposition the temperature is maintained below 80°C. Alternatively, molecular sieves can be used. The solvent is kept in contact for periods ranging from 1 to 4 days with 4 Å (Ref. 12-15) or 5 Å (Ref. 16) sieves which are removed and replaced from time to time. Ritchie (Ref. 17) recommends the use of Linde AW-500 molecular sieves in 1/16-inch pellets. Studying drying efficiency, he finds that the water content is less than 18 ppm after 27 hours. Molecular sieves can be dried before use by heating in a quartz tube under a stream of argon at 375°C for 24 h (Ref. 18). Finally, a procedure which uses chromatographic purification through alumina has been described by Moe (Ref. 13) in some detail. "A column approximately 100 cm long and 5 cm wide will contain 1 kg of alumina, sufficient for the purification of about 10 l of DMF". After bubbling of pure nitrogen for several hours the DMF thus obtained is thought to be convenient for polarographic use.

In our opinion these three types of operation can be considered only as a first step in drying the solvent, and mild chemical drying agents must also be used. These range from anhydrous BaO (Ref. 11 and 19) to $MgSO_4$ (Ref. 20), $Na_2CO_3$ (Ref. 6 and 20), or $CuSO_4$ (Ref. 21). Surprisingly good samples of DMF can be obtained using storage of solvent over these chemicals for at least 24 h. It has been recommended that the drying agent be changed at least twice and the container shaken, if not continuously, at least from time to time. It also has been recommended that such an operation is performed in a cold, dark room. As far as $Na_2SO_4$ or $Na_2CO_3$ are concerned, the resulting solvents are of about the same quality (Ref. 20). Little or no degradation of the solvent (as estimated through the concentration of dimethylamine) results from such treatment (Ref. 11).

Some of the more common drying agents react with the solvent itself to produce significant amounts of acidic or basic impurities. BaO, cited previously, belongs to this category if it is used at temperatures above 30°C (Ref. 11). Other reagents are potassium hydroxide, calcium hydride (Ref. 5 and 22) and phosphorus pentoxide (Ref. 17, 23 and 24). $P_2O_5$ is the most frequently used, $CaH_2$ is probably the most efficient. Prue and Sherrington (Ref. 23) have shaken DMF for three days with $P_2O_5$, adding each morning about 10 g of fresh reagent. Recently, drying of amides using Vitrid, sodium bis(methoxy-2-ethoxy)aluminohydride, has been recommended (Ref. 25). In DMF it allows attainment of very basic media (pH 30). However, distillation of the solvent from the mixture obtained has not been attempted and is probably very hazardous. Whatever the method used, it is important to proceed with these operations in a dark room or apparatus to prevent any photochemical degradation.

2. <u>Neutralization</u>. Depending on the drying agent used, it has been recommended that the basic or acidic impurities produced are neutralised, either by shaking with picric acid (Ref. 20) or KOH pellets (Ref. 24). This last treatment is particularly recommended after drying over $P_2O_5$ which generates formic acid. Such neutralization can be done either before or after a first distillation.

3. <u>Distillation</u>. The drying process can be further carried out during this operation. The DMF is refluxed and distilled from $P_2O_5$ or $CaH_2$. However, owing to a degradation process increased by heating, it is preferable first to decant the solvent and transfer it under dry nitrogen, and then to distil it at reduced pressure.

The quality of the final product is greatly affected by the care with which the distillation is carried out. It seems to be important to work under vacuum, with a darkened column, or in a pure nitrogen or argon atmosphere. As a rule, the temperature must be kept under 60°C; heating must be gentle and overheating avoided. Distillation in daylight results in the production of hydrogen cyanide (Ref. 5), particularly in the presence of $CaH_2$. No traces of HCN are detected if the operations are conducted in the dark.

Types of distillation apparatus currently described in the literature do not seem to be very efficient. It is not surprising to note that the best quality DMF, if conductivity is accepted as a test of purity, has been obtained by Brummer (Ref. 12), who used only molecular sieves as drying agents, but carried out the distillation in a slow current of dry nitrogen at low pressure (2 torr) and an efficient column (1 meter packed with Fenske helices). The use of a long column (60 cm at least) with good packing and reflux is recommended. For example, Tanaka (Ref. 21) distilled DMF which had been dried over anhydrous $CuSO_4$ at a pressure of 5 torr through an adiabatic fractional distillation column which was 1.3 cm in diameter, 120 cm in length and packed with helipack coils. Dry nitrogen was passed through the apparatus during the distillation; 60% of the distillate was collected. The conductivity was lower than $1 \times 10^{-7}$ $\Omega^{-1}$ $cm^{-1}$ (25°C). Boiling temperatures at various pressures are given in Table 1.

Dimethylformamide : Purification, tests for purity and physical properties          889

TABLE 1.  Recommended values for physical constants of DMF at 25°C and 1 atm (except where noted otherwise)

| | | |
|---|---|---|
| Boiling temperature | $T_B$ | 152.3°C (Ref. 47) |
| | | 79°C at 61-62 torr (Ref. 37) |
| | | 55-56°C at 25-26 torr (Ref. 40) |
| | | 34°C at 2-3 torr (Ref. 15) |
| Melting temperature | $T_M$ | -61°C |
| Refractive index (Ref. 44) | $n_D^{25}$ | 1.42689 |
| Dielectric constant | D | 37.0 |
| Surface tension (Ref. 45) | $\sigma$ | 37.1 dyne/cm |
| Viscosity (Ref. 23) | $\eta$ | 0.00796 poise |
| Density | $\rho$ | 0.9440 g cm$^{-3}$ |
| Molal volume | V | 77.39 cm$^3$ |
| Heat capacity at constant pressure (Ref. 44) | $C_p$ | 37.4 cal/mol |
| Cubic expansion coefficient | $\alpha_P$ | 1.00 x 10$^{-3}$ K$^{-1}$ * |
| Adiabatic compressibility coefficient (Ref. 44) | $\beta_S$ | 6.1 x 10$^{-5}$ atm$^{-1}$ |
| Isothermal compressibility coefficient | $\beta_T$ | 6.3 x 10$^{-5}$ atm$^{-1}$ * |

*Calculated from data in Ref. (12)

4. **Elimination of gaseous impurities.** A flow of pure dry nitrogen or argon is passed through the solvent for several hours, in order to eliminate oxygen, carbon monoxide and carbon dioxide. Such a solvent can then be used for polarographic purposes. A more complete deaeration can be achieved using a vacuum line.

5. **Conclusions and recommendations.** As various authors used different starting materials, it is difficult to compare the efficiency of the various methods of purification. Comparison between different ways of treating the same batch of solvent can be found to our knowledge in only two papers (Ref. 11 and 20). Thomas and Rochow (Ref. 11) always used first azeotropic distillation with benzene and compared subsequent treatment with MgSO$_4$, BaO, alumina and triphenylchlorosilane, followed in each case by distillation. Comparisons were made in terms of specific conductance and water content. Barium oxide as well as alumina treatment meet rather well these two criteria and do not have any side effects, such as producing dimethylamine or HCN. Juillard (Ref. 20) compared drying with Na$_2$CO$_3$, Na$_2$SO$_4$ or molecular sieves with azeotropic distillation with benzene and distillation over P$_2$O$_5$. As far as conductivity and water content are concerned, the different batches of solvent thus obtained were of about the same quality, except that P$_2$O$_5$ has the disadvantage of promoting degradation of the solvent and thus of decreasing the efficiency of the distillation; therefore the use of P$_2$O$_5$ is not recommended. As a confirmation it can be noted that authors using P$_2$O$_5$ or CaH$_2$ as drying agents did not obtain purer solvents than those who employed BaO or Na$_2$CO$_3$ or even only molecular sieves.

It is therefore recommended that use is made first either of azeotropic distillation with benzene, as suggested by Thomas (Ref. 11), or of treatment with molecular sieves, as suggested by Ritchie (Ref. 17), and that the resulting DMF is then shaken with Na$_2$CO$_3$ or, better, with BaO for 1 or 2 days. After decantation the DMF is distilled twice under nitrogen (pressure <15 torr) using a 1-m column. All these operations must be carried out in the dark. After deaeration the solvent is stored under nitrogen and used as soon as possible.

890                     COMMISSION ON ELECTROANALYTICAL CHEMISTRY

### TESTS FOR PURITY

Owing to its various modes of degradation (hydrolysis, thermal and photochemical decomposition) the principal impurities found in DMF are: dimethylamine, formic acid, hydrogen cyanide, carbon dioxide and carbon monoxide. To this list must be added: water, oxygen, which is quite soluble, and impurities resulting from the purification process.

Conductivity. As stressed earlier, hydrolysis as well as decomposition results in ionic impurities: dimethylammonium formate, carbonate or cyanide. Thus, the conductivity of the solvent is a very good test of its purity.

Experimental conductivities recorded in DMF are always higher than those reported for other aprotic solvents such as ketones or nitriles. According to a rough estimate, the theoretical conductivity of the solvent should be below $10^{-13} \; \Omega^{-1} cm^{-1}$. In fact, conductivities obtained by the most careful workers are scarcely ever less than $10^{-7}$. The best values have been reported, to our knowledge, by Brummer (Ref. 12) who used for conductometric studies a solvent having conductivities varying from $2 \times 10^{-8}$ to $5 \times 10^{-8} \; \Omega^{-1} cm^{-1}$. Values below $5 \times 10^{-7}$ have been reported by numerous authors and any batch of DMF which is more conducting can be considered to be impure.

Water. Water can be titrated by the Karl Fischer (K-F) reagent. Kanatharan (Ref. 22) recommends that the titration is conducted slowly, since K-F reagent reacts only slowly with small amounts of water.

Usual procedures do not allow the determination of less than 10 ppm of water. According to Muroi (Ref. 26) it is possible to titrate as little as 0.2 ppm by increasing the sharpness of the end point, using the following procedure: "Add a 10-30 ml sample to 25 ml MeOH containing 8% of a pyridine-$SO_2$ solution (320 g $SO_2$/l pyridine) and titrate potentiometrically with K-F reagent having a titre of 0.1-0.5 mg $H_2O$/ml". The use of DMF as a solvent for K-F reagent also has been advocated (Ref. 27).

Prue (Ref. 23) has titrated water in DMF using triphenylsilyl chloride, from which, according to Thomas (Ref. 11), hydrogen chloride is liberated quantitatively by water (amines or acids are thought to interfere); the HCl content is then estimated from the conductivity of the solution.

It is quite easy to prepare a solvent which contains less than 50 ppm of water. Very low concentrations (< 5ppm) are more difficult to attain. The best value, less than 3 ppm, has been reported by Libbey and Stock (Ref. 28).

Dimethylamine. Colorimetric methods have been used by some authors. In our opinion, as long as the autoprotolysis constant of the solvent is not known, it is not possible to say exactly what is basic and what is acidic in DMF. Kolthoff (Ref. 24) has used p-nitrophenol in the colorimetric determination of total basicity, but specific determinations would be preferable.

Thomas and Rochow (Ref. 11) have based the determination of the amine content on the fact that dimethylamine forms with 1-fluoro-2,4-dinitrobenzene a complex which absorbs in the visible spectrum at 3812 Å. Solvent prepared by Chang and Criss (Ref. 29) was found to contain less than 1 ppm of dimethylamine using this method.

Another spectrophotometric method which allows the determination of the dimethylamine content down to 2 ppm with an error of $\pm 10\%$ has been proposed by Pribyl (Ref. 30); dimethyldithiocarbamate, which absorbs at 445 nm, is formed by adding $CS_2$ and $Cu(AcO)_2$ to an EtOH-pyridine mixture.

Chromatography was thought by Butler (Ref. 18) not to be a reliable means of establishing the organic impurity content of the solvent since DMF can decompose or hydrolyze at high temperatures. Nevertheless, careful studies of the proper experimental conditions have been undertaken (Ref. 31 and 32). In the paper by Filippov (Ref. 32) it is shown that dimethylamine can be determined in DMF at levels as low as 1 ppm using tetrahydroxyethylenediamine as a stationary phase, polysorb-1 as a solid support and a column temperature of 75°C.

Dimethylamine is not electroactive with mercury but can give coordination compounds with cations which will affect the course of electrochemical reductions.

Formic Acid. In contrast to dimethylamine, formic acid is electroactive. Kanatharan and Spritzer (Ref. 22) have attributed to formic acid two peaks, one cathodic, the other anodic, which appear in cyclic voltammograms of aqueous dimethylformamide. Alternating current polarography (Ref. 33), and, better, pulse polarography, can be used to estimate the formic acid content.

Dimethylformamide : Purification, Tests for purity and physical properties          891

Formic acid can also be determined by titration with a base.  Potentiometric titration is
preferred since it allows determination of the dimethylammonium formate content as well.
Megliskii (Ref. 34) has titrated potentiometrically formic acid, dimethylamine and dimethyl-
ammonium formate in DMF using two solutions:  0.1 M $HClO_4$ and 0.1 M KOH, both in alcohol.
Such a method is suitable only for concentrations of the order of at least 100 ppm.

Hydrogen Cyanide.  Trisler et al. (Ref. 5) reported the presence of HCN in DMF distilled
over $CaH_2$ in natural light.  Concentrations ranged from $10^{-5}$ to $10^{-3}$ M.  Spectrophotometric
titration can be carried out with 4-nitrobenzil, which reacts with cyanide ion to form a deep
violet ion.

Oxygen.  Oxygen is rather soluble in DMF.  A study of oxygen solubility in relation to the
oxygen content of the gas phase has been made by James (Ref. 35).  When the gas phase was
air and pure oxygen, the solubility was $2.2 \times 10^{-3}$ and $3.1 \times 10^{-3}$ M, respectively.

Oxygen is an electroactive impurity which interferes in polarography and other electrochemi-
cal processes.  Two waves are observed (Ref. 36) with $E_{1/2}$ = -0.8 and -2.8 V vs. SCE; the
first corresponds to the reduction of oxygen to superoxide:

$$O_2 + e^- \longrightarrow O_2^{\cdot -}$$

and the second one to the reduction of superoxide to peroxide ion:

$$O_2^{\cdot -} + e^- \longrightarrow O_2^=$$

James (Ref. 35) has proposed two methods for the determination of the oxygen concentration;
polarography and the Winkler method.  Polarographic measurements are made at -1.2 V vs. SCE,
in order to ensure that the measured diffusion current is not influenced by a polarographic
maximum.  A modified Winkler method allows concentrations as low as 10 ppm to be determined.
It depends upon quantitative oxidation of iodide ion to iodine.  Such a process is described
in some detail (Ref. 35).

     PHYSICAL PROPERTIES OF DIMETHYLFORMAMIDE

   Numerical values of physical constants are highly dependent on the purity of the solvent.
Consequently, important discrepancies are found in the literature.  The present recommended
values result from a careful examination of three aspects:  accuracy of the measurements,
consistency of the data of various authors at different temperatures, and purification of
the solvent.  Such a choice is subject to personal evaluation and it seems prudent to give
also the other references.

Density.  The density is probably a good criterion of the purity of the solvent.  Contamina-
tion with water increases the density (Ref. 23).  The following values of the density at
25°C have been found (Ref. 23,8,37,12):  0.9439, 0.9440$_2$, 0.9441$_5$ and 0.9442 g $cm^{-3}$, respec-
tively.  Old values greater than 0.9443 frequently found in tables are probably too high.
New work by Kawaizumi and Zana (Ref. 38) seems to indicate that the density of the pure sol-
vent is lower.  These authors obtain values ranging from 0.94360 to 0.94368.  It is our feel-
ing that these data are more accurate than previous ones but such a low value ($\rho$ = 0.94364 $\pm$
0.00004) must be confirmed by others before being accepted.

Values at various temperatures other than those appearing in Table 2 have been given by
Gopal and Rizvi (Ref. 39).  At 20°C Saphon (Ref. 40) has obtained $\rho$ = 0.94878 g $cm^{-3}$, in good
agreement with the value in Table 2.

     TABLE 2.  Recommended values for physical constants of DMF at various temperatures

|  |  | $\rho$ g $cm^{-3}$ | $\eta$ poise | D |
|---|---|---|---|---|
| Temperature | 20°C | 0.9488 | 0.00845 | 38 |
|  | 30°C | 0.9394 | 0.00746 | 36.1 |
|  | 40°C | 0.9298 | 0.00664 | 34.4 |
|  | 50°C | 0.9202 | 0.00598 | 32.8 |
| Reference |  | 12 | 49 | 1 |

Viscosity.  Other values can be found in References (29) and (41).  Prue's data at 25°C are
confirmed by measurements reported by Ames and Sears (Ref. 42).

892                    COMMISSION ON ELECTROANALYTICAL CHEMISTRY

Dielectric constant. Data given by Bass and Cole (Ref. 1) are preferred to previous re-
sults (Ref. 43) of Leader and Gormley (36.71 at 25°C). The value reported at 25°C is inter-
polated from measurements at various temperatures. Data of Saphon (Ref. 40) are in good
agreement with the value reported in Table 2 at 20°C (D = 38.13).

Miscellaneous. Data at various temperatures concerning refractive index, surface tension
and isothermal compressibility can be found in Refs. (44), (45) and (12), respectively.
Other data concerning thermodynamic properties are reported in Refs. (39) and (44). Plots
of vapor pressure, heat of vaporization, heat capacity, density, viscosity, surface tension
and thermal conductivity for a large range of temperature have been drawn up by Gallant (Ref.
46). The solubilities of some sixty substances in DMF have been tabulated (Ref. 50). Or-
ganic reactions in or with DMF have been summarized (Ref. 51).

REFERENCES

1. S. J. Bass, V. I. Nathan, R. M. Meigham and R. H. Cole, J. Phys. Chem., 68, 1509 (1964).
2. V. Gutmann, Coordination Chemistry in Non-Aqueous Solutions, Springer Verlag (1968),
   p. 152.
3. M. Bréant, M. Bazouin, C. Buisson, M. Dupin and J. M. Rebattu, Bull. Soc. Chim. France,
   5065 (1968).
4. J. Kroh, E. Burzynska, Bull. Acad. Polon. Sci., Sc. Chim., 21, 289 (1973).
5. J. C. Trisler, B. F. Freasier and Shi-Ming Wu, Tetrahedron Letters, 687 (1974).
6. Ram Chand Paul, P. S. Guraya and B. R. Sreenathan, Indian J. Chem., 1, 335 (1963).
7. M. Bréant and G. Demange-Guérin, Bull. Soc. Chim. France, 2935 (1969).
8. E. Lolette and J. Juillard, J. Sol. Chem., 3, 127 (1974).
9. H. E. Stokinger, Documentation of Threshold Limit Values, revised ed., American Con-
   ference of Governmental Industrial Hygienists, Cincinnati, Ohio (1966).
10. J. W. Vaughn in The Chemistry of Non-Aqueous Solvents, ed. J. J. Lagowski, Academic
    Press, New York (1967) Vol. II, p. 243.
11. A. P. Thomas and E. G. Rochow, J. Amer. Chem. Soc., 79, 1843 (1957).
12. S. B. Brummer, J. Chem. Phys., 42, 1636 (1965).
13. N. S. Moe, Acta Chem. Scand., 21, 1389 (1967).
14. S. C. Chan and J. P. Valleau, Can. J. Chem., 46, 853 (1968).
15. D. A. Owensby, A. J. Parker and J. W. Diggle, J. Amer. Chem. Soc., 96, 2682 (1974).
16. J. N. Butler, J. Phys. Chem., 72, 3288 (1968).
17. C. D. Ritchie and G. H. Megerle, J. Amer. Chem. Soc., 89, 1447 (1967).
18. J. N. Butler, J. Amer. Chem. Soc., 92, 2602 (1970).
19. O. N. Bhatnager and C. M. Criss, J. Phys. Chem., 73, 174 (1969).
20. J. Juillard, J. Chim. Phys., 67, 691 (1970).
21. N. Tanaka, personal communication.
22. P. Kanatharan and M. S. Spritzer, Anal. Letters, 6, 421 (1973).
23. J. E. Prue and P. J. Sherrington, Trans. Faraday Soc., 57, 1795 (1961).
24. I. M. Kolthoff, M. K. Chantooni, Jr., and H. Smagowski, Anal. Chem., 42, 1622 (1970).
25. M. Bréant, Journées d'Electrochimie, Rouen (France), 10 Avril 1975; M. Bréant and J.
    Georges, C. R. Acad. Sc. Paris, Série C 280, 33 (1975).
26. K. Muroi, M. Ono, Bunseki Kagaku, 20, 975 (1971).
27. V. A. Klimova, F. B. Sherman and A. M. L'vov, Isvest. Akad. Nauk SSSR, Ser. Khim.,
    2599 (1967).
28. A. J. Libbey and J. T. Stock, Anal Chem., 42, 526 (1970).
29. S. Chang and C. M. Criss, J. Sol. Chem., 2, 457 (1973).
30. N. Pribyl and J. Nedbalkova, Fresenius'Z. Anal. Chem., 232, 261 (1967).
31. V. A. Zverev and G. A. Krestov, Isv. Vyssh. Uchebn. Zavedenii, Khimiya i Khim: Tekhnol,
    963 (1968).
32. Yu S. Filippov and Ya A. Tsarfin, Zh. Anal. Khim., 26, 1644 (1971).
33. A. Francina, Thèse Docteur-ès-Sciences, Lyon (France), 1973, p. 72.
34. V. A. Meglitskii and N. n. Kvasha, Khim. Volokna, 70 (1971).
35. H. J. James and R. F. Broman, Anal Chim. Acta., 48, 411 (1969).
36. D. L. Maricle and W. G. Hodgson, Anal. Chem., 37, 1562 (1965).
37. C. M. French and K. H. Glover, Trans. Faraday Soc., 51, 1418 (1955).
38. Personal communication of numerical values used in the paper by F. Kawaizumi and R.
    Zana, J. Phys. Chem., 78, 1099 (1974).
39. Ram Gopal and S. A. Rizvi, J. Indian Chem. Soc., 43, 179 (1966).
40. S. Saphon and H. J. Bittrich, Z. Phys. Chem., Leipzig, 252, 113 (1973).
41. Ram Gopal and P. P. Rastogi, Z. Phys. Chem. N.F. (Frankfurt), 69, 1 (1970).
42. D. P. Ames and P. G. Sears, J. Phys. Chem., 59, 16 (1955).
43. G. R. Leader and J. F. Gormley, J. Amer. Chem. Soc., 73, 5731 (1951).
44. B. E. Geller, Zh. Fiz. Khim., 35, 2110 (1961).
45. R. A. Stairs, W. T. Rispin and R. C. Makhija, Can. J. Chem., 48, 2755 (1970).
46. R. W. Gallant, Hydrocarbon Processing, 48, 199 (1969).
47. B. V. Ioffe, Zh. Obshch. Khim., 25, 902 (1955).
48. J. R. Ruhoff and E. E. Reid, J. Amer. Chem. Soc., 59, 4012 (1937).
49. L. R. Dawson and W. W. Wharton, J. Electrochem. Soc., 107 700 (1960).
50. Ram Chand Paul and B. R. Sreenathan, Ind. J. Chem., 4, 382 (1966).
51. R. S. Kittila, Dimethylformamide: Chemical Uses, E. I. duPont de Nemours and Co. (1967).

Exhibit 31

# FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan)

*Get updates on the recalls*

## Update: 11/13/2019 - FDA warns Mylan for CGMP deviations

**Update [11/13/2019]** Today, the U.S. Food and Drug Administration posted a <u>warning letter (/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/mylan-laboratories-limited-unit-8-589297-11052019)</u> to Mylan Pharmaceuticals, Inc. in Chodavaram Village, Vizianagaram, Andhra Pradesh, India. Mylan manufactures valsartan active pharmaceutical ingredient (API) and has been one subject of an ongoing global investigation into nitrosamine impurities in angiotensin II receptor blockers (ARBs) such as valsartan, losartan and irbesartan.

The warning letter outlines several current good manufacturing practice (CGMP) deviations at this Mylan facility, including failure to have adequate written procedures for the receipt, identification and handling of raw materials and failure to adequately clean equipment and utensils. Failure to correct these deviations may result in further action by the agency. The warning letter is another result of the agency's ongoing investigation.

FDA reminds patients taking recalled ARBs to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

## Update: 10/15/2019 - FDA warns Torrent for CGMP violations

**Update [10/15/2019]** Today, the U.S. Food and Drug Administration posted a <u>warning letter (/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/torrent-pharmaceuticals-limited-585255-10082019)</u> to Torrent Pharmaceuticals in Ahmedabad, Gujarat, India. Torrent manufactures losartan potassium tablets and has been one subject of an ongoing global investigation into nitrosamine impurities in angiotensin II receptor blockers (ARBs) such as valsartan, losartan and irbesartan.

Case 1:19-md-02875-RMB-SAK    Document 2825-5    Filed 04/13/23    Page 11 of 244
PageID: 83482

The warning letter outlines several manufacturing violations at Torrent's Taluka-Kadi, Indrad, Gujarat facility, including failure to follow written procedures for production and process control and failure to adequately investigate batch discrepancies. Failure to correct these violations may result in further action by the agency. The warning letter is another result of the agency's ongoing investigation.

FDA reminds patients taking recalled ARBs to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

---

**Update: 9/20/2019 - Torrent expands its voluntary recall of losartan**

**Update [9/20/2019]** Torrent Pharmaceuticals is expanding its voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/updated-torrent-pharmaceuticals-limited-expands-voluntary-nationwide-recall-losartan-potassium-0) to include five additional lots of losartan potassium tablets (three lots of losartan potassium tablets and two lots of losartan potassium/hydrochlorothiazide (HCTZ) combination tablets). This recall is due to unacceptable amounts of N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) in the losartan active pharmaceutical ingredient manufactured by Hetero Labs Limited. Torrent is recalling lots of losartan-containing medication that tested positive for NMBA above 9.82 parts per million.
The agency updated the list of recalled angiotensin II receptor blockers (ARBs) (/drugs/drug-safety-and-availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and) accordingly.

FDA reminds patients taking recalled ARBs to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

---

**8/28/2019: STATEMENT: Statement on the agency's ongoing efforts to resolve safety issue with ARB medications**

Go to FDA Statement (/news-events/press-announcements/statement-agencys-ongoing-efforts-resolve-safety-issue-arb-medications)

---

**6/26/2019: UPDATE - Macleods Pharmaceuticals voluntarily recalls losartan containing NMBA**

Case 1:19-md-02875-RMB-SAK Document 1825-5 Filed 04/14/23 Page 12 of 44 PageID: 83483

**Update [6/26/2019]** FDA is alerting patients and health care professionals to Macleods Pharmaceuticals' voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/macleods-pharmaceutical-limited-issues-voluntary-nationwide-consumer-level-recall-losartan-potassium) of two lots of losartan potassium tablets (50mg strength) and 30 lots of losartan potassium/hydrochlorothiazide (HCTZ) combination tablets (12 lots of 50mg/12.5mg strength, three lots of 100mg/12.5mg strength, and 15 lots of 100mg/25mg strength). This recall is due to unacceptable amounts of N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) in the losartan active pharmaceutical ingredient (API) manufactured by Hetero Labs Limited.

FDA is working with manufacturers to reduce and remove nitrosamines from angiotensin II receptor blockers (ARBs). The agency also updated the list of recalled angiotensin II receptor blockers (ARBs) (/drugs/drug-safety-and-availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and) .

FDA reminds patients taking recalled ARBs to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

### 6/12/2019: UPDATE - Teva expands its voluntary recall of losartan

**Update [6/12/2019]** Teva Pharmaceuticals is expanding its voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/teva-pharmaceuticals-usa-inc-expands-voluntary-nationwide-recall-losartan-potassium-50-mg-and-100-mg) to include seven additional lots of losartan potassium tablets (three lots of 50 mg strength and four lots of 100 mg strength) labeled by Golden State Medical Supply. This recall is due to unacceptable amounts of N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) in the losartan active pharmaceutical ingredient (API) manufactured by Hetero Labs Limited. Teva is recalling lots of losartan-containing medication that tested positive for NMBA above 9.82 parts per million.

The agency updated the list of recalled angiotensin II receptor blockers (ARBs) (/drugs/drug-safety-and-availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and) accordingly.

FDA reminds patients taking recalled ARBs to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

4/4/23, 1:24 PM FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK Document 1825-5 Filed 04/11/23 Page 13 of 244
PageID: 83484

## 5/6/2019: UPDATE - FDA alerts patients and health care professionals to Vivimed's recall of losartan medication due to NMBA

**Update [5/6/2019]** FDA is alerting patients and health care professionals to a voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/vivimed-life-sciences-pvt-ltd-issues-voluntary-nationwide-recall-losartan-potassium-25-mg-50-mg-and) of 19 lots of losartan potassium tablets made by Vivimed Life Sciences Pvt Ltd in Alathur, Chennai, India and distributed by Heritage Pharmaceuticals Inc, East Brunswick, New Jersey, due to the detection of the impurity N-Nitroso-N-methyl-4-aminobutyric acid (NMBA). Vivimed is recalling lots of losartan-containing medication that tested positive for NMBA above 9.82 parts per million.

Manufacturers should contact FDA's Drug Shortages Staff when their testing of losartan shows levels of NMBA that exceed the interim acceptable intake limit (https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan#interimlimits2) of 0.96 ppm. FDA will determine, on a case-by-case basis, whether lots containing NMBA greater than 0.96 ppm should be released for distribution.

FDA reminds patients taking recalled angiotensin II receptor blockers (ARBs) to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition.

The agency also updated the list of recalled ARBs (/drugs/drug-safety-and-availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and).

## 5/2/2019: UPDATE - Laboratory analysis of valsartan products

**Update [5/2/2019]** FDA posted laboratory test results showing NDEA levels in recalled valsartan products (/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products) as well as an assessment of the cancer risk from NDEA in valsartan.

## 4/29/2019: UPDATE - FDA alerts patients and health care professionals to Teva's recall and Legacy's expanded recall of losartan medication due to NMBA

**Update [4/29/2019]** FDA is alerting patients and health care professionals to a voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/teva-pharmaceuticals-usa-inc-issues-voluntary-nationwide-recall-losartan-potassium-25-mg-and-100-mg) of 44 lots of losartan potassium tablets manufactured by Teva Pharmaceuticals and labeled as Golden State Medical Supply due to the detection of the impurity N-Nitroso-N-methyl-4-

aminobutyric acid (NMBA). The recalled products were made with active pharmaceutical
ingredient (API) manufactured by Hetero Labs. Teva is recalling lots of losartan-containing
medication that tested positive for NMBA above 9.82 parts per million.

Additionally, Legacy expanded its recall (/safety/recalls-market-withdrawals-safety-
alerts/legacy-pharmaceutical-packaging-llc-expands-voluntary-nationwide-recall-losartan-
potassium-tablets) to include one additional lot of losartan tablets made with API
manufactured by Hetero Labs.

Manufacturers should contact FDA's Drug Shortages Staff when their testing of losartan
shows levels of NMBA that exceed the interim acceptable intake limit of 0.96 ppm. FDA will
determine, on a case-by-case basis, whether lots containing NMBA greater than 0.96 ppm
should be released for distribution.

The agency also updated the list of recalled losartan medicines (/drugs/drug-safety-and-
availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-
losartan-and).

---

**4/19/2019: UPDATE - Torrent further expands its voluntary recall of losartan; FDA posts new
nitrosamine testing methods**

**Update [4/19/2019]** Torrent Pharmaceuticals Limited is further expanding its voluntary
recall (/safety/recalls-market-withdrawals-safety-alerts/updated-torrent-pharmaceuticals-
limited-expands-voluntary-nationwide-recall-losartan-potassium) to include 104 additional
lots of losartan potassium and losartan potassium/hydrochlorothiazide combination
tablets. This recall is due to unacceptable amounts of N-Nitroso-N-methyl-4-aminobutyric
acid (NMBA) in the losartan active pharmaceutical ingredient (API) manufactured by
Hetero Labs Limited.

The agency updated the list of losartan products under recall (/drugs/drug-safety-and-
availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-
losartan-and) accordingly.

FDA reminds patients taking recalled angiotensin II receptor blockers (ARBs) to continue
taking their current medicine until their pharmacist provides a replacement or their doctor
prescribes a different medication that treats the same condition.

FDA is also posting new testing methods which can help manufacturers and international
regulators detect and identify multiple nitrosamine impurities. FDA and international
regulators have identified N-Nitrosodimethylamine (NDMA), N-Nitrosodiethylamine
(NDEA) and NMBA in ARBs.

- A direct injection GC-MS method (/media/123409/download) that is able to detect
  NDMA, NDEA, N-Nitrosodiisopropylamine (NDIPA), N-Nitrosoethylisopropylamine

4/4/23, 1:24 PM    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK   Document 2825-5   Filed 04/11/23   Page 15 of 244 PageID: 83486

(NEIPA), and N-nitrosodibutylamine (NDBA)

- A headspace GC-MS method (/media/124025/download) that is able to detect NDMA, NDEA, NDIPA, and NEIPA

These methods should be validated by the user if the resulting data are used to support a required quality assessment of the API or drug product, or if the results are used in a regulatory submission.

---

**4/4/2019: STATEMENT - Statement from FDA Commissioner Scott Gottlieb, M.D., and Janet Woodcock, M.D., director of the Center for Drug Evaluation and Research on the agency's list of known nitrosamine-free valsartan and ARB class medicines, as part of agency's ongoing efforts to resolve ongoing safety issue**

Go to FDA Statement (/news-events/press-announcements/fda-statement-agencys-list-known-nitrosamine-free-valsartan-and-arb-class-medicines-part-agencys)

---

**3/22/2019: UPDATE - FDA updates recalled valsartan-containing and losartan-containing medicine information**

**Update [3/22/2019]** FDA has updated the list of valsartan medicines under recall (/media/118231/download) to incorporate additional repackagers of Aurobindo's valsartan-containing medicine. FDA has also updated the list of losartan medicines under recall (/media/119422/download) to include repackagers of Torrent's and Camber's losartan-containing medicines.

The agency also updated the list of valsartan medicines not under recall (/media/118232/download) accordingly.

---

**3/20/2019: UPDATE - FDA not objecting to losartan with NMBA below 9.82 ppm remaining on the market**

**Update [3/20/2019]** To ensure patient access to losartan, FDA will not object to certain manufacturers temporarily distributing losartan containing N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) above the interim acceptable intake limit of 0.96 parts per million (ppm) and below 9.82 ppm until the impurity can be eliminated. The agency expects many companies will be able to manufacture losartan without nitrosamine impurities and replenish the U.S. supply in approximately six months.

Case 1:19-md-02875-RMB-SAK   Document 1825-5   Filed 04/13/23   Page 16 of 244
PageID: 83487

Agency scientists evaluated the risk of exposure to NMBA at levels up to 9.82 ppm and determined that it presents no meaningful difference in cancer risk over a six-month time period when compared to a lifetime of exposure to NMBA at 0.96 ppm. Distributing losartan containing NMBA up to 9.82 ppm, will help maintain adequate losartan supply while companies obtain approval for manufacturing processes that produce nitrosamine-free losartan for patients.

FDA reminds patients taking recalled losartan to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition. Untreated hypertension (high blood pressure) leads to an increase in the risk of heart attacks and stroke. Untreated heart failure increases the risk of hospitalization and death. Untreated diabetic nephropathy (kidney disease) leads to worsening renal (kidney) disease.

Manufacturers should contact FDA's Drug Shortages Staff when their testing of losartan shows levels of NMBA that exceed the interim acceptable intake limit of 0.96 ppm. FDA will determine, on a case-by-case basis, whether lots containing NMBA greater than 0.96 ppm should be released for distribution.

FDA continues to work with companies and international regulators to ensure products entering the U.S. market do not contain nitrosamine impurities.

---

**3/1/2019: UPDATE - Torrent again expands its voluntary recall of losartan; Hetero also voluntarily recalls losartan**

**Update [3/1/2019]** Torrent Pharmaceuticals Limited is further expanding its voluntary recall (https://public4.pagefreezer.com/browse/FDA/02-07-2022T12:48/https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/updated-torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall-losartan-potassium-0) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) to include 114 additional lots of losartan potassium and losartan potassium/hydrochlorothiazide combination tablets. This recall is due to unacceptable amounts of N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) in the losartan active pharmaceutical ingredient manufactured by Hetero Labs Limited.

Today, the agency also issued a press release (https://public4.pagefreezer.com/browse/FDA/28-06-2022T09:52/https://www.fda.gov/news-events/press-announcements/fda-provides-update-its-ongoing-investigation-arb-drug-products-reports-finding-new-nitrosamine) ⬀ (http://www.fda.gov/about-fda/website-policies/website-disclaimer) to provide additional information about its ongoing investigation and another voluntary recall by Hetero/Camber

Pharmaceuticals, which was announced on February 28, of 87 lots of losartan potassium tablets (25 mg, 50 mg and 100 mg). The recalled losartan potassium and losartan potassium/hydrochlorothiazide tablets are also manufactured by Hetero, which are distributed by Camber, and contain the impurity NMBA.

Torrent and Hetero/Camber are only recalling lots of losartan-containing medication with NMBA above the interim acceptable intake limits of 0.96 parts per million (ppm).

The agency also updated the list of losartan products under recall (/media/119422/download).

---

**3/1/2019: UPDATE - Aurobindo expands its voluntary recall of valsartan and amlodipine/valsartan**

**Update [3/1/2019]** AurobindoPharma USA is expanding its voluntary recall (AurobindoPharma USA, Inc. Initiates a Voluntary Nationwide Consumer Level Recall Expansion of 38 Lots of Amlodipine Valsartan Tablets USP and Valsartan Tablets, USP due to the detection of NDEA (N-Nitrosodiethylamine) Impurity.) to include 38 additional lots of valsartan and amlodipine/valsartan combination tablets. The recall is due to unacceptable amounts of N-Nitrosodiethylamine (NDEA) found in the medicine.

Aurobindo is only recalling lots of valsartan-containing medication where NDEA has been detected above the interim acceptable intake limit of 0.083 parts per million. FDA is working with manufacturers to reduce and remove nitrosamines from angiotensin II receptor blockers (ARBs).

The agency also updated the valsartan products under recall (/media/118231/download).

---

**3/1/2019: PRESS RELEASE - FDA provides update on its ongoing investigation into ARB drug products; reports on finding of a new nitrosamine impurity in certain lots of losartan and product recall**

Go to Press Release (https://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm632425.htm)

---

**FDA updates table of interim limits for nitrosamine impurities in ARBs**

**Update [2/28/2019]** FDA is posting the updated table of interim acceptable intake limits for nitrosamine impurities to reflect N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) limits, which are the same as those for NDMA.

4/4/23, 1:24 PM
Case 1:19-md-02875-RMB-SAK Document 1825-5 Filed 04/11/23 Page 18 of 244
FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …
PageID: 83489

The agency will use the interim limits below to recommend manufacturers conduct a voluntary recall if laboratory testing confirms the presence of nitrosamine impurities in finished drug product. FDA is working with industry and international regulators to ensure products entering the market do not contain these impurities, but we are tolerating the impurities below the level established in the table for a short period of time to avoid a possible shortage of ARBs.

Not all ARB products contain NDMA, NDEA or NMBA impurities, so pharmacists may be able to provide an alternative medication not affected by the recalls, or health care professionals may prescribe a different medication that treats the same condition.

### Interim Limits for NDMA, NDEA, and NMBA in Angiotensin II Receptor Blockers (ARBs)

| Drug | Maximum Daily Dose (mg/day) | Acceptable Intake NDMA (ng/day)* | Acceptable Intake NDMA (ppm)** | Acceptable Intake NDEA (ng/day)* | Acceptable Intake NDEA (ppm)** | Acceptable Intake NMBA (ng/day)* | Acceptable Intake NMBA (ppm)** |
|---|---|---|---|---|---|---|---|
| Valsartan | 320 | 96 | 0.3 | 26.5 | 0.083 | 96 | 0.3 |
| Losartan | 100 | 96 | 0.96 | 26.5 | 0.27 | 96 | 0.96*** |
| Irbesartan | 300 | 96 | 0.32 | 26.5 | 0.088 | 96 | 0.32 |
| Azilsartan | 80 | 96 | 1.2 | 26.5 | 0.33 | 96 | 1.2 |
| Olmesartan | 40 | 96 | 2.4 | 26.5 | 0.66 | 96 | 2.4 |
| Eprosartan | 800 | 96 | 0.12 | 26.5 | 0.033 | 96 | 0.12 |
| Candesartan | 32 | 96 | 3.0 | 26.5 | 0.83 | 96 | 3.0 |
| Telmisartan | 80 | 96 | 1.2 | 26.5 | 0.33 | 96 | 1.2 |

* The acceptable intake is a daily exposure to a compound such as NDMA, NDEA, or NMBA that approximates a 1:100,000 cancer risk after 70 years exposure
** These values are based on a drug's maximum daily dose as reflected in the drug label
*** FDA is temporarily not objecting to losartan with NMBA below 9.82 ppm remaining on the market

### 2/25/2019: UPDATE - Losartan distributed by Macleods Pharmaceuticals voluntarily recalled

**Update [2/25/2019]** FDA is alerting patients and health care professionals to a voluntary recall of one lot of losartan potassium/hydrochlorothiazide (HCTZ) 100mg/25mg combination tablets manufactured by Macleods Pharmaceuticals. The recall is due to unacceptable amounts of N-Nitrosodiethylamine (NDEA) found in the medicine made with active pharmaceutical ingredient manufactured by Hetero Labs Limited.

Macleods is only recalling lots of losartan-containing medication where NDEA has been detected above the underlying interim acceptable intake limit of 0.27 parts per million. FDA is working with manufacturers to reduce and remove nitrosamines from angiotensin II receptor blockers (ARBs).

The agency also updated the list of losartan products under recall (/media/119422/download).

### 1/25/2019: STATEMENT - Statement from FDA Commissioner Scott Gottlieb, M.D., and Janet Woodcock, M.D., director of the Center for Drug Evaluation and Research on the FDA's ongoing investigation into valsartan and ARB class impurities and the agency's steps to address the root causes of the safety issues

Go to FDA Statement (/news-events/press-announcements/fda-statement-fdas-ongoing-investigation-valsartan-and-arb-class-impurities-and-agencys-steps)

### 1/23/2019: UPDATE - Torrent further expands its voluntary recall of losartan

**Update [1/23/2019]** Torrent Pharmaceuticals is further expanding its voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/updated-torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall-losartan-potassium) to include six additional lots of losartan potassium and hydrochlorothiazide combination tablets, for a total of 16 lots of losartan-containing medicines. This recall is due to unacceptable amounts of N-Nitrosodiethylamine (NDEA) in the losartan active pharmaceutical ingredient manufactured by Hetero Labs Limited.

Torrent is only recalling lots of losartan-containing medication containing NDEA above the interim acceptable intake limits of 0.27 parts per million (ppm).

The agency also updated the list of losartan medications under recall (/media/119422/download).

### 1/18/2019: UPDATE - Irbesartan distributed by Solco Healthcare voluntarily recalled

**Update [1/18/2019]** FDA is alerting patients and health care professionals to a voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/prinston-pharmaceutical-inc-issues-voluntary-nationwide-recall-irbesartan-and-irbesartan-hctz) of one lot of irbesartan and seven lots of irbesartan and hydrochlorothiazide (HCTZ) combination tablets distributed by Solco Healthcare LLC, a Prinston Pharmaceutical Inc. subsidiary. The recall is due to unacceptable amounts of N-Nitrosodiethylamine (NDEA) in the irbesartan active pharmaceutical ingredient manufactured by Zhejiang Huahai Pharmaceuticals (ZHP).

Solco is only recalling lots of irbesartan-containing medication where NDEA has been detected above the interim limit of 0.088 parts per million. FDA is working with manufacturers to reduce and remove nitrosamines from angiotensin receptor II blockers (ARBs).

The agency also updated the list of irbesartan products under recall.

---

### 1/3/2019: UPDATE - Torrent expands its voluntary recall of losartan

**Update [1/3/2019]** Torrent Pharmaceuticals is expanding its voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/torrent-pharmaceuticals-limited-expands-voluntary-nationwide-recall-losartan-potassium-tablets-usp) to include eight additional lots of losartan potassium tablets, for a total of 10 lots. This recall is due to trace amounts of N-Nitrosodiethylamine (NDEA) in the losartan active pharmaceutical ingredient (API) manufactured by Hetero Labs Limited.

Torrent is only recalling lots of losartan medication containing NDEA above the interim acceptable intake level of 0.27 parts per million.

The agency also updated the list of list of valsartan products under recall (/media/118231/download).

---

### 1/2/2019: UPDATE - FDA alerts patients and health care professionals to Aurobindo's recall of valsartan medication due to NDEA

**Update [1/2/2019]** FDA is alerting patients and health care professionals to Aurobindo Pharma USA's voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/aurobindo-pharma-usa-inc-initiates-voluntary-nationwide-consumer-level-recall-80-lots-amlodipine) of two lots of valsartan tablets, 26 lots of amlodipine and valsartan combination tablets, and 52 lots of valsartan and hydrochlorothiazide (HCTZ) combination tablets due to the amount of N-Nitrosodiethylamine (NDEA) in the valsartan active

Case 1:19-md-02875-RMB-SAK   Document 2825-5   Filed 04/13/23   Page 21 of 244
PageID: 83492

pharmaceutical ingredient. Aurobindo is recalling amlodipine and HCTZ only in combination medications containing valsartan. Neither amlodipine nor HCTZ is currently under recall by itself.

Aurobindo is recalling lots of valsartan-containing medication that tested positive for NDEA above the interim <u>acceptable daily intake</u> level of 0.083 parts per million.

The agency continues to investigate and test all angiotensin II receptor blockers (ARBs) for the presence of NDEA and N-Nitrosodimethylamine (NDMA) and is taking swift action when it identifies these impurities that are above interim acceptable daily intake levels.

FDA also updated the <u>list of valsartan products under recall (/media/118231/download)</u> and the <u>list of valsartan products not under recall (/media/118232/download)</u>.

FDA reminds patients taking any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor prescribes a different medication that treats the same condition. Some ARBs contain no NDMA or NDEA.

### 12/20/2018: UPDATE - FDA alerts patients and health care professionals to Torrent's recall of losartan medication due to NDEA

**Update [12/20/2018]** FDA is alerting patients and health care professionals to Torrent Pharmaceuticals' voluntary <u>recall (/safety/recalls-market-withdrawals-safety-alerts/updated-torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall-losartan-potassium)</u> of two lots of losartan potassium 100 mg tablets due to N-Nitrosodiethylamine (NDEA) in the losartan active pharmaceutical ingredient (API) manufactured by Hetero Labs Limited.

Not all Torrent losartan-containing medications distributed in the U.S. are being recalled. Torrent is recalling only those lots of losartan medication that tested positive for NDEA above the <u>acceptable daily intake</u> of 0.27 ppm.

The agency continues to investigate and test all angiotensin II receptor blockers (ARBs) for the presence of NDEA and N-Nitrosodimethylamine (NDMA) and is taking swift action when it identifies these impurities that are above acceptable daily intake levels.

FDA posted a list of <u>losartan medications under recall (/media/119422/download)</u>. Additionally, FDA reminds patients taking this medication or any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor provides an alternative treatment option. It also is important to know not all ARBs contain

Case 1:19-md-02875-RMB-SAK    Document 1825-5    Filed 04/13/23    Page 22 of 244
PageID: 83493

NDMA or NDEA, so pharmacists may be able to provide a refill of medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

### 12/19/2018: UPDATE - FDA presents interim limits of nitrosamines in currently marketed ARBs

**Update [12/19/2018]** FDA is publishing interim acceptable intake levels of nitrosamine impurities in angiotensin II receptor blockers (ARBs) for manufacturers to use to ensure their finished drug products are safe for patients.

The agency evaluated safety data for N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) to determine an interim acceptable intake level for these impurities in the ARB class. NDMA and NDEA are probable human carcinogens and should not be present in drug products. We are currently aware of NDMA and NDEA in certain valsartan, irbesartan and losartan-containing products, and those products and some active pharmaceutical ingredients (API) used to manufacture them have been recalled from the U.S. market. See the list of valsartan products under recall (/media/118231/download) and the list of irbesartan products under recall (/media/118233/download).

Drug products that contain NDMA or NDEA above the limits in the table below pose an unacceptable risk to patients. The agency will use the interim limits to recommend manufacturers conduct a voluntary recall if laboratory testing confirms the presence of nitrosamine impurities in finished drug product. FDA is working with industry and international regulators to ensure products entering the market do not contain these impurities, but we are tolerating the impurities below the level established in the table for a short period of time to avoid a possible shortage of ARBs.

The agency reminds manufacturers they are responsible for developing and using suitable methods to detect impurities, including when they make changes to their manufacturing processes. If a manufacturer detects a new impurity or higher level of impurities, they should fully evaluate the impurities and take action to ensure the product is safe for patients. To aid industry and regulatory agencies, FDA has developed and published methods to detect NDMA and NDEA impurities – the gas chromatography/mass spectrometry (GC/MS) headspace method (/media/115965/download), the combined GC/MS headspace method (/media/117843/download), and the combined GC/MS direct injection method (/media/117807/download). These methods can be used for drug substances and products, and users should validate them as part of good manufacturing practices and where data are used to support a regulatory submission or required quality assessment of the API or drug product.

Not all ARB products contain NDMA or NDEA impurities, so pharmacists may be able to provide an alternative medication not affected by the recalls, or health care professionals may prescribe a different medication that treats the same condition.

**Interim Limits for NDMA and NDEA in Angiotensin II Receptor Blockers (ARBs)**

| Drug | Maximum Daily Dose (mg/day) | Acceptable Intake NDMA (ng/day)* | Acceptable Intake NDMA (ppm)** | Acceptable Intake NDEA (ng/day)* | Acceptable Intake NDEA (ppm)** |
|---|---|---|---|---|---|
| Valsartan | 320 | 96 | 0.3 | 26.5 | 0.083 |
| Losartan | 100 | 96 | 0.96 | 26.5 | 0.27 |
| Irbesartan | 300 | 96 | 0.32 | 26.5 | 0.088 |
| Azilsartan | 80 | 96 | 1.2 | 26.5 | 0.33 |
| Olmesartan | 40 | 96 | 2.4 | 26.5 | 0.66 |
| Eprosartan | 800 | 96 | 0.12 | 26.5 | 0.033 |
| Candesartan | 32 | 96 | 3.0 | 26.5 | 0.83 |
| Telmisartan | 80 | 96 | 1.2 | 26.5 | 0.33 |

\* The acceptable intake is a daily exposure to a compound such as NDMA or NDEA that results in a 1:100,000 cancer
risk after 70 years exposure
\*\* These values are based on a drug's maximum daily dose as reflected in the drug label

For comparison with the levels of NDMA found in some common foods, please see our Aug. 20, 2018, update.

---

**12/12/2018: UPDATE - FDA updates NDMA and NDEA detection methods, announces posting of ZHP warning letter**

---

**Update [12/12/2018]** The FDA has updated its testing methods to detect NDMA and NDEA impurities – the ([!--$ssDownloadLink('UCM618053')--])GC/MS) headspace method (/media/115965/download), the combined headspace method (/media/117843/download), and the combined direct injection method (/media/117807/download) – by adding the limits of detection (LOD) and clarifying that the methods can be used for both drug substances and drug products. These methods were

validated with respect to valsartan drug substances and drug products, but the agency expects them to have comparable LODs and limits of quantitation (LOQ) for other angiotensin II receptor blockers (ARB).

The agency also issued a press release announcing the posting of a warning letter the agency issued Nov. 29 to Zhejiang Huahai Pharmaceuticals Co. Ltd. (ZHP).

### 12/11/2018: PRESS RELEASE - FDA warns API manufacturer involved in valsartan recall, provides information for patients taking these medications

Go to Press Release (/news-events/press-announcements/fda-warns-api-manufacturer-involved-valsartan-recall-provides-information-patients-taking-these)

### 12/6/2018: UPDATE - Mylan expands its voluntary recall of valsartan-containing products

**Update [12/6/2018]** Mylan Pharmaceuticals is expanding its voluntary recall ([!--$wcmUrl('link','UCM627647')--])to include all lots of non-expired valsartan-containing products due to trace amounts of N-Nitrosodiethylamine (NDEA) in the valsartan active pharmaceutical ingredient (API) manufactured by Mylan Laboratories Limited. The 104 additional lots include 26 lots of amlodipine and valsartan tablets, 51 lots of valsartan tablets and 27 lots of valsartan and hydrochlorothiazide tablets. These lots were distributed in the U.S. between March 2017 and November 2018.

The agency also updated the list of valsartan products under recall (/media/118231/download) and the list of valsartan products not under recall (/media/118232/download).

### 11/27/2018: UPDATE - FDA alerts patients and health care professionals to Teva's recall of valsartan products due to NDEA

**Update [11/27/2018]** FDA is alerting patients and health care professionals to Teva Pharmaceuticals' voluntary recall (/safety/recalls-market-withdrawals-safety-alerts) of valsartan-containing products manufactured using active pharmaceutical ingredient (API) from Mylan Pharmaceuticals. Mylan voluntarily recalled (/safety/recalls-market-withdrawals-safety-alerts) valsartan-containing products on November 20.

Teva is recalling all lots of amlodipine and valsartan combination tablets and amlodipine, valsartan, and hydrochlorothiazide (HCTZ) combination tablets due to the presence of N-Nitrosodiethylamine (NDEA). Teva has recalled other valsartan-containing products in

4/4/23, 1:24 PM    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK    Document 2825    Filed 04/13/23    Page 25 of 244
PageID: 83496

recent months due to the presence of N-Nitrosodimethylamine (NDMA). With this recall, Teva has now recalled all their unexpired valsartan-containing products from the U.S. market.

The agency continues to investigate and test all angiotensin II receptor blocker (ARBs) for the presence of NDMA and NDEA and is taking swift action when it identifies these impurities that are above acceptable levels.

FDA has updated the list of valsartan products under recall (/media/118231/download) and the list of valsartan products not under recall (/media/118232/download). The agency reminds patients taking this medication or any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor provides an alternative treatment option. It also is important to know that not all ARBs contain NDMA or NDEA, so pharmacists may be able to provide a refill of medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

---

**11/21/2018: UPDATE - FDA alerts patients and health care professionals to Mylan's recall of valsartan products due to NDEA**

**Update [11/21/2018]** FDA is alerting patients and health care professionals to Mylan Pharmaceuticals' voluntary recall of 15 lots of valsartan-containing products due to the presence of N-Nitrosodiethylamine (NDEA).

Not all Mylan valsartan-containing products distributed in the U.S. are being recalled. Mylan is recalling only those lots of valsartan-containing products that tested positive for NDEA above the acceptable level. The agency continues to investigate and test all angiotensin II receptor blockers (ARBs) for the presence of NDEA and N-Nitrosodimethylamine (NDMA) and is taking swift action when it identifies these impurities that are above acceptable levels.

FDA has updated lists of valsartan products under recall (/media/118231/download)and valsartan products not under recall (/media/118232/download). Additionally, FDA reminds patients taking this medication or any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor provides an alternative treatment option. It also is important to know not all ARBs contain NDMA or NDEA, so pharmacists may be able to provide a refill of medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

---

**11/9/2018: UPDATE - FDA alerts patients and health care professionals to Sandoz's losartan**

Case 1:19-md-02875-RMB-SAK    Document 2825-5    Filed 04/11/23    Page 26 of 244
PageID: 83497

**potassium and hydrochlorothiazide recall of one lot due to NDEA**

**Update [11/9/2018]** FDA is alerting patients and health care professionals to Sandoz's voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/sandoz-inc-issues-voluntary-nationwide-recall-one-lot-losartan-potassium-and-hydrochlorothiazide-due) of one lot — JB8912 — of losartan potassium and hydrochlorothiazide 100mg/25mg tablets, that contain losartan, an angiotensin II receptor blocker (ARB), and hydrochlorothiazide, a diuretic, used in combination for the treatment of hypertension. Sandoz's product was made using an active pharmaceutical ingredient (API) that has tested positive for NDEA. The API was manufactured by Zhejiang Huahai Pharmaceutical Co. Ltd, which is on import alert (https://www.accessdata.fda.gov/cms_ia/importalert_189.html).

Sandoz's losartan drug products make up less than 1 percent of the total losartan drug products in the U.S. market.

FDA continues to investigate the presence of NDEA and NDMA, which are probable human carcinogens, in ARBs and is taking swift action when it identifies unacceptable impurities in API and finished drug products.

FDA reminds patients taking this medication or any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor provides an alternative treatment option. It also is important to know not all ARBs contain NDEA or NDMA, so pharmacists may be able to provide a refill of medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

### 10/30/2018: UPDATE - FDA alerts patients and health care professionals to ScieGen's irbesartan recall due to NDEA

*Certain irbesartan products labeled as Westminster Pharmaceuticals Inc. and GSMS Inc. recalled*

**Update [10/30/2018]** FDA is alerting patients and health care professionals to ScieGen's voluntary recall of certain lots of irbesartan, an angiotensin II receptor blocker (ARB), because they contain N-Nitrosodiethylamine (NDEA), a known animal and suspected human carcinogen (causes cancer). FDA laboratory testing confirmed NDEA in some lots of ScieGen's irbesartan. ScieGen's irbesartan products are labeled as Westminster Pharmaceuticals and Golden State Medical Supply, Inc. (GSMS). See the list of irbesartan products under recall (/media/117814/download). This is the first non-valsartan drug product the agency has found to contain the NDEA impurity.

ScieGen's recall affects about 1 percent of the irbesartan drug products in the U.S. market.

4/4/23, 1:24 PM    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK    Document 2825-5    Filed 04/11/23    Page 27 of 244
PageID: 83498

Additionally, Aurobindo, which manufactures the active pharmaceutical ingredient (API) for ScieGen's irbesartan products, is recalling (/safety/recalls-market-withdrawals-safety-alerts/aurobindo-pharma-limited-issues-voluntary-recall-irbesartan-drug-substance-due-detection-trace) all unexpired lots of its irbesartan API supplied to the U.S. market with NDEA. FDA and Aurobindo laboratory testing confirmed NDEA in certain lots of their irbesartan API.

FDA reminds patients taking any recalled ARB to continue taking their current medicine until their pharmacist provides a replacement or their doctor provides an alternative treatment option. Not all ARBs contain NDEA or N-Nitrosodimethylamine (NDMA), a probable human carcinogen previously found in certain recalled valsartan products, so pharmacists may be able to provide a refill of medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

To date, ScieGen is the only manufacturer of irbesartan drug products found to contain NDEA. FDA continues to test all ARBs for the presence of impurities and has publicly posted two methods for manufacturers and regulatory agencies around the world to test their ARBs for the unexpected NDMA and NDEA impurities. The combined headspace method (/media/117843/download) and the combined direct injection method (/media/117807/download) can detect and quantify NDMA and NDEA simultaneously in ARB API and finished drug products.

FDA continues to work with API and drug manufacturers to ensure their products are not at risk for NDMA or NDEA formation. The agency reminds manufacturers they are responsible for developing and using suitable methods to detect impurities, including when they make changes to their manufacturing processes. If a manufacturer detects new or higher levels of impurities, they should fully evaluate the impurities and take action to ensure the product is safe for patients.

For additional information about ARB products, see:

- list of valsartan products under recall (/media/118231/download)

- list of valsartan products not under recall (/media/118232/download)

---

**10/24/2018: UPDATE - FDA updates recalled valsartan-containing product information**

**Update [10/24/2018]** FDA continues to evaluate valsartan-containing products and other angiotensin II receptor blockers (ARBs), and has updated the list of products included in the recall (/media/118231/download) to add one additional lot of RemedyRepack.

4/4/23, 1:24 PM    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK    Document 1825-5    Filed 04/11/23    Page 28 of 244
PageID: 83499

### 10/16/2018: UPDATE - FDA releases additional NDMA/NDEA detection method

**Update [10/16/2018]** FDA is posting a gas chromatography-tandem mass spectrometry (GC-MS/MS) method (/media/117807/download) utilizing liquid injection for detecting the presence of impurities N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) in valsartan drug products.

This method provides an additional option for regulators and industry to detect NDMA and NDEA impurities. This method can be used alone or in combination with the combined gas chromatography-mass spectrometry (GC/MS) headspace method (/media/117843/download) the agency recently posted. Like the previously posted methods, this method should be validated by the user if the resulting data are used to support a required quality assessment of the API or drug product, or if the results are used in a regulatory submission.

### 10/11/2018: UPDATE - FDA releases method for detection and quantification of both NDMA and NDEA

**Update [10/11/2018]** ] FDA is posting a redeveloped combined gas chromatography-mass spectrometry (GC/MS) headspace (/media/117843/download) method for detecting the presence of impurities N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) in valsartan drug products.

FDA previously posted a GC/MS method for detection of NDMA in valsartan products. Upon detection of NDEA in valsartan products manufactured by Zhejiang Huahai Pharmaceuticals, FDA redeveloped the testing method so that it can be used to detect and quantify levels of both NDMA and NDEA. This method should be validated by the user if the resulting data are used to support a required quality assessment of the API or drug product, or if the results are used in a regulatory submission.

FDA is also working on a GC/MS direct injection method for detection of NDMA and NDEA. We will post the method when it is available. This will provide an additional option for regulators and industry to use to detect both impurities.

### 10/5/2018: UPDATE - FDA posts laboratory analysis of NDMA levels in recalled valsartan products

4/4/23, 1:24 PM                    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …
Case 1:19-md-02875-RMB-SAK  Document 1825-5  Filed 04/13/23  Page 29 of 244
PageID: 83500

**Update [10/5/2018]** FDA posted laboratory test results showing NDMA levels in recalled valsartan products. FDA will also post test results (/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products) and an assessment of the cancer risk from NDEA when they are available.

### 9/28/2018: UPDATE - FDA places Zhejiang Huahai Pharmaceuticals on import alert

**Update [9/28/2018]** FDA placed Zhejiang Huahai Pharmaceuticals on import alert (https://www.accessdata.fda.gov/cms_ia/importalert_189.html) on September 28, 2018, to protect U.S. patients while the active pharmaceutical ingredient (API) manufacturer fully determines how impurities were introduced into its API and remediates its quality systems. The import alert stops all API made by ZHP and finished drug products made using ZHP's API from legally entering the United States. FDA's action follows a recent inspection (/media/117875/download) at ZHP's facility.

FDA reminds manufacturers that it is their responsibility to develop and use suitable methods to detect impurities, including when they make changes to their manufacturing processes. If a manufacturer detects new or higher levels of impurities, they should fully evaluate the impurities and take action to ensure the product is safe for patients.

### 9/24/2018: UPDATE - FDA updates recall lists and releases method for the detection and quantification of NDMA in valsartan

**Update [9/24/2018]** FDA has updated the list of valsartan products not under recall (/media/118232/download) with five Teva products that were not previously on either list.

### 9/13/2018: PRESS RELEASE - FDA provides update on its ongoing investigation into valsartan products; and reports on the finding of an additional impurity identified in one firm's already recalled products

Go to Press Release (/news-events/press-announcements/fda-provides-update-its-ongoing-investigation-valsartan-products-and-reports-finding-additional)

### 8/30/2018: STATEMENT - Statement from FDA Commissioner Scott Gottlieb, M.D., and Janet Woodcock, M.D., director of the Center for Drug Evaluation and Research on FDA's ongoing investigation into valsartan impurities and recalls and an update on FDA's current findings

Go to FDA Statement (/news-events/press-announcements/fda-statement-fdas-ongoing-investigation-valsartan-impurities-and-recalls-and-update-fdas-current)

## 8/24/2018: UPDATE - FDA updates recall lists

**Update [8/24/2018]** Torrent Pharmaceuticals Limited is expanding its voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/updatedadditional-lots-added-torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall). FDA has updated the list of valsartan products under recall (/media/118231/download).

## 8/22/2018: UPDATE - FDA updates recall lists and releases method for the detection and quantification of NDMA in valsartan

**Update [8/22/2018]** Torrent Pharmaceuticals Limited is expanding its voluntary recall to all lots of unexpired valsartan-containing drug products due to the detection of NDMA in the active pharmaceutical ingredient (API) manufactured by Zhejiang Huahai Pharmaceuticals.

RemedyRepack, a repackager of Torrent's valsartan/amlodipine/hydrochlorothiazide (HCTZ) tablets, has also recalled.

FDA has updated the list of valsartan products under recall (/media/118231) and the list of valsartan products not under recall (/media/118232/download).

Additionally, FDA is releasing a gas chromatography-mass spectrometry (GC/MS) headspace method (/media/115965/download) for manufacturers and regulators to detect and quantify NDMA in valsartan API and finished drug products. The agency is using this method to test potential NDMA-containing APIs and drug products. This method should be validated by the user if the resulting data are used to support a required quality assessment of the API or drug product, or if the results are used in a regulatory submission.

## 8/20/2018: UPDATE - FDA updates recalled valsartan-containing product information and presents NDMA levels in some foods

**Update [8/20/2018]** FDA is alerting health care professionals and patients that Torrent Pharmaceuticals Limited is voluntarily recalling (/safety/recalls-market-withdrawals-safety-alerts/torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall-valsartan-amlodipine-hctz-tablets) 14 lots of valsartan/amlodipine/hydrochlorothiazide (HCTZ) tablets. Not all Torrent valsartan products distributed in the U.S. are being recalled.

Case 1:19-md-02875-RMB-SAK   Document 2825   Filed 04/11/23   Page 31 of 244
PageID: 83502

FDA recently learned Torrent used affected valsartan active pharmaceutical ingredient (API) manufactured by Zhejiang Huahai Pharmaceuticals. FDA testing confirmed NDMA in some Torrent products.

To date, Torrent has not received any reports of adverse events related to this recall.

FDA has updated the list of valsartan products under recall (/media/118231) and the list of valsartan products not under recall (/media/118232/download) to incorporate additional repackagers of Camber's valsartan products and Torrent's recall.

NDMA is a known environmental contaminant. For context, it is found in water and foods including meats, dairy products and vegetables.

**Estimated Range of Daily NDMA Consumption for certain foods (Recommended daily food consumption rates based on Dietary Guidelines for Americans 2015-2020 (https://health.gov/dietaryguidelines/2015/guidelines/))**

- Cured meat - 0.004-0.23 micrograms[1]

- Smoked meat - 0.004-1.02 micrograms[1]

- Grilled meat - 0.006-0.13 micrograms[1]

- Bacon - 0.07-0.09 micrograms[2]

  - In more ordinary terms, for example, one pound of bacon may contain 0.304-0.354 micrograms of NDMA

FDA reminds patients taking valsartan from a recalled lot that they should continue taking their current medicine until their doctor or pharmacist provides a replacement or a different treatment option. Not all valsartan products contain NDMA, so pharmacists may be able to provide a refill of valsartan medication not affected by the recall, or doctors may prescribe a different medication that treats the same condition.

---

[1] Mavelle, T., B. Bouchikhi, and G. Debry, The occurrence of volatile N-nitrosamines in French foodstuffs. Food Chemistry, 1991. 42(3): p. 321-338.

[2] Park, J., et al., Distribution of Seven N-Nitrosamines in Food. Toxicol Res, 2015. 31(3): p. 279-288.

**8/9/2018: UPDATE - FDA updates recalled valsartan-containing product information**

**Update [8/9/2018]** FDA has updated the list of valsartan products under recall (/media/118231) and the list of valsartan products *not* under recall (/media/118232/download) to incorporate recalls of valsartan-containing products manufactured by Hetero Labs Limited, in India, labeled as Camber Pharmaceuticals Inc. Not all Camber valsartan products distributed in the U.S. are being recalled.

Camber Pharmaceuticals is recalling (/safety/recalls-market-withdrawals-safety-alerts/camber-pharmaceuticals-inc-issues-voluntary-nationwide-recall-valsartan-tablets-usp-40mg-80mg-160mg) certain valsartan tablets because they contain the impurity N-nitrosodimethylamine (NDMA) in the active pharmaceutical ingredient (API). Hetero Labs manufactures the API for the Camber products using a process similar to Zhejiang Huahai Pharmaceuticals.

Test results from Hetero Labs show the amount of NDMA found in its valsartan API exceeds acceptable levels; although it is generally lower than the amount discovered in the API manufactured by Zhejiang.

FDA is testing samples of valsartan API and finished products to confirm the extent and amount of NDMA and help inform the ongoing investigation. The agency has also contacted other manufacturers of valsartan API to determine if their manufacturing processes are at risk for the formation of NDMA, and is working with them to ensure NDMA is not present in future valsartan API.

Valsartan is an angiotensin II receptor blocker (ARB), and FDA is investigating whether other types of ARBs are at risk for the presence of NDMA.

Recalled valsartan products labeled as Camber may be repackaged by other companies. FDA will provide updates as more information becomes available.

### 8/2/2018: UPDATE - FDA updates recalled valsartan-containing product information and reminds API manufacturers to evaluate processes for unsafe impurities

**Update [8/2/2018]** FDA continues to evaluate valsartan-containing products and has updated the list of products included in the recall (/media/118231/download) and the list of products *not* included in the recall (/media/118232/download). In addition to updating the lists, FDA revised information related to A-S Medication on the list of products included in the recall. The agency will continue to provide information when it becomes available.

FDA is working with drug manufacturers to ensure future valsartan active pharmaceutical ingredients (APIs) are not at risk of NDMA formation. The agency reminds manufacturers to thoroughly evaluate their API manufacturing processes, and changes to those processes,

4/4/23, 1:24 PM
Case 1:19-md-02875-RMB-SAK Document 2825-5 Filed 04/13/23 Page 33 of 244
FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …
PageID: 83504

to detect any unsafe impurities. If a manufacturer detects new or higher levels of impurity, they should take action to prevent changes to the product's safety profile.

---

**7/27/2018: UPDATE - FDA updates recalled valsartan-containing product information**

**Update [7/27/2018]** FDA is updating health care professionals and patients after discovering that several additional companies that repackage drug products are also recalling valsartan-containing products.

FDA has product recall information from three additional repackagers of valsartan-containing products made by Teva Pharmaceuticals and Prinston Pharmaceuticals Inc. — labeled as A-S Medication Solutions LLC, AvKARE and RemedyRepack — and the agency has added them to the recalled products list. Two of these companies, A-S Medication and RemedyRepack, may also distribute valsartan products not affected by the recall. The agency is confirming this information and will provide an update once it is available.

The following additional repackagers are recalling or are expected to recall valsartan-containing products. FDA is working to gather product recall information from these companies and has removed them from the list of products that are not impacted by this recall:

- Bryant Ranch Prepack Inc.
- H. J. Harkins Company Inc. *(this company was not originally included on either list)*
- Lake Erie Medical, doing business as Quality Care Products LLC
- NuCare Pharmaceuticals Inc.
- Northwind Pharmaceuticals
- Proficient Rx

It is possible that not all valsartan-containing products repackaged by these companies are impacted by the recall. **FDA continues to evaluate valsartan-containing products** and will update the list of products included in the recall (/media/118231/download) and the list of products *not* included in the recall (/media/118232/download) as more information becomes available.

---

**7/27/2018: UPDATE - Analysis of N-nitrosodimethylamine (NDMA) Levels in Recalled Valsartan in the U.S.**

**Update [7/27/2018]** On July 13th, FDA announced a recall of certain batches of valsartan tablets because of an impurity, a chemical known as N-nitrosodimethylamine (NDMA). Valsartan is a medication commonly used to treat high blood pressure and heart failure.

NDMA has been found to increase the occurrence of cancer in animal studies. These animal studies were done using amounts of NDMA much higher than the impurity levels in recalled valsartan batches. Based on these animal studies, the U.S. Environmental Protection Agency considers NDMA a probable human carcinogen (https://www.epa.gov/sites/production/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf)—a chemical that can increase the risk of cancer in humans. NDMA is found in some water supplies and in some foods[1]. Consuming up to 96 nanograms NDMA/day is considered reasonably safe for human ingestion[2]. It is estimated that over the course of a person's lifetime, consuming this amount of NDMA would result in less than one additional case of cancer for every 100,000 people. To put this in context, currently one out of every three people in the US will experience cancer in their lifetime.

The amounts of NDMA found in the recalled batches of valsartan exceeded these acceptable levels. The agency wanted to put some context around the actual potential risk posed to patients who used versions of valsartan that may have contained high levels of NDMA. Based on records from the manufacturer of the recalled valsartan, some levels of the impurity may have been in the valsartan-containing products for as long as four years. FDA scientists estimate that if 8,000 people took the highest valsartan dose (320 mg) from the recalled batches daily for the full four years, there may be one additional case of cancer over the lifetimes of these 8,000 people. This assessment led to FDA's decision to have these batches recalled.

Patients taking valsartan from a recalled batch should continue taking their current medicine until their doctor or pharmacist provides a replacement or a different treatment option. It is important to know that not all valsartan products contained NDMA, so pharmacists may be able to provide a refill of valsartan medication from batches that that are not affected by the recall, or doctors may prescribe a different medication that treats the same indications.

**FDA continues to evaluate the safety of valsartan-containing products** and will update the list of products included in the recall (/media/118231/download) and the list of products not included in the recall (/media/118232/download) as more information becomes available. If you are taking a valsartan product, be sure to check to back as the lists may change.

---

[1] *From Toxnet:* https://toxnet.nlm.nih.gov/ (https://toxnet.nlm.nih.gov/)

***Average Daily Intake:*** *WATER: (assume 3 to 6 ng N-nitrosodimethylamine/l)(1) 6 to 12 ng; direct intake from drinking water is probably much less than 1 ug/day(2). FOOD: (assume <0.1 to="" 84="" ug/kg)(4)=""><0.16 to="" 134="">*
*[(1) Kimoto WI et al; Water Res 15: 1099-1106 (1981) (2) USEPA; Ambient Water Quality Criteria Doc: Nitrosamines p.C-14 (1980) EPA 440/5-80-064 (4) IARC; IARC Monographs on the Evaluation of Carcinogenic Risks to Humans 17: 125-76 (1978)]*

[2] *The calculated acceptable intake for NDMA is based on methods described in the ICH Guidance M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (http://wcms-internet.fda.gov/files/drugs/published/M7-R1-AssessmentAndControlOfDNA-Reactive-Mutagenic-ImpuritiesInPharmaceuticalsToLimitPotentialCarcinogenicRisk-Guidance.pdf (http://wcms-internet.fda.gov/files/drugs/published/M7-R1-AssessmentAndControlOfDNA-Reactive-Mutagenic-ImpuritiesInPharmaceuticalsToLimitPotentialCarcinogenicRisk-Guidance.pdf)*

---

### 7/24/2018: UPDATE - FDA publishes a list of valsartan-containing products not part of the recall

**Update [7/24/2018]** FDA is updating health care professionals and consumers on the agency's progress in responding to the ongoing recalls of valsartan, which is used to treat high blood pressure and heart failure, due to the presence of NDMA. The agency has posted a list of valsartan-containing products not impacted (/media/118232/download) by this recall. **FDA continues to evaluate valsartan-containing products** and will update the list of products included in the recall (/media/118231/download) and the list of products *not* included in the recall (/media/118232/download) as more information becomes available.

Manufacturers of these products often produce multiple dosage strengths, however not all of them are being recalled. FDA recommends health care professionals and patients carefully check these lists. Health care professionals and patients should check this statement frequently for any updates.

FDA reminds consumers to continue taking your current medicine until your doctor or pharmacist gives you a replacement or a different treatment option. Untreated hypertension (high blood pressure) leads to an increase in the risk of heart attacks and stroke. Untreated heart failure increases the risk of hospitalization and death.

Consumers and health care professionals should continue to report any adverse reactions with valsartan-containing products, to the FDA's MedWatch program (/medwatch-fda-safety-information-and-adverse-event-reporting-program) to help the agency better understand the scope of the problem:

- Complete and submit the report online at www.fda.gov/medwatch/report.htm (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home)

- Download and complete the appropriate form, then submit it via fax at 1-800-FDA-0178

---

**7/18/2018: STATEMENT - FDA updates health care professionals and patients on recent valsartan recalls**

**[7/18/2018]** The U.S. Food and Drug Administration is updating health care professionals and consumers following a recent FDA press release (/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity) about voluntary recalls of several drug products containing the active pharmaceutical ingredient (API) valsartan. Valsartan is used to treat high blood pressure and heart failure. Not all products containing valsartan are being recalled, and this update will clarify which valsartan-containing products are being recalled.

The recalled products contain an impurity, N-nitrosodimethylamine (NDMA), in the API manufactured by Zhejiang Huahai Pharmaceuticals, Linhai, China. The presence of the potentially cancer-causing NDMA was unexpected, and the agency believes the NDMA is related to changes in the way the active substance was manufactured. Some levels of the impurity may have been in the valsartan-containing products for as long as four years.

**The investigation into valsartan-containing products is ongoing, and the following list may change. We will update this statement as we have more information.**

There are currently three voluntary recalls related to the NDMA impurity detected in the valsartan API:

- **Teva Pharmaceuticals USA labeled as Major Pharmaceuticals —** recall is at the **retail level** because these products are only used in facilities where they are directly administered to patients by health care professionals: Valsartan 80 mg and 160 mg products;

- **Prinston Pharmaceuticals Inc. labeled as Solco Healthcare LLC —** recall is at the **consumer/user level**: Valsartan 40 mg, 80 mg, 160 mg, and 320 mg; and valsartan/HCTZ 80 mg/12.5 mg, 160 mg/12.5 mg, 160 mg/25 mg, 320 mg/12.5 mg, and 320 mg/25 mg products; and

- **Teva Pharmaceuticals labeled as Actavis LLC —** recall is at the **consumer/user level**: Valsartan 40 mg, 80 mg, 160 mg, and 320 mg; and valsartan/HCTZ 80 mg/12.5 mg, 160 mg/12.5 mg, 160 mg/25 mg, 320 mg/12.5 mg, and 320 mg/25 mg products.

Detailed list of products included in the recall (/media/118231/download) (PDF - 87 KB)

**What should patients know:**

- Continue taking your current medicine until your doctor or pharmacist gives you a replacement or a different treatment option.

- Not all valsartan-containing medications are affected and being recalled.

- If you are taking any medication containing valsartan, compare the information on your prescription bottle with the information in this list (/about-fda/page-not-found) (company, National Drug Code, lot number) to determine if your current medicine has been recalled. If you are not certain, contact your pharmacist.

- If you have medicine included in the recall, contact your pharmacist. The pharmacist may be able to provide you with valsartan made by another company. If not, contact your doctor immediately to discuss other treatment options.

**What health care professionals should know:**

- FDA has determined the recalled valsartan products pose an unnecessary risk to patients. Therefore, FDA recommends patients use valsartan-containing medicines made by other companies or consider other available treatment options for the patient's medical condition.

- If you have medication samples from these companies, quarantine the products and do not provide them to patients.

Consumers and health care professionals should report any adverse reactions with valsartan-containing products, to the FDA's MedWatch program (https://www.fda.gov/safety/medwatch/) to help the agency better understand the scope of the problem:

- Complete and submit the report online at www.fda.gov/medwatch/report.htm (https://www.accessdata.fda.gov/scripts/medwatch/index.cfm?action=reporting.home)

4/4/23, 1:24 PM    FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | …

Case 1:19-md-02875-RMB-SAK    Document 2825-5    Filed 04/11/23    Page 38 of 244
PageID: 83509

- Download and complete the appropriate form, then submit it via fax at 1-800-FDA-0178

---

**7/13/2018: PRESS RELEASE - FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity**

Go to Press Release (/news-events/press-announcements/fda-announces-voluntary-recall-several-medicines-containing-valsartan-following-detection-impurity)

---

**FDA-published testing methods to provide options for regulators and industry to detect NDMA and NDEA impurities**

**The links below are to FDA-published testing methods to provide options for regulators and industry to detect nitrosamine impurities in ARB drug substances and drug products. These methods should be validated by the user if the resulting data are used to support a required quality assessment of the API or drug product, or if the results are used in a regulatory submission.**

- Combined headspace method (/media/117843/download): a GC/MS method that allows determination of both N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) simultaneously

- Combined direct injection method (/media/117807/download): a GC-MS/MS method that allows for determination of both NDMA and NDEA simultaneously

- Direct injection GC-MS method (/media/123409/download): a method that can detect NDMA, NDEA, N-Nitrosodiisopropylamine (NDIPA), N-Nitrosoethylisopropylamine (NEIPA), and N-nitrosodibutylamine (NDBA)

- Headspace GC-MS method (/media/124025/download): a method that can detect NDMA, NDEA, NDIPA, and NEIPA

- LC-HRMS method (/media/125478/download): a method that can detect NDMA, NDEA, NEIPA, NDIPA, NDBA, and N-Nitroso-N-methyl-4-aminobutyric acid (NMBA)

- RapidFire-MS/MS method (/media/125477/download): a method that can detect NEIPA, NDIPA, NDBA, and NMBA. We do not recommend using this method to detect NDMA or NDEA because it is less sensitive to those impurities.

The LC-HRMS and RapidFire-MS/MS methods are the first methods FDA has posted for detecting NMBA. The European Directorate for the Quality of Medicines (EDQM) has also published methods to detect NDMA and NDEA (https://www.edqm.eu/en/ad-hoc-

projects-omcl-network) ☐ (http://www.fda.gov/about-fda/website-policies/website-disclaimer). FDA has not validated EDQM's methods.

## Resources for You

- Search ARBs Recalls List (/drugs/drug-safety-and-availability/search-list-recalled-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and)

- Recalls of ARBs including Valsartan, Losartan and Irbesartan (/drugs/drug-safety-and-availability/recalls-angiotensin-ii-receptor-blockers-arbs-including-valsartan-losartan-and-irbesartan)

- Nitrosamine Impurities in Medications (/drugs/drug-safety-and-availability/information-about-nitrosamine-impurities-medications)

Exhibit 32

# N-Nitrosodimethylamine

## CASRN 62-75-9 | DTXSID7021029

- IRIS Summary (PDF) (11 pp, 105 K)

| Key IRIS Values | Other EPA Information |
|---|---|

---

# Noncancer Assessment

**Reference Dose for Oral Exposure (RfD) (PDF)** (11 pp, 105 K)
Not assessed under the IRIS Program.        Last Updated:

**Reference Concentration for Inhalation Exposure (RfC) (PDF)** (11 pp, 105 K)
Not assessed under the IRIS Program.

---

# Cancer Assessment

**Weight of Evidence for Cancer (PDF)** (11 pp, 105 K)
Last Updated: 01/31/1987

| WOE Characterization | Framework for WOE Characterization |
|---|---|
| B2 (Probable human carcinogen - based on sufficient evidence of carcinogenicity in animals) | Guidelines for Carcinogen Risk Assessment (U.S. EPA, 1986) |

**Basis:**

- Induction of tumors at multiple sites in both rodents and nonrodent mammals exposed by various routes.
- This may be a synopsis of the full weight-of-evidence narrative.

**Quantitative Estimate of Carcinogenic Risk from Oral Exposure (PDF)** (11 pp, 105 K)

**Oral Slope Factor:** $5.1 \times 10^{1}$ per mg/kg-day
**Drinking Water Unit Risk:** $1.4 \times 10^{-3}$ per µg/L
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

**Quantitative Estimate of Carcinogenic Risk from Inhalation Exposure (PDF)** (11 pp, 105 K)

**Inhalation Unit Risk:** $1.4 \times 10^{-2}$ per µg/m$^3$
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

Contact Us to ask a question, provide feedback or report a problem.

# Related Links

- EPA Chemicals Dashboard - N-Nitrosodimethylamine
- eChemPortal - Nitrosodimethylamine

# Tumor Sites



Hepatic

# Chemical Structure for

# N-Nitrosodimethylamine



## Synonyms

- Dimethylamine, n-nitroso
- Dimethylnitrosamin
- Dimethylnitrosamine
- Dmna: dmn
- Methylamine, n-nitrosodi-

more synonyms

4/4/23, 1:27 PM
Case 1:19-md-02875-RMB-SAK
Nitrosodimethylamine CASRN 62-75-9 | IRIS | US EPA, ORD
Document 2325-5 Filed 04/11/23
PageID: 83516
Page 45 of 244

LAST UPDATED ON {MONTH DAY, YYYY}

Exhibit 33

# N-Nitrosodiethylamine

## CASRN 55-18-5 | DTXSID2021028

- IRIS Summary (PDF) (11 pp, 106 K)

**Key IRIS Values** | Other EPA Information

---

## Noncancer Assessment

**Reference Dose for Oral Exposure (RfD) (PDF)** (11 pp, 106 K)
Not assessed under the IRIS Program.                    Last Updated:

**Reference Concentration for Inhalation Exposure (RfC) (PDF)**
(11 pp, 106 K)
Not assessed under the IRIS Program.

---

## Cancer Assessment

**Weight of Evidence for Cancer (PDF)** (11 pp, 106 K)
Last Updated: 01/31/1987

| WOE Characterization | Framework for WOE Characterization |
|---|---|
| B2 (Probable human carcinogen - based on sufficient evidence of carcinogenicity in animals) | Guidelines for Carcinogen Risk Assessment (U.S. EPA, 1986) |

**Basis:**

- Induction of tumors at multiple sites in both rodent and nonrodent species exposed by various routes.
- This may be a synopsis of the full weight-of-evidence narrative.

**Quantitative Estimate of Carcinogenic Risk from Oral Exposure (PDF)** (11 pp, 106 K)

**Oral Slope Factor:** $1.5 \times 10^2$ per mg/kg-day
**Drinking Water Unit Risk:** $4.3 \times 10^{-3}$ per µg/L
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

**Quantitative Estimate of Carcinogenic Risk from Inhalation Exposure (PDF)** (11 pp, 106 K)

**Inhalation Unit Risk:** $4.3 \times 10^{-2}$ per µg/m$^3$
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

Contact Us to ask a question, provide feedback or report a problem.

# Related Links

- EPA Chemicals Dashboard - N-Nitrosodiethylamine
- eChemPortal - Nitrosodiethylamine

# Tumor Sites



Hepatic

# Chemical Structure for

# N-Nitrosodiethylamine



# Synonyms

- Dana: den
- Dena
- Diaethylnitrosamin
- Diethylamine, n-nitroso
- Diethylnitrosamine

more synonyms

LAST UPDATED ON {MONTH DAY, YYYY}

Exhibit 34





# SUMMARY, HIGHLIGHTS and TIMELINE of GENERAL CHAPTER <1469> NITROSAMINE IMPURITIES

By: Edmond Biba
Senior Scientific Liaison,
Science – General Chapters

Webinar
July 28, 2020



# Background

## Introduction



▸ Nitrosamines are common chemicals in water and foods including cured and grilled meats, dairy products and vegetables. Everyone is exposed to some level of nitrosamines.

▸ However, their presence in medicines, even at trace level is considered unacceptable because Nitrosamine impurities are probable human carcinogens.

▸ They are part of a group of high potency mutagenic carcinogens referred to as the "cohort of concern" in ICH M7. This "cohort of concern comprises aflatoxin-like, N-nitroso- (functional group of nitrosamines), and alkyl-azoxy compounds

© 2017 USP

Exhibit 38

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| **This Document Relates to All Actions** | |

## STIPULATION OF ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

Pursuant to Special Master Report and Order No. 56, in exchange for Plaintiffs' agreement not to further examine a witness at deposition regarding the statements identified herein, Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") hereby stipulates as follows:

1. ZHP states that there are no health benefits associated with the presence of NDMA or NDEA in valsartan.

2. ZHP states that the publication *Purification of Laboratory Chemicals* (4th ed.) by W.L.F. Armarego and D.D. Perrin, which was first published in 1996 and documented scientific knowledge at that time, states on page 192 that DMF

1

"[d]ecomposes slightly at its normal boiling point to give small amounts of dimethylamine and carbon monoxide."

3. ZHP states that it was required to perform a risk assessment in connection with the process change to the zinc chloride process.    ZHP further states the following:

   a. ZHP states that the scientific research relied on to use DMF as part of the zinc chloride process did not include scientific research into the potential decomposition products of DMF under the conditions of the zinc chloride process.

   b. The risk assessment of DMF did not specifically evaluate whether DMF was degrading to yield dimethylamine as part of the zinc chloride process.

   c. Therefore, there is no document from Shanghai SynCores or ZHP that documents that potential degradation of DMF as part of the zinc chloride process was evaluated as part of the risk assessment for the zinc chloride process.

   d. ZHP states that it did not perform a risk assessment on the potential degradation of DMF because it did not realize that DMF would degrade in the way it ultimately degraded in the zinc chloride manufacturing process of valsartan.  ZHP is not saying that it was not possible to know that DMF could degrade.

   e. ZHP never identified the nitrosamine impurities in connection with its 2011 Risk Assessment and therefore did not evaluate the nitrosamine impurities as part of any steps of the risk assessment process.

2

4. With regard to the Change Request Form identified as Exhibit 195 to the March 28/29, 2021 deposition of Peng Dong (copy of Exhibit attached hereto as Exhibit 1), ZHP states the following:

    a. The "Explanation Section" in Section 2 of the Change Request form on the page bearing Bates number ZHP01843067 provides a summary of the explanation for why the process change from the triethylamine hydrochloride process to the zinc chloride process was undertaken.

    b. One of the reasons for the quality review described in Section 3 of the Change Request Form on the page bearing Bates number ZHP01843069 was to identify impurities due to the new process.

    c. Section 3 of the Change Request Form on the page bearing Bates number ZHP01843070 provided that if this change was against cGMP code, it was supposed to be rejected.

| Dated:  May 13, 2022 | */s/ Richard T. Bernardo* |
| --- | --- |
| | Richard T. Bernardo<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>richard.bernardo@skadden.com<br><br>Jessica D. Miller<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>jessica.miller@skadden.com<br><br>Counsel for Defendant |

Exhibit 39

Fengtian Xue, Ph.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEW JERSEY

 3                        CAMDEN VICINAGE

 4       --------------------------

 5       IN RE:  VALSARTAN,           MDL NO. 2875

 6       LOSARTAN, AND

 7       IRBESARTAN PRODUCTS          CIVIL ACTION NO.

 8       LIABILITY LITIGATION         19-2875

 9                                    (RBK/JS)

10       --------------------------

11       THIS DOCUMENT APPLIES        HONORABLE

12       TO ALL CASES                 ROBERT B. KUGLER

13       --------------------------

14                - CONFIDENTIAL INFORMATION -

15             SUBJECT TO PROTECTIVE ORDER

16

17        REMOTE VIDEOTAPED EXPERT DEPOSITION OF

18                  FENGTIAN XUE, PHD

19               Friday, February 3, 2023

20               10:04 a.m. Eastern Time

21

22       Stenographically Reported by:

23       Denise Dobner Vickery, CRR, RMR,

24       Court Reporter, Notary Public  JOB NO.: 329090
```

Pengfian Xue, Ph.D.

## Page 2

1  REMOTE APPEARANCES VIA ZOOM:
2
3  Representing the Plaintiffs:
4      MAZIE SLATER KATZ & FREEMAN, LLC
5      BY:  ADAM M. SLATER, ESQ.
6      BY:  CHRISTOPHER J. GEDDIS, ESQ.
7      103 Eisenhower Parkway
8      Roseland, NJ 07068
9      973.228.9898
10     aslater@mazieslater.com
11     cgeddis@mazieslater.com
12
13  Representing the Plaintiffs:
14     MEYER WILSON CO., LPA
15     BY:  LAYNE HILTON, ESQ.
16     900 Camp Street, Suite 337
17     New Orleans, LA 70130
18     614.255.2697
19     lhilton@meyerwilson.com
20
21
22
23
24

## Page 3

1  REMOTE APPEARANCES VIA ZOOM: (Cont'd.)
2
3  Representing the Plaintiffs:
4      RIVERO MESTRE LLP
5      BY:  ZALMAN KASS, ESQ.
6      BY:  JORGE A. MESTRE, ESQ.
7      2525 Ponce de Leon Boulevard, Suite 1000
8      Miami, FL 33134
9      786.746.8213
10     zkass@riveromestre.com
11     jmestre@riveromestre.com
12
13
14  Representing the Plaintiffs:
15     MARTIN HARDING & MAZZOTTI LLP
16     BY:  ROSEMARIE RIDDELL BOGDAN, ESQ.
17     1 Wall Street
18     Albany, NY 12205
19     518.724.2207
20     Rosemarie.Bogdan@1800LAW1010.com
21
22
23
24

## Page 4

1  REMOTE APPEARANCES VIA ZOOM: (Cont'd.)
2
3  Representing the Defendants Zhejiang Huahai
4  Pharmaceutical Co., Ltd., Prinston Pharmaceutical
5  Inc., Huahai U.S., Inc., and Solco Healthcare US,
6  LLC:
7      SKADDEN ARPS SLATE MEAGHER & FLOM LLP
8      BY:  RICHARD BERNARDO, ESQ.
9      BY:  JOSHUA SCHOCH, ESQ.
10     One Manhattan West
11     New York, NY 10001
12     212.735.2994
13     Richard.Bernardo@skadden.com
14     Joshua.Schoch@skadden.com
15
16  For Defendants Teva Pharmaceutical Industries,
17  Ltd., Teva Pharmaceuticals USA, Inc., Actavis
18  LLC, and Actavis Pharma, Inc.:
19     GREENBERG TRAURIG LLP
20     BY:  BRIAN RUBENSTEIN, ESQ.
21     1717 Arch Street, Suite 400
22     Philadelphia, PA 19103
23     215.988.7864
24     rubensteinb@gtlaw.com

## Page 5

1  REMOTE APPEARANCES VIA ZOOM: (Cont'd.)
2
3  Representing the Defendant Sciegen
4  Pharmaceutical:
5      HINSHAW & CULBERTSON LLP
6      BY:  GEOFFREY M. COAN, ESQ.
7      53 State Street, 27th Floor
8      Boston, MA 02109
9      617.213.7045
10     GCoan@hinshawlaw.com
11
12  Representing the Defendant Humana:
13     FALKENBERG IVES LLP
14     BY:  KRISTIN B. IVES, ESQ.
15     230 West Monroe Street, Suite 2220
16     Chicago, IL 60606
17     312.566.4800
18     Kbi@falkenbergives.com
19
20
21
22
23
24

Fengtian Xue , Ph.D.

Page 6

1  REMOTE APPEARANCES VIA ZOOM: (Cont'd.)

2

3  Representing the Defendant Mylan Pharmaceuticals,
4  Inc.:
5        PIETRAGALLO GORDON ALFANO
6        BOSICK & RASPANTI, LLP
7        BY:  FRANK H. STOY, ESQ.
8        One Oxford Centre
9        Pittsburgh, PA 15219
10       412.263.1840
11       fhs@pietragallo.com
12
13  Representing the Defendants Hetero Labs Limited
14  and Hetero Drugs, Limited:
15       HILL WALLACK LLP
16       BY:  WILLIAM P. MURTHA, JR., ESQ.
17       2 Bridge Avenue, Suite 211
18       Red Bank, NJ 07701
19       732.924.8171
20       wmurtha@hillwallack.com
21
22
23
24

Page 7

1  Also Present Remotely Via Zoom:

2

3  JUDY DIAZ, Videographer
4  JESSICA DAVIDSON MILLER, ESQ., Skadden Arps
5  CHRISTOPHER HENRY, Mazie Slater
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 8

1              INDEX
2  EXAMINATION OF FENGTIAN XUE, PHD        PAGE
3  BY MR. SLATER                   13
4  AFTERNOON SESSION                164
5  BY MR. BERNARDO                  400
6
7
8        DEPOSITION EXHIBITS
9  NUMBER    DESCRIPTION           PAGE
10  Exhibit 1  Defendants' Responses and    16
11           Objections To Plaintiffs' Notice
12           To Take Videotaped Deposition
13  Exhibit 2  Expert Report of Fengtian Xue,   18
14           Ph.D., December 22, 2022
15  Exhibit 3  Supplemental Expert Report of   28
16           Fengtian Xue, Ph.D.,
17           January 30, 2023
18  Exhibit 4  Exhibit A - Amended and      31
19           Supplemental List of Materials
20           Reviewed and Considered
21  Exhibit 5  Deviation regarding unknown    55
22           Impurity (genotoxicity) of
23           Valsartan API (TEA process)
24           PRINSTON00075797 - 00076099

Page 9

1  NUMBER     DESCRIPTION          PAGE
2  Exhibit 6  Concise International Chemical   124
3           Assessment Document 31, WHO,
4           Geneva, 2001; N,N-DIMETHYLFORMAMIDE
5  Exhibit 7  Shandong Hualu-Hengsheng       145
6           Chemical Co., Ltd.,
7           Certain of Analysis
8           N,N-DIMETHYLFORMAMIDE
9  Exhibit 8  International Union of Pure and  164
10           Applied Chemistry, DIMETHYLFORMAMIDE:
11           PURIFICATION, TESTS FOR PURITY AND
12           PHYSICAL PROPERTIES, 1977
13  Exhibit 9  Guidance For Industry, Genotoxic  222
14           and Carcinogenic Impurities in Drug
15           Substances and Products: Recommended
16           Approaches, Draft Guidance,
17           HHS-FDA-CDER, December 2008
18  Exhibit 10  Investigation regarding unknown
19           impurity (genotoxic impurity) of
20           Valsartan API, 2018.07.08
21           PRINSTON0076100 - 0076124
22  Exhibit 11  Nitrosative Dealkylation of Some  256
23           Symmetrical Tertiary Amines
24           Gowenlock et al.

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Theoretical Investigation of N-Nitrosodimethylamine Formation from Nitrosation of Trimethylamine Sun et al., 2010 ZHP01807298 - 7308 | 280 |
| Exhibit 13 | Zhejiang Jianye Chemical Co., Ltd. Certificate of Analysis, November 25, 2012 Triethylamine Analysis | 320 |
| Exhibit 14 | Zhejiang Huahai Pharmaceutical Co., Ltd., 2013-11-10 Potential Impurities in Valsartan HUAHAI-US00007752 - 00007923 | 325 |
| Exhibit 15 | Declaration of Seth A. Goldberg July 27, 2017 | 343 |
| Exhibit 16 | Deposition of Min Li, Ph.D. April 22, 2021 | 376 |

P R O C E E D I N G S

- - -

THE VIDEOGRAPHER: We are now on the record.

My name is a Judy Diaz. I'm a legal videographer for Golkow Litigation Services. Today's date is February 3, 2023 and the time is 10:04 a.m.

This remote video deposition is being held in the matter of Valsartan, Losartan, and Irbesartan Products Liability Litigation MDL.

The deponent is Fengtian Xue, PhD.

All parties to this deposition are peering remotely and have agreed to the witness being sworn in remotely.

All counsel will be noted on the stenographic record.

The court reporter is Denise Vickery and will now swear in the witness.

- - -

FENGTIAN XUE, PHD

called for examination, and, after having been duly sworn, was examined and testified as follows:

MR. BERNARDO: And I apologize for interrupting so quickly. I intended, Adam, to get this in before Jessica made a start.

I just want to point out, Adam, that Dr. Xue has been recovering from COVID all week and has been powering through and is here and ready to go, as he'll tell you.

I just want to ask for your patience because he may be soft-spoken at times, and I told him to try and speak up just because his voice is a little worn. And also we may have to ask for a break sooner than ordinarily, but I'm sure that won't present a problem.

I just wanted to explain to you the reason for all that.

MR. SLATER: Whatever it is,

we're here for the duration. We are here.

- - -

EXAMINATION

- - -

BY MR. SLATER:

Q. Hope you feel better. Hope you are feeling better, Doctor.

A. Thank you.

Q. Let me -- by the way, to pronounce your name tell me, the proper pronunciation please.

A. Please call me Fengtian. Or you want me to --

MR. BERNARDO: I think he's asking for how to pronounce your last name, Doctor.

BY MR. SLATER:

Q. Yes, Doctor, because I've heard it pronounced a few different ways. I want to make sure I get it right.

A. What is the fast way "Xue."

Q. Xue. Okay. I think I can handle that.

Fengcian Xue , Ph.D.

Page 14

1          MR. SLATER:  All right.
2  Great.  Are we on the record now?
3          THE VIDEOGRAPHER:  Yes, we're
4  on the record.
5          MR. SLATER:  Okay.  Great.
6  BY MR. SLATER:
7     Q.    Good morning, Dr. Xue.
8     A.    Good morning.
9     Q.    I'm Adam Slater.  We've just
10  introduced ourselves.
11          You understand we're here to take
12  your deposition, correct?
13     A.    I understand.
14     Q.    Have you ever had your deposition
15  taken before?
16     A.    First time in my life.
17     Q.    There's a few important things that
18  you should know.
19          The one that's most important to me
20  is that if you don't understand a question or it
21  doesn't make sense to you for any reason such that
22  you don't know if you can answer it truthfully or
23  accurately, just say something.  You can say, "I
24  don't understand your question."  Maybe you don't

Page 15

1  hear it.  Maybe I mispronounce a scientific term.
2  It could be for a whole host of reasons that you
3  don't feel comfortable you understand what I'm
4  asking.
5          You can just tell me that.  I might
6  ask what's unclear.  I might ask what the issue
7  is.  You can tell me, and I'll try to work to get
8  a question out that you feel comfortable answering
9  on the subject matter I'm trying to get into.
10          Okay?
11     A.    Thank you.
12          I also want to point out, I'm -- I
13  speak English for 20-plus years but still my
14  vocabulary is not the biggest.  Sometimes if you
15  speak a word, I may not be able to recognize what
16  the meaning of the word.  I may also point that
17  out.
18     Q.    If for any reason you feel like you
19  need clarification on anything I'm asking you, I
20  want you to tell me.
21     A.    Thank you.  I will do.
22     Q.    There may be objections during the
23  course of the deposition.  Lawyers are allowed to
24  object.  Mr. Bernardo can say, "Objection to the

Page 16

1  form of the question."  What he's saying is,
2  Mr. Slater, you're not answering the -- asking the
3  question properly under the rules of evidence.
4          You may still answer the question.
5  I would say in most cases you probably will.  He's
6  preserving his rights.  I can re-ask the question
7  differently.  I can proceed with it.  You
8  shouldn't be thrown off by that.
9          Just let -- if somebody objects,
10  just let us address it, and then I would think for
11  most -- and you'll get into the rhythm -- in most
12  cases you'll probably just answer the question,
13  but it's allowed.  The lawyer is allowed to
14  object.  So just don't -- it's not -- not
15  something you have to be concerned about, but
16  you'll hear the objections from time to time.
17          Okay?
18     A.    Okay.
19          MR. SLATER:  Let's first put
20  up as Exhibit 1 the deposition notice.
21  Actually, the responses and objections to
22  the deposition notice.  Let's do that.
23          (Document marked for
24  identification as Xue Exhibit 1.)

Page 17

1          MR. SLATER:  Yeah, I'm --
2  yeah, let's put it on the screen.
3  BY MR. SLATER:
4     Q.    Dr. Xue, did you review the
5  deposition notice that we had served in advance of
6  the deposition?
7     A.    Excuse me.  Do I suppose to have
8  this file also in the folder that sent to me?
9     Q.    I don't know the answer to that
10  question.
11     A.    I just refreshed the folder that
12  sent.  Okay.  Now I can see the file.
13     Q.    Okay.  I'm actually not asking about
14  this document yet.  It's just on the screen.  I'm
15  asking a different question.
16     A.    Okay.
17     Q.    Did you see the deposition notice
18  that was served in this case for your deposition?
19     A.    I am being seeing so many documents.
20     Q.    On -- on the screen, we have
21  Exhibit 1, which is "Defendants' Responses and
22  Objections to Plaintiffs' Notice to Take
23  Videotaped Deposition."  This is for -- this is
24  the response by the attorneys to our request for

Pengcuan Xua , Ph.D.

Page 18

1 documents in advance of the deposition.
2          Have you seen this response?
3     A.    I -- I think so.  There's -- there's
4 multiple items that I need to address there,
5 right, to respond to those questions.
6     Q.    Did you do that?  Did you go through
7 the various requests and -- and make sure that
8 anything that was requested was provided to the
9 attorneys to provide to us?
10    A.    I think I did.
11          MR. SLATER:  Okay.  Great.
12          You can take that down.
13          Let's put up as Exhibit 2, the
14    report, please.
15          (Document marked for
16    identification as Xue Exhibit 2.)
17 BY MR. SLATER:
18    Q.    We've put up on the screen
19 Exhibit 2, which is the report we were served
20 dated December 22, 2022, and it was signed by you
21 at the end on page 58.
22          Is that the report that you wrote in
23 this case?
24    A.    Yes.  You showed me the first page.

Page 19

1 By the first page, that is the report that I read.
2     Q.    And attached to the report --
3     A.    I'm sorry.  I wrote, not read.  I
4 apologize.
5     Q.    Okay.  Attached to the report was a
6 curriculum vitae.
7          Is that your up-to-date current
8 curriculum vitae?
9     A.    Can you explain what "curriculum
10 vitae" mean?
11    Q.    It's the list of your background,
12 experience, your training, your education that we
13 were provided.
14    A.    Oh.  Oh.
15    Q.    It starts with your name at the top.
16 It says that your title was associate professor,
17 etc.
18    A.    Yeah.  Sorry.  I used to call it CV.
19 You know, as I said, the word was not sound
20 directly to me.
21          Yes, I attach a copy of my CV to
22 this report.
23    Q.    And then listed as Exhibit A to the
24 report was something titled "Materials Reviewed

Page 20

1 and Considered."
2          Was that a complete list of the
3 materials that you reviewed and considered as of
4 the time that you authored your report dated
5 December 22, 2022?
6     A.    Yes, I did all the -- my own search.
7 Also the material provide by the counsels.  I
8 think everything that I considered when I write
9 this report, offer my opinion, I put in that.  I
10 think it's called a list of material.
11          MR. SLATER:  Chris, can you go
12    to that Exhibit A, please, the first
13    page?  Perfect.
14 BY MR. SLATER:
15    Q.    Looking at the Exhibit A to your
16 report items 8, 9, and 10 are interviews with Min
17 Li, Jucai Ge, and Jinsheng Lin.
18          Do you see that?
19    A.    Yes, 8, 9, and 10 are the two --
20 sorry -- three interviews.
21    Q.    Did you take notes of those
22 interviews?
23    A.    I didn't take notes for neither of
24 them.

Page 21

1     Q.    Was anybody present when you
2 interviewed those three people?
3     A.    Well, you mean besides me and the
4 three people individual?
5     Q.    Correct.
6     A.    No, only a pair of us.  Like if I
7 interview Min Li, only Min Li and I was there.
8     Q.    Were -- were these interviews
9 conducted in person or by some other means?
10    A.    All of them was through Internet.
11    Q.    Were you able to see each other?
12 Was it by Zoom or something similar to Zoom?
13    A.    I didn't see them at all.
14    Q.    Were the interviews spoken or were
15 they e-mails back and forth?
16    A.    I first reach out to them to make
17 appointment.  During the interview was just talk.
18    Q.    Do you know where each of those
19 people were located when you interviewed them?
20    A.    Honestly, I don't know.  I don't
21 remember ask that question.  I should not make
22 speculation.  I believe Jucai Ge and Dr. Jinsheng
23 Lin was in China.  Dr. Min Li might be in the U.S.
24    Q.    Had you ever met any of those people

Pengchun Xue, Ph.D.

Page 22

1  before you interviewed them?
2      A.    I never met either of the three.
3      Q.    Were these interviews recorded?
4      A.    No, I didn't record any of the
5  interviews.
6      Q.    When I went through your report, I
7  did not see any reference to those interviews, any
8  of the content of those interviews.
9          Am I correct that nowhere in your
10 report did you actually recite what those people
11 told you during the interviews?
12     A.    Well, I talk them to them before I
13 start writing my report.  So some of the knowledge
14 or information that I heard -- I heard from them I
15 confirm with them my, you know, gave me idea that
16 I -- that we think the conservation scope that I
17 used to form my opinions.
18     Q.    In forming your opinions in this
19 case, did you rely in part on those interviews
20 with Min Li, Jucai Ge, and Jinsheng Lin?
21     A.    When you say "rely" means I cite
22 them or I consider them.  I just don't quite know
23 what you really mean here.
24     Q.    In terms of the basis for the

Page 23

1  opinions you gave in your report --
2      A.    Right.
3      Q.    -- was one of the things that you
4  relied on the interviews with Min Li, Jucai Ge,
5  and Jinsheng Lin?
6          MR. BERNARDO:  Object to the
7      form of the question.  Vague.
8  BY MR. SLATER:
9      Q.    I'll ask the question again.
10         In forming the opinions you formed
11 in this case --
12     A.    Right.
13     Q.    -- was one of the things that you
14 relied on the information you got from Min Li when
15 you interviewed him?
16         MR. BERNARDO:  Object to the
17     form of the question.  Vague.
18         THE WITNESS:  As I said just
19     now, when I interview not just Min Li,
20     each one of the three ZHP employees, I
21     had a conversation and they gave an
22     introduction about what happened.  I
23     usually ask a couple questions.
24         Yeah.  They will highlight

Page 24

1  something that they want me to know.  As
2      I said, I -- I consider that those when I
3      form my opinions.
4  BY MR. SLATER:
5      Q.    Did you speak with anybody else from
6  ZHP or any of the companies affiliated with ZHP
7  other than Min Li, Jucai Ge, and Jinsheng Lin with
8  regard to this matter?
9      A.    With regard to this case, I never
10 speak to anybody other than the three that listed
11 here.
12     Q.    Before you were retained in this
13 case, did you know anybody that has worked at ZHP
14 or Prinston?
15     A.    No, I actually know nobody from
16 those companies.
17     Q.    Do you know a toxicologist named
18 Charles Wong?
19     A.    I have no idea because, you know,
20 Charles Wong is a very common, you know, Chinese
21 name.
22     Q.    I'm asking about a toxicologist
23 named Charles Wong.
24     A.    No, I don't know any toxicologist

Page 25

1  named Charles Wong.
2      Q.    Is there any place in the report
3  where you actually refer to anything that Min Li,
4  Jucai Ge, or Jinsheng Lin told you during those
5  interviews?
6          I didn't see anything like that, but
7  I'm asking if that's there and I missed it.
8      A.    I didn't cite anything that either
9  one of the three people -- Jinsheng Lin, Jucai Ge,
10 or Min Li -- told me.
11     Q.    There's a number of documents listed
12 on this list of Materials Reviewed and Considered.
13         Did you read every single one of the
14 documents listed?
15     A.    I probably read every one.  That's
16 why it's listed here, but, you know, it has been a
17 long journey.  I've been reading so many
18 documents, and also I did literature search on
19 multiple reaction situations.  I cannot say that I
20 remember everything that I read and memorized
21 because this report was written -- don't know --
22 40 days ago.  I honestly have been fairly busy
23 and, on top of that, I've been suffer from COVID
24 recently.

Fenglian Xue , Ph.D.

Page 26

1    So I cannot say that I remember
2 everything that I -- I saw, but I'll try my best.
3    Q.    Are you alone in that room that
4 you're in right now?
5    A.    I am.
6    Q.    Do you have any documents in hard
7 copy with you for this deposition?
8    A.    Well, I have this plain report of
9 myself that you showing me in front of me.  It's
10 closed.  I'm not sure whether I'm allowed to read
11 it.
12    Q.    Yes, you are.
13    A.    Am I allowed to read my report?
14    Q.    Yes.
15    A.    Okay.
16    Q.    I'm going to ask you at times about
17 the report, or if I ask questions and you need to
18 refer to the report, you can do so.
19    What I'm asking you right now is
20 just what documents you have.  If you can just
21 list for me what you have out there.
22    A.    That's the only -- only document I
23 have, other than the two screens in front of me.
24    Q.    And when you say "the two screens,"

Page 27

1 one screen for the Zoom and then another screen
2 where you can electronically access documents?
3    A.    Yes.  So I have the screen.  I see
4 you and I see everybody and see the document of
5 Exhibit A.  On the other one, I have the folder.
6 It's called my name "Marked Exhibits" right now
7 showing on there.
8    MR. SLATER:  You could take
9    that off the screen, Chris.
10 BY MR. SLATER:
11    Q.    You said you have your report in
12 front of you.  So I'm not going to need to put
13 the report up anymore.  You can look at it.
14    Unless I need to show you a
15 particular thing, I can put it up, but it will
16 just be easier.  You can look at it.
17    A.    Yes, that's --
18    Q.    You can look at something.
19    Your report sets forth various
20 opinions.
21    Are those all of the opinions that
22 you formed in this case at the time you wrote the
23 report?
24    A.    So you talk about the three reports

Page 28

1 -- sorry -- three opinions on page 3?
2    Q.    Those are your three opinions in
3 this case, the three bullet pointed opinions on
4 page 3?
5    A.    Yes.
6    Q.    You also wrote a supplemental
7 report.
8    MR. SLATER:  Why don't we
9    throw that up, Chris, just to get it
10    identified.
11    Yeah, let's do as Exhibit 3
12    the supplemental report.
13    (Document marked for
14    identification as Xue Exhibit 3.)
15 BY MR. SLATER:
16    Q.    Unless, Doctor, do you have that
17 handy also or do you only have your --
18    A.    No.  I didn't even know I'm allowed
19 to use the report.  So I didn't print out the
20 supplementary.  Maybe I have to --
21    Q.    No problem.
22    A.    -- put it up when I need it.  Thank
23 you.
24    Q.    Do you recognize Exhibit 3 as the

Page 29

1 supplemental report you wrote in this case dated
2 January 30, 2023?
3    A.    Yes.
4    Q.    It looked like this was a response
5 or a commentary on some of the testimony that was
6 given by Dr. Najafi in his deposition; is that
7 correct?
8    A.    Yes, it is correct.
9    Q.    Did you form any new opinions and
10 place those in that report, or did your opinions
11 as stated on page 3 of your first report remain
12 the same and did they remain as your only
13 opinions?
14    MR. BERNARDO:  Object to the
15    form of the question.  Vague.
16 BY MR. SLATER:
17    Q.    I'll ask the question again.
18    Did you add any new opinions when
19 you wrote the supplemental report?
20    I didn't see any new opinions, but I
21 just want to make sure from your perspective you
22 didn't add any new opinions when you wrote the
23 supplemental report.
24    A.    As he point out -- sorry.

Fengqian Xue , Ph.D.

Page 30

1          MR. BERNARDO:  I was just
2    going to object to the form of the
3    question.
4          But you can go on, Dr. Xue.
5          THE WITNESS:   As you point
6    out, this report was written recently to
7    address Dr. Najafi's deposition recent
8    happened.  I'm trying to use my knowledge
9    in chemistry to address some of his
10   statements.
11         My main opinions are listed in
12   my earlier report, the main report, the
13   three points stays.
14   BY MR. SLATER:
15        Q.    The three opinions set forth in your
16   initial report remain the same even when you wrote
17   the supplemental report.
18        Is that what you're telling me?
19        I just want to confirm that.
20        A.    (Reviews document.)
21        Q.    Let me ask the question differently.
22        A.    I'm sorry.  Yes, go ahead.
23         MR. BERNARDO:  I think he's
24   just looking to confirm, Adam, just give

Page 31

1    him a moment.
2    BY MR. SLATER:
3        Q.    Yeah.
4        A.    Yeah, I just want to make sure
5    everything I said is -- is --
6        Q.    Oh, I didn't realize you were
7    looking at the report to answer the question.
8        Go ahead.  I'm sorry.  Go ahead.
9        A.    Yeah.
10       Q.    And just for the record, the
11   question is:  The supplemental report did not
12   change or add any new opinions; is that correct?
13       A.    I'll agree there's no additional
14   point that I want to add.  I just want to address
15   the -- the comments or points that Dr. Najafi
16   raised during his deposition recently.
17         MR. SLATER:  And just to be
18   fair, with regard to the reliance list,
19   let's mark as Exhibit 4 the "Amended and
20   Supplemental List of Materials Reviewed
21   and Considered."
22         (Document marked for
23   identification as Xue Exhibit 4.)
24   BY MR. SLATER:

Page 32

1        Q.    We'll mark this as Exhibit 4.
2        I saw that some depositions were
3    added to the list of Dr. Hecht and Dr. Najafi and
4    Dr. Plunkett.
5        To your knowledge, was anything else
6    added to this amended and supplemental list as
7    compared to the original list?
8        A.    I add because these, you said those
9    three depositions happened after my original
10   report, and I reviewed them.  So I want to add
11   these depositions to the material conservation.
12         Also, I also add a paper that was --
13   it's just one paper I want to add to that as well.
14       Q.    Which paper was that?
15       A.    I honestly don't remember exactly
16   what the paper's title was, but it -- yeah, I can
17   look through to -- to find it.  Is that --
18       Q.    Do you recall why you wanted to add
19   that paper?  What the subject matter was?
20       A.    Well, because that's just when I --
21   when I originally write the report.  There's a
22   bunch of examples of reaction conditions I want to
23   support.  So I did literature search.  I found
24   these maybe -- I don't know -- few dozens of

Page 33

1    papers and those are one of that.
2        And I honestly don't remember what
3    was the reason, but I just put on -- I run
4    literature and I recognize later on, and then I
5    decide to just give the counsel that additional
6    paper.
7        Q.    We also received an e-mail
8    yesterday, February 2nd, that indicated that when
9    you were preparing for this deposition, you
10   noticed that a few of the deposition transcripts
11   you reviewed were inadvertently omitted from the
12   list of materials considered, including Jucai Ge
13   deposition May 26 and May 27, 2022 and Pang Dong
14   deposition April 1, 2021.
15        Is that correct that you also had
16   read those depositions?
17       A.    Oh, I did.
18       Q.    Did you read the deposition
19   transcripts complete from cover to cover?
20       A.    I honestly won't say that.  Because
21   especially Jucai Ge's it's very long.  I won't say
22   I read line to line every line, but I cover most
23   of part when I prepared for my -- for my report.
24        For -- for Dong -- I forgot his

Feng Jian Xue , Ph.D.

Page 34

1 first name -- that deposition I only read a small
2 portion. Because that I remember was I asked for
3 this deposition because Dr. Najafi or maybe
4 Dr. Hecht -- I forgot -- during their deposition,
5 they use this as their additional, one of the
6 papers, 2010, some -- some therapeutic studies --
7 sorry -- theoretical calculations where that paper
8 came to me as part of Pang Dong's deposition, and
9 that's why I ask for the counsel to sent me his
10 deposition to look.
11          But I didn't look Pang Dong's for
12 the most part.
13          MR. SLATER: We can take down
14     that reliance list.
15 BY MR. SLATER:
16     Q.    I want to ask you a couple questions
17 about your report again, the initial report,
18 December 22, 2022, Exhibit 2.
19     A.    Yes.
20     Q.    The report lists a lot of facts,
21 some in great detail, a lot of information.
22          Would that be information that you
23 felt was most important to you in forming your
24 opinions in this case? Is that why that

Page 35

1 information is what you actually discussed in the
2 report?
3     A.    When I write report or any art --
4 scientific papers I wrote in my career, I always
5 trying to present my opinion or my discovery in a
6 way that I highlighting the case. I use some
7 avenues to support my -- my -- my point. If I
8 have opinion overall in scientific writing we call
9 it conclusions, I usually also highlight that in
10 the writing. So that's just my style.
11          I -- I guess I hope that answer your
12 question.
13     Q.    My question is: The facts that you
14 discussed in your report.
15     A.    Right.
16     Q.    Are those the facts that were most
17 important to you in forming your opinions?
18          MR. BERNARDO: Object to the
19     form of the question. Vague.
20          THE WITNESS: Well, I can only
21     say that these are the fact that I, you
22     know, I read. When I write this report,
23     I mostly read the plaintiffs' experts'
24     report from I, think, four experts, and

Page 36

1 then I see their points and then I try to
2 address their points in a way that my
3 understanding of the science behind the
4 case. Like the nitrosamines, NDMAs,
5 NDEAs, these process. That's what I --
6 what I did.
7          I cannot really see that I
8 highlight everything. Mostly we need to
9 focus on what the experts on the
10 plaintiff side talked about.
11 BY MR. SLATER:
12     Q.    You prepared for this deposition,
13 right?
14          Did you prepare for this deposition?
15 Did you prepare yourself?
16     A.    I did. You see what (indicates).
17     Q.    Okay. Is one of the things you did
18 in preparing for the deposition reading your
19 report?
20          MR. BERNARDO: Object to the
21     form of the question. Vague.
22          THE WITNESS: Well, I don't --
23 BY MR. SLATER:
24     Q.    Dr. Xue, it's a very simple

Page 37

1 question.
2     A.    I know.
3     Q.    Did you read your report as part of
4 your preparation for today's deposition?
5          MR. BERNARDO: Object to the
6     form of the question. Argumentative.
7          Go on, Dr. Xue.
8          THE WITNESS:  I wrote my
9     report. I read my report.
10 BY MR. SLATER:
11     Q.    So the answer is yes?
12          MR. BERNARDO: Object to the
13     form of the question. Vague.
14          Adam, why don't you ask him
15     the question. From what he demonstrated
16     with his attire, I think it's clear he
17     didn't understand what you meant by
18     prepared.
19          He's trying to be very
20     responsive as I can tell, but I think he
21     pointed out at the very beginning of this
22     deposition some language issues. So if
23     you could just re-ask the question, I
24     think he didn't understand it.

Pengcluan Xue , Ph.D.

Page 38

1           MR. SLATER:  Okay.
2  BY MR. SLATER:
3      Q.    Dr. Xue.
4      A.    Yes.
5      Q.    Did you review documents, including
6  your report, in order to prepare yourself to
7  answer questions today during the deposition?
8      A.    Oh, yeah, I did read my report.
9      Q.    That's all I asked.
10     A.    Okay.  Thank you.  I -- yeah.
11     Q.    When you read the report in
12  preparation for the deposition, did you think to
13  yourself that there were any important facts that
14  you're relying on that were not discussed in the
15  report?
16     A.    I read my report.  I honestly never
17  ask myself that question.  I review all my core
18  key opinions stay because I -- this is not
19  something come to me simply, right?  So I know
20  this is important case.  I did my study.  I formed
21  them, these -- these -- these opinions.
22          Yeah.  I definitely read my report
23  before the deposition, but I -- I don't think I,
24  you know, I will question myself.  This is

Page 39

1  something I seriously prepared.
2      Q.    Are there any facts that are
3  important to you that you're relying on to support
4  the opinions you gave that are not in your report,
5  that are not discussed in the report?  Anything
6  you can point to?
7          The answer may be nothing.  I just
8  want to know if there's anything outside the
9  report factually that you're relying on that's not
10  discussed in the report that you can tell me right
11  now.
12         It's a yes-or-no question.
13     A.    Can I get a confirmation?  Are you
14  asking whether every single point that I rely on
15  to form this report is covered or listed in my
16  report?  Is that your question?
17     Q.    My question is:  Are there any facts
18  that are important to you in forming your
19  opinions?
20     A.    Right.
21     Q.    Facts that you're relying on to say,
22  "This is my opinion.  It's based on this."  Where
23  you would say, "I didn't talk about that fact in
24  my report."

Page 40

1          Is there anything like that?
2          MR. BERNARDO:  Object to the
3  form of the question.  Vague.  Broad.
4          THE WITNESS:  I honestly -- I
5  cannot answer this question with a yes or
6  no.  Because, you know, writing papers or
7  writing reports is, it's everything come
8  to me.  I read.  I digest the opinions
9  from the experts on -- on the plaintiff
10  side.  Excuse me.
11         And then I do my own little
12  search.  I digest the case.  Understand
13  each piece, what the science told me, and
14  then I form my own.
15         Like as you just read, there
16  are three key things.  I don't know
17  whether I can say every single fact was
18  addressed or shown in the -- in my
19  report.  Yeah.
20         I hope that answer your
21  question.
22  BY MR. SLATER:
23     Q.    When I read your report, both your
24  reports, I did not see any criticisms by you of

Page 41

1  ZHP.
2          Are there any opinions that you have
3  in any of your reports where you criticize
4  anything ZHP did?
5      A.    Well, I -- I just -- I think I
6  explain this just now, right?  So I --
7      Q.    It's a yes-or-no question, Doctor.
8  Let me ask it again because I think you're -- I
9  don't know what you're -- you may not have been
10  deposed before, but if you're going to give me
11  long stories in response to questions that are
12  simple yes or noes, we're going to go much longer
13  than necessary.
14         So let me try it again with you.
15         MR. BERNARDO:  Objection.
16  BY MR. SLATER:
17     Q.    Make it a smaller question for you.
18         Are there any criticisms of ZHP in
19  either of your reports?
20     A.    I really tried my best to help.  I'm
21  not trying to not answer short, right?  But these
22  questions are not to me yes or no questions.
23     Q.    All right.  Well, then, let me ask
24  it again so that I try to get it to a yes or no.

Pengfidan Xue , Ph.D.

Page 42

1  Do you have any opinions critical of
2  ZHP where you're saying ZHP did something wrong or
3  failed to do something it should have done?
4      A.    I'm -- I was retained by the ZHP
5  counsel to offer my opinion to address the
6  plaintiffs' experts' point and since during I read
7  all these report from the plaintiffs' experts.
8  They were saying everything ZHP did was wrong,
9  right?  So I was trying to address that.
10     So I really don't feel that I -- I
11 have any, you know, when I approach this, come up
12 with the report, I don't have any intention to do
13 so.
14     Q.    No intention to criticize ZHP in any
15 way?  Is that what you mean when you said --
16 listen, let me ask it again.
17     When you said, "I had no intention
18 to do so," did you -- were you saying you had no
19 intention to criticize ZHP?  Is that what you
20 meant when you said "to do so," yes or no?
21     A.    Well, I probably didn't make myself
22 clear.  If that's my language issue, I already
23 said I feel sorry about that.  But I tried to
24 explain, right?

Page 43

1      So I'm here as a -- as an expert in
2  organic chemistry trying to address the experts on
3  the plaintiff side points and then that's how, you
4  know, I form my report around that theme.
5      So I'm -- in other words, I'm really
6  -- I don't -- I'm not here to criticize anybody.
7  I just want to address the point that the
8  plaintiffs' expert offered.
9      I hope that answer your question.
10     Q.    It does and it's helpful because it
11 was something I was going to get into in a few
12 minutes.  So you brought me there so we can go
13 there now.
14     I think what you're -- what you're
15 telling me is that you -- rephrase.
16     I think what you're telling me is
17 you understood your role in this case to respond
18 to the plaintiff expert reports in the field of
19 organic chemistry; is that correct?
20     A.    I disagree.
21     Q.    Okay.  Let me ask a different
22 question then.
23     What is your understanding of what
24 your role was as an expert in this case?

Page 44

1      You just told me you were responding
2  to the plaintiffs' experts.
3      Was there anything else that you
4  thought was your role in this case?
5      A.    My role is, I was retained by the
6  ZHP counsel as an expert in organic chemistry to
7  offer my own opinion about this whole case, and I
8  was also given or, you know, provided the
9  material, including the major material was the
10 four report from the plaintiffs' experts.  Of
11 course, they have a lot of citation in there as
12 well.
13     Yeah.  So that's the scope of my --
14 my role here I thought because I'm an organic
15 chemist.  I might offer some expertise in my area.
16 I try to understand the whole case throughout
17 reading all the -- all the informations available
18 to me, and I did my own search as well to see what
19 the science was about at that time when they
20 actually developed these processes, all these
21 things.  And then I come up with a report.
22     That's my understanding about --
23 sorry -- my role here.
24     Q.    Did you form any opinions during

Page 45

1  your work as an expert in this case where the
2  opinion is that ZHP either did something that it
3  should not have done or failed to do something
4  that it should have done?
5      A.    Well --
6      Q.    Actually, let me ask the question
7  differently.
8      As you sit here now --
9      A.    Right.
10     Q.    -- as an expert, do you have any
11 criticisms of ZHP?
12     MR. BERNARDO:  Object to the
13 form of the question.  Asked and
14 answered.
15 BY MR. SLATER:
16     Q.    You can answer, Doctor.
17     Do you have any opinions critical of
18 ZHP?
19     MR. BERNARDO:  Object to the
20 form of the question.  Vague.
21     THE WITNESS:  I really don't
22 want to repeat myself but --
23 BY MR. SLATER:
24     Q.    It's a yes-or-no question, Doctor.

Fengfuan Xue , Ph.D.

Page 46

1       A.      As I said, I really tried if I can
2   answer yes or no, that would be easy.  I really
3   cannot because this is, like I mention that I was
4   retained as organic chemist to offer my opinion
5   about the case.  I offered all these effort report
6   from the experts from the plaintiff side.  I read
7   them.  I digest them.  I do my own search.
8           Yeah.  So I -- these three, as you
9   just read the three, are my -- my -- my opinions.
10  That's -- that I think is clear.
11      Q.      Yeah.  I'm asking you now.
12      A.      Okay.
13      Q.      As you sit here now.
14      A.      Right.
15      Q.      Do you have the opinion that ZHP did
16  anything wrong?
17      A.      Okay.  So --
18              MR. BERNARDO:  Wait.  Wait.
19          Object to the form of the
20      question.  And, Adam, he's trying to
21      respond.  I think the scope of his
22      opinions are clearly delineated.  He's
23      trying to explain that in his report.
24          He's here to offer an opinion

Page 47

1   about organic chemistry, not company
2   conduct.  He's tried to answer your
3   question.  This sort of goes back to the
4   hearing I recall with Judge Vanaskie
5   saying, you know, you can ask it several
6   times and then move on.  So I object --
7           MR. SLATER:  Rich.  Rich.
8           MR. BERNARDO:  I object --
9           MR. SLATER:  Don't talk with
10      me right now, please.  That's -- you're
11      totally out of line.
12          MR. BERNARDO:  I object to
13      this continued line of questions.  Go on.
14          MR. SLATER:  That's okay.  I
15      have a witness who's having a hard time
16      even understanding or responding to my
17      questions, and you're giving me a hard
18      time about following up?
19          MR. BERNARDO:  I think the
20      witness --
21          MR. SLATER:  I'm taking the
22      deposition now, okay?  If you want to put
23      it in that context, then we'll -- then
24      we'll get much more direct.

Page 48

1   BY MR. SLATER:
2       Q.      Doctor --
3               MR. BERNARDO:  I'm simply
4       preserving my objection.
5               MR. SLATER:  That's okay.  I'm
6       going to ask a question.
7   BY MR. SLATER:
8       Q.      Doctor, as an expert in this case,
9   did you consider whether or not ZHP failed to do
10  anything in connection with the development of the
11  manufacturing processes at issue in this case?
12          Did you think --
13              MR. BERNARDO:  Object.
14  BY MR. SLATER:
15      Q.      -- about that whether or not ZHP
16  failed to do anything it should have done?
17              MR. BERNARDO:  Object to the
18      form of the question.  Vague.  Overly
19      broad.  Asked and answered.
20          You can answer, Dr. Xue.
21  BY MR. SLATER:
22      Q.      All right.  You can answer.
23      A.      I'll try one last time.  I really --
24      Q.      It's a yes-or-no question, Doctor.

Page 49

1               MR. BERNARDO:  Adam, please
2       don't interrupt him --
3               THE WITNESS:  As I said --
4               MR. BERNARDO:  -- with saying
5       it's a yes-or-no question.  It is not a
6       yes-or-no question, and he's trying to
7       say that.  Judge Vanaskie has already --
8               MR. SLATER:  That's great.
9       You're obstructing this deposition very
10      early on.  I don't appreciate it.
11              MR. BERNARDO:  I disagree.
12              MR. SLATER:  And please don't
13      threaten me with court action.
14              MR. BERNARDO:  I didn't
15      threaten you with court action.
16              MR. SLATER:  You did.  You
17      did.
18              MR. BERNARDO:  I'm just
19      observing --
20              MR. SLATER:  You're wasting
21      time on my record right now.
22              MR. BERNARDO:  Adam, I think
23      you're wasting time now.
24  BY MR. SLATER:

Fengqian Xue, Ph.D.

Page 50

1    Q.    Answer the question.
2         Doctor, a new question.
3         As part of your review of this case,
4  did you consider whether ZHP failed to do anything
5  from an organic chemistry perspective that it
6  should have done?
7         MR. BERNARDO: Object to the
8  form of the question. Vague. Overly
9  broad. Asked and answered.
10  Go ahead, Dr. Xue.
11         THE WITNESS: As I said, I
12  really cannot say yes or no for this
13  question.
14         I'm an organic chemist. I --
15  I review what ZHP did. They did the
16  planning. They did the risk assessment.
17  They did the testings. And I also, of
18  course, read all the report from the
19  plaintiff side about these issues.
20         And then I went out myself.
21  As I pointed again and again, I'm a
22  chemist. I went out to just search for
23  the chemistry, what I rely on, what I
24  steps myself, and what I'm here for.

Page 51

1         So I read all these things.
2  That form the three points. I mean, for
3  -- for -- for ZHP, they did what they can
4  at the time the knowledge available to
5  them.
6         I hope -- I really hope that
7  answer your question.
8  BY MR. SLATER:
9    Q.    I read your report. I saw no --
10    A.    Excuse me.
11    Q.    Okay. I'll start over.
12         I saw your report. I saw no
13  opinions critical of ZHP in your reports.
14         Were there any opinions in your
15  reports critical of ZHP?
16         MR. BERNARDO: Object to the
17  form of the question. Asked and
18  answered.
19         You can go ahead, Dr. Xue.
20         THE WITNESS: Are you asking
21  in my -- my report I'm facing now is
22  there any opinion criticizing ZHP?
23  BY MR. SLATER:
24    Q.    That's my question.

Page 52

1    A.    I have this report. I think the
2  opinions are there, right? So there that the
3  three bullets that we read upfront was my opinion.
4    Q.    So the answer is, no, you have no
5  opinions in your report critical of ZHP; is that
6  correct?
7         MR. BERNARDO: Object to the
8  form of the question.
9         THE WITNESS: Well -- well, I
10  think we are -- we are making circles
11  here, right? So we talk about this for I
12  don't know how long, but this -- I
13  describe my view of my role here. I
14  stick with that.
15         I tried to be an expert to do
16  my job and tried to offer my opinion
17  based on my search, my understanding of
18  the case.
19  BY MR. SLATER:
20    Q.    Doctor, do you know what you wrote
21  in your report?
22    A.    I do. I wrote the report myself.
23    Q.    Right.
24         Are there any opinions in your

Page 53

1  report critical of ZHP?
2         It's a yes-or-no question. I didn't
3  see any. I just want to confirm I didn't miss it.
4         MR. BERNARDO: Object to the
5  form of the question.
6         THE WITNESS: Well, I'll try
7  one more time.
8         I offered my opinion based on
9  what I search, what I learned, what I
10  read, and what I believe.
11  BY MR. SLATER:
12    Q.    I did not see any opinions in your
13  report criticizing ZHP.
14         Am I correct that there are no
15  opinions you wrote in the report where you
16  criticized ZHP?
17         MR. BERNARDO: Object to the
18  form of the question. Asked and
19  answered.
20         Go ahead, Dr. Xue.
21         THE WITNESS: I have the
22  three opinions, right, out there. ZHP,
23  they did what they can, right? They
24  don't have -- based on what they have

Page 54

1  specifically at the time when all these
2  processes they developing.  That's what
3  available to them.  So that's what --
4  what I form opinion.
5      I'm not -- sometimes those --
6  a lot of things it's not like absolute,
7  right?  So, yes, it must be like this.
8  It must be like that, right?
9      So I have to judge based on my
10  own expertise, based on what other people
11  talk, and what I learn from the science
12  to come up with a reasonable, appropriate
13  judgment of myself.
14      I really think that that --
15  that that's what I do here.
16  BY MR. SLATER:
17  Q.    Did you read the deviation
18  investigation reports written by ZHP?
19  A.    Well, I -- I read you know, right?
20  So this is big case.  I read so many documents.
21  Q.    Doctor, do you know what the
22  deviation investigation reports are?  Do you know
23  what those documents are?
24  A.    I think those are -- if you -- do

Page 55

1  you have the document?  Can we see the document
2  together?
3  Q.    Sure.
4      MR. SLATER:  Let's put up the
5  one that we've been talking about that we
6  were talking about before.  I guess it
7  was Exhibit 210.  The E318003 version 2.
8  Put that on the screen.
9      THE WITNESS:  Will that be
10  Exhibit Number 5?
11      MR. SLATER:  That will be
12  Exhibit Number 5.
13      (Document marked for
14  identification as Xue Exhibit 5.)
15  BY MR. SLATER:
16  Q.    For the record, he's uploading --
17  we're uploading as Exhibit --
18      For the record, we've uploaded
19  Exhibit 5, which is the November 5, 2018 deviation
20  investigation report titled "Investigation
21  regarding unknown impurity" and then in
22  parentheses "(genotoxic impurity) of Valsartan API
23  (TEA process)."
24      Do you have that?  Do you see it?

Page 56

1      MR. SLATER:  You can put it on
2  the screen.
3      THE WITNESS:  I just got it
4  loaded on my screen.
5      As I said, I read so many
6  things.  This looks --
7  BY MR. SLATER:
8  Q.    Doctor, I'm not asking you about all
9  the things you read.
10      I'm literally asking you:  Have you
11  read this document?
12  A.    I saw this document before, but as I
13  said, if you want me -- ask me about details in
14  here, I need to kind of -- you need to direct me
15  there so I cite.  I don't know.  This --
16  Q.    Doctor.
17  A.    This is 300 pages.
18  Q.    Dr. Xue, we're going to do much
19  better today if you answer the questions I'm
20  answering and then don't go and tell me something
21  else.  Like I wasn't asking you about whether I'm
22  going to ask you questions.
23      I asked you one question.  The
24  question is:  Did you see this deviation

Page 57

1  investigation report?
2  A.    I do.
3  Q.    Yes or no?
4  A.    I do.
5      MR. BERNARDO:  Object to the
6  form of the question.
7  BY MR. SLATER:
8  Q.    Did you consider this report in
9  forming your opinions in this case?
10  A.    So all the document that's made
11  available, I read them and then I judge, and then
12  I decide to form my report.  So in that case, yes,
13  I did consider everything including this
14  particular one to form my opinion.
15  Q.    As you sit here now, have you formed
16  any opinions -- well, rephrase.
17      As you sit here now, do you have any
18  disagreement with any of the conclusions that ZHP
19  formed and documented in this deviation
20  investigation report?
21      MR. BERNARDO:  Object to the
22  form of the question.  Vague.  Overly
23  broad.  Goes beyond the scope of his
24  disclosure as an expert.

Pengfian Xue , Ph.D.

Page 58

1    Go ahead, Dr. Xue.
2    MR. SLATER: Let's keep our
3  objections to good-faith objections, too.
4    MR. BERNARDO: You have to
5  explain to me what remotely was in bad
6  faith about an objection that, pursuant
7  to Judge Vanaskie's instruction, gives
8  you as simply as possible some
9  understanding. That was as cryptic as I
10  can be, Adam.
11    MR. SLATER: Okay.
12    THE WITNESS: Well --
13 BY MR. SLATER:
14    Q.    Answer the question, Doctor.
15    A.    I will try to answer. Can you --
16 the question is kind of long. Can you chop it
17 into small pieces so I can handle?
18    Q.    Okay. Do you know what a deviation
19 investigation report is? Do you know what this
20 document is?
21    A.    Yes. This document was actually in
22 2018 in July. That's after the nitrosamine was
23 already known to be in some of the batches of the
24 valsartan API, and then they did -- I think this

Page 59

1 is like a retrospectic or backward study. That's
2 my understanding about this.
3    Q.    Did you see that during the course
4 of this report ZHP drew certain conclusions and
5 made certain findings? Did you -- did you notice
6 that when you read the report?
7    MR. BERNARDO: Object to the
8  form of the question. Overly broad.
9    THE WITNESS: Right. As I
10  said, this is like -- although you don't
11  like my comments, but this is 300 pages.
12  I honestly I don't have a super good
13  memory about everything I read.
14    If you can, please, if you can
15  point to the section that you want me to
16  address. Because I honestly I can't
17  really just off my head to say everything
18  or memorize everything you talk about
19  here.
20    I -- I really try my best
21  tried to help everybody here.
22 BY MR. SLATER:
23    Q.    It's not -- with all due respect, I
24 don't need help. What I need is answers to my

Page 60

1 questions. So that's what I need.
2    So I'm going to ask you this.
3    I read your report. I did not see
4 anywhere in your report where you said that any
5 conclusion or finding by ZHP in its deviation
6 investigation reports that you disagree with any
7 of those conclusions or findings.
8    Do you disagree with any of ZHP's
9 conclusions or findings that were placed in their
10 deviation investigation report?
11    MR. BERNARDO: Object to the
12  form of the question. Beyond the scope
13  of his disclosure. Overly broad.
14    Go ahead, Dr. Xue.
15    THE WITNESS: Well, if you can
16  show me.
17 BY MR. SLATER:
18    Q.    No, I'm not. Doctor, let's stop
19 right there. I'm not going to show you.
20    MR. BERNARDO: No, no, no.
21  Let's stop interrupting the witness,
22  who's simply asking if you could show him
23  something to refresh his recollection,
24  he'll answer. Okay? So let's stop the

Page 61

1    interrupting each other.
2    THE WITNESS: I'm --
3 BY MR. SLATER:
4    Q.    That's not the question, though. So
5 that's --
6    A.    I'm here --
7    Q.    I withdraw the question, Doctor,
8 because we're -- we're honestly at some point I'm
9 going to stop the deposition if I cannot get
10 intelligible answers to questions, and I'm just
11 going to send the transcript to the court and say
12 that counsel needs to reprep their witness to be
13 able to actually answer a question with a direct
14 answer.
15    It's not the ground we covered.
16    MR. BERNARDO: Now I object.
17  That's a threat. That's --
18    MR. SLATER: No. I'm feeling
19  very frustrated because I cannot get an
20  answer to a question.
21 BY MR. SLATER:
22    Q.    And so here's the question, Doctor.
23    A.    Yes.
24    Q.    If you disagreed with any of Z --

Pengfei Xue , Ph.D.

Page 62

1  well, let me ask the question differently.
2         As a general matter, you understand
3  that in the deviation investigation report, ZHP
4  analyzed why the NDMA and NDEA contamination
5  occurred in its valsartan API.
6         Do you understand generally that was
7  the purpose of this document?
8      A.   That -- that's something.  At least
9  to my understand, that's something included in
10 this study.
11     Q.   Okay.  Do you disagree with any of
12 the findings or conclusions by ZHP that they
13 documented in analyzing what happened?
14         MR. BERNARDO:  Objection.
15         THE WITNESS:  Well, here's --
16         MR. BERNARDO:  Wait a minute,
17 Doctor.
18         Object to the form of the
19 question.  Vague.  Overly broad.  Beyond
20 the scope of his disclosure.
21         Go ahead, Dr. Xue.
22         THE WITNESS:  Well, as I said,
23 right?  So if you ask me whether I
24 disagree with some conclusion, I think I

Page 63

1  have at least the right to know what
2  conclusion you talk about here, right?
3         So also these regulatory work
4  is really -- we are moving kind of
5  outside of my -- my expertise.
6         I try to do everything that I
7  can to offer in my -- in my area, but if
8  you don't even show me what -- what
9  conclusion you are talking about here
10 and -- and what at least really chemistry
11 related or -- or it's not even my area.
12         I just don't want to get
13 anywhere that is -- is not my expertise.
14 I'm sorry.
15 BY MR. SLATER:
16     Q.   Okay.  I read your report very
17 carefully, Doctor.  I did not see any opinions in
18 your report where you said that ZHP made a finding
19 in a deviation investigation report that you
20 disagree with.
21         There's no such opinion in your
22 report, right?
23     A.   Well, because what we -- I think we
24 kind of moving back to the last question.

Page 64

1         I'm here as a chemist addressing the
2  experts' opinions from the plaintiff side.  If
3  they raise anything, I try to address.  I read the
4  whole thing.  I, you know, I tried to look for my
5  scientific basis to address those.
6         I don't know why you think -- or
7  maybe I'm wrong -- I should actually be
8  responsible also for finding any evidence to prove
9  that ZHP did anything wrong.
10     Q.   Doctor, I'm not trying to evaluate
11 anything other than to confirm that I didn't see a
12 particular opinion in your report.
13         So all I'm asking you is this.
14         You wrote a report dated
15 December 22, 2022.
16     A.   Right.
17     Q.   I don't see any opinion in that
18 report, which is 58 pages long, where you said
19 that ZHP made a finding or drew a conclusion in a
20 deviation investigation report that you disagree
21 with.
22         I just want to make sure that you
23 can confirm for me, "Yes, you're right,
24 Mr. Slater, I didn't form such an opinion and put

Page 65

1  it in my report."  That's all I'm asking.
2         Am I right?
3         MR. BERNARDO:  Dr. Xue, he's
4  simply asking to confirm that what he
5  said is not written in your report.
6  Just --
7         THE WITNESS:  Right.
8         I think I answered that
9  because I have the three, three bullets,
10 three opinions I wrote clearly.  Beyond
11 that, that's not my key opinions.  I --
12 yeah.  So that means I don't have those
13 opinions.  The three key opinions I
14 listed clearly in my report already.
15         That make sense to you?
16 BY MR. SLATER:
17     Q.   You're holding yourself out as an
18 expert in this case as an expert in the field of
19 organic chemistry; is that correct?
20     A.   Yes.
21     Q.   Do you hold yourself out as an
22 expert with regard to the FDA?
23     A.   Can you clarify what "FDA" mean
24 here?

Pengfian Xua , Ph.D.

Page 66

1  Q.    Are you holding yourself out as an
2  expert with regard to the FDA's oversight of the
3  API manufacturing process for drugs like
4  valsartan?
5  A.    Can you also explain to me what
6  "oversight" mean?
7  Q.    You don't know what "FDA oversight"
8  means?
9  A.    I see oversight as like -- like
10 supervise, oversee.  So but specifically, what do
11 you mean by "oversight"?  Are you talking about
12 FDA regulations?
13 Q.    I will ask it differently.
14       Are you holding yourself out as an
15 expert with regard to FDA regulation of the
16 development and manufacture of drug products?
17 A.    On the regulation part, as I made it
18 clear, I'm not expert at all in regulatory
19 science.
20       But in term of drug development
21 or -- those technical processes involving
22 organic chemistry, because the nature of my own
23 research and training, I have those background.
24 Q.    The part you just told me about at

Page 67

1  the end of your answer is not what I asked you
2  about.
3        I asked about the FDA regulation of
4  drug development and drug manufacturing.
5        You're not an expert in that area,
6  correct?
7  A.    Well, if that's, again, my language
8  apologize, but I think your question was not quite
9  what you are saying, right?
10       So you are saying I judge myself as
11 the expert in manufacturing, development.  All
12 these are not just regulatory.  These are -- these
13 are matching my field, right?  These are reaction
14 involved, the chemistry involved and then you
15 have, you know, there are all these judgment, all
16 these assessment or testing, those are there,
17 right?
18       So, but if you talk about regulation
19 like what is required?  What -- what -- what is
20 GMP?  What -- what are those, you know, for
21 different things, APIs, what the standard of this?
22 That's where I am not.
23       I want to make it clear.  This is
24 not -- I thought just now I was trying to answer

Page 68

1  your question, not trying to cut you adding
2  additional useless information there.  I'm really
3  trying to help.
4  Q.    You're not holding yourself out as
5  an expert with regard to Good Manufacturing
6  Practices, correct?
7  A.    I know GMP, but I'm -- I'm here, as
8  I said upfront, I'm an organic chemist.  I'm here
9  for that, but I know GMP, but I'm not an expert in
10 those regulations so those -- those -- those rules
11 of things.
12 Q.    From reading your CV, it's my
13 understanding that you do -- well, actually, why
14 don't you tell me in a simple short version what
15 it is that you do professionally.
16 A.    I'm an associate professor.  I do
17 therapeutic development.  I own a lab.  We -- we
18 -- we -- what we work on multiple projects try to
19 develop different drugs for different type of
20 human diseases.
21 Q.    And I saw a term small molecule --
22 "small molecule therapeutics"?
23 A.    Yes.
24 Q.    What does that mean?

Page 69

1  A.    Thank you for reading my CV.
2  Q.    What are small -- rephrase.
3        I saw in your CV the term "small
4  molecule --
5  A.    Yeah.
6  Q.    -- therapeutics."  What does that
7  mean?
8  A.    Small molecule like, for instance,
9  we all know valsartan is a small molecule.  So
10 therapeutics means drugs.  Like valsartan, you
11 know, is a -- is a small molecule drug.  So that's
12 what I do.
13 Q.    You develop the -- the molecules
14 that actually are going to have an impact
15 physiologically on a person's body to address a
16 disease basically?
17 A.    That's our goal.  We haven't really
18 got anything on the market yet.
19 Q.    Are you involved in the development
20 of a drug product for manufacture and sale on a
21 commercial basis?  Meaning after you develop or
22 work on developing the molecule, are you then
23 involved in if a pharmaceutical company -- well,
24 let me ask the question differently.

Peethala, Xxx , Ph.D.

Page 70

1    Do you have any experience working
2 with the actual development of a manufacturing
3 process for large-scale manufacturing of a drug
4 product for commercial sale?  Is that something
5 that you've done?
6    A.    Well, for marketing, put things
7 advertisement or setting or, you know, all these,
8 I have no clue.  I have never done those.
9    But for development, right?  So for
10 just point out the FDA purpose, I never really
11 involved in the regulations or registers, all
12 these thing.  Although we try and move there.
13    So, but what we do here is a lot of
14 research.  It's close to identification,
15 synthesis, development, characterization of the
16 compound and, of course, we do animal variation,
17 big or small animals.  So the goal is to put
18 things on market.
19    So I don't know whether that answer
20 your question.
21    So a lot of my thing, my -- my -- my
22 research scope is -- is stopped before like
23 packaging, dosing or -- or advertisement.
24    I don't know whether that answer

Page 71

1 your question.
2    Q.    Well, let me give you -- try to do
3 it with using some of the terms from this case.
4    One of the manufacturing processes
5 at issue in this case we've referred to as the
6 zinc chloride process, correct?
7    A.    Oh, yes.
8    Q.    Okay.  In your work, have you been
9 involved in developing a drug -- drug
10 manufacturing process such as like the zinc
11 chloride process?
12    Meaning the drug manufacturing at a
13 pharmaceutical company where they're actually
14 going to manufacture the pills from the API, etc.,
15 that's not something you do, right?
16    A.    Well, what you just described is a
17 little broad.  Like as I said, right?  So we don't
18 do manufacture in term of get to the dose like you
19 got really commercial boxes to the patient.  We
20 don't do that.
21    However, my research or my work is a
22 lot of development, just like the -- the reaction.
23 I mean, we have to evaluate reaction.  We have to
24 read.  Everyday everybody in my lab has to have

Page 72

1 their project cross.
2    Just like zinc chloride like you use
3 as example.  We don't do zinc chloride.  We don't
4 do valsartan at all in our lab.  But we --
5 everybody has -- has some sort of project.
6    They all trying to make the compound
7 in the efficiency that they want, and then they
8 try to get the compound characterized in the high
9 quality as much as we want.  And then they want to
10 make sure they can finish the project in a time
11 efficient way means they don't want to get caught
12 in trouble because they didn't plan well.
13    So all these are I think it's -- I
14 personally have never worked for any
15 pharmaceutical company in my career, but our lab,
16 the nature of the research -- I won't -- I won't
17 say.  Maybe it's not the good analogy, but it's
18 like a mini pharmaceutical industry here ongoing
19 in my lab.
20    Q.    Have you ever developed an API for
21 commercial manufacture?
22    A.    You're asking whether I have
23 developed, right?  So as I said, that's my goal,
24 right?  So to, you know, to get a drug on market

Page 73

1 to help people with their health.  I haven't had
2 any drug named after me at this moment.
3    Q.    Have you ever been involved in the
4 development of a manufacturing process for an API
5 for a pharmaceutical company to actually
6 manufacture the API?  Has that something -- is
7 that something you've ever done?
8    A.    So you asking whether I'm involved
9 in partnership with a -- with a pharmaceutical
10 company?
11    Q.    In any capacity.
12    Have you ever done that?
13    A.    So we have collaborative projects
14 sometimes with companies.  I don't know whether
15 that -- that qualified or that's what you were
16 asking.  But we -- as I said, we -- our research
17 nature is very close to pharmaceutical company
18 does.  We don't worry about the product, you know,
19 formulations or dosing or advertisement or
20 selling.  We don't.  We never get in touch of
21 that, but everything else actually we do.
22    Q.    Let's talk about valsartan and try
23 to talk in that context.
24    A.    Sure.

Peter Jan Xua , Ph.D.

1    Q.    What you do is you try to develop --
2  if we use -- if we used valsartan -- let me ask it
3  differently.
4         What you do is you try -- you're the
5  person who develops the valsartan molecule to
6  treat high blood pressure.
7         That's -- that's what you do
8  basically, right?
9         I know you didn't develop valsartan,
10  but by analogy, that's what your research is to
11  develop the actual -- the actual drug that's going
12  to actually -- the molecule, the valsartan
13  molecule.
14         That's basically what you'd be
15  developing, right?
16    A.    That's not quite the same.
17         See, what we do is we have a
18  variation this compound.  Let's see valsartan.  As
19  you said, we don't do valsartan in the lab.  I
20  just want to make it clear.
21         Valsartan is my target now.  We need
22  to figure out how to make valsartan in the lab in
23  an efficient way because PhD thesis probably
24  depends on the time.  So they need to be very

1  carefully work with me, design a synthetic route,
2  and that would be used by the PhD student to get
3  the valsartan synthesized.
4         And then we want to make sure we
5  have good quality control of the valsartan product
6  that we got is in good shape.  So that means you
7  can actually use that through all these testing.
8         And then we will -- we will -- we
9  will validate valsartan does control the blood
10  pressure in different models, in vitro, in vivo.
11  And then we will -- we will say, hey, FDA, we have
12  something.  Please give us, you know, drug
13  approval.  But that -- we never touch that yet.
14  That's the goal.
15    Q.    Your focus is on developing the
16  structure of the drug to treat the medical
17  condition.  That's what your research and that's
18  what your work is focused on.
19         Do I understand that?
20    A.    Well, I think you -- your -- your
21  point is close, but not quite complete.  Because
22  my work, yes, is very, very critical for my -- my
23  people to actually get the structure.
24         Like valsartan, you can imagine it's

1  coming from something, right?  So you're going to
2  have some design strategy there to come with a
3  structure.  However, this is like a first sector,
4  first stage.
5         Then the next stage is also super
6  important is to make sure you produce in a timely
7  fashion and a quality fashion a nice molecule.  So
8  you can use that for all the testing, PKs, PDs
9  animal studies, toxicologies.  All these things we
10  do, that depends on the -- on the second sector
11  the synthesis.
12         So we have three sectors.  Just now
13  you're saying I try to identify the structure.
14  That's absolutely a very, very important sector,
15  but it's not complete.
16    Q.    Have you ever had input into the
17  development of a manufacturing process for an API?
18         MR. BERNARDO:  Object to the
19  form of the question.  Vague.
20         THE WITNESS:  Right.  So I
21  spent a little time just now.  I thought
22  I made it fairly clear, right?
23         So what I don't do is, I don't
24  do those regulatories.  When I -- when

1      you have a compound that's ready, we know
2      all everything was great.  We just need
3      to make the pill and packaging.
4         We don't do that.  We have no
5      expertise.  We don't -- I honestly have
6      no interest in touching that in my
7      personal career.  But what everything
8      else a drug development process requires,
9      my lab does them all.
10  BY MR. SLATER:
11    Q.    Do you know what an API is?
12    A.    Yes.
13    Q.    What is an API?
14    A.    It's active pharmaceutical -- excuse
15  me -- it's the ingredient.  Sorry about that.
16    Q.    In your career up to today --
17    A.    Yeah.
18    Q.    -- have you ever been involved in
19  the development of the manufacturing process for
20  an API that was actually sold?
21    A.    Well, to answer your question
22  like -- like yes or no question, right?  So if
23  this is like -- you ask me whether I have a drug
24  on market.  I thought I already told you.  I hope

Page 78

1  I do.  This moment I don't have any drug already
2  be approved.  We have multiple project on the way.
3          I also have grant -- I'm not having
4  yet.  Hopefully, it will be founded.  But have
5  pending grant at FDA.  They try -- I try to, you
6  know, they are trying to fund me on something like
7  you said to develop directly an API on the market,
8  but not -- the grant is still pending.  I cannot
9  -- I hope I can get it.
10     Q.    So up till today, you've never been
11 involved in the development of an API that was
12 actually sold on the market, correct?
13     A.    No, it's not correct, right?  So --
14     Q.    So tell me -- then tell me --
15         MR. BERNARDO:  Wait, wait.
16 BY MR. SLATER:
17     Q.    -- which supply you have developed
18 that's actually on the market?
19         MR. BERNARDO:  Object to the
20     form of the question, and he said that's
21     not correct and clearly was --
22         MR. SLATER:  Actually, you
23     know what?  I misstated my question
24     actually, and I meant to ask about the

Page 79

1     manufacturing process.
2  BY MR. SLATER:
3     Q.    Let me ask you this differently.
4          So am I correct that up until today,
5  you have not yet ever developed or been involved
6  in the development of the manufacturing process
7  for an API that was actually sold on the market?
8          Have you ever done that up till
9  today?
10         MR. BERNARDO:  Object to the
11     form of the question.  Asked and
12     answered.
13 BY MR. SLATER:
14     Q.    It's a yes or no, sir.
15         MR. BERNARDO:  Object to the
16     form of the question.
17         THE WITNESS:  You keep
18     saying.  You keep saying the question yes
19     or noes.  I also try to answer if it can
20     be a yes or no, but it is not, right?
21 BY MR. SLATER:
22     Q.    Have you --
23     A.    I said --
24     Q.    Have you --

Page 80

1         MR. BERNARDO:  Object.
2         THE WITNESS:  Yeah.
3         MR. BERNARDO:  Let's stop
4     interrupting the witness's question.
5         MR. SLATER:  How about we
6     suggest to our witness to answer the
7     question directly?  I think we both have
8     objections here.
9         THE WITNESS:  I -- I really
10    trying, right?  So I said if you ask me
11    whether I have a drug on market after my
12    name --
13 BY MR. SLATER:
14    Q.    I'm not asking that.
15    A.    I don't --
16    Q.    Don't answer that, Doctor.
17        I didn't ask you about your name or
18 whether you own the drug.  That's not the question
19 I asked.
20        So let's try to focus on the
21 question now.
22    A.    Yeah.
23    Q.    Let's be precise.
24    A.    Right.

Page 81

1    Q.    Up until today, have you ever been
2  involved in the development of the manufacturing
3  process for any API that was actually sold on the
4  market?
5         MR. BERNARDO:  Object to the
6     form of the question.
7  BY MR. SLATER:
8     Q.    Yes or no.  Have you done that or
9  have you not done it?
10    A.    Yeah.  So I think I get the
11 question.
12        If you ask me whether any of the
13 market drug at this moment was developed by me,
14 the answer is, no, I haven't developed any drug
15 that is sold on market at this moment.
16        I hope my next drug will be sold on
17 market next year or very soon.  We are doing
18 those, but I hope it's in the near future.
19        If you say right now, Dr. Xue, if
20 you have any drug already sold or you involve in
21 any compound that is already be sold on market,
22 it's not, but it doesn't mean I'm not doing those,
23 right?
24        MR. BERNARDO:  Adam, we've

Peng-Jan Xue , Ph.D.

Page 82

1  been going about an hour and 15.  If this
2  is a good breaking point?
3          MR. SLATER:  I'm ready to keep
4  going.  So you guys like to do your hour
5  break.  You do whatever you want.  If you
6  want to stop the deposition and take a
7  break, you have the right to do it.  I
8  don't need a break.
9          MR. BERNARDO:  Dr. Xue, would
10  you like a break?
11          THE WITNESS:  Yes.
12          MR. BERNARDO:  Okay.  We'll
13  take a break.
14          MR. SLATER:  See you in 10
15  minutes.
16          THE VIDEOGRAPHER:  Time right
17  now is 11:17 a.m.  We're off the record.
18          (Recess.)
19          THE VIDEOGRAPHER:  Time right
20  now is 11:29 a.m.  We're back on the
21  record.
22  BY MR. SLATER:
23      Q.    Dr. Xue, do you utilize gas
24  chromatography in your lab?

Page 83

1      A.    In my lab, we don't use gas
2  chromatography.
3      Q.    Have you ever used gas
4  chromatography for any of your work?
5      A.    In graduate school, we used GC for
6  some works when I was a graduate student.  But,
7  you know, in general speaking, because the nature
8  of my research, we work on molecules that are not,
9  like very small, like a solvent size.
10          So we do mass spec.  We -- we do
11  chromatography but usually liquid chromatography.
12  They are same concept but different nature because
13  the requirement of the size of the molecule.
14      Q.    You utilize -- rephrase.
15          Do you use liquid chromatography in
16  your -- in your work?
17      A.    Yes.
18      Q.    Do you use --
19      A.    Instead of GC.
20      Q.    Do you use liquid
21  chromatography-mass spectrometry in your work?
22      A.    I do use L -- we call it LC-MS --
23  liquid chromatography-MS in my work a lot.
24      Q.    Do you operate the LC-MS machine or

Page 84

1  does someone else do that?
2      A.    I sometimes do that myself.
3  Sometimes my student do them.  Sometimes if it's
4  high-end experiment, the collaborators in the mass
5  spec center will do that themselves just to
6  protect the improvement.
7      Q.    Have you ever used any form of
8  chromatography or mass spectrometry to try to
9  identify a nitrosamine in a substance?
10      A.    I never used -- you said
11  chromatography -- either GC or LC to identify
12  nitrosamine in my career.
13      Q.    Have you ever used mass spectrometry
14  to try to isolate or identify a nitrosamine?
15      A.    I never in my career do that.
16      Q.    Do you hold yourself out as an
17  expert with regard to the formation and
18  identification of nitrosamines?
19      A.    You're asking I view myself as an
20  expert for the formation and you said isolation as
21  well for nitrosamine?
22      Q.    Do you hold yourself out as an
23  expert with regard to the identification and
24  formation of nitrosamines?

Page 85

1      A.    Thank you for repeating.
2          For nitrosamines specifically as a
3  class of compound, I never did in my research.
4  But in term of small molecule characterization and
5  formation, we do that on daily basis.  That's the
6  nature the majority of our research do.
7      Q.    When did you first learn of the NDMA
8  and NDEA contamination of valsartan?
9      A.    When I start to get involved in this
10  case, I learned these two small molecules NDMA and
11  NDEA contamination for valsartan API.
12      Q.    According to the invoices that we
13  were provided, your first meeting took place
14  November 18, 2022 with Jessica and Allison.
15          Is that the first time you were
16  contacted regarding this case?
17      A.    I don't remember exactly the date I
18  put.  It's a while ago, but that was not the first
19  time I was contacted.
20      Q.    The date of the first meeting on
21  your invoice is November 18, 2022.
22          When were you first contacted?
23      A.    I believe it's probably three, maybe
24  four days before that first meeting.  I really

Fenglan Xue , Ph.D.

Page 86

1 honestly don't remember exact how many days.
2     Q.     I don't know I need -- I don't need
3 to know the exact date.
4     A.     Okay.  A few -- a few days before
5 the meeting, Jessica Miller, Ms. Jessica Miller
6 called me.
7     Q.     So you first learned about the NDMA
8 and NDEA contamination of valsartan in November
9 2022, correct?
10     A.     Yes.
11     Q.     In terms of the root cause for the
12 formation of the NDMA -- you understand what root
13 cause means?
14     A.     If I understand correctly, root
15 cause is like why.  Is that the correct meaning of
16 root cause?
17     Q.     We can go with that for now.
18     A.     Okay.  Thank you.
19     Q.     If we boil down the root cause to
20 the very simple, the most -- the most fundamental
21 reason why this, the NDMA formed in the zinc
22 chloride process --
23     A.     Your voice was chopped off because
24 it was -- I think the Internet.  Can you repeat

Page 87

1 what you just say?
2     Q.     Sure.
3         Was the quenching of valsartan with
4 sodium nitrite part of the root cause for the
5 creation of the NDMA in the zinc chloride process?
6     A.     I apologize, but just now your voice
7 was still -- you freeze for like three seconds.
8         MR. SLATER:  Am I freezing?
9 BY MR. SLATER:
10     Q.     Might be on your end.
11         MR. BERNARDO:  I think,
12     Dr. Xue, it might be on your end because
13     he was pretty clear on my end.
14         THE WITNESS:  I heard you
15     talk about sodium nitrate, but before
16     that there were three second I didn't
17     quite hear what you say.
18 BY MR. SLATER:
19     Q.     Was the quenching with sodium
20 nitrite as part of the zinc chloride process an
21 important part of why the NDMA formed?
22         MR. BERNARDO:  Object to the
23     form of the question.  Vague.
24         Go on.

Page 88

1         THE WITNESS:  The quenching
2     process of the -- you said the zinc
3     chloride process, right?
4 BY MR. SLATER:
5     Q.     Let me start over.
6     A.     Okay.
7     Q.     You know what?  Actually, I'm not
8 going to waste my time with this.
9         Let's now talk about a couple other
10 things.
11         In your report, at one point you
12 talk about reaction environments.
13         When you use the term a "reaction
14 environment," would an example of a reaction
15 environment be the zinc chloride process?
16     A.     You want me to provide an example or
17 you want --
18     Q.     No.  I just want to know if
19 that's -- if my understanding is correct or not.
20     A.     What was your understanding?  So
21 you --
22     Q.     Is an example of a reaction
23 environment the zinc chloride process?
24     A.     A zinc chloride process is multiple

Page 89

1 step.  It's -- I think we can call it four or five
2 steps, right?  Reaction in the environment is a
3 specific set of conditions that's specific for the
4 particular reaction.
5         It's -- it's -- I think for zinc
6 chloride process, it's too big of a scope for
7 environment because you want to -- you want to be
8 more specific on what specific reaction you talk
9 about.
10     Q.     Would the tetrazole ring formation
11 step of the zinc chloride process be an example of
12 a reaction environment?
13     A.     Yes, you can say that.
14     Q.     Would the quenching step be a
15 reaction environment?
16     A.     Quenching step is also, yes.  It's
17 -- we usually call it reaction conditions, but
18 yeah.  So environment is similar to conditions.
19     Q.     One of the points that you make in
20 your -- rephrase.
21         One of the subjects that you address
22 in your report is the temperature at which the
23 zinc chloride tetrazole ring formation step took
24 place at.

Fengtian Xue , Ph.D.

Page 90

1    You discuss temperature in your
2 report, right?
3    A.    I did.
4    Q.    And if I understand your opinion,
5 it's your opinion that the temperature that the
6 DMF was subjected to was too low for DMA to form.
7        Is that your opinion?
8    A.    My opinion is ZHP at that moment,
9 not now, but when they actually develop and use
10 the zinc chloride process, they have no idea that
11 DMF can actually decompose at the temperature that
12 they run.  I believe is 135 -- 335 degrees C.
13    Q.    Are you aware that ZHP never even
14 considered the question of whether or not the DMF
15 could degrade during the process?
16        Are you aware they did not even
17 consider the question or analyze it at all?
18    A.    So you're asking --
19        MR. BERNARDO:  Object to the
20    question.
21        THE WITNESS:  -- me to confirm
22    that ZHP never aware that the
23    decomposition of DMF could actually take
24    place in their tetrazole reaction?  Is

Page 91

1    that your question?
2 BY MR. SLATER:
3    Q.    My question was different.
4        My question is:  Are you aware that
5 ZHP didn't even consider the question, didn't even
6 think about that question of whether or not the DMF
7 could degrade under the conditions of the zinc
8 chloride process?
9        Are you aware they never even
10 thought about that?
11        MR. BERNARDO:  Object to the
12    form of the question.  Vague.  Beyond the
13    scope of his --
14        MR. SLATER:  You're objecting?
15    There's a stipulation that you entered
16    into with me on this point.
17        MR. BERNARDO:  Well, then, you
18    don't need to ask this witness about it.
19        MR. SLATER:  All right.  Let's
20    not go back and forth.  You and I, we
21    should not communicate during this
22    deposition.  It's not going well.
23 BY MR. SLATER:
24    Q.    Doctor --

Page 92

1        MR. BERNARDO:  Then you
2    shouldn't engage me, Adam.
3        MR. SLATER:  I'm not going to.
4    That's the last time it will happen
5    today.
6        MR. BERNARDO:  Perfect.
7 BY MR. SLATER:
8    Q.    Can you answer the question, Doctor?
9    A.    I'm sorry.  Can you repeat?  I just
10 got lost.
11    Q.    Sure.  Sure.
12        Are you aware that ZHP did not
13 consider the question of whether or not DMF could
14 degrade during the zinc chloride process to give
15 off dimethylamine?
16        Are you aware they never even
17 thought about the question of whether or not it
18 could happen?
19        MR. BERNARDO:  Object to the
20    form of the question.
21        THE WITNESS:  Well, based on
22    what I read, right, there's really not
23    much available.  They were not -- they
24    didn't know and there's not actually

Page 93

1 reasonable to expect them to know.
2 BY MR. SLATER:
3    Q.    Can you answer my question now?
4    A.    So the question was, did I aware
5 they didn't even consider, right?
6        I cannot speculate for other people
7 whether they consider or not, but my research
8 under my told me that, first of all, they didn't
9 know.  Second, they have not reasonably be
10 expected to know this.
11        That's my -- I -- I cannot say -- I
12 cannot speak for ZHP, right?
13    Q.    Well, you're an expert in this case.
14        Do you understand that you're
15 supposed to be objective?
16        MR. BERNARDO:  Object to the
17    form of the question.  We're getting --
18 BY MR. SLATER:
19    Q.    Let me ask the question differently
20 because counsel didn't like my question.
21        Did you try to be objective in this
22 case?
23        It's a simple yes or no.  Did you
24 try to be objective?

Peethabai Xxx , Ph.D.

Page 94

1    A.    Yes.
2    Q.    So if you want to be an objective
3 expert, you want to see, well, did ZHP do anything
4 wrong?
5         That's one of the things you should
6 have been thinking about to be an objective
7 expert, right?
8         MR. BERNARDO:  Object to the
9      form of the question.  Argumentative.
10 BY MR. SLATER:
11    Q.    Correct?
12    A.    I consider everything come to me to
13 decide what I believe is correct or what I believe
14 is wrong.
15    Q.    Okay.  In forming your opinions, you
16 had to rely on the facts that were provided to
17 you, right?  You had to rely on the facts,
18 correct?
19    A.    For that I definitely agree, I rely
20 on the fact.  I rely on everything that actually
21 provided I found around this topic.
22    Q.    Okay.  And in terms of the facts
23 that you relied on, did you understand whether or
24 not ZHP even considered the possibility that DMF

Page 95

1 could degrade potentially in the zinc chloride
2 process?  Did they even look at that question at
3 all?  Do you know?  Yes or no.
4    A.    Well, I -- I cannot say yes or no
5 because how can I read other people's mind, right?
6 I can only judge based on my understanding is they
7 don't know, and they did not expected to know.
8    Q.    Based on everything you read --
9    A.    Right.
10    Q.    -- what is your understanding about
11 whether or not ZHP even thought about the question
12 of whether or not the DMF could degrade during the
13 zinc chloride process?
14         MR. BERNARDO:  Object to the
15      form of the question.
16 BY MR. SLATER:
17    Q.    What is your understanding of
18 whether they even thought about the question at
19 all?
20    A.    My understanding or my feeling is
21 they didn't.
22    Q.    Your opinion is, if they thought
23 about it, that you don't think they would have
24 found out information that they later found out,

Page 96

1 right?
2         MR. BERNARDO:  Object to the
3      form of the question.  Vague.
4         THE WITNESS:  I didn't quite
5      understand your question.
6 BY MR. SLATER:
7    Q.    Forget the question.  We'll get --
8 we'll walk you through it with documents in front
9 of your face.  We'll do it that way when we get to
10 that.
11         Okay.  Are you an expert --
12 rephrase.
13         Do you believe that it's within your
14 expertise to give an opinion as to whether or not
15 ZHP should have thought about the question of
16 whether or not the DMF could degrade during the
17 zinc chloride process?
18    A.    You're asking whether my opinion is
19 ZHP should have thought of this degradation as a
20 potential?  You're asking that?
21    Q.    You believe -- you believe that
22 question, that you're an expert in answering that
23 question?
24    A.    I'm sorry.  I don't think I clearly

Page 97

1 understand what you're asking because there's a
2 couple of curves in the question itself.
3    Q.    You're holding ourself out as an
4 expert in organic chemistry in this case, right?
5    A.    Yes.
6    Q.    In terms of what the chemists at a
7 drug manufacturing company called ZHP should have
8 thought about in performing their risk assessment
9 for the zinc chloride process, is that within your
10 expertise what questions they should have thought
11 about in developing the process?
12    A.    Yes.
13    Q.    Okay.  In your opinion, should ZHP's
14 -- rephrase.
15         In your opinion, should ZHP have at
16 least thought about the question of whether or not
17 DMF could introduce DMA into the zinc chloride
18 process?  Should they have considered the
19 question?
20    A.    I don't think there's available
21 information for them during the time when this
22 chemistry was developed to -- to trigger that
23 thought.  But, again, I cannot speak for them, but
24 that's my understanding.  So there's -- there's

Page 98

1   not enough to say that.
2        Q.    Is one of your opinions -- well,
3   rephrase.
4           Do you agree with me that the DMF
5   was capable of degrading to form dimethylamine
6   during the zinc chloride process?  Yes or no.
7        A.    You ask me now?
8           MR. BERNARDO:  Wait, wait,
9   wait.
10  BY MR. SLATER:
11       Q.    I'm asking you now.  As you sit here
12  right now, is the answer yes or no?
13          MR. BERNARDO:  Object to the
14      form of the question.  Vague.
15      Go on, Dr. Xue.
16      THE WITNESS:  Right.
17          If you ask me now after I
18      involve in this case and reading this
19      reaction like hundred times over the last
20      month.  So now, yes, I know.
21          But we are not talk about the
22      reaction happen right now, right?  So I
23      -- it's not also not talk.  Maybe talk
24      about ZHP when they try to develop this

Page 99

1       in 2013 or 2014, that's a totally
2       different situation.
3   BY MR. SLATER:
4        Q.    Did ZHP do any lab scale testing to
5   replicate the temperatures the zinc chloride
6   process would subject the DMF to in order to see
7   whether or not DMA would form under those
8   conditions?
9           I'm just asking if they did any
10  tests of that question when they developed the
11  zinc chloride process.  Yes or no.
12       A.    Well, again, there are things I
13  read.  If you want to discuss about a specific
14  document, I prefer if you can put it up so we can
15  discuss specifically.
16          But if you ask me off my head
17  whether they did a lab scale testing of -- they
18  did lab scale quality control when they actually
19  do the risk assessment.  When they try to make the
20  switch from the -- the previous -- I think it's
21  TEA process with quenching to the zinc chloride.
22          They did this assessment on the lab
23  scale.  I don't think they did this -- this --
24  this test about whether DMA is there.  Because I

Page 100

1   already said, right?  So they really have no
2   reason to do so because they don't know.  It could
3   be a possible factor.
4        Q.    Well, Dr. Xue.
5        A.    Yes.
6        Q.    You've been telling me what they
7   could or could not have known.  I haven't asked
8   you that question.
9           I asked you if they did certain
10  tests.  So I would appreciate if you could limit
11  your answers to the actual questions I ask instead
12  of talking about things I'm not asking you about.
13          Can you do that for me, please?
14          MR. BERNARDO:  And I would
15      appreciate if your questions and your
16      comments to the witness were not
17      argumentative and if you would conduct
18      yourself appropriately for an expert
19      deposition.
20  BY MR. SLATER:
21       Q.    Can we do that, Dr. Xue?
22          I would appreciate it if I ask a
23  question about one thing if you don't talk about
24  another thing.  It would make the deposition go

Page 101

1   smoother, okay?
2        A.    I'll try my best.
3        Q.    Thank you.
4           Based on your review of the
5   materials, you saw no evidence that ZHP actually
6   did any tests, whether in the lab or at any other
7   stage, where they ever actually tested to see if
8   they subjected the DMF to the conditions it would
9   be subjected to in the zinc chloride process
10  whether or not it would degrade to give off
11  dimethylamine.
12          No such test was performed to your
13  knowledge, correct?
14          MR. BERNARDO:  Object to the
15      form of the question.  Asked and
16      answered.
17      Go ahead.
18          THE WITNESS:  As I said, in
19      test, they didn't test the formation of
20      DMA during the process during the
21      development.  That's because at that
22      time, they don't know that they need to
23      test that.
24  BY MR. SLATER:

Peter Kwon , Ph.D.

Page 102

1    Q.    Why did you throw in the last part
2  "that's because" when I didn't ask you about the
3  reason?  I just asked whether they did the test or
4  not.  So why did you throw in the other part?
5    A.    I just want amore complete answer.
6    Q.    But I didn't ask that question.  So,
7  I mean, the more complete answer could be
8  everything you know.  I just would appreciate if
9  you would limit your answers to the question I
10  ask.
11              MR. BERNARDO:  Object.
12              THE WITNESS:  I will keep
13       that in mind.  Thank you.
14  BY MR. SLATER:
15    Q.    If I understand your opinion, it's
16  that ZHP -- withdrawn.
17              In your opinion -- well, rephrase.
18              Is it your opinion that the only way
19  that the dimethylamine was -- was introduced to
20  the zinc chloride process was during the tetrazole
21  step when the heating was to 135 plus or minus
22  degrees Celsius?  Is that when you believe the DMA
23  was introduced to the process?
24    A.    When I look at the process, right?

Page 103

1  So that's something the plaintiffs' expert point
2  out.  So I was just focused on that step and then
3  look at this step.
4    Q.    Is that your opinion?
5              MR. BERNARDO:  He's finishing
6       his answer, Adam, please.
7              THE WITNESS:  I'm trying to
8       finish.  If you can let me.  Thank you.
9              Right.  So I -- I look at
10  the -- the opinion from the -- the expert
11  from the plaintiff side and that's what
12  they were saying.  So I tried to address
13  that and I tried to.
14              Right now based on all the
15  result already out there, yes.  So I feel
16  the degradation from DMF is likely the
17  reason why.
18              Although I, as a scientist,
19  before reading the study from FDA labs or
20  ZHP or other companies, they have a
21  conclusion.  I won't just say for sure
22  this will be the cause or that will be
23  cause because I'm, you know, this must be
24  -- there must be some scientific studies

Page 104

1       around this problem to be performed, and
2       then that will give us a clear answer for
3       this question.
4  BY MR. SLATER:
5    Q.    Do you have an opinion, as you sit
6  here right now, as to how the DMA was introduced
7  to the zinc chloride process?
8              This is a yes-or-no question.  I
9  want to know if you have an opinion as to how it
10  happened.
11              MR. BERNARDO:  Object to the
12       form of the question.
13  BY MR. SLATER:
14    Q.    I just want to know if you have the
15  opinion.  I'm not even asking what the opinion is.
16              Yes or no.  Do you have an opinion
17  on that?
18    A.    You ask me for opinion that DMA was
19  formed during the zinc chloride --
20    Q.    Not what I asked you, Doctor.  You
21  need to listen to my question, please.
22              Do you have an opinion as to how the
23  DMA was introduced to the zinc chloride process?
24  Yes or no.

Page 105

1    A.    I do.
2    Q.    In simple terms, what is your
3  opinion as how the DMA was introduced to the zinc
4  chloride process?
5    A.    The DMA can actually form from
6  different ways.
7    Q.    I'm asking what your opinion is to a
8  reasonable --
9    A.    Right.
10    Q.    -- degree of scientific certainty as
11  to how it happened in the zinc chloride process.
12              If you have that opinion, tell me.
13  If you don't know or you're not sure, you can say,
14  "I don't know" or "I'm not sure."
15    A.    Well, degradation of DMF is one of
16  those, right?  And there's other conditions
17  involved in the tetrazole formation step.  The
18  zinc chloride.  I don't know, right.  So there
19  might be.  Also other factors.
20              As I said, that's my feeling.
21  Because now we know DMA is in there and nobody
22  does any project to figure out how, right?  So my
23  opinion is I said, yes, degradation from DMF is
24  suspicious.

Pengchian Xue, Ph.D.

1    Q.    Is it your understanding that nobody
2  has tried to figure out how the DMA got into the
3  zinc chloride process?
4            MR. BERNARDO:  Object to the
5      form of the question.
6            THE WITNESS:  Are you asking
7      me my understanding is nobody means?
8  BY MR. SLATER:
9    Q.    Doctor, you just said to me nobody
10 tried to figure it out.  I'm literally repeating
11 your answer to you.
12   A.    No.  At this -- well, I haven't seen
13 any result from any publication or announcement
14 saying what is the exact reason that dimethylamine
15 was formed.  I haven't seen that.
16   Q.    Okay.
17   A.    If you have a document, I'd like to
18 see that document.
19   Q.    Well, what I'm trying to figure out
20 is what you know to form -- to support the
21 opinions you've given in this case.  My goal right
22 now is not to educate you and get new opinions.
23        So I'm trying to figure out what you
24 know now.  Okay?

1    A.    What I know now is -- is -- is
2  during the zinc chloride process, somehow during
3  that zinc -- during that tetrazole formation step,
4  there are dimethylamine formed.  I don't know
5  exactly because, again, I'm a scientist.  Until I
6  see a definite experimental evidence, I cannot see
7  anything.  I suspect that's the degradation of DMF
8  maybe with some sort of assistance from other
9  reagent used in combination.  I don't know, but
10 that's my -- my feeling at this moment.
11   Q.    So you agree with me that DMF was
12 capable of degrading at the temperatures it was
13 exposed to during the zinc chloride process and
14 forming dimethylamine, correct?
15           MR. BERNARDO:  Object to the
16     form of the question.
17 BY MR. SLATER:
18   Q.    You agree with that as you sit here
19 right now, correct?
20           MR. BERNARDO:  Object.
21           THE WITNESS:  I don't agree.
22     I think I made it clear.
23           This is one of the
24     possibilities.  It's a chance, I suspect.

1    I use the word "suspect" that can be
2  actually happen.
3            I also said that the other
4  conditions involving the reaction can
5  actually contribute, which nobody did
6  research yet.  Until we have some sort of
7  publication on this case, I don't think I
8  can agree with anybody's speculation.
9  BY MR. SLATER:
10   Q.    So I'm going to come back to the
11 question I asked you a few minutes ago because
12 you're telling me there's possibilities, but
13 you're not sure which one happened.
14        What I need to know is:  Do you hold
15 an opinion now to a reasonable degree of
16 scientific certainty where you can say more likely
17 than not the DMA was introduced to the zinc
18 chloride process through this means?
19        Do you have an opinion as to that?
20        Not it could be a bunch of things,
21 but do you have an opinion as to what it was that
22 actually caused the DMA to be introduced to the
23 zinc chloride process?  Yes or no.
24   A.    I don't have a specific reason to

1  say exactly this must be the road that DMA has
2  been formed during this step.  I don't have that.
3  Because how can I have something which no research
4  has been done on this?
5    Q.    All right.  Let's go back to the
6  deviation investigation report that we marked
7  earlier.
8        What did we mark it as?
9    A.    Which?  Can you remind me the number
10 again?
11   Q.    Yeah, I can.  It's Exhibit --
12           MR. BERNARDO:  5?
13           MR. SLATER:  It's Exhibit 5.
14     Exactly.
15           MR. BERNARDO:  Wow.
16 BY MR. SLATER:
17   Q.    And let's go to --
18   A.    So can you remind me the number of
19 the file?  Number?
20           MR. BERNARDO:  It's Exhibit 5,
21     Dr. Xue.
22           THE WITNESS:  Yeah, Exhibit
23     file number 3.
24           MR. BERNARDO:  Oh, I don't.

Peng-Juan Xua , Ph.D.

Page 110

1    THE WITNESS:  On my list.
2    Can somebody?
3    BY MR. SLATER:
4    Q.    Let's go in that document to page
5    170.
6    MR. BERNARDO:  Adam, one
7    second.  He's asking -- I'm trying to
8    look where -- he's trying to pull it up
9    where --
10    THE WITNESS:  5 exhibit?
11    Which one?
12    BY MR. SLATER:
13    Q.    Exhibit 5, the deviation
14    investigation report.
15    A.    Number 5?
16    Okay.  I'm on that report.  Thank
17    you.
18    Q.    Let's go to page 9 of 236 within
19    that report.
20    A.    To you said page 9 of 236?
21    Q.    Yeah.  You see at the top right
22    there?  You see -- see on the screen, Doctor?
23    Look on the screen.
24    A.    Oh.

Page 111

1    Q.    You see page 9?
2    A.    Okay.  Thank you for highlighting me
3    that.  Let me --
4    Q.    You can also look at it on your
5    screen.  You can do whatever you want.
6    A.    Okay.
7    Q.    Do you see the page I'm asking you
8    about, page 9 of 236?
9    A.    I am.
10    Q.    And you can see that on page 9 of
11    236, ZHP conducted lab scale trials.
12    You see that in the middle of the
13    page?  It says:
14    "For further confirmation, the
15    following lab scale trials were designed and
16    performed to verify the concluded formation
17    mechanism of NDMA."
18    Do you see that?
19    A.    I see that section and the Table
20    3-1.
21    Q.    And it says:
22    "The amount of NDMA formed by
23    quenching under different temperatures is shown in
24    the table below."

Page 112

1    Do you see that?
2    A.    I see that table, the conditions.
3    Q.    And you see that they subjected the
4    DMF plus zinc chloride to react at 135 degrees
5    Celsius for 20 hours, and they talk about what
6    they did and eventually added the sodium nitrite
7    later.
8    Do you see that?
9    A.    Yes.
10    Q.    And you see the NDMA in parts per
11    million that was produced by these various
12    experiments?
13    A.    There's a column called "NDMA
14    (ppm)," right.  That's the column you talk about,
15    right?
16    Q.    Right.
17    A.    Okay.
18    Q.    Right.  Have you ever seen this page
19    before right now?
20    A.    Yeah, I don't remember exactly
21    whether I see this page, but, yeah, I do read this
22    document before.
23    Q.    I didn't see anything in your report
24    where you talked about the fact that ZHP actually

Page 113

1    performed lab scale trials where they proved that
2    under the conditions of the zinc chloride process,
3    NDMA would form from the DMF and the sodium
4    nitrite.
5    Do you see that?
6    Let me withdraw it and ask it again.
7    I don't see any discussion in your
8    report about the lab scale trials that were
9    performed by ZHP to prove that the NDMA could form
10    under the conditions of the zinc chloride process.
11    You don't talk about that in your
12    report, right?
13    MR. BERNARDO:  Object to the
14    form of the question.  Assumes facts.
15    THE WITNESS:  I didn't talk
16    about that in my report because I thought
17    that's -- that's the best of fact, right?
18    So we already by the year of
19    2018 knew that these impurity can
20    actually form as a side product in the
21    reaction that they try to do for the
22    tetrazole formation.  I think that's the
23    fact, right?
24    So I didn't know that I have

Peng Jian Xue , Ph.D.

Page 114

1  to repeat what the fact is.  And these
2  experiment was this period is to try to
3  figure out, as you highlight here, at
4  different conditions how much of NDMA can
5  form.
6       I think that's kind of a
7  backward looking back from 2018.  Say,
8  oh, now we know under the condition that
9  I perform the tetrazole formation
10  reaction, there is.  That's a conclusion
11  already draw, and then they look back to
12  try to change the condition to figure out
13  which parameter maybe play a bigger role.
14       And it looks like to me all
15  the six entries they actually did, they
16  all form some, to some extent, in ppm
17  value percentage some -- some DMAs.
18       So I don't see why there's any
19  conflict here.  So I -- I don't see why I
20  should actually include this citing this
21  table because that's already be the fact
22  that by the time when they actually look
23  back.
24  BY MR. SLATER:

Page 115

1   Q.    My question is very simple.
2       Nowhere in your report do you talk
3  about the fact that ZHP did lab scale testing to
4  prove that the DMF could degrade, form DMA, and
5  then the sodium nitrite could combine with that to
6  create NDMA.
7       You don't discuss the fact that they
8  did those tests in your report, correct?
9       I'm not asking why you didn't do it.
10  I just want to confirm you didn't do it, right?
11       MR. BERNARDO:  Objection.
12       THE WITNESS:  Well, I do --
13       MR. BERNARDO:  Wait, wait,
14  wait, Dr. Xue.
15       Object to the form of the
16  question.  Argumentative.
17       Go ahead, Dr. Xue.
18  BY MR. SLATER:
19   Q.    I just want to know.  Did I miss
20  it?  Is it in your report or not?  Just please.
21  It's a yes-or-no question.
22   A.    You missed because it's a time
23  matter, right?  It just like you run reaction, you
24  have to know the parameter.  Here we discuss the

Page 116

1  topic, we have to know what we talk about, right?
2       So this is in 2018 when the whole
3  thing showed up.  Everybody understand, including
4  myself now, right?  So this reaction could
5  actually lead to this impurity.  Nobody want that.
6  ZHP didn't want it.  Nobody want that, but it
7  happen.
8       Now, when we look back to figure,
9  oh, what is the cause?  Why this actually happen?
10  They did this whole bunch of analysis.
11       Actually, in my lab, we do this as
12  well, right?  So we cannot design a project that
13  goes just like you design.  Unfortunately, science
14  is not like that, right?
15       So happens a lot of time, if not all
16  the project, that at the end or on the way you
17  will find out the reaction didn't go like you will
18  happen, right?  So you isolate and characterize
19  and find, okay, there is impurity, unfortunately,
20  formed.  It's not something designed.  It cost me
21  time and money, but we need to look back to see
22  how, what is the reason cause this.
23       So to do that, the general exercise
24  what I do, a lot of my colleagues, everybody in my

Page 117

1  lab they also do is just to -- to see, okay, then
2  let's see what is a possible reason to cause this.
3  I believe this is what they did, right?
4       So, you know, I really don't see why
5  I should actually include this piece in there.  So
6  what I want to prove?  I don't see a point that
7  can actually bring to me, right?
8       We are not talk about, right, if you
9  tell me, okay, this is a table that ZHP or anybody
10  at ZHP they actually did in 20 -- in 2007 or 2010
11  even, right?  So they know this already.  That's
12  totally a different story, right?  But we not talk
13  about that every.
14       I hope I address your question.
15   Q.    Okay.  Simple yes-or-no question.
16       Did you talk about ZHP's testing as
17  shown on page 9 of this deviation investigation
18  report in your report?  Yes or no.
19       I just want to know if you talked
20  about it or not.
21       MR. BERNARDO:  Dr. Xue, please
22  listen to Mr. Slater's question, right?
23       THE WITNESS:  I didn't talk
24  about this experiment specifically in my

Pengchao Xua, Ph.D.

Page 118

1    report.
2 BY MR. SLATER:
3    Q.    In fact, you didn't talk about any
4 experiments performed by ZHP in your report,
5 correct?
6    A.    So if I understand your question,
7 you are asking do I mention any experiments ZHP
8 performed in my report?  That was your question,
9 right?
10    Q.    Right.  Yes-or-no question.
11    A.    I mentioned everything.  If you read
12 my report you said, right?  I mention every
13 single, all four of their processes.  Every step I
14 actually have joined all those reaction in my
15 report.  I mention every reaction they perform,
16 how they do it, and what the conditions are.  When
17 they actually make any change, what kind of
18 parameter they actually change they follow.  They
19 perform all these testings.  I mention that.
20         If you ask me whether these six
21 reaction you show in this table right now?  I
22 didn't mention that.  As I explain to you just
23 now, I don't see why I should mention that in my
24 report.

Page 119

1    Q.    So if I understand your opinion, ZHP
2 proved after the fact that the DMF could degrade
3 to give off dimethylamine, but there's no way that
4 they would have known that before they developed
5 the process or while they used the process.  So
6 they were never on notice that DMA might be
7 introduced to the zinc chloride process; is that
8 correct?
9         MR. BERNARDO:  Object to the
10    form of the question and the
11    characterization of his testimony.
12 BY MR. SLATER:
13    Q.    Is that your opinion?
14         MR. BERNARDO:  Go ahead.
15         THE WITNESS:  So I'm here
16    trying to address the -- the expert from
17    the plaintiff side, right?
18         So my opinion, I think, is
19    very clear I mention about these.  They
20    have no -- they don't know and they have
21    not reasonably be able to expect to know
22    these are actually can trigger the issue.
23 BY MR. SLATER:
24    Q.    Did ZHP consider the fact -- well,

Page 120

1 let me ask you this.
2         Did you consider -- I don't want to
3 do it that way, actually.
4         Did ZHP take into consideration
5 whether or not DMA, which is dimethylamine, could
6 be an impurity of commercially purchased DMF such
7 that they could introduce DMA into the zinc
8 chloride process as an impurity when they put the
9 DMF into the process?  Did they consider that
10 possibility?
11         MR. BERNARDO:  Object to the
12    form of the question.  Compound.
13         Go ahead.
14         THE WITNESS:  So now we are
15    changing to from formation from a
16    degradation to -- to you imply there's a
17    contamination already before they
18    actually perform the reaction in common
19    with the DMF?  That what -- that's what
20    you refer to?
21 BY MR. SLATER:
22    Q.    Did ZHP consider that possibility,
23 to your knowledge?
24    A.    To my knowledge, I don't think they

Page 121

1 did.
2    Q.    That's all I asked.
3    A.    Thank you.  I got one.
4    Q.    In forming your opinions, did you
5 consider the possibility that DMA could have been
6 introduced to the zinc chloride process as an
7 impurity of the DMF?
8    A.    You're asking me when I formed my
9 opinion whether I considered contamination of DMF
10 by DMA?  You ask me about that?  I just want to
11 confirm that's what the question you're asking.
12    Q.    Yes.  When you formed your opinion,
13 did you consider the possibility that DMA could be
14 an impurity of commercially purchased DMF and be
15 introduced to the zinc chloride process as an
16 impurity of the DMF?
17    A.    Right.
18    Q.    Did you consider that possibility?
19    A.    Right.  So when I --
20    Q.    It's a yes-or-no question.  I just
21 want to know if you considered that possibility or
22 not.  Yes or no.
23         MR. BERNARDO:  Objection.
24         THE WITNESS:  When I formed

Page 122

1   my opinion, I mostly address what the --
2   the expert from the plaintiff side,
3   right?  So I don't recall they actually
4   raise this in their report.  That's the
5   reason why when I formed my opinion, I
6   didn't really try to include this
7   section or this study, this discussion in
8   my report.
9        I think so far the only --
10  because there's so many documents, right?
11  But the only document that I can -- I can
12  recall that -- that sort of addressed
13  this was, I think during the root cause
14  study, ZHP did some sort of analysis of
15  the DMF solvent they use in their
16  processes.
17       They found the, you know --
18  I'm not regulatory science, right,
19  scientist, but I know they found the --
20  the grade of the DMF they used was -- was
21  good.  So they didn't actually find high
22  ppm.  I believe both DMA and DEA was --
23  was way below the bar.  I don't
24  remember -- recall the specific numbers.

Page 123

1        So that's the only reason.
2   That's the only avenues, and then I don't
3   think any of -- I might be wrong, but I
4   don't think I read any of the -- the
5   report from the plaintiff side mention
6   those.  So I didn't just -- just went on
7   to address that directly.
8        So I disagree that they didn't
9   do any study or they don't know.
10  BY MR. SLATER:
11      Q.    Did ZHP know that the DMF it was
12  purchasing could have DMA as an impurity and that
13  it could be introduced into the zinc chloride
14  process as an impurity of the DMF?
15      Did ZHP know that when they --
16      A.    Well, as I said --
17      Q.    -- developed and used that process?
18  Yes or no.
19      I just want to know.  What do you
20  know about that?  Yes or no.  Did they know?
21          MR. BERNARDO:  Object to the
22      form of the question.  Foundation.
23      Go ahead.
24          THE WITNESS:  Well, I don't

Page 124

1   know because I can -- I cannot have
2   know -- any reason to know whether ZHP
3   know by then.
4   BY MR. SLATER:
5       Q.    You don't know.  That's fine.  It's
6   okay.  Based on everything you read, you don't
7   know.  That's your answer.  It's fine.
8       A.    Yeah, I hope I can offer something.
9   That's why.
10          MR. SLATER:  Let's -- let's
11      put this aside for a second and put up as
12      exhibit -- what are we up to 6 or 7?
13          All right.  Let's put up as
14      Exhibit 6 the World Health Organization
15      publication from 2001 titled
16      "N,N-Dimethylformamide."
17          THE WITNESS:  Are you putting
18      it up?
19          (Document marked for
20      identification as Xue Exhibit 7.)
21  BY MR. SLATER:
22      Q.    We're putting it into the thing so
23  you can download it.  We're going to put it on the
24  screen.  I'm going to show you one page.

Page 125

1        So, first of all, are you familiar
2   with this document?  Have you seen this?
3       A.    I think I saw this before.
4       Q.    Okay.  This would be scientifically
5   knowable to somebody who was developing the zinc
6   chloride process at ZHP, right?
7          MR. BERNARDO:  Object to the
8      form of the question.
9   BY MR. SLATER:
10      Q.    This document would be available to
11  somebody who's a chemist at ZHP, right?
12      A.    Well, as you just described, the
13  document is available.  I don't know whether ZHP
14  has read that or not.  I cannot speak for other
15  people.  I read this before.  It is available as
16  you described.
17      Q.    Let's go to page 5.
18      A.    Okay.  5 of the document, right?
19      Q.    Yep.  It's right there on the
20  screen.  Paragraph 2.  Or not.  Rephrase.
21          Looking at page 5 of this
22  publication, Section 2 titled "Identity and
23  Physical/Chemical Properties" in the bottom,
24  right.

Pengfian Xue , Ph.D.

Page 126

1      Do you see that?
2      It's on the screen, Doctor.  It's
3  right in front of you on the screen.
4      Do you see it?
5  A.    Yeah.  Yeah.  Yeah.  I mean, I'm
6  sorry.  I was looking at my -- my own trying to.
7      Yeah, go ahead.
8  Q.    And there's a paragraph that talks
9  about N,N-Dimethylformamide.
10      Do you see that first paragraph?
11  A.    The second last paragraph from
12  the -- on the right column, right?
13  Q.    Correct.
14  A.    Okay.  I saw that.
15  Q.    The last sentence of that paragraph
16  says:
17      "DMF sold commercially contains
18  trace amounts of methanol, water, formic acid, and
19  dimethylamine."  And there's a citation to 1994.
20      Do you see what I just read?
21  A.    I saw what you just read.
22  Q.    Before I just showed you that, were
23  you aware that DMF sold commercially contains
24  trace amounts of methanol, water, formic acid, and

Page 127

1  dimethylamine?  Did you know that before right
2  now?
3  A.    Are you -- if you ask me
4  specifically of these four substance -- methanol,
5  water, formic acid, and dimethylamine -- do I know
6  whether these are the four contamination that can
7  possibly contains in the -- in the DMF sold
8  commercially, I probably don't know the four off
9  my head.  But as a --
10  Q.    Did you know -- go ahead.
11  A.    Sorry.  Can I -- can I go ahead?
12  Yeah.
13      But as an organic chemist, right, we
14  buy solvents like DMF or other solvent all the
15  time, right?  So they always have a certificate
16  come along with it.  So that's where we actually
17  go for it.
18      We -- we usually, like my lab, if we
19  want a 99.9 percent, so we actually trust what the
20  vendor told us and we read the -- we call it a
21  Safety Data Sheet to actually learn this
22  information.
23      But if you ask me whether I know
24  this particular sentence or these four specific

Page 128

1  small molecules can actually present in DMF, I
2  don't know.
3  Q.    Okay.  In forming your opinions in
4  this case --
5  A.    Right.
6  Q.    -- did you consider the fact that
7  DMF sold commercially contains trace amounts of
8  dimethylamine such that DMA -- well, let me stop
9  there.  Let me ask it again.
10      When you formed your opinion in this
11  case, did you take into account the fact that DMF
12  sold commercially contains trace amounts of
13  dimethylamine?
14      MR. BERNARDO:  Object to the
15  form of the question.  Compound.  Asked
16  and answered.
17      Go ahead, Dr. Xue.
18  BY MR. SLATER:
19  Q.    Just want to know if you considered
20  that when you formed your opinions in this case.
21  A.    Well, when we buy or when we use any
22  chemical in practice as a chemist, right?  So you
23  always rely on the -- on the certificate you got
24  from the vendor, right?

Page 129

1      So this sentence by reading says
2  "sold commercially contains trace amount" these.
3  First of all, trace amount is a very vague.  Like
4  1 ppm or .001 ppm of each, that should be listed
5  specifically for each one of the chemicals that
6  you order.
7      So this is just, I think, is a
8  summary from the WHO.  That really does not tell
9  you a specific product for me.  Because if I'm
10  doing my research running my reaction, if I want
11  to buy something that I care, I have to go
12  specifically to that website and downloading the
13  corresponding data sheet or called Safety Data
14  Sheet to -- to read what exactly in there.
15      So I don't take for granted that
16  this is the four compound that must be contained
17  in my DMF and, again, trace is a very vague number
18  they will not use.
19  Q.    Doctor.
20  A.    Yes.
21  Q.    When you formed your opinion, did
22  you take into account the possibility that the DMA
23  was introduced into the zinc chloride process as
24  an impurity or contaminant of the commercially

Peng Jian-Xue , Ph.D.

Page 130

1 purchased DMF that was used? Yes or no.
2      A.     I didn't because ZHP showed during
3 their study their DMF doesn't contain
4 dimethylamine.
5      Q.     Okay.  Now, next question.
6      You said that you worked --
7      A.     But can I -- can I -- can I say
8 something, too?
9      Q.     I asked you -- see, here's the
10 problem, Doctor.  I asked a simple question.  You
11 answered it.  I don't know why you want to talk
12 about something else.
13           I didn't ask why.  I'm not asking
14 for an explanation.  I'm never going to finish
15 this deposition if you give me long stories about
16 things I'm not asking about.
17      A.     I did not.  I just want to point out
18 one thing.  While you're on this document, I was
19 on the second screen I saw something.  Can I raise
20 that?
21      Q.     No.  I'm not asking about something
22 on the second screen.  I asked you a simple
23 question that's not even about this document at
24 this point.

Page 131

1      A.     But you don't allow me to -- to
2 raise that point?  That's what you're saying?
3      Q.     I want an answer to my question, and
4 you answered.  You're not answering my question.
5 My question -- let's take this down off the screen
6 because I'm not even asking about this document.
7           When you formed your opinions, did
8 you take into account the possibility that the DMA
9 was introduced to the zinc chloride process as a
10 preexisting impurity or contaminant of the
11 commercially purchased DMF that was used?
12      You already said you did not take
13 that into account, correct?
14      A.     I didn't.  I said -- what I said --
15      Q.     That's all I asked.  I just wanted
16 to know if you took it --
17      A.     Can I explain?
18      Q.     -- into account, and you said no.
19      A.     Can I explain?
20      Q.     I understand why, but I don't -- I
21 don't need an explanation.  I'm going to go on to
22 the next question now.
23      A.     No, that was not my -- my statement.
24 That's not my testimony.

Page 132

1           I didn't consider, one, because ZHP
2 did the root cause study to show that their DMF
3 didn't contain, and they have a specific number
4 listed.  They are not -- they are below 10 ppm,
5 but they didn't do any.
6           And plus, as I already mentioned,
7 the expert from the plaintiff side during their --
8 during their -- in their opinions or in their
9 writing the report, they didn't address this.  So
10 that's why I didn't put it in there.  That's the
11 only evidence I saw.  So I didn't -- I didn't
12 address that in my report.
13           But you want me to -- to agree with
14 you that, you know, I didn't consider this.  I
15 want to let you know the truth.  That's what I --
16 I actually put down.
17           And just now before I can finish,
18 you take down that PowerPoint or not -- that
19 document.  I think it's not quite fair because I
20 really just now see something.
21           I mean, it's actually the page right
22 next to that page that says actually the
23 temperatures in excess of 350 degrees C are
24 required for DMF to decompose into carbon monoxide

Page 133

1 and dimethylamine.  That's also on the same exact
2 document that you just showed me.  I think I have
3 the right to point it out.
4           So if we all agree, WHO is -- is out
5 there and it's up there.  Everybody should
6 actually respect the WHO.  So I think we need also
7 think about WHO in their same document.  If you
8 put it up again on that -- on that file you just
9 -- you just take down quickly.
10           On page 6 of that document on the --
11 on the left column on the top paragraph it says
12 what I just read.  "Temperatures in excess of 350
13 degrees C."  That's way, way above the condition
14 that ZHP been using to perform their tetrazole
15 formation reaction actually are required for DMF
16 to decompose.
17           So I want to -- I want to read that
18 to you so you have a record.  So that's something
19 I want to point out.
20      Q.     You said something earlier.
21           You said that you, as a -- as a
22 chemist -- organic chemist, when you purchase
23 substances, you look at the Material Safety Data
24 Sheet.

Peng Tan Xue , Ph.D.

Page 134

1    Remember you said that?

2    A.    I usually do.

3    Q.    Are you familiar what a Certificate

4 of Analysis is?

5    A.    I don't know off my head what

6 Certificate of Analysis mean.

7    Q.    One of the things you said is, as an

8 organic chemist, you should always rely on the

9 certificate from the vendor as to what is in the

10 substance you purchased, right?

11    A.    We -- we -- if we need information

12 from there, like if I want to figure out the

13 decomposition of DMF if I buy it, I will just go

14 there to look.  That's my -- that's my side.  I

15 usually do.  I'm not saying everybody else should

16 do the same.  That's my practice.  I teach my

17 student the same way.

18    Q.    You would expect that the chemists

19 at ZHP looked at the Certificate of Analysis to

20 know the composition of the DMF they were

21 purchasing to put into the zinc chloride process,

22 right?

23    A.    Well, I cannot speculate for any

24 other people than myself.  I told you I do that.

Page 135

1    Q.    You have no opinion on that?

2    A.    Well, my opinion is I do that and my

3 student in my lab, they all do that because I

4 advise them to do so.  I -- I cannot force other

5 people to do the same way as I do.

6    Q.    Do you have an opinion as to whether

7 the chemists at ZHP should have looked at the

8 Certificate of Analysis for the DMF that they

9 purchased for use in the zinc chloride process?

10    I just want to know if you have an

11 opinion on that or not.  If you, you do.  If you

12 don't, you can say, "I don't have an opinion."

13    A.    I don't know what other people do.

14    Q.    Have you seen any Certificates of

15 Analysis or Material Safety Data Sheets regarding

16 the DMF or any of the other substances that were

17 used in the zinc chloride process or the TEA with

18 sodium nitrite quenching process?

19    A.    You ask me if I went in to look at

20 the data sheet?

21    Q.    I'm asking if that was provided to

22 you, if it's one of the materials you reviewed in

23 forming your opinions in this case.

24    A.    Well, I --

Page 136

1    Q.    Yes or no.  Did you or not?

2    A.    This is not a yes-or-no question.

3 Can you let me finish?

4    I told you early on, right, I was

5 provided a lot of document.  I also did my own

6 research.  So to go out to look for the data sheet

7 was my own practice.  Nobody provide this to me,

8 and this is my routine exercise from -- for

9 anything that I do.

10    Q.    Right.

11    Did you do that here?

12    A.    I'm sorry.  For which one?

13    Q.    Did you -- did you do any research

14 to see what the Certificate of Analysis or the

15 Material Safety Data Sheet or any information from

16 the manufacturers of the DMF might have said about

17 the contents of the DMF that was purchased by ZHP?

18    Did you do any research on that?

19 Yes or no.

20    A.    I did research myself to see what's

21 available for DMF from the site that I purchase

22 DMF.  I don't know.  I have no reason to know what

23 ZHP has been purchased from.  So I --

24    Q.    Is that -- is that in your reliance

Page 137

1 list?  Did you list that you did that research and

2 what you found when you looked at your supplier's

3 website on DMF?

4    MR. BERNARDO:  Object to the

5    form of the question.  Vague.

6 BY MR. SLATER:

7    Q.    I just want to know.

8    Did you disclose it in your report

9 or on your reliance list?  Yes or no.

10    MR. BERNARDO:  Object to

11    the --

12    THE WITNESS:  My reliance list

13    has so many things.  I disclose

14    everything that is provide to me from the

15    counsel.  I disclose everything that I

16    use to form my opinion.

17 BY MR. SLATER:

18    Q.    Did you disclose everything you

19 found --

20    A.    If you push me to the corner --

21    Q.    -- in your report?

22    A.    Well, if you push me to the corner

23 like this to say what I disclose exactly let me

24 memorize at this moment everything, I don't think

Page 138

¹ is fair.
² Q. Doctor, I didn't ask you to disclose
³ everything to me right now.
⁴ I'm asking you. You just told me
⁵ you did research on the website of your DMF
⁶ supplier for your lab.
⁷ A. Right.
⁸ Q. Did you do that in connection with
⁹ this case?
¹⁰ A. I did search DMF.
¹¹ Q. What did you find?
¹² A. I'm sorry?
¹³ Q. What did you find?
¹⁴ A. I find a documentation that is
¹⁵ called a Safety Data Sheet for my DMF search. I
¹⁶ see the parameters that in there. I didn't look
¹⁷ at every detail, but I did find in there they also
¹⁸ mention the degradation temperature is 350
¹⁹ degrees C.
²⁰ Q. Did they talk about in that document
²¹ the potential for impurities including
²² dimethylamine?
²³ A. I don't remember those.
²⁴ Q. You don't remember.

Page 139

¹ Did you look at the Certificate of
² Analysis for the contents of the DMF, which is
³ something that would be different from the
⁴ Material Safety Data Sheet? Did you look for that
⁵ document?
⁶ A. Honestly, I don't even know what the
⁷ document is. If you have example, if you put it
⁸ up, I will probably be --
⁹ Q. No.
¹⁰ A. -- report that.
¹¹ Q. Okay. Where -- so you did research.
¹² You looked at a website, and I just want to know.
¹³ Where is that listed in your report
¹⁴ or on your list of materials reviewed? Is that
¹⁵ listed anywhere?
¹⁶ The DMF supplier's website. I just
¹⁷ want to know. Is it listed in your report or your
¹⁸ reliance list?
¹⁹ A. Well, I --
²⁰ Q. It's a yes-or-no question.
²¹ A. I don't know at this moment. I say
²² I never hide anything. If I consider everything,
²³ I put in the report or put in the list of
²⁴ consideration. I...

Page 140

¹ Q. Okay.
² A. I may use some as my citations, may
³ use others as citations. For that I choose, but I
⁴ didn't hide anything.
⁵ Q. Well, I didn't ask if you hid
⁶ anything. I just asked if you mentioned it or
⁷ listed it anywhere in your report.
⁸ A. Well, as I mentioned to you then, I
⁹ really off my head I don't recall all these
¹⁰ details. I hope you don't push me to do that.
¹¹ Q. Let's look at -- let's go back to
¹² the deviation investigation report.
¹³ A. Can you remind me the number again?
¹⁴ Q. It's Exhibit 5, sir.
¹⁵ A. Thank you so much.
¹⁶ Q. Go to page 157 of 236.
¹⁷ Looking at the bottom half of the
¹⁸ page.
¹⁹ A. Sorry. I'm -- I'm moving slower
²⁰ than you.
²¹ Q. It's right on the screen. I mean,
²² you can see it. It's right on the screen.
²³ A. I understand it's on the screen.
²⁴ I'm sorry. I also want to see that report, the

Page 141

¹ document on my own so I know what I'm reading. I
² don't want to make any mistake.
³ Q. Scroll down a tiny bit just so we
⁴ can see the middle of the page also. No, the
⁵ other way.
⁶ A. Are you talking about page 153?
⁷ Q. 157.
⁸ A. Oh, 7.
⁹ Okay. 57 -- 157 of 236.
¹⁰ Q. All right. So looking right at the
¹¹ middle of the page, it talks about "Discussion on
¹² Suppliers of DMF" and there's "Supplier
¹³ Information."
¹⁴ Do you see that?
¹⁵ A. I can read there's supplier
¹⁶ information there.
¹⁷ Q. And the paragraph says:
¹⁸ "Huahai has written procedure 'API
¹⁹ Supplier Procedure of Raw Materials SMP-018.08' to
²⁰ regulate the selection, examination, assessment,
²¹ evaluation and audit of suppliers. There had been
²² five suppliers of DMF (correspond to two
²³ manufacturers) in Huahai since 2010. All of them
²⁴ meet the requirements of the procedure by

Pengchan Xue , Ph.D.

Page 142

1 reviewing supplier information. The details are
2 in Table 4-32 as follows."
3        Do you see what I just read?
4    A.    Yes, I did see the section that you
5 read.
6    Q.    And if you look at the table below,
7 it lists the suppliers and the manufacturers of
8 the DMF.
9        Do you see that?
10   A.    I see there's a Table 3 columns,
11 right?  They talk about the suppliers,
12 manufacturer, and the approval dates.  Yes.
13   Q.    Okay.  And you see one of the
14 companies is Shandong Hualu Hengsheng Chemicals
15 Company, Limited?  Do you see that's one of the
16 manufacturers of the DMF that was used by ZHP?
17   A.    I --
18   Q.    In the Manufacturer column, if you
19 read the manufacturers' names, there's two
20 manufacturers.  One of them is Shandong Hualu
21 Hengsheng Chemicals.
22        Do you see them?
23   A.    You talk about the last one in the
24 column.  Is that the --

Page 143

1    Q.    It's the column that -- there's a
2 column that says "Manufacturer."
3        Do you see the column?
4    A.    Right.  I see within the column you
5 talk about the last row.
6    Q.    Yes.
7    A.    Okay.  Yeah.
8    Q.    If you go to the next page, you'll
9 see they're also listed there, too, okay?  But
10 that's Shandong.  I'm going to call them Shandong.
11        Okay?
12   A.    So I --
13   Q.    Doctor, I don't know what we're
14 doing.  Let me -- let me do this.
15        Do you see one of the manufacturers
16 is Shandong Hualu --
17   A.    Yes.
18   Q.    -- Hengsheng Chemicals?
19   A.    I do.  You also talk about next
20 page, right?
21   Q.    Forget that.  Forget it.  I'm asking
22 you to read that.
23   A.    Okay.  Yeah.
24   Q.    You see Shandong is one of the

Page 144

1 manufacturers?
2    A.    Based on reading, that is.  Yes.
3        MR. SLATER:  Okay.  Let's put
4 up the Shandong document now.
5        I would -- I would like to --
6 well, do you have it all as one document?
7        Make it into one document and
8 let's put it up.  Put up whatever you
9 have.  I just want to move through this.
10       I'd rather have done it as
11 one, but we'll do it all.  I just want to
12 move through this.
13 BY MR. SLATER:
14   Q.    What we did, Doctor, is we went on
15 the Internet and we got the Certificate of
16 Analysis for Shandong's DMF.
17       And I'm just going to walk you
18 through what we did.
19       This is the website we went to.
20 Okay?  This is Shandong's website.
21   A.    I'm sorry.  Are you talking about
22 the PDF you're showing me now?
23   Q.    Yeah, this is Exhibit what?
24   A.    It's written in Japanese and

Page 145

1 English?
2    Q.    What I'm showing you is a website --
3 hold on.
4        All right, Doctor, we're going to
5 cut to the chase here.  We're going to put up on
6 the screen.  What exhibit number are we up to?
7    A.    Number --
8    Q.    I'm not asking you, Doctor.  Sorry.
9    A.    Sorry.
10       MR. SLATER:  What exhibit is
11   this?
12       Okay.  This is Exhibit 7.
13       (Document marked for
14   identification as Xue Exhibit 7.)
15       MR. SLATER:  Two pages?
16 BY MR. SLATER:
17   Q.    Doctor, on the screen is Exhibit 7.
18 It's a Certificate of Analysis that we obtained
19 for Shandong's DMF.
20       Do you see that on the screen?
21       MR. BERNARDO:  I'm just going
22   to reserve my objection to this.  I don't
23   have a copy of it to look at yet, but
24   just reserve.  Go on.

Peng Tian Xue , Ph.D.

Page 146

BY MR. SLATER:

1 Q.    Okay.

2 A.    Well, I can -- I can see the
document.  This, again, is also new to me.  I
haven't seen this document before.

3 Q.    Do you see that it has a list -- a
list of specifications and results and shows that
there's dimethylamine at 1 part per million in the
DMF from Shandong?

4         MR. BERNARDO:  I object to the
form of the question.

5         And, Adam, can you just
display so we all know what the date of
this document is at least?  I don't have
a copy of it.

6         MR. SLATER:  I don't know the
date of the document.  I don't know what
that is.

7         MR. BERNARDO:  You're asking
the witness a question.

8         MR. SLATER:  Hey, I don't need
to be laughed.  Okay?  So you want to do
that, do that with somebody else.

9         MR. BERNARDO:  Okay.  Adam,

Page 147

there's not an iota of laughter in what I
said and you know that, and let's just --
come on, Adam.

        MR. SLATER:  I'm watching your
face.  I want to continue the deposition.
You guys --

        MR. BERNARDO:  I do, too, but
don't comment and claim I'm laughing when
I'm not.

        MR. SLATER:  Hey, you're the
one who asked my expert if he's seen the
Certificates of Analysis for the DMF that
to our knowledge was never produced by
your client.  Okay?

        MR. BERNARDO:  Let's move on.

        MR. SLATER:  Unless you want
to make a representation that -- hey, do
you want to tell us right now whether the
Certificate of Analysis for the DMF were
actually produced?  Because our
understanding is they weren't and we're
not sure why.

        MR. BERNARDO:  Okay.  Let's
move on and ask the witness.

Page 148

        MR. SLATER:  So the answer is
you don't want to answer whether you
actually produced them.  So nobody
else --

        MR. BERNARDO:  So the answer
is that I'm not being deposed here, Adam.
I'm simply asking for the date of the
document that we're all looking at on the
screen so I understand what we're looking
at.

BY MR. SLATER:

        Q.    I'm showing you a Certificate of
Analysis from Shandong Hualu-Hengsheng Chemical
Co. for dimethylformamide shows that it has
dimethylamine --

        MR. BERNARDO:  Objection.

BY MR. SLATER:

        Q.    -- consistent with that publication
we showed you before saying that dimethylamine is
an impurity of DMF.

        Do you see that on the screen?

        MR. BERNARDO:  Object to the
form of the question.  Vague.

        THE WITNESS:  I'm sorry.

Page 149

The -- the -- on my screen says "Internet
unstable."  I really didn't.  I only hear
you said "DMF" at the end.  I didn't hear
the question at all.  Can you please
repeat your question?

BY MR. SLATER:

        Q.    Do you see on the Certificate of
Analysis it shows that the DMF contains
dimethylamine?

        MR. BERNARDO:  Object to the
form of the question.  Vague.

        THE WITNESS:  On the table
that you show me on this document, which
I've never seen before, there is entry a
couple dimethylamine ppm.

BY MR. SLATER:

        Q.    Do you agree with me that the
chemists at ZHP should have been aware that DMA
can be an impurity or a contaminant of the DMF
that they were using?  Should have been aware of
that possibility?  Should they have thought about
that?

        MR. BERNARDO:  Object to the
form of the question.  Vague.  Assumes

Fengtian Xue, Ph.D.

Page 150

1    facts not in evidence.
2  BY MR. SLATER:
3    Q.    Or do you have no opinion on that
4  question?
5    A.    Well, first of all, this document,
6  when did you get this document?
7    Q.    Doctor, I just asked you a question
8  not about this document.
9    A.    Because this document is not very
10  clear to me. So what --
11    Q.    Doctor, I didn't ask you about the
12  document. So I'm not really sure why you're
13  talking about it.
14    Take it down.
15    A.    No. What date that you download
16  this document. Is the document from --
17    Q.    The document was downloaded in the
18  last few days.
19    A.    Okay. So -- so that means this is
20  the --
21    Q.    You want to answer me? I don't know
22  why you're talking to me about this because that's
23  not what I asked you. I asked you a very direct
24  question.

Page 151

1    A.    I want -- I want to answer your
2  question so that's why.
3    Q.    Okay. So let me ask it and you'll
4  answer it. Okay?
5    A.    Okay.
6    Q.    Should the chemists at ZHP have
7  considered the possibility that the DMF they were
8  using in the zinc chloride process contained DMA?
9  Yes or no.
10    MR. BERNARDO:  Object to the
11    form of the question. Vague. Asked and
12    answered.
13    Go ahead.
14  BY MR. SLATER:
15    Q.    Or you don't have an opinion.
16    A.    Well, as I just mentioned, right?
17  So this, I need to know if you show a document.
18  You said a few -- a few days ago this document is
19  download from this website.
20    I need to know whether this document
21  is all the same document is also available when
22  they actually purchased. You show me two
23  documents, right? I just want trying to be
24  scientific here.

Page 152

1    Q.    You're not being scientific. You're
2  being evasive.
3    A.    Well --
4    MR. BERNARDO:  Object to the
5    form of the question. Let's stop with
6    the characterizations here and arguments.
7    MR. SLATER:  I asked a very
8    simple question.
9    THE WITNESS:  Can you let me
10    finish?
11    MR. SLATER:  Maybe you can ask
12    your witness to answer the question I
13    asked.
14    THE WITNESS:  Can you please
15    let me finish?
16    MR. SLATER:  It has nothing to
17    do with the document.
18    MR. BERNARDO:  Let's --
19    let's -- let's stop talking over each
20    other. This is becoming harassing and
21    I'm, like, let's just take a break and
22    cool down because this is --
23    MR. SLATER:  No, we're not
24    taking a break right now. I'm getting --

Page 153

1  I have a pending question. I want it
2  answered.
3    MR. BERNARDO:  Answer the
4    question and then we're going to take a
5    break.
6  BY MR. SLATER:
7    Q.    It's a very simple question, Doctor.
8    A.    Can I speak now?
9    Q.    No, you can't because I'm asking the
10  question again.
11    A.    Right. So --
12    Q.    Can you answer it with a yes-or-no
13  answer?
14    A.    I need to first understand the
15  document and then I will answer the question.
16    MR. BERNARDO:  Dr. Xue, let --
17    let -- let Mr. Slater ask his question.
18    Forget about the document. Okay?
19  BY MR. SLATER:
20    Q.    Should the chemists at ZHP have
21  considered the possibility that the DMF that they
22  were using in the zinc chloride process could
23  contain DMA as an impurity or contaminant of the
24  DMF? Yes or no, or you have no opinion.

Peng, Lap-Tak , Ph. D.

Page 154

1    A.    My opinion is they could, but as I
2  said -- can I -- can I speak now?
3    Q.    I don't know what that means "they
4  could."
5        Is the answer, yes, they should have
6  considered it, no, they shouldn't have, or you
7  have no opinion?
8    A.    They should, but I --
9    Q.    You answered.
10    A.    Now, can I speak for myself?
11    Q.    I'd rather -- look, I can't stop you
12  from talking, but you've answered my question.
13    A.    No.
14    Q.    No.  You told me your opinion.
15    A.    You said the scope because every of
16  my opinion has a scope, right?
17        So you showed me one document first.
18  On the document there shows this -- this company
19  was a supplier for ZHP back to the year 2011 June,
20  right?
21        And then you showed me a second
22  document where you told me you guys download a few
23  days ago that shows what the -- the analysis or
24  the data of the product of a few days ago, right?

Page 155

1        So now you want -- you want to ask
2  me question about whether these two document can
3  talk to each other.  I can't because I have to
4  understand and learn what is the specific
5  situation you described to me.  Okay?
6        So, again, the company is supply --
7  one of the suppliers back to 2011, and now you
8  show me something that is they have a data sheet
9  right now have this.  I have no reason to
10  speculate, but I don't know what their data sheet
11  will be like at the year that you talk about
12  they -- they serve as a supplier for -- for ZHP.
13        So I, as the scientist, I have to be
14  very clear about what I'm -- what I'm talking
15  about.  You talk about one thing over 11 years
16  ago.  Now you talk about this new discovery three
17  days ago and you say -- you try to say this is the
18  same thing.
19        I can't really comment on that.
20  That's why I was pausing.  I need to actually
21  really understand the situation that you describe.
22  If you show me a document back to then or I don't
23  even know whether this company would still be the
24  best -- the supplier or they -- they actually have

Page 156

1  the -- the same DMF actually have same kind of
2  quality data sheet.
3    Q.    If the chemists at ZHP knew that DMA
4  could be introduced to the zinc chloride process
5  as an impurity of the DMF, they needed to take
6  that into account when they did a risk assessment
7  for the process, correct?
8        MR. BERNARDO:  Object to the
9        form of the question.  Calls for
10        speculation.
11  BY MR. SLATER:
12    Q.    Do you have an opinion, yes or no,
13  or you don't have an opinion?
14    A.    So fact they don't know, right?  I
15  don't see any direct evidence to show that back
16  then at the year 2011 they know.  Because what you
17  just show me is a website you show me three days
18  ago, right?  I don't know how many versions of the
19  website has been evolved over the past decades.  I
20  really don't know.  I cannot comment.
21        And as I said multiple times earlier
22  on, too, I'm here as an expert in organic
23  chemistry trying to address what the expert from
24  the plaintiff side actually raised as their

Page 157

1  comments, right?
2        So in there, the four expert in
3  their reports, I don't see them talk about
4  contamination at all, or I don't remember any of
5  the direct evidence to show that there is
6  contamination.  So I didn't go ahead to address
7  that.
8        So if there's no evidence to show
9  that they have contamination in the report of the
10  plaintiffs' expert, I really don't.  You ask me
11  about opinion back then this and that.  Because my
12  opinion was -- was trying to address what was
13  offered from the plaintiff experts.
14        If they have no trouble, they have
15  no issue with it, I don't see why I should be here
16  to address that.
17        And at the end, the only evidence
18  I've been aware is this root cause that ZHP did.
19  They actually test their DMF, and it showed
20  clearly with the data.  So I'd like to see what
21  exactly data we actually have on our table.
22        The data was the DMF they tested
23  was -- I think the dimethylamine was like 10 ppm,
24  give or take.  I might be wrong on the exact

Peng, Tao Xue , Ph.D.

Page 158

1  number.  And the dimethylamine was probably less
2  than 5 ppm.  That's the data, right?
3          So if we have the data and your
4  expert didn't raise any evidence to support that,
5  I just don't know what you expect from me.
6      Q.    I expect you to actually just answer
7  my questions and not give me a lecture, honestly.
8      A.    I'm sorry.  I really don't intend to
9  give anybody lecture.
10     Q.    Because with all due respect, this
11 is your first time as an expert, and there may be
12 things that you're not aware of about your role or
13 what would be expected of you.
14     A.    I will learn over time.
15     Q.    You will, I'm sure.  Just like we
16 all do.
17         Did you see any Certificate of
18 Analysis in any document you saw from the
19 suppliers of the DMF to ZHP?  Was that in any of
20 the documents you were provided?  Did you see
21 that?
22     A.    I thought -- you called a lecture.
23 I just I --
24     Q.    Just say yes or no or "I don't

Page 159

1  know."  I mean, why -- why do I need a long
2  speech?
3          Did you see a Certificate of
4  Analysis for the DMF from the manufacturer,
5  supplier, or not?  I just want to know if you saw
6  one.
7          MR. BERNARDO:  Dr. Xue, if you
8      don't know or you don't recall, just tell
9      Mr. Slater you don't recall having seen
10     them.
11         THE WITNESS:  I don't -- I
12     don't recall seeing one.
13 BY MR. SLATER:
14     Q.    If you saw the Certificate of
15 Analysis for the DMF and it showed that there was
16 -- that there was DMA in the DMF, that would be
17 important, wouldn't it?
18         MR. BERNARDO:  Object to the
19     form of the question.  Vague.
20         THE WITNESS:  You are
21     speculating, right?  So you say if I saw
22     on the certificate that provide me DMF
23     contains -- I don't remember the
24     number -- that amount of DMA, right?

Page 160

1          And that definitely is a
2  factor that will take the -- the
3  challenge or that the puzzle to a
4  different level.  Because now you know
5  there's this much DMF -- DMA actually
6  present in my solution.
7  BY MR. SLATER:
8      Q.    When you did your analysis of what
9  the chemists at ZHP should have done in your
10 report --
11     A.    Uh-huh.
12     Q.    -- were you evaluating whether or
13 not they should have been aware of potential
14 reactions and potential creation of impurities in
15 their process?
16     A.    I like your word "potential" because
17 that's our -- for myself in my career, that's
18 something really we address all the time as well.
19         So as a scientist, we -- we do
20 that all the time, right?  So potential side
21 reactions is definitely something we talk on daily
22 basis.  Every project almost every reaction,
23 unfortunately, you always have something.
24         So as a chemist, as you asking,

Page 161

1  right?  So, yes, I think that's very important to
2  actually understand or trying to figure out,
3  foresee things.
4          But everything, unfortunately, has a
5  scope, right?  So you have a project.  You have
6  your idea.  You have your thought based on what
7  you learn was made available to you.  You can't --
8  you can't actually try to foresee or predict
9  what -- what potential things out there I'm trying
10 to duck or get away from.
11         But that's -- that's the reality,
12 right?  So what's -- what's available big, bit
13 question, right?  So you need to -- you need to
14 really try your best to optimize the scope that
15 you can be foresee things.  So, unfortunately, as
16 scientists, we never do.  We never do, especially
17 for chemistry, right?
18         So people say chemistry is
19 experiment.  Unless you have the experiment to
20 show, okay, this condition that will happen,
21 right?  So it's hard.  Although you can learn
22 through textbook, through -- through your advisor
23 and things, but there's really just those
24 potentials you cannot always predicting.

Fengtian Xue , Ph.D.

Page 162

1    So you try the hardest try to -- to
2  actually help yourself, but, unfortunately, that's
3  not means you can -- you can foresee everything
4  out there.
5    Q.    Are you aware of whether or not ZHP
6  was required to ensure that there were no
7  genotoxic impurities in the valsartan it was
8  manufacturing?
9          MR. BERNARDO:  Object to the
10  form of the question.
11          THE WITNESS:  Well, as I
12  said --
13          MR. BERNARDO:  Wait.  Dr. Xue,
14  hold on.  Let me get my objection.
15          Object to the form of the
16  question.  Beyond the scope of his expert
17  opinion.  Compound.
18          Go on.  You can answer,
19  Dr. Xue.
20          THE WITNESS:  Well, the
21  Internet was not very stable.
22          But I'm not a regulatory
23  scientist.  About these requirement or
24  regulatory science-related questions, I

Page 163

1  really not sure whether I'm the right
2  person to ask.
3          MR. BERNARDO:  And, Adam, I'll
4  repeat.  When we're at a breaking point.
5  We've been going an hour and a half.
6          MR. SLATER:  We can do it
7  right now.
8          MR. BERNARDO:  Okay.  Great.
9          THE VIDEOGRAPHER:  Going right
10  now.
11          MR. BERNARDO:  I think the
12  logical time for a lunch break.
13          MR. SLATER:  Fine.  How long
14  do you want?
15          MR. BERNARDO:  Dr. Xue, how
16  long --
17          THE VIDEOGRAPHER:  The time is
18  12:54 p.m.  We're off the record.
19          (Whereupon, at 12:54 p.m., a
20  luncheon recess was taken.)
21
22
23
24

Page 164

1          AFTERNOON SESSION
2              (1:33 p.m.)
3          FENGTIAN XUE, PHD
4  called for continued examination and, having been
5  previously duly sworn, was examined and testified
6  further as follows:
7          EXAMINATION (CONTINUED).
8          THE VIDEOGRAPHER:  Time right
9  now is 1:33 p.m.  We're back on the
10  record.
11          MR. SLATER:  Okay.  Let's put
12  up as Exhibit -- is it 8 that we're up
13  to?
14          We're going to put up an
15  article as Exhibit 8.  Let's get it up
16  there.
17          (Document marked for
18  identification as Xue Exhibit 8.)
19  BY MR. SLATER:
20    Q.    Now, Exhibit 8 is an article titled
21  "Dimethylformamide: Purification Tests For Purity
22  and Physical Properties" dated in 1977.
23          Do you see this?
24    A.    Yes, I can see by your reading.

Page 165

1  That's correct.
2    Q.    And we saw this on your supplemental
3  list of materials reviewed.
4          Do you recall reading this?
5    A.    I -- I think so.
6    Q.    And this is published by the
7  International Union of Pure and Applied Chemistry
8  in 1977.
9          Do you see that?
10    A.    That is correct.  1977.
11    Q.    Let's go -- obviously we don't have
12  -- let's go to page 887, please, and we'll go to
13  the top half of the page.
14          MR. SLATER:  Can you blow that
15  up, please, Chris?
16  BY MR. SLATER:
17    Q.    And if you go down almost halfway
18  down the page, after the first formula, there's a
19  sentence that starts with the word "Formic acid."
20          Do you see that?
21    A.    Yes, I do see formic acid.
22    Q.    It says:
23          "Formic acid and dimethylamine are
24  thus predominant impurities in DMF and determine

Peng, Tao-Xue , Ph.D.

Page 166

1  the odor of the impure solvent."
2      Do you see that?
3  A.    Yes, by reading.  That's correct.
4  Q.    You would agree with me that the
5  fact that DMF may contain DMA as an impurity was
6  something that a chemist who was working with DMF
7  in a manufacturing process for a drug product
8  should have known, correct?
9          MR. BERNARDO:  Object to the
10  form of the question.
11          THE WITNESS:  I disagree.
12  BY MR. SLATER:
13  Q.    Let me ask you this question.
14      Let's talk about what ZHP did with
15  its processes, the TEA with sodium nitrite
16  quenching and zinc chloride process.
17      You're familiar with both processes,
18  right?
19  A.    Yes.
20  Q.    And you're familiar with the fact
21  that it was ZHP that developed those processes,
22  correct?
23  A.    The process of TEA with quenching
24  and zinc chloride was -- for manufacture was

Page 167

1  developed by ZHP, but the chemistry part was not
2  developed by ZHP because there are -- these
3  reactions have been out there before they actually
4  used in their projects.
5  Q.    The manufacturing processes that
6  were titled the TEA with -- jeez.  Let me start
7  over.
8      What -- what do you mean by what you
9  just said when you -- when you provided that --
10  A.    Well, like in --
11  Q.    -- explanation at the end?  I don't
12  understand.
13  A.    -- my lab -- my lab develop a
14  reaction, I publish this reaction or I patent this
15  reaction.  And then you if you own a lab, you can
16  actually use my reaction published to develop your
17  own process.  You can use mine.
18      So ZHP for their TEA process or the
19  zinc chloride process, all these particular
20  reactions in their process was not invented by
21  them or developed by them.  They are there before
22  these two processes are -- are established.
23      They use other people's work and
24  develop their own.  They use other people's to

Page 168

1  develop their own.
2  Q.    Did the TEA process with sodium
3  nitrite quenching -- was that something that was
4  in use before ZHP started using it?  That
5  integrated process, did that exist before ZHP used
6  it?
7  A.    Maybe I didn't make myself clear.
8      So the chemistry part are known, but
9  both ZHP -- TEA with quenching process or the zinc
10  chloride process.  But for in term of API
11  synthesis using those chemistry, I think ZHP, they
12  actually patent those.
13  Q.    When ZHP created those processes,
14  they knew that they were going to introduce
15  chemicals and solvents and various substances into
16  the process, right?
17  A.    Yes.  When they actually develop
18  these process, they knew they're going to use
19  reagents and solvent and patent everything in the
20  process.
21  Q.    And do you agree that responsible
22  chemists under those circumstances would need to
23  understand the potential risks of introducing
24  those various chemicals and substances and

Page 169

1  reactions?  Do you agree that they needed to
2  understand the risks of doing that?
3          MR. BERNARDO:  Object to the
4  form of the question.  Vague.
5          THE WITNESS:  Right.  For
6  these particular processes, right, when
7  you have API of valsartan in your mind,
8  you have these organic we call it
9  reaction of scheme.
10      So those are designed and then
11  they should actually know.  Everybody
12  when they actually develop something,
13  they will based on their knowledge need
14  to know what are the risks, and then they
15  will try to avoid those risks.
16  BY MR. SLATER:
17  Q.    And they had to take into account
18  that what they were manufacturing was going to be
19  placed into a medication that people were going to
20  take and put in their bodies, right?
21      That was the purpose of what they
22  were manufacturing was to create drugs to put in
23  people's bodies, right?
24  A.    Manufacturer, yes.  The ultimate

Pengfei Cai, Ph.D.

Page 170

¹ goal is definitely to -- to make drugs and people
² can take.
³         I don't -- because what was the
⁴ question?  So what's their responsibility about
⁵ what were you asking?
⁶    Q.    It was a simple question.
⁷         When the -- when they were --
⁸ rephrase.
⁹         The chemists who were involved in --
¹⁰    A.    Uh-huh.
¹¹    Q.    -- these processes had to understand
¹² that what they were manufacturing was intended to
¹³ be placed into pills that were going to go into
¹⁴ the human body, correct?
¹⁵    A.    Yeah.  So the -- the manufacturing
¹⁶ chemist, as you mention, right, they -- they --
¹⁷ they should be very clear of the ultimate goal of
¹⁸ their work will be eventually become pills for
¹⁹ patients.
²⁰    Q.    And you would agree that with regard
²¹ to the various substances -- well, rephrase.
²²         When ZHP changed -- well, rephrase.
²³         You understand that ZHP had four
²⁴ different processes to manufacture valsartan over

Page 171

¹ the course of time.  You're aware of that, right?
²         The Tin Process, the TEA process,
³ the sodium nitrite quenching process, and the zinc
⁴ chloride process, right?
⁵    A.    That's -- that's correct.
⁶    Q.    The original process, the Tin
⁷ Process, you looked at the chemistry of that
⁸ process, right?
⁹    A.    Yes, I did look into the chemistry
¹⁰ of the Tin Process.
¹¹    Q.    And based on your review, there were
¹² no reactions that are in that process capable of
¹³ creating a nitrosamine, correct?
¹⁴    A.    Right.  If you ask me now when I --
¹⁵ when I look at this based on my -- my knowledge
¹⁶ now, there's no chance for nitrosamine formation
¹⁷ based on my knowledge now.  I mean, in the future
¹⁸ if we discover, that's -- that's -- that's a
¹⁹ different story.  But now, no.
²⁰    Q.    And the same would hold true for the
²¹ TEA process, the first TEA process, before they
²² had sodium nitrite quenching, correct?
²³    A.    Yeah, with the scope of the
²⁴ knowledge that I have, there's no -- no -- there's

Page 172

¹ no reason to form nitrosamines.
²    Q.    When they developed the TEA with
³ sodium nitrite quenching process, that process has
⁴ the potential to create nitrosamines, correct?
⁵    A.    As you asked for now, it's a fact.
⁶ This process did already produce nitrosamine.
⁷    Q.    If --
⁸    A.    So everybody knows now.  Sorry.
⁹    Q.    If there was no sodium nitrite or
¹⁰ other pathway to create -- to injecting a
¹¹ nitrosating agent into the process, there would be
¹² no risk of creating a nitrosamine, correct?
¹³    A.    Well, nitrosamine is formed from two
¹⁴ parts, right?  You have, like you said, a
¹⁵ nitrosating agent in different forms that, and
¹⁶ then you also have to have a secondary amine
¹⁷ there.  So these two must be there to form
¹⁸ nitrosamine.  So if you remove one of the two,
¹⁹ then nitrosamine will not formed, at least based
²⁰ on my knowledge.
²¹    Q.    And with regard to the zinc chloride
²² process, the same would hold true.  Without the
²³ sodium nitrite that was part of the process, there
²⁴ would be no potential to create a nitrosamine,

Page 173

¹ correct?
²    A.    Similar to what I said.  You need
³ two parts to form a nitrosamine.  If -- if you
⁴ don't, if you cut two -- one of the two parts,
⁵ either one of the two, then you will not have a
⁶ chance, based on what I learned.
⁷    Q.    In terms of understanding potential
⁸ risks, when ZHP chose to introduce sodium nitrite
⁹ into the quenching process, they needed to
¹⁰ understand that if that was exposed to a secondary
¹¹ amine, that could create a nitrosamine, correct?
¹²         The chemists at least need to have
¹³ that understanding at the basic level who were
¹⁴ creating this process, right?
¹⁵    A.    I disagree.  I think --
¹⁶    Q.    So you disagree.  That's fine.  I
¹⁷ just asked if you agree or disagree.  I didn't ask
¹⁸ you why.
¹⁹    A.    Okay.
²⁰    Q.    Were the chemists who decided to
²¹ introduce sodium nitrite into the sodium
²² nitrite -- rephrase.
²³         The chemists who determined to
²⁴ introduce sodium nitrite quenching into the TEA

Peng, Lap-Yue , Ph.D.

Page 174

1 process, as well as into the zinc chloride
2 process, were they responsible to understand the
3 risks of using sodium nitrite in that process?
4          MR. BERNARDO:  Object to the
5     form of the question.  Vague.
6          THE WITNESS:  You are asking
7     me if the chemists who introduce sodium
8     nitrite into the quenching process of
9     either the zinc chloride or the TEA with
10    quenching process will be responsible for
11    the formation of nitrosamine.  That was
12    your question?
13 BY MR. SLATER:
14    Q.    No.  My question is:  When ZHP --
15 well, rephrase.
16          When the chemists decided to
17 introduce sodium nitrite to quench the sodium
18 azide, they needed to evaluate the risks of using
19 sodium nitrite in that process.
20          You would agree that was something
21 they had to assess and evaluate, right?
22          MR. BERNARDO:  Object to the
23    form of the question.  Vague.
24          THE WITNESS:  So when they

Page 175

1     actually introduce any reagent to a
2     process to any of the reactions, they
3     need to know what they add, right?  And
4     also they need to track it down to know
5     where this component ends.
6          So that -- if that's the
7     question, the question is yes.  So you
8     should be able to or you should actually
9     track it down and know where the chemical
10    add, where it is.
11 BY MR. SLATER:
12    Q.    And they need to research to
13 understand the potential risks of using sodium
14 nitrite in that process.  They needed to
15 understand what are the potential risks of
16 introducing this to the process.
17          That's the responsible thing to do,
18 right?
19          MR. BERNARDO:  Object to the
20    form of the question.  Vague.  Compound.
21          THE WITNESS:  Well, when --
22    when we introduce any reagent like sodium
23    nitrite, so you need to know what you
24    want to use this for, right?  So that

Page 176

1     want to use as you introduce as a
2     quenching reagent, you want to quench the
3     excess of amount of azide.
4          And then they want to also
5     have a way to track it down to see where
6     it ends, right, so you will know where
7     whether this sodium nitrite they actually
8     introduce will be enough in the final
9     product of things.
10          So that's I think something a
11    chemist who actually develop this process
12    should know.
13          In term of whether they would
14    be aware this sodium nitrite can become a
15    nitrosating reagent, I disagree.  I think
16    that's something you're not easily aware.
17 BY MR. SLATER:
18    Q.    Do you have any understanding of the
19 level of scientific analysis that the people
20 working at ZHP were required to conduct based on
21 the regulations and the standard operating
22 procedures that applied to them?
23          MR. BERNARDO:  Again, object.
24    Dr. Xue is not being offered as a

Page 177

1     regulatory expert.
2          If you can answer it, go
3     ahead.
4          THE WITNESS:  Yeah, it's out
5     of my expertise.  I cannot comment on
6     that.
7 BY MR. SLATER:
8    Q.    So you don't have an opinion as to
9 the extent of scientific research that was
10 expected of the chemists at ZHP in connection with
11 the development and use of the zinc chloride and
12 sodium nitrite quenching TEA processes?
13          MR. BERNARDO:  Object to the
14    form of the question.  Mischaracterizes
15    his prior testimony.
16          THE WITNESS:  I do have
17    opinion on that.
18 BY MR. SLATER:
19    Q.    Okay.  So you do have an opinion as
20 to what extent of scientific research was required
21 of the chemists at ZHP --
22    A.    Well --
23    Q.    -- by as a matter of the regulations
24 and FDA guidances and internal SOPs that applied

Peng, Tiao-Jue , Ph.D.

Page 178

1 to them?
2         Do you have an understanding of that
3 and an opinion as an expert?
4         MR. BERNARDO:  Object to the
5     form of the question and the
6     characterization of his prior testimony.
7         THE WITNESS:  I can't comment
8     on regulatory science, but I said I have
9     opinion on ZHP had within their scope of
10    knowledge their -- their task a risk
11    assessment in term of chemistry to
12    actually before they actually make any
13    change.
14        Because as you said, there --
15    there are four different processes they
16    do.  So each one of the change, they have
17    done multistep analysis for their
18    reactions each one of them to do those
19    analysis.
20 BY MR. SLATER:
21    Q.    Were the chemists at ZHP obligated
22 to determine whether the changes to the
23 manufacturing processes could introduce genotoxic
24 impurities to those processes?

Page 179

1         MR. BERNARDO:  Object to the
2     form of the question.  Vague.
3         THE WITNESS:  So genotoxic
4     impurities itself is a pretty broad
5     concept.  So can you be more specific
6     like what we talk about here?
7 BY MR. SLATER:
8    Q.    Do you have any understanding as to
9 whether or not, or to what extent, ZHP was
10 required to evaluate these manufacturing processes
11 for the potential creation of genotoxic
12 impurities?
13        MR. BERNARDO:  Object to the
14    form of the question.  Vague.
15        THE WITNESS:  Well, although
16    I'm not -- as I said, I'm not a
17    regulatory science expert, but I know
18    that genotoxic species is very broad
19    topic.  It's actually, you know, these
20    toxic definition is also very vague.  It
21    depends on what disease you talk about.
22        Like some of the disease, you
23    know, toxic molecule may not be too bad.
24    Like I do cancer research.  Some of the

Page 180

1 DNA modifiers actually are the biggest
2 drug on the market.  They treat cancer,
3 right?  So those are by some sort of
4 definition can be quantified -- qualified
5 as genotoxic.  But they are actually out
6 there for -- for patient treatment,
7 right?
8         So disease or even -- even the
9 dosage format matters, too.  Because some
10 drug at a low dose, they can be helpful
11 for -- for disease.
12        So like, for instance, if you
13 treat people with, you know, with
14 infections antibiotics, some of the
15 nitrous oxide-released molecules can
16 be -- can be drugs, but when you have a
17 high dose, they are actually can be
18 toxic.  They cause cancer sometimes.
19        So it really depends on who
20 you actually talk about, what the patient
21 you talk about, what disease you talk
22 about, what dose level you talk about.
23        Yeah.  So, again, I'm not a
24 regulatory science scientist.  I cannot

Page 181

1 really tell you what are the required --
2 requirements are for -- for ZHP chemist
3 to actually know about.
4 BY MR. SLATER:
5    Q.    In the context of the processes to
6 manufacture valsartan -- which is not a cancer
7 drug, right?
8    A.    It's -- it's for high blood
9 pressures.
10   Q.    In the context of the processes that
11 we're talking about, the TEA with sodium nitrite
12 quenching and the zinc chloride process --
13   A.    Right.
14   Q.    -- what level of scientific analysis
15 was required of ZHP in order to investigate the
16 potential for the creation of genotoxic impurities
17 in those processes?
18        Do you have any understanding of
19 what level of scientific research was required?
20        MR. BERNARDO:  Object to the
21    form of the question.
22        THE WITNESS:  For the level
23    of requirement for scientific research, I
24    didn't read much, but I read the -- the

Peng, Tao-Tao, Ph.D.

1    FDA's announcement about these particular
2    potential genotoxic compound.  They were
3    saying either NDMA from the zinc chloride
4    process or the NDEA from the TEA with
5    quenching process, they are just
6    possible, probable cancer-causing
7    reagent.
8            I remember FDA also highlight
9    in their announcement that even for the
10   patient with the highest dose of these
11   drugs, valsartan I think is over 300
12   milligram per -- per day for 4 years of
13   full treatment.  Like they were saying,
14   if you have 8,000 something like that
15   patient, you possibly can have one
16   additional patient with cancer.  So
17   that's -- that's how small the chance
18   will be.
19           So, again, I'm not a
20   regulatory science scientist, but I just
21   feel this is not -- well, that's the fact
22   that I read from -- from the FDA website.
23   BY MR. SLATER:
24       Q.    Thank you but not what I asked you.

1        Do you have an opinion as to the
2    level or extent of scientific research that ZHP
3    was required to conduct when it was developing
4    these processes in order to determine whether
5    there was a potential for the creation of
6    genotoxic impurities through these new processes
7    that they created?  Yes or no.
8        A.    I don't know the requirement because
9    I'm really not a regulatory scientist.  I don't
10   know what the requirement ZHP had -- ZHP has to
11   follow to perform their research.
12       Q.    Let's go within that document to
13   page 890, Exhibit 8.  The article on
14   dimethylformamide from the International Union of
15   Pure and Applied Chemistry.  Very top it says
16   "Tests For Purity."
17           Do you see that?
18       A.    Yes.
19           Can you make it bigger, please?
20   Thank you.
21       Q.    It's too big.
22       A.    No, that's okay.  Thank you.
23       Q.    Okay.  At the top of page 890, it
24   says "Tests For Purity."

1        "Owing to its various modes of
2    degradation (hydrolysis, thermal and photochemical
3    decomposition) the principal impurities found in
4    DMF are: dimethylamine" and then it lists some
5    others.
6            Do you see that?
7        A.    I do see that.
8        Q.    First of all, you agree with me that
9    degradation of dimethylformamide can be caused
10   by -- by thermal cause, right?  That's by
11   temperature, correct?
12       A.    By reading that, that's what they
13   talk about.
14       Q.    Well, you agree that's accurate,
15   right?
16       A.    Where now we all learn that that
17   could actually happen.
18       Q.    Well, this is -- this was published
19   in 1977.
20           So people knew in 1977 that DMF
21   could be degraded by temperature, right?
22       A.    By reading that, that -- that is
23   what the author said.
24       Q.    It was also known that DMF could be

1    degraded by hydrolysis, correct?
2        A.    Yes, by reading, that's also there,
3    too.
4        Q.    That's also a true statement in
5    chemistry, right?  That DMF can be degraded by
6    hydrolysis, right?
7        A.    That's the authors -- what the
8    authors wrote there.  That's correct.
9        Q.    Do you disagree?
10       A.    Well, as a chemist, I always have to
11   be very specific with the conditions, right?  So
12   like hydrolysis is -- it's a type of reactions,
13   right?  Thermal or photochemical decomposition
14   also covers a whole spectrum of conditions.
15           So I -- you know, by saying this it
16   just say you're eventually you're going to die,
17   right?  So that -- that is too vague as a
18   condition that is given.  Because I'm not against
19   this.  What I'm saying is by saying what I'm
20   saying here is really, it doesn't tell me what
21   condition the author is trying to actually
22   describe.
23       Q.    What does hydrolysis mean?
24       A.    Hydrolysis means when you have a

Pengcai Zou , Ph.D.

Page 186

1 substance in the presence of water, the water can
2 actually attack the substance so that you can
3 actually form a product from water attacking.
4      Q.    Okay.  And you'll agree with me that
5 under certain circumstances -- I don't want to go
6 through a whole dissertation on it -- but under
7 certain circumstances, it's known and was known as
8 of at least 1977 that DMF could be degraded by
9 hydrolysis, correct?
10     A.    Well, that's what the author said.
11 As -- as I just explained to you, hydrolysis is a
12 very broad type of reaction condition.  They can
13 be actually happening in acidic or basic or
14 neutral conditions, or having other additives add
15 in there, too.  Hydrolysis normally coupled with a
16 specific temperature as well as their
17 concentration.
18        So, yeah.  So this is just describe
19 a very general broad type of reaction.  That
20 doesn't tell me what specific condition, you know,
21 it will be used.
22        So, in other words, by just reading
23 this, I saw, okay, there's these authors claim
24 that potentials.  But I won't know, for instance,

Page 187

1 what temperature will cause this or what kind of
2 concentration will cause this or how much acid or
3 base it will require to cause this.
4      Q.    The best way to know if a certain
5 manufacturing process will cause degradation of
6 DMF would be to run a test, right?  Run a test
7 under the circumstances under which the process is
8 going to be run and see what happens.
9        If you really want to know if that
10 process can cause that reaction, you can do a
11 test, right?  That's -- that's something that you
12 can do, right?
13     A.    Well --
14     Q.    Yes or no.  Can you run a test?
15     A.    You can run a test, but that's under
16 assumption that you know what could happen.
17        So it's like all research I do is we
18 call it hypothesis-driven, right?  So you have a
19 idea.  You thought something could happen.  Then
20 you go out to establish a chemistry or a reaction
21 or a procedure trying to test that.  But that's
22 how you make your steps.  You move your chemistry
23 or you make your science forward.
24        So, you know, it's very, very common

Page 188

1 that you -- you will have a goal.  You have
2 established a hypothesis that you reach out to see
3 something that is happening.
4        But I always say, if I don't know
5 what could happen, and then I would not probably
6 not establish an experiment and try to prove
7 something that I didn't expect.
8        So I hope I explain this like clear.
9 So you have to first have a goal, and then you
10 design something to achieve the goal.
11     Q.    When it was decided by ZHP to use
12 DMF, if they had done research -- which we know
13 they didn't -- into the possible degradation or
14 impurities of DMF, they would have been able to
15 find literature like what I'm showing you right
16 now to know that under certain circumstances DMF
17 could introduce DMA into a process.
18        They would have at least known that
19 as a general point if they had done the research,
20 right?
21     A.    If they done the research, they read
22 this paper.  If I'm the person at ZHP, I do this.
23 I look at this.  I say, oh, under hydrolysis,
24 which means in the presence of water.  So that's a

Page 189

1 very general situation.  Or you have a thermal or
2 a photo.  None of these are actually giving me any
3 direct evidence about what is really required.
4        This is basically telling me all the
5 environment, right?
6      Q.    Right.
7      A.    So we have moistures are run.  We
8 have, you know, you have some sort of temperature
9 run.  You always have light in the lab unless you
10 have a dark room.
11        So these are to me, yes, they are
12 statement, right?  They are -- they are published.
13 They are available.  ZHP, they do analysis.  They
14 definitely have a chance to read this paper.  They
15 can actually come to this paragraph to -- to read
16 this statement in particular.
17        But I put myself at that -- their
18 situation.  If I read this, it won't actually help
19 me to understand a lot.
20        Excuse me.  Sorry.
21     Q.    It's okay.
22        If ZHP wanted to do a thorough risk
23 assessment for the introduction of DMF and to know
24 whether or not DMA would be created or be

Peng, Jiao , Ph.D.

Page 190

¹ introduced into the process, there were certain
² tests they could have done, and I showed you in
³ the deviation investigation report they did tests.
⁴         Those could have all been done in
⁵ the beginning if they had chosen to do them,
⁶ correct?
⁷         MR. BERNARDO:  Object to the
⁸     form of the question.  Compound.  Vague.
⁹         THE WITNESS:  The situation
¹⁰     is, if they know.  Like we are discussing
¹¹     now.  Yes, they -- they actually have a
¹²     method as you've shown, right?  If they,
¹³     you know, they can do the test.
¹⁴         But the problem for -- for us
¹⁵     is back to 2012 or '13 when they are
¹⁶     trying to develop these new processes
¹⁷     back then.  They don't know that and, you
¹⁸     know, the very little information around
¹⁹     there -- not saying there's nothing,
²⁰     right?  So you shown me multiple
²¹     documents already.
²²         They are not -- to my opinion,
²³     they are not give ZHP the hint that they
²⁴     are potentially have trouble of

Page 191

¹     generating dimethylamine.  I was just not
²     seeing that myself.
³ BY MR. SLATER:
⁴     Q.    Well, I've shown you literature and
⁵ I could keep showing it to you indicating,
⁶ number one, that it was known that DMA was a known
⁷ impurity of commercially sold DMF.
⁸         That was something that ZHP could
⁹ have easily known, right?
¹⁰     A.    I disagree.
¹¹     Q.    Okay.  You disagree.  Okay.
¹²     A.    This -- even this moment I don't
¹³ think, right?  So average chemist can -- can
¹⁴ easily know --
¹⁵     Q.    Yeah.
¹⁶     A.    -- that there -- there in their --
¹⁷ in their DMF they have DMA.
¹⁸     Q.    Is the standard you're applying for
¹⁹ your opinions what the average chemist in the
²⁰ world would know, or is the standard what a
²¹ process chemist working at a drug manufacturer
²² who's creating a process to manufacture a drug
²³ that's going to go into the human body, which is a
²⁴ regulated area, is that the standard?

Page 192

¹         Which one is it:  The general
² chemist walking down the street or the chemist
³ who's actually developing a drug manufacturing
⁴ process and making choices as to what chemicals to
⁵ introduce to that process?
⁶         I just want to know.  Is it A or B?
⁷     A.    I cannot speak for that, really.
⁸ I'm a chemist.  I view myself as the expert in
⁹ organic chemistry, but just now when I speak, I
¹⁰ really view myself as an average chemist.
¹¹         I myself will not be aware of that.
¹² So I don't say I'm much better than the people at
¹³ ZHP.  They need to actually develop a process for
¹⁴ drug purpose.  I fully respect that.  They are --
¹⁵ they are smart.  They are high-level chemists.
¹⁶         Excuse me.
¹⁷         But the same time I say myself, if I
¹⁸ put myself at that -- their shoes, I won't be able
¹⁹ to.
²⁰     Q.    Did you read in evaluating --
²¹ rephrase.
²²         When you went through the factual
²³ information to form your opinions --
²⁴     A.    Uh-huh.

Page 193

¹     Q.    -- did you see anywhere where ZHP
² said that the DMA could have been introduced both
³ through degradation of the DMF or as an impurity
⁴ of the DMF?  Did you see whether -- what ZHP said
⁵ on that topic?
⁶         MR. BERNARDO:  Object to the
⁷     form of the question.  Vague.
⁸         THE WITNESS:  As far as I
⁹     remember, when I reviewed the material to
¹⁰     form my opinion, I didn't see ZHP talk
¹¹     about introduction of DMA.  Because they
¹²     just don't even know that.
¹³         But as you show me this
¹⁴     morning, when they do this call deviation
¹⁵     study or the -- the root cause study when
¹⁶     they know in their process,
¹⁷     unfortunately, this particular compound
¹⁸     was formed, they did go back to actually
¹⁹     try to figure out what was the cause of
²⁰     how it's actually formed.
²¹ BY MR. SLATER:
²²     Q.    And when you looked at that
²³ analysis, did you see that ZHP concluded that the
²⁴ DMA could have been introduced both as an impurity

Peng, Tao-Tao , Ph.D.

Page 194

1  of the DMF and/or as a degradation product of the
2  DMF during the process?
3          Did you see that in the deviation
4  investigation report?  Did you -- I just want to
5  know if you saw that.
6      A.      Off my head, I honestly I cannot say
7  for sure I saw that, but that's what I remember, I
8  can tell you.  But if you can put up a document to
9  show me, I'll confirm that.  But my -- my --
10     Q.      Sure.  Let's go to the deviation
11  investigation report, page 7.  Same exhibit,
12  Number 5.
13     A.      Thank you.
14     Q.      That's the report I'm using.  Page 7
15  of 236.  Very bottom of the page.
16     A.      So you said the very bottom of the
17  page 11 --
18     Q.      Page 7 of 236.
19     A.      I'm sorry.
20     Q.      The bottom of the page.
21     A.      7.
22     Q.      And you see it says that:
23          "Based on the investigation and
24  evaluation of the current Valsartan route of

Page 195

1  synthesis (zinc chloride process), this
2  impurity -- which they're referring to NDMA -- is
3  most likely formed during the 'azide quenching' by
4  nitrous acid of the API manufacturing process."
5          Do you see that?
6      A.      Yes, I do see that.
7      Q.      "Specifically, DMF, one of the
8  solvents used in Step 4 (Crude) stage, may contain
9  trace amount of dimethylamine as an impurity."
10         Do you see that?
11     A.      I saw that, too.
12     Q.      Do you know when ZHP first learned
13  that DMF can contain dimethylamine as an impurity?
14     A.      I don't know when they first learned
15  that, but based on what you read just now, I'm
16  reading this paragraph, too.  They are saying --
17     Q.      I just asked if you know when they
18  learned that.  It's the only question I asked you.
19     A.      I don't know when they learned that
20  specifically.
21          But I just want to point out they
22  say "may contain trace amounts."  So they are
23  actually -- I don't think this paragraph is
24  showing they know for sure what happened.  They

Page 196

1  just -- they just threw out some hypothesis there.
2      Q.      Okay.  It then says:
3          "Furthermore, during the tetrazole
4  formation step, dimethylformamide may be
5  susceptible to low level decomposition under high
6  temperature to produce trace amount of
7  dimethylamine either via thermo decomposition or
8  hydrolysis."
9          Do you see that?
10     A.      I saw that, too.
11     Q.      And do you agree with me that the
12  DMF that was introduced to the zinc chloride
13  process may have contained trace amounts of
14  dimethylamine as an impurity at the time that it
15  was being used for the manufacturing?  Do you
16  agree with that?
17     A.      You said may contain that, right?
18     Q.      Yes.  Do you agree with that?
19     A.      Yes, it is possible.
20     Q.      And do you also agree that during
21  the tetrazole formation step, the DMF may have
22  decomposed under the temperatures that were
23  applied to it to produce trace amounts of
24  dimethylamine either via thermal decomposition or

Page 197

1  hydrolysis?
2          Do you agree that's a true
3  statement, also?
4      A.      Again, they are -- they are
5  hypothesizing here, right?  They are trying to --
6      Q.      Do you agree with the statement or
7  not?
8      A.      I agree with what they said.  That's
9  the two possibilities what can actually cause the
10  formation of dimethylamine.
11         I don't see any direct evidence to
12  show to support these are the case, though, or
13  either one or both are the case.  Or maybe not
14  these two, but a third one.  So because they point
15  out these are two may -- maybe, right?  So that
16  means there are possibly other ones as well.
17     Q.      If you look at the bottom of
18  page 8 -- go to the bottom of page 8 -- it says:
19         "Based on the above elucidated root
20  cause, the presence of trace amount of NDMA in the
21  final Valsartan API requires the convergence of
22  the following three factors (hence the 'Three
23  Factors Analysis')."
24          Did you see what I just read?

Page 198

1    A.    Yes, as you read, that's the last
2  paragraph on page 8.
3    Q.    Right.
4        Before right now, were you aware of
5  the Three Factors Analysis that was applied by ZHP
6  in its root cause investigation?
7    A.    Yes.
8    Q.    Did you talk about the Three Factors
9  Analysis in your report?
10       I don't remember seeing it.  Did
11 you?
12       It's just a yes-or-no question,
13 Doctor?
14   A.    I didn't mention that in my e-mail
15 -- in my report because again --
16   Q.    That's all I asked.  I didn't ask
17 you why.  I just asked if it's there or not.
18   A.    No, it's not there.
19   Q.    Let's go to the top of page 9 where
20 the three factors are listed.
21       Number 1.  "Presence of
22 dimethylamine in the manufacturing process, such
23 as its presence in tetrazole formation step."
24       Do you see that?

Page 199

1    A.    I see that sentence.
2    Q.    And you agree that the key is that
3  the diethylamine is present.  It doesn't matter
4  how it gets there, whether it was an impurity of
5  the DMF to begin with or whether it was a
6  degradation product from the process.
7        It doesn't matter how it gets there.
8  It just matters that it can be there, right?
9    A.    For the formation of the NDMA,
10 dimethylamine, as far as we now know as
11 scientists, it's required for the reaction since
12 we know dimethyl -- NDMA is formed during this
13 process.  So it's going to be somewhere on the
14 process they have it.
15   Q.    It doesn't matter how it got there.
16 It just matters that it was there, right?
17   A.    Yes.
18   Q.    Number 2.  "Presence of nitrous acid
19 in the manufacturing process, such as quenching of
20 azide using sodium nitrite."
21       That's number 2, right?
22   A.    That is number 2 by reading.
23   Q.    The presence of nitrous acid in this
24 process was well known to the people at ZHP from

Page 200

1  day one because they knew that they were going to
2  put in sodium nitrite and hydrochloric acid and
3  that was going to form nitrous acid, right?
4    A.    Yes, I believe so.
5    Q.    Number 3.  "The possibility of
6  direct contact between secondary amines and
7  nitrite in the presence of the target product."
8        That's number 3, right?
9    A.    That's by reading, that's number 3.
10   Q.    And in the zinc chloride process, we
11 know the NDMA formed when the dimethylamine was
12 contacted by the nitrous acid, right?
13   A.    Well, technically, it's not nitric
14 acid.  It's the nitrosonium ion that's formed
15 through multiple steps from nitric acid.
16   Q.    The presence of the nitrous acid was
17 necessary to form the NDMA, correct?
18   A.    For -- for this particular reaction
19 talk about here, it is correct.
20       But I want to say that nitric acid
21 is not the only reagent that can actually generate
22 nitrosative agent.
23   Q.    There's many potential nitrosative
24 agents in the world, but the one that was in this

Page 201

1  process was nitrous acid, right?
2    A.    No, it's nitrosonium ion.  It's not
3  a reagent that's directly from nitric acid.  You
4  have -- we have to be clear about that.  Because
5  nitric acid is not a nitrosative reagent.  It's
6  nitrosonium ion.
7    Q.    The nitrosonium ion, you call that
8  as NO plus in your report, right?
9    A.    I draw it that way, yes.
10   Q.    Could there have been NO+ without
11 the sodium nitrite?
12   A.    For this particular reaction, no.
13   Q.    So the introduction of the sodium
14 nitrite led to the creation of nitrous acid, and
15 then the nitrosonium ion NO+ was created at some
16 point and that combined with the DMA to create
17 NDMA.
18       Is that your opinion?
19   A.    That's the scheme I draw in the --
20 in my report.
21   Q.    And let's go now to page 61 of this,
22 61 of 236.
23       Looking at the bottom part of the
24 page.

Peng Tiao Duc , Ph.D.

Page 202

1    A.    I'm -- can you give me a second?  I
2 just get to that page.  Thank you.
3          Yes, I'm -- I'm with you now.
4    Q.    This is part of the root cause
5 analysis for the TEA process with sodium nitrite
6 quenching.
7          Do you see that?
8    A.    So we talk about that.
9    Q.    Left column it says "TEA process
10 (with sodium nitrite quenching)"?
11    A.    I'm sorry.  So you talk about the
12 right column?
13    Q.    Left column.
14    A.    Oh, hold on.  I lost it.
15    Q.    It says "TEA process (with sodium
16 nitrite quenching)."
17    A.    Oh, yeah.  So the last column said
18 that, yes.
19    Q.    And if you go to the right, it says:
20          Number 1.  "Triethylamine
21 hydrochloride was used as catalyst.  Sodium
22 nitrite was used for quenching after reaction."
23          You see that?
24    A.    Yes, I do see that.

Page 203

1    Q.    It says:
2          Number 2.  "No DMF solvent is added
3 in crude step, and no dimethylamine will be
4 degraded."
5          See that?  Do you see what I just
6 read, number 2?
7    A.    So number 2 is reading "No DMF
8 solvent is added in crude step, and no
9 dimethylamine was -- will be degraded."
10    Q.    That's what I just read, correct?
11    A.    By reading, that's correct, but that
12 doesn't make much sense to me, though.
13    Q.    Have you ever seen what I'm showing
14 you right now?  Have you ever seen this before?
15    A.    Well, I see -- I read many things.
16    Q.    Doctor, I understand you read a lot
17 of things.  I'm asking if you read this.
18          MR. BERNARDO:  He's trying to
19     answer your question.  Please stop
20     interrupting him.
21          THE WITNESS:  Yeah.
22 BY MR. SLATER:
23    Q.    Okay.
24    A.    I possibly did, but I just -- I need

Page 204

1 to read each sentence, right?  So just now by
2 reading number 2, I had a puzzle.
3    Q.    Have you ever seen this page before?
4 Do you know?
5    A.    I cannot -- I cannot remember from
6 off my mind -- head, no.
7    Q.    Looking now at page 61 of 236 of
8 this deviation investigation report where they're
9 talking about the TEA process with sodium nitrite
10 quenching, on the right-hand side it says:
11          "Number 3.  "Triethylamine
12 hydrochloride may contain diethylamine and
13 dimethylamine, react with nitrous acid (formed by
14 sodium nitrite and hydrochloric acid) during the
15 next quenching reaction, and NDMA and NDEA may be
16 formed."
17          Is that an accurate statement as a
18 matter of chemistry?
19    A.    Well --
20    Q.    Do you disagree with ZHP's analysis?
21    A.    In term of chemistry, at the same of
22 what they say, if the TEA hydrochloride contain,
23 right?  So there's an assumption.  If this
24 catalyst used in this particular process, this

Page 205

1 particular step contain diethylamine and
2 dimethylamine, that's the assumption.  If they
3 contain those, they can actually react with
4 nitrous -- nitrous acid, which is formed through
5 the sodium nitrite with hydrochloric acid.  That's
6 correct.
7    Q.    Let's go to 52 of 236, please.
8          Looking at the top of the page, this
9 says in part:
10          "Based on the investigation and the
11 evaluation of the route of synthesis, NDEA is most
12 likely formed in Step 4 crude stage, where toluene
13 is used as solvent and triethylamine hydrochloric
14 as catalyst for the tetrazole formation."
15          Do you see what I just read?
16    A.    I think you read it right.
17    Q.    Do you agree with that statement
18 that that's the most likely point in the process
19 when the NDEA was formed?
20    A.    Based on the scheme that the --
21 these people using, based on my knowledge of
22 chemistry, that is the step where NDEA was formed.
23    Q.    It then says -- rephrase.
24          This report states:

Pengfei Lan, Ph.D.

Page 206

1     "Specifically, triethylamine (TEA)
2 may contain trace amount of diethylamine as an
3 impurity."
4          Are you aware of that, that an
5 impurity of triethylamine can be diethylamine?
6     A.    Well, I didn't -- I think you didn't
7 read it, the whole sentence.  What I'm reading is
8 "Furthermore, triethylamine may be susceptible to
9 low level decomposition" --
10    Q.    I didn't -- I didn't read that
11 sentence because that's not what I asked you
12 about.  It's a separate sentence.
13          I don't understand, Doctor.  Can you
14 just stick with what my question, please?
15    A.    Right.  But I need to first
16 understand which sentence you are reading because
17 you are --
18    Q.    You didn't understand which sentence
19 I read?  I read the sentence.  I'll do it again.
20 I'm sorry.  Let's -- let's try this again.
21          It states:
22          "Specifically, triethylamine (TEA)
23 may contain trace amount of diethylamine as an
24 impurity."

Page 207

1          I want to ask you.
2          Are you aware that triethylamine may
3 contain a trace amount of diethylamine as an
4 impurity?  Are you aware of that?
5     A.    So where this --
6     Q.    Yes or no.
7     A.    Where this sentence is?
8     Q.    It's right in front of your face.  I
9 just read it to you.  Three lines down, it says:
10          "Specifically, triethylamine may
11 contain trace amount of diethylamine as an
12 impurity."
13          Do you see that?
14    A.    In the first paragraph?
15    Q.    Yes.
16    A.    "Specifically, triethylamine may
17 contain trace amount of diethylamine as an
18 impurity."
19          Yes, I read that.  Correct.
20    Q.    Did you know that before I just read
21 it to you that diethylamine can be an impurity of
22 triethylamine?
23    A.    Well, my read is triethylamine may
24 contain trace amount.  So these statement are all

Page 208

1 hypothetical, right?  So I read those.  Honestly,
2 that doesn't mean too much to me because they may
3 contain also means may not contain.
4     Q.    What's your opinion?
5          Does -- does triethylamine
6 potentially contain trace amounts of diethylamine
7 as an impurity when it's purchased?
8     A.    My con -- my opinion --
9     Q.    Do you have an opinion one way or
10 another on that question?
11    A.    I don't know what ZHP bought, right?
12 I cannot judge whether any impurity, including
13 diethylamine was part of the TEA they bought,
14 right?  But what I can say my opinion is, this
15 sentence really doesn't show anything really
16 specific.  It says "may contain trace amount of
17 diethylamine."  It also mean may not contain.
18          So I --
19    Q.    That's your reading of this?  Okay.
20 That's fine.
21    A.    Yeah.
22    Q.    Now, I'm going to ask you again just
23 so we're clear.  We move on.
24          Do you have an opinion as to whether

Page 209

1 or not the triethylamine that was used by ZHP
2 potentially contained trace amounts of
3 diethylamine as an impurity?  Yes or no.  Do you
4 have an opinion on that or not?
5     A.    I don't have opinion on that.
6     Q.    This states:
7          "Furthermore, triethylamine may be
8 susceptible to low level decomposition under
9 certain conditions to produce trace amount of
10 diethylamine."
11          Do you see the sentence I just read?
12    A.    I did.
13    Q.    Do you have an opinion as to whether
14 or not the triethylamine was susceptible to low
15 level decomposition under certain conditions to
16 produce trace amount of diethylamine?
17    A.    This sentence, again, is very vague.
18 That's like all hypothetic.  "May be susceptible
19 to low level."  All these words are doesn't really
20 show anything scientifically.
21          So I think I just say I don't have
22 any opinion on this.  Because this is really
23 doesn't show anything that is scientific, right?
24 So it may make susceptible means possibility,

Page 210

1 right?  So -- or there is a chance, right?  So I
2 don't see why this provide anything that's
3 specific.
4        Sorry.
5    Q.   Do you see at the bottom of the
6 page.  Let's scroll down just a tiny bit.
7        "Conditions for NDEA formation."
8        And you see it says:
9        "The presence of trace amount of
10 NDEA in the final Valsartan drug substance
11 requires the convergence of the following three
12 factors."
13        Do you see that?
14    A.   You talk about the next bullet,
15 right?  Number 3.  "Conditions for NDEA
16 formation," right?
17    Q.   Correct.
18    A.   There's a bunch of Chinese and then
19 you read the first.  You read the sentence in
20 between that "The presence of trace amount of NDEA
21 in the final Valsartan drug substance requires the
22 convergence of the following three factors."
23        Yes, I saw that.
24    Q.   And the three factors:

Page 211

1        Number 1.  "Presence of diethylamine
2 in the manufacturing process; such as its presence
3 in quenching step."
4        Do you see that?
5    A.   I do.
6    Q.   It doesn't matter how the
7 diethylamine got there.  It just matters that it's
8 there, correct?
9    A.   Well, as we just talk about
10 dimethylamine, right?  So based off the knowledge
11 we learn so far and because right now we know NDEA
12 already form, this is a required reagent to get
13 NDEA formation.
14    Q.   Second.  "Presence of nitrous acid
15 in the manufacturing process, such as quenching of
16 azide using sodium nitrite."
17        So that's what they state is the
18 second factor, correct?
19    A.   Right.  To -- the same reason.  To
20 make the NDEA as a product, you need two
21 reactions.  So the second it talk about the
22 formation of the second reaction.
23    Q.   Third it says:
24        "The possibility of direct contact

Page 212

1 between secondary amines and nitrite in the
2 presence of the target product."
3        That's the third factor listed,
4 right?
5    A.   If you need to form the NDEA, this
6 is what you have to make the two things together.
7 That -- that just said nothing, but based on the
8 analysis from ZHP, what the potential.  They
9 actually did the backward analysis.
10        If we know how this impurity is
11 formed, what are the required reagent.  There are
12 two of them required to form this product, and
13 these two required species must be together.
14        So that's -- that's what they
15 actually do here.
16    Q.   When they refer to "in the presence
17 of the target product," they're talking about the
18 fact that when the quenching takes place, the
19 target product is still present in the mixture,
20 right?
21    A.   Can I read that sentence one more
22 time?  So to understand what the target product
23 is?
24        "The possibility of direct" --

Page 213

1 (reads document).
2        Yes.  My -- my understanding is the
3 target product talk about the drug molecule.
4    Q.   If ZHP had chosen to extract the
5 target product, the crude valsartan from the
6 mixture before quenching, then the product would
7 not have been contaminated with the nitrosamines
8 in either process, right?
9    A.   So if I understand what you describe
10 is, you are saying if -- if ZHP decide to do the
11 extraction before you add the nitrite, right?
12 That's what you described?
13    Q.   Correct.
14    A.   If that's the case, no, you won't be
15 able to form.  Based on this hypothesis, right?
16 These two other reactions.  You need to see each
17 other.  If you don't let them see other, you
18 don't -- before you actually purify a compound,
19 then you don't have a chance to form the product.
20 That's correct.
21    Q.   Do you agree --
22        MR. SLATER:  You can take that
23        down, Chris, for now.  Thanks.
24 BY MR. SLATER:

Peng-Cap-Zue , Ph.D.

Page 214

1  Q.  Do you agree with me -- well, let me
2  ask it differently.
3       Do you have any understanding as to
4  whether or not ZHP was required to make every
5  feasible technical effort to prevent the formation
6  of genotoxic or carcinogenic compounds during the
7  drug substance synthesis and drug product
8  manufacturing for valsartan?
9       MR. BERNARDO:  Object to the
10      form of the question.  Vague.  Compound.
11      Argumentative.
12      Go ahead, Dr. Xue.
13      THE WITNESS:  Can you make
14      the question shorter?  Because you have a
15      long question here.
16 BY MR. SLATER:
17  Q.  Was ZHP required to make every
18 feasible technical effort to prevent the formation
19 of genotoxic or carcinogenic compounds during the
20 manufacture of valsartan?
21      MR. BERNARDO:  Object to the
22      form of the question.  Also, beyond the
23      scope of his report and area of
24      expertise.

Page 215

1       THE WITNESS:  I really hope I
2       can, but I honestly I'm not a regulatory
3       scientist.  The requirement from FDA or
4       genotoxicity requirement, all these
5       things I'm not familiar with.
6  BY MR. SLATER:
7   Q.  From the perspective of organic
8  chemistry, if an organic chemist who was involved
9  with these processes at ZHP was required to make
10 every feasible technical effort to prevent the
11 formation of genotoxic or carcinogenic compounds
12 as part of these processes, you would agree it
13 would have been feasible for them to do scientific
14 research, right?
15      MR. BERNARDO:  Object to the
16      form of the question.  Vague.  Calls for
17      speculation.
18      THE WITNESS:  So I'm not
19      quite clear what compound you talk about.
20      Because genotoxic compound I don't know.
21      I don't have a full list.  I assume
22      there's hundreds, if not thousands, of
23      them.
24 BY MR. SLATER:

Page 216

1   Q.  NDMA and NDEA.  Those are genotoxic
2  compounds, right?
3   A.  Yes, NDMA and NDEA they are.
4   Q.  So if ZHP was required to make every
5  feasible technical effort to prevent the formation
6  of genotoxic or carcinogenic compounds such as
7  NDMA or NDEA, one of the things that they could
8  have done was to do scientific research, correct?
9       MR. BERNARDO:  Object to the
10      form of the question.
11 BY MR. SLATER:
12  Q.  I'm just asking.  Could they --
13 could they have done scientific research into that
14 subject?
15  A.  I think the question is, it's very
16 vague because, as I mention just now, the
17 genotoxic or carcinogenic compound is very broad
18 concept.  They are also related to the disease and
19 also dose and time.  All these things.  So it's
20 hard to -- for ZHP to decide what is the scope
21 they have to control.
22      Although I'm not a regulatory
23 scientist, I'm trying to answer here.
24      Yes, I put myself at the situation

Page 217

1  to do research or to develop a drug.  If you ask
2  me what I need to -- I absolutely need to, I want
3  to do everything that I can to control everything
4  to the best of what I can.
5       But what is the scope that I need to
6  be aware of, right?  So that's the question.  If I
7  don't know in my process of NDEA, NDMA, or any
8  other nitrosamine or any compound, right?  That
9  is -- that is on the -- on the warning table or on
10 the genotoxic or carcinogenic list, I don't think
11 it's reasonable for -- for anybody to be required
12 to just go out to test everything on the list.
13      I don't -- I'm not, again, develop a
14 drug past FDA yet, but I know in my lab, we -- we
15 pretty much try to learn based on the knowledge or
16 science available to us and develop our risk
17 assessment.
18      If something happened, we go back
19 and do those root cause unless trying to fix
20 the -- the reaction so we don't -- we don't -- we
21 don't have this issue anymore.  So that's the
22 practice.
23      I really don't think it's -- it's --
24 it's reasonable to require a company when they --

Peng, Lap Xue , Ph.D.

Page 218

1  they really don't -- they don't know what -- what
2  is -- like you said, what -- what is the scope.
3  What -- what -- what are the things on the radar
4  they have to pay attention.  If you don't know,
5  how can I design something to avoid that?
6      Q.    One of the things they knew was what
7  chemicals and solvents they were introducing into
8  the process, right?
9      A.    I --
10     Q.    It's a yes-or-no question.
11         Did they know what --
12     A.    For that I agree.  They know what
13  they use and they know --
14     Q.    Doctor, I asked a very simple
15  question.
16         Did the people at ZHP know what
17  chemicals and substances they introduced into the
18  manufacturing processes?
19     A.    They do know and I think --
20     Q.    So the answer is, yes, they knew?
21         MR. BERNARDO:  Let -- let him
22  finish his answer.
23         MR. SLATER:  Well, maybe you
24  could ask your expert when I ask him such

Page 219

1  a simple question, just answer it and not
2  go on to a speech.
3         MR. BERNARDO:  He's qualifying
4  his answer, which he's permitted to do,
5  and you're jumping on top of his
6  question.  Let him just finish.
7         THE WITNESS:  Well, I -- yeah,
8  I'm sorry if I went long.
9         But you asked me whether ZHP
10  knows what they put in their reaction
11  vessel, my answer is, yes, they know.
12         But you will ask me whether
13  they should know every single thing about
14  every single reaction of everything they
15  add into their reaction vessel, that kind
16  of requirement with my training as a
17  scientist, I think that's a little too
18  much.
19         Because science is growing,
20  right?  Evolving, right?  So we know
21  certain compound have this character.
22  That's our current knowledge.  Next year
23  or next decade that knowledge might
24  expand, right?

Page 220

1         So you just ask me whether ZHP
2  know what they use in there.  My answer
3  is, yes.  But -- but whether they will
4  know what's -- what's going to be
5  available next decade about this
6  compound, I will say, no, they probably
7  don't know at this moment.
8  BY MR. SLATER:
9      Q.    Simple question.
10         Did ZHP know what chemicals and
11  substances were used in its manufacturing
12  processes for valsartan?  Yes or no.
13     A.    They know.
14         MR. BERNARDO:  Object to the
15  question.
16         THE WITNESS:  I'm sorry.
17         MR. BERNARDO:  Object to the
18  form of the question asked and go on.
19         THE WITNESS:  My answer is,
20  yes, they know based on the time and the
21  knowledge around them.
22  BY MR. SLATER:
23     Q.    Were the chemists and the people at
24  ZHP responsible to know that certain structural

Page 221

1  groups, including N-nitroso-compounds such as NDMA
2  and NDEA, were considered to have extremely high
3  carcinogenic potency and that they were excluded
4  from the threshold approach --
5         MR. BERNARDO:  Objection.
6  BY MR. SLATER:
7      Q.    -- about evaluation of impurities in
8  drug substances?
9         MR. BERNARDO:  Object to the
10  form of the question.  Assumes facts.
11  BY MR. SLATER:
12     Q.    Do you know whether they were
13  supposed to know that or not?
14         MR. BERNARDO:  Object to the
15  form of the question.  Assumes facts.
16  Compound.  Vague.
17         Go on, Dr. Xue.
18  BY MR. SLATER:
19     Q.    It's a yes or no.  Do you know
20  whether they were supposed to know that or not?
21     A.    Well, in your question, you describe
22  NDMA and NDEA as extremely toxic compound.  For
23  that I disagree because they are DNA modifiers.
24  There are publications document about these

Page 222

1  compounds to show they are potential or
2  probable -- probable cancer-causing -- causing
3  reagent, right?
4        So even FDA, they are not super
5  clear whether these are direct -- there is direct
6  evidence to show these particular compounds are
7  actually the direct cause of cancers.
8        So I don't think it's right at this
9  moment we characterize them as extremely toxic
10 cancer-causing compounds.
11             MR. SLATER:  Let's go to the
12       FDA Guidance for Industry from December
13       2008.  I guess that will be Exhibit 9.
14             MR. BERNARDO:  And, Adam, when
15       you're at a point to break, we've been
16       going about an hour and 10 minutes and
17       I'd appreciate.
18             MR. SLATER:  Well, I'm going
19       to ask a couple more questions about this
20       and then we can break.
21             MR. BERNARDO:  All right.
22             (Document marked for
23       identification as Xue Exhibit 9.)
24 BY MR. SLATER:

Page 223

1     Q.    This is Exhibit 9.  The FDA's
2  Guidance for Industry.  "Genotoxic and
3  Carcinogenic Impurities in Drug Substances and
4  Products:  Recommended Approaches" December 2008.
5        Have you ever seen this document
6  before?
7     A.    I don't remember it particularly.
8     Q.    Let's go to page 8.  Top paragraph.
9  Blow it up a tiny bit.  Okay.  Perfect.
10       At the top of page 8, the last
11 sentence of the carryover paragraph says:
12       "However, there are some compounds
13 containing certain structural groups" and then in
14 parentheses "aflatoxin-like-, N-nitroso-, and
15 azoxy-structures) that have extremely high
16 carcinogenic potency and are excluded from the
17 threshold approach."
18       Do you see what I just read?
19    A.    I saw what you just read.
20    Q.    Did you know that before I just
21 showed that to you?
22    A.    I don't remember reading the exact
23 same sentence, but I can see it now.
24    Q.    Do you have an opinion as to whether

Page 224

1  or not ZHP needed to be vigilant to ensure that if
2  there were any such compounds as I just read in
3  that sentence produced as part of their
4  manufacturing process for valsartan that they
5  needed to identify them?
6     A.    So that sentence you were just
7  reading, right, if I want to repeat what you just
8  read, there are some compound containing certain
9  chemical structures, structure groups.
10       So nitrosamine, as here it says
11 nitroso compound, that's what we discuss here,
12 right?  It's -- it's a group of compound which
13 contains infinitive number of nitroso compound,
14 right?  So that's like everything has a nitroso
15 group is called a nitroso compound.
16       Here you talk about there are
17 evidence to show some compound containing this.  I
18 really don't think we can actually just say every
19 nitroso compound here.  Okay?  That --
20    Q.    Do you disagree with the FDA
21 guidance?
22    A.    I disagree with what you
23 interpret -- interpret just now.  I strongly
24 disagree.

Page 225

1        Because, again, as I wrote in my
2  report it's clear as a science -- as a scientist,
3  right?  It's very clear to me when you actually
4  generalize any statement like this, you see
5  nitroso compound it's highly, extremely toxic.
6  That fundamentally is just not correct.
7        Because if you know, right, for any
8  nitroso compound to be -- to become a potential
9  DNA alkylator, a DNA modifier, you have to undergo
10 a process which include a type of enzyme called
11 P450, right?
12       That enzyme has to take the
13 substrate into its active site and every enzyme's
14 active site is very unique.  It's not like
15 everything you can take get to the active site.
16       So there are very specific nitroso
17 compound that can be actually take into the active
18 site, and that can potentially.  Even if you get
19 into the active site, it doesn't mean it can be
20 turned into an alkylating agent.
21       So it's really not fair to say a
22 nitroso compound because it's a nitroso compound
23 so it must be able to be turned into a DNA
24 alkylating agent.

Peng, Chap. 2Qe , Ph.D.

Page 226

1    Q.    I didn't ask you that.  You know,
2  what, Doctor?  I didn't ask you that.
3          In fact, you're not a general
4  causation expert in this case, and with all due
5  respect, I don't need to hear from you general
6  causation testimony.  That's not what I asked you.
7  Okay?  So I'd appreciate not being given a speech
8  about whether you think that these substances are
9  dangerous or not or anything like that.
10         I'm reading from an FDA guidance and
11  asked you a different question which, with all due
12  respect, you didn't answer.
13         So I'm going -- I'm going to try it
14  again.
15         Do you have any opinion as to the
16  level of scientific research and analysis ZHP
17  needed to do to make sure that they identified any
18  N-nitroso-compounds that were created during the
19  manufacture of valsartan?
20         Yes or no.  Do you have an opinion
21  as to level of research that they should have
22  done?
23         MR. BERNARDO:  Object to the
24    form of the question and the commentary

Page 227

1    before, particularly in light of the
2    rephrasing of the question now.
3          MR. SLATER:  You know what?
4    I'm going to withdraw the question.  I'm
5    going to ask the court reporter to please
6    read back the question I asked before
7    that massive long question -- that long
8    answer that the witness just gave.
9          Because you're right.  I
10   didn't rephrase it exactly the same way.
11   So let's go back to the question that
12   wasn't answered the first time.
13         (The reporter read the record
14   on page 224 lines 20-21.)
15         MR. SLATER:  No, it was before
16   that.
17         THE WITNESS:  I said I
18   disagree with that because --
19         MR. SLATER:  Please, Doctor.
20   We're not asking you to say anything
21   right now.
22         MR. BERNARDO:  Please don't
23   raise your voice at the witness.
24         MR. SLATER:  I'm sorry, but

Page 228

1    you know what?  If you were in my shoes,
2    you'd be just as frustrated.
3          MR. BERNARDO:  I've been in
4    your shoes many times and I don't raise
5    my voice to the witness.
6          (The reporter read the record
7    on page 223 line 24 through page 224
8    line 5.)
9          MR. BERNARDO:  Object to the
10   form of the question on the same ground.
11   Asked and answered, particularly in light
12   of the phraseology of that question and
13   the statements in the document.
14  BY MR. SLATER:
15   Q.    It's a yes-or-no question.  Do you
16  have an opinion or not?
17   A.    I do have opinion.  I said --
18   Q.    Okay.
19   A.    -- the way you --
20   Q.    I didn't ask you what the opinion
21  was.  I asked if you had an opinion.
22   A.    I do.
23   Q.    Okay.  Do you -- is it your opinion
24  that ZHP had to be vigilant to make sure they

Page 229

1  identified any nitrosamines that were formed by
2  the processes, or is it your opinion they did not
3  need to be vigilant to try to identify
4  nitrosamines formed by the processes?
5   A.    They do not --
6          MR. BERNARDO:  Object to the
7    question.
8          THE WITNESS:  -- because they
9    don't -- I'm sorry.
10         MR. BERNARDO:  Object to the
11   form of the question.  Vague.
12         Go on.
13         THE WITNESS:  My opinion is
14   they do not because really they have no
15   reason to do any study.
16         This statement, as I
17   mentioned, you use this statement from
18   FDA, but you interpret this statement
19   totally wrong.
20  BY MR. SLATER:
21   Q.    There was literature available --
22  and you said it in your report -- it was
23  documented that sodium nitrite applied to a
24  secondary amine could create NDMA or NDEA,

Pengfei Lan, Ph.D.

Page 230

1  correct? That was literature that was available
2  to ZHP, right?
3      A.    My opinion for that is, it's for the
4  secondary amine to react with nitrosonium,
5  It's a documented reaction that is not common as
6  the expert of the plaintiffs claim every average
7  chemist should actually know that.
8      Q.    It was a documented reaction such
9  that if the chemists at ZHP had done scientific
10 research, they would have been able to find that
11 reaction documented in the literature, correct?
12     A.    I disagree.
13     Q.    You're saying it's impossible for
14 them to find that in the literature that you told
15 me it's documented in?
16         MR. BERNARDO:  Object to the
17     form of the question. The
18     characterization of his answer, and the
19     not allowing him to finish his answer.
20         THE WITNESS:  I said that my
21     opinion for this on this topic is very
22     clear.
23         Yes, the reaction for
24     secondary amine to react with nitrosonium

Page 231

1  ion to form NDMA is documented, but it's
2  not as common as the expert on the
3  plaintiff side claim.
4         And for why I said it's rare,
5  because the reaction require a reagent
6  that's dimethylamine, which is not -- ZHP
7  didn't aware at all their process can
8  actually produce.
9         So we thought that reactant
10 you cannot possibly expect or foresee the
11 formation of NDMA.
12        Also, I am here as a
13 scientist. I did research on nitrous
14 oxide. I know nitrosonium ion can
15 actually be reactive. So I'm -- I'm not
16 average here anymore. So I know the
17 other part of the reactivity, right?
18        Even me, I don't know the
19 presence of dimethylamine. So I really
20 feel these two together that just, as I
21 concluded or I offer my opinion.
22        I never said there's no way
23 they can figure out this reaction is
24 documented, but the fact that they don't

Page 232

1  have a secondary amine in their reaction
2  as designed, and they don't have enough
3  resource to actually figure that out.
4         So it's not fair to expect ZHP
5  to kind of foresee this reaction happened
6  to form NDMA.
7  BY MR. SLATER:
8      Q.    You're not saying it could not have
9  been figured out. You're just saying it would
10 have been hard to figure it out.
11        Is that what I understand you're
12 saying?
13     A.    What I'm saying is, NDMA formation
14 from dimethylamine and nitrosonium ion is
15 documented but is not common as the expert of the
16 plaintiffs claimed. However, to make it extremely
17 hard is, the two reaction -- one of the two
18 reactant was not there, and ZHP didn't know and
19 not possibly reasonably be expect to know that
20 this dimethylamine can actually -- actually
21 present in their reaction vessel.
22        That's all what I actually offered
23 as my opinion.
24     Q.    Are you saying it was impossible for

Page 233

1  ZHP to know that DMA was known as one of the
2  primary impurities of DMF?
3         MR. BERNARDO:  Object.
4  BY MR. SLATER:
5      Q.    Yes or no. Are you saying it was
6  impossible for them to know that?
7         MR. BERNARDO:  Object to the
8     form of the question. Vague.
9         THE WITNESS:  As a -- as a
10    scientist, right? So I never say
11    anything that is impossible. I like to
12    see experiment. I like to see data.
13    Everything is supported by data by the
14    science. If there is, you know, there's
15    always be ways.
16        I don't want to be exclusive
17    like must be, like some of the
18    plaintiffs' experts was claiming
19    everybody should know this. When you see
20    sodium nitrite, you must be doing this.
21        I just not trained to do that.
22 BY MR. SLATER:
23     Q.    You're not trained to do that you
24 said? I didn't hear that.

Pengcie Tan Xue , Ph.D.

Page 234

1    A.    Yeah, I just not trained to be
2 generalize everything will be absolute on
3 anything.
4    Q.    In terms of what the chemists at
5 ZHP -- well, let me ask you this.
6        Do you have -- you have no
7 understanding of what -- well, rephrase.
8        You don't know what the ZHP chemists
9 would have found if they did scientific research
10 into the potential formation of nitrosamine
11 impurities -- well, rephrase.
12        You don't know what the ZHP chemists
13 would have found if they did research the
14 potential impurities of DMF, the potential
15 degradation products of DMF, and the potential
16 impacts of using sodium nitrite in this process,
17 you don't know what they would have found because
18 they never did the research, right?
19        MR. BERNARDO:  Object to the
20    form of the question.  Compound.  Vague.
21        Go on.
22        THE WITNESS:  Yeah, I cannot
23    speculate what result if I don't do that.
24    I don't even know if I do something today

Page 235

1 I didn't do yesterday what I would have
2 got.  So I cannot speculate.
3        MR. SLATER:  All right.  We
4    can take a break now, actually.
5        MR. BERNARDO:  Okay.  Thank
6    you.
7        THE VIDEOGRAPHER:  Time right
8    now is 2:54 p.m.  We're off the record.
9        (Recess.)
10        THE VIDEOGRAPHER:  Time right
11    now is 3:08 p.m.  We're back on the
12    record.
13        MR. SLATER:  Okay.  We're
14    going to put up the next exhibit.  I
15    think it's Exhibit 10 we're up to.
16        (Document marked for
17    identification as Xue Exhibit 10.)
18 BY MR. SLATER:
19    Q.    Looking on the screen, Exhibit 10,
20 this is a document titled "Investigation regarding
21 unknown impurity (genotoxic impurity) of Valsartan
22 API" and it's Version 3 of this report.
23        Do you see this document?
24    A.    Yes, I do.

Page 236

1        Sorry.
2    Q.    Have you seen it before?
3    A.    Yeah, I don't remember exactly, but
4 I think so.
5    Q.    Let's go to page 7 of 23, please.
6        The part I want to focus on is the
7 paragraph at the top that says "In addition."
8 It's the second paragraph.
9        Do you see that?
10    A.    Yes.
11    Q.    At the top of the page it says:
12    "In addition, as reported in
13 'Theoretical Investigation of
14 N-nitrosodimethylamine Formation from Nitrosation
15 of Trimethylamine, Journal of Physical Chemistry
16 2010,' TEA could react with nitrous acid directly
17 to form NDEA without proceeding via the
18 intermediary of DEA.  The reaction mechanism is as
19 follows."
20        Do you see that?
21    A.    Yes, I do see that statement.
22    Q.    Were you aware before right now that
23 ZHP concluded that the nitrous acid could directly
24 nitrosate the trimethylamine to form NDEA?

Page 237

1    A.    I read this page before, but I don't
2 think ZHP concluded this.  They just cite this
3 reference here to see if that's a possible
4 mechanism.
5    Q.    Do you think these deviation
6 investigation reports are just a series of
7 statements about what might have happened, or do
8 you think they're actually conclusions about what
9 likely occurred?
10        MR. BERNARDO:  Object to the
11    form of the question.  Vague.
12        THE WITNESS:  They are a
13    bunch of conclusions.  They all
14    conclusions, but scientifically to me
15    they are not conclusions.  They are
16    speculation.  So hypothesis.
17        I don't think ZHP or anybody
18    here experimentally ever validate whether
19    this scheme showing on the -- the PDF
20    that you showing me is there's any reason
21    this happened.
22        I don't remember exactly every
23    detail about this paper.  This paper
24    published in 2010 was actually as the

Pengfei Cao, Ph.D.

1   title it's "Theoretical Investigation."
2   There is no experimental evidence to
3   provide whatsoever to support this at
4   all.
5           I don't want to look down at
6   any theoretical investigation because my
7   lab myself, we do theoretical
8   investigation for many of my projects.
9   So, but we always couple these theories
10  or we call hypothesis with experimental
11  proof.
12          So this is definitely
13  something you can hypothesize.  And by
14  just looking at the drawing here, that
15  make some sense of why they push the
16  arrow here and going there.
17          And then they can actually
18  conclude with a -- with a hypothesis that
19  the reaction without intermediate can
20  actually theoretically go, but that other
21  than a scientific hypothesis, it doesn't
22  say anything about it.
23  BY MR. SLATER:
24      Q.    When you pointed out that the title

1   is "Theoretical Investigation," that would be, in
2   other words, for someone like me to say this is
3   something that's potential.  It's possible, right?
4       A.    You can -- you can say that way.  I
5   like to say because, again, I publish paper like
6   this, too, but not exact same topic.  I publish
7   papers on theoretical calculation quite a lot.
8   Actually, these are usually -- when I publish, I
9   always have some experimental result there.  I use
10  my theory to explain what's going on.
11          If I only have a theory, that,
12  unfortunately, to me I might be bias here because
13  I never publish this way.  When I only have a
14  theory pictured in any publication say this is
15  what potentially can happen, I as a reader always
16  have a big question mark join after that title.
17  Say, yes, there's theory comes up, but let's wait
18  for years to -- to test this.
19      Q.    So there may be a theoretical
20  possibility, a potential for a reaction to occur
21  like this.  In order to determine whether or not
22  that is really going to happen, I think what you
23  said is you need to do an experiment.  You need to
24  test that -- that potential outcome and see if it

1   actually happens when you experiment.
2           Is that what you're saying?
3       A.    Normally it's not just one
4   experiment because to -- especially to prove a
5   mechanism like these authors trying to do, it's
6   not a trivial thing, right?  So I tell you we do
7   these kind of research a lot, right?
8           So it's a -- it's a -- it's a very
9   well-dedicated desire of a whole series of
10  experiments.  Because you cannot, unfortunately,
11  as a chemist, to capture any intermediate or
12  transition state or any of these species on the
13  way.  You can only isolate the product to how you
14  actually design an experiment that you can use the
15  product you isolated to prove this arrows that you
16  draw would all be correct.
17          That's really a big chunk of science
18  in organic chemistry.  So that's what I do, but
19  I'll say we probably don't have time to go through
20  the detail.  But this is very, very difficult and
21  high-end things.  You do need to have a lot of
22  experiment to prove one hypothesis -- hypothetic
23  mechanism.
24      Q.    That's -- what you're talking about

1   would also be the process of risk assessment.  If
2   you're doing a risk assessment of a manufacturing
3   process, like ZHP was doing, they if -- they
4   recognize something could potentially occur, they
5   would need to do experiments and multiple tests to
6   find out what's really happening.
7           Is that what you're saying?
8       A.    I agree with you and not agree.
9   Because we -- I remember before the break, we kind
10  of discuss about this, right?
11          So as a scientist, you're going to
12  know what is your hypothesis.  When I know my
13  hypothesis -- like these people, these authors,
14  like my lab we do, too, right?  We have a theory.
15  We set it up and then we design experiment toward
16  that to prove -- or prove is wrong or right.  So
17  it doesn't matter.  But we desire experiment to
18  prove.
19          But that goal or that hypothesis we
20  call is number one important in your work.  If we
21  don't know, like you just described for ZHP, right
22  now we learn NDMA and NDEA are there, right?
23          So, but before we talk about dozen
24  years ago when we don't know.  It's really just

1 for me, as a scientist, I just cannot visualize
2 that.
3    Q.    This article existed in 2010 and was
4 actually written by people in Beijing, China,
5 correct?
6    A.    I honestly don't remember the
7 authors at all.  I don't know.  I usually don't
8 read their institutions where they publish, but,
9 yeah.
10    Q.    You would agree with me that a
11 thorough scientific search of the literature
12 should have turned up this article because they
13 knew at ZHP they were using triethylamine.  They
14 knew that they were going to use tertiary amine.
15       So there's no reason why they
16 wouldn't have found this article at least, right?
17          MR. BERNARDO:  Object to the
18       form of the question.  Calls for
19       speculation.  Vague.
20          THE WITNESS:  I'm not at ZHP.
21    I really cannot.  I hope I can answer,
22    right?
23       So if I -- I just be myself,
24    right?  I tell you if I'm in their shoes

1    what I will do, right?  So this is what I
2    will do if I do a search.
3          I found this paper.  In the
4    title, they do theoretical investigation.
5    I will quickly just scan through the
6    article.
7          If -- again, this is just me.
8    I'm not saying I'm the best, but if I see
9    there's no proof of this theory, I skip
10    it.  That's me.
11 BY MR. SLATER:
12    Q.    We know that when ZHP read the
13 article -- well, rephrase.
14       We know that when ZHP described the
15 article in this report, they concluded based on
16 this article that TEA could react with nitrous
17 acid directly to form NDEA without proceeding via
18 the intermediacy of DEA.
19       That's what it says in the report in
20 front of us, correct?
21          MR. BERNARDO:  Object to the
22       form of the question and the
23       characterization.
24 BY MR. SLATER:

1    Q.    That's the words on the page, right?
2 That's what the words on the page say?
3    A.    That are the words on the page that
4 you were reading correctly, too.  But as I said --
5    Q.    I only asked you if that's what it
6 says.
7    A.    Okay.  Those are the words by
8 reading from the document to describe the scheme
9 that they draw as a potential of mechanism.
10    Q.    If ZHP had seen this article back
11 when were developing the TEA process with
12 sodium nitrite quenching and when they were
13 actually using it, if they wanted to test to see
14 whether or not the process was yielding NDEA, they
15 could have tested and they could have looked for
16 NDEA to see if it was being formed.  They could
17 have done that if they had chosen to.
18       That was something that was
19 technologically feasible, correct?  If they wanted
20 to, they could have done that, right?
21       I'm not asking you whether they
22 needed to or not.
23       I'm asking you:  If they chose to do
24 a test to see if there was NDEA, they could have

1 done that and determined whether there was NDEA,
2 right?
3    A.    Well, I really here I thought -- if
4 this is me, I did a search, very thorough search.
5 I found this paper reading theoretical
6 investigation.  I show this proposal scheme, and
7 then there's no evidence.
8       Honestly, this is something -- I
9 don't want to look down to anybody's work, but
10 this is just, you know, things you draw can make
11 sense, right?  Like in organic chemistry.
12       I teach organic chemistry.  I teach
13 high-level organic chemistry.  Things like this,
14 as I said, I don't want to be, you know,
15 disrespectful for other people's work, but I will
16 say I will just skip.  I won't take it too
17 seriously.  That's me.
18       And I think -- I think what ZHP
19 using, if I read it correctly, is when they found,
20 right?  They found, okay, I have this issue now.
21 Let's go back to -- to see what are the
22 possibilities.  That's what they propose, one of
23 the possibilities.
24    Q.    If ZHP had wanted to test to see if

Peng Tao, Ph.D.

1  NDEA was being formed in the TEA with sodium
2  nitrite quenching process, it would have been
3  technologically feasible to do that.
4         The equipment existed to be able to
5  look for NDEA, right?  They could have done that
6  if they wanted to, correct?
7     A.    If -- yeah, if the hypothesis is up
8  there, I'm looking for NDEA the method.  I don't
9  know whether the method is established, but like
10 you said, the technology, the treatment of should
11 be available.
12    Q.    For example, LC-MS or GC-MS you can
13 look for NDMA with that and that's the type of
14 technology used to look for NDEA and NDMA, right?
15         MR. BERNARDO:  Object to the
16    form of the question.  Compound.
17         THE WITNESS:  I disagree
18    because --
19 BY MR. SLATER:
20    Q.    Wait.  All right.
21         You disagree that you use mass
22 spectrometry to look for NDEA and NDMA?
23    A.    Well, I disagree because there are
24 methods available not just, right?  So if you say

1  if GC-MS is a potential that I will use, I will
2  say, yes, I will definitely consider GC-MS as a
3  potential to do the analysis.  I'm not saying
4  GC-MS is not a potential.
5         What I'm saying is, you cannot just
6  say, okay, so automatically when you have this
7  potential issue, if you already identified this is
8  some impurity, what is the best way?  So, you
9  know, I cannot say GC-MS is the best way.  You
10 have to look around to see what is out there,
11 right?
12         So I'm developing valsartan.  What
13 about other companies do also valsartan?  Are
14 they -- what they use.  So if I don't -- if I
15 don't have any test, right, so I probably look
16 around and see what everybody else does, right?
17         So I will.  That's my practice,
18 right?  So I don't want to get myself inventing
19 something which is not like everybody else does.
20    Q.    Just to be clear --
21    A.    Uh-huh.
22    Q.    -- GC-MS and LC-MS technology
23 existed in 2010, 2011, all the way through.  That
24 was technologic -- that was technology that was

1  available, right?
2     A.    I believe so because I personally
3  used them.
4     Q.    Right.
5         And that was the technology that one
6  could use to look for NDMA and NDEA if you -- if
7  you wanted to in a substance.
8         That's the technology -- two
9  technologies that you can use for that purpose,
10 right?
11    A.    Yes.  If you have the compound, you
12 can always choose the available technologies,
13 GC-MS, LC-MS.  As I said, I use LC and GC both.
14 LC is more feasible for my type of research.
15 Yeah.
16    Q.    And did you see the documents
17 showing that ZHP actually was using mass
18 spectrometry technology throughout this time?
19         They were using it going back to at
20 least 2009 going through the 2010s up through the
21 time that this was disclosed in 2018.
22         You've seen some of those documents,
23 right?
24         MR. BERNARDO:  Object to the

1    form of the question.
2         THE WITNESS:  There -- there
3    is a lot of documents I saw, and I did
4    remember a lot of document with GC or LC.
5    I believe I saw ZHP used mass spec as
6    their detector to do some experiments.
7  BY MR. SLATER:
8     Q.    And let's go -- let's go to the next
9  page if we could, page 8 of 23.  At the top.
10        Now, continuing with this deviation
11 investigation report, it says:
12        "Based on the above report and
13 research paper, since TEA, hydrochloride, sodium
14 azide and sodium nitrite were also used in
15 Valsartan (TEA process), NDEA in Valsartan (TEA
16 process) could not only be formed by reaction of
17 DEA and nitrous acid, but also by reaction of TEA
18 with nitrous acid directly, the updated 'Three
19 Factor Analysis' for Valsartan (TEA process) is as
20 follows."
21        Did you see what I just read?
22    A.    I saw that first paragraph you just
23 read.  I think you read it correct, too.
24    Q.    And you see they revised their Three

Peng, Chap. 2 De , Ph.D.

Page 250

1  Factor Analysis, which we talked about earlier in
2  the deposition. So now number 1 is "Use of TEA
3  hydrochloride in the process."
4        Do you see that?
5     A.    I saw that.
6     Q.    And then the second and third.
7        Number 2 is "Use of sodium nitrite
8  in the process of quenching."
9        And then the third factor is
10 "Quenching takes place in the presence of target
11 product and DEA/TEA."
12       Do you see that?
13    A.    Yes, I do see both of them.
14    Q.    So ZHP concluded that the creation
15 of NDEA in the sodium nitrite with -- in the
16 sodium nitrite quenching -- let me rephrase. I
17 got it backwards.
18       So you now see that ZHP concluded
19 that the creation of NDEA with the TEA with sodium
20 nitrite quenching process could occur just through
21 direct nitrosation of the TEA itself, and that's
22 what they documented here in their report.
23       You see that now, correct?
24       It's what I just showed you. That's

Page 251

1  the words on the page, correct?
2     A.    By reading, that's what they were
3  hypothesizing. I won't say this is conclusion,
4  though.
5     Q.    You agree it's possible that that
6  happened, right?
7     A.    I don't agree.
8     Q.    Okay. So you disagree with ZHP on
9  this point?
10    A.    No, I not disagree with ZHP. The
11 paper they publish is really against my -- my --
12 my knowledge. I -- I really cannot take that
13 scheme and then -- ZHP they may -- they may agree,
14 but I don't agree with that science at all.
15    Q.    Did you do anything in your analysis
16 as an expert to prove or disprove what ZHP stated
17 on this page that I just read to you?
18    A.    I did a search myself from
19 literature to see the reaction between tertiary
20 amines like TEA, for instance, is one simple
21 tertiary amine with nitrosative reagents like
22 nitrosonium ions, for instance.
23       I didn't see any simple -- any
24 single example to show that without a complicated

Page 252

1  mechanism TEA could actually form through direct
2  reaction to get you NDEA experimentally showing
3  with a condition that ZHP been using for their TEA
4  process with quenching.
5        So my own opinion for that
6  particular reaction is, before ZHP and Novartis
7  and Solco, they as a team figured this out through
8  a bunch of teamwork, nobody ever know this
9  reaction under the condition that ZHP was
10 performing can actually take place.
11    Q.    And as we discussed, if the chemists
12 at ZHP had come across the literature we just
13 talked about and this concept of nitrosating a
14 tertiary amine, the best way that they could have
15 answered the question of whether this could occur
16 in that manufacturing process would have been to
17 test to see if it was happening.
18       That would have been the best way to
19 get the definitive answer, right?
20    A.    Well, there are few assumptions we
21 made here. One is ZHP did a search and find that.
22 So if they don't, if they don't realize or
23 hypothesize the potential formation of NDEA, I --
24 I personally don't see the motivation why they go

Page 253

1  out for a search. Let's put it aside.
2        If they -- for some reason they had
3  the motivation to do the search, when they see a
4  few papers, including this paper, show up if they
5  happen to see that. I doubt whether they will see
6  it, but if they did like they eventually found it,
7  as I said, as me as a chemist, I read the paper.
8  I will not take it, you know, this there's no
9  evidence or experimental evidence at all happen.
10 I won't do anything for them.
11       So those two -- those two levels, I
12 really just don't see ZHP has a reasonable reason
13 to actually test NDEA in there.
14    Q.    You referred to what you would do as
15 a chemist.
16       Do you have any understanding of
17 what the chemists who are working on a process
18 that's to manufacture massive quantities of this
19 substance to be sold around the world to be
20 ingested by humans, do you have an understanding
21 of what their obligation was and what level of
22 scientific analysis they were required to do?
23 Just asking the question. Do you know?
24    A.    I --

Page 254

1    MR. BERNARDO: Object to the
2  question. Asked and answered.
3    Go on.
4    THE WITNESS: Yeah, I
5  definitely aware the difference of myself
6  and the people who involved in master
7  production of APIs.
8    But I will say the principle
9  that we use for research is the same, and
10  I also want to point out that the
11  database that I use for literature search
12  is not just for academic researchers.
13    Where what I found as a
14  reference is actually available to all
15  the industry people, all the academic
16  people, or actually for you, too. If you
17  go there, right? So that's the same.
18    So I'm -- what I found with
19  this topic, TEA process with quenching,
20  is that there's almost nothing reported
21  about this project -- about this topic,
22  right?
23    I mention that in my report,
24  right? So you probably -- I do research

Page 255

1  a lot, but you probably don't, right?
2  You go off other business.
3    But a common reaction if I see
4  a really average chemist that know this
5  reaction or of people in the industry who
6  know this reaction well, it's well known
7  like the expert of the plaintiff they
8  claim, usually if you search for those
9  reaction, you got thousands, tens of
10  thousands hits.
11    This particular reaction, TEA
12  react with whatsoever condition to form
13  NDEA. I mean, talk about any, any
14  mechanism, right?
15    So I did this search.
16  Unfortunately, only can -- can you really
17  feel like with two hands I can count how
18  many hits I got throughout the history.
19  That tells me how little it's known.
20    That's why I also said for
21  this reaction, my opinion is, nothing is
22  known and this condition, now we learn
23  through this case it's a new condition
24  that ZHP, Novartis, and the other part of

Page 256

1  the company, they together as a team have
2  figured out.
3  BY MR. SLATER:
4    Q.    Well, actually, Novartis wasn't
5  evaluating the TEA with sodium nitrite quenching
6  process, were they?
7    A.    Well, they are a part of -- what I'm
8  saying is, they throughout back-and-forth
9  communications, all these knowledge were based on
10  that. And then eventually they happen to learn,
11  okay, there is actually NDMA -- sorry -- NDMA or
12  NDEA formation.
13    I apologize. That's my phone.
14    Q.    Let's go up to the -- let's take
15  this down and go to the next exhibit, which will
16  be --
17    A.    Can I stop to stop that?
18    Q.    Yeah, go ahead. We'll put up the
19  next document while you're doing that.
20    (Document marked for
21    identification as Xue Exhibit 11.)
22  BY MR. SLATER:
23    Q.    Let's go to the first page first,
24  and this is Exhibit 11.

Page 257

1    Okay. We've put up on the screen an
2  article that is titled "Nitrosative Dealkylation
3  of Some Symmetrical Tertiary Amines."
4    Do you see that?
5    A.    I'm sorry. I -- it's 11, right?
6  I'm opening now.
7    Yes.
8    Q.    And this is an article that was
9  published in 1979. That's what it says up on the
10  left column from when the download was made.
11  Published on January 1, 1979.
12    A.    Okay.
13    Q.    And you can actually go to the end
14  of the article if you don't believe me, and it
15  says received 13th of June 1978 at the end of the
16  article to show you this is 1979 that it's
17  published. Okay?
18    And if you look at the first
19  paragraph, it talks about the fact that in the
20  very middle of the paragraph or little further
21  down the middle, it says:
22    "More recently attention has been
23  directed to the public health aspects of the
24  nitrosation of tertiary amines and quaternary

Peng, Tao-Xue , Ph.D.

Page 258

1  ammonium compounds."
2       Do you see that?
3   A.    Yeah, you read it right.
4   Q.    Then the next sentence says:
5   "It has been shown that a wide
6  variety of tertiary amines can react with nitrite
7  in the pH range of 3 to 6.5 and temperature 37 to
8  90 degrees to produce nitrosamines in varying
9  yields."
10      Do you see that?
11  A.    You read it right, too.
12  Q.    So you would agree with me that
13 we've talked about at least a few articles now.
14 There was literature out there available to ZHP
15 that they could have found if they had looked
16 indicating that there was the potential for this
17 reaction and the reactions in the sodium nitrite
18 quenching TEA process to create a nitrosamine.
19      There was -- that literature was
20 available to show them this is something that
21 could potentially happen under certain
22 circumstances, correct?
23  A.    By reading that paragraph the author
24 wrote, you're reading is definitely correct.

Page 259

1   Q.    And, again, if ZHP had done that
2  research, found this literature, if they wanted to
3  know if this was a problem or an issue with their
4  manufacturing process, they could have run
5  straightforward testing to determine whether or
6  not NDEA was being created.
7       That was something they could have
8  done in response to this literature, right?
9       MR. BERNARDO:  Object to the
10      form of the question.  Vague.
11      THE WITNESS:  I think there
12      are two things.  One is if you by just
13      reading what -- what this literature
14      said, right?
15      So it says "attention has been
16      directed to the public health aspects of
17      the nitrosation of tertiary amines and
18      quaternary ammonium compounds," and
19      there's really not much.
20      They also have a few citations
21      there, but these paper, I cannot say I
22      read every single paper of this field.
23      That's not fair.  I try to.
24      So back then in the '70s or

Page 260

1  '80s, there's a big confusion or
2  people -- not confusion.
3       When they report, they
4  actually put aniline, which is aromatic
5  amino group belong to tertiary amines.
6  So many of examples in these papers they
7  are actually citing actually -- actually
8  having is not truly trialkylamines like
9  TEAs or DMAs or these -- these amines.
10      Instead they actually talk
11 about anilines.  So anilines and real
12 trialkyl tertiary amines are totally
13 different family of compound in terms of
14 their consistency because they have
15 different PKAs.
16      And that's why, right, so
17 these authors -- that's my second
18 point -- point out.  So as the peak range
19 for this reaction is also very critical.
20 They didn't see anything like 1 or 2 or
21 even 2 to 3.  They specify saying 3 to
22 6.5 because that's -- that's -- you see
23 it's just a range of pH, but that's
24 actually not.

Page 261

1       If you read this reference
2  when they talk about the tertiary amine,
3  unfortunately, they are not really
4  tertiary amine.  They are aniline
5  analogs.  These compound under this range
6  of pH will stay neutral.  What I mean --
7  I probably go through too much technical.
8       You actually have the nitrogen
9  stay neutral.  You maintain the
10 reactivity.  That's how you actually.
11 All these connected studies in this paper
12 listed all make sense because you have
13 the activity there.
14      However, the real tri --
15 tri -- trialkylamines or tertiary amines
16 like a TEA or DMA, they are not.  Their
17 PK is much higher, right?
18      Under this particular
19 condition, they will not be able to
20 react.  That's why people also point out
21 in papers, publications, say, wait, wait,
22 wait.
23      If you have these particular
24 aniline-like compound they could react

Peng, Lap-Tak , Ph.D.

Page 262

1  but they have a real trialkylamine or
2  tertiary amine, they won't react.  The
3  range of the pH is critical here.
4           So if I see this, I would say
5  ZHP that is using for their printing
6  process, which if I remember correctly is
7  3 or below, right?  They -- they use
8  their strong acid to quench it to below
9  3.  So that's -- that's the range 3D
10 printer TEA at least on theory.
11          I'm not trying to say that at
12 this -- at today we don't form NDEA.
13 Yes, we do have NDEA formed.  I said
14 earlier, right, this is a really great
15 example to show that, okay, the teamwork
16 actually identified this particular
17 condition for the -- for this reaction
18 generate NDEA.  That's the result.
19          But, I mean, all these
20 evidence that you show, it doesn't
21 support at all to show that there's a
22 chance for the reaction to take place.
23 BY MR. SLATER:
24      Q.    When you're looking at these

Page 263

1  articles --
2      A.    Uh-huh.
3      Q.    Well, rephrase.
4           Do you think that the people at ZHP
5  should have looked at literature like this?  If
6  they had actually looked for it and found it and
7  said, well, let's find all the reasons why this
8  article doesn't raise a risk so we don't have to
9  do a test?
10          Or do you think as a matter of risk
11 assessment they should have said, you know what?
12 These are potential reactions in general.  Let's
13 be sure that it's not going to happen with this
14 process so that we're positive that this genotoxic
15 impurity is not being formed.
16          Wouldn't the better practice be as
17 risk assessment to be conservative and careful and
18 actually run the test based on literature like
19 this?
20          MR. BERNARDO:  Object to the
21      form of the question.
22          THE WITNESS:  Risk assessment
23      is definitely something we need to be
24      very careful, right?  So everybody do

Page 264

1  research be very careful with reactions.
2  But as I said, the back-and-forth, the
3  hypothesis is important.  What am I
4  facing if I don't know?  Like ZHP, they
5  don't know on their radar NDEA for this
6  case in their TEA process with quenching
7  is a potential.
8           I just don't feel that's
9  reasonable to expect that.
10 BY MR. SLATER:
11      Q.    Did you -- I'm sorry.  I didn't mean
12 to interrupt you.
13          Do you think that they should have
14 known there was a risk of NDEA before they went
15 and did their literature search?  Is that your
16 testimony?
17      A.    My opinion was they don't know, and
18 there's no reason for them to know this reaction
19 can take place.  So they didn't take any action,
20 right?
21      Q.    And they didn't do any research
22 because they didn't know.
23          Is that what you're saying?
24          Your understanding is because -- let

Page 265

1  me ask it clean.
2      A.    Right.
3      Q.    Your understanding is because they
4  didn't know at the starting point that there was a
5  risk of NDEA or NDMA, they didn't need to do -- go
6  do scientific research to determine whether there
7  was a potential issue?
8           MR. BERNARDO:  Object to the
9      form of the question.
10 BY MR. SLATER:
11      Q.    Is that what you're telling me?
12          MR. BERNARDO:  Vague.  Asked
13      and answered.
14          THE WITNESS:  I really don't
15      know what else I can add, right?  So
16      it's --
17 BY MR. SLATER:
18      Q.    Well, it's a yes-or-no question.
19 Maybe you can say yes or no as to whether I'm
20 right or not in understanding your opinion.
21          I'm not looking for a speech.
22          I just want to know yes or no; is
23 that correct?
24      A.    My opinion is they don't know.

Page 266

1 That's -- that's clear. I want to make it very
2 clear. They don't know.
3          And second, there's almost no reason
4 or there's no reason for them to -- for us to
5 expect them to know back then, right?
6          So now, of course, in the year 2020
7 or even 2018 you figure out. After you figure
8 out, it's easy to explain. But before you figure
9 out, back then when they actually developed these,
10 I just don't feel it's fair for anybody to be
11 expected to -- to know everything about the
12 future.
13    Q.   All right. You understand that
14 these scientists and people at ZHP were not just
15 doing theoretical evaluation of the literature.
16          Well, rephrase.
17          You understand that what we're
18 talking about here is a risk assessment for a
19 manufacturing process for a drug that's going to
20 then go into the human body.
21          You understand we're talking about a
22 risk assessment, right? Just yes or no. Do you
23 understand we're talking about --
24    A.   Yes, I do understand we talk about

Page 267

1 risk assessment.
2    Q.   And you understand, as I showed you
3 before, the risk assessment needed to ensure that
4 there were no unidentified genotoxic impurities.
5 You understand that was one of the things they
6 needed to do.
7          Do you accept that that's part of
8 the purpose of the risk assessment they had to do?
9 Yes or no.
10          MR. BERNARDO: Object to the
11    form of the question.
12          THE WITNESS: I don't
13    think -- I don't agree that they have to
14    assess every single potential genotoxic
15    compound because there's -- I don't -- I
16    don't -- I don't know. Tell me if there
17    are people doing that.
18 BY MR. SLATER:
19    Q.   I didn't ask that. That's not what
20 I asked you. So I'll be clearer.
21          The risk assessment for these
22 manufacturing processes that are at issue, do you
23 accept that the risk assessments needed to take
24 into account the potential creation of genotoxic

Page 268

1 impurities from the chemicals and substances in
2 that process?
3          I'm not asking if they had to rule
4 out every genotoxic impurity on earth.
5          But did they have to at least assess
6 for the risk of genotoxic impurities from the
7 potential reactions of the chemicals that they
8 were mixing together in that process?
9          Yes or no. Do you have an
10 understanding of whether they were required to do
11 that?
12          MR. BERNARDO: Object to the
13    form of the question. Asked and
14    answered.
15          THE WITNESS: I don't --
16 BY MR. SLATER:
17    Q.   Yes or no.
18    A.   I don't think they're required to do
19 that because although you kind of --
20    Q.   That's fine. You said you don't
21 think so. Okay. Got it.
22          Looking at the article.
23    A.   Yes.
24    Q.   At the top, there's a little summary

Page 269

1 and in the third line it says:
2          "The rate of formation of
3 diethylnitrosamine was found to be first order in
4 nitrous acid, triethylamine, and in the hydrogen
5 ion concentration for pH greater than 3.1."
6          You see that?
7    A.   I'm sorry. I didn't see that.
8 Which paragraph we talk about here?
9    Q.   At the top above, just below the
10 list of authors.
11    A.   Oh, okay. That's the abstract.
12 Okay.
13    Q.   And then it says:
14          "Rates increased with decreasing
15 amine basicity."
16          You see that?
17    A.   I saw that, too.
18    Q.   So you -- you were talking about --
19 before about, in general, about tertiary amines?
20    A.   Yeah.
21    Q.   They're actually talking about
22 triethylamine here.
23          You see that they actually are
24 talking about triethylamine, right?

Peng, Jiao-Xue , Ph.D.

---

Page 270

1    You see the word "triethylamine,"
2 right?
3    A.    The word -- yeah.  Because just now
4 when you're reading, I didn't read the -- the
5 abstract.  I'm reading the abstract.  Excuse me.
6         (Reviews document.)
7         Yes.  Now I read that sentence.
8         What was your question?
9    Q.    Before you were talking about
10 tertiary amines in general and what this article
11 means.
12         I just was pointing out you would
13 acknowledge they're talking about in part
14 triethylamine.  That's part of the analysis
15 they're doing here.
16         It's referenced there, correct?
17    A.    Yes, that -- that by reading, that's
18 what they mention here.
19    Q.    And for the chemists at ZHP, if they
20 had come across this or the other similar
21 literature that points out that triethylamine can
22 be nitrosated, as a matter of risk assessment and
23 protecting the health and safety of patients, the
24 reasonable thing to do would be to say, let's just

---

Page 271

1 test for nitrosamines just to make sure they're
2 not being formed.
3         That's the prudent thing to do,
4 correct?
5         MR. BERNARDO:  Object to the
6    form of the question.
7         THE WITNESS:  No, that's not.
8    So we said you have to first -- you have
9    to first look for nitrosamine.  You know
10    nitrosamine is a potential.  That's --
11    you made the assumption for granted,
12    right?
13         So we keep going back and
14    forth.  They don't have this information
15    in their mind.  Nobody ever done this,
16    right?  So they don't know this can
17    possibly be -- be happening.
18 BY MR. SLATER:
19    Q.    I just asked you if -- but you're
20 not -- you're not focusing on my question, with
21 all due respect.
22         If they had actually done research
23 into the potential side effect -- rephrase.
24         If they had done the research

---

Page 272

1 regarding the potential risks with using these
2 various chemicals and found this literature, this
3 article and similar articles in the literature
4 that are out there, and recognized the potential
5 nitrosation of triethylamine, the prudent thing to
6 do would have been just to test for NDEA and NDMA
7 just to make sure it wasn't being formed.
8         That would be the prudent thing to
9 do with this process that they had just developed
10 to develop drug products to be put in people's
11 bodies, right?  That's why they're doing the risk
12 assessment, to protect patient safety, right?
13         Or don't you have an opinion?
14    A.    (Reviews document.)
15         Yeah.  My opinion is they really
16 don't know this.  They -- they --
17    Q.    My question assumed that if they
18 found this literature.
19         If they actually had done the
20 research they didn't do and found that there's a
21 potential creation of NDEA or NDMA, wouldn't the
22 prudent thing to do in a risk assessment to
23 protect the safety of patients being to do the
24 test to see if it was producing those

---

Page 273

1 nitrosamines?
2         Wouldn't that be the prudent thing
3 to do?
4    A.    Your assumption was this paper,
5 right?  So I --
6    Q.    Right.
7         So assume for purposes of my
8 question that they found this or similar
9 literature alerting them to this potential risk.
10         If they knew that potential risk,
11 you would agree that then they should do tests to
12 see if it happened, right?
13    A.    Well, the condition that here even
14 if they -- like, first of all, I don't think they
15 -- my opinion is solid, okay?  I don't want to,
16 you know, change or anything.
17         This is they don't know there is
18 NDEA formation.  You -- you are setting the state
19 saying, okay, they found this paper, while they're
20 reading this paper.
21         That's -- that's not happening,
22 right?  So they cannot find this paper.
23    Q.    I'm allowed to ask you hypothetical
24 questions, Dr. Xue.  Okay?

---

Page 274

1    A.    Okay.
2    Q.    We can all agree they did no
3  research.  They made no effort to learn about the
4  potential risks associated with using these
5  chemical substances.  We already know that.
6          I'm asking you to assume they
7  actually did do the research and did find
8  literature that indicated that the triethylamine
9  could be nitrosated.
10         In that event, the prudent thing to
11  do as part of a risk assessment to protect patient
12  safety would be to run a test and see if it was
13  happening here, right?
14              MR. BERNARDO:  Object to the
15      form of the question.
16  BY MR. SLATER:
17    Q.    Wouldn't that be the smart thing to
18  do?
19          Wouldn't that have been the smart
20  thing to do because then they never would have had
21  this problem because they would have found the
22  NDEA and this never would have happened?
23              MR. BERNARDO:  Object to the
24      form of the question.  Calls for

Page 275

1  speculation.  Assumes facts.
2              THE WITNESS:  Yeah.  Although
3      you said you are allowed to ask me
4      hypothetical questions, I really -- I
5      cannot answer hypothetical questions.
6          So you said the stage start
7      there and plus.  So I say if you read
8      that condition, they actually talk about
9      here.  They clearly say in their first
10      paragraph it's 3 to 6 and a half and that
11      there's a reason.  I explain just now why
12      those can actually take place, right?
13          So and now, yes.  So they --
14      when they talk about the TEA, if we
15      really want to discuss this, I need time
16      to read the whole paper.  I don't
17      remember much of the detail of this
18      paper, but -- but I can tell you that by
19      just reading the -- the part, they're
20      talking about the -- the pH value is
21      greater than 3.1.  That's their -- but
22      that's their study were performed.
23  BY MR. SLATER:
24    Q.    So is it your opinion that when the

Page 276

1  chemists at ZHP -- well, rephrase.
2          If we assume the chemists at ZHP had
3  actually done scientific research and had actually
4  found this article, your -- your understanding of
5  their obligation in doing a risk assessment for
6  potential genotoxic impurities is to look at the
7  article and say, well, it's not describing the
8  exact conditions of our process.  So we don't have
9  to worry about it and we don't have to test it.
10         Is that your understanding of what a
11  reasonable risk assessment is?
12              MR. BERNARDO:  Object to the
13      form of the question.  Assumes facts.
14      Argumentative.  Calls for speculation.
15              THE WITNESS:  Right.  As I
16      said, it's a -- it's a hypothetical
17      question, right?  So it's a question that
18      this paper, also the condition here, even
19      this paper describe this is not the same
20      as what they actually use in this piece
21      conditions.
22  BY MR. SLATER:
23    Q.    I just said that.
24    A.    Right.

Page 277

1    Q.    What I asked you is:  So you -- is
2  it your opinion that in doing the risk assessment,
3  the chemists should look and say, well, it's not
4  the exact conditions of our process.  So we don't
5  have to worry about it and we shouldn't assess and
6  make sure there's no NDMA.
7          That's what your opinion is?
8          If you see that there's potential
9  nitrosation, if the article doesn't replicate the
10  conditions of the process, you should just say,
11  okay, nothing to worry about.  We don't need to
12  test?
13              MR. BERNARDO:  Same
14      objections.
15  BY MR. SLATER:
16    Q.    Is that your opinion?
17    A.    (Reviews document.)
18          Yeah, if I -- as you point out,
19  right?  If ZHP, they happen to know this paper and
20  then they read this paper, yeah.  As I said, I
21  still find this condition is -- is very different
22  or significantly different because the condition
23  they run, all these tests are different to what
24  actually the quenching process of TEA with

Peng, Tao , Ph.D.

Page 278

¹ quenching API process. I won't.
²     Q.    If the ZHP chemists --
³     A.    Uh-huh.
⁴     Q.    -- were aware in general that the
⁵ triethylamine could be nitrosated by sodium
⁶ nitrite, if they knew that in general, the prudent
⁷ thing to do as part of the risk assessment to
⁸ protect patient safety would be to do a test to
⁹ make sure it's not creating a nitrosamine.
¹⁰     That would be the prudent thing to
¹¹ do, wouldn't it be?
¹²     MR. BERNARDO: Object to the
¹³    form of the question. Vague.
¹⁴     THE WITNESS: Yeah, it's
¹⁵    hypothetic, right? So you, again, say if
¹⁶    they know this already, but they don't
¹⁷    know.
¹⁸ BY MR. SLATER:
¹⁹     Q.    Well, I didn't say "if they know
²⁰ this already."
²¹     I said if they knew of the potential
²² for the sodium nitrite to nitrosate the
²³ triethylamine.
²⁴     In general, if they knew it could

Page 279

¹ happen under certain circumstances, there would be
² no reason for them not to do a test to make sure
³ it wasn't happening here, correct?
⁴     A.    For me, I just don't see. It's like
⁵ see -- you said if they say if they have the
⁶ potential. I'm -- like me, I never heard about
⁷ this reaction in my life before I be involved in
⁸ this.
⁹     If you tell me there's a potential.
¹⁰ Every day every reaction has a potential, right?
¹¹ So how can I just because I hypothetically think
¹² about some potential?
¹³     And if you're going to go back to do
¹⁴ a risk assessment on every potential, again I'm
¹⁵ running labs. I'm running project. I just don't
¹⁶ feel that's reasonable to let my students go into
¹⁷ the lab and running, I mean, think about any
¹⁸ potential things that can happen. Potential.
¹⁹ There is everything has, you know, infinitive
²⁰ potentials.
²¹     Q.    So you're saying because you
²² wouldn't do that and you wouldn't require that in
²³ your lab, you would assume it wouldn't be required
²⁴ for process chemists at ZHP developing a drug for

Page 280

¹ mass production that they wouldn't need to do it
² either?
³     MR. BERNARDO: Object to the
⁴    form of the question. Vague.
⁵     THE WITNESS: I'm not saying
⁶    that. I say everything as a scientific
⁷    project, we have a scope. We have based
⁸    on the knowledge that we learn, we try to
⁹    test the scope. What are the potentials,
¹⁰    right? We know these are possibles.
¹¹     But you cannot force people to
¹²    even consider the ones that to them are
¹³    not possible. I think that's -- that's
¹⁴    just not fair anymore.
¹⁵     MR. SLATER: Let's go to
¹⁶    another article. Let's to the
¹⁷    theoretical investigation article.
¹⁸     Have we shown that already or
¹⁹    is this a new exhibit?
²⁰     Okay. So Exhibit I think it's
²¹    12.
²²     (Document marked for
²³    identification as Xue Exhibit 12.)
²⁴     THE WITNESS: Can I go back?

Page 281

¹     MR. SLATER: You tell me,
²    Chris. It's 12.
³ BY MR. SLATER:
⁴     Q.    So we're now going to put up as
⁵ Exhibit 12, the "Theoretical Investigation --
⁶     A.    I'm still.
⁷     Q.    -- of N-nitrosodimethylamine
⁸ Formation from Nitrosation of Trimethylamine."
⁹     Do you see that?
¹⁰     A.    Hold on. I'm still loading.
¹¹     Q.    Okay.
¹²     A.    Yes, it show up on my screen.
¹³     Q.    And if you look at this article,
¹⁴ which is published in the Journal of Physical
¹⁵ Chemistry in 2010 from the American Chemical
¹⁶ Society, let's look at the Introduction.
¹⁷     Can you blow it up, please?
¹⁸ Perfect.
¹⁹     And in the Introduction, if we go to
²⁰ the second paragraph. It's okay.
²¹     The second paragraph says in part, I
²² want to focus on the part that I want to talk
²³ about.
²⁴     In the middle of the paragraph,

Peng, Jiap Zue , Ph.D.

Page 282

1 there's a sentence that says "In addition."
2        It's about five or six lines down.
3        Do you see that?
4        "In addition to secondary amines,
5 however, a wide variety of tertiary amines have
6 also been demonstrated to react with nitrous acid
7 to produce N-nitrosamines in aqueous solutions."
8        Do you see that sentence?
9    A.    Are you talking about the left
10 column?
11    Q.    Yes.
12    A.    Or the right?
13        Left column. You said the second
14 paragraph?
15    Q.    Yes.
16    A.    Okay. So I'm reading.
17    Q.    In the middle of the second
18 paragraph under the Introduction on the left
19 column, it says:
20        "In addition to secondary amines,
21 however, a wide variety of tertiary amines have
22 also been demonstrated to react with nitrous acid
23 to produce N-nitrosamines in aqueous solutions."
24        Do you see that sentence?

Page 283

1    A.    Yes, and I will read it.
2    Q.    The creation of NDEA and NDMA in the
3 TEA with sodium nitrite quenching process occurred
4 in aqueous solution, correct?
5    A.    Correct.
6    Q.    This sentence -- well, rephrase.
7        If the science -- if the chemists --
8 rephrase.
9        If the chemists at ZHP had come
10 across this article back when they were developing
11 or using that manufacturing process and had seen
12 that sentence, should that have been alerted them,
13 this is a potential reaction that we should risk
14 assess for to make sure it's not happening?
15        Would you at least agree with regard
16 to that sentence that would be enough to say,
17 okay, let's do a risk assessment and see if that's
18 actually occurring here? Because if it is, it's
19 not a good thing and we need to make sure it's not
20 happening?
21    A.    Well, there is -- there is a quite a
22 few assumptions, right? You said if they did a
23 literature search, found this article and also if
24 they read the -- the Introduction and find this

Page 284

1 sentence, right?
2    Q.    Yes.
3    A.    Let me see this article.
4        (Reviews document.)
5        Yeah. Under those two assumptions,
6 if I really specifically coming to look at this
7 paper, right? Which I don't think they will,
8 these people, too, because, again, there's no
9 motivation for them and this is hypothetical,
10 right?
11        But let's say if they found this
12 paper and if they read this paper, if I -- I was
13 ZHP chemist, I read this paper again. This is --
14 I don't know whether is same paper, but this
15 is a theoretical Investigation of -- of
16 nitrosodimethylamine from which NDMA formation
17 from nitrosation of triethylamine, right?
18        So this article tells me that, oh,
19 this paper was solely on this simple -- actually
20 structure, that's the simplest tertiary amine is
21 triethylamine. So they do some theoretical
22 investigation on this simple structure of the --
23 the amines. That -- that -- that's really not
24 relevant to what I'm doing if I'm ZHP.

Page 285

1        And then the next thing I'll be
2 caring about if you set the stage like you were
3 talking about, I -- I for some reason I just start
4 to investigate. I found this article. And that's
5 what I'm going to do is I read the -- the title,
6 right? That title is irrelevant, but if I do
7 this, I do scan.
8        I saw, okay, there is multiple
9 schemes. Talk about this hypothetic schemes that
10 these calculations was done for this particular
11 trimethylamine, which, again, it doesn't relate to
12 anything that ZHP is trying to do.
13        And then I, more importantly, if I
14 wrote down, right? If I recalculate, these
15 authors, again, didn't do any experiment to show
16 any evidence that what -- whatever they see they
17 actually hypothesize.
18        Actually, the -- so if I'm ZHP --
19 like you said, right, I'm not against those.
20 Let's just follow what you set up the stage.
21 Although I don't agree those will happen.
22        Even if that's the case, if I'm ZHP,
23 I read. I won't pay attention because I won't
24 read the detail about what the, you know, the

Peng, Jiao , Ph.D.

1 Introduction will talk about because really there
2 are two major facts, right?
3         So their title has only a sole
4 substrate discussed in the whole paper in the
5 model establishment.  Second, there's no evidence
6 from experiment at all to show any evidence any of
7 these theory is correct.
8     Q.    Do you have any idea what the
9 purpose of the risk assessment was that ZHP was
10 supposed to do with regard to these two
11 manufacturing processes that developed
12 nitrosamines?  Do you have any idea of what the
13 purpose of that risk assessment was?
14     A.    Yes.  From chemistry point of view,
15 they need to see every reagent they use what
16 the -- what the -- what the change will be caused.
17 If they -- if they change any condition in their
18 environment, in -- in their reaction conditions --
19 like the reagent, the raw material -- they're
20 going -- they're going to check and follow all the
21 intermediate information, the yield and also the
22 impurities.  Like they added things they have to
23 track down where they are.
24         Every solvent they use in any

1 process, they have to track it down where they
2 are, how much they have there.  So they're going
3 to do this kind of control for every single step
4 on their process.  That's my understanding of risk
5 control.
6     Q.    Was the risk assessment supposed to
7 take into consideration whether the reactions
8 could potentially create genotoxic impurities?
9 Was that supposed to be part of the risk
10 assessment as you know?
11         MR. BERNARDO:  Object to the
12 question.  Vague.  Overly broad.
13         THE WITNESS:  Genotoxic, as I
14 said, right, is such a broad term, right?
15 So you have to be specific.  If you only
16 look at the reaction, let's say NDMA
17 formation or NDEA formation, there's
18 still endless infinitive number of
19 potential harmful compound out there,
20 even if you limit to that specific
21 process.
22         Because you still have
23 multiple reagent, multiple steps, and
24 multiple mixtures at every given

1 situation, temperatures and also the
2 volume change as well.  So you still
3 have -- have endless compounds to
4 consider.
5         So as I said, we have to
6 identify the -- the compound you want to
7 test or you want to control.  Before that
8 really, you know, I think it's not
9 reasonable to expect people to -- to just
10 know everything about what they do.
11 BY MR. SLATER:
12     Q.    That wasn't actually my question
13 about knowing everything in the world.
14         ZHP developed these processes to
15 manufacture pills that they were going to sell
16 commercially to patients to control their blood
17 pressure.
18         You understand that's why they were
19 developing these processes, right?  So they could
20 sell pills that people would buy and take for
21 blood pressure control?
22     A.    Yes.
23     Q.    As part of the risk assessment, I
24 just want to know your opinion.  Or if you don't

1 have an opinion.  I need to know the scope of what
2 your -- your expertise goes to and what you think
3 you can draw opinions on.
4         Do you have enough of an
5 understanding of the purpose of the risk
6 assessment in terms of protecting against quality
7 or purity issues that could be dangerous to the
8 health of patients in terms of how extensive the
9 risk assessment was supposed to be?
10         Do you have any understanding of
11 that at all?
12         MR. BERNARDO:  Object to the
13 form of the question.  Asked and
14 answered.
15         THE WITNESS:  Yeah, I'm here
16 as an organic chemistry -- chemist.  I --
17 I already explained my -- my
18 understanding about risk assessment from
19 the chemistry point of view of each
20 reaction, each reagent, each solvent they
21 use.
22         I also comment in my report
23 about what ZHP have known to actually
24 done according to those areas.

Peng, Lap-Tak , Ph.D.

Page 290

1    So in term of preparatory, we
2    discuss earlier. I'm not qualified to
3    comment on those.
4 BY MR. SLATER:
5    Q.    Let's go to page 459 of this
6 article, please.
7        I want to go to the right-hand
8 column, the bottom right. Just above the last
9 paragraph.
10       And you can see at the very bottom
11 of the last paragraph on the right-hand column,
12 there's a sentence that says --
13       (Music)
14       Looking at the last full paragraph
15 in the right-hand column on page 459 of this 2010
16 article, it says:
17       "The nitrosation of secondary amines
18 has already been extensively studied, and the DMA
19 has been confirmed to be easily nitrosated into
20 NDMA in an acidic nitrite solution."
21       Do you see what I just read?
22    A.    I saw the sentence that you just
23 read.
24    Q.    The nitrosation in the zinc chloride

Page 291

1 process occurred in an acidic nitrite solution,
2 correct?
3    A.    The quenching process, yes.
4    Q.    If ZHP had actually done research
5 and found this article, would you agree with me
6 that this would have been enough to place them on
7 notice that as part of their risk assessment, they
8 should at least test what was being manufactured
9 with the zinc chloride process to rule out NDMA
10 being formed?
11    A.    I disagree with that.
12    Q.    So your opinion is that they could
13 just ignore the potential creation of NDMA, a
14 genotoxic impurity?
15       MR. BERNARDO: Object to the
16 form of the question.
17       THE WITNESS: I disagree with
18 -- I disagree with just what you just
19 said because this talk about what you
20 know. There's secondary amine
21 specifically dimethylamine and also
22 nitric acid, right?
23       So, but the fact is that they
24 don't know if they have dimethylamine or

Page 292

1 DMA in their reaction.
2       So I think we talk about this
3 multiple times already, but this
4 particular reaction I mention already.
5 My opinion is very clear. It's
6 documented --
7 BY MR. SLATER:
8    Q.    Okay. Let me ask you.
9    A.    -- it's not common.
10    Q.    Sorry. I didn't mean to interrupt.
11    A.    Can I finish?
12    Q.    Yeah, go ahead.
13    A.    Yeah, but it's not common, okay?
14 And here I think you got confused or I didn't
15 explain myself clear.
16       It's not this reaction is not -- is
17 not documented. It's documented. But the fact
18 that ZHP, they don't know anywhere in their
19 reaction they can form DMA. Therefore, they don't
20 have a reason to test.
21       I want to make it clear this time.
22    Q.    Okay. You agree the reaction
23 described in this sentence was documented in the
24 scientific literature before they developed these

Page 293

1 processes, correct?
2    A.    I agree the reaction between DMA or
3 secondary amine, simple secondary amine like DEA,
4 for instance, with nitrosonium ion is documented.
5    Q.    That's all I asked.
6    A.    Right. I agree.
7    Q.    Okay. And your opinion is because
8 ZHP didn't know that there could be DMA in the
9 process, there was no reason for them to be
10 concerned about this nitrosation reaction.
11       Is that what you were just telling
12 me?
13    A.    It's almost, right? I said, yes,
14 what you said is part of my statement. They don't
15 know this. Therefore, they don't know NDMA
16 formation.
17       The other is, I also said that for
18 the formation of nitrosonium ion is also something
19 not that common. It's not like when you add
20 sodium nitrite. Everybody knows there is
21 nitrosonium ion. Sodium nitrite doesn't equal to
22 nitrosonium ion.
23       I never named or -- or described
24 sodium nitrite as a nitrosative reagent. They

Peng, Tiao-Tse, Ph.D.

Page 294

1 don't know this, right?
2        So it's -- it's there. I don't say
3 -- I don't say it's not there, right, but it's not
4 like everybody knows that automatically.
5    Q.    If ZHP had known of the potential
6 for DMA to be introduced into the zinc chloride
7 process, in that case, you would agree with me
8 that as part of their risk assessment, it would
9 have been prudent for them to evaluate whether
10 NDMA was being created, right?
11    A.    Well, I won't say they must know
12 that, right? I say this particular reaction you
13 just read me is documented. So it's there. So as
14 people can actually learn it, but there are two
15 parts. One part is the DMA part. They just have
16 no idea about it, right?
17        So the other part is also not
18 common. It's not like everybody learn general
19 chemistry, go through graduate school. They all
20 know nitrosonium ion equal sodium nitrite. They
21 are not. You use sodium nitrite for multiple
22 reaction as a quenching reagent. I personally
23 never used it, but they are used, right? So I
24 knew that, right?

Page 295

1        So it is not -- we cannot draw a
2 simple equation and say everybody knows that.
3 Yeah, I recall, you know, some of the expert on
4 the plaintiff side said that. I really cannot
5 agree with that.
6    Q.    You would agree that the chemists at
7 ZHP should have known that there was going to be
8 in acidic nitrite solution at the quenching phase,
9 right?
10    A.    Yes, because that's what they used.
11    Q.    And this article says that DMA has
12 been confirmed to be easily nitrosated in NDMA in
13 an acidic nitrite solution.
14        So if ZHP had been aware of the
15 potential for DMA to be introduced to the zinc
16 chloride process, either as an impurity of the DMF
17 or as a degradation product of DMF, under those
18 circumstances, they would have been on notice as
19 part of their risk assessment of the need to test
20 to determine if NDMA was being formed.
21        Do I now understand the difference?
22        MR. BERNARDO: Object to the
23    form of the question. The
24    characterization of his testimony.

Page 296

1        THE WITNESS: Can you please
2    chop your question little shorter?
3    Because I, you know, I'm...
4 BY MR. SLATER:
5    Q.    Number one, the chemists had to know
6 that they were creating an acidic nitrite solution
7 at the quenching phase, right?
8    A.    Yes, they know that.
9    Q.    Number two, they knew they were
10 using DMF and introducing that to the zinc
11 chloride process, correct?
12    A.    Yes, they knew they used DMF.
13    Q.    If they knew that the DMF could
14 introduce DMA to the zinc chloride process, either
15 as an impurity or as a degradation product, then
16 under those circumstances, they would have been
17 required to take the prudent step of testing to
18 see if NDMA was being formed, correct?
19        MR. BERNARDO: Object. Object
20    to the form of the question. Vague.
21    Outside the scope of his expertise.
22        THE WITNESS: Yeah. Well, for
23    the required part I cannot comment too
24    much, but I'll say, right? So my --

Page 297

1 my -- my opinion state clearly. This
2 reaction is a known reaction. It's
3 documented. But it's not common, right?
4        So both of the substrates are
5 required. I said even those are there,
6 they are not very common people will
7 know. Because sodium nitrite you cannot
8 just draw an equation and say it equals
9 nitrosonium ion.
10        And for the secondary amine,
11 they don't know, right? So if you say,
12 oh, they already know they have a
13 secondary amine, then they automatically
14 will know this reaction will take place.
15 That's my opinion, right?
16        So I said, yes, it's
17 documented. This reaction is documented.
18 People knew this. I never say this never
19 published or nobody knows. There are
20 publications on this particular reaction
21 when you have the secondary amine and
22 your nitrosonium ion. But nitrosonium
23 ion, you need to figure out that you have
24 nitrosonium ion.

Pengcap Xue , Ph.D.

Page 298

1    And when you have those two
2    together, you still need to have some
3    knowledge about this reaction there to be
4    aware there's reaction take place.
5        Could there still be multiple
6    stage?  A chemist at ZHP has to kind of
7    get together at the same time with the
8    people assumption that they know there
9    DMF contains or degrade to form DMA,
10   which we talked about so many times that
11   they don't know.
12   BY MR. SLATER:
13       Q.    The whole thought process you just
14   walked through, ZHP never went through that
15   thought process because they never evaluated any
16   of this literature, any of these questions, right?
17       MR. BERNARDO:  Object to the
18       form of the question.  Vague.
19   BY MR. SLATER:
20       Q.    Nothing you've seen, right?
21       A.    Well, I'm -- I'm here --
22       Q.    Doctor, could you just answer my
23   question, please?
24       ZHP never even considered what you

Page 299

1    just went through.  They never went through a
2    thought process of whether or not there was an
3    issue with any of the things you just went
4    through.
5        It's just something they never
6    thought about, correct?
7        MR. BERNARDO:  Object to the
8        form of the question.  Argumentative.
9        THE WITNESS:  Yeah, I cannot
10       speculate other people's thought.  I
11       do --
12   BY MR. SLATER:
13       Q.    Did you see anything indicating that
14   they thought about any of these things?
15       A.    What specific things you talk?
16       Q.    What we just talked through.  That
17   whole description you gave of the whole thought
18   process you'd have to go through in evaluating the
19   literature.
20       You've seen nothing indicating that
21   anyone at ZHP thought about any of those things,
22   right?
23       A.    Well, I'll put it this way.  If you
24   ask me in October before I'm involved in this

Page 300

1    case, I have zero --
2        Q.    I'm sorry.  That's not what I asked
3    you, and I don't have unlimited time.
4        A.    Right.  So you -- you ask me --
5        Q.    What you saw in the records and the
6    documents you read --
7        A.    Uh-huh.
8        Q.    -- you saw in the materials -- new
9    question.
10       In the materials you reviewed, you
11   saw no indication that anybody at ZHP thought at
12   all about any of the things you talked about in
13   your prior answer in terms of analyzing the
14   literature because they never went that far to
15   actually even look at the literature on this
16   question, right?
17       MR. BERNARDO:  Dr. Xue, I know
18       it's late.  Just listen to what
19       Mr. Slater is asking.  He's simply asking
20       if you've seen anything in the documents
21       you looked at.
22       THE WITNESS:  I didn't see
23       any documents directly showing that.
24       MR. SLATER:  I'm getting --

Page 301

1    this is probably a good time to take a
2    break.
3        MR. BERNARDO:  Sure.
4        THE VIDEOGRAPHER:  Time right
5    now is 4:21 p.m.  We're off the record.
6        (Recess.)
7        THE VIDEOGRAPHER:  Time right
8    now is 4:36 p.m.  We're back on record.
9        MR. SLATER:  Let's put up the
10   deviation investigation report again,
11   Exhibit -- which was Exhibit 5.  We'll go
12   to page 155, please.
13       Just one second before I do
14   this.
15       Sorry about that.
16   BY MR. SLATER:
17       Q.    Looking now at page 154 of this
18   deviation investigation report, you can see the
19   middle of the page:
20       "Test Result of Triethylamine
21   Hydrochloride Samples by Huahai."
22       You see that?
23       A.    So you talk about the page 155.
24       Q.    I said 154.

Peng, Lap-Tak , Ph.D.

Page 302

1    A.    Oh, I'm sorry.  154.
2          You said there is what?
3    Q.    On page 154 in the middle of the
4  page, you'll see it says number 4?
5    A.    Right.
6    Q.    In the middle of the page, it says
7  number 4) "Test Result of Triethylamine
8  Hydrochloride Samples by Huahai."
9          You see that?
10   A.    Yes.  But can you please make it
11 bigger?  Thank you.
12   Q.    Okay.
13   A.    That's great.
14   Q.    It then says analytical -- well,
15 rephrase.
16         It says:
17         "Analytical method for DEA and DMA
18 and Triethylamine Hydrochloride was developed by
19 Huahai, and the Triethylamine Hydrochloride (from
20 Kente Catalytic materials Co., Ltd) in stock was
21 analyzed.  The DMA and DEA results obtained was in
22 Table 4-30 as follows."
23         You see that table below?
24   A.    You talk about Table 4-30.

Page 303

1    Q.    You see it right there in front of
2  you?
3    A.    Yeah, yeah.  Okay.  Yeah.
4    Q.    First of all, triethylamine
5  hydrochloride, was that used in the TEA with
6  sodium nitrite quenching process?
7    A.    I'm sorry.  Your -- your voice was
8  chopped off just now.  I just heard the word
9  "process" just now.
10   Q.    Was triethylamine hydrochloride used
11 in the TEA with sodium nitrite quenching process?
12   A.    Yes.  Yes.
13   Q.    That's what we've been referring to
14 as triethylamine, right?
15   A.    Yes.
16   Q.    And you can see that they tested for
17 DEA and DMA and they found DEA at 106.3 parts per
18 million.
19         You see that?
20   A.    I saw that from the table that you
21 show.
22   Q.    Let's go to the next page.  Well,
23 actually, let's stop there for a second.  I didn't
24 mean to jump that quickly.

Page 304

1          So this is -- rephrase.
2          This is ZHP confirming that the
3  triethylamine hydrochloride they used in that
4  process contained as an impurity DEA, correct?
5          MR. BERNARDO:  Object to the
6    form of the question.  Vague.
7          THE WITNESS:  So what I can
8    read from this table is for this batch
9    number -- I don't need to read the
10   number -- I think they tested for DMA and
11   DEA.
12         Can we know what LOD -- LOD
13   for limit?
14 BY MR. SLATER:
15   Q.    Level of detection.
16   A.    Level of detection.  Okay.
17         So I can read that for DMA for
18 whatever method they are using to detect this,
19 it's already below that.  So I think the -- the
20 level set for the detection was 45 ppm.  And then
21 with DEA, their detect result for this batch was
22 actually 106.3 ppm.  That's it.
23   Q.    You would agree with me that ZHP was
24 purchasing triethylamine hydrochloride to use in

Page 305

1  the manufacturing process for valsartan.
2          You would agree that under those
3  circumstances, ZHP should have known of the
4  potential impurities in that product that they
5  were going to include in their process?
6          MR. BERNARDO:  Object to form
7    of the question.  Vague.
8  BY MR. SLATER:
9    Q.    Or were they allowed to just be
10 ignorant of the impurities that might be
11 introduced into the process and not worry about
12 it?
13         MR. BERNARDO:  Object to the
14   form of the question.  Vague.
15   Argumentative.
16         THE WITNESS:  I disagree with
17   what you just said.
18 BY MR. SLATER:
19   Q.    Okay.  You disagree.  That's fine.
20         Let me ask the question differently.
21         Did ZHP need to know if there was a
22 substance it was going to introduce into its
23 manufacturing process, if that substance had
24 impurities that could be introduced into the

Page 306

¹ process? Did they have to know whether or not
² that could happen?
³          MR. BERNARDO:  Object to the
⁴     form of the question.  Vague.
⁵ BY MR. SLATER:
⁶     Q.     Yes, no, or you have no opinion.
⁷     A.     I don't think I'm clear about what
⁸ you asking.  You are saying --
⁹     Q.     I'll be even more clear.
¹⁰          ZHP was using triethylamine
¹¹ hydrochloride to manufacture valsartan, right?
¹²     A.     That's correct.
¹³     Q.     As shown here on this deviation
¹⁴ investigation report from ZHP, triethylamine
¹⁵ hydrochloride has DEA as an impurity in the
¹⁶ commercially sold form of that substance.
¹⁷          You see that?  That's what this
¹⁸ document is showing, right?
¹⁹          MR. BERNARDO:  Object to the
²⁰     form of the question.  Vague.
²¹     Characterization of the document.
²²          THE WITNESS:  Well, as the
²³     document was -- was looking backward from
²⁴     2018, right?  So they knew already at

Page 307

¹ this moment when they actually do this
² analysis where in their -- in their
³ process DMA was formed.  And then as you
⁴ read in the last section there, they also
⁵ have emphasize the reason why it can
⁶ happen, right?
⁷          So they have the dimethylamine
⁸ as a reactant.  They said somewhere on
⁹ the process there might be dimethylamine
¹⁰ there.  They also there, the other part,
¹¹ nitrosonium ion somewhere on this process
¹² you can form.
¹³          They say when these two
¹⁴ together, when they meet in the reaction
¹⁵ vessel, they can possibly form.  That's
¹⁶ what they actually hypothesize.
¹⁷          Here is what they actually
¹⁸ show.  After they know, okay?  In my
¹⁹ process in PA with quenching, I saw NDEA.
²⁰ And then I start to track it back to see,
²¹ okay, what -- whether there's actually,
²² you know, they're basically hunting down
²³ where the DEA actually come from.
²⁴          So what they found and report

Page 308

¹ here in their report is that, okay, so
² the DMA possibly not.  If there is, it's
³ definitely below their -- their -- their
⁴ LOD.  And they did find DEA in the --
⁵ they come, you know, in the triethylamine
⁶ sample, the particular batch that they
⁷ use for this, right?
⁸          So I think that this is very
⁹ logic, right?  So I don't see if there
¹⁰ are any opinions because we -- they did
¹¹ what they did.
¹² BY MR. SLATER:
¹³     Q.     You literally just told me what the
¹⁴ document shows and that is not -- I didn't ask you
¹⁵ to explain to me what the document shows.  We
¹⁶ already went through that.  So I'm going to try
¹⁷ the question again.
¹⁸          Should ZHP -- well, first of all,
¹⁹ let me ask you a foundational question.
²⁰     A.     Sure.
²¹     Q.     You agree that it's more likely than
²² not that the triethylamine hydrochloride that ZHP
²³ used in the TEA with sodium nitrite quenching
²⁴ process contained DEA as an impurity when they

Page 309

¹ actually were manufacturing valsartan.
²          Do you agree?  Yes, no, or you have
³ no opinion.
⁴     A.     I cannot agree because we have to
⁵ set the -- set the scope, right?
⁶     Q.     You said, no, you don't agree.
⁷ Okay.
⁸     A.     So this -- this table tells us for
⁹ this particular batch --
¹⁰     Q.     I'm not asking about this table,
¹¹ Doctor, and I don't have unlimited time.  So I
¹² just need you to answer my question.
¹³          I'm asking a very straightforward
¹⁴ question.  Look at me maybe, not at the document
¹⁵ maybe we will -- because you're focused on the
¹⁶ document.  I'm trying to ask you a question not
¹⁷ about the document now.  Okay?
¹⁸          I'm asking about ZHP when they
¹⁹ developed and used the manufacturing process.
²⁰ Okay?
²¹     A.     Uh-huh.  Yes.
²²     Q.     That's the time frame.
²³          During that time, in your opinion,
²⁴ did the triethylamine that was utilized contain

Peng, Lian-Zhe , Ph.D.

Page 310

1 DEA as an impurity already before it was inserted
2 into the manufacturing process?
3         Either your opinion is yes, it was
4 there, no, it wasn't there, or "I don't have an
5 opinion." That's what I'm asking you.
6     A.     So you ask my opinion whether I
7 believe the TEA catalyst they use in their TEA
8 process with quenching contained an impurity DEA,
9 right? So, but you ask me this question today.
10    Q.     Why don't you just answer the
11 question, please, instead of giving me a speech.
12    A.     I really can't because you ask me
13 today. I, of course, know now based on the data
14 they look backward. They showed, yes, there is,
15 but that doesn't really solve the puzzle, right?
16 So they don't know before and they are not -- they
17 are not looking at that time when they develop
18 for --
19    Q.     Doctor, I'm sorry to interrupt you,
20 but I didn't ask you about what they were looking
21 for. I asked if you had an opinion as to whether
22 it was there.
23         You just told me, in your opinion,
24 yes, there was DEA in the triethylamine.

Page 311

1     A.     I --
2     Q.     I didn't ask you about their
3 research. I asked you one question. I don't have
4 unlimited time. So I need you to just answer the
5 questions I'm asking, please.
6     A.     My answer is, when I look at now,
7 yes, they have the TEA in there. But this is
8 looking backward when they actually figure out.
9 They don't know whether they have it. My -- if
10 you want me a yes or no --
11    Q.     I literally didn't ask you if they
12 knew it was there. I asked what your opinion was
13 as to whether it was there. I don't understand
14 why you persist in giving me speeches about things
15 I'm not asking you, sir.
16         Let's go to the next page, page 155.
17         If you go to the middle of the page.
18 Scroll down so we can get the whole middle. Right
19 there, yeah.
20         Looking at the middle of page 155 of
21 this deviation investigation report from ZHP, it
22 says:
23         "The results indicate the presence
24 of DEA in Triethylamine Hydrochloride, and DMA was

Page 312

1 less than the level of detection 45 parts per
2 million."
3         We just looked at that, correct?
4 That's what we just looked at on the prior page?
5         That's what I just showed you.
6     A.     Yes.
7     Q.     Okay. The next sentence says:
8         "However, DMA was detected in one
9 batch of Triethylamine Provided by Zhejiang Jianye
10 Chemicals Company Limited. The result is in Table
11 4-31 as follows."
12         So you can see they have
13 Triethylamine Test Results down below from a
14 different manufacturer.
15         Do you see that?
16    A.     You talk about Table 4 dash?
17    Q.     Table 4-31. It's literally there
18 right there on the screen.
19    A.     Okay.
20    Q.     Do you see that they tested that
21 triethylamine that they purchased from this
22 manufacturer, Zhejiang Jianye Chemicals Company
23 Limited, and they gave the results in that table.
24         You see the results in front of you,

Page 313

1 correct?
2     A.     I do see the table saying for three
3 batches this time, right?
4     Q.     You can see for one batch they
5 actually had 8.2 parts per million of DMA.
6         You see that?
7     A.     Sorry. What was the LOD for this
8 one?
9     Q.     Level of detection. I don't know.
10 I'm sorry.
11         Can you just answer the question,
12 please?
13         My question again is: If you look
14 at the table, it shows the results for testing for
15 DMA and DEA as impurities of the triethylamine
16 from this manufacturer.
17         You see that in front of you,
18 correct?
19    A.     I do see that number. But can I
20 ask? Because the last LOD was 45. I just
21 curious. Because every experiment has errors,
22 right? So --
23    Q.     Don't know. I only know what the
24 report says. This is all I know is what's right

Peng Liao, Ph.D.

Page 314

1  in front of you.
2      A.     Yeah, I can read those numbers.  I'm
3  with you on those numbers.
4      Q.     So it shows that -- it shows in the
5  first batch, which is the last three digits are
6  013, it had DMA of 8.2 parts per million and DEA
7  of 85.3 parts per million.
8          That's documented, right?
9      A.     That is the numbers are correct,
10  but, again, I want to -- if as a scientist --
11     Q.     I'm just asking you if you can see
12  the numbers in front of you.
13         Is that what the numbers say?
14     A.     Yeah, I can see the numbers.
15     Q.     The second batch 014, it said that
16  no DMA was detected.  That's what ND says, not
17  detected.  And it had DEA of 28.6 parts per
18  million.
19         Do you see that?
20     A.     I see the two as you read.
21     Q.     And the third batch 015, for DMA it
22  says ND, not detected, and for DEA 26.1 parts per
23  million.
24         You see that?

Page 315

1      A.     Yes.
2      Q.     Now, my question is this:  Based on
3  the fact that there was DEA impurity in the
4  triethylamine -- well, let me ask you this, first
5  of all.
6          Did you see any indication that
7  anyone at ZHP actually noticed that there was DEA
8  as an impurity of the triethylamine they used in
9  the TEA with sodium nitrite process?
10         My question is:  Of everything you
11  looked at, did anybody at ZHP ever realize that?
12         That's my first question.  Did you
13  see anything to that effect?
14     A.     So you're asking --
15     Q.     That's the question.
16     A.     You're asking the data that we show
17  here in this table --
18     Q.     No, I'm not asking about this data.
19         I'm asking:  Did anybody from ZHP
20  back when they were manufacturing the valsartan
21  with the sodium nitrite with TEA -- rephrase.
22         Back when ZHP was developing and
23  using the TEA with sodium nitrite quenching
24  process --

Page 316

1      A.     Okay.
2      Q.     -- do you see any indication during
3  that time period that anyone at ZHP realized that
4  DEA was an impurity in the triethylamine that they
5  were using?  Yes or no.
6      A.     I cannot comment on that.  I
7  don't -- I don't -- I don't read anything about
8  it.  I didn't see any evidence about that.
9      Q.     You would agree with me that it was
10  well-documented in the literature for somebody who
11  was a chemist who actually was doing a rigorous
12  scientific literature search as part of a risk
13  assessment for a drug manufacturing process, if
14  they looked, they would have been able to find the
15  literature saying that under the conditions of
16  that process, the sodium nitrite and the processes
17  that were happening could potentially nitrosate
18  the DEA and create NDMA.
19         You would agree that that
20  information was out there if they had looked,
21  correct?
22         MR. BERNARDO:  Object to the
23     form of the question.  Compound.
24     Argumentative.

Page 317

1         Go ahead.
2         THE WITNESS:  I disagree.
3  BY MR. SLATER:
4      Q.     Fine.  You disagree.
5         Do you disagree because it's your
6  opinion that unless there's an article that
7  replicates the exact conditions of the process
8  that they intended to use, they don't have to
9  think about it as a potential issue?
10     A.     No, I never said that.
11         I use the general practice of -- of
12  science, right?  So every science has a scope,
13  right?  You cannot just artificially expand your
14  scope of your understanding by saying this or that
15  is for sure, everybody knows.
16         I -- my approach is rely on the
17  reference and what's available.  So I did my
18  search.  I found for -- for the secondary amine
19  reaction, if you know there's a secondary amine,
20  it's documented.  But it's not as common as the
21  expert of the plaintiffs claim.
22         And for the tertiary amine, it's --
23  it's much more complicated.  I didn't know my
24  personally.  I never teach.  I never really do any

Page 318

¹ research before I'm involved in this case.
²        By reading more recent papers
³ discuss about this, I have no clue about this
⁴ reaction. So that's how I form my opinion.
⁵        I mean, these batches as you showing
⁶ here, they shows, yes, these batch when they look
⁷ back, they did find DEAs in their multiple
⁸ batches.
⁹        I just don't see why this will help
¹⁰ them to actually figure out because this
¹¹ everything they did here -- they did here is
¹² backward. We now sitting 2023 talking about this
¹³ happening 2003. 2013. I'm sorry.
¹⁴    Q.    DEA is a secondary amine, right?
¹⁵    A.    DEA is dimethylamine. It is a
¹⁶ secondary amine.
¹⁷    Q.    And it was well-documented in the
¹⁸ literature that a secondary amine could be
¹⁹ nitrosated, correct?
²⁰        MR. BERNARDO: Object to the
²¹    form of the question. Vague.
²² BY MR. SLATER:
²³    Q.    During the entire time they
²⁴ developed and used these processes, it was

Page 319

¹ well-documented in the literature that a secondary
² amine could be nitrosated, correct?
³    A.    As I said --
⁴    Q.    You said that, right?
⁵    A.    I said that secondary amine can be
⁶ nitrosated. It's documented, right, multiple
⁷ times. But I said --
⁸    Q.    That's all I asked you, Doctor. I
⁹ didn't ask for another speech. I asked if it was
¹⁰ well-documented. You agreed. We're fine.
¹¹    A.    No, I said it's documented. I never
¹² said it's well-documented.
¹³    Q.    Okay. It's documented.
¹⁴    A.    Thank you.
¹⁵    Q.    If ZHP had actually done a
¹⁶ literature search, found the literature
¹⁷ documenting that a secondary amine could be
¹⁸ nitrosated, and they had then said, well, since
¹⁹ this could potentially happen in general, let's
²⁰ test for NDMA and they used mass spectrometry,
²¹ they would have been able to find the NDMA.
²²        Is that correct? Yes, no, or you
²³ have no opinion?
²⁴    A.    That --

Page 320

¹        MR. BERNARDO: Wait, Dr. Xue.
²        Object to the form of the
³    question. Asked and answered. Assumes
⁴    facts. Vague. Compound.
⁵        Go on.
⁶        THE WITNESS: That's not
⁷    correct.
⁸ BY MR. SLATER:
⁹    Q.    Okay. What this --
¹⁰    A.    You have a lot of hypothetic
¹¹ situation added in there. I cannot really answer
¹² question with so many hypothesis. I already state
¹³ my opinion clearly about these two situations.
¹⁴        MR. SLATER: Okay. Let's --
¹⁵    let's look at this, too. Just -- let's
¹⁶    go to the next document.
¹⁷        (Document marked for
¹⁸    identification as Xue Exhibit 13.)
¹⁹        THE WITNESS: Now is this 14,
²⁰    12 or 13?
²¹        MR. SLATER: What number is
²²    this? 13.
²³        THE WITNESS: Hold on. I'm
²⁴    still loading. I only see 12.

Page 321

¹ BY MR. SLATER:
²    Q.    It's only one page. It's the page
³ on the screen. That's the whole exhibit.
⁴    A.    Yeah, I can see the page on the
⁵ screen.
⁶    Q.    All right. Just what we did is, we
⁷ found on the Internet this Certificate of Analysis
⁸ from the same company that was discussed in that
⁹ Table 4.31 we just went through, and you can see
¹⁰ it's dated November 25, 2012 just above the table.
¹¹        And you can see that it shows the
¹² triethylamine analysis showed that there was
¹³ diethylamine in that product.
¹⁴        Do you see that?
¹⁵    A.    So I never see this document before.
¹⁶    Q.    Do you see that it shows that there
¹⁷ was diethylamine noted in the Certificate of
¹⁸ Analysis for the triethylamine sold by this
¹⁹ manufacturer?
²⁰        I'm literally just asking you do you
²¹ see that it documented the presence of
²² diethylamine.
²³    A.    I saw this. So there's entry.
²⁴ Because I have to -- because I never seen it

Peng, Tao Xue , Ph.D.

Page 322

¹ before, I need to understand what this document
² is, right? I think that that's reasonable, right?
³        So -- so there is an entry talk
⁴ about diethylamine.
⁵        So what "WT" stand for?
⁶     Q.    I'm guessing percentage by weight,
⁷ but you're the scientist. I'm the guy who failed
⁸ those science classes.
⁹     A.    Well, yeah. So I think that that's
¹⁰ a number that I need to know what -- what that
¹¹ means.
¹²     Q.    Okay.
¹³     A.    I think that's a good guess, but I
¹⁴ really don't know what that is.
¹⁵     Q.    Okay. Does that prevent you from
¹⁶ saying that you can see that --
¹⁷     A.    No. No.
¹⁸     Q.    -- triethylamine they found that
¹⁹ there was diethylamine in the triethylamine?
²⁰     It's there, right? You see it on
²¹ the page, right?
²²     A.    Well, because --
²³     Q.    Doctor, do you see it on the page?
²⁴        I'm not asking for an explanation

Page 323

¹ for all the reasons that you want to tell me it
² doesn't matter. It's a simple question. So I'll
³ try it cleanly.
⁴        On this Certificate of Analysis
⁵ dated November 25, 2012, for the chemical company
⁶ that was discussed in the deviation investigation
⁷ report in Table 4.31, you can see that it
⁸ documents the presence of diethylamine.
⁹        You see that, right?
¹⁰        MR. BERNARDO: Objection.
¹¹ Form.
¹²        THE WITNESS: I see
¹³     diethylamine there. I'm sorry.
¹⁴ BY MR. SLATER:
¹⁵     Q.    Did you ever ask anybody to
¹⁶ give you any Certificate of Analysis from any of
¹⁷ the suppliers or manufacturers for the DMF or
¹⁸ triethylamine that was used in the manufacturing
¹⁹ processes for valsartan?
²⁰        Did you ask for those documents?
²¹ That's all I'm asking you.
²²     A.    Can you repeat again? Because your
²³ sentence very long. I got lost in the middle.
²⁴     Q.    Did you ask the lawyers who hired

Page 324

¹ you to give you any Certificate of Analysis that
² they had for the DMF or the triethylamine that was
³ used by ZHP?
⁴     A.    Well, early on I said --
⁵     Q.    Doctor, it's a simple question.
⁶        Did you ask for a Certificate of
⁷ Analysis from the lawyers or not?
⁸     A.    I didn't -- I didn't ask for those.
⁹     Q.    All right. Did you see any?
¹⁰     A.    Sorry. You're -- you're freezing
¹¹ for a second.
¹²     Q.    Did you see any?
¹³     A.    What? What? Any of what?
¹⁴     Q.    Did you see any Certificate of
¹⁵ Analysis for the DMF or triethylamine used by ZHP?
¹⁶ Yes or no.
¹⁷     A.    I don't remember seeing any.
¹⁸     Q.    Okay. Take that down.
¹⁹        Now what we're going to do is, we're
²⁰ going to go to some pages within the DMF, the drug
²¹ master file that was filed with the FDA, and it's
²² the section on impurities. The module on
²³ impurities.
²⁴        And we're going to go to page --

Page 325

¹     A.    Hold on. We talk about a new
² exhibit -- exhibit like 14?
³     Q.    We're going to go to page 100 and --
⁴     A.    I'm not seeing that yet in my
⁵ folder.
⁶     Q.    It's just not there yet, Doctor.
⁷     A.    Okay. I'm sorry.
⁸     Q.    Chris is doing it right now.
⁹     A.    Thank you for reminding me.
¹⁰     Q.    No problem.
¹¹        Let's go to page 147 of 172 first.
¹²     A.    Please give me a second because I'm
¹³ still refreshing.
¹⁴     Q.    It's okay. I'm just letting him
¹⁵ know where he's going. No problem.
¹⁶        (Document marked for
¹⁷     identification as Xue Exhibit 14.)
¹⁸ BY MR. SLATER:
¹⁹     Q.    I'm looking at page 147 of 172. It
²⁰ says "Discussion about Genotoxicity."
²¹        Do you see that?
²²     A.    Hold on. Give me a second. I'm
²³ still loading and trying to open this.
²⁴        You said 147?

Peng, Chang-Xue , Ph.D.

Page 326

1    Q.    It's on the screen, Doctor.
2    A.    Yeah, yeah.  Because can you --
3          MR. SLATER:  Help me out,
4    Rich, please.
5          MR. BERNARDO:  He's entitled
6    to take a look at the document, not the
7    page that you have on the screen, Adam.
8          MR. SLATER:  Okay.  Well,
9    that's okay.  We're going to have to
10   start talking about time issues if we get
11   into them because this has been very,
12   very difficult.
13         THE WITNESS:  Yes, I can see
14   this page now.
15   BY MR. SLATER:
16   Q.    Great.
17         This is the section with a
18   "Discussion about Genotoxicity."
19         Let's now go to the next page, 148
20   of 172.  It says "Discussion on Impurities" at the
21   top of the page.  And then it has -- it says
22   "Organic impurities."
23         "All the potential organic
24   impurities are demonstrated in Valsartan listed as

Page 327

1    follows."
2          Do you see that?
3    A.    Yes.  At the table, right?
4    Q.    Okay.  And then let's go to the
5    bottom of the table to the language there.  And in
6    the last paragraph, it says:
7          "Regarding the impurity D through J
8    and hydrolysis product, there is not any high
9    potency genotoxic group, such as, aflatoxin-like-,
10   N-nitroso-, and azoxy-compound has been included
11   in these impurities.  And these impurities are
12   demonstrated absence in the drug substance and
13   controlled within the any unknown impurity of NMT
14   0.10% in the final product.  These impurities are
15   no genotoxic risk in Valsartan."
16         Do you see what I just read?
17   A.    Sorry.  There's airplane noise.  Can
18   you guys hear the noise?
19   Q.    Do you see the last paragraph on the
20   page I just read?
21   A.    I do see the last paragraph, but I
22   didn't quite follow your -- your -- your reading
23   because the noise outside.  I can read that
24   paragraph myself, though.

Page 328

1    Q.    It says in part that there's no high
2    potency genotoxic group, such as aflatoxin-like-,
3    N-nitroso-, and azoxy-compound in impurities for
4    the zinc chloride valsartan.
5          Do you see that?
6          MR. BERNARDO:  Object to the
7    form of the question and the
8    characterization of what the document
9    says.
10   BY MR. SLATER:
11   Q.    You see what I just read, right?
12   A.    I saw what you just read.
13   Q.    Okay.  That was an untrue statement
14   because there was actually NDMA in the valsartan
15   manufactured with the zinc chloride process,
16   right?
17         MR. BERNARDO:  Object to the
18   form of the question.
19         THE WITNESS:  I need to read
20   the -- this table a little bit because I
21   don't remember seeing this.
22   BY MR. SLATER:
23   Q.    Doctor, it's a very simple question.
24         When they -- when ZHP represented

Page 329

1    that there were no N-nitroso-compounds, it was --
2    that was not accurate because there was NDMA in
3    the valsartan produced with the zinc chloride
4    process, correct?
5          MR. BERNARDO:  Object to the
6    form of the question and how you just
7    mischaracterized the document.  And he
8    asked to read it to see what the other
9    reference was referring to.  So give him
10   a minute to see that.
11   BY MR. SLATER:
12   Q.    Take a look.
13   A.    (Reviews document.)
14         So this document is very big.  I
15   recall when I first load the document, there's
16   some structures.  I want to see the structure of
17   the drugs.  Are they anywhere in the document?
18   Q.    Doctor, I asked you a specific
19   question.
20         Are you now looking to find out if
21   they disclosed the presence of NDMA?  I mean --
22   A.    No, no, no.
23   Q.    -- a different copy?
24   A.    I'm asking because they talk about

Peng, Cai-Que, Ph.D.

Page 330

1 this structure G, H, and all the --
2    Q.    It's right above.  It's on the same
3 page directly above the language.  It's that table
4 right above it.
5         MR. SLATER:  Scroll down a
6    little so he can see it.
7         THE WITNESS:  Yeah, I -- I --
8         MR. SLATER:  Chris, please.
9         THE WITNESS:  What the page
10    number again for this?  I went back to
11    the first page.  I need to go back.
12 BY MR. SLATER:
13    Q.    Right there in front of you on the
14 screen.  148.  That's literally the table that's
15 being referred to.
16    A.    148.  I'm -- okay.  So I'm on 148.
17       So the reading of this second
18 paragraph that you just read to me regarding to
19 the impurity D through J, N is hydrolysis
20 products, okay?  Those -- those compounds.
21       All right.  So what they describe is
22 these compound structure doesn't actually has any
23 of those listed functionalities including nitroso
24 was in the structure, right?

Page 331

1       So, and, therefore, they are not --
2 they are not qualified as high, you know, toxic
3 compound because they don't have any of those
4 three structures -- groups.  And because of that,
5 they are saying they are not quantified --
6 qualified as high potency genotoxic groups.
7       And then they say these impurities
8 are -- are -- their -- their presence is actually
9 within the controlled NMT -- I don't know what NMT
10 stands for -- but within the controlled relation.
11 Therefore, they say there's no genotoxic risk.
12       I don't -- I don't see if there's
13 any problem because they -- these structures, as I
14 saw on the first page of the document, they have
15 none of this containing these listed
16 functionalities.  Therefore, they are not high
17 risk and presumably the non-high risk compound has
18 a limit of .10 percent.
19       Now, they are all okay.  That's what
20 they talk about here.
21    Q.    All right.  Did they -- did ZHP do
22 any testing for NDMA or NDEA, or any other
23 nitrosamine that you've seen, for the valsartan
24 manufacture with the zinc chloride process at any

Page 332

1 time before 2018 testing?
2    A.    Before 2018, I didn't see any
3 evidence.  Because they -- as my opinion, they
4 don't have any clue and they don't have any reason
5 to test.  But after, yes, we believe especially at
6 the end of the day, they have the root cause
7 analysis to see what is the possible reason.  They
8 raise hypothesis.
9    Q.    Okay.  We're going to take that
10 down.
11       You talked in your report about the
12 July 27, 2007 e-mail sent by Jinsheng Lin to Min
13 Li and others.
14       Do you recall writing about that in
15 your report?
16    A.    I -- I do.
17    Q.    All right.  Did you read Min Li's
18 testimony in his deposition where he talked about
19 what the e-mail said?
20    A.    Well, I -- I read depositions from
21 multiple people.  I definitely read Min Li's
22 deposition, but I don't know whether I read every
23 single line of that.
24       By the way, are you -- are you going

Page 333

1 to sent out another file which I don't see?
2    Q.    I don't know.  I haven't decided
3 yet.
4    A.    Oh, okay.
5    Q.    Not sure.
6       Did you read Min Li's testimony
7 where he testified to what the e-mail said?
8         MR. BERNARDO:  Object to the
9    form of the question.  Asked and
10    answered.
11         THE WITNESS:  As I said, if
12    you, you know, if you have a document,
13    I'd like to see it because then we both
14    are clear what we talk about here.
15 BY MR. SLATER:
16    Q.    I'm talking about the deposition of
17 Min Li.
18    A.    Right.
19    Q.    Did you read the part where he told
20 us under oath, speaking for ZHP as a corporate
21 representative, what the e-mail said?
22         MR. BERNARDO:  Object to the
23    form of the question.  If there's a
24    portion of the testimony you're asking if

Pengfican Zue , Ph.D.

Page 334

1    he's read, it would be helpful to show
2    him.
3            THE WITNESS:  I -- I read
4        from Min Li's testimony, but I really
5        don't know what line or what section you
6        refer to. It's hard for me to -- to
7        actually speculate.
8    BY MR. SLATER:
9        Q.    I'm looking at your report.  Why
10   don't we look at your report.  You have your hard
11   copy of your report right there.  Let's go to page
12   54.
13           You see your report page 54?  You
14   have that in front of you?
15       A.    Yes.
16       Q.    Okay.  And right in the middle of
17   the page Section VII, you say in the first
18   sentence that:
19           "Plaintiffs' experts assert that, in
20   an e-mail dated July 27, 2017, ZHP employee
21   Jinsheng Lin 'acknowledged the impurity he was
22   investigating [in crude irbesartan] was very
23   likely an 'N-NO compound' which 'is similar to the
24   N-nitrosodimethylamine that occurs in valsartan

Page 335

1    when quenched with sodium nitrite.'"
2            Do you see that?
3        A.    I saw that quote.
4        Q.    And did you read the actual e-mail?
5        A.    I -- I -- I read the e-mail.  I
6    would -- I think the e-mail if you -- the e-mail
7    was in both Chinese and then English like a
8    version.
9            Yeah, I remember reading the e-mail.
10       Q.    Okay.  And you say in your report on
11   page 55:
12           "Mr. Lin's e-mail is written in
13   Chinese, my native language."
14           So then you say:
15           "Based on my understanding of
16   Chinese and my expertise as a chemist" and then
17   you go on.
18           So the question I want to ask you
19   is:  In terms of your interpretation of the
20   e-mail, you're relying on your reading of the
21   document in Chinese and your expertise as a
22   chemist in order to interpret it, correct?
23       A.    Well, not just that.  I also
24   considered the translate -- translates I got from

Page 336

1    the counsel.
2        Q.    Did you also consider Min Li's
3    testimony as to what the e-mail actually said when
4    he was deposed under oath as a corporate
5    representative speaking for ZHP?
6        MR. BERNARDO:  Object to the
7        form of the question.  Vague.
8            THE WITNESS:  So, yeah.  So
9        it's better that you highlight what he
10       said.  I remember reading his
11       testimonies, but I don't know what
12       section you refer to.
13   BY MR. SLATER:
14       Q.    Well, you didn't actually --
15   rephrase.  Hang on.
16           You actually didn't talk in your --
17   rephrase.
18           You didn't actually quote what
19   Dr. Li said in his testimony, right?  That's not
20   quoted in your report, right?
21       A.    I didn't.
22       Q.    When you interpreted what the e-mail
23   said, did you rely on your own reading of the
24   e-mail, or did you rely on Dr. Li's reading of the

Page 337

1    e-mail which he testified to under oath on behalf
2    of ZHP?
3        MR. BERNARDO:  Object to the
4        form of the question.  Vague.
5            THE WITNESS:  I mean, for
6        this e-mail, I read in different format,
7        right?  They all be kind of different.
8        And then I -- what I read, truthfully,
9        what I did is, I went in to see what the
10       whole article -- what the whole document
11       was really talk about in science.
12           Because I, you know, I'm an
13       organic chemist.  I want to learn because
14       there are confusions.  I have to admit
15       there are confusions for me.  I don't
16       really understand some part of this in
17       detail.
18           So I just went in as a
19       scientist to see what the science told
20       me.  And then I also, you know, I
21       remember that e-mail also had -- had a --
22       had an attachment in there.
23           I -- I specifically asked the
24       counsel to provide that attachment to me.

Pengiciao Xue, Ph.D.

Page 338

1    I also read that attachment.  I
2    believe -- I might be wrong in this.  But
3    I believe the attachment only -- I don't
4    remember reading in Chinese.  Probably I
5    only read English.  I might be wrong on
6    that.
7            But, anyway, so my -- my -- my
8    -- my opinion was formed solely just
9    based on my understanding of the
10   chemistry of the two full document
11   together to reach to the conclusion.
12           I don't remember quoting
13   anybody because I, you know, I don't want
14   to kind on anybody side.  I just want to
15   see what the science taught me about.
16   BY MR. SLATER:
17       Q.    Were you aware when you formed your
18   opinion about what the e-mail said and meant that
19   Dr. Li's testimony as a corporate representative
20   of ZHP was binding on ZHP?
21           MR. BERNARDO:  Object to form.
22   BY MR. SLATER:
23       Q.    Were you aware of that?
24           MR. BERNARDO:  Object to the

Page 339

1    form of the question.  Legal conclusion.
2    And still vague as to the reference to
3    the testimony.
4            THE WITNESS:  Well, I can only
5    say when I -- when I --
6    BY MR. SLATER:
7        Q.    I just want to know if you knew that
8    Dr. Li's testimony was binding on ZHP.  All of his
9    testimony -- because he testified as a corporate
10   representative -- that it was binding, and he was
11   speaking for the company.
12           Did you know that?
13           MR. BERNARDO:  Object to the
14   form of the question.  It's a legal
15   conclusion.  Dr. Xue is, as we know, not
16   a lawyer and --
17           MR. SLATER:  I'm asking if
18   anyone told him that.  I didn't ask if he
19   agrees.  So I'm not sure what the
20   objection is.
21   BY MR. SLATER:
22       Q.    Can you answer, Doctor?  Did anyone
23   ever tell you that?
24           MR. BERNARDO:  You concluded

Page 340

1    that it is binding, which is legal.
2            MR. SLATER:  Do you want to
3    take the position that your corporate
4    representative's testimony is not binding
5    on your client?  I guess you can kind of
6    float that one when we get to court.
7            MR. BERNARDO:  I want to take
8    the position that it's inappropriate to
9    ask a legal conclusion about binding form
10   of testimony.
11           MR. SLATER:  Okay.  You made
12   your objection.  You got your objection.
13   BY MR. SLATER:
14       Q.    Doctor, were you aware -- rephrase.
15           Did anybody ever inform you that Min
16   Li testified for ZHP as a representative and his
17   testimony was binding on ZHP when you were making
18   choices as to which version of what the e-mail
19   said you should rely on?
20           I just want to know if you knew
21   that.
22           MR. BERNARDO:  Object to the
23   form of the question.  Vague.  Calls for
24   legal conclusion.

Page 341

1    BY MR. SLATER:
2        Q.    It's a yes or no.  Did anyone tell
3    you that?
4        A.    I -- I don't remember anybody told
5    me that.
6        Q.    Okay.
7        A.    But I...
8        Q.    Did anybody ever give you the typed
9    transcription in English that ZHP presented to the
10   court as their official transcription of the
11   e-mail?
12           MR. BERNARDO:  Object to the
13   form.
14   BY MR. SLATER:
15       Q.    Translation I should say.
16           MR. BERNARDO:  Object.
17   BY MR. SLATER:
18       Q.    Let me ask it again.
19           Did anybody ever give you the
20   translation that ZHP produced to the court as a
21   true and accurate copy of an English language
22   translation of the July 27, 2017 e-mail, which ZHP
23   presented to the court?  Did you ever get that
24   translation?

Pengcian Xue , Ph.D.

Page 342

1    MR. BERNARDO: Object to the
2  form of the question and the
3  characterization of it. Document.
4  Assumes facts.
5    THE WITNESS: Well, as I said
6  just now, right? This I -- I read.
7  Honestly, I never ask what translate
8  those are, but I was -- I read two
9  translate along with original Chinese.
10    I told you just now. I was
11  confused for many points. The translate
12  help a little bit but not really much.
13    So I solely -- as I said, I
14  solely just rely on my expertise of the
15  organic chemistry, which I'm here for,
16  right?
17    So I understand what the
18  author of the e-mail was trying to do
19  through -- throughout his own, the full
20  -- the full document and along with the
21  attachment was what was put in there.
22    So to answer your question, I
23  don't know exactly which one you talk
24  about. Which one. Trying to say what, I

Page 343

1  don't know that.
2    Are you -- are you adding a
3  new file to my folder?
4    (Audio malfunction.)
5    (Document marked for
6  identification as Xue Exhibit 15.)
7    MR. SLATER: All right. I
8  think I just said a whole bunch of stuff
9  and no one heard it.
10    MR. BERNARDO: That is
11  correct. If you said anything, nobody
12  heard it.
13    MR. SLATER: Which is probably
14  ideal.
15    Chris, can you go back to the
16  certification? To the paragraph K, or
17  paragraph whatever that was, 13.
18  BY MR. SLATER:
19    Q.   All right. Looking at paragraph 13
20  of Seth Goldberg's declaration, which is dated
21  May 14, 2021, you see paragraph 13 which says:
22    "A true and correct copy of an
23  English language translation of an e-mail dated
24  July 27, 2017, authored by ZHP employee Jinsheng

Page 344

1  Lin" then there's a Bates number "is attached to
2  this Declaration as Exhibit K."
3    MR. BERNARDO: Object to the
4  form of the question. Object to asking
5  this witness about a legal document.
6    MR. SLATER: I'm literally
7  just showing him where it came from,
8  Rich.
9    MR. BERNARDO: May I finish my
10  objection and you can ask whatever you
11  want.
12    Object on the grounds of
13  foundation.
14    Go ahead, Doctor.
15    MR. SLATER: You're objecting
16  on the grounds of foundation? What's
17  that? Tell me that one so I understand
18  how to ask a better foundation question
19  when I literally just showed him the
20  declaration and the paragraph identifying
21  the exhibit. Tell me what the issue with
22  foundation is so I can fix my question.
23    MR. BERNARDO: Whether this
24  witness has even seen this document.

Page 345

1    MR. SLATER: That's not a
2  legitimate --
3    MR. BERNARDO: Or whether he
4  knows what it is.
5    MR. SLATER: That's not a
6  legitimate objection.
7    MR. BERNARDO: I disagree.
8    Go ahead.
9    MR. SLATER: Okay. Whether
10  he's seen it is a foundation objection?
11  Haven't even asked him that.
12    All right. I'm going to move
13  along. I'm confident in this question.
14  BY MR. SLATER:
15    Q.   So now I'm going to show you Exhibit
16  K, okay, Dr. Xue? Exhibit K -- let's go to the
17  document -- is right there on the screen. And at
18  the top it says:
19    "Bulletin on the preliminary
20  findings about produced unknown impurities in
21  quenching sodium azide for the crude irbesartan."
22    Do you see that?
23    A.   Can you make this -- make this
24  bigger?

Pengcian Xue , Ph.D.

Page 346

1    Yeah, I -- as I said, I read.
2    Q.    It's right there on the screen.
3    A.    Yeah.
4    Q.    Do you see?  Do you see the e-mail?
5    A.    I read -- this is translate, not
6 original e-mail, right?  So I saw --
7    Q.    Have you seen this translation?
8    That's -- let me start with a new
9 question.
10    Have you seen this translation?
11    A.    It's really hard for me to answer
12 this question because I, you know, I read so many
13 things, and this for this particular document, I
14 know for sure I read more than one English
15 translate.  I have to kind of read through to see
16 whether I saw this.
17    Q.    Doctor, fine.  You're not sure if
18 this is the translation you saw.
19    Let's go to page 2, and at the top
20 of page 2, it says:
21    "Through the secondary mass
22 spectrometry analysis, it can be inferred that the
23 additional NO substituent is in the cyclic
24 compound fragment part, and it is probably that it

Page 347

1 is the N-NO compound."
2    I want to stop there.
3    You see what I just read, that first
4 part of the sentence at the top of the page?
5    A.    I -- I saw what you read.
6    Q.    Okay.  So you can see they refer to
7 the fact that they used mass spectrometry, right?
8    MR. BERNARDO:  Object to the
9    form of the question.  Vague.
10 BY MR. SLATER:
11    Q.    I'll ask the question again.
12    You see that Dr. Lin who wrote the
13 e-mail refers to a mass spectrometry analysis?
14 You see that, right?
15    A.    I saw, yes.
16    Q.    Now, going back to where I left off.
17 After it talks about what they were seeing in the
18 irbesartan that they were working on, it says:
19    "Similar to the
20 N-nitrosodimethylamine group produced by the
21 quenching of valsartan with sodium nitrite, its
22 structure is very toxic, and its possible
23 production pathways are as follows."
24    Okay.  I want to stop there.

Page 348

1    Do you see what I just read?
2    Do you see what I just read?
3    A.    (Reviews document.)
4    Q.    Doctor, are you there?
5    A.    That's the first paragraph still,
6 right?
7    Q.    Yeah, it's the first paragraph.
8    A.    Yes, it is what you just read, but
9 this is one --
10    Q.    Doctor, that's what I asked you.
11    Do you see what I just read?
12    A.    Yes.
13    Q.    So in this translation provided by
14 ZHP, in part Dr. Lin pointed out that there is an
15 N-nitrosodimethylamine group produced by the
16 quenching of valsartan with sodium nitrite.
17    That's what it says on the paper,
18 correct?
19    MR. BERNARDO:  Object to the
20    form of the question.
21 BY MR. SLATER:
22    Q.    That's what the words on the page
23 say, correct?
24    A.    I -- I --

Page 349

1    Q.    Is that what the words on the page
2 say?
3    A.    Honestly, I don't think.
4    Q.    You don't think.
5    Is that what words on the page say,
6 Doctor?
7    A.    But this is not my approach.  I'm
8 here to offer --
9    Q.    Doctor, I'm not asking your
10 approach.  I'm taking -- I'm taking this
11 deposition.  You filibustered me for like half the
12 deposition.
13    MR. BERNARDO:  Okay.  Let's --
14 BY MR. SLATER:
15    Q.    I'm not really that bitter about it
16 because it's Friday so we're all happy people, but
17 I asked you a very simple question.
18    Do you see the words on the page
19 showed what I just showed you?
20    MR. BERNARDO:  Object to the
21    form of the question.  Object to the
22    argumentative nature of the question.
23    Dr. Xue, he's just asking you
24    to agree or disagree that he read that

Page 350

1  properly from what's on the page.
2       THE WITNESS:  Sorry, Rich.
3  Can you repeat what you said?  Because
4  you were just -- I didn't hear any
5  basically.
6       MR. BERNARDO:  Dr. Xue, he's
7  just asking you if you agree that he read
8  what's on the page correctly.
9       THE WITNESS:  Oh, by reading,
10  yes, I don't have any problem with the
11  reading part.
12  BY MR. SLATER:
13  Q.    So in this e-mail, according to the
14  translation from ZHP, Dr. Lin pointed out that
15  there's NDMA in valsartan and it's produced by the
16  quenching of valsartan with sodium nitrite.
17       That's what that phrase says,
18  correct?
19       MR. BERNARDO:  Object to the
20  form of the question.  Assumes facts.
21       Go ahead, Dr. Xue.
22  BY MR. SLATER:
23  Q.    That's what it says, right?
24  A.    That's -- that's one form of the

Page 351

1  translation, right?  So if you look at other
2  translation, they are different forms.  And plus,
3  even if just this -- this form of translation,
4  right, that -- that N-nitrosodimethylamine group
5  is not talk about NDMA.  It talk about a group
6  that is similar to NDMA.
7       So what I really trying to say is,
8  you know, if you put up one thing and to say
9  whether this is read correct or this or that, I
10  don't think that's a complete understanding of
11  what the e-mail is.
12       And point out.  When I read this, I
13  first read in Chinese.  I found there are puzzles
14  I cannot read and understand, and then I went
15  through the science.
16       I went through all the translate
17  that provide to me, too.  That explains some, but
18  really not help me to -- to grab the whole
19  information.
20       I mean, I'm here as an organic
21  chemist, right, trying to offer my opinion with a
22  neutral way, but I don't think it's right that
23  when you have multiple of these translate, you
24  point one to say, is this word correct or not?

Page 352

1       I mean, I -- I speak Chinese, right?
2  So it's Chinese sometimes -- how to say this?
3  It's not -- it's not like you can word to word
4  translate things and say, oh, this must be
5  accurate, right?
6       I didn't ask, but I assume
7  everything provided to me, they are not just
8  random translate.  They are -- they are -- they
9  must be some, you know, certified translate and
10  then provide that to me, right?
11       So everybody's translate has some
12  value there.  I can't answer this particular one
13  at all.  I'm not saying that or any other ones I
14  saw.
15       So what I really, my portion, I
16  mention that, right?  I went to the science.  They
17  talk about irbesartan, right?  That clearly show
18  in their theme, they talk about reaction happened
19  on irbesartan.  And then, too, as example to show
20  this might be a common, common, possible common
21  reaction.
22       He also in his attachment showed
23  this particular reaction also happen on the drug
24  molecule.  In this case, it's a deoscillated

Page 353

1  irbesartan -- sorry -- valsartan.
2       The common theme as I show in -- see
3  there in my report carefully I say, okay, so this
4  is what he actually really mean to show.  There's
5  a reaction definite on this reactive nitrogen on
6  this particular drug, irbesartan, and also this
7  can be a general or a common theme when you have a
8  similar reactive, a group of nitrogen atom on
9  deoscillated valsartan and that can be actually
10  parallel.
11       He -- I honestly I have no clue how
12  he actually hypothesized these things are highly
13  toxic.  That's where -- where my puzzle come from.
14  I don't know.  I mean, I respect everybody, but
15  this person, this Dr. Jinsheng Li, I don't see he
16  show any evidence to me showing either one of
17  these compound are highly toxic.
18       Because, you know, you cannot assume
19  nitroso-compound are highly toxic.  He put in
20  there.  That confuse me a lot.
21       But I can only say my point or my
22  conclusion or my opinion is, he's talked about
23  irrelevant reaction, and that reaction can be a
24  common theme as he warn his boss or, you know.

Page 354

1    Yeah.  So in the e-mail say, okay,
2  look, there might be something we pay attention.
3  That's all I learn from -- from -- from the whole
4  thing.
5    I really don't want to get involved
6  in this, like, look at this particular one
7  translate, tell me if this is correct.
8    Yes, I'm Chinese.
9    Q.    Doctor, are you just going to talk
10  until my time is up?  I mean, is that what you're
11  trying to do?
12    A.    I'm trying to help.  I really
13  offered --
14    Q.    You're not helping.  You're not
15  helping.  You're not -- you're not anywhere close
16  to helping.  With all due respect, I don't know
17  what you're doing.
18    You're talking about -- you're like
19  off in all different places.  I don't even know
20  what you're talking about.  I'm just being really
21  honest.  I don't know what you're doing.
22    A.    Well, I --
23    MR. BERNARDO:  Dr. Xue.
24  BY MR. SLATER:

Page 355

1    Q.    I don't even know what you're
2  talking about anymore, Doctor.  I'm totally
3  baffled.  You've baffled me.
4    MR. BERNARDO:  It's late on a
5    Friday afternoon.  Let's just, Dr. Xue --
6    MR. SLATER:  I'm laughing.  I
7    mean, I'm actually smiling.  I'm not
8    yelling at him.
9    MR. BERNARDO:  I know.  Adam,
10    I'm not accusing you of yelling.
11    MR. SLATER:  I think I'm being
12    a pretty good sport under the
13    circumstances.
14    MR. BERNARDO:  Dr. Xue, just
15    please listen to Mr. Slater's questions
16    and try and answer them as best you can.
17    I know it's late.  I know you're not
18    feeling well.
19    Adam.
20  BY MR. SLATER:
21    Q.    Okay.  Dr. Xue, it was a true
22  statement when Dr. Lin said it that
23  N-nitrosodimethylamine was produced by the
24  quenching of valsartan with sodium nitrite.

Page 356

1    That's a true statement with regard
2  to the zinc chloride process, right?
3    MR. BERNARDO:  Object to the
4    form of the question.  Assumes facts.
5  BY MR. SLATER:
6    Q.    It's a true statement, right?
7    You already told me that's --
8  that's -- that's how it was caused.  That's the
9  point when the NDMA was created during the
10  quenching, right?
11    A.    No, I didn't.
12    Q.    Yes or no.
13    A.    I didn't.
14    Q.    Hold on.  Stop.  Stop.  You
15  disagree.
16    So now your opinion is that the NDMA
17  in the zinc chloride process didn't form during
18  the quenching process.
19    Is that now -- you're now -- you
20  don't agree with that?  Yes or no.
21    A.    Sorry.  I'm laughing.
22    Q.    There's no more speeches, Doctor.
23  The speech part of the day is over.  So you're
24  going to give direct answers, please.

Page 357

1    A.    All right.
2    Q.    It's a very simple question.
3    Do you agree or disagree that the
4  NDMA formed in the zinc chloride process during
5  the sodium nitrite quenching step?
6    A.    After 2018 when the whole thing
7  start to show, everybody including myself learned
8  NDMA can form during this process.
9    Q.    Thank you.
10    A.    I never talk about this.
11    Q.    So --
12    A.    But now we look at the e-mail was
13  prior to that.
14    Q.    Doctor, you got to --
15    MR. SLATER:  Rich, I'm not
16    going to let him do this.
17    MR. BERNARDO:  Dr. Xue.
18    Dr. Xue.
19    MR. SLATER:  I'm not going to
20    let him do this anymore.
21    MR. BERNARDO:  Okay.  Adam,
22    can we just take a brief break and I'll
23    see if I can --
24    MR. SLATER:  I mean, I'd

Page 358

1  rather not do it in the middle of going
2  through this e-mail segment.
3        MR. BERNARDO:  Yeah, I know.
4  Further --
5        MR. SLATER:  I really wanted
6  to.  You could tell him on the record to
7  stop giving speeches and just answer my
8  questions.
9        MR. BERNARDO:  I'm not going
10 to say.
11        Dr. Xue, I know it's late.
12 Just please listen to Mr. Slater's
13 questions.  If there's more to add, I'm
14 permitted to ask you after Mr. Slater is
15 done and you can add it then.
16        So, please, just answer
17 Mr. Slater's questions.  I know this is
18 confusing with the translations and it's
19 late.
20 BY MR. SLATER:
21    Q.    All right.  Let's be very clear.
22        In the zinc chloride process --
23    A.    Right.
24    Q.    -- do you agree that the NDMA formed

Page 359

1  when the quenching occurred with the sodium
2  nitrite?  Is that when the NDMA formed?
3    A.    Now, yes, everybody learn.
4    Q.    Okay.  In July of 2017, that's what
5  Dr. Lin said in this e-mail -- it's right there in
6  front of you -- that the NDMA produced by the
7  quenching of valsartan with sodium nitrite.  He
8  said that in 2017.
9        You see that right in front of you,
10 correct?
11        MR. BERNARDO:  Object to the
12    form of the question.  Assumes facts.
13    Asked and answered.  Mischaracterizes his
14    prior testimony about that sentence.
15        THE WITNESS:  I disagree.
16    Because as I said, you know, this is one
17    form of the translate.  And even the
18    original Chinese when I read, I was
19    confused.
20        I -- I read more than this.  I
21    don't know.  This might be one of the two
22    that I read.  This might be the third one
23    that I read.  I -- I cannot remember
24    exactly, but I cannot just look at one

Page 360

1  translate, word by word translate to say
2  this is about NDMA, right?
3        So I remember clearly there's
4  one translate.  They have a different
5  translate there as well.
6 BY MR. SLATER:
7    Q.    How many translations did you see?
8    A.    Well, I honestly don't remember.  I
9  think two.
10    Q.    Was this one?
11    A.    I don't know it's one of the two.  I
12 -- I don't remember.
13    Q.    Okay.  Now, let's scroll down to the
14 bottom half.  Underneath the little diagrams, the
15 second paragraph.  It says in the second sentence
16 of the second paragraph down there:
17        "This is a common problem in the
18 production and synthesis of sartan API."
19        Do you see that?
20        MR. BERNARDO:  Object to the
21    form of the question.  Same objection
22    with respect to the use of this document.
23 BY MR. SLATER:
24    Q.    Do you see the sentence I just read?

Page 361

1    A.    By reading, yes.
2    Q.    So according to this e-mail as
3  translated by ZHP, Dr. Lin advised in the e-mail
4  that this problem with the creation of
5  N-nitrosodimethylamine group due to quenching of
6  Valsartan with sodium nitrite is a common problem
7  in the production and synthesis of sartan API,
8  correct?
9        MR. BERNARDO:  Object to the
10    form of the question.
11 BY MR. SLATER:
12    Q.    That's what the e-mail says, right?
13        MR. BERNARDO:  Object to the
14    form of the question.  The
15    characterization of the document.  It
16    assumes facts.
17        Go ahead, Dr. Xue.
18        THE WITNESS:  I disagree as
19    I --
20 BY MR. SLATER:
21    Q.    Fine.  You disagree.
22        Based on your interpretation, right?
23    A.    Based on my understanding of the
24 whole article -- the whole e-mail with the

Page 362

1  attachment.
2      Q.    Which includes your own
3  interpretation and translation of the e-mail based
4  on your reading of the Chinese language, right?
5      A.    Based on my reading of everything,
6  not just the Chinese.  Also every translate that
7  provide to me.  Also the reference that attached
8  to this e-mail as well.  That's -- that's how I
9  define myself.
10     Q.    Okay.  He then says:
11            "It is recommended to improve to
12  other quenching method, such as NaClO, in addition
13  to optimize the quenching process for sodium azide
14  in valsartan."
15            So he's literally pointing out we
16  need to optimize the quenching because he's
17  pointed out that the quenching of the sartans is
18  causing nitrosamines to form.
19            That was a good suggestion, right?
20  Let's optimize the quenching so we don't create
21  nitrosamines.  That was a smart suggestion,
22  correct?
23            MR. BERNARDO:  Object to the
24      form of the question, to the use of this

Page 363

1      document, to the translation, and to the
2      characterization of his prior testimony.
3            Go on.
4            THE WITNESS:  Well, something
5      Dr. Jinsheng Lin is talking here.  I
6      never against that.  I think that's my
7      understanding as well.
8            However, the reaction he refer
9      to here, also clearly to me after I read
10     the whole thing and I see the whole
11     situation is the reaction to form what he
12     join up there, the nitroso-compound.
13           Also, the deoscillated
14     valsartan in that patent also can form a
15     nitroso-compound.  These two compounds he
16     hypothesized can be, and he then offered
17     a potential optimization.  Say, hey, if
18     we not using the quenching, using other
19     quenching as people already reported in
20     their patent, we might be able to get
21     around these potential -- potential
22     nitroso-compound that he raised.
23           I think that I agree with you.
24     To look for a different quenching process

Page 364

1  is what he offered to do.  I think to me
2  it's definitely some option you can
3  actually consider to do that that's --
4  that's one of them.
5            But the two reaction they talk
6  about is actually these two I mention.
7  Sorry I confuse you first place, but
8  it's --
9  BY MR. SLATER:
10     Q.    It's not confusing me, Doctor.
11  You're just eating all my time up.
12     A.    But these are the two reactions he
13  talk about, and so he -- he suspect these two
14  compound, nitroso-compounds, they can be highly
15  toxic, which I don't agree.  I don't know where he
16  gets supported from.
17            But I think as an employee seeing
18  nitroso-compound like these two and warn his boss
19  about this as a potential and then suggest some
20  potential solution to this, I feel this --
21  this -- this is logic.
22     Q.    If we go down to the last paragraph,
23  he talks about the patent?
24     A.    Right.

Page 365

1      Q.    He talks about the fact that they
2  proposed that the use of NaNO2 -- that's sodium
3  nitrite, right?
4      A.    Correct.
5      Q.    That sodium nitrite quenching will
6  produce N-NO impurities.  And then he says:
7            "In the meanwhile, our Huahai crude
8  valsartan was detected by LC-MS."
9            Do you see that?
10     A.    Correct.
11     Q.    So he's pointing out that the
12  nitroso-compound that they detected in their
13  valsartan, they detected it with LC-MS.
14            That's what he's saying, correct?
15     A.    What they were saying is the
16  deoscillated valsartan.  As I show you in my
17  report, right?  That compound can be nitrosamine.
18  So that's the compound they talk.
19            I just want to make -- make it clear
20  what we talk about here.  They not talk about
21  valsartan the drug itself get nitrosylate.  To my
22  knowledge today they ask me there still be no
23  chance that you can do nitrosylation on valsartan
24  drug itself.  That's my -- my -- my honest

Pengfei Lan, Ph.D.

Page 366

1  feeling.
2          What the patent does and what the
3  patent show us is this compound deoscillated
4  valsartan can actually get nitrosylation reaction
5  to give you this. I believe they call it impurity
6  K maybe, right? So they -- they talk about that,
7  right?
8          So it's not talk about valsartan at
9  all or anything about even. This -- this whole
10 art -- this whole document has nothing to do with
11 NDMA or NDEA.
12    Q.    Well, where he says -- let's go back
13 up to the top of the document. Then we'll move to
14 something else.
15         Where he says that what he was
16 seeing in the irbesartan was similar to the NDMA
17 produced by the quenching of valsartan with sodium
18 nitrite, that's relevant to this case, right?
19         MR. BERNARDO: Object to the
20     form of the question and the
21     characteration -- characterization of the
22     documents being used.
23         Go on.
24 BY MR. SLATER:

Page 367

1    Q.    That's present -- that's relevant to
2  the case, right?
3          What was happening with valsartan
4  and how the NDMA was formed, that's relevant,
5  right?
6          MR. BERNARDO: Same
7     objections.
8          THE WITNESS: Even if -- even
9     if we only look at this translate, right,
10    not consider any other things. First of
11    all, I think that's biased already.
12         Even if this, they clearly
13    talk about the compound happen during the
14    valsartan process where the deoscillated
15    valsartan can actually react to form a
16    nitroso-compound. These are --
17 BY MR. SLATER:
18    Q.    I'm sorry, Doctor.
19         Where does he say -- where does he
20 say valsartan -- deoscillated valsartan?
21         It says "quenching of valsartan with
22 sodium nitrite."
23         That's what it says in those words,
24 right?

Page 368

1    A.    No. No. I have to -- I have to be
2  clear.
3    Q.    No. No, Doctor, we're not. You
4  don't get -- you don't get to run the deposition.
5  That's what it says. It says quenching of
6  valsartan.
7          MR. BERNARDO: He's trying to
8     explain why he disagrees.
9          MR. SLATER: This is -- he
10    disagrees that the word says "valsartan"?
11         MR. BERNARDO: Let him finish
12    his answer and he'll explain what he
13    means.
14         MR. SLATER: You know what? I
15    withdraw the question. So we're not
16    going to hear the speech.
17 BY MR. SLATER:
18    Q.    If I'm correct that Jinsheng Lin
19 said in this e-mail that there was NDMA in
20 valsartan and it was formed by sodium nitrite
21 quenching, and that was known in July of 2017,
22 does that impact any of your opinions?
23         If that's the case, does that impact
24 any of your opinions in this case?

Page 369

1          MR. BERNARDO: Object to form.
2  BY MR. SLATER:
3    Q.    Yes or no. It's a simple yes-or-no
4  question.
5          MR. BERNARDO: Object to the
6     form of the question. It calls for
7     speculation. Assumes facts.
8          Go on.
9          THE WITNESS: Well, you said a
10    lot of assumptions, right? Let me -- let
11    me walk through this.
12         You said if I -- if I -- if I
13    just --
14 BY MR. SLATER:
15    Q.    You don't understand the question.
16 I'll ask it again. I didn't have a lot of
17 assumptions. Let me ask it again.
18         Well, let me ask you this.
19         In July of 2017, there was NDMA in
20 the valsartan manufactured with the zinc chloride
21 process, and as we talked about before, the NDMA
22 formed during the sodium nitrite quenching, right?
23    A.    So after all these analysis, yes, we
24 now know that at that time or even earlier it was

Peng/Tao Xue , Ph.D.

Page 370

1 formed. But nobody knows till 2018, right.
2    Q.    Well, if I'm correct -- well,
3 rephrase.
4        If Min Li is correct in how he
5 translated the document when he read it under oath
6 for ZHP that the e-mail said that what they were
7 seeing in the irbesartan was similar to the NDMA
8 in valsartan which was created by the sodium
9 nitrite quenching, if that is what the e-mail
10 said, then people within ZHP knew about the issue
11 with the NDMA in July of 2017, correct?
12        MR. BERNARDO: Object to the
13    form of the question. Vague. Object to
14    the characterization of Min Li's
15    testimony. Assumes facts.
16        Go ahead, Dr. Xue.
17        THE WITNESS: Well, I think I
18    read Min Li's depositions. I read -- I
19    don't remember exactly what he said.
20        I don't think your
21    characterization saying he agreed with
22    everything that you just said. I don't
23    remember it clearly get that sense. I
24    remember he somehow -- I don't know

Page 371

1    what -- what -- what translate or whether
2    the -- what you are showing or discuss
3    with him about any form.
4        I don't remember that, but I
5    remember he was pretty like -- I don't
6    know -- surprised or something. I don't
7    know whether he get a chance to read this
8    before.
9        I just have many questions.
10    Like whether he actually considered. I
11    mean, you actually showed him the -- the
12    attachment. All these I don't know. I
13    don't want to speculate.
14        As I said, I'm here. I'm an
15    expert.
16 BY MR. SLATER:
17    Q.    All right.
18    A.    I just want to tell the truth on
19 what I actually went in to see all these documents
20 provide to me. I honestly judge based on my
21 understanding of the science. I try to explain to
22 you. Although you say I confuse you, but I really
23 try my best, right? I wrote that in my report as
24 well. Yeah.

Page 372

1    Q.    If ZHP knew -- rephrase.
2        If Jinsheng Lin -- well, rephrase.
3 I'll ask it straight-out.
4        If the e-mail says that -- I'll ask
5 it even differently.
6        If ZHP knew that there was NDMA in
7 the valsartan as of July 2017 and never disclosed
8 it, that would be inexcusable, right?
9        MR. BERNARDO: Object to the
10    form of the question. Argumentative.
11        Listen to his question,
12    Dr. Xue.
13        THE WITNESS: So you're
14    asking if -- if -- if ZHP knew NDMA
15    present prior to this e-mail? Was that
16    your question? Then they will be
17    inexcusable? That was -- that was what
18    you asking?
19 BY MR. SLATER:
20    Q.    If ZHP knew there was NDMA in the
21 valsartan in July of 2017 or earlier and didn't
22 tell anybody, that would be inexcusable, right?
23    A.    If that's the case, yes.
24    Q.    And you're just trying to come to an

Page 373

1 understanding of what they knew based on your
2 reading of multiple translations and your own
3 interpretation of the Chinese version of the
4 e-mail and whatever else you saw.
5        You don't actually have an opinion
6 as to what the e-mail really said because you're
7 looking at so many different sources of
8 translation, right?
9        MR. BERNARDO: Object to the
10    form of the question. Object to the
11    characterization of his prior testimony.
12        THE WITNESS: I disagree. I
13    think I clearly offered my opinion on
14    this one.
15 BY MR. SLATER:
16    Q.    And part of that opinion is based on
17 your own reading of the document in Chinese,
18 right?
19    A.    That's definitely part of it.
20 There's other parts. All the information. I
21 definitely consider everything that -- that came
22 to me I asked for together to form my opinion.
23        MR. SLATER: Let's take a
24    break.

Pengfei Lan-Xue , Ph.D.

Page 374

1    THE VIDEOGRAPHER:  Time right
2    now is 5:50 p.m.  We're off the record.
3    (Recess.)
4    THE VIDEOGRAPHER:  Time right
5    now is 5:38 p.m.  We're back on the
6    record.
7    BY MR. SLATER:
8    Q.    On page 55 of your report at the
9    bottom, in talking about that July 2017 e-mail you
10   say:
11   "In addition, ZHP employees who have
12   testified about the e-mail have made clear that
13   'due to insufficient extent and depth of process
14   research at the early stage, as well as
15   insufficient study and understanding of potential
16   genotoxic impurities, only side reaction product
17   and degradation products were studied' with
18   respect to Irbesartan, and therefore ZHP 'was
19   unaware of the further reaction between
20   degradation products and raw material' related to
21   Irbesartan."
22   Do you see that?
23   A.    I do.
24   Q.    And you cite in note 122 to Min Li's

Page 375

1    deposition transcript.
2    You see that?
3    A.    (Reviews document).
4    Q.    Doctor, this is your report.  It
5    says 122 at the end of the sentence I read at the
6    bottom of the page?
7    A.    Yeah.  Sorry.  Sorry.  I was --
8    Q.    That's Min Li's deposition, right?
9    A.    Yes.
10   Q.    And after you say that in your
11   report, you say:
12   "As a result, Mr. Lin's e-mail
13   discussing Irbesartan could not have been
14   addressing the formation of nitrosamines as a
15   result of the potential degradation of DMF, which
16   is what plaintiffs' experts assert resulted in the
17   formation of nitrosamines during the zinc chloride
18   process for Valsartan API."
19   You see that?
20   A.    I saw that.
21   Q.    So you're relying in part on that
22   testimony from Min Li for your understanding and
23   interpretation of the e-mail, correct?  That's
24   what you're saying in the report?

Page 376

1    A.    About why they -- they didn't pursue
2    anything on this irbesartan because it's not
3    relevant.
4    Q.    Now what we're going do is, I'm
5    going to go to the testimony you cited, which is
6    Min Li, April 22, 2021, page 528 line 14.
7    And you can see at line 14 it says:
8    "We have on the screen Exhibit 212,
9    which is a report, and the topic title is
10   'Investigation regarding an unknown impurity,' and
11   then in parentheses 'Genotoxic impurity' with
12   regard to valsartan.
13   "Do you see that?"
14   A.    Do I have that document also in my
15   folder?
16   Q.    I don't know what you're asking me,
17   Doctor, but I'm showing you the transcript right
18   on the screen, please.
19   A.    Well, yeah, but can I see the -- the
20   -- you put everything in my --
21   MR. SLATER:  It's there.
22   What exhibit is it?
23   Exhibit 16 is the transcript.
24   (Document marked for

Page 377

1    identification as Xue Exhibit 16.)
2    THE WITNESS:  Can you please
3    let me know the page number as well?
4    BY MR. SLATER:
5    Q.    It's page 528 line 14.
6    A.    Well, it is loading on my computer.
7    So give me a second.
8    Still loading, though.
9    Q.    That's all right.  Take all the time
10   you want.  At some point, I'm going to run out.
11   It's okay.
12   A.    For some reason, this way it's just
13   loading.  The circle is just going.
14   Q.    Do whatever you want.  Take as long
15   as you want.  I mean, it's only -- I've only lost
16   hours in this -- in this deposition already.  It's
17   okay.
18   A.    Well, this is not me, right?  So.
19   Q.    I don't really understand why you
20   need to do that.  I literally just showed you what
21   you cited in your report, but okay.
22   MR. BERNARDO:  Object to the
23   form of the question.  I don't think it's
24   inappropriate for witness to actually ask

Page 378

1    to see a transcript of what you're
2    showing one page. That's the way it
3    would ordinarily be done if we were in
4    person.
5         MR. SLATER: That's okay. I
6    think I've been extraordinarily easygoing
7    under the circumstances here. I've got a
8    smile on my face. So it's okay.
9         I assume you're going to be
10   reasonable if all of a sudden we get down
11   to my seven hours so we don't have any
12   issues. But, you know, you can do
13   whatever you want.
14        THE WITNESS: For some
15   reason, this -- this document is really
16   loading like right now.
17        MR. SLATER: Shall we keep the
18   clock going while his document is
19   loading? What do you want to do, Rich,
20   just wait until the clock is out?
21        Why don't you let it spin for
22   30 more minutes. Take whatever time you
23   want.
24        MR. BERNARDO: All right.

Page 379

1    Adam, come on. Let's just chill here.
2    If you want to go off the clock, go off
3    the clock. It's your deposition. He's
4    entitled to read the document.
5         MR. SLATER: All right. So
6    let's go off the clock and he can read
7    the deposition.
8         Yeah. Let's go off the -- off
9    the clock and you probably should
10   download the transcript I'm told.
11        THE WITNESS: How can I?
12   Because I was -- I was doing everything
13   else today was -- was fine. So only this
14   one 16 when I click it, it just didn't.
15   BY MR. SLATER:
16   Q.    If you go to the folder, the
17   document is there and you can download it.
18        MR. HENRY: There's -- there's
19   a G with three periods next to G. Click
20   that and go to options to download it.
21        THE WITNESS: When I click
22   the three dots, it only says the direct
23   link of this. Or I can download all
24   files it says.

Page 380

1         Oh, this one. Okay. Let me
2    try this. Okay. I'm downloading now.
3         Okay. Great. It looks like
4    it's downloading. We can go back to
5    talk.
6         MR. BERNARDO: Well, let's
7    wait until you have it, Dr. Xue.
8         THE WITNESS: Oh, okay.
9    I'm opening it.
10   BY MR. SLATER:
11   Q.    It's okay.
12   A.    Okay. It's up here.
13        MR. BERNARDO: Why don't you
14   get to the page that he's referring to,
15   Dr. Xue.
16   BY MR. SLATER:
17   Q.    Yeah, read it. You said you want to
18   read it. It's okay.
19        I'm not on the clock, Doc. You can
20   read the whole deposition if you want. I don't
21   mind.
22   A.    (Reviews document.)
23        Yeah, I think I read this page and
24   we can go back to talk because I really want to go

Page 381

1    home tonight.
2    Q.    I don't care when I go home. I'll
3    work as late as we need to. I honestly don't
4    care. If I get done with you, I'm going to work
5    on other stuff all night. It doesn't matter.
6    A.    Please consider I'm still
7    COVID-positive.
8    Q.    So are you ready to answer questions
9    about this?
10   A.    Yes. Are we back on the clock?
11   Q.    Can we go back on?
12        All right. We're going.
13        Looking at the testimony you cited
14   in your report, it refers to the fact that this
15   report that you cited is the "Investigation
16   regarding an unknown impurity" and then
17   parentheses "Genotoxic impurity" with regard to
18   valsartan.
19        You see the testimony says it's a
20   report regarding valsartan, right?
21   A.    Right.
22        MR. BERNARDO: Object to the
23   form of the question and the
24   characterization of his testimony.

Pengcaip 2ui , Ph.D.

Page 382

1    THE WITNESS:  Yeah.  By
2    reading that section on line 14 to 18,
3    that was question asked about.
4  BY MR. SLATER:
5    Q.    You said in your report that that
6  report that I was asking Dr. Li about had to do
7  with irbesartan.
8        So when you said that in your
9  report, you were incorrect, right?
10        MR. BERNARDO:  Object to the
11  form of the question.
12        THE WITNESS:  Well, with this
13    short time, I really don't recall what I
14    was reading when I write that part.  I
15    cannot say yes or no this easy.  Because
16    I think my point there was -- was fairly
17    clear.
18        That whole e-mail case was
19    about irbesartan, and then they talk
20    about why they didn't do further study
21    because it was just a lab scale discovery
22    or development, not even in the real
23    factory yet.  So they decide not pursue
24    any further of that.

Page 383

1        That's what I meant to -- to
2    show there.
3  BY MR. SLATER:
4    Q.    You said in your report when you
5  were talking about why the e-mail means what you
6  think it means and what you told us you think it
7  means, that one of the reasons for that was
8  because of that testimony from Dr. Li with regard
9  to what you thought was a report about irbesartan.
10        That's what you said on page 55 and
11  56 of your report, correct?
12        It's a yes-or-no question.  That's
13  what you said, right?
14    A.    I hope it can be a yes-or-no
15  question but really is not.
16    Q.    Is that what you said in your
17  report?  Did you refer to this as being -- that
18  you said witnesses test -- rephrase.
19        You said in your report on bottom of
20  55:
21        "In addition, ZHP employees who have
22  testified about the e-mail have made clear that
23  'due to insufficient extent and depth of process
24  research at the early stage, as well as

Page 384

1  insufficient study and understanding of potential
2  genotoxic impurities, only side reaction product
3  and degradation products were studied' with
4  respect to Irbesartan, and therefore ZHP 'was
5  unaware of the further reaction between
6  degradation products and raw material' related to
7  Irbesartan."
8        Then you say:
9        "As a result, Mr. Lin's e-mail
10  discussing Irbesartan could not have been
11  addressing the formation of nitrosamines," etc.
12        Okay.  So you were -- you were
13  basing your opinion in part on that testimony
14  relating to irbesartan.
15        That's what your report says, right?
16        That's what the report says, Doctor,
17  right?  It says "irbesartan," correct?
18    A.    Yes, I wrote that.
19    Q.    Okay.  And now let's go to the
20  bottom of page 529 line 17, which is part of the
21  testimony you cited for this proposition.
22        If we look at page 529 line 17, it
23  says -- looking at this report about valsartan
24  under the heading of 5.2 "Control strategy," it

Page 385

1  says:
2        "'Due to insufficient extent and
3  depth of process research at the early stage, as
4  well as insufficient study and understanding of
5  potential genotoxic impurities, only side reaction
6  product and degradation products were studied, and
7  was unaware of the further reaction between
8  degradation products and raw material.'"
9        Now having seen that that relates to
10  valsartan, that's important that ZHP acknowledged
11  in an internal document that they did an
12  "insufficient extent and depth of process research
13  at the early stage" and "insufficient study and
14  understanding of potential genotoxic impurities."
15        That's important that ZHP stated in
16  a document that that occurred, correct?  That's of
17  importance, right?
18    A.    I disagree because --
19    Q.    Fine.  You disagree.  That's it.
20  That's what I asked you.  You disagree.
21        So let me ask you.
22    A.    Can I explain, though?
23    Q.    No, you can't because I asked you do
24  you -- is that yes or no, you said you disagree.

Page 386

1  Your lawyer can ask you five hours of questions
2  after this if you want.
3          So let me go to the next step.
4          So you're saying that ZHP admitted
5  in an internal document "insufficient extent and
6  depth of process research at the early stage" and
7  admitted "insufficient study and understanding of
8  potential genotoxic impurities," that doesn't have
9  any impact on your opinions regarding the adequacy
10 of their risk assessment into the scientific
11 reactions.
12         That's your testimony, correct?
13     A.   What I'm saying is this irbesartan
14 product is a totally separate project they are
15 working on. Although they both called sartans,
16 they have involve totally different process.
17         In this particular case, they are in
18 the baby stage. They are still in the lab scale
19 discovery stage. They are not talk about any API
20 process or anything yet. They only talk about in
21 lab space the possibility of producing irbesartan.
22 I said they found this potential problem.
23     Q.   Dr. Xue, the whole point that I'm
24 making to you is that that statement about

Page 387

1  "insufficient extent and depth of process
2  research" and "insufficient study and
3  understanding of potential genotoxic
4  impurities" -- I don't know if you're catching
5  on -- they wrote that about valsartan, not about
6  irbesartan.
7          Do you not realize that even now
8  after I just showed you?
9      A.   I disagree.
10     Q.   Okay. So you think that that
11 document that you're -- that's being quoted here
12 in Min Li's testimony is about irbesartan?
13     A.   Well, you showed me this -- this
14 single paragraph. You talk about genotoxic
15 impurity regard to valsartan. I -- I don't know
16 the linkage between here and what I wrote here.
17     Q.   There is no linkage. That's the
18 whole point I'm trying to show you, Doctor.
19     A.   Right.
20     Q.   Is when you wrote in your report
21 that that testimony by Min Li had to do with
22 irbesartan, I'm pointing out to you that you were
23 wrong in your report and it actually had nothing
24 to do about irbesartan. It was about valsartan.

Page 388

1  It was reported about valsartan.
2          Are you just realizing that for the
3  first time right now?
4          I assume you are or you would have
5  changed your report, right?
6          MR. BERNARDO:  Object. Object
7      to the form of the question.
8      Argumentative. Object to the
9      characterization of the document.
10 BY MR. SLATER:
11     Q.   I'll restate then.
12         On that point --
13     A.   I don't think I --
14     Q.   -- Min Li's testimony at the bottom
15 of page 529, he's not talking about irbesartan.
16 He's reading from a report about valsartan.
17         You didn't realize that, did you?
18         MR. BERNARDO:  Object to the
19     form of the question. The
20     characterization.
21 BY MR. SLATER:
22     Q.   You're just realizing when I'm
23 telling you, right?
24         Because your report said it was

Page 389

1  about irbesartan. I'm pointing out to you it's
2  about valsartan.
3          You didn't know before right now,
4  right?
5          MR. BERNARDO:  Object to the
6      form of the question. Vague and the
7      characterization of the prior testimony.
8          THE WITNESS:  I really don't
9      think it's clear to me what you are
10     talking about. I think I --
11 BY MR. SLATER:
12     Q.   All right. I'll tell you right now
13 it's not clear.
14         Look at the bottom of page 529 --
15 it's right on the screen -- line 17 where it says:
16         "Under the heading of 5.2, 'Control
17 strategy.'"
18         What I'm pointing out to you is what
19 it says right after that. They're talking about
20 valsartan. They're talking about their work with
21 valsartan, not irbesartan.
22         MR. BERNARDO:  Object to the
23     form of the question.
24 BY MR. SLATER:

Peng, Tao , Ph.D.

Page 390

1    Q.    I assume this is the first time
2  you're realizing that, right?
3              MR. BERNARDO:  Object to the
4     form of the question.  Argumentative.
5              THE WITNESS:  No.  I'm here to
6     answer questions that I can understand
7     what the question is.  I see --
8  BY MR. SLATER:
9    Q.    Doctor, I showed you on the prior
10  page the document was identified was a report
11  about valsartan, not irbesartan.
12             Your report is wrong.  You called it
13  irbesartan.  That report is not about irbesartan.
14  This language at the bottom of page 529 was
15  written by ZHP people about their assessment of
16  the process for valsartan.
17             MR. BERNARDO:  Object to the
18     form of the question.
19  BY MR. SLATER:
20    Q.    You didn't realize that before right
21  now, correct?
22    A.    Are you trying to -- are you trying
23  to accuse me that I use the wrong word in my
24  report?  Because I honestly --

Page 391

1    Q.    No, I'm not accusing you of
2  anything.
3             What I'm pointing out to you is that
4  when you said this language was about their
5  irbesartan investigation, I'm pointing out to you
6  that you are wrong.  It was actually about
7  valsartan.
8             MR. BERNARDO:  Object to the
9     form of the question.
10  BY MR. SLATER:
11    Q.    And what I'm asking you is:  Now
12  knowing that they admitted in an internal document
13  "insufficient extent and depth of process
14  research" and "insufficient study and
15  understanding of potential genotoxic impurities,"
16  that's important to you now, knowing that ZHP
17  admitted internally they didn't do an adequate
18  research and they didn't have adequate
19  understanding.
20             That matters to you as an expert,
21  right?
22             MR. BERNARDO:  Object to the
23     form of the question.  Characterization.
24  BY MR. SLATER:

Page 392

1    Q.    Does that matter to you?
2    A.    I don't think that's my opinion.
3    Q.    Is that --
4    A.    I don't think that's my opinion at
5  all.
6    Q.    I'm sorry.  What?
7    A.    I'm sorry.  I'm sorry.  I didn't
8  hear you just now.
9    Q.    I said:  Does that matter to you in
10  drawing your opinions that now you know that ZHP
11  internally admitted "insufficient extent and depth
12  of process research at the early stage" and
13  admitted "insufficient study and understanding of
14  potential genotoxic impurities"?
15             That's a significant fact to an
16  objective expert who's actually trying to get to
17  the truth, right?
18             MR. BERNARDO:  Object to the
19     form of the question.  Object to the
20     characterization.  Object to this line of
21     questioning and the inability of the
22     witness to be able to look at this and
23     consider what you're trying to say in
24     order to answer your question.

Page 393

1             Go on.
2  BY MR. SLATER:
3    Q.    It's important, right?
4    A.    No, I really -- I don't understand
5  this.  I -- I -- my opinion was clearly state
6  through my understanding of this e-mail what this
7  about, why they didn't pursue this case afterward.
8    Q.    Doctor, this testimony has nothing
9  to do with the e-mail.  That's the point I'm
10  making to you.
11             This testimony by Min Li, this has
12  nothing to do with the e-mail.
13             You drew -- you drew a connection
14  between this testimony and this valsartan report
15  to irbesartan and the e-mail that nobody has ever
16  made.  There is no connection.  That's the point
17  I'm making to you.
18             Your report is incorrect and now
19  that you're seeing that, you need to rethink your
20  opinions, right?
21    A.    No, I don't.  I really don't.
22    Q.    Okay.  So --
23    A.    Because I don't -- I don't know you
24  show me this testimony.  So what is the back --

Peng, Tao , Ph.D.

Page 394

1  why you show me this page?  What you want --
2  because there's only one --
3      Q.    Because you cited it in your report.
4  On page 55 and 56 in reference number 122, this is
5  the testimony you cited, Doctor.  You cited it
6  thinking that Min Li was talking about irbesartan,
7  but he wasn't.  He was talking about valsartan.
8          He was -- there's a report admitting
9  insufficient research.
10     A.    I might -- well, that might be my
11 typo, might be my mistake of -- of citing.  If
12 that's what you accuse me, I, you know, I have
13 nothing against that.  Because I may just put a
14 wrong line or I may put that to my human error.  I
15 take it, whatever responsibility that is.
16         But I, you know, apparently I didn't
17 intend to cite anything that is --
18     Q.    Okay.
19     A.    -- wrong.
20     Q.    So now -- so having said that, now
21 that you know that when Min Li was testifying here
22 he was testifying about an internal report about
23 their valsartan research, and he admits that they
24 did insufficient process research and they had

Page 395

1  insufficient study and understanding of potential
2  genotoxic impurities, if -- if that's true that
3  ZHP said that about their valsartan and the work
4  they did on valsartan, do you agree it's something
5  you should take into account in forming your
6  opinions?
7      A.    I totally disagree.  Because if
8  that's my human error, just put it on me and say,
9  oh, that's what you mean.  I cannot do that,
10 right?  So you cannot say because I -- I got the
11 wrong line of citation, you say, oh, this is what
12 you say.  I mean, ZHP already know they didn't do
13 enough of good work of risk assessment for their
14 valsartan.
15         So I'm -- I'm here, you know, as a
16 scientist.  I spend the whole day trying to say
17 based on my knowledge why these three are my
18 opinions.
19         I told you, don't agree that, you
20 know, from any point -- point of Min Li's
21 deposition show that they already know they have
22 insufficient studies.  All these three already
23 admitted.
24         I just -- I don't know where they

Page 396

1  come from.  I told you.  I don't agree with that.
2      Q.    If I'm correct that ZHP in the
3  internal report wrote the language that you see
4  there starting on line 18 on page 529 of Min Li's
5  April 22, 2021 deposition, that's important for
6  you to consider in forming your opinions.
7          It's something you need to at least
8  take into account, right?
9      A.    You know, again, your question is so
10 hypothetic, right?  You almost ask me if they
11 agree that they did something wrong, are they
12 wrong, right?  So that's --
13     Q.    No, I'm asking you if they agree
14 that there was "inadequate extent and depth of
15 process research at the early stage" and
16 "insufficient study and understanding of potential
17 genotoxic impurities," is that something you
18 should take into account in forming your opinions
19 about the adequacy of their risk assessment?
20     A.    Well, it's -- we talk about
21 different things, right?  So this project that we
22 talk about when they have these comments about
23 insufficient this or the depth of this, it's baby
24 stage projects, right?

Page 397

1          So when you have these there in the
2  labs and you see some obvious situations.
3  Sometime, you know, I do the same.  When my
4  postdoc come to me and say, hey, we try your idea.
5  You know what?  After I try a couple reactions, I
6  see something really happen.  What we going
7  to do?  If he has another project which is
8  important, I may just say, okay, let's -- let's
9  shelf that for now and we can worry about that.
10         I don't think that has any revision
11 with a different product of the same postdoc.
12 He's trying to put something into animal by
13 injection and then he talk about, okay, let's --
14 let's control that and try to verify this to a
15 high quality so we can do.
16         I honestly -- I don't know, right?
17 So I'm trying very hard to, right, to tell you the
18 truth of what I feel.
19     Q.    All right.
20     A.    It's hard.
21     Q.    Let's try this one last time.
22         In forming your opinions, do you
23 agree --
24     A.    Are you talking?

Pengfei Lue , Ph.D.

Page 398

1    Q.    I'm trying to.  Do you hear me?  I
2  think your thing keeps freezing.
3    A.    Well, you talk -- talk aloud just
4  now.  I didn't hear anything you talk about.
5    Q.    You hear me now?
6    A.    Yes.
7    Q.    I'm really trying to ask a very what
8  I think is a straightforward question.
9        If I'm correct that when Min Li
10  testified about this report, the report was
11  talking about valsartan and that they had an
12  "insufficient extent and depth of process research
13  at the early stage, as well as insufficient study
14  and understanding of potential genotoxic
15  impurities," you would agree with me that's
16  important to you to at least consider in forming
17  your opinions about whether or not ZHP's risk
18  assessment was adequate.
19        You'd agree that it's at least
20  something you have to take into account, right?
21    A.    I disagree.  As I said, there's two
22  stage of development.  If there for those babies,
23  early stage, very early stage, you have very
24  different risk assessment toolbox that require.

Page 399

1  I'm not a regulatory scientist.  The regulation
2  must be different, right?
3        So if a postdoc come to me say, this
4  first step you design not working, then I might
5  just say, okay, that's it.  Let's try a different
6  project or try a different thing.
7        I won't -- I won't use, apply a
8  totally same risk assessment requirement to -- to
9  other project like they are late stage.  They
10  already be almost ready to get to animal.  So I
11  don't agree with that.
12        MR. SLATER:  All right.  I'm
13    going to reserve whatever time I have
14    left and, Rich, I guess if you requestion
15    and I need to follow up, and I can
16    talk about time.  I'm not looking to
17    argue with you.  I think I've been pretty
18    patient.  We can figure it out.
19        MR. BERNARDO:  I think we can
20    figure it out.
21        MR. SLATER:  Go off the video.
22        THE VIDEOGRAPHER:  Time right
23    now is 6:23 p.m.  We're off the record.
24        (Recess.)

Page 400

1        THE VIDEOGRAPHER:  Time right
2    now is 6:41 p.m.  We're back on the
3    record.
4        EXAMINATION
5  BY MR. BERNARDO:
6    Q.    Dr. Xue, I'd like to ask you just a
7  couple of questions on behalf of ZHP, and I'd like
8  you to turn to page 55 of your report.
9    A.    Yes, I'm on that page.
10    Q.    And I want to go back to the
11  questions that Mr. Slater just asked you with
12  respect to the testimony that you cite, which you
13  have a Footnote 122.
14        Do you see where I am?
15    A.    Yes, I do.
16    Q.    Okay.  Have you had a chance to take
17  a look at that over the break?
18    A.    I did.
19    Q.    Okay.  Dr. Xue, if Mr. Slater is
20  correct that there's an inadvertent error there or
21  that there's an error there that that testimony
22  does not relate to irbesartan but, rather, relates
23  to valsartan, does that affect your opinion with
24  respect to the July 17, 2017 memo -- sorry --

Page 401

1  July -- yes -- 17, 2017 e-mail in your report?
2    A.    No, it doesn't.
3    Q.    Does it -- does it change any of
4  your opinions in your report?
5    A.    It don't change any of my opinions.
6        MR. BERNARDO:  Okay.  That's
7    all I have.
8        MR. SLATER:  Well, in that
9    case, dinnertime.
10        MR. BERNARDO:  All right.
11    Thank you very much, Dr. Xue.  I hope
12    you're feeling better.
13        Adam, enjoy your dinner.
14        MR. SLATER:  You, too.  Go
15    off.
16        THE VIDEOGRAPHER:  Time now is
17    6:42 p.m.  Off the record.
18
19
20    (Deposition concluded at 6:42 p.m.)
21
22        *    *
23
24

Page 402

ERRATA SHEET

1    ERRATA SHEET

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Page No._____Line No._____Change to:_____

6    _____

7    Page No._____Line No._____Change to:_____

8    _____

9    Page No._____Line No._____Change to:_____

10   _____

11   Page No._____Line No._____Change to:_____

12   _____

13   Page No._____Line No._____Change to:_____

14   _____

15   Page No._____Line No._____Change to:_____

16   _____

17   Page No._____Line No._____Change to:_____

18   _____

19   Page No._____Line No._____Change to:_____

20   _____

21   Page No._____Line No._____Change to:_____

22   _____

23   Page No._____Line No._____Change to:_____

24   _____

Page 403

1    DECLARATION UNDER PENALTY OF PERJURY

2

3

4         I declare under penalty of

5    perjury that I have read the entire transcript of

6    my Deposition taken in the captioned matter

7    or the same has been read to me, and

8    the same is true and accurate, save and

9    except for changes and/or corrections, if

10   any, as indicated by me on the DEPOSITION

11   ERRATA SHEET hereof, with the understanding

12   that I offer these changes as if still under

13   oath.

14

15        Signed on the _____ day of

16   _____, 2023.

17

18   _____

19        FENGTIAN XUE, PHD

20

21

22

23

24

Page 404

1    CERTIFICATE OF REPORTER

2    DISTRICT OF COLUMBIA   )

3         I, DENISE DOBNER VICKERY, CRR/RMR and

4    Notary Public, hereby certify the witness was by

5    me first duly sworn to testify to the truth; that

6    the said deposition was recorded stenographically

7    by me and thereafter reduced to printing under my

8    direction; and that said deposition is a true

9    record of the testimony given by said witness.

10        I certify the inspection, reading and

11   signing of said deposition were NOT waived by

12   counsel for the respective parties and by the

13   witness; and that I am not a relative or employee

14   of any of the parties, or a relative or employee

15   of either counsel, and I am in no way interested

16   directly or indirectly in this action.

17

18

19

20

21        Denise Dobner Vickery, CRR/RMR

         Notary Public in and for the

22        District of Columbia

23

24   My Commission expires:  February 28, 2023

**WORD INDEX**

**< 0 >**
**0.10** 327:*14*
**00007923** 10:*14*
**00076099** 8:*24*
**001** 129:*4*
**0076124** 9:*21*
**013** 314:*6*
**014** 314:*15*
**015** 314:*21*
**02109** 5:*8*
**07068** 2:*8*
**07701** 6:*18*

**< 1 >**
**1** 3:*17*
8:*10* 16:*20*, *24* 17:*21*
33:*14*
129:*4*
146:*8*
198:*21*
202:*20*
211:*1*
250:*2*
257:*11*
260:*20*
**1:33** 164:*2*, *9*
**10** 9:*18*
20:*16*, *19*
82:*14*
132:*4*
155:*15*
157:*23*
222:*16*
235:*15*, *17*, *19* 331:*18*

**10:04** 1:*20*
11:*8*
**100** 325:*3*
**1000** 3:*7*
**10001** 4:*11*
**103** 2:*7*
**106.3** 303:*17*
304:*22*
**11** 9:*22*
194:*17*
256:*21*, *24*
257:*5*
**11:17** 82:*17*
**11:29** 82:*20*
**12** 10:*2*
280:*21*, *23*
281:*2*, *5*
320:*20*, *24*
**12:54** 163:*18*, *19*
**122** 374:*24*
375:*5*
394:*4*
400:*13*
**12205** 3:*18*
**124** 9:*2*
**13** 8:*3*
10:*7*
190:*15*
320:*18*, *20*, *22* 343:*17*, *19*, *21*
**135** 90:*12*
102:*21*
112:*4*
**13th** 257:*15*
**14** 10:*11*
320:*19*
325:*2*, *17*
343:*21*
376:*6*, *7*
377:*5* 382:*2*
**145** 9:*5*

**147** 325:*11*, *19*, *24*
**148** 326:*19*
330:*14*, *16*
**15** 10:*15*
82:*1* 343:*6*
**15219** 6:*9*
**153** 141:*6*
**154** 301:*17*, *24* 302:*1*, *3*
**155** 301:*12*, *23* 311:*16*, *20*
**157** 140:*16*
141:*7*, *9*
**16** 8:*10*
10:*17*
376:*23*
377:*1*
379:*14*
**164** 8:*4* 9:*9*
**17** 384:*20*, *22* 389:*15*
400:*24*
401:*1*
**170** 110:*5*
**1717** 4:*21*
**172** 325:*11*, *19* 326:*20*
**18** 8:*13*
85:*14*, *21*
382:*2* 396:*4*
**19103** 4:*22*
**19-2875** 1:*8*
**1977** 9:*12*
164:*22*
165:*8*, *10*
184:*19*, *20*
186:*8*
**1978** 257:*15*
**1979** 257:*9*, *11*, *16*
**1994** 126:*19*

**< 2 >**
**2** 6:*17*
8:*13* 18:*13*, *16*, *19* 34:*18*
55:*7*
125:*20*, *22*
199:*18*, *21*, *22* 203:*2*, *6*, *7* 204:*2*
250:*7*
260:*20*, *21*
346:*19*, *20*
**2:54** 235:*8*
**20** 112:*5*
117:*10*
**2001** 9:*4*
124:*15*
**2003** 318:*13*
**2007** 117:*10*
332:*12*
**2008** 9:*17*
222:*13*
223:*4*
**2009** 248:*20*
**2010** 10:*5*
34:*6*
117:*10*
141:*23*
236:*16*
237:*24*
242:*3*
247:*23*
281:*15*
290:*15*
**2010s** 248:*20*
**2011** 154:*19*
155:*7*
156:*16*
247:*23*
**2012** 10:*9*
190:*15*

321:*10*
323:*5*
**2013** 99:*1*
318:*13*
**2013-11-10** 10:*12*
**2014** 99:*1*
**2017** 10:*16*
334:*20*
341:*22*
343:*24*
359:*4*, *8*
368:*21*
369:*19*
370:*11*
372:7, *21*
374:*9*
400:*24*
401:*1*
**2018** 55:*19*
58:*22*
113:*19*
114:*7*
116:*2*
248:*21*
266:*7*
306:*24*
332:*1*, *2*
357:*6* 370:*1*
**2018.07.08** 9:*20*
**2020** 266:*6*
**2021** 10:*18*
33:*14*
343:*21*
376:*6* 396:*5*
**20-21** 227:*14*
**2022** 8:*14*
18:*20* 20:*5*
33:*13*
34:*18*
64:*15*

85:*14, 21*
86:*9*
**2023**  1:*19*
8:*17*  11:*8*
29:*2*
318:*12*
403:*16*
404:*24*
**20-plus**
15:*13*
**210**  55:*7*
**211**  6:*17*
**212**  376:*8*
**212.735.2994**
4:*12*
**215.988.7864**
4:*23*
**22**  8:*14*
10:*18*
18:*20*  20:*5*
34:*18*
64:*15*
376:6  396:*5*
**222**  9:*13*
**2220**  5:*15*
**223**  228:*7*
**224**  227:*14*
228:*7*
**23**  236:*5*
249:*9*
**230**  5:*15*
**236**  110:*18,*
*20*  111:*8, 11*
140:*16*
141:*9*
194:*15, 18*
201:*22*
204:7  205:*7*
**24**  228:*7*
**25**  10:*9*
321:*10*
323:*5*
**2525**  3:*7*

**256**  9:*22*
**26**  33:*13*
**26.1**  314:*22*
**27**  10:*16*
33:*13*
332:*12*
334:*20*
341:*22*
343:*24*
**27th**  5:*7*
**28**  8:*15*
404:*24*
**28.6**  314:*17*
**280**  10:*2*
**2875**  1:*5*
**2nd**  33:*8*

**< 3 >**
**3**  1:*19*
8:*15*  11:*7*
28:*1, 4, 11,*
*14, 24*  29:*11*
109:*23*
142:*10*
200:*5, 8, 9*
204:*11*
210:*15*
235:*22*
258:*7*
260:*21*
262:7, *9*
275:*10*
**3.1**  269:*5*
275:*21*
**3:08**  235:*11*
**30**  8:*17*
29:2  378:*22*
**300**  56:*17*
59:*11*
182:*11*
**31**  8:*18*  9:*3*
**3-1**  111:*20*
**312.566.4800**

5:*17*
**320**  10:*7*
**325**  10:*11*
**329090**  1:*24*
**33134**  3:*8*
**335**  90:*12*
**337**  2:*16*
**343**  10:*15*
**350**  132:*23*
133:*12*
138:*18*
**37**  258:*7*
**376**  10:*17*
**3D**  262:*9*

**< 4 >**
**4**  8:*18*
31:*19, 23*
32:*1*
182:*12*
195:*8*
205:*12*
302:4, *7*
312:*16*
**4.31**  321:*9*
323:*7*
**4:21**  301:*5*
**4:36**  301:*8*
**40**  25:*22*
**400**  4:*21*
8:*5*
**412.263.1840**
6:*10*
**4-30**  302:*22,*
*24*
**4-31**  312:*11,*
*17*
**4-32**  142:*2*
**45**  304:*20*
312:*1*
313:*20*
**459**  290:*5,*
*15*

**< 5 >**
**5**  8:*21*
55:*10, 12, 14,*
*19*  109:*12,*
*13, 20*
110:*10, 13,*
*15*  125:*17,*
*18, 21*
140:*14*
158:*2*
194:*12*
228:*8*
301:*11*
**5.2**  384:*24*
389:*16*
**5:38**  374:*5*
**5:50**  374:*2*
**518.724.2207**
3:*19*
**52**  205:*7*
**528**  376:*6*
377:*5*
**529**  384:*20,*
*22*  388:*15*
389:*14*
390:*14*
396:*4*
**53**  5:*7*
**54**  334:*12,*
*13*
**55**  8:*21*
335:*11*
374:*8*
383:*10, 20*
394:4  400:*8*
**56**  383:*11*
394:*4*
**57**  141:*9*
**58**  18:*21*
64:*18*

**< 6 >**

**6**  9:*2*
124:*12, 14*
133:*10*
275:*10*
**6.5**  258:*7*
260:*22*
**6:23**  399:*23*
**6:41**  400:*2*
**6:42**  401:*17,*
*20*
**60606**  5:*16*
**61**  201:*21,*
*22*  204:*7*
**614.255.2697**
2:*18*
**617.213.7045**
5:*9*

**< 7 >**
**7**  9:*5*
124:*12, 20*
141:*8*
145:*12, 14,*
*17*  194:*11,*
*14, 18, 21*
236:*5*
**70130**  2:*17*
**70s**  259:*24*
**7308**  10:*6*
**732.924.8171**
6:*19*
**786.746.8213**
3:*9*

**< 8 >**
**8**  9:*9*
20:*16, 19*
164:*12, 15,*
*18, 20*
183:*13*
197:*18*
198:*2*
223:8, *10*

Perrigo Case — Ph. D.:

| | | | | |
|---|---|---|---|---|
| 249:*9* | 363:*20* | 165:*19, 21,* | **ADAM** 2:*5* | 34:*5* 68:*2* |
| **8,000** 182:*14* | 392:*22* | *23* 187:*2* | 12:*8, 11* | 182:*16* |
| **8.2** 313:*5* | **absence** | 195:*4* | 14:*9* 30:*24* | 346:*23* |
| 314:*6* | 327:*12* | 199:*18, 23* | 37:*14* | **additives** |
| **80s** 260:*1* | **absolute** | 200:*2, 3, 12,* | 46:*20* 49:*1,* | 186:*14* |
| **85.3** 314:*7* | 54:*6* 234:*2* | *14, 15, 16, 20* | *22* 58:*10* | **address** |
| **887** 165:*12* | **absolutely** | 201:*1, 3, 5,* | 81:*24* 92:*2* | 16:*10* 18:*4* |
| **890** 183:*13,* | 76:*14* 217:*2* | *14* 204:*13,* | 103:*6* | 30:*7, 9* |
| *23* | **abstract** | *14* 205:*4, 5* | 110:*6* | 31:*14* 36:*2* |
| | 269:*11* | 211:*14* | 146:*12, 24* | 42:*5, 9* |
| **< 9 >** | 270:*5* | 236:*16, 23* | 147:*3* | 43:*2, 7* |
| **9** 9:*13* | **academic** | 243:*17* | 148:*6* | 59:*16* 64:*3,* |
| 20:*16, 19* | 254:*12, 15* | 249:*17, 18* | 163:*3* | *5* 69:*15* |
| 110:*18, 20* | **accept** | 262:*8* | 222:*14* | 89:*21* |
| 111:*1, 8, 10* | 267:*7, 23* | 269:*4* | 326:*7* | 103:*12* |
| 117:*17* | **access** 27:*2* | 282:*6, 22* | 355:*9, 19* | 117:*14* |
| 198:*19* | **account** | 291:*22* | 357:*21* | 119:*16* |
| 222:*13, 23* | 128:*11* | **acidic** | 379:*1* | 122:*1* |
| 223:*1* | 129:*22* | 186:*13* | 401:*13* | 123:*7* |
| **90** 258:*8* | 131:*8, 13, 18* | 290:*20* | **add** 29:*18,* | 132:*9, 12* |
| **900** 2:*16* | 156:*6* | 291:*1* | *22* 31:*12, 14* | 156:*23* |
| **973.228.9898** | 169:*17* | 295:*8, 13* | 32:*8, 10, 12,* | 157:*6, 12, 16* |
| 2:*9* | 267:*24* | 296:*6* | *13, 18* 175:*3,* | 160:*18* |
| **99.9** 127:*19* | 395:*5* | **acknowledge** | *10* 186:*14* | **addressed** |
| | 396:*8, 18* | 270:*13* | 213:*11* | 40:*18* |
| **< A >** | 398:*20* | **acknowledge** | 219:*15* | 122:*12* |
| **a.m** 1:*20* | **accurate** | **d** 334:*21* | 265:*15* | **addressing** |
| 11:*8* 82:*17,* | 184:*14* | 385:*10* | 293:*19* | 64:*1* |
| *20* | 204:*17* | **Actavis** | 358:*13, 15* | 375:*14* |
| **able** 15:*15* | 329:*2* | 4:*17, 18* | **added** 32:*3,* | 384:*11* |
| 21:*11* | 341:*21* | **ACTION** | *6* 112:*6* | **adequacy** |
| 61:*13* | 352:*5* 403:*8* | 1:*7* 49:*13,* | 203:*2, 8* | 386:*9* |
| 119:*21* | **accurately** | *15* 264:*19* | 286:*22* | 396:*19* |
| 175:*8* | 14:*23* | 404:*16* | 320:*11* | **adequate** |
| 188:*14* | **accuse** | **active** 77:*14* | **adding** 68:*1* | 391:*17, 18* |
| 192:*18* | 390:*23* | 225:*13, 14,* | 343:*2* | 398:*18* |
| 213:*15* | 394:*12* | *15, 17, 19* | **addition** | **admit** |
| 225:*23* | **accusing** | **activity** | 236:*7, 12* | 337:*14* |
| 230:*10* | 355:*10* | 261:*13* | 282:*1, 4, 20* | **admits** |
| 246:*4* | 391:*1* | **actual** 70:*2* | 362:*12* | 394:*23* |
| 261:*19* | **achieve** | 74:*11* | 374:*11* | **admitted** |
| 316:*14* | 188:*10* | 100:*11* | 383:*21* | 386:*4, 7* |
| 319:*21* | **acid** 126:*18,* | 335:*4* | **additional** | 391:*12, 17* |
| | *24* 127:*5* | | 31:*13* 33:*5* | |

392:*11*, *13*
395:*23*
**admitting**
394:*8*
**advance**
17:*5*  18:*1*
**advertisemen**
**t**  70:*7*, *23*
73:*19*
**advise**  135:*4*
**advised**
361:*3*
**advisor**
161:*22*
**affect**
400:*23*
**affiliated**
24:*6*
**aflatoxin-**
**like**  223:*14*
327:*9*  328:*2*
**AFTERNOO**
**N**  8:*4*
164:*1*  355:*5*
**afterward**
393:*7*
**agent**
172:*11*, *15*
200:*22*
225:*20*, *24*
**agents**
200:*24*
**ago**  25:*22*
85:*18*
108:*11*
151:*18*
154:*23*, *24*
155:*16*, *17*
156:*18*
241:*24*
**agree**  31:*13*
94:*19*  98:*4*
107:*11*, *18*,
*21*  108:*8*

132:*13*
133:*4*
149:*17*
166:*4*
168:*21*
169:*1*
170:*20*
173:*17*
174:*20*
184:*8*, *14*
186:*4*
196:*11*, *16*,
*18*, *20*  197:*2*,
*6*, *8*  199:*2*
205:*17*
213:*21*
214:*1*
215:*12*
218:*12*
241:*8*
242:*10*
251:*5*, *7*, *13*,
*14*  258:*12*
267:*13*
273:*11*
274:*2*
283:*15*
285:*21*
291:*5*
292:*22*
293:*2*, *6*
294:*7*
295:*5*, *6*
304:*23*
305:*2*
308:*21*
309:*2*, *4*, *6*
316:*9*, *19*
349:*24*
350:*7*
356:*20*
357:*3*
358:*24*
363:*23*

364:*15*
395:*4*, *19*
396:*1*, *11*, *13*
397:*23*
398:*15*, *19*
399:*11*
**agreed**
11:*16*
319:*10*
370:*21*
**agrees**
339:*19*
**ahead**
30:*22*  31:*8*
50:*10*
51:*19*
53:*20*  58:*1*
60:*14*
62:*21*
101:*17*
115:*17*
119:*14*
120:*13*
123:*23*
126:*7*
127:*10*, *11*
128:*17*
151:*13*
157:*6*
177:*3*
214:*12*
256:*18*
292:*12*
317:*1*
344:*14*
345:*8*
350:*21*
361:*17*
370:*16*
**airplane**
327:*17*
**al**  9:*24*
10:*5*
**Albany**  3:*18*

**alerted**
283:*12*
**alerting**
273:*9*
**ALFANO**
6:*5*
**alkylating**
225:*20*, *24*
**alkylator**
225:*9*
**Allison**
85:*14*
**allow**  131:*1*
**allowed**
15:*23*
16:*13*
26:*10*, *13*
28:*18*
273:*23*
275:*3*  305:*9*
**allowing**
230:*19*
**aloud**  398:*3*
**Amended**
8:*18*  31:*19*
32:*6*
**American**
281:*15*
**amine**
172:*16*
173:*11*
229:*24*
230:*4*, *24*
232:*1*
242:*14*
251:*21*
252:*14*
261:*2*, *4*
262:*2*
269:*15*
284:*20*
291:*20*
293:*3*
297:*10*, *13*,

*21*  317:*18*,
*19*, *22*
318:*14*, *16*,
*18*  319:*2*, *5*,
*17*
**Amines**
9:*23*  200:*6*
212:*1*
251:*20*
257:*3*, *24*
258:*6*
259:*17*
260:*5*, *9*, *12*
261:*15*
269:*19*
270:*10*
282:*4*, *5*, *20*,
*21*  284:*23*
290:*17*
**amino**  260:*5*
**ammonium**
258:*1*
259:*18*
**amore**  102:*5*
**amount**
111:*22*
129:*2*, *3*
159:*24*
176:*3*
195:*9*
196:*6*
197:*20*
206:*2*, *23*
207:*3*, *11*, *17*,
*24*  208:*16*
209:*9*, *16*
210:*9*, *20*
**amounts**
126:*18*, *24*
128:*7*, *12*
195:*22*
196:*13*, *23*
208:*6*  209:*2*

analogs
261:*5*
**analogy**
72:*17*  74:*10*
**Analysis**
9:*7*  10:*8*,
*10*  116:*10*
122:*14*
134:*4, 6, 19*
135:*8, 15*
136:*14*
139:*2*
144:*16*
145:*18*
147:*12, 19*
148:*13*
149:*8*
154:*23*
158:*18*
159:*4, 15*
160:*8*
176:*19*
178:*17, 19*
181:*14*
189:*13*
193:*23*
197:*23*
198:*5, 9*
202:*5*
204:*20*
212:*8, 9*
226:*16*
247:*3*
249:*19*
250:*1*
251:*15*
253:*22*
270:*14*
307:*2*
321:*7, 12, 18*
323:*4, 16*
324:*1, 7, 15*
332:*7*
346:*22*

347:*13*
369:*23*
**analytical**
302:*14, 17*
**analyze**
90:*17*
**analyzed**
62:*4*  302:*21*
**analyzing**
62:*13*
300:*13*
**and/or**
194:*1*  403:*9*
**aniline**
260:*4*  261:*4*
**aniline-like**
261:*24*
**anilines**
260:*11*
**animal**
70:*16*  76:*9*
397:*12*
399:*10*
**animals**
70:*17*
**announceme
nt**  106:*13*
182:*1, 9*
**answer**
14:*22*  16:*4,
12*  17:*9*
31:*7*  35:*11*
37:*11*  38:*7*
39:*7*  40:*5,
20*  41:*21*
43:*9*  45:*16*
46:*2*  47:*2*
48:*20, 22*
50:*1*  51:*7*
52:*4*  56:*19*
58:*14, 15*
60:*24*
61:*13, 14, 20*
67:*1, 24*

70:*19, 24*
77:*21*
79:*19*  80:*6,
16*  81:*14*
92:*8*  93:*3*
98:*12*
102:*5, 7*
103:*6*
104:*2*
106:*11*
124:*7*
131:*3*
148:*1, 2, 5*
150:*21*
151:*1, 4*
152:*12*
153:*3, 12, 13,
15*  154:*5*
158:*6*
162:*18*
177:*2*
203:*19*
216:*23*
218:*20, 22*
219:*1, 4, 11*
220:*2, 19*
226:*12*
227:*8*
230:*18, 19*
242:*21*
252:*19*
275:*5*
298:*22*
300:*13*
309:*12*
310:*10*
311:*4, 6*
313:*11*
320:*11*
339:*22*
342:*22*
346:*11*
352:*12*
355:*16*

358:*7, 16*
368:*12*
381:*8*
390:*6*
392:*24*
**answered**
45:*14*
48:*19*  50:*9*
51:*18*
53:*19*  65:*8*
79:*12*
101:*16*
128:*16*
130:*11*
131:*4*
151:*12*
153:*2*
154:*9, 12*
227:*12*
228:*11*
252:*15*
254:*2*
265:*13*
268:*14*
289:*14*
320:*3*
333:*10*
359:*13*
**answering**
15:*8*  16:*2*
56:*20*
96:*22*  131:*4*
**answers**
59:*24*
61:*10*
100:*11*
102:*9*
356:*24*
**antibiotics**
180:*14*
**anybody**
21:*1*  24:*5,
10, 13*  43:*6*
117:*9*

158:*9*
217:*11*
237:*17*
266:*10*
300:*11*
315:*11, 19*
323:*15*
338:*13, 14*
340:*15*
341:*4, 8, 19*
372:*22*
**anybody's**
108:*8*  245:*9*
**anymore**
27:*13*
217:*21*
231:*16*
280:*14*
355:*2*
357:*20*
**anyway**
338:*7*
**API**  8:*23*
9:*20*  55:*22*
58:*24*  62:*5*
66:*3*  71:*14*
72:*20*  73:*4,
6*  76:*17*
77:*11, 13, 20*
78:*7, 11*
79:*7*  81:*3*
85:*11*
141:*18*
168:*10*
169:*7*
195:*4*
197:*21*
235:*22*
278:*1*
360:*18*
361:*7*
375:*18*
386:*19*

Pengerjaan 202 , Ph.D.

**APIs** 67:*21*
254:*7*
**apologize**
12:*6*  19:*4*
67:*8*  87:*6*
256:*13*
**apparently**
394:*16*
**APPEARAN**
**CES**  2:*1*
3:*1*  4:*1*
5:*1*  6:*1*
**Applied**
9:*10*  165:*7*
176:*22*
177:*24*
183:*15*
196:*23*
198:*5*
229:*23*
**APPLIES**
1:*11*
**apply**  399:*7*
**applying**
191:*18*
**appointment**
21:*17*
**appreciate**
49:*10*
100:*10, 15,*
*22*  102:*8*
222:*17*
226:*7*
**approach**
42:*11*
221:*4*
223:*17*
317:*16*
349:*7, 10*
**Approaches**
9:*16*  223:*4*
**appropriate**
54:*12*

**appropriatel**
**y**  100:*18*
**approval**
75:*13*
142:*12*
**approved**
78:*2*
**April**  10:*18*
33:*14*
376:*6*  396:*5*
**aqueous**
282:*7, 23*
283:*4*
**Arch**  4:*21*
**area**  44:*15*
63:*7, 11*
67:*5*
191:*24*
214:*23*
**areas**
289:*24*
**argue**
399:*17*
**Argumentati**
**ve**  37:*6*
94:*9*
100:*17*
115:*16*
214:*11*
276:*14*
299:*8*
305:*15*
316:*24*
349:*22*
372:*10*
388:*8*  390:*4*
**arguments**
152:*6*
**aromatic**
260:*4*
**ARPS**  4:*7*
7:*4*
**arrow**
238:*16*

**arrows**
240:*15*
**art**  35:*3*
366:*10*
**article**
164:*15, 20*
183:*13*
242:*3, 12, 16*
243:*6, 13, 15,*
*16*  244:*10*
257:*2, 8, 14,*
*16*  263:*8*
268:*22*
270:*10*
272:*3*
276:*4, 7*
277:*9*
280:*16, 17*
281:*13*
283:*10, 23*
284:*3, 18*
285:*4*
290:*6, 16*
291:*5*
295:*11*
317:*6*
337:*10*
361:*24*
**articles**
258:*13*
263:*1*  272:*3*
**artificially**
317:*13*
**aside**
124:*11*
253:*1*
**asked**  34:*2*
38:*9*  45:*13*
48:*19*  50:*9*
51:*17*
53:*18*
56:*23*  67:*1,*
*3*  79:*11*
80:*19*

100:*7, 9*
101:*15*
102:*3*
104:*20*
108:*11*
121:*2*
128:*15*
130:*9, 10, 22*
131:*15*
140:*6*
147:*11*
150:*7, 23*
151:*11*
152:*7, 13*
172:*5*
173:*17*
182:*24*
195:*17, 18*
198:*16, 17*
206:*11*
218:*14*
219:*9*
220:*18*
226:*6, 11*
227:*6*
228:*11, 21*
244:*5*
254:*2*
265:*12*
267:*20*
268:*13*
271:*19*
277:*1*
289:*13*
293:*5*
300:*2*
310:*21*
311:*3, 12*
319:*8, 9*
320:*3*
329:*8, 18*
333:*9*
337:*23*
345:*11*

348:*10*
349:*17*
359:*13*
373:*22*
382:*3*
385:*20, 23*
400:*17*
**asking**
13:*16*  15:*4,*
*19*  16:*2*
17:*13, 15*
24:*22*  25:*7*
26:*19*
39:*14*
46:*11*
51:*20*  56:*8,*
*10, 21*  60:*22*
64:*13*  65:*1,*
*4*  72:*22*
73:*8, 16*
80:*14*
84:*19*
90:*18*
96:*18, 20*
97:*1*  98:*11*
99:*9*
100:*12*
104:*15*
105:*7*
106:*6*
110:*7*
111:*7*
115:*9*
118:*7*
121:*8, 11*
130:*13, 16,*
*21*  131:*6*
135:*21*
138:*4*
143:*21*
145:*8*
146:*19*
148:*7*
153:*9*

Peng, Ian J. Xie , Ph.D.

160:*24*
170:*5*
174:*6*
203:*17*
216:*12*
227:20
244:*21, 23*
253:*23*
268:*3*
274:*6*
300:*19*
306:8
309:*10, 13,*
*18* 310:*5*
311:*5, 15*
314:*11*
315:*14, 16,*
*18, 19*
321:20
322:24
323:*21*
329:24
333:24
339:*17*
344:*4*
349:*9, 23*
350:7
372:*14, 18*
376:*16*
382:6
391:*11*
396:*13*
**aslater@maz**
**ieslater.com**
*2:10*
**aspects**
257:*23*
259:*16*
**assert**
334:*19*
375:*16*
**assess**
174:*21*
267:*14*

268:*5*
277:*5*
283:*14*
**Assessment**
9:*3* 50:*16*
67:*16* 97:8
99:*19, 22*
141:20
156:6
178:*11*
189:*23*
217:*17*
241:*1, 2*
263:*11, 17,*
*22* 266:*18,*
*22* 267:*1, 3,*
*8, 21* 270:22
272:*12, 22*
274:*11*
276:*5, 11*
277:*2*
278:7
279:*14*
283:*17*
286:*9, 13*
287:*6, 10*
288:*23*
289:*6, 9, 18*
291:7
294:8
295:*19*
316:*13*
386:*10*
390:*15*
395:*13*
396:*19*
398:*18, 24*
399:8
**assessments**
267:*23*
**assistance**
107:8
**associate**
19:*16* 68:*16*

**associated**
274:*4*
**assume**
215:*21*
273:7
274:6
276:2
279:*23*
352:6
353:*18*
378:9
388:*4* 390:*1*
**assumed**
272:*17*
**Assumes**
113:*14*
149:24
221:*10, 15*
275:*1*
276:*13*
320:*3*
342:*4*
350:20
356:*4*
359:*12*
361:*16*
369:7
370:*15*
**assumption**
187:*16*
204:*23*
205:*2*
271:*11*
273:*4* 298:8
**assumptions**
252:20
283:*22*
284:*5*
369:*10, 17*
**atom** 353:8
**attach** 19:*21*
**attached**
19:*2, 5*
344:*1* 362:7

**attachment**
337:*22, 24*
338:*1, 3*
342:*21*
352:22
362:*1*
371:*12*
**attack** 186:2
**attacking**
186:*3*
**attention**
218:*4*
257:22
259:*15*
285:*23*
354:2
**attire** 37:*16*
**attorneys**
17:*24* 18:*9*
**Audio** 343:*4*
**audit** 141:*21*
**author**
184:*23*
185:*21*
186:*10*
258:*23*
342:*18*
**authored**
20:*4* 343:*24*
**authors**
185:*7, 8*
186:*23*
240:*5*
241:*13*
242:7
260:*17*
269:*10*
285:*15*
**automaticall**
**y** 247:*6*
294:*4*
297:*13*
**available**
44:*17* 51:*4*

54:*3* 57:*11*
92:*23*
97:20
125:*10, 13,*
*15* 136:*21*
151:*21*
161:*7, 12*
189:*13*
217:*16*
220:*5*
229:*21*
230:*1*
246:*11, 24*
248:*1, 12*
254:*14*
258:*14, 20*
317:*17*
**Avenue** 6:*17*
**avenues**
35:*7* 123:2
**average**
191:*13, 19*
192:*10*
230:6
231:*16*
255:*4*
**avoid**
169:*15*
218:*5*
**aware**
90:*13, 16, 22*
91:*4, 9*
92:*12, 16*
93:*4*
126:*23*
149:*18, 20*
157:*18*
158:*12*
160:*13*
162:*5*
171:*1*
176:*14, 16*
192:*11*
198:*4*

206:4
207:2, 4
217:6
231:7
236:22
254:5
278:4
295:14
298:4
338:17, 23
340:14
**azide**
174:18
176:3
195:3
199:20
211:16
249:14
345:21
362:13
**azoxy-**
**compound**
327:10
328:3
**azoxy-**
**structures**
223:15

**< B >**
**babies**
398:22
**baby**
386:18
396:23
**back** 21:15
47:3 63:24
82:20
91:20
108:10
109:5
114:7, 11, 23
116:8, 21
140:11
154:19

155:7, 22
156:15
157:11
164:9
190:15, 17
193:18
217:18
227:6, 11
235:11
244:10
245:21
248:19
259:24
266:5, 9
271:13
279:13
280:24
283:10
301:8
307:20
315:20, 22
318:7
330:10, 11
343:15
347:16
366:12
374:5
380:4, 24
381:10, 11
393:24
400:2, 10
**back-and-**
**forth** 256:8
264:2
**background**
19:11 66:23
**backward**
59:1 114:7
212:9
306:23
310:14
311:8
318:12

**backwards**
250:17
**bad** 58:5
179:23
**baffled**
355:3
**Bank** 6:18
**bar** 122:23
**base** 187:3
**based** 39:22
52:17 53:8,
24 54:9, 10
92:21 95:6,
8 101:4
103:14
124:6
144:2
161:6
169:13
171:11, 15,
17 172:19
173:6
176:20
194:23
195:15
197:19
205:10, 20,
21 211:10
212:7
213:15
217:15
220:20
243:15
249:12
256:9
263:18
280:7
310:13
315:2
335:15
338:9
361:22, 23
362:3, 5
371:20

373:1, 16
395:17
**basic**
173:13
186:13
**basically**
69:16 74:8,
14 189:4
307:22
350:5
**basicity**
269:15
**basing**
384:13
**basis** 22:24
64:5 69:21
85:5 160:22
**batch** 304:8,
21 308:6
309:9
312:9
313:4
314:5, 15, 21
318:6
**batches**
58:23
313:3
318:5, 8
**Bates** 344:1
**becoming**
152:20
**beginning**
37:21 190:5
**behalf**
337:1 400:7
**Beijing**
242:4
**believe**
21:22
53:10
85:23
90:12
94:13
96:13, 21

102:22
117:3
122:22
200:4
248:2
249:5
257:14
310:7
332:5
338:2, 3
366:5
**belong**
260:5

**BERNARDO**
4:8 8:5
12:6 13:15
15:24 23:6,
16 29:14
30:1, 23
35:18
36:20 37:5,
12 40:2
41:15
45:12, 19
46:18 47:8,
12, 19 48:3,
13, 17 49:1,
4, 11, 14, 18,
22 50:7
51:16 52:7
53:4, 17
57:5, 21
58:4 59:7
60:11, 20
61:16
62:14, 16
65:3 76:18
78:15, 19
79:10, 15
80:1, 3
81:5, 24
82:9, 12
87:11, 22

90:*19*
91:*11, 17*
92:*1, 6, 19*
93:*16*  94:*8*
95:*14*  96:*2*
98:*8, 13*
100:*14*
101:*14*
102:*11*
103:*5*
104:*11*
106:*4*
107:*15, 20*
109:*12, 15, 20, 24*  110:*6*
113:*13*
115:*11, 13*
117:*21*
119:*9, 14*
120:*11*
121:*23*
123:*21*
125:*7*
128:*14*
137:*4, 10*
145:*21*
146:*10, 19, 24*  147:*7, 15, 23*  148:*5, 16, 22*  149:*10, 23*  151:*10*
152:*4, 18*
153:*3, 16*
156:*8*
159:*7, 18*
162:*9, 13*
163:*3, 8, 11, 15*  166:*9*
169:*3*
174:*4, 22*
175:*19*
176:*23*
177:*13*
178:*4*

179:*1, 13*
181:*20*
190:*7*
193:*6*
203:*18*
214:*9, 21*
215:*15*
216:*9*
218:*21*
219:*3*
220:*14, 17*
221:*5, 9, 14*
222:*14, 21*
226:*23*
227:*22*
228:*3, 9*
229:*6, 10*
230:*16*
233:*3, 7*
234:*19*
235:*5*
237:*10*
242:*17*
243:*21*
246:*15*
248:*24*
254:*1*
259:*9*
263:*20*
265:*8, 12*
267:*10*
268:*12*
271:*5*
274:*14, 23*
276:*12*
277:*13*
278:*12*
280:*3*
287:*11*
289:*12*
291:*15*
295:*22*
296:*19*
298:*17*

299:*7*
300:*17*
301:*3*
304:*5*
305:*6, 13*
306:*3, 19*
316:*22*
318:*20*
320:*1*
323:*10*
326:*5*
328:*6, 17*
329:*5*
333:*8, 22*
336:*6*
337:*3*
338:*21, 24*
339:*13, 24*
340:*7, 22*
341:*12, 16*
342:*1*
343:*10*
344:*3, 9, 23*
345:*3, 7*
347:*8*
348:*19*
349:*13, 20*
350:*6, 19*
354:*23*
355:*4, 9, 14*
356:*3*
357:*17, 21*
358:*3, 9*
359:*11*
360:*20*
361:*9, 13*
362:*23*
366:*19*
367:*6*
368:*7, 11*
369:*1, 5*
370:*12*
372:*9*
373:*9*

377:*22*
378:*24*
380:*6, 13*
381:*22*
382:*10*
388:*6, 18*
389:*5, 22*
390:*3, 17*
391:*8, 22*
392:*18*
399:*19*
400:*5*
401:*6, 10*
**best**  26:*2*
41:*20*
59:*20*
101:*2*
113:*17*
155:*24*
161:*14*
187:*4*
217:*4*
243:*8*
247:*8, 9*
252:*14, 18*
355:*16*
371:*23*
**better**  13:*7, 8*  56:*19*
192:*12*
263:*16*
336:*9*
344:*18*
401:*12*
**beyond**
57:*23*
60:*12*
62:*19*
65:*10*
91:*12*
162:*16*
214:*22*
**bias**  239:*12*

**biased**
367:*11*
**big**  54:*20*
70:*17*  89:*6*
161:*12*
183:*21*
239:*16*
240:*17*
260:*1*
329:*14*
**bigger**
114:*13*
183:*19*
302:*11*
345:*24*
**biggest**
15:*14*  180:*1*
**binding**
338:*20*
339:*8, 10*
340:*1, 4, 9, 17*
**bit**  141:*3*
161:*12*
210:*6*
223:*9*
328:*20*
342:*12*
**bitter**
349:*15*
**blood**  74:*6*
75:*9*  181:*8*
288:*16, 21*
**blow**
165:*14*
223:*9*
281:*17*
**bodies**
169:*20, 23*
272:*11*
**body**  69:*15*
170:*14*
191:*23*
266:*20*

Perfect Page , Ph.D.

**BOGDAN**
3:*16*
**boil** 86:*19*
**BOSICK**
6:*6*
**boss** 353:*24*
364:*18*
**Boston** 5:*8*
**bottom**
125:*23*
140:*17*
194:*15, 16,
20* 197:*17,
18* 201:*23*
210:*5*
290:*8, 10*
327:*5*
360:*14*
374:*9*
375:*6*
383:*19*
384:*20*
388:*14*
389:*14*
390:*14*
**bought**
208:*11, 13*
**Boulevard**
3:*7*
**boxes** 71:*19*
**break** 12:*19*
82:*5, 7, 8, 10,
13* 152:*21,
24* 153:*5*
163:*12*
222:*15, 20*
235:*4*
241:*9*
301:*2*
357:*22*
373:*24*
400:*17*
**breaking**

82:2 163:*4*
**BRIAN** 4:*20*
**Bridge** 6:*17*
**brief** 357:*22*
**bring** 117:*7*
**Broad** 40:*3*
48:*19* 50:*9*
57:*23* 59:*8*
60:*13*
62:*19*
71:*17*
179:*4, 18*
186:*12, 19*
216:*17*
287:*12, 14*
**brought**
43:*12*
**bullet** 28:*3*
210:*14*
**Bulletin**
345:*19*
**bullets** 52:*3*
65:*9*
**bunch**
32:*22*
108:*20*
116:*10*
210:*18*
237:*13*
252:8 343:*8*
**business**
255:*2*
**busy** 25:*22*
**buy** 127:*14*
128:*21*
129:*11*
134:*13*
288:*20*

< C >
**calculation**
239:*7*
**calculations**
34:7 285:*10*

**call** 13:*13*
19:*18* 35:*8*
83:22 89:*1,
17* 127:*20*
143:*10*
169:*8*
187:*18*
193:*14*
201:*7*
238:*10*
241:*20*
366:*5*
**called** 12:*3*
20:*10* 27:*6*
86:6 97:*7*
112:*13*
129:*13*
138:*15*
158:*22*
164:*4*
224:*15*
225:*10*
386:*15*
390:*12*
**Calls** 156:*9*
215:*16*
242:*18*
274:*24*
276:*14*
340:*23*
369:*6*
**CAMDEN**
1:*3*
**Camp** 2:*16*
**cancer**
179:*24*
180:*2, 18*
181:*6*
182:*16*
**cancer-
causing**
182:*6*
222:*2, 10*

**cancers**
222:*7*
**capable**
98:*5*
107:*12*
171:*12*
**capacity**
73:*11*
**captioned**
403:*6*
**capture**
240:*11*
**carbon**
132:*24*

**Carcinogenic**
9:*14* 214:*6,
19* 215:*11*
216:6, *17*
217:*10*
221:*3*
223:3, *16*
**care** 129:*11*
381:2, *4*
**career** 35:*4*
72:15 77:*7,
16* 84:*12, 15*
160:*17*
**careful**
263:*17, 24*
264:*1*
**carefully**
63:*17* 75:*1*
353:*3*
**caring** 285:*2*
**carryover**
223:*11*
**case** 17:*18*
18:*23*
22:*19*
23:*11* 24:*9,
13* 27:*22*
28:3 29:*1*
34:24 35:*6*

36:4 38:*20*
40:*12*
43:*17, 24*
44:*4, 7, 16*
45:*1* 46:*5*
48:8, *11*
50:3 52:*18*
54:*20* 57:*9,
12* 65:*18*
71:3, *5*
85:*10, 16*
93:*13, 22*
97:4 98:*18*
106:*21*
108:*7*
128:*4, 11, 20*
135:*23*
138:*9*
197:*12, 13*
213:*14*
226:*4*
255:*23*
264:*6*
285:*22*
294:*7*
300:*1*
318:*1*
352:*24*
366:*18*
367:*2*
368:*23, 24*
372:*23*
382:*18*
386:*17*
393:7 401:*9*
**CASES**
1:*12* 16:*5,
12*
**catalyst**
202:*21*
204:*24*
205:*14*
310:*7*

Pengichan-2Xue , Ph.D.

Catalytic
302:20
catching
387:4
caught
72:11
causation
226:4, 6
cause 86:11,
13, 15, 16, 19
87:4
103:22, 23
116:9, 22
117:2
122:13
132:2
157:18
180:18
184:10
187:1, 2, 3, 5,
10 193:15,
19 197:9, 20
198:6
202:4
217:19
222:7 332:6
caused
108:22
184:9
286:16
356:8
causing
222:2
362:18
Celsius
102:22
112:5
center 84:5
Centre 6:8
Certain 9:7
59:4, 5
100:9
186:5, 7
187:4

188:16
190:1
209:9, 15
219:21
220:24
223:13
224:8
258:21
279:1
certainty
105:10
108:16
Certificate
10:8
127:15
128:23
134:3, 6, 9,
19 135:8
136:14
139:1
144:15
145:18
147:19
148:12
149:7
158:17
159:3, 14, 22
321:7, 17
323:4, 16
324:1, 6, 14
404:1
Certificates
135:14
147:12
certification
343:16
certified
352:9
certify
404:4, 10
cgeddis@ma

zieslater.com
2:11

challenge
160:3
chance
107:24
171:16
173:6
182:17
189:14
210:1
213:19
262:22
365:23
371:7
400:16
change
31:12
114:12
118:17, 18
178:13, 16
273:16
286:16, 17
288:2
401:3, 5
changed
170:22
388:5
changes
178:22
403:9, 12
changing
120:15
character
219:21
characteratio
n 366:21
characterizat
ion 70:15
85:4
119:11
178:6
230:18
243:23
295:24
306:21

328:8
342:3
361:15
363:2
366:21
370:14, 21
373:11
381:24
388:9, 20
389:7
391:23
392:20
characterizat
ions 152:6
characterize
116:18
222:9
characterize
d 72:8
Charles
24:18, 20, 23
25:1
chase 145:5
check
286:20
Chemical
9:2, 6 10:7
128:22
148:13
175:9
224:9
274:5
281:15
323:5
chemicals
129:5
142:14, 21
143:18
168:15, 24
192:4
218:7, 17
220:10
268:1, 7

272:2
312:10, 22
chemist
44:15 46:4
50:14, 22
64:1 68:8
125:11
127:13
128:22
133:22
134:8
160:24
166:6
170:16
176:11
181:2
185:10
191:13, 19,
21 192:2, 8,
10 215:8
230:7
240:11
253:7, 15
255:4
284:13
289:16
298:6
316:11
335:16, 22
337:13
351:21
Chemistry
9:10 30:9
43:2, 19
44:6 47:1
50:5, 23
63:10
65:19
66:22
67:14 97:4,
22 156:23
161:17, 18
165:7
167:1

168:8, 11
171:7, 9
178:11
183:15
185:5
187:20, 22
192:9
204:18, 21
205:22
215:8
236:15
240:18
245:11, 12, 13  281:15
286:14
289:16, 19
294:19
338:10
342:15
**chemists**
97:6
134:18
135:7
149:18
151:6
153:20
156:3
160:9
168:22
170:9
173:12, 20, 23  174:7, 16
177:10, 21
178:21
192:15
220:23
230:9
234:4, 8, 12
252:11
253:17
270:19
276:1, 2
277:3
278:2

279:24
283:7, 9
295:6  296:5
**Chicago**
5:16
**chill**  379:1
**China**
21:23  242:4
**Chinese**
24:20
210:18
335:7, 13, 16, 21  338:4
342:9
351:13
352:1, 2
354:8
359:18
362:4, 6
373:3, 17
**chloride**
71:6, 11
72:2, 3
86:22  87:5, 20  88:3, 15, 23, 24  89:6, 11, 23  90:10
91:8  92:14
95:1, 13
96:17  97:9, 17  98:6
99:5, 11, 21
101:9
102:20
104:7, 19, 23
105:4, 11, 18
106:3
107:2, 13
108:18, 23
112:4
113:2, 10
119:7
120:8
121:6, 15

123:13
125:6
129:23
131:9
134:21
135:9, 17
151:8
153:22
156:4
166:16, 24
167:19
168:10
171:4
172:21
174:1, 9
177:11
181:12
182:3
195:1
196:12
200:10
290:24
291:9
294:6
295:16
296:11, 14
328:4, 15
329:3
331:24
356:2, 17
357:4
358:22
369:20
375:17
**choices**
192:4
340:18
**choose**
140:3
248:12
**chop**  58:16
296:2
**chopped**
86:23  303:8

**chose**  173:8
244:23
**chosen**
190:5
213:4
244:17
**Chris**  20:11
27:9  28:9
165:15
213:23
281:2
325:8
330:8
343:15
**CHRISTOPHER**  2:6
7:5
**chromatography**  82:24
83:2, 4, 11, 15  84:8, 11
**chromatography-mass**
83:21
**chromatography-MS**
83:23
**chunk**
240:17
**circle**
377:13
**circles**  52:10
**circumstances**  168:22
186:5, 7
187:7
188:16
258:22
279:1
295:18
296:16
305:3
355:13
378:7

**citation**
44:11
126:19
395:11
**citations**
140:2, 3
259:20
**cite**  22:21
25:8  56:15
237:2
374:24
394:17
400:12
**cited**  376:5
377:21
381:13, 15
384:21
394:3, 5
**citing**
114:20
260:7
394:11
**CIVIL**  1:7
**claim**  147:8
186:23
230:6
231:3
255:8
317:21
**claimed**
232:16
**claiming**
233:18
**clarification**
15:19
**clarify**
65:23
**class**  85:3
**classes**
322:8
**clean**  265:1
**cleanly**
323:3

Pengichan-2ote , Ph.D.:

clear *37:16*
42:22
46:*10*
66:*18*
67:*23*
74:*20*
76:22
87:*13*
104:2
107:22
119:*19*
150:*10*
155:*14*
168:7
170:*17*
188:*8*
201:*4*
208:*23*
215:*19*
222:5
225:2, *3*
230:22
247:*20*
266:*1, 2*
292:*5, 15, 21*
306:*7, 9*
333:*14*
358:*21*
365:*19*
368:2
374:*12*
382:*17*
383:22
389:*9, 13*
**clearer**
267:*20*
**clearly**
46:22
65:*10, 14*
78:*21*
96:*24*
157:*20*
275:*9*
297:*1*

320:*13*
352:*17*
360:*3*
363:9
367:*12*
370:*23*
373:*13*
393:5
**click** 379:*14,*
*19, 21*
**client**
147:*14*
340:5
**clock**
378:*18, 20*
379:*2, 3, 6, 9*
380:*19*
381:*10*
**close** 70:*14*
73:*17*
75:*21*
354:*15*
**closed** 26:*10*
**clue** 70:*8*
318:*3*
332:*4*
353:*11*
**COAN** 5:*6*

**collaborative**
73:*13*

**collaborators**
84:*4*
**colleagues**
116:*24*

**COLUMBIA**
404:2, 22
**column**
112:*13, 14*
126:*12*
133:*11*
142:*18, 24*

143:*1, 2, 3, 4*
202:*9, 12, 13,*
*17*  257:*10*
282:*10, 13,*
*19*  290:*8, 11,*
*15*
**columns**
142:*10*
**combination**
107:9
**combine**
115:5
**combined**
201:*16*
**come** 38:*19*
40:7  42:*11*
44:*21*
54:*12*  76:2
94:*12*
108:*10*
127:*16*
147:*3*
189:*15*
252:*12*
270:*20*
283:9
307:*23*
308:5
353:*13*
372:*24*
379:*1*
396:*1*
397:*4*  399:*3*
**comes**
239:*17*
**comfortable**
15:*3, 8*
**coming**
76:*1*  284:6
**comment**
147:8
155:*19*
156:*20*
177:5

178:7
289:22
290:*3*
296:*23*
316:6
**commentary**
29:5  226:*24*
**comments**
31:*15*
59:*11*
100:*16*
157:*1*
396:22
**commercial**
69:*21*  70:*4*
71:*19*  72:*21*

**commercially**
120:6
121:*14*
126:*17, 23*
127:8
128:7, *12*
129:2, *24*
131:*11*
191:7
288:*16*
306:*16*
**Commission**
404:*24*
**common**
24:*20*
120:*18*
187:*24*
230:5
231:2
232:*15*
255:*3*
292:9, *13*
293:*19*
294:*18*
297:*3, 6*
317:*20*
352:*20*

353:2, *7, 24*
360:*17*
361:6

**communicate**
91:*21*
**communicati
ons** 256:*9*
**companies**
24:6, *16*
73:*14*
103:*20*
142:*14*
247:*13*
**company**
47:*1*  69:*23*
71:*13*
72:*15*  73:*5,*
*10, 17*  97:7
142:*15*
154:*18*
155:6, *23*
217:*24*
256:*1*
312:*10, 22*
321:*8*
323:5
339:*11*
**compared**
32:7
**complete**
20:2  33:*19*
75:*21*
76:*15*
102:*5, 7*
351:*10*
**complicated**
251:*24*
317:*23*
**component**
175:5
**composition**
134:*20*

compound
70:*16*  72:*6*,
*8*  74:*18*
77:*1*  81:*21*
85:*3*
120:*12*
128:*15*
129:*16*
162:*17*
175:*20*
182:*2*
190:*8*
193:*17*
213:*18*
214:*10*
215:*19*, *20*
216:*17*
217:*8*
219:*21*
220:*6*
221:*16*, *22*
224:*8*, *11*, *12*,
*13*, *15*, *17*, *19*
225:*5*, *8*, *17*,
*22*  234:*20*
246:*16*
248:*11*
260:*13*
261:*5*, *24*
267:*15*
287:*19*
288:*6*
316:*23*
320:*4*
330:*22*
331:*3*, *17*
334:*23*
346:*24*
347:*1*
353:*17*
364:*14*
365:*17*, *18*
366:*3*
367:*13*

compounds
214:*6*, *19*
215:*11*
216:*2*, *6*
222:*1*, *6*, *10*
223:*12*
224:*2*
258:*1*
259:*18*
288:*3*
330:*20*
363:*15*
computer
377:*6*
con  208:*8*
concentratio
n  186:*17*
187:*2*  269:*5*
concept
83:*12*
179:*5*
216:*18*
252:*13*
concerned
16:*15*
293:*10*
Concise  9:*2*
conclude
238:*18*
concluded
111:*16*
193:*23*
231:*21*
236:*23*
237:*2*
243:*15*
250:*14*, *18*
339:*24*
401:*20*
conclusion
60:*5*  62:*24*
63:*2*, *9*
64:*19*
103:*21*

114:*10*
251:*3*
338:*11*
339:*1*, *15*
340:*9*, *24*
353:*22*
conclusions
35:*9*  57:*18*
59:*4*  60:*7*,
*9*  62:*12*
237:*8*, *13*, *14*,
*15*
condition
75:*17*
114:*8*, *12*
133:*13*
161:*20*
185:*18*, *21*
186:*12*, *20*
252:*3*, *9*
255:*12*, *22*,
*23*  261:*19*
262:*17*
273:*13*
275:*8*
276:*18*
277:*21*, *22*
286:*17*
conditions
32:*22*  89:*3*,
*17*, *18*  91:*7*
99:*8*  101:*8*
105:*16*
108:*4*
112:*2*
113:*2*, *10*
114:*4*
118:*16*
185:*11*, *14*
186:*14*
209:*9*, *15*
210:*7*, *15*
276:*8*, *21*
277:*4*, *10*

286:*18*
316:*15*
317:*7*
conduct
47:*2*
100:*17*
176:*20*
183:*3*
conducted
21:*9*  111:*11*
confident
345:*13*
CONFIDEN
TIAL  1:*14*
confirm
22:*15*
30:*19*, *24*
53:*3*  64:*11*,
*23*  65:*4*
90:*21*
115:*10*
121:*11*
194:*9*

confirmation
39:*13*
111:*14*
confirmed
290:*19*
295:*12*
confirming
304:*2*
conflict
114:*19*
confuse
353:*20*
364:*7*
371:*22*
confused
292:*14*
342:*11*
359:*19*

confusing
358:*18*
364:*10*
confusion
260:*1*, *2*
confusions
337:*14*, *15*
connected
261:*11*
connection
48:*10*
138:*8*
177:*10*
393:*13*, *16*
conservation
22:*16*  32:*11*
conservative
263:*17*
consider
22:*22*  24:*2*
48:*9*  50:*4*
57:*8*, *13*
90:*17*  91:*5*
92:*13*  93:*5*,
*7*  94:*12*
119:*24*
120:*2*, *9*, *22*
121:*5*, *13*, *18*
128:*6*
132:*1*, *14*
139:*22*
247:*2*
280:*12*
288:*4*
336:*2*
364:*3*
367:*10*
373:*21*
381:*6*
392:*23*
396:*6*
398:*16*

consideration

120:*4*
139:*24*
287:*7*
**Considered**
8:*20*  20:*1,*
*3, 8*  25:*12*
31:*21*
33:*12*
90:*14*
94:*24*
97:*18*
121:*9, 21*
128:*19*
151:*7*
153:*21*
154:*6*
221:*2*
298:*24*
335:*24*
371:*10*
**consistency**
260:*14*
**consistent**
148:*18*
**contact**
200:*6*
211:*24*
**contacted**
85:*16, 19, 22*
200:*12*
**contain**
130:*3*
132:*3*
153:*23*
166:*5*
195:*8, 13, 22*
196:*17*
204:*12, 22*
205:*1, 3*
206:*2, 23*
207:*3, 11, 17,*
*24*  208:*3, 6,*
*16, 17*
309:*24*

**contained**
129:*16*
151:*8*
196:*13*
209:*2*
304:*4*
308:*24*
310:*8*
**containing**
223:*13*
224:*8, 17*
331:*15*
**contains**
126:*17, 23*
127:*7*
128:*7, 12*
129:*2*
149:*8*
159:*23*
224:*13*
298:*9*
**contaminant**
129:*24*
131:*10*
149:*19*
153:*23*
**contaminate
d** 213:*7*
**contaminatio
n** 62:*4*
85:*8, 11*
86:*8*
120:*17*
121:*9*
127:*6*
157:*4, 6, 9*
**Cont'd** 3:*1*
4:*1*  5:*1*  6:*1*
**content** 22:*8*
**contents**
136:*17*
139:*2*
**context**
47:*23*

73:*23*
181:*5, 10*
**continue**
147:*5*
**continued**
47:*13*
164:*4, 7*
**continuing**
249:*10*
**contribute**
108:*5*
**control**
75:*5, 9*
99:*18*
216:*21*
217:*3*
287:*3, 5*
288:*7, 16, 21*
384:*24*
389:*16*
397:*14*
**controlled**
327:*13*
331:*9, 10*
**convergence**
197:*21*
210:*11, 22*
**conversation**
23:*21*
**cool**  152:*22*
**copy**  19:*21*
26:*7*
145:*23*
146:*15*
329:*23*
334:*11*
341:*21*
343:*22*
**core**  38:*17*
**corner**
137:*20, 22*
**corporate**
333:*20*
336:*4*

338:*19*
339:*9*  340:*3*
**correct**
14:*12*  21:*5*
22:*9*  29:*7,*
*8*  31:*12*
33:*15*
43:*19*  52:*6*
53:*14*
65:*19*  67:*6*
68:*6*  71:*6*
78:*12, 13, 21*
79:*4*  86:*9,*
*15*  88:*19*
94:*11, 13, 18*
101:*13*
107:*14, 19*
115:*8*
118:*5*
119:*8*
126:*13*
131:*13*
156:*7*
165:*1, 10*
166:*3, 8, 22*
170:*14*
171:*5, 13, 22*
172:*4, 12*
173:*1, 11*
184:*11*
185:*1, 8*
186:*9*
190:*6*
200:*17, 19*
203:*10, 11*
205:*6*
207:*19*
210:*17*
211:*8, 18*
213:*13, 20*
216:*8*
225:*6*
230:*1, 11*
240:*16*

242:*5*
243:*20*
244:*19*
246:*6*
249:*23*
250:*23*
251:*1*
258:*22, 24*
265:*23*
270:*16*
271:*4*
279:*3*
283:*4, 5*
286:*7*
291:*2*
293:*1*
296:*11, 18*
299:*6*
304:*4*
306:*12*
312:*3*
313:*1, 18*
314:*9*
316:*21*
318:*19*
319:*2, 22*
320:*7*
329:*4*
335:*22*
343:*11, 22*
348:*18, 23*
350:*18*
351:*9, 24*
354:*7*
359:*10*
361:*8*
362:*22*
365:*4, 10, 14*
368:*18*
370:*2, 4, 11*
375:*23*
383:*11*
384:*17*
385:*16*

Perignon-Zande, Ph.D.

386:*12*
390:*21*
396:*2*
398:*9*
400:*20*
**corrections**
403:*9*
**correctly**
86:*14*
244:*4*
245:*19*
262:*6*  350:*8*
**correspond**
141:*22*
**corresponding**  129:*13*
**cost**  116:*20*
**counsel**
11:*18*  33:*5*
34:*9*  42:*5*
44:*6*  61:*12*
93:*20*
137:*15*
336:*1*
337:*24*
404:*12, 15*
**counsels**
20:*7*
**count**
255:*17*
**couple**
23:*23*
34:*16*  88:*9*
97:*2*
149:*15*
222:*19*
238:*9*
397:*5*  400:*7*
**coupled**
186:*15*
**course**
15:*23*
44:*11*
50:*18*  59:*3*

70:*16*
171:*1*
266:*6*
310:*13*
**COURT**
1:*1, 24*
11:*20*
49:*13, 15*
61:*11*
227:*5*
340:*6*
341:*10, 20, 23*
**cover**  33:*19, 22*
**covered**
39:*15*  61:*15*
**covers**
185:*14*
**COVID**
12:*12*  25:*23*
**COVID-positive**
381:*7*
**create**
115:*6*
169:*22*
172:*4, 10, 24*
173:*11*
201:*16*
229:*24*
258:*18*
287:*8*
316:*18*
362:*20*
**created**
168:*13*
183:*7*
189:*24*
201:*15*
226:*18*
259:*6*
294:*10*
356:*9*  370:*8*

**creating**
171:*13*
172:*12*
173:*14*
191:*22*
278:*9*  296:*6*
**creation**
87:*5*
160:*14*
179:*11*
181:*16*
183:*5*
201:*14*
250:*14, 19*
267:*24*
272:*21*
283:*2*
291:*13*
361:*4*
**critical**  42:*1*
45:*17*
51:*13, 15*
52:*5*  53:*1*
75:*22*
260:*19*
262:*3*
**criticisms**
40:*24*
41:*18*  45:*11*
**criticize**
41:*3*  42:*14, 19*  43:*6*
**criticized**
53:*16*
**criticizing**
51:*22*  53:*13*
**cross**  72:*1*
**CRR**  1:*23*
**CRR/RMR**
404:*3, 21*
**Crude**
195:*8*
203:*3, 8*
205:*12*

213:*5*
334:*22*
345:*21*
365:*7*
**cryptic**  58:*9*
**CULBERTSON**  5:*5*
**curious**
313:*21*
**current**
19:*7*
194:*24*
219:*22*
**curriculum**
19:*6, 8, 9*
**curves**  97:*2*
**cut**  68:*1*
145:*5*  173:*4*
**CV**  19:*18, 21*  68:*12*
69:*1, 3*
**cyclic**
346:*23*

**< D >**
**daily**  85:*5*
160:*21*
**dangerous**
226:*9*  289:*7*
**dark**  189:*10*
**dash**  312:*16*
**Data**
127:*21*
129:*13*
133:*23*
135:*15, 20*
136:*6, 15*
138:*15*
139:*4*
154:*24*
155:*8, 10*
156:*2*
157:*20, 21, 22*  158:*2, 3*

233:*12, 13*
310:*13*
315:*16, 18*
**database**
254:*11*
**date**  11:*7*
85:*17, 20*
86:*3*
146:*13, 17*
148:*7*
150:*15*
**dated**  18:*20*
20:*4*  29:*1*
64:*14*
164:*22*
321:*10*
323:*5*
334:*20*
343:*20, 23*
**dates**  142:*12*
**DAVIDSON**
7:*4*
**day**  182:*12*
200:*1*
279:*10*
332:*6*
356:*23*
395:*16*
403:*15*
**days**  25:*22*
85:*24*  86:*1, 4*  150:*18*
151:*18*
154:*23, 24*
155:*17*
156:*17*
**de**  3:*7*
**DEA**
122:*22*
236:*18*
243:*18*
249:*17*
293:*3*
302:*17, 21*

Pengtelap-zue , Ph.D.

303:*17*
304:*4, 11, 21*
306:*15*
307:*23*
308:*4, 24*
310:*1, 8, 24*
311:*24*
313:*15*
314:*6, 17, 22*
315:*3, 7*
316:*4, 18*
318:*14, 15*
**DEA/TEA**
250:*11*
**Dealkylation**
9:*22*   257:2
**DEAs** 318:*7*
**decade**
219:*23*
220:*5*
**decades**
156:*19*
**December**
8:*14*   9:*17*
18:*20*   20:*5*
34:*18*
64:*15*
222:*12*
223:*4*
**decide**   33:*5*
57:*12*
94:*13*
213:*10*
216:*20*
382:*23*
**decided**
173:*20*
174:*16*
188:*11*
333:2
**Declaration**
10:*15*
343:*20*

344:*2, 20*
403:*1*
**declare**
403:*4*
**decompose**
90:*11*
132:*24*
133:*16*
**decomposed**
196:*22*
**decompositio
n** 90:*23*
134:*13*
184:*3*
185:*13*
196:*5, 7, 24*
206:*9*
209:*8, 15*
**decreasing**
269:*14*
**Defendant**
5:*3, 12*   6:*3*
**Defendants**
4:*3, 16*
6:*13*   8:*10*
17:*21*
**define**   362:*9*
**definite**
107:*6*   353:*5*
**definitely**
38:*22*
94:*19*
160:*1, 21*
170:*1*
189:*14*
238:*12*
247:2
254:*5*
258:*24*
263:*23*
308:*3*
332:*21*
364:2
373:*19, 21*

**definition**
179:*20*
180:*4*
**definitive**
252:*19*
**degradation**
96:*19*
103:*16*
105:*15, 23*
107:7
120:*16*
138:*18*
184:*2, 9*
187:*5*
188:*13*
193:*3*
194:*1*
199:*6*
234:*15*
295:*17*
296:*15*
374:*17, 20*
375:*15*
384:*3, 6*
385:*6, 8*
**degrade**
90:*15*   91:*7*
92:*14*   95:*1,
12*   96:*16*
101:*10*
115:*4*
119:2   298:*9*
**degraded**
184:*21*
185:*1, 5*
186:*8*
203:*4, 9*
**degrading**
98:*5*   107:*12*
**degree**
105:*10*
108:*15*
**degrees**
90:*12*

102:*22*
112:*4*
132:*23*
133:*13*
138:*19*
258:8
**delineated**
46:*22*
**demonstrate
d** 37:*15*
282:*6, 22*
326:*24*
327:*12*
**Denise**   1:*23*
11:*20*
404:*3, 21*
**deoscillated**
352:*24*
353:*9*
363:*13*
365:*16*
366:*3*
367:*14, 20*
**depends**
74:*24*
76:*10*
179:*21*
180:*19*
**deponent**
11:*13*
**deposed**
41:*10*
148:*6*   336:*4*
**DEPOSITIO
N**   1:*17*   8:*8,
12*   10:*17*
11:*9, 15*
14:*12, 14*
15:*23*
16:*20, 22*
17:*5, 6, 17,
18, 23*   18:*1*
26:7   29:*6*
30:7   31:*16*

33:*9, 10, 13,
14, 18*   34:*1,
3, 4, 8, 10*
36:*12, 14, 18*
37:*4, 22*
38:*7, 12, 23*
47:*22*   49:*9*
61:*9*   82:*6*
91:*22*
100:*19, 24*
130:*15*
147:*5*
250:2
332:*18, 22*
333:*16*
349:*11, 12*
368:*4*
375:*1, 8*
377:*16*
379:*3, 7*
380:*20*
395:*21*
396:*5*
401:*20*
403:*6, 10*
404:*6, 8, 11*
**depositions**
32:*2, 9, 11*
33:*16*
332:*20*
370:*18*
**depth**
374:*13*
383:*23*
385:*3, 12*
386:*6*
387:*1*
391:*13*
392:*11*
396:*14, 23*
398:*12*
**describe**
52:*13*
155:*21*

185:22
186:18
213:9
221:21
244:8
276:19
330:21
**described**
71:16
125:12, 16
155:5
213:12
241:21
243:14
292:23
293:23
**describing**
276:7
**DESCRIPTION**  8:9
9:1  10:1
299:17
**design**  75:1
76:2
116:12, 13
188:10
218:5
240:14
241:15
399:4
**designed**
111:15
116:20
169:10
232:2
**desire**
240:9
241:17
**detail**  34:21
138:17
237:23
240:20
275:17

285:24
337:17
**details**
56:13
140:10
142:1
**detect**
304:18, 21
**detected**
312:8
314:16, 17,
22  365:8, 12,
13
**detection**
304:15, 16,
20  312:1
313:9
**detector**
249:6
**determine**
165:24
178:22
183:4
239:21
259:5
265:6
295:20
**determined**
173:23
245:1
**develop**
68:19
69:13, 21
74:1, 9, 11
78:7  90:9
98:24
167:13, 16,
24  168:1, 17
169:12
176:11
190:16
192:13
217:1, 13, 16

272:10
310:17
**developed**
44:20
72:20, 23
78:17  79:5
81:13, 14
97:22
99:10
119:4
123:17
166:21
167:1, 2, 21
172:2
266:9
272:9
286:11
288:14
292:24
302:18
309:19
318:24
**developing**
54:2  69:22
71:9  74:15
75:15
97:11
125:5
183:3
192:3
244:11
247:12
279:24
283:10
288:19
315:22
**development**
48:10
66:16, 20
67:4, 11
68:17
69:19  70:2,
9, 15  71:22
73:4  76:17

77:8, 19
78:11  79:6
81:2
101:21
177:11
382:22
398:22
**develops**
74:5
**Deviation**
8:21  54:17,
22  55:19
56:24
57:19
58:18  60:5,
10  62:3
63:19
64:20
109:6
110:13
117:17
140:12
190:3
193:14
194:3, 10
204:8
237:5
249:10
301:10, 18
306:13
311:21
323:6
**diagrams**
360:14
**DIAZ**  7:3
11:5
**die**  185:16

**diethylamine**
199:3
204:12
205:1
206:2, 5, 23
207:3, 11, 17,

21  208:6, 13,
17  209:3, 10,
16  211:1, 7
321:13, 17,
22  322:4, 19
323:8, 13
**diethylnitrosamine**  269:3
**difference**
254:5
295:21
**different**
13:20
17:15
43:21
67:21
68:19
75:10
83:12  91:3
99:2  105:6
111:23
114:4
117:12
139:3
160:4
170:24
171:19
172:15
178:15
226:11
260:13, 15
277:21, 22,
23  312:14
329:23
337:6, 7
351:2
354:19
360:4
363:24
373:7
386:16
396:21
397:11

398:*24*
399:*2, 5, 6*
**differently**
16:*7*  30:*21*
45:*7*  62:*1*
66:*13*
69:*24*  74:*3*
79:*3*  93:*19*
214:*2*
305:*20*
372:*5*
**difficult**
240:*20*
326:*12*
**digest**  40:*8,*
*12*  46:*7*
**digits**  314:*5*
**dimethyl**
199:*12*
**dimethylami**
**ne**  92:*15*
98:*5*
101:*11*
102:*19*
106:*14*
107:*4, 14*
119:*3*
120:*5*
126:*19*
127:*1, 5*
128:*8, 13*
130:*4*
133:*1*
138:*22*
146:*8*
148:*15, 19*
149:*9, 15*
157:*23*
158:*1*
165:*23*
184:*4*
191:*1*
195:*9, 13*
196:*7, 14, 24*

197:*10*
198:*22*
199:*10*
200:*11*
203:*3, 9*
204:*13*
205:*2*
211:*10*
231:*6, 19*
232:*14, 20*
291:*21, 24*
307:*7, 9*
318:*15*
**DIMETHYL**
**FORMAMI**
**DE**  9:*10*
148:*14*
164:*21*
183:*14*
184:*9*  196:*4*
**dinner**
401:*13*
**dinnertime**
401:*9*
**direct**  47:*24*
56:*14*
61:*13*
150:*23*
156:*15*
157:*5*
189:*3*
197:*11*
200:*6*
211:*24*
212:*24*
222:*5, 7*
250:*21*
252:*1*
356:*24*
379:*22*
**directed**
257:*23*
259:*16*

**direction**
404:*8*
**directly**
19:*20*  78:*7*
80:*7*  123:*7*
201:*3*
236:*16, 23*
243:*17*
249:*18*
300:*23*
330:*3*
404:*16*
**disagree**
43:*20*
49:*11*  60:*6,*
*8*  62:*11, 24*
63:*20*
64:*20*
123:*8*
166:*11*
173:*15, 16,*
*17*  176:*15*
185:*9*
191:*10, 11*
204:*20*
221:*23*
224:*20, 22,*
*24*  227:*18*
230:*12*
246:*17, 21,*
*23*  251:*8, 10*
291:*11, 17,*
*18*  305:*16,*
*19*  317:*2, 4,*
*5*  345:*7*
349:*24*
356:*15*
357:*3*
359:*15*
361:*18, 21*
373:*12*
385:*18, 19,*
*20, 24*  387:*9*

395:*7*
398:*21*
**disagreed**
61:*24*

**disagreement**
57:*18*
**disagrees**
368:*8, 10*
**disclose**
137:*8, 13, 15,*
*18, 23*  138:*2*
**disclosed**
248:*21*
329:*21*
372:*7*
**disclosure**
57:*24*
60:*13*  62:*20*
**discover**
171:*18*
**discovery**
35:*5*
155:*16*
382:*21*
386:*19*
**discuss**  90:*1*
99:*13, 15*
115:*7, 24*
224:*11*
241:*10*
275:*15*
290:*2*
318:*3*  371:*2*
**discussed**
35:*1, 14*
38:*14*  39:*5,*
*10*  252:*11*
286:*4*
321:*8*  323:*6*
**discussing**
190:*10*
375:*13*
384:*10*

**discussion**
113:*7*
122:*7*
141:*11*
325:*20*
326:*18, 20*
**disease**
69:*16*
179:*21, 22*
180:*8, 11, 21*
216:*18*
**diseases**
68:*20*
**display**
146:*13*
**disprove**
251:*16*
**disrespectful**
245:*15*
**dissertation**
186:*6*
**DISTRICT**
1:*1, 2*
404:*2, 22*
**DMA**  90:*6*
97:*17*  99:*7,*
*24*  101:*20*
102:*22*
104:*6, 18, 23*
105:*3, 5, 21*
106:*2*
108:*17, 22*
109:*1*
115:*4*
119:*6*
120:*5, 7*
121:*5, 10, 13*
122:*22*
123:*12*
128:*8*
129:*22*
131:*8*
149:*18*
151:*8*

153:*23*
156:*3*
159:*16, 24*
160:*5*
166:*5*
188:*17*
189:*24*
191:*6, 17*
193:2, *11, 24*
201:*16*
233:*1*
261:*16*
290:*18*
292:*1, 19*
293:2, *8*
294:*6, 15*
295:*11, 15*
296:*14*
298:*9*
302:*17, 21*
303:*17*
304:*10, 17*
307:*3*
308:2
311:*24*
312:*8*
313:*5, 15*
314:*6, 16, 21*
**DMAs**
  114:*17*
  260:*9*
**DMF**  90:*6,*
*11, 14, 23*
  91:*6*  92:*13*
  94:*24*
  95:*12*
  96:*16*
  97:*17*  98:*4*
  99:*6*  101:*8*
  103:*16*
  105:*15, 23*
  107:*7, 11*
  112:*4*
  113:*3*

115:*4*
119:*2*
120:*6, 9, 19*
121:*7, 9, 14,*
*16*  122:*15,*
*20*  123:*11,*
*14*  126:*17,*
*23*  127:*7, 14*
128:*1, 7, 11*
129:*17*
130:*1, 3*
131:*11*
132:2, *24*
133:*15*
134:*13, 20*
135:*8, 16*
136:*16, 17,*
*21, 22*  137:*3*
138:*5, 10, 15*
139:2, *16*
141:*12, 22*
142:*8, 16*
144:*16*
145:*19*
146:*9*
147:*12, 19*
148:*20*
149:*3, 8, 19*
151:*7*
153:*21, 24*
156:*1, 5*
157:*19, 22*
158:*19*
159:*4, 15, 16,*
*22*  160:*5*
165:*24*
166:*5, 6*
184:*4, 20, 24*
185:*5*
186:*8*
187:*6*
188:*12, 14,*
*16*  189:*23*
191:*7, 17*

193:*3, 4*
194:*1, 2*
195:*7, 13*
196:*12, 21*
199:*5*
203:2, *7*
233:*2*
234:*14, 15*
295:*16, 17*
296:*10, 12,*
*13*  298:*9*
323:*17*
324:2, *15, 20*
375:*15*
**DNA**  180:*1*
221:*23*
225:*9, 23*
**Dobner**
  1:*23*  404:*3,*
*21*
**Doc**  380:*19*
**Doctor**  13:*8,*
*17, 19*  28:*16*
  41:*7*  45:*16,*
*24*  48:2, *8,*
*24*  50:*2*
  52:*20*
  54:*21*  56:*8,*
*16*  58:*14*
  60:*18*  61:*7,*
*22*  62:*17*
  63:*17*
  64:*10*
  80:*16*
  91:*24*  92:*8*
  104:*20*
  106:*9*
  110:*22*
  126:*2*
  129:*19*
  130:*10*
  138:*2*
  143:*13*
  144:*14*

145:*4, 8, 17*
150:*7, 11*
153:*7*
198:*13*
203:*16*
206:*13*
218:*14*
226:*2*
227:*19*
298:*22*
309:*11*
310:*19*
319:*8*
322:*23*
324:*5*
325:*6*
326:*1*
328:*23*
329:*18*
339:*22*
340:*14*
344:*14*
346:*17*
348:*4, 10*
349:*6, 9*
354:*9*
355:*2*
356:*22*
357:*14*
364:*10*
367:*18*
368:*3*
375:*4*
376:*17*
384:*16*
387:*18*
390:*9*
393:*8*  394:*5*
**DOCUMEN**
**T**  1:*11*  9:*3*
  16:*23*
  17:*14*
  18:*15*
  26:*22*  27:*4*

28:*13*
30:*20*
31:*22*  55:*1,*
*13*  56:*11, 12*
57:*10*
58:*20, 21*
62:*7*  99:*14*
106:*17, 18*
110:*4*
112:*22*
122:*11*
124:*19*
125:*2, 10, 13,*
*18*  130:*18,*
*23*  131:*6*
132:*19*
133:2, *7, 10*
136:*5*
138:*20*
139:*5, 7*
141:*1*
144:*4, 6, 7*
145:*13*
146:*4, 5, 14,*
*17*  148:*8*
149:*13*
150:*5, 6, 8, 9,*
*12, 16, 17*
151:*17, 18,*
*20, 21*
152:*17*
153:*15, 18*
154:*17, 18,*
*22*  155:2, *22*
158:*18*
164:*17*
183:*12*
194:*8*
213:*1*
221:*24*
222:*22*
223:*5*
228:*13*
235:*16, 20,*

Perrigo Lab Site, Ph.D.

23  244:8
249:4
256:19, 20
270:6
272:14
277:17
280:22
284:4
306:18, 21,
23  308:14,
15  309:14,
16, 17
320:16, 17
321:15
322:1
325:16
326:6
328:8
329:7, 13, 14,
15, 17
331:14
333:12
335:21
337:10
338:10
342:3, 20
343:5
344:5, 24
345:17
346:13
348:3
360:22
361:15
363:1
366:10, 13
370:5
373:17
375:3
376:14, 24
378:15, 18
379:4, 17
380:22
385:11, 16
386:5

387:11
388:9
390:10
391:12
**documentati**
**on** 138:14
**documented**
57:19
62:13
229:23
230:5, 8, 11,
15  231:1, 24
232:15
250:22
292:6, 17, 23
293:4
294:13
297:3, 17
314:8
317:20
319:6, 11, 13
321:21

**documenting**
319:17
**documents**
17:19  18:1
25:11, 14, 18
26:6, 20
27:2  38:5
54:20, 23
96:8
122:10
151:23
158:20
190:21
248:16, 22
249:3
300:6, 20, 23
323:8, 20
366:22
371:19
**doing** 81:17,
22  129:10

143:14
169:2
233:20
241:2, 3
256:19
266:15
267:17
270:15
272:11
276:5
277:2
284:24
316:11
325:8
354:17, 21
379:12
**Dong** 33:13,
24
**Dong's** 34:8,
11
**dosage**
180:9
**dose** 71:18
180:10, 17,
22  182:10
216:19
**dosing**
70:23  73:19
**dots** 379:22
**doubt** 253:5
**download**
124:23
150:15
151:19
154:22
257:10
379:10, 17,
20, 23
**downloaded**
150:17
**downloading**
129:12
380:2, 4

**dozen**
241:23
**dozens**
32:24
**Dr** 12:11
14:7  17:4
21:22, 23
29:6  30:4,
7  31:15
32:3, 4
34:3, 4
36:24  37:7
38:3  48:20
50:10
51:19
53:20
56:18  58:1
60:14
62:21  65:3
81:19  82:9,
23  87:12
98:15
100:4, 21
109:21
115:14, 17
117:21
128:17
153:16
159:7
162:13, 19
163:15
176:24
214:12
221:17
273:24
300:17
320:1
336:19, 24
338:19
339:8, 15
345:16
347:12
348:14
349:23

350:6, 14, 21
353:15
354:23
355:5, 14, 21,
22  357:17,
18  358:11
359:5
361:3, 17
363:5
370:16
372:12
380:7, 15
382:6
383:8
386:23
400:6, 19
401:11
**Draft** 9:16
**draw**
114:11
201:9, 19
240:16
244:9
245:10
289:3
295:1  297:8
**drawing**
238:14
392:10
**drew** 59:4
64:19
393:13
**Drug** 9:14
66:16, 20
67:4  69:11,
20  70:3
71:9, 12
72:24  73:2
74:11
75:12, 16
77:8, 23
78:1  80:11,
18  81:13, 14,
16, 20  97:7

Periglacial-2ue , Ph.D.:

166:7
180:2, 10
181:7
191:21, 22
192:3, 14
210:10, 21
213:3
214:7
217:1, 14
221:8
223:3
266:19
272:10
279:24
316:13
324:20
327:12
352:23
353:6
365:21, 24
**Drugs** 6:14
66:3 68:19
69:10
169:22
170:1
180:16
182:11
329:17
**duck** 161:10
**due** 59:23
158:10
226:4, 11
271:21
354:16
361:5
374:13
383:23
385:2
**duly** 12:4
164:5 404:5
**duration**
13:1

**< E >**

**E318003**
55:7
**earlier**
30:12
109:7
133:20
156:21
250:1
262:14
290:2
369:24
372:21
**early** 49:10
136:4
324:4
374:14
383:24
385:3, 13
386:6
392:12
396:15
398:13, 23
**earth** 268:4
**easier** 27:16
**easily**
176:16
191:9, 14
290:19
295:12
**Eastern**
1:20
**easy** 46:2
266:8
382:15
**easygoing**
378:6
**eating**
364:11
**educate**
106:22
**education**
19:12

**effect**
271:23
315:13
**efficiency**
72:7
**efficient**
72:11 74:23
**effort** 46:5
214:5, 18
215:10
216:5 274:3
**Eisenhower**
2:7
**either** 22:2
25:8 41:19
45:2 84:11
173:5
174:9
182:3
196:7, 24
197:13
213:8
280:2
295:16
296:14
310:3
353:16
404:15

**electronically**
27:2
**elucidated**
197:19
**e-mail** 33:7
198:14
332:12, 19
333:7, 21
334:20
335:4, 5, 6, 9,
12, 20 336:3,
22, 24 337:1,
6, 21 338:18
340:18
341:11, 22

342:18
343:23
346:4, 6
347:13
350:13
351:11
354:1
357:12
358:2
359:5
361:2, 3, 12,
24 362:3, 8
368:19
370:6, 9
372:4, 15
373:4, 6
374:9, 12
375:12, 23
382:18
383:5, 22
384:9
393:6, 9, 12,
15 401:1
**e-mails**
21:15
**emphasize**
307:5
**employee**
334:20
343:24
364:17
404:13, 14
**employees**
23:20
374:11
383:21
**endless**
287:18
288:3
**ends** 175:5
176:6
**engage** 92:2
**English**
15:13

145:1
335:7
338:5
341:9, 21
343:23
346:14
**enjoy**
401:13
**ensure**
162:6
224:1 267:3
**entered**
91:15
**entire**
318:23
403:5
**entitled**
326:5 379:4
**entries**
114:15
**entry**
149:14
321:23
322:3
**environment**
88:14, 15, 23
89:2, 7, 12,
15, 18 189:5
286:18
**environment**
s 88:12
**enzyme**
225:10, 12
**enzyme's**
225:13
**equal**
293:21
294:20
**equals** 297:8
**equation**
295:2 297:8
**equipment**
246:4

**ERRATA**
402:*1*
403:*11*
**error**
394:*14*
395:*8*
400:*20*, *21*
**errors**
313:*21*
**especially**
33:*21*
161:*16*
240:*4*  332:*5*
**ESQ**  2:*5*, *6*,
*15*  3:*5*, *6*, *16*
4:*8*, *9*, *20*
5:*6*, *14*  6:*7*,
*16*  7:*4*
**establish**
187:*20*
188:*6*
**established**
167:*22*
188:*2*  246:*9*
**establishmen
t**  286:*5*
**et**  9:*24*
10:*5*
**evaluate**
64:*10*
71:*23*
174:*18*, *21*
179:*10*
294:*9*
**evaluated**
298:*15*
**evaluating**
160:*12*
192:*20*
256:*5*
299:*18*
**evaluation**
141:*21*
194:*24*

205:*11*
221:7
266:*15*
**evasive**
152:*2*
**event**
274:*10*
**eventually**
112:6
170:*18*
185:*16*
253:6
256:*10*
**everybody**
27:*4*  59:*21*
71:*24*  72:*5*
116:*3*, *24*
133:*5*
134:*15*
169:*11*
172:*8*
233:*19*
247:*16*, *19*
263:*24*
293:*20*
294:*4*, *18*
295:*2*
317:*15*
353:*14*
357:*7*  359:*3*
**everybody's**
352:*11*
**Everyday**
71:*24*
**evidence**
16:*3*  64:*8*
101:*5*
107:*6*
132:*11*
150:*1*
156:*15*
157:*5*, *8*, *17*
158:*4*
189:*3*

197:*11*
222:6
224:*17*
238:*2*
245:*7*
253:*9*
262:*20*
285:*16*
286:*5*, *6*
316:*8*
332:*3*
353:*16*
**evolved**
156:*19*
**Evolving**
219:*20*
**exact**  86:*1*,
*3*  106:*14*
133:*1*
157:*24*
223:*22*
239:*6*
276:*8*
277:*4*  317:*7*
**exactly**
32:*15*
85:*17*
107:*5*
109:*1*, *14*
112:*20*
129:*14*
137:*23*
157:*21*
227:*10*
236:*3*
237:*22*
342:*23*
359:*24*
370:*19*
**EXAMINAT
ION**  8:*2*
12:*3*  13:*4*
141:*20*

164:*4*, *7*
400:*4*
**examined**
12:*4*  164:*5*
**example**
72:*3*  88:*14*,
*16*, *22*  89:*11*
139:*7*
246:*12*
251:*24*
262:*15*
352:*19*
**examples**
32:*22*  260:*6*
**excess**
132:*23*
133:*12*
176:*3*
**excluded**
221:*3*
223:*16*
**exclusive**
233:*16*
**Excuse**  17:*7*
40:*10*
51:*10*
77:*14*
189:*20*
192:*16*
270:*5*
**exercise**
116:*23*
136:*8*
**Exhibit**
8:*10*, *13*, *15*,
*18*, *21*  9:*2*, *5*,
*9*, *13*, *18*, *22*
10:*2*, *7*, *11*,
*15*, *17*  16:*20*,
*24*  17:*21*
18:*13*, *16*, *19*
19:*23*
20:*12*, *15*
27:*5*  28:*11*,

*14*, *24*  31:*19*,
*23*  32:*1*
34:*18*  55:*7*,
*10*, *12*, *14*, *17*,
*19*  109:*11*,
*13*, *20*, *22*
110:*10*, *13*
124:*12*, *14*,
*20*  140:*14*
144:*23*
145:*6*, *10*, *12*,
*14*, *17*
164:*12*, *15*,
*18*, *20*
183:*13*
194:*11*
222:*13*, *23*
223:*1*
235:*14*, *15*,
*17*, *19*
256:*15*, *21*,
*24*  280:*19*,
*20*, *23*  281:*5*
301:*11*
320:*18*
321:*3*
325:*2*, *17*
343:*6*
344:*2*, *21*
345:*15*, *16*
376:*8*, *22*, *23*
377:*1*
**EXHIBITS**
8:*8*  27:*6*
**exist**  168:*5*
**existed**
242:*3*
246:*4*
247:*23*
**expand**
219:*24*
317:*13*
**expect**  93:*1*
119:*21*

Pengreiap-zde , Ph.D.

134:*18*
158:*5, 6*
188:7
231:*10*
232:*4, 19*
264:9
266:*5*  288:9
**expected**
93:*10*  95:7
158:*13*
177:*10*
266:*11*
**experience**
19:*12*  70:*1*
**experiment**
84:*4*  114:2
117:*24*
161:*19*
188:6
233:*12*
239:*23*
240:*1, 4, 14,
22*  241:*15,
17*  285:*15*
286:6
313:*21*

**experimental**
107:6
238:*2, 10*
239:*9*  253:9
**experimental
ly*  237:*18*
252:2
**experiments**
112:*12*
118:*4, 7*
240:*10*
241:*5*  249:6
**EXPERT**
1:*17*  8:*13,
15*  43:*1, 8,
18, 24*  44:6
45:*1, 10*

48:*8*  52:*15*
57:*24*
65:*18, 22*
66:*2, 15, 18*
67:*5, 11*
68:*5, 9*
84:*17, 20, 23*
93:*13*  94:*3,
7*  96:*11, 22*
97:*4*
100:*18*
103:*1, 10*
119:*16*
122:2
132:7
147:*11*
156:*22, 23*
157:*2, 10*
158:*4, 11*
162:*16*
177:*1*
178:*3*
179:*17*
192:8
218:*24*
226:*4*
230:6
231:2
232:*15*
251:*16*
255:7
295:*3*
317:*21*
371:*15*
391:*20*
392:*16*
**expertise**
44:*15*
54:*10*  63:*5,
13*  77:*5*
96:*14*
97:*10*
177:*5*
214:*24*

289:2
296:*21*
335:*16, 21*
342:*14*
**experts**
35:*23, 24*
36:*9*  40:9
42:*6, 7*
43:*2*  44:*2,
10*  46:6
64:*2*
157:*13*
233:*18*
334:*19*
375:*16*
**expires**
404:*24*
**explain**
12:*22*  19:*9*
41:*6*  42:*24*
46:*23*  58:*5*
66:*5*
118:*22*
131:*17, 19*
188:8
239:*10*
266:8
275:*11*
292:*15*
308:*15*
368:*8, 12*
371:*21*
385:*22*
**explained**
186:*11*
289:*17*
**explains**
351:*17*
**explanation**
130:*14*
131:*21*
167:*11*
322:*24*

**exposed**
107:*13*
173:*10*
**extensive**
289:8
**extensively**
290:*18*
**extent**
114:*16*
177:*9, 20*
179:9
183:2
374:*13*
383:*23*
385:*2, 12*
386:5
387:*1*
391:*13*
392:*11*
396:*14*
398:*12*
**extract**
213:*4*
**extraction**
213:*11*
**extraordinari
ly*  378:*6*
**extremely**
221:*2, 22*
222:9
223:*15*
225:5
232:*16*

**< F >**
**face**  96:*9*
147:*5*
207:*8*  378:*8*
**facing**
51:*21*  264:*4*
**fact*  35:*21*
39:*23*
40:*17*
94:*20*

112:*24*
113:*17, 23*
114:*1, 21*
115:*3, 7*
118:*3*
119:*2, 24*
128:*6, 11*
156:*14*
166:*5, 20*
172:5
182:*21*
212:*18*
226:*3*
231:*24*
257:*19*
291:*23*
292:*17*
315:*3*
347:7
365:*1*
381:*14*
392:*15*
**factor**
100:*3*
160:2
211:*18*
212:*3*
249:*19*
250:*1, 9*
**factors**
105:*19*
197:*22, 23*
198:*5, 8, 20*
210:*12, 22,
24*
**factory**
382:*23*
**facts*  34:*20*
35:*13, 16*
38:*13*  39:*2,
17, 21*  94:*16,
17, 22*
113:*14*
150:*1*

221:*10*, *15*
275:*1*
276:*13*
286:*2*
320:*4*
342:*4*
350:*20*
356:*4*
359:*12*
361:*16*
369:*7*
370:*15*
**factual**
192:*22*
**factually**
39:*9*
**failed**  42:*3*
45:*3*  48:*9*,
*16*  50:*4*
322:*7*
**fair**  31:*18*
132:*19*
138:*1*
225:*21*
232:*4*
259:*23*
266:*10*
280:*14*
**fairly**  25:*22*
76:*22*
382:*16*
**faith**  58:*6*
**FALKENBE
RG**  5:*13*
**familiar**
125:*1*
134:*3*
166:*17*, *20*
215:*5*
**family**
260:*13*
**far**  122:*9*
193:*8*
199:*10*

211:*11*
300:*14*
**fashion**  76:*7*
**fast**  13:*22*
**FDA**  65:*22*,
*23*  66:*7*, *12*,
*15*  67:*3*
70:*10*
75:*11*  78:*5*
103:*19*
177:*24*
182:*8*, *22*
215:*3*
217:*14*
222:*4*, *12*
224:*20*
226:*10*
229:*18*
324:*21*
**FDA's**  66:*2*
182:*1*  223:*1*
**feasible**
214:*5*, *18*
215:*10*, *13*
216:*5*
244:*19*
246:*3*
248:*14*
**February**
1:*19*  11:*7*
33:*8*  404:*24*
**feel**  13:*7*
15:*3*, *8*, *18*
42:*10*, *23*
103:*15*
182:*21*
231:*20*
255:*17*
264:*8*
266:*10*
279:*16*
364:*20*
397:*18*

**feeling**  13:*8*
61:*18*
95:*20*
105:*20*
107:*10*
355:*18*
366:*1*
401:*12*
**felt**  34:*23*
**FENGTIAN**
1:*18*  8:*2*,
*13*, *16*  11:*13*
12:*2*  13:*13*
164:*3*
403:*19*
**fhs@pietraga
llo.com**  6:*11*
**field**  43:*18*
65:*18*
67:*13*
259:*22*
**figure**
74:*22*
105:*22*
106:*2*, *10*, *19*,
*23*  114:*3*, *12*
116:*8*
134:*12*
161:*2*
193:*19*
231:*23*
232:*3*, *10*
266:*7*, *8*
297:*23*
311:*8*
318:*10*
399:*18*, *20*
**figured**
232:*9*
252:*7*  256:*2*
**file**  17:*8*, *12*
109:*19*, *23*
133:*8*

324:*21*
333:*1*  343:*3*
**filed**  324:*21*
**files**  379:*24*
**filibustered**
349:*11*
**final**  176:*8*
197:*21*
210:*10*, *21*
327:*14*
**find**  32:*17*
116:*17*, *19*
122:*21*
138:*11*, *13*,
*14*, *17*
188:*15*
230:*10*, *14*
241:*6*
252:*21*
263:*7*
273:*22*
274:*7*
277:*21*
283:*24*
308:*4*
316:*14*
318:*7*
319:*21*
329:*20*
**finding**
60:*5*  63:*18*
64:*8*, *19*
**findings**
59:*5*  60:*7*,
*9*  62:*12*
345:*20*
**fine**  124:*5*,
*7*  163:*13*
173:*16*
208:*20*
268:*20*
305:*19*
317:*4*
319:*10*

346:*17*
361:*21*
379:*13*
385:*19*
**finish**  72:*10*
103:*8*
130:*14*
132:*17*
136:*3*
152:*10*, *15*
218:*22*
219:*6*
230:*19*
292:*11*
344:*9*
368:*11*
**finishing**
103:*5*
**First**  14:*16*
16:*19*
18:*24*  19:*1*
20:*12*
21:*16*
29:*11*  34:*1*
76:*3*, *4*
85:*7*, *13*, *15*,
*18*, *20*, *22*, *24*
86:*7*  93:*8*
125:*1*
126:*10*
129:*3*
150:*5*
153:*14*
154:*17*
158:*11*
165:*18*
171:*21*
184:*8*
188:*9*
195:*12*, *14*
206:*15*
207:*14*
210:*19*
227:*12*

Perrigo Lab 30(e), Ph.D.

249:22
256:23
257:18
269:3
271:8, 9
273:14
275:9
303:4
308:18
314:5
315:4, 12
325:11
329:15
330:11
331:14
334:17
347:3
348:5, 7
351:13
364:7
367:10
388:3
390:1
399:4   404:5
**five**  89:1
141:22
282:2   386:1
**fix**  217:19
344:22
**FL**  3:8
**float**  340:6
**FLOM**  4:7
**Floor**  5:7
**focus**  36:9
75:15
80:20
236:6
281:22
**focused**
75:18
103:2
309:15
**focusing**
271:20

**folder**  17:8,
11   27:5
325:5
343:3
376:15
379:16
**follow**
118:18
183:11
285:20
286:20
327:22
399:15
**following**
47:18
111:15
197:22
210:11, 22
**follows**  12:5
142:2
164:6
236:19
249:20
302:22
312:11
327:1
347:23
**Footnote**
400:13
**force**  135:4
280:11
**foresee**
161:3, 8, 15
162:3
231:10
232:5
**Forget**  96:7
143:21
153:18
**forgot**
33:24   34:4
**form**  16:1
22:17   23:7,
17   24:3

29:9, 15
30:2   35:19
36:21   37:6,
13   39:15
40:3, 14
43:4   44:24
45:13, 20
46:19
48:18   50:8
51:2, 17
52:8   53:5,
18   54:4
57:6, 12, 14,
22   59:8
60:12
62:18
64:24
76:19
78:20
79:11, 16
81:6   84:7
87:23   90:6
91:12
92:20
93:17   94:9
95:15   96:3
98:5, 14
99:7
101:15
104:12
105:5
106:5, 20
107:16
113:3, 9, 14,
20   114:5, 16
115:4, 15
119:10
120:12
123:22
125:8
128:15
137:5, 16
146:11
148:23

149:11, 24
151:11
152:5
156:9
159:19
162:10, 15
166:10
169:4
172:1, 17
173:3
174:5, 23
175:20
177:14
178:5
179:2, 14
181:21
186:3
190:8
192:23
193:7, 10
200:3, 17
211:12
212:5, 12
213:15, 19
214:10, 22
215:16
216:10
220:18
221:10, 15
226:24
228:10
229:11
230:17
231:1
232:6
233:8
234:20
236:17, 24
237:11
242:18
243:17, 22
246:16
249:1
252:1

255:12
259:10
262:12
263:21
265:9
267:11
268:13
271:6
274:15, 24
276:13
278:13
280:4
289:13
291:16
292:19
295:23
296:20
298:9, 18
299:8
304:6
305:6, 14
306:4, 16, 20
307:12, 15
316:23
318:4, 21
320:2
323:11
328:7, 18
329:6
333:9, 23
336:7
337:4
338:21
339:1, 14
340:9, 23
341:13
342:2
344:4
347:9
348:20
349:21
350:20, 24
351:3
356:4, 17

357:8
359:12, 17
360:21
361:10, 14
362:18, 24
363:11, 14
366:20
367:15
369:1, 6
370:13
371:3
372:10
373:10, 22
377:23
381:23
382:11
388:7, 19
389:6, 23
390:4, 18
391:9, 23
392:19
**format**
180:9  337:6
**Formation**
10:3  84:17,
20, 24  85:5
86:12
89:10, 23
101:19
105:17
107:3
111:16
113:22
114:9
120:15
133:15
171:16
174:11
196:4, 21
197:10
198:23
199:9
205:14
210:7, 16

211:13, 22
214:5, 18
215:11
216:5
231:11
232:13
234:10
236:14
252:23
256:12
269:2
273:18
281:8
284:16
287:17
293:16, 18
375:14, 17
384:11
**formed**
23:10
27:22
38:20
57:15, 19
86:21
87:21
104:19
106:15
107:4
109:2
111:22
116:20
121:8, 12, 24
122:5
128:10, 20
129:21
131:7
172:13, 19
193:18, 20
195:3
199:12
200:11, 14
204:13, 16
205:4, 12, 19,
22  212:11

229:1, 4
244:16
246:1
249:16
262:13
263:15
271:2
272:7
291:10
295:20
296:18
307:3
338:8, 17
357:4
358:24
359:2
367:4
368:20
369:22
370:1
**formic**
126:18, 24
127:5
165:19, 21,
23
**forming**
22:18
23:10
34:23
35:17
39:18  57:9
94:15
107:14
121:4
128:3
135:23
395:5
396:6, 18
397:22
398:16
**forms**
172:15
351:2

**formula**
165:18
**formulations**
73:19
**forth**  21:15
27:19
30:15
91:20
271:14
**forward**
187:23
**found**  32:23
94:21
95:24
122:17, 19
137:2, 19
184:3
234:9, 13, 17
242:16
243:3
245:5, 19, 20
253:6
254:13, 18
258:15
259:2
263:6
269:3
272:2, 18, 20
273:8, 19
274:21
276:4
283:23
284:11
285:4
291:5
303:17
307:24
317:18
319:16
321:7
322:18
351:13
386:22

**Foundation**
123:22
344:13, 16,
18, 22
345:10
**foundational**
308:19
**founded**
78:4
**four**  35:24
44:10
85:24  89:1
118:13
127:4, 6, 8,
24  129:16
157:2
170:23
178:15
**fragment**
346:24
**frame**
309:22
**FRANK**  6:7
**FREEMAN**
2:4
**freeze**  87:7
**freezing**
87:8
324:10
398:2
**Friday**  1:19
349:16
355:5
**front**  26:9,
23  27:12
96:8  126:3
207:8
243:20
303:1
312:24
313:17
314:1, 12
330:13

Peng, Chao , Ph.D.

334:*14*
359:*6, 9*
**frustrated**
61:*19* 228:*2*
**full** 182:*13*
215:*21*
290:*14*
338:*10*
342:*19, 20*
**fully** 192:*14*
**functionalitie**
**s** 330:*23*
331:*16*
**fund** 78:*6*
**fundamental**
86:*20*
**fundamentall**
**y** 225:*6*
**further**
111:*14*
164:*6*
257:*20*
358:*4*
374:*19*
382:*20, 24*
384:*5* 385:*7*

**Furthermore**
196:*3*
206:*8* 209:*7*
**future**
81:*18*
171:*17*
266:*12*

**< G >**
**gas** 82:*23*
83:*1, 3*
**GC** 83:*5, 19*
84:*11*
248:*13*
249:*4*
**GC-MS**
246:*12*

247:*1, 2, 4, 9,*
*22* 248:*13*
**GCoan@hins**
**hawlaw.com**
*5*:*10*
**Ge** 20:*17*
21:*22*
22:*20* 23:*4*
24:*7* 25:*4,*
*9* 33:*12*
**GEDDIS**
2:*6*
**general**
62:*2* 83:*7*
116:*23*
186:*19*
188:*19*
189:*1*
192:*1*
226:*3, 5*
263:*12*
269:*19*
270:*10*
278:*4, 6, 24*
294:*18*
317:*11*
319:*19*
353:*7*
**generalize**
225:*4* 234:*2*
**generally**
62:*6*
**generate**
200:*21*
262:*18*
**generating**
191:*1*
**Geneva** 9:*4*
**Genotoxic**
9:*13, 19*
55:*22*
162:*7*
178:*23*
179:*3, 11, 18*

180:*5*
181:*16*
182:*2*
183:*6*
214:*6, 19*
215:*11, 20*
216:*1, 6, 17*
217:*10*
223:*2*
235:*21*
263:*14*
267:*4, 14, 24*
268:*4, 6*
276:*6*
287:*8, 13*
291:*14*
327:*9, 15*
328:*2*
331:*6, 11*
374:*16*
376:*11*
381:*17*
384:*2*
385:*5, 14*
386:*8*
387:*3, 14*
391:*15*
392:*14*
395:*2*
396:*17*
398:*14*
**genotoxicity**
8:*22* 215:*4*
325:*20*
326:*18*

**GEOFFREY**
5:*6*
**Ge's** 33:*21*
**getting**
93:*17*
152:*24*
300:*24*

**give** 30:*24*
33:*5* 41:*10*
71:*2* 75:*12*
92:*14*
96:*14*
101:*10*
104:*2*
119:*3*
130:*15*
157:*24*
158:*7, 9*
190:*23*
202:*1*
323:*16*
324:*1*
325:*12, 22*
329:*9*
341:*8, 19*
356:*24*
366:*5* 377:*7*
**given** 29:*6*
44:*8*
106:*21*
185:*18*
226:*7*
287:*24*
404:*9*
**gives** 58:*7*
**giving**
47:*17*
189:*2*
310:*11*
311:*14*
358:*7*
**GMP** 67:*20*
68:*7, 9*
**go** 12:*13*
18:*6* 20:*11*
30:*4, 22*
31:*8* 37:*7*
41:*12*
43:*12*
47:*13*
50:*10*

51:*19*
53:*20*
56:*20* 58:*1*
60:*14*
62:*21*
86:*17*
87:*24*
91:*20*
98:*15*
100:*24*
101:*17*
109:*5, 17*
110:*4, 18*
115:*17*
116:*17*
119:*14*
120:*13*
123:*23*
125:*17*
126:*7*
127:*10, 11,*
*17* 128:*17*
129:*11*
131:*21*
134:*13*
136:*6*
140:*11, 16*
143:*8*
145:*24*
151:*13*
157:*6*
162:*18*
165:*11, 12,*
*17* 170:*13*
177:*2*
183:*12*
186:*5*
187:*20*
191:*23*
193:*18*
194:*10*
197:*18*
198:*19*
201:*21*

Perlet Cap. 29e , Ph. D.

202:*19*
205:*7*
214:*12*
217:*12, 18*
219:*2*
220:*18*
221:*17*
222:*11*
223:*8*
227:*11*
229:*12*
234:*21*
236:*5*
238:*20*
240:*19*
245:*21*
249:*8*
252:*24*
254:*3, 17*
255:*2*
256:*14, 15, 18, 23*
257:*13*
261:*7*
265:*5*
266:*20*
279:*13, 16*
280:*15, 24*
281:*19*
290:*5, 7*
292:*12*
294:*19*
299:*18*
301:*11*
303:*22*
311:*16, 17*
317:*1*
320:*5, 16*
324:*20, 24*
325:*3, 11*
326:*19*
327:*4*
330:*11*
334:*11*

335:*17*
343:*15*
344:*14*
345:8, *16*
346:*19*
350:*21*
361:*17*
363:*3*
364:*22*
366:*12, 23*
369:*8*
370:*16*
376:*5*
379:*2, 6, 8, 16, 20* 380:*4, 24* 381:*2, 11*
384:*19*
386:*3*
393:*1*
399:*21*
400:*10*
401:*14*
**goal** 69:*17*
70:*17*
72:*23*
75:*14*
106:*21*
170:*1, 17*
188:*1, 9, 10*
241:*19*
**goes** 47:*3*
57:*23*
116:*13*
289:*2*
**going** 26:*16*
27:*12* 30:*2*
41:*10, 12*
43:*11* 48:*6*
56:*18, 22*
60:*2, 19*
61:*9, 11*
69:*14*
71:*14*
74:*11* 76:*1*

82:*1, 4*
88:*8* 91:*22*
92:*3*
108:*10*
124:*23, 24*
130:*14*
131:*21*
143:*10*
144:*17*
145:*4, 5, 21*
153:*4*
163:*5, 9*
164:*14*
168:*14, 18*
169:*18, 19*
170:*13*
185:*16*
187:*8*
191:*23*
199:*13*
200:*1, 3*
208:*22*
220:*4*
222:*16, 18*
226:*13*
227:*4, 5*
235:*14*
238:*16*
239:*10, 22*
241:*11*
242:*14*
248:*19, 20*
263:*13*
266:*19*
271:*13*
279:*13*
281:*4*
285:*5*
286:*20*
287:*2*
288:*15*
295:*7*
305:*5, 22*
308:*16*

324:*19, 20, 24* 325:*3, 15*
326:*9*
332:*9, 24*
345:*12, 15*
347:*16*
354:*9*
356:*24*
357:*16, 19*
358:*1, 9*
368:*16*
376:*4, 5*
377:*10, 13*
378:*9, 18*
381:*4, 12*
397:*6*
399:*13*
**Goldberg**
10:*15*
**Goldberg's**
343:*20*
**Golkow**
11:*6*
**Good** 14:*7, 8* 59:*12*
68:*5* 72:*17*
75:*5, 6*
82:*2*
122:*21*
283:*19*
301:*1*
322:*13*
355:*12*
362:*19*
395:*13*
**good-faith**
58:*3*
**GORDON**
6:*5*
**Gowenlock**
9:*24*
**grab** 351:*18*
**grade**
122:*20*

**graduate**
83:*5, 6*
294:*19*
**grant** 78:*3, 5, 8*
**granted**
129:*15*
271:*11*
**Great** 14:*2, 5* 18:*11*
34:*21* 49:*8*
77:*2* 163:*8*
262:*14*
302:*13*
326:*16*
380:*3*
**greater**
269:*5*
275:*21*
**GREENBERG** 4:*19*
**ground**
61:*15*
228:*10*
**grounds**
344:*12, 16*
**group**
224:*12, 15*
260:*5*
327:*9*
328:*2*
347:*20*
348:*15*
351:*4, 5*
353:8 361:*5*
**groups**
221:*1*
223:*13*
224:*9*
331:*4, 6*
**growing**
219:*19*
**guess** 35:*11*
55:*6*

Pengropap 2ge , Ph.D.

222:*13*
322:*13*
340:*5*
399:*14*
**guessing**
322:*6*
**Guidance**
9:*13, 16*
222:*12*
223:*2*
224:*21*
226:*10*
**guidances**
177:*24*
**guy** 322:*7*
**guys** 82:*4*
147:*6*
154:*22*
327:*18*

**< H >**
**half** 140:*17*
163:*5*
165:*13*
275:*10*
349:*11*
360:*14*
**halfway**
165:*17*
**handle**
13:*23* 58:*17*
**hands**
255:*17*
**handy** 28:*17*
**Hang**
336:*15*
**happen**
92:*4, 18*
98:*22*
108:*2*
116:*7, 9, 18*
161:*20*
184:*17*
187:*16, 19*

188:*5*
239:*15, 22*
253:*5, 9*
256:*10*
258:*21*
263:*13*
277:*19*
279:*1, 18*
285:*21*
306:*2*
307:*6*
319:*19*
352:*23*
367:*13*
397:*6*
**happened**
23:*22* 30:*8*
32:*9* 62:*13*
104:*10*
105:*11*
108:*13*
195:*24*
217:*18*
232:*5*
237:*7, 21*
251:*6*
273:*12*
274:*22*
352:*18*
**happening**
186:*13*
188:*3*
241:*6*
252:*17*
271:*17*
273:*21*
274:*13*
279:*3*
283:*14, 20*
316:*17*
318:*13*
367:*3*

**happens**
116:*15*
187:*8* 240:*1*
**happy**
349:*16*
**harassing**
152:*20*
**hard** 26:*6*
47:*15, 17*
161:*21*
216:*20*
232:*10, 17*
334:*6, 10*
346:*11*
397:*17, 20*
**hardest**
162:*1*
**HARDING**
3:*15*
**harmful**
287:*19*
**head** 59:*17*
99:*16*
127:*9*
134:*5*
140:*9*
194:*6* 204:*6*
**heading**
384:*24*
389:*16*
**health** 73:*1*
124:*14*
257:*23*
259:*16*
270:*23*
289:*8*
**Healthcare**
4:*5*
**hear** 15:*1*
16:*16*
87:*17*
149:*2, 3*
226:*5*
233:*24*

327:*18*
350:*4*
368:*16*
392:*8*
398:*1, 4, 5*
**heard** 13:*19*
22:*14*
87:*14*
279:*6*
303:*8*
343:*9, 12*
**hearing**
47:*4*
**heating**
102:*21*
**Hecht** 32:*3*
34:*4*
**held** 11:*10*
**he'll** 12:*14*
60:*24*
368:*12*
**help** 41:*20*
59:*21, 24*
68:*3* 73:*1*
162:*2*
189:*18*
318:*9*
326:*3*
342:*12*
351:*18*
354:*12*
**helpful**
43:*10*
180:*10*
334:*1*
**helping**
354:*14, 15, 16*
**Hengsheng**
142:*14, 21*
143:*18*
**HENRY**
7:*5* 379:*18*

**hereof**
403:*11*
**Hetero** 6:*13, 14*
**hey** 75:*11*
146:*21*
147:*10, 17*
363:*17*
397:*4*
**HHS-FDA-CDER** 9:*17*
**hid** 140:*5*
**hide** 139:*22*
140:*4*
**high** 72:*8*
74:*6*
122:*21*
180:*17*
181:*8*
196:*5*
221:*2*
223:*15*
327:*8*
328:*1*
331:*2, 6, 16*
397:*15*
**high-end**
84:*4* 240:*21*
**higher**
261:*17*
**highest**
182:*10*
**high-level**
192:*15*
245:*13*
**highlight**
23:*24* 35:*9*
36:*8* 114:*3*
182:*8* 336:*9*
**highlighting**
35:*6* 111:*2*
**highly**
225:*5*

Pengю1ap-zue , Ph.D.

353:*12, 17, 19* 364:*14*
**HILL** 6:*15*
**HILTON** 2:*15*
**HINSHAW** 5:*5*
**hint** 190:*23*
**hired** 323:*24*
**history** 255:*18*
**hits** 255:*10, 18*
**hold** 65:*21* 84:*16, 22* 108:*14* 145:*3* 162:*14* 171:*20* 172:*22* 202:*14* 281:*10* 320:*23* 325:*1, 22* 356:*14*
**holding** 65:*17* 66:*1, 14* 68:*4* 97:*3*
**home** 381:*1, 2*
**honest** 354:*21* 365:*24*
**Honestly** 21:*20* 25:*22* 32:*15* 33:*2, 20* 38:*16* 40:*4* 59:*12, 16* 61:*8* 77:*5* 86:*1* 139:*6*

158:*7*
194:*6*
208:*1*
215:*2*
242:*6*
245:*8*
342:*7*
349:*3*
353:*11*
360:*8*
371:*20*
381:*3*
390:*24*
397:*16*
**HONORABLE** 1:*11*
**Hope** 13:*7* 35:*11* 40:*20* 43:*9* 51:*6* 77:*24* 78:*9* 81:*16, 18* 117:*14* 124:*8* 140:*10* 188:*8* 215:*1* 242:*21* 383:*14* 401:*11*
**Hopefully** 78:*4*
**host** 15:*2*
**hour** 82:*1, 4* 163:*5* 222:*16*
**hours** 112:*5* 377:*16* 378:*11* 386:*1*
**Huahai** 4:*3, 5* 10:*11* 141:*18, 23* 301:*21*

302:*8, 19* 365:*7*
**HUAHAI-US00007752** 10:*14*
**Hualu** 142:*14, 20* 143:*16*
**Hualu-Hengsheng** 9:*5* 148:*13*
**human** 68:*20* 170:*14* 191:*23* 266:*20* 394:*14* 395:*8*
**Humana** 5:*12*
**humans** 253:*20*
**hundred** 98:*19*
**hundreds** 215:*22*
**hunting** 307:*22*
**hydrochloric** 200:*2* 204:*14* 205:*5, 13*
**hydrochloride** 202:*21* 204:*12, 22* 249:*13* 250:*3* 301:*21* 302:*8, 18, 19* 303:*5, 10* 304:*3, 24* 306:*11, 15* 308:*22* 311:*24*

hydrogen 269:*4*
**hydrolysis** 184:*2* 185:*1, 6, 12, 23, 24* 186:*9, 11, 15* 188:*23* 196:*8* 197:*1* 327:*8* 330:*19*
**hypothesis** 188:*2* 196:*1* 213:*15* 237:*16* 238:*10, 18, 21* 240:*22* 241:*12, 13, 19* 246:*7* 264:*3* 320:*12* 332:*8*
**hypothesis-driven** 187:*18*
**hypothesize** 238:*13* 252:*23* 285:*17* 307:*16*

**hypothesized** 353:*12* 363:*16*
**hypothesizing** 197:*5* 251:*3*
**hypothetic** 209:*18* 240:*22* 278:*15* 285:*9*

320:*10* 396:*10*
**hypothetical** 208:*1* 273:*23* 275:*4, 5* 276:*16* 284:*9*
**hypothetically** 279:*11*

**< I >**
**idea** 22:*15* 24:*19* 90:*10* 161:*6* 187:*19* 286:*8, 12* 294:*16* 397:*4*
**ideal** 343:*14*

**identification** 16:*24* 18:*16* 28:*14* 31:*23* 55:*14* 70:*14* 84:*18, 23* 124:*20* 145:*14* 164:*18* 222:*23* 235:*17* 256:*21* 280:*23* 320:*18* 325:*17* 343:*6* 377:*1*
**identified** 28:*10* 226:*17* 229:*1*

Peng, Chao-Yue , Ph.D.

247:7
262:16
390:10
**identify**
76:13  84:9,
11, 14  224:5
229:3  288:6
**identifying**
344:20
**Identity**
125:22
**ignorant**
305:10
**ignore**
291:13
**IL**  5:16
**imagine**
75:24
**impact**
69:14
368:22, 23
386:9
**impacts**
234:16
**imply**
120:16
**importance**
385:17
**important**
14:17, 19
34:23
35:17
38:13, 20
39:3, 18
76:6, 14
87:21
159:17
161:1
241:20
264:3
385:10, 15
391:16
393:3
396:5

397:8
398:16
**importantly**
285:13
**impossible**
230:13
232:24
233:6, 11
**improve**
362:11

**improvement**
84:6
**impure**
166:1
**Impurities**
9:14  10:13
138:21
160:14
162:7
165:24
178:24
179:4, 12
181:16
183:6
184:3
188:14
221:7
223:3
233:2
234:11, 14
267:4
268:1, 6
276:6
286:22
287:8
305:4, 10, 24
313:15
324:22, 23
326:20, 22,
24  327:11,
14  328:3
331:7
345:20

365:6
374:16
384:2
385:5, 14
386:8
387:4
391:15
392:14
395:2
396:17
398:15
**Impurity**
8:22  9:19
55:21, 22
113:19
116:5, 19
120:6, 8
121:7, 14, 16
123:12, 14
129:24
131:10
148:20
149:19
153:23
156:5
166:5
191:7
193:3, 24
195:2, 9, 13
196:14
199:4
206:3, 5, 24
207:4, 12, 18,
21  208:7, 12
209:3
212:10
235:21
247:8
263:15
268:4
291:14
295:16
296:15
304:4

306:15
308:24
310:1, 8
315:3, 8
316:4
327:7, 13
330:19
334:21
366:5
376:10, 11
381:16, 17
387:15
**inability**
392:21
**inadequate**
396:14
**inadvertent**
400:20

**inadvertently**
33:11
**inappropriat
e**  340:8
377:24
**include**
114:20
117:5
122:6
225:10
305:5
**included**
62:9  327:10
**includes**
362:2
**including**
33:12  38:5
44:9  57:13
116:3
138:21
208:12
221:1
253:4
330:23
357:7

**incorrect**
382:9
393:18
**increased**
269:14
**INDEX**  8:1
**indicate**
311:23
**indicated**
33:8  274:8
403:10
**indicates**
36:16
**indicating**
191:5
258:16
299:13, 20
**indication**
300:11
315:6  316:2
**indirectly**
404:16
**individual**
21:4
**Industries**
4:16
**Industry**
9:13  72:18
222:12
223:2
254:15
255:5
**inexcusable**
372:8, 17, 22
**infections**
180:14
**inferred**
346:22
**infinitive**
224:13
279:19
287:18
**inform**
340:15

Pengfei Sun , Ph.D.

**INFORMAT**
**ION**  1:*14*
22:*14*
23:*14*
34:*21, 22*
35:*1*  68:*2*
95:*24*
97:*21*
127:*22*
134:*11*
136:*15*
141:*13, 16*
142:*1*
190:*18*
192:*23*
271:*14*
286:*21*
316:*20*
351:*19*
373:*20*
**informations**
44:*17*
**ingested**
253:*20*
**ingredient**
77:*15*
**initial**  30:*16*
34:*17*
**injecting**
172:*10*
**injection**
397:*13*
**input**  76:*16*
**inserted**
310:*1*
**inspection**
404:*10*
**instance**
69:*8*
180:*12*
186:*24*
251:*20, 22*
293:*4*

**institutions**
242:*8*
**instruction**
58:*7*
**insufficient**
374:*13, 15*
383:*23*
384:*1*
385:*2, 4, 12,*
*13*  386:*5, 7*
387:*1, 2*
391:*13, 14*
392:*11, 13*
394:*9, 24*
395:*1, 22*
396:*16, 23*
398:*12, 13*
**integrated**
168:*5*
**intelligible**
61:*10*
**intend**
158:*8*
394:*17*
**intended**
12:*7*
170:*12*
317:*8*
**intention**
42:*12, 14, 17,*
*19*
**interest**  77:*6*
**interested**
404:*15*

**intermediacy**
243:*18*

**intermediary**
236:*18*
**intermediate**
238:*19*
240:*11*
286:*21*

**internal**
177:*24*
385:*11*
386:*5*
391:*12*
394:*22*
396:*3*
**internally**
391:*17*
392:*11*

**International**
9:*2, 9*
165:*7*
183:*14*
**Internet**
21:*10*
86:*24*
144:*15*
149:*1*
162:*21*
321:*7*
**interpret**
224:*23*
229:*18*
335:*22*
**interpretatio**
**n**  335:*19*
361:*22*
362:*3*
373:*3*
375:*23*
**interpreted**
336:*22*
**interrupt**
49:*2*
264:*12*
292:*10*
310:*19*
**interrupting**
12:*7*  60:*21*
61:*1*  80:*4*
203:*20*

**interview**
21:*7, 17*
23:*19*
**interviewed**
21:*2, 19*
22:*1*  23:*15*
**interviews**
20:*16, 20, 22*
21:*8, 14*
22:*3, 5, 7, 8,*
*11, 19*  23:*4*
25:*5*
**introduce**
97:*17*
120:*7*
168:*14*
173:*8, 21, 24*
174:*7, 17*
175:*1, 22*
176:*1, 8*
178:*23*
188:*17*
192:*5*
296:*14*
305:*22*
**introduced**
14:*10*
102:*19, 23*
104:*6, 23*
105:*3*
108:*17, 22*
119:*7*
121:*6, 15*
123:*13*
129:*23*
131:*9*
156:*4*
190:*1*
193:*2, 24*
196:*12*
218:*17*
294:*6*
295:*15*
305:*11, 24*

**introducing**
168:*23*
175:*16*
218:*7*
296:*10*
**introduction**
23:*22*
189:*23*
193:*11*
201:*13*
281:*16, 19*
282:*18*
283:*24*
286:*1*
**invented**
167:*20*
**inventing**
247:*18*
**investigate**
181:*15*
285:*4*
**investigating**
334:*22*

**Investigation**
9:*18*  10:*2*
54:*18, 22*
55:*20*  57:*1,*
*20*  58:*19*
60:*6, 10*
62:*3*  63:*19*
64:*20*
109:*6*
110:*14*
117:*17*
140:*12*
190:*3*
194:*4, 11, 23*
198:*6*
204:*8*
205:*10*
235:*20*
236:*13*
237:*6*

Pengelaan Zoe , Ph.D.

238:*1*, *6*, *8*
239:*1*
243:*4*
245:*6*
249:*11*
280:*17*
281:*5*
284:*15*, *22*
301:*10*, *18*
306:*14*
311:*21*
323:*6*
376:*10*
381:*15*
391:*5*
**invoice**
85:*21*
**invoices**
85:*12*
**involve**
81:*20*
98:*18*
386:*16*
**involved**
67:*14*
69:*19*, *23*
70:*11*  71:*9*
73:*3*, *8*
77:*18*
78:*11*  79:*5*
81:2  85:*9*
105:*17*
170:*9*
215:*8*
254:*6*
279:*7*
299:*24*
318:*1*  354:*5*
**involving**
66:*21*  108:*4*
**ion** 200:*14*
201:2, *6*, 7,
*15* 230:*4*
231:*1*, *14*

232:*14*
269:*5*
293:*4*, *18*, *21*,
*22*  294:20
297:*9*, *22*, *23*,
*24*  307:*11*
**ions** 251:22
**iota** 147:*1*
**IRBESART
AN** 1:*7*
11:*11*
334:22
345:*21*
347:*18*
352:*17*, *19*
353:*1*, *6*
366:*16*
370:7
374:*18*, *21*
375:*13*
376:2
382:7, *19*
383:9
384:*4*, *7*, *10*,
*14*, 17
386:*13*, *21*
387:*6*, *12*, *22*,
*24*  388:*15*
389:*1*, *21*
390:*11*, *13*
391:*5*
393:*15*
394:*6*
400:22
**irrelevant**
285:*6*
353:*23*
**isolate**
84:*14*
116:*18*
240:*13*
**isolated**
240:*15*

**isolation**
84:2*0*
**issue**  15:*6*
42:22
48:*11*  71:*5*
119:22
157:*15*
217:*21*
245:*20*
247:7
259:*3*
265:7
267:22
299:*3*
317:9
344:*21*
370:*10*
**issues**  37:22
50:*19*
289:7
326:*10*
378:*12*
**items**  18:*4*
20:*16*
**its**  60:*5*
62:*5*
166:*15*
184:*1*
198:*6*, *23*
211:2
220:*11*
225:*13*
305:22
347:*21*, *22*
**IVES**  5:*13*,
*14*

**< J >**
**January**
8:*17*  29:2
257:*11*
**Japanese**
144:*24*
**jeez**  167:*6*

**JERSEY**
1:2
**JESSICA**
7:*4*  12:*8*
85:*14*  86:*5*
**Jianye**  10:7
312:*9*, *22*
**Jinsheng**
20:*17*
21:22
22:*20*  23:*5*
24:7  25:*4*,
*9*  332:*12*
334:*21*
343:*24*
353:*15*
363:*5*
368:*18*
372:2
**jmestre@riv
eromestre.co
m**  3:*11*
**JOB**  1:*24*
52:*16*
**join**  239:*16*
363:*12*
**joined**
118:*14*
**JORGE**  3:*6*
**JOSHUA**
4:*9*
**Joshua.Schoc
h@skadden.c
om**  4:*14*
**Journal**
236:*15*
281:*14*
**journey**
25:*17*
**JR**  6:*16*
**Jucai**  20:*17*
21:22
22:*20*  23:*4*

24:7  25:*4*,
*9*  33:*12*, *21*
**Judge**  47:*4*
49:7  54:*9*
57:*11*  58:7
67:*10*  95:*6*
208:*12*
371:*20*
**judgment**
54:*13*  67:*15*
**JUDY**  7:*3*
11:*5*
**July**  10:*16*
58:22
332:*12*
334:*20*
341:22
343:*24*
359:*4*
368:*21*
369:*19*
370:*11*
372:7, *21*
374:9
400:*24*
401:*1*
**jump**
303:*24*
**jumping**
219:*5*
**June**
154:*19*
257:*15*

**< K >**
**KASS**  3:*5*
**KATZ**  2:*4*
**Kbi@falkenb
ergives.com**
5:*18*
**keep**  58:2
79:*17*, *18*
82:*3*
102:*12*

Pengtelaan 208 , Ph.D.

191:*5*
271:*13*
378:*17*
**keeps** 398:*2*
**Kente**
302:*20*
**key** 38:*18*
40:*16*
65:*11, 13*
199:2
**kind** 56:*14*
58:*16* 63:*4,*
*24* 114:*6*
118:*17*
156:*1*
187:*1*
219:*15*
232:5
240:7
241:9
268:*19*
287:*3*
298:6
337:7
338:*14*
340:5
346:*15*
**knew**
113:*19*
156:*3*
168:*14, 18*
184:*20*
200:*1*
218:6, *20*
242:*13, 14*
273:*10*
278:6, *21, 24*
294:*24*
296:9, *12, 13*
297:*18*
306:*24*
311:*12*
339:7
340:*20*

370:*10*
372:*1, 6, 14,*
*20* 373:*1*
**know** 14:*18,*
*22* 17:*9*
19:*19*
21:*18, 20*
22:*15, 22*
24:*1, 13, 15,*
*17, 19, 20, 24*
25:*16, 21*
28:*18*
32:*24*
35:*22* 37:*2*
38:*19, 24*
39:*8* 40:*6,*
*16* 41:*9*
42:*11* 43:*4*
44:*8* 47:*5*
52:*12, 20*
54:*19, 21, 22*
56:*15*
58:*18, 19*
63:*1* 64:*4,*
*6* 66:*7*
67:*15, 20*
68:*7, 9*
69:*9, 11*
70:*7, 19, 24*
72:*24*
73:*14, 18*
74:*9* 75:*12*
77:*1, 11*
78:*6, 23*
83:*7* 86:*2,*
*3* 88:*7, 18*
92:*24* 93:*1,*
*9, 10* 95:*3, 7*
98:*20*
100:*2*
101:*22*
102:*8*
103:*23*
104:*9, 14*

105:*13, 14,*
*18, 21*
106:*20, 24*
107:*1, 4, 9*
108:*14*
113:*24*
114:*8*
115:*19, 24*
116:*1*
117:*4, 11, 19*
119:*20, 21*
121:*21*
122:*17, 19*
123:*9, 11, 15,*
*19, 20* 124:*1,*
*2, 3, 5, 7*
125:*13*
127:*1, 5, 8,*
*10, 23* 128:*2,*
*19* 130:*11*
131:*16*
132:*14, 15*
134:5, *20*
135:*10, 13*
136:*22*
137:*7*
139:*6, 12, 17,*
*21* 141:*1*
143:*13*
146:*13, 16,*
*17* 147:*2*
150:*21*
151:*17, 20*
154:*3*
155:*10, 23*
156:*14, 16,*
*18, 20* 158:*5*
159:*1, 5, 8*
160:*4*
169:*11, 14*
175:*3, 4, 9,*
*23* 176:*6, 12*
179:*17, 19,*
*23* 180:*13*

181:*3*
183:*8, 10*
185:*15*
186:*20, 24*
187:*4, 9, 16,*
*24* 188:*4, 12,*
*16* 189:*8, 23*
190:*10, 13,*
*17, 18*
191:*14, 20*
192:6
193:*12, 16*
194:*5*
195:*12, 14,*
*17, 19, 24*
199:*10, 12*
200:*11*
204:*4*
207:*20*
208:*11*
211:*11*
212:*10*
215:*20*
217:7, *14*
218:*1, 4, 11,*
*12, 13, 16, 19*
219:*11, 13,*
*20* 220:2, *4,*
*7, 10, 13, 20,*
*24* 221:*12,*
*13, 19, 20*
223:*20*
225:*7*
226:*1*
227:*3*
228:*1*
230:*7*
231:*14, 16,*
*18* 232:*18,*
*19* 233:*1, 6,*
*14, 19* 234:*8,*
*12, 17, 24*
241:*12, 21,*
*24* 242:*7*

243:*12, 14*
245:*10, 14*
246:*9*
247:*9*
252:*8*
253:*8, 23*
255:*4, 6*
259:*3*
263:*11*
264:*4, 5, 17,*
*18, 22* 265:*4,*
*15, 22, 24*
266:*2, 5, 11*
267:*16*
271:*9, 16*
272:*16*
273:*16, 17*
274:*5*
277:*19*
278:*16, 17,*
*19* 279:*19*
280:*10*
284:*14*
285:*24*
287:*10*
288:*8, 10, 24*
289:*1*
291:*20, 24*
292:*18*
293:*8, 15*
294:*1, 11, 20*
295:*3*
296:*3, 5, 8*
297:*7, 11, 12,*
*14* 298:*8, 11*
300:*17*
304:*12*
305:*21*
306:*1*
307:*18, 22*
308:*5*
310:*13, 16*
311:*9*
313:*9, 23, 24*

Perrigo Lab - 2de , Ph. D.:

317:*19, 23*
322:*10, 14*
325:*15*
331:*2, 9*
332:*22*
333:*2, 12*
334:*5*
336:*11*
337:*12, 20*
338:*13*
339:*7, 12, 15*
340:*20*
342:*23*
343:*1*
346:*12, 14*
351:*8*
352:*9*
353:*14, 18,
24* 354:*16,
19, 21* 355:*1,
9, 17* 358:*3,
11, 17*
359:*16, 21*
360:*11*
364:*15*
368:*14*
369:*24*
370:*24*
371:*6, 7, 12*
376:*16*
377:*3*
378:*12*
387:*4, 15*
389:*3*
392:*10*
393:*23*
394:*12, 16,
21* 395:*12,
15, 20, 21, 24*
396:*9*
397:*3, 5, 16*
**knowable**
125:*5*

**knowing**
288:*13*
391:*12, 16*
**knowledge**
22:*13* 30:*8*
32:*5* 51:*4*
101:*13*
120:*23, 24*
147:*13*
169:*13*
171:*15, 17,
24* 172:*20*
178:*10*
205:*21*
211:*10*
217:*15*
219:*22, 23*
220:*21*
251:*12*
256:*9*
280:*8*
298:*3*
365:*22*
395:*17*
**known**
58:*23*
100:*7*
119:*4*
166:*8*
168:*8*
184:*24*
186:*7*
188:*18*
191:*6, 9*
199:*24*
233:*1*
255:*6, 19, 22*
264:*14*
289:*23*
294:*5*
295:*7*
297:*2*
305:*3*
368:*21*

**knows**
172:*8*
219:*10*
293:*20*
294:*4*
295:*2*
297:*19*
317:*15*
345:*4* 370:*1*
**KRISTIN**
5:*14*
**KUGLER**
1:*12*

**< L >**
**LA** 2:*17*
**lab** 68:*17*
71:*24* 72:*4,
15, 19* 74:*19,
22* 77:*9*
82:*24* 83:*1*
99:*4, 17, 18,
22* 101:*6*
111:*11, 15*
113:*1, 8*
115:*3*
116:*11*
117:*1*
127:*18*
135:*3*
138:*6*
167:*13, 15*
189:*9*
217:*14*
238:*7*
241:*14*
279:*17, 23*
382:*21*
386:*18, 21*
**Labs** 6:*13*
103:*19*
279:*15*
397:*2*

**language**
37:*22*
42:*22* 67:*7*
327:*5*
330:*3*
335:*13*
341:*21*
343:*23*
362:*4*
390:*14*
391:*4* 396:*3*
**large-scale**
70:*3*
**late** 300:*18*
355:*4, 17*
358:*11, 19*
381:*3* 399:*9*
**laughed**
146:*22*
**laughing**
147:*8*
355:*6*
356:*21*
**laughter**
147:*1*
**lawyer**
16:*13*
339:*16*
386:*1*
**Lawyers**
15:*23*
323:*24*
324:*7*
**LAYNE**
2:*15*
**LC** 84:*11*
248:*13, 14*
249:*4*
**LC-MS**
83:*22, 24*
246:*12*
247:*22*
248:*13*

365:*8, 13*
**lead** 116:*5*
**learn** 54:*11*
85:*7*
127:*21*
155:*4*
158:*14*
161:*7, 21*
184:*16*
211:*11*
217:*15*
241:*22*
255:*22*
256:*10*
274:*3*
280:*8*
294:*14, 18*
337:*13*
354:*3* 359:*3*
**learned**
53:*9* 85:*10*
86:*7* 173:*6*
195:*12, 14,
18, 19* 357:*7*
**lecture**
158:*7, 9, 22*
**led** 201:*14*
**left** 133:*11*
202:*9, 13*
257:*10*
282:*9, 13, 18*
347:*16*
399:*14*
**legal** 11:*6*
339:*1, 14*
340:*1, 9, 24*
344:*5*
**legitimate**
345:*2, 6*
**Leon** 3:*7*
**letting**
325:*14*
**level** 160:*4*
173:*13*

176:*19*
180:22
181:*14, 19,
22*  183:2
196:*5*
206:9
209:*8, 15, 19*
226:*16, 21*
253:21
304:*15, 16,
20*  312:*1*
313:9
**levels**
253:*11*
**lhilton@mey**

**erwilson.com**
2:19
**Li**  10:*17*
20:*17*  21:*7,
23*  22:20
23:*4, 14, 19*
24:7  25:*3,
10*  332:*13*
333:*17*
336:*19*
340:*16*
353:*15*
370:*4*
375:22
376:6
382:6
383:8
387:*21*
393:*11*
394:*6, 21*
398:9
**LIABILITY**
1:*8*  11:*12*
**life**  14:*16*
279:7
**light**  189:*9*
227:*1*
228:*11*

**limit**  100:*10*
102:9
287:*20*
304:*13*
331:*18*
**Limited**
6:*13, 14*
142:*15*
312:*10, 23*
**Lin**  20:*17*
21:*23*
22:20  23:5
24:7  25:*4,
9*  332:*12*
334:*21*
344:*1*
347:*12*
348:*14*
350:*14*
355:22
359:5
361:*3*
363:5
368:*18*
372:2
**line**  33:22
47:*11, 13*
228:7, 8
269:*1*
332:23
334:5
376:6, 7
377:5
382:2
384:*20, 22*
389:*15*
392:*20*
394:*14*
395:*11*
396:*4*
**lines**  207:*9*
227:*14*
282:2
**link**  379:*23*

**linkage**
387:*16, 17*
**Lin's**
335:*12*
375:*12*
384:*9*
**liquid**  83:*11,
15, 20, 23*
**Li's**  332:*17,
21*  333:6
334:*4*
336:2, *24*
338:*19*
339:8
370:*14, 18*
374:*24*
375:*8*
387:*12*
388:*14*
395:*20*
396:*4*
**List**  8:*19*
19:*11*  20:*2,
10*  25:*12*
26:*21*
31:*18, 20*
32:*3, 6, 7*
33:*12*
34:*14*
110:*1*
137:*1, 9, 12*
139:*14, 18,
23*  146:*6, 7*
165:*3*
215:*21*
217:*10, 12*
269:*10*
**listed**  19:*23*
24:*10*
25:*11, 14, 16*
30:*11*
39:*15*
65:*14*
129:*4*

132:*4*
139:*13, 15,
17*  140:7
143:9
198:*20*
212:*3*
261:*12*
326:24
330:23
331:*15*
**listen**  42:*16*
104:*21*
117:22
300:*18*
355:*15*
358:*12*
372:*11*
**lists**  34:*20*
142:7  184:*4*
**literally**
56:*10*
106:*10*
308:*13*
311:*11*
312:*17*
321:*20*
330:*14*
344:6, *19*
362:*15*
377:*20*
**literature**
25:*18*
32:*23*  33:*4*
188:*15*
191:*4*
229:*21*
230:*1, 11, 14*
242:*11*
251:*19*
252:*12*
254:*11*
258:*14, 19*
259:*2, 8, 13*
263:*5, 18*

264:*15*
266:*15*
270:*21*
272:*2, 3, 18*
273:9
274:8
283:*23*
292:*24*
298:*16*
299:*19*
300:*14, 15*
316:*10, 12,
15*  318:*18*
319:*1, 16*
**LITIGATIO
N**  1:*8*  11:*6,
12*
**little**  12:*18*
40:*11*
71:*17*
76:*21*
190:*18*
219:*17*
255:*19*
257:*20*
268:*24*
296:2
328:*20*
330:6
342:*12*
360:*14*
**LLC**  2:*4*
4:*6, 18*
**LLP**  3:*4, 15*
4:*7, 19*  5:*5,
13*  6:*6, 15*
**load**  329:*15*
**loaded**  56:*4*
**loading**
281:*10*
320:24
325:*23*
377:*6, 8, 13*
378:*16, 19*

located
21:19
**LOD**
304:12
308:4
313:7, 20
**logic** 308:9
364:21
**logical**
163:12
**long** 25:17
33:21
41:11
52:12
58:16
64:18
130:15
159:1
163:13, 16
214:15
219:8
227:7
323:23
377:14
**longer** 41:12
**look** 27:13,
16, 18 32:17
34:10, 11
64:4 95:2
102:24
103:3, 9
110:8, 23
111:4
114:11, 22
116:8, 21
133:23
134:14
135:19
136:6
138:16
139:1, 4
140:11
142:6
145:23

154:11
171:9, 15
188:23
197:17
238:5
245:9
246:5, 13, 14,
22 247:10,
15 248:6
257:18
271:9
276:6
277:3
281:13, 16
284:6
287:16
300:15
309:14
310:14
311:6
313:13
318:6
320:15
326:6
329:12
334:10
351:1
354:2, 6
357:12
359:24
363:24
367:9
384:22
389:14
392:22
400:17
**looked** 29:4
134:19
135:7
137:2
139:12
171:7
193:22
244:15

258:15
263:5, 6
300:21
312:3, 4
315:11
316:14, 20
**Looking**
20:15
30:24 31:7
114:7
125:21
126:6
140:17
141:10
148:8, 9
201:23
204:7
205:8
235:19
238:14
246:8
262:24
265:21
268:22
290:14
301:17
306:23
310:17, 20
311:8, 20
325:19
329:20
334:9
343:19
373:7
381:13
384:23
399:16
**looks** 56:6
114:14
380:3

**LOSARTAN**
1:6 11:11

**lost** 92:10
202:14
323:23
377:15
**lot** 34:20,
21 44:11
54:6 70:13,
21 71:22
83:23
116:15, 24
136:5
189:19
203:16
239:7
240:7, 21
249:3, 4
255:1
320:10
353:20
369:10, 16
**low** 90:6
180:10
196:5
206:9
209:8, 14, 19
**LPA** 2:14
**lunch**
163:12
**luncheon**
163:20

**< M >**
**MA** 5:8
**machine**
83:24
**main** 30:11,
12
**maintain**
261:9
**major** 44:9
286:2
**majority**
85:6

**making**
52:10
192:4
340:17
386:24
393:10, 17
**malfunction**
343:4
**Manhattan**
4:10
**manufacture**
66:16
69:20
71:14, 18
72:21 73:6
166:24
170:24
181:6
191:22
214:20
226:19
253:18
288:15
306:11
331:24
**manufacture
d** 291:8
328:15
369:20
**manufacture
r** 142:12, 18
143:2
159:4
169:24
191:21
312:14, 22
313:16
321:19
**manufacture
rs** 136:16
141:23
142:7, 16, 19,
20 143:15

144:*1*
323:*17*
**manufacturi**
**ng** 48:*11*
66:*3* 67:*4,*
*11* 68:5
70:2, *3*
71:*4, 10, 12*
73:4 76:*17*
77:*19* 79:*1,*
*6* 81:2
97:7 162:*8*
166:7
167:5
169:*18, 22*
170:*12, 15*
178:*23*
179:*10*
187:5
192:*3*
195:4
196:*15*
198:22
199:*19*
211:2, *15*
214:*8*
218:*18*
220:*11*
224:4
241:2
252:*16*
259:4
266:*19*
267:22
283:*11*
286:*11*
305:*1, 23*
309:*1, 19*
310:2
315:20
316:*13*
323:*18*

**mark** 31:*19*
32:*1* 109:*8*
239:*16*
**marked**
16:*23*
18:*15* 27:6
28:*13*
31:22
55:*13*
109:6
124:*19*
145:*13*
164:*17*
222:22
235:*16*
256:20
280:22
320:*17*
325:*16*
343:*5*
376:*24*
**market**
69:*18*
70:*18*
72:24
77:24 78:*7,*
*12, 18* 79:7
80:*11* 81:*4,*
*13, 15, 17, 21*
180:2
**marketing**
70:*6*
**MARTIN**
3:*15*
**mass** 83:*10*
84:*4, 8, 13*
246:*21*
248:*17*
249:*5*
280:*1*
319:20
346:*21*
347:*7, 13*

**massive**
227:7
253:*18*
**master**
254:*6*
324:*21*
**matching**
67:*13*
**material**
20:7, *10*
32:*11* 44:*9*
133:*23*
135:*15*
136:*15*
139:*4*
193:9
286:*19*
374:20
384:*6* 385:*8*
**Materials**
8:*19* 19:*24*
20:*3* 25:*12*
31:20
33:*12*
101:*5*
135:22
139:*14*
141:*19*
165:*3*
300:*8, 10*
302:20
**matter**
11:*10* 15:9
24:8 32:*19*
62:2
115:*23*
177:*23*
199:*3, 7, 15*
204:*18*
211:*6*
241:*17*
263:*10*
270:22
323:2

381:*5*
392:*1, 9*
403:*6*
**matters**
180:9
199:*8, 16*
211:7
391:20
**MAZIE** 2:*4*
7:*5*
**MAZZOTTI**
3:*15*
**MDL** 1:*5*
11:*12*
**MEAGHER**
4:7
**mean** 19:*10*
21:*3* 22:*23*
42:*15* 51:2
65:*23* 66:*6,*
*11* 68:*24*
69:7 71:*23*
81:22
102:7
126:5
132:*21*
134:6
140:*21*
159:*1*
167:8
171:*17*
185:*23*
208:2, *17*
225:*19*
255:*13*
261:6
262:*19*
264:*11*
279:*17*
292:*10*
303:*24*
318:*5*
329:*21*
337:*5*

351:*20*
352:*1*
353:*4, 14*
354:*10*
355:7
357:*24*
371:*11*
377:*15*
395:*9, 12*
**meaning**
15:*16*
69:*21*
71:*12* 86:*15*
**means** 21:9
22:*21*
65:*12* 66:*8*
69:*10*
72:*11* 75:6
86:*13*
106:7
108:*18*
150:*19*
154:*3*
162:*3*
185:*24*
188:*24*
197:*16*
208:*3*
209:*24*
270:*11*
322:*11*
368:*13*
383:*5, 6, 7*
**meant**
37:*17*
42:*20*
78:*24*
338:*18*
383:*1*
**mechanism**
111:*17*
236:*18*
237:*4*
240:*5, 23*

Pengreiap 202 , Ph.D.

244:9
252:1
255:14
**medical**
75:16
**medication**
169:19
**meet**
141:24
307:14
**meeting**
85:13, 20, 24
86:5
**memo**
400:24
**memorize**
59:18
137:24
**memorized**
25:20
**memory**
59:13
**mention**
46:3   118:7,
12, 15, 19, 22,
23   119:19
123:5
138:18
170:16
198:14
216:16
254:23
270:18
292:4
352:16
364:6
**mentioned**
118:11
132:6
140:6, 8
151:16
229:17
**MESTRE**
3:4, 6

**met** 21:24
22:2
**methanol**
126:18, 24
127:4
**method**
190:12
246:8, 9
302:17
304:18
362:12
**methods**
246:24
**MEYER**
2:14
**Miami** 3:8
**middle**
111:12
141:4, 11
257:20, 21
281:24
282:17
301:19
302:3, 6
311:17, 18,
20   323:23
334:16
358:1
**MILLER**
7:4   86:5
**milligram**
182:12
**million**
112:11
146:8
303:18
312:2
313:5
314:6, 7, 18,
23
**Min** 10:17
20:16   21:7,
23   22:20
23:4, 14, 19

24:7   25:3,
10   332:12,
17, 21   333:6,
17   334:4
336:2
340:15
370:4, 14, 18
374:24
375:8, 22
376:6
387:12, 21
388:14
393:11
394:6, 21
395:20
396:4   398:9
**mind** 95:5
102:13
169:7
204:6
271:15
380:21
**mine**   167:17
**mini** 72:18
**minus**
102:21
**minute**
62:16
329:10
**minutes**
43:12
82:15
108:11
222:16
378:22
**mischaracter
ized**   329:7
**Mischaracter
izes** 177:14
359:13
**mispronounc
e** 15:1
**missed** 25:7
115:22

**misstated**
78:23
**mistake**
141:2
394:11
**mixing**
268:8
**mixture**
212:19
213:6
**mixtures**
287:24
**model** 286:5
**models**
75:10
**modes**   184:1
**modifier**
225:9
**modifiers**
180:1
221:23
**module**
324:22
**moistures**
189:7
**molecule**
68:21, 22
69:4, 8, 9, 11,
22   74:5, 12,
13   76:7
83:13   85:4
179:23
213:3
352:24
**molecules**
69:13   83:8
85:10
128:1
180:15
**moment**
31:1   73:2
78:1   81:13,
15   90:8
107:10

137:24
139:21
191:12
220:7
222:9   307:1
**money**
116:21
**monoxide**
132:24
**Monroe**
5:15
**month**
98:20
**morning**
14:7, 8
193:14
**motivation**
252:24
253:3   284:9
**move**   47:6
70:12
144:9, 12
147:15, 24
187:22
208:23
345:12
366:13
**moving**
63:4, 24
140:19
**multiple**
18:4   25:19
68:18   78:2
88:24
156:21
190:20
200:15
241:5
285:8
287:23, 24
292:3
294:21
298:5
318:7

319:6
332:21
351:23
373:2
**multistep**
178:17
**MURTHA**
6:16
**Music**
290:13
**Mylan**   6:3

< N >
N,N-
DIMETHYL
FORMAMI
DE   9:4, 8
124:16
126:9
**NaClO**
362:12
**Najafi**   29:6
31:15   32:3
34:3
**Najafi's**
30:7
**name**   11:5
13:11, 17
19:15
24:21   27:6
34:1   80:12,
17
**named**
24:17, 23
25:1   73:2
293:23
**names**
142:19
**NaNO2**
365:2
**native**
335:13
**nature**
66:22

72:16
73:17   83:7,
12   85:6
349:22
**ND**   314:16,
22
**NDEA**   62:4
85:8, 11
86:8   182:4
204:15
205:11, 19,
22   210:7, 10,
15, 20
211:11, 13,
20   212:5
216:1, 3, 7
217:7
221:2, 22
229:24
236:17, 24
241:22
243:17
244:14, 16,
24   245:1
246:1, 5, 8,
14, 22   248:6
249:15
250:15, 19
252:2, 23
253:13
255:13
256:12
259:6
262:12, 13,
18   264:5, 14
265:5
272:6, 21
273:18
274:22
283:2
287:17
307:19
331:22

366:11
**NDEAs**   36:5
**NDMA**
62:4   85:7,
10   86:7, 12,
21   87:5, 21
111:17, 22
112:10, 13
113:3, 9
114:4
115:6
182:3
195:2
197:20
199:9, 12
200:11, 17
201:17
204:15
216:1, 3, 7
217:7
221:1, 22
229:24
231:1, 11
232:6, 13
241:22
246:13, 14,
22   248:6
256:11
265:5
272:6, 21
277:6
283:2
284:16
287:16
290:20
291:9, 13
293:15
294:10
295:12, 20
296:18
316:18
319:20, 21
328:14
329:2, 21

331:22
350:15
351:5, 6
356:9, 16
357:4, 8
358:24
359:2, 6
360:2
366:11, 16
367:4
368:19
369:19, 21
370:7, 11
372:6, 14, 20
**NDMAs**
36:4
**near**   81:18
**necessary**
41:13
200:17
**need**   15:19
18:4   26:17
27:12, 14
28:22   36:8
56:14
59:24   60:1
74:21, 24
77:2   82:8
86:2   91:18
101:22
104:21
108:14
116:21
131:21
133:6
134:11
146:21
151:17, 20
153:14
155:20
159:1
161:13
168:22
169:13

173:2, 12
175:3, 4, 12,
23   192:13
203:24
206:15
211:20
212:5
213:16
217:2, 5
226:5
229:3
239:23
240:21
241:5
263:23
265:5
275:15
277:11
280:1
283:19
286:15
289:1
295:19
297:23
298:2
304:9
305:21
309:12
311:4
322:1, 10
328:19
330:11
362:16
377:20
381:3
393:19
396:7
399:15
**needed**
156:5
169:1
173:9
174:18
175:14

Penftclap-2que , Ph.D.

224:*1, 5*
226:*17*
244:*22*
267:*3, 6, 23*
**needs** 61:*12*
**neither**
20:*23*
**neutral**
186:*14*
261:*6, 9*
351:*22*
**never** 22:*2*
24:*9* 38:*16*
70:*8, 10*
72:*14*
73:*20*
75:*13*
78:*10*
84:*10, 15*
85:*3* 90:*13,
22* 91:*9*
92:*16*
119:*6*
130:*14*
139:*22*
147:*13*
149:*14*
161:*16*
231:*22*
233:*10*
234:*18*
239:*13*
274:*20, 22*
279:*6*
293:*23*
294:*23*
297:*18*
298:*14, 15,
24* 299:*1, 5*
300:*14*
317:*10, 24*
319:*11*
321:*15, 24*
342:*7*

357:*10*
363:*6* 372:*7*
**NEW** 1:*2*
2:*17* 4:*11*
29:*9, 18, 20,
22* 31:*12*
50:*2*
106:*22*
146:*4*
155:*16*
183:*6*
190:*16*
255:*23*
280:*19*
300:*8*
325:*1*
343:*3* 346:*8*
**nice** 76:*7*
**night** 381:*5*
**nitrate**
87:*15*
**nitric**
200:*13, 15,
20* 201:*3, 5*
291:*22*
**nitrite** 87:*4,
20* 112:*6*
113:*4*
115:*5*
135:*18*
166:*15*
168:*3*
171:*3, 22*
172:*3, 9, 23*
173:*8, 21, 22,
24* 174:*3, 8,
17, 19*
175:*14, 23*
176:*7, 14*
177:*12*
181:*11*
199:*20*
200:*2, 7*
201:*11, 14*

202:*5, 10, 16,
22* 204:*9, 14*
205:*5*
211:*16*
212:*1*
213:*11*
229:*23*
233:*20*
234:*16*
244:*12*
246:*2*
249:*14*
250:*7, 15, 16,
20* 256:*5*
258:*6, 17*
278:*6, 22*
283:*3*
290:*20*
291:*1*
293:*20, 21,
24* 294:*20,
21* 295:*8, 13*
296:*6*
297:*7*
303:*6, 11*
308:*23*
315:*9, 21, 23*
316:*16*
335:*1*
347:*21*
348:*16*
350:*16*
355:*24*
357:*5*
359:*2, 7*
361:*6*
365:*3, 5*
366:*18*
367:*22*
368:*20*
369:*22*
370:*9*

**nitrogen**
261:*8*
353:*5, 8*
**nitrosamine**
58:*22* 84:*9,
12, 14, 21*
171:*13, 16*
172:*6, 12, 13,
18, 19, 24*
173:*3, 11*
174:*11*
217:*8*
224:*10*
234:*10*
258:*18*
271:*9, 10*
278:*9*
331:*23*
365:*17*
**nitrosamines**
36:*4* 84:*18,
24* 85:*2*
172:*1, 4*
213:*7*
229:*1, 4*
258:*8*
271:*1*
273:*1*
286:*12*
362:*18, 21*
375:*14, 17*
384:*11*
**nitrosate**
236:*24*
278:*22*
316:*17*
**nitrosated**
270:*22*
274:*9*
278:*5*
290:*19*
295:*12*
318:*19*
319:*2, 6, 18*

**nitrosating**
172:*11, 15*
176:*15*
252:*13*
**Nitrosation**
10:*4*
236:*14*
250:*21*
257:*24*
259:*17*
272:*5*
277:*9*
281:*8*
284:*17*
290:*17, 24*
293:*10*
**Nitrosative**
9:*22*
200:*22, 23*
201:*5*
251:*21*
257:*2*
293:*24*
**nitroso**
224:*11, 13,
14, 15, 19*
225:*5, 8, 16,
22* 330:*23*
**nitroso-
compound**
353:*19*
363:*12, 15,
22* 364:*18*
365:*12*
367:*16*
**nitroso-
compounds**
364:*14*
**nitrosodimet
hylamine**
284:*16*
**nitrosonium**
200:*14*
201:*2, 6, 7,*

Peristltap-Zue , Ph.D.

*15* 230:*4, 24*
231:*14*
232:*14*
251:*22*
293:*4, 18, 21,*
*22* 294:*20*
297:*9, 22, 24*
307:*11*
**nitrosylate**
365:*21*
**nitrosylation**
365:*23*
366:*4*
**nitrous**
180:*15*
195:*4*
199:*18, 23*
200:*3, 12, 16*
201:*1, 14*
204:*13*
205:*4*
211:*14*
231:*13*
236:*16, 23*
243:*16*
249:*17, 18*
269:*4*
282:*6, 22*
**NJ** 2:*8* 6:*18*
**NMT**
327:*13*
331:*9*
**N-**
**nitrosamines**
282:*7, 23*
**N-nitroso**
223:*14*
327:*10*
328:*3*
**N-nitroso-**
**compounds**
221:*1*
226:*18*
329:*1*

**N-**
**Nitrosodimet**
**hylamine**
10:*3*
236:*14*
281:*7*
334:*24*
347:*20*
348:*15*
351:*4*
355:*23*
361:*5*
**N-NO**
334:*23*
347:*1* 365:*6*
**No._____Cha**
**nge** 402:*3, 5,*
*7, 9, 11, 13,*
*15, 17, 19, 21,*
*23*
**No._____Lin**
**e** 402:*3, 5, 7,*
*9, 11, 13, 15,*
*17, 19, 21, 23*
**noes** 41:*12*
79:*19*
**noise**
327:*17, 18,*
*23*
**non-high**
331:*17*
**normally**
186:*15*
240:*3*
**Notary** 1:*24*
404:*4, 21*
**note** 374:*24*
**noted** 11:*18*
321:*17*
**notes** 20:*21,*
*23*
**Notice** 8:*11*
16:*20, 22*
17:*5, 17, 22*

59:*5* 119:*6*
291:*7*
295:*18*
**noticed**
33:*10* 315:*7*
**Novartis**
252:*6*
255:*24*
256:*4*
**November**
10:*9* 55:*19*
85:*14, 21*
86:*8*
321:*10*
323:*5*
**NUMBER**
8:*9* 9:*1*
10:*1* 25:*11*
55:*10, 12*
109:*9, 18, 19,*
*23* 110:*15*
129:*17*
132:*3*
140:*13*
145:*6, 7*
158:*1*
159:*24*
191:*6*
194:*12*
198:*21*
199:*18, 21,*
*22* 200:*5, 8,*
*9* 202:*20*
203:*2, 6, 7*
204:*2, 11*
210:*15*
211:*1*
224:*13*
241:*20*
250:*2, 7*
287:*18*
296:*5, 9*
302:*4, 7*
304:*9, 10*

313:*19*
320:*21*
322:*10*
330:*10*
344:*1*
377:*3* 394:*4*
**numbers**
122:*24*
314:*2, 3, 9,*
*12, 13, 14*
**NY** 3:*18*
4:*11*

**< O >**
**oath** 333:*20*
336:*4*
337:*1*
370:*5*
403:*13*
**object**
15:*24*
16:*14* 23:*6,*
*16* 29:*14*
30:*2* 35:*18*
36:*20* 37:*5,*
*12* 40:*2*
45:*12, 19*
46:*19* 47:*6,*
*8, 12* 48:*13,*
*17* 50:*7*
51:*16* 52:*7*
53:*4, 17*
57:*5, 21*
59:*7* 60:*11*
61:*16*
62:*18*
76:*18*
78:*19*
79:*10, 15*
80:*1* 81:*5*
87:*22*
90:*19*
91:*11*
92:*19*

93:*16* 94:*8*
95:*14* 96:*2*
98:*13*
101:*14*
102:*11*
104:*11*
106:*4*
107:*15, 20*
113:*13*
115:*15*
119:*9*
120:*11*
123:*21*
125:*7*
128:*14*
137:*4, 10*
146:*10*
148:*22*
149:*10, 23*
151:*10*
152:*4*
156:*8*
159:*18*
162:*9, 15*
166:*9*
169:*3*
174:*4, 22*
175:*19*
176:*23*
177:*13*
178:*4*
179:*1, 13*
181:*20*
190:*7*
193:*6*
214:*9, 21*
215:*15*
216:*9*
220:*14, 17*
221:*9, 14*
226:*23*
228:*9*
229:*6, 10*
230:*16*

233:*3, 7*
234:*19*
237:*10*
242:*17*
243:*21*
246:*15*
248:*24*
254:*1*
259:*9*
263:*20*
265:*8*
267:*10*
268:*12*
271:*5*
274:*14, 23*
276:*12*
278:*12*
280:*3*
287:*11*
289:*12*
291:*15*
295:*22*
296:*19*
298:*17*
299:*7*
304:*5*
305:*6, 13*
306:*3, 19*
316:*22*
318:*20*
320:*2*
328:*6, 17*
329:*5*
333:*8, 22*
336:*6*
337:*3*
338:*21, 24*
339:*13*
340:*22*
341:*12, 16*
342:*1*
344:*3, 4, 12*
347:*8*
348:*19*

349:*20, 21*
350:*19*
356:*3*
359:*11*
360:*20*
361:*9, 13*
362:*23*
366:*19*
369:*1, 5*
370:*12, 13*
372:*9*
373:*9, 10*
377:*22*
381:*22*
382:*10*
388:*6, 8, 18*
389:*5, 22*
390:*3, 17*
391:*8, 22*
392:*18, 19,*
*20*
**objecting**
91:*14*
344:*15*
**Objection**
15:*24*
41:*15*  48:*4*
58:*6*  62:*14*
115:*11*
121:*23*
145:*22*
148:*16*
162:*14*
221:*5*
323:*10*
339:*20*
340:*12*
344:*10*
345:*6, 10*
360:*21*
**Objections**
8:*11*  15:*22*
16:*16, 21*
17:*22*  58:*3*

80:*8*
277:*14*
367:*7*
**objective**
93:*15, 21, 24*
94:*2, 6*
392:*16*
**objects**  16:*9*
**obligated**
178:*21*
**obligation**
253:*21*
276:*5*
**observing**
49:*19*
**obstructing**
49:*9*
**obtained**
145:*18*
302:*21*
**obvious**
397:*2*
**obviously**
165:*11*
**occur**
239:*20*
241:*4*
250:*20*
252:*15*
**occurred**
62:*5*  237:*9*
283:*3*
291:*1*
359:*1*
385:*16*
**occurring**
283:*18*
**occurs**
334:*24*
**October**
299:*24*
**odor**  166:*1*
**offer**  20:*9*
42:*5*  44:*7,*

*15*  46:*4, 24*
52:*16*  63:*7*
124:*8*
231:*21*
349:*8*
351:*21*
403:*12*
**offered**
43:*8*  46:*5*
53:*8*
157:*13*
176:*24*
232:*22*
354:*13*
363:*16*
364:*1*
373:*13*
**official**
341:*10*
**Oh**  19:*14*
31:*6*  33:*17*
38:*8*  71:*7*
109:*24*
110:*24*
114:*8*
116:*9*
141:*8*
188:*23*
202:*14, 17*
269:*11*
284:*18*
297:*12*
302:*1*
333:*4*
350:*9*
352:*4*
380:*1, 8*
395:*9, 11*
**Okay**  13:*23*
14:*5*  15:*10*
16:*17, 18*
17:*12, 13, 16*
18:*11*  19:*5*
26:*15*

36:*17*  38:*1,*
*10*  43:*21*
46:*12, 17*
47:*14, 22*
48:*5*  51:*11*
58:*11, 18*
60:*24*
62:*11*
63:*16*  71:*8*
82:*12*  86:*4,*
*18*  88:*6*
94:*15, 22*
96:*11*
97:*13*
101:*1*
106:*16, 24*
110:*16*
111:*2, 6*
112:*17*
116:*19*
117:*1, 9, 15*
124:*6*
125:*4, 18*
126:*14*
128:*3*
130:*5*
139:*11*
140:*1*
141:*9*
142:*13*
143:*7, 9, 11,*
*23*  144:*3, 20*
145:*12*
146:*2, 22, 24*
147:*14, 23*
150:*19*
151:*3, 4, 5*
153:*18*
155:*5*
161:*20*
163:*8*
164:*11*
173:*19*
177:*19*

183:*22, 23*
186:*4, 23*
189:*21*
191:*11*
196:*2*
203:*23*
208:*19*
223:*9*
224:*19*
226:*7*
228:*18, 23*
235:*5, 13*
244:*7*
245:*20*
247:*6*
251:*8*
256:*11*
257:*1, 12, 17*
262:*15*
268:*21*
269:*11, 12*
273:*15, 19, 24*  274:*1*
277:*11*
280:*20*
281:*11, 20*
282:*16*
283:*17*
285:*8*
292:*8, 13, 22*
293:*7*
302:*12*
303:*3*
304:*16*
305:*19*
307:*18, 21*
308:*1*
309:*7, 17, 20*
312:*7, 19*
316:*1*
319:*13*
320:*9, 14*
322:*12, 15*
323:*15*

324:*18*
325:*7, 14*
326:*8, 9*
327:*4*
328:*13*
330:*16, 20*
331:*19*
332:*9*
333:*4*
334:*16*
335:*10*
340:*11*
341:*6*
345:*9, 16*
347:*6, 24*
349:*13*
353:*3*
354:*1*
355:*21*
357:*21*
359:*4*
360:*13*
362:*10*
377:*11, 17, 21*  378:*5, 8*
380:*1, 2, 3, 8, 11, 12, 18*
384:*12, 19*
387:*10*
393:*22*
394:*18*
397:*8, 13*
399:*5*
400:*16, 19*
401:*6*
**omitted**
33:*11*
**ones**  197:*16*
280:*12*
352:*13*
**ongoing**
72:*18*
**open**  325:*23*

**opening**
257:*6*  380:*9*
**operate**
83:*24*
**operating**
176:*21*
**opinion**
20:*9*  35:*5, 8*  39:*22*
42:*5*  44:*7*
45:*2*  46:*4, 15, 24*  51:*22*
52:*3, 16*
53:*8*  54:*4*
57:*14*
63:*21*
64:*12, 17, 24*
90:*4, 5, 7, 8*
95:*22*
96:*14, 18*
97:*13, 15*
102:*15, 17, 18*  103:*4, 10*
104:*5, 9, 15, 16, 18, 22*
105:*3, 7, 12, 23*  108:*15, 19, 21*  119:*1, 13, 18*  121:*9, 12*  122:*1, 5*
128:*10*
129:*21*
135:*1, 2, 6, 11, 12*
137:*16*
150:*3*
151:*15*
153:*24*
154:*1, 7, 14, 16*  156:*12, 13*  157:*11, 12*  162:*17*
177:*8, 17, 19*
178:*3, 9*

183:*1*
190:*22*
193:*10*
201:*18*
208:*4, 8, 9, 14, 24*  209:*4, 5, 13, 22*
223:*24*
226:*15, 20*
228:*16, 17, 20, 21, 23*
229:*2, 13*
230:*3, 21*
231:*21*
232:*23*
252:*5*
255:*21*
264:*17*
265:*20, 24*
272:*13, 15*
273:*15*
275:*24*
277:*2, 7, 16*
288:*24*
289:*1*
291:*12*
292:*5*
293:*7*
297:*1, 15*
306:*6*
309:*3, 23*
310:*3, 5, 6, 21, 23*
311:*12*
317:*6*
318:*4*
319:*23*
320:*13*
332:*3*
338:*8, 18*
351:*21*
353:*22*
356:*16*
373:*5, 13, 16,*

22  384:*13*
392:*2, 4*
393:*5*
400:*23*
**opinions**
22:*17, 18*
23:*1, 10*
24:*3*  27:*20, 21*  28:*1, 2, 3*
29:*9, 10, 13, 18, 20, 22*
30:*11, 15*
31:*12*
34:*24*
35:*17*
38:*18, 21*
39:*4, 19*
40:*8*  41:*2*
42:*1*  44:*24*
45:*17*  46:*9, 22*  51:*13, 14*
52:*2, 5, 24*
53:*12, 15, 22*
57:*9, 16*
63:*17*  64:*2*
65:*10, 11, 13*
94:*15*  98:*2*
106:*21, 22*
121:*4*
128:*3, 20*
131:*7*
132:*8*
135:*23*
191:*19*
192:*23*
289:*3*
368:*22, 24*
386:*9*
392:*10*
393:*20*
395:*6, 18*
396:*6, 18*
397:*22*

398:*17*
401:*4, 5*
**optimization**
363:*17*
**optimize**
161:*14*
362:*13, 16,
20*
**option** 364:*2*
**options**
379:*20*
**ORDER**
1:*15* 38:*6*
99:*6* 129:*6*
181:*15*
183:*4*
239:*21*
269:*3*
335:*22*
392:*24*
**ordinarily**
12:*20* 378:*3*
**organic**
43:*2, 19*
44:*6, 14*
46:*4* 47:*1*
50:*5, 14*
65:*19*
66:*22* 68:*8*
97:*4*
127:*13*
133:*22*
134:*8*
156:*22*
169:*8*
192:*9*
215:*7, 8*
240:*18*
245:*11, 12,
13* 289:*16*
326:*22, 23*
337:*13*
342:*15*
351:*20*

**Organization**
124:*14*
**original**
32:*7, 9*
171:*6*
342:*9*
346:*6*
359:*18*
**originally**
32:*21*
**Orleans**
2:*17*
**ourself** 97:*3*
**outcome**
239:*24*
**outside**
39:*8* 63:*5*
296:*21*
327:*23*
**overall** 35:*8*
**Overly**
48:*18* 50:*8*
57:*22* 59:*8*
60:*13*
62:*19*
287:*12*
**oversee**
66:*10*
**oversight**
66:*2, 6, 7, 9,
11*
**Owing**
184:*1*
**Oxford** 6:*8*
**oxide**
231:*14*
**oxide-
released**
180:*15*

**< P >**
**p.m** 163:*18,
19* 164:*2, 9*

235:*8, 11*
301:*5, 8*
374:*2, 5*
399:*23*
400:*2*
401:*17, 20*
**P450** 225:*11*
**PA** 4:*22*
6:*9* 307:*19*
**packaging**
70:*23* 77:*3*
**PAGE** 8:*2,
9* 9:*1* 10:*1*
18:*21, 24*
19:*1* 20:*13*
28:*1, 4*
29:*11*
110:*4, 18, 20*
111:*1, 7, 8,
10, 13*
112:*18, 21*
117:*17*
124:*24*
125:*17, 21*
132:*21, 22*
133:*10*
140:*16, 18*
141:*4, 6, 11*
143:*8, 20*
165:*12, 13,
18* 183:*13,
23* 194:*11,
14, 15, 17, 18,
20* 197:*18*
198:*2, 19*
201:*21, 24*
202:*2*
204:*3, 7*
205:*8*
210:*6*
223:*8, 10*
227:*14*
228:*7*
236:*5, 11*

237:*1*
244:*1, 2, 3*
249:*9*
251:*1, 17*
256:*23*
290:*5, 15*
301:*12, 17,
19, 23* 302:*3,
4, 6* 303:*22*
311:*16, 17,
20* 312:*4*
321:*2, 4*
322:*21, 23*
324:*24*
325:*3, 11, 19*
326:*7, 14, 19,
21* 327:*20*
330:*3, 9, 11*
331:*14*
334:*11, 13,
17* 335:*11*
346:*19, 20*
347:*4*
348:*22*
349:*1, 5, 18*
350:*1, 8*
374:*8*
375:*6*
376:*6*
377:*3, 5*
378:*2*
380:*14, 23*
383:*10*
384:*20, 22*
388:*15*
389:*14*
390:*10, 14*
394:*1, 4*
396:*4*
400:*8, 9*
402:*3, 5, 7, 9,
11, 13, 15, 17,
19, 21, 23*

**pages** 56:*17*
59:*11*
64:*18*
145:*15*
324:*20*
**pair** 21:*6*
**Pang** 33:*13*
34:*8, 11*
**paper** 32:*12,
13, 14, 19*
33:*6* 34:*7*
188:*22*
189:*14*
237:*23*
239:*5*
243:*3*
245:*5*
249:*13*
251:*11*
253:*4, 7*
259:*21, 22*
261:*11*
273:*4, 19, 20,
22* 275:*16,
18* 276:*18,
19* 277:*19,
20* 284:*7, 12,
13, 14, 19*
286:*4*
348:*17*
**papers** 33:*1*
34:*6* 35:*4*
40:*6* 239:*7*
253:*4*
260:*6*
261:*21*
318:*2*
**paper's**
32:*16*
**Paragraph**
125:*20*
126:*8, 10, 11,
15* 133:*11*
141:*17*

Pengfei Lan, Ph.D.

189:*15*
195:*16, 23*
198:2
207:*14*
223:*8, 11*
236:7, 8
249:22
257:*19, 20*
258:23
269:8
275:*10*
281:*20, 21, 24* 282:*14, 18* 290:*9, 11, 14* 327:6, *19, 21, 24*
330:*18*
343:*16, 17, 19, 21*
344:*20*
348:*5, 7*
360:*15, 16*
364:22
387:*14*
**parallel**
353:*10*
**parameter**
114:*13*
115:*24*
118:*18*
**parameters**
138:*16*
**parentheses**
55:22
223:*14*
376:*11*
381:*17*
**Parkway**
2:7
**part** 22:*19*
33:*23* 34:*8, 12* 37:*3*
50:*3* 66:*17, 24* 87:*4, 20,*

*21* 102:*1, 4*
146:*8*
167:*1*
168:8
172:23
201:23
202:*4*
205:9
208:*13*
215:*12*
224:*3*
231:*17*
236:6
255:24
256:7
267:7
270:*13, 14*
274:*11*
275:*19*
278:7
281:*21, 22*
287:9
288:23
291:7
293:*14*
294:*8, 15, 17*
295:*19*
296:23
307:*10*
316:*12*
328:*1*
333:*19*
337:*16*
346:*24*
347:*4*
348:*14*
350:*11*
356:23
373:*16, 19*
375:*21*
382:*14*
384:*13, 20*
**particular**
27:*15*

57:*14*
64:*12* 89:*4*
127:*24*
167:*19*
169:6
182:*1*
189:*16*
193:*17*
200:*18*
201:*12*
204:*24*
205:*1*
222:6
252:6
255:*11*
261:*18, 23*
262:*16*
285:*10*
292:*4*
294:*12*
297:*20*
308:6
309:9
346:*13*
352:*12, 23*
353:6
354:6
386:*17*
**particularly**
223:7
227:*1*
228:*11*
**parties**
11:*15*
404:*12, 14*
**partnership**
73:*9*
**parts**
112:*10*
172:*14*
173:*3, 4*
294:*15*
303:*17*
312:*1*

313:5
314:6, 7, *17, 22* 373:*20*
**patent**
167:*14*
168:*12, 19*
363:*14, 20*
364:*23*
366:*2, 3*
**pathway**
172:*10*
**pathways**
347:*23*
**patience**
12:*16*
**patient**
71:*19*
180:*6, 20*
182:*10, 15, 16* 272:*12*
274:*11*
278:*8*
399:*18*
**patients**
170:*19*
270:23
272:*23*
288:*16*
289:*8*
**pausing**
155:*20*
**pay** 218:*4*
285:*23*
354:2
**PDF** 144:22
237:*19*
**PDs** 76:*8*
**peak** 260:*18*
**peering**
11:*16*
**PENALTY**
403:*1, 4*

**pending**
78:*5, 8*
153:*1*
**people** 21:*2, 4, 19, 24*
22:*10* 25:*9*
54:*10* 73:*1*
75:*23* 93:*6*
125:*15*
134:*24*
135:*5, 13*
161:*18*
169:*19*
170:*1*
176:*19*
180:*13*
184:*20*
192:*12*
199:*24*
205:*21*
218:*16*
220:*23*
241:*13*
242:*4*
254:*6, 15, 16*
255:*5*
260:*2*
261:*20*
263:*4*
266:*14*
267:*17*
280:*11*
284:*8*
288:*9, 20*
294:*14*
297:*6, 18*
298:*8*
332:*21*
349:*16*
363:*19*
370:*10*
390:*15*
**people's**
95:*5*

Perigo Iap - 205 , Ph.D.

167:*23*, *24*
169:*23*
245:*15*
272:*10*
299:*10*
**percent**
127:*19*
331:*18*
**percentage**
114:*17*
322:6
**Perfect**
20:*13*  92:6
223:9
281:*18*
**perform**
114:9
118:*15*, *19*
120:*18*
133:*14*
183:*11*
**performed**
101:*12*
104:*1*
111:*16*
113:*1*, *9*
118:*4*, *8*
275:22
**performing**
97:8  252:*10*
**period**
114:2  316:*3*
**periods**
379:*19*
**PERJURY**
403:*1*, *5*
**permitted**
219:*4*
358:*14*
**persist**
311:*14*
**person**  21:9
74:5  163:2
188:22

353:*15*
378:*4*
**personal**
77:7
**personally**
72:*14*
248:2
252:24
294:22
317:24
**person's**
69:*15*
**perspective**
29:*21*  50:5
215:7
**pH**  258:7
260:*23*
261:6
262:*3*
269:5
275:20
**Ph.D**  8:*14*,
*16*  10:17
**Pharma**
4:*18*
**Pharmaceuti
cal**  4:4, *16*
5:4  10:*11*
69:*23*
71:*13*
72:*15*, *18*
73:5, *9*, *17*
77:*14*
**Pharmaceuti
cals**  4:*17*
6:*3*
**phase**  295:8
296:7
**PHD**  1:*18*
8:2  11:*14*
12:2  74:*23*
75:2  164:*3*
403:*19*

**Philadelphia**
4:22
**phone**
256:*13*
**photo**  189:2
**photochemic
al**  184:2
185:*13*
**phrase**
350:*17*
**phraseology**
228:*12*
**PHYSICAL**
9:*12*
164:22
236:*15*
281:*14*
**Physical/Che
mical**
125:*23*
**physiological
ly**  69:*15*
**pictured**
239:*14*
**piece**  40:*13*
117:5
276:20
**pieces**  58:*17*
**PIETRAGA
LLO**  6:5
**pill**  77:*3*
**pills**  71:*14*
170:*13*, *18*
288:*15*, *20*
**Pittsburgh**
6:9
**PK**  261:*17*
**PKAs**
260:*15*
**PKs**  76:8
**place**  25:2
29:*10*
85:*13*
89:*24*

90:*24*
212:*18*
250:*10*
252:*10*
262:22
264:*19*
275:*12*
291:6
297:*14*
298:4  364:7
**placed**  60:*9*
169:*19*
170:*13*
**places**
354:*19*
**plain**  26:8
**plaintiff**
36:*10*  40:9
43:*3*, *18*
46:6  50:*19*
64:2
103:*11*
119:*17*
122:2
123:5
132:7
156:24
157:*13*
231:*3*
255:7  295:4
**Plaintiffs**
2:*3*, *13*  3:*3*,
*14*  8:*11*
17:22
35:23  42:*6*,
7  43:8
44:2, *10*
103:*1*
157:*10*
230:6
232:*16*
233:*18*
317:*21*

334:*19*
375:*16*
**plan**  72:*12*
**planning**
50:*16*
**play**  114:*13*
**please**
13:*12*, *13*
18:*14*
20:*12*
47:*10*  49:*1*,
*12*  59:*14*
75:*12*
100:*13*
103:6
104:*21*
115:20
117:*21*
149:*4*
152:*14*
165:*12*, *15*
183:*19*
203:*19*
205:7
206:*14*
227:5, *19*, 22
236:5
281:*17*
290:6
296:*1*
298:*23*
301:*12*
302:*10*
310:*11*
311:5
313:*12*
325:*12*
326:*4*
330:8
355:*15*
356:24
358:*12*, *16*
376:*18*
377:2  381:6

Penticlan-Jade , Ph.D.

**Plunkett**
32:4
**plus** 102:21
112:4
132:6
201:8
275:7  351:2
**point** 12:10
15:12, 16
29:24  30:5
31:14  35:7
39:6, 14
42:6  43:7
59:15  61:8
70:10
75:21  82:2
88:11
91:16
103:1
117:6
130:17, 24
131:2
133:3, 19
163:4
188:19
195:21
197:14
201:16
205:18
222:15
251:9
254:10
260:18
261:20
265:4
277:18
286:14
289:19
351:12, 24
353:21
356:9
377:10
382:16
386:23

387:18
388:12
393:9, 16
395:20
**pointed**
28:3  37:21
50:21
238:24
348:14
350:14
362:17
**pointing**
270:12
362:15
365:11
387:22
389:1, 18
391:3, 5
**points**
30:13
31:15  36:1,
2  43:3
51:2  89:19
270:21
342:11
**Ponce** 3:7
**portion**
34:2
333:24
352:15
**position**
340:3, 8
**positive**
263:14
**possibilities**
107:24
108:12
197:9
245:22, 23
**possibility**
94:24
120:10, 22
121:5, 13, 18,
21  129:22

131:8
149:21
151:7
153:21
200:5
209:24
211:24
212:24
239:20
386:21
**possible**
58:8  100:3
117:2
182:6
188:13
196:19
237:3
239:3
251:5
280:13
332:7
347:22
352:20
**possibles**
280:10
**possibly**
127:7
182:15
197:16
203:24
231:10
232:19
271:17
307:15
308:2
**postdoc**
397:4, 11
399:3
**potency**
221:3
223:16
327:9
328:2  331:6

**Potential**
10:13
96:20
138:21
160:13, 14,
16, 20  161:9
168:23
172:4, 24
173:7
175:13, 15
179:11
181:16
182:2
183:5
200:23
212:8
222:1
225:8
234:10, 14,
15  239:3, 20,
24  244:9
247:1, 3, 4, 7
252:23
258:16
263:12
264:7
265:7
267:14, 24
268:7
271:10, 23
272:1, 4, 21
273:9, 10
274:4
276:6
277:8
278:21
279:6, 9, 10,
12, 14, 18
283:13
287:19
291:13
294:5
295:15
305:4

317:9
326:23
363:17, 21
364:19, 20
374:15
375:15
384:1
385:5, 14
386:8, 22
387:3
391:15
392:14
395:1
396:16
398:14
**potentially**
95:1
190:24
208:6
209:2
225:18
239:15
241:4
258:21
287:8
316:17
319:19
**potentials**
161:24
186:24
279:20
280:9
**powering**
12:12
**PowerPoint**
132:18
**ppm** 112:14
114:16
122:22
129:4
132:4
149:15
157:23

158:2
304:*20*, *22*

**practice**
128:22
134:*16*
136:7
217:22
247:*17*
263:*16*
317:*11*

**Practices**
68:6

**precise**
80:*23*

**predict**
161:8

**predicting**
161:*24*

**predominant**
165:*24*

**preexisting**
131:*10*

**prefer** 99:*14*

**preliminary**
345:*19*

**preparation**
37:4  38:*12*

**preparatory**
290:*1*

**prepare**
36:*14*, *15*
38:6

**prepared**
33:23
36:*12*
37:*18*  39:*1*

**preparing**
33:9  36:*18*

**presence**
186:*1*
188:*24*
197:*20*
198:*21*, *23*

199:*18*, *23*
200:7, *16*
210:9, *20*
211:*1*, *2*, *14*
212:2, *16*
231:*19*
250:*10*
311:*23*
321:*21*
323:8
329:*21*
331:8

**Present** 7:*1*
12:*21*  21:*1*
35:5  128:*1*
160:6
199:*3*
212:*19*
232:*21*
367:*1*
372:*15*

**presented**
341:9, *23*

**preserving**
16:6  48:*4*

**pressure**
74:6  75:*10*
288:*17*, *21*

**pressures**
181:9

**presumably**
331:*17*

**pretty**
87:*13*
179:*4*
217:*15*
355:*12*
371:5
399:*17*

**prevent**
214:5, *18*
215:*10*
216:5
322:*15*

**previous**
99:*20*

**previously**
164:5

**primary**
233:2

**principal**
184:*3*

**principle**
254:8

**Prinston**
4:4  24:*14*

**PRINSTON0**
**0075797**
8:*24*

**PRINSTON0**
**076100**  9:*21*

**print**  28:*19*

**printer**
262:*10*

**printing**
262:5  404:7

**prior**
177:*15*
178:6
300:*13*
312:4
357:*13*
359:*14*
363:2
372:*15*
373:*11*
389:7  390:*9*

**probable**
182:6  222:2

**probably**
16:5, *12*
25:*15*
42:*21*
74:*23*
85:*23*
127:8
139:8
158:*1*

188:5
220:6
240:*19*
247:*15*
254:*24*
255:*1*
261:7
301:*1*
338:*4*
343:*13*
346:*24*
379:9

**problem**
12:*21*
28:*21*
104:*1*
130:*10*
190:*14*
259:*3*
274:*21*
325:*10*, *15*
331:*13*
350:*10*
360:*17*
361:*4*, *6*
386:*22*

**procedure**
141:*18*, *19*,
*24*  187:*21*

**procedures**
176:*22*

**proceed**
16:7

**proceeding**
236:*17*
243:*17*

**process**
8:*23*  36:5
55:*23*  66:*3*
70:*3*  71:*6*,
*10*, *11*  73:*4*
76:*17*  77:*8*,
*19*  79:*1*, *6*
81:*3*  86:*22*

87:5, *20*
88:2, *3*, *15*,
*23*, *24*  89:*6*,
*11*  90:*10*, *15*
91:8  92:*14*
95:2, *13*
96:*17*  97:*9*,
*11*, *18*  98:*6*
99:*6*, *11*, *21*
101:9, *20*
102:*20*, *23*,
*24*  104:*7*, *23*
105:*4*, *11*
106:*3*
107:*2*, *13*
108:*18*, *23*
113:2, *10*
119:5, *7*
120:8, *9*
121:6, *15*
123:*14*, *17*
125:6
129:*23*
131:9
134:*21*
135:9, *17*, *18*
151:8
153:22
156:4, *7*
160:*15*
166:7, *16*, *23*
167:*17*, *18*,
*19*, *20*  168:2,
*5*, *9*, *10*, *16*,
*18*, *20*  171:2,
*3*, *4*, *6*, *7*, *8*,
*10*, *12*, *21*
172:*3*, *6*, *11*,
*22*, *23*  173:9,
*14*  174:*1*, *2*,
*3*, *8*, *10*, *19*
175:2, *14*, *16*
176:*11*
181:*12*

182:*4, 5*
187:*5, 7, 10*
188:*17*
190:*1*
191:*21, 22*
192:*4, 5, 13*
193:*16*
194:*2*
195:*1, 4*
196:*13*
198:*22*
199:*6, 13, 14, 19, 24*
200:*10*
201:*1*
202:*5, 9, 15*
204:*9, 24*
205:*18*
211:*2, 15*
213:*8*
217:*7*
218:*8*
224:*4*
225:*10*
231:*7*
234:*16*
241:*1, 3*
244:*11, 14*
246:*2*
249:*15, 16, 19*  250:*3, 8, 20*  252:*4, 16*
253:*17*
254:*19*
256:*6*
258:*18*
259:*4*
262:*6*
263:*14*
264:*6*
266:*19*
268:*2, 8*
272:*9*
276:*8*

277:*4, 10, 24*
278:*1*
279:*24*
283:*3, 11*
287:*1, 4, 21*
291:*1, 3, 9*
293:*9*
294:*7*
295:*16*
296:*11, 14*
298:*13, 15*
299:*2, 18*
303:*6, 9, 11*
304:*4*
305:*1, 5, 11, 23*  306:*1*
307:*3, 9, 11, 19*  308:*24*
309:*19*
310:*2, 8*
315:*9, 24*
316:*13, 16*
317:*7*
328:*15*
329:*4*
331:*24*
356:*2, 17, 18*
357:*4, 8*
358:*22*
362:*13*
363:*24*
367:*14*
369:*21*
374:*13*
375:*18*
383:*23*
385:*3, 12*
386:*6, 16, 20*
387:*1*
390:*16*
391:*13*
392:*12*
394:*24*

396:*15*
398:*12*
**processes**
44:*20*
48:*11*  54:*2*
66:*21*  71:*4*
118:*13*
122:*16*
166:*15, 17, 21*  167:*5, 22*
168:*13*
169:*6*
170:*11, 24*
177:*12*
178:*15, 23, 24*  179:*10*
181:*5, 10, 17*
183:*4, 6*
190:*16*
215:*9, 12*
218:*18*
220:*12*
229:*2, 4*
267:*22*
286:*11*
288:*14, 19*
293:*1*
316:*16*
318:*24*
323:*19*
**produce**
76:*6*  172:*6*
196:*6, 23*
209:*9, 16*
231:*8*
258:*8*
282:*7, 23*
365:*6*
**produced**
112:*11*
147:*13, 20*
148:*3*
224:*3*
329:*3*

341:*20*
345:*20*
347:*20*
348:*15*
350:*15*
355:*23*
359:*6*
366:*17*
**producing**
272:*24*
386:*21*
**product**
69:*20*  70:*4*
73:*18*  75:*5*
113:*20*
129:*9*
154:*24*
166:*7*
176:*9*
186:*3*
194:*1*
199:*6*
200:*7*
211:*20*
212:*2, 12, 17, 19, 22*  213:*3, 5, 6, 19*
214:*7*
240:*13, 15*
250:*11*
295:*17*
296:*15*
305:*4*
321:*13*
327:*8, 14*
374:*16*
384:*2*
385:*6*
386:*14*
397:*11*
**production**
254:*7*
280:*1*
347:*23*

360:*18*
361:*7*
**PRODUCTS**
1:*7*  9:*15*
11:*11*
66:*16*
223:*4*
234:*15*
272:*10*
330:*20*
374:*17, 20*
384:*3, 6*
385:*6, 8*
**professionall y** 68:*15*
**professor**
19:*16*  68:*16*
**project**
72:*1, 5, 10*
78:*2*
105:*22*
116:*12, 16*
160:*22*
161:*5*
254:*21*
279:*15*
280:*7*
386:*14*
396:*21*
397:*7*
399:*6, 9*
**projects**
68:*18*
73:*13*
167:*4*
238:*8*
396:*24*
**pronounce**
13:*10, 16*
**pronounced**
13:*20*
**pronunciatio n** 13:*11*

Pengfei Sun , Ph.D.

proof
238:*11*
243:*9*
proper
13:*11*
properly
16:*3* 350:*1*
PROPERTI
ES 9:*12*
125:*23*
164:*22*
proposal
245:*6*
propose
245:*22*
proposed
365:*2*
proposition
384:*21*
protect
84:*6*
272:*12, 23*
274:*11*
278:*8*
protecting
270:*23*
289:*6*
PROTECTI
VE 1:*15*
prove 64:*8*
113:*9*
115:*4*
117:*6*
188:*6*
240:*4, 15, 22*
241:*16, 18*
251:*16*
proved
113:*1* 119:*2*
provide
18:*9* 20:*7*
88:*16*
136:*7*
137:*14*

159:*22*
210:*2*
238:*3*
337:*24*
351:*17*
352:*10*
362:*7*
371:*20*
provided
18:*8* 19:*13*
44:*8* 85:*13*
94:*16, 21*
135:*21*
136:*5*
158:*20*
167:*9*
312:*9*
348:*13*
352:*7*
prudent
271:*3*
272:*5, 8, 22*
273:*2*
274:*10*
278:*6, 10*
294:*9*
296:*17*
Public 1:*24*
257:*23*
259:*16*
404:*4, 21*
publication
106:*13*
108:*7*
124:*15*
125:*22*
148:*18*
239:*14*
publications
221:*24*
261:*21*
297:*20*
publish
167:*14*

239:*5, 6, 8,*
*13* 242:*8*
251:*11*
published
165:*6*
167:*16*
184:*18*
189:*12*
237:*24*
257:*9, 11, 17*
281:*14*
297:*19*
pull 110:*8*
purchase
133:*22*
136:*21*
purchased
120:*6*
121:*14*
130:*1*
131:*11*
134:*10*
135:*9*
136:*17, 23*
151:*22*
208:*7*
312:*21*
purchasing
123:*12*
134:*21*
304:*24*
Pure 9:*9*
165:*7*
183:*15*
PURIFICAT
ION 9:*11*
164:*21*
purify
213:*18*
PURITY
9:*11*
164:*21*
183:*16, 24*
289:*7*

purpose
62:*7* 70:*10*
169:*21*
192:*14*
248:*9*
267:*8*
286:*9, 13*
289:*5*
purposes
273:*7*
pursuant
58:*6*
pursue
376:*1*
382:*23*
393:*7*
push
137:*20, 22*
140:*10*
238:*15*
put 16:*19*
17:*2* 18:*13,*
*18* 20:*9*
27:*12, 15*
28:*22* 33:*3*
47:*12* 55:*4,*
*8* 56:*1*
64:*24* 70:*6,*
*17* 85:*18*
99:*14*
120:*8*
124:*11, 13,*
*23* 132:*10,*
*16* 133:*8*
134:*21*
139:*7, 23*
144:*3, 8*
145:*5*
164:*11, 14*
169:*20, 22*
189:*17*
192:*18*
194:*8*
200:*2*

216:*24*
219:*10*
235:*14*
253:*1*
256:*18*
257:*1*
260:*4*
272:*10*
281:*4*
299:*23*
301:*9*
342:*21*
351:*8*
353:*19*
376:*20*
394:*13, 14*
395:*8*
397:*12*
putting
124:*17, 22*
puzzle
160:*3*
204:*2*
310:*15*
353:*13*
puzzles
351:*13*

< Q >
qualified
73:*15*
180:*4*
290:*2*
331:*2, 6*
qualifying
219:*3*
quality 72:*9*
75:*5* 76:*7*
99:*18*
156:*2*
289:*6*
397:*15*
quantified
180:*4* 331:*5*

**quantities**
253:*18*
**quaternary**
257:*24*
259:*18*
**quench**
174:*17*
176:2  262:*8*
**quenched**
335:*1*
**quenching**
87:*3, 19*
88:*1*  89:*14,*
*16*  99:*21*
111:*23*
135:*18*
166:*16, 23*
168:*3, 9*
171:*3, 22*
172:*3*
173:9, *24*
174:*8, 10*
176:2
177:*12*
181:*12*
182:*5*
195:*3*
199:*19*
202:6, *10, 16,*
*22*  204:*10,*
*15*  211:*3, 15*
212:*18*
213:6
244:*12*
246:2
250:*8, 10, 16,*
*20*  252:*4*
254:*19*
256:*5*
258:*18*
264:6
277:*24*
278:*1*
283:*3*

291:*3*
294:22
295:*8*
296:7
303:*6, 11*
307:*19*
308:*23*
310:*8*
315:*23*
345:*21*
347:*21*
348:*16*
350:*16*
355:24
356:*10, 18*
357:*5*
359:*1, 7*
361:*5*
362:*12, 13,*
*16, 17, 20*
363:*18, 19,*
*24*  365:*5*
366:*17*
367:*21*
368:*5, 21*
369:22
370:*9*
**question**
14:*20, 24*
15:*8*  16:*1,*
*3, 4, 6, 12*
17:*10, 15*
21:*21*  23:*7,*
*9, 17*  29:*15,*
*17*  30:*3, 21*
31:*7, 11*
35:*12, 13, 19*
36:*21*  37:*1,*
*6, 13, 15, 23*
38:*17, 24*
39:*12, 16, 17*
40:*3, 5, 21*
41:*7, 17*
43:*9, 22*

45:*6, 13, 20,*
*24*  46:*20*
*47:3*  48:*6,*
*18, 24*  49:*5,*
*6*  50:*1, 2, 8,*
*13*  51:*7, 17,*
*24*  52:*8*
53:*2, 5, 18*
56:*23, 24*
57:*6, 22*
58:*14, 16*
59:*8*  60:*12*
61:*4, 7, 13,*
*20, 22*  62:*1,*
*19*  63:*24*
67:*8*  68:*1*
69:*24*
70:*20*  71:*1*
76:*19*
77:*21, 22*
78:*20, 23*
79:*11, 16, 18*
80:*4, 7, 18,*
*21*  81:*6, 11*
87:*23*
90:*14, 17, 20*
91:*1, 3, 4, 5,*
*6, 12*  92:*8,*
*13, 17, 20*
93:*3, 4, 17,*
*19, 20*  94:*9*
95:*2, 11, 15,*
*18*  96:*3, 5, 7,*
*15, 22, 23*
97:*2, 16, 19*
98:*14*
99:*10*
100:*8, 23*
101:*15*
102:*6, 9*
104:*3, 8, 12,*
*21*  106:*5*
107:*16*
108:*11*

113:*14*
115:*1, 16, 21*
117:*14, 15,*
*22*  118:*6, 8,*
*10*  119:*10*
120:*12*
121:*11, 20*
123:22
125:*8*
128:*15*
130:*5, 10, 23*
131:*3, 4, 5,*
*22*  136:*2*
137:*5*
139:*20*
146:*11, 20*
148:*23*
149:*4, 5, 11,*
*24*  150:*4, 7,*
*24*  151:*2, 11*
152:*5, 8, 12*
153:*1, 4, 7,*
*10, 15, 17*
154:*12*
155:*2*
156:*9*
159:*19*
161:*13*
162:*10, 16*
166:*10, 13*
169:*4*
170:*4, 6*
174:*5, 12, 14,*
*23*  175:*7, 20*
177:*14*
178:*5*
179:*2, 14*
181:*21*
190:*8*
193:*7*
195:*18*
198:*12*
203:*19*
206:*14*

208:*10*
214:*10, 14,*
*15, 22*
215:*16*
216:*10, 15*
217:6
218:*10, 15*
219:*1, 6*
220:*9, 15, 18*
221:*10, 15,*
*21*  226:*11,*
*24*  227:*2, 4,*
*6, 7, 11*
228:*10, 12,*
*15*  229:*7, 11*
230:*17*
233:*8*
234:*20*
237:*11*
239:*16*
242:*18*
243:22
246:*16*
249:*1*
252:*15*
253:*23*
254:*2*
259:*10*
263:*21*
265:*9, 18*
267:*11*
268:*13*
270:*8*
271:*6, 20*
272:*17*
273:*8*
274:*15, 24*
276:*13, 17*
278:*13*
280:*4*
287:*12*
288:*12*
289:*13*
291:*16*

Pengerian 216e , Ph.D.:

295:23
296:2, 20
298:18, 23
299:8
300:9, 16
304:6
305:7, 14, 20
306:4, 20
308:17, 19
309:12, 14, 16  310:9, 11
311:3
313:11, 13
315:2, 10, 12, 15  316:23
318:21
320:3, 12
323:2
324:5
328:7, 18, 23
329:6, 19
333:9, 23
335:18
336:7
337:4
339:1, 14
340:23
342:2, 22
344:4, 18, 22
345:13
346:9, 12
347:9, 11
348:20
349:17, 21, 22  350:20
356:4
357:2
359:12
360:21
361:10, 14
362:24
366:20
368:15
369:4, 6, 15

370:13
372:10, 11, 16  373:10
377:23
381:23
382:3, 11
383:12, 15
388:7, 19
389:6, 23
390:4, 7, 18
391:9, 23
392:19, 24
396:9  398:8
**questioning**
392:21
**questions**
18:5  23:23
26:17
34:16  38:7
41:11, 22
47:13, 17
56:19, 22
60:1  61:10
97:10
100:11, 15
158:7
162:24
222:19
273:24
275:4, 5
298:16
308:10
311:5
355:15
358:8, 13, 17
371:9
381:8
386:1
390:6
400:7, 11
**quickly**
12:7  133:9
243:5
303:24

**quite**  22:22
67:8  74:16
75:21
87:17  96:4
132:19
215:19
239:7
283:21
327:22
**quote**  335:3
336:18
**quoted**
336:20
387:11
**quoting**
338:12

**< R >**
**radar**  218:3
264:5
**raise**  64:3
122:4
130:19
131:2
158:4
227:23
228:4
263:8  332:8
**raised**
31:16
156:24
363:22
**random**
352:8
**range**  258:7
260:18, 23
261:5
262:3, 9
**rare**  231:4
**RASPANTI**
6:6
**rate**  269:2
**Rates**
269:14

**Raw**  141:19
286:19
374:20
384:6  385:8
**RBK/JS**  1:9
**reach**  21:16
188:2
338:11
**react**  112:4
204:13
205:3
230:4, 24
236:16
243:16
255:12
258:6
261:20, 24
262:2
282:6, 22
367:15
**reactant**
231:9
232:18
307:8
**reaction**
25:19
32:22
67:13
71:22, 23
88:12, 13, 14, 22  89:2, 4, 8, 12, 15, 17
90:24
98:19, 22
108:4
113:21
114:10
115:23
116:4, 17
118:14, 15, 21  120:18
129:10
133:15
160:22

167:14, 15, 16  169:9
186:12, 19
187:10, 20
199:11
200:18
201:12
202:22
204:15
211:22
217:20
219:10, 14, 15  230:5, 8, 11, 23  231:5, 23  232:1, 5, 17, 21
236:18
238:19
239:20
249:16, 17
251:19
252:2, 6, 9
255:3, 5, 6, 9, 11, 21
258:17
260:19
262:17, 22
264:18
279:7, 10
283:13
286:18
287:16
289:20
292:1, 4, 16, 19, 22  293:2, 10  294:12, 22  297:2, 14, 17, 20  298:3, 4  307:14
317:19
318:4
352:18, 21, 23  353:5, 23
363:8, 11

Pengram-202 , Ph.D.

364:*5*
366:*4*
374:*16, 19*
384:2, *5*
385:5, *7*
**reactions**
160:*14, 21*
167:*3,* 20
169:*1*
171:*12*
175:2
178:*18*
185:*12*
211:*21*
213:*16*
258:*17*
263:*12*
264:*1*
268:7
287:7
364:*12*
386:*11*
397:*5*
**reactive**
231:*15*
353:5, *8*
**reactivity**
231:*17*
261:*10*
**read** 19:*1, 3*
25:*13, 15,* 20
26:*10, 13*
33:*16, 18, 22*
34:*1* 35:22,
*23* 37:3, *9*
38:*8, 11, 16,*
*22* 40:*8, 15,*
*23* 42:6
46:6, *9*
50:*18* 51:*1,*
*9* 52:*3*
53:*10*
54:*17, 19, 20*
56:5, *9, 11*

57:*11* 59:*6,*
*13* 60:*3*
63:*16* 64:*3*
71:*24*
92:22 95:5,
*8* 99:*13*
112:*21*
118:*11*
123:*4*
124:6
125:*14, 15*
126:*20, 21*
127:20
129:*14*
133:*12, 17*
141:*15*
142:*3, 5, 19*
143:22
181:*24*
182:22
188:*21*
189:*14, 15,*
*18* 192:20
195:*15*
197:24
198:*1*
203:6, *10, 15,*
*16, 17* 204:*1*
205:*15, 16*
206:7, *10, 19*
207:9, *19, 20,*
*23* 208:*1*
209:*11*
210:*19*
212:*21*
223:*18, 19*
224:2, *8*
227:6, *13*
228:6
237:*1*
242:8
243:*12*
245:*19*
249:*21, 23*

251:*17*
253:7
258:*3, 11*
259:22
261:*1*
270:*4, 7*
275:*7, 16*
277:20
283:*1, 24*
284:*12, 13*
285:5, *23, 24*
290:*21, 23*
294:*13*
300:6
304:8, *9, 17*
307:*4*
314:*2,* 20
316:7
327:*16, 20,*
*23* 328:*11,*
*12, 19* 329:*8*
330:*18*
332:*17, 20,*
*21, 22* 333:*6,*
*19* 334:*1, 3*
335:*4, 5*
337:*6, 8*
338:*1, 5*
342:*6, 8*
346:*1, 5, 12,*
*14, 15* 347:*3,*
*5* 348:*1, 2, 8,*
*11* 349:*24*
350:7
351:*9, 12, 13,*
*14* 359:*18,*
*20, 22, 23*
360:*24*
363:9
370:*5, 18*
371:7
375:5
379:*4, 6*
380:*17, 18,*

*20, 23* 403:*5,*
*7*
**reader**
239:*15*
**reading**
25:*17*
36:*18*
44:*17*
68:*12* 69:*1*
98:*18*
103:*19*
129:*1*
141:*1*
144:2
164:*24*
165:*4*
166:*3*
184:*12, 22*
185:2
186:22
195:*16*
199:22
200:9
203:7, *11*
204:2
206:7, *16*
208:*19*
223:22
224:7
226:*10*
244:*4, 8*
245:5
251:2
258:*23, 24*
259:*13*
270:*4, 5, 17*
273:20
275:*19*
282:*16*
318:2
327:22
330:*17*
335:*9,* 20
336:*10, 23,*

24 338:*4*
350:9, *11*
361:*1*
362:4, *5*
373:2, *17*
382:2, *14*
388:*16*
404:*10*
**reads** 213:*1*
**ready** 12:*13*
77:*1* 82:*3*
381:*8*
399:*10*
**reagent**
107:9
175:*1, 22*
176:2, *15*
182:7
200:*21*
201:*3, 5*
211:*12*
212:*11*
222:*3*
231:5
286:*15, 19*
287:*23*
289:20
293:*24*
294:22
**reagents**
168:*19*
251:*21*
**real** 260:*11*
261:*14*
262:*1*
382:22
**reality**
161:*11*
**realize** 31:*6*
252:22
315:*11*
387:7
388:*17*
390:20

Pengrcap 202 , Ph.D.

| | | | | |
|---|---|---|---|---|
| **realized** | 217:*23* | 383:*15* | 217:*11, 24* | **recollection** |
| 316:*3* | 218:*1* | 389:*8* | 253:*12* | 60:*23* |
| **realizing** | 224:*18* | 393:4, *21* | 264:*9* | **Recommende** |
| 388:2, *22* | 225:*21* | 397:6  398:*7* | 270:*24* | **d**  9:*15* |
| 390:*2* | 229:*14* | **re-ask**  16:*6* | 276:*11* | 223:*4* |
| **really**  22:*23* | 231:*19* | 37:*23* | 279:*16* | 362:*11* |
| 36:7  41:*20* | 239:*22* | **reason** | 288:*9* | **record**  11:*4,* |
| 42:*10*  43:*5* | 240:*17* | 12:*23* | 322:*2* | *19*  14:2, *4* |
| 45:*21*  46:*1,* | 241:6, *24* | 14:*21* | 378:*10* | 22:*4*  31:*10* |
| *2*  48:*23* | 242:*21* | 15:*18*  33:*3* | **reasonably** | 49:*21* |
| 50:*12*  51:*6* | 245:*3* | 86:*21* | 93:*9* | 55:16, *18* |
| 54:*14* | 251:*11, 12* | 100:*2* | 119:*21* | 82:17, *21* |
| 59:17, *20* | 253:*12* | 102:*3* | 232:*19* | 133:*18* |
| 63:4, *10* | 255:4, *16* | 103:*17* | **reasons** | 163:*18* |
| 68:2  69:*17* | 259:*19* | 106:*14* | 15:2  263:*7* | 164:*10* |
| 70:*10* | 261:*3* | 108:*24* | 323:*1*  383:*7* | 227:*13* |
| 71:*19*  80:*9* | 262:*14* | 116:*22* | **recalculate** | 228:*6* |
| 85:*24* | 265:*14* | 117:*2* | 285:*14* | 235:8, *12* |
| 92:*22* | 272:*15* | 122:*5* | **recall**  32:*18* | 301:5, *8* |
| 100:*1* | 275:4, *15* | 123:*1* | 47:*4*  122:*3,* | 358:*6* |
| 117:*4* | 284:6, *23* | 124:*2* | *12, 24*  140:*9* | 374:2, *6* |
| 122:*6* | 286:*1* | 136:*22* | 159:8, *9, 12* | 399:*23* |
| 129:*8* | 288:*8* | 155:*9* | 165:*4* | 400:*3* |
| 132:*20* | 295:*4* | 172:*1* | 295:*3* | 401:*17* |
| 140:*9* | 310:*12, 15* | 211:*19* | 329:*15* | 404:*9* |
| 149:*2* | 317:*24* | 229:*15* | 332:*14* | **recorded** |
| 150:*12* | 320:*11* | 237:*20* | 382:*13* | 22:*3*  404:*6* |
| 155:19, *21* | 322:*14* | 242:*15* | **received** | **records** |
| 156:*20* | 334:*4* | 253:2, *12* | 33:7  257:*15* | 300:*5* |
| 157:*10* | 337:*11, 16* | 264:*18* | **Recess** | **recovering** |
| 158:*8* | 342:*12* | 266:3, *4* | 82:*18* | 12:*11* |
| 160:*18* | 346:*11* | 275:*11* | 163:*20* | **Red**  6:*18* |
| 161:*14, 23* | 349:*15* | 279:*2* | 235:*9* | **reduced** |
| 163:*1* | 351:7, *18* | 285:*3* | 301:*6* | 404:*7* |
| 180:*19* | 352:*15* | 292:*20* | 374:*3* | **refer**  25:*3* |
| 181:*1* | 353:*4* | 293:*9* | 399:*24* | 26:*18* |
| 183:*9* | 354:5, *12, 20* | 307:*5* | **recite**  22:*10* | 120:*20* |
| 185:*20* | 358:*5* | 332:4, *7* | **recognize** | 212:*16* |
| 187:*9* | 371:*22* | 377:*12* | 15:*15* | 334:*6* |
| 189:*3* | 373:*6* | 378:*15* | 28:*24*  33:*4* | 336:*12* |
| 192:7, *10* | 377:*19* | **reasonable** | 241:*4* | 347:*6* |
| 208:*15* | 378:*15* | 54:*12*  93:*1* | **recognized** | 363:*8* |
| 209:19, *22* | 380:*24* | 105:*8* | 272:*4* | 383:*17* |
| 215:*1* | 382:*13* | 108:*15* | | |

Paragraph 208 , Ph.D.

| | | | | |
|---|---|---|---|---|
| **reference** | 55:*21* | **relate** | **remain** | **REMOTE** |
| 22:*7*  237:*3* | 85:*16* | 285:*11* | 29:*11, 12* | 1:*17*  2:*1* |
| 254:*14* | 135:*15* | 400:*22* | 30:*16* | 3:*1*  4:*1* |
| 261:*1* | 235:*20* | **related** | **remember** | 5:*1*  6:*1* |
| 317:*17* | 272:*1* | 63:*11* | 21:*21* | 11:*9* |
| 329:*9* | 327:*7* | 216:*18* | 25:*20*  26:*1* | **Remotely** |
| 339:*2* | 330:*18* | 374:*20* | 32:*15*  33:*2* | 7:*1*  11:*16*, |
| 362:*7*  394:*4* | 376:*10* | 384:*6* | 34:*2*  85:*17* | 17  58:*5* |
| **referenced** | 381:*16, 20* | **relates** | 86:*1* | **remove** |
| 270:*16* | 386:*9* | 385:*9* | 112:*20* | 172:*18* |
| **referred** | **registers** | 400:*22* | 122:*24* | **repeat** |
| 71:*5* | 70:*11* | **relating** | 134:*1* | 45:*22* |
| 253:*14* | **regulate** | 384:*14* | 138:*23, 24* | 86:*24*  92:*9* |
| 330:*15* | 141:*20* | **relation** | 157:*4* | 114:*1* |
| **referring** | **regulated** | 331:*10* | 159:*23* | 149:*5* |
| 195:*2* | 191:*24* | **relative** | 182:*8* | 163:*4* |
| 303:*13* | **regulation** | 404:*13, 14* | 193:*9* | 224:*7* |
| 329:*9* | 66:*15, 17* | **relevant** | 194:*7* | 323:*22* |
| 380:*14* | 67:*3, 18* | 284:*24* | 198:*10* | 350:*3* |
| **refers** | 399:*1* | 366:*18* | 204:*5* | **repeating** |
| 347:*13* | **regulations** | 367:*1, 4* | 223:*7, 22* | 85:*1*  106:*10* |
| 381:*14* | 66:*12* | 376:*3* | 236:*3* | **rephrase** |
| **refresh** | 68:*10* | **reliance** | 237:*22* | 43:*15* |
| 60:*23* | 70:*11* | 31:*18* | 241:*9* | 57:*16*  69:*2* |
| **refreshed** | 176:*21* | 34:*14* | 242:*6* | 83:*14* |
| 17:*11* | 177:*23* | 136:*24* | 249:*4* | 89:*20* |
| **refreshing** | **regulatories** | 137:*9, 12* | 262:*6* | 96:*12* |
| 325:*13* | 76:*24* | 139:*18* | 275:*17* | 97:*14*  98:*3* |
| **regard**  24:*8,* | **regulatory** | **relied**  23:*4,* | 324:*17* | 102:*17* |
| *9*  31:*18* | 63:*3*  66:*18* | 14  94:*23* | 328:*21* | 125:*20* |
| 65:*22*  66:*2,* | 67:*12* | **rely**  22:*19,* | 335:*9* | 170:*8, 21, 22* |
| *15*  68:*5* | 122:*18* | 21  39:*14* | 336:*10* | 173:*22* |
| 84:*17, 23* | 162:*22, 24* | 50:*23* | 337:*21* | 174:*15* |
| 170:*20* | 177:*1* | 94:*16, 17, 19,* | 338:*4, 12* | 192:*21* |
| 172:*21* | 178:*8* | 20  128:*23* | 341:*4* | 205:*23* |
| 283:*15* | 179:*17* | 134:*8* | 359:*23* | 227:*10* |
| 286:*10* | 180:*24* | 317:*16* | 360:*3, 8, 12* | 234:*7, 11* |
| 356:*1* | 182:*20* | 336:*23, 24* | 370:*19, 23,* | 243:*13* |
| 376:*12* | 183:*9* | 340:*19* | 24  371:*4, 5* | 250:*16* |
| 381:*17* | 215:*2* | 342:*14* | **remind** | 263:*3* |
| 383:*8* | 216:*22* | **relying** | 109:*9, 18* | 266:*16* |
| 387:*15* | 399:*1* | 38:*14*  39:*3,* | 140:*13* | 271:*23* |
| **regarding** | | 9, 21  335:*20* | **reminding** | 276:*1* |
| 8:*21*  9:*18* | | 375:*21* | 325:*9* | 283:*6, 8* |

302:*15*
304:*1*
315:*21*
336:*15*, *17*
340:*14*
370:*3*
372:*1*, *2*
383:*18*
**rephrasing**
227:*2*
**replicate**
99:*5*  277:*9*
**replicates**
317:*7*
**Report**  8:*13*,
*15*  18:*14*, *19*,
*22*  19:*1*, *2*, *5*,
*22*, *24*  20:*4*,
*9*, *16*  22:*6*,
*10*, *13*  23:*1*
25:*2*, *21*
26:*8*, *13*, *17*,
*18*  27:*11*, *13*,
*19*, *23*  28:*7*,
*12*, *19*  29:*1*,
*10*, *11*, *19*, *23*
30:*6*, *12*, *16*,
*17*  31:*7*, *11*
32:*10*, *21*
33:*23*
34:*17*, *20*
35:*2*, *3*, *14*,
*22*, *24*  36:*19*
37:*3*, *9*
38:*6*, *8*, *11*,
*15*, *16*, *22*
39:*4*, *5*, *9*, *10*,
*15*, *16*, *24*
40:*19*, *23*
42:*7*, *12*
43:*4*  44:*10*,
*21*  46:*5*, *23*
50:*18*  51:*9*,
*12*, *21*  52:*1*,

*5*, *21*, *22*
53:*1*, *13*, *15*
55:*20*  57:*1*,
*8*, *12*, *20*
58:*19*  59:*4*,
*6*  60:*3*, *4*, *10*
62:*3*  63:*16*,
*18*, *19*, *22*
64:*12*, *14*, *18*,
*20*  65:*1*, *5*,
*14*  88:*11*
89:*22*  90:*2*
109:*6*
110:*14*, *16*,
*19*  112:*23*
113:*8*, *12*, *16*
115:*2*, *8*, *20*
117:*18*
118:*1*, *4*, *8*,
*12*, *15*, *24*
122:*4*, *8*
123:*5*
132:*9*, *12*
137:*8*, *21*
139:*10*, *13*,
*17*, *23*  140:*7*,
*12*, *24*  157:*9*
160:*10*
190:*3*
194:*4*, *11*, *14*
198:*9*, *15*
201:*8*, *20*
204:*8*
205:*24*
214:*23*
225:*2*
229:*22*
235:*22*
243:*15*, *19*
249:*11*, *12*
250:*22*
254:*23*
260:*3*
289:*22*

301:*10*, *18*
306:*14*
307:*24*
308:*1*
311:*21*
313:*24*
323:*7*
332:*11*, *15*
334:*9*, *10*, *11*,
*13*  335:*10*
336:*20*
353:*3*
365:*17*
371:*23*
374:*8*
375:*4*, *11*, *24*
376:*9*
377:*21*
381:*14*, *15*,
*20*  382:*5*, *6*,
*9*  383:*4*, *9*,
*11*, *17*, *19*
384:*15*, *16*,
*23*  387:*20*,
*23*  388:*5*, *16*,
*24*  390:*10*,
*12*, *13*, *24*
393:*14*, *18*
394:*3*, *8*, *22*
396:*3*
398:*10*
400:*8*
401:*1*, *4*
**Reported**
1:*22*
236:*12*
254:*20*
363:*19*
388:*1*
**Reporter**
1:*24*  11:*20*
227:*5*, *13*
228:*6*  404:*1*

**reports**
27:*24*  40:*7*,
*24*  41:*3*, *19*
43:*18*
51:*13*, *15*
54:*18*, *22*
60:*6*  157:*3*
237:*6*
**reprep**
61:*12*
**representatio
n**  147:*17*
**representativ
e**  333:*21*
336:*5*
338:*19*
339:*10*
340:*16*
**representativ
e's**  340:*4*
**represented**
328:*24*

**Representing**
2:*3*, *13*  3:*3*,
*14*  4:*3*  5:*3*,
*12*  6:*3*, *13*
**request**
17:*24*
**requested**
18:*8*
**requestion**
399:*14*
**requests**
18:*7*
**require**
187:*3*
217:*24*
231:*5*
279:*22*
398:*24*
**required**
67:*19*
132:*24*

133:*15*
162:*6*
176:*20*
177:*20*
179:*10*
181:*1*, *15*, *19*
183:*3*
189:*3*
199:*11*
211:*12*
212:*11*, *12*,
*13*  214:*4*, *17*
215:*9*
216:*4*
217:*11*
253:*22*
268:*10*, *18*
279:*23*
296:*17*, *23*
297:*5*
**requirement**
83:*13*
162:*23*
181:*23*
183:*8*, *10*
215:*3*, *4*
219:*16*
399:*8*

**requirements**
141:*24*
181:*2*
**requires**
77:*8*
197:*21*
210:*11*, *21*
**research**
66:*23*
70:*14*, *22*
71:*21*
72:*16*
73:*16*
74:*10*
75:*17*  83:*8*

Pengfei Lab 2020 , Ph.D.

85:*3, 6*
93:*7*  108:*6*
109:*3*
129:*10*
136:*6, 13, 18,*
*20*  137:*1*
138:*5*
139:*11*
175:*12*
177:*9, 20*
179:*24*
181:*19, 23*
183:*2, 11*
187:*17*
188:*12, 19,*
*21*  215:*14*
216:*8, 13*
217:*1*
226:*16, 21*
230:*10*
231:*13*
234:*9, 13, 18*
240:*7*
248:*14*
249:*13*
254:*9, 24*
259:*2*
264:*1, 21*
265:*6*
271:*22, 24*
272:*20*
274:*3, 7*
276:*3*
291:*4*
311:*3*
318:*1*
374:*14*
383:*24*
385:*3, 12*
386:*6*
387:*2*
391:*14, 18*
392:*12*
394:*9, 23, 24*

396:*15*
398:*12*
**researchers**
254:*12*
**reserve**
145:*22, 24*
399:*13*
**resource**
232:*3*
**respect**
59:*23*
133:*6*
158:*10*
192:*14*
226:*5, 12*
271:*21*
353:*14*
354:*16*
360:*22*
374:*18*
384:*4*
400:*12, 24*
**respective**
404:*12*
**respond**
18:*5*  43:*17*
46:*21*
**responding**
44:*1*  47:*16*
**response**
17:*24*  18:*2*
29:*4*  41:*11*
259:*8*
**Responses**
8:*10*  16:*21*
17:*21*

**responsibility**
170:*4*
394:*15*
**responsible**
64:*8*
168:*21*
174:*2, 10*

175:*17*
220:*24*
**responsive**
37:*20*
**restate**
388:*11*
**result**
103:*15*
106:*13*
234:*23*
239:*9*
262:*18*
301:*20*
302:*7*
304:*21*
312:*10*
375:*12, 15*
384:*9*
**resulted**
375:*16*
**results**
146:*7*
302:*21*
311:*23*
312:*13, 23,*
*24*  313:*14*
**retained**
24:*12*  42:*4*
44:*5*  46:*4*
**rethink**
393:*19*
**retrospectic**
59:*1*
**review**  17:*4*
38:*5, 17*
50:*3, 15*
101:*4*
171:*11*
**Reviewed**
8:*20*  19:*24*
20:*3*  25:*12*
31:*20*
32:*10*
33:*11*

135:*22*
139:*14*
165:*3*
193:*9*
300:*10*
**reviewing**
142:*1*
**Reviews**
30:*20*
270:*6*
272:*14*
277:*17*
284:*4*
329:*13*
348:*3*
375:*3*
380:*22*
**revised**
249:*24*
**revision**
397:*10*
**rhythm**
16:*11*
**Rich**  47:*7*
326:*4*
344:*8*
350:*2*
357:*15*
378:*19*
399:*14*
**RICHARD**
4:*8*
**Richard.Ber**
**nardo@skad**
**den.com**
4:*13*
**RIDDELL**
3:*16*
**right**  13:*21*
14:*1*  18:*5*
23:*2, 12*
26:*4, 19*
27:*6*  35:*15*
36:*13*

38:*19*
39:*10, 20*
41:*6, 21, 23*
42:*9, 24*
45:*9*  46:*14*
47:*10*
48:*22*
49:*21*  52:*2,*
*11, 23*  53:*22,*
*23*  54:*7, 8,*
*19*  59:*9*
60:*19*
62:*23*  63:*1,*
*2, 22*  64:*16,*
*23*  65:*2, 7*
67:*9, 13, 17*
70:*9*  71:*15,*
*17*  72:*23, 24*
74:*8, 15*
76:*1, 20, 22*
77:*22*
78:*13*
79:*20*
80:*10, 24*
81:*19, 23*
82:*7, 16, 19*
88:*3*  89:*2*
90:*2*  91:*19*
92:*22*  93:*5,*
*12*  94:*7, 17*
95:*5, 9*
96:*1*  97:*4*
98:*12, 16, 22*
100:*1*
102:*24*
103:*9, 14*
104:*6*
105:*9, 16, 18,*
*22*  106:*21*
107:*19*
109:*5*
110:*21*
112:*14, 15,*
*16, 18, 19*

113:*12, 17, 23* 115:*10, 23* 116:*1, 4, 12, 14, 18* 117:*3, 7, 8, 11, 12, 22* 118:*9, 10, 12, 21* 119:*17* 121:*17, 19* 122:*3, 10, 18* 124:*13* 125:*6, 11, 18, 19, 24* 126:*3, 12* 127:*1, 13, 15* 128:*5, 22, 24* 132:*21* 133:*3* 134:*10, 22* 136:*4, 10* 138:*3, 7* 140:*21, 22* 141:*10* 142:*11* 143:*4, 20* 145:*4* 147:*18* 151:*16, 23* 152:*24* 153:*11* 154:*16, 20, 24* 155:*9* 156:*14, 18* 157:*1* 158:*2* 159:*21, 24* 160:*20* 161:*1, 5, 12, 13, 17, 21* 163:*1, 7, 9* 164:*8* 166:*18* 168:*16* 169:*5, 6, 20, 23* 170:*16*

171:*1, 4, 8, 14* 172:*14* 173:*14* 174:*21* 175:*3, 18, 24* 176:*6* 180:*3, 7* 181:*7, 13* 184:*10, 15, 21* 185:*5, 6, 11, 13, 17* 187:*6, 11, 12, 18* 188:*15, 20* 189:*5, 6, 12* 190:*12, 20* 191:*9, 13* 196:*17* 197:*5, 15* 198:*3, 4* 199:*8, 16, 21* 200:*3, 8, 12* 201:*1, 8* 202:*12, 19* 203:*14* 204:*1, 23* 205:*16* 206:*15* 207:*8* 208:*1, 11, 14* 209:*23* 210:*1, 15, 16* 211:*10, 11, 19* 212:*4, 20* 213:*8, 11, 15* 215:*14* 216:*2* 217:*6, 8* 218:*8* 219:*20, 24* 222:*3, 8, 21* 224:*7, 12, 14* 225:*3, 7, 11* 227:*9, 21* 230:*2*

231:*17* 233:*10* 234:*18* 235:*3, 7, 10* 236:*22* 239:*3* 240:*6, 7* 241:*10, 14, 16, 21, 22* 242:*16, 22, 24* 243:*1* 244:*1, 20* 245:*2, 11, 20* 246:*5, 14, 20, 24* 247:*11, 15, 16, 18* 248:*1, 4, 10, 23* 251:*6* 252:*19* 254:*17, 22, 24* 255:*1, 14* 257:*5* 258:*3, 11* 259:*8, 14* 260:*16* 261:*17* 262:*7, 14* 263:*24* 264:*20* 265:*2, 15, 20* 266:*5, 13, 22* 269:*24* 270:*2* 271:*12, 16* 272:*11, 12* 273:*5, 6, 12, 22* 274:*13* 275:*12* 276:*15, 17, 24* 277:*19* 278:*15* 279:*10* 280:*10* 282:*12*

283:*22* 284:*1, 7, 10, 17* 285:*6, 14, 19* 286:*2* 287:*14* 288:*19* 290:*8* 291:*22* 293:*6, 13* 294:*1, 3, 10, 12, 16, 23, 24* 295:*9* 296:*7, 24* 297:*3, 11, 15* 298:*16, 20* 299:*22* 300:*4, 16* 301:*4, 7* 302:*5* 303:*1, 14* 306:*11, 18, 24* 307:*6* 308:*7, 9* 309:*5* 310:*9, 15* 311:*18* 312:*18* 313:*3, 22, 24* 314:*8* 317:*12, 13* 318:*14* 319:*4, 6* 321:*6* 322:*2, 20, 21* 323:*9* 324:*9* 325:*8* 327:*3* 328:*11, 16* 330:*2, 4, 13, 21, 24* 331:*21* 332:*17* 333:*18*

334:*11, 16* 336:*19, 20* 337:*7* 342:*6, 16* 343:*7, 19* 345:*12, 17* 346:*2, 6* 347:*7, 14* 348:*6* 350:*23* 351:*1, 4, 21, 22* 352:*1, 5, 10, 16, 17* 356:*2, 6, 10* 357:*1* 358:*21, 23* 359:*5, 9* 360:*2* 361:*12, 22* 362:*4, 19* 364:*24* 365:*3, 17* 366:*6, 7, 18* 367:*2, 5, 9, 24* 369:*10, 22* 370:*1* 371:*17, 23* 372:*8, 22* 373:*8, 18* 374:*1, 4* 375:*8* 376:*17* 377:*9, 18* 378:*16, 24* 379:*5* 381:*12, 20, 21* 382:*9* 383:*13* 384:*15, 17* 385:*17* 387:*19* 388:*3, 5, 23* 389:*3, 4, 12, 15, 19* 390:*2,*

20 391:*21*
392:*17*
393:*3, 20*
395:*10*
396:*8, 10, 12,*
*21, 24*
397:*16, 17,*
*19* 398:*20*
399:*2, 12, 22*
400:*1*
401:*10*
**right-hand**
204:*10*
290:*7, 11, 15*
**rights** 16:*6*
**rigorous**
316:*11*
**ring** 89:*10,*
*23*
**risk** 50:*16*
97:8 99:*19*
156:*6*
172:*12*
178:*10*
189:22
217:*16*
241:*1, 2*
263:8, *10, 17,*
*22* 264:*14*
265:*5*
266:*18, 22*
267:*1, 3, 8,*
*21, 23* 268:6
270:22
272:*11, 22*
273:*9, 10*
274:*11*
276:*5, 11*
277:*2*
278:*7*
279:*14*
283:*13, 17*
286:*9, 13*
287:*4, 6, 9*

288:*23*
289:*5, 9, 18*
291:*7*
294:*8*
295:*19*
316:*12*
327:*15*
331:*11, 17*
386:*10*
395:*13*
396:*19*
398:*17, 24*
399:*8*
**risks**
168:*23*
169:*2, 14, 15*
173:*8*
174:*3, 18*
175:*13, 15*
272:*1* 274:*4*
**RIVERO**
3:*4*
**RMR** 1:*23*
**road** 109:*1*
**ROBERT**
1:*12*
**role** 43:*17,*
*24* 44:*4, 5,*
*14, 23* 52:*13*
114:*13*
158:*12*
**room** 26:*3*
189:*10*
**root** 86:*11,*
*12, 14, 16, 19*
87:*4*
122:*13*
132:*2*
157:*18*
193:*15*
197:*19*
198:*6*
202:*4*

217:*19*
332:*6*
**Roseland**
2:*8*
**ROSEMARI**
**E** 3:*16*
**Rosemarie.B**
**ogdan@1800**
**LAW1010.co**
**m** 3:*20*
**route** 75:*1*
194:*24*
205:*11*
**routine**
136:*8*
**row** 143:*5*
**RUBENSTEI**
**N** 4:*20*
**rubensteinb**
**@gtlaw.com**
4:*24*
**rule** 268:*3*
291:*9*
**rules** 16:*3*
68:*10*
**run** 33:*3*
90:*12*
115:*23*
187:*6, 8, 14,*
*15* 189:*7, 9*
259:*4*
263:*18*
274:*12*
277:*23*
368:*4*
377:*10*
**running**
129:*10*
279:*15, 17*

**< S >**
**Safety**
127:*21*
129:*13*

133:*23*
135:*15*
136:*15*
138:*15*
139:*4*
270:*23*
272:*12, 23*
274:*12*
278:*8*
**sale** 69:*20*
70:*4*
**sample**
308:*6*
**Samples**
301:*21*
302:8
**sartan**
360:*18*
361:*7*
**sartans**
362:*17*
386:*15*
**save** 403:*8*
**saw** 26:*2*
32:2 51:*9,*
*12* 56:*12*
68:*21* 69:*3*
101:*5*
125:*3*
126:*14, 21*
130:*19*
132:*11*
158:*18*
159:*5, 14, 21*
165:*2*
186:*23*
194:*5, 7*
195:*11*
196:*10*
210:*23*
223:*19*
249:*3, 5, 22*
250:*5*
269:*17*

285:*8*
290:22
300:*5, 8, 11*
303:*20*
307:*19*
321:*23*
328:*12*
331:*14*
335:*3*
346:*6, 16, 18*
347:*5, 15*
352:*14*
373:*4*
375:*20*
**saying** 16:*1*
42:*2, 8, 18*
47:*5* 49:*4*
67:*9, 10*
76:*13*
79:*18*
103:*12*
106:*14*
131:*2*
134:*15*
148:*19*
182:*3, 13*
185:*15, 19,*
*20* 190:*19*
195:*16*
213:*10*
230:*13*
232:*8, 9, 12,*
*13, 24* 233:*5*
240:*2*
241:*7*
243:*8*
247:*3, 5*
256:*8*
260:*21*
264:*23*
273:*19*
279:*21*
280:*5*
306:*8*

Peripalan 2.0 , Ph.D.

313:2
316:15
317:14
322:16
331:5
352:13
365:14, 15
370:21
375:24
386:4, 13
**says**  19:16
111:13, 21
126:16
129:1
132:22
133:11
141:17
143:2
149:1
165:22
183:15, 24
194:22
196:2
197:18
202:9, 15, 19
203:1
204:10
205:9, 23
207:9
208:16
210:8
211:23
223:11
224:10
236:7, 11
243:19
244:6
249:11
257:9, 15, 21
258:4
259:15
269:1, 13
281:21
282:1, 19

290:12, 16
295:11
302:4, 6, 14,
16  311:22
312:7
313:24
314:16, 22
325:20
326:20, 21
327:6
328:1, 9
343:21
345:18
346:20
347:18
348:17
350:17, 23
360:15
361:12
362:10
365:6
366:12, 15
367:21, 23
368:5, 10
372:4
375:5
376:7
379:22, 24
381:19
384:15, 16,
17, 23  385:1
389:15, 19
**scale**  99:4,
17, 18, 23
111:11, 15
113:1, 8
115:3
382:21
386:18
**scan**  243:5
285:7
**scheme**
169:9
201:19

205:20
237:19
244:8
245:6
251:13
**schemes**
285:9
**SCHOCH**
4:9
**school**  83:5
294:19
**Sciegen**  5:3
**science**  36:3
40:13
44:19
54:11
66:19
116:13
122:18
178:8
179:17
180:24
182:20
187:23
217:16
219:19
225:2
233:14
240:17
251:14
283:7
317:12
322:8
337:11, 19
338:15
351:15
352:16
371:21
**science-
related**
162:24
**scientific**
15:1  35:4,
8  64:5

103:24
105:10
108:16
151:24
152:1
176:19
177:9, 20
181:14, 19,
23  183:2
209:23
215:13
216:8, 13
226:16
230:9
234:9
238:21
242:11
253:22
265:6
276:3
280:6
292:24
316:12
386:10
**scientifically**
125:4
209:20
237:14
**scientist**
103:18
107:5
122:19
155:13
160:19
162:23
180:24
182:20
183:9
215:3
216:23
219:17
225:2
231:13
233:10

241:11
242:1
314:10
322:7
337:19
395:16
399:1
**scientists**
161:16
199:11
266:14
**scope**  22:16
44:13
46:21
57:23
60:12
62:20
70:22  89:6
91:13
154:15, 16
161:5, 14
162:16
171:23
178:9
214:23
216:20
217:5
218:2
280:7, 9
289:1
296:21
309:5
317:12, 14
**screen**  17:2,
14, 20  18:18
27:1, 3, 9
55:8  56:2,
4  110:22, 23
111:5
124:24
125:20
126:2, 3
130:19, 22
131:5

Pengreraph 225 , Ph.D.

140:*21, 22,
23*  145:6, *17,
20*  148:9, *21*
149:*1*
235:*19*
257:*1*
281:*12*
312:*18*
321:*3, 5*
326:*1, 7*
330:*14*
345:*17*
346:2
376:*8, 18*
389:*15*
**screens**
26:*23, 24*
**Scroll**  141:*3*
210:6
311:*18*
330:5
360:*13*
**search**  20:6
25:*18*
32:23
40:*12*
44:*18*  46:7
50:22
52:17  53:9
138:*10, 15*
242:*11*
243:2
245:*4*
251:*18*
252:21
253:*1, 3*
254:*11*
255:*8, 15*
264:*15*
283:23
316:*12*
317:*18*
319:*16*

**second**
76:*10*
87:*16*  93:9
110:7
124:*11*
126:*11*
130:*19, 22*
154:*21*
202:*1*
211:*14, 18,
21, 22*  236:8
250:6
260:*17*
266:3
281:*20, 21*
282:*13, 17*
286:5
301:*13*
303:*23*
314:*15*
324:*11*
325:*12, 22*
330:*17*
360:*15, 16*
377:7
**secondary**
172:*16*
173:*10*
200:6
212:*1*
229:*24*
230:*4, 24*
232:*1*
282:*4, 20*
290:*17*
291:*20*
293:3
297:*10, 13,
21*  317:*18,
19*  318:*14,
16, 18*  319:*1,
5, 17*  346:*21*
**seconds**
87:7

**section**
59:*15*
111:*19*
122:7
125:22
142:*4*
307:*4*
324:22
326:*17*
334:*5, 17*
336:*12*
382:2
**sector**  76:*3,
10, 14*
**sectors**
76:*12*
**see**  17:*12,
17*  20:*18*
21:*11, 13*
22:7  25:6
27:*3, 4*
29:*20*  36:*1,
7, 16*  40:*24*
44:*18*  53:*3,
12*  55:*1, 24*
56:24  59:*3*
60:*3*  63:*17*
64:*11, 17*
66:9  74:*17,
18*  82:*14*
94:*3*  99:6
101:7
106:*18*
107:6
110:*21, 22*
111:*1, 7, 10,
12, 18, 19*
112:*1, 2, 3, 8,
10, 21, 23*
113:*5, 7*
114:*18, 19*
116:*21*
117:*1, 2, 4, 6*
118:*23*

126:*1, 4, 10,
20*  130:9
132:*20*
136:*14, 20*
138:*16*
140:*22, 24*
141:*4, 14*
142:*3, 4, 9,
10, 13, 15, 22*
143:*3, 4, 9,
15, 24*
145:*20*
146:*3, 6*
148:*21*
149:7
156:*15*
157:*3, 15, 20*
158:*17, 20*
159:*3*
164:*23, 24*
165:*9, 20, 21*
166:2
176:5
183:*17*
184:*6, 7*
187:8
188:2
193:*1, 4, 10,
23*  194:*3, 22*
195:*5, 6, 10*
196:9
197:*11, 24*
198:24
199:*1*
202:*7, 23, 24*
203:*5, 15*
205:*15*
207:*13*
209:*11*
210:*2, 5, 8,
13*  211:*4*
213:*16, 17*
223:*18, 23*
225:*4*

233:*12, 19*
235:*23*
236:*9, 20, 21*
237:*3*
239:*24*
243:8
244:*13, 16,
24*  245:*21,
24*  247:*10,
16*  248:*16*
249:*21, 24*
250:*4, 12, 13,
18, 23*
251:*19, 23*
252:*17, 24*
253:*3, 5, 12*
255:*3*
257:*4*
258:2, *10*
260:*20, 22*
262:*4*
269:*6, 7, 16,
23*  270:*1*
272:24
273:*12*
274:*12*
277:8
279:*4, 5*
281:9
282:*3, 8, 24*
283:*17*
284:*3*
285:*16*
286:*15*
290:*10, 21*
296:*18*
299:*13*
300:22
301:*18, 22*
302:*4, 9, 23*
303:*1, 16, 19*
306:*17*
307:*20*
308:9

Paragraph 20e , Th. D.

312:*12, 15,*
*20, 24*  313:*2,*
*4, 6, 17, 19*
314:*11, 14,*
*19, 20, 24*
315:*6, 13*
316:*2, 8*
318:*9*
320:*24*
321:*4, 9, 11,*
*14, 15, 16, 21*
322:*16, 20,*
*23*  323:*7, 9,*
*12*  324:*9, 12,*
*14*  325:*21*
326:*13*
327:*2, 16, 19,*
*21*  328:*5, 11*
329:*8, 10, 16*
330:*6*
331:*12*
332:*2, 7*
333:*1, 13*
334:*13*
335:*2*
337:*9, 19*
338:*15*
343:*21*
345:*22*
346:*4, 15*
347:*3, 6, 12,*
*14*  348:*1, 2,*
*11*  349:*18*
353:*2, 15*
357:*23*
359:*9*
360:*7, 19, 24*
363:*10*
365:*9*
371:*19*
374:*22*
375:*2, 19*
376:*7, 13, 19*
378:*1*

381:*19*
390:*7*
396:*3*
397:*2, 6*
400:*14*
**seeing**
17:*19*
159:*12*
191:*2*
198:*10*
324:*17*
325:*4*
328:*21*
347:*17*
364:*17*
366:*16*
370:*7*
393:*19*
**seen** 18:*2*
106:*12, 15*
112:*18*
125:*2*
135:*14*
146:*5*
147:*11*
149:*14*
159:*9*
203:*13, 14*
204:*3*
223:*5*
236:*2*
244:*10*
248:*22*
283:*11*
298:*20*
299:*20*
300:*20*
321:*24*
331:*23*
344:*24*
345:*10*
346:*7, 10*
385:*9*

**segment**
358:*2*
**selection**
141:*20*
**sell** 288:*15,*
*20*
**selling** 73:*20*
**send** 61:*11*
**sense** 14:*21*
65:*15*
203:*12*
238:*15*
245:*11*
261:*12*
370:*23*
**sent** 17:*8,*
*12*  34:*9*
332:*12*
333:*1*
**sentence**
126:*15*
127:*24*
129:*1*
165:*19*
199:*1*
204:*1*
206:*7, 11, 12,*
*16, 18, 19*
207:*7*
208:*15*
209:*11, 17*
210:*19*
212:*21*
223:*11, 23*
224:*3, 6*
258:*4*
270:*7*
282:*1, 8, 24*
283:*6, 12, 16*
284:*1*
290:*12, 22*
292:*23*
312:*7*
323:*23*

334:*18*
347:*4*
359:*14*
360:*15, 24*
375:*5*
**separate**
206:*12*
386:*14*
**series** 237:*6*
240:*9*
**seriously**
39:*1*  245:*17*
**serve** 155:*12*
**served** 17:*5,*
*18*  18:*19*
**Services**
11:*7*
**SESSION**
8:*4*  164:*1*
**set** 30:*15*
89:*3*
241:*15*
285:*2, 20*
304:*20*
309:*5*
**Seth** 10:*15*
343:*20*
**sets** 27:*19*
**setting** 70:*7*
273:*18*
**seven**
378:*11*
**Shandong**
9:*5*  142:*14,*
*20*  143:*10,*
*16, 24*  144:*4*
146:*9*
148:*13*
**Shandong's**
144:*16, 20*
145:*19*
**shape** 75:*6*
**Sheet**
127:*21*

129:*13, 14*
133:*24*
135:*20*
136:*6, 15*
138:*15*
139:*4*
155:*8, 10*
156:*2*
402:*1*
403:*11*
**Sheets**
135:*15*
**shelf** 397:*9*
**shoes**
192:*18*
228:*1, 4*
242:*24*
**short** 41:*21*
68:*14*
382:*13*
**shorter**
214:*14*
296:*2*
**show** 27:*14*
60:*16, 19, 22*
63:*8*
118:*21*
124:*24*
132:*2*
149:*13*
151:*17, 22*
155:*8, 22*
156:*15, 17*
157:*5, 8*
161:*20*
193:*13*
194:*9*
197:*12*
208:*15*
209:*20, 23*
222:*1, 6*
224:*17*
245:*6*
251:*24*

253:*4*
257:*16*
258:*20*
262:*15, 20,*
*21* 281:*12*
285:*15*
286:*6*
303:*21*
307:*18*
315:*16*
334:*1*
345:*15*
352:*17, 19*
353:2, *4, 16*
357:*7*
365:*16*
366:*3*
383:2
387:*18*
393:*24*
394:*1*
395:*21*
**showed**
18:*24*
116:*3*
126:22
130:2
133:2
148:*19*
154:*17, 21*
157:*19*
159:*15*
190:2
223:*21*
250:*24*
267:2
310:*14*
312:5
321:*12*
344:*19*
349:*19*
352:22
371:*11*
377:*20*

387:*8, 13*
390:*9*
**showing**
26:*9* 27:*7*
144:22
145:2
148:*12*
188:*15*
191:*5*
195:*24*
203:*13*
237:*19, 20*
248:*17*
252:2
300:*23*
306:*18*
318:*5*
344:*7*
353:*16*
371:*2*
376:*17*
378:2
**shown**
40:*18*
111:*23*
117:*17*
190:*12, 20*
191:*4*
258:*5*
280:*18*
306:*13*
**shows**
146:*7*
148:*14*
149:*8*
154:*18, 23*
308:*14, 15*
313:*14*
314:*4*
318:*6*
321:*11, 16*
**side** 36:*10*
40:*10* 43:*3*
46:*6* 50:*19*

64:2
103:*11*
113:*20*
119:*17*
122:2
123:5
132:*7*
134:*14*
156:*24*
160:*20*
204:*10*
231:*3*
271:*23*
295:*4*
338:*14*
374:*16*
384:*2* 385:*5*
**signed**
18:*20*
403:*15*
**significant**
392:*15*
**significantly**
277:22
**signing**
404:*11*
**similar**
21:*12*
89:*18*
173:2
270:*20*
272:*3*
273:*8*
334:*23*
347:*19*
351:*6*
353:*8*
366:*16*
370:*7*
**simple**
36:*24*
41:*12*
68:*14*
86:*20*

93:*23*
105:2
115:*1*
117:*15*
130:*10, 22*
152:*8*
153:*7*
170:*6*
218:*14*
219:*1*
220:*9*
251:*20, 23*
284:*19, 22*
293:*3*
295:2
323:2
324:5
328:*23*
349:*17*
357:*2* 369:*3*
**simplest**
284:*20*
**simply**
38:*19* 48:*3*
58:*8* 60:*22*
65:*4* 148:*7*
300:*19*
**single** 25:*13*
39:*14*
40:*17*
118:*13*
219:*13, 14*
251:*24*
259:22
267:*14*
287:*3*
332:*23*
387:*14*
**sir** 79:*14*
140:*14*
311:*15*
**sit** 45:*8*
46:*13*
57:*15, 17*

98:*11*
104:*5*
107:*18*
**site** 136:*21*
225:*13, 14,*
*15, 18, 19*
**sitting**
318:*12*
**situation**
99:*2* 155:*5,*
*21* 189:*1, 18*
190:*9*
216:*24*
288:*1*
320:*11*
363:*11*
**situations**
25:*19*
320:*13*
397:*2*
**six** 114:*15*
118:*20*
282:2
**size** 83:*9, 13*
**SKADDEN**
4:*7* 7:*4*
**skip** 243:*9*
245:*16*
**SLATE** 4:*7*
**SLATER**
2:*4, 5* 7:*5*
8:*3* 12:*24*
13:*6, 18*
14:*1, 5, 6, 9*
16:2, *19*
17:*1, 3*
18:*11, 17*
20:*11, 14*
23:*8* 24:*4*
27:*8, 10*
28:*8, 15*
29:*16*
30:*14* 31:2,
*17, 24* 34:*13,*

Penghcap 228 , Ph.D.

*15   36:11, 23
37:10   38:1,
2   40:22*
*41:16*
*45:15, 23*
*47:7, 9, 14,
21   48:1, 5, 7,
14, 21   49:8,
12, 16, 20, 24*
*51:8, 23*
*52:19*
*53:11*
*54:16   55:4,
11, 15   56:1,
7   57:7*
*58:2, 11, 13*
*59:22*
*60:17   61:3,
18, 21   63:15*
*64:24*
*65:16*
*77:10*
*78:16, 22*
*79:2, 13, 21*
*80:5, 13*
*81:7   82:3,
14, 22   87:8,
9, 18   88:4*
*91:2, 14, 19,
23   92:3, 7*
*93:2, 18*
*94:10*
*95:16   96:6*
*98:10   99:3*
*100:20*
*101:24*
*102:14*
*104:4, 13*
*106:8*
*107:17*
*108:9*
*109:13, 16*
*110:3, 12*
*114:24*

*115:18*
*118:2*
*119:12, 23*
*120:21*
*123:10*
*124:4, 10, 21*
*125:9*
*128:18*
*137:6, 17*
*144:3, 13*
*145:10, 15,
16   146:1, 16,
21   147:4, 10,
16   148:1, 11,
17   149:6, 16*
*150:2*
*151:14*
*152:7, 11, 16,
23   153:6, 17,
19   156:11*
*159:9, 13*
*160:7*
*163:6, 13*
*164:11, 19*
*165:14, 16*
*166:12*
*169:16*
*174:13*
*175:11*
*176:17*
*177:7, 18*
*178:20*
*179:7*
*181:4*
*182:23*
*191:3*
*193:21*
*203:22*
*213:22, 24*
*214:16*
*215:6, 24*
*216:11*
*218:23*
*220:8, 22*

*221:6, 11, 18*
*222:11, 18,
24   227:3, 15,
19, 24*
*228:14*
*229:20*
*232:7*
*233:4, 22*
*235:3, 13, 18*
*238:23*
*243:11, 24*
*246:19*
*249:7*
*256:3, 22*
*262:23*
*264:10*
*265:10, 17*
*267:18*
*268:16*
*271:18*
*274:16*
*275:23*
*276:22*
*277:15*
*278:18*
*280:15*
*281:1, 3*
*288:11*
*290:4*
*292:7*
*296:4*
*298:12, 19*
*299:12*
*300:19, 24*
*301:9, 16*
*304:14*
*305:8, 18*
*306:5*
*308:12*
*317:3*
*318:22*
*320:8, 14, 21*
*321:1*
*323:14*

*325:18*
*326:3, 8, 15*
*328:10, 22*
*329:11*
*330:5, 8, 12*
*333:15*
*334:8*
*336:13*
*338:16, 22*
*339:6, 17, 21*
*340:2, 11, 13*
*341:1, 14, 17*
*343:7, 13, 18*
*344:6, 15*
*345:1, 5, 9,
14   347:10*
*348:21*
*349:14*
*350:12, 22*
*354:24*
*355:6, 11, 20*
*356:5*
*357:15, 19,
24   358:5, 14,
20   360:6, 23*
*361:11, 20*
*364:9*
*366:24*
*367:17*
*368:9, 14, 17*
*369:2, 14*
*371:16*
*372:19*
*373:15, 23*
*374:7*
*376:21*
*377:4*
*378:5, 17*
*379:5, 15*
*380:10, 16*
*382:4*
*383:3*
*388:10, 21*
*389:11, 24*

*390:8, 19*
*391:10, 24*
*393:2*
*399:12, 21*
*400:11, 19*
*401:8, 14*
**Slater's**
*117:22*
*355:15*
*358:12, 17*
**slower**
*140:19*
**small**   *34:1*
*58:17*
*68:21, 22*
*69:2, 3, 8, 9,
11   70:17*
*83:9   85:4,
10   128:1*
*182:17*
**smaller**
*41:17*
**smart**
*192:15*
*274:17, 19*
*362:21*
**smile**   *378:8*
**smiling**
*355:7*
**smoother**
*101:1*
**SMP-018.08**
*141:19*
**Society**
*281:16*
**sodium**
*87:4, 15, 19*
*112:6*
*113:3*
*115:5*
*135:18*
*166:15*
*168:2*
*171:3, 22*

Peregianp: 2020 , Ph.D:

172:*3, 9, 23*
173:*8, 21, 24*
174:*3, 7, 17,*
*19*  175:*13,*
*22*  176:*7, 14*
177:*12*
181:*11*
199:*20*
200:2
201:*11, 13*
202:*5, 10, 15,*
*21*  204:*9, 14*
205:5
211:*16*
229:*23*
233:*20*
234:*16*
244:*12*
246:*1*
249:*13, 14*
250:*7, 15, 16,*
*19*  256:5
258:*17*
278:*5, 22*
283:*3*
293:*20, 21,*
*24*  294:*20,*
*21*  297:7
303:*6, 11*
308:*23*
315:*9, 21, 23*
316:*16*
335:*1*
345:*21*
347:*21*
348:*16*
350:*16*
355:*24*
357:5
359:*1, 7*
361:*6*
362:*13*
365:*2, 5*
366:*17*

367:*22*
368:*20*
369:*22*
370:8
**soft-spoken**
12:*16*
**Solco**  4:5
252:7
**sold**  77:*20*
78:*12*  79:7
81:*3, 15, 16,*
*20, 21*
126:*17, 23*
127:7
128:*7, 12*
129:2
191:7
253:*19*
306:*16*
321:*18*
**sole**  286:*3*
**solely**
284:*19*
338:8
342:*13, 14*
**solid**  273:*15*
**solution**
160:2
283:4
290:*20*
291:*1*
295:*8, 13*
296:6
364:*20*
**solutions**
282:*7, 23*
**solve**  310:*15*
**solvent**  83:*9*
122:*15*
127:*14*
166:*1*
168:*19*
203:*2, 8*
205:*13*

286:*24*
289:*20*
**solvents**
127:*14*
168:*15*
195:*8*  218:7
**somebody**
16:*9*  110:2
125:*5, 11*
146:*23*
316:*10*
**soon**  81:*17*
**sooner**
12:*20*
**SOPs**
177:*24*
**sorry**  19:*3,*
*18*  20:*20*
28:*1*  29:*24*
30:*22*  31:*8*
34:7  42:*23*
44:*23*
63:*14*
77:*15*  92:*9*
96:*24*
126:*6*
127:*11*
136:*12*
138:*12*
140:*19, 24*
144:*21*
145:*8, 9*
148:*24*
158:8
172:8
189:*20*
194:*19*
202:*11*
206:*20*
210:*4*
219:8
220:*16*
227:*24*
229:*9*

236:*1*
256:*11*
257:5
264:*11*
269:7
292:*10*
300:2
301:*15*
302:*1*
303:7
310:*19*
313:*7, 10*
318:*13*
323:*13*
324:*10*
325:7
327:*17*
350:2
353:*1*
356:*21*
364:7
367:*18*
375:7
392:*6, 7*
400:*24*
**sort**  47:*3*
72:5  107:*8*
108:*6*
122:*12, 14*
180:*3*  189:8
**sound**  19:*19*
**sources**
373:7
**space**
386:*21*
**speak**  12:*17*
15:*13, 15*
24:*5, 10*
93:*12*
97:*23*
125:*14*
153:8
154:*2, 10*

192:*7, 9*
352:*1*
**speaking**
83:7
333:*20*
336:5
339:*11*
**spec**  83:*10*
84:5  249:5
**species**
179:*18*
212:*13*
240:*12*
**specific**
89:*3, 8*
99:*13*
108:*24*
122:*24*
127:*24*
129:*9*
132:*3*
155:*4*
179:5
185:*11*
186:*16, 20*
208:*16*
210:*3*
225:*16*
287:*15, 20*
299:*15*
329:*18*
**specifically**
54:*1*  66:*10*
85:2  99:*15*
117:*24*
127:*4*
129:*5, 12*
195:*7, 20*
206:*1, 22*
207:*10, 16*
284:6
291:*21*
337:*23*

Pengrcap-zzue , Ph.D.

specifications
146:7
specify
260:21

spectrometry
83:21  84:8,
13  246:22
248:18
319:20
346:22
347:7, 13
spectrum
185:14
speculate
93:6
134:23
155:10
234:23
235:2
299:10
334:7
371:13
speculating
159:21
speculation
21:22
108:8
156:10
215:17
237:16
242:19
275:1
276:14
369:7
speech
159:2
219:2
226:7
265:21
310:11
319:9

356:23
368:16
speeches
311:14
356:22
358:7
spend
395:16
spent  76:21
spin  378:21
spoken
21:14
sport  355:12
stable
162:21
stage  76:4,
5  101:7
195:8
205:12
275:6
285:2, 20
298:6
374:14
383:24
385:3, 13
386:6, 18, 19
392:12
396:15, 24
398:13, 22,
23  399:9
stand  322:5
standard
67:21
176:21
191:18, 20,
24
stands
331:10
start  12:9
22:13
51:11  85:9
88:5  167:6
275:6
285:3

307:20
326:10
346:8  357:7
started
168:4
starting
265:4  396:4
starts  19:15
165:19
State  5:7
211:17
240:12
273:18
297:1
320:12
393:5
stated
29:11
251:16
385:15
statement
131:23
185:4
189:12, 16
197:3, 6
204:17
205:17
207:24
225:4
229:16, 17,
18  236:21
293:14
328:13
355:22
356:1, 6
386:24
statements
30:10
228:13
237:7
STATES
1:1  205:24
206:21
209:6

stay  38:18
261:6, 9
stays  30:13
stenographic
11:19
Stenographic
ally  1:22
404:6
step  89:1,
11, 14, 16, 23
102:21
103:2, 3
105:17
107:3
109:2
118:13
195:8
196:4, 21
198:23
203:3, 8
205:1, 12, 22
211:3
287:3
296:17
357:5
386:3  399:4
steps  50:24
89:2
187:22
200:15
287:23
stick  52:14
206:14
stipulation
91:15
stock  302:20
stop  60:18,
21, 24  61:9
80:3  82:6
128:8
152:5, 19
154:11
203:19
256:17

303:23
347:2, 24
356:14
358:7
stopped
70:22
stories
41:11
130:15
story
117:12
171:19
STOY  6:7
straightforw
ard  259:5
309:13
398:8
straight-out
372:3
strategy
76:2
384:24
389:17
Street  2:16
3:17  4:21
5:7, 15
192:2
strong  262:8
strongly
224:23
structural
220:24
223:13
structure
75:16, 23
76:3, 13
224:9
284:20, 22
329:16
330:1, 22, 24
347:22
structures
224:9

Penicillamine , Ph.D.

329:*16*
331:*4*, *13*
**student**
75:2  83:*6*
84:*3*
134:*17*
135:*3*
**students**
279:*16*
**studied**
290:*18*
374:*17*
384:*3*  385:*6*
**studies**  34:*6*
76:*9*
103:*24*
261:*11*
395:*22*
**study**  38:*20*
59:*1*  62:*10*
103:*19*
122:*7*, *14*
123:*9*
130:*3*
132:2
193:*15*
229:*15*
275:*22*
374:*15*
382:*20*
384:*1*
385:*4*, *13*
386:*7*
387:2
391:*14*
392:*13*
395:*1*
396:*16*
398:*13*
**stuff**  343:*8*
381:*5*
**style**  35:*10*
**SUBJECT**
1:*15*  15:*9*

32:*19*  99:*6*
216:*14*
**subjected**
90:*6*  101:*8*,
*9*  112:*3*
**subjects**
89:*21*
**substance**
84:*9*  127:*4*
134:*10*
186:*1*, *2*
210:*10*, *21*
214:7
248:7
253:*19*
305:*22*, *23*
306:*16*
327:*12*
**Substances**
9:*15*
133:*23*
135:*16*
168:*15*, *24*
170:*21*
218:*17*
220:*11*
221:*8*
223:*3*
226:*8*
268:*1*  274:*5*
**substituent**
346:*23*
**substrate**
225:*13*
286:*4*
**substrates**
297:*4*
**sudden**
378:*10*
**suffer**  25:*23*
**suggest**
80:*6*  364:*19*
**suggestion**
362:*19*, *21*

**Suite**  2:*16*
3:7  4:*21*
5:*15*  6:*17*
**summary**
129:*8*
268:*24*
**Sun**  10:*5*
**super**  59:*12*
76:*5*  222:*4*
**supervise**
66:*10*
**Supplementa
l**  8:*15*, *19*
28:*6*, *12*
29:*1*, *19*, *23*
30:*17*
31:*11*, *20*
32:*6*  165:*2*
**supplementa
ry**  28:*20*
**supplier**
138:*6*
141:*12*, *15*,
*19*  142:*1*
154:*19*
155:*12*, *24*
159:*5*
**Suppliers**
141:*12*, *21*,
*22*  142:*7*, *11*
155:*7*
158:*19*
323:*17*
**supplier's**
137:2
139:*16*
**supply**
78:*17*  155:*6*
**support**
32:*23*  35:*7*
39:*3*
106:*20*
158:*4*
197:*12*

238:*3*
262:*21*
**supported**
233:*13*
364:*16*
**suppose**
17:7
**supposed**
93:*15*
221:*13*, *20*
286:*10*
287:*6*, *9*
289:*9*
**sure**  12:*20*
13:*21*  18:7
26:*10*
29:*21*  31:*4*
55:*3*  64:*22*
72:*10*
73:*24*  75:*4*
76:*6*  87:*2*
92:*11*
103:*21*
105:*13*, *14*
108:*13*
147:*22*
150:*12*
158:*15*
163:*1*
194:*7*, *10*
195:*24*
226:*17*
228:*24*
263:*13*
271:*1*
272:7
277:*6*
278:*9*
279:2
283:*14*, *19*
301:*3*
308:*20*
317:*15*
333:5

339:*19*
346:*14*, *17*
**surprised**
371:*6*
**susceptible**
196:*5*
206:*8*
209:*8*, *14*, *18*,
24
**suspect**
107:*7*, *24*
108:*1*
364:*13*
**suspicious**
105:*24*
**swear**  11:*21*
**switch**  99:*20*
**sworn**
11:*17*  12:*4*
164:*5*  404:*5*
**Symmetrical**
9:*23*  257:*3*
**synthesis**
70:*15*
76:*11*
168:*11*
195:*1*
205:*11*
214:7
360:*18*
361:7
**synthesized**
75:*3*
**synthetic**
75:*1*

**< T >**
**Table**
111:*19*, *24*
112:2
114:*21*
117:*9*
118:*21*
142:2, *6*, *10*

149:*12*
157:*21*
217:*9*
302:*22, 23, 24*   303:*20*
304:*8*
309:*8, 10*
312:*10, 16, 17, 23*   313:*2, 14*   315:*17*
321:*9, 10*
323:*7*
327:*3, 5*
328:*20*
330:*3, 14*
**Take**   8:*12*
14:*11*
17:*22*
18:*12*
20:*21, 23*
27:*8*   34:*13*
82:*6, 13*
90:*23*
120:*4*
128:*11*
129:*15, 22*
131:*5, 8, 12*
132:*18*
133:*9*
150:*14*
152:*21*
153:*4*
156:*5*
157:*24*
160:*2*
169:*17, 20*
170:*2*
213:*22*
225:*12, 15, 17*   235:*4*
245:*16*
251:*12*
252:*10*
253:*8*

256:*14*
262:*22*
264:*19*
267:*23*
275:*12*
287:*7*
288:*20*
296:*17*
297:*14*
298:*4*
301:*1*
324:*18*
326:*6*
329:*12*
332:*9*
340:*3, 7*
357:*22*
373:*23*
377:*9, 14*
378:*22*
394:*15*
395:*5*
396:*8, 18*
398:*20*
400:*16*
**taken**   14:*15*
163:*20*
403:*6*
**takes**
212:*18*
250:*10*
**talk**   21:*17*
22:*12*
27:*24*
39:*23*   47:*9*
52:*11*
54:*11*
59:*18*   63:*2*
67:*18*
73:*22, 23*
87:*15*   88:*9, 12*   89:*8*
98:*21, 23*
100:*23*

112:*5, 14*
113:*11, 15*
115:*2*
116:*1*
117:*8, 12, 16, 23*   118:*3*
130:*11*
138:*20*
142:*11, 23*
143:*5, 19*
155:*3, 11, 15, 16*   157:*3*
160:*21*
166:*14*
179:*6, 21*
180:*20, 21, 22*   184:*13*
193:*10*
198:*8*
200:*19*
202:*8, 11*
210:*14*
211:*9, 21*
213:*3*
215:*19*
224:*16*
241:*23*
255:*13*
260:*10*
261:*2*
266:*24*
269:*8*
275:*8, 14*
281:*22*
285:*9*
286:*1*
291:*19*
292:*2*
299:*15*
301:*23*
302:*24*
312:*16*
322:*3*
325:*1*

329:*24*
331:*20*
333:*14*
336:*16*
337:*11*
342:*23*
351:*5*
352:*17, 18*
354:*9*
357:*10*
364:*5, 13*
365:*18, 20*
366:*6, 8*
367:*13*
380:*5, 24*
382:*19*
386:*19, 20*
387:*14*
396:*20, 22*
397:*13*
398:*3, 4*
399:*16*
**talked**
36:*10*
112:*24*
117:*19*
250:*1*
252:*13*
258:*13*
298:*10*
299:*16*
300:*12*
332:*11, 18*
353:*22*
369:*21*
**talking**   55:*5, 6*   63:*9*
66:*11*
100:*12*
141:*6*
144:*21*
150:*13, 22*
152:*19*
154:*12*

155:*14*
181:*11*
204:*9*
212:*17*
240:*24*
266:*18, 21, 23*   269:*18, 21, 24*   270:*9, 13*   275:*20*
282:*9*
285:*3*
318:*12*
326:*10*
333:*16*
354:*18, 20*
355:*2*
363:*5*
374:*9*
383:*5*
388:*15*
389:*10, 19, 20*   394:*6, 7*
397:*24*
398:*11*
**talks**   126:*8*
141:*11*
257:*19*
347:*17*
364:*23*
365:*1*
**target**
74:*21*
200:*7*
212:*2, 17, 19, 22*   213:*3, 5*
250:*10*
**task**   178:*10*
**taught**
338:*15*
**TEA**   8:*23*
55:*23*
99:*21*
135:*17*
166:*15, 23*

167:6, *18*
168:2, *9*
171:2, *21*
172:2
173:*24*
174:*9*
177:*12*
181:*11*
182:*4*
202:5, *9, 15*
204:9, *22*
206:*1, 22*
208:*13*
236:*16*
243:*16*
244:*11*
246:*1*
249:*13, 15,*
*17, 19* 250:*2,*
*19, 21*
251:*20*
252:*1, 3*
254:*19*
255:*11*
256:5
258:*18*
261:*16*
262:*10*
264:6
275:*14*
277:*24*
283:*3*
303:5, *11*
308:*23*
310:*7*
311:*7*
315:9, *21, 23*
**teach**
134:*16*
245:*12*
317:*24*
**team** 252:7
256:*1*

**teamwork**
252:8
262:*15*
**TEAs** 260:*9*
**technical**
66:*21*
214:5, *18*
215:*10*
216:5 261:7
**technically**
200:*13*
**technologic**
247:*24*
**technological**
**ly** 244:*19*
246:*3*
**technologies**
248:9, *12*
**technology**
246:*10, 14*
247:*22, 24*
248:5, *8, 18*
**tell** 12:*14*
13:*11* 15:5,
*7, 20* 37:*20*
39:*10*
56:*20*
68:*14*
78:*14*
105:*12*
117:*9*
129:8
147:*18*
159:8
181:*1*
185:*20*
186:*20*
194:8
240:6
242:*24*
267:*16*
275:*18*
279:*9*
281:*1*

323:*1*
339:*23*
341:2
344:*17, 21*
354:7
358:6
371:*18*
372:22
389:*12*
397:*17*
**telling**
30:*18*
43:*15, 16*
100:6
108:*12*
189:*4*
265:*11*
293:*11*
388:*23*
**tells** 255:*19*
284:*18*
309:8
**temperature**
89:*22* 90:*1,*
5, *11* 138:*18*
184:*11, 21*
186:*16*
187:*1*
189:8
196:6 258:7

**temperatures**
99:5
107:*12*
111:*23*
132:*23*
133:*12*
196:22
288:*1*
**tens** 255:*9*
**term** 15:*1*
66:*20*
68:*21* 69:*3*
71:*18* 85:*4*

88:*13*
168:*10*
176:*13*
178:*11*
204:*21*
287:*14*
290:*1*
**terms** 22:*24*
71:*3* 86:*11*
94:22 97:6
105:2
173:7
234:*4*
260:*13*
289:*6, 8*
300:*13*
335:*19*
**Tertiary**
9:*23*
242:*14*
251:*19, 21*
252:*14*
257:*3, 24*
258:6
259:*17*
260:5, *12*
261:*2, 4, 15*
262:2
269:*19*
270:*10*
282:5, *21*
284:*20*
317:22
**test** 99:*24*
101:*12, 19,*
*23* 102:*3*
157:*19*
187:6, *11, 14,*
*15, 21*
190:*13*
217:*12*
239:*18, 24*
244:*13, 24*
245:*24*

247:*15*
252:*17*
253:*13*
263:9, *18*
271:*1*
272:6, *24*
274:*12*
276:9
277:*12*
278:8
279:2
280:9
288:7
291:8
292:*20*
295:*19*
301:*20*
302:7
312:*13*
319:*20*
332:5
383:*18*
**tested** 101:7
157:22
244:*15*
303:*16*
304:*10*
312:*20*
**testified**
12:*4* 164:5
333:7
337:*1*
339:9
340:*16*
374:*12*
383:22
398:*10*
**testify** 404:5
**testifying**
394:*21, 22*
**testimonies**
336:*11*
**testimony**
29:5

Pengfei Lab 2021 , Ph.D:

| | | | | |
|---|---|---|---|---|
| 119:*11* | **TESTS** | 302:*11* | 196:7 | 203:*15, 17* |
| 131:*24* | 9:*11*  99:*10* | 319:*14* | **thesis**  74:*23* | 212:6 |
| 177:*15* | 100:*10* | 325:9 | **thing**  27:*15* | 215:5 |
| 178:6 | 101:6 | 357:9 | 64:*4*  70:*12,* | 216:7, *19* |
| 226:6 | 115:8 | 401:*11* | *21*  100:*23,* | 218:*3, 6* |
| 264:*16* | 164:*21* | **Thanks** | *24*  116:*3* | 240:*21* |
| 295:*24* | 183:*16, 24* | 213:*23* | 124:22 | 245:*10, 13* |
| 332:*18* | 190:2, *3* | **theme**  43:*4* | 130:*18* | 259:*12* |
| 333:6, *24* | 241:5 | 352:*18* | 155:*15, 18* | 267:5 |
| 334:*4* | 273:*11* | 353:2, *7, 24* | 175:*17* | 279:*18* |
| 336:*3, 19* | 277:*23* | **Theoretical** | 219:*13* | 286:22 |
| 338:*19* | **tetrazole** | 10:*2*  34:7 | 240:6 | 299:*3, 14, 15,* |
| 339:*3, 8, 9* | 89:*10, 23* | 236:*13* | 270:*24* | *21*  300:*12* |
| 340:*4, 10, 17* | 90:*24* | 238:*1, 6, 7* | 271:*3* | 311:*14* |
| 359:*14* | 102:*20* | 239:*1, 7, 19* | 272:5, *8, 22* | 346:*13* |
| 363:2 | 105:*17* | 243:*4* | 273:*2* | 352:*4* |
| 370:*15* | 107:*3* | 245:5 | 274:*10, 17,* | 353:*12* |
| 373:*11* | 113:22 | 266:*15* | *20*  278:7, *10* | 367:*10* |
| 375:22 | 114:9 | 280:*17* | 283:*19* | 396:*21* |
| 376:5 | 133:*14* | 281:5 | 285:*1* | **think**  13:*15,* |
| 381:*13, 19,* | 196:*3, 21* | 284:*15, 21* | 351:8 | *23*  16:*10* |
| *24*  383:8 | 198:*23* | **theoretically** | 354:*4* | 18:*3, 10* |
| 384:*13, 21* | 205:*14* | 238:*20* | 357:6 | 20:8, *10* |
| 386:*12* | **Teva**  4:*16,* | **theories** | 363:*10* | 22:*16* |
| 387:*12, 21* | *17* | 238:9 | 398:2  399:6 | 30:*23* |
| 388:*14* | **textbook** | **theory** | **things** | 35:*24* |
| 389:7 | 161:22 | 239:*10, 11,* | 14:*17*  23:*3,* | 37:*16, 20, 24* |
| 393:8, *11, 14,* | **Thank**  13:*9* | *14, 17* | *13*  36:*17* | 38:*12, 23* |
| *24*  394:5 | 15:*11, 21* | 241:*14* | 40:*16* | 41:5, *8* |
| 400:*12, 21* | 28:22 | 243:9 | 44:*21*  51:*1* | 43:*14, 16* |
| 404:9 | 38:*10*  69:*1* | 262:*10* | 54:6  56:*6,* | 46:*10, 21* |
| **testing** | 85:*1*  86:*18* | 286:7 | *9*  67:*21* | 47:*19* |
| 67:*16*  75:7 | 101:*3* | **therapeutic** | 68:*11*  70:*6,* | 48:*12* |
| 76:8  99:*4,* | 102:*13* | 34:6  68:*17* | *18*  76:9 | 49:22  52:*1,* |
| *17*  115:*3* | 103:8 | **therapeutics** | 88:*10*  94:5 | *10*  54:*14, 24* |
| 117:*16* | 110:*16* | 68:22  69:*6,* | 99:*12* | 58:*24* |
| 259:5 | 111:2 | *10* | 100:*12* | 62:*24* |
| 296:*17* | 121:*3* | **thermal** | 108:*20* | 63:*23*  64:6 |
| 313:*14* | 140:*15* | 184:2, *10* | 130:*16* | 65:8  67:8 |
| 331:22 | 182:*24* | 185:*13* | 134:7 | 72:*13* |
| 332:*1* | 183:*20, 22* | 189:*1* | 137:*13* | 75:20  80:7 |
| **testings** | 194:*13* | 196:*24* | 158:*12* | 81:*10* |
| 50:*17* | 202:2 | **thermo** | 161:*3, 9, 15,* | 86:*24* |
| 118:*19* | 235:5 | | *23*  176:9 | 87:*11*  89:*1,* |

Peripheral Zone , Ph. D.

| | | | | |
|---|---|---|---|---|
| 5  91:6 | 259:11 | 211:23 | 15  32:9 | 101:22 |
| 95:23 | 263:4, 10 | 212:3 | 40:16  46:8, | 114:22 |
| 96:24 | 264:13 | 250:6, 9 | 9  51:2 | 115:22 |
| 97:20 | 267:13 | 269:1 | 52:3  53:22 | 116:15, 21 |
| 99:20, 23 | 268:18, 21 | 314:21 | 65:9, 10, 13 | 127:15 |
| 107:22 | 273:14 | 359:22 | 76:12 | 158:11, 14 |
| 108:7 | 279:11, 17 | **thorough** | 85:23  87:7, | 160:18, 20 |
| 113:22 | 280:13, 20 | 189:22 | 16  155:16 | 163:12, 17 |
| 114:6 | 284:7 | 242:11 | 156:17 | 164:8 |
| 119:18 | 288:8 | 245:4 | 197:22 | 171:1 |
| 120:24 | 289:2 | **thought** | 198:5, 8, 20 | 192:17 |
| 122:9, 13 | 292:2, 14 | 44:4, 14 | 207:9 | 196:14 |
| 123:3, 4 | 304:10, 19 | 67:24 | 210:11, 22, | 212:22 |
| 125:3 | 306:7 | 76:21 | 24  249:18, | 216:19 |
| 129:7 | 308:8 | 77:24 | 24  313:2 | 220:20 |
| 132:19 | 317:9 | 91:10 | 314:5 | 227:12 |
| 133:2, 6, 7 | 322:2, 9, 13 | 92:17 | 331:4 | 235:7, 10 |
| 137:24 | 335:6 | 95:11, 18, 22 | 379:19, 22 | 240:19 |
| 157:23 | 343:8 | 96:15, 19 | 395:17, 22 | 248:18, 21 |
| 161:1 | 349:3, 4 | 97:8, 10, 16, | **threshold** | 275:15 |
| 163:11 | 351:10, 22 | 23  113:16 | 221:4 | 292:21 |
| 165:5 | 355:11 | 149:21 | 223:17 | 298:7 |
| 168:11 | 360:9 | 158:22 | **threw**  196:1 | 300:3 |
| 173:15 | 363:6, 23 | 161:6 | **throw**  28:9 | 301:1, 4, 7 |
| 176:10, 15 | 364:1, 17 | 187:19 | 102:1, 4 | 309:11, 22, |
| 182:11 | 367:11 | 231:9 | **thrown**  16:8 | 23  310:17 |
| 191:13 | 370:17, 20 | 245:3 | **till**  78:10 | 311:4 |
| 195:23 | 373:13 | 298:13, 15 | 79:8  370:1 | 313:3 |
| 205:16 | 377:23 | 299:2, 6, 10, | **Time**  1:20 | 316:3 |
| 206:6 | 378:6 | 14, 17, 21 | 11:8  14:16 | 318:23 |
| 209:21 | 380:23 | 300:11 | 16:16  20:4 | 326:10 |
| 216:15 | 382:16 | 383:9 | 27:22 | 332:1 |
| 217:10, 23 | 383:6 | **thousands** | 44:19 | 354:10 |
| 218:19 | 387:10 | 215:22 | 47:15, 18 | 364:11 |
| 219:17 | 388:13 | 255:9, 10 | 48:23 | 369:24 |
| 222:8 | 389:9, 10 | **threat**  61:17 | 49:21, 23 | 374:1, 4 |
| 224:18 | 392:2, 4 | **threaten** | 51:4  53:7 | 377:9 |
| 226:8 | 397:10 | 49:13, 15 | 54:1  72:10 | 378:22 |
| 235:15 | 398:2, 8 | **three**  20:20 | 74:24 | 382:13 |
| 236:4 | 399:17, 19 | 21:2, 4 | 76:21 | 388:3 |
| 237:2, 5, 8, | **thinking** | 22:2  23:20 | 82:16, 19 | 390:1 |
| 17  239:22 | 94:6  394:6 | 24:10  25:9 | 85:15, 19 | 397:21 |
| 245:18 | **third** | 27:24  28:1, | 88:8  92:4 | 399:13, 16, |
| 249:23 | 197:14 | 2, 3  30:13, | 97:21 | |

*22* 400:*1*
401:*16*
**timely** 76:*6*
**times** 12:*17*
26:*16* 47:*6*
98:*19*
156:*21*
228:*4*
292:*3*
298:*10*
319:*7*
**Tin** 171:*2, 6,*
*10*
**tiny** 141:*3*
210:*6* 223:*9*
**title** 19:*16*
32:*16*
238:*1, 24*
239:*16*
243:*4*
285:*5, 6*
286:*3* 376:*9*
**titled** 19:*24*
55:*20*
124:*15*
125:*22*
164:*20*
167:*6*
235:*20*
257:*2*
**today** 38:*7*
56:*19*
77:*16*
78:*10* 79:*4,*
*9* 81:*1*
92:*5*
234:*24*
262:*12*
310:*9, 13*
365:*22*
379:*13*
**Today's**
11:*7* 37:*4*

**told** 12:*17*
22:*11* 25:*4,*
*10* 40:*13*
44:*1* 66:*24*
77:*24* 93:*8*
127:*20*
134:*24*
136:*4*
138:*4*
154:*14, 22*
230:*14*
308:*13*
310:*23*
333:*19*
337:*19*
339:*18*
341:*4*
342:*10*
356:*7*
379:*10*
383:*6*
395:*19*
396:*1*
**toluene**
205:*12*
**tonight**
381:*1*
**toolbox**
398:*24*
**top** 19:*15*
25:*23*
110:*21*
133:*11*
165:*13*
183:*15, 23*
198:*19*
205:*8*
219:*5*
223:*8, 10*
236:*7, 11*
249:*9*
268:*24*
269:*9*
326:*21*

345:*18*
346:*19*
347:*4*
366:*13*
**topic** 94:*21*
116:*1*
179:*19*
193:*5*
230:*21*
239:*6*
254:*19, 21*
376:*9*
**totally**
47:*11* 99:*1*
117:*12*
229:*19*
260:*12*
355:*2*
386:*14, 16*
395:*7* 399:*8*
**touch** 73:*20*
75:*13*
**touching**
77:*6*
**toxic**
179:*20, 23*
180:*18*
221:*22*
222:*9*
225:*5*
331:*2*
347:*22*
353:*13, 17,*
*19* 364:*15*
**toxicologies**
76:*9*
**toxicologist**
24:*17, 22, 24*
**trace**
126:*18, 24*
128:*7, 12*
129:*2, 3, 17*
195:*9, 22*
196:*6, 13, 23*

197:*20*
206:*2, 23*
207:*3, 11, 17,*
*24* 208:*6, 16*
209:*2, 9, 16*
210:*9, 20*
**track** 175:*4,*
*9* 176:*5*
286:*23*
287:*1*
307:*20*
**trained**
233:*21, 23*
234:*1*
**training**
19:*12*
66:*23*
219:*16*
**transcript**
61:*11*
375:*1*
376:*17, 23*
378:*1*
379:*10*
403:*5*

**transcription**
341:*9, 10*
**transcripts**
33:*10, 19*
**transition**
240:*12*
**translate**
335:*24*
342:*7, 9, 11*
346:*5, 15*
351:*16, 23*
352:*4, 8, 9,*
*11* 354:*7*
359:*17*
360:*1, 4, 5*
362:*6*
367:*9* 371:*1*

**translated**
361:*3* 370:*5*
**translates**
335:*24*
**Translation**
341:*15, 20,*
22, *24*
343:*23*
346:*7, 10, 18*
348:*13*
350:*14*
351:*1, 2, 3*
362:*3*
363:*1* 373:*8*
**translations**
358:*18*
360:*7* 373:*2*
**TRAURIG**
4:*19*
**treat** 74:*6*
75:*16*
180:*2, 13*
**treatment**
180:*6*
182:*13*
246:*10*
**tri** 261:*14,*
*15*
**trialkyl**
260:*12*
**trialkylamine**
262:*1*
**trialkylamine
s** 260:*8*
261:*15*
**trials**
111:*11, 15*
113:*1, 8*
**tried** 41:*20*
42:*23* 46:*1*
47:*2* 52:*15,*
*16* 59:*21*
64:*4*

Peripheral Zone , Ph. D.

103:*12, 13*
106:2, *10*
**Triethylamin**
**e** 10:*10*
202:20
204:*11*
205:*13*
206:*1, 5, 8,*
*22* 207:2, *10,*
*16, 22, 23*
208:5
209:*1, 7, 14*
242:*13*
269:*4, 22, 24*
270:*1, 14, 21*
272:5
274:8
278:5, *23*
284:*17, 21*
301:*20*
302:7, *18, 19*
303:*4, 10, 14*
304:*3, 24*
306:*10, 14*
308:5, *22*
309:*24*
310:*24*
311:*24*
312:9, *13, 21*
313:*15*
315:*4, 8*
316:*4*
321:*12, 18*
322:*18, 19*
323:*18*
324:2, *15*
**trigger**
97:*22*
119:*22*
**Trimethylam**
**ine** 10:*4*
236:*15, 24*
281:*8*

285:*11*
**trivial** 240:*6*
**trouble**
72:*12*
157:*14*
190:*24*
**true** 171:*20*
172:*22*
185:*4*
197:2
341:*21*
343:22
355:*21*
356:*1, 6*
395:2
403:*8* 404:*8*
**truly** 260:*8*
**trust** 127:*19*
**truth**
132:*15*
371:*18*
392:*17*
397:*18*
404:5
**truthfully**
14:*22* 337:*8*
**try** 12:*17*
15:7 26:2
36:*1* 41:*14,*
*24* 44:*16*
48:*23* 53:6
58:*15*
59:20 63:6
64:*3* 68:*18*
70:*12* 71:2
72:8 73:22
74:*1, 4*
76:*13* 78:5
79:*19*
80:20 84:*8,*
*14* 93:*21, 24*
98:*24*
99:*19*
101:2

113:*21*
114:2, *12*
155:*17*
161:*8, 14*
162:*1*
169:*15*
188:*6*
193:*19*
206:*20*
217:*15*
226:*13*
229:*3*
259:*23*
280:8
308:*16*
323:*3*
355:*16*
371:*21, 23*
380:2
397:*4, 5, 14,*
*21* 399:*5, 6*
**trying** 15:9
30:8 35:5
37:*19*
41:*21* 42:9
43:2 46:*20,*
*23* 49:6
64:*10*
67:*24* 68:*1,*
*3* 72:6
78:6 80:*10*
103:7
106:*19, 23*
110:7, *8*
119:*16*
122:6
126:6
151:*23*
156:*23*
157:*12*
161:2, *9*
185:*21*
187:*21*
190:*16*

197:5
203:*18*
216:*23*
217:*19*
240:5
262:*11*
285:*12*
309:*16*
325:23
342:*18, 24*
351:7, *21*
354:*11, 12*
368:7
372:*24*
387:*18*
390:22
392:*16, 23*
395:*16*
397:*12, 17*
398:*1, 7*
**turn** 400:*8*
**turned**
225:*20, 23*
242:*12*
**two** 20:*19*
26:*23, 24*
85:*10*
141:*22*
142:*19*
145:*15*
151:*22*
155:2
167:*22*
172:*13, 17,*
*18* 173:*3, 4,*
*5* 197:*9, 14,*
*15* 211:*20*
212:6, *12, 13*
213:*16*
231:*20*
232:*17*
248:8
253:*11*
255:*17*

259:*12*
284:*5*
286:2, *10*
294:*14*
296:*9*
298:*1*
307:*13*
314:*20*
320:*13*
338:*10*
342:8
359:*21*
360:9, *11*
363:*15*
364:*5, 6, 12,*
*13, 18*
398:*21*
**type** 68:*19*
185:*12*
186:*12, 19*
225:*10*
246:*13*
248:*14*
**typed** 341:*8*
**typo** 394:*11*

**< U >**
**U.S** 4:*5*
21:*23*
**Uh-huh**
160:*11*
170:*10*
192:*24*
247:*21*
263:2
278:*3*
300:7
309:*21*
**ultimate**
169:*24*
170:*17*
**unaware**
374:*19*

384:5  385:7
**unclear**  15:6
**undergo**
225:9
**Underneath**
360:14
**understand**
14:11, 13, 20,
24  15:3
37:17, 24
40:12
44:16  62:2,
6, 9  75:19
86:12, 14
90:4  93:14
94:23  96:5
97:1
102:15
116:3
118:6
119:1
131:20
140:23
148:9
153:14
155:4, 21
161:2
167:12
168:23
169:2
170:11, 23
173:10
174:2
175:13, 15
189:19
203:16
206:13, 16,
18  212:22
213:9
232:11
266:13, 17,
21, 23, 24
267:2, 5
288:18

295:21
311:13
322:1
337:16
342:17
344:17
351:14
369:15
377:19
390:6  393:4
**understandin
g**  36:3
43:23
44:22
47:16
52:17  58:9
59:2  68:13
88:19, 20
95:6, 10, 17,
20  97:24
106:1, 7
147:21
173:7, 13
176:18
178:2
179:8
181:18
213:2
214:3
234:7
253:16, 20
264:24
265:3, 20
268:10
276:4, 10
287:4
289:5, 10, 18
317:14
335:15
338:9
351:10
361:23
363:7
371:21

373:1
374:15
375:22
384:1
385:4, 14
386:7
387:3
391:15, 19
392:13
393:6
395:1
396:16
398:14
403:11
**understood**
43:17
**Unfortunatel
y**  116:13, 19
160:23
161:4, 15
162:2
193:17
239:12
240:10
255:16
261:3
**unidentified**
267:4
**Union**  9:9
165:7
183:14
**unique**
225:14
**UNITED**
1:1
**unknown**
8:21  9:18
55:21
235:21
327:13
345:20
376:10
381:16

**unlimited**
300:3
309:11
311:4
**unstable**
149:2
**untrue**
328:13
**updated**
249:18
**upfront**
52:3  68:8
**uploaded**
55:18
**uploading**
55:16, 17
**up-to-date**
19:7
**USA**  4:17
**use**  28:19
30:8  34:5
35:6  72:2
74:2  75:7
76:8  83:1,
15, 18, 20, 22
88:13  90:9
108:1
122:15
128:21
129:18
135:9
137:16
140:2, 3
167:16, 17,
23, 24  168:4,
18  175:24
176:1
177:11
188:11
218:13
220:2
229:17
239:9
240:14

242:14
246:21
247:1, 14
248:6, 9, 13
250:2, 7
254:9, 11
262:7
276:20
286:15, 24
289:21
294:21
304:24
308:7
310:7
317:8, 11
360:22
362:24
365:2
390:23
399:7
**useless**  68:2
**usually**
23:23  35:9
83:11
89:17
127:18
134:2, 15
239:8
242:7  255:8
**utilize**
82:23  83:14
**utilized**
309:24

**< V >**
**Vague**  23:7,
17  29:15
35:19
36:21
37:13  40:3
45:20
48:18  50:8
57:22
62:19

Pengrecap 2025 , Ph. D.,

76:*19*
87:*23*
91:*12*  96:*3*
98:*14*
129:*3, 17*
137:*5*
148:*23*
149:*11, 24*
151:*11*
159:*19*
169:*4*
174:*5, 23*
175:*20*
179:*2, 14, 20*
185:*17*
190:*8*
193:*7*
209:*17*
214:*10*
215:*16*
216:*16*
221:*16*
229:*11*
233:*8*
234:*20*
237:*11*
242:*19*
259:*10*
265:*12*
278:*13*
280:*4*
287:*12*
296:*20*
298:*18*
304:*6*
305:*7, 14*
306:*4, 20*
318:*21*
320:*4*
336:*7*
337:*4*
339:*2*
340:*23*
347:*9*

370:*13*
389:*6*
**validate**
75:*9* 237:*18*
**VALSARTA**
**N** 1:*5* 8:*23*
9:*20* 10:*13*
11:*10*
55:22
58:*24* 62:*5*
66:*4* 69:*9,*
*10* 72:*4*
73:22 74:*2,*
*5, 9, 12, 18,*
*19, 21, 22*
75:*3, 5, 9, 24*
85:*8, 11*
86:*8* 87:*3*
162:7
169:7
170:*24*
181:6
182:*11*
194:*24*
197:*21*
210:*10, 21*
213:*5*
214:*8, 20*
220:*12*
224:*4*
226:*19*
235:*21*
247:*12, 13*
249:*15, 19*
305:*1*
306:*11*
309:*1*
315:*20*
323:*19*
326:*24*
327:*15*
328:*4, 14*
329:*3*
331:*23*

334:*24*
347:*21*
348:*16*
350:*15, 16*
353:*1, 9*
355:*24*
359:*7*
361:*6*
362:*14*
363:*14*
365:*8, 13, 16,*
*21, 23* 366:*4,*
*8, 17* 367:*3,*
*14, 15, 20, 21*
368:*6, 10, 20*
369:*20*
370:*8*
372:*7, 21*
375:*18*
376:*12*
381:*18, 20*
384:*23*
385:*10*
387:*5, 15, 24*
388:*1, 16*
389:*2, 20, 21*
390:*11, 16*
391:*7*
393:*14*
394:*7, 23*
395:*3, 4, 14*
398:*11*
400:*23*
**value**
114:*17*
275:*20*
352:*12*
**Vanaskie**
47:*4* 49:*7*
**Vanaskie's**
58:*7*
**variation**
70:*16* 74:*18*

**variety**
258:*6*
282:*5, 21*
**various**
18:*7* 27:*19*
112:*11*
168:*15, 24*
170:*21*
184:*1* 272:*2*
**varying**
258:*8*
**vendor**
127:*20*
128:*24*
134:*9*
**verify**
111:*16*
397:*14*
**version**
55:*7* 68:*14*
235:*22*
335:*8*
340:*18*
373:*3*
**versions**
156:*18*
**vessel**
219:*11, 15*
232:*21*
307:*15*
**VICINAGE**
1:*3*
**Vickery**
1:*23* 11:*21*
404:*3, 21*
**video** 11:*9*
399:*21*
**Videographe**
**r** 7:*3* 11:*3,*
*6* 14:*3*
82:*16, 19*
163:*9, 17*
164:*8*
235:*7, 10*

301:*4, 7*
374:*1, 4*
399:22
400:*1*
401:*16*
**VIDEOTAP**
**ED** 1:*17*
8:*12* 17:*23*
**view** 52:*13*
84:*19*
192:*8, 10*
286:*14*
289:*19*
**vigilant**
224:*1*
228:*24*
229:*3*
**VII** 334:*17*
**visualize**
242:*1*
**vitae** 19:*6,*
*8, 10*
**vitro** 75:*10*
**vivo** 75:*10*
**vocabulary**
15:*14*
**voice** 12:*18*
86:*23* 87:*6*
227:*23*
228:*5* 303:*7*
**volume**
288:*2*

**< W >**
**Wait** 46:*18*
62:*16*
78:*15* 98:*8,*
*9* 115:*13, 14*
162:*13*
239:*17*
246:*20*
261:*21, 22*
320:*1*

Pengrtan 32de , Ph.D.

378:*20*
380:*7*
**waived**
404:*11*
**walk**   96:*8*
144:*17*
369:*11*
**walked**
298:*14*
**walking**
192:2
**Wall**   3:*17*
**WALLACK**
6:*15*
**want**   12:*10,*
*15*   13:*14, 20*
15:*12, 20*
24:*1*   29:*21*
30:*19*   31:*4,*
*14*   32:*10, 13,*
*22*   34:*16*
39:*8*   43:*7*
45:*22*
47:*22*   53:*3*
56:*13*
59:*15*
63:*12*
64:*22*
67:*23*   72:*7,*
*9, 11*   74:*20*
75:*4*   82:*5,*
*6*   88:*16, 17,*
*18*   89:*7*
94:*2, 3*
99:*13*
102:*5*
104:*9, 14*
111:*5*
115:*10, 19*
116:*5, 6*
117:*6, 19*
120:*2*
121:*10, 21*
123:*19*

127:*19*
128:*19*
129:*10*
130:*11, 17*
131:*3*
132:*13, 15*
133:*17, 19*
134:*12*
135:*10*
137:*7*
139:*12, 17*
140:*24*
141:*2*
144:*9, 11*
146:*22*
147:*5, 16, 18*
148:*2*
150:*21*
151:*1, 23*
153:*1*
155:*1*
159:*5*
163:*14*
175:*24*
176:*1, 2, 4*
186:*5*
187:*9*
192:*6*
194:*4*
195:*21*
200:*20*
207:*1*
217:2
224:*7*
233:*16*
236:*6*
238:*5*
245:*9, 14*
247:*18*
254:*10*
265:*22*
266:*1*
273:*15*
275:*15*

281:*22*
288:*6, 7, 24*
290:*7*
292:*21*
311:*10*
314:*10*
323:*1*
329:*16*
335:*18*
337:*13*
338:*13, 14*
339:*7*
340:*2, 7, 20*
344:*11*
347:*2, 24*
354:*5*
365:*19*
371:*13, 18*
377:*10, 14,*
*15*   378:*13,*
*19, 23*   379:*2*
380:*17, 20,*
*24*   386:*2*
394:*1*
400:*10*
**wanted**
12:*22*
32:*18*
131:*15*
189:*22*
244:*13, 19*
245:*24*
246:*6*
248:*7*
259:*2*   358:*5*
**warn**
353:*24*
364:*18*
**warning**
217:*9*
**waste**   88:*8*
**wasting**
49:*20, 23*

**watching**
147:*4*
**water**
126:*18, 24*
127:*5*
186:*1, 3*
188:*24*
**way**   13:*10,*
*22*   35:*6*
36:*2*   42:*15*
72:*11*
74:*23*   78:*2*
96:*9*
102:*18*
116:*16*
119:*3*
120:*3*
122:*23*
133:*13*
134:*17*
135:*5*
141:*5*
176:*5*
187:*4*
201:*9*
208:*9*
227:*10*
228:*19*
231:*22*
239:*4, 13*
240:*13*
247:*8, 9, 23*
252:*14, 18*
299:*23*
332:*24*
351:*22*
377:*12*
378:*2*
404:*15*
**ways**   13:*20*
105:*6*
233:*15*
**website**
129:*12*

137:*3*
138:*5*
139:*12, 16*
144:*19, 20*
145:*2*
151:*19*
156:*17, 19*
182:*22*
**week**   12:*12*
**weight**
322:*6*
**weird**   397:*6*
**Well**   21:*3*
22:*12*   26:*8*
32:*13, 20*
35:*20*
36:*22*   41:*5,*
*23*   42:*21*
44:*12, 18*
45:*5*   52:*9*
53:*6*   54:*19*
57:*16*
58:*12*
60:*15*   62:*1,*
*15, 22*   63:*23*
67:*7*   68:*13*
69:*23*   70:*6*
71:*2, 16*
72:*12*
75:*20*
77:*21*
84:*21*
91:*17, 22*
92:*21*
93:*13*   94:*3*
95:*4*   98:*2*
99:*12*
100:*4*
102:*17*
105:*15*
106:*12, 19*
115:*12*
116:*12*
119:*24*

123:*16, 24*
125:*12*
128:*8, 21*
134:*23*
135:*2, 24*
137:*22*
139:*19*
140:*5, 8*
144:*6*
146:*3*
150:*5*
151:*16*
152:*3*
160:*18*
162:*11, 20*
167:*10*
170:*21, 22*
172:*13*
174:*1, 15*
175:*21*
177:*22*
179:*15*
182:*21*
184:*14, 18*
185:*10*
186:*10, 16*
187:*13*
191:*4*
197:*16*
199:*24*
200:*13*
203:*15*
204:*19*
206:*6*
207:*23*
211:*9*
214:*1*
218:*23*
219:*7*
221:*21*
222:*18*
234:*5, 7, 11*
243:*13*
245:*3*

246:*23*
252:*20*
255:*6*
256:*4, 7*
263:*3, 7*
265:*18*
266:*16*
273:*13*
276:*1, 7*
277:*3*
278:*19*
283:*6, 21*
288:*2*
294:*11*
296:22
298:*21*
299:*23*
302:*14*
303:*22*
306:*22*
308:*18*
315:*4*
319:*18*
322:9, *22*
324:*4*
326:*8*
332:*20*
335:*23*
336:*14*
339:*4*
342:*5*
354:22
355:*18*
360:*5, 8*
362:*8*
363:*4, 7*
366:*12*
369:*9, 18*
370:*2, 17*
371:*24*
372:*2*
374:*14*
376:*19*
377:*3, 6, 18*

380:*6*
382:*12*
383:*24*
385:*4*
387:*13*
394:*10*
396:*20*
398:*3, 13*
401:*8*
**well-
dedicated**
240:*9*
**well-
documented**
316:*10*
318:*17*
319:*1, 10, 12*
**went**  22:*6*
50:*20, 22*
123:*6*
135:*19*
144:*14, 19*
192:*22*
219:*8*
264:*14*
298:*14*
299:*1, 3*
300:*14*
308:*16*
321:*9*
330:*10*
337:9, *18*
351:*14, 16*
352:*16*
371:*19*
**we're**  13:*1*
14:*3, 11*
41:*12*
55:*17*
56:*18*  61:*8*
82:*17, 20*
93:*17*
124:*22, 23*
143:*13*

145:*4, 5*
147:*21*
148:*8, 9*
152:*23*
153:*4*
163:*4, 18*
164:9, *12, 14*
181:*11*
208:*23*
227:*20*
235:*8, 11, 13,
15*  263:*14*
266:*17, 21,
23*  281:*4*
301:*5, 8*
319:*10*
324:*19, 24*
325:*3*
326:*9*
332:*9*
349:*16*
368:*3, 15*
374:*2, 5*
376:*4*
381:*12*
399:*23*
400:*2*
**West** 4:*10*
5:*15*
**We've**  14:*9*
18:*18*  55:*5,
18*  71:*5*
81:*24*
163:*5*
222:*15*
257:*1*
258:*13*
303:*13*
**whatsoever**
238:*3*
255:*12*
**wide**  258:*5*
282:*5, 21*

**WILLIAM**
6:*16*
**WILSON**
2:*14*
**withdraw**
61:*7*  113:*6*
227:*4*
368:*15*
**withdrawn**
102:*16*
**witness**
11:*17, 22*
23:*18*  30:*5*
35:*20*
36:*22*  37:*8*
40:*4*  45:*21*
47:*15, 20*
49:*3*  50:*11*
51:*20*  52:*9*
53:*6, 21*
55:*9*  56:*3*
58:*12*  59:*9*
60:*15, 21*
61:*2, 12*
62:*15, 22*
65:*7*  76:*20*
79:*17*  80:*2,
6, 9*  82:*11*
87:*14*  88:*1*
90:*21*
91:*18*
92:*21*  96:*4*
98:*16*
100:*16*
101:*18*
102:*12*
103:*7*
106:*6*
107:*21*
109:*22*
110:*1, 10*
113:*15*
115:*12*
117:*23*

119:*15*
120:*14*
121:*24*
123:*24*
124:*17*
137:*12*
146:*20*
147:*24*
148:*24*
149:*12*
152:*9, 12, 14*
159:*11, 20*
162:*11, 20*
166:*11*
169:*5*
174:*6, 24*
175:*21*
177:*4, 16*
178:*7*
179:*3, 15*
181:*22*
190:*9*
193:*8*
203:*21*
214:*13*
215:*1, 18*
219:*7*
220:*16, 19*
227:*8, 17, 23*
228:*5*
229:*8, 13*
230:*20*
233:*9*
234:*22*
237:*12*
242:*20*
246:*17*
249:*2*
254:*4*
259:*11*
263:*22*
265:*14*
267:*12*
268:*15*

271:*7*
275:*2*
276:*15*
278:*14*
280:*5, 24*
287:*13*
289:*15*
291:*17*
296:*1, 22*
299:*9*
300:*22*
304:*7*
305:*16*
306:*22*
317:*2*
320:*6, 19, 23*
323:*12*
326:*13*
328:*19*
330:*7, 9*
333:*11*
334:*3*
336:*8*
337:*5*
339:*4*
342:*5*
344:*5, 24*
350:*2, 9*
359:*15*
361:*18*
363:*4*
367:*8*
369:*9*
370:*17*
372:*13*
373:*12*
377:*2, 24*
378:*14*
379:*11, 21*
380:*8*
382:*1, 12*
389:*8*
390:*5*

392:*22*
404:*4, 9, 13*
**witnesses**
383:*18*
**witness's**
80:*4*
**wmurtha@hi
llwallack.co
m**  6:*20*
**Wong**
24:*18, 20, 23*
25:*1*
**word**  15:*15,
16*  19:*19*
108:*1*
160:*16*
165:*19*
270:*1, 3*
303:*8*
351:*24*
352:*3*
360:*1*
368:*10*
390:*23*
**words**  43:*5*
186:*22*
209:*19*
239:*2*
244:*1, 2, 3, 7*
251:*1*
348:*22*
349:*1, 5, 18*
367:*23*
**work**  15:*7*
45:*1*  63:*3*
68:*18*
69:*22*  71:*8,
21*  75:*1, 18,
22*  83:*4, 8,
16, 21, 23*
167:*23*
170:*18*
241:*20*
245:*9, 15*

381:*3, 4*
389:*20*
395:*3, 13*
**worked**
24:*13*
72:*14*  130:*6*
**working**
70:*1*  166:*6*
176:*20*
191:*21*
253:*17*
347:*18*
386:*15*
399:*4*
**works**  83:*6*
**World**
124:*14*
191:*20*
200:*24*
253:*19*
288:*13*
**worn**  12:*18*
**worry**
73:*18*
276:*9*
277:*5, 11*
305:*11*
397:*9*
**Wow**  109:*15*
**write**  20:*8*
32:*21*  35:*3,
22*  382:*14*
**writing**
22:*13*  35:*8,
10*  40:*6, 7*
132:*9*
332:*14*
**written**
25:*21*  30:*6*
54:*18*  65:*5*
141:*18*
144:*24*
242:*4*

335:*12*
390:*15*
**wrong**  42:*2,
8*  46:*16*
64:*7, 9*
94:*4, 14*
123:*3*
157:*24*
229:*19*
241:*16*
338:*2, 5*
387:*23*
390:*12, 23*
391:*6*
394:*14, 19*
395:*11*
396:*11, 12*
**wrote**  18:*22*
19:*3*  27:*22*
28:*6*  29:*1,
19, 22*  30:*16*
35:*4*  37:*8*
52:*20, 22*
53:*15*
64:*14*
65:*10*
185:*8*
225:*1*
258:*24*
285:*14*
347:*12*
371:*23*
384:*18*
387:*5, 16, 20*
396:*3*
**WT**  322:*5*

**< X >**
**XUE**  1:*18*
8:*2, 13, 16*
11:*13*  12:*2,
11*  13:*22, 23*
14:*7*  16:*24*
17:*4*  18:*16*

Pengrigraph 2208 , Ph. D.

28:*14*  30:*4*
31:*23*
36:*24*  37:*7*
38:*3*  48:*20*
50:*10*
51:*19*
53:*20*
55:*14*
56:*18*  58:*1*
60:*14*
62:*21*  65:*3*
81:*19*  82:*9*,
*23*  87:*12*
98:*15*
100:*4, 21*
109:*21*
115:*14, 17*
117:*21*
124:*20*
128:*17*
145:*14*
153:*16*
159:*7*
162:*13, 19*
163:*15*
164:*3, 18*
176:*24*
214:*12*
221:*17*
222:*23*
235:*17*
256:*21*
273:*24*
280:*23*
300:*17*
320:*1, 18*
325:*17*
339:*15*
343:*6*
345:*16*
349:*23*
350:*6, 21*
354:*23*
355:*5, 14, 21*

357:*17, 18*
358:*11*
361:*17*
370:*16*
372:*12*
377:*1*
380:*7, 15*
386:*23*
400:*6, 19*
401:*11*
403:*19*

< Y >
**Yeah**  17:*1,*
*2*  19:*18*
23:*24*
28:*11*  31:*3,*
*4, 9*  32:*16*
38:*8, 10, 22*
40:*19*
44:*13*  46:*8,*
*11*  65:*12*
69:*5*  77:*17*
80:*2, 22*
81:*10*
89:*18*
109:*11, 22*
110:*21*
112:*20, 21*
124:*8*
126:*5, 7*
127:*12*
143:*7, 23*
144:*23*
170:*15*
171:*23*
177:*4*
180:*23*
186:*18*
191:*15*
202:*17*
203:*21*
208:*21*
219:*7*

234:*1, 22*
236:*3*
242:*9*
246:*7*
248:*15*
254:*4*
256:*18*
258:*3*
269:*20*
270:*3*
272:*15*
275:*2*
277:*18, 20*
278:*14*
284:*5*
289:*15*
292:*12, 13*
295:*3*
296:*22*
299:*9*
303:*3*
311:*19*
314:*2, 14*
321:*4*
322:*9*
326:*2*
330:*7*
335:*9*
336:*8*
346:*1, 3*
348:*7*
354:*1*
358:*3*
371:*24*
375:*7*
376:*19*
379:*8*
380:*17, 23*
382:*1*
**year**  81:*17*
113:*18*
154:*19*
155:*11*
156:*16*

219:*22*
266:*6*
**years**  15:*13*
155:*15*
182:*12*
239:*18*
241:*24*
**yelling**
355:*8, 10*
**Yep**  125:*19*
**yes-or-no**
39:*12*  41:*7*
45:*24*
48:*24*  49:*5,*
*6*  53:*2*
104:*8*
115:*21*
117:*15*
118:*10*
121:*20*
136:*2*
139:*20*
153:*12*
198:*12*
218:*10*
228:*15*
265:*18*
369:*3*
383:*12, 14*
**yesterday**
33:*8*  235:*1*
**yield**  286:*21*
**yielding**
244:*14*
**yields**  258:*9*
**York**  4:*11*

< Z >
**ZALMAN**
3:*5*
**zero**  300:*1*
**Zhejiang**
4:*3*  10:*7,*
*11*  312:*9, 22*

**ZHP**  23:*20*
24:*6, 13*
41:*1, 4, 18*
42:*2, 4, 8, 14,*
*19*  44:*6*
45:*2, 11, 18*
46:*15*  48:*9,*
*15*  50:*4, 15*
51:*3, 13, 15,*
*22*  52:*5*
53:*1, 13, 16,*
*22*  54:*18*
57:*18*  59:*4*
60:*5*  62:*3,*
*12*  63:*18*
64:*9, 19*
90:*8, 13, 22*
91:*5*  92:*12*
93:*12*  94:*3,*
*24*  95:*11*
96:*15, 19*
97:*7, 15*
98:*24*  99:*4*
101:*5*
102:*16*
103:*20*
111:*11*
112:*24*
113:*9*
115:*3*
116:*6*
117:*9, 10*
118:*4, 7*
119:*1, 24*
120:*4, 22*
122:*14*
123:*11, 15*
124:*2*
125:*6, 11, 13*
130:*2*
132:*1*
133:*14*
134:*19*
135:*7*

Pengucapan-2 *ue* , Ph. D.

136:*17, 23*
142:*16*
149:*18*
151:*6*
153:*20*
154:*19*
155:*12*
156:*3*
157:*18*
158:*19*
160:*9*
162:*5*
166:*14, 21*
167:*1, 2, 18*
168:*4, 5, 9,*
*11, 13*
170:*22, 23*
173:*8*
174:*14*
176:*20*
177:*10, 21*
178:*9, 21*
179:*9*
181:*2, 15*
183:*2, 10*
188:*11, 22*
189:*13, 22*
190:*23*
191:*8*
192:*13*
193:*1, 4, 10,*
*23*  195:*12*
198:*5*
199:*24*
208:*11*
209:*1*
212:*8*
213:*4, 10*
214:*4, 17*
215:*9*
216:*4, 20*
218:*16*
219:*9*
220:*1, 10, 24*

224:*1*
226:*16*
228:*24*
230:*2, 9*
231:*6*
232:*4, 18*
233:*1*
234:*5, 8, 12*
236:*23*
237:*2, 17*
241:*3, 21*
242:*13, 20*
243:*12, 14*
244:*10*
245:*18, 24*
248:*17*
249:*5*
250:*14, 18*
251:*8, 10, 13,*
*16*  252:*3, 6,*
*9, 12, 21*
253:*12*
255:*24*
258:*14*
259:*1*
262:*5*
263:*4*
264:*4*
266:*14*
270:*19*
276:*1, 2*
277:*19*
278:*2*
279:*24*
283:*9*
284:*13, 24*
285:*12, 18,*
*22*  286:*9*
288:*14*
289:*23*
291:*4*
292:*18*
293:*8*
294:*5*

295:*7, 14*
298:*6, 14, 24*
299:*21*
300:*11*
304:*2, 23*
305:*3, 21*
306:*10, 14*
308:*18, 22*
309:*18*
311:*21*
315:*7, 11, 19,*
*22*  316:*3*
319:*15*
324:*3, 15*
328:*24*
331:*21*
333:*20*
334:*20*
336:*5*
337:*2*
338:*20*
339:*8*
340:*16, 17*
341:*9, 20, 22*
343:*24*
348:*14*
350:*14*
361:*3*
370:*6, 10*
372:*1, 6, 14,*
*20*  374:*11,*
*18*  383:*21*
384:*4*
385:*10, 15*
386:*4*
390:*15*
391:*16*
392:*10*
395:*3, 12*
396:*2*  400:*7*
**ZHP0180729**
**8**  10:*6*
**ZHP's**  60:*8*
97:*13*

117:*16*
204:*20*
398:*17*
**zinc**  71:*6,*
*10*  72:*2, 3*
*86:21*  87:*5,*
*20*  88:*2, 15,*
*23, 24*  89:*5,*
*11, 23*  90:*10*
*91:7*  92:*14*
*95:1, 13*
*96:17*  97:*9,*
*17*  98:*6*
99:*5, 11, 21*
101:*9*
102:*20*
104:*7, 19, 23*
105:*3, 11, 18*
106:*3*
107:*2, 3, 13*
108:*17, 23*
112:*4*
113:*2, 10*
119:*7*
120:*7*
121:*6, 15*
123:*13*
125:*5*
129:*23*
131:*9*
134:*21*
135:*9, 17*
151:*8*
153:*22*
156:*4*
166:*16, 24*
167:*19*
168:*9*
171:*3*
172:*21*
174:*1, 9*
177:*11*
181:*12*
182:*3*

195:*1*
196:*12*
200:*10*
290:*24*
291:*9*
294:*6*
295:*15*
296:*10, 14*
328:*4, 15*
329:*3*
331:*24*
356:*2, 17*
357:*4*
358:*22*
369:*20*
375:*17*
**zkass@river**
**omestre.com**
3:*10*
**ZOOM**  2:*1*
3:*1*   4:*1*
5:*1*   6:*1*
7:*1*   21:*12*
27:*1*