UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

### CERTIFICATION OF ROSEMARIE RIDDELL BOGDAN IN OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO PRECLUDE CERTAIN OPINIONS OF PLAINTIFFS' EXPERT RAMIN (RON) NAJAFI, Ph.D

**Rosemarie Riddell Bogdan**, hereby certifies as follows:

1. I am an attorney at law within the State of New York and a partner with the law firm of Harding Mazzotti, LLP and serve as Court-appointed Plaintiffs' Steering Committee Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in opposition to Defendants' *Daubert* motion to preclude certain opinions of plaintiffs' expert Ramin (Ron) Najafi, Ph.D.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the ████████ ████████████████████████████████████████████████████.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the ████████ ████████████████████████████████████████████.

4. Attached hereto as **Exhibit C** are true and accurate copies of the examination before trial transcripts of ████████████████████████████████████████████████ ████████████████████████.

5. Attached hereto as **Exhibit D** is a true and accurate copy of ██████████ ████████████████████████████

6. Attached hereto as **Exhibit E** is a true and accurate copy of ██████████ ████████████████████████████

7. Attached hereto as **Exhibit F** is a true and accurate copy of ██████████ ████████████████████████████

8. Attached hereto as **Exhibit G** is a true and accurate copy of ██████████ ████████████████████

9. Attached hereto as **Exhibit H** is a true and accurate copy of ██████████ IARC Sci. Publ 57, 353-363 (1984), IARC article by Loeppky et al. entitled *Ester-Medicated Nitrosamine Formation From Nitrite and Secondary or Tertiary Amines*.

10. Attached hereto as **Exhibit I** are true and accurate copy of ██████████ ████████████████████████████████████

11. Attached hereto as **Exhibit J** is a true and accurate copy of ██████████ ██████████████

12. Attached hereto as **Exhibit K** are true and accurate copies of excerpts of ██████ ██████████ *Purification of Laboratory Chemicals*, Armarego, WLF (4th Edition **1996**; 6th Edition **2009**).

13. Attached hereto as **Exhibit L** are true and accurate copies of ██████████ ██████████████████████

14. Attached hereto as **Exhibit M** are true and accurate copies of ██████████ ████████████████████████████████████

15. Attached hereto as **Exhibit N** is a true and accurate copy of the ███████ ████████████████

16. Attached hereto as **Exhibit O** are true and accurate copies of ███████ ████████████

17. Attached hereto as **Exhibit P** is a true and accurate copy ████████████████

18. Attached hereto as **Exhibit Q** are true and accurate copies of ████████ ████████████

19. Attached hereto as **Exhibit R** are true and accurate copies of ████████ ████████████

20. Attached hereto as **Exhibit S** are true and accurate copies of ████████ ████████████

21. Attached hereto as **Exhibit T** is a true and accurate copy of the ████████ ███████████████████████████████████████████

22. Attached hereto as **Exhibit U** is a true and accurate copy of ████████████████

                                        **HARDING MAZZOTTI, LLP**
                                        Attorneys for Plaintiffs

                                        By:   /s/ Rosemarie Riddell Bogdan

Dated: April 11, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan