### EXHIBITS A – G; I – J; L - U

**Documents designated Confidential or Restricted Confidential Information.
In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in-camera review.**