# PURIFICATION OF LABORATORY CHEMICALS

Fourth Edition

## W.L.F Armarego

*Pteridine Biochemistry Laboratory*
*Protein Biochemistry Group*
*Division of Biochemistry & Molecular Biology*
*The John Curtin School of Medical Research*
*Australian National University, Canberra*
*A.C.T*

And

## D.D Perrin

*Formerly of the Medical Chemistry Group*
*Australian National University, Canberra*
*A.C.T*

BUTTERWORTH HEINEMANN

Exhibit
in Re: Valsartan
Ron Najafi
0012

Butterworth-Heinemann
Linacre House, Jordan Hill, Oxford OX2 8DP
225 Wildwood Avenue, Woburn, MA 01801-2041
A division of Reed Educational and Professional Publishing Ltd

℞ A member of the Reed Elsevier plc group

OXFORD  AUCKLAND  BOSTON
JOHANNESBURG  MELBOURNE  NEW DELHI

First published 1996
Paperback edition 1997
Reprinted 1998, 1999, 2000

© Reed Educational and Professional Publishing Ltd 1996

All rights reserved. No part of this publication
may be reproduced in any material form (including
photocopying or storing in any medium by electronic means
and whether or not transiently or incidentally
to some other use of this publication) without the
written permission of the copyright holder except in accordance
with the provisions of the Copyright, Designs and Patents Act 1988
or under the terms of a licence issued by the Copyright Licensing
Agency Ltd, 90 Tottenham Court Road, London, England W1P 0LP.
Applications for the copyright holder's written permission
to reproduce any part of this publication should be addressed
to the publishers

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

**Library of Congress Cataloguing in Publication Data**
A catalogue record for this book is available from the Library of Congress

ISBN 0 7506 3761 7



FOR EVERY TITLE THAT WE PUBLISH, BUTTERWORTH-HEINEMANN
WILL PAY FOR BTCV TO PLANT AND CARE FOR A TREE.

Printed and bound in Great Britain by The Bath Press, Bath

# CONTENTS

Preface to Fourth Edition.................................................................................................ix

Preface to First Edition ...................................................................................................x

Preface to Second Edition ..............................................................................................x

Preface to the Third Edition...........................................................................................xi

**CHAPTER 1**
   **COMMON PHYSICAL TECHNIQUES USED IN PURIFICATION**.................1

GENERAL   REMARKS.................................................................................................1
   Abbreviations ............................................................................................................1
   Purity of Substances ..................................................................................................2
   Safety in the Chemical Laboratory............................................................................3
   Trace Impurities in Solvents......................................................................................4
   Cleaning  Apparatus...................................................................................................4
   Sililation of Glassware and Plasticware ....................................................................5

DISTILLATION..............................................................................................................5
   Techniques .................................................................................................................6
   Distillation at Atmospheric Pressure .........................................................................7
      The distilling flask................................................................................................7
      Types of columns and packings ...........................................................................7
      Condensers ...........................................................................................................8

VACUUM DISTILLATION ..........................................................................................9
   Kügelrohr Distillation ..............................................................................................10
   Vacuum-lines, Schlenk and Glovebox Techniques .................................................10
   Spinning-band Columns ...........................................................................................10

STEAM   DISTILLATION............................................................................................10

AZEOTROPIC DISTILLATION ..................................................................................11

ISOPIESTIC OR ISOTHERMAL DISTILLATION ....................................................11

SUBLIMATION............................................................................................................12

RECRYSTALLISATION..............................................................................................12
   Techniques ................................................................................................................12
   Filtration ...................................................................................................................13
   Choice of Solvents ...................................................................................................13
   Mixed Solvents.........................................................................................................14
   Recrystallisation from the Melt................................................................................14
   Zone  Refining..........................................................................................................15

DRYING .................................................................................................................................. 15
    Removal of Solvents.......................................................................................... 15
    Removal of Water.............................................................................................. 15
    Intensity and Capacity of Common Desiccants ................................................ 16
    Suitability of Individual Desiccants .................................................................. 16
    Freeze-pump-thaw and Purging........................................................................ 17

