# EXHIBITS A - M

*Redacted -- Filed Under Seal*