# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**  **This Document Relates to All Actions** | MDL No. 2875  Honorable Robert B. Kugler, District Court Judge  **CERTIFICATION OF VICTORIA DAVIS LOCKARD, ESQ.** |

VICTORIA DAVIS LOCKARD, ESQ., being of full age, certifies as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC. I make this Certification based on personal knowledge and in support of Defendants' Opposition to Plaintiffs' *Daubert* Motion to Preclude Opinions of Defense Expert Steven W. Baertschi, Ph.D.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts of the transcript of the deposition of Stephen Hecht, Ph.D., in MDL 2875, dated January 13, 2023.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts of the transcript of the deposition of Philip James Russ, in MDL 2875, dated January 5, 2023.

1

4. Attached hereto as Exhibit C is a true and accurate copy of the errata sheet to the transcript of the deposition of Steven W. Baertschi, Ph.D., in MDL 2875, dated March 10, 2023.

Dated: April 11, 2023

                                                    Respectfully submitted,

/s/ *Victoria Davis Lockard*
Victoria Davis Lockard
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
Tel.: (678) 553-2103
Fax: (678) 553-2104
LockardV@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

By: */s/ Steven M. Harkins*
Steven M. Harkins