# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
2                CAMDEN VICINAGE
3
                                    : MDL NO. 2875
4     IN RE: VALSARTAN,             :
      LOSARTAN, AND IRBESARTAN      :
5     PRODUCTS LIABILITY            :
      LITIGATION                    : VIDEOTAPED DEPOSITION
6                                   :         UPON
                                    :   ORAL EXAMINATION
7                                   :         OF
                                    : STEPHEN S. HECHT, PhD
8     ------------------------   X
9
10             TRANSCRIPT of the stenographic notes of
11    the proceedings in the above-entitled matter, as
12    taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
13    held via ZOOM VIDEOCONFERENCE from various locations,
14    with the witness located at 2231 6th Street,
15    Minneapolis, Minnesota, on Friday, January 13, 2023,
16    commencing at 8:18 a.m. Central Time.
17
18
19
20
21
22
23
24
25

1    Q.    To whom are they describing the change
2    in the process?  Are they describing the change in
3    the process to the FDA?  Is that one of the purposes
4    of this document?
5         A.    I do not think so.
6         Q.    Okay.  It's an amendment to the Drug
7    Master File.  Correct?
8         A.    Yes.
9         Q.    And that gets submitted for a change to
10   FDA.  Correct?
11        A.    Okay, I guess that's right.
12        Q.    Okay.  And you say you guess that's
13   right, because you're -- fair to say, you're not
14   really an expert in regulatory or FDA issues.  Is
15   that fair?
16        A.    Yes, that's correct.
17        Q.    Okay.
18              MR. BERNARDO:  Let's take a look at Page
19   Number 2 of 16.
20        Q.    So the new process changed triethylamine
21   hydrochloride salt to zinc chloride for the tetrazole
22   formation.  Is that correct?
23        A.    Yes.
24        Q.    And that change was to reduce -- and
25   again, I'm sorry for my pronunciation, Dr. Hecht --

Page 129

1            MR. SLATER:  Objection.
2       Q.   I want to understand what you are saying
3   has been in a conference?
4       A.   Not specifically --
5            MR. SLATER:  One second, Doctor --
6            (Simultaneous speaking.)
7       A.   No, not specifically for this process,
8   okay?  I'm saying the general mechanism of formation,
9   okay?  So that is the beauty of chemistry, okay?  You
10  have certain reactions that will take place under
11  certain conditions, and it doesn't matter whether
12  that's in a food product or a pharmaceutical product,
13  or in the environment.  Okay?  We can predict that
14  that reaction will take place.
15           And the formation of dimethylnitrosamine
16  from dimethylamine has been known for decades.
17      Q.   Okay.  I want to go back to your report
18  for a moment, and we're going to put on the screen,
19  page 20.  And I want to have you take a look; it's
20  about five, six lines from the bottom.
21           "In their analyses of the product, they
22  would not have identified NDMA in the chromatograms
23  unless they were specifically looking for it, because
24  the peaks would be too small."
25           Do you see that?

1      A.    Yep.
2      Q.    Okay.  And I understand you follow-up by
3  saying that that's not a legitimate scientific
4  excuse.  I want to ask you a question.
5            Hypothetically, if ZHP was not expected
6  -- sorry.  If nitrosamine formation would not be
7  expected, you'd -- you agree, there's no reason they
8  should have detected it in their products with the
9  testing that was done.  Correct?
10           MR. SLATER:  Objection.
11           (Simultaneous speaking.)
12           MR. SLATER:  That doesn't make sense.
13     A.    They wouldn't have seen it.  Not in
14  routine testing.
15     Q.    Okay.  And now you say ZHP should have
16  been testing its API for both NDMA and NDEA.  Is that
17  correct?
18     A.    Yes.
19     Q.    Is it your opinion that ZHP should have
20  been testing for all nitrosamines, or just those two?
21     A.    Well, those would be -- those would be
22  the main two.  But I mean, again, they're adding
23  nitrite at pH 3; this is like perfect conditions for
24  nitrosamine formation.  You can read it in the
25  literature.  It's been known since the 1950s, all

