# EXHIBIT C

## Errata Sheet

### January 26, 2023 Deposition Transcript – Steven Baertschi, Ph.D.
### In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation

| Page, Lines | Change | Reason |
|---|---|---|
| 31, 15 | "Reign" to "rein" | Grammar |
| 32, 3 | "Reign" to "rein" | Grammar |
| 64, 22 | Add to the end of line 22, "During my deposition, I had forgotten that Teva had a subsidiary that manufactured valsartan API at one point; that does not impact my opinions in this case." | Clarity, accuracy |
| 64, 6 | "awkward" to "software" | Transcription error |
| 66, 19 | Add to the end of line 19, "During my deposition, I had forgotten that Teva had a subsidiary that manufactured valsartan API at one point; that does not impact my opinions in this case." | Clarity, accuracy |
| 84, 22 | "FCA" to "FDA" | Transcription error |
| 140, 8 | "Detention" to "detection" | Transcription error |
| 146, 5 | "DMS" to "BMS" | Transcription error |
| 163, 2-3 | From: "that are as part of the risk assessment. You"<br>To: "that are -- as part of the risk assessment, you" | Clarity, accuracy |
| 176, 8 | "Callous" to "catalysts," | Transcription error |
| 186, 12 | "Assessment" to "practice" | Misspoke |
| 192, 15 | "unidentified [sic.]" to "been identified" | Transcription error |
| 244, 19 | Add "as" between "simple" and "to" and add open quotation mark before "there's" | Clarity |
| 244, 20 | Change "peak. You" to "peak, you" | Clarity |
| 244, 22 | Add close quotation mark after "is." | Clarity |
| 250, 4 | "lineary [sic]" to "linearity" | Transcription error |
| 262, 6 | "NMDA [sic]" to "NDMA" | Misspoke |
| 266, 6 | Add "haven't" between "I" and "committed" | Misspoke |

| | | |
|---|---|---|
| 271, 23 | "332" to "320" | Misspoke |
| 274, 22 | "six" to "76" | Transcription error |
| 278, 22 | "mass" to "match the" | Transcription error |
| 285, 8 | "qualification" to "identification" | Misspoke |
| 293, 1 | "Predictive" to "predictable" | Misspoke, clarity |
| 300, 15 | "proteinated" to "protonated" | Transcription error |
| 302, 16 | After "field" add "of nitrosamines" | Clarity |
| 323, 6 | "hence," to "Hecht's" | Transcription error |

_____
Steven Baertschi, Ph.D.



_____ Notary Public.

This, the 10th day of March, 2023.

My Commission Expires: 11/30/2024 .

KATHERINE D. GANNON
MY COMMISSION # HH 032006
EXPIRES: November 30, 2024
Bonded Thru Notary Public Underwriters