# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## CAMDEN DIVISION

| | |
|---|---|
| *In re: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Employers and Laborers Locals 100 and 397 Health and Welfare Fund, et. al. v. Zhejiang Huahai Pharmaceutical Co. Ltd.*<br>1:20-cv-7285-RBK-SAK | Case No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Charles E. Schaffer, hereby enter an appearance on behalf of Plaintiffs Employers and Laborers Local 100 and 397 Health and Welfare Fund, and Steamfitters Local 439 in *Employers and Laborers Locals 100 and 397 Health and Welfare Fund, et. al. v. Zhejiang Huahai Pharmaceutical Co. Ltd.,* 1:20-cv-7285-RBK-SAK.

Respectfully submitted,

Dated: April 13, 2023

*/s/ Charles E. Schaffer*
Charles E. Schaffer (PA Bar No. 76259)
**Levin Sedran & Berman LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215)592-1500
Fax: (215)592-4663
Email: cschaffer@lfsblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on April 13, 2023. Notice of the electronic filing will be sent to all counsel of record by ECF notification.

Dated: April 13, 2023

/s/ *Charles E. Schaffer*
Charles E. Schaffer (PA Bar No. 76259)
**Levin Sedran & Berman LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215)592-1500
Fax: (215)592-4663
Email: cschaffer@lfsblaw.com