IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This Document Relates to: | Honorable Joel Schneider, Magistrate Judge |
| *Todd Van Kooten v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Case No. 1:20-cv-02249-RBK-SAK | |

**STATEMENT NOTING A PARTY'S DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Hy-Vee, Inc. ("Hy-Vee"), a party to this action, hereby informs this Honorable Court and other parties of the death of plaintiff **Todd Van Kooten**.  It recently came to the attention of Hy-Vee's counsel that Mr. Van Kooten passed away on May 17, 2022.[1]

Dated:  April 18, 2022

                                                  Respectfully submitted,

                                                  */s/ Jeffrey A. Kennard*

Jeffrey A. Kennard     (MO Bar No. 46689)
Cameron E. Grant      (MO Bar No. 72225)
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106-2197
Tel:     (816) 268-9400
Fax:    (816) 268-9409
Email: jkennard@sakg.com
           cgrant@sakg.com
*Counsel for Hy-Vee, Inc.*

---

[1] *See* Obituary information for Todd Van Kooten (caldwellparrish.com)

{00227921.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, I electronically filed the foregoing Statement Noting a Party's Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jeffrey A. Kennard*
_____
Jeffrey A. Kennard, an attorney for Hy-Vee, Inc.