UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| **THIS DOCUMENT RELATES TO**<br><br>*Bambi Ganim v. Hetero Labs, Ltd., et al.,* No. 1:20-cv-07523 | **HON. ROBERT B. KUGLER**<br>**CIVIL NO. 19-2875 (RBK)** |

## MOTION FOR SUBSTITUTION OF PARTY

The named Plaintiff in this action, Bambi Ganim, passed away on February 2, 2022. *See* Ex. A (certificate of death). On April 20, 2023, David Ganim, Ms. Ganim's widow, was appointed Independent Administrator of the Estate of Bambi Ganim. *See* Ex. B. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff respectfully moves that David Ganim be substituted as the proper party in this action pursuant to his status as the Independent Administrator of the Estate of Bambi Ganim.

1

Respectfully Submitted,

*/s/ Ruben Honik*
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com

Dated:  April 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey

/s/ Ruben Honik
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com