# LETTERS OF INDEPENDENT ADMINISTRATION



| | |
|---|---|
| The State of Texas | In the County Court at Law #1 |
| | & Probate Court of |
| County of Brazoria | Brazoria County, Texas |

**Cause No. PR42593**

I, Joyce Hudman, Clerk of the County Court of Brazoria County, Texas, do hereby certify that on the 20th day of April, 2023, David Ganim was duly granted by said Court Letters of Independent Administration upon the Estate of Bambi S. Ganim, Deceased, and that he qualified as Independent Administrator of said Estate on the 20th day of April, 2023, as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Angleton, Texas, the 20th day of April, 2023.

JOYCE HUDMAN, COUNTY CLERK
BRAZORIA COUNTY, TEXAS

By: _____/s/ JLindley_____, Deputy
JLindley

