UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Bambi Ganim v. Hetero Labs, Ltd., et al.,* No. 1:20-cv-07523 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## [PROPOSED] ORDER

And now, the Court, having considered Plaintiff's Motion to Substitute, as well as any response and reply thereto, it is hereby ORDERED as follows:

1. Plaintiff's motion is GRANTED.

2. The Court hereby substitutes David Ganim, in his capacity as Independent Administrator of the Estate of Bambi Ganim, as the proper party.

SO ORDERED, this ___ day of _____, 2023

_____
Kugler, J.

1