UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Bambi Ganim v. Hetero Labs, Ltd., et al.*, No. 1:20-cv-07523 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## STATEMENT NOTING A PARTY'S DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Bambi Ganim hereby informs this Court and other parties of the death of Plaintiff Bambi Ganim. It recently came to attention of undersigned counsel that Ms. Ganim passed away on February 2, 2022.

Respectfully Submitted,

*/s/ Ruben Honik*
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com

Dated: April 21, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey

>   */s/ Ruben Honik*
>   Ruben Honik
>   David J. Stanoch, Of Counsel
>   **HONIK LLC**
>   1515 Market Street, Suite 1100
>   Philadelphia, PA 19102
>   Phone: (267) 435-1300
>   ruben@honiklaw.com
>   david@honiklaw.com