# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

To the Clerk:

Please take notice that Joshua J. Schoch withdraws his appearance in this MDL on behalf of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, in the above-captioned action, and requests that the Clerk of the Court remove undersigned counsel from the mailing list for this case.

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC continue to be represented by counsel.

Date: April 24, 2023

/s/ *Joshua J. Schoch*
Joshua J. Schoch (NY Bar No. 5777149)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2994
Facsimile: (917) 777-2994
joshua.schoch@skadden.com

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing Notice of Withdrawal of Appearance of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Joshua J. Schoch*
Joshua J. Schoch (NY Bar No. 5777149)

2