# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

April 24, 2023

*VIA ECF*

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, New Jersey 08101

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower, Suite 1800
Philadelphia, Pennsylvania 19103-7360

    Re:    ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*****,**
            **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Kugler and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs in advance of the April 26, 2023 case management conference.

### 1. Retailer and Wholesaler Defendants' Objections to CMO 32

On April 24, Retailer Defendants' counsel asked to meet and confer to gain "clarification" on the supplemental discovery Plaintiffs sought by way of their trial proposal letter, which the Court largely granted by its April 21 order. Wholesalers then notified Plaintiffs that they had objections to CMO 32 as well. Plaintiffs believe what they sought and what the Court ordered was very discrete and very clear with respect to both groups of defendants. Nonetheless, Plaintiffs will

Honorable Robert Kugler, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
April 24, 2023
Page 2

attempt to meet and confer with Retailers and Wholesaler Defendants before the upcoming CMC and, in all events, will be prepared to address this issue as necessary during the CMC.

### 2. PFS Deficiencies and Orders to Show Cause

Plaintiffs will be prepared to address this issue during the conference.

Respectfully,

_____
ADAM M. SLATER

Cc: All counsel of record (via ECF)