# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

### CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF JOHN FLACK, M.D., M.P.H.

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn and serve as Court-appointed Plaintiffs' co-lead counsel to the Plaintiff's side. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude opinions of defense expert John Flack, M.  D., M.P.H.

2. Attached hereto as **Exhibit 1** to the Motion is a true and accurate copy of the February 1, 2023 Transcript of the videotaped deposition of John Flack, M.D., M.P.H.

3. Attached hereto as **Exhibit 2** to the Motion is a true and accurate copy of the Expert Report of John Flack, M.D., M.P.H.

<table>
<tr><td></td><td>**NIGH GOLDENBERG RASO<br>& VAUGHN, PLLC**<br>*Attorneys for Plaintiffs*</td></tr>
<tr><td>Dated: April 25, 2023</td><td>By:  /s/ *Daniel A. Nigh*<br>Daniel A. Nigh, Esq.<br>Nigh Goldenberg Rasoberg Raso<br>& Vaughn, PLLC<br>14 Ridge Square NW<br>Third Floor<br>Washington, D.C. 20016<br>Ph: 850-600-8090<br>Fax: 202-792-7927<br>dnigh@nighgoldenberg.com</td></tr>
</table>