UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT MICHAEL B. BOTTORFF, PHARM.D.**

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiff's Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to exclude the testimony of Michael B. Bottorff, Pharm. D.

2. Attached hereto as **Exhibit A** is a true and accurate copy of TEVA-MDL2875-00268983.

3. Attached hereto as **Exhibit B** is a true and accurate copy of ZHP01453147.

4. Attached hereto as **Exhibit C** is a true and accurate copy of Auro-MDL 2875-0004645.

NIGH GOLDENBERG RASO VAUGHN
Attorneys for Plaintiffs

Dated: April 25, 2023

By: /s/ C. Brett Vaughn
C. Brett Vaughn RN, BSN, JD
NIGH GOLDENBERG RASO & VAUGHN PLLC
*Attorneys for Plaintiffs*

14 Ridge Square NW
Third Floor
Washington, DC 20016
Tel: 202-792-7927
Fax: 202-792-7927
Email: bvaughn@nighgoldenberg.com