UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875 <br><br> HON. ROBERT B. KUGLER <br> CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF AKHILESH NAGAICH, PH.D.**

**DANIEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn and serve as Court-appointed Plaintiffs' co-lead counsel to the Plaintiff's side. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' repoly in support of Plaintiffs' motion to preclude opinions of defense expert Akhilesh Nagaich, PH.D.

2. Attached hereto as **Exhibit 1** to the Motion is a true and accurate copy of the February 9, 2023 Transcript of the videotaped deposition of Akhilesh Nagaich, Ph. D.

3. Attached hereto as **Exhibit 2** to the Motion is a true and accurate copy of the December 22, 2022 Expert Report of Akhilesh Nagaich, PH.d.

4. Attached hereto as **Exhibit 3** to the Motion is a true and accurate copy of USP General Notices and Requirements.

5. Attached hereto as **Exhibit 4** to the Motion is a true and accurate copy of TORRENT-MDL2875-00072542

6. Attached hereto as **Exhibit 5** to the Motion is a true and accurate copy of TORRENT-MDL2875-00516411.

7. Attached hereto as **Exhibit 6** to the Motion is a true and accurate copy of the October 31, 2022 Expert Report of Ramin (Ron) Najafi, Ph.D.

8. Attached hereto as **Exhibit 7** to the Motion is a true and accurate copy of the July 6, 2021 Expert Report of Stephen S. Hecht, Ph.D.

**NIGH GOLDENBERG RASO & VAUGHN, PLLC**
*Attorneys for Plaintiffs*

Dated: April 25, 2023

By: /s/ *Daniel A. Nigh*
Daniel A. Nigh, Esq.
Nigh Goldenberg Raso
& Vaughn, PLLC
14 Ridge Square NW
Third Floor
Washington, D.C. 20016
Ph: 850-600-8090
Fax: 202-792-7927
dnigh@nighgoldenberg.com