UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>MDL NO. 19-2875 (RBK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**CERTIFICATION OF ADAM M. SLATER IN
FURTHER SUPPORT OF PLAINTIFFS'** *DAUBERT* **MOTION TO PRECLUDE
THE OPINIONS OF DEFENSE EXPERT FENGTIAN XUE, PH.D.**

**ADAM M. SLATER**, hereby certify as follows:

1.  I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in further support of Plaintiffs' motion to exclude the testimony of Defense Expert Fengtian Xue, Ph.D.

2.  Attached hereto as **Exhibit 27** is a true and accurate copy of the transcript of Dr. Stephen Hecht's January 13, 2023 deposition in this case.

3.  Attached hereto as **Exhibit 28** is a true and accurate copy of the relevant excerpt from the transcript of Jucai Ge's May 27, 2022 deposition in this case.

4.  Attached hereto as **Exhibit 29** is a true and accurate copy of the relevant excerpt from the transcript of Jucai Ge's May 26, 2022 deposition in this case.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:   /s/ Adam M. Slater

Dated: April 25, 2023