# Exhibit 27

ZHP has designated the above exhibit as confidential. Plaintiffs are in the process of meeting and conferring with ZHP on the propriety of this designation. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the exhibit to the Court directly via email for its in camera review.