# Exhibit 28

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3

    ****************************
 4  IN RE:  VALSARTAN, LOSARTAN,  MDL No. 2875
    AND IRBESARTAN PRODUCTS
 5  LIABILITY LITIGATION          Civil No.
                                  19-2875
 6  **************************    (RBK/JS)
    THIS DOCUMENT APPLIES TO ALL
 7  CASES                         HON ROBERT B.
                                  KUGLER
 8  ****************************
 9            - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
10
11
12           Continued Remote Videotaped via
13  Zoom Deposition of JUCAI GE, held at the
14  location of the deponent, commencing at 6:40
15  a.m. China Standard Time, on the 27th of May,
16  2022, before Maureen O'Connor Pollard,
17  Registered Diplomate Reporter, Realtime
18  Systems Administrator, Certified Shorthand
19  Reporter.
20                       - - -
21
              GOLKOW LITIGATION SERVICES
22                  877.370.DEPS
                  deps@golkow.com
23
24
```

1    an understanding of the communication, being

2    this e-mail.

3                As seen in the title, it was

4    about N-nitroso impurity found in the

5    technical improvement of irbesartan, and he

6    was trying to conduct a structural and a

7    toxicological comparison between that

8    impurity and the Impurity K in valsartan as

9    well as NDMA, with NDMA being one of the

10   naturally occurring N-nitroso compounds.

11   That's why he included that impurity,

12   Impurity K, and NDMA in his memo.

13               However, the whole e-mail was

14   about the analysis of the impurity found in

15   the technical improvement of irbesartan.

16        Q.     The sentence that Mr. Slater

17   read you -- and you can pull it up if you

18   want to refresh your recollection -- says

19   that what was occurring in irbesartan was

20   similar to the NDMA that occurs in valsartan

21   when quenched with sodium nitrite.

22               Do you recall that sentence?

23        A.     As for that sentence -- hold

24   on.  Let me read it.

Confidential Information Subject to Protective Order

1          I recall it.  I see it now.
2     Q.   Thank you.
3          Can you help the jury
4  understand, Ms. Ge, how to reconcile that
5  sentence with the testimony you've given
6  today and yesterday about your understanding
7  of the overall document?
8              MR. SLATER:  Objection.
9              You can answer.
10             THE WITNESS:  Yes, I can.
11             For the entirety of this
12        e-mail, it was talking about this
13        N-nitroso compound impurity found in
14        the technical improvement of
15        irbesartan.
16             However, this e-mail was
17        written in such a lousy way, so in
18        terms of the discussion on the
19        structure, it was very confusing.
20             At that time he was only trying
21        to make a comparison in structure;
22        therefore, he was trying to find
23        something, and he came across this
24        patent which talked about Impurity K

# Exhibit 29

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3

     ****************************
 4   IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION           Civil No.
                                    19-2875
 6   ****************************   (RBK/JS)

     THIS DOCUMENT APPLIES TO ALL
 7   CASES                          HON ROBERT B.
                                    KUGLER
 8   ****************************
 9             - CONFIDENTIAL INFORMATION -
               SUBJECT TO PROTECTIVE ORDER
10
11
12             Remote Videotaped via Zoom
13   Deposition of JUCAI GE, held at the location
14   of the deponent, commencing at 7:04 a.m.
15   China Standard Time, on the 26th of May,
16   2022, before Maureen O'Connor Pollard,
17   Registered Diplomate Reporter, Realtime
18   Systems Administrator, Certified Shorthand
19   Reporter.
20
21                     - - -
22
              GOLKOW LITIGATION SERVICES
23                 877.370.DEPS
                 deps@golkow.com
24
```

```
 1   deposition, I first approached my attorney or
 2   attorneys to have a better understanding of
 3   the topics.  Then I approached related people
 4   and communicated with them, and I also
 5   reviewed the related documents.
 6         Q.    As part of your preparation,
 7   did you speak with Min Li?  Yes or no.
 8         A.    Yes, I did.
 9         Q.    As part of your preparation,
10   did you speak with Jinsheng Lin?
11         A.    Yes, I did.
12         Q.    As part of your preparation,
13   did you speak with Peng Dong?
14         A.    Yes, I did.
15         Q.    As part of your preparation,
16   did you speak with Linda Lin?
17         A.    Yes, I did.
18         Q.    As part of your preparation,
19   did you speak with Hai Wang?
20         A.    Yes, I did.
21         Q.    As part of your preparation,
22   did you speak with Lewis Chodosh?
23         A.    Yes, I did.
24         Q.    Did you speak with anybody else
```