UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER MDL NO. 19-2875 (RBK) |

### CERTIFICATION OF ADAM M. SLATER IN FURTHER SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE THE OPINIONS OF DEFENSE EXPERT ALI AFNAN, PH.D.

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in further support of Plaintiffs' motion to exclude the testimony of Defense Expert Ali Afnan, Ph.D.

2. Attached hereto as **Exhibit 33** is a true and accurate copy of Dr. Susan Bain's October 31, 2022 Expert Report in this case.

3. Attached hereto as **Exhibit 34** is a true and accurate copy of Dr. Stephen Hecht's July 6, 2021 Expert Report in this case.

4. Attached hereto as **Exhibit 35** is a true and accurate copy of Dr. Stephen Hecht's October 31, 2022 Expert Report in this case.

5. Attached hereto as **Exhibit 36** is a true and accurate copy of the transcript of the January 13, 2023 deposition of Dr. Stephen Hecht in this case.

6. Attached hereto as **Exhibit 37** is a true and accurate copy of the January 31, 2023 deposition of Dr. Susan Bain in this case.

7. Attached hereto as **Exhibit 38** is a true and accurate copy of FDA, *About Warning and Close-Out Letters*.

8. Attached hereto as **Exhibit 39** is a true and accurate copy of ZMP-023.03, including an English translation, ZHP00000417.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:   /s/ Adam M. Slater

Dated: April 25, 2023