UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

### CERTIFICATION OF ROSEMARIE RIDDELL BOGDAN IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE THE OPINIONS OF DEFENSE EXPERT STEVEN W. BAERTSCHI, PH.D.

**Rosemarie Riddell Bogdan**, hereby certifies as follows:

1. I am an attorney at law within the State of New York and a partner with the law firm of Harding Mazzotti, LLP and serve as Court-appointed Plaintiffs' Steering Committee Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in Reply to Defendants' Opposition to Plaintiffs' *Daubert* motion to preclude the opinions of defense expert Steven W. Baertschi, Ph.D.

2. Attached hereto as **Exhibit MM** is a true and accurate copy of ICH Q3B (R2), dated June 2, 2006.

3. Attached hereto as **Exhibit NN** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Attached hereto as **Exhibit OO** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮

5. Attached hereto as **Exhibit PP** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. Attached hereto as **Exhibit QQ** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Attached hereto as **Exhibit RR** is a true and accurate copy of USP highlights-of-1469-nitrosamine impurities (pp. 1-5).

8. Attached hereto as **Exhibit SS** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. Attached hereto as **Exhibit TT** are true and accurate copies of excerpts of the examination before trial transcript of Stephen S. Hecht, Ph.D. dated 1-13-2023 (pp. 76, 294 - 296).

10. Attached hereto as **Exhibit UU** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. Attached hereto as **Exhibit VV** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

Dated: April 25, 2023

Respectfully submitted,

  /s/ *Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
HARDING MAZZOTTI, LLP
1 Wall Street
P.O. Box 15141
Albany, New York 12212-5141
Tel: (518) 862-1200
Fax: (518) 389-6679
Email:  rosemarie.bogdan@1800law1010.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan