# EXHIBITS NN - QQ; SS - VV

**Documents designated Confidential or Restricted Confidential Information. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in-camera review.**