# Welcome



# GENERAL CHAPTER <1469> NITROSAMINE IMPURITIES

Presented to: Prescription/Non-Prescription Stakeholder Forum

November 19, 2020

By: Edmond Biba

Senior Scientific Liaison,

Science – General Chapters



# OUTLINE



- **BACKGROUND**

  - Introduction

  - Emergence of Nitrosamines as Public Health Concern in Pharmaceutical Products

  - USP (Pharmacopeial) Perspective for Addressing Nitrosamine Presence in Pharmaceuticals

- **USP NITROSAMINE IMPURITIES JOINT SUBCOMMITTEE (JSC)**

  - JSC Charge

  - JSC Immediate and Long-Term Deliverables

3

© 2019 USP

# OUTLINE



- **TIMELINE OF GENERAL CHAPTER (GC) ‹1469›**
  - Publication in Pharmacopeial Forum Volume 46 Issue 5
  - Publication in Compendia and Official Date

- **GC ‹1469› CONTENT AND RATIONALE**
  - Introduction (1), Scope (2), Sources of Nitrosamine (3)
  - Risk Assessment and Control Strategy (4), Limits of Nitrosamines (5)
  - Testing for Nitrosamines (6) and Test Methods Performance Characteristics (7)
  - Analytical Procedures (8)
  - Additional Sources of Information (9)

© 2019 USP

# BACKGROUND



## Introduction

- Nitrosamines are common chemicals in water and foods including cured and grilled meats, dairy products and vegetables. Everyone is exposed to some level of nitrosamines.

- However, their presence in medicines, even at trace level poses high safety risks to patients because Nitrosamine impurities are probable human carcinogens.

- There are part of a group of high potency mutagenic carcinogens referred to as the "cohort of concern" in ICH M7. This "cohort of concern comprises aflatoxin-like, N-nitroso- (functional group of nitrosamines), and alkyl-azoxy compounds

© 2019 USP

5