*Contains Confidential Material*
*Subject to Protective Order*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK)**<br><br>Redacted Version |

**PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT <u>ROGER WILLIAMS, M.D.</u>**

KANNER & WHITELEY, LLC
701 Camp St.
New Orleans, LA 70130

On the Brief:
David J. Stanoch, Esq.

*Contains Confidential Material
Subject to Protective Order*

# **TABLE OF CONTENTS**

I.   INTRODUCTION ................................................................................1

II.  ARGUMENT......................................................................................2

  A.  Dr. Williams' ███████████ Should Be Precluded ..........................2

  B.  Dr. Williams Cannot Opine on ████████████████████
███████████████████████████ .................................................6

III. CONCLUSION ...................................................................................7

i

*Contains Confidential Material*
*Subject to Protective Order*

# **TABLE OF AUTHORITIES**

Page(s)

**Cases**

*In re Mirena IUD Prods. Liab. Litig.*,
  169 F. Supp. 3d 396 (S.D.N.Y. 2016) ....................................................................6

*Kruszka v. Novartis Pharm. Corp.*,
  28 F. Supp. 3d 920 (D. Minn. 2014) .....................................................................6

*Wolfe v. McNeil–PPC, Inc.*,
  881 F. Supp. 2d 650 (E.D. Pa. 2012) ....................................................................6

*Contains Confidential Material*
*Subject to Protective Order*

## I. **INTRODUCTION**

Teva's Response (ECF 2336) to Plaintiffs' *Daubert* challenge to Dr. Williams (ECF 2295) confirms Dr. Williams' flawed ▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮. This opinion is legally and methodologically inadmissible.

As Plaintiffs' motion previously explained, ▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

As to Dr. Williams' conjectural opinions ▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮

1

*Contains Confidential Material*
*Subject to Protective Order*

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████ This is not the proper subject of expert testimony.

## II. ARGUMENT

### A. Dr. Williams' ███████████████ Should Be Precluded

Teva's rhetoric notwithstanding (*see* Teva Resp. at 4-9), there really is no dispute as to what Dr. Williams says ████████████████████████████

███████████████████████████████████████████████

██████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Teva agrees. It says:

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Plaintiffs also correctly identified the second purported basis for Dr. Williams' ████████████████ in their opening brief, again at page 7:

2

*Contains Confidential Material
Subject to Protective Order*

███████████████████████████████████████████

Teva agrees with this, too:

███████████████████████████████████████████

Thus, there is no dispute that Dr. Williams believes ██████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

    Plaintiffs' opening brief thoroughly explained why ██████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

3

*Contains Confidential Material*
*Subject to Protective Order*

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

―――――――――――――――

[1] ███████████████████████████████

Relatedly, .

*Contains Confidential Material
Subject to Protective Order*

The point is not





*Contains Confidential Material
Subject to Protective Order*

### B. Dr. Williams Cannot Opine on ██████████████████████████████████

Plaintiffs' opening brief catalogued the numerous speculative opinions ██

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████

Teva's only response is that ████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████ An expert cannot opine "as to the state of mind of the FDA." *In re Mirena IUD Prods. Liab. Litig.*, 169 F. Supp. 3d 396, 466 (S.D.N.Y. 2016); *Kruszka v. Novartis Pharm. Corp.*, 28 F. Supp. 3d 920, 931 (D. Minn. 2014) ("[The experts] may not proffer an opinion relating to what individuals ... with the FDA thought with respect to certain documents or about their motivations."); *Wolfe v. McNeil–PPC, Inc.*, 881 F. Supp. 2d 650, 662 (E.D. Pa. 2012) (experts "will not be permitted to testify at trial with respect to the state of mind of defendants or the FDA"). The Court should preclude Dr. Williams from offering unreliable, unhelpful,

6

*Contains Confidential Material*
*Subject to Protective Order*

speculative opinions about ███████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███

### III.  **CONCLUSION**

For the foregoing reasons, as well as those set forth in Plaintiffs' opening memorandum, Dr. Williams should be precluded from ███████████

███████████████████████████████████████

███████████████████████████████████████

 

Respectfully,

ON BEHALF OF PLAINTIFFS

By: _/s/ David J. Stanoch_____
David J. Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp St.
New Orleans, LA 70130
(504) 524-5777 (t)
(504) 524-5763 (f)
d.stanoch@kanner-law.com

Dated:  April 25, 2023

7

*Contains Confidential Material
Subject to Protective Order*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2023, a true and correct redacted copy of the foregoing was filed and served via the court's CM/ECF system, and an unredacted version was served on the court and the Defense Executive Committee via email.

*/s/ David J. Stanoch*
David J. Stanoch