*Contains Confidential Material
Subject to Protective Order*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK)**<br><br>**Redacted Version** |

## PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT TIMOTHY ANDERSON, M.S., M.B.A.

KANNER & WHITELEY, LLC
701 Camp St.
New Orleans, LA 70130

On the Brief:
David J. Stanoch, Esq.

*Contains Confidential Material*
*Subject to Protective Order*

# TABLE OF CONTENTS

I.  INTRODUCTION ........................................................................................1

II. ARGUMENT.................................................................................................3

  A.  Mr. Anderson's ███████████████ Should Be Precluded........................3

  B.  ████████████████████████████████████████
      ████████████████████████████████████ ..................7

  C.  ███████████████████████████████████ ............................11

III. CONCLUSION ..........................................................................................11

i

*Contains Confidential Material*
*Subject to Protective Order*

# **TABLE OF AUTHORITIES**

Page(s)

Cases

*Bldg. Indus. Ass'n of Wash. v. wash. State Bldg. Code Council*,
   683 F.3d 1144 (9th Cir. 2012) .................................................................................10

*Gen'l Elec. Co. v. Joiner*,
   522 U.S. 136 (1997) ............................................................................... 7, 8, 10

*SEC v. Ambassador Advisors, LLC*,
   576 F. Supp. 3d 250 (E.D. Pa. 2021) ..................................................................8

*Contains Confidential Material*
*Subject to Protective Order*

I.    **INTRODUCTION**

Teva's Response (ECF 2337) confirms three things about Teva's expert, Mr. Timothy Anderson, that Plaintiffs challenge in their *Daubert* motion (ECF 2297):

*First*, Teva confirms ███████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████

As Plaintiffs' motion previously explained, this opinion is unreliable because it runs counter to the law, facts, and common sense. ████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

*Second*, Teva concedes that ████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

1

*Contains Confidential Material*
*Subject to Protective Order*

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

*Third*, while Mr. Anderson ████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████

*Contains Confidential Material
Subject to Protective Order*

## II. ARGUMENT

### A. Mr. Anderson's ███████████████ Should Be Precluded

Teva's rhetoric notwithstanding (*see* Teva Resp. at 4-9), there really is no dispute as to ████████████████████████████████████████████ ████████████████████████████████████████ in their opening brief at page 7:

███████████████████████████████████████████████████████████████████████████

Teva agrees. It says:

███████████████████████████████████████████████████████████████████████████

Plaintiffs also correctly identified the second purported basis for ██████████ ███████████████ in their opening brief, again at page 7:

3

*Contains Confidential Material
Subject to Protective Order*

███████████████████████████████████████████

Teva agrees with this, too:

███████████████████████████████████████████

Thus, the parties agree Mr. Anderson believes ████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████

4

*Contains Confidential Material
Subject to Protective Order*

Plaintiffs' opening brief thoroughly explained why these opinions are unreliable and unsound.



*Contains Confidential Material
Subject to Protective Order*



The point is not that



6

*Contains Confidential Material
Subject to Protective Order*

███████████████████████████████████████

█████████████████████████████████[3]

### B. Mr. Anderson's Opinions About ████████████████████████████████████ **Should Be Precluded**

Teva does not dispute that ████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

Teva tacitly concedes that ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

---

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

7

*Contains Confidential Material
Subject to Protective Order*

███████████████████████████████████████████████████████████

████████████████████████████████

Absent sufficient facts or data—or any facts or data, really—████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████ *See, e.g., Gen'l Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997) ("there is simply too great an analytical gap between the data and the opinion offered"). ███████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████ *See, e.g., id.*; *SEC v. Ambassador Advisors, LLC*, 576 F. Supp. 3d 250, 262 (E.D. Pa. 2021) (precluding expert from testifying about SEC inspections he "knows very little about," as he "was not sure how many times, if at all," inspections occurred, he "did not review letters the SEC sent . . . summarizing the results of their inspections," "did not know the actual scope of the SEC's inspections . . . [his] lack of knowledge about these inspections makes his testimony about them unreliable.").

As to ████████████████████████████████████████████

███████████████████████████████████████████████████████████

8

*Contains Confidential Material*
*Subject to Protective Order*

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████ ████████████████████████████████████

---

[4] ███████████████████████████████████████████
████████████████████████████

[5] *Compare* █████████████████████████████████
███████████████████████████████████████████████
█████████████████████████

[6] ████████████████████████████████████████████
███████████████████████████████████████████████
██████████

[7] Even if █████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████

*Contains Confidential Material
Subject to Protective Order*

Teva's reference to ███████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

To be clear, Plaintiffs do not seek to exclude ███████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

---

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

10

*Contains Confidential Material*
*Subject to Protective Order*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ His opinions are net opinions. *See, e.g.*, *Joiner*, 522 U.S. at 146; *Bldg. Indus. Ass'n of Wash. v. wash. State Bldg. Code Council*, 683 F.3d 1144, 1154 (9th Cir. 2012) (affirming exclusion of expert who "offered unsupported assertions" with "no data forming the basis for [the expert's] assumptions or conclusions. . . The party offering expert testimony has the burden of establishing its admissibility.").

C. **Teva Admits** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Teva's response ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



III. **CONCLUSION**

For the foregoing reasons, as well as those set forth in Plaintiffs' opening memorandum, Mr. Anderson should be precluded from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11

*Contains Confidential Material
Subject to Protective Order*

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████

                                                Respectfully,

                                                ON BEHALF OF PLAINTIFFS

                                                By: */s/ David J. Stanoch*
                                                David J. Stanoch
                                                KANNER & WHITELEY, L.L.C.
                                                701 Camp St.
                                                New Orleans, LA 70130
                                                (504) 524-5777 (t)
                                                (504) 524-5763 (f)
                                                d.stanoch@kanner-law.com

Dated:  April 25, 2023

*Contains Confidential Material*
*Subject to Protective Order*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2023, a true and correct redacted copy of the foregoing was filed and served via the court's CM/ECF system, and an unredacted version was served on the court and the Defense Executive Committee via email.

/s/ *David J. Stanoch*
David J. Stanoch

13