1        THE COURT:  38?
2        MR. SLATER:  Withdrawn.
3        THE COURT:  Great.
4        39?
5        MR. GOLDBERG:  No objection.
6        THE COURT:  40?
7        MR. GOLDBERG:  There is no objection through 43.
8        THE COURT:  Great.
9        44?
10       MR. SLATER:  I think that's encompassed by our -- by
11  the rulings you've made.  Correct?
12       MR. GOLDBERG:  Yes, your Honor.
13       THE COURT:  45?
14       MR. GOLDBERG:  No objection, 45 through 51, I
15  believe.
16       THE COURT:  All right.  52?
17       MR. TRISCHLER:  Apparently, this is my turn, your
18  Honor.  Can I just turn it over to the plaintiffs?  That
19  seemed to work the last time.
20       MR. SLATER:  Don't go to the well too many times.
21       MR. TRISCHLER:  I think 52, as revised -- I think
22  most of our objections to this section dealt with scope as far
23  as foreign regulatory matters, and a lot of it was covered by
24  the macro discovery rulings.  So I think for 52, I don't think
25  there is any objection.  And if any of my colleagues disagree,