Confidential Information - Subject to Protective Order

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
2                   CAMDEN VICINAGE
                        -  -  -
3

   IN RE:  VALSARTAN,     :   MDL NO. 2875
4  LOSARTAN, AND          :
   IRBESARTAN PRODUCTS     :   CIVIL NO.
5  LIABILITY LITIGATION    :   19-2875
   _____ :   (RBK/JS)
6                          :

   THIS DOCUMENT APPLIES   :   HON. ROBERT
7  TO ALL CASES            :   B. KUGLER
8        - CONFIDENTIAL INFORMATION -
           SUBJECT TO PROTECTIVE ORDER
9

                     VOLUME I
10

                        -  -  -
11

                   June 4, 2021
12

                        -  -  -
13

14         Videotaped remote deposition of
   SUSHIL JAISWAL, Ph.D., taken pursuant to
15 notice, was held via Zoom
   Videoconference, beginning at 3:32 p.m.,
16 India Standard Time, on the above date,
   before Michelle L. Gray, a Registered
17 Professional Reporter, Certified
   Shorthand Reporter, Certified Realtime
18 Reporter, and Notary Public.
19

                        -  -  -
20

21        GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
22            deps@golkow.com
23

24

Confidential Information - Subject to Protective Order

1    learning that this company that's telling

2    you there's no genotoxic impurities in

3    your drug also has no idea about

4    degradation and stuff, you guys still

5    weren't testing the API, right?

6             MS. BRANCATO:  Objection to

7         form.

8             THE WITNESS:  I think I have

9         already clarified.  The genotoxic

10        impurity, the process impurity, is

11        based upon the chemistry.  And the

12        degradation product result is a

13        different aspect.

14             The degradation product is

15        always being monitored through the

16        testing method.  And for the

17        genotoxic impurity, if it is

18        there, it has to be -- for that,

19        method is to be there in place.

20             But this genotoxic alerts is

21        always being -- like, throughout

22        the DMF process, vendor has

23        already given a claim that it is

24        meeting the ICH M7 requirement.

Confidential Information Subject to Protective Order

1  BY MS. PENDLEY:

2      Q.   Okay.  But despite learning

3  that your inspector had concerns about

4  your API manufacturer, you still did not

5  confirm the testing they were giving you

6  about genotoxic impurities; is that

7  right?

8              MS. BRANCATO:  Objection to

9         form.

10             THE WITNESS:  No, I think --

11        I think I'm not fully in

12        agreement, because those are the

13        findings what you have seen in

14        2015 report, the citation, those

15        are not relating to the genotoxic

16        part, they are relating to the

17        degradation impurities.  And

18        genotoxic impurity is not a

19        degradation impurity.

20  BY MS. PENDLEY:

21     Q.    Okay.  Right.  But Jenny

22  Yang told you guys that she has concerns

23  about ZHP, says they're not concerned

24  with patient safety, and they have no

Confidential Information Subject to Protective Order

1          indicated, as a part of, like, our

2          own program, every batch was

3          tested.  I'm talking about the API

4          batches being tested by us.

5                    And we do maintain the

6          printout for all impurities which

7          is being part of specification.

8                    And we never seen adverse

9          trend on those impurity levels.

10         And that is the reason to believe

11         that those degradation which is

12         being cited as an observation was

13         not -- that was a concern, but

14         that was not the real concern.

15   BY MR. NIGH:

16         Q.   Yeah, but when you're

17   looking for impurities, you're not -- you

18   didn't do your own residual solvent

19   chromatography on any of these drugs,

20   correct?  You didn't do that testing?

21         A.   See, we always do -- we are

22   talking about the impurities.  And we are

23   always -- say we are talking about

24   degradation product, what she has cited