UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: April 26, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:** ANN MARIE MITCHELL

**TITLE OF CASE:**                              **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Ruben Honik, Esq. | Steven Harkins, Esq. |
| Daniel Nigh, Esq. | Victoria Lockard, Esq. |
| Conlee Whiteley, Esq. | Greg Ostfeld, Esq. |
| Andres Rivero, Esq. | Jason Reefer, Esq. |
| Jorge Mestre, Esq. | Frank Stoy, Esq. |
| Adam Slater, Esq. | D'lesli Davis, Esq. |
| David Stanoch, Esq. | Brittney Nagle, Esq. |
| George Williamson, Esq. | Daniel Campbell, Esq. |
| C. Brett Vaughn, Esq. | Jessica Davidson, Esq. |
| Christopher Geddis, Esq. | Liza Walsh, Esq. |
| Zalman Kass, Esq. | Jeffrey Geoppinger, Esq. |
| Marlene Goldenberg, Esq. | Andrew Albero, Esq. |
| Charles Shaffer, Esq. | William Murtha, Esq. |
| | Kara Kapke, Esq. |
| | James Spung, Esq. |
| | Alexia Brancato, Esq. |
| | Kathryn Deal, Esq. |
| | Marie Dennis, Esq. |
| | Kristin Ives, Esq. |

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Order to issue.

                                                            s/Lawrence MacStravic
                                                            Deputy Clerk

Time Commenced: 1:10p.m.    Time Adjourned: 1:45p.m.    Total Time in Court: 0:35