IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____ :
                                        :
*In Re*: Valsartan, Losartan, and  Irbesartan Products  :   MDL No. 2875 (RBK-SAK)
Liability Litigation                    :
                                        :   **Case Management Order 32 A**
                                        :   **Partially Amending CMO 32**
*This Document Relates To All Actions*.  :
_____ :

**KUGLER, United States District Judge:**

THE COURT HAVING CONSIDERED at this Multi District Litigation ["MDL"] Case Management Conference ["CMC"] held 26 April 2023

the parties' arguments regarding the deadlines set in Section 8 of the Case Management Order ["CMO"] 32 (Doc. No. 2343), that is,

defendants' deadline of 30 May 2023 to submit their response to the report of plaintiffs' damages expert, Dr. Rena Conti; and

the parties' deadline of 31 May 2023 to submit a schedule for deposing damage experts;

as well as their arguments for rescheduling the May 2023 Case Management Conference in this MDL,

**IT IS HEREBY ORDERED: CMO 32 (Doc. No. 2343) Section 8 be amended to read:**

"8.0    Regarding the reports of the damages experts and their depositions,

8.1    By 7 June 2023, defendants shall submit their response to the report of plaintiffs' damages expert Dr. Rena Conti, but

defendants shall not file any report by a damages expert that does not respond specifically to Dr. Conti's damages report [that is, no so-called independent damages report shall be filed] nor

shall plaintiffs file any reply to defendants' report(s) responding to Dr. Conti's damages report; and

8.2    By 7 June 2023, the parties may submit a schedule for deposing the damages experts."

**IT IS FURTHER ORDERED:** the May 2023 Case Management Conference in this MDL shall be held in person on Wednesday 7 June 2023 in Courtroom 4 D of the Mitchell Cohen Courthouse,  Fourth and Cooper Streets, Camden, New Jersey at 1:00 pm.

Dated: 26 April 2023                          s/ Robert B. Kugler
                                              Honorable Robert B. Kugler
                                              United States District Judge