[ECF No. 8]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 |
| THIS DOCUMENT RELATES TO:<br><br>BAMBI GANIM,<br><br>        **Plaintiff,**<br><br>v.<br><br>HETERO LABS, LTD. et al.,<br><br>        **Defendants.** | Civil No. 20-7523 (RBK/SAK) |

## ORDER

This matter having come before the Court on the Motion to Substitute Party [ECF No. 8] filed by Plaintiff Bambi Ganim; and there being no opposition to the motion; and Plaintiff seeking to substitute David Ganim, as Independent Administrator of the Estate of Bambi Ganim, Deceased, in place of the late Bambi Ganim pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed Plaintiff's moving papers and submissions, the record in this matter, and the applicable law; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **2nd** day of **May**, **2023**, that Plaintiff's Motion to Substitute Party [ECF No. 8] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket and case caption to reflect "David Ganim, as Independent Administrator of the Estate of Bambi Ganim, Deceased," as Plaintiff in this matter.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Robert B. Kugler, U.S.D.J.