# Exhibit 2

# Medical Monitoring Subclasses

### 23(b)(3) Medical Monitoring Independent Claim Class

All individuals residing in Alaska; Arizona; Arkansas; California; Colorado; Delaware; District of Columbia; Florida; Hawaii; Idaho; Maine; Massachusetts; Minnesota; Montana; New Mexico; Pennsylvania; South Dakota; Utah; West Virginia; and Wyoming and who consumed a sufficiently high Lifetime Cumulative Threshold of NDMA, NDEA, or other nitrosamine, in generic valsartan-containing drugs manufactured by or for Defendants and marketed in the United States and its territories and possessions, at least since January 1, 2012.

### 23(b)(2) Medical Monitoring (Physical Injury Required) Remedy Subclass

All individuals residing in Alabama; Connecticut; Georgia; Illinois; Iowa; Kentucky; Louisiana; Michigan; Nebraska; New Hampshire; Oklahoma; Oregon; Wisconsin who consumed a sufficiently high Lifetime Cumulative Threshold of NDMA, NDEA, or other nitrosamine, in generic valsartan-containing drugs manufactured by or for Defendants and marketed in the United States and its territories and possessions, at least since January 1, 2012.

### 23(b)(2) Medical Monitoring (Physical Injury Not Required) Remedy Subclass

All individuals residing in California; District of Columbia; Guam; Indiana; Kansas; Maryland; Missouri; Nevada; New Jersey; New York; Ohio; Puerto Rico and other Federal territories; Rhode Island; South Carolina; Tennessee; Texas; Vermont; Virgin Islands; Virginia; and Washington who consumed a sufficiently high Lifetime Cumulative Threshold of NDMA, NDEA, or other nitrosamine, in generic valsartan-containing drugs manufactured by or for Defendants and marketed in the United States and its territories and possessions, at least since January 1, 2012.