# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge |
| **This Document Relates to All Actions** | **TPP DEFENDANTS' NOTICE OF MOTION FOR RULE 37 SANCTIONS AGAINST MSPRC** |

## TPP DEFENDANTS' NOTICE OF MOTION FOR ORDER TO SHOW CAUSE WHY MSP RECOVERY CLAIMS, SERIES LLC SHOULD NOT BE SANCTIONED FOR VIOLATION OF SMO 73 <u>AND CMO 32</u>

**To:** Adam Slater, Esq. (*via ECF, for distribution to Plaintiffs' counsel*)

PLEASE TAKE NOTICE that on a date as soon as June 20, 2023, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC, Solco Healthcare US, LLC, Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., Actavis, LLC, Torrent Pharmaceuticals Ltd., and Torrent Pharma Inc. (collectively, the "TPP Defendants"), by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler and the Honorable Special Master Thomas I. Vanaskie for an order sanctioning Plaintiff

MSP Recovery Claims, Series LLC ("MSPRC") under Rule 37.

Dated: May 16, 2023                    Respectfully Submitted:


By: */s/ Gregory E. Ostfeld*
Victoria Davis Lockard
GREENBERG TRAURIG, LLP
Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
LockardV@gtlaw.com
HarkinsS@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com

Liza M. Walsh
Christine Intromasso Gannon
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street
15th Floor
Newark, NJ 07102
Tel.: (973) 757-1100
Fax: (973) 757-1090
lwalsh@walsh.law
cgannon@walsh.law

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

Jessica Davidson (DC Bar No. 457021) (Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
Allison M. Brown
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Facsimile: (917) 777-2588
jessica.davidson@skadden.com
allison.brown@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Nina R. Rose
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000
Fax: (202) 661-0525
nina.rose@skadden.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue

3

New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Devora.allon@kirkland.com
Alexia.brancato@kirkland.com
*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*