# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF STEVEN M. HARKINS, ESQ.** |

STEVEN M. HARKINS, ESQ., being of full age, certifies as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC. I make this Certification based on personal knowledge and in support of TPP Defendants' Memorandum of Law in Support of Joint Motion for Order to Show Cause Why MSP Recovery Claims, Series LLC Should not be Sanctioned for Violation of SMO 73 and CMO 32.

2. Attached hereto as Exhibit A is a true and accurate copy of the Transcript of Oct. 27, 2022 Case Management Conference

3. Attached hereto as Exhibit B is a true and accurate copy of the Letter from G. Ostfeld to counsel for Plaintiff MSPRC dated May 9, 2023.

4. Attached hereto as Exhibit C is a true and accurate copy of the Letter from J. Mestre to G. Ostfeld dated May 12, 2023.

Dated:  May 16, 2023

Respectfully submitted,

/s/ *Steven M. Harkins*
Steven M. Harkins
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
Tel.: (678) 553-2312
Fax: (678) 553-2100
harkinss@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

By: <i>/s/ Steven M. Harkins</i><br>
Steven M. Harkins