

Steven M. Harkins
Tel 678.553.2312
Fax 678.553.2146
harkinss@gtlaw.com

May 19, 2023

**VIA ECF**

Chambers of Hon. Robert B. Kugler
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

Re: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*
*United States District Court for the District of New Jersey, Case No.: 1:19-md-2875*

Dear Judge Kugler and Special Master Vanaskie:

On behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., Actavis LLC, Torrent Pharmaceuticals Ltd., Torrent Pharma Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "Defendants"), please find enclosed a proposed order modifying the deadline for Defendants to submit their response to the class notice program as discussed on the record at the Biweekly Discovery Conference held on May 17, 2023, before Special Master Vanaskie.

Thank you once again for your consideration of these issues.

Respectfully submitted,

*/s Steven M. Harkins*

Steven M. Harkins

Enclosure

Cc: Defendants' Executive Committee via DECValsartan@btlaw.com
Plaintiffs' Executive Committee via valpec@kirtlandpackard.com