UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

# CASE MANAGEMENT ORDER NO. [ __ ]

THE SPECIAL MASTER HAVING CONSIDERED at this Multi District Litigation ["MDL"] Biweekly Discovery Conference held May 17, 2023, the parties' proposed agreed extension regarding the deadline set in Section 2.0 of the Case Management Order ["CMO"] 32 (Doc. No. 2343), for Defendants to submit their responses to the proposed class notice program, that **IT IS HEREBY ORDERED** this ___ Day of May, 2023, that the deadline for Defendants to respond to the class notice program shall be as follows:

- **By 26 May 2023**, defendants shall submit their responses to the proposed program.

ORDERED this ___ day of May, 2023.

_____
The Honorable Robert B. Kugler
United States District Judge