IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## SPECIAL MASTER ORDER NO. 76

Plaintiffs having requested an extension of the deadline for propounding initial discovery requests for losartan and irbesartan from May 17, 2023 (ECF 2343), to May 22, 2023, and Defendants having consented, and the Court having granted Plaintiffs' request;

It is hereby ORDERED this 19th day of May 2023 that the deadline for propounding initial discovery requests for losartan and irbesartan shall be May 22, 2023.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master