# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## CASE MANAGEMENT ORDER NO. 33

THE SPECIAL MASTER HAVING CONSIDERED at the Multi District Litigation ["MDL"] Biweekly Discovery Conference held May 17, 2023, the parties' proposed agreed extension regarding the deadline set in Section 2.0 of the Case Management Order ["CMO"] 32 (Doc. No. 2343), for Defendants to submit their responses to the proposed class notice program, and the Special Master having been authorized to issue this Order, **IT IS HEREBY ORDERED** this 22nd Day of May, 2023, that the deadline for Defendants to respond to the class notice program shall be as follows:

- **By 26 May 2023**, defendants shall submit their responses to the proposed program.

  ORDERED this 22nd day of May, 2023.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master