# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION** | Case No.: 1:19-md-02875-RBK-JS<br><br>Hon. Robert B. Kugler<br>Hon. Joel Schneider |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Valerie Rodich-Annese in the above captioned case.

Dated: May 24, 2023

Respectfully submitted,

*/s/ Nicholas W. Lee*

Nicholas W. Lee
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
nlee@lchb.com

2755346.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th of May 2023, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record who has consented to electronic notification.

*/s/ Nicholas W. Lee*
Nicholas W. Lee

2755346.2