**Ulmer** ATTORNEYS

**Jeffrey D. Geoppinger**
*Partner*
DIRECT 513.698.5038
DIRECT FAX 513.698.5039
EMAIL jgeoppinger@ulmer.com

May 24, 2023

**VIA ECF AND ELECTRONIC MAIL**

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

      Re: **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
           Case No. 1:19-md-02875-RBK-JS-SAK

Dear Special Master Vanaskie:

    This letter constitutes the parties' joint status report following our appearance before the Special Master on Wednesday, May 17. Plaintiffs' counsel has reviewed this letter and consents to its submission.

    The parties held a meet-and-confer on Monday, May 22, 2023, to discuss Wholesaler Defendants' proposed discovery requests to Plaintiffs regarding information and documents about Plaintiffs' claim for unjust enrichment against Wholesaler Defendants. The parties have been unable to agree on most issues and therefore require a briefing schedule for submission of any disputes to your Honor. The parties jointly request that the Court enter the following schedule for submission of briefing on Wholesalers Defendants' proposed discovery requests:

    June 13, 2023 – Wholesaler Defendants file their initial letter brief requiring Plaintiffs to respond to the subject discovery;

CLEVELAND
COLUMBUS
CINCINNATI
CHICAGO
NEW YORK
WASHINGTON DC
BOCA RATON

ULMER.COM

312 Walnut Street
Suite 1400
Cincinnati, OH 45202-4029

FIRM 513.698.5000   FAX 513.698.5001



Special Master the Honorable Thomas Vanaskie
May 24, 2023
Page 2

June 27, 2023 – Plaintiffs file their response/opposition to Wholesaler Defendants' initial letter brief;

June 30, 2023 – Wholesaler Defendants file their reply brief, limited to 2 pages.

We appreciate your assistance in this matter.

>Very truly yours,
>
>/s/ *Jeffrey D. Geoppinger*
>
>Jeffrey D. Geoppinger
>*Liaison Counsel for Wholesalers*
>*Counsel for AmerisourceBergen Corporation*

cc:  All Counsel of Record (via ECF)