

**BARNES & THORNBURG LLP**

Kara Kapke
(317) 231.6491
kara.kapke@btlaw.com

11 S. Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

May 25, 2023

Chambers of Hon. Robert B. Kugler
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

RE: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*
United States District Court for the District of New Jersey, Case No. : 1:19-md-2875

Dear Judge Kugler and Special Master Vanaskie:

On behalf of Defendants Albertson's LLC, CVS Pharmacy, Inc., Express Scripts, Inc., Humana Pharmacy, Inc., Kroger Co., OptumRX, Optum, Inc., Rite Aid Corp., Walgreen Co., and Walmart Inc.) (collectively, the "Retail Pharmacy Defendants"), please find enclosed a proposed order regarding HIPAA compliance as discussed on the record at the Biweekly Discovery Conference held on May 17, 2023, before Special Master Vanaskie.

The parties have met and conferred numerous times regarding the Court's order that the Retail Pharmacy Defendants "shall provide to Plaintiffs … [certain] information relating to class certification claims," including "previously-redacted retailer identifiers of ConEcoLoss members." As part of that meet and confer process, the parties have agreed upon the language in the attached proposed order, which the parties believe is necessary given the Retail Pharmacy Defendants' upcoming production of Protected Health Information ("PHI"), as that phrase is defined in the Health Insurance Portability and Accessibility Act of 1996, Pub. L. 104-191 and regulations promulgated thereunder.

Plaintiffs' counsel has reviewed this letter and the proposed order and consents to this submission.

Thank you once again for your consideration of these issues.

Respectfully submitted,

*Kara Kapke*
Kara Kapke