UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

# SPECIAL MASTER ORDER NO. 79

THE SPECIAL MASTER HAVING CONSIDERED the letter of May 24, 2023 from Attorney Jeffrey D. Geoppinger reporting that the parties have been unable to resolve disputes pertaining to the production of information and documents about Plaintiffs' claim for unjust enrichment against Wholesaler Defendants and requesting entry of an order for an agreed-upon briefing schedule for submission of the parties' disputes for resolution, and finding that the agreed-upon schedule is acceptable, **IT IS HEREBY ORDERED,** this 25th day of May, 2023, that

1. The Wholesaler Defendants shall file their initial letter brief in support of their position that Plaintiffs should be required to respond to the at issue discovery requests no later than **June 13, 2023**.

2. Plaintiffs shall file their response to the Wholesaler Defendants' initial letter brief no later than **June 27, 2023**.

3. Wholesaler Defendants may file a letter reply brief, not to exceed two pages, no later than **June 30, 2023**.

ACTIVE 687757241v2

4. The Special Master will hold oral argument via Zoom on the parties' disputes on **July 6, 2023 at 11:00 a.m.**

<u>s/ Thomas I. Vanaskie</u>
Hon. Thomas I. Vanaskie (Ret.)
Special Master

*ACTIVE 687757241v2*