# EXHIBIT C

# Banner Ad
# 160x600

If you consumed or paid money for a blood pressure medication containing Valsartan, a class action lawsuit could affect your rights.

CLICK HERE for more information

# Banner Ad

300x50



# Banner Ad
320x50



# Banner Ad
## 300x250



# Banner Ad
## 300x600

> If you consumed or paid money for a blood pressure medication containing Valsartan, a class action lawsuit could affect your rights.
>
> **CLICK HERE** for more information

# Banner Ad
728x90

If you consumed or paid money for a blood pressure medication containing Valsartan, a class action lawsuit could affect your rights.

**CLICK HERE** for more information 

# Banner Ad
970x250

