UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 80

THE SPECIAL MASTER HAVING CONSIDERED the letter of June 2, 2023 from Attorney Kara Kapke reporting that the parties may be unable to resolve disputes pertaining to the interpretation of CMO 32's order regarding production of TPP payments, costs, profits, and custodial discovery from the Retail Pharmacy Defendants and requesting entry of an order for an agreed-upon briefing schedule for submission of the parties' disputes for resolution, and finding that the agreed-upon schedule is acceptable, IT IS HEREBY ORDERED, this 5th day of June, 2023, that:

1. Retail Pharmacy Defendants shall file their initial letter brief in support of their position regarding interpretation of CMO 32 no later than **June 13, 2023**.

2. Plaintiffs shall file their response to the Retail Pharmacy Defendants' initial letter brief no later than **June 27, 2023**.

1

3. Retail Pharmacy Defendants may file a letter reply brief, not to exceed two pages, no later than **June 30, 2023.**

4. The Special Master will hold oral argument via Zoom on the parties' disputes on **July 6, 2023 at 11:00 a.m.**

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
