UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 7, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**              **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Ruben Honik, Esq. | Steven Harkins, Esq. |
| Daniel Nigh, Esq. | Greg Ostfeld, Esq. |
| Conlee Whiteley, Esq. | Kristen Richer, Esq. |
| Adam Slater, Esq. | Kara Kapke, Esq. |
| David Stanoch, Esq. | Frank Stoy, Esq. |
| Zalman Kass, Esq. | Matthew Knepper, Esq. |
| Behram Parekh, Esq. | Liza Walsh, Esq. |
| | Gregory Hansel, Esq. |
| | Thomas Fox, Esq. |
| | William Murtha, Esq. |
| | Jeff Geoppinger, Esq. |
| | Daniel Campbell, Esq. |
| | Brittney Nagle, Esq. |
| | Frank Stoy, Esq. |
| | Kate Deal, Esq. |
| | Kristen Ives, Esq. |
| | Jonathan Janow, Esq. |
| | Andrew Albeo, Esq |

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Ordered case management conference set for July 25, 2023 at 1:00PM.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:15p.m.    Time Adjourned: 1:55p.m.    Total Time in Court: 0:40