**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
NEW JERSEY CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |
| *This Document Relates to All Actions* | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Paul Quincy of Barnes & Thornburg LLP on this Court's MDL master docket on behalf of Defendants Walgreen Co., Walmart Inc., CVS Pharmacy, Inc. (improperly named as CVS Health Co.), and Rite Aid Corporation (collectively, "Defendants"). Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendants preserve all defenses, including but not limited to service and personal jurisdiction, in any individual case in which Defendants are named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

Dated: June 8, 2023                                    Respectfully submitted,

*/s/ Paul Quincy*
Paul Quincy, Esq.
BARNES & THORNBURG LLP
555 12th St. N.W., Suite 1200
Washington, DC 20004
Tel:    (202) 831-6727
Fax:    (202) 289-1330
Email:  paul.quincy@btlaw.com

*Counsel for Defendants Walgreen Co. Walmart Inc., CVS Pharmacy, Inc. (improperly named as CVS Health Co.), and Rite Aid Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2023, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Paul Quincy*
Paul Quincy, Esq.