UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Jane Petroski v. Mylan Laboratories Ltd., et al.*, No. 1:21-cv-16532 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## MOTION FOR SUBSTITUTION OF PARTY

The named Plaintiff in this action, Jane Petroski, passed away on April 10, 2023. *See* Ex. A (certificate of death). On June 1, 2023, Lynne E. Gutierrez was appointed Executrix of the Estate of Jane Petroski. *See* Ex. B. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff respectfully moves that Lynne E. Gutierrez be substituted as the proper party in this action pursuant to his status as the Executrix of the Estate of Jane Petroski.

Respectfully Submitted,

/s/ Ruben Honik
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com

Dated: June 12, 2023

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey

/s/ Ruben Honik
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com