# EXHIBIT B

# State of New Jersey
# Burlington County Surrogate's Court

Docket # 2023-1426

**EXECUTOR SHORT CERTIFICATE**

In the Matter of the Estate of    JANE ANNE PETROSKI    , DECEASED

I, BRIAN J. CARLIN, Surrogate, do hereby certify that the last Will of the above named decedent, late of the County of Burlington and the State of New Jersey, was admitted to probate by the Surrogate of Burlington County, on    June 01, 2023    and Letters Testamentary were issued to    LYNNE E GUTIERREZ

the Executor named therein, who is duly authorized to take upon himself the administration of the estate of said testator in accordance with the Will and said Letters Testamentary have never been revoked and still remain in full force and effect.



WITNESS my hand and seal of office, this
1ST    day of   June 2023

BRIAN J. CARLIN, Surrogate

Form3  12-2017