UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Jane Petroski v. Mylan Laboratories Ltd., et al.*, No. 1:21-cv-16532 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## [PROPOSED] ORDER

And now, the Court, having considered Plaintiff's Motion to Substitute, as well as any response and reply thereto, it is hereby ORDERED as follows:

1. Plaintiff's motion is GRANTED.

2. The Court hereby substitutes Lynne E. Gutierrez, in the capacity as Executrix of the Estate of Jane Petroski, as the proper party.

SO ORDERED, this ___ day of _____, 2023

_____
Kugler, J.

1