# EXHIBIT B

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY CAMDEN
VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | Case No. 19-md-2875-RBK<br>MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## SPECIAL MASTER ORDER NO. __

THE SPECIAL MASTER HAVING CONSIDERED the parties' letter briefs and argument, and otherwise being duly advised, **IT IS HEREBY ORDERED**, this ____ day of June, 2023, that:

- The Interrogatories attached hereto as **Exhibit A** are considered served on the Pharmacy Defendants as of the date of this order, and the Pharmacy Defendants shall respond to those Interrogatories within 60 days from the date of this Order.

- Plaintiffs' request that Pharmacy Defendants collect and produce customer contact information from databases besides their dispensing databases (e.g., loyalty databases) is **DENIED**.

It is so **ORDERED**.

Dated:_____

                                                      Hon. Thomas I. Vanaskie (Ret.)
                                                      Special Master