# EXHIBIT N

Case 1:19-md-02875-RMB-SAK   Document 2427-14   Filed 06/13/23   Page 2 of 4
Case 4:09-md-02029-PJH   Document 663-1   Filed 01/30/12   Page 1 of 3
PageID: 86271

1  Jonathan M. Jacobson, SBN 1350495 (NY)
   David H. Reichenberg, SBN 4477477 (NY)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  1301 Avenue of the Americas, 40th Floor
   New York, NY 10019
4  Tel.: (212) 999-5800
   Fax: (212) 999-5899
5  Email: jjacobson@wsgr.com

6  Keith E. Eggleton, SBN 159842
7  Maura L. Rees, SBN 191698
   Dylan J. Liddiard, SBN 203055
8  Anthony J Weibell, SBN 238850
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   650 Page Mill Road
10 Palo Alto, CA 94304
   Telephone: (650) 493-9300
11 Fax: (650) 565-5100
12 Email: dliddiard@wsgr.com

13 *Attorneys for Defendant Netflix, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION | Master File No. 4:09-md-2029 PJH |
|---|---|
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| **This document relates to:** ALL ACTIONS | **DECLARATION OF Steve McLendon** |

Case 1:19-md-02875-RMB-SAK   Document 2427-14   Filed 06/13/23   Page 3 of 4
Case4:09-md-02029-PJH   Document663-1   Filed01/30/12   Page2 of 3
PageID: 86272

I, Steve McLendon, hereby declare as follows:

1. I am an employee of Netflix, Inc. ("Netflix"). I make this declaration of my own personal knowledge and understanding, and, if called upon to do so, I could and would testify competently to the facts that it contains.

2. On November 15, 2011, Netflix began dissemination of emails to its current and former subscribers who had paid a monthly subscription fee to rent online DVDs between May 19, 2005 and September 2011 ("Netflix subscribers").

3. Netflix disseminated emails to **34,916,939** of Netflix subscribers between November 15, 2011 and November 18, 2011.

4. The email dissemination was conducted in a manner consistent with Netflix's customary practices and methods for limiting and/or avoiding spam filters and other obstacles in sending email communications to its subscribers.

5. The emails disseminated by Netflix between November 15, 2011 and November 18, 2011 resulted in 7,921,106 hard bounce backs. A hard bounce back is an email message that is returned as permanently undeliverable to the recipient.

6. It is my understanding that on or about December 6, 2011, a CD was produced to Rust Consulting containing Netflix's records of the last known names and street addresses of the Netflix subscribers for whom Netflix received a hard bounce back and for known bad email addresses.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true.

Executed this 18th day of January 2012, in Los Gatos, California.

_____
Steve McLendon

1

[4:09-md-2029 PJH] DECLARATION OF STEVE MCLENDON

Case 1:19-md-02875-RMB-SAK   Document 2427-14   Filed 06/13/23   Page 4 of 4
Case4:09-md-02029-PJH   Document566-3   Filed01/30/12   Page3 of 3
PageID: 86273