Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2603
DIRECT FAX
917-777-2603
EMAIL ADDRESS
CHRISTOPHER.COX@SKADDEN.COM

June 14, 2023

**VIA CM/ECF**
Honorable Thomas I. Vanaskie,
  Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower
  18th Floor
Philadelphia, Pennsylvania 19103

      RE:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875

Dear Judge Vanaskie:

      I am writing on behalf of counsel for the ZHP defendants, Teva and Torrent ("defendants"), as well as counsel for plaintiffs (all of whom are copied on this letter), as a follow-up to the parties' discussion with the Court at the May 17, 2023 Case Management Conference regarding a briefing schedule for motions to seal materials submitted in connection with the parties' *Daubert* briefing as well as earlier submissions related to the Court's most recent order on confidentiality designations.

      Over the past several weeks, counsel for defendants have been diligently conferring with plaintiffs' counsel regarding confidentiality issues raised by certain exhibits to the *Daubert* briefing. Those discussions have yielded a number of compromises that have limited the need for Court intervention. Counsel for defendants and plaintiffs agree that it would be productive to continue such discussions in an effort to further narrow (or possibly eliminate) the issues to be

Honorable Thomas I. Vanaskie
June 14, 2023
Page 2

brought before the Court. Accordingly, the parties are agreeable to extending the deadlines previously discussed with the Court as follows:

- Defendants to file motions to seal by July 10, 2023.
- Plaintiffs to file opposition briefing by July 31, 2023.
- Defendants to file reply briefs by August 7, 2023.

Thank you for your consideration.

Very truly yours,

Christopher Cox

Cc:  Layne Hilton
Christopher Geddis
Steven Harkins
Brittany Nagle