UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All actions* | MDL No. 19-2875 (RBK/KMW) |

**WITHDRAWAL OF APPEARANCE OF CAITLIN MCKENNA**

Kindly withdraw my appearance as counsel of record for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, in the above-captioned multi-district litigation. My colleagues, John P. Lavelle Jr., John Gisleson, Kate Deal, Jeff Masters, Elizabeth Hood, Steve Hunchuck and Yericca Morales will remain on as counsel of record for the above-referenced defendants.

Dated: June 16, 2023

Respectfully submitted,

*/s/ Caitlin McKenna*
Caitlin McKenna
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)
caitlin.mckenna@morganlewis.com

*Counsel for Defendants Aurobindo Pharma Ltd.;*
*Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on June 16, 2023, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served on all counsel of record via CM/ECF.

Dated: June 16, 2023               */s/ Caitlin McKenna*
                                               Caitlin McKenna