UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Jane Petroski v. Mylan Laboratories Ltd., et al.*, No. 1:21-cv-16532 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## STATEMENT NOTING A PARTY'S DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Jane Petroski hereby informs this Court and other parties of the death of Plaintiff Jane Petroski. It recently came to attention of undersigned counsel that Ms. Petroski passed away on April 10, 2023. A motion to substitute has already been filed.

Respectfully Submitted,

/s/ Ruben Honik
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com

Dated: June 19, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey

                                             */s/ Ruben Honik*
                                             Ruben Honik
                                             David J. Stanoch, Of Counsel
                                             **HONIK LLC**
                                             1515 Market Street, Suite 1100
                                             Philadelphia, PA 19102
                                             Phone: (267) 435-1300
                                             ruben@honiklaw.com
                                             david@honiklaw.com