UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

### SPECIAL MASTER ORDER NO. 80A

THE SPECIAL MASTER HAVING CONSIDERED the letter of June 12, 2023 from Attorney Kara Kapke reporting that the Retail Pharmacy Defendants and Plaintiffs have only two issues to brief at this time, IT IS HEREBY ORDERED, this 17th day of June, 2023, that:

1. Retail Pharmacy Defendants shall file an initial letter brief in support of their position regarding those two issues no later than **June 13, 2023**.

2. Plaintiffs shall file their response to the Retail Pharmacy Defendants' initial letter brief no later than **June 19, 2023**.

3. Retail Pharmacy Defendants may file a letter reply brief and affidavits regarding burden, no later than **June 22, 2023.**

4. The Special Master will hold oral argument on the parties' disputes on June 23, 2023 at 11:00 a.m. via Zoom.

s/ Thomas I. Vanaskie  
Hon. Thomas I. Vanaskie (Ret.)  
Special Master