IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Sean P. Fahey, Esq. hereby enters an appearance in this MDL on behalf of Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: sean.fahey@troutman.com.

By entering an appearance, ZHP does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: June 21, 2023

Respectfully submitted,

*/s/ Sean P. Fahey*
Sean P. Fahey
N.J. Bar No. 045561994
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4296
sean.fahey@troutman.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd.*

158863434v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Respectfully submitted,

*/s/ Sean P. Fahey*
Sean P. Fahey
N.J. Bar No. 045561994
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4296
sean.fahey@troutman.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd.*

158863434v1