# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**ORDER AMENDING CERTAIN DEADLINES IN SPECIAL MASTER ORDER NO. 78** |

## SPECIAL MASTER ORDER NO. 78A

**THE SPECIAL MASTER RECOGNIZING** that the parties have agreed: (1) to a brief extension of the current deadline to submit Defendants' response to Plaintiffs' damages expert Dr. Rena Conti's report that is set forth in Special Master Order No. 78; and (2) that Defendants will include any and all backup materials with their response.

**THE SPECIAL MASTER HEREIN AMENDING THE DEADLINES** set forth in Special Master Order No. 78.

**IT IS** on this 21st day of June, 2023

**ORDERED** as follows:

- Deadline to submit response to Plaintiffs' damages expert report: June 28, 2023

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master

Case 1:19-md-02875-RMB-SAK   Document 2437   Filed 06/21/23   Page 2 of 2 PageID: 86332