# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 81

THE SPECIAL MASTER HAVING CONSIDERED the letter of June 14, 2023 from Attorney Christopher Cox reporting that the parties have agreed to a schedule for submitting motions to seal materials presented to the Court in connections with the parties' *Daubert* briefs, (ECF Doc. No. 2429), and concluding that the proposed schedule is reasonable, **IT IS HEREBY ORDERED,** this 21st day of June, 2023, that:

1. Defendants shall file motions to seal no later than **July 10, 2023**.

2. Plaintiffs shall file their opposition briefing no later than **July 31, 2023**.

3. Defendants shall file reply briefs no later than **August 7, 2023**.

4. The Special Master will hold oral argument via Zoom on **August 14, 2023 at 11:00 a.m.**

                                                                            s/ Thomas I. Vanaskie
                                                                            Hon. Thomas I. Vanaskie (Ret.)
                                                                            Special Master