# EXHIBIT F

**Quincy, Paul**

---

| | |
|---|---|
| **From:** | David J. Stanoch <d.stanoch@kanner-law.com> |
| **Sent:** | Thursday, June 8, 2023 6:30 PM |
| **To:** | DECValsartan |
| **Cc:** | Valsartan PEC |
| **Subject:** | [EXTERNAL] Valsartan |

**Caution: This email originated from outside the Firm.**

Dear DEC,

We have been informed that our expert consulting firm in this litigation, GMA, may have been potentially affected by a cybersecurity incident. We have no further information at this time, but will update you once we do.

Regards, Dave

David J. Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777(t)
(504) 524-5763(f)
www.kanner-law.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.