[ECF No. 3]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 |
| THIS DOCUMENT RELATES TO:<br><br>JANE PETROSKI,<br><br>  Plaintiff,<br><br>v.<br><br>MYLAN LABORATORIES LTD. et al.,<br><br>  Defendants. | Civil No. 21-16532 (RBK/SAK) |

# ORDER

This matter having come before the Court on the Motion to Substitute Party [ECF No. 3] filed by Plaintiff Jane Petroski; and there being no opposition to the motion; and Plaintiff seeking to substitute Lynne E. Gutierrez, as Executrix of the Estate of Jane Petroski, deceased, in place of the late Jane Petroski pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed Plaintiff's moving papers and submissions, the record in this matter, and the applicable law; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **6th** day of **July**, **2023**, that Plaintiff's Motion to Substitute Party [ECF No. 3] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket and case caption to reflect "Lynne E. Gutierrez, as Executrix of the Estate of Jane Petroski, deceased," as Plaintiff in this matter.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc:  Hon. Robert B. Kugler, U.S.D.J.