# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 81A

THE SPECIAL MASTER HAVING CONSIDERED the letter of July 6, 2023 from Attorney Christopher Cox reporting that the parties have agreed to a revised schedule for submitting motions to seal materials presented to the Court in connections with the parties' *Daubert* briefs, (ECF Doc. No. 2429), and concluding that the proposed revised schedule is reasonable, **IT IS HEREBY ORDERED,** this 7th day of July, 2023, that:

1. Defendants shall file motions to seal no later than **July 20, 2023**.

2. Plaintiffs shall file their opposition briefing no later than **August 10**, **2023**.

3. Defendants shall file reply briefs no later than **August 17, 2023**.

4. The oral argument scheduled for August 14, 2023 at 11:00 a.m. is cancelled. The Special Master will hold oral argument on any motions to seal during the mid-September, 2023 status conference.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master