

Gregory E. Ostfeld
Tel 312.476.5056
ostfeldg@gtlaw.com

July 10, 2023

**Via ECF**

The Hon. Robert J. Kugler
United States District Judge
USDC, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875-RBK-SAK (D.N.J.)

Dear Judge Kugler:

I write on behalf of the Defendants' Executive Committee and with the consent of the Plaintiffs' Executive Committee to inquire whether the Court would agree to reschedule the next Case Management Conference, currently set for Tuesday, July 25, 2023, at 1:00 pm ET, to the afternoon of the following Wednesday, August 2, 2023, or such other date and time as is mutually convenient for the Court and parties.

Defendants request this change to accommodate undersigned defense counsel's previously scheduled vacation travel. After conferring with Plaintiffs' counsel, the parties are agreeable to rescheduling the Case Management Conference to August 2, 2023, if that date is convenient for the Court, or to identify alternative dates if August 2 is not convenient for the Court.

Thank you for your attention to this request.

Very truly yours,

/s/ Gregory E. Ostfeld

**Greenberg Traurig, LLP | Attorneys at Law**

77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | T +1 312.456.8400 | F +1 312.456.8435

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London.* Long Island. Los Angeles. Mexico City⁺. Miami. Milan». Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Francisco. Seoul∞. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv^. Tokyo*. Warsaw¬. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com