UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

### [PROPOSED] ORDER

**This matter having** come before the Court on plaintiffs' letter motion (ECF ___) seeking modification to Plaintiffs' leadership structure, based on changed circumstances for the following attorney to be added to the Plaintiffs' Steering Committee, with agreement of Co-Lead Plaintiffs' Counsel:

Madeline Pendley, an associate at the law firm of Levin Papantonio Rafferty, who has been actively involved with the valsartan litigation, and has agreed to be fully responsible to comply with all financial and other obligations of membership on the Plaintiffs' Steering Committee, be permitted to join the Plaintiffs' Steering Committee, upon consideration and agreement of Co-Lead Plaintiffs' Counsel,

**The Court having** reviewed the reasons for the request, **hereby grants** the addition of Madeline Pendley to the Plaintiffs' Steering Committee.

So ordered, this ____ day of _____, 2023,

_____
Robert B. Kugler, U.S.D.J.