UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL No. 2875 (RBK-SAK)<br><br>Case Management Order No. 34<br>Modification to the Leadership Structure of Plaintiffs' Counsels |

**KUGLER, U.S. District Judge:**

**THIS MATTER HAVING COME BEFORE THE COURT** on plaintiffs' letter request (Doc. No. 2455, dated 12 July 2023), seeking to modify the leadership structure of Plaintiffs' Counsels (including Plaintiffs' Steering Committee ["PSC"]),

which Case Management Orders ["CMOs"] No. 6 (Doc. No. 96), and 26 (Doc. No. 1997) as well as an Order (Doc. No. 500) detail, and for good cause shown,

**IT IS ORDERED:**

Madeline Pendley, Esq., of the law firm Levin Papantonio Rafferty is now appointed to the PSC; and

**IT IS ALO NOTED:**

Daniel Nigh, appointed by this Court in CMO 6 as Plaintiffs' co-lead counsel, is now at the law firm Nigh Goldenberg Raso and Vaughn;

Marlene Goldenberg and Brett Vaughn, appointed by this Court in CMO 6 to the Plaintiffs' Executive Committee, are now also at the law firm Nigh Goldenberg Raso and Vaughn;

Ashleigh Raso, appointed by this Court in CMO 6 to the PSC, is now also at the law firm Nigh Goldenberg Raso and Vaughn.

Dated: 17 July 2023

s/ Robert B. Kugler
The Honorable Robert B. Kugler
United States District Judge