# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**NOTICE OF ZHP DEFENDANTS' MOTION TO SEAL PURSUANT TO L. CIV. R. 5.3**<br><br>**ORAL ARGUMENT REQUESTED** |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that at the mid-September 2023 status conference with Special Master Hon. Thomas I. Vanaski (Ret.), or on such earlier date as set by the Court, Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants"), shall move for an Order pursuant to L. Civ. R. 5.3(c) permitting the filing of a redacted version of the following document previously submitted *in camera* for the Court's review:

(i) Exhibit 2 to Plaintiffs' Brief in Support of *Daubert* Motion to Preclude the Opinions of Defense Expert Fengtian Xue, Ph.D. (ECF No. 2288-3).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the ZHP Defendants will rely upon the Certification of Christopher Cox, which contains a Consolidated Index In Support Of Motion To Seal, the Declaration of Jucai Ge, the ZHP Defendants' Memorandum Of Law In Support Of Motion To Seal, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that the ZHP Defendants submit a proposed form of Order with proposed findings of fact and conclusions of law herewith.

Dated:  July 20, 2023                                   Respectfully submitted,

By: */s/ Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
*Liaison Counsel for Manufacturer Defendants*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Facsimile: (917) 777-2588
jessica.davidson@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Nina R. Rose
1440 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 371-7000

Fax: (202) 661-0525
nina.rose@skadden.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
(Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)