# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF JESSICA DAVIDSON, ESQ.** |

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1.  I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co. ("ZHP"), Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants").  I make this Certification based on personal knowledge and in support of the ZHP Defendants' Memorandum of Law in Support of Motion to Seal.

2.  Attached hereto as Exhibit 1 is a redacted version of a true and accurate copy of Exhibit 2 to Plaintiffs' Brief in Support of *Daubert* Motion to Preclude Opinions of Defense Expert Fengtian Xue, Ph.D. (ECF No. 2288-3), an unredacted copy of which was previously submitted to the Court *in camera*.

3.  Attached hereto as Exhibit 2 is a true and accurate copy of the Certification of Christopher Cox, dated July 20, 2023.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the Declaration of Jucai Ge in Support of the ZHP Defendants' Motion to Seal, dated July 20, 2023.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the Confidentiality Order signed by Dr. Fengtian Xue on November 20, 2022.

        Respectfully submitted,

        */s/ Jessica Davidson*
        Jessica Davidson (DC Bar No. 457021)
        (Admitted to Practice in Maryland and the District of Columbia; Not Admitted in New York)
        *Liaison Counsel for Manufacturer Defendants*
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        One Manhattan West
        New York, NY 10001
        Telephone: (212) 735-3000
        Facsimile: (917) 777-2588
        jessica.davidson@skadden.com

        *Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Dated: July 20, 2023