# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF CHRISTOPHER D. COX IN SUPPORT OF ZHP DEFENDANTS' MOTION TO SEAL** |

Christopher D. Cox hereby certifies that:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") in the above-captioned matter. I submit this Certification in support of the ZHP Defendants' Motion to Seal Pursuant to L. Civ. R. 5.3.

2. The ZHP Defendants bring their Motion to Seal pursuant to Local Civil Rule 5.3 and the Amended Confidentiality and Protective Order entered by the Court on October 21, 2021 ("Confidentiality Order") (ECF No. 1661).

3. In connection with Plaintiffs' *Daubert* Motion to Preclude the Opinions of Defense Expert Fengtian Xue, Ph.D. ("the Xue Motion") (ECF No. 2288), Plaintiffs submitted for *in camera* review, *inter alia*, the Expert Report of Fengtian

Xue, Ph.D. dated December 22, 2022, as Exhibit 2 (ECF No. 2288-3) ("the Xue Report").

4.      As set forth below, the ZHP Defendants seek to file a redacted version of the Xue Report on the public docket because certain limited portions of the document include sensitive, confidential and proprietary information about ZHP's manufacturing processes and testing practices and results, the disclosure of which would result in clearly-defined and serious injury to ZHP. The Xue Report is itself marked "Confidential" and contains or references information designated as "Confidential" or "Restricted Confidential" pursuant to the Confidentiality Order entered by this Court.

5.      The specific sections of the Xue Report at issue, and basis for the request to seal the Xue Report in part pursuant to Local Civil Rule 5.3, are identified below:

| ECF No. | Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why Less Restrictive Alternative Not Available | Party Objecting And Anticipated Opposition To Sealing |
|---|---|---|---|---|---|
| 2288-3 (Ex. 2) | Report of Fengtian Xue, Ph.D. (12/22/2022)<br><br>Redactions on Pages 16, 23, 26-29, 32-36, and 40-41. | The portions of the document the ZHP Defendants seek to seal contain confidential, technical information about ZHP's manufacturing and testing processes and testing results related to its valsartan active product ingredient ("API"), including information from ZHP's confidential Drug Master File submission to the FDA. | ZHP would be substantially harmed and put at a competitive disadvantage if its competitors could access ZHP's confidential manufacturing processes and testing methods for valsartan API because competitors could use such information to modify their own processes and methods based on ZHP's efforts and know-how. | Proposed redactions constitute the least restrictive means necessary to protect the confidential information. | Plaintiffs: Information not confidential and/or the public right of access/public safety interests outweigh confidentiality. |

3

6.     ZHP has a clear interest in protecting such confidential technical information from public disclosure, which would allow competitors to access it and use it to their competitive advantage, putting ZHP at a competitive disadvantage. Specifically, and as explained more fully in the Declaration of Jucai Ge, "[p]ublic disclosure of the Redacted Information would result in significant commercial harm to ZHP by revealing to its competitors detailed information regarding its manufacturing processes, including its *current manufacturing processes*. Such information includes, but is not limited to: (a) the materials it uses in specific steps, (b) the quantities or amounts of such materials, and perhaps most significantly, (c) the company's rationale for those process decisions." (Ge Decl. ¶ 6.) Similarly, other portions of the Xue Report contain "detailed technical know-how relating to ZHP's manufacturing processes" and "details regarding ZHP's testing for impurities, including whether the evaluations were affected by the process changes" that could be easily adapted and used by ZHP's competitors to ZHP's detriment. (*Id.* ¶¶ 9-10.)

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2023.

                                                */s/Christopher D. Cox*
                                                Christopher D. Cox