

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**

53 State Street
27th Floor
Boston, MA 02109

617-213-7000
617-213-7001 (fax)
**www.hinshawlaw.com**

Vanessa V. Pisano
617-213-7022
vpisano@hinshawlaw.com

July 27, 2023

**VIA ECF**

The Hon. Robert J. Kugler
United States District Judge
USDC, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

> Re:  **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation,
> No. 1:19-md-02875-RBK-SAK (D.N.J.)**

Dear Judge Kugler:

I write on behalf of my client, ScieGen Pharmaceuticals, Inc. ("ScieGen"), a finished dose manufacturer of irbesartan, with the assent of the Defendants' Executive Committee and Plaintiffs' Executive Committee, to request the Court's permission to allow ScieGen to appear virtually at the upcoming Case Management Conference scheduled for next Thursday, August 3, 2023.

I am making this request for accommodation because I am currently seven months pregnant and I was recently informed by my obstetrician that I cannot fly or travel for long periods of time due to a prenatal medical condition. As lead discovery counsel for ScieGen in the above-referenced case, I am the person most knowledgeable of the pending discovery issues and any related discovery disputes between ScieGen and the PEC.

Please let me know if you require any additional information and thank you for considering this request.

Very truly yours,

HINSHAW & CULBERTSON LLP

*/s/ Vanessa V. Pisano*

Vanessa V. Pisano

1016106\314286689.v1