UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: August 3, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**                      **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

FOR PLAINTIFFS:
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
Adam Slater, Esq.
Behram Parekh, Esq.
Marlene Goldenberg, Esq.

FOR DEFENDANTS:
Steven Harkins, Esq.
Greg Ostfeld, Esq.
Kristen Richer, Esq.
Frank Stoy, Esq.
William Murtha, Esq.
Jeff Geoppinger, Esq.
Daniel Campbell, Esq.
Brittney Nagle, Esq.
Frank Stoy, Esq.
Jason Reefer, Esq.
D'Lesli Davis, Esq.
Victoria Lockard, Esq.
Richard Bernardo, Esq.

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Ordered case management set for September 12, 2023 at 1:00PM.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:20p.m.   Time Adjourned:   1:35p.m.   Total Time in Court:   0:15