# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

To the Clerk of the Court:

Please take notice that Luke J. Bresnahan withdraws his appearance as counsel for Cardinal Health, Inc. in the above-captioned case, and requests that the Clerk of Court remove undersigned counsel form the mailing list for this case.

Defendant Cardinal Health, Inc. continues to be represented by Andrew D. Kaplan, Daniel T. Campbell, Marie S. Dennis, and Emily G. Tucker of Crowell & Moring.

Dated: August 7, 2023

Respectfully submitted,

*/s/ Luke Bresnahan*
Luke J. Bresnahan
CROWELL & MORING
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel.: (202) 624-1000
Fax: (202) 628-5116
Email: lbresnahan@crowell.com

*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2023, I filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Luke Bresnahan*
Luke J. Bresnahan
