# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie\*
Adam M. Slater\*°
Eric D. Katz\*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn\*°
David M. Estes
Adam M. Epstein°

\*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort\*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°

°Member of N.J. & N.Y. Bars

August 8, 2023

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*,
No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

With defense counsel's consent and in light of some recent vacation scheduling changes, Plaintiffs respectfully submit this letter requesting a twenty-nine-day extension on the remaining motion to seal deadlines in Special Master Order No. 81A (ECF 2450). A proposed amended order is enclosed with this letter.

Thank you for your courtesies and consideration.

Respectfully,
*/s/Christopher J. Geddis*
CHRISTOPHER J. GEDDIS

Encl.

cc:   All Counsel (via CM/ECF)