# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 19-2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## SPECIAL MASTER ORDER NO. 81B

THE SPECIAL MASTER HAVING CONSIDERED the letter of August 8, 2023 from Attorney Christopher Geddis reporting that the parties have agreed to a twenty-nine-day extension on the remaining motion to seal deadlines in Special Master Order No. 81A (ECF Doc. No. 2450), and concluding that the proposed revised schedule is reasonable, **IT IS HEREBY ORDERED,** this ___ day of August, 2023, that:

1. Plaintiffs shall file their opposition brief no later than **September 8, 2023**.

2. Defendants shall file their reply brief no later than **September 15, 2023**.

3. The Special Master will hold oral argument on the motion to seal during the mid-October, 2023 status conference.

s/ _____
Hon. Thomas I. Vanaskie (Ret.)
Special Master