1          **UNITED STATES DISTRICT COURT**
          **FOR THE DISTRICT OF NEW JERSEY**
2     _____

3     **IN RE:  VALSARTAN, LOSARTAN, AND        CIVIL ACTION NUMBER:**

4     **IRBESARTAN PRODUCTS LIABILITY            1:19-md-02875-RBK**

5     **LITIGATION                              CASE MANAGEMENT CONFERENCE**

6     _____

7     Mitchell H. Cohen Building & U.S. Courthouse
      4th and Cooper Streets
8     Camden, New Jersey  08101
      Thursday, August 3, 2023
9     Commencing at 1:16 p.m.

10    **B E F O R E:**        **THE HONORABLE ROBERT B. KUGLER,**
                        **UNITED STATES DISTRICT JUDGE, and**
11                        **THOMAS I. VANASKIE (RET.), SPECIAL MASTER**

12    **A P P E A R A N C E S:**

13    MAZIE SLATER KATZ & FREEMAN, LLC
      BY:  ADAM M. SLATER, ESQUIRE
14    103 Eisenhower Parkway
      Roseland, New Jersey 07068
15    Counsel for Plaintiffs

16    KANNER & WHITELEY, LLC
      BY:  CONLEE S. WHITELEY, ESQUIRE
17        DAVID J. STANOCH, ESQUIRE
      701 Camp Street
18    New Orleans, Louisiana 70130
      Counsel for Plaintiffs

19

20            John J. Kurz, Official Court Reporter
                John_Kurz@njd.uscourts.gov
21                    (856)576-7094

22     Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.

23

24

25

1  **A P P E A R A N C E S:** **(Continued)**

2  NIGH GOLDENBERG RASO & VAUGHN
   BY: DANIEL A. NIGH, ESQUIRE
3      MARLENE J. GOLDENBERG, ESQUIRE
   14 Ridge Square NW, Third Floor
4  Washington, DC 20016
   Counsel for Plaintiffs
5

6  KIRTLAND & PACKARD LLP
   BY: BEHRAM V. PAREKH, ESQUIRE
7  1638 South Pacific Coast Highway
   Redondo Beach, California 90277
8  Counsel for Plaintiffs

9

10  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    BY:  RICHARD TODD BERNARDO, ESQUIRE
11  One Manhattan West, Suite 42-128
    New York, NY 10001
12  Counsel for Defendant ZHP

13  PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
    BY:  FRANK STOY, ESQUIRE
14      JASON M. REEFER, ESQUIRE
    One Oxford Centre, 38th Floor
15  Pittsburgh, Pennsylvania 15219
    Counsel for Defendant Mylan Pharmaceuticals, Inc.
16

17  GREENBERG TRAURIG LLP
    BY: VICTORIA DAVIS LOCKARD, ESQUIRE
18      STEVEN M. HARKINS, ESQUIRE
        GREGORY E. OSTFELD, ESQUIRE
19  3333 Piedmont Road, NE, Suite 2500
    Atlanta, Georgia 30305
20  Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
    Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
21  Inc.

22

23  NORTON ROSE FULBRIGHT US LLP
    BY:  D'LESLI DAVIS, ESQUIRE
    2200 Ross Avenue
24  Suite 3600
    Dallas, Texas 75201
25  Counsel for Defendant Mckesson Corp.

*United States District Court*
*District of New Jersey*

1   **A P P E A R A N C E S:** **(Continued)**

2   KIRKLAND & ELLIS LLP
    BY:  BRITTNEY NAGLE, ESQUIRE
3   601 Lexington Avenue
    New York, New York 10022
4   Counsel for Defendants Torrent Pharma, Inc.
    and Torrent Pharmaceuticals Ltd.

5

    ULMER & BERNE LLP
6   BY: JEFFREY D. GEOPPINGER, ESQUIRE
    600 Vine Street, Suite 2800
7   Cincinnati, Ohio 45202
    Counsel for Wholesaler Defendants and AmerisourceBergen

8

    CROWELL & MORING LLP
9   BY:  DANIEL TODD CAMPBELL, ESQUIRE
    1001 Pennsylvania Avenue, NW
10   Washington, DC 20004
    Counsel for Defendant Cardinal Health

11

    BARNES & THORNBURG, LLP
12   BY:  KRISTEN L. RICHER, ESQUIRE
    2029 Century Park East, Suite 300
13   Los Angeles, California 90067
    Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
14   Rite Aid Corporation

15   HILL WALLACK, LLP
    BY: WILLIAM MURTHA, ESQUIRE
16   21 Roszel Road
    Princeton, New Jersey 08540
17   Counsel for Defendants Hetero Drugs and Hetero Labs

18   **Also present:**

19   Larry MacStravic, Courtroom Deputy

20   Loretta Smith, Esquire,
    Judicial Law Clerk to the Honorable Robert B. Kugler

21

22

23

24

25

*4*

```
1                 (PROCEEDINGS, held in open court before the Honorable

2      Robert B. Kugler, United States District Judge, and Thomas I.

3      Vanaskie (Ret.), Special Master, at 1:16 p.m. as follows:)

4                 THE COURTROOM DEPUTY:  All rise.

5                 JUDGE KUGLER:  Good afternoon.  Have a seat, please.

6                 Okay.  Everybody's summer going well, I hope.  People

7      getting away.  I guess you have kids to take to college soon, a

8      lot of you, so...

9                 As you see, Judge Vanaskie is here.  He's got some

10     things that he's going to talk to you about that are pending.

11                Can we get to the order to show cause and that stuff

12     first and get that out of the way?

13                JUDGE VANASKIE:  Makes sense.

14                JUDGE KUGLER:  The deficiency notices.  I understand

15     that the Hardwick, Feria, and Janecek cases have been resolved.

16     So those orders to show cause are dismissed.

17                And the Smason, S-M-A-S-O-N, and Young matters, you

18     want to relist next month, correct?

19                MR. HARKINS:  That's correct, Your Honor.  Steve

20     Harkins from Greenberg Traurig, on behalf of the Teva

21     defendants and the joint defense group.

22                We have one other update to that list.  The matter in

23     Ricky Young, number 5 on our list, was granted an extension.

24     So that order to show cause can be continued to the next case

25     management conference.
```

1          JUDGE KUGLER:  Right.  Okay.  And you have a number
2  that you want to put on an order to show cause.  Any updates on
3  those?
4          MR. HARKINS:  Three updates, Your Honor.  On our
5  list, listed as number 8, number 13 and number 18.  Number 8,
6  Seifert; number 13, Vander; and number 18, Achkova, those three
7  orders to show -- or those three requests can be withdrawn.
8  And we would request orders to show cause returnable at the
9  next case management conference in the remaining 16 cases.
10          JUDGE KUGLER:  Okay.  There's Sturgill,
11  S-T-U-R-G-I-L-L.  Anybody here on that?
12          (No response.)
13          MS. GOLDENBERG:  Judge, I think I can short-circuit
14  this.
15          We addressed all the ones that I had notes on from
16  plaintiffs' counsel, so the rest of them I don't think
17  anybody's here to speak on.
18          JUDGE KUGLER:  Okay.  Well, I have to announce them
19  anyway so they're on the record.
20          Taffnie Williams.
21          (No response.)
22          JUDGE KUGLER:  Sharon Thomas.
23          (No response.)
24          JUDGE KUGLER:  Joseph George.
25          (No response.)

```
 1              JUDGE KUGLER:  Michelle Worms.

 2              (No response.)

 3              JUDGE KUGLER:  Robert Lee.

 4              (No response.)

 5              JUDGE KUGLER:  Karl Bartels.

 6              (No response.)

 7              JUDGE KUGLER:  Tom Lemen, L-E-M-E-N.

 8              (No response.)

 9              JUDGE KUGLER:  James Magee.

10              (No response.)

11              JUDGE KUGLER:  Phyllis Axt, A-X-T.

12              (No response.)

13              JUDGE KUGLER:  Beatrice Meza, M-E-Z-A; Estate of

14    Barbara Lipscomb.

15              (No response.)

16              JUDGE KUGLER:  Benjamin Andrews; James Polk.

17              (No response.)

18              JUDGE KUGLER:  Tina Schram; Dean Tasman.

19              (No response.)

20              JUDGE KUGLER:  They will all be listed for orders to

21    show cause returnable at the next status conference.

22              All right.  You have now quite a few more you want to

23    relist, correct?

24              MR. HARKINS:  That's correct, Your Honor.

25              Of the 30 cases on our second table, there are three
```

```
 1    that we are withdrawing:  Number 23, Jonathan Lee; number 29,
 2    Dixie Buxton; and number 30, Pauline Harris.  And we'll relist
 3    the remaining 27 cases on the next agenda.
 4              JUDGE KUGLER:  Okay.  Tommy Benton; Jerome Zimmerman.
 5              (No response.)
 6              JUDGE KUGLER:  Estate of Vincent Thompson.
 7              (No response.)
 8              JUDGE KUGLER:  Ronald Jackson.
 9              (No response.)
10              JUDGE KUGLER:  Byron Wrigley.
11              (No response.)
12              JUDGE KUGLER:  Steven Petrie.
13              (No response.)
14              JUDGE KUGLER:  Gregory Adams; Antonio Guzman; Lori
15    Stratton.
16              (No response.)
17              JUDGE KUGLER:  Lawrence Taliaferro.
18              (No response.)
19              JUDGE KUGLER:  Darlene Barzee.
20              (No response.)
21              JUDGE KUGLER:  Shirley Black.
22              (No response.)
23              JUDGE KUGLER:  Anthony Burton; Lillian Ghrigsby;
24    Dianne Hardy; Robert Henley; Rhonda Kent; Arthur Smith; Jesus
25    David Torres.
```

