# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
|---|---|
| | Honorable Robert B. Kugler, District Judge |
| *This Documents Relates to All Actions* | |

**[PROPOSED] SCHEDULING ORDER REGARDING PLAINTIFFS' DISCOVERY TO WHOLESALER DEFENDANTS AND WHOLESALER DEFENDANTS' DISCOVERY TO PLAINTIFFS REGARDING LOSARTAN AND IRBESARTAN PRODUCTS**

| Discovery item re: losartan and irbesartan (and, where indicated, valsartan)* | Dates | Status |
|---|---|---|
| Wholesalers to serve objections and responses to Plaintiffs' RFPs and Rule 30(b)(6) Notice | 7/14/2023 | Completed |
| Wholesalers shall serve RFPs and Rule 30(b)(6) notices to TPP Class Representatives and Assignors | 8/4/2023 | Completed |
| Wholesalers and Plaintiffs shall meet and confer regarding Plaintiffs' RFPs served on Wholesalers 5/22/2023 and Wholesalers' objections and responses re: losartan and irbesartan | 8/25/2023 | Agreed upon |
| Wholesalers shall provide proposed search terms and proposed Wholesaler custodians, three (3) or more, to which such search terms will be applied in the losartan/irbesartan/valsartan actions | 8/25/2023 | Agreed upon |
| If Wholesalers and Plaintiffs cannot reach agreement on Wholesalers' responses and objections to Plaintiffs' RFPs re: losartan and irbesartan, Plaintiffs shall file a motion with the Court regarding remaining dispute(s)** | 8/31/2023 | Agreed upon |
| Wholesalers and Plaintiffs shall meet and confer regarding the Wholesalers' proposed search terms and Wholesalers' custodians in the losartan/irbesartan/valsartan actions | 9/1/2023 | Agreed upon |
| If Wholesalers and Plaintiffs cannot reach agreement on Wholesalers' proposed search terms and Wholesalers' custodians for the losartan/irbesartan/valsartan actions, Plaintiffs shall file a motion with the Court regarding remaining dispute(s)*,** | 9/15/2023 | Agreed upon |
| Plaintiffs shall propose search terms and 3 custodians for each TPP class representative and assignor to which such search terms will be applied in the losartan/irbesartan/valsartan actions | 9/22/2023 | Plaintiffs will not discuss or agree |

| Discovery item re: losartan and irbesartan (and, where indicated, valsartan)* | Dates | Status |
|---|---|---|
| Plaintiffs shall serve objections and responses to Wholesalers' RFPs and Rule 30(b)(6) notices | 9/27/2023 | Plaintiffs will not discuss or agree |
| Wholesalers and Plaintiffs shall meet and confer to negotiate and finalize topics for 30(b)(6) depositions of Wholesalers and Wholesalers' objections to Plaintiffs' Notices of Rule 30(b)(6) Depositions served on May 17, 2023 pursuant to CMO 32 | 9/29/2023 | Agreed upon |
| Wholesalers and Plaintiffs shall meet and confer to negotiate and finalize Wholesalers' RFPs to Plaintiff TPP Class Representatives and Assignors | 10/2/2023 | Plaintiffs will not discuss or agree |
| If Wholesalers and Plaintiffs cannot reach agreement regarding final topics for 30(b)(6) depositions of Wholesalers, Plaintiffs shall file a motion with the Court regarding remaining dispute(s)** | 10/6/2023 | Agreed upon |
| Wholesalers and Plaintiffs shall meet and confer regarding the TPP Class Representatives' and Assignors' proposed search terms and Class Representative and Assignor custodians to which such search terms will be applied in the losartan/irbesartan/valsartan actions | 10/6/2023 | Plaintiffs will not discuss or agree |
| If Wholesalers and Plaintiffs cannot reach agreement on Wholesalers' RFPs to Plaintiff TPP Class Representatives and Assignors, Wholesalers shall file a letter brief regarding the dispute** | 10/9/2023 | Plaintiffs will not discuss or agree |
| If Wholesalers and Plaintiffs cannot reach agreement on TPP Class Representatives' and Assignors' proposed search terms and/or custodians to which such search terms will be applied in the losartan/irbesartan/valsartan actions, Wholesalers shall file a letter brief regarding the dispute** | 10/16/2023 | Plaintiffs will not discuss or agree |
| Wholesalers shall substantially complete their document production for losartan/irbesartan/valsartan (custodial) | 3/11/2024 | Agreed upon |
| Wholesalers and Plaintiffs shall meet and confer to negotiate and finalize the identities of Wholesaler deponents | 3/25/2024 | Agreed upon |
| If Wholesalers and Plaintiffs cannot reach agreement regarding the identities of Wholesaler deponents, Plaintiffs shall file a motion with the Court regarding remaining dispute(s)** | 4/2/2024 | Agreed upon |
| Plaintiffs shall substantially complete their document production as to Wholesaler RFPs | 4/11/2024 | Plaintiffs will not discuss or agree |
| Wholesalers shall serve RFAs and Interrogatories to TPP Class Representatives and Assignors | 30 days after Plaintiffs complete document production | Plaintiffs will not discuss or agree |
| Plaintiffs shall complete all depositions of Wholesalers, including all Rule 30(b)(6) depositions | 5/13/2024 | Agreed upon |

2

| **Discovery item re: losartan and irbesartan (and, where indicated, valsartan)*** | Dates | Status |
|---|---|---|
| Wholesalers and Plaintiffs shall meet and confer to negotiate and finalize the identities of TPP Class Representative and Assignor deponents | 30 days following notice to Wholesalers by TPPs of substantial completion of document production in response to discovery from all Defendants | Plaintiffs will not discuss or agree |
| If Wholesalers and Plaintiffs cannot reach agreement regarding the identities of TPP Class Representative and Assignor deponents, Wholesalers shall file a letter brief regarding the dispute** | 45 days following notice to Wholesalers by TPPs of substantial completion of document production in response to discovery from all Defendants | Plaintiffs will not discuss or agree |
| Wholesalers shall complete all depositions of Plaintiff TPP Class Representatives and Assignors, including all 30(b)(6) depositions | 90 days following notice to Wholesalers by TPPs of substantial completion of document production in response to discovery from all Defendants | Plaintiffs will not discuss or agree |

| NOTES APPLICABLE TO SCHEDULE |
|---|
| *All deadlines apply only to losartan/irbesartan actions except where they expressly mention valsartan action. |
| **Where this agreed-upon discovery schedule provides a deadline for briefing discovery disputes, the propounding party will file an motion on the date noted, no more than ten pages in length, to be followed by an response by the responding party within 7 calendar days, not more than ten pages in length, followed by a 3 page reply letter brief filed by the propounding party within 3 business days of the filing of the response. |