# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Gonzalo Salazar<br>1:21-CV-20003 | MDL No. 2875 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Gonzalo Salazar ("Plaintiff"), through undersigned counsel, hereby moves this Court to allow the withdrawal of counsel Eric A. Policastro, as attorney of record in the aforementioned action and be removed from any further notices associated with this case. Undersigned counsel, John W. Raggio shall serve as lead counsel in the above-styled matter. This request is made pursuant to the District of New Jersey Civ. Rule 102.1; undersigned counsel and Plaintiff have been given notice as to the withdrawal of Eric A. Policastro as counsel.

Dated: August 22, 2023

Respectfully submitted,

*/s/John Raggio*
**John Raggio**
TX Bar No. 24041739
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: jraggio@fnlawfirm.com

## **CERTIFICATE OF SERVICE**

      I, John W. Raggio, hereby certify that on August 22, 2023, the foregoing Notice of Substitution of Counsel was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                 */s/John W. Raggio*
                                                                 John W. Raggio