UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 85

The Wholesaler Defendants and Plaintiffs having submitted competing proposals for discovery in the Losartan and Irbesartan matters and finding that it would be productive to discuss the competing proposals before entering a scheduling order, **IT IS HEREBY ORDERED,** this 30th day of August, 2023, that a conference via Zoom shall be held on **Wednesday, September 6, 2023 at 1:00 p.m.** to address the discovery schedule for the Losartan and Irbesartan matters.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master