# EXHIBIT 1: ZHP LOSARTAN AND IRBESARTAN PRIMARY TERMS

| Terms in English |
| --- |
| (091497 or 204901 or *20716 or *25737 or *22073 or *27198) or 203071 or 203072 or *21780 or *21754) |
| (OAI or official action indicated) |
| voluntary action indicated |
| (*diethylamine or *diethyl amine) |
| (*dimethylamine or *dimethyl amine) |
| *dimethylformamide |
| *dimethylmethanamide |
| dibutylamine |
| tributylamine |
| *ghost* |
| *NDEA* |
| *NDMA* |
| *nitra* |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* |
| *trosomine* |
| CN103613558A |
| Impurity K |
| (Form483 or (Form w/3 483) or (483 w/3 letter) or (483 w/3 warn*) or (704 pre/3 b)) |
| (C2H6N2O or (CH3)2NN=O or CH32NN=O or (CH3)2NC(O)H or CH32NCOH or C3H7NO or (CH3CH2)2NH or CH3CH22NH or C4H11N or (CH3)2NH or CH32NH or C2H7N or (C2H5)2NNO or C2H52NNO or C4H10N2O) |

DM1:10902830.1

((deviat* w/5 cancer*) or (deviat* w/5 toxic) or (deviat* w/5 hazard*) or (deviat* w/5 fatal))

(FDA w/10 warning)

(gene* w/3 mutat*)

((solvent w/5 cancer*) or (solvent w/5 toxic) or (solvent w/5 hazard*) or (solvent w/5 fatal))

(solvent* w/5 contamin*)

Hypochlorite

(test* w/5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))

| TC-201729 |
|---|
| tetrazol* |
| Valisure* |
| Zheijiang Second Pharma |
| NALCO |

| Translation to Simplified Chinese |
| --- |
| |
| 官方行动表明 |
| 自愿行动表明 |
| (二乙基胺 or 二乙基胺 or 二乙胺) |
| |
| (二甲基胺 or 二甲胺) |
| (二甲基甲酰胺 or 甲酰二甲胺 or 甲酰) |
| 二甲基甲酰胺 |
| 二丁胺 |
| 三丁胺 |
| (鬼 or 鬼峰 or 鬼峰 or 鬼峰 or 鬼峰) |
| |
| (硝酸盐 or 硝酸盐类) |
| (亚硝酸盐 or 亚硝酸盐类) |
| (亚硝胺 or 亚硝胺类 or 二甲基亚硝胺 or 亚硝基二甲胺 or 二乙基亚硝胺 or 亚硝基二乙胺 or 二甲基亚硝胺 or 二乙基亚硝胺) |
| (亚硝基 or 二甲基亚硝 or 亚硝基二甲 or 亚硝基二甲基 or 二甲基亚硝胺 or 亚硝基二甲胺 or 二甲基亚硝胺 or N-二甲基亚硝胺 or N-二甲基亚硝胺 or N-亚硝基二甲胺 or 二甲基亚硝胺 or 亚硝基二甲基胺 or 二甲基亚硝胺 or 亚硝基二甲胺 or N-甲基-N-亚硝基亚硝胺 or N-甲基-N-亚硝基甲胺 or 二乙基亚硝胺 or 亚硝基二乙胺 or 二甲基亚硝胺 or 亚硝基二甲胺 or N-甲基-N-甲基亚硝胺 or N-甲基-N-亚硝基甲胺) |
| |
| (trosamine or trosamines or 亚硝) |
| |
| (483表 or 483 表格 or (表 w/3 483) or (表格 w/3 483) or (483 w/3 信) or (483 w/3 信件) or (483 w/3 警告) or (483 w/3 警告) or (704 pre/3 b)) |
| |

((偏离 w/5 癌) or (偏离 w/5 癌) or (偏离 w/5 癌的) or
(偏离 w/5 致癌) or (偏离 w/5 诱癌) or (偏离 w/5 毒) or
(偏离 w/5 毒性) or (偏离 w/5 有毒) or (偏离 w/5 毒物) or
(偏离 w/5 危害) or (偏离 w/5 危险) or (偏离 w/5 有害的)
or (偏离 w/5 有害) or (偏离 w/5 致命的) or (偏离 w/5
致命) or (偏离 w/5 致死) or (偏离 w/5 死亡) or (偏差 w/5
癌) or (偏差 w/5 致癌) or (偏差 w/5 诱癌) or (偏差 w/5
癌的) or (偏差 w/5 毒的) or (偏差 w/5 毒) or (偏差 w/5
毒性) or (偏差 w/5 有毒) or (偏差 w/5 危害) or (偏差 w/5
危险) or (偏差 w/5 有害的) or (偏差 w/5 有害) or (偏差
w/5 致命的) or (偏差 w/5 致命) or (偏差 w/5 致死) or
(偏差 w/5 死亡))

