# EXHIBIT 2: ZHP MODIFIER SEARCH TERMS

Drug Names

| Terms in English | Translation to Simplified Chinese |
|---|---|
| Losartan or Irbesartan | 氯沙坦 or 厄贝沙坦 or 安来 |
| Cozaar or Aprovel | 科素亚 or 安博维 |
| Hyzaar or CoAprovel | 海捷亚 or 乐压舒 |
| (sartan or sartans) | (沙坦 or 沙坦类) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| *azide* | (叠氮 or 叠氮化物 or 叠氮钠 or 叠氮钠) |
| *-N3* | (NaN3 or N3 or -N3) |
| *xylene* | (二甲苯 or 邻二甲苯 or 邻二甲苯 or -二甲苯 or 邻二甲苯) |
| aqueous* | (水相 or 水溶 or 水溶液) |
| hydrochlor* | (盐酸的 or 盐酸盐 or 氢氯噻嗪) |
| N-3* | N-3 |
| NaNO* | (NaNO or NaNO2 or 亚硝酸钠) |
| tolue* | 甲苯 |
| (Triethyl* or TEA) | (三乙基胺 or 三乙胺 or 三乙基胺 or 三乙基胺 or 三乙基胺 or 三乙基的 or 三乙基) |
| (zinc w/3 chloride) | ((锌 w/3 氯) or 氯化锌) |
| ZnCl* | (ZnCl or ZnCl2 or 氯化锌) |
| Methanol | 甲醇 |
| TBAB or "Tetrabutylammonium bromide" | 四丁基溴化铵 |
| N-methyl-pyrrolidone or NMP | N-甲基吡咯烷酮 |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (Abbreviated New Drug Application or ANDA) | (简略新药申请 or ANDA) |
| (CDC or Centers for Disease Control) | (CDC or 疾病控制中心) |
| (CDER or Center for Drug Evaluation and Research) | (CDER or 药品评价和研究中心) |
| (DEA or Drug Enforcement Administration or Drug Enforcement Agency) | (DEA or 美国禁毒署 or 美国缉毒局 or 药品管理局 or 药品监督管理局 or 药品强制管理局) |
| (Environmental Protection Agency or EPA or USEPA or US-EPA or 1200 Pennsylvania Avenue) | (环境保护局 or EPA or USEPA or US-EPA or 宾夕法尼亚大街1200号 or 宾夕法尼亚大道1200号) |
| ("Food and Drug Administration" or FDA or USFDA or US-FDA or College Park) | (食品及药物管理局 or 食品及药物监督管理局 or 食品药物管理局 or 食品药品管理局 or 食品药物监督管理局 or 食品药品监督管理局 or 药监局 or 药管局 or FDA or USFDA or US-FDA or College Park) |
| (NIH or National Institutes of Health) | (NIH or 国立卫生研究院 or 国家卫生研究院) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (inspection OR inspections OR inspector OR inspectors) | (检查 or 检察 or 审查 or 审计 or 检验 or 查验 检查官 or 检查官 or 检察官 or 审查官 or 检验官 or 检查的) |
| (regulatory OR regulator OR regulators) | (监管 or **管理** or 法规 or **条例** or 规则 or **条款** or 规章 or 规定 or 监管的 or 监管者 or **管理者** or 监管的) |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (backup w/3 data) | (备份 w/3 数据) |
| (impurit* and degradant*) | ((杂质 or 不纯的 or 不纯) and 降解物) |
| recall* | (召回 or 召回 or 召回的 or 召回) |
| residu* | (残留 or 残余 or 剩余 or 残渣 or 残留的) |
| solvent* | (溶剂 or 溶媒) |
| spike* | (加标 or 加标的 or 突升 or 急升 or 激升 or 脉冲 or 尖波 or 尖峰) |
| test* | (检测 or 监测 or 检验 or 化验 or 测验 or 试验 or 实验 or 测试 or 检测的) |
| ((unknown w/3 peak) or (unknown w/3 spike) or (unknown w/3 impurit*) or (unknown w/3 contamin*)) | ((未知 w/3 峰) or (未知 w/3 加标) or (未知 w/3 杂质) or (未知 w/3 不纯) or (未知 w/3 污染) or (未知 w/3 污染)) |
| complain* | (投诉 or 申诉 or 抱怨 or 有意见 or 投诉的) |
| acid* | (酸 or 酸 or 酸性 or 酸度 or 酸类) |

