# EXHIBIT 3: ZHP CUSTODIAN LIST

| |
|---|
| AN_Jianguo |
| CAI_Minda |
| CHEN_Baohua |
| CHEN_Baozhen(Jennifer) |
| CHEN_Wangwei |
| CHEN_Wei |
| CHEN_Wenbin |
| CHEN_Yafei |
| CHEN_Yong |
| CHEN_Yuping |
| CHENG_Wei(Wayne) |
| DING_Zhizhang |
| DONG_Peng |
| DU_Jun |
| GE_Jucai |
| GERGIS_Remonda |
| GU_Eric |
| GU_Zi-Qiang |
| GUO_Xiaodi |
| HAN_Fang |
| HU_Guangping |
| HU_Min |
| HU_Yuelin |
| HUANG_Luning |
| HUANG_Tianpei |
| JIANG_Lijin |
| JIN_Yun |
| KONG_Xiaofang |
| KUANG_Xiaxia |
| LI_Dan |
| LI_Hongchao |
| LI_Min |
| LI_Qiangming |
| LI_Xiaoling |
| LIANG_Zunjun |
| LIN_Jinsheng |
| LIN_Lihong(Linda) |
| LIU_Taofang(Alex) |
| LIU_Tiyun(Tina) |
| LIU_Xiaoming |
| LIU_Yanfeng(Lucy) |
| LUO_Guangyu(Erin) |
| MENG_Yanhua |
| TANG_Fengyang |

| |
|---|
| TANG_Yinhua |
| TIAN_Yun(Sophie) |
| TONG_Nan |
| TONG_Wei(Helena) |
| TSAI_Eric |
| WANG_Charles |
| WANG_Hai |
| WANG_Hongliang |
| WANG_Hui |
| WANG_Jie |
| WANG_Jun |
| WANG_Lijie |
| WANG_Lingfang |
| WANG_Minfa |
| WANG_Peng |
| WANG_Songqing |
| WANG_Wei |
| WU_Tong |
| XIAO_Tan |
| XIONG_Fei |
| XU_Mi |
| XU_Min |
| XU_Weiwei |
| YAN_Fengfeng |
| YE_Cunxiao(Jenson) |
| YE_Jian |
| ZHANG_Minli |
| ZHANG_Tian |
| ZHANG_Xianhua |
| ZHAO_Caifeng |
| ZHAO_Xiaohong |
| ZHENG_Youqing |
| ZHONG_Sheng |
| ZHOU_Qiang |
| ZHOU_Ting(Ada) |
| ZHU_Lesley |
| ZHU_Wenquan |