# EXHIBIT 4: TORRENT SEARCH TERM LIST

# Torrent Search Terms and Search Procedure

Standalone

| |
|---|
| (*11025* or *18253* or *202223* or *203311* or *203820* or *20473* or *205347* or *20939* or *23491* or *24544* or *24873* or *29392* or *77530* or *78030* or *90483* or *90642* or *90866* or *91235*) |
| EIR or "establishment inspection report" |
| OAI or "official action indicated" |
| "voluntary action indicated" |
| *diethylamine or "*diethyl amine" |
| *dimethylamine or "*dimethyl amine" |
| *dimethylformamide or DMF |
| *dimethylmethanamide |
| *ghost* |
| *NDEA* |
| *NDMA* |
| *nitra* |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* (deferred to after JPML decision) |
| *trosomine* |
| (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O |
| carcin* |
| deviat* /5 cancer* or deviat* /5 toxic or deviat* /5 hazard* or deviat* /5 fatal |
| FDA /10 warning |
| gene* /3 mutat* |
| genotoxic* |

**\<term\> (no modifiers)^**

^Except if run against custodians in management over more than one facility, in which case to be run as indicated in agreed to procedure.

2

| |
|---|
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| tetrazol* |
| Valisure* |

| **ADD FOR LOSARTAN** |
|---|
| *17599* OR *18153* OR*13668-113* OR *13668-115* OR *13668-409* OR 13668-117* OR *13668-116* OR *13668-118* |
| *pyrrolidone* |
| *butyric* |
| *amino* |
| *NMBA* |

Authors or Inspectors

| Last Name | First Name |
|---|---|
| Agrawal | Atul |
| Akhtar | Saleem |
| Amin | Pankaj |
| Arasu | |
| Arista | |
| Arroyo | |
| Baker | Peter |
| Barreto | |
| Barrowcliff | |
| Bellamy | |
| Bernard | Tonia |
| Bizjak | |
| Boyd | Justin |
| Bretz | Paula |
| Brown | Darren |
| Cartwright | |
| Casale | |
| Chapman | Johnathan |
| Charity | Antony |
| Chester | Bonita |
| Clausen | |
| Cosgrove | |
| Cruz | |
| Dezan | |
| Dickinson | Gwyn |
| Dobbin | |
| Dombrowski | |
| Donald | Steven |
| Dong | Eric |

**Last Name Standalone UNLESS IF First Name Exists, THEN  (Last Name /3 First Name) OR (Last Name AND <Regulatory Modifiers>)**

| | |
|---|---|
| Eban | |
| Ernst | |
| Estrella | Maria |
| Etminan | |
| Ford | Susanna |
| Frazier | Laurie |
| Gavini | |
| George | Jogy |
| Ghoshal | Rabin |
| Gidado | |
| Goga | |
| Goga | Michael |
| Hall | Patrice |
| Hallas | |
| Harouaka | |
| Hebert or Della or Dellareese | |
| Hicks | Kellia |
| Higgins | Brooke |
| Huaren | |
| Hustedt | |
| Johansen | |
| Jones | Latoria |
| Karapetyan* | |
| Khan | Farhana |
| Khurana | Sangeeta |
| Kristensen | |
| Lopez Rubet | |
| Maldonado | |
| Mankind | |
| Mansournia | |
| Marcsisin | |
| Martinez | Miguel |
| Mason | James |
| Mathew or Mathews | Lata |
| Mayasandra | Pal |
| Melende | |
| Min | Ko |
| Mistler | |
| Motamed | |
| Motta | |
| Mueller | |
| Narula | |

| | |
|---|---|
| Navas | |
| Nguyen | Truong |
| Oladimeji | |
| Panicker | |
| Patel | Nayan |
| Philopoulos | |
| Pitts | Simone |
| Podaralla | Satheesk |
| Pottegard | |
| Priester | |
| Pyramides | |
| Quartarolo | |
| Ray | Marcus |
| Razzaghi | Frederick |
| Roberts | Daniel |
| Roy | Melissa |
| Schwartz | Paul |
| Shah | Dipesh |
| Skanchy | |
| Srivasta | |
| Srivastava | Rajiv |
| Stieg | |
| Sweeney | |
| Szestypalow | |
| Tomasso | |
| Ulysse | |
| Upadhyay | Pratik |
| Verdel | |
| Wakijira | Chaltu |
| Wang | Zhao |
| Warnick | |
| Xu | Atul |
| Young | Rochelle |
| Yuscius | |
| Zaklady | |
| Zamil | |
| Zamperini | |
| Zhen Zhou | |

