# EXHIBIT 5: TORRENT CUSTODIAN LIST

## Torrent Custodian List

**Original custodians:**

- Dawn Chitty
- Jocelyn Rivera
- Bernadette Attinger
- Saroja Garontla
- Dhrumit Shah
- Joshi Shubham
- Paras Sheth
- Kelly Gegenheimer
- Prajyot Kulkarni
- Reddy Neravelta
- Sushil Jaiswal
- Anupama Siddhaye
- Dilkesh Shah
- Brijesh Patel
- Swati Panwar
- Kalpesh Patel

**New custodians:**

- Amit Modi- General Manager in Supply Chain department
- Maitrayee Mukherji- Senior General Manager, Regulatory Affairs
- Ashish Hajarnis- Vice President in Tablets Department
- Hasmukh Patel - Vice President
- Sanjay Barhate - General Manager (Quality)