# EXHIBIT 6: VIVIMED SEARCH TERM LIST

**Vivimed - Losartan Search Terms**

**<term> (no modifiers)^**

| 1) Standalone Terms | Original Terms | Modifications |
|---|---|---|
| | N/A | *090382* |
| | N/A | [Hetero and ZHP purchase DMF #s] |
| | (EIR or establishment inspection report) | Move from Standalone Terms list to Regulatory List |
| | OAI "or "official action indicated" | |
| | "voluntary action indicated" | |
| | *diethylamine or "*diethyl amine" | |
| | *dimethylamine or "*diemethyl amine" | |
| | "dimethylformamide or DMF" | dimethylformamide<br><br>DMF moved to the QA Testing List |
| | *dimethylmethanamide | |
| | *ghost* | |
| | *NDEA* | |
| | *NDMA* | |
| | *nitra* | |
| | *nitrite* | |
| | *nitrosa* | |
| | *nitroso* | |
| | *NMBA* | |
| | *trosomine* | |
| | (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) | |
| | C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O | |
| | carcin* | Move from Standalone Terms to Regulatory List |
| | deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal | |
| | FDA /10 warning | |
| | gene* /3 mutat* | |
| | genotoxic* | Move from Standalone terms to both Regulatory terms and QA Testing terms. |
| | solvent /5cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal | |
| | (test* / 5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | |
| | solvent* /5 contamin* | |
| | tetrazol* | |
| | Valisure* | |

**Last Name Standalone UNLESS IF First Name Exists, THEN (Last Name /3 First Name) OR (Last Name AND <Regulatory Modifiers>)**

| 2) Author or Inspector Terms | Plaintiff's Terms (Last Name) | Plaintiff's Terms (First Name) | Modifications |
|---|---|---|---|
| | Agrawal | Atul | |
| | Akhtar | Saleem | |
| | Amin | Pankaj | |
| | Arasu | | |
| | Arista | | |
| | Arroyo | | |
| | Baker | Peter | |
| | Barreto | | |
| | Barrowcliff | | |
| | Bellamy | | |
| | Bernard | Tonia | |
| | Bizjak | | |
| | Boyd | Justin | |
| | Bretz | Paula | |
| | Brown | Darren | |
| | Cartwright | | |
| | Casale | | |
| | Chapman | Johnathan | |
| | Charity | Antony | |
| | Chester | Bonita | |
| | Clausen | | |
| | Cosgrove | | |
| | Cruz | | |
| | Dezean | | |
| | Dickinson | Gwyn | |
| | Dobbin | | |
| | Dombrowski | | |
| | Donald | Steven | |
| | Dong | Eric | |
| | Eban | | |
| | Ernst | | |
| | Estrella | Maria | |
| | Etminan | | |
| | Ford | Susanna | |
| | Frazier | Laurie | |
| | Gavini | | |
| | George | Jogy | |
| | Ghoshal | Rabin | |
| | Gidado | | |
| | Goga | Michael | |
| | Hall | Patrice | |
| | Hallas | | |
| | Harouaka | | |
| | Hebert or Della or Dellareese | | |
| | Hicks | Kellia | |
| | Higgins | Brooke | |
| | Huaren | | |
| | Hustedt | | |
| | Johansen | | |
| | Jones | Latoria | |
| | Karapetyan* | | |
| | Khan | Farhana | |
| | Khurana | Sangeeta | |
| | Kristensen | | |
| | Lopez Rubet | | |
| | Maldonado | | |
| | Mankind | | |
| | Mansournia | | |
| | Marcsisin | | |
| | Martinez | Miguel | |
| | Mason | James | |
| | Matthew or Matthews | Lata | |
| | Mayasandra | Pal | |
| | Melende | | |
| | Min | Ko | |
| | Mistler | | |
| | Motamed | | |
| | Motta | | |

