# EXHIBIT 7: AUROBINDO SEARCH TERM LIST

# AUROBINDO SEARCH TERMS AND SEARCH PROCEDURE

| |
|---|
| (*23084* or *203081* or *203630* or *204774*) |
| EIR or "establishment inspection report" |
| OAI or "official action indicated" |
| "voluntary action indicated" |
| *diethylamine or "*diethyl amine" |
| *dimethylamine or "*dimethyl amine" |
| (*dimethylformamide or DMF) AND (<Drug Name>) |
| *dimethylmethanamide |
| *ghost* |
| *NDEA* |
| *NDMA* |
| *nitra* |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* (deferred to after JPML decision) |
| *trosomine* |
| (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or |
| carcin* |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal |
| FDA /10 warning |
| gene* /3 mutat* |
| genotoxic* |
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| tetrazol* |

<term> (no modifiers)^

^Except if run against custodians in management over more than one facility, in which case to be run as indicated in agreed to procedure.

| Last Name | First Name |
|---|---|
| Agrawal | Atul |
| Akhtar | Saleem |
| Amin | Pankaj |
| Arasu | |
| Arista | |
| Arroyo | |
| Baker | Peter |
| Barreto | |
| Barrowcliff | |
| Bellamy | |
| Bernard | Tonia |
| Bizjak | |
| Boyd | Justin |
| Bretz | Paula |
| Brown | Darren |
| Cartwright | |
| Casale | |
| Chapman | Johnathan |
| Charity | Antony |
| Chester | Bonita |
| Clausen | |
| Cosgrove | |
| Cruz | |
| Dezan | |
| Dickinson | Gwyn |
| Dobbin | |
| Dombrowski | |
| Donald | Steven |
| Dong | Eric |
| Eban | |
| Ernst | |
| Estrella | Maria |
| Etminan | |
| Ford | Susanna |
| Frazier | Laurie |
| Gavini | |
| George | Jogy |

**Last Name Standalone UNLESS IF First Name Exists, THEN (Last Name /3 First Name) OR (Last Name AND <Regulatory Modifiers>)**

| | |
|---|---|
| Ghoshal | Rabin |
| Gidado | |
| Goga | |
| Goga | Michael |
| Hall | Patrice |
| Hallas | |
| Harouaka | |
| Hebert or Della or Dellareese | |
| Hicks | Kellia |
| Higgins | Brooke |
| Huaren | |
| Hustedt | |
| Johansen | |
| Jones | Latoria |
| Karapetyan* | |
| Khan | Farhana |
| Khurana | Sangeeta |
| Kristensen | |
| Lopez Rubet | |
| Maldonado | |
| Mankind | |
| Mansournia | |
| Marcsisin | |
| Martinez | Miguel |
| Mason | James |
| Mathew or Mathews | Lata |
| Mayasandra | Pal |
| Melende | |
| Min | Ko |
| Mistler | |
| Motamed | |
| Motta | |
| Mueller | |
| Narula | |
| Navas | |
| Nguyen | Truong |
| Oladimeji | |
| Panicker | |
| Patel | Nayan |
| Philopoulos | |
| Pitts | Simone |
| Podaralla | Satheesk |
| Pottegard | |
| Priester | |
| Pyramides | |
| Quartarolo | |
| **Ray** | **Marcus** |

| | |
|---|---|
| Razzaghi | Frederick |
| Roberts | Daniel |
| Roy | Melissa |
| Schwartz | Paul |
| Shah | Dipesh |
| Skanchy | |
| Srivasta | |
| Srivastava | Rajiv |
| Stieg | |
| Sweeney | |
| Szestypalow | |
| Tomasso | |
| Ulysse | |
| Upadhyay | Pratik |
| Verdel | |
| Wakijira | Chaltu |
| Wang | Zhao |
| Warnick | |
| Xu | Atul |
| Young | Rochelle |
| Yuscius | |
| Zaklady | |
| Zamil | |
| Zamperini | |
| Zhen Zhou | |

