# Exhibit 1

1/9/23, 10:31 AM
CN101270096B - Method for synthesizing diovan - Google Patents
Case 1:19-md-02875-RMB-SAK   Document 2483-3   Filed 09/08/23   Page 2 of 10
                            PageID: 87098

Patents 

# Method for synthesizing diovan

**Abstract**

The present invention provides an improved method used for synthesizing valsartan. No tin compounds are required in the reaction. In the method, the condensate of N-[(2'-cyano-1, 1'-biphenyl-4-group)-alkyl]-L-valine ester is used as raw material. And the method comprises valerylation and synthesis of the valsartan. The method has the advantages of easily available raw materials, simple operation, no environmental pollution, high yield, low cost, and suitability for large-scale industrial production.



CN101270096B
China

Download PDF    Find Prior Art    Similar

**Other languages:** Chinese
**Inventor:** 王礼权, 陈伟, 刘大鹏
**Current Assignee :** Zhejiang Huahai Pharmaceutical Co Ltd

**Worldwide applications**
2007  CN

**Application CN2007100383460A events**

| | |
|---|---|
| 2007-03-22 | Application filed by Zhejiang Huahai Pharmaceutical Co Ltd |
| 2007-03-22 | Priority to CN2007100383460A |
| 2008-09-24 | Publication of CN101270096A |
| 2011-08-03 | Application granted |
| 2011-08-03 | Publication of CN101270096B |
| **Status** | Active |
| 2027-03-22 | Anticipated expiration |

**Info:** Non-patent citations (1), Cited by (9), Legal events, Similar documents, Priority and Related Applications
**External links:** Espacenet, Global Dossier, Discuss

**Claims (7)**                                    Hide Dependent ︿

1. the method for a synthesizing Xieshatan is characterized in that this method comprises the following steps:

(1) aqueous solution with the aromatic solvents of compound 3 and 0.5 ~ 10 times of weight and carbonate is even, controlled temperature is at 0 ~ 30 ℃ of mixture that begins to drip 0.4 ~ 0.8 times of weight valeryl chloride and 1 ~ 10 times of weight aromatic solvents, 0.5 dripped and finish in ~ 4 hours, keeping 10 ~ 40 ℃ stirred 1 ~ 3 hour, branch vibration layer, organic layer saturated common salt water washing, penta acylate solution is directly used in follow-up syntheticly or boil off partial solvent, it is standby to separate out compound 2;

(2) use the compound 2 that goes on foot preparation and be dissolved in toluene; to the metal-salt of the hydrazoic acid that wherein adds 0.5 ~ 4.0 times of penta acylate amount of substance and the triethylamine hydrochloride of 0.5 ~ 2.0 times of amount of substance; stir; be heated to 70 ~ 150 ℃; back flow reaction 10 ~ 50 hours; reaction finishes postcooling to room temperature; add the saturated common salt water washing, organic layer adds the aqueous solution of 10% ~ 30% alkali again, and controlled temperature was 0 ~ 40 ℃ of reaction 4 ~ 10 hours; divide and remove organic layer; add an amount of aromatic solvents washing to the alkali layer, be cooled to below 0 ℃, regulate pH value 1 ~ 2 with hydrogen chloride solution; use ethyl acetate extraction; organic layer saturated common salt water washing boils off the part ethyl acetate, the cooling precipitation and crystallization; filter, get compound 1;

In the following formula: compound 1 is N-(1-pentanoyl)-N-[4-[2-(1H-tetrazole-5-yl) phenyl] benzyl]-the L-Xie Ansuan, wherein R is hydrogen, methyl, ethyl, sec.-propyl or benzyl; When R is H, be valsartan;

Compound 2 is N-(1-pentanoyl)-N-[4-[2-(5-cyano group) phenyl] benzyl]-L-Xie Ansuan alkyl ester, wherein R is hydrogen, methyl, ethyl, sec.-propyl or benzyl;

Compound 3N-[(2 '-cyano group-1,1 '-biphenyl-4-yl) alkyl]-L-valine ester hydrochloride, wherein R is hydrogen, methyl, ethyl, sec.-propyl or benzyl.

