# Exhibit 6



| Any area ∨ | Please enter a job title or company name | search | front page   my resume |

Current Location: Home > Job Finder >Hubei Sail Biopharmaceutical Co., Ltd.

# Hubei Sail Biopharmaceutical Co., Ltd. ✓

Private/Private Enterprises · 100 - 499 people · Pharmaceutical/Pharmaceutical-API, Pharmaceutical/Pharmaceutical-Intermediate, Pharmaceutical/Pharmaceutical-Bioengineering

( wrap up )  ( housing allowance )  ( High temperature subsidy )

( regular physical examination )  ( Holiday benefits )  ( Large room for development )

( There are many outstanding talents )

**Company Profile**        Technical talents (10)

## Company Profile

1

Hubei Sail Biopharmaceutical Co., Ltd. was established on May 28, 2021. The company is located in Qingji Industrial Park, Economic Development Zone, Gongan County, Jingzhou City, Hubei Province, covering an area of 326 acres. The company's strategic positioning is to become a domestic first-class supplier of API raw materials At present, the company is in the preparatory stage. It has completed the first phase of project transformation and will be officially put into operation in the second half of 2023. By the end of the "14th Five-Year Plan", the sales revenue will be 1 billion yuan, and the profit and tax will be 100 million yuan.

Due to the company's development needs to recruit chemical and pharmaceutical talents, various engineering construction talents, various management and operation talents, welcome people of insight to join the company and seek common development. Contact: Manager Wang, contact information: 15171140478.

## Industrial and commercial filing information

Full name of the company: Hubei Sail Biopharmaceutical Co., Ltd.

Legal representative: Li Hong   Date of establishment: 2021-05-28   Registered capital: 300 million RMB

Operating status: in existence

Business Type: Other Limited Liability Company

Registered address:No. 2, Guanlu Road, Hubei Public Security Economic Development Zone, Public Security County (self-declaration)

Business Scope:Licensing items: pharmaceutical production; pharmaceutical import and export; pharmaceutical wholesale (items subject to approval according to law can only be operated after being approved by relevant departments, and the specific business items are subject to the approval documents or licenses of relevant departments) General items: technical services, Technology development, technology consultation, technology exchange, technology transfer, technology promotion (except licensing business, can independently operate projects that are not prohibited or restricted by laws and regulations)

Information Sources: 

### Contact information

The company has set up confid... please apply for positions throu... system.

### Other similar jobs

Chemical plant process ope...

Unlimited · College and above · Anhu... City

DCS operation

Unlimited · College degree and abov... Changzhou City

fitter

Unlimited · Technical secondary scho... Hainan-Dongfang C...

quality mana...

More than eight y...       elor degr... above·Guangdon...         ty

security offic...

Unlimited Unlimited ...  ...ei-Xiantao C...

Procurement of Lithium Sal...

More than three years·Bachelor degr... above·Hunan–Chenzhou City

View more jobs >

**company address**

The company has set up confidentiality, please apply for positions through the system.

About    │    UsContact    │    UsNews    │    CenterSuggestion    │    Feedback    │    _    │

All recruitment information and works on this website may not be reproduced without written authorization. Copyright:   Yingcai Network Union   -   Chemical Yingcai Network   copyright

2003--2023   chenhr.com   all rights reserved Beijing ICP Certificate No. 100307