IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## ORDER

**IT IS HEREBY ORDERED**, with the consent of all parties, that the briefing schedule for Plaintiffs' Motion to Compel documents associated with ZHP's use of WeChat is as follows:

1. Plaintiffs shall file their Motion to Compel by **September 15, 2023**.

2. Defendants shall file their Response by **October 6, 2023**.

3. Plaintiffs shall file their Reply, if any, by **October 13, 2023**.

Dated: September 11, 2023

                                                                                      s/ Thomas I. Vanaskie
                                                                                Hon. Thomas I. Vanaskie (Ret.)
                                                                                Special Master