SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2603
DIRECT FAX
917-777-2603
EMAIL ADDRESS
CHRISTOPHER.COX@SKADDEN.COM

September 12, 2023

**VIA CM/ECF**
Honorable Thomas I. Vanaskie,
  Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower
  18th Floor
Philadelphia, Pennsylvania 19103

  **RE:** *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, **No. 1:19-md-02875**

Dear Judge Vanaskie:

  With plaintiffs' counsel's consent, the ZHP Defendants respectfully request a five-day extension of the deadline in Special Master Order No. 81B for ZHP Defendants to file a reply brief in support of their motion to seal, specifically that such deadline be extended from September 15, 2023 to September 20, 2023. A proposed amended order is enclosed with this letter.

  Thank you for your consideration.

              Very truly yours,

              Christopher Cox

Encl.

Honorable Thomas I. Vanaskie
September 12, 2023
Page 2

Cc:    Christopher Geddis