UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: September 12, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**         **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS:
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
Adam Slater, Esq.
Marlene Goldenberg, Esq.
David Stanoch, Esq.
Brett Vaughn, Esq.
Ruben Honik, Esq.
Ellie Quinby, Esq.
Charles Schaffer, Esq.
Behram Parekh, Esq.

FOR DEFENDANTS:
Steven Harkins, Esq.
Greg Ostfeld, Esq.
Frank Stoy, Esq.
William Murtha, Esq.
Jeff Geoppinger, Esq.
Brittney Nagle, Esq.
Frank Stoy, Esq.
Jason Reefer, Esq.
Victoria Lockard, Esq.
Craig Sanders, Esq.
Kara Kapke, Esq.
Kristen Ives, Esq.
Andrew Kaplan, Esq.
Kira Latham, Esq.
Kate Deal, Esq.
Geoff Coan, Esq.

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:20p.m.    Time Adjourned:    1:30  p.m.    Total Time in Court: 0:10