Case 1:19-md-02875-RMB-SAK   Document 2490-14   Filed 09/15/23   Page 1 of 1
Brooks Sports, Inc. v. ANTA (China) Co., Ltd., Not Reported in Fed. Supp. (2019)
PageID: 87313

🚩 KeyCite Yellow Flag - Negative Treatment
Order Clarified by [Brooks Sports, Inc. v. ANTA (China) Co., Ltd.,](#) E.D.Va., February 5, 2019

2019 WL 969572
Only the Westlaw citation is currently available.
United States District Court, E.D. Virginia, Alexandria Division.

BROOKS SPORTS, INC., Plaintiff,

v.

ANTA (CHINA) CO., LTD., Defendant.

Civil No. 1:17-cv-1458
|
Signed 01/11/2019

**Attorneys and Law Firms**

[Noah Patrick Sullivan](#), Gibson Dunn & Crutcher LLP, Washington, DC, [Craig Crandall Reilly](#), Law Office of Craig C. Reilly, Alexandria, VA, for Plaintiff.

[Stephanie Grace Stella](#), Wolf Greenfield & Sacks PC, Boston, MA, [John E. Coffey](#), Redmon, Peyton & Braswell, LLP, Alexandria, VA, for Defendant.

## ORDER

[Liam O'Grady](#), United States District Judge

 **\*1** This matter comes before the Court on the Report and Recommendation of Magistrate Judge Theresa Carroll Buchanan dated November 19, 2018. Dkt. 153. Based on the parties briefs and a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of Magistrate Judge Buchanan. It is hereby **ORDERED** that Plaintiff's Motion for Sanctions is **GRANTED** and Default Judgment is **GRANTED** in favor of Plaintiff. A memorandum opinion will follow.

The case is referred to Magistrate Judge Buchanan to prepare a default judgment Report and Recommendation, and for consideration of attorneys' fees and costs related to Plaintiff's Motion to Compel and Motion for Sanctions.

It is **SO ORDERED.**

**All Citations**

Not Reported in Fed. Supp., 2019 WL 969572

---

**End of Document**   © 2023 Thomson Reuters. No claim to original U.S. Government Works.