# EXHIBIT 1

**From:** Daniel Nigh <dnigh@levinlaw.com>
**Sent:** Monday, August 22, 2022 9:45 PM
**To:** DECValsartan@btlaw.com
**Cc:** 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>
**Subject:** [EXTERNAL]Emery Pharma production

Below is a link to the zip file containing the Emery Pharma documents in dropbox:

https://www.dropbox.com/s/ilwpedsiigw09ws/Val-Emery-000001-000270_Confidential_Subject_to_Protectective_Order.zip?dl=0

This file is password protected.  The password will follow in my next e-mail.

**Daniel Nigh**
*Shareholder*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7013 (office)
850.436.6013 (fax)
dnigh@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.