UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>[PROPOSED] ORDER GRANTING ZHP DEFENDANTS' OBJECTIONS TO AND MOTION TO REVERSE SPECIAL MASTER ORDER NO. 84 |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "the ZHP Defendants") for entry of an order vacating Special Master Order No. 84 (ECF No. 2476) and requiring third-party Valisure LLC ("Valisure") to respond to the ZHP Defendants' Rule 45 subpoena, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2023

**ORDERED** as follows:

1

The ZHP Defendants' Motion is Granted in its entirety, and Valisure is hereby

**ORDERED** to comply with the ZHP Defendants' Rule 45 subpoena.

_____
Hon. Robert B. Kugler, U.S.D.J.