# EXHIBIT 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE:  VALSARTAN, LOSARTAN,       MDL No. 2875
AND IRBESARTAN PRODUCTS
LIABILITY LITIGATION               Civil No.
                                   19-2875
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*       (RBK/JS)
THIS DOCUMENT APPLIES TO ALL
CASES                              HON ROBERT B.
                                   KUGLER
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- CONFIDENTIAL INFORMATION -
SUBJECT TO PROTECTIVE ORDER

Remote Videotaped via Zoom Deposition of JUCAI GE, commencing at 7:13 a.m. China Standard Time, on the 27th of April, 2021, before Juliana F. Zajicek, Registered Professional Reporter, Certified Shorthand Reporter and Certified Realtime Reporter.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

17

1  entire career at Zhejiang Huahai Pharmaceutical

2  Company since you graduated from college, is that

3  right?

4      A.   I have been with Zhejiang Huahai

5  Pharmaceutical Company since I graduated from college.

6      Q.   Now, going back to your college career,

7  can you describe for me what sort of coursework is

8  entailed in undertaking a degree in industrial

9  engineering?

10     A.   For example, some mechanical design

11 courses, as well as obtaining some knowledge on

12 quality assurance.  In addition, some basic or simple

13 chemical engineering knowledge.

14     Q.   Was your degree in industrial engineering

15 specific to pharmaceutical drug products?

16     A.   It was closely related to the

17 pharmaceutical drug products because for the

18 mechanical design courses, most of the devices were

19 chemical engineering devices.

20     Q.   When you joined Zhejiang Huahai

21 Pharmaceutical Company in July of 2000, how many drug

22 products was the company manufacturing and marketing

23 in that year, to the best of your recollection?

24     A.   I don't recall the specifics.

1   responsible for creating job descriptions in English

2   and -- and providing them to the FDA?

3         A.    I don't know that either.

4         Q.    In the course of your job as the quality

5   assurance director at the Chuannan facility and in

6   response -- as being responsible for all APIs, if you

7   needed something to be translated into English, who

8   would you speak to about facilitating that

9   translation?

10        A.    It depends on the nature of the documents.

11  For example, there are some simple documents, but

12  since we do not have a specific department that's for

13  professional translation into English, my answer is it

14  depends on the nature of the documents.

15        Q.    So Zhejiang Huahai Pharmaceutical Company

16  has no specific department that's dedicated to

17  professional translation into English?

18        A.    To the best of my understanding, no.

19        Q.    Now, I'll represent that -- that this

20  document was referenced in an inspection that was

21  conducted by the Food and Drug Administration in 2018.

22              Do you recall the inspection that was

23  conducted at the Chuannan facility in 2018?

24        A.    What do you mean by do I recall?  What

64

1   Q. Since you have been the quality assurance
2   director at Chuannan, please name all of the persons
3   who are responsible for backing up electronic data
4   stored in the quality assurance department at
5   Chuannan.
6   A. As it is stated very clear in my personal
7   resume, I started to act as the quality assurance
8   department director since 2011. Since it covers a
9   long period of time, I do not recall the names.
10   Q. How about since you became the QA director
11   of the API division for the persons at Chuannan
12   responsible for backing up all electronic documents
13   stored in the quality assurance department at
14   Chuannan?
15   A. Are you referring to the time since 2018?
16   Q. Yes.
17   A. As I stated earlier, it was Weili Xu that
18   would manage the documents at Chuannan site.
19   Likewise, it was also her that would contact the IT
20   department for the backup.
21   Q. This Section 6.12.1 also dictates that all
22   "backups must be locked and kept by a designated
23   person."
24      Since 2018 has Chuannan been keeping all

[4/27/2021] GE, JUCAI (Vol. 01) - 04/27/2021