# EXHIBIT 2

Confidential Information - Subject to Protective Order

```
 1             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                     CAMDEN VICINAGE
 3
    ***************************
 4  IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
    AND IRBESARTAN PRODUCTS
 5  LIABILITY LITIGATION           Civil No.
                                   19-2875
 6  ***************************   (RBK/JS)
    THIS DOCUMENT APPLIES TO ALL
 7  CASES                          HON ROBERT B.
                                   KUGLER
 8  ***************************
 9            - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
10
11
12            Continued Remote Videotaped via
13  Zoom Deposition of JUCAI GE, held at the
14  location of the deponent, commencing at 6:40
15  a.m. China Standard Time, on the 27th of May,
16  2022, before Maureen O'Connor Pollard,
17  Registered Diplomate Reporter, Realtime
18  Systems Administrator, Certified Shorthand
19  Reporter.
20                      - - -
21
            GOLKOW LITIGATION SERVICES
22              877.370.DEPS
              deps@golkow.com
23
24
```

1 right now is 11:32 a.m.  We're back on
2 the record.
3                    EXAMINATION
4 BY MR. BERNARDO:
5      Q.    Good morning, Ms. Ge.  We
6 obviously know each other, but let me
7 introduce myself for the record.  I'm Richard
8 Bernardo.  I'm counsel for ZHP.
9              Thank you for taking the time
10 to talk with Mr. Slater and me as well.  I
11 know you had to travel a distance to
12 participate in this deposition.
13              Ms. Ge, I just want to talk to
14 you a little bit about your background and
15 just make sure we clarify what might be some
16 confusion through some earlier questions.
17              Tell the jury what your
18 education is, Ms. Ge.
19      A.    Of course.  Good morning,
20 everyone.  My name is Jucai Ge.  I am
21 currently the quality assurance director for
22 API in ZHP.
23              As for my educational
24 background, in 2002 I graduated from Tianjin