**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

CIVIL ACTION NUMBER:

IN RE:  VALSARTAN PRODUCTS          19-md-02875
LIABILITY LITIGATION

                                    DISCOVERY CONFERENCE VIA
---                                 ZOOM

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        September 26, 2023
        Commencing at 4:02 p.m.


**B E F O R E:**          THE HONORABLE THOMAS I. VANASKIE (RET.)
                          SPECIAL MASTER


**A P P E A R A N C E S:**


        KANNER & WHITELEY, LLC
        BY:  DAVID J. STANOCH, ESQUIRE
        701 Camp Street
        New Orleans, Louisiana  70130
        For the Plaintiffs


        NIGH GOLDENBERG RASO & VAUGHN
        BY:  MARLENE J. GOLDENBERG, ESQUIRE
        60 South 6th Street, Suite 2800
        Minneapolis, Minnesota  55402
        For the Plaintiffs




        Ann Marie Mitchell, Official Court Reporter
            AnnMarie_Mitchell@njd.uscourts.gov
                   (856) 576-7018

    Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.

1    **A P P E A R A N C E S (Continued):**

2

3        GREENBERG TRAURIG LLP
         BY:  STEVEN M. HARKINS, ESQUIRE
4        3333 Piedmont Road, NE, Suite 2500
         Atlanta, Georgia  30305
5        For the Defendants, Teva Pharmaceutical Industries Ltd.,
         Teva Pharmaceuticals USA, Inc., Actavis LLC,
6        and Actavis Pharma, Inc.

7

         MORGAN, LEWIS & BOCKIUS, LLP
8        BY:  KATHRYN E. DEAL, ESQUIRE
         1701 Market Street
9        Philadelphia, Pennsylvania 19103
         For the Defendants, Aurolife Pharma LLC
10       and Aurobindo Pharma USA, Inc.

11

         ULMER & BERNE LLP
12       BY:  JEFFREY D. GEOPPINGER, ESQUIRE
         600 Vine Street, Suite 2800
13       Cincinnati, Ohio 445202
         For the Wholesaler Defendants and AmerisourceBergen

14

15   **ALSO PRESENT:**

16       LORETTA SMITH, ESQUIRE
17       Judicial Law Clerk to The Honorable Robert B. Kugler

18       Larry MacStravic, Courtroom Deputy

19

20

21

22

23

24

25

```
 1              (PROCEEDINGS held via Zoom before SPECIAL MASTER
 2   THOMAS I. VANASKIE at 4:02 p.m.)
 3              SPECIAL MASTER VANASKIE:  I have the agenda.
 4              We'll get started and Loretta can join us.  Maybe
 5   that's her coming in now.
 6              I have your agenda letters.  It seems to me there's
 7   not a whole lot to be addressed today, but I've been surprised
 8   before.  And from what I understand, there are two topics to
 9   be addressed today.  Maybe there's more.
10              But the first topic has to do with the end date for
11   discovery from Aurobindo, at least as I understand it.
12              Do I have that right?
13              MS. GOLDENBERG:  Hi, Your Honor.  It's Marlene
14   Goldenberg.  More or less, yes.  It's actually the end date
15   just for a discrete number of custodians, but that's right.
16              SPECIAL MASTER VANASKIE:  Right.  Okay.  And, Kate,
17   you flashed on my screen, so are you addressing this on the
18   defense side?
19              MS. DEAL:  Yes, Your Honor.  Good afternoon.
20              SPECIAL MASTER VANASKIE:  Good afternoon.  So where
21   do we stand with this?  Marlene, I'll ask you first.
22              MS. GOLDENBERG:  Sure.  So I'll start with the good
23   news.
24              The good news is we agree on who the custodians
25   should be.  We agree on everybody who is going to end in 2019,
```

*United States District Court*

1  and we've agreed on five of the custodial productions going up

2  through the present.  So where that leaves us is with eight

3  custodians in dispute.  And the eight that are left are listed

4  in our agenda letter, minus three of them.  And I can read

5  those names into the record if you want or --

6         SPECIAL MASTER VANASKIE:  Why don't you.  I have your

7  letter, but why don't you read them in.

8         MS. GOLDENBERG:  Sure.  Maybe just for the sake of

9  completeness.

10         The five that we've agreed that should go through the

11  present are Sirinivas K. Rama.  And that's not highlighted in

12  our agenda letter.  That's in the defendants', though.

13         The next one is Ram Mohan A. Rao.  Then we have

14  Sudhakar Reddy Mandepudi, Jaipal Reddy, and Blessy Johns.

15         SPECIAL MASTER VANASKIE:  Okay.

16         MS. GOLDENBERG:  All right.  So now we get to the

17  eight disputed custodians.  And we've had lots of meet and

18  confers and have just reached an impasse on these.

19         But again, you know, we agree on who the custodians

20  are, we agree that these are relevant people, so really the

21  only question is should these custodial productions go through

22  the present.

23         And in order to answer that question, I wanted to

24  give Your Honor a little context for what was happening at

25  Aurobindo between 2019 and now so you kind of understand why

1    Aurobindo has this number being proposed.

2            So as a reminder, Aurobindo manufactured irbesartan

3    at two different units, unit 1 and unit 9.  And on June 20,

4    2019, six months before Aurobindo wants to cut off the

5    custodial productions for the eight custodians in dispute, the

6    FDA sent Aurobindo a warning letter.  And by the way, it was

7    addressed to the first disputed custodia, Mr.  Govindarajan.

8            I apologize if I didn't pronounce that correctly, but

9    you'll see that he's the first one on our list.

10           And in the publicly available version of this letter,

11   the FDA wrote that there were repeat observations at multiple

12   sites, and they specific cite unit 1 and unit 9, again, where

13   irbesartan was manufactured, as the facilities where they

14   found repeat CGMP deficiencies.  And they stated -- and I'm

15   quoting now -- these facilities are also considered to be in

16   an unacceptable state of compliance with regards to CGMP.

17   These repeated failures at multiple sites demonstrate that

18   management, oversight, and control over the manufacture of

19   drugs are inadequate.

20           So after that, Aurobindo convened large teams of

21   people to respond to this warning letter.  And based on the

22   documents that we have and what we can glean from the

23   productions that have been made so far, the individuals on our

24   list of disputed custodians were among the most important

25   people who were involved in responding to this warning letter

 1    and the 2019 warning letter that we're going to talk about in

 2    a minute.

 3            So then we get to January 2022.  And again, Aurobindo

 4    receives another warning letter, this one directed directly at

 5    unit 1 and again addressed to the same Mr.  Govindarajan.

 6            So this warning letter cited Aurobindo for a number

 7    of things, but most importantly it noted that Aurobindo failed

 8    to adequately inspect critical deviations and that it hadn't

 9    investigated things that had gone wrong very well.

10            So in other words, what went wrong with irbesartan is

11    still being investigated, and the investigation continued long

12    past the proposed December 2019 date for these custodians.

13            So I wanted to just point out one other thing.  There

14    is a response to this warning letter that was produced to us,

15    and I didn't attach it to our agenda letter because it's more

16    than 2,400 pages long.  But to save you some time, the

17    CliffsNotes version of this document is that Dr. Rao is

18    responding to the FDA's warning letter, and he's writing to

19    the FDA to tell the FDA all the things that Aurobindo has been

20    doing to remedy these irbesartan issues.  And not just remedy

21    them, investigate them.  So in other words, the investigation

22    is still ongoing.

23            And just to give you a sample of how much they're

24    still discussing irbesartan at this point in time, the word

25    "irbesartan" appears in this document 1,791 times.  The word

1  "nitrosamine" appears 742 times.  So suffice it to say, this

2  is still very much an ongoing investigation at Aurobindo

3  during this time period.  And because these ongoing

4  investigations have continued, we've asked that these

5  custodians be added to the list.

6           SPECIAL MASTER VANASKIE:  All right.  Thank you very

7  much.

8           All right.  Kate?

9           MS. DEAL:  Good afternoon, Your Honor.

10          So as we get into some of the specifics and address

11  some of the comments made by counsel, Your Honor, I just want

12  to note at the outset that we don't raise a discovery dispute

13  with the Court lightly.  You haven't heard from us.  And I

14  think you can tell by our letter to the Court last week, we

15  have been accommodating to the point of being conciliatory in

16  irbesartan discovery negotiations with plaintiffs, probably to

17  a fault.

18          The more we've given, the more plaintiffs have

19  demanded.  The goalposts keep moving out and expanding with

20  each concession we make.  So we're now in a position where we

21  really believe that if these core concepts of relevance and

22  proportionality that are in the rules actually apply, we've

23  reached that point here.

24          And so, you know, to better understand that and the

25  context in which this dispute arises, we really do need to

1   level set about the scope of plaintiffs' actual irbesartan

2   claims against Aurobindo.  By any measure, Your Honor, those

3   claims are incredibly narrow, and the incredibly narrow scope

4   of those claims dictates the appropriate scope of discovery

5   under the rules.

6          As Your Honor may be aware, Aurobindo is not a

7   defendant in losartan.  That's not at issue.  And there's no

8   claims in this case against Aurobindo related to its finished

9   dose irbesartan.  Instead, the plaintiffs' economic claims

10  here pertain to a very small quantity of Aurobindo's

11  irbesartan API.  And that API that forms the basis of their

12  claims was manufactured using a particular process in 2016 and

13  2017 and resulted in a recall in 2018 due to the alleged

14  presence of NDEA.  Aurobindo completed that recall in late

15  2018.

16         To give you a sense of the scope here, the total

17  dollar value of Aurobindo's net sales of the entirety of that

18  recalled API is approximately $200,000 in the aggregate.

19         With respect to personal injury claims against

20  Aurobindo pertaining to that irbesartan API, there really

21  aren't any, Your Honor.  We've confirmed with plaintiffs' lead

22  counsel that there appears to be only one single person in the

23  entire MDL who claims any injury whatsoever from Aurobindo's

24  irbesartan API that was recalled and that forms the basis of

25  the claims in the MDL.

1           And so it's against this backdrop of this incredibly

2    narrow scope of claims against Aurobindo in the irbesartan

3    litigation that we have to evaluate the continually expanding

4    requests for custodial discovery.

5           To date, Aurobindo has agreed to produce custodial

6    data using very broad search terms for 22 custodians despite

7    that narrow scope of claims across a six-year period, from

8    2013 -- which, by the way, the plaintiffs expanded the start

9    date of custodial discovery for irbesartan by a year from

10   irbesartan core discovery.  We thought that was not warranted,

11   but we agreed to it.  And we are agreeing to produce 22

12   custodians' documents through December 2019, which extends a

13   year past the completion of irbesartan -- of Aurobindo's

14   irbesartan API recall that forms the basis of plaintiffs'

15   claims.  Just completing that custodial discovery, Your Honor,

16   will exceed the total value of plaintiffs' pleaded claims

17   against Aurobindo in the irbesartan MDL here.

