# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION | Case No.: 1:19-md-02875-RBK-JS<br><br>Hon. Robert B. Kugler |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Valerie Rodich-Annese in the above captioned case.

Dated: October 2, 2023                                    Respectfully Submitted

*/s/ Mark Patronella*
Mark Patronella
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, D.C. 20002
Office: (202) 470-3520
Fax: (202) 800-2730
mpatronella@classlawdc.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of October 2023, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record who has consented to electronic notification.

*/s/ Mark Patronella*
Mark Patronella