# EXHIBIT A (CONFIDENTIAL)