**GT** GreenbergTraurig

Victoria Davis Lockard
Tel 678.553.2100
Fax 678.553.2212
lockardv@gtlaw.com

October 2, 2023

**VIA ECF**

The Honorable Robert B. Kugler
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

Re:     **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
        **Case No. 1:19-md-02875-RBK-JS**

Dear Judge Kugler and Special Master Vanaskie:

This letter is to provide Defendants' positions with respect to the topics on the agenda for

the Case Management Conference with the Court on October 4, 2023. The parties do not expect

the need to discuss any confidential materials as part of these agenda items.

**1.   Losartan/Irbesartan Discovery – Torrent Update**

Torrent and Plaintiffs have reached an agreement regarding discovery end dates for

custodial productions. The parties have agreed to an end date of May 22, 2023, for newly identified

custodians and the following custodians previously identified during valsartan discovery:

**GT** GreenbergTraurig

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 2

1. Sushil Jaiswal
2. Dilkesh Shah
3. Reddy Neravetla
4. Jocelyn Rivera

Torrent will search the remaining custodial files identified during valsartan discovery through the

original date of collection.

### 2.  Plaintiff Fact Sheet Deficiencies and Orders to Show Cause

**Cases Addressed at the September 12, 2023 Case Management Conference:**

The Court issued 33 show cause orders returnable at the October 4, 2023 Case Management

Conference:

1. *Ricky Young v. ZHP, et al.* – 22-cv-7210
2. *Leslie Sturgill v. ZHP, et al.* – 23-cv-612
3. *Joseph George v. Hetero, et al.* – 21-cv-12916
4. *Michelle Worms v. Hetero, et al.* – 20-cv-19852
5. *Robert Lee v. Hetero Drugs, et al.* – 20-cv-19843
6. *Karl Bartels v. Hetero Labs, et al.* – 20-cv-19869
7. *Phyliss Axt v. ZHP, et al.* – 20-cv-8050
8. *James Polk v. ZHP, et al.* – 21-cv-13582
9. *Tommy Benton v. Teva, et al.* – 21-cv-13858
10. *Jerome Zimmerman v. ZHP, et al* – 23-cv-1884
11. *Ronald Jackson v. Torrent, et al* – 23-cv-2341
12. *Byron Wrigley v. ZHP, et al.* – 23-cv-831
13. *Steven Petrie v. ZHP, et al.* 23-cv-1772
14. *Gregory Adams v. Hetero, et al.* – 20-cv-15420
15. *Antonio Guzman v. Hetero, et al* – 20-cv-15712
16. *Lori Stratton v. Torrent, et al.* – 20-cv-15476
17. *Lawrence Taliaferro v. Camber, et al.* 20-cv-15479
18. *Darlene Barzee v. Aurolife, et al.* – 20-cv-15731
19. *Shirley Black v. Torrent, et al.* – 20-cv-15740
20. *Anthony Burton v. Aurolife, et al* – 20-cv-15742
21. *Lillian Ghrigsby v. Aurolife, et al.* – 20-cv-15746
22. *Dianne Hardy v. Aurolife, et al.* – 20-cv-15748
23. *Robert Henley v. ZHP, et al.* – 20-cv-15750
24. *Rhonda Kent v. Hetero, et al.* – 20-cv-15752
25. *Jesus David Torres v. Hetero, et al.* 20-cv-15758



The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 3

26. *Joy Higgins v. Hetero, et al.* – 20-cv-15759
27. *Gonzalo Salazar v. Hetero, et al.* – 21-cv-20033
28. *Dinah Brown v. Camber, et al.* – 21-cv-14477
29. *Rosanne O'Callaghan v. Aurobindo, et al.* – 20-cv-15125
30. *Shawna Martinez v. Aurobindo, et al.* – 21-cv-12152
31. *Emmett Wesson v. Aurobindo, et al.* – 23-cv-2342
32. *E/O Barbara Kaluhiokalani v. Hetero, et al.* – 23-cv-2550
33. *E/O Mary Hines v. ZHP, et al.* – 23-cv-2674

The issues in the *Young*, *Axt*, *Polk*, *Kaluhiokalani*, *Hines*, and *Zimmerman* matters are resolved, and the show cause orders may be withdrawn.

The issues in the *Sturgill*, *George*, *Worms*, *Lee*, *Bartels*, *Jackson*, *Wrigley*, *Petrie*, *Adams*, *Guzman*, *Stratton*, *Taliaferro*, *Barzee*, *Black*, *Burton*, *Ghrigsby*, *Hardy*, *Henley*, *Kent*, *Torres*, *Higgins*, and *Wesson* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

The issues in the *Benton*, *Salazar*, *Brown*, *O'Callaghan*, and *Martinez* matters remain unresolved, and Defendants request their dismissal at this time.

