UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 4, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**    JOHN KURZ

**TITLE OF CASE:**            **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Daniel Nigh, Esq. | Steven Harkins, Esq. |
| Ruben Honik, Esq. | Greg Ostfeld, Esq. |
| | William Murtha, Esq. |
| | Jeff Geoppinger, Esq. |
| | Brittney Nagle, Esq. |
| | Frank Stoy, Esq. |
| | Jason Reefer, Esq. |
| | Kara Kapke, Esq. |
| | Kristen Ives, Esq. |
| | Kate Deal, Esq. |
| | D'Lesli Davis, Esq. |
| | Dan Campbell, Esq. |
| | Thomas Fox, Esq. |
| | Maysa Daoud, Esq. |

**NATURE OF PROCEEDINGS**:    CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:05p.m.    Time Adjourned: 1:30p.m.    Total Time in Court:  0:25