# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br><br><br>*This Documents Relates to All Actions* | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

## AMERISOURCEBERGEN CORPORATION'S NOTICE OF CORPORATE NAME CHANGE TO CENCORA, INC.

Defendant AmerisourceBergen Corporation hereby provides notice that it has changed its name from AmerisourceBergen Corporation to Cencora, Inc. *See* Exhibit A. Future filings will refer to this Defendant as "AmerisourceBergen Corporation (n/k/a Cencora, Inc.)."

Dated:  October 6, 2023

Respectfully submitted,

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Tel.: (513) 698-5038
Fax: (513) 698-5039
Email: jgeoppinger@ulmer.com

**Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger