# EXHIBIT 1

| | |
|---|---|
| **From:** | George T. Williamson <gwilliamson@farr.com> |
| **Sent:** | Thursday, August 24, 2023 5:29 PM |
| **To:** | Hansen, Milli Kanani (WAS) |
| **Cc:** | Bernardo, Richard T (NYC); Behram Parekh; aslater |
| **Subject:** | [Ext] Re: [EXT]FW: Order on Motion to Compel |

Milli, we have reviewed the Order and disagree with your position with respect to collection and search of cell phones for WeChat transcripts. We intend to brief the issue.

Thanks,

**George T. Williamson** | Director
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.
99 Nesbit Street, Punta Gorda, Florida 33950
**941.639.1158** | F: 941.639.0028 | farr.com



**From:** Hansen, Milli Kanani <Milli.Hansen@skadden.com>
**Sent:** Thursday, August 24, 2023 3:42 PM
**To:** George T. Williamson <gwilliamson@farr.com>
**Cc:** Bernardo, Richard T <Richard.Bernardo@skadden.com>
**Subject:** [EXT]FW: Order on Motion to Compel

Hi George – See attached, pp 6-7.

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================