# Exhibits 5-14

**ZHP has designated the above exhibits as confidential. In accordance with the Court's Confidentiality and Protective order, ZHP will forward the Exhibits to the Court directly via email for its in camera review.**