| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| | **FOR THE DISTRICT OF NEW JERSEY** |
| 2 | |

3  IN RE:  VALSARTAN, LOSARTAN, AND       CIVIL ACTION NUMBER:

4  IRBESARTAN PRODUCTS LIABILITY         1:19-md-02875-RBK

5  LITIGATION                           CASE MANAGEMENT CONFERENCE

6

7  Mitchell H. Cohen Building & U.S. Courthouse
   4th and Cooper Streets
8  Camden, New Jersey  08101
   Wednesday, October 4, 2023
9  Commencing at 1:05 p.m.

10 **B E F O R E:**       **THE HONORABLE ROBERT B. KUGLER,**
                         **UNITED STATES DISTRICT JUDGE**
11                                    **and**
                         **THOMAS I. VANASKIE (RET.), SPECIAL MASTER**

12

13 **A P P E A R A N C E S:**

14 HONIK, P.C.
   BY:  RUBEN HONIK, ESQUIRE
15 1515 Market Street, Suite 1100
   Philadelphia, Pennsylvania 19103
16 Counsel for Plaintiffs

17 NIGH GOLDENBERG RASO & VAUGHN
   BY: DANIEL A. NIGH, ESQUIRE
18 14 Ridge Square NW, Third Floor
   Washington, DC 20016
19 Counsel for Plaintiffs

20

21              John J. Kurz, Official Court Reporter
                   John_Kurz@njd.uscourts.gov
                        (856)576-7094

22

23      Proceedings recorded by mechanical stenography; transcript
             produced by computer-aided transcription.

24

25

**A P P E A R A N C E S:** (Continued)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
BY:  THOMAS FOX, ESQUIRE
One Manhattan West, Suite 42-128
New York, NY 10001
Counsel for Defendant ZHP

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
BY:  FRANK STOY, ESQUIRE
     JASON M. REEFER, ESQUIRE
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Counsel for Defendant Mylan Pharmaceuticals, Inc.


GREENBERG TRAURIG LLP
BY:  STEVEN M. HARKINS, ESQUIRE
     GREGORY E. OSTFELD, ESQUIRE
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc.


NORTON ROSE FULBRIGHT US LLP
BY:  D'LESLI DAVIS, ESQUIRE
2200 Ross Avenue
Suite 3600
Dallas, Texas 75201
Counsel for Defendant Mckesson Corp.


MORGAN, LEWIS & BOCKIUS, LLP
BY:  KATHRYN E. DEAL, ESQUIRE
1701 Market Street
Philadelphia, Pennsylvania 19103
Counsel for Defendants Aurolife Pharma LLC
and Aurobindo Pharma USA, Inc.


KIRKLAND & ELLIS LLP
BY:  BRITTNEY NAGLE, ESQUIRE
601 Lexington Avenue
New York, New York 10022
Counsel for Defendants Torrent Pharma, Inc.
and Torrent Pharmaceuticals Ltd.

1   **A P P E A R A N C E S:** **(Continued)**

2   ULMER & BERNE LLP
    BY: JEFFREY D. GEOPPINGER, ESQUIRE
3   600 Vine Street, Suite 2800
    Cincinnati, Ohio 45202
4   Counsel for Wholesaler Defendants and AmerisourceBergen

5   CROWELL & MORING LLP
    BY:  DANIEL TODD CAMPBELL, ESQUIRE
6   1001 Pennsylvania Avenue, NW
    Washington, DC 20004
7   Counsel for Defendant Cardinal Health

8   BARNES & THORNBURG, LLP
    BY:  KARA KAPKE, ESQUIRE
9   11 South Meridian Street
    Indianapolis, IN 46204
10  Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
    Rite Aid Corporation
11
    FALKENBERG IVES LLP
12  BY:  KIRSTIN B. IVES, ESQUIRE
    230 W Monroe Street, Suite 2220
13  Chicago, Illinois 60606
    Counsel for Defendant Humana
14
    HILL WALLACK, LLP
15  BY: WILLIAM MURTHA, ESQUIRE
    21 Roszel Road
16  Princeton, New Jersey 08540
    Counsel for Defendants Hetero Drugs and Hetero Labs
17
    HUSCH BLACKWELL LLP
18  BY:  MAYSA DAOUD, ESQUIRE
    8001 Forsyth Boulevard, Suite 1500
19  St. Louis, Missouri 63105
    Counsel for Defendants Express Scripts, Inc.
20

21  **Also present:**

22  Liza M. Walsh, Esquire, Walsh Pizzi O'Reilly Falanga

23  Larry MacStravic, The Courtroom Deputy

24

25

```
 1              (PROCEEDINGS, held in open court before the Honorable
 2     Robert B. Kugler, United States District Judge, and Thomas I.
 3     Vanaskie (Ret.), Special Master, at 1:05 p.m. as follows:)
 4              THE COURTROOM DEPUTY:  All rise.
 5              JUDGE KUGLER:  Afternoon.  Have a seat, everybody.
 6              We seem to be losing people at a rapid clip.  Is it
 7     because you're just bored with the case or...
 8              MR. HONIK:  Not at all, Your Honor.  Daniel and I
 9     think of ourselves as the Zack Wheeler and Aaron Nola of the
10     valsartan plaintiffs' team.  So we wanted to bring the best to
11     you today.
12              JUDGE KUGLER:  Well, thank you.  That's very nice.
13              Okay.  Before we get to what's on the agenda, I think
14     Judge Vanaskie has some questions.
15              JUDGE VANASKIE:  Yeah.  I just wanted to see where
16     things stood with respect to the irbesartan and losartan fact
17     sheets.
18              MR. HONIK:  Good afternoon, Your Honor.  I can report
19     briefly on that.  I'm not the closest one to this topic.  But
20     I'm advised that we've received from the other side a draft PFS
21     just late last week, and we have been asked to comment by
22     October 11th.  And we have a schedule, if you will, in order to
23     work on that draft.  And I can report that we're meeting and
24     conferring --
25              JUDGE VANASKIE:  Moving forward.
```

1          MR. HONIK:  -- and we'll be prepared in the coming

2    weeks to provide you with hopefully a final version of it.

3          JUDGE VANASKIE:  Mr. Geoppinger, did you want to be

4    heard on that?

5          MR. GEOPPINGER:  Yeah, Your Honor, just real briefly.

6          What Mr. Honik reported is largely correct.  We

7    prepared the fact sheet as you instructed us to do.  We

8    conferred with the other defendants.  The actual fact sheet is

9    still -- the draft is still in process and we'll get it to the

10   plaintiffs very shortly.  What we did provide the plaintiffs

11   was a scheduling order for the discovery and the first eight

12   being us to provide the fact sheet to them so they could

13   consider it and we can negotiate and then bring it to the Court

14   if we have any issues.  But we've got that scheduling order out

15   there; the plaintiffs have that.  The fact sheet they will have

16   very shortly on the third-party payors.

