# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

————
*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°

————
°Member of N.J. & N.Y. Bars

October 16, 2023

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

> Re:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*,
>          No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

Plaintiffs respectfully submit this letter in advance of the October 18, 2023 status conference.

## 1.   Plaintiffs' Motion to Compel WeChat Production from ZHP

The Parties have fully briefed this motion. (ECF 2492, 2508, 2511). Plaintiffs will be prepared to discuss the motion during the conference.

## 2.   ZHP's Motion to Seal Parts of Dr. Xue's Expert Report

This motion is also fully briefed. (ECF 2459, 2483, 2495). Plaintiffs will be ready to address the Court's questions during the conference.

Hon. Thomas I. Vanaskie, Special Master
October 16, 2023
Page 2

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

cc:     All Counsel (via CM/ECF)