# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHY LMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 1:19-md-02875<br><br>Honorable Robert B. Kugler<br><br>**SUGGESTION OF BANKRUPTCY** |

## SUGGESTION OF BANKRUPTCY
## FOR RITE AID CORPORATION AND CERTAIN OF
## ITS AFFILIATES AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on October 15, 2023, Rite Aid Corporation and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). A copy of the voluntary petition of the lead Debtor, Rite Aid Corporation (Case No. 3:23-bk-18993), is attached hereto as **Exhibit A**.

This suggestion is being filed in the master MDL docket because Plaintiffs have named Rite Aid as a Defendant in the now-certified consumer economic loss class action for valsartan. *See* ECF No. 2662 (order certifying class, document applied to all actions); ECF No. 1708 (operative class action complaint for economic loss claims). Prior to certification, Rite Aid was dismissed from the medical monitoring class action. *See* ECF No. 1880 (joint stipulation

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

dismissing Rite Aid).  Rite Aid was never named as a Defendant in the TPP economic loss class action.  *See* ECF No. 1708.  Additionally, a list of individual personal injury actions where Rite Aid is named as a Defendant is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that each of the Debtor's chapter 11 cases (collectively, the "Chapter 11 Cases") is pending before the Honorable Michael B. Kaplan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay of:

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been sought or entered in the Chapter 11 Cases granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtors should contact the Debtors' counsel (shayne.henry@kirkland.com) before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

---

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.njb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated:  October 17, 2023

BARNES & THORNBURG LLP

/s/ *Kristen L. Richer*
Sarah E. Johnston
Kristen L. Richer
2029 Century Park East Suite 300
Los Angeles, California 90067
Tel. (310) 284-3880
Fax (310) 284-3894
Sarah.Johnston@btlaw.com
Kristen.Richer@btlaw.com

Kara Kapke
Beth Behrens
Meredith White
11 S Meridian St.
Indianapolis, Indiana 46204
Tel. (317) 236-1313
Fax (317) 231-7433
Kara.Kapke@btlaw.com
Beth.Behrens@btlaw.com
Meredith.White@btlaw.com

Paul Quincy
555 12th Street N.W., Suite 1200
Washington, DC 20004
Tel. (202) 831-6727
Fax (202) 289-1330
Paul.Quincy@btlaw.com

*Attorneys for Rite Aid Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2023, I filed the foregoing Suggestion of Bankruptcy electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ *Kristen L. Richer*
Kristen L. Richer, Esq.