## EXHIBIT B

List of Individual Personal Injury Actions Where Rite Aid Is Named as a Defendant

| Plaintiff Last Name | Plaintiff First Name | Individual Cause Number |
|---|---|---|
| Abrankian | Madelene | 1:20-cv-01505-RBK-JS |
| Achkov | Boyko | 1:21-cv-10355-RBK-KMW |
| Alarcon | Christian | 1:20-cv-08736-RBK-JS |
| Bailey | Robert Louis | 1:22-cv-01518-RBK-SAK |
| Baptiste | Teresa | 1:21-cv-19626-RBK |
| Bator | Kelley | 1:21-cv-09528-RBK-KMW |
| Battle | Dorothy | 1:20-cv-02218-RBK-JS |
| Bays | Glenn | 1:19-cv-14869-RBK-JS |
| Bird | Robert | 1:21-cv-13830-RBK-KMW |
| Bourne-Boateng | Linda | 1:21-cv-13011-RBK-KMW |
| Bowie | Timmie | 1:20-cv-08001-RBK-JS |
| Calhoun | John C. | 1:22-cv-05654-RBK |
| Callahan | Gail | 1:21-cv-20203-RBK |
| Carter | Jacqueline | 1:22-cv-05561-RBK-SAK |
| Cleveland | Michael | 1:20-cv-00950-RBK-JS |
| Cortez | Natalie | 1:19-cv-17454-RBK-JS |
| Donahue | Thomas | 1:21-cv-16348-RBK-KMW |
| Dutton | Christopher | 1:20-cv-08661-RBK-JS |
| Duvall | Carol | 1:19-cv-14971-RBK-JS |
| Enander | Mark | 1:22-cv-06383-RBK-SAK |
| Fields | Tivis | 1:20-cv-00683-RBK-JS |
| Gardner | Patricia | 1:21-cv-12275-RBK-KMW |
| Giambrone | Mary | 1:20-cv-08725-RBK-JS |
| Greene | Allen | 1:21-cv-17553-RBK |
| Hairsine | Miriam | 1:21-cv-18341-RBK |
| Halsey | Talmadge | 1:19-cv-14995-RBK-JS |
| Hardy, Jr. | Dana | 1:21-cv-11898-RBK-KMW |
| Herscher | Dori | 1:22-cv-04802-RBK |
| Hightower | Lyrik | 1:20-cv-12482 -RBK-KMW |
| Hill | Regina | 1:23-cv-04125-RBK |
| Hinrichs | Scott | 1:21-cv-13735 |
| Huston | Carl | 1:21-cv-20758-RBK |
| Johnson | Darlene | 1:21-cv-06953-RBK-KMW |
| Johnson | Regina | 1:22-cv-01881-RBK |
| Kadish | Denise | 1:21-cv-16239-RBK-KMW |
| Kaplan | William | 1:21-cv-20159-RBK |

| Plaintiff Last Name | Plaintiff First Name | Individual Cause Number |
|---|---|---|
| Lampley | David | 1:21-cv-18259-RBK |
| Lassiter | James | 1:20-cv-08110-RBK-JS |
| Lewis | Della | 1:20-cv-03086-RBK-JS |
| Love | William | 1:19-cv-15030-RBK-JS |
| Machuga | David | 1:20-cv-14958-RBK-JS |
| Mantalis | Stelios | 1:23-cv-14463-RBK-SAK |
| Martinez | Shawna | 1:21-cv-12152-RBK-KMW |
| Mashrique | Perwana | 1:20-cv-10857-RBK-JS |
| Matthews | Neal | 1:21-cv-10282-RBK-KMW |
| Mayle | Carol | 1:20-cv-08103-RBK-JS |
| McVeigh | Christopher | 1:21-cv-13783-RBK-KMW |
| Miller | Richard | 1:20-cv-08950-RBK-JS |
| Montz | Andrew | 1:21-cv-13474-RBK-KMW |
| Moss | Charles | 1:20-cv-16512-RBK-JS |
| Mullins | James | 1:19-cv-15043-RBK-JS |
| Pauley | David W. | 1:22-cv-05469 |
| Peyton | Katherine Delores | 1:21-cv-09063-RBK-KMW |
| Phillips | Terry | 1:21-cv-11155-RBK-KMW |
| Preston | Joyce | 1:20-cv-08198-RBK-JS |
| Quezada | Insoka | 1:22-cv-00151-RBK-SAK |
| Ramirez | Jose | 1:21-cv-16249-RBK-KMW |
| Richards | Mary | 1:21-cv-17150-RBK-KMW |
| Righteous | Worikeena | 1:20-cv-0414-RBK-JS |
| Rocuskie | Sherry | 1:20-cv-04362-RBK-JS |
| Shepherd, Jr. | Kelly | 1:19-cv-12038-RBK-JS |
| Strozewski | Terence | 1:20-cv-01423-RBK-JS |
| Thompson | Donald | 1:20-cv-07988-RBK-JS |
| Thornton | Latisa | 1:20-cv-16078-RBK-JS |
| Tolley | Margaret | 1:21-cv-10130-RBK-KMW |
| Tsakalas | Deborah | 1:22-cv-06294-RBK |
| Turrey | Jimmy | 1:20-cv-06111-RBK-JS |
| Walker | Sheldon | 1:22-cv-01372-RBK-SAK |
| Wallaert | Jacqueline M. | 1:22-cv-01526-RBK-SAK |
| Washington | Allen | 1:20-cv-06001-RBK-JS |
| Williams | Mary M. | 1:20-cv-08728-RBK-JS |
| Williams | Taffnie | 1:20-cv-20380-RBK-JS |