UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | No. 1:19-md-02875-RBK-SAK<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 102.1, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") and Kevin M. Capuzzi (together, "Counsel") hereby request to withdraw as counsel for Defendant Macleods Pharma USA, Inc. ("Macleods"). In support of this motion, Counsel states that agreement was reached between Macleods and Counsel on the termination of Benesch's representation in this action. Counsel has sent a copy of this motion to Macleods, who approved its filing. The undersigned has been informed that Macleods has retained substitute counsel in this action, whose appearance should be forthcoming.

Dated: October 18, 2023

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ #173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com

23321097