UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | No. 1:19-md-02875-RBK-SAK<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br><br>MOTION DATE: NOVEMBER 20, 2023 |

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP will present its Motion to Withdraw as Counsel on November 20, 2023, or at the convenience of the Court.

Dated: October 18, 2023

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ #173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com