UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | No. 1:19-md-02875-RBK-SAK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On consideration of the *Motion to Withdraw as Counsel* (the "Motion") to Macleods Pharma USA, Inc. ("Macleods") filed by the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"), it is hereby ORDERED that:

Kevin M. Capuzzi, attorney at the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, is hereby granted leave to withdraw his appearance as counsel for Macleods. Mr. Capuzzi is hereby excused from appearing for or representing Macleods in all respects in the above-captioned case.

This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED:_____         _____
                                UNITED STATES DISTRICT COURT JUDGE