## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, a copy of the foregoing *Motion to Withdraw as Counsel* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Additionally, a copy of this filing has been sent via email to Macleods Pharma USA, Inc.

           */s/ Kevin M. Capuzzi*
           Kevin M. Capuzzi (NJ No. 173442015)