UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 86

**NOW, THIS 18th Day of October, 2023, IT IS HEREBY ORDERED THAT** oral argument will be held via Zoom on October 25, 2023, commencing at 10:00 a.m. Eastern Time, on the following motions:

A. Plaintiffs' Motion to Compel WeChat Production from ZHP (ECF No. 2490); and

B. The Motion of Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") to file a redacted version of Exhibit 2 to Plaintiffs' Brief in Support of Daubert Motion to Preclude the Opinions of Defense Expert Fengtian Xue, Ph.D, (ECF No. 2459).

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
