```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


_____
                                    CIVIL ACTION NUMBER:

IN RE:  VALSARTAN PRODUCTS          19-md-02875
LIABILITY LITIGATION
                                    DISCOVERY CONFERENCE VIA
_____         ZOOM


     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets
     Camden, New Jersey  08101
     October 18, 2023
     Commencing at 4:02 p.m.

B E F O R E:       THE HONORABLE THOMAS I. VANASKIE (RET.)
                   SPECIAL MASTER

A P P E A R A N C E S:

     MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
     BY:  CHRISTOPHER GEDDIS, ESQUIRE
     103 Eisenhower Parkway
     Roseland, New Jersey  07068
     For the Plaintiffs


     FARR LAW FIRM
     BY:  GEORGE T. WILLIAMSON, ESQUIRE
     99 Nesbit Street
     Punta Gorda, Florida 33950
     For the Plaintiffs



          Ann Marie Mitchell, Official Court Reporter
             AnnMarie_Mitchell@njd.uscourts.gov
                        (856) 576-7018


  Proceedings recorded by mechanical stenography; transcript
           produced by computer-aided transcription.
```

```
 1   A P P E A R A N C E S (Continued):

 2

         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 3       BY:  JESSICA DAVIDSON, ESQUIRE
         1440 New York Avenue, N.W.
 4       Washington, DC 20005
         For the Defendants, Prinston Pharmaceuticals,
 5       Solco Healthcare U.S. LLC, and  Zhejiang Huahai
         Pharmaceuticals Ltd.
 6

 7       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
         BY:  CHRISTOPHER COX, ESQUIRE
 8       One Manhattan West
         New York, New York 10001
 9       For the Defendants, Prinston Pharmaceuticals,
         Solco Healthcare U.S. LLC, and  Zhejiang Huahai
10       Pharmaceuticals Ltd.

11

12   ALSO PRESENT:

13       LORETTA SMITH, ESQUIRE
         Judicial Law Clerk to The Honorable Robert B. Kugler
14
         Larry MacStravic, Courtroom Deputy
15

16

17

18

19

20

21

22

23

24

25
```

1          (PROCEEDINGS held via Zoom before and SPECIAL MASTER
2   THOMAS I. VANASKIE at 4:02 p.m.)
3          THE COURT:  Good afternoon.
4          I think we might be ready to proceed.  Nobody is
5   ringing in right now, so now's a good time.
6          Good afternoon, everyone.  We have our court
7   reporter, Ann Marie Mitchell is here.
8          Loretta Smith, I don't know, are you home, Loretta?
9   You can't be at the office.
10         MS. SMITH:  I am home, Judge.
11         THE COURT:  Yes.  Loretta had a very serious fall and
12  won't be able to drive for a while.  So it's great to see you,
13  but get yourself better.
14         MS. SMITH:  Yep.  Thank you.
15         THE COURT:  So there are a couple of matters on the
16  agenda letters that deal with the pending motions, a motion to
17  seal and a motion to compel production of WeChat exchanges.
18         Is WeChat like Twitter or is it more like Facebook?
19         MS. DAVIDSON:  I can answer that, Your Honor.  This
20  is Jessica Davidson on behalf of ZHP.
21         WeChat -- and I actually looked at it last night on
22  someone's phone -- is basically a social media platform that
23  includes all of your various apps in one platform.
24         THE COURT:  Okay.
25         MS. DAVIDSON:  So imagine if sort of your bank

1  statements, your hospital portal, your texts, your
2  appointments, your calendar, everything, your social networks.
3  Everything is included, so instead of having like lots of
4  different apps, it's all included in one platform.
5          THE COURT:  I see.
6          MR. WILLIAMSON:  Your Honor, George Williamson on
7  behalf of plaintiffs.
8          It's very clearly primarily a chat enabled
9  application.
