**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

CIVIL ACTION NUMBER:

IN RE:  VALSARTAN PRODUCTS       19-md-02875
LIABILITY LITIGATION

                                DISCOVERY CONFERENCE VIA
_____ ZOOM


        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        October 25, 2023
        Commencing at 10:14 a.m.

**B E F O R E:**        THE HONORABLE THOMAS I. VANASKIE (RET.)
                       SPECIAL MASTER

**A P P E A R A N C E S:**

        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  CHRISTOPHER GEDDIS, ESQUIRE
        103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiffs


        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        BY:  CHRISTOPHER COX, ESQUIRE
        One Manhattan West
        New York, New York 10001
        For the Defendants, Prinston Pharmaceuticals,
        Solco Healthcare U.S. LLC, and  Zhejiang Huahai
        Pharmaceuticals Ltd.



            Ann Marie Mitchell, Official Court Reporter
              AnnMarie_Mitchell@njd.uscourts.gov
                     (856) 576-7018


     Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.

**ALSO PRESENT:**

        LORETTA SMITH, ESQUIRE
        Judicial Law Clerk to The Honorable Robert B. Kugler

        Larry MacStravic, Courtroom Deputy

1        (PROCEEDINGS held via Zoom before SPECIAL MASTER

2   THOMAS I. VANASKIE at 10:14 a.m.)

3        SPECIAL MASTER VANASKIE:  Have we admitted everybody

4   who needs to be admitted, Larry?

5        THE DEPUTY CLERK:  Everybody who's in the waiting

6   room is in.

7        SPECIAL MASTER VANASKIE:  All right.  We're all set

8   to go in.

9        Good morning, everyone.  We had a little delay for a

10  fire drill at the courthouse in Camden.  But it was just a

11  drill, and that's the good news.  And Ann Marie is back now.

12  We're ready to get started.

13       We're going to hear argument today only on -- we call

14  it the motion to seal, but it's really a motion to file in

15  redacted form the expert witness report of Mr. Xue.

16       Am I pronouncing that correctly?

17       MR. COX:  I've heard it pronounced different ways,

18  Your Honor.  I've heard it pronounced the way you just said

19  and also Xue.

20       SPECIAL MASTER VANASKIE:  Xue.  All right.  We'll go

21  with Xue.  It's spelled X-U-E.

22       And you'll be presenting argument, Mr. Cox, on behalf

23  of ZHP on this matter?

24       MR. COX:  I will, Your Honor.

25       SPECIAL MASTER VANASKIE:  And Mr. Geddis, are you

1    arguing on behalf of the plaintiffs?

2            MR. GEDDIS:  Yes, Your Honor.

3            SPECIAL MASTER VANASKIE:  All right.  I'd like to

4    start off by saying, you know, I looked at the -- obviously

5    looked at the report, and I have the pages for which there are

6    redactions in front of me.

7            There was one ambiguity in the submission, maybe two,

8    but one that I'm looking at.  I couldn't tell whether this was

9    part of the redactions sought by ZHP.  It's page 11.  And it's

10   a little bit ambiguous in terms of there's highlighting on

11   that page.  And what you sent to me to assist me in my review

12   was the report with highlights to indicate what's being

13   redacted.  But this is not a page that is listed as being at

14   issue with respect to this motion.

15           So can you clarify that, Mr. Cox?

16           MR. COX:  Absolutely, Your Honor.

17           And I think because there was some color in the

18   expert report originally, we were -- we ran out of color

19   options in terms of what we could highlight in.

20           SPECIAL MASTER VANASKIE:  Right.

21           MR. COX:  But I can confirm, page 11, there's nothing

22   that we're asking to be redacted on page 11.

23           SPECIAL MASTER VANASKIE:  All right.  I suspected

24   that to be the case but just wanted to make sure.

25           All right.  So if I was -- do you think it would be

1    appropriate to go page by page here in terms of what you're

2    seeking to redact?  And we can certainly seal the transcript

3    if we need to.  But it seems to me it might assist me -- I'm

4    trying to understand what the rationale is and what the harm

5    would be to ZHP from having some of this information not

6    redacted.

7            And so, for example, if I went to page 16 of the

8    report, what's redacted there are temperatures.

9            MR. COX:  Right, Your Honor.

10           SPECIAL MASTER VANASKIE:  And what's the harm from --

11   how does it differ from the information that appears in the

12   patent, which is publicly available?

13           MR. COX:  Sure, Your Honor.

14           So the information in the patent is different than

15   the information that's in this report in terms of level of

16   detail, in terms of it having been maintained by the company

17   as confidential.  And as Jucai Ge's declaration, it makes

18   clear this information relates to the company's internal

19   processes, manufacturing processes, other processes, very

20   detailed information, including, you know, temperature values,

21   including how many liters or kilograms of specific materials

22   are used in particular steps of a multi-step process.

23           And as she makes clear, other companies, other

24   competitors in the generic pharmaceutical manufacturing space,

25   could use ZHP's processes, the details of those processes, to

1   improve their own processes.  They may indicate ways in which

2   those processes could be carried out that they hadn't thought

3   of.

4          And ZHP has spent time and money developing their own

5   processes.  The details of them -- and again, the details are

6   not what's in the patents.  The patents lay out -- those are

7   the exhibits to Mr. Slater's certification -- lay out in some

8   cases 15 different ways you could do something.  And they're

9   all changed a little bit.

10          But what this document shows is how ZHP has done or

11   does a particular process.  And that's what ought to be

12   protected, and that's what we're seeking to redact.

13          SPECIAL MASTER VANASKIE:  Can I interrupt you for a

14   second and ask --

15          MR. COX:  Of course, Your Honor.

16          SPECIAL MASTER VANASKIE:  -- Mr. Geddis.

17          I looked at the patent, and the patent seems to

18   provide a range of temperatures, for example, as opposed to a

19   precise temperature that you see in the report.

20          Is that a significant distinction?

21          MR. GEDDIS:  Your Honor, thank you.

22          I don't think it is a significant distinction,

23   especially in this context where we have the strong

24   presumption in favor of the public access to court records.

25   And the fact that the patent has a range and ZHP is simply

1  seeking to somehow redact or keep private a number within that

2  range, the patent is public.  All the numbers in that range

3  should be protected.  And any de minimis interest it has in

4  that specific number, especially -- and I think this is

5  important to remember, that everything in this report is about

6  prior processes before the drug was recalled and before the

7  process was subsequently changed and then actually subject to

8  an additional patent.

9           So I don't think that there's any way for, you know,

10  this conclusory declaration from someone who no longer works

11  at ZHP anymore to overcome the public's right to access this

12  full report, which is central to ZHP's defense in this case.

13          SPECIAL MASTER VANASKIE:  You don't dispute that

14  Ms. Ge --

15          Ann Marie, it's spelled J-U-C-A-I, and G-E is the

16  second name or last name.

17          -- that she would have knowledge.  I mean, she's been

18  deposed a couple of times.  She certainly is knowledgeable.

19  The fact that she no longer works for that particular entity

20  wouldn't destroy her knowledge.

21          MR. GEDDIS:  It would destroy her ability to have

22  current personal knowledge about the ability of that

23  information to harm ZHP at this time, which is what ZHP has to

24  prove right now.

25          So just the fact that she knew about what was going

1   on at ZHP before the recall and testified as a 30(b)(6)

2   witness who did indeed have any personal knowledge and to a

3   more limited extent as a fact witness about facts that

4   happened over five years ago doesn't mean that she would have

5   a basis to opine on whether or not this information should be

6   sealed right now.  I don't think she does.

7           MR. COX:  Your Honor --

8           SPECIAL MASTER VANASKIE:  Do you want to respond to

9   that, Mr. Cox?

