UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Hon. Robert B. Kugler<br>Civil No. 19-2875 (RBK) |
| This Document Relates to:<br>*Linda Crocker v. Aurobindo Pharma USA, Inc, et. al.* | |

## STATEMENT NOTING A PARTY'S DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Linda Crocker hereby informs this Court and other parties of the death of Plaintiff Linda Crocker. It recently came to the attention of undersigned counsel that Ms. Crocker passed away on February 14, 2023.

Respectfully submitted on this date, October 27, 2023,

/s/ *John R. Davis*
John R. Davis
Texas State Bar No. 24099518
**SLACK, DAVIS SANGER L.L.P.**
6001 Bold Ruler Way, Ste 100
Austin, Texas  78746
Phone: 512-795-8686
jdavis@slackdavis.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of October, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey.

                                                  */s/ David J. Stanoch*
                                                  David J. Stanoch