UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Hon. Robert B. Kugler<br>Civil No. 19-2875 (RBK) |
| This Document Relates to:<br>*Linda Crocker v. Aurobindo Pharma USA, Inc, et. al.* | |

## MOTION FOR SUBSTITUTION OF PARTY

The named Plaintiff in this action, Linda Crocker, an economic loss class representative, passed away on February 14, 2023. On March 27, 2023, Honey Mae Davis, Ms. Crocker's daughter, was appointed Personal Representative of the Estate of Linda Crocker. *See Ex. A.* Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff respectfully moves that Honey Mae Davis be substituted as the proper party in this action pursuant to her status as the Personal Representative of the Estate of Linda Crocker. Plaintiff also respectfully moves that the Estate of Linda Crocker and Honey Mae Davis as Personal Representative of the Estate be substituted as economic loss class representative. This motion is unopposed by the Defendants.

Respectfully submitted on this date, October 27, 2023,

/s/ *John R. Davis*
John R. Davis
Texas State Bar No. 24099518
**SLACK, DAVIS SANGER L.L.P.**
6001 Bold Ruler Way, Ste 100

                Austin, Texas  78746
                Phone: 512-795-8686
                jdavis@slackdavis.com
                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of October, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey.

                                              */s/ David J. Stanoch*
                                              David J. Stanoch