# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Hon. Robert B. Kugler<br>Civil No. 19-2875 (RBK) |
| This Document Relates to:<br>*Linda Crocker v. Aurobindo Pharma USA, Inc, et. al.* | |

## **[PROPOSED] ORDER**

And now, the Court, having considered Plaintiff's Motion to Substitute as well as any response and reply thereto, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Substitute is GRANTED.

2. The Court hereby substitutes Honey Mae Davis as the proper party to serve as an economic loss class representative on behalf of the Estate of Linda Crocker.

SO ORDERED, this _____ day of _____, 2023.

_____
Kugler, J.