

DE-404
(Rev. 07/01/19)
Page 1 of 1

# STATE OF MAINE

CUMBERLAND COUNTY PROBATE COURT                    DOCKET NO. 2023-0459

Estate of <u>LINDA LOU CROCKER</u>                 LETTERS OF AUTHORITY OF
                  Decedent                        PERSONAL REPRESENTATIVE

TO:    HONEY DAVIS
       <u>303 MAQUOIT ROAD BRUNSWICK, ME 04011</u>
       (Name and mailing address)

    You have been appointed **PERSONAL REPRESENTATIVE** of the Estate of <u>LINDA LOU CROCKER</u> who died on <u>14</u> day of <u>February, 2023,</u> domiciled at <u>BRUNSWICK, ME</u>.

The Decedent (check a or b):

☒ (a) Left a Will

☐ (b) Left no Will

| If "Supervised," stamp or write in here: |
|---|

    You are to administer the Estate according to law. If the Decedent left a Will, your powers may be restricted by the provisions of the Will. If these letters are marked "SUPERVISED" in the box above, your powers are restricted according to law and as the Court may have ordered.

    During the course of your administration, you must give heed to any proceedings in this Court which may affect your rights and duties as Personal Representative. In particular, if a petition is filed requesting that this Estate be placed under supervised administration, you shall not exercise your power to distribute any assets of the Estate until further notice from this Court.[1]

    You must, regardless of other proceedings:

    1. Notify all heirs, devisees and other persons entitled to notice of your appointment no later than 30 days after your appointment. See 18-C M.R.S. §3-705 and Maine Probate Form N-115.

    2. Prepare an inventory of the assets of the Estate within three months after your appointment and furnish it to any interested persons who request it. See 18-C M.R.S. §3-706 and Maine Probate Form DE-405.

    Your letter of acceptance of this position and trust was received on <u>3/27/2023,</u> and is conclusive evidence of your acceptance of your fiduciary obligations. You may be held personally liable for any violation of your duties under law with respect to the position you have accepted.

Dated: <u>May 3, 2023</u>                         <u>S G. S</u>
                                                  Register of Probate, Susan G. Schwartz

[1] 18-C M.R.S. § 3-503(3)

MARP