UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: November 1, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**            **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                         FOR DEFENDANTS:
Daniel Nigh, Esq.                           Steven Harkins, Esq.
Conlee Whiteley, Esq.                       Greg Ostfeld, Esq.
Adam Slater, Esq.                           Frank Stoy, Esq.
David Stanoch, Esq.                         William Murtha, Esq.
Ruben Honik, Esq.                           Jeff Geoppinger, Esq.
Behram Parekh, Esq.                         Brittney Nagle, Esq.
Christopher Geddis, Esq.                    Frank Stoy, Esq.
Zalman Kass, Esq.                           Jason Reefer, Esq.
John Cronan, Esq.                           Victoria Lockard, Esq.
                                            Kara Kapke, Esq.
                                            Kristen Ives, Esq.
                                            Andrew Kaplan, Esq.
                                            Kira Latham, Esq.
                                            Kate Deal, Esq.
                                            Alexia Brancato, Esq.
                                            Mitchell Kurtz, Esq.
                                            Emily Tucker, Esq.
                                            Jessica Davidson, Esq.
                                            Matthew Knepper, Esq.

**NATURE OF PROCEEDINGS**:    CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Ordered jury selection and trial set for March 18, 2024 at 9:00AM.
Motion scheduling order to be submitted.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 2:20p.m.    Time Adjourned:    3:20 p.m.    Total Time in Court:   1:00