# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## Stipulation Regarding the Disposition and Retention of Certain Valsartan API Samples Held by Defendant Zhejiang Huahai Pharmaceutical Co., Ltd.

WHEREAS, defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("Defendant" or "ZHP") represents that it is currently in possession of approximately 52 metric tons of U.S.-DMF valsartan API that was either returned by customers or never distributed in connection with the U.S. recall of certain valsartan products in 2018 ("Valsartan API Recall Samples"), as well as samples of U.S.-DMF valsartan API that were originally retained by ZHP in the ordinary course of business ("Valsartan API Retention Samples," and collectively, "Valsartan API Samples");

WHEREAS, ZHP represents that the Valsartan API Samples correspond to 134 unique batches of API, a list of which ZHP has provided to plaintiffs in the above-captioned litigation ("Plaintiffs") and which is attached hereto as Exhibit 1;

WHEREAS, ZHP represents that the Valsartan API Recall Samples are presently stored in 20-kg. drums of varying contents;

WHEREAS, ZHP and Plaintiffs (the "Parties") have agreed to the disposition and retention of certain portions of the Valsartan API Samples as set forth in this stipulation (the "Stipulation").

IT IS HEREBY AGREED THAT:

1. This Stipulation applies only to the Valsartan API Samples and does not reflect an agreement between the Parties as to any other valsartan API or finished dose product held by ZHP or a third party at ZHP's direction.

2. Disposing of certain portions of the Valsartan API Samples pursuant to this Stipulation and otherwise complying with this Stipulation do not constitute spoliation of evidence.

3. As to the Valsartan API Recall Samples, ZHP will retain a drum with the most contents for each of the 134 unique batches. ZHP will dispose of all other drums pertaining to the Valsartan API Recall Samples.

4. As to the Valsartan API Retention Samples, ZHP will retain all samples for each of the 134 unique batches.

5. ZHP's retention of the Valsartan API Samples pursuant to paragraphs 3 and 4 above will result in the retention of at least 120 grams of each of the 134 unique batches.

Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Fl.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*Attorney for MDL Plaintiffs*

Richard Bernardo
**SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Phone: (212) 735-3453
richard.bernardo@skadden.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

# Exhibit 1

**Inventory of Valsartan API Samples Held by ZHP**[1]                    Exhibit 1

| Batch Number | Date of Manufacture | Manufacturing Process |
|---|---|---|
| C5069-15-041MMM | 4/30/2015 | TEA Process |
| C5069-15-050M | 5/27/2015 | TEA Process |
| C5069-15-051M | 5/30/2015 | TEA Process |
| C5069-15-052M | 6/2/2015 | TEA Process |
| C5069-15-053M | 6/5/2015 | TEA Process |
| D5191-16-084M | 6/23/2016 | Zinc Chloride Process |
| D5191-16-108M2 | 7/5/2016 | Zinc Chloride Process |
| D5191-16-111MM | 7/8/2016 | Zinc Chloride Process |
| D5191-16-128M | 7/16/2016 | Zinc Chloride Process |
| D5191-16-131M2M | 7/18/2016 | Zinc Chloride Process |
| D5191-16-149 | 7/28/2016 | Zinc Chloride Process |
| D5191-16-174M | 8/14/2016 | Zinc Chloride Process |
| D5191-16-191M | 8/23/2016 | Zinc Chloride Process |
| D5191-16-192M | 8/23/2016 | Zinc Chloride Process |
| C5523-17-155M | 3/8/2017 | Zinc Chloride Process |
| C5523-17-165M | 3/11/2017 | Zinc Chloride Process |
| C5355-17-073 | 3/28/2017 | Zinc Chloride Process |
| C5523-17-430M | 6/25/2017 | Zinc Chloride Process |
| C5523-17-449M | 7/12/2017 | Zinc Chloride Process |
| C5523-17-453M | 7/13/2017 | Zinc Chloride Process |
| C5523-17-459M | 7/13/2017 | Zinc Chloride Process |
| C5523-17-463M | 7/14/2017 | Zinc Chloride Process |
| C5523-17-464M | 7/14/2017 | Zinc Chloride Process |
| C5523-17-468M | 7/14/2017 | Zinc Chloride Process |
| C5523-17-462 | 7/18/2017 | Zinc Chloride Process |
| C5523-17-472M | 7/20/2017 | Zinc Chloride Process |
| C5523-17-473M | 7/20/2017 | Zinc Chloride Process |
| C5523-17-474M | 7/20/2017 | Zinc Chloride Process |
| D5191-17-026M4 | 7/26/2017 | Zinc Chloride Process |
| C5523-17-523M | 8/12/2017 | Zinc Chloride Process |
| D5191-17-044MM | 8/13/2017 | Zinc Chloride Process |
| D5191-17-048M | 8/16/2017 | Zinc Chloride Process |
| C5523-17-546M | 8/18/2017 | Zinc Chloride Process |
| C5523-17-549 | 8/19/2017 | Zinc Chloride Process |
| C5523-17-632M | 10/2/2017 | Zinc Chloride Process |
| C5523-17-637M | 10/3/2017 | Zinc Chloride Process |
| C5523-17-638M | 10/3/2017 | Zinc Chloride Process |
| C5523-17-640M | 10/4/2017 | Zinc Chloride Process |
| C5523-17-641M | 10/4/2017 | Zinc Chloride Process |
| C5523-17-642M | 10/5/2017 | Zinc Chloride Process |
| C5523-17-643M | 10/5/2017 | Zinc Chloride Process |
| C5523-17-644M | 10/5/2017 | Zinc Chloride Process |
| C5523-17-651M | 10/7/2017 | Zinc Chloride Process |
| C5355-18-023M | 1/7/2018 | Zinc Chloride Process |
| C5355-18-005M | 1/8/2018 | Zinc Chloride Process |
| C5355-18-006M | 1/9/2018 | Zinc Chloride Process |

