# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Anthony Belfiore v. Aurobindo Pharma, Ltd., et al.*, No. 1:21-cv-18422 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## MOTION FOR SUBSTITUTION OF PARTY

The named Plaintiff in this action, Anthony Belfiore, passed away on July 3, 2023. *See* Ex. A (certificate of death). Upon his death, the Anthony Belfiore Living Trust, through his daughters Crystal Eve Belfiore and Ariana Luisa Belfiore serving as successor trustees, became the successor-in-interest to Mr. Belfiore's claims and interests. *See* Ex. B. Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff respectfully moves that Crystal Eve Belfiore and Ariana Luisa Belfiore, as Trustees of the Anthony Belfiore Living Trust, dated June 26, 2023, be substituted as the proper party in this action in place of Anthony Belfiore, deceased.

Respectfully Submitted,

*/s/ Ruben Honik*
Ruben Honik
David J. Stanoch, Of Counsel
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com
david@honiklaw.com

Dated: November 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was filed and served upon all counsel by operation of the CM/ECF system for the United States District Court for the District of New Jersey

          */s/ Ruben Honik*
          Ruben Honik
          David J. Stanoch, Of Counsel
          **HONIK LLC**
          1515 Market Street, Suite 1100
          Philadelphia, PA 19102
          Phone: (267) 435-1300
          ruben@honiklaw.com
          david@honiklaw.com