# EXHIBIT A

Case 1:19-md-02875-RMB-SAK   Document 2531-1   Filed 11/09/23   Page 1 of 2 PageID: 87824

# NEW YORK STATE DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

DOH-1961 (8/2011)

- RECORDED DISTRICT: 5154
- REGISTER NUMBER: 1421
- STATE FILE NUMBER: 131-2023-00052936

**1. NAME:** Anthony Belfiore
**2. SEX:** Male
**3A. DATE OF DEATH:** 07 / 03 / 2023
**3B. HOUR:** Approx 07:51 PM

**4A. PLACE OF DEATH:** Hospital Inpatient (X)
**4B. IF FACILITY, DATE ADMITTED:** 06 / 26 / 2023
**4C. NAME OF FACILITY:** South Shore University Hospital
**4D. LOCALITY:** Islip Town
**4E. COUNTY OF DEATH:** Suffolk
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?:** NO

**5. DATE OF BIRTH:** [redacted]
**6A. AGE IN YEARS:** 61
**7A. CITY AND STATE OF BIRTH:** New York, New York

**8. SERVED IN U.S. ARMED FORCES?:** NO
**9. DECEDENT OF HISPANIC ORIGIN?:** A. No, not Spanish/Hispanic/Latino (X)
**10. DECEDENT'S RACE:** A. White/Caucasian (X)

**11. DECEDENT'S EDUCATION:** 5. Associate's degree (X)

**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** Divorced (X)
**14. SURVIVING SPOUSE:** [blank]

**15A. USUAL OCCUPATION:** Electrical Designer
**15B. KIND OF BUSINESS OR INDUSTRY:** Electrical
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Edwards and Zuck - New York, NY

**16A. RESIDENCE:** NY
**16B. County:** Suffolk
**16C. LOCALITY:** Lindenhurst Village
**16D. STREET AND NUMBER OF RESIDENCE:** 92 W Lido Promenade
**16E. ZIP CODE:** 11757

**17. BIRTH NAME OF FATHER/PARENT:** Diego Belfiore
**18. BIRTH NAME OF MOTHER/PARENT:** Luisa LaMonica

**19A. NAME OF INFORMANT:** Crystal Belfiore
**19B. MAILING ADDRESS:** 166 40th Street, Lindenhurst Village, NY 11757

**20A. DISPOSITION:** 2. Cremation; 07 / 05 / 2023
**20B. PLACE OF BURIAL, CREMATION:** Long Island Cremation Company
**20C. LOCATION:** West Babylon Hamlet, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Mangano Funeral Home Inc, 1701 Deer Park Avenue, Deer Park Hamlet, NY 11729
**21B. REGISTRATION NUMBER:** 01099

**22A. NAME OF FUNERAL DIRECTOR:** Joseph S Mari
**22B. SIGNATURE:** Joseph S Mari - Electronically Signed
**22C. REGISTRATION NUMBER:** 12230

**23A. SIGNATURE OF REGISTRAR:** Olga Murray - Electronically Signed
**23B. DATE FILED:** 07 / 05 / 2023
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Ann Altieri
**24B. DATE ISSUED:** 07 / 05 / 2023

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:**
- Certifier's Name: Samta Jain, MD
- License No.: 276336
- Signature: Samta Jain, MD - Electronically Signed
- Date: 07 / 04 / 2023
- Certifier's Title: Attending Physician (X)
- Address: 301 E Main St, Islip Town, NY 11706

**26A. Attending physician attended deceased:** FROM 07/03/2023 TO 07/03/2023
**26B. Deceased last seen alive by attending physician:** 07/03/2023
**26C. Pronounced Dead on:** 07/03/2023 at 08:00 PM

**27. MANNER OF DEATH:** Natural Cause (X)
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?:** NO
**29A. AUTOPSY?:** NO
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?:** NO

**30. DEATH WAS CAUSED BY:**

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| PART I. IMMEDIATE CAUSE (A) | respiratory failure | hours |
| DUE TO OR AS A CONSEQUENCE OF (B) | renal failure | days |
| DUE TO OR AS A CONSEQUENCE OF (C) | rectal cancer | months |

**PART II. OTHER SIGNIFICANT CONDITIONS:** [blank]
**DID TOBACCO USE CONTRIBUTE TO DEATH?:** NO

**31A. IF INJURY, DATE:** [blank]
**31B. INJURY LOCALITY:** [blank]
**31C. DESCRIBE HOW INJURY OCCURRED:** [blank]
**31D. PLACE OF INJURY:** [blank]
**31E. INJURY AT WORK?:** [blank]

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?:** YES
**33. IF FEMALE:** [N/A]