# EXHIBIT B

Signed by the Trustee in the presence of:

_____  _____
(Witness signature)                                      (Witness signature)

George Doherty                                        George Doherty
(printed name)                                           (printed name)

10 Gaulton Dr.                                           10 Gaulton Dr.
(street address)                                         (street address)

N. Babylon, N.Y. 11703                        N. Babylon N.Y. 11703
(city, state zip)                                          (city, state zip)

State of New York                                 )
County of Suffolk                                  )

On the 26 day of June, in the year 2023, before me, the undersigned, personally appeared Anthony Belfiore, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

[Seal]

**Villarini Rangel Nancy**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VI6429325
Qualified in Suffolk County
Commission Expires 02/14/2026

Notary Public

Nancy Villarini-Rangel
(Printed name)

State of New York                                 )
County of Suffolk                                  )

On the 26 day of June, in the year 2023, before me, the undersigned, personally appeared Anthony Belfiore, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

[Seal]

**Villarini Rangel Nancy**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VI6429325
Qualified in Suffolk County
Commission Expires 02/14/2026

Notary Public

Nancy Villarini-Rangel
(Printed name)

Certificate of Trust for the Anthony Belfiore Living Trust
Page 3
Netska Law Group PLLC, 500 N Andrews Ave, Ste. 373, Fort Lauderdale, FL 33301  (954) 836-7530

The statements made above are accurate and the trust has not been revoked or amended in any way that would cause the representations in this Certificate of Trust to be incorrect. All currently acting Trustees of the trust are identified above and are signatories to this Certificate of Trust.

Dated: _____June 26_____, 2023

_____
Anthony Belfiore, Trustee

State of New York                    )
County of __Suffolk__           )

On the 26 day of __June__, in the year 20_23_, before me, the undersigned, personally appeared Anthony Belfiore, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

[Seal]

_____
Notary Public

__Nancy Villarini-Rangel__
(Printed name)

Villarini Rangel Nancy
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01VI6429325
Qualified in Suffolk County
Commission Expires 02/14/2026

Certificate of Trust for the Anthony Belfiore Living Trust
Page 2

Netska Law Group PLLC, 500 N Andrews Ave, Ste. 373, Fort Lauderdale, FL 33301  (954) 836-7530

# Certificate of Trust
# Anthony Belfiore Living Trust

I, the undersigned Trustee, declare as follows:

1. The name of the trust is: Anthony Belfiore Living Trust.
2. The trust currently exists.
3. The trust was executed on June 26, 2023.
4. The Grantor of the trust is Anthony Belfiore.
5. The trust is revocable and amendable by the Grantor.
6. The trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certificate of Trust to be incorrect.
7. The currently acting Trustee of the trust is:

    Anthony Belfiore
    92 West Lido Promenade, Lindenhurst, NY 11757

8. The Trustee may conduct business on behalf of the trust without the consent of any other person or entity.
9. The Successor Trustees are the following individuals:

    *Crystal Eve Belfiore and Ariana Luisa Belfiore, as co-trustees, each of whom may act alone.*

10. The tax identification number of the trust is Anthony Belfiore's Social Security number, xxx-xx-4792.
11. Assets held in the trust may be titled in any manner that identifies the Trustee and the name and date of the trust, for example:

    Anthony Belfiore, Trustee of the Anthony Belfiore Living Trust, dated June 26, 2023.

12. The powers of the Trustee include the power to acquire, sell, assign, convey, pledge, encumber, lease, borrow, manage, and deal with real and personal property interests of all kinds, including accounts at financial institutions.
13. Excerpts from the trust agreement that establish the trust and set forth the powers of the Trustee will be provided upon request.
14. The trust agreement provides that a third party may rely on this Certificate of Trust in lieu of a copy of the trust agreement. It further exonerates third parties from any liability for acts or omissions in reliance on this Certificate of Trust, and for the application that the Trustee makes of funds or other property delivered to the Trustee.