# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO<br><br>*Anthony Belfiore v. Aurobindo Pharma, Ltd., et al.*, No. 1:21-cv-18422 | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## [PROPOSED] ORDER

And now, the Court, having considered Plaintiff's Motion to Substitute, as well as any response and reply thereto, it is hereby ORDERED as follows:

1. Plaintiff's motion is GRANTED.

2. The Court hereby substitutes Crystal Eve Belfiore and Ariana Luisa Belfiore, as Trustees of the Anthony Belfiore Living Trust, dated June 26, 2023, as the in place of Anthony Belfiore, deceased.

SO ORDERED, this ___ day of _____, 2023

_____
Kugler, J.

1