# Exhibit G: Consumer Economic Loss and Medical Monitoring Class Proposed Text Notice

**Text Notice – Consumer Economic Loss and Medical Monitoring Class**

U.S. FEDERAL COURT AUTHORIZED CLASS ACTION NOTICE

Our records indicate that you may have consumed and/or paid for Valsartan/Valsartan-Containing Drugs. A class action lawsuit may affect your legal rights.

Visit the Court approved website https://ValsartanMedicationLawsuit.com or call 1-866-875-9644. Reply STOP to end