# Exhibit I: Consumer Economic Loss and Medical Monitoring Class Proposed Banner Notice