CHROMATOGRAPHY........................................................................................................... 18
Liquid Chromatography........................................................................................................ 18
    Adsorption Chromatography ............................................................................ 18
    Graded Adsorbents and Solvents...................................................................... 18
    Preparation and Standardisation of Alumina ................................................... 18
    Preparation of other Adsorbents ....................................................................... 19
Partition Chromatography .................................................................................................... 20
Flash Chromatography ......................................................................................................... 20
Paired-ion Chromatography.................................................................................................. 20
Ion-exchange Chromatography............................................................................................. 21
    Ion-exchange Resins......................................................................................... 21
    Ion-exchange Celluloses and Sephadex ........................................................... 21
    Cellex CM and D .............................................................................................. 22
Crystalline Hydroxylapatite.................................................................................................. 22
Gel Filtration......................................................................................................................... 23
High Performance Liquid Chromatography (HPLC)............................................................ 23
Other Types of Liquid Chromatography............................................................................... 23
Vapour Phase Chromatography............................................................................................ 24
Paper Chromatography ......................................................................................................... 26
Thin or Thick Layer Chromatography (TLC)....................................................................... 26

SOLVENT EXTRACTION AND DISTRIBUTION................................................................ 27

MOLECULAR SIEVES ........................................................................................................... 28

SOME HAZARDS OF CHEMICAL MANIPULATION IN PURIFICATION AND RECOVERY FROM
    RESIDUES ................................................................................................................. 29
        Perchlorates and perchloric acid....................................................................... 29
        Peroxides........................................................................................................... 30
        Heavy-metal-containing explosives.................................................................. 30
        Strong acids ...................................................................................................... 30
        Reactive halides and anhydrides....................................................................... 30
        Solvents............................................................................................................. 30
        Salts................................................................................................................... 30

TABLES ................................................................................................................................... 31
    Table 1A:    Predicted effect of pressure on boiling point ..................................... 31
    Table 1B:    Predicted effect of pressure on boiling point ..................................... 32
    Table 2:    Heating baths....................................................................................... 33
    Table 3:    Whatman filter papers......................................................................... 33
    Table 4:    Micro filters........................................................................................ 34
    Table 5:    Common solvents used in recrystallisation ....................................... 35
    Table 6:    Pairs of miscible solvents................................................................... 35
    Table 7:    Materials for cooling baths ................................................................. 36
    Table 8:    Boiling points of gases ....................................................................... 37
    Table 9:    Liquids for drying pistols................................................................... 37

Table 10: Vapour pressures of saturated aqueous solutions in equilibrium with solid salts...... 37
Table 11: Drying agents for classes of compounds .......................................................... 38
Table 12: Graded adsorbents and solvents....................................................................... 38
Table 13: Representative ion-exchange resins .................................................................. 39
Table 14: Modified fibrous celluloses for ion-exchange .................................................... 39
Table 15: Bead form ion-exchange packagings ................................................................ 40
Table 16: Columns for HPLC........................................................................................... 40
Table 17: Liquids for stationary phases in gas chromatography......................................... 42
Table 18: Some common immiscible or slightly miscible pairs of solvents......................... 42
Table 19: Aqueous buffers .............................................................................................. 43

BIBLIOGRAPHY ................................................................................................................ 44

CHAPTER  2. CHEMICAL METHODS USED IN PURIFICATION ................................ 48

GENERAL   REMARKS................................................................................................... 48

REMOVAL OF TRACES OF METALS FROM REAGENTS.............................................. 48
    Distillation............................................................................................... 48
    Use of ion-exchange resins...................................................................... 48
    Precipitation ............................................................................................ 49
    Extraction................................................................................................ 49
    Complexation .......................................................................................... 49

USE OF METAL HYDRIDES............................................................................................ 49
  Lithium aluminium hydride............................................................................. 49
  Calcium hydride ............................................................................................. 49
  Sodium borohydride ....................................................................................... 50
  Potassium  borohydride................................................................................... 50