Page 203

1    other?
2         A.    No, I don't know.
3         Q.    Do you have any reason to dispute that
4    Novartis conducted testing on valsartan API, prior to
5    2018?
6         A.    I don't know.
7         Q.    Okay.  Hypothetically --
8         A.    I don't know whether they did or they
9    didn't.  That's my answer.
10        Q.    Hypothetically -- understood.
11   Hypothetically, if Novartis did conduct testing on
12   valsartan API prior to May 2018, and did not find
13   NDMA, would that factor into your consideration and
14   the forming of your opinion?
15        A.    No, because in order to find NDMA in the
16   testing, you need to be looking for it.  All right?
17   The peaks -- the NDMA peak would be too small for it
18   to stand out.  That's why some of these companies
19   missed it, because they looked at the solvents, the
20   ones we were just talking about.  They're going to be
21   like relatively larger peaks.  The NDMA peak is going
22   to be very small.
23              So you wouldn't see it.  You wouldn't
24   notice it unless you were actually looking for it.
25   And that's why only Novartis figured it out, because

1   formation of -- let me start with impurities in
2   pharmaceuticals?
3       A.   Not in pharmaceuticals.  I mean --
4       Q.   Yeah, I'm purely asking about
5   pharmaceuticals?
6       A.   We did do a study on dishwashing
7   liquids.  And of course, we've done a lot on tobacco,
8   but we haven't done pharmaceuticals.
9       Q.   And you've never performed any
10  evaluation of a manufacturer's compliance with CGMP
11  manufacturing practices with respect to
12  pharmaceuticals.  Is that fair?
13      A.   Yes, correct.
14      Q.   And you've never conducted testing of
15  any kind for a pharmaceutical company of any of its
16  products.  Is that correct?
17      A.   Correct.
18      Q.   And you've never conducted an assessment
19  of a pharmaceutical product.  Correct?
20      A.   What do you mean by "assessment"?
21      Q.   Well, I was going to use risk
22  assessment, but you didn't like that phrase earlier?
23      A.   No.
24      Q.   You've never studied a pharmaceutical,
25  previously to this case, to determine what risks the

Page 239

1    pharmaceutical might present.  Is that fair?
2         A.    Correct.
3         Q.    Okay.  And you have no experience with
4    respect to pharmaceutical regulation and enforcement.
5    Fair?
6         A.    Correct.
7         Q.    And outside of litigation, you've never
8    reviewed any pharmaceutical regulatory filings.
9    Correct?
10        A.    Correct.
11        Q.    Okay.
12              MR. BERNARDO:  And this is where the
13   word comes up, Adam.
14        Q.    You're not an epidemiologist.  Is that
15   fair?
16        A.    I'm not what?
17        Q.    An epidemiologist?
18        A.    That's correct; I'm not an
19   epidemiologist.
20        Q.    And therefore, you don't consider
21   yourself to be an expert in the field of
22   epidemiology.  Correct?
23        A.    That's correct.
24        Q.    When was the last time you taught a
25   full-time university course, Dr. Hecht?

Page 260

1    included on the list of supplemental materials
2    reviewed.  Correct?
3         A.    Right.
4         Q.    And Dr. Hecht, turning now back to your
5    July report, there is an exhibit that has a similar
6    list of the materials that you reviewed.  I believe
7    it's Exhibit -- I believe it's Exhibit 2 to your
8    July 7, 2021 report.  If you could go ahead and take
9    a look at that.
10        A.    Which exhibit is it?
11        Q.    It's Exhibit 2?
12        A.    All right.
13        Q.    And I believe it's unnumbered.
14        A.    Okay.  "Documents Reviewed."
15        Q.    And there's a header --
16        A.    What's your question?
17        Q.    Sure.  I just want to confirm:  There's
18   a header for ZHP documents again, and that goes on
19   until the third page --
20        A.    Right.
21        Q.    -- of this exhibit.  Then there are
22   Hetero and Mylan documents?
23        A.    Right.
24        Q.    And then there's a list of 13 Teva
25   documents.  Do you see that?

Page 263

```
1     dimethylamine could have been formed from DMF, and,
2     you know, once he saw that, then obviously the light
3     bulb went off.
4          Q.    Doctor, are you familiar with the FDA's
5     review process for approving DMFs and ANDA
6     applications?
7          A.    Not very.
8          Q.    So would you say you have an
9     understanding of what information in the Drug Master
10    File is or is not available to a finished-dose
11    manufacturer when they submit an ANDA?
12         A.    It's not my area.
13         Q.    And you haven't reviewed Teva's ANDAs
14    that were submitted in this case?
15         A.    Pardon?
16         Q.    Sorry.  You have not reviewed the ANDA
17    files submitted by the finished-dose manufacturers,
18    Teva and Torrent, in this case, have you?
19         A.    No.
20         Q.    Do you have any understanding -- I
21    believe you may have already answered this, but just
22    to be clear -- do you have any opinion or
23    understanding as to what a finished-dose manufacturer
24    like Teva does or does not have access to, in the ZHP
25    DMF when they submit those ANDAs?
```