1           (No response.)

2           JUDGE KUGLER:  Joy Higgins; Gonzalo Salazar; Dinah

3    Brown; Rosanne O'Callaghan; Shawna Martinez; Emmett Wesson;

4    Estate of Barbara Kaluhiokalani; Estate of Mary Hines.

5           (No response.)

6           JUDGE KUGLER:  Those matters will be listed at the

7    next return date.

8           Anything further, Mr. Harkins?

9           MR. HARKINS:  Nothing further.  Thank you, Your

10   Honor.

11          JUDGE KUGLER:  All right.  Judge Vanaskie.

12          JUDGE VANASKIE:  Yeah.  There were three issues I

13   think I wanted to go over, if we could, today.  First dealing

14   with the discovery schedule on the irbesartan and losartan

15   discovery.  It seems to be a --

16          MR. HARKINS:  Judge, I'm happy to report that the

17   parties were able to meet and confer prior to our meeting

18   today.  We have revisited the schedule that is reflected in

19   footnote 2 of the defendants' position statement as a potential

20   compromise.

21          JUDGE VANASKIE:  Right.  Have you agreed to that

22   compromise?

23          MR. HARKINS:  Which would require -- apologies.

24          JUDGE VANASKIE:  I'm sorry.  Go ahead.  That was my

25   fault.

1          MR. HARKINS:  And just to confirm, the parties are

2     agreeable in principal -- and we would submit an order to this

3     effect if it's agreeable to the Court -- to the August 31, 2023

4     deadline to submit disputes to Your Honor; the December 15,

5     2023 deadline to produce noncustodial documents; and the

6     February 28, 2024 deadline to complete the custodial

7     production.  And the parties believe we could continue to meet

8     and confer on the other deadlines, such as for depositions and

9     eventually expert briefing that were reflected in the

10    plaintiffs' schedule.

11         JUDGE VANASKIE:  Is that correct?

12         MS. GOLDENBERG:  It is.  We were nice that way this

13    time.  Yes, Your Honor, it is.

14         JUDGE VANASKIE:  All right.  So would you submit a

15    proposed order reflecting that?

16         MS. GOLDENBERG:  Yes.  We'll get one to you in the

17    next few days, I think; yes.

18         MR. HARKINS:  Certainly.

19         JUDGE VANASKIE:  All right.  Very well.  Thanks.  So

20    that was the first issue.

21         The second issue is one I come before you with egg on

22    my face, and that's the motion dealing with the Valisure

23    discovery, the subpoena, and the motion for protective order.

24         Are you prepared to address that at all today in any

25    greater length than the letter briefs that you submitted on

1    this issue?

2        MR. HARKINS:  Your Honor, for the defendants, I

3    believe we just wanted to notify the Court that it's briefed.

4    We did not intend to reargue it before you unless there's

5    specific questions that Your Honor would like answered.

6        JUDGE VANASKIE:  Okay.  All right.

7        MR. NIGH:  Your Honor, Daniel Nigh for --

8        JUDGE VANASKIE:  And if you're not ready, that's okay

9    too.  I'll give you the question.  You can send me a letter

10    brief on it.

11        MR. NIGH:  Daniel Nigh for the plaintiffs.  We're

12    ready to address questions if Your Honor has questions for it.

13    But we do believe that it was fully argued six months ago.

14        JUDGE VANASKIE:  Uh-huh.

15        MR. NIGH:  And it's ready and fully briefed; argued

16    and briefed.

17        JUDGE VANASKIE:  It was fully briefed.  I looked at

18    the transcript from six months ago, and we really didn't take

19    any argument at that time.

20        But the question I have is, if they're only looking

21    for NDC numbers, what's the big deal?

22        MR. NIGH:  I think that that's truly only the first

23    step are NDC numbers.  I think this is sort of like if you give

24    a mouse a cookie, then he'll want a glass of milk and you go on

25    down the line from there.

1     I don't think that that's going to be it.  I think

2  that they're going to be looking for more, but it does

3  supplement.  I mean, even one issue, it could lead to

4  supplementation of expert reports, and then the next thing you

5  know, they may be asking for depositions, rebriefing on

6  *Daubert*.  I mean, it's an issue that we think is just a

7  distraction at this point.  And I think we've fully briefed how

8  it's really irrelevant, but it does get into -- it may get into

9  some more of these issues on how Valisure wasn't equipped,

10  unreliable in terms of actually being able to test for NDMA in

11  Diovan and how every other agency -- even the Defendant ZHP has

12  admitted that there was no NDMA in name brand Diovan.

13     So it opens up a can of worms to get into what is the

14  NDC code, you know, and providing those NDC codes.  And we

15  think the discovery has long past.

16     JUDGE VANASKIE:  Anyone prepared on the defense side

17  on this issue?

18     MR. HARKINS:  Your Honor, I think we would like time

19  to specifically brief and then present argument on it if you

20  consider there to be unanswered questions.  But I will note, we

21  are only asking for the information that is requested in the

22  subpoena, the NDC code numbers.

23     JUDGE VANASKIE:  Right.

24     MR. HARKINS:  We do not know and neither party knows

25  whether that is going to lead to any other requests for

1    discovery beyond the specific, incredibly narrowly tailored

2    request.

3            JUDGE VANASKIE:  But you're not willing to commit

4    that you wouldn't pursue any other discovery depending upon

5    that information?

6            MR. HARKINS:  Your Honor, no, we can't at this time.

7            JUDGE VANASKIE:  I understand that.  I understand.

8            Why don't you address the timeliness.  Or if you

9    want, maybe you want to submit another letter brief on that.

10   But, you know, discovery was concluded.  An order was issued

11   saying subpoenas had to be issued by a certain date.  This

12   comes much after that deadline.

13           MR. HARKINS:  Your Honor, I might defer to my

14   colleagues who prepared the initial briefing, if you would.  I

15   don't know if any of them are prepared.

16           JUDGE VANASKIE:  And I'm hitting you cold.  I'm

17   sorry.

18           MR. BERNARDO:  Your Honor, this is Rich Bernardo for

19   the ZHP defendants.  And, again, this is all fleshed out in our

20   brief.

21           JUDGE VANASKIE:  It's in the briefs, yeah.

22           MR. BERNARDO:  Your Honor, but the point is, the

23   deadline to which plaintiffs point is the deadline for

24   plaintiffs to issue all third-party subpoenas, and that makes

25   sense, right?  It makes sense that there would be a cutoff for

 1    plaintiffs to seek.