(FDA w/10 警告)

((基因 w/3 突变) or (基因 w/3 变异) or (基因 w/3 诱变)
or (基因 w/3 异变) or (遗传 w/3 突变) or (遗传 w/3 变异)
or (遗传 w/3 异变) or (遗传 w/3 诱变) or (基因 w/3 突变)
or (基因 w/3 突变) or (遗传的 w/3 突变) or (基因 w/3
致突变性) or (基因 w/3 致变异性) or (遗传 w/3
致突变性) or (遗传 w/3 致突变性) or (基因 w/3 致突变)
or (基因 w/3 致变异) or (基因 w/3 致变异) or (基因 w/3
致诱变) or (遗传 w/3 致突变) or (遗传 w/3 致变异) or
(遗传 w/3 致异变) or (遗传 w/3 致诱变))

((溶剂 w/5 癌) or (溶剂 w/5 致癌) or (溶剂 w/5 诱癌) or
(溶剂 w/5 癌变) or (溶剂 w/5 毒) or (溶剂 w/5 毒性) or
(溶剂 w/5 有毒) or (溶剂 w/5 危害) or (溶剂 w/5 危险) or
(溶剂 w/5 有害) or (溶剂 w/5 致命) or (溶剂 w/5 致死) or
(溶剂 w/5 死亡) or (溶媒 w/5 癌) or (溶媒 w/5 致癌) or
((溶媒 w/5 诱癌) or (溶媒 w/5 癌变) or (溶剂 w/5 毒) or
(溶媒 w/5 毒性) or (溶媒 w/5 有毒) or (溶媒 w/5 危害) or
(溶媒 w/5 危险) or (溶媒 w/5 有害) or (溶媒 w/5 致命) or
(溶媒 w/5 致死) or (溶媒 w/5 死亡))

((溶剂 w/5 污染物) or (溶剂 w/5 污染物) or (溶剂 w/5
污染) or (溶剂 w/5 污染物) or (溶剂 w/5 污染物) or
(溶剂 w/5 污染) or (溶剂 w/5 污染的) or (溶剂 w/5
污染的) or (溶媒 w/5 污染) or (溶媒 w/5 污染物))

((检测 w/5 癌) or (检验 w/5 癌) or (化验 w/5 癌) or (实验
w/5 癌) or (试验 w/5 癌) or (测试 w/5 癌) or (测验 w/5
癌) or (监测 w/5 癌) or (观测 w/5 癌) or (验证 w/5 癌) or
(验出 w/5 癌))

| |
|---|
| (四氮唑 or 四氮唑 or 四氮唑) |
| (Valisure or 維利索) |
| |
| |

Authorized Prescribers

| Last Name | First Name |
|---|---|
| Agrawal | Atul |
| Akhtar | Saleem |
| Amin | Pankaj |
| Arasu | |
| Arista | |
| Arroyo | |
| Baker | Peter |
| Barreto | |
| Barrowcliff | |
| Bellamy | |
| Bernard | Tonia |
| Bizjak | |
| Boyd | Justin |
| Bretz | Paula |
| Cartwright | |
| Casale | |
| Chapman | Johnathan |
| Charity | Antony |
| Chester | Bonita |
| Clausen | |
| Cosgrove | |
| Cruz | |
| Dezan | |
| Dickinson | Gwyn |
| Dobbin | |
| Dombrowski | |
| Donald | Steven |
| Eban | |
| Ernst | |
| Estrella | Maria |
| Etminan | |
| Ford | Susanna |
| Frazier | Laurie |
| Gavini | |
| Ghoshal | Rabin |
| Gidado | |
| Goga | |
| Goga | Michael |

| | |
|---|---|
| Hallas | |
| Harouaka | |
| Hebert or Della or Dellareese | |
| Hicks | Kellia |
| Higgins | Brooke |
| Huaren | |
| Hustedt | |
| Johansen | |
| Karapetyan* | |
| Khurana | Sangeeta |
| Kristensen | |
| Lopez Rubet | |
| Maldonado | |
| Mankind | |
| Mansournia | |
| Marcsisin | |
| Martinez | Miguel |
| Mason | James |
| Mathew or Mathews | Lata |
| Mayasandra | Pal |
| Melende | |
| Mistler | |
| Motamed | |
| Motta | |
| Mueller | |
| Narula | |
| Navas | |
| Oladimeji | |
| Panicker | |
| Philopoulos | |
| Pitts | Simone |
| Podaralla | Satheesk |
| Pottegard | |
| Priester | |
| Pyramides | |
| Quartarolo | |
| Razzaghi | Frederick |
| Skanchy | |
| Srivasta | |
| Srivastava | Rajiv |
| Stieg | |
| Sweeney | |
| Szestypalow | |
| Tomasso | |
| Ulysse | |
| Upadhyay | Pratik |