Medical Conditions

| Terms in English | Translation to Simplified Chinese |
|---|---|
| (adverse event* or AER*) | (不良事件 or AER) |
| bladder* | (膀胱 or 膀胱) |
| (cancer* or precancer* or pre-cancer*) | (癌 or 癌症 or 癌的 or 致癌的 or 癌早期 or 癌前期 or 癌初期 or 初癌 or 早癌 or 癌早期 or 癌症前期的 or 癌早期 or 癌前期 or 癌症早期 or 癌症前期 or 癌症初期) |
| colon* | (结肠 or 结肠) |
| (death* or dead or fatal) | (死亡 or 死亡 or 死亡的 or 致命的 or 致死的) |
| esophag* | (食道 or 食道的) |
| gastro* | (胃肠的 or 肠胃的 or 胃肠 or 肠胃 or 胃肠道) |
| intestin* | (肠 or 肠 or 肠的) |
| (kidn* or renal*) | (肾脏 or 肾脏 or 肾脏的 or 肾) |
| laten* | (潜伏的 or 潜在的 or 潜伏期) |
| leukemia* | (白血病 or 血癌) |
| liver* | (肝脏 or 肝脏) |
| lymphoma* | (淋巴瘤 or 淋巴组织瘤) |
| (MedWatch* or "Safety Information and Adverse Event Reporting") | (药品监督网页 or 药品监督网 or 药监局网 安全信息和不良事件报告 or 安全信息及不良事件报告) |
| muta* | (突变 or 变异 or 诱变 or 突变 or 突变的 or 致突变 or 致变异 or 致突变 or 致变异的 or 致诱变的 or 致突变性 or 致变异性 or 致突变作用 or 致变异作用) |
| myeloma* | (骨髓瘤 or 骨髓瘤) |
| (NHL or non-hodgkin*) | (NHL or 非霍奇金 or 非霍奇金) |
| toxicolog* | (毒理学 or 毒物学 or 毒理学的 or 毒性) |
| onset* | (发作 or 发病) |
| oncolog* | (肿瘤学 or 肿瘤学家) |
| ovar* | (卵巢 or 卵巢 or 卵巢的) |
| PADER* | PADER |
| pancrea* | (胰腺 or 胰脏 or 胰腺的 or 胰腺炎) |
| prostate* | (前列腺 or 前列腺) |
| stomach* | (胃 or 胃) |

Econ Terms

| |
|---|
| analys* |
| AWP |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| stock* |
| strat* |
| WAC |
| write* |

Facility Names

| Terms in English |
|---|
| FDF branch plant |
| Zhiji Fenchang |
| Chuannan |
| Chuannan branch plant |
| Chuannan Fenchang |
| 3003885745 |
| 3003999190 |
| No. 1 Branch |

| Translation to Simplified Chinese |
|---|
| (制剂分厂 or (FDF w/3 分厂)) |
| 制剂分厂 |
| 川南 |
| (川南分厂 or 川南第一分厂 or 川南厂 or 川南一分厂) |
| (川南分厂 or 川南第一分厂 or 川南厂 or 川南一分厂) |
|  |
|  |
| (一分厂 or 第一分厂 or 一厂) |

| |
|---|
| ABPI |
| AEMPS |
| (Agency w/3 Therapeutic) |
| AIFA |
| ALIMS |
| ANMAT |
| BDA |
| BfArM |
| British Pharmaceutical Industry |
| Bulgarian Drug Agency |
| (Canad* w/3 Health) |
| Central drugs standard control |
| CEP |
| DKMA |
| EMA |
| (European w/3 medic*) |
| European Medical |
| Fimea |
| Health Canada |
| (Health* w/5 Agency) |
| (Hong Kong w/7 Drug Office) |
| HPRA |
| IMA |
| MEB |
| (Medical w/4 agency) |
| Medical Products Agency |
| MFDS |
| MHRA |
| (Ministry w/3 Health) |
| (Ministry w/5 drug) |
| MPA |
| NAMMD |
| NHS |
| NIHS |
| NoMA |
| NPRA |
| OGYEI |
| PHARMAC |
| SAMLV |
| SAMR |
| SCMA |
| SIDC |
| State Administration for Market |
| SUKL |
| Swissmedic |