| LOSARTAN INSPECTORS TORRENT & HETERO | |
|---|---|
| **Last Name** | **First Name** |
| Adams | Jennifer |

| | |
|---|---|
| Crua | |
| Djamlee | |
| George | Jogy |
| Guardia | |
| Guerlain | |
| Harouaka | |
| Jones | Latorie |
| Love | Debra |
| Mathew | Lata |
| Motamed | Massoud |
| Namael | Gam |
| Nguyen | Doan |
| Shields | Anastasia |
| Shrivastava | |
| Smith | Kevin |
| Smithe | Elyse |

7

Regulatory

| |
|---|
| ("adverse event*" or AER) and (<drug name> or <solvents> or <facility names>) |
| "changes being effected" |
| "prior approval supplement" |
| adulterat* |
| alert* |
| CAPA or corrective pre/3 "preventive action" |
| CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21" |
| Citizen* pre/3 Petition |
| (Establishment pre/3 Inspection) |
| import* /3 (ban or alert or restrict*) |
| inadequat* |
| inspect* |
| investigat* |
| major /3 change |
| (master /3 file) and (<drug name> or <solvents>) |
| minor /3 change |
| moderate /3 change |
| Monthly /3 update |
| (official pre/3 action* /4 indicat* ) |
| observation* |
| OOS or "out of spec*" or "out-of-spec*" |
| OOT or "out-of-trend" or "out of trend" |
| PADER* and (<drug name> or <solvents> or <facility names>) |
| VAI or (voluntary pre/3 action* /4 indicat*) |
| violat* |
| warn* |

**\<Term> AND (\<Drug Name> OR (\<Solvents> AND NOT \<other drug names>) OR \<regulatory modifiers> OR \<facility names>)**

8

| LOSARTAN ADDITIONS |
| --- |
| ("320-17-46" OR "320-20-03" OR "320-17-46") |
| "alternative API" |
| "FMECA" OR "FMA" |
| (critical* /25 change* or critical /25 devia* OR critical /25 observ*) |
| (error* /25 human)OR (error /25  instrument*) OR (error /25  manufactur*) OR (error /25 laboratory) or (error /25 method) |
| ("root cause" /50 analysis) OR ("root cause" /50 *determine*) OR ("root cause" /50 establish*) |
| "ICH Pharmaceutical Quality System" |
| "Controlling Nitrosamine Impurities in Human Drugs: Guidance for Industry" |
| ICSR or "Individual Case Safety Report" |

cGMP

| | |
|---|---|
| (bottle pre/2 lies) or Eban | |
| bury or burie* or conceal* | |
| cGMP* or (current pre/5 manufacturing) or GMP* | **\<Term> AND (\<Drug Name> OR (\<Solvents> AND NOT \<other drug names>) OR \<regulatory modifiers> OR \<inspect>  OR \<manufacturing modifiers> OR \<medical modifiers> OR \<facility names>)** |
| "cover up*" or coverup* or "cover-up*" | |
| crash* or disaster* | |
| data /4 integrity or data /4 reliabl* | |
| delet* or destroy* or remov* or trash* or shred* | |
| hide* or suppress* | |
| whistleblow* | |

| **ADD cGMP for Losartan** |
|---|
| "cGMP" or "GNP" /100 *conform* |
| consult* / 100  ("Meridian" OR  retrospec* OR investigat* OR review* OR "MGR Pharma" cGMP OR audit) |
| "ICH Pharmaceutical Quality System" |
| "Controlling Nitrosamine Impurities in Human Drugs" or "Guidance for Industry" |