| | | | |
|---|---|---|---|
| | Mueller | | |
| | Narula | | |
| | Navas | | |
| | Nguyen | Truong | |
| | Oladimeji | | |
| | Panicker | | |
| | Patel | Nayan | **REMOVE** |
| | Philopoulos | | |
| | Pitts | Simone | |
| | Podarall | Satheesk | |
| | Pottegard | | |
| | Priester | | |
| | Pyramides | | |
| | Quartarolo | | |
| | Ray | Marcus | |
| | Razzaghi | Frederick | |
| | Roberts | Daniel | |
| | Roy | Melissa | |
| | Schwartz | Paul | |
| | Shah | Dipesh | |
| | Skanchy | | |
| | Srivasta | | |
| | Srivastava | Rajiv | |
| | Stieg | | |
| | Sweeney | | |
| | Szestypalow | | |
| | Tomasso | | |
| | Ulysse | | |
| | Upadhyay | Pratik. | |
| | Verdel | | |
| | Wakijira | Chaltu | |
| | Wang | Zhao | |
| | Warnick | | |
| | Xu | Atul | |
| | Young | Rochelle | |
| | Yuscius | | |
| | Zaklady | | |
| | Samil | | |
| | Zamperini | | |
| | Zhen Zhou | | |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR <regulatory modifiers> OR <facility names>)**

| 3) Regulatory Terms | Original Term | Modifications |
|---|---|---|
| | ("adverse event*" or AER) | |
| | "changes being effected" | |
| | "prior approval supplement" | |
| | adulterat* | |
| | alert* | <alert*> w/500 |
| | CAPA or corrective pre/3 "preventive action" | |
| | CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21" | <CFR or eCFR or "code of federal reguations" or USC or "United States Code" or "Title 21"> w/500<br><br>Remove <regulatory modifiers> |
| | Citizen* pre/3 Petition | |
| | (Establishment pre/3 Inspection) | |
| | | EIR or "establishment Inspection report" |
| | | genotoxic* |
| | import* /3 (ban or alert or restrict*) | |
| | inadequat* | |
| | inspect* | (inspection or inspections or inspector or inspectors) w/500<br><br>REMOVE the below Regulatory Modifiers<br>- ("Abbreviated New Drug Application" or ANDA)<br>- (CDC or "Centers for Disease Control")<br>- (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency")<br>- ("Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue") |
| | investigat* | <investigat*> w/500<br><br>REMOVE the below Regulatory Modifiers<br>- ("Abbreviated New Drug Application" or ANDA)<br>- (CDC or "Centers for Disease Control")<br>- (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency")<br>- ("Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |
| | major /3 change | |
| | moderate /3 change | |
| | Monthly /3 update | |
| | (official pre/3 action* /4 indicat*) | |
| | observation* | <observation*> w/500<br>REMOVE the below Regulatory Modifiers<br>- ("Abbreviated New Drug Application" or ANDA)<br>- (CDC or "Centers for Disease Control")<br>- (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency")<br>- ("Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |

|   | OOS or "out of spec*" or "out-of-spec" | <OOS or "out of spec" or "out-of-spec"> w/500 |
|---|---|---|
|   | OOT or "out-of-trend" or "out of trend" |   |
|   | PADER* and (<drug name> or <solvents> or <facility names>) |   |
|   | violat* |   |
|   | warn* | <warn*> w/150 |
|   | N/A | carcin* |

&lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;) OR &lt;regulatory modifiers&gt; OR &lt;inspect&gt; or &lt;manufacturing modifiers&gt; OR &lt;medical modifiers&gt; OR &lt;facility names&gt;)

| 4) cGMP Terms | Original Term | Modifications |
|---|---|---|
| | (bottle pre/2 lies) or Eban | |
| | bury or burie* or conceal* | &lt;bury or burie* or conceal*&gt; w/200 |
| | cGMP* or (current pre/5 manufacturing) or GMP* | &lt;cGMP* or ("good manufacturing" or "current good manufacturing" or "current manufacturing") or GMP*&gt; w/200<br><br>Remove the following Regulatory Modifiers<br>- "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park"), ("Abbreviated New Drug Application" or ANDA);<br><br>Remove the following Manufacturing modifiers:<br>- test*,<br><br>Remove the following Inspect modifiers:<br>- Agency<br>- (regulatory or regulator or regulators) |
| | "cover up*" or coverup* or "cover-up" | &lt;"cover up*" or coverup* or "cover-up"&gt; w/200 |
| | crash* or disaster* | &lt;crash* or disaster*&gt; w/200 |
| | data /4 integrity or data /4 reliabl* | &lt;"data integrity" or "*reliable data" or "data reliability"&gt; w/200 |
| | delet* or destroy* or remov* or trash* or shred* | delet* or destroy* or trash* or shred* w/200 |
| | hide* or suppress* | &lt;hide* or suppress*&gt; w/200 |
| | whistleblow* | &lt;whistleblow*&gt; w/200 |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR <manufacturing modifiers>)**