| |
|---|
| ("adverse event*" or AER) and (<drug name> or <solvents> or <facility names>) |
| "changes being effected" |
| "prior approval supplement" |
| adulterat* |
| alert* |
| CAPA or corrective pre/3 "preventive action" |
| CFR or eCFR or "code of federal regulations" or USC or "United States |
| Citizen* pre/3 Petition |
| (Establishment pre/3 Inspection) |
| import* /3 (ban or alert or restrict*) |
| inadequat* |
| inspect* |
| investigat* |
| major /3 change |
| (master /3 file) and (<drug name> or |
| minor /3 change |
| moderate /3 change |
| Monthly /3 update |
| (official pre/3 action* /4 indicat* ) |
| observation* |
| OOS or "out of spec*" or "out-of-spec*" |
| OOT or "out-of-trend" or "out of trend" |
| PADER* and (<drug name> or <solvents> or <facility names>) |
| VAI or (voluntary pre/3 action* /4 indicat*) |
| violat* |
| warn* |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR <regulatory modifiers> OR <facility names>)**

| |
|---|
| (bottle pre/2 lies) or Eban |
| bury or burie* or conceal* |
| cGMP* or (current pre/5 manufacturing) or GMP* |
| "cover up*" or coverup* or "cover-up*" |
| crash* or disaster* |
| data /4 integrity or data /4 reliabl* |
| delet* or destroy* or remov* or trash* or |
| hide* or suppress* |
| whistleblow* |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>) OR \<regulatory modifiers\> OR \<inspect\> OR \<manufacturing modifiers\> OR \<medical modifiers\> OR \<facility names\>)**

| |
|---|
| "anion-exchange" or anionexchange or "anion exchange" |
| "ion-exchange" or ionexchange or "ion exchange" |
| *PCRC* |
| aberran* |
| abnorm* |
| ALS |
| bioequiv* |
| CAPA or corrective pre/5 action |
| Chromato* |
| complain* |
| contami* |
| degradant* or impurit* |
| detect* |
| EI-MS or EL-MS or "electron ionization" |
| elude* |
| fail* |
| fatal* |
| GC or "GC-FID" or GCMS or "GC-MS" |
| hazard* |
| headspace |
| heat |
| HPLC-UV |
| HS |
| incomplet* /5 data* |
| LCMS |
| mass spectro* |
| method /5 qualification |
| noise* |
| noti* w/5 pharm* |
| obscure* |
| observation* |
| peak* |
| press /4 release |
| preventative /5 action |
| problem* |
| puri* |
| quality |

| |
|---|
| recall* |
| repe* /4 error* |
| residu* |
| retrospec* |
| risk* |
| signal* |
| spectro* |
| spike* |
| suitab* |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>) OR \<manufacturing modifiers\>)**

| |
|---|
| toxic* |
| unknown* or unk or unks |
| validat* |

| |
|---|
| "IC Route" or "IC process" OR "IC-Route" OR "IC-Process" or "I-C" or "I-B" or "IB Route" or "IB Process" or "IB-Process" or "IB-Route" |
| assay* |
| assessment* |
| batch /5 records |
| biocompat* |
| byproduct* |
| CAPA or corrective pre/3 "preventive action" |
| certificat* |
| change* /3 control* |
| change* /5 process* |
| COA or certificat* pre/3 analys* |
| concentra* |
| condensa* |
| conversion* |
| critical /4 change |
| crude* |
| deviat* |
| diastereo* |
| discrepanc* |
| error* |
| esterficat* |
| expir* |
| *formaldehyde* |
| malfunct* |
| material* /3 loss* |
| moiety or moieties |
| process /5 change |
| quench* |
| reagent* |
| reclaim* |
| recover* |
| recycl* |
| repack* or "re-pack*" |
| resal* |
| resell* |
| reuse* |
| ring* |
| solvent* |
| suppress* |
| TEA or Triethyl* |
| temperature |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

| TIN or Tributyl* |
| yield* |

| |
|---|
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

| |
|---|
| best /3 pric* |
| bulk /3 suppl* |
| impairment |
| IRR |
| manufactur* /3 cost* |
| marginal /5 cost* |
| market* /5 share* |
| net /5 profit* |
| net /5 valu* |
| NPA |
| NPV |
| rate /10 return |
| rebate* |
| sourc* w/5 agree* or sourc* w/5 anal* or sourc* w/5 contract* or sourc* w/5 forecast* or sourc* w/5 plan* or sourc* w/5 strat* |
| suppl* w/5 agree* or suppl* w/5 anal* or suppl* w/5 contract* or suppl* w/5 forecast* or suppl* w/5 plan* or suppl* w/5 |
| SWOT or (strength pre/7 threat*) |
| writ* pre/5 off |
| (average or avg) AND (pric* or cost* or margin* or profit* or revenue*) |
| (avg ) AND (pric* or cost* or margin* or profit* or revenue*) |
| (contract ) AND (distrib* or PBM) |
| (cost* ) AND (analy* or forecast* or plan* or strat*) |
| (operat* w/5 margin*) AND (margin* or |
| (pric*) AND (decreas* or increas* or list* or strat* or expect* or project*) |
| (recall) AND (loss or impairm* or write* or reimburs* or indemn* or charg* or |

| |
|---|
| (sales ) /5 (expect* or project*) |
| (var* ) /5 (cost*) |
| (variable ) /5 (cost*) |