    2. by the method for the described a kind of synthesizing Xieshatan of claim 1, it is characterized in that the metal-salt of step (2) hydrazoic acid is a sodium azide, nitrine potassium or nitrine lithium.

    3. by the method for the described a kind of synthesizing Xieshatan of claim 1, it is characterized in that the preferred toluene of described solvent.

    4. by the method for the described a kind of synthesizing Xieshatan of claim 1, it is characterized in that step (2) reaction is to carry out in 70 ~ 150 ℃ temperature range.

    5. by the method for the described a kind of synthesizing Xieshatan of claim 1, formula 1 compound that it is characterized in that step (2) preparation can carry out ester hydrolysis reaction without separation and obtain valsartan.

1/9/23, 10:31 AM  Case 1:19-md-02875-RMB-SAK   Document 2483-3   Filed 09/08/23   Page 3 of 10
CN101270096B - Method for synthesizing Xieshatan - Google Patents
PageID: 87099

6. press the method for the described a kind of synthesizing Xieshatan of claim 1, it is characterized in that this method comprise by formula 3 compounds and valeryl chloride in aromatic solvents in the presence of the aqueous solution of carbonate reaction obtain formula 2 compounds, after separating carbonate and acid salt thereof, formula 2 compounds do not need to separate from solvent, are directly used in preparation formula 1 compound.

7. in accordance with the method for claim 6, described solvent is toluene, parachlorotoluene or dimethylbenzene.

## Description

A kind of method of synthesizing Xieshatan

Technical field

The invention belongs to technical field of pharmaceuticals.Be specifically related to improving one's methods of a kind of synthesizing Xieshatan that participates in reaction without tin compound.

Background technology:

Valsartan is the hypertensive chemical synthetic drug of a kind of effective treatment, its chemical name: (S) .N-(1-oxo amyl group)-N-[4-[2-(1H-tetrazole-5-yl) phenyl] benzyl]-the L-Xie Ansuan, English name (S)-N-pentanoyl-N-[[2 '-(1H-tetrazole-5-yl) [1,1 '-biphenyl]-4-yl] methyl]-L-valine (valsartan), its synthetic method mainly be divided into condenses (N-[(2 '-cyano group-1,1 '-biphenyl-4-yl) alkyl]-the L-L-valine ester) synthetic (containing the ester protection) of (hydrochloride), synthetic (containing valerylization) two parts of valsartan; The synthetic main route of condenses mainly contains: the one, with 2-cyano group-4 '-bromomethylbiphenyl is a raw material, get with carboxyl protected L-Xie Ansuan condensation, the 2nd, with 2-cyano group-4 '-formyl biphenyl is that raw material and the protected L-Xie Ansuan of carboxyl condensating reductive get; The synthetic of valsartan is raw material with condenses and sodium azide substantially all, in reaction under the catalysis that haloalkyl tin is arranged more than 40 hours and get.Owing to adopted stanniferous reagent, residual tin can take in the final product always, and organo-tin compound is the very strong compound of a kind of toxicity.According to medicine ICH requirement, organo-tin compound should be very difficult to control in 1ppmm in finished product.The relevant patent and the document of concrete reference, as US5399578, J.Med.Chem.1991, Vol.34, No.8,2525-2547 etc.

Summary of the invention:

Technical problem to be solved by this invention is to overcome the shortcoming of above-mentioned valsartan synthesis step, cancellation uses the haloalkyl tin compound to participate in reaction, the improved valsartan new synthetic method of research and design, the total recovery of raising valsartan, reduce and produce and raw materials cost, reduce environmental pollution.