18          As I mentioned -- as I may have mentioned, plaintiffs

19   have already doubled the number of custodians we proposed.

20   They extended the start date a year earlier than governed core

21   discovery.  They expanded the scope of the search terms that

22   we tried to tailor to the actual claims here.  And after all

23   of that, Aurobindo agreed to custodial discovery for these 22

24   custodians over a six-year period through 2019.  And then

25   after that, plaintiffs are now demanding four additional years

1    of custodial discovery from 13 custodians.

2         We think that's unjustified and improper for several

3    reasons.  First, it's inconsistent with their own document

4    requests, which set an end date of December 2019.  It's also

5    inconsistent with the approach to custodial end dates taken in

6    valsartan, where our custodial productions extended a year

7    post recall, not five years post recall as plaintiffs now

8    suggest is appropriate here.  A year post recall is December

9    2019 for Aurobindo in the irbesartan litigation.

10        Plaintiffs' latest proposal also disproportionately

11   increases the existing collection and production of what is

12   already terabytes of custodial data and millions of documents

13   to be produced -- to review for production by an additional

14   40 percent.

15        And all of this pertains to information that is

16   largely untethered to plaintiffs' irbesartan-related claims to

17   Aurobindo.

18        I want to point out, Your Honor, that plaintiffs'

19   rationale for this multi-year expansion of custodial data is

20   that they want to see internal communications about FDA

21   communications that post-date Aurobindo's irbesartan API

22   recall by up to five years.

23        But let me be super clear about this.  Plaintiffs

24   will already receive all of the FDA communications, everything

25   FDA sends to Aurobindo and everything that Aurobindo sent

1    back, through May 22nd of 2023.  And, by the way, they already

2    have most of them.  We produced all of that through September

3    2022 when we made our core discovery productions.

4           Plaintiffs can make whatever arguments they wish to

5    make about the contents of those documents.  They know what

6    the FDA inquired about after 2019, and they know the company's

7    responses in full.  As counsel just noted, we've produced

8    thousands of pages about those regulatory inquiries.  There is

9    simply no basis for broad custodial discovery from Aurobindo

10   into internal communications about regulatory communications.

11   And, quite frankly, plaintiffs have never articulated one.

12          And it's certainly hard to do, because the additional

13   custodial discovery they seek pertains to manufacturing from

14   an entirely different time period than is at issue on the

15   claims they pleaded here.  It pertains to a different

16   manufacturing process than those at issue here because that

17   changed post recall.  And perhaps most importantly, the

18   additional communications about these regulatory

19   communications don't involve any alleged nitrosamine

20   impurities in Aurobindo's irbesartan API.  The issues that are

21   raised in the 2022 warning letter didn't result in API --

22   didn't result in nitrosamine contamination.  There is no claim

23   in this case about that.  It didn't happen.

24          So for all of these reasons, Your Honor, the latest

25   request -- (technological interruption) -- by four additional

years, five years post-recall, in this incredibly broad
fashion to us seems like a fishing expedition.

If plaintiffs have their way, we are embarking on a
literal decade of vast custodial discovery from 2013 to 2023
that all pertains to $200,000 of irbesartan API sales that
occurred in 2016 and 2017.  That is disproportionate on its
face and borders on absurd.

Nevertheless, Your Honor, given all of this, we don't
think plaintiffs are entitled to any more custodial data.  But
we compromise.  In yet another effort to meet them in a spirit
of compromise, we offered five custodians, five additional
custodians, for four additional years up to five years
post-recall.

We explained to counsel their roles and why we
thought they were the folks who had primary responsibility for
any ongoing regulatory communications, because -- that
plaintiffs already have.  It includes the only US regulatory
custodian on plaintiffs' list.  It includes Dr. Rao, who was
the primary person responding to the subsequent regulatory
inquiries.  It includes three other individuals who we think
had the most robust involvement in these issues that we think
have tangential relevance to the actual claims in this MDL.

So for all of these reasons, Judge Vanaskie, we think
that what we've proposed is more than reasonable.  It's
certainly more than proportional in light of the narrow scope

1   of the claims here.  And it's also reasonable and proportional

2   given the already expansive custodial discovery we've agreed

3   to, in light of the costs and the burden associated with it,

4   in light of the fact that plaintiffs have all of the FDA

5   communications back and forth through May of 2023, and in

6   light of the fact that all of the regulatory issues identified

7   by plaintiffs' counsel that pertain to 2016 through 2019 are

8   already covered by the 22 custodians we've agreed to produce.

9           THE COURT:  All right.  Thank you.

10          Ms. Goldenberg, Marlene, do you want to address the

11  proportionality concern that has been raised here?

12          MS. GOLDENBERG:  Happy to, Your Honor.  And I can do

13  it in two points.

14          First of all, I'll say we disagree on the value of

15  the case.  We have economic class cases.  We have a medical

16  monitoring class, and the value of that, at least according to

17  our internal calculations -- which I don't want to read into

18  the record because I'm getting different numbers from people

19  behind the scenes -- but I'll say that they are vastly

20  different.

21          I can secondly say that this isn't really out of line

22  in comparison to what other defendants have agreed to do.  So,

23  for example, ZHP has 80 custodians.  You'll see that Vivimed

24  has a number of custodians, and they agreed to bring everybody

25  up a year past the production date, which is a pretty

1    comparative or comparable ask to what we're doing with half of

2    the custodians that we agreed upon with Aurobindo.

3        And there are a lot of ongoing issues that Aurobindo

4    has that other defendants don't.  Other defendants either had

5    factories close earlier, like Teva, or didn't have ongoing

6    warning letters, and the other defendants who do have warning

7    letters that have continued either are still negotiating or

8    have agreed to produce more.

9        But in Aurobindo's case especially, they are being

10   told directly by the FDA that their investigation isn't done.

11   And, you know, we have a burden of proof at trial that we have

12   to meet to show exactly what went wrong here.  And if the FDA

13   is telling Aurobindo you're not getting this right yet, then

14   we have to be able to show that we have the documents that

15   explain exactly what did go wrong.  So, you know, there are

16   lots of things still at play here that would justify these

17   documents being produced.

18        SPECIAL MASTER VANASKIE:  All right.  Ms. Deal, would

19   you address the question about the FDA findings and the

20   indication that their investigation is not yet complete.

21        MS. DEAL:  Yes, Your Honor.

22        So the FDA -- excuse me, 2022 letter from FDA is not

23   about any irbesartan API that was manufactured in 2016 or 2017

24   or that was recalled in 2018.  It's different manufacturing,

25   post-recall, using a different manufacturing process that

1    changed post-recall.

2         The letter identifies two issues.  One is about the

3    acceptable ammonia limit and whether the company needs to do

4    additional testing to investigate the additional ammonia limit

5    in a starting material that it had proposed, and the other

6    deals with a process issue pertaining to method transfer.

7    And, again, the FDA says, we need you to do more testing.  But

8    none of it pertains to the actual irbesartan API that was

9    purchased by any claimant in this MDL, not at the same time

10   period, not using the same manufacturing process.  And, by the

11   way, neither of those issues in the 2022 letter from FDA

12   resulted in alleged nitrosamine contamination of any

13   irbesartan API at any time, much less at the time period that

14   governs the plaintiffs' claims here.

15        And so again, Your Honor, what's going on five years

16   post-recall and seven years post-manufacture and sale of the

17   API that forms the basis of plaintiffs' claims here is not

18   tethered to what they need to prove in any trial.  But,

19   nevertheless, we've given all of them -- we've given them all

20   of those regulatory documents, and they can say whatever it is

21   they want to say about what happens five, six, seven years

22   after the fact.  But it doesn't pertain to the irbesartan API

23   that their clients purchased or consumed, because it's

24   different time periods, it's different manufacturing, and none

25   of those subsequent issues related to a recall or any alleged

1  nitrosamine contamination in irbesartan API.

2         SPECIAL MASTER VANASKIE:  Ms. Goldenberg, do you want

3  to respond to that?  I mean, I'm being told that this really

4  doesn't deal with the product that's at issue here.

5         MS. GOLDENBERG:  Yes, Your Honor.

6         So the document that I gave you the CliffsNotes from

7  earlier -- and just for the record, the Bates number on that

8  is APL-MDL-28752983378.  Again, that's a February 3, 2022

9  letter dated -- or sent from Aurobindo back to the FDA.

10  That's the document that mentions or -- that mentions

11  irbesartan over 1,700 times and that mentions nitrosamines, I

12  think -- I don't have the figure in front of me, but

13  hundreds -- 742 times again.

14         They're very much discussing their manufacturer and

15  their investigation of the nitrosamine problem with the FDA in

16  response to this letter.

17         Now, I do agree with Ms. Deal that the letter didn't

18  call out irbesartan by name, but the response and the

19  discussion that occurred with the FDA in response to that

20  letter very much did.

21         And I should note too that the 2019 letter that we

22  didn't hear Ms. Deal talk about is very much about irbesartan

23  and the issues that occurred.  And that went on long after

24  December 2019 as well, especially with the FDA and Aurobindo

25  both acknowledging that the problems in the 2022 letter were

1  similar to the CGMP issues that were addressed in the 2019

2  letter.

3          SPECIAL MASTER VANASKIE:  Is there -- go ahead,

4  Ms. Deal, if you wanted to say something.

5          MS. DEAL:  Yes.  So just on that last point, Your

6  Honor.

7          I just want everyone to remember that 2019 is within

8  the time period we've agreed to.  And so we are producing full

9  custodial data for 22 custodians during that time period, and

10 we also -- I think everyone reached an agreement with

11 plaintiffs that if there is evidence that there is a

12 discussion that is relevant, that is ongoing at the end of

13 2019, plaintiffs can come back and request additional

14 information to finish that thread.  So that is already covered

15 and agreed to.

16         What's at issue here is what's going on in 2022,

17 which, again, as I've already explained, is truly, you know,

18 more remote and untethered to the actual irbesartan API and

19 the 2018 recall that is the basis of plaintiffs' pleading

20 here.

21         And the other thing I just want to point out, Your

22 Honor, is plaintiffs have all of that information.  What

23 they're asking for is custodial discovery for

24 communications -- internal communications about those

25 regulatory communications, which is even another step removed

1  from anything relevant here, when they have the full back and

2  forth with the regulator.  And so they're going to find some

3  hidden gem in some internal communication that says, what

4  about the irbesartan that was sold seven years earlier and

5  recalled five years earlier.  I mean, it truly is tangential.