**<u>Second Listing Cases – Order to Show Cause Requested:</u>**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on September 26, 2023, and a global meet and confer was held on September 29, 2023. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

**GT** GreenbergTraurig

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 4

Defense counsel will be prepared to address the individual issues with respect to each of

these cases, to the extent necessary, during the October 4, 2023 Case Management Conference:

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Stacey Thomas v. Hetero, et al. | 19-cv-21832 | Farris Riley | Need medical expenses. | 7/30/23 |
| 2. | E/O Brandon Kemp v. ZHP, et al. | 21-cv-9827 | Blizzard Law | Provide undated authorizations. | 7/30/23 |
| 3. | Phillip Quinn v. Hetero Drugs, et al. | 21-cv-16026 | Oliver Law | Need medical expenses. | 8/11/23 |
| 4. | E/O Alexandra Samocha v. Hetero, et al. | 21-cv-17384 | Hollis Law | Need medical expenses | 8/11/23 |
| 5. | Benjamin Andrews v. ZHP, et al. | 21-cv-10908 | Whitehead Law | Need pharmacy records; need medical records; need HIPAA authorizations, all authorizations must be undated. | 8/11/23 |
| 6. | Pauline Harris v. Aurobindo, et al. | 23-cv-03016 | Levin Papantonio | PFS was not completed by proper representative; missing medical records. | 8/21/23 |

Terminus 200 Building, 3333 Piedmont Road NE, 25th Floor ◼ Atlanta, Georgia 30305 ◼ Tel 678.553.2100 ◼ Fax 78.553.2212



The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 5

| 7. | Antoinette Smith v. Aurobindo, et al. | 23-cv-4166 | Oliver Law Group | Missing authorizations for several providers. | 8/22/23 |
|---|---|---|---|---|---|
| 8. | Vicki Lamb v. Hetero, et al. | 23-cv-3700 | Fleming Nolen | No PFS Filed | PFS Due – 9/11/23 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on September 26, 2023, and a global meet and confer was held on September 29, 2023. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Larry Morgan v. Prinston, et al. | 23-cv-3289 | Nigh Goldenberg | Need authorizations; need to answer dietary questions; need to answer prior convictions questions | 9/6/23 |
| 2. | Thetta Smith v. ZHP, et al. | 23-cv-3291 | Nigh Goldenberg | Largely deficient PFS; no records; no authorizations | 9/6/23 |

**GT GreenbergTraurig**

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 6

| 3. | E.O. Joseph Saad, et al. v. Hetero Drugs, Ltd., et al. | 23-cv-03218 | Levin Papantonio Rafferty | No insurance records authorizations produced for: Aetna Insurance or Express Scripts. Only health care authorizations were provided for said entities. Please produce properly executed and undated insurance records authorizations for Aetna and Express Scripts. | 9/1/23 |
|---|---|---|---|---|---|
| 4. | Paul Blanchard v. ZHP, et al. | 23-cv-4108 | Farr, Farr | No PFS Filed | PFS Due - 10/1/23 |
| 5. | Yuriy Fershter v. ZHP, et al. | 23-cv-4110 | Farr, Farr | No PFS Filed | PFS Due - 10/1/23 |
| 6. | Gerald Eaton v. Mylan, et al. | 23-cv-4114 | Farr, Farr | No PFS Filed | PFS Due - 10/1/23 |
| 7. | Regina Hill v. Aurobindo, et al. | 23-cv-4125 | Farr, Farr | No PFS Filed | PFS Due - 10/2/23 |
| 8. | Roberta Miller v. ZHP, et al. | 23-cv-4136 | Farr, Farr | No PFS Filed | PFS Due - 10/2/23 |
| 9. | Igor Berkovski v. Hetero, et al. | 23-cv-4153 | Charles E. Boyk | No PFS Filed | PFS Due - 10/3/23 |



The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
Page 7

| 10. | Janice Parks v. ZHP, et al. | 23-cv-4155 | Farr, Farr | No PFS Filed | PFS Due - 10/3/23 |
|---|---|---|---|---|---|
| 11. | Gary Worthen v. Aurobindo Pharma, et al. | 23-cv-4163 | Farr, Farr | No PFS Filed | PFS Due - 10/3/23 |

Respectfully submitted,

*/s/ Victoria Davis Lockard*

Victoria Davis Lockard

cc:     Adam Slater, Esq. (*via email, for distribution to Plaintiffs' Counsel*)
        Jessica D. Miller, Esq. (*via email, for distribution to Defendants' Counsel*)
        Lori G. Cohen, Esq. (*via email*)
        Clem C. Trischler, Esq. (*via email*)
        Sarah E. Johnston, Esq. (*via email*)
        Jeffrey D. Geoppinger, Esq. (*via email*)