17          And one thing I just wanted to mention that came up,

18   and I realize Mr. Stanoch isn't here today, I just wanted to

19   mention this to the Court, he and I discussed the fact that in

20   putting the fact sheet together, we realized that the master

21   complaints in losartan and irbesartan have a number of claims

22   in them that were subject to the motions to dismiss in the

23   valsartan case.  So we mutually agreed that it would be a good

24   idea for us both to give some consideration to how we might be

25   able to deal with those, short of motions to dismiss, and maybe

```
 1   see if we can come to some kind of agreed resolution as to how
 2   to deal with those claims so that if we agree certain claims
 3   are not in the case, that we don't have to prepare a fact sheet
 4   that addresses those claims.
 5          So we left it with we both talked to our respective
 6   sides and tried to come up with a plan to do that.  We're still
 7   working on that, but I imagine that's going to be part of this
 8   process as well.
 9          JUDGE VANASKIE:  Okay.  Very well.  Thanks.
10          MR. GEOPPINGER:  All right.  Thank you.
11          JUDGE KUGLER:  Anything else?
12          JUDGE VANASKIE:  That's all I have.
13          JUDGE KUGLER:  All right.  Let's turn to the orders
14   to show cause.
15          We have a number of them.  Defendants want to dismiss
16   the orders to show cause because they've resolved the problems.
17   That's the Ricky Young, Phyliss Axt, A-X-T, James Polk, Jerome
18   Zimmerman, Estate of Barbara Kaluhiokalani, and the Estate of
19   Mary Hines.
20          Anything else?
21          MR. HARKINS:  No updates on those six, Your Honor.
22          JUDGE KUGLER:  Okay.  And you have a whole bunch of
23   them:  Sturgill, George, Worms, Lee, Bartels, Jackson, Wrigley,
24   Petrie, Adams, Guzman, Stratton, Taliaferro, Barzee, Black,
25   Burton, Ghrigsby, Hardy, Henley, Kent, Torres, Higgins and
```

1   Wesson, you want to relist at the next case management

2   conference, correct?

3           MR. HARKINS:  That's correct, Your Honor.  We'd ask

4   to continue all of those cases.

5           JUDGE KUGLER:  All right.  That leaves Benton,

6   Salazar, Brown, O'Callaghan and Martinez.  Still unresolved?

7           MR. HARKINS:  One update, Your Honor.  We've resolved

8   the issues in Martinez.  That one can be withdrawn as moot.

9   And we'd ask for dismissal of the remaining four cases:

10  Benton, Salazar, Brown, and O'Callaghan.

11          JUDGE KUGLER:  Anybody here on Tommy Benton?

12          (No response.)

13          JUDGE KUGLER:  No response.

14          MR. NIGH:  Your Honor, I just want to address one

15  thing generally for the plaintiffs.  We had mentioned at the

16  last CMC that there are still ongoing issues with MDL

17  Centrality.  But it doesn't look that any of these four are

18  particular to those ongoing issues.  But that's the reason for

19  the continuing to the next CMC is my understanding.

20          MR. HARKINS:  That's correct, Your Honor.  We've

21  specifically addressed with the individual plaintiffs' counsel

22  for each of these cases that we've listed to confirm that those

23  issues are not impacting any of the four that we're requesting

24  dismissal of today.

25          JUDGE KUGLER:  Okay.  Gonzalo Salazar, anybody here

```
 1    on that?
 2                (No response.)
 3                JUDGE KUGLER:  Nope.
 4                Dinah Brown, anybody want to be heard on that?
 5                (No response.)
 6                JUDGE KUGLER:  Nope.  That's dismissed.
 7                And Roseanne O'Callaghan.
 8                (No response.)
 9                JUDGE KUGLER:  That will be dismissed.  So there's
10    four of them.  Benton, Salazar, Brown, O'Callaghan are all
11    dismissed.
12                Now, you have, let's see, eight more you want to
13    list; is that correct?
14                MR. HARKINS:  One update to that list, Your Honor.
15    We can remove number two on your list, the Estate of Brandon
16    Kemp.  That can be withdrawn.  And we request orders to show
17    cause returnable at the next case management conference in the
18    other seven cases.
19                JUDGE KUGLER:  Stacey Thomas, Phillip Quinn, Estate
20    of Alexandra Samocha, Benjamin Andrews, Pauline Harris,
21    Antoinette Smith, and Vicki Lamb, anybody here on any of those?
22                (No response.)
23                JUDGE KUGLER:  No response.  They'll be listed as an
24    order to show cause.
25                That leaves eleven more you want to list, correct?
```

1    Any updates on those?

2             MR. HARKINS:  No updates to that list, Your Honor.

3             JUDGE KUGLER:  Larry Morgan, Thetta Smith, Estate of

4    Joseph Saad, Paul Blanchard, Yuriy Fershter, Gerald Eaton,

5    Regina Hill, Roberta Miller, Igor Berkovski, Janice Parks, and

6    Gary Worthen, anybody here on those?

7             (No response.)

8             JUDGE KUGLER:  They will be listed next time.  Okay.

9             MR. HARKINS:  Thank you, Your Honor.

10            JUDGE KUGLER:  Any other issues you want to raise

11   with the Court?

12            MR. HARKINS:  None for the defense.

13            MR. HONIK:  None for the plaintiff.

14            MR. NIGH:  No, Your Honor.

15            JUDGE KUGLER:  All right.  Next meeting, next case

16   management conference in November, we are going to talk about

17   the trial.  I want to spend some time discussing with you how

18   you foresee this unfolding.  I want to know from you a week

19   before that conference -- I want to hear from both sides, and

20   you should be talking to each other before that -- as to how

21   long you think the trial is going to take.  You know, if you

22   both want to waive a jury, probably not, but I'll need to know

23   things like that, what problems you anticipate are going to

24   occur at the trial.

25            I want some basic information as to what kind of

motions in limine you're contemplating. I'm not going to hold

you to it 100 percent, but I want to start thinking about

timing and things of those issues, how much time we need to

prepare. Are there going to be any witness problems that

you're aware of? Are there witnesses beyond the subpoena

jurisdiction? What are we going to do about that? I want to

know those kinds of things.

You know, do you want a unanimous jury? Do you want

a jury? Or some number less than unanimity. The rule is

clear, if you can't all agree, then it's going to be unanimous

verdict, things of that nature.

I'll talk to you at the time about the way I try

civil cases. You are probably not used to the way I pick

juries in a case. I use a modified-struck juror system in

which you're not going to have people getting excused and then

being replaced by someone from the audience. All the jurors

are going to be sat. Whatever the number is, it's usually

about 25 to 30. They're all going to have a seat up here. So

when they leave, that's it, there's nobody to replace them.

And I require that the parties exercise their

peremptories simultaneously. You get one shot at it. So you

can have zero, one, two, or three excuses. You're not going to

know what your adversary is doing because I don't go back and

forth.

And then what I do is once the challenges for cause

1    are ruled upon and the peremptories are done, depending on the

2    length of the trial, I'm assuming that we're going to have

3    eight jurors, it will be the first eight left starting with

4    number 1.  You'll get the same list I'm working from, but I'll

5    show this all to you again in November when we talk about it.

6    But we pick the first eight that are left as our jurors.

7              As you know, there are no alternates in civil trials

8    in federal court.  And so whoever's left at the end is going to

9    be deliberating to the verdict in the case.

10             We don't use paper exhibits or paper documents,

11   folks.  You're going to have to digitize all the evidence that

12   you're going to present at trial.  We have pull-down screens.

13   We have big screen TVs we bring in.  We have a nomad.  We got

14   all kinds of stuff that you can use and you're going to have to

15   become familiar with what we have in our courtroom.  And you

16   can work with Mr. MacStravic about that and our technical

17   people.

18             You know, I've seen lawyers who now there's apps and

19   software on iPads that they use to present evidence and things

20   like that, but that's up to you how you want to do it.

21             But what happens is, before trial you're going to

22   submit to us a thumb drive usually that has your proposed

23   exhibits on it.  As your exhibit is received into evidence, you

24   of course can -- you'll be displaying it on the screens and do

25   whatever you want with it, but as it's received into evidence,

1    we put it on a server, and it's a server that's dedicated only

2    to the case evidence.  And once the case is done, the jurors

3    will be given iPads in which they can access all the evidence.

4    And the great thing about iPads of course is the search

5    function.  And they should be able to enter into the search

6    function an exhibit number, name of a witness, something, and

7    up will come the evidence on their iPads while they deliberate.

8           You can also load on those iPads transcripts of

9    testimony and, you know, videos, any kinds of things you have,

10   although the iPads are not able to connect to the Internet.