10         This is what it looks like.  I have the application
11 on my phone.  And this is what it looks like.
12         THE COURT:  It doesn't show up too good right now on
13 the screen.  Sorry.
14         MR. WILLIAMSON:  At the bottom, it says chats,
15 contacts, discover and then me.  You know, that's what we
16 have.
17         THE COURT:  Okay.
18         MR. WILLIAMSON:  So at its core it's primarily a
19 chatting app.  It could be used for other things.  I would
20 liken it to WhatsApp.  I'm not sure if Your Honor has used
21 that, but --
22         THE COURT:  I have not.
23         MR. WILLIAMSON:  It's very similar to WhatsApp.
24         MS. DAVIDSON:  It's not similar to WhatsApp insofar
25 as in America you would have WhatsApp.  You would have your

1  Chase Bank app.  You would have your dating profiles and all
2  of your dating site apps.
3          For Chinese people, it's all in one place.  So your
4  dating app, your lab tests from your last blood test, your
5  bank records, it's all there.
6          THE COURT:  Okay.  All right.  Now, I was going to
7  suggest that I schedule argument separately on these motions,
8  primarily because I just got overwhelmed this week and did not
9  spend the time that I thought I needed to to review the briefs
10 and all of the exhibits that came with it.  There's quite a
11 number of exhibits.
12         So I apologize for that.  I found myself in court
13 this morning at 9:30, on a conference call at 10:00, another
14 Zoom session at 11:00, another Zoom session at 12:30, one at
15 2:00, and now this.  And I just -- I need to -- I want to
16 spend the time.
17         And I apologize to you.  It's not fair to you.  But
18 the briefing just did get completed on the WeChat motion, and
19 I just haven't had the chance to review it.
20         I was looking at a date next week.  And I don't
21 know -- I'm not giving you a lot of notice on it, but I
22 thought I'd throw out the 23rd of October.
23         MS. DAVIDSON:  Your Honor, I unfortunately have an
24 oral argument in -- actually, it's kind of fortunate because
25 it's in Idaho, where I've never been.  I'm pretty excited.

1   But I have an oral argument in Idaho on Monday and a
2   deposition on Tuesday.
3           I could do Wednesday the 25th or Thursday the 26th.
4           THE COURT:  Wednesday the 25th looks good for me.  I
5   can't do the 26th.  I'm doing a mediation in Pittsburgh that
6   day.  But I could do the 25th.
7           MS. DAVIDSON:  George?
8           MR. WILLIAMSON:  Yeah.  Wednesday in the morning
9   probably works for me.
10          THE COURT:  That would be the morning.
11          MR. WILLIAMSON:  Yeah.
12          THE COURT:  Would 10:00 a.m. be all right,
13  Mr. Williamson?
14          MR. WILLIAMSON:  10:00 a.m. Eastern works for me,
15  yep.
16          THE COURT:  Ms. Davidson, 10:00 a.m. Eastern time?
17          MS. DAVIDSON:  Absolutely.
18          THE COURT:  Does anybody else need to be heard on the
19  scheduling of argument on the WeChat motion?
20          (No response.)
21          THE COURT:  So we'll hear oral argument Wednesday the
22  25th at 11:00 a.m.
23          MR. WILLIAMSON:  I thought we said 10:00 a.m.?
24          THE COURT:  10:00 a.m., you are right.  I'd rather do
25  10:00 too.

```
 1          MR. WILLIAMSON:  Will the Court circulate a Zoom
 2  link?
 3          THE COURT:  I'll send out an order.  And Larry, are
 4  you able to send out a Zoom link for this, Mr. MacStravic?
 5          THE DEPUTY CLERK:  Yes, Judge.
 6          THE COURT:  So Mr. MacStravic will send out a Zoom
 7  link.
 8          Now, we also have the motion to seal that needs to be
 9  discussed.