10          MR. COX:  Yes, I do.

11          We disagree with that.  And as Your Honor said, I

12  mean, she's been a witness in this case as recently as May

13  2022.  She was the quality affairs director of API.  She was

14  directly involved with the issues that are implicated by the

15  Xue report.  And she -- what she's saying is that the proposed

16  redactions could be used to ZHP's disadvantage.  It doesn't

17  matter -- and we cited the UD -- sorry, the *UDVNA* case, the

18  vodka case.  It doesn't matter if the formulas are current or

19  older formulas, the issue is whether they could bring harm to

20  ZHP.  And it's still a zinc chloride process that's used, as

21  Mr. Geddis pointed out.  There have been changes to that

22  process, but that doesn't alter the fact that how the process

23  has been used over time at ZHP at its expense, at its cost,

24  could be unfairly leveraged by its competitors in the generic

25  marketplace.

```
 1          SPECIAL MASTER VANASKIE:  Thank you.

 2          Now, on pages 23 and 26, 27, 28, 29 -- sorry -- of

 3   the Xue report, there are tables there, Table 1a-2 captioned

 4   "Main Materials Charging and Production Capacity Comparison."

 5          Now, why is it important to ZHP that the information

 6   that's redacted is not the entire table that's redacted, it's

 7   only certain information?  Why is it important that that

 8   information be redacted?

 9          MR. COX:  Right.  And that goes to ZHP making an

10   effort here to use the least restrictive means.  You can see

11   that we're not trying to redact the step involved or the

12   original process, but it's the proposed process and the

13   reasoning in that far right-hand column, that note on the

14   changes that would reveal to ZHP's competitors why it's making

15   particular changes, what it thinks about certain processes

16   that are part of its manufacturing process.  And that is

17   insight that a competitor could use to its advantage and to

18   ZHP's disadvantage, because essentially by making the document

19   public, ZHP's competitors would have access to information

20   that they do not have access to right now and could use to

21   improve or change their own processes.

22          SPECIAL MASTER VANASKIE:  Mr. Geddis, what Mr. Cox is

23   saying seems to make sense to me, that, you know, the fact

24   that ZHP is a defendant in this case doesn't open up an

25   examination of proposed processes.
```

 1           Why should -- and why should not that information at
 2    least be protected?
 3           MR. GEDDIS:  The problem, Your Honor, is that this
 4    information is in the expert report, where ZHP tries to
 5    exonerate itself from liability in this case.  It's its
 6    primary defense in this entire litigation.  And the Court has
 7    already recently certified the class action, and we're going
 8    to be going to trial.  This report is going to be subject to
 9    further motions, attached to further motions.  And the public
10    and absent class members have a right to understand why ZHP
11    thinks that it did nothing wrong in this case and it had no
12    basis to understand the basic chemistry underlying the
13    formation of NDMA in its valsartan.
14           And if you look at the information on page 23, this
15    is a primary example of how this motion is not in any way
16    following the least restrictive approach, because you see the
17    first three rows that they're trying to redact, there is no
18    change.  So how can this possibly need to be redacted?
19           Then if you go to this second cutout, where the, you
20    know -- just second gray bar in this chart, they're seeking to
21    redact the fact that they use zinc chloride after they use
22    triethylene.  That is the most widely known fact in this
23    litigation.  It's the name of the process that we talk about
24    nonstop.  Why does that need to be redacted?
25           And just above that, they're seeking to redact the

1  fact that they use DMF in the second process.  That's the

2  chemical that introduced DME -- or excuse me, DMA that led to

3  the formation of NDMA in this case.

4       Just those few examples show you that even besides

5  the fact that Jucai Ge doesn't have personal knowledge at this

6  point to opine on whether or not this information could be

7  prejudicial to ZHP, she didn't look at the charts carefully.

8  And she didn't even seek to address our arguments that were

9  repeated over and over again, that the patents precluded any

10 prejudice to ZHP.

11      And if they wanted to be able to come here and tell

12 you that the patents aren't enough protection, they should

13 have shown them to her and had her say, I looked at the

14 patents, here's why they don't protect ZHP at this point.

15      It's -- the declaration is completely conclusory.

16 And she often doesn't address any of the info -- or much of

17 the information with the requisite specificity.

18      So I think the Court needs to deny the motion to seal

19 and allow the public and absent class members to assess ZHP's

20 proffered defense in this case.

21      SPECIAL MASTER VANASKIE:  Mr. Geddis, what would you

22 propose would be the specificity that should have been in this

23 declaration that's missing?

24      MR. GEDDIS:  Like I said, Your Honor, I think she

25 should have at least had the patent, explained that she

1    reviewed the patents, compared the patents to the information

2    that she was seeking to redact, and explain why that was

3    not -- that those patents didn't provide enough protection for

4    them.

5            SPECIAL MASTER VANASKIE:  What has precluded you from

6    presenting your own declaration to that effect?

7            MR. GEDDIS:  We don't have the burden of proof here.

8    And I think as you explained, Your Honor, the patents are

9    public.  And they have -- as I outlined in a lot of detail on

10   pages 13 and 14 of my brief, most of the chemicals that

11   they're seeking to redact are described in the patents, in all

12   three of them.

13           So I think given the public's right -- strong

14   presumption of the public's right to access these court

15   records, and the fact that these patents provide -- one, they

16   provide a significant amount of protection to ZHP; two, they

17   outline much of the information they're seeking to redact, I

18   don't see how there's any way for ZHP to claim that there's

19   any risk of harm that would outweigh the public right to

20   access these documents.

21           I mean, the same outcome was reached in *Avandia*,

22   where the court completely unsealed, you know, half a dozen

23   expert reports and declarations, and explained, quote:  In

24   this long-running MDL, implicating the public's trust in a

25   well-known and formerly widely used drug, the interests the

1   common law is meant to protect are particularly important, 484

2   F. Supp. 3d 249.

3          SPECIAL MASTER VANASKIE:  I understand all of that.

4   I've been down this road before in the case.

5          But it seems to me that ZHP is at least attempting

6   here to use the least restrictive means to protect valuable

7   proprietary information.  They're not seeking to redact the

8   entire report, they're only seeking to redact -- for example,

9   on the tables that appear on pages 23, 26, 27 and 28 -- I'm

10  sorry, my fingers are not working the -- and 29, they're only

11  seeking to redact information concerning what happened after

12  changes were made.  And that seems to me to be the kind of

13  information that would be valuable to a competitor.

14         Why shouldn't that get protected?

15         MR. GEDDIS:  Well, I think -- I don't know -- I just

16  want to clarify that this is not after the changes after the

17  recall.  This is a change from the first or -- the first

18  contaminating process that was instituted in 2012

19  approximately and then they changed it to the zinc chloride

20  process in -- later in 2012 or early 2013, and they used that

21  process that's discussed in this report up until the recall.

22  And all this information that you see, these photos and

23  everything, comes from their response to the FDA's inspection

24  in July and August of 2018.

25         And this is their explanation of why they went from

1    the TEA process to the zinc chloride process.  And at this

2    time it was really only known that the zinc chloride process

3    created NDMA.  And so that's why they were focused on, why did

4    we go from TEA that didn't seem to create this problem to zinc

5    chloride where there was this massive amount of carcinogenic

6    NDMA in the product.

7            And that's -- that's why -- I just want to make sure

8    that the Court is clear that this change is before the recall

9    and that's why it's essentially the heart of this case.  And

10   this entire report is about the heart of this case.  And the

11   public has a right to understand how its drug supply became

12   contaminated with NDMA.  And absent class members, who are

13   soon going to be asked to decide whether or not to bind

14   themselves to the rest of this Court's proceedings, also have

15   a strong interest in deciding what's going on with this case

16   and why ZHP thinks it did nothing wrong.

17           MR. COX:  Your Honor, can I address that point?

18           SPECIAL MASTER VANASKIE:  Yes, Mr. Cox.  Go ahead.

19           MR. COX:  Thank you.

20           In terms of the public and the presumption of the

21   public right to access, I mean, the public has abundant

22   materials available to them to evaluate the merits of these

23   allegations.  I mean, there are pleadings.  There is briefing.

24   There are eight other defense expert reports.  There are

25   plaintiffs' experts reports.  There's Dr. Xue's opinions, as

1   you pointed out.  We're asking for only a small portion of

2   this report to be redacted.  There are testing documents that

3   have been filed.  There are FDA materials that are publicly

4   available that have been filed in this case.  The proposed

5   redactions -- and we paid attention to this.  The proposed

6   redactions do not show whether or not, you know, there are

7   nitrosamines in the product.