Created for Purposes of Litigation

**Inventory of Valsartan API Samples Held by ZHP[1]**

| Batch Number | Date of Manufacture | Manufacturing Process |
|---|---|---|
| C5355-18-021M | 1/19/2018 | Zinc Chloride Process |
| C5355-18-022M | 1/19/2018 | Zinc Chloride Process |
| C5355-18-024M | 1/21/2018 | Zinc Chloride Process |
| C5355-18-044M | 2/3/2018 | Zinc Chloride Process |
| D5191-18-027M | 3/1/2018 | Zinc Chloride Process |
| D5191-18-028M | 3/2/2018 | Zinc Chloride Process |
| C5355-18-067 | 3/3/2018 | Zinc Chloride Process |
| C5355-18-068 | 3/3/2018 | Zinc Chloride Process |
| D5191-18-029M | 3/3/2018 | Zinc Chloride Process |
| C5355-18-069 | 3/4/2018 | Zinc Chloride Process |
| C5355-18-098M | 3/24/2018 | Zinc Chloride Process |
| C5355-18-099M | 3/25/2018 | Zinc Chloride Process |
| D5191-18-048 | 4/1/2018 | Zinc Chloride Process |
| C5523-18-173 | 4/3/2018 | Zinc Chloride Process |
| C5523-18-174 | 4/3/2018 | Zinc Chloride Process |
| D5191-18-052 | 4/4/2018 | Zinc Chloride Process |
| C5523-18-190 | 4/8/2018 | Zinc Chloride Process |
| C5523-18-191 | 4/9/2018 | Zinc Chloride Process |
| C5523-18-192 | 4/9/2018 | Zinc Chloride Process |
| C5523-18-193 | 4/9/2018 | Zinc Chloride Process |
| C5523-18-195 | 4/10/2018 | Zinc Chloride Process |
| D5191-18-062M1 | 4/10/2018 | Zinc Chloride Process |
| C5523-18-198 | 4/11/2018 | Zinc Chloride Process |
| C5523-18-199 | 4/11/2018 | Zinc Chloride Process |
| D5191-18-064M1M | 4/11/2018 | Zinc Chloride Process |
| D5191-18-066 | 4/12/2018 | Zinc Chloride Process |
| D5191-18-068 | 4/13/2018 | Zinc Chloride Process |
| D5191-18-070 | 4/14/2018 | Zinc Chloride Process |
| C5355-18-130 | 4/15/2018 | Zinc Chloride Process |
| D5191-18-072 | 4/15/2018 | Zinc Chloride Process |
| C5355-18-131 | 4/16/2018 | Zinc Chloride Process |
| C5355-18-132 | 4/16/2018 | Zinc Chloride Process |
| C5523-18-206 | 4/16/2018 | Zinc Chloride Process |
| C5523-18-207 | 4/16/2018 | Zinc Chloride Process |
| C5355-18-133 | 4/17/2018 | Zinc Chloride Process |
| C5355-18-134 | 4/18/2018 | Zinc Chloride Process |
| C5355-18-135 | 4/18/2018 | Zinc Chloride Process |
| C5355-18-138 | 4/20/2018 | Zinc Chloride Process |
| C5355-18-139 | 4/21/2018 | Zinc Chloride Process |
| C5355-18-140 | 4/22/2018 | Zinc Chloride Process |
| C5355-18-141 | 4/22/2018 | Zinc Chloride Process |
| C5355-18-142 | 4/23/2018 | Zinc Chloride Process |
| D5191-18-092M1 | 4/25/2018 | Zinc Chloride Process |
| D5191-18-101M1 | 4/29/2018 | Zinc Chloride Process |
| C5355-18-156 | 5/2/2018 | Zinc Chloride Process |
| D5191-18-106 | 5/2/2018 | Zinc Chloride Process |