PURIFICATION via DERIVATIVES.................................................................................. 50
  Alcohols ......................................................................................................... 50
  Aldehydes and Ketones.................................................................................. 51
  Amines,  picrates............................................................................................ 51
    double salts ............................................................................................ 51
    salts......................................................................................................... 51
    $N$-acetyl derivatives................................................................................ 51
    $N$-tosyl derivatives................................................................................. 52
  Aromatic hydrocarbons, adducts..................................................................... 52
    sulphonation............................................................................................ 52
  Carboxylic acids, 4-bromophenacyl esters...................................................... 52
    alkyl esters.............................................................................................. 52
    salts......................................................................................................... 52
  Hydroperoxides.............................................................................................. 52
  Ketones, bisulphite adducts ............................................................................ 52
    semicarbazones....................................................................................... 52
  Phenols, benzoates ......................................................................................... 53
    acetates................................................................................................... 53
  Phosphate and phosphonate esters.................................................................. 53

GENERAL METHODS FOR THE PURIFICATION OF CLASSES OF COMPOUNDS................ 53

GENERAL PROCEDURES FOR THE PURIFICATION OF SOME CLASSES OF ORGANIC COMPOUNDS ................................................................................................................. 54
    Acetals ............................................................................................................................ 54
        Acids,    carboxylic ...................................................................................................... 55
                      sulphonic ........................................................................................................ 55
                      sulphinic ......................................................................................................... 55
    Acid chlorides ................................................................................................................ 55
        Alcohols,    monohydric .................................................................................................. 55
                      polyhydric ..................................................................................................... 56
    Aldehydes ....................................................................................................................... 56
    Amides ........................................................................................................................... 56
    Amines .......................................................................................................................... 56
    Amino acids .................................................................................................................. 56
    Anhydrides .................................................................................................................... 56
    Carotenoids ................................................................................................................... 57
    Esters ............................................................................................................................. 57
    Ethers ............................................................................................................................. 57
    Halides .......................................................................................................................... 58
    Hydrocarbons ................................................................................................................ 58
    Imides ........................................................................................................................... 59
    Imino compounds .......................................................................................................... 59
    Ketones ......................................................................................................................... 59
    Macromolecules ............................................................................................................ 454
    Nitriles .......................................................................................................................... 59
    Nitro compounds .......................................................................................................... 59
    Nucleic acids ................................................................................................................ 457
    Phenols .......................................................................................................................... 59
    Polypeptides and proteins ............................................................................................. 457
    Quinones ....................................................................................................................... 60
    Salts (organic), with metal ions ..................................................................................... 60
                  with organic ions ........................................................................................... 60
                  alkane disulphonates ..................................................................................... 60
    Sulphur compounds, disulphides ................................................................................... 60
                  sulphones ....................................................................................................... 60
                  sulphoxides ................................................................................................... 60
                  thioethers ...................................................................................................... 60
                  thiols ............................................................................................................. 60
                  thiolsulphonates (disulphoxides) ................................................................... 60

BIBLIOGRAPHY ..................................................................................................................... 61

CHAPTER 3. PURIFICATION OF ORGANIC CHEMICALS ............................................. 63

CHAPTER 4. PURIFICATION OF INORGANIC AND
                  METAL-ORGANIC CHEMICALS .............................................................. 361

CHAPTER 5. PURIFICATION OF BIOCHEMICALS AND RELATED PRODUCTS ... 454

INDEX ........................................................................................................................................ 523

nitrogen and passed through activated alumina before use. [Woon et al. *JACS* **108** 7990 *1986*; Wong et al. *JACS* **109** 3428 *1987*].

**Dimethylcarbamoyl chloride** *[79-44-7]* **M 107.5, m -33°, b 34°/0.1mm, d 1.172, n 1.4511.** Must distil under high vacuum to avoid decomposition.