 2            But, you know, as I frequently hear from plaintiffs,

 3    discovery is an ongoing matter, and this is issues that have

 4    come up in depositions and in connections with experts.  So

 5    there's not a deadline for the defendants to issue third-party

 6    subpoenas.

 7            And even if there was a deadline for it, which there

 8    isn't, there certainly is good cause here.  And as Mr. Harkins

 9    said, we're looking for codes, that's it.  I mean, it could be

10    an email that says, "here are the following codes," and we can

11    leave it to another day if those codes would require additional

12    discovery.  And we understand that that would be on us to come

13    back to the Court and seek for that.

14            But all we're seeking right now is codes.  There's no

15    burden.  There's really no timeliness issue.  And even if there

16    is, there's good cause to get by that.  I mean, we're looking

17    for the truth here.

18            JUDGE VANASKIE:  Right.  All right.  But there are

19    deadlines.

20            MR. NIGH:  Your Honor --

21            JUDGE VANASKIE:  And there are deadlines for fact

22    discovery.  And it seems to me you're beyond that deadline.

23            MR. BERNARDO:  We disagree that the deadlines would

24    apply to this particular circumstance.  And if they do, we

25    agree, for the reasons set forth in the brief, that there would

1    be good cause for this particular, very narrowly tailored

2    discovery to excuse that.

3            JUDGE VANASKIE:  All right.  Thank you.

4            MR. BERNARDO:  Thank you, Your Honor.

5            MR. NIGH:  Can I respond?

6            JUDGE VANASKIE:  Yes, you may.

7            MR. NIGH:  Yes.  I think the clear thing is that the

8    fact discovery, all fact discovery deadline has passed.  That

9    passed for a reason because you need to have a record that your

10   experts rely upon.  There's nothing here that makes this expert

11   discovery.  That was an attempt, but we found out that

12   Dr. Najafi doesn't possess any knowledge on the NDC code issue.

13   This is truly a Valisure issue.

14            This report was published in May of 2019.  This is an

15   issue that has long been known.  They could have been asked for

16   this discovery back in May of 2019.  This is very outdated.  We

17   also don't think that this would ever be admissible, you know,

18   because of all the problems with Valisure's testing.  None of

19   this information is going to be admissible at trial, we don't

20   believe.

21            JUDGE VANASKIE:  Well, that's down the road, though.

22   That's, you know --

23            MR. NIGH:  Yeah.  But we're talking about --

24            JUDGE VANASKIE:  The question is, what if the

25   information, the NDC, is for Exforge or Diovan that shows

1    nitrosamine contamination?

2            MR. NIGH:  Yeah.  We're going to be talking about

3    then how it's 14 parts per million -- or it's 14 nanograms, and

4    we would get into this whole line of how when you test, there's

5    residual NDMA when you test from one to another.

6            The sole purpose of the May 2019 petition was not for

7    NDMA.  It was for DMF, for Macleods.  And so all sort of the

8    testing for validation and all of those issues to make sure

9    that your testing is accurate, all those issues are going to

10    come into play if we open this door even further.

11            JUDGE VANASKIE:  Okay.  Thank you.

12            One last issue, and that is the one interrogatory on

13    the question of production of transaction by transaction,

14    information versus aggregated information.

15            MS. RICHER:  Yes, Your Honor.  Kristen Richer for the

16    retailer defendants.  Do you mean with respect to the

17    third-party payer payment information or --

18            JUDGE VANASKIE:  Excuse me?

19            MS. RICHER:  Do you mean with respect to the retailer

20    discovery?

21            JUDGE VANASKIE:  Yes.

22            MS. RICHER:  Yes.  Yes, Your Honor.

23            JUDGE VANASKIE:  So is anybody prepared to argue that

24    on behalf of the plaintiff?

25            MS. WHITELEY:  I'm here, Your Honor.

1        So as I understand it, we have reached agreement to a

2   certain extent.  But, Ms. Richer, would you state your position

3   and we'll respond?

4        MS. RICHER:  Well, with regard to the format of the

5   production of third-party payer payment information, I think

6   that issue is fully briefed and was argued to Your Honor in

7   June.

8        JUDGE VANASKIE:  Right.

9        MS. RICHER:  And so it's just a question of where

10  Your Honor comes out on that, and from there we'll move forward

11  with that discovery.  But for the reasons we stated, we don't

12  think it's necessary that it be produced.

13        JUDGE VANASKIE:  Right.  Why is

14  transaction-by-transaction data necessary?

15        MS. WHITELEY:  Your Honor, this is the information

16  that we were working with our experts, and we had presented

17  that in that way that we think is necessary in order to present

18  our damages.  And also, we've asked for it as it relates to

19  class notice.

20        (Reporter clarified the record.)

21        MS. WHITELEY:  Class notice.

22        JUDGE VANASKIE:  Okay.

23        MS. RICHER:  And, Your Honor, if I could just

24  briefly, I think the class notice point is an important one

25  because to the extent they're talking about third-party payer

1    class notice, that's not a class that we are defendants in.

2    For consumer class purposes, we're giving them consumer

3    information.  That production is in the works.  So I think

4    those are two different issues that we think it's important to

5    maintain the boundary between the two of them.

6              MS. WHITELEY:  So in addition to anything that's in

7    our -- you know, we'll respect your ruling on the briefings,

8    and then there are a few other minor points that we discussed

9    earlier this morning that we're going to try to work out in the

10   coming week.

11             JUDGE VANASKIE:  All right.  Very well.  That's all

12   the questions that I had.

13             JUDGE KUGLER:  Do you want to talk about the

14   losartan, irbesartan schedule?

15             JUDGE VANASKIE:  Well, you're working that out,

16   right?

17             MS. GOLDENBERG:  Yes.  We'll get you the proposed

18   order.

19             JUDGE VANASKIE:  They're going to get me a proposed

20   order on that.  They've agreed to the compromised position that

21   was in footnote 2 of the agenda letter.

22             MR. HARKINS:  That's correct, Your Honor.

23             JUDGE VANASKIE:  And they're kicking down the road

24   some of the other issues.

25             MR. HARKINS:  Yes.  We'll meet and confer further on

1    that.

2              JUDGE VANASKIE:  Okay.

3              JUDGE KUGLER:  Any other issues that you want to

4    raise today?

5              MR. SLATER:  None for plaintiff, Your Honor.

6              MR. OSTFELD:  Nothing for defendants, Your Honor.

7              JUDGE KUGLER:  When do you want to meet again?  You

8    want to meet in August, the last week in August?  Are people

9    available in the last week in August?  I mean, I'll be here.

10             Thursday, the 31st, does that work for people?

11             MR. SLATER:  I will not be here, Your Honor.  But I'm

12   certainly not going to hold up the conference just for me.

13             MR. OSTFELD:  Your Honor, I also will not be here.

14   And my understanding is based on our discussions around the

15   pending amended Class Notice Plan, it may be productive to wait

16   an additional week or two.  There may be an ability to discuss

17   that with Your Honor in early September, and we may not be able

18   to do that in late August.

19             JUDGE KUGLER:  Well, that was my next question, was

20   whether we would be able to accomplish anything in late August.

21   But that's fine, we can move it into September, if you want.

22             MS. WHITELEY:  Your Honor, if I may.

23             JUDGE KUGLER:  Go ahead.

24             MS. WHITELEY:  Judge Vanaskie, we probably will have

25   some issues for you for the midterm conference, and I believe

1   that that will probably take care of everything that we need

2   until September.

3            JUDGE VANASKIE:  All right.

4            JUDGE KUGLER:  And when is that scheduled for now?

5            MS. GOLDENBERG:  Judge, I also just wanted to flag

6   that the proposed losartan and irbesartan schedule does have a

7   deadline at the end of August.

8            JUDGE VANASKIE:  End of August for you to submit

9   disputes, yeah.

10           MS. GOLDENBERG:  Right.  So we can still do that.

11  We'd like to get them for reasonably close to that date so we

12  can stick to the other deadlines that we're going to be

13  submitting to you in the proposed order; but I agree, the last

14  week of August may be tough for a lot of people.