Authorized Directors                                                                    Page 9

| Verdel | |
|--------|--------|
| Wakijira | Chaltu |
| Warnick | |
| Yuscius | |
| Zaklady | |
| Zamil | |
| Zamperini | |
| Zhen Zhou | |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (adverse event* or AER) and (<drug name> or <solvents> or <facility names>) | (不良事件 or AER) |
| changes being effected | (changes being effected or CBE) |
| prior approval supplement | (批准前补充 or PAS) |
| adulterat* | (掺假 or 掺假的 or 掺假 or 掺杂) |
| alert* | (警戒 or 警戒 or 警戒的 or 警示 or 警告 or 预警) |
| (CAPA or (corrective pre/3 preventive action)) | (CAPA or (纠正 pre/3 预防措施) or (改正 pre/3 预防措施) or (整改 pre/3 预防措施) or (整顿 pre/3 预防措施)) |
| (Citizen* pre/3 Petition) | ((市民 w/3 诉状) or (民众 w/3 诉状) or (居民 w/3 诉状) or (市民 w/3 起诉) or (民众 w/3 起诉) or (居民 w/3 起诉) or (市民 w/3 诉讼) or (民众 w/3 诉讼) or (居民 w/3 诉讼) or (市民 w/3 告) or (民众/3 告) or (居民 w/3 告) or (市民们 w/3 诉状) or (市民的 w/3 诉状) or (公民 w/3 诉状) or (公民们 w/3 诉状) or (公民的 w/3 诉状)) |
| (Establishment pre/3 Inspection) | ((场地 pre/3 检查) or (工厂 pre/3 检查)) |
| (import* w/3 (ban or alert or restrict*)) | ((进口 w/3 (禁止 or 警戒 or 限制)) or (进口 w/3 (禁止 or 警告 or 限制)) or (进口 w/3 (禁止 or 警示 or 限制)) or (进口 w/3 (禁止 or 预警 or 限制)) or (进口的 w/3 (禁止 or 警戒 or 限制)) or (进口的 w/3 (禁止 or 警告 or 限制的)) or (进口的 w/3 (禁止 or 警示 or 限制)) or (进口的 w/3 (禁止 or 预警 or 限制))) |
| inadequat* | (不充分的 or 不充分地 or 不充分 or 不足 or 不够 or 缺乏 or 缺少 or 缺失) |
| (inspection OR inspections OR inspector OR inspectors) | (检查 or 检察 or 审查 or 审计 or 检验 or 查验 or 验收 or 盘查 or 检查官 or 检察官 or 审查官 or 审计官 or 检验官 or 验收官) |
| investigat* | (调查 or 查证 or 查验 or 盘查 or 调查的 or 调查 or 调查官 or 检查官 or 检察官 or 审查官 or 检验官 or 审计官 or 验收官) |
| (major w/3 change) | ((主要的 w/3 变更) or (主要 w/3 变更) or (主要 w/3 改变) or (主要 w/3 变化) or (主要 w/3 更换) or (主要 w/3 转变) or (重要 w/3 变更) or (重要 w/3 改变) or (重要 w/3 变化) or (重要 w/3 更换) or (重要 w/3 转变) or (重点 w/3 变更) or (重点 w/3 改变) or (重点 w/3 变化) or (重点 w/3 更换) or (重点 w/3 转变) or (大 w/3 变更) or (大 w/3 改变) or (大 w/3 变化) or (大 w/3 更换) or (大 w/3 转变)) |