| TGA |
|---|
| Therapeutic Goods Administration |

| Terms in English | Translation to Simplified Chinese |
|---|---|
| Ambresentan | (安立生坦 or 安倍生坦) |
| Apixaban | 阿哌沙班 |
| Apremilast | 阿普斯特 |
| Aripiprazole | (阿立哌唑 or 阿立哌唑) |
| Azelaic acid | 壬二酸 |
| Benazepril | (苯那普利 or 贝那普利) |
| Brexpiprazole | 依匹唑哌 |
| Bupropion | 安非他酮 |
| Canagliflozin | (卡格列净 or 坎格列净) |
| Candesartan | 坎地沙坦 |
| Captopril | 卡托普利 |
| Carvedilol | 卡维地洛 |
| Citalopram | 西酞普兰 |
| Clopidogrel | 氯吡格雷 |
| Clozapine | 氯氮平 |
| Dabigatran | 达比加群酯 |
| Dapagliflozin | 达格列净 |
| Dimethyl fumarate | 富马酸二甲酯 |
| Donepezil | 多奈哌齐 |
| Doxycycline | 强力霉素 |
| Duloxetine | 度洛西汀 |
| (Efavirenz or Stocrin) | (依非韦伦 or Stocrin) |
| Empagliflozin | 恩格列净 |
| Emtricitabine | 恩曲他滨 |
| Enalapril | 依那普利 |
| Entecavir | 恩替卡韦 |
| Eprosartan | 依普罗沙坦 |
| Erlotinib | 厄洛替尼 |
| Escitalopram | 艾司西酞普兰 |
| Febuxostat | 非布司他 |
| Fenofibrate | 非诺贝特 |
| Fexofenadine | 非索非那定 |
| Fingolimod | 芬戈莫德 |
| Fosinopril | 福辛普利 |
| Glycopyrrolate | 格隆溴铵 |
| Ketotifen | 酮替芬 |
| Lamotrigine | 拉莫三嗪 |
| Levetiracetam | 左乙拉西坦 |
| Levodopa | 左旋多巴 |
| Levomilnacipran | (盐酸左米那普仑 or 左米那普仑) |
| Linagliptin | (利拉利汀 or 利拉列汀 or 利格列汀) |
| (Lisinopril or Prinivil) | (赖诺普利 or Prinivil) |
| (Metformin or Tang Tan) | (二甲双胍 or Tang Tan) |
| Metoprolol | 美托洛尔 |

| | |
|---|---|
| Mirabegron | 米拉贝隆 |
| Nebivolol | 奈必洛尔 |
| (Nevirapine or Ai Tai or Viramune) | (奈韦拉平 or Ai Tai or Viramune) |
| Olanzapine | 奥氮平 |
| Olmesartan | 奥美沙坦 |
| Paliperidone | 帕利哌酮 |
| (Paroxetine or Le You) | (帕罗西汀 or Le You) |
| Perindopril | 培哚普利 |
| Pioglitazone | 吡格列酮 |
| Potassium chloride | 氯化钾 |
| Pregabalin | 普瑞巴林 |
| Quetiapine | 喹硫平 |
| Quinapril | 喹那普利 |
| (Raltegravir or Isentress) | (拉替拉韦 or Isentress) |
| Ramipril | 雷米普利 |
| Ranolazine | 雷诺嗪 |
| (Risperidone or Suo Le) | (利培酮 or 索乐) |
| Rivaroxaban | 利伐沙班 |
| (Rizatriptan or Maxalt) | (利扎曲坦 or Maxalt) |
| Rocuronium | 罗库溴铵 |
| Roflumilast | 罗氟司特 |
| Ropinirole | 罗匹尼罗 |
| (Sertraline or Le Yuan) | (舍曲林 or Le Yuan) |
| Silodosin | 西洛多辛 |
| Strontium | 锶 |
| Tacrolimus | 他克莫司 |
| Tadalafil | 他达拉非 |
| Telmisartan | 替米沙坦 |
| Tenofovir | 替诺福韦 |
| Ticagrelor | 替格瑞洛 |
| Tofacitinib | 托法替尼 |
| Tolvaptan | 托伐普坦 |
| Topiramate | 托吡酯 |
| Torasemide | 托拉塞米 |
| TPAB | TPAB |
| Voriconazol | 伏立康唑 |
| Voriconazole | 伏立康唑 |
| Vortioxetine | 沃替西汀 |