QA Testing

| "anion-exchange" or anionexchange or "anion exchange" |
|---|
| "ion-exchange" or ionexchange or "ion exchange" |
| *PCRC* |
| aberran* |
| abnorm* |
| ALS |
| bioequiv* |
| CAPA or corrective pre/5 action |
| Chromato* |
| complain* |
| contami* |
| degradant* or impurit* |
| detect* |
| EI-MS or EL-MS or "electron ionization" |
| elude* |
| fail* |
| fatal* |
| GC or "GC-FID" or GCMS or "GC-MS" |
| hazard* |
| headspace |
| heat |
| HPLC-UV |
| HS |
| incomplet* /5 data* |
| LCMS |
| mass spectro* |
| method /5 qualification |
| noise* |
| noti* w/5 pharm* |
| obscure* |
| observation* |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>) OR \<manufacturing modifiers\>)**

| |
|---|
| peak* |
| press /4 release |
| preventative /5 action |
| problem* |
| puri* |
| quality |
| recall* |
| repe* /4 error* |
| residu* |
| retrospec* |
| risk* |
| signal* |
| spectro* |
| spike* |
| suitab* |
| toxic* |
| unknown* or unk or unks |
| validat* |

| ADD FOR LOSARTAN |
|---|
| *skip* /50 test* |
| *GAP* /10 assessment* |
| *reduce* /10 test* |
| (NIR / 50 (analy* OR  implement*  OR protocol OR CFR) |
| GC or "GC-FID" or GCMS or "GC-MS" |
| poten* /100 HCTZ or poten* /50 assay |

Manufacturing

| "PROCESS I" or "PROCESS II" |
| --- |
| assay* |
| assessment* |
| batch /5 records |
| biocompat* |
| byproduct* |
| CAPA or corrective pre/3 "preventive action" |
| certificat* |
| change* /3 control* |
| change* /5 process* |
| COA or certificat* pre/3 analys* |
| concentra* |
| condensa* |
| conversion* |
| critical /4 change |
| crude* |
| deviat* |
| diastereo* |
| discrepanc* |
| error* |
| esterficat* |
| expir* |
| *formaldehyde* |
| malfunct* |
| material* /3 loss* |
| moiety or moieties |
| process /5 change |
| quench* |
| reagent* |
| reclaim* |
| recover* |
| recycl* |
| repack* or "re-pack*" |
| resal* |
| resell* |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**

13

| reuse* |
|---|
| ring* |
| solvent* |
| suppress* |
| TEA or Triethyl* |
| temperature |
| TIN or Tributyl* |
| yield* |

| ADD FOR LOSARTAN |
|---|
| "carry over" OR "carryover" OR "carry-over" |
| "change over" OR "change-over" OR "changeover" |
| "cross contami*" OR "cross-contami*" |
| "MACO" |
| *abort* |
| *contract* /10 with OR /10 agreement |
| *hold* / 10 time |
| *optimi* |
| *patch* /20 losartan or /20 batch* /20 product* or /20 pill* or /20 tablet* or /20 finished |
| *potash* |
| *reconc* |
| *secondary* |
| *soda* |
| *tertiary* |
| *vendor* w/25 solvent OR /25 API |
| alternate* OR "alternate API" |
| |
| FRE I* OR FRE-II* OR FRE-III* OR FRE-IV* OR FRE-V* OR Stage I* OR Stage II* OR Stage III* OR Stage IV* OR Stage V*_ |
| granu* |
| inject* |
| lubric* |
| outsource* OR out-source OR out source |
| potent* |
| powder* |
| *homogen* |

14

Medical Conditions

| |
|---|
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

Economic Terms

| |
|---|
| AWP or "average wholesale price" or WAC or "wholesale acquisition cost" |
| best /3 pric* |
| bulk /3 suppl* |
| impairment |
| IRR |
| manufactur* /3 cost* |
| marginal /5 cost* |
| market* /5 share* |
| net /5 profit* |
| net /5 valu* |
| NPA |
| NPV |
| rate /10 return |
| rebate* |
| sourc* w/5 agree* or sourc* w/5 anal* or sourc* w/5 contract* or sourc* w/5 forecast* or sourc* w/5 plan* or sourc* w/5 strat* |
| suppl* w/5 agree* or suppl* w/5 anal* or suppl* w/5 contract* or suppl* w/5 forecast* or suppl* w/5 plan* or suppl* w/5 strat* |
| SWOT or (strength pre/7 threat*) |
| writ* pre/5 off |
| (ABDC or Amerisource* or "American Health Packaging" or AHP) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