| 5) QA-Testing Terms | Original Term | Modifications |
|---|---|---|
| | "anion-exchange" or anionexchange or "anion exchange" | |
| | "ion-exchange" or ionexchange or "ion exchange" | |
| | *PCRC* | |
| | aberran* | |
| | abnorm* | <abnorm*> w/150 |
| | ALS | |
| | bioequiv* | <bioequiv*> w/150 |
| | CAPA or corrective pre 5/5 action | |
| | Chromato* | <chromato*> w/500 |
| | complain* | Move this to the Manufacturing modifiers list |
| | contami* | |
| | degradant* | degradant* w/200. Do not run the Manufacturing modifier "Impurit* and degradant*" |
| | impurit* | Impurit* w/200. Do not run the Manufacturing modifier "Impurit*" |
| | N/A | <DMF> w/250 |
| | detect* | <detect*> w/200 |
| | EI-MS or EL-MS or "electron ionization" | |
| | elude* | |
| | fail* | Move to the Manufacturing List |
| | fatal* | |
| | GC or "GC-FID" or GCMS or "GC-MS" | |
| | N/A | genotoxic* |
| | hazard* | <hazard*> w/150 |
| | headspace | |
| | heat | <heat> w/150 |
| | HPLC-UV | |
| | HS | |
| | incomplet* /5 data* | |
| | LCMS | |
| | mass spectro* | |
| | method /5 qualification | |
| | noise* | |
| | noti* | noti* w/5 pharm* |
| | obscure* | |
| | observation* | REMOVE |
| | peak* | <peak*> w/150 |
| | press /4 release | |
| | preventative /5 action | |
| | problem* | <problem*> w/200 |
| | puri* | <puri*> w/200 |
| | quality | REMOVE |
| | recall* | |
| | repe* /4 error* | |
| | residu* | <residual> w/200 |
| | retrospec* | |
| | risk* | <risk*> w/150 |
| | signal* | |
| | spectro* | |
| | spike* | |
| | suitab* | REMOVE |
| | toxic* | <toxic*> w/150 |
| | unknown* or unk or unks | <unknown* or unk or unks> w/150 |
| | validat* | <validat*> w/150 |
| | N/A | genotoxic* |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**

| 6) Manufacturing Terms | Original Term | Modifications |
|---|---|---|
| | "PROCESS I" or "PROCESS II" | Remove the following modifiers<br>- acid*<br>- aqeuous*<br>- hydrochlor* |
| | assay* | |
| | assessment* | <assessment*> w/200 |
| | batch /5 records | "batch records" |
| | biocompat* | |
| | byproduct* | |
| | CAPA or corrective pre/3 "preventive action" | |
| | certifcat* | |
| | change* /3 control* | |
| | change* /5 process* | |
| | COA or certificat* pre /3 analys* | |
| | N/A | complain* |
| | concentra* | |
| | condensa* | |
| | conversion* | |
| | critical /4 change | |
| | crude* | |
| | deviat* | |
| | diastereo* | |
| | discrepanc* | |
| | error* | <error*> w/200 |
| | esterficat* | |
| | expir* | <expir*> w/150 |
| | N/A | <fail*> w/500 |
| | *formaldehyde* | |
| | malfunct* | |
| | material* /3 loss* | |
| | moiety or moieties | |
| | process /5 change | |
| | quench* | |
| | reagent* | |
| | reclaim* | |
| | recover* | <recover*> w/250 |
| | recycl* | <recycl*> w/200 |
| | repack* or "re-pack*" | |
| | resal* | |
| | resell* | |
| | reuse* | |
| | ring* | |
| | solvent* | <solvent> w/200 |
| | suppress* | |
| | TEA or Triethyl* | |
| | temperature | **REMOVE** |
| | TIN or Tributyl* | |
| | yield* | <yield*> w/250 |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**

| 7) Medical Conditions Terms | Original Term | Modifications |
|---|---|---|
| | bladder* | |
| | blood | **REMOVE** |
| | cancer* or precancer* or pre-cancer* | |

| | | |
|---|---|---|
| | colon* | |
| | death* or dead or fatal | <(death or deaths or dead or deadly or fatal)> w/200 |
| | esophag* | |
| | gastro* | |
| | intestin* | |
| | kidn* or renal* | |
| | laten* | |
| | leukemia* | |
| | liver* | |
| | lymphoma* | |
| | muta* | |
| | myeloma* | |
| | NHL or non-hodgkin* | |
| | toxicolog* | |
| | onset* | |
| | oncolog* | |
| | ovar* | |
| | pancrea* | |
| | prostate* | |
| | stomach* | |

&lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;))

| 8) Economic Terms | Original Term | Modifications |
|---|---|---|
| | AWP or "average wholesale price" or WAC or "wholesale acquisition cost" | |
| | best /3 pric* | |
| | bulk /3 suppl* | |
| | impairment | |
| | IRR | |
| | manufactur* /3 cost* | |
| | marginal /5 cost* | |
| | market* /5 share* | |
| | net /5 profit* | |
| | net /5 valu* | |
| | NPA | |
| | NPV | |
| | rate /10 return | |
| | rebate* | |
| | sourc* w/5 agree* or sourc* w/5 anal* or sourc* w/5 contract* or sourc* w/5 forecast* or sourc* w/5 plan* or sourc* w/5 strat* | |
| | suppl* w/5 agree* or suppl* w/5 anal* or suppl* w/5 contract* or suppl* w/5 forecast* or suppl* w/5 plan* or suppl* w/5 strat* | |
| | SWOT or (strength pre/7 threat*) | |
| | writ* pre /5 off | |
| | (ABDC or Amerisource* or "American Health Packaging" or AHP) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (AG) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (amerisource*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (ANDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (ASB) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (Authorized/4 generic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share) | |
| | (average or avg) AND (pric* or cost* or margin* or profit* or revenue*) | |
| | (boehringer ingelheim) AND (Pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (cardinal) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (contract) AND (distrib* or PBM) | |
| | (cost*) AND (analy* or forecast* or plan* or strat*) | |
| | (CVS*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (Epic*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |
| | (ESI) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) | |

|  | Query |  |
|---|---|---|
|  | (Express*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |  |
|  | (IMS) AND (pric* or cost or market* or AWP of WAC or profit or margin* or stock or share or |  |
|  | (IQVIA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or |  |
|  | (Kroger) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |  |
|  | (mckesson) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |  |
|  | (operat* w/5 margin*) AND (margin* or profit*) |  |
|  | (Optum*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |  |
|  | (pric*) AND (decreas* or increas* or list* or strat* or expect* or project*) |  |
|  | (recall) AND (loss or impairm* or write* or reimburs* or indemn* or charg* or replace*) |  |
|  | (Redoak) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |  |
|  | (retail) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or |  |
|  | (Rite*) AND (pric*) |  |
|  | (sales) /5 (expect* or project*) |  |
|  | (var*) /5 (cost*) |  |
|  | (variable) /5 (cost*) |  |
|  | (Walgreen* or WBDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |  |
|  | (Walmart) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |  |

|  | Original Term | Modifications |
|---|---|---|
| **1) <drug names modifiers>** | | |
|  | *Losartan* | |
|  | Potassium | |
|  | sartan or sartans | |
|  | Cozaar | |
|  | Hyzaar | |
| **2) <solvents modifiers>** | | |
|  | N/A | Amlodipine* |
|  | *azide* | |
|  | Amlodipine* | Moved from drug names |
|  | *formaldehyde* | |
|  | *-N3* | |
|  | *xylene* | |
|  | acid* | REMOVE - Moved to the Manufacturing list |
|  | aqueous* | |
|  | chlorami* | |
|  | HCT or HCTZ | Moved from drug names |
|  | HNO2 | |
|  | hydrochlor* | |
|  | N-3* | "N-3*" [if no error] |
|  | NaNO* | |
|  | tolue* | |
|  | Tributyl* or TIN | |
|  | Triethyl* or TEA | |
|  | zinc /3 chloride | |
|  | ZnCl* | |
| **3) <regulatory modifiers>** | | |
|  | "Abbreviated New Drug Application" or ANDA | |
|  | CDC or "Centers for Disease Control" | |
|  | CDER or "Center for Drug Evaluation and Research" | |
|  | DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency | |
|  | "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" | |
|  | "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" | |
|  | NIH or "National Institutes of Health" | |
| **4) <inspect modifiers>** | | |
|  | Agency | **REMOVE** |