**<Term> AND (<Drug Name> OR (<Solvents AND NOT <other drug names>))**

| |
|---|
| Alembic |
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| Amerigen |
| ANDA |
| Auro* or APL or APUSA |
| boehringer ingelheim |
| Bristol |
| Camber |
| Cobalt |
| distribut* |
| Forest |
| Hetero |
| Huahai |
| Indoco |
| Ivax |
| Jubilant |
| Lantech* |
| Macleod* |
| Matrix |
| Mylan |
| Novartis |
| Par |
| Prinston |
| Qualanex |
| Ranbaxy |
| Sandoz |
| Syncore |
| Synthon |
| Teva |
| Torrent |
| Unichem |
| Watson |
| Zhejian* |
| ZHP |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

| |
|---|
| Irbesartan* |
| Avapro* |
| Aprovel* |
| Avalide* |
| HCT or HCTZ |
| Sartan or sartans |

**<drug names modifiers>**

| |
|---|
| "sodium azide*" |
| *formaldehyde* |
| *-N3* |
| *xylene* |
| acid* |
| aqueous* |
| chloramin* |
| HNO2 |
| hydrochlor* |
| N-3* |
| NaNO* |
| "sodium nitrite*" |
| tolue* |
| Tributyl* or TIN |
| Triethyl* or TEA or "tri ethyl*" or "tri-ethyl*" |
| zinc /3 chloride |
| ZnCl* |

**\<solvents modifiers\>**

| |
|---|
| "Abbreviated New Drug Application" or ANDA |
| CDC or "Centers for Disease Control" |
| CDER or "Center for Drug Evaluation and Research" |
| DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency" |
| "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| NIH or "National Institutes of Health" |

**\<regulatory modifiers\>**

| Agency |
|---|
| inspect |
| regulat |

**<inspect modifiers>**

| |
|---|
| backup /3 data |
| impurit* and degradant* |
| recall* |
| residu* |
| solvent* |
| spike* |
| test* |
| unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* |

**\<manufacturing modifiers\>**

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**\<medical conditions modifiers\>**

| |
|---|
| analys* |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| stock* |
| strat* |
| write* |

**\<economic modifiers\>**

**Facility Names**

"Unit 1" or "Unit I" or "Unit-1" or "Unit-I" or
*3004021253*

"Unit 9" or "Unit IX" or "Unit-9" or "Unit-IX"
or *3006370489*

**\<facility names modifiers\>**

| |
|---|
| ABPI |
| AEMPS |
| Agency /3 Therapeutic |
| AIFA |
| ALIMS |
| ANMAT |
| BDA |
| BfArM |
| "British Pharmaceutical Industry" |
| "Bulgarian Drug Agency" |
| Canad* /3 Health |
| "Central drugs standard control" |
| CEP |
| DKMA |
| EMA |
| European /3 medic* |
| "European Medical" |
| Fimea |
| "Health Canada" |
| Health* /5 Agency |
| Hong Kong /7 "Drug Office" |
| HPRA |
| IMA |
| MEB |
| Medical /4 agency |
| "Medical Products Agency" |
| MFDS |
| MHRA |
| Ministry /3 Health |
| Ministry /5 drug |
| MPA |
| NAMMD |
| NHS |
| NIHS |
| NoMA |
| NPRA |
| OGYEI |
| PHARMAC |
| SAMLV |
| SAMR |
| SCMA |
| SIDC |
| "State Administration for Market" |
| SUKL |
| Swissmedic |

**<foreign regulatory agency modifiers>**

**Foreign Regulatory Agencies**

Page No. 67006

| TGA |
| --- |
| "Therapeutic Goods Administration" |

## SEARCH TERMS PROCEDURE

### 1. Search Terms

The Primary Search Terms and Modifiers lists given above shall be used for searching of custodial records subject to the procedure set forth herein.