The invention provides a kind of improvement synthetic method of synthesizing Xieshatan, to achieve the object of the present invention, it is raw material that the present invention adopts with the condenses, after the valeryl reaction, finishes the synthetic of valsartan without tin compound participates in reaction.

1:N-(1-pentanoyl)-N-[4-[2-(1H-tetrazole-5-yl) phenyl] benzyl]-L-Xie Ansuan (R is acceptable substituting groups such as hydrogen, methyl, ethyl, sec.-propyl or benzyl)

2:N-(1-pentanoyl)-N-[4-[2-(5-cyano group) phenyl] benzyl]-L-Xie Ansuan alkyl ester (R is acceptable substituting groups such as hydrogen, methyl, ethyl, sec.-propyl or benzyl)

3:N-[(2 '-cyano group-1,1 '-biphenyl-4-yl) alkyl]-L-L-valine ester hydrochloride (R is acceptable substituting groups such as hydrogen, methyl, ethyl, sec.-propyl or benzyl)

Concrete grammar of the present invention is: (1) is with N-[(2 '-cyano group-1,1 '-biphenyl-4-yl) alkyl]-aromatic solvents of L-L-valine ester (abbreviation condenses) (hydrochloride) and 0.5~10 times of weight and the aqueous solution of carbonate are even, controlled temperature is at 0~30 ℃ of mixture that begins to drip 0.4~0.8 times of weight valeryl chloride and 1~10 times of weight aromatic solvents, 0.5 dripped and finish in~4 hours, keeping 10~40 ℃ stirred 1~3 hour, branch vibration layer, organic layer saturated common salt water washing, penta acylate solution is directly used in follow-up syntheticly or boil off partial solvent, it is standby to separate out penta acylate solid; (2) use penta acylate solution of step preparation or the solution that penta acylate solid is dissolved in the solvent of identical with step (1) solvent for use (also can be different); 0.5 the amine salt of the metal-salt of~4.0 times of amount of substance hydrazoic acid and 0.5~2.0 times of amount of substance or other Lewis acids; stir; be heated to 70~150 ℃; back flow reaction 10~50 hours; reaction finishes postcooling to room temperature; add the saturated common salt water washing, organic layer adds the aqueous solution of 10%~30% alkali again, and controlled temperature was 0~40 ℃ of reaction 4~10 hours; divide and remove organic layer; add an amount of aromatic solvents washing to the alkali layer, be cooled to below 0 ℃, regulate pH value 1~2 with hydrochloride aqueous solution; use ethyl acetate extraction; organic layer saturated common salt water washing boils off the part ethyl acetate, the cooling precipitation and crystallization; filter, get valsartan.

In the method for the invention, described condenses N-[(2 '-cyano group-1,1 '-biphenyl-4-yl) alkyl]-alkyl in the L-L-valine ester is acceptable substituting groups such as methyl, ethyl, sec.-propyl or benzyl, aromatic solvents is a toluene, acceptable all kinds of SOLVENTS such as parachlorotoluene or dimethylbenzene, preferred toluene or parachlorotoluene; The usage quantity of solvent is 1.5~20 times of condenses (hydrochloride) weight, preferred 10 times; Carbonate is yellow soda ash, salt of wormwood, sodium bicarbonate or saleratus etc.; The metal-salt of hydrazoic acid comprises sodium azide, nitrine potassium, nitrine lithium etc., amine salt or other Lewis acids are triethylamine salt, methylamine salt, organic salt and ammonium chlorides such as ethylenediamine salt or tert-butylamine salt, zinc chloride, inorganic salt such as ferrous sulfate, amine salt or other lewis acidic acid groups are the salt acid group, sulfate radical, inorganic acid radical and oxalic acid roots such as nitrate radical, oxalate, organic acids such as tosic acid root, the best is a triethylamine hydrochloride.Two steps of synthesizing Xieshatan that relate to the valerylization of step and the step (2) of above-mentioned steps (1) among the present invention; reaction solvent all can be selected toluene for use; acceptable all kinds of SOLVENTS such as parachlorotoluene or dimethylbenzene; two steps can be selected identical or different solvent for use; be preferably and select for use with a kind of solvent, the best is a toluene.