6      And what we're agreeing to do in giving them all of

7  the regulatory communications plus four additional years of

8  custodial data for the five employees who have -- who we think

9  have the most involvement in those activities is, you know, I

10  think beyond generous and certainly beyond proportional to the

11  needs of the case.

12      SPECIAL MASTER VANASKIE:  Ms. Goldenberg.

13      MS. GOLDENBERG:  Yes.  One quick response on that,

14  Your Honor.

15      You heard Ms. Deal mention that our deal was that if

16  we found ongoing discussions that needed to be completed, we

17  would raise them.  And I suppose I could have waited until all

18  of their documents poured in to do that, but why do that when

19  I already know that they're incomplete now?

20      So, you know, all this is going to do if we go with

21  Aurobindo's plan is kick the can down the road, and we're

22  going to be back here right after they produce documents,

23  saying, hey, Judge, they truncated their production in 2019.

24  We know this warning letter went out six months before the

25  custodial production ended.  We're back because we don't have

1  it all and we knew we didn't have it all last time.

2         And the internal communications aren't something that

3  we should brush aside as if they're not a big deal.  These are

4  all of the documents that are the building blocks to what goes

5  out to the FDA, but we're going to get the internal test

6  results.  We're going to see where the deficiencies were,

7  we're going to see the changes in the policies that showed how

8  things slipped through the cracks before.  These are the

9  explanations for how this contamination happened.

10         And I haven't seen anybody try to argue that these

11  aren't relevant in another context.  This is just Aurobindo's

12  attempt to say that we don't need it because it seems like

13  they don't want to do the work to produce it.  But this is

14  very relevant at any time, including here.

15         MS. DEAL:  Your Honor, believe me, we can be accused

16  of a lot of things, but not doing enough work, given the

17  claims that are leveled against our client, is truly not one

18  of them, when we are offering 22 custodians for a six-year

19  time period plus five additional custodians for an additional

20  four-year time period to span an entire decade of custodial

21  discovery about claims that amount -- that relate to our

22  client's sale of $200,000 worth of API in a one- to two-year

23  period.

24         And so, again, they haven't articulated a reason why

25  they need eight more, and, in fact, the reasons we got for the

1    additional eight I think I have factual errors and

2    inconsistencies in them, and we've offered to confer about

3    that them.  But, again, the five people we're offering gives

4    them everything that they're even asking for even if we think

5    it is unreasonable.

6          And so -- and the other point I'll just respond to is

7    we haven't done the custodial productions through 2019 because

8    we're still spinning up backup tapes to pull out the six years

9    worth of data that they're requesting for 22 people who in

10   large part were not valsartan custodians.  And so the notion

11   that she's predicting the tea leaves that what we produced

12   through 2019 is going to be deficient and warrant custodial

13   data from 13 people through an additional four-year period is

14   just made up.  Right?  It's not factually -- factually based

15   in any production we've made or in anything that they've seen

16   from any existing custodian to date.

17          SPECIAL MASTER VANASKIE:  Why don't we proceed on

18   that type of iterative basis, where you get the additional

19   discovery from these five custodians up through May of 2023,

20   see what is produced, and then if you have reason to believe

21   that there's more, you come back.

22          Why is that not an appropriate approach?

23          MS. GOLDENBERG:  We can do that, Your Honor, if

24   that's your preference.

25          I would say that I do have specific reasons for why

1    we want each of these individuals, and there's nothing made up

2    about our ask.  I mean, I just read to you from a 2022 letter

3    well outside of the time frame they're giving us documents for

4    where they submitted 2,400 pages of material to the FDA on

5    what they'd been doing since 2019.

6            But at a minimum, you know, I would think that we

7    would get the regulatory affairs person over in India,

8    Dasarathi, who's copied on pretty much -- at least in

9    valsartan and my understanding is he had equal involvement

10   with irbesartan, all of the regulatory issues.  And then

11   Mr. Govin -- oh, gosh.  Govindarajan, who is the recipient of

12   both FDA warning letters later on, we know for a fact that he

13   was getting things beyond that point.  And that falls directly

14   in line with what Ms. Deal said that they should be producing

15   to us anyway, which are all the regulatory documents.

16           MS. DEAL:  Yes, Your Honor.  They'll have all the

17   regulatory documents.  The question is, you know, what's a

18   relevant and proportional number of custodial files to search

19   given that they do have all of the regulatory responses.

20   We've pitched the people who we think have the most primary

21   responsibility there, and the hunch that somebody who was

22   involved in valsartan must have been involved years later in a

23   different drug with different issues is just not a valid

24   assumption.  And so, again, Your Honor, we're just picking

25   names in a vacuum.  And we're doing it without any regard to

 1   burden or proportionality, because, again, what is happening

 2   in 2022 is not about the irbesartan that was manufactured and

 3   sold in 2016 and 2017 and recalled in 2018.

 4           SPECIAL MASTER VANASKIE:  It seems to me that at

 5   least the individuals that were just mentioned to me are not

 6   being pulled out of a hat or not selected at random, that

 7   there's a rational basis for suggesting that they're the kinds

 8   of persons or they have the kinds of positions that one would

 9   expect they would have relevant documents, relevant

10   information.  I'm talking about -- now about Mr. Govindarajan

11   and the other -- I didn't get the name of the other person.

12           MS. DEAL:  Yes.  So, Your Honor, I think -- I mean,

13   I'm going to butcher the names too.

14           I think the warning letters were sent to an

15   individual, but he wasn't the one who signed the responses or

16   sent the responses.  We picked the people who were more

17   substantively involved in that, because we assumed that that

18   made more sense.  We're happy to switch somebody out if that's

19   what they want to do.

20           The other person, Dasarathi.  This is an issue where

21   I think plaintiffs have pulled him out based on a document

22   they cite, but that document pertains to an entirely different

23   production unit and pertains to an entirely different drug

24   than what's going on with irbesartan at this time period.

25           SPECIAL MASTER VANASKIE:  He's identified as the head

1  of regulatory affairs?

2        MS. DEAL:  For corporate API, which is overseas.  The

3  reference that counsel gave to me, though, was a document

4  where -- that relates to a different production unit

5  altogether, unit 11.  And it pertains to valsartan and not

6  irbesartan.

7        And so our proposed custodians include the US head of

8  regulatory affairs who is the person through whom all of the

9  communications with the FDA go.  And then we also produced

10 the, you know, chief quality officer, Dr. Rao.  He clearly is

11 involved and is the one who signs all of the responses.  And

12 then we picked people at the relevant units who we thought had

13 primary responsibility for the two issues that are in the 2022

14 letter, plus a third custodian who appears to have more robust

15 involvement.

16        If we want to trade some out because plaintiffs

17 prefer others than those, I mean, we're happy to have that

18 conversation, but we shouldn't just be adding people, you

19 know, based on information that doesn't appear to be, you

20 know, one, proportional, or, two, targeted to the custodial

21 data that plaintiffs now claim is particularly relevant and

22 that we dispute.

23        SPECIAL MASTER VANASKIE:  It does appear to me that

24 Mr. Govindarajan would be a person expected to have relevant

25 information, not drawn out of a hat.  And I would suggest that

1    he be added to the list of five persons, so now make it six,

2    not to substitute him for another person.

3            And then Mr. Dasarathi, why would he be relevant,

4    Ms. Goldenberg?

5            MS. GOLDENBERG:  Your Honor, he is, as Ms. Deal said,

6    the head of regulatory overseas.  And I think perhaps she, you

7    know, was splitting hairs a little bit when she said the one

8    document that I was referring to in a previous email to her

9    referred to unit 11.

10           My understanding from seeing lots of documents with

11   his name on it is that he's copied on all of the regulatory

12   issues that occurred over in India.  And I'll tell you, I

13   mean, I'm happy to go through them today.  I've got reasons

14   and documents cited for every single custodian we asked for.

15   There are people on this list who were at the FDA closeout

16   meetings for warning letters.  There's a guy who greeted the

17   FDA inspectors when they first showed up.

18           I mean, these are not random people.  These are all

19   people who are highly relevant to the FDA warning letter, not

20   just in '22 but also in 2019, who -- you know, where that

21   issue certainly went beyond the end of that calendar year.

22           MS. DEAL:  Your Honor, I'll say, you know, the notion

23   that somebody is copied on something, we don't need everybody

24   who's copied on every email.  Right?  We don't need

25   duplicative custodial discovery because, remember, what we're

1  talking about is pulling all of the custodial files for all of

2  these people who end up as custodians for a four-year period

3  using -- we had proposed tailored search terms.  Plaintiffs

4  rejected it.  Using all of the search terms related to all

5  irbesartan discovery issues that are in 26 pages and hundreds

6  of different iterations.

7         And so adding people because they're copied on the

8  same emails that the person we proposed actually sent and

9  authored creates -- you know, it seems like it's not a big

10 deal, but it does create an exponentially, you know, larger

11 burden for no added benefit, because you're going to get those

12 communications from the actual author of them.

13        MS. GOLDENBERG:  I mean, I disagree with that

14 characterization of who these custodians are.  And, again,

15 Your Honor, I mean, these are like the core people that were

16 involved in these inspections.  And I'm happy to either go

17 through them today or submit additional materials on why these

18 people are relevant, but I can assure you that they're all

19 here for a reason.

20        SPECIAL MASTER VANASKIE:  Well, I have no doubt about

21 that, but I also know that you have to put some reasonable

22 limits on discovery as well, even in a case of this magnitude.

23        I'm going to add two custodians to the five that are

24 going to be searched.  I'm going to add -- I'll butcher the

25 names -- Mr. Govindarajan and Mr. -- I'm assuming it's a

1   Mr. -- Dasarathi.  Add those two, conduct the search.  You can

2   come back later if you think now there are gaps or information

3   has been produced that suggests that one of the other six -- I

4   guess there will be six that you're not getting custodial

5   files on through the May 2023 date.  You can come back and

6   make a showing that it's likely they would have relevant

7   information, the production of which would be proportional to

8   the needs of this case.  And that's how we'll proceed.  All

9   right?

10          MS. GOLDENBERG:  Understood.  Thanks, Your Honor.

11          MS. DEAL:  Thank you, Your Honor.

12          SPECIAL MASTER VANASKIE:  All right.  Next issue?  We

13  have an issue with respect to wholesaler discovery?

14          MR. STANOCH:  Your Honor, this is David Stanoch for

15  plaintiffs.  I don't really think there's anything per se for

16  an issue for Your Honor to decide today.

17          Our inserts on the retailers and wholesalers are

18  really by way of updates since there's been so many moving

19  parts and it's commanded so much of Your Honor's attention in

20  the last few weeks.  We just wanted to let you know where we

21  are.