11   They can only connect to the dedicated server, so you don't

12   have to worry about any of that kind of stuff.

13          My experience doing this for many years is it saves

14   an enormous amount of time for the jury when you have a lot of

15   exhibits in a case and they can search it and find it

16   immediately.  So we'll talk more about that.  But I'm just

17   alerting you now that you need to digitize any evidence you're

18   going to use at any trial in the case because we're not going

19   to use paper.

20          I charge the jury before your summations.  You will

21   know what the charge is because we will spend time on the jury

22   charge before the summations.  I work towards consensus.  If

23   everybody agrees to take something out in the proposed charge,

24   we take it out.  If everybody agrees they want something else

25   in, we put it in.  But what we do is we get your requested

1    charge.  We'll give you a working draft of it and we'll work

2    off that till we find the final charge.

3              The jurors all get a copy of the charge.  You are

4    permitted to refer to the charge in your summations.  You could

5    show it up on the screen, talk about it to the jurors.  Like I

6    said, they'll all have it.  We'll all have the charge that

7    you're working on.

8              I rely on you for the voir dire questions.  Don't

9    tell me, Judge, just ask the standard questions.  I don't have

10   any standard questions.  I want you to tailor it to your

11   specific case.  I ask the questions, the voir dire questions of

12   the jurors.  There's also going to be in each seat of each

13   potential juror a questionnaire.  When I'm done the voir dire

14   portion, I ask each juror in turn to stand up and answer the

15   questions on the questionnaire.  That's the personal

16   information.  That's their name, where they live, what they do

17   for a living, family, all that personal stuff.  We'll give you

18   a copy of that because we don't need that in the general voir

19   dire.

20             When that's done, I'll bring counsel to sidebar.

21   I'll ask you if you have any challenges for cause based on what

22   you've heard, I'll rule on those, and I'll ask you if you have

23   any additional questions for any particular juror or for all

24   the jurors.  And I'm very liberal about asking more questions

25   at the time.

1          But I can tell you that process of selecting a jury

2     in that method takes maybe two hours in a case, maybe.  So

3     you're going to have to be ready to do your opening statements.

4     I follow the New Jersey state practice.  Plaintiff opens first,

5     followed by defendants; and summations it's flipped.  Again, I

6     follow the New Jersey practice, is that the defendants go first

7     in the summations and the plaintiff gets the last word in the

8     summations.

9          I'm not a big fan of sidebars because jurors hate

10    them, just hate them.  We've all been at this business long

11    enough I think that all you need to do is stand up and say

12    "objection, hearsay," and I'll turn to the proponent of the

13    evidence and say, "Why is this not hearsay?"  And we can rule

14    like that.  I mean, we all know what the rules are, folks.

15    We've been around this block a few times.

16         The only time I really have a sidebar is if there's a

17    relevance objection and somebody needs to make a proffer that

18    we don't want the jury to hear before I rule on it.  Other than

19    that, you know, we can wait till there's a break and things of

20    that nature for objections.  Again, we'll talk more about this

21    as we get closer to the trial date.  Those are the basic rules.

22         Now, my trial day is from 9:00 a.m. to 2:00 p.m.  I

23    started doing that years ago, and the jurors love it because

24    those jurors who have childcare responsibilities, you know,

25    kids coming home from school, they're home, so we don't get

1  those excuses from the jurors.  They're out of here.  We don't

2  take a lunch break.  You know, we take breaks obviously.  And I

3  tell the jurors they can bring in snacks and all that for the

4  15-minute breaks we take.  And I have found when you compare

5  transcript pages and the number of pages you do in a day, going

6  9:00 to 2:00 without a lunch break, you're getting almost as

7  much testimony done as the old 9:30 to 4:30 with an hour for

8  lunch.  I think the lawyers are fresher in the morning.  They

9  have more time to prepare in the afternoons, and like I said,

10  the jurors seem to really enjoy that break.

11         The only question I have and am going to have is

12  whether we try cases on Fridays.  Normally if the case is -- if

13  the trial is going to last more than two weeks, we do not try

14  on Fridays, just four days a week.  I started doing that

15  because it was -- five days a week all day long was destroying

16  the lawyers' practices and their family lives, it was that

17  simple.  And lawyers and me were getting really tired quickly.

18  So if we just do it four days a week, I found we all are much

19  more efficient that way.  But that's what the trial day is

20  going to look like once we get that thing up and started.

21         But those are some of the issues I want you to think

22  about.  I want you to think about length of trial.  I want you

23  to think about the challenges of a trial, of this trial, and

24  what we're going to have to deal with and what needs to be done

25  to finally get a jury selected and get this thing rolling.

```
 1          Anybody have any questions at this time?
 2          I mean, I know this is throwing all this new stuff at
 3   you right now, and we'll have plenty of opportunity to talk
 4   more about details, but anybody have any questions right now
 5   about that issue?
 6          MR. OSTFELD:  Your Honor, Greg Ostfeld.  In terms of
 7   the submission that you would like a week prior to, is it --
 8   you've given us a lot of guidelines here.  Do you also want a
 9   proposed schedule or just kind of a description of the length
10   of trial, the challenges?
11          JUDGE KUGLER:  Well, I can guess what your schedule
12   is.  You want to start the trial four years from now.
13          MR. OSTFELD:  No, Your Honor.  I want to start it
14   expeditiously.
15          JUDGE KUGLER:  If you want to give me a schedule and
16   you want to work together and give me a schedule, that would be
17   great.  I'll certainly consider it.  But I think we -- I think
18   we need to move to a trial, we really do.
19          I think your clients want to move to a trial.  I
20   think the plaintiffs want to move to a trial.  I think, you
21   know, you want to get some questions answered, I get it.
22   That's fine, and we'll do it.  But, you know, you want to
23   propose a schedule, fine.  We'll take a look at it.  That would
24   be great.
25          MR. OSTFELD:  Thank you, Your Honor.
```

1          JUDGE KUGLER:  Thank you.  All right.  Anything else
2    today?

3          MR. HONIK:  Not from plaintiffs, Your Honor.  Thank
4    you.

5          MR. NIGH:  Your Honor, I do have one brief issue.  I
6    should have raised it earlier.

7          One other issue is that we want to remind that we
8    expect a rolling production for the losartan, irbesartan
9    documents that we discussed in the past.

10         In the past 30 days, we've received a production from
11   Teva and a smaller production from ZHP.  And as far as I'm
12   aware, we have not received a production from any of the other
13   defendants in the past 30 days.  We hope that we will receive
14   productions from the other defendants in the next coming weeks.
15   And if we haven't, we'll provide an update to Judge Vanaskie at
16   that time.

17         Thank you.

18         JUDGE KUGLER:  Okay.  Great.  Anything else?

19         MR. OSTFELD:  No.

20         JUDGE KUGLER:  Thank you, everybody.  We'll see you
21   next month.

22         MR. HONIK:  Your Honor, do we have a date?

23         JUDGE KUGLER:  November 1.

24         MR. HONIK:  Thank you, sir.

25         JUDGE KUGLER:  One.  I like it.

1          THE COURTROOM DEPUTY:  All rise.

2          (Proceedings concluded at 1:27 p.m.)

3          - - - - - - - - - - - - - - - - - - - -

   **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**

4          - - - - - - - - - - - - - - - - - - - -

5      I certify that the foregoing is a correct transcript

6  from the record of proceedings in the above-entitled matter.