10          And can we hear argument on that motion the same day?
11  And who will be heard on that motion?
12          MR. COX:  I will for ZHP, Your Honor, Christopher
13  Cox.  I'm available at the time you just settled on.
14          THE COURT:  All right.  And who will present argument
15  for the plaintiffs?
16          MR. GEDDIS:  This is Christopher Geddis for
17  plaintiffs, and I'm available at that time as well.
18          THE COURT:  All right.  So we'll start arguments,
19  we'll start with the WeChat motion at 10:00 a.m., and we'll
20  immediately follow that with argument on the motion to seal.
21  All right?
22          All right, thanks.  Is there anything else for us to
23  cover today?
24          MR. WILLIAMSON:  Not that I'm aware of.
25          THE COURT:  All right.  Now, I notice that a
```

1   suggestion of bankruptcy has been filed on behalf of Rite Aid.
2   It was filed on the docket.  Those that are registered ECF
3   users that are participants in this case would have received
4   notice, would have received a copy of -- or a link to the
5   filing.  I don't believe there's anything else to be done on
6   the Court's end with respect to that suggestion of bankruptcy.
7           Does anybody disagree with that?
8           MR. SLATER:  No, Your Honor, there's nothing for the
9   Court to do at this time.  This is Adam Slater.
10          THE COURT:  Right.  Mr. Slater, it seems to me that
11  if Rite Aid wants to do anything, they have to go to
12  bankruptcy court I guess on it.
13          But in any event, I didn't think there was anything
14  that the Court needed to do.  The suggestion of bankruptcy has
15  been filed.  And as I said, those who are registered ECF users
16  on this case have been noticed.
17          Is there anything else to discuss today?
18          MR. SLATER:  Nothing for plaintiffs, to my knowledge.
19          THE COURT:  I'm sorry to disappoint you all with
20  respect to -- you all came prepared to argue.  I've got my
21  coat and tie on too.  But -- I could listen, but I'd rather be
22  prepared.  And so we'll be prepared for next Wednesday.
23          All right.  Is there anything else?
24          MS. DAVIDSON:  No, Your Honor.  Thank you so much.
25          MR. SLATER:  Nothing, Judge.

```
 1              THE COURT:  Thank you all very much.  We'll see you
 2    next Wednesday.  We'll send out the invites.
 3              (Proceedings concluded at 4:11 p.m.)
 4
                              -  -  -
 5