8        And the court in the *Supernus v. TWi Pharmacies* case,

9   you know, captured this point I think really well.  There the

10  court said:  The confidential information here -- the specific

11  formulation of TWi's ANDA products -- has extremely limited

12  public utility.  This information is useful only to those

13  businesses that would seek to benefit, to TWI's detriment, in

14  the highly competitive generic pharmaceutical marketplace.

15       I mean, these redactions, as Your Honor has already

16  pointed out today, you know, concern how much, how many

17  liters, you know, how many kilograms, what temperature were

18  used in a pharmaceutical manufacturing step.  And that

19  information, you know, isn't actionable by the public, but it

20  is by ZHP's competitors.  And that would be the result of

21  disclosure of this information.

22       MR. GEDDIS:  Your Honor, I think the problem is --

23       SPECIAL MASTER VANASKIE:  Yes, go ahead.  Go ahead.

24       MR. GEDDIS:  The problem is that all the other

25  information about this case and about what went on here says

*United States District Court*

1    that ZHP should have known about this contamination as soon as

2    it started developing the process.  And this is -- this is the

3    one document that purports to show that it shouldn't have

4    understood that problem.  So everyone -- if they're going to

5    understand what's going on here and why ZHP thinks it did

6    nothing wrong, they need to know what's in this report.

7         And as explained in my -- in the brief, ZHP has a

8    history of obfuscating documents that have been partially

9    unsealed in this case and saying, well, you don't really

10   understand what happened because you don't speak Chinese or

11   you don't know what the full email has to say.

12        This is an expert report that's supposedly laser

13   focused, according to their briefing, only on rebutting our

14   experts, which is obviously not true as we explained in our

15   Daubert briefing.  But it's absolutely focused on showing that

16   ZHP did nothing wrong in this case.  So I don't know how they

17   can claim that information in this expert report is irrelevant

18   to understanding why they did everything right.

19        SPECIAL MASTER VANASKIE:  I don't think the argument

20   is that it's irrelevant.  Obviously it's out there.  It's part

21   of the report.  It will be subject to examination at the time

22   of trial.

23        The only issue is should it be in the public realm.

24   And I'm not hearing from you why -- and absent -- or not an

25   absent.  Why a class member, a putative class member would

1   need to know the type of details that you see in these charts,

2   for example, to evaluate whether to stay as a class member or

3   not.

4          MR. GEDDIS:  Well, it's because -- their argument,

5   Your Honor, is that they made all of these changes and that

6   they did a very thorough job in allegedly assessing the change

7   that resulted in the contamination, and because they did such

8   a thorough job, that it should be ignored that the NDMA was

9   created in the process.

10         And so the public and the absent class members need

11  to understand what is this incredibly thorough job that you're

12  claiming you did in developing this zinc chloride process, and

13  as a result, I guess we should just overlook the fact that it

14  created NDMA.

15         MR. COX:  No one is asking that the conclusions be

16  overlooked.  As Your Honor said, what we're asking is that the

17  very detailed information that Ms. Ge has submitted a

18  declaration on showing a serious and defined harm that would

19  occur if disclosure occurred ought to be sealed.  And that's a

20  mechanism that we have so that a defendant can defend itself

21  but also protect proprietary information at the same time.

22         And that's all we're asking for, Your Honor, is that

23  this not be divulged to the public, which would have the

24  effect of divulging it to ZHP's competitors and result in the

25  harm that Ms. Ge avers to in her declaration.

1          SPECIAL MASTER VANASKIE:  I'm looking at the table on

2    page 34, Table 1a-9, "Impurity Evaluation of Condensation

3    Compound Hydrochloride."

4          And the table lists an impurity as a chemical

5    structure, diagram, source, affected by change yes or no, and

6    impact level.  And I'm struggling to see why this information

7    needs to be redacted.  I don't see -- you can get the chemical

8    compound -- the structure of the impurity from any number of

9    sources, I imagine.

10         Why does this need to be redacted?

11         MR. COX:  Your Honor, here -- and I think we address

12   this in our reply brief -- it's, you know, the -- it's the

13   entire presentation, but particularly the affected by change

14   yes or no column and the impact column on the right-hand --

15   the two columns that are on the right-hand side, which again

16   reflects ZHP's, you know, internal thinking, understanding of

17   how these process changes are impacting the impurity

18   evaluation, not disputing that some of the information in the

19   left-hand columns is available, but it's not presented in this

20   entire context with ZHP's thinking, which is on the right --

21   in the two right-hand columns.  And you can get to that at the

22   end of the chart, particularly on page 36, where the impact

23   levels change in very tiny writing.

24         SPECIAL MASTER VANASKIE:  Very tiny writing.

25         MR. COX:  Yeah.

1          SPECIAL MASTER VANASKIE:  I have to get my magnifying

2    glass out.

3          MR. COX:  That's what I was doing.  I guess mine is

4    taking my glasses off.

5          SPECIAL MASTER VANASKIE:  I've already done that.

6          Mr. Geddis, any response on that?

7          MR. GEDDIS:  I think it's just another example, Your

8    Honor, of how they're not following the least restrictive

9    method.

10          You know, on page 36 again they're redacting zinc

11   chloride, they're redacting DMF, they're redacting toluene.

12   And as explained again on pages 13 and 14 of the brief, there

13   are numerous other chemicals that are listed in this chart

14   that are in the patents, and there's absolutely no basis for

15   redacting them here.  And, again, just like Ge does not have

16   current personal knowledge that she can opine that this

17   information should be redacted, the fact that she is opining

18   that this information should be redacted shows she doesn't

19   have personal knowledge that's current.  And it undermines the

20   entire declaration.

21          SPECIAL MASTER VANASKIE:  I'm not sure about that.  I

22   mean, she has been a knowledgeable person, and you don't lose

23   your knowledge simply because you're no longer with the same

24   entity.

25          You wouldn't be making that argument if she still

```
 1  worked there.

 2          MR. GEDDIS:  But, Your Honor, that's the problem, she

 3  doesn't work there.

 4          SPECIAL MASTER VANASKIE:  But I think she has a basis

 5  for knowing how ZHP could be harmed by the public disclosure

 6  of this particular type of information.

 7          All right.  Is there anything else you wanted to

 8  present, Mr. Cox?

 9          MR. COX:  No, Your Honor.

10          Well, I think we -- ZHP has met -- has provided a

11  basis for you to answer the four questions that are relevant

12  here with an affirmative response, which is:  Is the nature

13  and substance of the information of the type that requires

14  sealing?  Has ZHP shown a serious and defined harm that would

15  ensue from the disclosure?  And do the interests of avoiding

16  that harm outweigh the public interest in access?  And has ZHP

17  proposed the least restrictive means?

18          I think the answer to all those questions is yes,

19  Your Honor, and for that reason ask you to grant the motion to

20  seal and file a redacted copy of the Xue report.

21          SPECIAL MASTER VANASKIE:  Mr. Geddis?

22          MR. GEDDIS:  Your Honor, I think I've explained, you

23  know, plaintiffs' position that just like Ge doesn't have the

24  personal knowledge needed to support her declaration, there

25  are countless examples in the briefing and that I've already
```

1  explained that show that they're not using the least

2  restrictive method and the patents provide the necessary

3  protection that ZHP needs.  If they are worried about, you

4  know, minor details within a specific temperature range or

5  things like that, that limited interest cannot over --

6  outweigh -- excuse me, outweigh the public's right to access

7  this information that's found in ZHP's key liability report in

8  this case.  And the public has a right to understand why ZHP

9  thinks it did nothing wrong here.  And the Court should

10  consequently deny ZHP's motion to seal this report or anything

11  in it.

12            SPECIAL MASTER VANASKIE:  Thank you very much.

13            Anything else?

14            MR. COX:  No, Your Honor.

15            SPECIAL MASTER VANASKIE:  Ann Marie, thank you very

16  much.  I'll get the transcript, and we'll issue a decision

17  promptly.