**Inventory of Valsartan API Samples Held by ZHP**[1]                                Exhibit 1

| Batch Number | Date of Manufacture | Manufacturing Process |
|---|---|---|
| D5191-18-107 | 5/2/2018 | Zinc Chloride Process |
| C5355-18-157 | 5/3/2018 | Zinc Chloride Process |
| C5355-18-158 | 5/4/2018 | Zinc Chloride Process |
| C5355-18-159 | 5/4/2018 | Zinc Chloride Process |
| D5191-18-109 | 5/4/2018 | Zinc Chloride Process |
| D5191-18-110 | 5/4/2018 | Zinc Chloride Process |
| C5355-18-160 | 5/5/2018 | Zinc Chloride Process |
| C5355-18-161 | 5/6/2018 | Zinc Chloride Process |
| C5355-18-163 | 5/7/2018 | Zinc Chloride Process |
| C5355-18-164 | 5/8/2018 | Zinc Chloride Process |
| C5355-18-165 | 5/8/2018 | Zinc Chloride Process |
| C5355-18-166 | 5/9/2018 | Zinc Chloride Process |
| C5355-18-167 | 5/10/2018 | Zinc Chloride Process |
| C5355-18-168 | 5/10/2018 | Zinc Chloride Process |
| C5523-18-308 | 5/17/2018 | Zinc Chloride Process |
| C5523-18-309 | 5/17/2018 | Zinc Chloride Process |
| C5523-18-316 | 5/22/2018 | Zinc Chloride Process |
| C5523-18-317 | 5/23/2018 | Zinc Chloride Process |
| C5355-18-193 | 5/27/2018 | Zinc Chloride Process |
| D5191-18-147 | 5/27/2018 | Zinc Chloride Process |
| C5355-18-194 | 5/28/2018 | Zinc Chloride Process |
| C5355-18-195M | 5/28/2018 | Zinc Chloride Process |
| C5355-18-196M | 5/29/2018 | Zinc Chloride Process |
| C5355-18-197M | 5/30/2018 | Zinc Chloride Process |
| C5355-18-198M | 5/30/2018 | Zinc Chloride Process |
| C5355-18-199M | 5/31/2018 | Zinc Chloride Process |
| C5523-18-340 | 5/31/2018 | Zinc Chloride Process |
| C5355-18-200M | 6/1/2018 | Zinc Chloride Process |
| C5355-18-201 | 6/1/2018 | Zinc Chloride Process |
| C5523-18-341 | 6/1/2018 | Zinc Chloride Process |
| C5523-18-342 | 6/1/2018 | Zinc Chloride Process |
| C5523-18-343 | 6/1/2018 | Zinc Chloride Process |
| C5355-18-202 | 6/3/2018 | Zinc Chloride Process |
| C5355-18-203 | 6/4/2018 | Zinc Chloride Process |
| C5355-18-204 | 6/4/2018 | Zinc Chloride Process |
| C5355-18-205 | 6/5/2018 | Zinc Chloride Process |
| C5523-18-362 | 6/8/2018 | Zinc Chloride Process |
| C5523-18-363 | 6/9/2018 | Zinc Chloride Process |
| C5523-18-364 | 6/9/2018 | Zinc Chloride Process |
| C5523-18-365 | 6/9/2018 | Zinc Chloride Process |
| C5523-18-378 | 6/12/2018 | Zinc Chloride Process |
| C5523-18-379 | 6/13/2018 | Zinc Chloride Process |

[1] Terms used herein have the same definitions as provided in the Stipulation.