**3,3'-Dimethylcarbanilide** *[620-50-8]* **M 240.3, m 225°.** Crystd from ethyl acetate.

**Dimethyl carbonate** *[616-38-5]* **M 90.1, m 4.65°, b 90-91°, d 1.070, n 1.369.** Contains small amounts of water and alcohol which form azeotropes. Stood for several days in contact with Linde type 4A molecular sieves, then fractionally distd. The middle fraction was frozen slowly at 2°, several times, retaining 80% of the solvent at each cycle.

*cis-*and *trans-***1,4-Dimethylcyclohexane** *[589-90-2]* **M 112.2, b 120°, d 0.788, n 1.427.** Freed from olefines by shaking with conc $H_2SO_4$, washing with water, drying and fractionally distilling.

**5,5-Dimethyl-1,3-cyclohexanedione** see **dimedone.**

**1,2-Dimethylcyclohexene** *[1674-10-8]* **M 110.2, b 135-136°/760mm, d 0.826, n 1.4591.** Passed through a column of basic alumina and distd.

**1,5-Dimethyl-1,5-diazaundecamethylene polymethobromide (Hexadimethrene, polybrene)** *[28728-55-4]*. Purified by chromatography on Dowex 50 and/or by filtration through alumina before use [Frank *Hoppe-Seyler's Z Physiol Chemie* **360** 997 *1979*].

**Dimethyldihydroresorcinol** see **dimedone.**

**2,9-Dimethyl-4,7-diphenyl-1,10-phenanthroline** *[4733-39-5]* **M 360.5, m >280°.** Purified by recrystn from benzene.

**Dimethyl disulphide** *[624-92-0]* **M 94.2, f.p. -98°, b 40°/12mm, 110°/760mm, d 1.0605, n 1.5260.** Passed through neutral alumina before use.

**Dimethyl ether** see **methyl ether.**

**2,2-Dimethylethyleneimine** *[2658-24-4]* **M 71.1, b 70.5-71.0°.** Freshly distd from sodium before use.

**N,N-Dimethyl formamide (DMF)** *[68-12-2]* **M 73.1, b 76°/39mm, 153°/760mm, d 0.948, $n^{25}$ 1.4269.** Decomposes slightly at its normal boiling point to give small amounts of dimethylamine and carbon monoxide. The decomposition is catalysed by acidic or basic materials, so that even at room temperature DMF is appreciably decomposed if allowed to stand for several hours with solid KOH, NaOH or $CaH_2$. If these reagents are used as dehydrating agents, therefore, they should not be refluxed with the DMF. Use of $CaSO_4$, $MgSO_4$, silica gel or Linde type 4A molecular sieves is preferable, followed by distn under reduced pressure. This procedure is adequate for most laboratory purposes. Larger amounts of water can be removed by azeotropic distn with benzene (10% v/v, previously dried over $CaH_2$), at atmospheric pressure: water and benzene distil below 80°. The liquid remaining in the distn flask is further dried by adding $MgSO_4$ (previously ignited overnight at 300-400°) to give 25g/L. After shaking for one day, a further quantity of $MgSO_4$ is added, and the DMF distd at 15-20mm pressure through a 3-ft vacuum-jacketed column packed with steel helices. However, $MgSO_4$ is an inefficient drying agent, leaving about 0.01M water in the final DMF. More efficient drying (to around 0.001-0.007M water) is achieved by standing with powdered BaO, followed by decanting before distn, with alumina powder (50g/L; previously heated overnight to 500-600°), and distilling from more of the alumina; or by refluxing at 120-140° for 24h with triphenylchlorosilane (5-10g/L), then distilling at *ca* 5mm pressure [Thomas and Rochow *JACS* **79** 1843 *1957*]. Free amine in DMF can be detected by colour reaction with 1-fluoro-2,4-dinitrobenzene. It has also been purified by drying overnight over KOH pellets and then distd

from BaO through a 10 cm Vigreux column {*Experimental Cell Research* **100** 213 *1976*}. [For efficiency of desiccants in drying dimethyl formamide see Burfield and Smithers [*JOC* **43** 3966 *1978*, and for a review on purification, tests of purity and physical properties, see Juillard *PAC* **49** 885 *1977*].
It has been purified by distilling from $K_2CO_3$ under high vac and fractionated in an all-glass apparatus. The middle fraction is collected, degassed (seven or eight freeze-thaw cycles) and redistd under as high a vacuum as possible [Mohammad and Kosower *JACS* **93** 2713 *1971*].