15           JUDGE VANASKIE:  All right.  But you'll be teeing up

16  some issues before that for me?

17           MS. WHITELEY:  Well, we'll try not to, or have it to

18  you as soon as possible, but I expect there will be a few.

19           JUDGE VANASKIE:  Okay.  Very well.

20           JUDGE KUGLER:  September the 6th is a Wednesday.

21  Does that work?  Does that give you enough time; do you think?

22           MR. OSTFELD:  Maybe one more week, Your Honor, the

23  following week.

24           JUDGE KUGLER:  Tuesday the 12th or Thursday the 14th.

25  Do you have any preference?

1          MR. SLATER:  12th would probably be good for us.

2          JUDGE KUGLER:  Okay.

3          MR. OSTFELD:  I can do the 12th.

4          The 12th works for us, Your Honor.

5          JUDGE KUGLER:  All right.  You want to do it

6    1:00 p.m. again?  Does that work for everybody?

7          MR. OSTFELD:  Yes.

8          JUDGE KUGLER:  Okay.  Well, thank you.  Enjoy the

9    balance of the summer.  And we'll see you in September.

10         There's a song.  I don't know if any of you are old

11   enough to remember that song.  Judge Vanaskie.

12         JUDGE VANASKIE:  Oh, he's old enough.

13         (Laughter.)

14         JUDGE KUGLER:  Anyway.  Mr. Slater, can I talk to you

15   about Hetero for a minute, please?

16         MR. SLATER:  Sure.

17         THE COURTROOM DEPUTY:  All rise.

18         (Proceedings concluded at 1:35 p.m.)

19   - - - - - - - - - - - - - - - - - - - - -
     **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
20   - - - - - - - - - - - - - - - - - - - - -

21       I certify that the foregoing is a correct transcript

22   from the record of proceedings in the above-entitled matter.

23

24   /S/John J. Kurz, RDR-RMR-CRR-CRC            August 6, 2023

25   Court Reporter/Transcriber

*United States District Court*
*District of New Jersey*

**JUDGE KUGLER: [42]**
**JUDGE VANASKIE: [40]**
**MR. BERNARDO: [45]** 12/18 12/22 13/23 14/4
**MR. HARKINS: [15]** 4/19 5/4 6/24 8/9 8/16 8/23 9/1 9/18 10/2 11/18 11/24 12/6 12/13 17/22 17/25
**MR. NIGH: [9]** 10/7 10/11 10/15 10/22 13/20 14/5 14/7 14/23 15/2
**MR. OSTFELD: [5]** 18/6 18/13 19/22 20/3 20/7
**MR. SLATER: [4]** 18/5 18/11 20/1 20/16
**MS. GOLDENBERG: [6]** 5/13 9/12 9/16 17/17 19/5 19/10
**MS. RICHER: [6]** 15/15 15/19 15/22 16/4 16/9 16/23
**MS. WHITELEY: [7]** 15/25 16/15 16/15 16/21 17/6 18/22 18/24 19/17
**THE COURTROOM DEPUTY: [2]** 4/4 20/17

**/**
**/S/John [1]** 20/24

**0**
**07068 [1]** 1/14
**08101 [1]** 1/8
**08540 [1]** 3/16

**1**
**10001 [1]** 2/11
**1001 [1]** 3/9
**10022 [1]** 3/3
**103 [1]** 1/14
**128 [1]** 2/10
**12th [1]** 20/3
**12th or [1]** 19/24
**12th works [1]** 20/4
**12th would [1]** 20/1
**13 [2]** 5/5 5/6
**14 [3]** 2/3 15/3 15/3
**14th [1]** 19/24
**15 [1]** 9/4
**15219 [1]** 2/15
**16 [1]** 5/9
**1638 [1]** 2/7
**18 [2]** 5/5 5/6
**1:00 p.m [1]** 20/6
**1:16 [2]** 1/9 4/3
**1:19-md-02875-RBK [1]** 1/4
**1:35 p.m [1]** 20/18

**2**
**20004 [1]** 3/10
**20016 [1]** 2/4
**2019 [3]** 14/14 14/16 15/6

**2023 [4]** 1/8 9/3 9/5 20/24
**2024 [1]** 9/6
**2029 [1]** 3/12
**21 [1]** 3/16
**2200 [1]** 2/23
**23 [1]** 7/1
**2500 [1]** 2/19
**27 [1]** 7/3
**28 [1]** 9/6
**2800 [1]** 3/6
**29 [1]** 7/1

**3**
**30 [2]** 6/25 7/2
**300 [1]** 3/12
**30305 [1]** 2/19
**31 [1]** 9/3
**31st [1]** 18/10
**3333 [1]** 2/19
**3600 [1]** 2/24
**38th [1]** 2/14

**4**
**42-128 [1]** 2/10
**45202 [1]** 3/7
**4th [1]** 1/7

**5**
**576-7094 [1]** 1/21

**6**
**600 [1]** 3/6
**601 [1]** 3/3
**6th is [1]** 19/20

**7**
**701 [1]** 1/17
**70130 [1]** 1/18
**7094 [1]** 1/21
**75201 [1]** 2/24

**8**
**856 [1]** 1/21

**9**
**90067 [1]** 3/13
**90277 [1]** 2/7

**A**
**ability [1]** 18/16
**able [4]** 8/17 11/10 18/17 18/20
**above [1]** 20/22
**above-entitled [1]** 20/22
**accomplish [1]** 18/20
**accurate [1]** 15/9
**Achkova [1]** 5/6
**Actavis [2]** 2/20 2/20
**ACTION [1]** 1/3
**actually [1]** 11/10
**ADAM [1]** 1/13
**Adams [1]** 7/14
**addition [1]** 17/6
**additional [2]** 13/11 18/16
**address [3]** 9/24 10/12 12/8

**addressed [1]** 5/15
**admissible [2]** 14/17 14/19
**admitted [1]** 11/12
**after [1]** 12/12
**afternoon [1]** 4/5
**again [3]** 12/19 18/7 20/6
**agency [1]** 11/11
**agenda [2]** 7/3 17/21
**aggregated [1]** 15/14
**ago [2]** 10/13 10/18
**agree [2]** 13/25 19/13
**agreeable [2]** 9/2 9/3
**agreed [2]** 8/21 17/20
**agreement [1]** 16/1
**ahead [2]** 8/24 18/23
**Aid [1]** 3/14
**aided [1]** 1/22
**ALFANO [1]** 2/13
**all [25]**
**also [5]** 3/18 14/17 16/18 18/13 19/5
**amended [1]** 18/15
**AmerisourceBergen [1]** 3/7
**Andrews [1]** 6/16
**Angeles [1]** 3/13
**announce [1]** 5/18
**another [3]** 12/9 13/11 15/5
**answered [1]** 10/5
**Anthony [1]** 7/23
**Antonio [1]** 7/14
**any [10]** 5/2 9/24 10/19 11/25 12/4 12/15 14/12 18/3 19/25 20/10
**anybody [2]** 5/11 15/23
**anybody's [1]** 5/17
**Anyone [1]** 11/16
**anything [3]** 8/8 17/6 18/20
**anyway [2]** 5/19 20/14
**apologies [1]** 8/23
**apply [1]** 13/24
**are [18]** 4/10 4/16 6/25 7/1 9/1 9/24 10/23 11/21 12/15 13/10 13/18 13/21 15/9 17/1 17/4 17/8 18/8 20/10
**argue [1]** 15/23
**argued [3]** 10/13 10/15 16/6
**argument [2]** 10/19 11/19
**around [1]** 18/14
**ARPS [1]** 2/9
**Arthur [1]** 7/24
**asked [2]** 14/15 16/18
**asking [2]** 11/5 11/21
**Atlanta [1]** 2/19
**attempt [1]** 14/11
**August [1]** 1/8 9/3 18/8 18/8 18/9 18/18 18/20 19/7 19/8 19/14 20/24
**August 31 [1]** 9/3
**available [1]** 18/9
**Avenue [3]** 2/23 3/3 3/9