| | |
|---|---|
| (master w/3 file) and (<drug name> or <solvents>) | ((主 w/3 文件) or (主 w/3 文档)) |
| (minor w/3 change) | ((次要的 w/3 变更) or (次要 w/3 变更) or (次要 w/3 改变) or (次要 w/3 变化) or (次要 w/3 更换) or (次要 w/3 转变) or (小 w/3 变更) or (小 w/3 改变) or (小 w/3 变化) or (小 w/3 更换) or (小 w/3 转变) or (不重要 w/3 变更) or (不重要 w/3 改变) or (不重要 w/3 变化) or (不重要 w/3 更换) or (不重要 w/3 转变)) |
| (moderate w/3 change) | ((一般的 w/3 变更) or (一般的 w/3 改变) or (一般的 w/3 变化) or (一般的 w/3 转变) or (适度 w/3 变更) or (适度 w/3 改变) or (适度 w/3 变化) or (适度 w/3 转变) or (适中 w/3 变更) or (适中 w/3 转变) or (适中 w/3 改变) or (适中 w/3 变化) or (中度 w/3 变更) or (中度 w/3 改变) or (中度 w/3 变化) or (中度 w/3 转变) or (中等 w/3 变更) or (中等 w/3 改变) or (中等 w/3 变化) or (中等 w/3 转变) or (合理 w/3 变更) or (合理 w/3 改变) or (合理 w/3 变化) or (合理 w/3 转变)) |
| (Monthly w/3 update) | ((每月的 w/3 更新) or (按月 w/3 更新) or (每月 w/3 更新) or (月 w/3 更新)) |
| ((official pre/3 action*) w/4 indicat*) | (((官方 pre/3 行动) w/4 显示) or ((官方 pre/3 行动) w/4 表明) or ((官方 pre/3 行动) w/4 显明) or ((官方 pre/3 行动) w/4 指明) or ((官方 pre/3 行动) w/4 表示) or ((官方 pre/3 行动) w/4 指示) or ((官方 pre/3 行动) w/4 暗示) or ((官方 pre/3 行动) w/4 预示) or ((官方 pre/3 行动) w/4 揭示) or ((官方 pre/3 行动) w/4 提示)) |
| observation* | (观察项 or 观察 or 观测 or 监测) |
| (OOS or out of spec* or out-of-spec*) | (OOS or 超出标准 or 不合规 or 违规 or 不符合标准 or 不符合规格 or 超标) |
| (OOT or out-of-trend or out of trend) | (OOT or 超出趋势 or 超趋) |
| PADER* and (<drug name> or <solvents> or <facility names>) | (PADER or PADERs) |
| (VAI or ((voluntary pre/3 action*) w/4 indicat*)) | (VAI or ((自愿 pre/3 行动) w/4 表明) or ((自愿 pre/3 行动) w/4 表示) or ((自愿 pre/3 行动) w/4 指明) or ((自愿 pre/3 行动) w/4 揭示) or ((自愿 pre/3 行动) w/4 提示) or ((自愿 pre/3 行动) w/4 暗示) or ((自愿 pre/3 行动) w/4 预示) or ((自愿 pre/3 行动) w/4 显明)) |
| violat* | (违反 or 违背 or 触犯 or 违规) |
| warn* | (警告 or 警示 or 提醒 or 预警 or 被警告) |