| |
|---|
| (AG) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or gross  or gross  or loss) |
| (amerisource* ) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ANDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ASB) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Authorized /4 generic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share) |
| (average or avg) AND (pric* or cost* or margin* or profit* or revenue*) |
| (avg ) AND (pric* or cost* or margin* or profit* or revenue*) |
| (boehringer ingelheim) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (cardinal) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (contract ) AND (distrib* or PBM) |
| (cost* ) AND (analy* or forecast* or plan* or strat*) |
| (CVS*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Epic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ESI) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Express*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (IMS) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |

| |
|---|
| (IQVIA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Kroger) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (mckesson) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (operat* w/5 margin*) AND (margin* or profit*) |
| (Optum*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (pric*) AND (decreas* or increas* or list* or strat* or expect* or project*) |
| (recall) AND (loss or impairm* or write* or reimburs* or indemn* or charg* or replace*) |
| (Redoak) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (retail) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Rite*) AND (pric*) |
| (sales ) /5 (expect* or project*) |
| (var* ) /5 (cost*) |
| (variable ) /5 (cost*) |
| (Walgreen* or WBDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Walmart) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

Entities

| |
|---|
| Alembic |
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| Amerigen |
| ANDA |
| Auro* or APL or APUSA |
| boehringer ingelheim |
| Bristol |
| Camber |
| Cobalt |
| distribut* |
| Forest |
| Hetero |
| Huahai |
| Indoco |
| Ivax |
| Jubilant |
| Lantech* |
| Macleod* |
| Matrix |
| Mylan |
| Novartis |
| Par |
| Prinston |
| Qualanex |
| Ranbaxy |
| Sandoz |
| Syncore |
| Synthon |
| Teva |
| Torrent |
| Unichem |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

19

| |
|---|
| Watson |
| Zhejian* |
| ZHP |

| **ADD FOR LOSARTAN** |
|---|
| ABC |
| Blupaz |
| EconDISC |
| H D Smith |
| Masters |
| Harvard |
| RxSS |
| PBA GCP |
| RS Northeast |
| Arrow |
| Granule |

Drug Names

| *Valsartan* |
| --- |
| amlodipine* |
| Diovan* |
| Exforg* |
| HCT or HCTZ |
| sartan or sartans |

| **Losartan or Losartan Potassium** |
| --- |
| **Losartan HCTZ or Losartan Potassium HCTZ** |
| **Cozaar** |
| **Hyzaar** |
| **Losartan K** |

**\<drug names modifiers\>**

Solvents

| |
|---|
| *azide* |
| *formaldehyde* |
| *-N3* |
| *xylene* |
| acid* |
| aqueous* |
| chloramin* |
| HNO2 |
| hydrochlor* |
| N-3* |
| NaNO* |
| tolue* |
| Tributyl* or TIN |
| Triethyl* or TEA |
| zinc /3 chloride |
| ZnCl* |

**<solvents modifiers>**

| ADD FOR LOSARTAN |
|---|
| *acetone* |
| *alcohol* |
| *Isopropryl* |
| methenol |
| KOH |
| carbon* |
| ammonium bromide |
| sodium borohydride |
| *pyrrolid one* |

Regulatory

| |
|---|
| "Abbreviated New Drug Application" or ANDA |
| CDC or "Centers for Disease Control" |
| CDER or "Center for Drug Evaluation and Research" |
| DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency" |
| "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| NIH or "National Institutes of Health" |

**\<regulatory modifiers\>**

| LOSARTAN ADDITIONS |
|---|
| "FMECA" OR "FMA" |
| "ICH Pharmaceutical Quality System" |
| "Controlling Nitrosamine Impurities in Human Drugs" or "Guidance for Industry" |
| ICSR or "Individual Case Safety Report" |

23

Inspect

| Agency |
|--------|
| inspect* |
| regulat* |

**\<inspect modifiers\>**

Manufacturing

| |
|---|
| backup /3 data |
| impurit* and degradant* |
| recall* |
| residu* |
| solvent* |
| spike* |
| <mark>test*</mark> |
| unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* |

**\<manufacturing modifiers\>**

| ADD FOR LOSARTAN |
|---|
| "carry over" OR "carryover" OR "carry-over" |
| "change over" OR "change-over" OR "changeover" |
| "cross contami*" OR "cross-contami*" |
| "MACO" |
| *abort* |
| *contract* /10 with OR /10 agreement |
| *hold* / 10 time |
| *optimi* |
| *patch* |
| *potash* |
| *reconc* |
| *secondary* |
| *soda* |
| *tertiary* |
| *vendor* |
| alternate* OR "alternate API" |
| FRE* OR stage* |
| granu* |
| inject* |
| lubric* |

| outsourc* OR out-sourc* OR out sourc* |
| --- |
| potent* |
| powder* |
| *homogen* |