| | | |
|---|---|---|
| | inspect* | (inspection or inspections or inspector or inspectors) |
| | regulat* | (regulatory or regulator or regulators) |
| **5) &lt;manufacturing modifiers&gt;** | | |
| | acid* | Moved |
| | backup /3 data | |
| | impurit* and degradant* | |
| | recall* | |
| | residu* | residual |
| | solvent* | |
| | spike* | |
| | test* | |
| | unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* | |
| **6) &lt;other drug names modifiers&gt;** | | |
| | Donepezil | |
| | Zolpidem | |
| | Amlodipine | |
| | Clarithomycin | |
| | Nadalol | |
| | Enalapril | |
| | Clindamycin | |
| | Azithromycin | |
| | Modafinil | |
| | Albendazole | |
| | Acyclovir | |
| | Metronidazole | |
| **7) &lt;medical conditions modifiers&gt;** | | |
| | "adverse event*" or AER* | |
| | bladder* | |
| | blood* | **REMOVE** |
| | cancer* or precancer* or pre-cancer* | |
| | colon* | |
| | death* or dead or fatal | |
| | esophag* | |
| | gastro* | |
| | intestin* | |
| | kidn* or renal* | |
| | laten* | |
| | leukemia* | |
| | liver* | |
| | lymphoma* | |
| | MedWatch* or "Safety Information and Adverse Event Reporting" | |
| | muta* | |
| | myeloma* | |
| | NHL or non-hodgkin* | |
| | toxicolog* | |
| | onset* | |
| | oncolog* | |
| | ovar* | |

|  | | |
|---|---|---|
|  | PADER* | |
|  | pancrea* | |
|  | prostate* | |
|  | stomach* | |
| **8) <economic modifiers>** | | |
|  | analys* | |
|  | AWP | |
|  | cost* | |
|  | decreas* | |
|  | distrib* | |
|  | expect* | |
|  | gross | |
|  | impairm* | |
|  | increas* | |
|  | indem* | |
|  | list* | |
|  | loss* | |
|  | margin* | |
|  | market* | |
|  | net | |
|  | PBM | |
|  | plan | |
|  | pric* | |
|  | profit* | |
|  | project* | |
|  | recall* | |
|  | revenue* | |
|  | share* | |
|  | stock* | |
|  | strat* | |
|  | WAC | |
|  | write* | |
| **9) <facility names modifier>** | | |
|  | Alathur | |
|  | Chennai | |
|  | [Facility numbers to be added] | |
| **10) <foreign regulatory agency modifiers>** | | |
|  | ABPI | |
|  | AEMPS | |
|  | Agency /3 Therapeutic | |
|  | AIFA | |
|  | ALIMS | |
|  | ANMAT | |
|  | BDA | |
|  | BfArM | |
|  | "British Pharmaceutical Industry" | |
|  | "Bulgarian Drug Agency" | |
|  | Canad* /3 Health | |
|  | "Central drugs standard control" | |
|  | CEP | |
|  | DKMA | |
|  | EMA | |
|  | European /3 medic* | |
|  | "European Medical" | |

|  | Fimea |  |
|--|--|--|
|  | "Health Canada" |  |
|  | Health* /5 Agency |  |
|  | Hong Kong /7 "Drug Office" |  |
|  | HPRA |  |
|  | IMA |  |
|  | MEB |  |
|  | Medical /4 agency |  |
|  | "Medical Products Agency" |  |
|  | MFDS |  |
|  | MHRA |  |
|  | Ministry /3 Health |  |
|  | Ministry /5 drug |  |
|  | MPA |  |
|  | NAMMD |  |
|  | NHS |  |
|  | NIHS |  |
|  | NoMA |  |
|  | NPRA |  |
|  | OGYEI |  |
|  | PHARMAC |  |
|  | SAMLV |  |
|  | SAMR |  |
|  | SCMA |  |
|  | SIDC |  |
|  | "State Administration for Market" |  |
|  | SUKL |  |
|  | Swissmedic |  |
|  | TGA |  |
|  | "Therapeutic Goods Administration" |  |