As there are several custodians who will be included in irbesartan discovery who were already custodians during valsartan discovery, the procedure for running terms for them will differ from those employees who are first-time irbesartan custodians. Those custodians whose files were produced during the valsartan portion of the case shall be referred to as the "Original Custodians." The Parties disagree on the scope of the Relevant Time Period and will submit their disagreement to the Court for resolution by September 8, 2023. After resolution by the Court, for the Original Custodians, Aurobindo will top up the custodial files to reflect the Relevant Time Period as ordered.

Aurobindo will then run the new set of search terms over the Original Custodians' files, deduplicate documents for those which have already been produced, and produce any previously unproduced files. To the extent a duplicate document is not produced but is located in the custodial file of a different custodian, Aurobindo will produce an overlay production that adds those custodians to the metadata for the documents at issue.

For the new custodians, the search will be run in full in accordance with the agreed upon set of search terms in this document.

For all search terms—and as described below in regard to each particular set of terms—the Parties will negotiate any further refinement or narrowing of the same, if needed, once documents have been collected and initially analyzed, which has not yet been able to occur. For good cause, any terms still in dispute after collection, analysis, and meet and confers can be presented to the Court for resolution.

### 2. Standalone Terms

a) The standalone terms shall remain on the standalone terms list denominated above, but the Parties will negotiate any further refinement or narrowing of these search terms, if needed, once documents have been collected and initially analyzed, which has not yet been able to occur. For good cause, any terms still in dispute after collection, analysis, and meet and confers can be presented to the Court for resolution.

b) The following terms (1) when used against data of custodians working only at a particular facility would be run as standalone terms; and (2) when used against data of custodians in management over more than one facility would be run with <term> AND (<Drug Name> OR <Solvents> OR <Facility Name>), but can be tested and refined further to be <term> AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) if needed:

    i.    EIR or "establishment inspection report"
    ii.   OAI or "official action indicated"
   iii.   "voluntary action indicated"
   iv.  (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b)

The Parties currently understand that the following custodians exercised management duties over multiple facilities:

1. Govindarajan Narayanan
2. Ram Mohan A Rao
3. Dasarathi
4. Srinivas K. Rama
5. Sudhakar Reddy Mandepudi
6. C.V. Satyendranath
7. R. Nagaraju
8. Subramanyam Maddala

The Parties agree that, should new evidence demonstrate that any of these individuals did not exercise management duties, then they will confer in good faith to discuss revising the list accordingly.

### 3. <u>Manufacturing, Medical Conditions, Economic Terms, Entities</u>

a) The search string for these primary terms categories shall be: <Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) where <other drug names> will be an agreed to list of the names of each other non-nitrosamine-containing drug manufactured by the defendant running the modifiers. The Parties agree to the list given at (6) below;

b) The Parties will negotiate any further refinement or narrowing of these search terms, if needed, once documents have been collected and initially analyzed, which has not yet been able to occur. For good cause, any terms still in dispute after collection, analysis, and meet and confers can be presented to the Court for resolution.

### 4. <u>QA-Testing, cGMP, and Regulatory</u>

a) The search string for these shall be: <Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR [other categories of modifiers]), using the agreed list at (6) below as the <other drug names>;

b) The Parties will negotiate any further refinement or narrowing of these search terms, if needed, once documents have been collected and initially analyzed, which has not yet been able to occur. For good cause, any terms still in dispute after collection, analysis, and meet and confers can be presented to the Court for resolution.

26

5. **List of <Other Drug Names>**

a) As described above, certain strings will include a list of other, non-irbesartan drugs manufactured by the defendant. Here, the Parties agree that list will consist of the following drugs:

1. Abacavir
2. Acetaminophen
3. Acyclovir
4. Afirmelle
5. Alendronate
6. Alprazolam
7. Ambrisentan
8. Aminocaproic
9. Amiodarone
10. Amlodipine
11. Amox
12. Amoxicillin
13. Amphetamine
14. Anastrozole
15. APAP
16. Apixaban
17. Aprimilast
18. Aripiprazole
19. Armodafinil
20. Atazanavir
21. Atenolol
22. Aurovela
23. Azelastine
24. Azithromycin
25. Baclofen
26. Benazepril
27. Benzydryl
28. Bisoprolol
29. Buspirone
30. Butalbital
31. Caffeine
32. Capecitabine
33. Carbidopa
34. Carmustine
35. Carvedilol
36. Cefadroxil
37. Cefdinir
38. Cefixime