Method yield height of the present invention, calculating total recovery with condenses can be greater than 75%, and has following remarkable advantage:

1) valsartan improved need not cost an arm and a leg in synthetic and also corrodibility extremely strong, easily environment is caused the organotin halogenide of bigger harm, avoided fundamentally that residual heavy metal tin exceeds standard in the product.

2) two-step reaction selects for use price relatively cheap and reclaim easy solvent, and can be with the one kettle way synthesizing Xieshatan, can not switch solvent midway, individual in addition solvents have good promoter action for reaction, make solvent such as adopting parachlorotoluene, reaction times was shortened in 10 hours, improved working efficiency greatly.Help large-scale production

Embodiment:

Example 1

1/9/23, 10:31 AM  Case 1:19-md-02875-RMB-SAK   Document 2483-3   Filed 09/08/23   Page 4 of 10
CN101270096B - Method for synthesizing diovan - Google Patents
PageID: 87100

Add the 50L tap water, add 25kg salt of wormwood again and be stirred to molten cleanly, add 26kg condenses hydrochloride and 150L toluene again, be stirred to molten clear.Controlled temperature begins to drip 9kg valeryl chloride and 25L toluene mixture liquid at 20~30 ℃, dropwises in about 2 hours, and holding temperature was 20~30 ℃ of stirring reactions 1 hour again, and standing demix divides the sub-cloud water layer, and organic layer adds the saturated common salt water washing again.Divide and remove the salt water layer, organic layer (penta acylate solution) is stand-by.Use penta acylate solution of step preparation, add sodium azide 7.3Kg again, triethylamine hydrochloride 17.8kg stirs, and is heated to backflow, react 20 hours, and the end postcooling to 30 ℃ of refluxings adds saturated aqueous common salt 50L, standing demix again.Dividing goes salt water layer, organic layer to use an amount of saturated common salt water washing again.Organic layer adds 13%KOH solution 180L again, and controlled temperature divides and removes organic layer 40 ℃ of reactions 4 hours.The alkali layer adds an amount of toluene wash again, divides and removes toluene layer.Be cooled to 0 ℃, drip the hydrochloric acid of 6N again, regulate pH value 1~2.Add ethyl acetate 400ml again and extract branch vibration layer.Organic layer adds saturated common salt water washing, layering again.Holding temperature is at 40 ℃, and decompression steams the part ethyl acetate, is cooled to precipitation and crystallization below-5 ℃ 12 hours, filters, and oven dry gets the product valsartan,, yield 78%.

Example 2

Replace outside the salt of wormwood in the example 1 with yellow soda ash, all the other are with example 1, yield 75%.

Example 3

Outside the salt of wormwood in the sodium bicarbonate replacement example 1, all the other are with example 1.

Example 4

Outside the salt of wormwood in the saleratus replacement example 1, all the other are with example 1.

Example 5

Aromatic solvents toluene in the example 1 is changed into outside the parachlorotoluene, and all the other are with example 1.

Example 6

Aromatic solvents toluene in the example 1 is changed into outside the dimethylbenzene, and all the other are with example 1.

Example 7

Except that sodium azide changed nitrine potassium into, all the other were with example 1.

Example 8

Except that sodium azide changed the nitrine lithium into, all the other were with example 1.

Example 9

Change triethylamine hydrochloride into triethylamine vitriol, all the other are with example 1.

Example 10

Change triethylamine hydrochloride into ethylenediamine-hydrochloride, all the other are with example 1.

Example 11

Change triethylamine hydrochloride into the tert-butylamine salt hydrochlorate, all the other are with example 1.

Example 12

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 1.

Example 13

Change triethylamine hydrochloride into zinc chloride, all the other are with example 1.