22          We noted a few things with wholesalers that were

23  giving us a little concern, but, frankly, given all the moving

24  parts, Judge, and where we are, I don't think there's anything

25  for you to decide today.  And if -- and we can come back, you

1  know, in two weeks if there's something.  That would be my

2  view.

3           SPECIAL MASTER VANASKIE:  Yes.  I thought -- my

4  recollection is that you were proposing to address this at the

5  October 4 conference.

6           MR. STANOCH:  Potentially, yes, Judge.  And I'm sure

7  Mr. Geoppinger will speak for the wholesalers, but we received

8  a proposed schedule from them yesterday evening, which we're

9  still going through.  And we're not immune to the reality,

10  Your Honor, that even under their proposed schedule, some of

11  this may shake out by a matter of eight days or so, it looks

12  like.  So I'm optimistic that even if we have a theoretical

13  dispute, that it may not be worth everyone's effort, the

14  parties and the Court, even for the next CMC, when it might

15  shake out anyway in a matter of days from that date.

16           SPECIAL MASTER VANASKIE:  Okay.  Very well.

17           Is Mr. Geoppinger on the line?  Did he want to --

18           MR. GEOPPINGER:  Good afternoon, Your Honor, I am.

19  And if there's nothing to argue about, I'm not going to

20  volunteer to argue, so...

21           SPECIAL MASTER VANASKIE:  Good.  There's nothing to

22  argue about.

23           Is there anything else for today?

24           Ms. Goldenberg, Ms. Deal, do you need anything more

25  from me on this issue?

```
 1          MS. GOLDENBERG:  No, Your Honor.  I think we've got

 2   our marching orders.  Appreciate you calling balls and strikes

 3   for us today.

 4          MS. DEAL:  Thank you, Your Honor.

 5          SPECIAL MASTER VANASKIE:  Thank you very much.  It

 6   was well presented.

 7          Mr. Harkins, did you want to be heard on anything?

 8          MR. HARKINS:  No, Your Honor.  Just noting no other

 9   issues I'm aware of for the defense.

10          SPECIAL MASTER VANASKIE:  All right.  Very well.

11   Then we'll adjourn for today.  And see you again soon.

12          Thank you all very much.

13          (Proceedings concluded at 4:40 p.m.)

14
                                 -  -  -
15
            I certify that the foregoing is a correct transcript
16   from the record of proceedings in the above-entitled matter.

17
     /S/ Ann Marie Mitchell          28th day of September, 2023
18   Court Reporter/Transcriber      Date

19

20

21

22

23

24

25
```

*United States District Court*

## $

**$200,000** [3] - 8:18, 12:5, 19:22

## '

**'22** [1] - 24:20

## /

**/S** [1] - 28:17

## 0

**08101** [1] - 1:8

## 1

**1** [3] - 5:3, 5:12, 6:5
**1,700** [1] - 16:11
**1,791** [1] - 6:25
**11** [2] - 23:5, 24:9
**13** [2] - 10:1, 20:13
**1701** [1] - 2:8
**19-md-02875** [1] - 1:4
**19103** [1] - 2:9

## 2

**2,400** [2] - 6:16, 21:4
**20** [1] - 5:3
**2013** [2] - 9:8, 12:4
**2016** [5] - 8:12, 12:6, 13:7, 14:23, 22:3
**2017** [4] - 8:13, 12:6, 14:23, 22:3
**2018** [5] - 8:13, 8:15, 14:24, 17:19, 22:3
**2019** [21] - 3:25, 4:25, 5:4, 6:1, 6:12, 9:12, 9:24, 10:4, 10:9, 11:6, 13:7, 16:21, 16:24, 17:1, 17:7, 17:13, 18:23, 20:7, 20:12, 21:5, 24:20
**2022** [11] - 6:3, 11:3, 11:21, 14:22, 15:11, 16:8, 16:25, 17:16, 21:2, 22:2, 23:13
**2023** [7] - 1:8, 11:1, 12:4, 13:5, 20:19, 26:5, 28:17
**22** [7] - 9:6, 9:11, 9:23, 13:8, 17:9, 19:18, 20:9
**22nd** [1] - 11:1
**2500** [1] - 2:4
**26** [2] - 1:8, 25:5
**2800** [2] - 1:19, 2:12
**28th** [1] - 28:17

## 3

**3** [1] - 16:8
**30305** [1] - 2:4
**3333** [1] - 2:4

## 4

**4** [1] - 27:5
**40** [1] - 10:14
**445202** [1] - 2:13
**4:02** [2] - 1:9, 3:2
**4:40** [1] - 28:13
**4th** [1] - 1:7

## 5

**55402** [1] - 1:19
**576-7018** [1] - 1:23

## 6

**60** [1] - 1:19
**600** [1] - 2:12
**6th** [1] - 1:19

## 7

**701** [1] - 1:15
**70130** [1] - 1:16
**742** [2] - 7:1, 16:13

## 8

**80** [1] - 13:23
**856** [1] - 1:23

## 9

**9** [2] - 5:3, 5:12

## A

**able** [1] - 14:14
**above-entitled** [1] - 28:16
**absurd** [1] - 12:7
**acceptable** [1] - 15:3
**accommodating** [1] - 7:15
**according** [1] - 13:16
**accused** [1] - 19:15
**acknowledging** [1] - 16:25
**Actavis** [2] - 2:5, 2:6
**ACTION** [1] - 1:3
**activities** [1] - 18:9
**actual** [6] - 8:1, 9:22, 12:22, 15:8, 17:18, 25:12
**add** [3] - 25:23, 25:24, 26:1
**added** [3] - 7:5, 24:1,

25:11
**adding** [2] - 23:18, 25:7
**additional** [17] - 9:25, 10:13, 11:12, 11:18, 11:25, 12:11, 12:12, 15:4, 17:13, 18:7, 19:19, 20:1, 20:13, 20:18, 25:17
**address** [4] - 7:10, 13:10, 14:19, 27:4
**addressed** [5] - 3:7, 3:9, 5:7, 6:5, 17:1
**addressing** [1] - 3:17
**adequately** [1] - 6:8
**adjourn** [1] - 28:11
**affairs** [3] - 21:7, 23:1, 23:8
**afternoon** [4] - 3:19, 3:20, 7:9, 27:18
**agenda** [5] - 3:3, 3:6, 4:4, 4:12, 6:15
**aggregate** [1] - 8:18
**agree** [5] - 3:24, 3:25, 4:19, 4:20, 16:17
**agreed** [13] - 4:1, 4:10, 9:5, 9:11, 9:23, 13:2, 13:8, 13:22, 13:24, 14:2, 14:8, 17:8, 17:15
**agreeing** [2] - 9:11, 18:6
**agreement** [1] - 17:10
**ahead** [1] - 17:3
**aided** [1] - 1:25
**alleged** [4] - 8:13, 11:19, 15:12, 15:25
**ALSO** [1] - 2:15
**altogether** [1] - 23:5
**AmerisourceBergen** [1] - 2:13
**ammonia** [2] - 15:3, 15:4
**amount** [1] - 19:21
**Ann** [1] - 28:17
**ann** [1] - 1:22
**AnnMarie_Mitchell@njd.uscourts.gov** [1] - 1:23
**answer** [1] - 4:23
**anyway** [2] - 21:15, 27:15
**API** [19] - 8:11, 8:18, 8:20, 8:24, 9:14, 10:21, 11:20, 11:21, 12:5, 14:23, 15:8, 15:13, 15:17, 15:22, 16:1, 17:18, 19:22, 23:2
**APL-MDL-**

**28752983378** [1] - 16:8
**apologize** [1] - 5:8
**appear** [2] - 23:19, 23:23
**apply** [1] - 7:22
**appreciate** [1] - 28:2
**approach** [2] - 10:5, 20:22
**appropriate** [3] - 8:4, 10:8, 20:22
**argue** [4] - 19:10, 27:19, 27:20, 27:22
**arguments** [1] - 11:4
**arises** [1] - 7:25
**articulated** [2] - 11:11, 19:24
**aside** [1] - 19:3
**associated** [1] - 13:3
**assumed** [1] - 22:17
**assuming** [1] - 25:25
**assumption** [1] - 21:24
**assure** [1] - 25:18
**Atlanta** [1] - 2:4
**attach** [1] - 6:15
**attempt** [1] - 19:12
**attention** [1] - 26:19
**Aurobindo** [32] - 2:10, 3:11, 4:25, 5:1, 5:2, 5:4, 5:6, 5:20, 6:3, 6:6, 6:7, 6:19, 7:2, 8:2, 8:6, 8:8, 8:14, 8:20, 9:2, 9:5, 9:17, 9:23, 10:9, 10:17, 10:25, 11:9, 14:2, 14:3, 14:13, 16:9, 16:24
**Aurobindo's** [9] - 8:10, 8:17, 8:23, 9:13, 10:21, 11:20, 14:9, 18:21, 19:11
**Aurolife** [1] - 2:9
**author** [1] - 25:12
**authored** [1] - 25:9
**available** [1] - 15:10
**aware** [2] - 8:6, 28:9

## B

**backdrop** [1] - 9:1
**backup** [1] - 20:8
**balls** [1] - 28:2
**based** [4] - 5:21, 20:14, 22:21, 23:19
**basis** [8] - 8:11, 8:24, 9:14, 11:9, 15:17, 17:19, 20:18, 22:7
**Bates** [1] - 16:7
**behind** [1] - 13:19

**benefit** [1] - 25:11
**BERNE** [1] - 2:11
**better** [1] - 7:24
**between** [1] - 4:25
**beyond** [4] - 18:10, 21:13, 24:21
**big** [2] - 19:3, 25:9
**bit** [1] - 24:7
**Blessy** [1] - 4:14
**blocks** [1] - 19:4
**BOCKIUS** [1] - 2:7
**borders** [1] - 12:7
**bring** [1] - 13:24
**broad** [3] - 9:6, 11:9, 12:1
**brush** [1] - 19:3
**Building** [1] - 1:7
**building** [1] - 19:4
**burden** [4] - 13:3, 14:11, 22:1, 25:11
**butcher** [2] - 22:13, 25:24