7

8

9  /S/John J. Kurz, RDR-RMR-CRR-CRC          October 5, 2023

10  Court Reporter/Transcriber

**JUDGE KUGLER: [25]**
**JUDGE VANASKIE:**
**[5]** 4/15 4/25 5/3 6/9
6/12
**MR. GEOPPINGER:**
**[2]** 5/5 6/10
**MR. HARKINS: [8]**
6/21 7/3 7/7 7/20 8/14 9/2
9/9 9/12
**MR. HONIK: [7]** 4/8
4/18 5/1 9/13 17/3 17/22
17/24
**MR. NIGH: [3]** 7/14
9/14 17/5
**MR. OSTFELD: [4]**
16/6 16/13 16/25 17/19
**THE COURTROOM
DEPUTY: [2]** 4/4 18/1

/

**/S/John [1]** 18/9

0

**08101 [1]** 1/8
**08540 [1]** 3/16

1

**100 percent [1]** 10/2
**10001 [1]** 2/3
**1001 [1]** 3/6
**10022 [1]** 2/23
**11 [1]** 3/9
**1100 [1]** 1/15
**11th [1]** 4/22
**128 [1]** 2/3
**14 [1]** 1/18
**15-minute [1]** 15/4
**1500 [1]** 3/18
**1515 [1]** 1/15
**15219 [1]** 2/7
**1701 [1]** 2/19
**19103 [2]** 1/15 2/19
**1:05 [2]** 1/9 4/3
**1:19-md-02875-RBK [1]**
1/4
**1:27 p.m [1]** 18/2

2

**20004 [1]** 3/6
**20016 [1]** 1/18
**2023 [2]** 1/8 18/9
**21 [1]** 3/15
**2200 [1]** 2/15
**2220 [1]** 3/12
**230 [1]** 3/12
**25 [1]** 10/18
**2500 [1]** 2/10
**2800 [1]** 3/3
**2:00 [1]** 15/6
**2:00 p.m [1]** 14/22

3

**30 [3]** 10/18 17/10 17/13
**30305 [1]** 2/11
**3333 [1]** 2/10
**3600 [1]** 2/15

**38th [1]** 2/6

4

**42-128 [1]** 2/3
**45202 [1]** 3/3
**46204 [1]** 3/9
**4:30 [1]** 15/7
**4th [1]** 1/7

5

**576-7094 [1]** 1/21

6

**600 [1]** 3/3
**601 [1]** 2/23
**60606 [1]** 3/13
**63105 [1]** 3/19

7

**7094 [1]** 1/21
**75201 [1]** 2/16

8

**8001 [1]** 3/18
**856 [1]** 1/21

9

**9:00 [1]** 15/6
**9:00 a.m [1]** 14/22
**9:30 [1]** 15/7

A

**A.m [1]** 14/22
**Aaron [1]** 4/9
**able [3]** 5/25 12/5 12/10
**above [1]** 18/6
**above-entitled [1]** 18/6
**access [1]** 12/3
**Actavis [2]** 2/12 2/12
**ACTION [1]** 1/3
**actual [1]** 5/8
**Adams [1]** 6/24
**additional [1]** 13/23
**address [1]** 7/14
**addressed [1]** 7/21
**addresses [1]** 6/4
**adversary [1]** 10/23
**advised [1]** 4/20
**afternoon [2]** 4/5 4/18
**afternoons [1]** 15/9
**again [3]** 11/5 14/5 14/20
**agenda [1]** 4/13
**ago [1]** 14/23
**agree [2]** 6/2 10/10
**agreed [2]** 5/23 6/1
**agrees [2]** 12/23 12/24
**Aid [1]** 3/10
**aided [1]** 1/23
**alerting [1]** 12/17
**Alexandra [1]** 8/20
**ALFANO [1]** 2/5
**all [30]**
**almost [1]** 15/6
**also [4]** 3/21 12/8 13/12
16/8
**alternates [1]** 11/7
**although [1]** 12/10

**am [1]** 15/11
**AmerisourceBergen [1]**
3/4
**amount [1]** 12/14
**Andrews [1]** 8/20
**answer [1]** 13/14
**answered [1]** 16/21
**anticipate [1]** 9/23
**Antoinette [1]** 8/21
**any [18]** 5/14 7/17 7/23
8/21 9/1 9/10 10/4 12/9
12/12 12/17 12/18 13/10
13/21 13/23 13/23 16/1
16/4 17/12
**anybody [7]** 7/11 7/25
8/4 8/21 9/6 16/1 16/4
**Anything [4]** 6/11 6/20
17/1 17/18
**apps [1]** 11/18
**are [23]**
**around [1]** 14/15
**ARPS [1]** 2/2
**ask [7]** 7/3 7/9 13/9 13/11
13/14 13/21 13/22
**asked [1]** 4/21
**asking [1]** 13/24
**assuming [1]** 11/2
**Atlanta [1]** 2/11
**audience [1]** 10/16
**Aurobindo [1]** 2/20
**Aurolife [1]** 2/20
**Avenue [3]** 2/15 2/23 3/6
**aware [2]** 10/5 17/12
**Axt [1]** 6/17

B

**back [1]** 10/23
**Barbara [1]** 6/18
**BARNES [1]** 3/8
**Bartels [1]** 6/23
**Barzee [1]** 6/24
**based [1]** 13/21
**basic [2]** 9/25 14/21
**because [9]** 4/7 6/16
10/23 12/18 12/21 13/18
14/9 14/23 15/15
**become [1]** 11/15
**been [3]** 4/21 14/10 14/15
**before [8]** 4/1 4/13 9/19
9/20 11/21 12/20 12/22
14/18
**being [2]** 5/12 10/16
**Benjamin [1]** 8/20
**Benton [4]** 7/5 7/10 7/11
8/10
**Berkovski [1]** 9/5
**BERNE [1]** 3/2
**best [1]** 4/10
**beyond [1]** 10/5
**big [2]** 11/13 14/9
**Black [1]** 6/24
**BLACKWELL [1]** 3/17
**Blanchard [1]** 9/4
**block [1]** 14/15
**BOCKIUS [1]** 2/18
**bored [1]** 4/7
**BOSICK [1]** 2/5

**both [4]** 5/24 6/5 9/19
9/22
**Boulevard [1]** 3/18
**Brandon [1]** 3/18
**break [4]** 14/19 15/2 15/6
15/10
**breaks [2]** 15/2 15/4
**brief [1]** 17/5
**briefly [2]** 4/19 5/5
**bring [5]** 4/10 5/13 11/13
13/20 15/3
**BRITTNEY [1]** 2/22
**Brown [4]** 7/6 7/10 8/4
8/10
**Building [1]** 1/7
**bunch [1]** 6/22
**Burton [1]** 6/25
**business [1]** 14/10

C

**Camden [1]** 1/8
**came [1]** 5/17
**CAMPBELL [1]** 3/5
**can [20]**
**can't [1]** 10/10
**Cardinal [1]** 3/7
**case [16]** 1/5 4/7 5/23 6/3
7/1 8/17 9/15 10/14 11/9
12/2 12/2 12/15 12/18
13/11 14/2 15/12
**cases [6]** 7/4 7/9 7/22
8/18 10/13 15/12
**cause [6]** 6/14 6/16 8/17
8/24 10/25 13/21
**Centrality [1]** 7/17
**Centre [1]** 2/6
**certain [1]** 6/2
**certainly [1]** 16/17
**CERTIFICATE [1]** 18/3
**certify [1]** 18/5
**challenges [4]** 10/25
13/21 15/23 16/10
**charge [9]** 12/20 12/21
12/22 12/23 13/1 13/2
13/3 13/4 13/6
**Chicago [1]** 3/13
**childcare [1]** 14/24
**Cincinnati [1]** 3/3
**civil [3]** 1/3 10/13 11/7
**claims [4]** 5/21 6/2 6/2
6/4
**clear [1]** 10/10
**clients [1]** 16/19
**clip [1]** 4/6
**closer [1]** 14/21
**closest [1]** 4/19
**CMC [2]** 7/16 7/19
**Cohen [1]** 1/7
**come [3]** 6/1 6/6 12/7
**coming [3]** 5/1 14/25
17/14
**Commencing [1]** 1/9
**comment [1]** 4/21
**compare [1]** 15/4
**complaints [1]** 5/21
**computer [1]** 1/23
**computer-aided [1]** 1/23