              I certify that the foregoing is a correct transcript
 6    from the record of proceedings in the above-entitled matter.

 7    /S/ Ann Marie Mitchell          19th day of October, 2023
      Court Reporter/Transcriber      Date
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| / | absolutely [1] - 6:17 | chat [1] - 4:8 | 7:5 | H |
|---|---|---|---|---|
| /S [1] - 9:7 | ACTION [1] - 1:3 | chats [1] - 4:14 | different [1] - 4:4 | Healthcare [2] - 2:5, 2:9 |
| | Adam [1] - 8:9 | chatting [1] - 4:19 | disagree [1] - 8:7 | hear [2] - 6:21, 7:10 |
| **0** | ADAM [1] - 1:13 | Chinese [1] - 5:3 | disappoint [1] - 8:19 | heard [2] - 6:18, 7:11 |
| 07068 [1] - 1:14 | afternoon [2] - 3:3, 3:6 | CHRISTOPHER [2] - 1:13, 2:7 | discover [1] - 4:15 | held [1] - 3:1 |
| 08101 [1] - 1:8 | agenda [1] - 3:16 | Christopher [2] - 7:12, 7:16 | DISCOVERY [1] - 1:5 | home [2] - 3:8, 3:10 |
| | Aid [2] - 8:1, 8:11 | circulate [1] - 7:1 | discuss [1] - 8:17 | Honor [7] - 3:19, 4:6, 4:20, 5:23, 7:12, 8:8, 8:24 |
| **1** | aided [1] - 1:23 | CIVIL [1] - 1:3 | discussed [1] - 7:9 | HONORABLE [1] - 1:10 |
| 10001 [1] - 2:8 | ALSO [1] - 2:12 | clearly [1] - 4:8 | DISTRICT [2] - 1:1, 1:1 | Honorable [1] - 2:13 |
| 103 [1] - 1:14 | America [1] - 4:25 | Clerk [1] - 2:13 | docket [1] - 8:2 | hospital [1] - 4:1 |
| 10:00 [8] - 5:13, 6:12, 6:14, 6:16, 6:23, 6:24, 6:25, 7:19 | ann [1] - 1:20 | coat [1] - 8:21 | done [1] - 8:5 | Huahai [2] - 2:5, 2:9 |
| | Ann [2] - 3:7, 9:7 | Cohen [1] - 1:7 | drive [1] - 3:12 | |
| 11:00 [2] - 5:14, 6:22 | AnnMarie_Mitchell@ njd.uscourts.gov [1] - 1:21 | Commencing [1] - 1:9 | | **I** |
| 12:30 [1] - 5:14 | | compel [1] - 3:17 | **E** | Idaho [2] - 5:25, 6:1 |
| 1440 [1] - 2:3 | answer [1] - 3:19 | completed [1] - 5:18 | Eastern [2] - 6:14, 6:16 | imagine [1] - 3:25 |
| 18 [1] - 1:8 | apologize [2] - 5:12, 5:17 | computer [1] - 1:23 | ECF [2] - 8:2, 8:15 | immediately [1] - 7:20 |
| 19-md-02875 [1] - 1:4 | app [3] - 4:19, 5:1, 5:4 | computer-aided [1] - 1:23 | Eisenhower [1] - 1:14 | included [2] - 4:3, 4:4 |
| 19th [1] - 9:7 | application [2] - 4:9, 4:10 | concluded [1] - 9:3 | enabled [1] - 4:8 | includes [1] - 3:23 |
| | appointments [1] - 4:2 | CONFERENCE [1] - 1:5 | end [1] - 8:6 | insofar [1] - 4:24 |
| **2** | apps [3] - 3:23, 4:4, 5:2 | conference [1] - 5:13 | entitled [1] - 9:6 | instead [1] - 4:3 |
| 20005 [1] - 2:4 | argue [1] - 8:20 | contacts [1] - 4:15 | ESQUIRE [6] - 1:13, 1:13, 1:17, 2:3, 2:7, 2:13 | invites [1] - 9:2 |