18            Anything else?

19            (No response.)

20            SPECIAL MASTER VANASKIE:  You're all going to get

21  back to me, I take it.  I know this isn't your motion, but we

22  have the WeChat motion that we were going to hear argument on

23  today.  And we're postponing that, so I'll wait to hear from

24  you on that.

25            And we have -- I guess I'll be in Camden next week,

1   because we have a case management conference.

2          Is that right, Loretta?

3          LAW CLERK:  Yes, Your Honor.

4          SPECIAL MASTER VANASKIE:  Okay.

5          LAW CLERK:  Yes.  It's on -- I believe it's on

6   Wednesday at 2:00 p.m. in person in the court.

7          SPECIAL MASTER VANASKIE:  All right.  And I'd like to

8   get a report back from counsel about where you stand with

9   respect to the WeChat motion before we have our conference

10  next Wednesday.

11         All right.  Thank you all very much.  Take care.

12         (Proceedings concluded at 10:46 a.m.)

13                              -  -  -

14         I certify that the foregoing is a correct transcript
    from the record of proceedings in the above-entitled matter.

15
    _/S/ Ann Marie Mitchell_          _25th day of October, 2023_
16  _Court Reporter/Transcriber_      _Date_

17

18

19

20

21

22

23

24

25

## /

**/S** [1] - 22:15

## 0

**07068** [1] - 1:14
**08101** [1] - 1:8

## 1

**10001** [1] - 1:17
**103** [1] - 1:13
**10:14** [2] - 1:9, 3:2
**10:46** [1] - 22:12
**11** [3] - 4:9, 4:21, 4:22
**13** [2] - 12:10, 19:12
**14** [2] - 12:10, 19:12
**15** [1] - 6:8
**16** [1] - 5:7
**19-md-02875** [1] - 1:4
**1a-2** [1] - 9:3
**1a-9** [1] - 18:2

## 2

**2012** [2] - 13:18, 13:20
**2013** [1] - 13:20
**2018** [1] - 13:24
**2022** [1] - 8:13
**2023** [2] - 1:8, 22:15
**23** [3] - 9:2, 10:14, 13:9
**249** [1] - 13:2
**25** [1] - 1:8
**25th** [1] - 22:15
**26** [2] - 9:2, 13:9
**27** [2] - 9:2, 13:9
**28** [2] - 9:2, 13:9
**29** [2] - 9:2, 13:10
**2:00** [1] - 22:6

## 3

**30(b)(6** [1] - 8:1
**34** [1] - 18:2
**36** [2] - 18:22, 19:10
**3d** [1] - 13:2

## 4

**484** [1] - 13:1
**4th** [1] - 1:7

## 5

**576-7018** [1] - 1:22

## 8

**856** [1] - 1:22

## A

**a.m** [3] - 1:9, 3:2, 22:12
**ability** [2] - 7:21, 7:22
**able** [1] - 11:11
**above-entitled** - 22:14
**absent** [6] - 10:10, 11:19, 14:12, 16:24, 16:25, 17:10
**absolutely** [3] - 4:16, 16:15, 19:14
**abundant** [1] - 14:21
**access** [9] - 6:24, 7:11, 9:19, 9:20, 12:14, 12:20, 14:21, 20:16, 21:6
**according** [1] - 16:13
**ACTION** [1] - 1:3
**action** [1] - 10:7
**actionable** [1] - 15:19
**additional** [1] - 7:8
**address** [4] - 11:8, 11:16, 14:17, 18:11
**admitted** [2] - 3:3, 3:4
**advantage** [1] - 9:17
**affairs** [1] - 8:13
**affected** [2] - 18:5, 18:13
**ago** [1] - 8:4
**ahead** [3] - 14:18, 15:23
**aided** [1] - 1:24
**allegations** [1] - 14:23
**allegedly** [1] - 17:6
**allow** [1] - 11:19
**ALSO** [1] - 2:1
**alter** [1] - 8:22
**ambiguity** [1] - 4:7
**ambiguous** [1] - 4:10
**amount** [2] - 12:16, 14:5
**ANDA** [1] - 15:11
**ann** [1] - 1:21
**Ann** [4] - 3:11, 7:15, 21:15, 22:15
**AnnMarie_Mitchell@ njd.uscourts.gov** [1] - 1:21
**answer** [2] - 20:11, 20:18
**API** [1] - 8:13
**appear** [1] - 13:9
**approach** [1] - 10:16
**appropriate** [1] - 5:1
**arguing** [1] - 4:1
**argument** [6] - 3:13, 3:22, 16:19, 17:4, 19:25, 21:22

**arguments** [1] - 11:8
**ARPS** [1] - 1:16
**assess** [1] - 11:19
**assessing** [1] - 17:6
**assist** [2] - 4:11, 5:3
**attached** [1] - 10:9
**attempting** [1] - 13:5
**attention** [1] - 15:5
**August** [1] - 13:24
**available** [4] - 5:12, 14:22, 15:4, 18:19
**Avandia** [1] - 12:21
**avers** [1] - 17:25
**avoiding** [1] - 20:15

## B

**bar** [1] - 10:20
**basic** [1] - 10:12
**basis** [5] - 8:5, 10:12, 19:14, 20:4, 20:11
**became** [1] - 14:11
**behalf** [2] - 3:22, 4:1
**benefit** [1] - 15:13
**bind** [1] - 14:13
**bit** [4] - 4:10, 6:9
**brief** [4] - 12:10, 16:7, 18:12, 19:12
**briefing** [4] - 14:23, 16:13, 16:15, 20:25
**bring** [1] - 8:19
**Building** [1] - 1:7
**burden** [1] - 12:7
**businesses** [1] - 15:13

## C

**Camden** [3] - 1:8, 3:10, 21:25
**cannot** [1] - 21:5
**Capacity** [1] - 9:4
**captioned** [1] - 9:3
**captured** [1] - 15:9
**carcinogenic** [1] - 14:5
**care** [1] - 22:11
**carefully** [1] - 11:7
**carried** [1] - 6:2
**case** [21] - 4:24, 7:12, 8:12, 8:17, 8:18, 9:24, 10:5, 10:11, 11:3, 11:20, 13:4, 14:9, 14:10, 14:15, 15:4, 15:8, 15:25, 16:9, 16:16, 21:8, 22:1
**cases** [1] - 6:8
**central** [1] - 7:12
**certain** [2] - 9:7, 9:15

**certainly** [2] - 5:2, 7:18
**certification** [1] - 6:7
**certified** [1] - 10:7
**certify** [1] - 22:14
**change** [8] - 9:21, 10:18, 13:17, 14:8, 17:6, 18:5, 18:13, 18:23
**changed** [3] - 6:9, 7:7, 13:19
**changes** [7] - 8:21, 9:14, 9:15, 13:12, 13:16, 17:5, 18:17
**Charging** [1] - 9:4
**chart** [3] - 13:20, 18:22, 19:13
**charts** [1] - 11:7, 17:1
**chemical** [3] - 11:2, 18:4, 18:7
**chemicals** [2] - 12:10, 19:13
**chemistry** [1] - 10:12
**Chinese** [1] - 16:10
**chloride** [8] - 8:20, 10:21, 13:19, 14:1, 14:2, 14:5, 17:12, 19:11
**CHRISTOPHER** [2] - 1:13, 1:16
**cited** [1] - 8:17
**CIVIL** [1] - 1:3
**claim** [2] - 12:18, 16:17
**claiming** [1] - 17:12
**clarify** [2] - 4:15, 13:16
**class** [8] - 10:7, 10:10, 11:19, 14:12, 16:25, 17:2, 17:10
**clear** [3] - 5:18, 5:23, 14:8
**CLERK** [2] - 22:3, 22:5
**Clerk** [1] - 2:2
**Cohen** [1] - 1:7
**color** [2] - 4:17, 4:18
**column** [2] - 9:13, 18:14
**columns** [3] - 18:15, 18:19, 18:21
**Commencing** [1] - 1:9
**common** [1] - 13:1
**companies** [1] - 5:23
**company** [1] - 5:16
**company's** [1] - 5:18
**compared** [1] - 12:1
**Comparison** [1] - 9:4
**competitive** [1] - 15:14
**competitor** [2] - 9:17, 13:13