*d,l*-**2,4-Dimethylglutaric acid** *[2121-67-7]* **M** 160.2, **m** 144-145°. Distd in steam and crystd from ether/pet ether.

**3,3-Dimethylglutaric acid** *[4839-46-7]* **M** 160.2, **m** 103-104°, **b** 89-90°/2mm, 126-127°/4.5mm. Crystd from water, benzene or ether/pet ether. Dried in a vacuum.

**3,3-Dimethylglutarimide** *[1123-40-6]* **M** 141.2, **m** 144-146°. Recrystd from EtOH [Arnett and Harrelson *JACS* **109** 809 *1987*].

*N,N*-**Dimethylglycinehydrazide hydrochloride** *[539-64-0]* **M** 153.6, **m** 181°. Crystd by adding EtOH to a conc aqueous soln.

**Dimethylglyoxime** *[95-45-4]* **M** 116.1, **m** 240°. Crystd from EtOH (10ml/g) or aqueous EtOH.

**2,5-Dimethyl-2,4-hexadiene** *[764-13-6]* **M** 110.2, **f.p.** 14.5°, **b** 132-134°, **d** 0.773, **n** 1.4796. Distd, then repeatedly fractionally crystd by partial freezing. Immediately before use, the material was passed through a column containing Woelm silica gel (activity I) and Woelm alumina (neutral) in separate layers.

**2,2-Dimethylhexane** *[590-73-8]* **M** 114.2, **m** -121.2°, **b** 107°, **d** 0.695,
**2,5-Dimethylhexane** *[592-13-2]* **M** 114.2, **m** -91.2°, **b** 109°, **d** 0.694. Dried over type 4A molecular sieves and distd.

**2,5-Dimethylhexane-2,5-diol** *[110-03-2]* **M** 146.2, **m** 88-90°. Purified by fractional crystn. Then the diol was dissolved in hot acetone, treated with activated charcoal, and filtered while hot. The soln was cooled and the diol was filtered off and washed well with cold acetone. The crystn process was repeated several times and the crystals were dried under a vac in a freeze-drying apparatus [Goates et al. *JCSFT 1* **78** 3045 *1982*].

**5,5-Dimethylhydantoin** *[77-71-4]* **M** 128.1, **m** 177-178°. Crystd from EtOH and sublimed *in vacuo*.

**1,1-Dimethylhydrazine** *[57-14-7]* **M** 60.1, **b** 60.1°/702mm, **d** 0.790, **n** 1.408. Fractionally distd through a 4-ft column packed with glass helices. Ppted as its oxalate from ethyl ether soln. After crystn from 95% EtOH, the salt was decomposed with aqueous saturated NaOH, and the free base was distd, dried over BaO and redistd [McBride and Kruse *JACS* **79** 572 *1957*]. Distn and storage should be under nitrogen.

**4,6-Dimethyl-2-hydroxypyrimidine** *[108-79-2]* **M** 124.1, **m** 198-199°. Crystd from absolute EtOH (charcoal).

**1,2-Dimethylimidazole** *[1739-84-0]* **M** 96.1, **b** 206°/760mm, **d** 1.084. Crystd from benzene and stored at 0-4°. [Gorun et al. *JACS* **109** 4244 *1987*].

**1,1-Dimethylindene** *[18636-55-0]* **M** 144.2. Purified by gas chromatography.

**Dimethyl itaconate** *[617-52-7]* **M** 158.2, **m** 38°, **b** 208°, **d** 1.124. Crystd from MeOH by cooling to -78°.

**Dimethylmaleic anhydride** *[766-39-2]* **M** 126.1, **m** 96°, **b** 225°/760mm. Distd from benzene/ligroin and sublimed in a vacuum.