**away [1]** 4/7
**Axt [1]** 6/11

**B**
**back [2]** 13/13 14/16
**balance [1]** 20/9
**Barbara [2]** 6/14 8/4
**BARNES [1]** 3/11
**Bartels [1]** 6/5
**Barzee [1]** 7/19
**based [1]** 18/14
**Beach [1]** 2/7
**Beatrice [1]** 6/13
**because [3]** 14/9 14/18 16/25
**been [3]** 4/15 14/15 14/15
**before [4]** 4/1 9/21 10/4 19/16
**behalf [2]** 4/20 15/24
**BEHRAM [1]** 2/6
**being [1]** 11/10
**believe [5]** 9/7 10/3 10/13 14/20 18/25
**Benjamin [1]** 6/16
**Benton [1]** 7/4
**BERNARDO [2]** 2/10 12/18
**BERNE [1]** 3/5
**between [1]** 17/5
**beyond [2]** 12/1 13/22
**big [1]** 10/21
**Black [1]** 7/21
**BOSICK [1]** 2/13
**boundary [1]** 17/5
**brand [1]** 11/12
**brief [5]** 10/10 11/19 12/9 12/20 13/25
**briefed [6]** 10/3 10/15 10/16 10/17 11/7 16/6
**briefing [2]** 9/9 12/14
**briefings [1]** 17/7
**briefly [1]** 16/24
**briefs [2]** 15/22 12/21
**BRITTNEY [1]** 3/2
**Brown [1]** 8/3
**Building [1]** 1/7
**burden [1]** 13/15
**Burton [1]** 7/23
**Buxton [1]** 7/2
**Byron [1]** 7/10

**C**
**California [2]** 2/7 3/13
**Camden [1]** 1/8
**Camp [1]** 1/17
**CAMPBELL [1]** 3/9
**can [13]** 4/11 4/24 5/7 5/13 10/9 11/13 13/10 14/5 18/21 19/10 19/12 20/3 20/14
**can't [1]** 12/6
**Cardinal [1]** 3/10
**care [1]** 19/1
**case [3]** 1/5 4/24 5/9
**cases [4]** 4/15 5/9 6/25 7/3
**cause [9]** 4/11 4/16 4/24

**5/2 5/8 6/21 13/8 13/16 14/1
**Centre [1]** 2/14
**Century [1]** 3/13
**certain [2]** 12/11 16/2
**certainly [3]** 9/18 13/8 18/12
**CERTIFICATE [1]** 20/19
**certify [1]** 20/21
**Cincinnati [1]** 3/7
**circuit [1]** 5/13
**circumstance [1]** 13/24
**CIVIL [1]** 1/3
**clarified [1]** 16/20
**class [7]** 16/19 16/21 16/24 17/1 17/1 17/2 18/15
**clear [1]** 14/7
**Clerk [1]** 3/20
**close [1]** 19/11
**Coast [1]** 2/7
**code [3]** 11/14 11/22 12/12
**codes [5]** 11/14 13/9 13/10 13/11 13/14
**Cohen [1]** 1/7
**cold [1]** 12/16
**colleagues [1]** 12/14
**college [1]** 4/7
**come [4]** 9/21 13/4 13/12 15/10
**comes [2]** 12/12 16/10
**coming [1]** 17/10
**Commencing [1]** 1/9
**commit [1]** 12/3
**complete [1]** 9/6
**compromise [2]** 8/20 8/22
**compromised [1]** 17/20
**computer [1]** 1/22
**computer-aided [1]** 1/22
**concluded [2]** 12/10 20/18
**confer [3]** 8/17 9/8 17/25
**conference [6]** 1/5 4/25 5/9 6/21 18/12 18/25
**confirm [1]** 9/1
**CONLEE [1]** 1/16
**connections [1]** 13/4
**consider [1]** 11/20
**consumer [2]** 17/2 17/2
**contamination [1]** 15/1
**continue [1]** 9/7
**continued [3]** 2/1 3/1 4/24
**cookie [1]** 10/24
**Cooper [1]** 1/7
**Corp [1]** 2/25
**Corporation [1]** 3/14
**correct [7]** 4/18 4/19 6/23 6/24 9/11 17/22 20/21
**could [6]** 8/13 9/7 11/3 13/9 14/15 16/23
**counsel [14]** 1/15 1/18 2/4 2/8 2/11 2/15 2/20

**C**

counsel... [7]  2/25 3/4 3/7 3/10 3/13 3/17 5/16
court [8]  1/1 1/20 4/1 9/3 10/3 13/13 20/19 20/25
Courthouse [1]  1/7
Courtroom [1]  3/19
CRC [1]  20/24
CROWELL [1]  3/8
CRR [2]  20/24
custodial [1]  9/6
cutoff [1]  12/25
CVS [1]  3/13

**D**

D'LESLI [1]  2/23
Dallas [1]  2/24
damages [1]  16/18
DANIEL [4]  2/2 3/9 10/7 10/11
Darlene [1]  7/19
data [1]  16/14
date [3]  8/7 12/11 19/11
Daubert [1]  11/6
DAVID [2]  1/17 7/25
DAVIS [2]  2/17 2/23
day [1]  13/11
days [1]  9/17
DC [2]  2/4 3/10
deadline [11]  9/4 9/5 9/6 12/12 12/23 12/23 13/5 13/7 13/22 14/8 19/7
deadlines [5]  9/8 13/19 13/21 13/23 19/12
deal [1]  10/21
dealing [2]  8/13 9/22
Dean [1]  6/18
December [1]  9/4
December 15 [1]  9/4
Defendant [5]  2/11 2/15 2/25 3/10 11/11
defendants [12]  2/20 3/4 3/7 3/13 3/17 4/10 10/2 12/19 13/5 15/16 17/1 18/6
defendants' [1]  8/19
defense [2]  4/21 11/16
defer [1]  12/13
deficiency [1]  4/14
depending [1]  12/4
depositions [3]  9/8 11/5 13/4
Deputy [1]  3/19
Dianne [1]  7/24
did [1]  10/4
didn't [1]  10/18
different [1]  17/4
Dinah [1]  8/2
Diovan [3]  11/11 11/12 14/25
disagree [1]  13/23
discovery [17]  8/14 8/15 9/23 11/15 12/1 12/4 12/10 13/3 13/12 13/22 14/2 14/8 14/8 14/11 14/16 15/20 16/11
discuss [1]  18/16

discussed [1]  17/8
discussions [1]  18/14
dismissed [1]  4/16
disputes [2]  9/4 19/9
distraction [1]  11/7
DISTRICT [4]  1/1 1/1 1/10 4/2
Dixie [1]  7/2
DMF [1]  15/7
documents [1]  9/5
does [7]  11/2 11/8 18/10 19/6 19/21 19/21 20/6
doesn't [1]  14/12
door [1]  15/10
down [3]  10/25 14/21 17/23
Dr. [1]  14/12
Dr. Najafi [1]  14/12
Drugs [1]  3/17

**E**

earlier [1]  17/9
early [1]  18/17
East [1]  3/12
effect [1]  9/3
egg [1]  9/21
Eisenhower [1]  1/14
ELLIS [1]  3/2
email [1]  13/10
Emmett [1]  9/3
end [2]  19/7 19/8
Enjoy [1]  20/8
enough [3]  19/21 20/11 20/12
entitled [1]  20/22
equipped [1]  11/9
ESQUIRE [19]  1/13 1/16 1/17 2/2 2/3 2/6 2/10 2/13 2/14 2/17 2/18 2/18 2/23 3/2 3/6 3/9 3/12 3/15 3/20 8/4 8/4
Estate [4]  6/13 7/6 8/4 8/4
even [5]  11/3 11/11 13/7 13/15 15/10
eventually [1]  9/9
ever [1]  14/17
every [1]  11/11
everybody [1]  20/6
Everybody's [1]  4/6
everything [1]  19/1
excuse [2]  14/2 15/18
Exforge [1]  14/25
expect [1]  19/18
expert [3]  9/9 11/4 14/10
experts [1]  13/4 14/10 16/16
extension [1]  4/23
extent [1]  16/2 16/25