| (EIR or establishment inspection report) | (EIR or 场地检查报告 or 场地检验报告 or 企业检查报告 or 企业检验报告 or 企业调查报告 or 工厂检查报告 or 工厂调查报告 or 工厂检验报告) |
|---|---|
| genotoxic* | (基因毒性的 or 基因毒性) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| ((bottle pre/2 lies) or Eban) | ((瓶 pre/2 lies) or (瓶 pre/2 谎言) or (瓶 pre/2 谎)) |
| (bury or burie* or conceal*) | (埋葬 or 埋藏 or 掩饰 or 隐藏 or 掩盖 or 遮掩 or 隐瞒 or 隐匿 or 隐秘 or 藏匿 or 包庇 or 藏起 or 藏好 or 秘密 or 保密 or 机密 or 绝密) |
| (cGMP* or (current manufacturing OR current good manufacturing) or GMP*) | (cGMP or cGMPs or (current manufacturing OR current good manufacturing) or (动态 pre/5 生产) or 动态药品生产管理规范 or GMP or GMPs or 良好生产规范) |
| (cover up* or coverup* or cover-up*) | (掩盖 or 埋藏 or 掩饰 or 隐藏 or 遮掩 or 隐瞒 or 隐匿 or 隐秘 or 藏匿 or 包庇 or 藏起 or 藏好) |
| (crash* or disaster*) | (崩溃 or 崩盘 or 破产 or 崩了 or 灾难 or 灾祸 or 灭顶之灾) |
| ((data integrity OR integrity of the data) or (data reliabl* OR reliable data OR reliability of the data)) | ((数据 w/4 完整性) or (数据 w/4 完整) or (数据 w/4 可靠的) or (数据 w/4 可靠性) or (数据 w/4 可靠) or (数据 w/4 真实) or (数据 w/4 可信) or (数据 w/4 可靠性) or (数据 w/4 真实性)) |
| (hide* or suppress*) | (隐藏 or 隐瞒 or 掩盖 or 掩饰 or 抑制 or 压制 or 封锁 or 阻止 or 阻拦 or 制压 or 抑制的) |
| whistleblow* | (告发者 or 告密者 or 揭发者 or 检举者 or 举报者 or 告发 or 告密 or 揭发 or 检举 or 举报) |
| delet* | |
| destroy* | |
| trash* | |
| shred* | |
| | (删除 or 删掉 or 销毁 or 销除 or 消除 or 格式化 or 清除 or 删除的 or 删毁 or 破坏 or 毁坏 or 损坏 or 损毁 or 破坏去除 or 去除 or 去除的 or 移除 or 除掉 or 除去 or 垃圾 or 垃圾的 or 垃圾 or 切碎 or 碎片 or 碎纸 or 切碎的 or 撕毁 or 撕掉 or 撕碎) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (anion-exchange or anionexchange or anion exchange) | (阴离子交换 or 阴离子置换 or 阴离子替换) |
| (ion-exchange or ionexchange or ion exchange) | (离子交换 or 离子置换 or 离子替换) |
| *PCRC* | PCRC |
| aberran* | (反常的 or 反常 or 异常 or 异变 or 畸变) |
| abnorm* | (不正常的 or 变态 or 异常 or 异态 or 反常 or 畸形) |
| ALS | ALS |
| bioequiv* | (生物等效 or 生物等效性) |
| (CAPA or (corrective pre/5 action)) | (CAPA or (纠正 pre/5 措施) or (纠正 pre/5 行动) or (纠正 pre/5 行为) or (纠正 pre/5 举措)) |
| Chromato* | (色谱 or 层析 or 色谱法 or 层析谱 or 色层谱) |
| contami* | (污染物 or 不洁物 or 污染 or 污染 or 污染 or 污染 or 污染的) |
| degradant* | (降解物 or 降解产物) |
| impurit* | (杂质 or 不纯) |
| detect* | (检测 or 检验 or 测验 or 验出 or 发现 or 查出 or 查明 or 检测到 or 检测出 or 化验出) |
| (EI-MS or EL-MS or electron ionization) | (EI-MS or EL-MS or 电子电离) |
| elude* | (逃避 or 逃离 or 逃逸 or 逃出 or 逸出 or 躲避 or 避开 or 避免) |
| fatal* | (致命的 or 致命 or 致死 or 致命性 or 致死性) |
| (GC or GC-FID or GCMS or GC-MS) | (GC or GC-FID or GCMS or GC-MS) |
| hazard* | (危害 or 有害 or 危险 or 危险的 or 有害的) |
| headspace | (顶空 or 顶部空间 or 顶端空间) |
| heat | 热 |
| HPLC-UV | HPLC-UV |
| HS | HS |
| (incomplet* w/5 data*) | ((不完整 w/5 数据) or (不完整的 w/5 数据) or (不完全 w/5 数据) or (不全 w/5 数据) or (残缺 w/5 数据) or (丢失 w/5 数据) or (缺失 w/5 数据)) |
| LCMS | LCMS |
| mass spectro* | (质谱 or 质谱法) |
| (method w/5 qualification) | (方法 w/5 定性) |
| noise* | (噪音 or 噪音) |
| (noti* w/5 pharm*) | ((告知 w/5 药房) or (告知 w/5 药局) or (告知 w/5 药店) or (通知 w/5 药房) or (通知 w/5 药局) or (通知 w/5 药店)) |
| obscure* | (模糊 or 模糊的 or 看不清 or 不清楚) |
| peak* | (峰 or 峰) |
| (press w/4 release) | (新闻 w/4 发布) |