Medical Conditions

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**&lt;medical conditions modifiers&gt;**

27

Economic Terms

| |
|---|
| analys* |
| AWP |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| |
| stock* |
| strat* |
| WAC |
| write* |

**<economic modifiers>**

Facility Names

| LOSARTAN |
| --- |
| |
| FEI-3007078804 |
| FEI-3005029956 |
| FEI-3009093782 |
| FEI-3005430968 |
| FEI-3002246664 |
| Torrent Indrad |
| Torrent Dahej |
| Hetero |
| Cadila |
| Teva |

Foreign Regulatory Agencies

| |
|---|
| ABPI |
| AEMPS |
| Agency /3 Therapeutic |
| AIFA |
| ALIMS |
| ANMAT |
| BDA |
| BfArM |
| "British Pharmaceutical Industry" |
| "Bulgarian Drug Agency" |
| Canad* /3 Health |
| "Central drugs standard control" |
| CEP |
| DKMA |
| EMA |
| European /3 medic* |
| "European Medical" |
| Fimea |
| "Health Canada" |
| Health* /5 Agency |
| Hong Kong /7 "Drug Office" |
| HPRA |
| IMA |
| MEB |
| Medical /4 agency |
| "Medical Products Agency" |
| MFDS |
| MHRA |
| Ministry /3 Health |
| Ministry /5 drug |
| MPA |
| NAMMD |
| NHS |
| NIHS |
| NoMA |

**<foreign regulatory agency modifiers>**

| |
|---|
| NPRA |
| OGYEI |
| PHARMAC |
| SAMLV |
| SAMR |
| SCMA |
| SIDC |
| "State Administration for Market" |
| SUKL |
| Swissmedic |
| TGA |
| "Therapeutic Goods Administration" |

**SEARCH TERMS PROCEDURE**

**1. Search Terms**

The Primary Search Terms and Modifiers lists attached hereto as Exhibits A and B

shall be used for searching of custodial records subject to the procedure set forth

herein.

As there are several custodians who will be included in losartan discovery who were already custodians during valsartan discovery, the procedure for running terms for them will differ from those employees who are first-time losartan custodians. Those custodians whose files were produced during the valsartan portion of the case shall be referred to as the "Original Custodians."  For the former, Torrent will top up the custodial files to reflect the newly agreed upon Relevant Time Period.  Torrent will then run the new set of search terms over the Original Custodians' files, deduplicate documents for those which have already been produced, and produce any previously unproduced files. To the extent a duplicate document is not produced but is located in the custodial file of a different custodian, Torrent will produce an overlay production that adds those custodians to the documents at issue.

For the new custodians, the search will be run in full in accordance with the agreed upon set of search terms in this document.

**2. Standalone Terms**

a) The following terms shall remain on the standalone terms list but can be tested and

refined further if a need is shown after documents are collected and preliminarily
reviewed:

|     |                                     |
|-----|-------------------------------------|
| i.   | *diethylamine or "*diethyl amine"   |
| ii.  | *dimethylamine or "*dimethyl amine" |
| iii. | *dimethylformamide or DMF           |
| iv.  | *dimethylmethanamide                |
| v.   | *ghost*                             |

32

vi. *NDEA*

vii. *NDMA*

viii. *NMBA*

viii.     *nitra*

ix.     *nitrite*

x.     *nitrosa*

xi.     *nitroso*

xii.     *trosomine*

xiii. C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O

xiv.     tetrazol*

xv.     gene* /3 mutat*

xvi.     genotoxic*

xvii.     carcin* (but may modify if needed)

xviii.     deviat* /5 cancer* or deviat* /5 toxic or deviat* /5 hazard* or deviat* /5

    fatal (but may modify if needed)

xix.     FDA /10 warning (but may modify if needed)

xx.     solvent /5 cancer* or solvent /5 toxic or solvent /5 hazard* or solvent /5 fatal (but may modify if needed)

xxi.     solvent* /5 contamin* (but may modify if needed)

xxii.     Valisure* (but may modify if Valisure comes up for a reason other than its role in relation to detecting nitrosamines).