39. Cefpodoxime
40. Cefprozil
41. Cefuroxime
42. Celecoxib
43. Cephalexin
44. Cevimeline
45. Cinacalcet
46. Ciprofloxacin
47. Citalopram
48. Clarithromycin
49. Clavulanate
50. Clindamycin
51. Clobazam
52. Clomipramine
53. Clonazepam
54. Clopidogrel
55. Clorazepate
56. Clozapine
57. Codeine
58. Colchicine
59. Cyclobenzaprine
60. Dalfampridine
61. Desogestrel
62. Dextroamphetamine
63. Dicloxacillin
64. Dicyclomine
65. Digoxin
66. Dimethyl Fumarate
67. Divalproex
68. Dofetilide
69. Dorzolamide
70. Doxepin
71. Drospirenone
72. Drospirenone
73. Droxidopa
74. Duloxetine
75. Dutasteride
76. Efavirenz
77. Eletriptan
78. Emtricitabin
79. Emzahh
80. Entacapone
81. Entecavir
82. Erbumine
83. Erlotinib
84. Escitalopram

85. Esomeprazole
86. Estradiol
87. Eszopiclone
88. Ethinyl
89. Exemestane
90. Ezetimibe
91. Famotidine
92. Fenofibrate
93. Finasteride
94. Flecainide Acetate
95. Fluconazole
96. Flucytosine
97. Fluoxetine
98. Fosinopril
99. FREYALTA
100.    Gabapentin
101.    Galantamine
102.    Ganciclovir
103.    Gemfibrozil
104.    Glipizide
105.    Glyburide
106.    Glycopyrrolate
107.    HYCD
108.    Hydrochlorothiazide
109.    Hydrocodone
110.    Hydromorphone
111.    Hydroxyzine
112.    Ibandronate
113.    Ibuprofen
114.    Iclevia
115.    Imatinib
116.    Incassia
117.    Isosorbide
118.    Lacosamide
119.    Lamivudine
120.    Lamotrigine
121.    Lansoprazole
122.    Leflunomide
123.    Lenalidomide
124.    Letrozole
125.    Levetiracetam
126.    Levodopa
127.    Levofloxacin
128.    Levonorgestrel
129.    Loperamide
130.    Lopinavir

131. Lorazepam
132. Lo-Zumandimine
133. Lurasidone
134. Medoxomil
135. Memantine
136. Meropenem
137. Mesalamine
138. Methadone
139. Methenamine
140. Methotrexate
141. Metoprolol
142. Midodrine
143. Mili
144. Minocycline
145. Mirtazapine
146. Modafinil
147. Montelukast
148. Moxifloxacin
149. Naproxen
150. Nevirapine
151. Niacin
152. Nifedipine
153. Nitrofurantoin
154. Norethindrone
155. Norgestimate
156. Nylia
157. Olanzapine
158. Olopatadine
159. Omeprazole
160. Ondansetron
161. Oxycodone
162. Oxymorphone
163. Pantoprazole
164. Paricalcitol
165. Paroxetine
166. Penicillin
167. Perindopril
168. Phentermine
169. Phenytoin
170. Pilocarpine
171. Pioglitazone
172. Potassium Chloride
173. Prasugrel
174. Prazosin
175. Prednisolone
176. Pregabalin

177.    Progesterone
178.    Propafenone
179.    Pyrimethamine
180.    Quetiapine
181.    Quinapril
182.    Rabeprazole
183.    Ramipril
184.    Ranolazine
185.    Repaglinide
186.    Ribavarin
187.    Ribavirin
188.    Risedronate
189.    Ritonavir
190.    Rivaroxaban
191.    Rivastigmine
192.    Rizatriptan
193.    Roflumilast
194.    Rosuvastatin
195.    Rufinamide
196.    Sertraline
197.    Sevelamer
198.    Sildenafil
199.    Silodosin
200.    Simethicone
201.    Simliya
202.    Simvastatin
203.    SMX/TMP
204.    Solifenacin
205.    Sulbactam
206.    Sumatriptan
207.    Tadalafil
208.    Tamoxifen
209.    Tamsulosin
210.    Tenofovir
211.    Terbinafine
212.    Timolol Maleate
213.    Tizanidine
214.    Torsemide
215.    Tramadol
216.    Trazodone
217.    Tri-Lo-Mili
218.    Ursodiol
219.    Valacyclovir
220.    Valganciclovir
221.    Venlafaxine
222.    Vigabatrin

223.  Voriconazole
224.  Zaleplon
225.  Zidovudine
226.  Ziprasidone
227.  Zolpidem
228.  Zumandimine