Example 14

Aromatic solvents toluene in the example 2 is changed into outside the parachlorotoluene, and all the other are with example 2.

Example 15

Aromatic solvents toluene in the example 2 is changed into outside the dimethylbenzene, and all the other are with example 2.

Example 16

Except that sodium azide changed nitrine potassium into, all the other were with example 2.

Example 17

Except that sodium azide changed the nitrine lithium into, all the other were with example 2.

Example 18

Change triethylamine hydrochloride into zinc chloride, all the other are with example 2.

Example 19

Aromatic solvents toluene in the example 3 is changed into outside the parachlorotoluene, and all the other are with example 3.

Example 20

Aromatic solvents toluene in the example 3 is changed into outside the dimethylbenzene, and all the other are with example 3.

Example 21

Except that sodium azide changed nitrine potassium into, all the other were with example 3.

Example 22

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 3.

Example 23

Change triethylamine hydrochloride into zinc chloride, all the other are with example 3.

Example 24

Aromatic solvents toluene in the example 4 is changed into outside the parachlorotoluene, and all the other are with example 4.

Example 25

Aromatic solvents toluene in the example 4 is changed into outside the dimethylbenzene, and all the other are with example 4.

Example 26

Except that sodium azide changed nitrine potassium into, all the other were with example 4.

Example 27

Except that sodium azide changed the nitrine lithium into, all the other were with example 4.。

Example 28

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 4.

Example 29

Change triethylamine hydrochloride into zinc chloride, all the other are with example 4.

Example 30

Except that sodium azide changed nitrine potassium into, all the other were with example 5.

Example 31

Except that sodium azide changed the nitrine lithium into, all the other were with example 5.

Example 32

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 5.

Example 33

Change triethylamine hydrochloride into zinc chloride, all the other are with example 5.

Example 34

Change triethylamine hydrochloride into iron protochloride, all the other are with example 5.

Example 35

Except that sodium azide changed nitrine potassium into, all the other were with example 6.

Example 36

Except that sodium azide changed the nitrine lithium into, all the other were with example 6.

Example 37

Change triethylamine hydrochloride into triethylamine vitriol, all the other are with example 6.

Example 38

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 6.

Example 39

Change triethylamine hydrochloride into zinc chloride, all the other are with example 6.

Example 40

Change triethylamine hydrochloride into iron protochloride, all the other are with example 6.

Example 41

Change triethylamine hydrochloride into ammonium chloride, all the other are with example 7.

Example 42

Change triethylamine hydrochloride into zinc chloride, all the other are with example 7.

Example 43

Change triethylamine hydrochloride into iron protochloride, all the other are with example 7.

Example 44

Except that sodium azide changed nitrine potassium into, all the other were with example 37.

Example 45

Except that sodium azide changed the nitrine lithium into, all the other were with example 37.

## Non-Patent Citations (1)

| Title |
|---|
| 贾庆忠等.抗高血压药缬沙坦的合成.中国医药工业杂志.2001,32(9),385-387. * |

\* Cited by examiner, † Cited by third party

## Cited By (9)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| Family To Family Citations | | | | |
| EP2556059B1 * | 2010-04-07 | 2014-05-07 | KRKA, d.d., Novo mesto | Improved process for preparing valsartan |
| CN101817795B * | 2010-05-13 | 2013-03-27 | 浙江美诺华药物化学有限公司 | Improved method for synthesizing valsartan |
| EP2601180A1 * | 2010-08-03 | 2013-06-12 | Novartis AG | Highly crystalline valsartan |
| CN102060797A * | 2010-12-31 | 2011-05-18 | 江苏江神药物化学有限公司 | High-purity valsartanmethyl ester crystal production process |
| CN102649780A * | 2011-02-28 | 2012-08-29 | 广东东阳光药业有限公司 | Improved process for synthesizing valsartan |
| CN102321038B * | 2011-07-11 | 2014-03-26 | 安徽省虹升生物科技有限公司 | Improved valsartan preparation method |
| CN103613558B * | 2013-11-08 | 2015-10-21 | 浙江新赛科药业有限公司 | A kind of preparation method of valsartan |
| CN103922528B * | 2014-03-21 | 2019-07-02 | 浙江华海药业股份有限公司 | A kind of method of Valsartan wastewater treatment |
| CN103923028B * | 2014-05-04 | 2017-05-24 | 青岛雪洁助剂有限公司 | Preparation method of valsartan methyl ester |

\* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| CN101270096B | 2011-08-03 | Method for synthesizing diovan |
| CN103524440B | 2015-09-09 | The preparation method of gout theraperitcs Lesinurad and Lesinurad intermediate |
| CN105418460B | 2017-04-12 | Intermediate of pimavanserin and similar compound thereof, and preparation method thereof, and method for preparing pimavanserin and similar compound thereof |
| CN101817795B | 2013-03-27 | Improved method for synthesizing valsartan |
| CN103588657A | 2014-02-19 | Method for producing phenylacetamide compound |
| CN100575338C | 2009-12-30 | Compound of optically pure sulfenamides and application thereof |
| CN104557800B | 2017-04-26 | 2-phenoxyl tetrahydrofuran (tetrahydropyrane) derivatives and application thereof in synthesis of penoxsulam |
| CN102964313B | 2015-04-29 | Synthetic method of febuxostat |
| CN104326961A | 2015-02-04 | Synthetic process of vildagliptin |
| CN104829493A | 2015-08-12 | Synthetic method for romatic carbamic acid ester |
| CN102060769B | 2013-09-18 | Preparation method of tolvaptan |
| CN107805256B | 2020-03-31 | Wipatasvir intermediate, preparation method and application |
| CN103467445B | 2015-02-11 | Preparation method of alogliptin benzoate |

| CN110627736A | 2019-12-31 | Method for recycling 1-phenyl-5-hydroxy tetrazole |
| CN105523985A | 2016-04-27 | Preparation method of vildagliptin |
| CN104725292A | 2015-06-24 | Preparation method of (S)(-)-amisulpride |
| CN106883192B | 2019-05-14 | The synthetic method of the benzoic acid derivative of nitrogenous class heterocyclic antineoplastic pharmaceutical actives oxazolyl modification |
| CN102757390B | 2015-04-22 | Method for preparing 2-methoxy-4-diazanyl-5-fluoropyrimidine |
| CN105254611B | 2017-10-31 | The preparation method of the carboxylic acid of benzothiophene 2 |
| CN105884625A | 2016-08-24 | Synthesis method of R-salmeterol |
| CN106966940B | 2019-03-19 | A kind of preparation method of Sitagliptin phosphate intermediate N arylmethyl -2S- cyano methyl acridine |
| CN101153010A | 2008-04-02 | Novel method of producing repaglinide key intermediate |
| CN100560558C | 2009-11-18 | A kind of 2,3,5, the preparation method of 6-tetrafluorobenzoic aid |
| CN108658931A | 2018-10-16 | A kind of preparation method of Raltitrexed key intermediate |

## Priority And Related Applications

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
|---|---|---|---|
| CN2007100383460A | 2007-03-22 | 2007-03-22 | Method for synthesizing diovan |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
|---|---|---|
| CN2007100383460A | 2007-03-22 | Method for synthesizing diovan |