## C

**calculations** [1] - 13:17
**calendar** [1] - 24:21
**Camden** [1] - 1:8
**Camp** [1] - 1:15
**case** [7] - 8:8, 11:23, 13:15, 14:9, 18:11, 25:22, 26:8
**cases** [1] - 13:15
**certainly** [4] - 11:12, 12:25, 18:10, 24:21
**certify** [1] - 28:15
**CGMP** [3] - 5:14, 5:16, 17:1
**changed** [2] - 11:17, 15:1
**changes** [1] - 19:7
**characterization** [1] - 25:14
**chief** [1] - 23:10
**Cincinnati** [1] - 2:13
**cite** [2] - 5:12, 22:22
**cited** [2] - 6:6, 24:14
**CIVIL** [1] - 1:3
**claim** [2] - 11:22, 23:21
**claimant** [1] - 15:9
**claims** [22] - 8:2, 8:3, 8:4, 8:8, 8:9, 8:12, 8:19, 8:23, 8:25, 9:2, 9:7, 9:15, 9:16, 9:22, 10:16, 11:15, 12:22, 13:1, 15:14, 15:17, 19:17, 19:21
**class** [2] - 13:15,

13:16
**clear** [1] - 10:23
**clearly** [1] - 23:10
**Clerk** [1] - 2:17
**client** [1] - 19:17
**client's** [1] - 19:22
**clients** [1] - 15:23
**CliffsNotes** [2] - 6:17, 16:6
**close** [1] - 14:5
**closeout** [1] - 24:15
**CMC** [1] - 27:14
**Cohen** [1] - 1:7
**collection** [1] - 10:11
**coming** [1] - 3:5
**commanded** [1] - 26:19
**Commencing** [1] - 1:9
**comments** [1] - 7:11
**communication** [1] - 18:3
**communications** [16] - 10:20, 10:21, 10:24, 11:10, 11:18, 11:19, 12:16, 13:5, 17:24, 17:25, 18:7, 19:2, 23:9, 25:12
**company** [1] - 15:3
**company's** [1] - 11:6
**comparable** [1] - 14:1
**comparative** [1] - 14:1
**comparison** [1] - 13:22
**complete** [1] - 14:20
**completed** [2] - 8:14, 18:16
**completeness** [1] - 4:9
**completing** [1] - 9:15
**completion** [1] - 9:13
**compliance** [1] - 5:16
**compromise** [2] - 12:10, 12:11
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concepts** [1] - 7:21
**concern** [2] - 13:11, 26:23
**concession** [1] - 7:20
**conciliatory** [1] - 7:15
**concluded** [1] - 28:13
**conduct** [1] - 26:1
**confer** [1] - 20:2
**CONFERENCE** [1] - 1:5
**conference** [1] - 27:5
**confers** [1] - 4:18
**confirmed** [1] - 8:21

**considered** [1] - 5:15
**consumed** [1] - 15:23
**contamination** [4] - 11:22, 15:12, 16:1, 19:9
**contents** [1] - 11:5
**context** [3] - 4:24, 7:25, 19:11
**continually** [1] - 9:3
**Continued** [1] - 2:1
**continued** [3] - 6:11, 7:4, 14:7
**control** [1] - 5:18
**convened** [1] - 5:20
**conversation** [1] - 23:18
**Cooper** [1] - 1:7
**copied** [5] - 21:8, 24:11, 24:23, 24:24, 25:7
**core** [5] - 7:21, 9:10, 9:20, 11:3, 25:15
**corporate** [1] - 23:2
**correct** [1] - 28:15
**correctly** [1] - 5:8
**costs** [1] - 13:3
**counsel** [6] - 7:11, 8:22, 11:7, 12:14, 13:7, 23:3
**COURT** [1] - 1:1
**Court** [2] - 1:22, 28:18
**Courthouse** [1] - 1:7
**Courtroom** [1] - 2:18
**covered** [2] - 13:8, 17:14
**cracks** [1] - 19:8
**create** [1] - 25:10
**creates** [1] - 25:9
**critical** [1] - 6:8
**custodia** [1] - 5:7
**custodial** [30] - 4:1, 4:21, 5:5, 9:4, 9:5, 9:9, 9:15, 9:23, 10:1, 10:5, 10:6, 10:12, 10:19, 11:9, 11:13, 12:4, 12:9, 13:2, 17:9, 17:23, 18:8, 18:25, 19:20, 20:7, 20:12, 21:18, 23:20, 24:25, 25:1, 26:4
**custodian** [4] - 12:18, 20:16, 23:14, 24:14
**custodians** [28] - 3:15, 3:24, 4:3, 4:17, 4:19, 5:5, 5:24, 6:12, 7:5, 9:6, 9:19, 9:24, 10:1, 12:11, 12:12, 13:8, 13:23, 13:24, 14:2, 17:9, 19:18, 19:19, 20:10, 20:19, 23:7,

25:2, 25:14, 25:23
**custodians'** [1] - 9:12
**cut** [1] - 5:4

**D**

**Dasarathi** [4] - 21:8, 22:20, 24:3, 26:1
**data** [9] - 9:6, 10:12, 10:19, 12:9, 17:9, 18:8, 20:9, 20:13, 23:21
**Date** [1] - 28:18
**date** [12] - 3:10, 3:14, 6:12, 9:5, 9:9, 9:20, 10:4, 10:21, 13:25, 20:16, 26:5, 27:15
**dated** [1] - 16:9
**dates** [1] - 10:5
**David** [1] - 26:14
**DAVID** [1] - 1:15
**days** [2] - 27:11, 27:15
**deal** [4] - 16:4, 18:15, 19:3, 25:10
**Deal** [8] - 14:18, 16:17, 16:22, 17:4, 18:15, 21:14, 24:5, 27:24
**DEAL** [12] - 2:8, 3:19, 7:9, 14:21, 17:5, 19:15, 21:16, 22:12, 23:2, 24:22, 26:11, 28:4
**deals** [1] - 15:6
**decade** [1] - 12:4, 19:20
**December** [5] - 6:12, 9:12, 10:4, 10:8, 16:24
**decide** [2] - 26:16, 26:25
**defendant** [1] - 8:7
**Defendants** [3] - 2:5, 2:9, 2:13
**defendants** [4] - 13:22, 14:4, 14:6
**defendants'** [1] - 4:12
**defense** [2] - 3:18, 28:9
**deficiencies** [2] - 5:14, 19:6
**deficient** [1] - 20:12
**demanded** [1] - 7:19
**demanding** [1] - 9:25
**demonstrate** [1] - 5:17
**Deputy** [1] - 2:18
**despite** [1] - 9:6
**deviations** [1] - 6:8
**dictates** [1] - 8:4

**different** [15] - 5:3, 11:14, 11:15, 13:18, 13:20, 14:24, 14:25, 15:24, 21:23, 22:2, 22:23, 23:4, 25:6
**directed** [1] - 6:4
**directly** [3] - 6:4, 14:10, 21:13
**disagree** [2] - 13:14, 25:13
**discovery** [23] - 3:11, 7:12, 7:16, 8:4, 9:4, 9:9, 9:10, 9:15, 9:21, 9:23, 10:1, 11:3, 11:9, 11:13, 12:4, 13:2, 17:23, 19:21, 20:19, 24:25, 25:5, 25:22, 26:13
**DISCOVERY** [1] - 1:5
**discrete** [1] - 3:15
**discussing** [2] - 6:24, 16:14
**discussion** [2] - 16:19, 17:12
**discussions** [1] - 18:16
**disproportionate** [1] - 12:6
**disproportionately** [1] - 10:10
**dispute** [6] - 4:3, 5:5, 7:12, 7:25, 23:22, 27:13
**disputed** [3] - 4:17, 5:7, 5:24
**DISTRICT** [2] - 1:1, 1:1
**document** [9] - 6:17, 6:25, 10:3, 16:6, 16:10, 22:21, 22:22, 23:3, 24:8
**documents** [16] - 5:22, 9:12, 10:12, 11:5, 14:14, 14:17, 15:20, 18:18, 18:22, 19:4, 21:3, 21:15, 21:17, 22:9, 24:10, 24:14
**dollar** [1] - 8:17
**done** [2] - 14:10, 20:7
**dose** [1] - 8:9
**doubled** [1] - 9:19
**doubt** [1] - 25:20
**down** [1] - 18:21
**Dr** [3] - 6:17, 12:18, 23:10
**drawn** [1] - 23:25
**drug** [2] - 21:23, 22:23
**drugs** [1] - 5:19
**due** [1] - 8:13

**duplicative** [1] - 24:25
**during** [2] - 7:3, 17:9

**E**

**economic** [2] - 8:9, 13:15
**effort** [2] - 12:10, 27:13
**eight** [7] - 4:2, 4:3, 4:17, 5:5, 19:25, 20:1, 27:11
**either** [3] - 14:4, 14:7, 25:16
**email** [2] - 24:8, 24:24
**emails** [1] - 25:8
**embarking** [1] - 12:3
**employees** [1] - 18:8
**end** [8] - 3:10, 3:14, 3:25, 10:4, 10:5, 17:12, 24:21, 25:2
**ended** [1] - 18:25
**entire** [2] - 8:23, 19:20
**entirely** [3] - 11:14, 22:22, 22:23
**entirety** [1] - 8:17
**entitled** [2] - 12:9, 28:16
**equal** [1] - 21:9
**errors** [1] - 20:1
**especially** [2] - 14:9, 16:24
**ESQUIRE** [6] - 1:15, 1:18, 2:3, 2:8, 2:12, 2:16
**evaluate** [1] - 9:3
**evening** [1] - 27:8
**evidence** [1] - 17:11
**exactly** [2] - 14:12, 14:15
**example** [1] - 13:23
**exceed** [1] - 9:16
**excuse** [1] - 14:22
**existing** [2] - 10:11, 20:16
**expanded** [2] - 9:8, 9:21
**expanding** [2] - 7:19, 9:3
**expansion** [1] - 10:19
**expansive** [1] - 13:2
**expect** [1] - 22:9
**expected** [1] - 23:24
**expedition** [1] - 12:2
**explain** [1] - 14:15
**explained** [2] - 12:14, 17:17
**explanations** [1] - 19:9
**exponentially** [1] -