**concluded [1]** 18/2
**conference [5]** 1/5 7/2
8/17 9/16 9/19
**conferred [1]** 5/8
**conferring [1]** 4/24
**confirm [1]** 7/22
**connect [2]** 12/10 12/11
**consensus [1]** 12/22
**consider [2]** 5/13 16/17
**consideration [1]** 5/24
**contemplating [1]** 10/1
**continue [1]** 7/4
**Continued [2]** 2/1 3/1
**continuing [1]** 7/19
**Cooper [1]** 1/7
**copy [2]** 13/3 13/18
**Corp [1]** 2/16
**Corporation [1]** 3/7
**correct [7]** 5/6 7/2 7/3
7/20 8/13 8/25 18/5
**could [2]** 5/12 13/4
**counsel [16]** 1/16 1/19
2/4 2/7 2/11 2/16 2/20
2/24 3/4 3/7 3/10 3/13
3/16 3/19 7/21 13/20
**course [2]** 11/24 12/4
**court [9]** 1/1 1/20 4/1
5/13 5/19 9/11 11/8 18/3
18/10
**Courthouse [1]** 1/7
**courtroom [2]** 3/23 11/15
**CRC [1]** 18/9
**CROWELL [1]** 3/5
**CRR [1]** 18/9
**CVS [1]** 3/10

D

**D'LESLI [1]** 2/14
**Dallas [1]** 2/16
**DANIEL [3]** 1/17 3/5 4/8
**DAOUD [1]** 3/18
**date [2]** 14/21 17/22
**DAVIS [1]** 2/14
**day [4]** 14/22 15/5 15/15
15/19
**days [5]** 15/14 15/15
15/18 17/10 17/13
**DC [2]** 1/18 3/6
**deal [4]** 2/18 5/25 6/2
15/24
**dedicated [2]** 12/1 12/11
**Defendant [5]** 2/4 2/7
2/16 3/7 3/13
**defendants [13]** 2/11
2/20 2/24 3/4 3/10 3/16
3/19 5/8 6/15 14/5 14/6
17/13 17/14
**defense [1]** 9/12
**deliberate [1]** 12/7
**deliberating [1]** 13/19
**depending [1]** 11/1
**Deputy [1]** 3/23
**description [1]** 16/9
**destroying [1]** 15/15
**details [1]** 16/4
**did [2]** 5/3 5/10
**digitize [2]** 11/11 12/17

**D**

Dinah [1] 8/4
dire [4] 13/8 13/11 13/13 13/19
discovery [1] 5/11
discussed [2] 5/19 17/9
discussing [1] 9/17
dismiss [3] 5/22 5/25 6/15
dismissal [2] 7/9 7/24
dismissed [3] 8/6 8/9 8/11
displaying [1] 11/24
DISTRICT [4] 1/1 1/1 1/10 4/2
documents [2] 11/10 17/9
doesn't [1] 7/17
doing [4] 10/23 12/13 14/23 15/14
done [6] 11/1 12/2 13/13 13/20 15/7 15/24
down [1] 11/12
draft [4] 4/20 4/23 5/9 13/1
drive [1] 11/22
Drugs [1] 3/16

**E**

each [5] 7/22 9/20 13/12 13/12 13/14
earlier [1] 17/6
Eaton [1] 9/4
efficient [1] 15/19
eight [5] 5/11 8/12 11/3 11/3 11/6
eleven [1] 8/25
ELLIS [1] 2/22
else [5] 6/11 6/20 12/24 17/1 17/18
end [1] 11/8
enjoy [1] 15/10
enormous [1] 12/14
enough [1] 14/11
enter [1] 12/5
entitled [1] 18/6
ESQUIRE [17] 1/14 1/17 2/2 2/5 2/6 2/9 2/10 2/14 2/18 2/22 3/2 3/5 3/8 3/12 3/15 3/18 3/22
Estate [5] 6/18 6/18 8/15 8/19 9/3
everybody [4] 4/5 12/23 12/24 17/20
evidence [9] 11/11 11/19 11/23 11/25 12/2 12/3 12/7 12/17 14/13
excused [1] 10/15
excuses [2] 10/22 15/1
exercise [1] 10/20
exhibit [2] 11/23 12/6
exhibits [3] 11/10 11/23 12/15
expect [1] 17/8
expeditiously [1] 16/14
experience [1] 12/13
Express [1] 3/19

**F**

fact [8] 4/16 5/7 5/8 5/12 5/15 5/19 5/20 6/3
Falanga [1] 3/22
FALKENBERG [1] 3/11
familiar [1] 11/15
family [2] 13/17 15/16
fan [1] 14/9
far [1] 17/11
federal [2] 11/8 18/3
Fershter [1] 9/4
few [1] 14/15
final [2] 5/2 13/2
finally [1] 15/25
find [2] 12/15 13/2
fine [2] 16/22 16/23
first [5] 5/11 11/3 11/6 14/4 14/6
five [1] 15/15
flipped [1] 14/5
FLOM [1] 2/2
Floor [2] 1/18 2/6
folks [2] 11/11 14/14
follow [2] 14/4 14/6
followed [1] 14/5
follows [1] 4/3
foregoing [1] 18/5
foresee [1] 9/18
Forsyth [1] 3/18
forth [1] 10/24
forward [1] 4/25
found [2] 15/4 15/18
four [7] 7/9 7/17 7/23 8/10 15/14 15/18 16/12
FOX [1] 2/2
FRANK [1] 2/5
fresher [1] 15/8
Fridays [2] 15/12 15/14
FULBRIGHT [1] 2/14
function [2] 12/5 12/6

**G**

Gary [1] 9/6
general [1] 13/18
generally [1] 7/15
GEOPPINGER [2] 3/2 5/3
George [1] 6/23
Georgia [1] 2/11
Gerald [1] 9/4
gets [1] 14/7
getting [3] 10/15 15/6 15/17
Ghrigsby [1] 6/25
give [5] 5/24 13/1 13/17 16/15 16/16
given [2] 12/3 16/8
GOLDENBERG [1] 1/17
Gonzalo [1] 7/25
good [2] 4/18 5/23
GORDON [1] 2/5
got [2] 5/14 11/13
great [4] 12/4 16/17 16/24 17/18
GREENBERG [1] 2/9
Greg [1] 16/6

**GREGORY** [1] 2/10
guess [1] 16/11
guidelines [1] 16/8
Guzman [1] 6/24

**H**

happens [1] 11/21
Hardy [1] 6/25
HARKINS [1] 2/9
Harris [1] 8/20
has [2] 4/14 11/22
hate [2] 14/9 14/10
haven't [1] 17/15
he [1] 5/19
Health [1] 3/7
hear [2] 9/19 14/18
heard [3] 5/4 8/4 13/22
hearsay [2] 14/12 14/13
held [1] 4/1
Henley [1] 6/25
here [8] 5/18 7/11 7/25 8/21 9/6 10/18 15/11 16/8
Hetero [2] 3/16 3/16
Higgins [1] 6/25
HILL [2] 3/1 3/9 9/5
Hines [1] 6/19
hold [1] 10/1
home [2] 14/25 14/25
HONIK [3] 1/14 1/14 5/6
Honor [18] 4/8 4/18 5/5 6/21 7/3 7/7 7/14 7/20 8/14 9/2 9/9 9/14 16/6 16/13 16/25 17/3 17/5 17/22
HONORABLE [2] 1/10 4/1
hope [1] 17/13
hopefully [1] 5/2
hour [1] 15/7
hours [1] 14/2
Humana [1] 3/13
HUSCH [1] 3/17