| 2023 [2] - 1:8, 9:7 | argument [8] - 5:7, 5:24, 6:1, 6:19, 6:21, 7:10, 7:14, 7:20 | Continued [1] - 2:1 | event [1] - 8:13 | |
| 23rd [1] - 5:22 | | Cooper [1] - 1:7 | exchanges [1] - 3:17 | **J** |
| 25th [4] - 6:3, 6:4, 6:6, 6:22 | | copy [1] - 8:4 | excited [1] - 5:25 | JERSEY [1] - 1:1 |
| 26th [2] - 6:3, 6:5 | arguments [1] - 7:18 | core [1] - 4:18 | exhibits [2] - 5:10, 5:11 | Jersey [2] - 1:8, 1:14 |
| 2:00 [1] - 5:15 | ARPS [2] - 2:2, 2:7 | correct [1] - 9:5 | | Jessica [1] - 3:20 |
| | available [2] - 7:13, 7:17 | couple [1] - 3:15 | **F** | JESSICA [1] - 2:3 |
| **3** | Avenue [1] - 2:3 | COURT [1] - 1:1 | Facebook [1] - 3:18 | Judge [3] - 3:10, 7:5, 8:25 |
| 33950 [1] - 1:18 | aware [1] - 7:24 | court [3] - 3:6, 5:12, 8:12 | fair [1] - 5:17 | Judicial [1] - 2:13 |
| | | Court [2] - 1:20, 9:7 | fall [1] - 3:11 | |
| **4** | **B** | Court's [1] - 8:6 | FARR [1] - 1:16 | **K** |
| 4:02 [2] - 1:9, 3:2 | bank [2] - 3:25, 5:5 | Courthouse [1] - 1:7 | filed [3] - 8:1, 8:2, 8:15 | KATZ [1] - 1:12 |
| 4:11 [1] - 9:3 | Bank [1] - 5:1 | Courtroom [1] - 2:14 | filing [1] - 8:5 | kind [1] - 5:24 |
| 4th [1] - 1:7 | bankruptcy [4] - 8:1, 8:6, 8:12, 8:14 | cover [1] - 7:23 | FIRM [1] - 1:16 | knowledge [1] - 8:18 |
| | | COX [2] - 2:7, 7:12 | FLOM [2] - 2:2, 2:7 | Kugler [1] - 2:13 |
| **5** | behalf [3] - 3:20, 4:7, 8:1 | Cox [1] - 7:13 | Florida [1] - 1:18 | |
| 576-7018 [1] - 1:21 | better [1] - 3:13 | | follow [1] - 7:20 | **L** |
| | blood [1] - 5:4 | **D** | foregoing [1] - 9:5 | lab [1] - 5:4 |
| **8** | bottom [1] - 4:14 | Date [1] - 9:7 | fortunate [1] - 5:24 | Larry [1] - 7:3 |
| 856 [1] - 1:21 | briefing [1] - 5:18 | date [1] - 5:20 | FREEMAN [1] - 1:12 | larry [1] - 2:14 |
| | briefs [1] - 5:9 | dating [3] - 5:1, 5:2, 5:4 | | last [2] - 3:21, 5:4 |
| **9** | Building [1] - 1:7 | Davidson [2] - 3:20, 6:16 | **G** | Law [1] - 2:13 |
| 99 [1] - 1:17 | | DAVIDSON [8] - 2:3, 3:19, 3:25, 4:24, 5:23, 6:7, 6:17, 8:24 | Geddis [1] - 7:16 | LAW [1] - 1:16 |
| 9:30 [1] - 5:13 | **C** | | GEDDIS [2] - 1:13, 7:16 | letters [1] - 3:16 |
| | calendar [1] - 4:2 | | George [2] - 4:6, 6:7 | LIABILITY [1] - 1:4 |
| **A** | Camden [1] - 1:8 | DC [1] - 2:4 | GEORGE [1] - 1:17 | liken [1] - 4:20 |
| a.m [7] - 6:12, 6:14, 6:16, 6:22, 6:23, 6:24, 7:19 | case [2] - 8:3, 8:16 | deal [1] - 3:16 | Gorda [1] - 1:18 | link [4] - 7:2, 7:4, 7:7, 8:4 |
| | certify [1] - 9:5 | Defendants [2] - 2:4, 2:9 | great [1] - 3:12 | listen [1] - 8:21 |
| able [2] - 3:12, 7:4 | chance [1] - 5:19 | deposition [1] - 6:2 | guess [1] - 8:12 | LITIGATION [1] - 1:4 |