**competitors** [6] - 5:24, 8:24, 9:14, 9:19, 15:20, 17:24
**completely** [2] - 11:15, 12:22
**Compound** [1] - 18:3
**compound** [1] - 18:8
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concern** [1] - 15:16
**concerning** [1] - 13:11
**concluded** [1] - 22:12
**conclusions** [1] - 17:15
**conclusory** [2] - 7:10, 11:15
**Condensation** [1] - 18:2
**conference** [2] - 22:1, 22:9
**CONFERENCE** [1] - 1:5
**confidential** [2] - 5:17, 15:10
**confirm** [1] - 4:21
**consequently** [1] - 21:10
**contaminated** [1] - 14:12
**contaminating** [1] - 13:18
**contamination** [2] - 16:1, 17:7
**context** [2] - 6:23, 18:20
**Cooper** [1] - 1:7
**copy** [1] - 20:20
**correct** [1] - 22:14
**correctly** [1] - 3:16
**cost** [1] - 8:23
**counsel** [1] - 22:8
**countless** [1] - 20:25
**couple** [1] - 7:18
**course** [1] - 6:15
**Court** [2] - 1:21, 22:16
**court** [2] - 6:24, 12:14
**COURT** [1] - 1:1
**Court's** [1] - 14:14
**courthouse** [1] - 3:10
**Courthouse** [1] - 1:7
**Courtroom** [1] - 2:3
**Cox** [6] - 3:22, 4:15, 8:9, 9:22, 14:18, 20:8
**COX** [19] - 1:16, 3:17, 3:24, 4:16, 4:21, 5:9, 5:13, 6:15, 8:7, 8:10, 9:9, 14:17, 14:19, 17:15, 18:11, 18:25,

19:3, 20:9, 21:14
**create** [1] - 14:4
**created** [3] - 14:3, 17:9, 17:14
**current** [4] - 7:22, 8:18, 19:16, 19:19
**cutout** [1] - 10:19

### D

**Date** [1] - 22:16
**Daubert** [1] - 16:15
**de** [1] - 7:3
**decide** [1] - 14:13
**deciding** [1] - 14:15
**decision** [1] - 21:16
**declaration** [9] - 5:17, 7:10, 11:15, 11:23, 12:6, 17:18, 17:25, 19:20, 20:24
**declarations** [1] - 12:23
**defend** [1] - 17:20
**defendant** [2] - 9:24, 17:20
**Defendants** [1] - 1:18
**defense** [4] - 7:12, 10:6, 11:20, 14:24
**defined** [2] - 17:18, 20:14
**delay** [1] - 3:9
**deny** [2] - 11:18, 21:10
**deposed** [1] - 7:18
**Deputy** [1] - 2:3
**DEPUTY CLERK** [1] - 3:5
**described** [1] - 12:11
**destroy** [2] - 7:20, 7:21
**detail** [2] - 5:16, 12:9
**detailed** [2] - 5:20, 17:17
**details** [5] - 5:25, 6:5, 17:1, 21:4
**detriment** [1] - 15:13
**developing** [3] - 6:4, 16:2, 17:12
**diagram** [1] - 18:5
**differ** [1] - 5:11
**different** [3] - 3:17, 5:14, 6:8
**directly** [1] - 8:14
**director** [1] - 8:13
**disadvantage** [2] - 8:16, 9:18
**disagree** [1] - 8:11
**disclosure** [4] - 15:21, 17:19, 20:5, 20:15
**DISCOVERY** [1] - 1:5
**discussed** [1] - 13:21

**dispute** [1] - 7:13
**disputing** [1] - 18:18
**distinction** [2] - 6:20, 6:22
**DISTRICT** [2] - 1:1, 1:1
**divulged** [1] - 17:23
**divulging** [1] - 17:24
**DMA** [1] - 11:2
**DME** [1] - 11:2
**DMF** [2] - 11:1, 19:11
**document** [3] - 6:10, 9:18, 16:3
**documents** [3] - 12:20, 15:2, 16:8
**done** [2] - 6:10, 19:5
**down** [1] - 13:4
**dozen** [1] - 12:22
**Dr** [1] - 14:25
**drill** [2] - 3:10, 3:11
**drug** [3] - 7:6, 12:25, 14:11

### E

**early** [1] - 13:20
**effect** [2] - 12:6, 17:24
**effort** [1] - 9:10
**eight** [1] - 14:24
**Eisenhower** [1] - 1:13
**email** [1] - 16:11
**end** [1] - 18:22
**ensue** [1] - 20:15
**entire** [7] - 9:6, 10:6, 13:8, 14:10, 18:13, 18:20, 19:20
**entitled** [1] - 22:14
**entity** [2] - 7:19, 19:24
**especially** [2] - 6:23, 7:4
**ESQUIRE** [3] - 1:13, 1:16, 2:2
**essentially** [2] - 9:18, 14:9
**evaluate** [2] - 14:22, 17:2
**Evaluation** [1] - 18:2
**evaluation** [1] - 18:18
**examination** [2] - 9:25, 16:21
**example** [6] - 5:7, 6:18, 10:15, 13:8, 17:2, 19:7
**examples** [2] - 11:4, 20:25
**excuse** [2] - 11:2, 21:6
**exhibits** [1] - 6:7
**exonerate** [1] - 10:5
**expense** [1] - 8:23
**expert** [7] - 3:15, 4:18,

10:4, 12:23, 14:24, 16:12, 16:17
**experts** [2] - 14:25, 16:14
**explain** [1] - 12:2
**explained** [8] - 11:25, 12:8, 12:23, 16:7, 16:14, 19:12, 20:22, 21:1
**explanation** [1] - 13:25
**extent** [1] - 8:3
**extremely** [1] - 15:11

### F

**fact** [13] - 6:25, 7:19, 7:25, 8:3, 8:22, 9:23, 10:21, 10:22, 11:1, 11:5, 12:15, 17:13, 19:17
**facts** [1] - 8:3
**far** [1] - 9:13
**favor** [1] - 6:24
**FDA** [1] - 15:3
**FDA's** [1] - 13:23
**few** [1] - 11:4
**file** [2] - 3:14, 20:20
**filed** [2] - 15:3, 15:4
**fingers** [1] - 13:10
**fire** [1] - 3:10
**first** [3] - 10:17, 13:17
**five** [1] - 8:4
**FLOM** [1] - 1:16
**focused** [3] - 14:3, 16:13, 16:15
**following** [2] - 10:16, 19:8
**foregoing** [1] - 22:14
**form** [1] - 3:15
**formation** [2] - 10:13, 11:3
**formerly** [1] - 12:25
**formulas** [2] - 8:18, 8:19
**formulation** [1] - 15:11
**four** [1] - 20:11
**FREEMAN** [1] - 1:12
**front** [1] - 4:6
**full** [2] - 7:12, 16:11

### G

**Ge** [6] - 7:14, 11:5, 17:17, 17:25, 19:15, 20:23
**GE** [1] - 7:15
**Ge's** [1] - 5:17
**Geddis** [7] - 3:25, 6:16, 8:21, 9:22,

11:21, 19:6, 20:21
**GEDDIS** [14] - 1:13, 4:2, 6:21, 7:21, 10:3, 11:24, 12:7, 13:15, 15:22, 15:24, 17:4, 19:7, 20:2, 20:22
**generic** [5] - 5:24, 8:24, 15:14
**given** [1] - 12:13
**glass** [1] - 19:2
**glasses** [1] - 19:4
**grant** [1] - 20:19
**gray** [1] - 10:20
**guess** [3] - 17:13, 19:3, 21:25