**F**

face [1]  9/22
fact [3]  13/21 14/8 14/8
fault [1]  8/25
February [1]  9/6
February 28 [1]  9/6
FEDERAL [1]  20/19
Feria [1]  4/15

few [4]  6/22 9/17 17/8 19/18
fine [1]  18/21
first [4]  4/12 8/13 9/20 10/22
flag [1]  19/5
fleshed [1]  12/19
FLOM [1]  2/9
Floor [2]  2/3 2/14
following [2]  13/10 19/23
follows [1]  4/3
footnote [2]  8/19 17/21
foregoing [1]  20/21
format [1]  16/4
forth [1]  13/25
forward [1]  16/10
found [1]  14/11
FRANK [1]  2/13
FREEMAN [1]  1/13
frequently [1]  13/2
FULBRIGHT [1]  2/22
fully [5]  10/13 10/15 10/17 11/7 16/6
further [1]  8/8 8/9 15/10 17/25

**G**

GEOPPINGER [1]  3/6
George [1]  5/24
Georgia [1]  2/19
getting [1]  4/7
Ghrigsby [1]  7/23
give [3]  10/9 10/23 19/21
giving [1]  17/2
glass [1]  10/20
GOLDENBERG [2]  2/2 2/3
Gonzalo [1]  8/2
good [5]  4/5 13/8 13/16 14/1 20/1
GORDON [1]  2/13
got [1]  4/9
granted [1]  4/23
greater [1]  9/25
GREENBERG [2]  2/17 4/20
GREGORY [2]  2/18 7/14
group [1]  4/21
guess [1]  4/7
Guzman [1]  7/14

**H**

happy [1]  8/16
Hardwick [1]  4/15
Hardy [1]  7/24
HARKINS [4]  2/18 4/20 8/8 13/8
Harris [1]  7/14
has [5]  10/12 11/11 11/15 14/8 14/15
have [5]  4/5 4/7 4/15 4/22 5/1 5/18 6/22 8/18 8/21 10/20 13/3 14/9 14/15 16/1 18/24 19/6 19/17 19/25
he'll [1]  10/24

he's [3]  4/9 4/10 20/12
Health [1]  3/10
hear [1]  13/2
held [1]  4/1
Henley [1]  7/24
here [1]  4/9 5/11 5/17 13/8 13/10 13/17 14/10 15/25 18/9 18/11 18/13
Hetero [3]  3/17 3/17 20/15
Higgins [1]  8/2
Highway [1]  2/7
HILL [1]  3/15
Hines [1]  8/4
hitting [1]  12/16
hold [1]  18/12
Honor [33]
HONORABLE [3]  1/10 3/20 4/1
hope [1]  4/6
huh [1]  10/14

**I**

I'll [2]  10/9 18/9
I'm [6]  8/16 8/24 12/16 12/16 15/25 18/11
important [2]  16/24 17/4
Inc [5]  2/15 2/20 2/21 3/4 3/13
incredibly [1]  12/1
Industries [1]  2/20
information [10]  11/21 12/5 14/19 14/25 15/14 15/14 15/17 16/5 16/15 17/3
initial [1]  12/14
intend [1]  10/4
interrogatory [1]  15/12
irbesartan [4]  1/4 8/14 17/14 19/6
irrelevant [1]  11/8
isn't [1]  13/8
issue [14]  9/20 9/21 10/1 11/3 11/6 11/17 12/24 13/5 13/15 14/12 14/13 14/15 15/12 16/6
issued [2]  12/10 12/11
issues [10]  8/12 11/9 13/3 15/8 15/9 17/4 17/24 18/3 18/25 19/16

**J**

Jackson [1]  7/8
James [2]  6/9 6/16
Janecek [1]  4/15
JASON [2]  2/14
JEFFREY [1]  3/6
Jerome [1]  7/4
JERSEY [4]  1/1 1/8 1/14 3/16
Jesus [1]  7/24
John [3]  1/20 1/20 20/24
joint [1]  4/21
Jonathan [1]  7/1
Joseph [1]  5/24
Joy [1]  8/2
JUDGE [9]  1/10 4/2 4/9

5/13 8/11 8/16 18/24 19/5 20/11
Judicial [1]  3/20
June [1]  16/7
just [7]  9/1 10/3 11/6 16/9 16/23 18/12 19/5

**K**

Kaluhiokalani [1]  8/4
KANNER [1]  1/16
Karl [1]  6/5
KATZ [1]  1/13
Kent [1]  7/24
kicking [1]  17/23
kids [1]  4/7
KIRKLAND [1]  3/2
KIRTLAND [1]  2/6
know [10]  11/5 11/14 11/24 12/10 12/15 13/2 14/17 14/22 17/7 20/10
knowledge [1]  14/12
known [1]  14/15
knows [1]  11/24
KRISTEN [2]  3/12 15/15
KUGLER [3]  1/10 3/20 4/2
Kurz [3]  1/20 1/20 20/24

**L**

L-E-M-E-N [1]  6/7
Labs [1]  3/17
Larry [1]  3/19
last [4]  15/12 18/8 18/9 19/13
late [2]  18/18 18/20
Laughter [1]  20/13
Law [1]  3/20
Lawrence [1]  7/17
lead [2]  11/3 11/25
leave [1]  13/11
Lee [2]  6/3 7/1
Lemen [1]  6/7
length [1]  9/25
letter [4]  9/25 10/9 12/9 17/21
Lexington [1]  3/3
LIABILITY [1]  1/4
like [4]  10/5 10/23 11/18 19/11
Lillian [1]  7/23
line [2]  10/25 15/4
Lipscomb [1]  6/14
list [3]  4/22 4/23 5/5
listed [3]  5/5 6/20 8/6
LITIGATION [1]  1/5
LLC [3]  1/13 1/16 2/20
LLP [10]  2/6 2/9 2/13 2/17 2/22 3/2 3/5 3/8 3/11 3/15
LOCKARD [1]  2/17
long [2]  11/15 14/15
looked [1]  10/17
looking [4]  10/20 11/2 13/9 13/16
Loretta [1]  3/20
Lori [1]  7/14
Los [1]  3/13

**L**

losartan [4]  1/3 8/14 17/14 19/6
lot [2]  4/8 19/14
Louisiana [1]  1/18
Ltd [2]  2/20 3/4

**M**

M-E-Z-A [1]  6/13
Macleods [1]  15/7
MacStravic [1]  3/19
Magee [1]  6/9
maintain [1]  17/5
make [1]  15/8
makes [4]  4/13 12/24 12/25 14/10
management [3]  1/5 4/25 5/9
Manhattan [1]  2/10
MARLENE [1]  2/3
Martinez [1]  8/3
Mary [1]  8/4
MASTER [2]  1/11 4/3
matter [3]  4/22 13/3 20/22
matters [2]  4/17 8/6
may [11]  11/5 11/8 14/6 14/14 14/16 15/6 18/15 18/16 18/17 18/22 19/14
May 2019 [1]  15/6
maybe [2]  12/9 19/22
MAZIE [1]  1/13
Mckesson [1]  2/25
md [1]  1/4
me [6]  10/9 13/22 15/18 17/19 18/12 19/16
MEAGHER [1]  2/9
mean [7]  11/3 11/6 13/9 13/16 15/16 15/19 18/9
mechanical [1]  1/22
meet [5]  8/17 9/7 17/25 18/7 18/8
meeting [1]  8/17
Meza [1]  6/13
Michelle [1]  6/1
midterm [1]  18/25
might [1]  12/13
milk [1]  10/24
million [1]  15/3
minor [1]  17/8
minute [1]  20/15
Mitchell [1]  1/7
month [1]  4/18
months [2]  10/13 10/18
more [4]  6/22 11/2 11/9 19/22
MORING [1]  3/8
morning [1]  17/9
motion [2]  9/22 9/23
mouse [1]  10/24
move [2]  16/10 18/21
Mr. [3]  8/8 13/8 20/14
Mr. Harkins [2]  8/8 13/8
Mr. Slater [1]  20/14
Ms. [1]  16/2
Ms. Richer [1]  16/2
much [1]  12/12