| (preventative w/5 action) | ((预防 w/5 措施) or (预防 w/5 手段) or (预防 w/5 行动) or (预防 w/5 行为) or (预防 w/5 举措) or (防止 w/5 措施) or (防止 w/5 手段) or (防止 w/5 行动) or (防止 w/5 行为) or (防止 w/5 举措)) |
|---|---|
| problem* | (问题 or 疑难 or 困难) |
| puri* | (纯度 or 纯净度 or 纯化 or 纯化的 or 净化) |
| recall* | (召回 or 回收 or 召回的 or 收回) |
| (repe* w/4 error*) | ((重复 w/4 错误) or (重复的 w/4 错误) or (重复 w/4 出错) or (重复地 w/4 错误) or (重复 w/4 误差) or (重复的 w/4 错误) or (重复 w/4 犯错) or (重复地 w/4 错误) or (重复 w/4 出问题) or (重复 w/4 出现问题) or (反复 w/4 错误) or (反复 w/4 出错) or (反复 w/4 误差) or (反复 w/4 犯错) or (反复 w/4 出问题) or (反复 w/4 出现问题)) |
| residual | (残留 or 残渣 or 残余 or 剩余) |
| retrospec* | (回顾 or 追溯 or 回想) |
| risk* | (风险 or 危险 or 风险的 or 风险的 or 冒险) |
| signal* | (信号 or 暗号 or 预兆 or 显示 or 显明 or 表明 or 预示 or 预告 or 预警 or 先兆 or 标志 or 示意 or 提示 or 揭示 or 信号的) |
| spectro* | (光谱法 or 光谱仪 or 光谱法 or 光谱测定法 or 光谱仪 or 分光光度计 or 分光计 or 分光光度法 or 光谱术 or 测谱学) |
| spike* | (加标 or 突升 or 急升 or 激升 or 脉冲 or 尖波 or 尖峰 or 加标的) |
| toxic* | (毒 or 有毒 or 剧毒 or 中毒 or 毒性 or 毒力 or 毒害) |
| (unknown* or unk or unks) | (未知 or 不知 or 不明 or 陌生 or 不详 or 无记录 or 无记载 or unk or unks) |
| validat* | (验证 or 验真 or 证实 or 确认 or 校验 or 查证 or 证明) |
| DMF | DMF |
| genotoxic* | (基因毒性的 or 基因毒性) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (PROCESS I or PROCESS II) | (工艺 I or 工序 I or 加工 I or 工艺 II or 工序 II or 加工 II or 第一道工艺 or 第一道工序 or 第一道加工 or 第二道工艺 or 第二道工序 or 第二道加工 or 工艺一 or 工序一 or 工艺二 or 工序二) |
| assay* | (含量 or 化验) |
| assessment* | 评估 |
| (batch w/5 records) | (批 w/5 记录) |
| biocompat* | (生物相容 or 生物相适 or 生物适合) |
| byproduct* | (副产物 or 副产品) |
| (CAPA or (corrective pre/3 preventive action)) | (CAPA or (纠正 pre/3 预防措施) or (改正 pre/3 预防措施) or (整改 pre/3 预防措施) or (整顿 pre/3 预防措施)) |
| certificat* | (证书 or 证明 or 执照) |
| (change* w/3 control*) | ((变更 w/3 控制) or (变化 w/3 控制) or (改变 w/3 控制) or (更换 w/3 控制) or (转换 w/3 控制) or (变更 w/3 管理) or (变化 w/3 管理) or (改变 w/3 管理) or (更换 w/3 管理) or (转换 w/3 管理) or (变更 w/3 管控) or (变化 w/3 管控) or (改变 w/3 管控) or (更换 w/3 管控) or (转换 w/3 管控) or (变更 w/3 管制) or (变化 w/3 管制) or (改变 w/3 管制) or (更换 w/3 管制) or (转换 w/3 管制)) |
| (change* w/5 process*) | ((变更 w/3 工艺) or (变化 w/3 工艺) or (改变 w/3 工艺) or (更换 w/3 工艺) or (变更 w/3 加工) or (变化 w/3 加工) or (改变 w/3 加工) or (更换 w/3 加工) or (变更 w/3 工序) or (变化 w/3 工序) or (改变 w/3 工序) or (更换 w/3 工序)) |
| (COA or (certificat* pre/3 analys*)) | (COA or (报告 w/3 检验) or (报告 w/3 检查) or (报告 w/3 检测) or (报告 w/3 解析) or (报告 w/3 分析) or (报告 w/3 查验) or (报告 w/3 验定) or (报告 w/3 分解) or (报告 w/3 化验) or (认证 w/3 检验) or (认证 w/3 检查) or (认证 w/3 检测) or (认证 w/3 解析) or (认证 w/3 分析) or (认证 w/3 查验) or (认证 w/3 验定) or (认证 w/3 分解) or (认证 w/3 化验) or (证明 w/3 检验) or (证明 w/3 检查) or (证明 w/3 检测) or (证明 w/3 解析) or (证明 w/3 分析) or (证明 w/3 查验) or (证明 w/3 验定) or (证明 w/3 分解) or (证明 w/3 化验)) |
| concentra* | (浓度 or 浓缩 or 浓缩的 or 浓缩物 or 密度) |
| condensa* | (缩合 or 聚合 or 聚縮 or 缩聚 or 浓缩 or 缩合物 or 聚合物 or 缩合的) |
| conversion* | (转换 or 变换 or 基因置换 or 转变 or 转化) |