## Legal Events

| Date | Code | Title | Description |
|---|---|---|---|
| 2008-09-24 | C06 | Publication | |
| 2008-09-24 | PB01 | Publication | |
| 2008-11-19 | C10 | Entry into substantive examination | |
| 2008-11-19 | SE01 | Entry into force of request for substantive examination | |
| 2011-08-03 | C14 | Grant of patent or utility model | |
| 2011-08-03 | GR01 | Patent grant | |
| 2013-12-18 | ASS | Succession or assignment of patent right | **Owner name**: SHANGHAI INSTITUTE OF PHARMACEUTICAL INDUSTRY<br>**Effective date**: 20131125 |
| 2013-12-18 | C41 | Transfer of patent application or patent right or utility model | |
| 2013-12-18 | C53 | Correction of patent for invention or patent application | |
| 2013-12-18 | CB03 | Change of inventor or designer information | **Inventor after**: Shi Huilin<br>**Inventor after**: Wang Liquan<br>**Inventor after**: Chen Wei<br>**Inventor after**: Liu Dapeng<br>**Inventor after**: Zhou Hu<br>**Inventor after**: Tu Guoliang<br>**Inventor before**: Wang Liquan<br>**Inventor before**: Chen Wei<br>**Inventor before**: Liu Dapeng |

| 2013-12-18 | COR | Change of bibliographic data | **Free format text**: CORRECT: INVENTOR; FROM: WANG LIQUAN CHEN WEI LIU DAPENG TO: SHI HUILIN WANG LIQUAN CHEN WEI LIU DAPENG ZHOU HU TU GUOLIANG |
| --- | --- | --- | --- |
| 2013-12-18 | TR01 | Transfer of patent right | **Effective date of registration**: 20131125<br>**Address after**: 317024 flood bridge, Linhai City, Zhejiang<br>**Patentee after**: Zhejiang Huahai Pharmaceutical Co., Ltd.<br>**Patentee after**: Shanghai Institute of pharmaceutical industry<br>**Address before**: 317024, Zhejiang province Linhai City Xun Town Li Zhuang<br>**Patentee before**: Zhejiang Huahai Pharmaceutical Co., Ltd. |
| 2015-12-09 | C41 | Transfer of patent application or patent right or utility model | |
| 2015-12-09 | CB03 | Change of inventor or designer information | **Inventor after**: Wang Liquan<br>**Inventor after**: Chen Wei<br>**Inventor after**: Liu Dapeng<br>**Inventor before**: Shi Huilin<br>**Inventor before**: Wang Liquan<br>**Inventor before**: Chen Wei<br>**Inventor before**: Liu Dapeng<br>**Inventor before**: Zhou Hu<br>**Inventor before**: Tu Guoliang |
| 2015-12-09 | COR | Change of bibliographic data | |
| 2015-12-09 | TR01 | Transfer of patent right | **Effective date of registration**: 20151117<br>**Address after**: 317024 flood bridge, Linhai City, Zhejiang<br>**Patentee after**: Zhejiang Huahai Pharmaceutical Co., Ltd.<br>**Address before**: 317024 flood bridge, Linhai City, Zhejiang<br>**Patentee before**: Zhejiang Huahai Pharmaceutical Co., Ltd.<br>**Patentee before**: Shanghai Institute of pharmaceutical industry |

## Concepts

machine-extracted                                                                                    ⬇ Download   Filter table ▾

| Name | Image | Sections | Count | Query match |
| --- | --- | --- | --- | --- |
| ▪ C09CA03 - Valsartan | | title,claims,abstract,description | 16 | 0.000 |
| ▪ Valsartan | | title,claims,abstract,description | 16 | 0.000 |
| ▪ valsartan | | title,claims,abstract,description | 16 | 0.000 |
| ▪ synthesizing | | title,claims,abstract,description | 15 | 0.000 |
| ▪ Diovan | | title | 1 | 0.000 |
| ▪ chemical reaction | | claims,abstract,description | 18 | 0.000 |
| ▪ sodium azide | | claims,description | 34 | 0.000 |
| ▪ toluene | | claims,description | 34 | 0.000 |
| ▪ triethylamine | | claims,description | 28 | 0.000 |
| ▪ Pentaerythritol | | claims,description | 17 | 0.000 |
| ▪ aromatic solvent | | claims,description | 16 | 0.000 |
| ▪ solvent | | claims,description | 16 | 0.000 |
| ▪ organic layer | | claims,description | 14 | 0.000 |
| ▪ sodium chloride | | claims,description | 14 | 0.000 |