25:10
**extended** [2] - 9:20, 10:6
**extends** [1] - 9:12

# F

**face** [1] - 12:7
**facilities** [2] - 5:13, 5:15
**fact** [5] - 13:4, 13:6, 15:22, 19:25, 21:12
**factories** [1] - 14:5
**factual** - 20:1
**factually** [2] - 20:14
**failed** [1] - 6:7
**failures** [1] - 5:17
**falls** [1] - 21:13
**far** [1] - 5:23
**fashion** [1] - 12:2
**fault** [1] - 7:17
**FDA** [27] - 5:6, 5:11, 6:19, 10:20, 10:24, 10:25, 11:6, 13:4, 14:10, 14:12, 14:19, 14:22, 15:7, 15:11, 16:9, 16:15, 16:19, 16:24, 19:5, 21:4, 21:12, 23:9, 24:15, 24:17, 24:19
**FDA's** [1] - 6:18
**February** [1] - 16:8
**few** [2] - 26:20, 26:22
**figure** [1] - 16:12
**files** [3] - 21:18, 25:1, 26:5
**findings** [1] - 14:19
**finish** [1] - 17:14
**finished** [1] - 8:8
**first** [7] - 3:10, 3:21, 5:7, 5:9, 10:3, 13:14, 24:17
**fishing** [1] - 12:2
**five** [17] - 4:1, 4:10, 10:7, 10:22, 12:1, 12:11, 12:12, 15:15, 15:21, 18:5, 18:8, 19:19, 20:3, 20:19, 24:1, 25:23
**flashed** [1] - 3:17
**folks** [1] - 12:15
**foregoing** [1] - 28:15
**forms** [4] - 8:11, 8:24, 9:14, 15:17
**forth** [2] - 13:5, 18:2
**four** [7] - 9:25, 11:25, 12:12, 18:7, 19:20, 20:13, 25:2
**four-year** [3] - 19:20, 20:13, 25:2

**frame** [1] - 21:3
**frankly** [2] - 11:11, 26:23
**front** [1] - 16:12
**full** [3] - 11:7, 17:8, 18:1

# G

**gaps** [1] - 26:2
**gem** [1] - 18:3
**generous** [1] - 18:10
**Geoppinger** [2] - 27:7, 27:17
**GEOPPINGER** [2] - 2:12, 27:18
**Georgia** [1] - 2:4
**given** [8] - 7:18, 12:8, 13:2, 15:19, 19:16, 21:19, 26:23
**glean** [1] - 5:22
**goalposts** [1] - 7:19
**Goldenberg** [6] - 3:14, 13:10, 16:2, 18:12, 24:4, 27:24
**GOLDENBERG** [14] - 1:18, 1:18, 3:13, 3:22, 4:8, 4:16, 13:12, 16:5, 18:13, 20:23, 24:5, 25:13, 26:10, 28:1
**gosh** [1] - 21:11
**governed** [1] - 9:20
**governs** [1] - 15:14
**Govin** [1] - 21:11
**Govindarajan** [6] - 5:7, 6:5, 21:11, 22:10, 23:24, 25:25
**GREENBERG** [1] - 2:3
**greeted** [1] - 24:16
**guess** [1] - 26:4
**guy** [1] - 24:16

# H

**hairs** [1] - 24:7
**half** [1] - 14:1
**happy** [5] - 13:12, 22:18, 23:17, 24:13, 25:16
**hard** [1] - 11:12
**HARKINS** [2] - 2:3, 28:8
**Harkins** [1] - 28:7
**hat** [1] - 22:6, 23:25
**head** [3] - 22:25, 23:7, 24:6
**hear** [1] - 16:22
**heard** [3] - 7:13, 18:15, 28:7
**held** [1] - 3:1

**hi** [1] - 3:13
**hidden** [1] - 18:3
**highlighted** [1] - 4:11
**highly** [1] - 24:19
**Honor** [36] - 3:13, 3:19, 4:24, 7:9, 7:11, 8:2, 8:6, 8:21, 9:15, 10:18, 11:24, 12:8, 13:12, 14:21, 15:15, 16:5, 17:6, 17:22, 18:14, 19:15, 20:23, 21:16, 21:24, 22:12, 24:5, 24:22, 25:15, 26:10, 26:11, 26:14, 26:16, 27:10, 27:18, 28:1, 28:4, 28:8
**Honor's** [1] - 26:19
**HONORABLE** [1] - 1:11
**Honorable** [1] - 2:17
**hunch** [1] - 21:21
**hundreds** [2] - 16:13, 25:5

# I

**identified** [2] - 13:6, 22:25
**identifies** [1] - 15:2
**immune** [1] - 27:9
**impasse** [1] - 4:18
**important** [1] - 5:24
**importantly** [2] - 6:7, 11:17
**improper** [1] - 10:2
**impurities** [1] - 11:20
**inadequate** [1] - 5:19
**Inc** [3] - 2:5, 2:6, 2:10
**include** [1] - 23:7
**includes** [3] - 12:17, 12:18, 12:20
**including** [1] - 19:14
**incomplete** [1] - 18:19
**inconsistencies** [1] - 20:2
**inconsistent** [2] - 10:3, 10:5
**increases** [1] - 10:11
**incredibly** [4] - 8:3, 9:1, 12:1
**India** [2] - 21:7, 24:12
**indication** [1] - 14:20
**individual** [1] - 22:15
**individuals** [4] - 5:23, 12:20, 21:1, 22:5
**Industries** [1] - 2:5
**information** [8] - 10:15, 17:14, 17:22, 22:10, 23:19, 23:25, 26:2, 26:7

**injury** [2] - 8:19, 8:23
**inquired** [1] - 11:6
**inquiries** [2] - 11:8, 12:20
**inserts** [1] - 26:17
**inspect** [1] - 6:8
**inspections** [1] - 25:16
**inspectors** [1] - 24:17
**instead** [1] - 8:9
**internal** [7] - 10:20, 11:10, 13:17, 17:24, 18:3, 19:2, 19:5
**interruption** [1] - 11:25
**investigate** [2] - 6:21, 15:4
**investigated** [2] - 6:9, 6:11
**investigation** [6] - 6:11, 6:21, 7:2, 14:10, 14:20, 16:15
**investigations** [1] - 7:4
**involve** [1] - 11:19
**involved** [6] - 5:25, 21:22, 22:17, 23:11, 25:16
**involvement** [4] - 12:21, 18:9, 21:9, 23:15
**irbesartan** [38] - 5:2, 5:13, 6:10, 6:20, 6:24, 6:25, 7:16, 8:1, 8:9, 8:11, 8:20, 8:24, 9:2, 9:9, 9:10, 9:13, 9:14, 9:17, 10:9, 10:16, 10:21, 11:20, 12:5, 14:23, 15:8, 15:13, 15:22, 16:1, 16:11, 16:18, 16:22, 17:18, 18:4, 21:10, 22:2, 22:24, 23:6, 25:5
**irbesartan-related** [1] - 10:16
**issue** [12] - 8:7, 11:14, 11:16, 15:6, 16:4, 17:16, 22:20, 24:21, 26:12, 26:13, 26:16, 27:25
**issues** [16] - 6:20, 11:20, 12:21, 13:6, 14:3, 15:2, 15:11, 15:25, 16:23, 17:1, 21:10, 21:23, 23:13, 24:12, 25:5, 28:9
**iterations** [1] - 25:6
**iterative** [1] - 20:18

# J

**Jaipal** [1] - 4:14
**January** [1] - 6:3
**JEFFREY** [1] - 2:12
**JERSEY** [1] - 1:1
**Jersey** [1] - 1:8
**Johns** [1] - 4:14
**join** [1] - 3:4
**Judge** [4] - 12:23, 18:23, 26:24, 27:6
**Judicial** [1] - 2:17
**June** [1] - 5:3
**justify** [1] - 14:16

# K

**KANNER** [1] - 1:14
**Kate** [2] - 3:16, 7:8
**KATHRYN** [1] - 2:8
**keep** [1] - 7:19
**kick** [1] - 18:21
**kind** [1] - 4:25
**kinds** [2] - 22:7, 22:8
**Kugler** [1] - 2:17

# L

**large** [2] - 5:20, 20:10
**largely** [1] - 10:16
**larger** [1] - 25:10
**larry** [1] - 2:18
**last** [4] - 7:14, 17:5, 19:1, 26:20
**late** [1] - 8:14
**latest** [2] - 10:10, 11:24
**Law** [1] - 2:17
**lead** [1] - 6:7
**least** [4] - 3:11, 13:16, 21:8, 22:5
**leaves** [2] - 4:2, 20:11
**left** [1] - 4:3
**less** [2] - 3:14, 15:13
**letter** [29] - 4:4, 4:7, 4:12, 5:6, 5:10, 5:21, 5:25, 6:1, 6:4, 6:6, 6:14, 6:15, 6:18, 7:14, 11:21, 14:22, 15:2, 15:11, 16:9, 16:16, 16:17, 16:20, 16:21, 16:25, 17:2, 18:24, 21:2, 23:14, 24:19
**letters** [6] - 3:6, 14:6, 14:7, 21:12, 22:14, 24:16
**level** [1] - 8:1
**leveled** [1] - 19:17
**LEWIS** [1] - 2:7
**LIABILITY** [1] - 1:4

**light** [4] - 12:25, 13:3, 13:4, 13:6
**lightly** [1] - 7:13
**likely** [1] - 26:6
**limit** [2] - 15:3, 15:4
**limits** [1] - 25:22
**line** [3] - 13:21, 21:14, 27:17
**list** [6] - 5:9, 5:24, 7:5, 12:18, 24:1, 24:15
**listed** [1] - 4:3
**literal** [1] - 12:4
**litigation** [2] - 9:3, 10:9
**LITIGATION** [1] - 1:4
**LLC** [3] - 1:14, 2:5, 2:9
**LLP** [3] - 2:3, 2:7, 2:11
**looks** [1] - 27:11
**LORETTA** [1] - 2:16
**Loretta** [1] - 3:4
**losartan** [1] - 8:7
**Louisiana** [1] - 1:16
**Ltd** [1] - 2:5

**M**

**MacStravic** [1] - 2:18
**magnitude** [1] - 25:22
**management** [1] - 5:18
**Mandepudi** [1] - 4:14
**manufacture** [2] - 5:18, 15:16
**manufactured** [5] - 5:2, 5:13, 8:12, 14:23, 22:2
**manufacturer** [1] - 16:14
**manufacturing** [6] - 11:13, 11:16, 14:24, 14:25, 15:10, 15:24
**marching** [1] - 28:2
**Marie** [2] - 1:22, 28:17
**Market** [1] - 2:8
**MARLENE** [1] - 1:18
**Marlene** [3] - 3:13, 3:21, 13:10
**MASTER** [23] - 1:11, 3:1, 3:3, 3:16, 3:20, 4:6, 4:15, 7:6, 14:18, 16:2, 17:3, 18:12, 20:17, 22:4, 22:25, 23:23, 25:20, 26:12, 27:3, 27:16, 27:21, 28:5, 28:10
**material** [2] - 15:5, 21:4
**materials** [1] - 25:17
**matter** [2] - 27:11, 27:15, 28:16