**I**

I'll [9] 9/22 10/12 11/4 13/20 13/21 13/22 13/22 14/12 16/17
I'm [10] 4/19 4/20 10/1 11/2 11/4 12/16 13/13 13/24 14/9 17/11
I've [1] 11/18
idea [1] 5/24
Igor [1] 9/5
Illinois [1] 3/13
imagine [1] 6/7
immediately [1] 12/16
impacting [1] 7/23
Inc [7] 2/7 2/12 2/12 2/20 2/24 3/10 3/19
Indianapolis [1] 3/9
individual [1] 7/21
Industries [1] 2/11
information [2] 9/25 13/16
instructed [1] 5/7
Internet [1] 12/10

iPads [6] 11/19 12/3 12/4 12/7 12/8 12/10
irbesartan [4] 1/4 4/16 5/21 17/8
isn't [1] 5/18
issue [3] 16/5 17/5 17/7
issues [8] 5/14 7/8 7/16 7/18 7/23 9/10 10/3 15/21
IVES [2] 3/11 3/12

**J**

Jackson [1] 6/23
James [1] 6/17
Janice [1] 9/5
JASON [1] 2/6
JEFFREY [1] 3/2
Jerome [1] 6/17
JERSEY [5] 1/1 1/8 3/16 14/4 14/6
John [3] 1/20 1/21 18/9
Joseph [1] 9/4
JUDGE [5] 1/10 4/2 4/14 13/9 17/15
juries [1] 10/14
jurisdiction [1] 10/6
juror [5] 10/14 13/13 13/14 13/23
jurors [14] 10/16 11/3 11/6 12/2 13/3 13/5 13/12 13/24 14/9 14/23 14/24 15/1 15/3 15/10
jury [9] 9/22 10/8 10/9 12/14 12/20 12/21 14/1 14/18 15/25
just [13] 4/7 4/15 4/21 5/5 5/17 5/18 7/14 12/16 13/9 14/10 15/14 15/18 16/9

**K**

Kaluhiokalani [1] 6/18
KAPKE [1] 3/8
KARA [1] 3/8
KATHRYN [1] 2/18
Kemp [1] 8/16
Kent [1] 6/25
kids [1] 14/25
kind [4] 6/1 9/25 12/12 16/9
kinds [3] 10/7 11/14 12/9
KIRKLAND [1] 2/22
KIRSTIN [1] 3/12
know [17] 9/18 9/21 9/22 10/7 10/8 10/23 11/7 11/18 12/9 12/21 14/14 14/19 14/24 15/2 16/2 16/21 16/22
KUGLER [2] 1/10 4/2
Kurz [3] 1/20 1/21 18/9

**L**

Labs [1] 3/16
Lamb [1] 8/21
largely [1] 16/9
Larry [2] 3/23 9/3
last [4] 4/21 7/16 14/7 15/13

late [1] 4/21
lawyers [3] 11/18 15/8 15/17
lawyers' [1] 15/16
leave [1] 10/19
leaves [2] 7/5 8/25
Lee [1] 6/23
left [4] 6/5 11/3 11/6 11/8 length [3] 11/2 15/22 16/9
less [1] 10/9
let's [2] 6/13 8/12
LEWIS [1] 2/18
Lexington [1] 2/23
LIABILITY [1] 1/4
liberal [1] 13/24
like [8] 9/23 11/20 13/5 14/14 15/9 15/20 16/7 17/25
limine [1] 10/1
list [6] 8/13 8/14 8/15 8/25 9/2 11/4
listed [3] 7/22 8/23 9/8
LITIGATION [1] 1/5
live [1] 13/16
lives [1] 15/16
living [1] 13/17
Liza [1] 3/22
LLC [2] 2/12 2/20
LLP [12] 2/2 2/5 2/9 2/14 2/18 2/22 3/2 3/5 3/8 3/11 3/14 3/17
load [1] 12/8
long [3] 9/21 14/10 15/15
look [3] 7/17 15/20 16/23
losartan [4] 1/3 4/16 5/21 17/8
losing [1] 4/6
lot [2] 12/14 16/8
Louis [1] 3/19
love [1] 14/23
Ltd [2] 2/11 2/24
lunch [3] 15/2 15/6 15/8

**M**

MacStravic [2] 3/23 11/16
make [1] 14/17
management [4] 1/5 7/1 8/17 9/16
Manhattan [1] 2/3
many [2] 12/13
Market [2] 1/15 2/19
Martinez [2] 7/6 7/8
Mary [1] 6/19
master [3] 1/11 4/3 5/20
matter [1] 18/6
maybe [3] 5/25 14/2 14/2
MAYSA [1] 3/18
Mckesson [1] 2/16
md [1] 1/4
MDL [1] 1/3
me [4] 13/9 15/17 16/15 16/16
MEAGHER [1] 2/2
mean [2] 14/14 16/2
mechanical [1] 1/22

**M**

meeting [2]  4/23 9/15
mention [2]  5/17 5/19
mentioned [1]  7/15
Meridian [1]  3/9
method [1]  14/2
might [1]  5/24
Miller [1]  9/5
minute [1]  15/4
Missouri [1]  3/19
Mitchell [1]  1/7
modified [1]  10/14
modified-struck [1] 10/14
Monroe [1]  3/12
month [1]  17/21
moot [1]  7/8
more [9]  8/12 8/25 12/16 13/24 14/20 15/9 15/13 15/19 16/4
MORGAN [2]  2/18 9/3
MORING [1]  3/5
morning [1]  15/8
motions [3]  5/22 5/25 10/1
move [3]  16/18 16/19 16/20
Moving [1]  4/25
Mr. [4]  5/3 5/6 5/18 11/16
Mr. Geoppinger [1]  5/3
Mr. Honik [1]  5/6
Mr. MacStravic [1] 11/16
Mr. Stanoch [1]  5/18
much [3]  10/3 15/7 15/18
MURTHA [1]  3/15
mutually [1]  5/23
my [3]  7/19 12/13 14/22
Mylan [1]  2/7

**N**

NAGLE [1]  2/22
name [2]  12/6 13/16
nature [2]  10/11 14/20
NE [1]  2/10
need [6]  9/22 10/3 12/17 13/18 14/11 16/18
needs [2]  14/17 15/24
negotiate [1]  5/13
new [9]  1/1 1/8 2/3 2/23 2/23 3/16 14/4 14/6 16/2
next [8]  7/1 7/19 8/17 9/8 9/15 9/15 17/14 17/21
nice [1]  4/12
NIGH [2]  1/17 1/17
njd.uscourts.gov [1]  1/21
no [14]  6/21 7/12 7/13 8/2 8/5 8/8 8/22 8/23 9/2 9/7 9/14 11/7 16/13 17/19
nobody [1]  10/19
Nola [1]  4/9
nomad [1]  11/13
None [2]  9/12 9/13
Nope [2]  3/8 3/6
Normally [1]  15/12
NORTON [1]  2/14

not [16]  4/8 4/19 6/3 7/23 9/22 10/1 10/13 10/15 10/22 12/10 12/18 14/9 14/13 15/13 17/3 17/12
November [3]  9/16 11/5 17/23
November 1 [1]  17/23
now [7]  8/12 11/18 12/17 14/22 16/3 16/4 16/12
number [9]  1/3 5/21 6/15 8/15 10/9 10/17 11/4 12/6 15/5
NW [2]  1/18 3/6
NY [1]  2/3