| above-entitled [1] - 9:6 | Chase [1] - 5:1 | Deputy [1] - 2:14 | | LLC [3] - 1:12, 2:5, 2:9 |
| | | DEPUTY CLERK [1] - | | LLP [2] - 2:2, 2:7 |

**looked** [1] - 3:21
**looking** [1] - 5:20
**looks** [3] - 4:10, 4:11, 6:4
**LORETTA** [1] - 2:13
**Loretta** [3] - 3:8, 3:11
**Ltd** [2] - 2:5, 2:10

**M**

**MacStravic** [3] - 2:14, 7:4, 7:6
**Manhattan** [1] - 2:8
**Marie** [3] - 1:20, 3:7, 9:7
**MASTER** [2] - 1:10, 3:1
**matter** [1] - 9:6
**matters** [1] - 3:15
**MAZIE** [1] - 1:12
**MEAGHER** [2] - 2:2, 2:7
**mechanical** [1] - 1:23
**media** [1] - 3:22
**mediation** [1] - 6:5
**might** [1] - 3:4
**Mitchell** [4] - 1:7, 1:20, 3:7, 9:7
**Monday** [1] - 6:1
**morning** [3] - 5:13, 6:8, 6:10
**motion** [9] - 3:16, 3:17, 5:18, 6:19, 7:8, 7:10, 7:11, 7:19, 7:20
**motions** [2] - 3:16, 5:7
**MR** [15] - 4:6, 4:14, 4:18, 4:23, 6:8, 6:11, 6:14, 6:23, 7:1, 7:12, 7:16, 7:24, 8:8, 8:18, 8:25
**MS** [9] - 3:10, 3:14, 3:19, 3:25, 4:24, 5:23, 6:7, 6:17, 8:24

**N**

**N.W** [1] - 2:3
**need** [2] - 5:15, 6:18
**needed** [2] - 5:9, 8:14
**needs** [1] - 7:8
**Nesbit** [1] - 1:17
**networks** [1] - 4:2
**never** [1] - 5:25
**NEW** [1] - 1:1
**New** [5] - 1:8, 1:14, 2:3, 2:8
**next** [3] - 5:20, 8:22, 9:2
**night** [1] - 3:21
**nobody** [1] - 3:4

**nothing** [3] - 8:8, 8:18, 8:25
**notice** [3] - 5:21, 7:25, 8:4
**noticed** [1] - 8:16
**now's** [1] - 3:5
**number** [1] - 5:11
**NUMBER** [1] - 1:3

**O**

**October** [3] - 1:8, 5:22, 9:7
**office** [1] - 3:9
**Official** [1] - 1:20
**one** [4] - 3:23, 4:4, 5:3, 5:14
**One** [1] - 2:8
**oral** [3] - 5:24, 6:1, 6:21
**order** [1] - 7:3
**overwhelmed** [1] - 5:8

**P**

**p.m** [3] - 1:9, 3:2, 9:3
**Parkway** [1] - 1:14
**participants** [1] - 8:3
**pending** [1] - 3:16
**people** [1] - 5:3
**Pharmaceuticals** [4] - 2:4, 2:5, 2:9, 2:10
**phone** [2] - 3:22, 4:11
**Pittsburgh** [1] - 6:5
**place** [1] - 5:3
**Plaintiffs** [2] - 1:15, 1:18
**plaintiffs** [4] - 4:7, 7:15, 7:17, 8:18
**platform** [3] - 3:22, 3:23, 4:4
**portal** [1] - 4:1
**prepared** [3] - 8:20, 8:22
**PRESENT** [1] - 2:12
**present** [1] - 7:14
**pretty** [1] - 5:25
**primarily** [3] - 4:8, 4:18, 5:8
**Prinston** [2] - 2:4, 2:9
**proceed** [1] - 3:4
**proceedings** [1] - 9:6
**PROCEEDINGS** [1] - 3:1
**Proceedings** [2] - 1:23, 9:3
**produced** [1] - 1:23
**production** [1] - 3:17
**PRODUCTS** [1] - 1:4
**profiles** [1] - 5:1

**Punta** [1] - 1:18

**Q**

**quite** [1] - 5:10

**R**

**rather** [2] - 6:24, 8:21
**RE** [1] - 1:4
**ready** [1] - 3:4
**received** [2] - 