### H

**half** [1] - 12:22
**hand** [5] - 9:13, 18:14, 18:15, 18:19, 18:21
**harm** [9] - 5:4, 5:10, 7:23, 8:19, 12:19, 17:18, 17:25, 20:14, 20:16
**harmed** [1] - 20:5
**Healthcare** [1] - 1:18
**hear** [3] - 3:13, 21:22, 21:23
**heard** [2] - 3:17, 3:18
**hearing** [1] - 16:24
**heart** [2] - 14:9, 14:10
**held** [1] - 3:1
**highlight** [1] - 4:19
**highlighting** [1] - 4:10
**highlights** [1] - 4:12
**highly** [1] - 15:14
**history** [1] - 16:8
**Honor** [27] - 3:18, 3:24, 4:2, 4:16, 5:9, 5:13, 6:15, 6:21, 8:7, 8:11, 10:3, 11:24, 12:8, 14:17, 15:15, 15:22, 17:5, 17:16, 17:22, 18:11, 19:8, 20:2, 20:9, 20:19, 20:22, 21:14, 22:3
**HONORABLE** [1] - 1:10
**Honorable** [1] - 2:2
**Huahai** [1] - 1:18
**Hydrochloride** [1] - 18:3

### I

**ignored** [1] - 17:8
**imagine** [1] - 18:9
**impact** [3] - 18:6, 18:14, 18:22
**impacting** [1] - 18:17

**implicated** [1] - 8:14
**implicating** [1] - 12:24
**important** [4] - 7:5, 9:5, 9:7, 13:1
**improve** [2] - 6:1, 9:21
**Impurity** [1] - 18:2
**impurity** [3] - 18:4, 18:8, 18:17
**including** [2] - 5:20, 5:21
**incredibly** [1] - 17:11
**indeed** [1] - 8:2
**indicate** [2] - 4:12, 6:1
**info** [1] - 11:16
**information** [38] - 5:5, 5:11, 5:14, 5:15, 5:18, 5:20, 7:23, 8:5, 9:5, 9:7, 9:8, 9:19, 10:1, 10:4, 10:14, 11:6, 11:17, 12:1, 12:17, 13:7, 13:11, 13:13, 13:22, 15:10, 15:12, 15:19, 15:21, 15:25, 16:17, 17:17, 17:21, 18:6, 18:18, 19:17, 19:18, 20:6, 20:13, 21:7
**insight** [1] - 9:10
**inspection** [1] - 13:23
**instituted** [1] - 13:18
**interest** [4] - 7:3, 14:15, 20:16, 21:5
**interests** [2] - 12:25, 20:15
**internal** [2] - 5:18, 18:16
**interrupt** [1] - 6:13
**introduced** [1] - 11:2
**involved** [2] - 8:14, 9:11
**irrelevant** [2] - 16:17, 16:20
**issue** [4] - 4:14, 8:19, 16:23, 21:16
**issues** [1] - 8:14
**itself** [2] - 10:5, 17:20

### J

**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**job** [3] - 17:6, 17:8, 17:11
**JUCAI** [1] - 7:15
**Jucai** [2] - 5:17, 11:5
**Judicial** [1] - 2:2
**July** [1] - 13:24

### K

**KATZ** [1] - 1:12

**keep** [1] - 7:1
**key** [1] - 21:7
**kilograms** [2] - 5:21, 15:17
**kind** [1] - 13:12
**knowing** [1] - 20:5
**knowledge** [9] - 7:17, 7:20, 7:22, 8:2, 11:5, 19:16, 19:19, 19:23, 20:24
**knowledgeable** [2] - 7:18, 19:22
**known** [4] - 10:22, 12:25, 14:2, 16:1
**Kugler** [1] - 2:2

**L**

**larry** [1] - 2:3
**Larry** [1] - 3:4
**laser** [1] - 16:12
**last** [1] - 7:16
**law** [1] - 13:1
**Law** [1] - 2:2
**LAW** [2] - 22:3, 22:5
**lay** [2] - 6:6, 6:7
**least** [9] - 9:10, 10:2, 10:16, 11:25, 13:5, 13:6, 19:8, 20:17, 21:1
**led** [1] - 11:2
**left** [1] - 18:19
**left-hand** [1] - 18:19
**level** [2] - 5:15, 18:6
**levels** [1] - 18:23
**leveraged** [1] - 8:24
**LIABILITY** [1] - 1:4
**liability** [2] - 10:5, 21:7
**limited** [3] - 8:3, 15:11, 21:5
**listed** [2] - 4:13, 19:13
**lists** [1] - 18:4
**liters** [2] - 5:21, 15:17
**litigation** [2] - 10:6, 10:23
**LITIGATION** [1] - 1:4
**LLC** [2] - 1:12, 1:18
**LLP** [1] - 1:16
**long-running** [1] - 12:24
**look** [2] - 10:14, 11:7
**looked** [4] - 4:4, 4:5, 6:17, 11:13
**looking** [2] - 4:8, 18:1
**Loretta** [1] - 22:2
**LORETTA** [1] - 2:2
**lose** [1] - 19:22
**Ltd** [1] - 1:19

**M**

**MacStravic** [1] - 2:3
**magnifying** [1] - 19:1
**Main** [1] - 9:4
**maintained** [1] - 5:16
**management** [1] - 22:1
**Manhattan** [1] - 1:17
**manufacturing** [4] - 5:19, 5:24, 9:16, 15:18
**Marie** [5] - 1:21, 3:11, 7:15, 21:15, 22:15
**marketplace** [2] - 8:25, 15:14
**massive** [1] - 14:5
**MASTER** [34] - 1:10, 3:1, 3:3, 3:7, 3:20, 3:25, 4:3, 4:20, 4:23, 5:10, 6:13, 6:16, 7:13, 8:8, 9:1, 9:22, 11:21, 12:5, 13:3, 14:18, 15:23, 16:19, 18:1, 18:24, 19:1, 19:5, 19:21, 20:4, 20:21, 21:12, 21:15, 21:20, 22:4, 22:7
**Materials** [1] - 9:4
**materials** [3] - 5:21, 14:22, 15:3
**matter** [4] - 3:23, 8:17, 8:18, 22:14
**MAZIE** [1] - 1:12
**MDL** [1] - 12:24
**MEAGHER** [1] - 1:16
**mean** [8] - 7:17, 8:4, 8:12, 12:21, 14:21, 14:23, 15:15, 19:22
**means** [3] - 9:10, 13:6, 20:17
**meant** [1] - 13:1
**mechanical** [1] - 1:23
**mechanism** [1] - 17:20
**member** [3] - 16:25, 17:2
**members** [4] - 10:10, 11:19, 14:12, 17:10
**merits** [1] - 14:22
**met** [1] - 20:10
**method** [2] - 19:9, 21:2
**might** [1] - 5:3
**mine** [1] - 19:3
**minimis** [1] - 7:3
**minor** [1] - 21:4
**missing** [1] - 11:23
**Mitchell** [3] - 1:7, 1:21, 22:15

**money** [1] - 6:4
**morning** [1] - 3:9
**most** [2] - 10:22, 12:10
**motion** [10] - 3:14, 4:14, 10:15, 11:18, 20:19, 21:10, 21:21, 21:22, 22:9
**motions** [2] - 10:9
**MR** [31] - 3:17, 3:24, 4:2, 4:16, 4:21, 5:9, 5:13, 6:15, 6:21, 7:21, 8:7, 8:10, 9:9, 10:3, 11:24, 12:7, 13:15, 14:17, 14:19, 15:22, 15:24, 17:4, 17:15, 18:11, 18:25, 19:3, 19:7, 20:2, 20:9, 20:22, 21:14
**multi** [1] - 5:22
**multi-step** [1] - 5:22

**N**

**name** [2] - 7:16, 10:23
**nature** [1] - 20:12
**NDMA** [7] - 10:13, 11:3, 14:3, 14:6, 14:12, 17:8, 17:14
**necessary** [1] - 21:2
**need** [7] - 5:3, 10:18, 10:24, 16:6, 17:1, 17:10, 18:10
**needed** [1] - 20:24
**needs** [4] - 3:4, 11:18, 18:7, 21:3
**NEW** [1] - 1:1
**New** [4] - 1:8, 1:14, 1:17
**news** [1] - 3:11
**next** [2] - 21:25, 22:10
**nitrosamines** [1] - 15:7
**nonstop** [1] - 10:24
**note** [1] - 9:13
**nothing** [6] - 4:21, 10:11, 14:16, 16:6, 16:16, 21:9
**NUMBER** [1] - 1:3
**number** [3] - 7:1, 7:4, 18:8
**numbers** [1] - 7:2
**numerous** [1] - 19:13