MURTHA [1]  3/15
my [5]  8/24 9/22 12/13 18/14 18/19
Mylan [1]  2/15

**N**

NAGLE [1]  3/2
Najafi [1]  14/12
name [1]  11/12
nanograms [1]  15/3
narrowly [2]  12/1 14/1
NDC [7]  10/21 10/23 11/14 11/14 11/22 14/12 14/25
NDMA [4]  11/10 11/12 15/5 15/7
NE [1]  2/19
necessary [3]  16/12 16/14 16/17
need [2]  14/9 19/1
neither [1]  11/24
NEW [8]  1/1 1/8 1/14 1/18 2/11 3/3 3/3 3/16
next [9]  4/18 4/24 5/9 6/21 7/3 8/7 9/17 11/4 18/19
nice [1]  9/12
NIGH [4]  2/2 2/2 10/7 10/11
nitrosamine [1]  15/1
njd.uscourts.gov [1]  1/20
no [28]
noncustodial [1]  9/5
None [2]  14/18 18/5
NORTON [1]  2/22
not [12]  10/4 10/8 11/24 12/3 13/5 15/6 17/1 18/11 18/12 18/13 18/17 19/17
note [1]  11/20
notes [1]  5/15
nothing [3]  8/9 14/10 18/6
notice [5]  16/19 16/21 16/24 17/1 18/15
notices [1]  4/14
notify [1]  10/3
now [3]  6/22 13/14 19/4
number [12]  1/3 4/23 5/1 5/5 5/5 5/5 5/5 5/6 5/6 7/1 7/1 7/2
numbers [3]  10/21 10/23 11/22
NW [2]  2/3 3/9
NY [1]  2/11

**O**

O'Callaghan [1]  8/3
Official [2]  1/20 20/19
Oh [1]  20/12
Ohio [1]  3/7
okay [13]  4/6 5/1 5/10 5/18 7/4 10/6 10/8 15/11 16/22 18/2 19/19 20/2 20/8
old [2]  20/10 20/12
one [11]  2/10 2/14 4/22 9/16 9/21 11/3 15/5 15/12

15/12 16/24 19/22
ones [1]  5/15
ongoing [1]  13/3
only [3]  10/20 10/22 11/21
open [2]  4/1 15/10
opens [1]  11/13
order [11]  4/11 4/24 5/2 9/2 9/15 9/23 12/10 16/17 17/18 17/20 19/13
orders [4]  4/16 5/7 5/8 6/20
Orleans [1]  1/18
OSTFELD [1]  2/18
other [9]  4/22 9/8 11/11 11/25 12/24 17/8 17/24 18/3 19/12
our [9]  4/23 5/4 6/25 8/17 12/19 16/16 16/18 17/7 18/14
out [6]  4/12 12/19 14/11 16/10 17/9 17/15
outdated [1]  14/16
over [1]  8/13
Oxford [1]  2/14

**P**

p.m [4]  1/9 4/3 20/6 20/18
Pacific [1]  2/7
PACKARD [1]  2/6
PAREKH [1]  2/6
Park [1]  3/12
Parkway [1]  1/14
particular [2]  13/24 14/1
parties [3]  8/17 9/1 9/7
parts [1]  15/3
party [6]  11/24 12/24 13/5 15/17 16/5 16/25
passed [2]  14/8 14/9
past [1]  11/15
Pauline [1]  7/2
payer [3]  15/17 16/5 16/25
payment [2]  15/17 16/5
pending [2]  4/10 18/15
Pennsylvania [2]  2/15 3/9
people [4]  4/6 18/8 18/10 19/14
per [1]  15/3
petition [1]  15/6
Petrie [1]  7/12
Pharma [2]  2/20 3/4
Pharmaceutical [1]  2/20
Pharmaceuticals [3]  2/15 2/20 3/4
Pharmacy [1]  3/13
Phyllis [1]  6/11
Piedmont [1]  2/19
PIETRAGALLO [1]  2/13
Pittsburgh [1]  2/15
plaintiff [2]  15/24 15/25
plaintiffs [9]  1/15 1/18 2/4 2/8 10/11 12/23 12/24 13/1 13/2

plaintiffs' [2]  5/16 9/10
Plan [1]  18/15
play [1]  15/10
please [2]  4/5 20/15
point [4]  11/7 12/22 12/23 16/24
points [1]  17/8
Polk [1]  6/16
position [3]  8/19 16/2 17/20
possess [1]  14/12
possible [1]  19/18
potential [1]  8/19
preference [1]  19/25
prepared [5]  9/24 11/16 12/14 12/15 15/23
present [2]  3/18 11/19 16/17
presented [1]  16/16
Princeton [1]  3/16
principal [1]  9/2
prior [1]  8/17
probably [3]  18/24 19/1 20/1
problems [1]  14/18
proceedings [4]  1/22 4/1 20/18 20/22
produce [1]  9/5
produced [1]  1/22 16/12
production [4]  9/7 15/13 16/5 17/3
productive [1]  18/15
PRODUCTS [1]  1/4
proposed [5]  9/15 17/17 17/19 19/6 19/13
protective [1]  9/23
providing [1]  11/14
published [1]  14/14
purpose [1]  15/6
purposes [1]  17/2
pursue [1]  12/4
put [1]  5/2

**Q**

question [6]  10/9 10/20 14/24 15/13 16/9 18/19
questions [5]  10/5 10/12 10/12 11/20 17/12
quite [1]  6/22

**R**

raise [1]  18/4
RASO [1]  2/2
RASPANTI [1]  2/13
RBK [1]  1/4
RDR [1]  10/24
RDR-RMR-CRR-CRC [1]  10/24
RE [1]  1/3
reached [1]  16/1
ready [3]  10/8 10/12 10/15
really [3]  10/18 11/8 13/15
reargue [1]  10/4
reason [1]  14/9
reasonably [1]  19/11

reasons [2]  13/25 16/11
rebriefing [1]  11/5
record [4]  5/19 14/9 16/20 20/22
recorded [1]  1/22
Redondo [1]  2/7
REEFER [1]  2/14
reflected [2]  8/18 9/9
reflecting [1]  9/15
regard [1]  16/4
relates [1]  16/18
relist [3]  4/18 6/23 7/2
rely [1]  14/10
remaining [2]  5/9 7/3
remember [1]  20/11
report [2]  8/16 14/14
Reporter [3]  1/20 16/20 20/25
REPORTER'S [1]  20/19
Reporter/Transcriber [1]  20/25
reports [1]  11/4
request [2]  5/8 12/2
requested [1]  11/21
requests [2]  5/7 11/25
require [2]  8/23 13/11
residual [1]  15/5
resolved [1]  4/15
respect [3]  15/16 15/19 17/7
respond [2]  14/5 16/3
response [24]
rest [1]  5/16
RET [2]  1/11 4/3
retailer [3]  3/13 15/16 15/19
return [1]  8/7
returnable [2]  5/8 6/21
revisited [1]  8/18
Rhonda [1]  7/24
Rich [1]  12/18
RICHARD [1]  2/10
RICHER [3]  3/12 15/15 16/2
Ricky [1]  4/23
Ridge [1]  2/3
right [21]
rise [2]  4/4 20/17
Rite [1]  3/14
RMR [1]  20/24
road [4]  2/19 3/16 14/21 17/23
ROBERT [5]  1/10 3/20 4/2 6/3 7/24
Ronald [1]  7/8
Rosanne [1]  8/3
ROSE [1]  2/22
Roseland [1]  1/14
Ross [1]  2/23
Roszel [1]  3/16
ruling [1]  17/7