| (critical w/4 change) | ((关键 w/4 变更) or (关键 w/4 变化) or (关键 w/4 改变) or (关键 w/4 更换) or (关键 w/4 转变) or (关键 w/4 转换)) |
|---|---|
| crude* | (粗 or 天然 or 未加工 or 原始) |
| deviat* | (偏离 or 背离 or 违背 or 偏差 or 脱离 or 偏离的 or 偏差的) |
| diastereo* | (非对映异构 or 非对映异构体 or 非对映异构体) |
| discrepanc* | (不符 or 差异 or 矛盾 or 不一致 or 不符合 or 有出入 or 不对应) |
| error* | (错误 or 出错 or 过失 or 误差 or 差错 or 失误) |
| esterficat* | 酯化 |
| expir* | (过期 or 失效 or 到期 or 期满 or 无效) |
| *formaldehyde* | 甲醛 |
| malfunct* | (故障 or 故障的 or 障碍) |
| (material* w/3 loss*) | ((物料 w/3 丢失) or (物质 w/3 丢失) or (实质地 w/3 丢失) or (原料 w/3 丢失) or (实质地 w/3 丢失) or (原材料 w/3 丢失) or (实质地 w/3 丢失的) or (物料 w/3 损失) or (物质 w/3 损失) or (原料 w/3 丢失) or (原材料 w/3 丢失) or (物料 w/3 损耗) or (物质 w/3 损耗) or (原料 w/3 损耗) or (原材料 w/3 损耗) or (物料 w/3 消耗) or (物质 w/3 消耗) or (原料 w/3 消耗) or (原材料 w/3 消耗)) |
| (moiety or moieties) | (部分 or 一部分) |
| (process w/5 change) | ((工艺 w/5 变更) or (变更 w/5 工艺) or (变化 w/5 工艺) or (改变 w/5 工艺) or (更换 w/5 工艺) or (转换 w/5 工艺) or (转变 w/5 工艺) or (变更 w/5 加工) or (变化 w/5 加工) or (改变 w/5 加工) or (更换 w/5 加工) or (转换 w/5 加工) or (转变 w/5 加工) or (变更 w/5 工序) or (变化 w/5 工序) or (改变 w/5 工序) or (更换 w/5 工序) or (转换 w/5 工序) or (转变 w/5 工序)) |
| quench* | (淬灭 or 淬灭 or 淬灭的 or 淬灭) |
| reagent* | (试剂 or 试剂) |
| reclaim* | (回收 or 收回 or 回收的 or 回收 or 回收 or 回收) |
| recover* | (回收 or 收回 or 回收的 or 还原 or 恢复 or 复原) |
| recycl* | (循环使用 or 再循环 or 循环 or 循环利用 or 回收 or 再利用 or 重复利用 or 多次使用 or 重复使用 or 非一次性 or 非单次) |
| (repack* or re-pack*) | (重新包装 or 再包装 or 重新包装的 or 二次包装 or 改装 or 重装) |
| resal* | (再销售 or 转售 or 再售 or 转卖 or 二次销售) |