1/9/23, 10:31 AM                             CN101270096B - Method for synthesizing ilevan - Google Patents
Case 1:19-md-02875-RMB-SAK   Document 2483-3   Filed 09/08/23   Page 9 of 10
                                    PageID: 87105

| | | | |
|---|---|---|---|
| compounds | claims,description | 13 | 0.000 |
| acetic acid ethyl ester | claims,description | 12 | 0.000 |
| benzyl group | claims,description | 12 | 0.000 |
| water | claims,description | 12 | 0.000 |
| washing | claims,description | 11 | 0.000 |
| ester hydrochloride | claims,description | 10 | 0.000 |
| layer | claims,description | 10 | 0.000 |
| sodium chloride | claims,description | 10 | 0.000 |
| sodium chloride | claims,description | 10 | 0.000 |
| 4-Chlorotoluene | claims,description | 9 | 0.000 |
| potassium | claims,description | 9 | 0.000 |
| potassium | claims,description | 9 | 0.000 |
| potassium | claims,description | 9 | 0.000 |
| (N-propan-2-yloxycarbonylanilino) acetate | claims,description | 8 | 0.000 |
| HCl | claims,description | 8 | 0.000 |
| lithium | claims,description | 8 | 0.000 |
| lithium | claims,description | 8 | 0.000 |
| methyl group | claims,description | 8 | 0.000 |
| solution | claims,description | 8 | 0.000 |
| ethyl group | claims,description | 7 | 0.000 |
| hydrogen | claims,description | 7 | 0.000 |
| o-xylene | claims,description | 7 | 0.000 |
| aqueous solution | claims,description | 6 | 0.000 |
| hydrogen | claims,description | 6 | 0.000 |
| hydrogen atoms | claims,description | 6 | 0.000 |
| salts | claims,description | 6 | 0.000 |
| substance | claims,description | 6 | 0.000 |
| Carbonate dianion | claims,description | 5 | 0.000 |
| alkali | claims,description | 5 | 0.000 |
| alkyl group | claims,description | 5 | 0.000 |
| phenyl group | claims,description | 5 | 0.000 |
| preparation method | claims,description | 5 | 0.000 |
| Hydrazoic acid | claims,description | 4 | 0.000 |
| pentanoyl chloride | claims,description | 4 | 0.000 |
| acid | claims,description | 3 | 0.000 |
| crystallisation | claims,description | 3 | 0.000 |
| crystallization | claims,description | 3 | 0.000 |
| mixture | claims,description | 3 | 0.000 |
| precipitation | claims,description | 3 | 0.000 |
| stirring | claims,description | 3 | 0.000 |

| | | | |
|---|---|---|---|
| ▸ alkyl ester group | claims,description | 2 | 0.000 |
| ▸ cooling | claims,description | 2 | 0.000 |
| ▸ ethyl acetate extraction | claims,description | 2 | 0.000 |
| ▸ tolyl group | claims,description | 2 | 0.000 |
| ▸ ester hydrolysis | claims | 1 | 0.000 |
| ▸ hydrogen chloride | claims | 1 | 0.000 |
| ▸ hydrogen chloride | claims | 1 | 0.000 |
| ▸ separation method | claims | 1 | 0.000 |
| ▸ raw material | abstract,description | 7 | 0.000 |
| ▸ tin compounds | abstract,description | 3 | 0.000 |
| ▸ biosynthetic process | abstract,description | 2 | 0.000 |
| ▸ environmental pollution | abstract,description | 2 | 0.000 |
| ▸ synthesis reaction | abstract,description | 2 | 0.000 |
| ▸ industrial production | abstract | 1 | 0.000 |

Show all concepts from the description section

About    Send Feedback    Public Datasets    Terms    Privacy Policy