**MDL** [5] - 8:23, 8:25, 9:17, 12:22, 15:9
**mean** [9] - 16:3, 18:5, 21:2, 22:12, 23:17, 24:13, 24:18, 25:13, 25:15
**measure** [1] - 8:2
**mechanical** [1] - 1:24
**medical** [1] - 13:15
**meet** [3] - 4:17, 12:10, 14:12
**meetings** [1] - 24:16
**mention** [1] - 18:15
**mentioned** [3] - 9:18, 22:5
**mentions** [3] - 16:10, 16:11
**method** [1] - 15:6
**might** [1] - 27:14
**millions** [1] - 10:12
**minimum** [1] - 21:6
**Minneapolis** [1] - 1:19
**Minnesota** [1] - 1:19
**minus** [1] - 4:4
**minute** [1] - 6:2
**Mitchell** [3] - 1:7, 1:22, 28:17
**Mohan** [1] - 4:13
**monitoring** [1] - 13:16
**months** [2] - 5:4, 18:24
**MORGAN** [1] - 2:7
**most** [7] - 5:24, 6:7, 11:2, 11:17, 12:21, 18:9, 21:20
**moving** [3] - 7:19, 26:18, 26:23
**MR** [4] - 26:14, 27:6, 27:18, 28:8
**MS** [23] - 3:13, 3:19, 3:22, 4:8, 4:16, 7:9, 13:12, 14:21, 16:5, 17:5, 18:13, 19:15, 20:23, 21:16, 22:12, 23:2, 24:5, 24:22, 25:13, 26:10, 26:11, 28:1, 28:4
**multi** [1] - 10:19
**multi-year** [1] - 10:19
**multiple** [2] - 5:11, 5:17
**must** [1] - 21:22

**N**

**name** [3] - 16:18, 22:11, 24:11
**names** [4] - 4:5, 21:25, 22:13, 25:25
**narrow** [5] - 8:3, 9:2,

9:7, 12:25
**NDEA** [1] - 8:14
**NE** [1] - 2:4
**need** [8] - 7:25, 15:7, 15:18, 19:12, 19:25, 24:23, 24:24, 27:24
**needed** [1] - 18:16
**needs** [3] - 15:3, 18:11, 26:8
**negotiating** [1] - 14:7
**negotiations** [1] - 7:16
**net** [1] - 8:17
**never** [1] - 11:11
**nevertheless** [2] - 12:8, 15:19
**NEW** [1] - 1:1
**New** [2] - 1:8, 1:16
**news** [2] - 3:23, 3:24
**next** [3] - 4:13, 26:12, 27:14
**NIGH** [1] - 1:18
**nitrosamine** [6] - 7:1, 11:19, 11:22, 15:12, 16:1, 16:15
**nitrosamines** [1] - 16:11
**none** [2] - 15:8, 15:24
**note** [2] - 7:12, 16:21
**noted** [3] - 6:7, 11:7, 26:22
**nothing** [3] - 21:1, 27:19, 27:21
**noting** [1] - 28:8
**notion** [2] - 20:10, 24:22
**NUMBER** [1] - 1:3
**number** [7] - 3:15, 5:1, 6:6, 9:19, 13:24, 16:7, 21:18
**numbers** [1] - 13:18

**O**

**observations** [1] - 5:11
**occurred** [4] - 12:6, 16:19, 16:23, 24:12
**October** [1] - 27:5
**offered** [2] - 12:11, 20:2
**offering** [2] - 19:18, 20:3
**officer** [1] - 23:10
**Official** [1] - 1:22
**Ohio** [1] - 2:13
**one** [16] - 4:13, 5:9, 6:4, 6:13, 8:22, 11:11, 15:2, 18:13, 19:17, 19:22, 22:8, 22:15, 23:11, 23:20,

24:7, 26:3
**ongoing** [8] - 6:22, 7:2, 7:3, 12:16, 14:3, 14:5, 17:12, 18:16
**optimistic** [1] - 27:12
**order** [1] - 4:23
**orders** [1] - 28:2
**Orleans** [1] - 1:16
**outset** [1] - 7:12
**outside** [1] - 21:3
**overseas** [2] - 23:2, 24:6
**oversight** [1] - 5:18
**own** [1] - 10:3

**P**

**p.m** [3] - 1:9, 3:2, 28:13
**pages** [4] - 6:16, 11:8, 21:4, 25:5
**part** [1] - 20:10
**particular** [1] - 8:12
**particularly** [1] - 23:21
**parties** [1] - 27:14
**parts** [2] - 26:19, 26:24
**past** [4] - 6:12, 9:13, 13:25
**Pennsylvania** [1] - 2:9
**people** [18] - 4:20, 5:21, 5:25, 13:18, 20:3, 20:9, 20:13, 21:20, 22:16, 23:12, 23:18, 24:15, 24:18, 24:19, 25:2, 25:7, 25:15, 25:18
**per** [1] - 26:15
**percent** [1] - 10:14
**perhaps** [2] - 11:17, 24:6
**period** [14] - 7:3, 9:7, 9:24, 11:14, 15:10, 15:13, 17:8, 17:9, 19:19, 19:20, 19:23, 20:13, 22:24, 25:2
**periods** [1] - 15:24
**person** [9] - 8:22, 12:19, 21:7, 22:11, 22:20, 23:8, 23:24, 24:2, 25:8
**personal** [1] - 8:19
**persons** [2] - 22:8, 24:1
**pertain** [3] - 8:10, 13:7, 15:22
**pertaining** [2] - 8:20, 15:6
**pertains** [8] - 10:15, 11:13, 11:15, 12:5,

15:8, 22:22, 22:23, 23:5
**Pharma** [3] - 2:6, 2:9, 2:10
**Pharmaceutical** [1] - 2:5
**Pharmaceuticals** [1] - 2:5
**Philadelphia** [1] - 2:9
**picked** [2] - 22:16, 23:12
**picking** [1] - 21:24
**Piedmont** [1] - 2:4
**pitched** [1] - 21:20
**Plaintiffs** [2] - 1:16, 1:20
**plaintiffs** [21] - 7:16, 7:18, 9:8, 9:18, 9:25, 10:7, 10:23, 11:4, 11:11, 12:3, 12:9, 12:17, 13:4, 17:11, 17:13, 17:22, 22:21, 23:16, 23:21, 25:3, 26:15
**plaintiffs'** [13] - 8:1, 8:9, 8:21, 9:14, 9:16, 10:10, 10:16, 10:18, 12:18, 13:7, 15:14, 15:17, 17:19
**plan** [1] - 18:21
**play** [1] - 14:16
**pleaded** [2] - 9:16, 11:15
**pleading** [1] - 17:19
**plus** [3] - 18:7, 19:19, 23:14
**point** [9] - 6:13, 6:24, 7:15, 7:23, 10:18, 17:5, 17:21, 20:6, 21:13
**points** [1] - 13:13
**policies** [1] - 19:7
**position** [1] - 7:20
**positions** [1] - 22:8
**post** [11] - 10:7, 10:8, 10:21, 11:17, 12:1, 12:13, 14:25, 15:1, 15:16
**post-date** [1] - 10:21
**post-manufacture** [1] - 15:16
**post-recall** [5] - 12:1, 12:13, 14:25, 15:1, 15:16
**potentially** [1] - 27:6
**poured** [1] - 18:18
**predicting** [1] - 20:11
**prefer** [1] - 23:17
**preference** [1] - 20:24
**presence** [1] - 8:14

**PRESENT** [1] - 2:15
**present** [3] - 4:2, 4:11, 4:22
**presented** [1] - 28:6
**pretty** [2] - 13:25, 21:8
**previous** [1] - 24:8
**primary** [4] - 12:15, 12:19, 21:20, 23:13
**problem** [1] - 16:15
**problems** [1] - 16:25
**proceed** [2] - 20:17, 26:8
**Proceedings** [2] - 1:24, 28:13
**proceedings** [1] - 28:16
**PROCEEDINGS** [1] - 3:1
**process** [5] - 8:12, 11:16, 14:25, 15:6, 15:10
**produce** [6] - 9:5, 9:11, 13:8, 14:8, 18:22, 19:13
**produced** [10] - 1:25, 6:14, 10:13, 11:2, 11:7, 14:17, 20:11, 20:20, 23:9, 26:3
**producing** [2] - 17:8, 21:14
**product** [1] - 16:4
**production** [9] - 10:11, 10:13, 13:25, 18:23, 18:25, 20:15, 22:23, 23:4, 26:7
**productions** [7] - 4:1, 4:21, 5:5, 5:23, 10:6, 11:3, 20:7
**PRODUCTS** [1] - 1:4
**pronounce** [1] - 5:8
**proof** [1] - 14:11
**proportional** [6] - 12:25, 13:1, 18:10, 21:18, 23:20, 26:7
**proportionality** [3] - 7:22, 13:11, 22:1
**proposal** [1] - 10:10
**proposed** [10] - 5:1, 6:12, 9:19, 12:24, 15:5, 23:7, 25:3, 25:8, 27:8, 27:10
**proposing** [1] - 27:4
**prove** [1] - 15:18
**publicly** [1] - 5:10
**pull** [1] - 20:8
**pulled** [2] - 22:6, 22:21
**pulling** [1] - 25:1
**purchased** [2] - 15:9, 15:23

**put** [1] - 25:21

## Q

**quality** [1] - 23:10
**quantity** [1] - 8:10
**quick** [1] - 18:13
**quite** [1] - 11:11
**quoting** [1] - 5:15

## R

**raise** [2] - 7:12, 18:17
**raised** [2] - 11:21, 13:11
**Ram** [1] - 4:13
**Rama** [1] - 4:11
**random** [2] - 22:6, 24:18
**Rao** [4] - 4:13, 6:17, 12:18, 23:10
**RASO** [1] - 1:18
**rational** [1] - 22:7
**rationale** [1] - 10:19
**RE** [1] - 1:4
**reached** [3] - 4:18, 7:23, 17:10
**read** [4] - 4:4, 4:7, 13:17, 21:2
**reality** [1] - 27:9
**really** [8] - 4:20, 7:21, 7:25, 8:20, 13:21, 16:3, 26:15, 26:18
**reason** [3] - 19:24, 20:20, 25:19
**reasonable** [3] - 12:24, 13:1, 25:21
**reasons** [6] - 10:3, 11:24, 12:23, 19:25, 20:25, 24:13
**recalled** [5] - 8:18, 8:24, 14:24, 18:5, 22:3
**receive** [1] - 10:24
**received** [1] - 27:7
**receives** [1] - 6:4
**recipient** [1] - 21:11
**recollection** [1] - 27:4
**record** [4] - 4:5, 13:18, 16:7, 28:16
**recorded** [1] - 1:24
**Reddy** [2] - 4:14
**reference** [1] - 23:3
**referred** [1] - 24:9
**referring** [1] - 24:8
**regard** [1] - 21:25
**regards** [1] - 5:16
**regulator** [1] - 18:2
**regulatory** [19] - 11:8, 11:10, 11:18, 12:16,