**O**

O'Callaghan [4]  7/6 7/10 8/7 8/10
O'Reilly [1]  3/22
objection [2]  14/12 14/17
objections [1]  14/20
obviously [1]  15/2
occur [1]  9/24
October [3]  1/8 4/22 18/9
October 11th [1]  4/22
off [1]  13/2
Official [2]  1/20 18/3
Ohio [1]  3/3
Okay [6]  4/13 6/9 6/22 7/25 9/8 17/18
old [1]  15/7
once [3]  10/25 12/2 15/20
one [13]  2/3 2/6 4/19 5/17 7/7 7/8 7/14 8/14 10/21 10/22 17/5 17/7 17/25
ongoing [2]  7/16 7/18
only [4]  12/1 12/11 14/16 15/11
open [1]  4/1
opening [1]  14/3
opens [1]  14/4
opportunity [1]  16/3
order [4]  4/22 5/11 5/14 8/24
orders [3]  6/13 6/16 8/16
OSTFELD [2]  2/10 16/6
other [9]  4/20 5/8 8/18 9/10 9/20 14/18 17/7 17/12 17/14
our [4]  6/5 11/6 11/15 11/16
ourselves [1]  4/9
out [4]  5/14 12/23 12/24 15/1
Oxford [1]  2/6

**P**

P.C [1]  1/14
p.m [4]  1/9 4/3 14/22 18/2
pages [2]  15/5 15/5
paper [3]  11/10 11/10 12/19
Parks [1]  9/5
part [1]  6/7
particular [2]  7/18 13/23
parties [1]  10/20

party [1]  5/16
past [3]  17/9 17/10 17/13
Paul [1]  9/4
Pauline [1]  8/20
payors [1]  5/16
Pennsylvania [4]  1/15 2/7 2/19 3/6
people [3]  4/6 10/15 11/17
percent [1]  10/2
peremptories [2]  10/21 11/1
permitted [1]  13/4
personal [2]  13/5 13/17
Petrie [1]  6/24
PFS [1]  4/20
Pharma [4]  2/12 2/20 2/20 2/24
Pharmaceutical [1]  2/11
Pharmaceuticals [3]  2/7 2/12 2/24
Pharmacy [1]  3/10
Philadelphia [2]  1/15 2/19
Phillip [1]  8/19
Phyliss [1]  6/17
pick [2]  10/13 11/6
Piedmont [1]  2/10
PIETRAGALLO [1]  2/5
Pittsburgh [1]  2/7
Pizzi [1]  3/22
plaintiff [3]  9/13 14/4 14/7
plaintiffs [8]  1/16 1/19 5/10 5/10 5/15 7/15 16/20 17/3
plaintiffs' [2]  4/10 7/21
plan [1]  6/6
plenty [1]  16/3
Polk [1]  6/17
portion [1]  13/14
potential [1]  13/13
practice [2]  14/4 14/6
practices [1]  15/16
prepare [3]  6/3 10/4 15/9
prepared [2]  5/1 5/7
present [3]  3/21 11/12 11/19
Princeton [1]  3/16
prior [1]  16/7
probably [1]  9/22 10/13
problems [3]  6/16 9/23 10/4
proceedings [4]  1/22 4/1 18/2 18/6
process [3]  5/9 6/8 14/1
produced [1]  1/23
production [4]  17/8 17/10 17/11 17/12
productions [1]  17/14
PRODUCTS [1]  1/4
proffer [1]  14/17
proponent [1]  14/12
propose [1]  16/23
proposed [3]  11/22 12/23 16/9
provide [4]  5/2 5/10 5/12

17/15
pull [1]  11/12
pull-down [1]  11/12
put [2]  12/1 12/25
putting [1]  5/20

**Q**

question [1]  15/11
questionnaire [2]  13/13 13/15
questions [12]  4/14 13/8 13/9 13/10 13/11 13/11 13/15 13/23 13/24 16/1 16/4 16/21
quickly [1]  15/17
Quinn [1]  8/19

**R**

raise [1]  9/10
raised [1]  17/6
rapid [1]  9/10
RASO [1]  1/17
RASPANTI [2]  2/5
RBK [1]  1/4
RDR [1]  18/9
RDR-RMR-CRR-CRC [1]  18/9
RE [1]  1/3
ready [1]  14/3
real [1]  5/5
realize [1]  5/18
realized [1]  5/20
really [4]  14/16 15/10 15/17 16/18
reason [1]  7/18
receive [1]  17/13
received [5]  4/20 11/23 11/25 17/10 17/12
record [1]  18/6
recorded [1]  1/22
REEFER [1]  2/6
refer [1]  13/4
Regina [1]  9/5
relevance [1]  14/17
relist [1]  7/1
rely [1]  13/8
remaining [1]  7/9
remind [1]  17/7
remove [1]  8/15
replace [1]  10/19
replaced [1]  10/16
report [2]  4/18 4/23
reported [1]  5/6
Reporter [2]  1/20 18/10
REPORTER'S [1]  18/3
Reporter/Transcriber [1] 18/10
request [1]  8/16
requested [1]  12/25
requesting [1]  7/23
require [1]  10/20
resolution [1]  6/1
resolved [2]  6/16 7/7
respect [1]  4/16
respective [1]  6/5
response [8]  7/12 7/13 8/2 8/5 8/8 8/22 8/23 9/7

responsibilities [1]  14/24
RET [2]  1/11 4/3
Retailer [1]  3/10
returnable [1]  8/17
Ricky [1]  6/17
Ridge [1]  1/18
right [7]  6/10 6/13 7/5 9/15 16/3 16/4 17/1
rise [2]  4/4 18/1
Rite [1]  3/10
RMR [1]  18/9
Road [2]  2/10 3/15
ROBERT [2]  1/10 4/2
Roberta [1]  9/5
rolling [2]  15/25 17/8
ROSE [1]  2/14
Roseanne [1]  8/7
Ross [1]  2/15
Roszel [1]  3/15
RUBEN [1]  1/14
rule [4]  10/9 13/22 14/13 14/18
ruled [1]  11/1
rules [2]  14/14 14/21

**S**

Saad [1]  9/4
said [2]  13/6 15/9
Salazar [4]  7/6 7/10 7/25 8/10
same [1]  11/4
Samocha [1]  8/20
sat [1]  10/17
saves [1]  12/13
say [2]  14/11 14/13
schedule [6]  4/22 16/9 16/11 16/15 16/16 16/23
scheduling [2]  5/11 5/14
school [1]  14/25
screen [2]  11/13 13/5
screens [2]  11/12 11/24
Scripts [1]  3/19
search [3]  12/4 12/5 12/15
seat [3]  4/5 10/18 13/12
see [4]  4/15 6/1 8/12 17/20
seem [2]  4/6 15/10
seen [1]  11/18
selected [1]  15/25
selecting [1]  14/1
server [3]  12/1 12/1 12/11
seven [1]  8/18
sheet [6]  5/7 5/8 5/12 5/15 5/20 6/3
sheets [1]  4/17
short [1]  5/25
shortly [2]  5/10 5/16
shot [1]  10/21
should [3]  9/20 12/5 17/6
show [6]  6/14 6/16 8/16 8/24 11/5 13/5
side [1]  4/20
sidebar [2]  13/20 14/16
sidebars [1]  14/9
sides [2]  6/6 9/19