8:3, 8:4
**record** [1] - 9:6
**recorded** [1] - 1:23
**records** [1] - 5:5
**registered** [2] - 8:2, 8:15
**reporter** [1] - 3:7
**Reporter** [1] - 1:20
**Reporter/ Transcriber** [1] - 9:7
**respect** [2] - 8:6, 8:20
**response** [1] - 6:20
**RET** [1] - 1:10
**review** [2] - 5:9, 5:19
**ringing** [1] - 3:5
**Rite** [2] - 8:1, 8:11
**Robert** [1] - 2:13
**Roseland** [1] - 1:14

**S**

**schedule** [1] - 5:7
**scheduling** [1] - 6:19
**screen** [1] - 4:13
**seal** [3] - 3:17, 7:8, 7:20
**see** [3] - 3:12, 4:5, 9:1
**send** [4] - 7:3, 7:4, 7:6, 9:2
**separately** [1] - 5:7
**serious** [1] - 3:11
**session** [2] - 5:14
**settled** [1] - 7:13
**show** [1] - 4:12
**similar** [2] - 4:23, 4:24
**site** [1] - 5:2
**SKADDEN** [2] - 2:2, 2:7
**SLATE** [2] - 2:2, 2:7
**SLATER** [5] - 1:12, 1:13, 8:8, 8:18, 8:25
**Slater** [2] - 8:9, 8:10
**SMITH** [3] - 2:13, 3:10, 3:14
**Smith** [1] - 3:8
**social** [2] - 3:22, 4:2
**Solco** [2] - 2:5, 2:9
**sorry** [2] - 4:13, 8:19
**sort** [1] - 3:25
**SPECIAL** [2] - 1:10, 3:1
**spend** [2] - 5:9, 5:16
**start** [2] - 7:18, 7:19
**statements** [1] - 4:1
**STATES** [1] - 1:1
**stenography** [1] - 1:23
**Street** [1] - 1:17
**Streets** [1] - 1:7
**suggest** [1] - 5:7
**suggestion** [3] - 8:1, 8:6, 8:14

**T**

**test** [1] - 5:4
**tests** [1] - 5:4
**texts** [1] - 4:1
**The Court** [27] - 3:3, 3:11, 3:15, 3:24, 4:5, 4:12, 4:17, 4:22, 5:6, 6:4, 6:10, 6:12, 6:16, 6:18, 6:21, 6:24, 7:1, 7:3, 7:6, 7:14, 7:18, 7:25, 8:8, 8:10, 8:14, 8:19, 9:1
**THOMAS** [2] - 1:10, 3:2
**throw** [1] - 5:22
**Thursday** [1] - 6:3
**tie** [1] - 8:21
**today** [2] - 7:23, 8:17
**transcript** [2] - 1:23, 9:5
**transcription** [1] - 1:23
**Tuesday** [1] - 6:2
**Twitter** [1] - 3:18

**U**

**U.S** [3] - 1:7, 2:5, 2:9
**unfortunately** [1] - 5:23
**UNITED** [1] - 1:1
**up** [1] - 4:12
**users** [2] - 8:3, 8:15

**V**

**VALSARTAN** [1] - 1:4
**VANASKIE** [2] - 1:10, 3:2
**various** [1] - 3:23
**VIA** [1] - 1:5
**via** [1] - 3:1

**W**

**wants** [1] - 8:11
**Washington** [1] - 2:4
**WeChat** [6] - 3:17, 3:18, 3:21, 5:18, 6:19, 7:19
**Wednesday** [6] - 6:3, 6:4, 6:8, 6:21, 8:22, 9:2
**week** [2] - 5:8, 5:20
**West** [1] - 2:8
**WhatsApp** [4] - 4:20, 4:23, 4:24, 4:25
**WILLIAMSON** [11] - 1:17, 4:6, 4:14, 4:18, 4:23, 6:8, 6:11, 6:14, 6:23, 7:1, 7:24
**Williamson** [2] - 4:6, 6:13
**works** [2] - 6:9, 6:14

**Y**

**York** [3] - 2:3, 2:8
**yourself** [1] - 3:13

**Z**

**Zhejiang** [2] - 2:5, 2:9
**ZHP** [2] - 3:20, 7:12
**ZOOM** [1] - 1:5
**Zoom** [6] - 3:1, 5:14, 7:1, 7:4, 7:6