**O**

**obfuscating** [1] - 16:8
**obviously** [3] - 4:4, 16:14, 16:20
**occur** [1] - 17:19
**occurred** [1] - 17:19

**October** [2] - 1:8, 22:15
**Official** [1] - 1:21
**often** [1] - 11:16
**older** [1] - 8:19
**one** [5] - 4:7, 4:8, 12:15, 16:3, 17:15
**One** [1] - 1:17
**open** [1] - 9:24
**opine** [3] - 8:5, 11:6, 19:16
**opining** [1] - 19:17
**opinions** [1] - 14:25
**opposed** [1] - 6:18
**options** [1] - 4:19
**original** [1] - 9:12
**originally** [1] - 4:18
**ought** [2] - 6:11, 17:19
**outcome** [1] - 12:21
**outline** [1] - 12:17
**outlined** [1] - 12:9
**outweigh** [4] - 12:19, 20:16, 21:6
**overcome** [1] - 7:11
**overlook** [1] - 17:13
**overlooked** [1] - 17:16
**own** [4] - 6:1, 6:4, 9:21, 12:6

**P**

**p.m** [1] - 22:6
**page** [12] - 4:9, 4:11, 4:13, 4:21, 4:22, 5:1, 5:7, 10:14, 18:2, 18:22, 19:10
**pages** [5] - 4:5, 9:2, 12:10, 13:9, 19:12
**paid** [1] - 15:5
**Parkway** [1] - 1:13
**part** [3] - 4:9, 9:16, 16:20
**partially** [1] - 16:8
**particular** [5] - 5:22, 6:11, 7:19, 9:15, 20:6
**particularly** [3] - 13:1, 18:13, 18:22
**patent** [8] - 5:12, 5:14, 6:17, 6:25, 7:2, 7:8, 11:25
**patents** [13] - 6:6, 11:9, 11:12, 11:14, 12:1, 12:3, 12:8, 12:11, 12:15, 19:14, 21:2
**person** [2] - 19:22, 22:6
**personal** [6] - 7:22, 8:2, 11:5, 19:16,

19:19, 20:24
**pharmaceutical** [3] - 5:24, 15:14, 15:18
**Pharmaceuticals** [2] - 1:18, 1:19
**Pharmacies** [1] - 15:8
**photos** [1] - 13:22
**plaintiffs** [1] - 4:1
**Plaintiffs** [1] - 1:14
**plaintiffs'** [2] - 14:25, 20:23
**pleadings** [1] - 14:23
**point** [4] - 11:6, 11:14, 14:17, 15:9
**pointed** [3] - 8:21, 15:1, 15:16
**portion** [1] - 15:1
**position** [1] - 20:23
**possibly** [1] - 10:18
**postponing** [1] - 21:23
**precise** [1] - 6:19
**precluded** [2] - 11:9, 12:5
**prejudice** [1] - 11:10
**prejudicial** [1] - 11:7
**PRESENT** [1] - 2:1
**present** [1] - 20:8
**presentation** [1] - 18:13
**presented** [1] - 18:19
**presenting** [2] - 3:22, 12:6
**presumption** [3] - 6:24, 12:14, 14:20
**primary** [2] - 10:6, 10:15
**Prinston** [1] - 1:18
**private** [1] - 7:1
**problem** [6] - 10:3, 14:4, 15:22, 15:24, 16:4, 20:2
**Proceedings** [2] - 1:23, 22:12
**proceedings** [2] - 14:14, 22:14
**PROCEEDINGS** [1] - 3:1
**process** [21] - 5:22, 6:11, 7:7, 8:20, 8:22, 9:12, 9:16, 10:23, 11:1, 13:18, 13:20, 13:21, 14:1, 14:2, 16:2, 17:9, 17:12, 18:17
**processes** [12] - 5:19, 5:25, 6:1, 6:2, 6:5, 7:6, 9:15, 9:21, 9:25
**produced** [1] - 1:24
**product** [2] - 14:6,

15:7
**Production** [1] - 9:4
**PRODUCTS** [1] - 1:4
**products** [1] - 15:11
**proffered** [1] - 11:20
**promptly** [1] - 21:17
**pronounced** [2] -
3:17, 3:18
**pronouncing** [1] -
3:16
**proof** [1] - 12:7
**propose** [1] - 11:22
**proposed** [6] - 8:15,
9:12, 9:25, 15:4,
15:5, 20:17
**proprietary** [2] - 13:7,
17:21
**protect** [4] - 11:14,
13:1, 13:6, 17:21
**protected** [4] - 6:12,
7:3, 10:2, 13:14
**protection** [4] - 11:12,
12:3, 12:16, 21:3
**prove** [1] - 7:24
**provide** [5] - 6:18,
12:3, 12:15, 12:16,
21:2
**provided** [1] - 20:10
**public** [19] - 6:24, 7:2,
9:19, 10:9, 11:19,
12:9, 12:19, 14:11,
14:20, 14:21, 15:12,
15:19, 16:23, 17:10,
17:23, 20:5, 20:16,
21:8
**public's** [5] - 7:11,
12:13, 12:14, 12:24,
21:6
**publicly** [2] - 5:12,
15:3
**purports** [1] - 16:3
**putative** [1] - 16:25

**Q**

**quality** [1] - 8:13
**questions** [2] - 20:11,
20:18
**quote** [1] - 12:23

**R**

**ran** [1] - 4:18
**range** [5] - 6:18, 6:25,
7:2, 21:4
**rationale** [1] - 5:4
**RE** [1] - 1:4
**reached** [1] - 12:21
**ready** [1] - 3:12
**really** [4] - 3:14, 14:2,
15:9, 16:9

**realm** [1] - 16:23
**reason** [1] - 20:19
**reasoning** [1] - 9:13
**rebutting** [1] - 16:13
**recalled** [1] - 7:6
**recently** [2] - 8:12,
10:7
**record** [1] - 22:14
**recorded** [1] - 1:23
**records** [2] - 6:24,
12:15
**redact** [13] - 5:2, 6:12,
7:1, 9:11, 10:17,
10:21, 10:25, 12:2,
12:11, 12:17, 13:7,
13:8, 13:11
**redacted** [16] - 3:15,
4:13, 4:22, 5:6, 5:8,
9:6, 9:8, 10:18,
10:24, 15:2, 18:7,
18:10, 19:17, 19:18,
20:20
**redacting** [4] - 19:10,
19:11, 19:15
**redactions** [6] - 4:6,
4:9, 8:16, 15:5, 15:6,
15:15
**reflects** [1] - 18:16
**relates** [1] - 5:18
**relevant** [1] - 20:11
**remember** [1] - 7:5
**repeated** [1] - 11:9
**reply** [1] - 18:12
**report** [25] - 3:15, 4:5,
4:12, 4:18, 5:8, 5:15,
6:19, 7:5, 7:12, 8:15,
9:3, 10:4, 10:8, 13:8,
13:21, 14:10, 15:2,
16:6, 16:12, 16:17,
16:21, 20:20, 21:7,
21:10, 22:8
**Reporter** [1] - 1:21
**Reporter/
Transcriber** [1] -
22:16
**reports** [3] - 12:23,
14:24, 14:25
**requires** [1] - 20:13
**requisite** [1] - 11:17
**respect** [2] - 4:14,
22:9
**respond** [1] - 8:8
**response** [4] - 13:23,
19:6, 20:12, 21:19
**rest** [1] - 14:14
**restrictive** [6] - 9:10,
10:16, 13:6, 19:8,
20:17, 21:2
**result** [3] - 15:20,
17:13, 17:24