**S**

S-M-A-S-O-N [1]  4/17
S-T-U-R-G-I-L-L [1]  5/11
said [1]  13/9

**S**

**Salazar [1]**  8/2
**saying [1]**  12/11
**says [1]**  13/10
**schedule [5]**  8/14 8/18 9/10 17/14 19/6
**scheduled [1]**  19/4
**Schram [1]**  6/18
**seat [1]**  4/5
**second [2]**  6/25 9/21
**see [2]**  4/9 20/9
**seek [2]**  13/1 13/13
**seeking [1]**  13/14
**seems [2]**  8/15 13/22
**Seifert [1]**  5/6
**send [1]**  10/9
**sense [3]**  4/13 12/25 12/25
**September [5]**  18/17 18/21 19/2 19/20 20/9
**set [1]**  13/25
**Sharon [1]**  5/22
**Shawna [1]**  8/3
**Shirley [1]**  7/21
**short [1]**  5/13
**short-circuit [1]**  5/13
**show [7]**  4/11 4/16 4/24 5/2 5/7 5/8 6/21
**shows [1]**  14/25
**side [1]**  11/16
**six [2]**  10/13 10/18
**SKADDEN [1]**  2/9
**SLATE [1]**  2/9
**SLATER [3]**  1/13 1/13 20/14
**Smason [1]**  4/17
**Smith [2]**  3/20 7/24
**so [17]**  4/8 4/16 4/24 5/16 5/19 9/14 9/19 11/13 13/4 15/7 15/23 16/1 16/9 17/3 17/6 19/10 19/11
**sole [1]**  15/6
**some [5]**  4/9 11/9 17/24 18/25 19/16
**song [2]**  20/10 20/11
**soon [2]**  4/7 19/18
**sorry [2]**  8/24 12/17
**sort [2]**  10/23 15/7
**South [1]**  2/7
**speak [1]**  5/17
**SPECIAL [2]**  1/11 4/3
**specific [2]**  10/5 12/1
**specifically [1]**  11/19
**Square [1]**  2/3
**STANOCH [1]**  1/17
**state [1]**  16/2
**stated [1]**  16/11
**statement [1]**  8/19
**STATES [3]**  1/1 1/10 4/2
**status [1]**  6/21
**stenography [1]**  1/22
**step [1]**  10/23
**Steve [1]**  4/19
**STEVEN [2]**  2/18 7/12
**stick [1]**  19/12
**still [1]**  19/10
**STOY [1]**  2/13

**Stratton [1]**  7/15
**Street [1]**  1/17 3/6
**Streets [1]**  1/7
**stuff [1]**  4/11
**Sturgill [1]**  5/10
**submit [5]**  9/2 9/4 9/14 12/9 19/8
**submitted [1]**  9/25
**submitting [1]**  19/13
**subpoena [2]**  9/23 11/22
**subpoenas [3]**  12/11 12/24 13/6
**such [1]**  9/8
**Suite [5]**  2/10 2/19 2/24 3/6 3/12
**summer [2]**  4/6 20/9
**supplement [1]**  11/3
**supplementation [1]**  11/4
**sure [2]**  15/8 20/16

**T**

**table [1]**  6/25
**Taffnie [1]**  5/20
**tailored [2]**  12/1 14/1
**take [3]**  4/7 10/18 19/1
**Taliaferro [1]**  7/17
**talk [3]**  4/10 17/13 20/14
**talking [3]**  14/23 15/2 16/25
**Tasman [1]**  6/18
**teeing [1]**  19/15
**terms [1]**  11/10
**test [3]**  11/10 15/4 15/5
**testing [3]**  14/18 15/8 15/9
**Teva [3]**  2/20 2/20 4/20
**Texas [1]**  2/24
**thank [5]**  8/9 14/3 14/4 15/11 20/8
**Thanks [1]**  9/19
**them [6]**  5/16 5/18 12/15 17/2 17/5 19/11
**these [1]**  11/9
**they're [6]**  5/19 10/20 11/2 16/25 17/19 17/23
**They've [1]**  17/20
**thing [2]**  11/4 14/7
**things [1]**  4/10
**think [21]**
**third [6]**  2/3 12/24 13/5 15/17 16/5 16/25
**third-party [5]**  12/24 13/5 15/17 16/5 16/25
**this [26]**
**THOMAS [3]**  1/11 4/2 5/22
**Thompson [1]**  7/6
**THORNBURG [1]**  3/11
**though [1]**  14/21
**three [5]**  5/4 5/6 5/7 6/25 8/12
**Thursday [3]**  1/8 18/10 19/24
**time [5]**  9/13 10/19 11/18 12/6 19/21
**timeliness [2]**  12/8 13/15
**Tina [1]**  6/18

**today [4]**  8/13 8/18 9/24 18/4
**TODD [2]**  2/10 3/9
**Tom [1]**  6/7
**Tommy [1]**  7/4
**too [1]**  10/9
**Torrent [2]**  3/4 3/4
**Torres [1]**  7/25
**tough [1]**  19/14
**transaction [4]**  15/13 15/13 16/14 16/14
**Transcriber [1]**  20/25
**transcript [3]**  1/22 10/18 20/21
**transcription [1]**  1/22
**TRAURIG [2]**  2/17 4/20
**trial [1]**  14/19
**truly [2]**  10/22 14/13
**truth [1]**  13/17
**try [2]**  17/9 19/17
**Tuesday [1]**  19/24
**two [3]**  17/4 17/5 18/16

**U**

**U.S [1]**  1/7
**Uh [1]**  10/14
**Uh-huh [1]**  10/14
**ULMER [1]**  3/5
**unanswered [1]**  11/20
**understand [5]**  4/14 12/7 12/7 13/12 16/1
**understanding [1]**  18/14
**UNITED [3]**  1/1 1/10 4/2
**unless [1]**  10/4
**unreliable [1]**  11/10
**until [1]**  19/2
**up [4]**  11/13 13/4 18/12 19/15
**update [1]**  4/22
**updates [2]**  5/2 5/4
**upon [2]**  12/4 14/10
**us [4]**  2/22 13/12 20/1 20/4
**USA [1]**  2/20

**V**

**validation [1]**  15/8
**Valisure [3]**  9/22 11/9 14/13
**Valisure's [1]**  14/18
**VALSARTAN [1]**  1/3
**VANASKIE [6]**  1/11 4/3 4/9 8/11 18/24 20/11
**Vander [1]**  5/6
**VAUGHN [1]**  2/2
**versus [1]**  15/14
**very [5]**  9/19 14/1 14/16 17/11 19/19
**VICTORIA [1]**  2/17
**Vincent [1]**  7/6
**Vine [1]**  3/6

**W**

**wait [1]**  18/15
**WALLACK [1]**  3/15
**want [12]**  4/18 5/2 6/22 10/24 12/9 12/9 17/13

**18/3 18/7 18/8 18/21 20/5
wanted [3]**  8/13 10/3 19/5
**Washington [2]**  2/4 3/10
**wasn't [1]**  11/9
**way [3]**  4/12 9/12 16/17
**We'd [1]**  19/11
**we'll [9]**  7/2 9/16 16/3 16/10 17/17 17/17 17/25 19/17 20/9
**we've [2]**  11/7 16/18
**Wednesday [1]**  19/20
**week [7]**  17/10 18/8 18/9 18/16 19/14 19/22 19/23
**Wesson [1]**  8/3
**West [1]**  2/7
**whether [2]**  11/25 18/20
**WHITELEY [2]**  1/16 1/16
**whole [1]**  15/4
**Wholesaler [1]**  3/7
**Why [2]**  12/8 16/13
**will [8]**  6/20 8/6 11/20 18/11 18/13 18/24 19/1 19/18
**WILLIAM [1]**  3/15
**Williams [1]**  5/20
**willing [1]**  12/3
**withdrawing [1]**  7/1
**withdrawn [1]**  5/7
**work [4]**  17/9 18/10 19/21 20/6
**working [2]**  16/16 17/15
**works [2]**  17/3 20/4
**worms [2]**  6/1 11/13
**wouldn't [1]**  12/4
**Wrigley [1]**  7/10

**Y**

**yeah [5]**  8/12 12/21 14/23 15/2 19/9
**yes [12]**  9/13 9/16 9/17 14/6 14/7 15/15 15/21 15/22 15/22 17/17 17/25 20/7
**York [3]**  2/11 3/3 3/3
**you [63]**
**you'll [1]**  19/15
**Young [2]**  4/17 4/23

**Z**

**ZHP [3]**  2/11 11/11 12/19
**Zimmerman [1]**  7/4