| resell* | (再销售 or 再售 or 转售 or 转卖 or 二次销售) |
|---|---|
| reuse* | (重复使用 or 重复使用的 or 循环利用 or 回收 or 再利用 or 重复利用 or 多次利用 or 多次使用) |
| ring* | (环 or 环状) |
| solvent* | (溶剂 or 溶媒) |
| suppress* | (抑制 or 压抑 or 抑制的 or 阻抑) |
| (TEA or Triethyl*) | (三乙基胺 or 三乙基胺 or TEA or 三乙基胺 or 三乙胺) |
| yield* | (收率 or 产量 or 收益 or 产出 or 产率) |
| fail* | (失败 or 不成功 or 失误 or 失败的 or 未能成功 or 未通过 or 不合格) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| bladder* | (膀胱 or 膀胱) |
| (cancer* or precancer* or pre-cancer*) | (癌 or 癌症 or 癌的 or 致癌的 or 癌早期 or 癌前期 or 癌初期 or 初癌 or 早癌 or 癌早期 or 癌前期 or 癌症早期 or 癌症前期 or 癌症初期 or 癌症前期的 or 癌症初期的 or 癌症早期的) |
| colon* | 结肠 |
| (death or deaths or dead or deadly or fatal) | (死亡 or 致死 or 死亡的 or 致命的 or 致死的) |
| esophag* | (食道 or 食管 or 食道的) |
| gastro* | (胃肠的 or 胃的 or 肠胃的 or 胃肠 or 胃肠 or 胃肠道 or 肠胃道) |
| intestin* | (肠 or 肠 or 肠的) |
| (kidn* or renal*) | (肾脏 or 肾 or 肾脏的 or 肾病) |
| laten* | (潜伏的 or 潜伏期 or 潜在 or 隐含 or 隐藏) |
| leukemia* | 白血病 |
| liver* | (肝脏 or 肝部 or 肝区) |
| lymphoma* | (淋巴瘤 or 淋巴组织瘤) |
| muta* | (突变 or 变异 or 诱变 or 突变 or 突变的 or 致突变 or 致变异 or 致突变的 or 致变异的 or 致诱变的 or 致突变性 or 致变异性 or 致突变作用 or 致变异作用) |
| myeloma* | (骨髓瘤 or 髓瘤) |
| (NHL or non-hodgkin*) | (NHL or 非霍奇金 or 非霍奇金) |
| toxicolog* | (毒理学 or 毒物学 or 毒理学的 or 毒理学家 or 毒理学家) |
| onset* | (发作 or 发病 or 发作) |
| oncolog* | (肿瘤学 or 肿瘤学家) |
| ovar* | (卵巢 or 卵巢 or 卵巢的) |
| pancrea* | (胰腺 or 胰脏 or 胰腺的 or 胰腺炎) |
| prostate* | (前列腺 or 前列腺) |
| stomach* | (胃 or 胃部 or 胃肠 or 肠胃) |
| carcin* | (致癌物 or 致癌物质 or 致癌的 or 致癌 or 诱癌 or 致癌作用 or 致癌性 or 诱癌性) |

| Terms in English |
|---|
| (AWP or average wholesale price or WAC or wholesale acquisition cost) |
| (best w/3 pric*) |
| (bulk w/3 suppl*) |
| impairment |
| IRR |
| (manufactur* w/3 cost*) |
| (marginal w/5 cost*) |
| (market* w/5 share*) |
| (net w/5 profit*) |
| (net w/5 valu*) |
| NPA |
| NPV |
| (rate w/10 return) |
| rebate* |
| ((sourc* w/5 agree*) or (sourc* w/5 anal*) or (sourc* w/5 contract*) or (sourc* w/5 forecast*) or (sourc* w/5 plan*) or (sourc* w/5 strat*)) |
| ((suppl* w/5 agree*) or (suppl* w/5 anal*) or (suppl* w/5 contract*) or (suppl* w/5 forecast*) or (suppl* w/5 plan*) or (suppl* w/5 strat*)) |
| (SWOT or (strength pre/7 threat*)) |
| (writ* pre/5 off*) |
| ((ABDC or Amerisource* or American Health Packaging or AHP) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (AG AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or gross or loss)) |
| (amerisource* AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (ANDA AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (ASB AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| ((Authorized w/4 generic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share)) |

| |
|---|
| ((average or avg) AND (pric* or cost* or margin* or profit* or revenue*)) |
| (avg AND (pric* or cost* or margin* or profit* or revenue*)) |
| (boehringer ingelheim AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (cardinal AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (contract AND (distrib* or PBM)) |
| (cost* AND (analy* or forecast* or plan* or strat*)) |
| (CVS* AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (Epic AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (ESI AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (Express* AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (IMS AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss)) |
| (IQVIA AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss)) |
| (Kroger AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (mckesson AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| ((operat* w/5 margin*) AND (margin* or profit*)) |
| (Optum* AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (pric* AND (decreas* or increas* or list* or strat* or expect* or project*)) |
| (recall AND (loss or impairm* or write* or reimburs* or indemn* or charg* or replace*)) |

| |
|---|
| (Redoak AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (retail AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss)) |
| (Rite* AND pric*) |
| (sales w/5 (expect* or project*)) |
| (var* w/5 cost*) |
| (variable w/5 cost*) |
| ((Walgreen* or WBDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |
| (Walmart AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss)) |

| Terms in English |
|---|
| Cobalt |
| Strides Pharma Global Pte. Limited |
| Apotex Inc. |
| Micro Labs Limited |