12:17, 12:19, 13:6, 15:20, 17:25, 18:7, 21:7, 21:10, 21:15, 21:17, 21:19, 23:1, 23:8, 24:6, 24:11
**rejected** [1] - 25:4
**relate** [1] - 19:21
**related** [4] - 8:8, 10:16, 15:25, 25:4
**relates** [1] - 23:4
**relevance** [2] - 7:21, 12:22
**relevant** [15] - 4:20, 17:12, 18:1, 19:11, 19:14, 21:18, 22:9, 23:12, 23:21, 23:24, 24:3, 24:19, 25:18, 26:6
**remedy** [2] - 6:20
**remember** [2] - 17:7, 24:25
**reminder** [1] - 5:2
**remote** [1] - 17:18
**removed** [1] - 17:25
**repeat** [2] - 5:11, 5:14
**repeated** [1] - 5:17
**Reporter** [1] - 1:22
**Reporter/Transcriber** [1] - 28:18
**request** [2] - 11:25, 17:13
**requesting** [1] - 20:9
**requests** [2] - 9:4, 10:4
**respect** [2] - 8:19, 26:13
**respond** [3] - 5:21, 16:3, 20:6
**responding** [3] - 5:25, 6:18, 12:19
**response** [6] - 6:14, 16:16, 16:18, 16:19, 18:13
**responses** [5] - 11:7, 21:19, 22:15, 22:16, 23:11
**responsibility** [3] - 12:15, 21:21, 23:13
**result** [2] - 11:21, 11:22
**resulted** [2] - 8:13, 15:12
**results** [1] - 19:6
**RET** [1] - 1:11
**retailers** [1] - 26:17
**review** [1] - 10:13
**Road** [1] - 2:4
**road** [1] - 18:21
**Robert** [1] - 2:17

**robust** [2] - 12:21, 23:14
**roles** [1] - 12:14
**rules** [2] - 7:22, 8:5

## S

**sake** [1] - 4:8
**sale** [2] - 15:16, 19:22
**sales** [2] - 8:17, 12:5
**sample** [1] - 6:23
**save** [1] - 6:16
**scenes** [1] - 13:19
**schedule** [2] - 27:8, 27:10
**scope** [8] - 8:1, 8:3, 8:4, 8:16, 9:2, 9:7, 9:21, 12:25
**screen** [1] - 3:17
**se** [1] - 26:15
**search** [6] - 9:6, 9:21, 21:18, 25:3, 25:4, 26:1
**searched** [1] - 25:24
**secondly** [1] - 13:21
**see** [7] - 5:9, 10:20, 12:23, 19:6, 19:7, 20:20, 28:11
**seeing** [1] - 24:10
**seek** [1] - 11:13
**selected** [1] - 22:6
**sends** [1] - 10:25
**sense** [2] - 8:16, 22:18
**sent** [6] - 5:6, 10:25, 16:9, 22:14, 22:16, 25:8
**September** [3] - 1:8, 11:2, 28:17
**set** [2] - 8:1, 10:4
**seven** [3] - 15:16, 15:21, 18:4
**several** [1] - 10:2
**shake** [2] - 27:11, 27:15
**show** [2] - 14:12, 14:14
**showed** [2] - 19:7, 24:17
**showing** [1] - 26:6
**side** [1] - 3:18
**signed** [1] - 22:15
**signs** [1] - 23:11
**similar** [1] - 17:1
**simply** [1] - 11:9
**single** [2] - 8:22, 24:14
**Sirinivas** [1] - 4:11
**sites** [2] - 5:12, 5:17
**six** [10] - 5:4, 9:7, 9:24, 15:21, 18:24, 19:18, 20:8, 24:1,

26:3, 26:4
**six-year** [3] - 9:7, 9:24, 19:18
**slipped** [1] - 19:8
**small** [1] - 8:10
**SMITH** [1] - 2:16
**so..** [1] - 27:20
**sold** [2] - 18:4, 22:3
**soon** [1] - 28:11
**South** [1] - 1:19
**span** [1] - 19:20
**SPECIAL** [23] - 1:11, 3:1, 3:3, 3:16, 3:20, 4:6, 4:15, 7:6, 14:18, 16:2, 17:3, 18:12, 20:17, 22:4, 22:25, 23:23, 25:20, 26:12, 27:3, 27:16, 27:21, 28:5, 28:10
**specific** [2] - 5:12, 20:25
**specifics** [1] - 7:10
**spinning** [1] - 20:8
**spirit** [1] - 12:10
**splitting** [1] - 24:7
**stand** [1] - 3:21
**STANOCH** [3] - 1:15, 26:14, 27:6
**Stanoch** [1] - 26:14
**start** [3] - 3:22, 9:8, 9:20
**started** [1] - 3:4
**starting** [1] - 15:5
**state** [1] - 5:16
**STATES** [1] - 1:1
**stenography** [1] - 1:24
**step** [1] - 17:25
**STEVEN** [1] - 2:3
**still** [8] - 6:11, 6:22, 6:24, 7:2, 14:7, 14:16, 20:8, 27:9
**Street** [4] - 1:15, 1:19, 2:8, 2:12
**Streets** [1] - 1:7
**strikes** [1] - 28:2
**submit** [1] - 25:17
**submitted** [1] - 21:4
**subsequent** [2] - 12:19, 15:25
**substantively** [1] - 22:17
**substitute** [1] - 24:2
**Sudhakar** [1] - 4:14
**suffice** [1] - 7:1
**suggest** [2] - 10:8, 23:25
**suggesting** [1] - 22:7
**suggests** [1] - 26:3
**Suite** [3] - 1:19, 2:4,

2:12
**super** [1] - 10:23
**suppose** [1] - 18:17
**surprised** [1] - 3:7
**switch** [1] - 22:18

### T

**tailor** [1] - 9:22
**tailored** [1] - 25:3
**tangential** [2] - 12:22, 18:5
**tapes** [1] - 20:8
**targeted** [1] - 23:20
**tea** [1] - 20:11
**teams** [1] - 5:20
**technological** [1] - 11:25
**terabytes** [1] - 10:12
**terms** [4] - 9:6, 9:21, 25:3, 25:4
**test** [1] - 19:5
**testing** [2] - 15:4, 15:7
**tethered** [1] - 15:18
**Teva** [3] - 2:5, 2:5, 14:5
**the Court** [4] - 7:13, 7:14, 13:9, 27:14
**theoretical** [1] - 27:12
**they've** [1] - 20:15
**third** [1] - 23:14
**THOMAS** [2] - 1:11, 3:2
**thousands** [1] - 11:8
**thread** [1] - 17:14
**three** [2] - 4:4, 12:20
**today** [9] - 3:7, 3:9, 24:13, 25:17, 26:16, 26:25, 27:23, 28:3, 28:11
**topic** [1] - 3:10
**topics** [1] - 3:8
**total** [2] - 8:16, 9:16
**trade** [1] - 23:16
**transcript** [2] - 1:24, 28:15
**transcription** [1] - 1:25
**transfer** [1] - 15:6
**TRAURIG** [1] - 2:3
**trial** [2] - 14:11, 15:18
**tried** [1] - 9:22
**truly** [3] - 17:17, 18:5, 19:17
**truncated** [1] - 18:23
**try** [1] - 19:10
**two** [10] - 3:8, 5:3, 13:13, 15:2, 19:22, 23:13, 23:20, 25:23, 26:1, 27:1

**two-year** [1] - 19:22
**type** [1] - 20:18

### U

**U.S** [1] - 1:7
**ULMER** [1] - 2:11
**unacceptable** [1] - 5:16
**under** [2] - 8:5, 27:10
**understood** [1] - 26:10
**unit** [9] - 5:3, 5:12, 6:5, 22:23, 23:4, 23:5, 24:9
**UNITED** [1] - 1:1
**units** [2] - 5:3, 23:12
**unjustified** [1] - 10:2
**unreasonable** [1] - 20:5
**untethered** [2] - 10:16, 17:18
**up** [10] - 4:1, 10:22, 12:12, 13:25, 20:8, 20:14, 20:19, 21:1, 24:17, 25:2
**updates** [1] - 26:18
**US** [2] - 12:17, 23:7
**USA** [2] - 2:5, 2:10

### V

**vacuum** [1] - 21:25
**valid** [1] - 21:23
**VALSARTAN** [1] - 1:4
**valsartan** [5] - 10:6, 20:10, 21:9, 21:22, 23:5
**value** [4] - 8:17, 9:16, 13:14, 13:16
**Vanaskie** [1] - 12:23
**VANASKIE** [23] - 1:11, 3:2, 3:3, 3:16, 3:20, 4:6, 4:15, 7:6, 14:18, 16:2, 17:3, 18:12, 20:17, 22:4, 22:25, 23:23, 25:20, 26:12, 27:3, 27:16, 27:21, 28:5, 28:10
**vast** [1] - 12:4
**vastly** [1] - 13:19
**VAUGHN** [1] - 1:18
**version** [2] - 5:10, 6:17
**via** [1] - 3:1
**VIA** [1] - 1:5
**view** [1] - 27:2
**Vine** [1] - 2:12
**Vivimed** [1] - 13:23
**volunteer** [1] - 27:20

### W

**waited** [1] - 18:17
**wants** [1] - 5:4
**warning** [16] - 5:6, 5:21, 5:25, 6:1, 6:4, 6:6, 6:14, 6:18, 11:21, 14:6, 18:24, 21:12, 22:14, 24:16, 24:19
**warrant** [1] - 20:12
**warranted** [1] - 9:10
**week** [1] - 7:14
**weeks** [2] - 26:20, 27:1
**whatsoever** [1] - 8:23
**WHITELEY** [1] - 1:14
**whole** [1] - 3:7
**wholesaler** [1] - 26:13
**Wholesaler** [1] - 2:13
**wholesalers** [3] - 26:17, 26:22, 27:7
**wish** [1] - 11:4
**word** [2] - 6:24, 6:25
**words** [2] - 6:10, 6:21
**worth** [3] - 19:22, 20:9, 27:13
**writing** [1] - 6:18
**wrote** [1] - 5:11

### Y

**year** [15] - 9:7, 9:9, 9:13, 9:20, 9:24, 10:6, 10:8, 10:19, 13:25, 19:18, 19:20, 19:22, 20:13, 24:21, 25:2
**years** [15] - 9:25, 10:7, 10:22, 12:1, 12:12, 15:15, 15:16, 15:21, 18:4, 18:5, 18:7, 20:8, 21:22
**yesterday** [1] - 27:8

### Z

**ZHP** [1] - 13:23
**Zoom** [1] - 3:1
**ZOOM** [1] - 1:5