**S**

**simple [1]** 15/17
**simultaneously [1]** 10/21
**sir [1]** 17/24
**six [1]** 6/21
**SKADDEN [1]** 2/2
**SLATE [1]** 2/2
**smaller [1]** 17/11
**Smith [2]** 8/21 9/3
**snacks [1]** 15/3
**so [14]** 4/10 5/12 5/23 6/2
6/5 8/9 10/18 10/17 11/8
12/11 12/16 14/2 14/25
15/18
**software [1]** 11/19
**some [8]** 4/14 5/24 6/1
9/17 9/25 10/9 15/21
16/21
**somebody [1]** 14/17
**someone [1]** 10/16
**something [3]** 12/6 12/23
12/24
**South [1]** 3/9
**SPECIAL [2]** 1/11 4/3
**specific [1]** 13/11
**specifically [1]** 7/21
**spend [2]** 9/17 12/21
**Square [1]** 1/18
**St [1]** 3/19
**Stacey [1]** 8/19
**stand [2]** 13/14 14/11
**standard [2]** 13/9 13/10
**Stanoch [1]** 5/18
**start [3]** 10/2 16/12 16/13
**started [3]** 14/23 15/14
15/20
**starting [1]** 11/3
**state [1]** 14/4
**statements [1]** 14/3
**STATES [3]** 1/1 1/10 4/2
**stenography [1]** 1/22
**STEVEN [1]** 2/9
**still [5]** 5/9 5/9 6/6 7/6
7/16
**stood [1]** 4/16
**STOY [1]** 2/5
**Stratton [1]** 6/24
**Street [5]** 1/15 2/19 3/3
3/9 3/12
**Streets [1]** 1/7
**struck [1]** 10/14
**stuff [4]** 11/14 12/12
13/17 16/2
**Sturgill [1]** 6/23
**subject [1]** 5/22
**submission [1]** 16/7
**submit [1]** 11/22
**subpoena [1]** 10/5
**Suite [7]** 1/15 2/3 2/10
2/15 3/3 3/12 3/18
**summations [6]** 12/20
12/22 13/4 14/5 14/7 14/8
**system [1]** 10/14

**T**

**tailor [1]** 13/10
**take [7]** 9/21 12/23 12/24

15/2 15/2 15/4 16/23
**takes [1]** 14/2
**Taliaferro [1]** 6/24
**talk [7]** 9/16 10/12 11/5
12/16 13/5 14/20 16/3
**talked [1]** 6/5
**talking [1]** 9/20
**team [1]** 4/10
**technical [1]** 11/16
**tell [3]** 13/9 14/1 15/3
**terms [1]** 16/6
**testimony [2]** 12/9 15/7
**Teva [3]** 2/11 2/12 17/11
**Texas [1]** 2/16
**thank [9]** 4/12 6/10 9/9
16/25 17/1 17/3 17/17
17/20 17/24
**Thanks [1]** 6/9
**them [8]** 5/12 5/22 6/15
6/23 8/10 10/19 14/10
14/10
**these [2]** 7/17 7/22
**Thetta [1]** 9/3
**they'll [2]** 8/23 13/6
**they're [3]** 10/18 14/25
15/1
**they've [1]** 6/16
**thing [5]** 5/17 7/15 12/4
15/20 15/25
**things [8]** 4/16 9/23 10/3
10/7 10/11 11/19 12/9
14/19
**think [13]** 4/9 4/13 9/21
14/11 15/8 15/21 15/22
15/23 16/17 16/17 16/19
16/20 16/20
**thinking [1]** 10/2
**third [2]** 1/18 5/16
**third-party [1]** 5/16
**this [15]** 4/19 5/19 6/7
9/18 11/5 12/13 14/10
14/13 14/15 14/20 15/23
15/25 16/1 16/2 16/2
**THOMAS [4]** 1/11 2/2
4/2 8/19
**THORNBURG [1]** 3/8
**three [1]** 10/22
**throwing [1]** 16/2
**thumb [1]** 11/22
**till [2]** 13/2 14/19
**time [11]** 9/8 9/17 10/3
10/12 12/14 12/21 13/25
14/16 15/9 16/1 17/16
**times [1]** 14/15
**timing [1]** 10/3
**tired [1]** 15/17
**today [4]** 4/11 5/18 7/24
17/2
**TODD [1]** 3/5
**together [2]** 5/20 16/16
**Tommy [1]** 7/11
**topic [1]** 4/19
**Torrent [2]** 2/24 2/24
**Torres [1]** 6/25
**towards [1]** 12/22
**Transcriber [1]** 18/10
**transcript [3]** 1/22 15/5

18/5
**transcription [1]** 1/23
**transcripts [1]** 12/8
**TRAURIG [1]** 2/9
**trial [19]**
**trials [1]** 11/7
**tried [1]** 6/6
**try [3]** 10/12 15/12 15/13
**turn [3]** 6/13 13/14 14/12
**TVs [1]** 11/13
**two [4]** 8/15 10/22 14/2
15/13

**U**

**U.S [1]** 1/7
**ULMER [1]** 3/2
**unanimity [1]** 10/9
**unanimous [2]** 10/8
10/10
**understanding [1]** 7/19
**unfolding [1]** 9/18
**UNITED [3]** 1/1 1/10 4/2
**unresolved [1]** 7/6
**up [9]** 5/17 6/6 10/18
11/20 12/7 13/5 13/14
14/11 15/20
**update [3]** 7/7 8/14 17/15
**updates [2]** 6/21 9/1 9/2
**upon [1]** 11/1
**us [6]** 2/14 5/7 5/12 5/24
11/22 16/8
**USA [2]** 2/12 2/20
**use [6]** 10/14 11/10 11/14
11/19 12/18 12/19
**used [1]** 10/13
**usually [2]** 10/17 11/22

**V**

**valsartan [3]** 1/3 4/10
5/23
**VANASKIE [4]** 1/11 4/3
4/14 17/15
**VAUGHN [1]** 1/17
**verdict [2]** 10/11 11/9
**version [1]** 5/2
**very [5]** 4/12 5/10 5/16
6/9 13/24
**Vicki [1]** 8/21
**videos [1]** 12/9
**Vine [1]** 3/3
**voir [4]** 13/8 13/11 13/13
13/18

**W**

**wait [1]** 14/19
**waive [1]** 9/22
**WALLACK [1]** 3/14
**Walsh [2]** 3/22 3/22
**want [35]**
**wanted [4]** 4/10 4/15
5/17 5/18
**Washington [2]** 1/18 3/6
**way [3]** 10/12 10/13
15/19
**we'd [2]** 7/3 7/9
**we'll [13]** 5/1 5/9 12/16
13/1 13/1 13/6 13/17

14/20 16/3 16/22 16/23
17/15 17/20
**we've [8]** 4/20 5/14 7/7
7/20 7/22 14/10 14/15
17/10
**Wednesday [1]** 4/16
**week [6]** 4/21 9/18 15/14
15/15 15/18 16/7
**weeks [3]** 5/2 15/13 17/14
**Wesson [1]** 7/1
**West [1]** 2/3
**whatever [2]** 10/17 11/25
**Wheeler [1]** 4/9
**whether [1]** 15/12
**while [1]** 12/7
**whoever's [1]** 11/8
**whole [1]** 6/22
**Wholesaler [1]** 3/4
**Why [1]** 14/13
**will [10]** 4/22 5/15 8/9
9/8 11/3 12/3 12/7 12/20
12/21 17/13
**WILLIAM [1]** 3/15
**withdrawn [2]** 7/8 8/16
**without [1]** 15/6
**witness [2]** 10/4 12/6
**witnesses [1]** 10/5
**word [1]** 14/7
**work [5]** 4/23 11/16
12/22 13/1 16/16
**working [4]** 6/7 11/4
13/1 13/7
**Worms [1]** 6/23
**worry [1]** 12/12
**Worthen [1]** 9/6
**Wrigley [1]** 6/23

**Y**

**Yeah [2]** 4/15 5/5
**years [3]** 12/13 14/23
16/12
**York [3]** 2/3 2/23 2/23
**you [85]**
**you'll [2]** 11/4 11/24
**you've [2]** 13/22 16/8
**Young [1]** 6/17
**Yuriy [1]** 9/4

**Z**

**Zack [1]** 4/9
**zero [1]** 10/22
**ZHP [2]** 2/4 17/11
**Zimmerman [1]** 6/18