**resulted** [1] - 17:7
**RET** [1] - 1:10
**reveal** [1] - 9:14
**review** [1] - 4:11
**reviewed** [1] - 12:1
**right-hand** [4] - 9:13,
18:14, 18:15, 18:21
**risk** [1] - 12:19
**road** [1] - 13:4
**Robert** [1] - 2:2
**room** [1] - 3:6
**Roseland** [1] - 1:14
**rows** [1] - 10:17
**running** [1] - 12:24

**S**

**seal** [3] - 3:14, 5:2,
11:18, 20:20, 21:10
**sealed** [2] - 8:6, 17:19
**sealing** [1] - 20:14
**second** [5] - 6:14,
7:16, 10:19, 10:20,
11:1
**see** [8] - 6:19, 9:10,
10:16, 12:18, 13:22,
17:1, 18:6, 18:7
**seek** [2] - 11:8, 15:13
**seeking** [11] - 5:2,
6:12, 7:1, 10:20,
10:25, 12:2, 12:11,
12:17, 13:7, 13:8,
13:11
**seem** [1] - 14:4
**sense** [1] - 9:23
**sent** [1] - 4:11
**serious** [2] - 17:18,
20:14
**set** [1] - 3:7
**show** [4] - 11:4, 15:6,
16:3, 21:1
**showing** [2] - 16:15,
17:18
**shown** [2] - 11:13,
20:14
**shows** [2] - 6:10,
19:18
**side** [1] - 18:15
**significant** [3] - 6:20,
6:22, 12:16
**simply** [2] - 6:25,
19:23
**SKADDEN** [1] - 1:16
**SLATE** [1] - 1:16
**SLATER** [1] - 1:12
**Slater's** [1] - 6:7
**small** [1] - 15:1
**SMITH** [1] - 2:2
**Solco** [1] - 1:18
**someone** [1] - 7:10

**soon** [2] - 14:13, 16:1
**sorry** [3] - 8:17, 9:2,
13:10
**sought** [1] - 4:9
**source** [1] - 18:5
**sources** [1] - 18:9
**space** [1] - 5:24
**SPECIAL** [34] - 1:10,
3:1, 3:3, 3:7, 3:20,
3:25, 4:3, 4:20, 4:23,
5:10, 6:13, 6:16,
7:13, 8:8, 9:1, 9:22,
11:21, 12:5, 13:3,
14:18, 15:23, 16:19,
18:1, 18:24, 19:1,
19:5, 19:21, 20:4,
20:21, 21:12, 21:15,
21:20, 22:4, 22:7
**specific** [4] - 5:21, 7:4,
15:10, 21:4
**specificity** [2] - 11:17,
11:22
**spelled** [2] - 3:21, 7:15
**spent** [1] - 6:4
**stand** [1] - 22:8
**start** [1] - 4:4
**started** [2] - 3:12, 16:2
**STATES** [1] - 1:1
**stay** [1] - 17:2
**stenography** [1] - 1:23
**step** [3] - 5:22, 9:11,
15:18
**steps** [1] - 5:22
**still** [2] - 8:20, 19:25
**Streets** [1] - 1:7
**strong** [3] - 6:23,
12:13, 14:15
**structure** [2] - 18:5,
18:8
**struggling** [1] - 18:6
**subject** [3] - 7:7, 10:8,
16:21
**submission** [1] - 4:7
**submitted** [1] - 17:17
**subsequently** [1] - 7:7
**substance** [1] - 20:13
**Supernus** [1] - 15:8
**Supp** [1] - 13:2
**supply** [1] - 14:11
**support** [1] - 20:24
**supposedly** [1] -
16:12
**suspected** [1] - 4:23

**T**

**Table** [2] - 9:3, 18:2
**table** [3] - 9:6, 18:1,
18:4
**tables** [2] - 9:3, 13:9

**TEA** [2] - 14:1, 14:4
**temperature** [4] -
5:20, 6:19, 15:17,
21:4
**temperatures** [2] -
5:8, 6:18
**terms** [6] - 4:10, 4:19,
5:1, 5:15, 5:16,
14:20
**testified** [1] - 8:1
**testing** [1] - 15:2
**the court** [8] - 10:6,
11:18, 12:22, 14:8,
15:8, 15:9, 21:9,
22:6
**themselves** [1] - 14:14
**thinking** [2] - 18:16,
18:20
**thinks** [5] - 9:15,
10:11, 14:16, 16:5,
21:9
**THOMAS** [2] - 1:10,
3:2
**thorough** [3] - 17:6,
17:8, 17:11
**three** [2] - 10:17,
12:12
**tiny** [2] - 18:23, 18:24
**today** [3] - 3:13,
15:16, 21:23
**toluene** [1] - 19:11
**transcript** [4] - 1:23,
5:2, 21:16, 22:14
**transcription** [1] -
1:24
**trial** [2] - 10:8, 16:22
**tries** [1] - 10:4
**triethylene** [1] - 10:22
**true** [1] - 16:14
**trust** [1] - 12:24
**trying** [5] - 5:4, 9:11,
10:17
**TWi** [1] - 15:8
**TWi's** [2] - 15:11,
15:13
**two** [4] - 4:7, 12:16,
18:15, 18:21
**type** [3] - 17:1, 20:6,
20:13

**U**

**U.S** [2] - 1:7, 1:18
**UD** [1] - 8:17
**UDVNA** [1] - 8:17
**underlying** [1] - 10:12
**undermines** [1] -
19:19
**understood** [1] - 16:4
**unfairly** [1] - 8:24

**UNITED** [1] - 1:1
**unsealed** [2] - 12:22, 16:9
**up** [2] - 9:24, 13:21
**useful** [1] - 15:12
**utility** [1] - 15:12

## V

**valsartan** [1] - 10:13
**VALSARTAN** [1] - 1:4
**valuable** [2] - 13:6, 13:13
**values** [1] - 5:20
**VANASKIE** [34] - 1:10, 3:2, 3:3, 3:7, 3:20, 3:25, 4:3, 4:20, 4:23, 5:10, 6:13, 6:16, 7:13, 8:8, 9:1, 9:22, 11:21, 12:5, 13:3, 14:18, 15:23, 16:19, 18:1, 18:24, 19:1, 19:5, 19:21, 20:4, 20:21, 21:12, 21:15, 21:20, 22:4, 22:7
**via** [1] - 3:1
**VIA** [1] - 1:5
**vodka** [1] - 8:18

## W

**wait** [1] - 21:23
**waiting** [1] - 3:5
**ways** [3] - 3:17, 6:1, 6:8
**WeChat** [2] - 21:22, 22:9
**Wednesday** [2] - 22:6, 22:10
**week** [1] - 21:25
**well-known** [1] - 12:25
**West** [1] - 1:17
**widely** [2] - 10:22, 12:25
**witness** [4] - 3:15, 8:2, 8:3, 8:12
**works** [2] - 7:10, 7:19
**worried** [1] - 21:3
**writing** [2] - 18:23, 18:24

## X

**X-U-E** [1] - 3:21
**Xue** [7] - 3:15, 3:19, 3:20, 3:21, 8:15, 9:3, 20:20
**Xue's** [1] - 14:25

## Y

**years** [1] - 8:4

**York** [2] - 1:17

## Z

**Zhejiang** [1] - 1:18
**ZHP** [34] - 3:23, 4:9, 5:5, 6:4, 6:10, 6:25, 7:11, 7:23, 8:1, 8:20, 8:23, 9:5, 9:9, 9:24, 10:4, 10:10, 11:7, 11:10, 11:14, 12:16, 12:18, 13:5, 14:16, 16:1, 16:5, 16:7, 16:16, 20:5, 20:10, 20:14, 20:16, 21:3, 21:8
**ZHP's** [13] - 5:25, 7:12, 8:16, 9:14, 9:18, 9:19, 11:19, 15:20, 17:24, 18:16, 18:20, 21:7, 21:10
**zinc** [8] - 8:20, 10:21, 13:19, 14:1, 14:2, 14:4, 17:12, 19:10
**ZOOM** [1] - 1:5
**Zoom** [1] - 3:1