Exhibit K: Consumer Economic Loss and Medical Monitoring Class Long Form Notice

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

### Consumer Economic Loss and Medical Monitoring Class Action Notice

# If you are an individual who consumed, and/or paid any amount of money for generic Valsartan, Valsartan HCTZ, Amlodipine Valsartan or Amlodipine Valsartan HCTZ, a class action lawsuit could affect your rights.

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- The purpose of this notice is to alert you about a class action lawsuit, *In Re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875 (the "Lawsuit") brought by individuals and entities who consumed and/or purchased Valsartan or Valsartan-Containing Drugs ("VCDs") that were manufactured, distributed, sold and/or dispensed by the Defendants listed below. This notice informs you of your legal rights and options.
- The Lawsuit asserts the Defendants violated state law by manufacturing, distributing, producing, selling and/or dispensing Valsartan or VCDs that were contaminated with probable human carcinogens in the form of nitrosamines, N-nitrosodimethylamine ("NDMA") and N-nitrosodiethylamine ("NDEA"). Defendants have denied any wrongdoing, have denied that the amounts of NDMA and NDEA in the Valsartan and VCDs at issue were or could be carcinogenic, and assert various legal and factual defenses. The Court has not yet decided whether Plaintiffs' claims have merit.
- **REGISTER FOR UPDATES**: You may visit the Case Website to sign up to receive updates regarding the litigation and any potential future recovery or benefits by economic loss or medical monitoring class members. Separate notice will be provided with regard to any settlement that is reached and preliminarily approved by the Court, and by signing up at the Case Website and updating your contact information, we can ensure that you receive that notice.
- This portion of the Lawsuit only includes class action claims for economic losses and medical monitoring.
- This Notice does not include or affect any personal injury claims.
- This Notice does not include any claims related to Losartan or Irbesartan.
- Your legal rights are affected regardless of whether you act or do not act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | DEADLINE |
|---|---|---|
| **DO NOTHING** | If you do nothing, you will remain a part of the Class(es) and Lawsuit and you will be bound by any future judgment(s) of the Court. | **NO DEADLINE** |
| **EXCLUDE YOURSELF FROM THE CLASSES AND LAWSUIT** | If you take the steps required to exclude yourself from the Classes and Lawsuit, you will not be bound by any future determinations made in the Lawsuit, including any judgments at trial; however, you will also not be eligible for payments or other benefits, if any, that are awarded to any of the Classes by the Court. This is the only option that allows | **JANUARY 31, 2024** |

|   |   |   |
|---|---|---|
|   | you to pursue your own claims against the Defendants for the legal claims made in this Lawsuit. See questions 12 and 13 for more information. |   |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.
- The Court in charge of this case has not decided in favor of the Plaintiffs or the Defendants.

## CLASS DEFINITIONS

The Court has determined that the Lawsuit can proceed as a class action and has certified a number of detailed Classes and Subclasses by claim, defendant, and groupings of states. Below are summary class definitions authorized by the Court for the express purpose of providing this Notice. Please note that there are certain exclusions from the below summary class definitions. More detailed information regarding the various Classes and Subclasses certified by the Court may be viewed on the Case Website www.ValsartanMedicationLawsuit.com. The website will help you determine whether or not you are a class member, and if so, for which Classes and Subclasses.

**Included in this Notice**

| | |
|---|---|
| **Consumer Economic Loss Class** | All individuals in the United States and its territories and possessions who, since at least January 1, 2012 through the date of final recall as of November 10, 2021, paid any amount of money for a VCD (intended for personal or household use) that was manufactured by any Active Pharmaceutical Ingredient or Finished Dose Defendant, and distributed or sold in the United States by any Defendant. The detailed economic loss Class and Subclass definitions are attached hereto as Exhibit A. |
| **Medical Monitoring Class** | Individuals residing in the United States and its territories and possessions (except Mississippi, New Hampshire, North Carolina, and North Dakota) who consumed a sufficiently high Lifetime Cumulative Threshold ("LCT") of NDMA or NDEA in generic VCDs manufactured by any Active Pharmaceutical Ingredient or Finished Dose Defendant, and marketed in the United States and its territories and possessions, at least since January 1, 2012. The detailed medical monitoring class and subclass definitions are attached hereto as Exhibit B. |

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

## BASIC INFORMATION

### 1. What is this Notice about?

A federal court directed that this Notice be provided to you because you have a right to know about this class action Lawsuit and about all of your rights and options. The Court also authorized and required the manner by which you received this Notice, and specifically required notice to be provided by email or text message, where available, or U.S. mail in certain limited circumstances. This Notice explains the Classes that have been certified, the Lawsuit, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court presiding over this case is the United States District Court for the District of New Jersey. The Honorable Robert B. Kugler ("the Court") is overseeing the class actions in the Lawsuit as part of a Multi-District Litigation ("MDL") called *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK-SAK. The people and entities that filed the Lawsuit are called the "Plaintiffs" and the companies they sued are called the "Defendants." This part of the Lawsuit relates only to Valsartan, and does not involve Losartan or Irbesartan.

### 2. What is the Lawsuit about?

The Lawsuit alleges the Defendants violated state laws by manufacturing, distributing, selling and/or dispensing Valsartan or VCDs that were contaminated with probable human carcinogens in the form of nitrosamines, NDMA and NDEA. Defendants deny all allegations of fault, wrongdoing, or liability made in the Lawsuit, have denied that the amounts of NDMA and NDEA in the Valsartan and VCDs at issue were or could be carcinogenic, and have asserted various legal and factual defenses.

### 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are known as "Class Representatives" or "Plaintiffs." Together, the people included in the class action are called a "class" or "class members." One court resolves a class action lawsuit for all class members, except for those who opt out of the class and litigation. The Plaintiffs and the Defendants are the Parties (the "Parties") in the Litigation. The names of the individual Plaintiffs are listed in question 18 and the Defendants for the Consumer Economic Loss Classes and the Medical Monitoring Classes are listed in question 5.

### 4. Is there money available?

No money or other benefits are available now because the Court has not decided the merits of the Plaintiffs' claims or whether the Defendants have valid defenses to those claims, and the Parties have not reached any Court-approved settlement. There is no guarantee that money or benefits ever will be obtained. If money or benefits become available either by way of settlement or if the Plaintiffs prevail at trial or through legal motions, class members may have to take additional steps, such as submitting a claim form or providing other evidence, in order to determine whether they are eligible to recover any money or benefits. In that event, you will be notified of whatever additional steps you must take. You can

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **3** of **10**

learn more details about the Lawsuit by visiting the Case Website at www.ValsartanMedicationLawsuit.com. You are not required to but may also register to be informed about case updates at the Case Website.

## WHO IS INCLUDED IN THE LAWSUIT?

### 5. Who are the Defendants?

**Consumer Economic Loss Class Defendants**

**Manufacturer Defendants:**

• Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai US Inc.; Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC;  Solco Healthcare US, LLC; Torrent Pharmaceuticals Ltd.; Torrent Pharma Inc.; Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis Pharma, Inc.; Actavis, LLC.; Mylan Laboratories, Ltd.; Mylan N.V.; Mylan Pharmaceuticals, Inc.; Hetero Labs, Ltd.; Hetero Drugs, Limited; Hetero USA Inc.; Camber Pharmaceuticals, Inc.; Aurobindo Pharma, Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma, LLC

**Retail Pharmacy Defendants:**

• Albertson's LLC; CVS Pharmacy, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc.; Rite Aid Corporation*; Walgreen Co.; and Walmart Inc.

\* Rite Aid Corporation is a retail pharmacy defendant but has declared bankruptcy and therefore all claims against Rite Aid are subject to an automatic stay.  For more information on Rite Aid's bankruptcy, see https://restructuring.ra.kroll.com/RiteAid.

**Wholesaler Defendants:**

• Cardinal Health, Inc.; McKesson Corporation; and AmerisourceBergen Corporation

**Medical Monitoring Class Defendants**

**Manufacturer Defendants:**

• Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai US Inc.; Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC;  Solco Healthcare US, LLC; Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis Pharma, Inc.; Actavis, LLC.; Mylan Laboratories, Ltd.; Mylan N.V.; Mylan, LLC; Aurobindo Pharma Limited; Aurobindo Pharma USA; and Aurolife Pharma, LLC.

**Retail Pharmacy Defendants:**

• ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Walmart Inc.

**Wholesaler Defendants**

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **4** of **10**

• McKesson Corporation and AmerisourceBergen Corporation

| 6. Who is included in the Consumer Economic Loss Class and Subclasses? |
|---|

The Court has certified a Consumer Economic Loss Class and a number of detailed Subclasses within the Consumer Economic Loss Class by claim, defendant, and groupings of states. Below is a simplified class definition authorized by the Court for the express purpose of providing this Notice. More detailed information regarding the Subclasses certified by the Court is available in Exhibit A.

The Consumer Economic Loss Class includes: All individuals in the United States and its territories and possessions who, since at least January 1, 2012 through the date of final recall as of November 10, 2021, paid any amount of money for a VCD (intended for personal or household use) that was manufactured by any Active Pharmaceutical Ingredient or Finished Dose Defendant, and distributed or sold in the United States by any Defendant

| 7. Who is included in the Medical Monitoring Class and Subclasses? |
|---|

The Court has certified two Medical Monitoring Classes and two detailed Subclasses within one of the Medical Monitoring Classes by claim, defendant, and groupings of states. Below is a simplified Class definition authorized by the Court for the express purpose of providing this Notice. More detailed information regarding the Class and Subclasses certified by the Court is available in Exhibit B.

The Medical Monitoring Class includes Individuals residing in the United States and its territories and possessions (except Mississippi, New Hampshire, North Carolina, and North Dakota) who consumed a sufficiently high LCT of NDMA or NDEA in generic VCDs manufactured by any Active Pharmaceutical Ingredient or Finished Dose Defendant, and marketed in the United States and its territories and possessions, at least since January 1, 2012.

| 8. Can I be in more than one Class or Subclass? |
|---|

Yes, you can be a member of more than one Class or Subclass.

For example, if you both paid for and consumed sufficiently high amounts of the drugs at issue in the Lawsuit, you may be included in the Consumer Economic Class and Medical Monitoring Class. In addition, with respect to the Economic Loss Class, class members may be members of more than one Subclass. With respect to the Medical Monitoring Classes and Subclasses, residents of certain states are members of more than one Class or Subclass.

| 9. What if I have claims against more than one Defendant? |
|---|

You may be a member of different Subclasses for different Defendants. If you do not exclude yourself, you will remain a part of each applicable Subclass for each Defendant, and you will be bound by any future judgment(s) of the Court as to each Subclass and will be eligible to participate in any future settlement or judgment for each Subclass.

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **5** of 10

| 10. Are there exceptions to being a Class Member? |
|---|

Yes. Excluded from some or all of the Consumer Economic Loss and Medical Monitoring Classes and Subclasses are the following: (i) Any judge or magistrate presiding over this action, and members of their families; (ii) Defendants and subsidiary and affiliated entities, and their employees, officers, directors, and agents; (iii) Defendants' legal representatives, assigns, and successors; and (iv) All class members who properly execute and file a timely request for exclusion from the Class and Lawsuit. Additional Defendant-specific exclusions may apply. Visit the Case Website or see Exhibits A and B for details.

| 11. How can I get help in determining if I am eligible and register for updates? |
|---|

If you need help in determining your eligibility, you can visit the Case Website at www.ValsartanMedicationLawsuit.com and answer a few simple questions. You can also call 1-866-875-9644 or email info@ValsartanMedicationLawsuit.com for more information. If you believe you are eligible, you can complete a simple form on the Case Website to be informed about case updates. This will help us contact you in the event of any future settlement or judgment.

## CAN I OPT-OUT AND EXCLUDE MYSELF?

| 12. Can I opt-out of the lawsuit? |
|---|

Yes, you can choose to opt-out, or exclude yourself, from the Classes and Lawsuit entirely. If you do so, you will not be eligible to participate in or receive any benefits from any potential future judgments or settlements awarded to any Class by the Court. You will retain your right to sue the Defendants yourself, but those rights may be time limited, and you should consult your own attorney regarding your ability to bring your own lawsuit if you opt-out from the Classes and Lawsuit.

| 13. How do I exclude myself? |
|---|

If you want to keep your right, if any, to separately sue the Defendants, you must take steps to exclude yourself from the Classes and Lawsuit. This is called "opting out" of the Class(es). The deadline for requesting exclusion from the Classes and Lawsuit is **January 31, 2024**.

To exclude yourself, you must submit a written request for exclusion that includes the following information:

- The name of the Lawsuit: In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation, Case No. 1:19-md-02875-RBK-SAK (D.N.J.);
- Your name and current address;
- Your personal signature; and
- A statement clearly indicating your intent to be excluded from all Classes and the entire Lawsuit, or only the Economic Loss Class, or only the Medical Monitoring Class.

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **6** of **10**

A printable exclusion request form is available on the Case Website www.ValsartanMedicationLawsuit.com. Your request for exclusion must be mailed to the address below so it is postmarked or received no later than **January 31, 2024**.

Valsartan Class Administrator
ATTN: Exclusion Request
PO Box 3376
Baton Rouge, LA 70821

You may also email a scanned copy of your signed exclusion request form to info@ValsartanMedicationLawsuit.com. You must download, print, complete, and sign the PDF exclusion form found on the Case Website to qualify for email submission of your exclusion request.

By electing to be excluded: (1) you will not share in any potential recovery or benefits that might be obtained by the Classes as a result of trial, legal motion, or settlement in the Lawsuit; (2) you will not be bound by any decision in the Lawsuit that is either favorable to the Classes or favorable to the Defendants; and (3) you may present any claims you have against the Defendants by filing your own lawsuit.

### 14. If I exclude myself, can I still get a payment for economic losses or medical monitoring?

In your exclusion, you must indicate if you are excluding yourself from the Economic Loss Class, the Medical Monitoring Class, or both Classes. You cannot receive benefits from any class from which you exclude yourself.

If you exclude yourself from the Economic Loss Class, you are telling the Court that you do not want to be part of the Economic Loss Class and Lawsuit. You can only get a payment through this Lawsuit if you stay in the Economic Loss Classes and Lawsuit and a final judgment in favor of the Economic Loss Class (either by settlement or trial verdict) approves economic loss payment at a later date.

If you exclude yourself from the Medical Monitoring Class, you are telling the Court that you do not want to be part of the Medical Monitoring Class and Lawsuit. You can only get medical monitoring through this Lawsuit if you stay in the Medical Monitoring Class and Lawsuit, a judgment in favor of the Medical Monitoring Class or a settlement results, and a settlement or Court order approves medical monitoring.

### 15. If I do not exclude myself, can I still sue the Defendants?

No. If you stay in the Classes and Lawsuit (i.e., do nothing or do not exclude yourself), you give up any right to separately sue any of the Defendants for the claims made in this Lawsuit.

## THE LAWYERS AND PLAINTIFFS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

Yes, if you do not exclude yourself by opting out. The Court has appointed the following law firms to represent the Classes ("Class Counsel"). You will not be charged for their services.

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **7** of **10**

Consumer Economic Loss Class Counsel

- Ruben Honik, Honik LLC
- Conlee Whiteley, Kanner & Whiteley, LLC
- John R. Davis, Slack Davis Sanger, LLP

Medical Monitoring Class Counsel

- Rachel Geman, Lieff Cabraser Heimann & Bernstein
- Nicholas Migliaccio, Migliaccio & Rathod LLP

If Class Counsel achieves a recovery for any of the Classes, for example by way of settlement or by trial verdict and judgment, the Court will be asked to approve reasonable attorneys' fees for, as well as reimbursement of expenses to, Class Counsel and other Court-appointed counsel who are members of the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee appointed by the Court in the Lawsuit and who have advanced time and money on behalf of the Classes. If the Court grants Counsels' requests, fees and expenses would either be deducted from any money obtained for the Classes, or the Court may, if applicable state law permits, order the Defendants to pay attorneys' fees and costs in addition to any damage award to the Classes. Class members will not have to pay any attorneys' fees or expenses themselves, because any fees or expenses paid will only be taken out of money obtained from Defendants, if any, and only to the extent approved by the Court prior to their payment.

### 17. Can I have my own lawyer?

If you do not exclude yourself, you do not need to hire your own lawyer because Class Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense and have them appear on your behalf in the Lawsuit.

### 18. Who Brought this Lawsuit?

This lawsuit was brought by individual Plaintiffs on behalf of classes of other individuals. Those individual Plaintiffs appointed by the Court to represent a class are called Class Representatives and act to represent the interests of all other individuals in the class, called class members. The Class Representatives appointed by the Court are:

**Consumer Economic Loss Plaintiffs:**

Asha Lamy (AL); Sandra Kelly (AL); Jay Meader (CA); Mark Hays (CA); Charlie Johnston (CA); Merilyn Andre (CA); Peter O'Brien (CT); Ron Molinaro (FL); Estate of Eleonora Deutenberg (FL); Lubertha Powell (GA); Lawrence Edwards (GA); Marlin Anderson (IL); Leland Gildner (IN); Brian Wineinger (IN); Joseph Kessinger (KS); Glenda Cooper (KY); Sandy Bell (LA); Talsie Neal (LA); Estate of Linda Crocker (ME); Veronica Longwell (MA); Jennifer Johnson (MN); Flora McGilvery (MS); Marzanna Glab (NJ); Antoinette

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **8** of 10

Sims (NJ); James Lawson (NJ); James Childs (NJ); Radhakrishna Shetty (NJ); Billy Joe Bruner (NM); Alphonse Borkowski (NY); Joseph Cacaccio (NY); John Duffy (NY); Gerald Nelson (NY); Gary Burnett (NC); Miranda Dudley (NC); Dennis Kaplan (OH); Lawrence Semmel (PA); Eric Erwin (TX); Jynona Gail Lee (TX); Brittney Means (TX); Samuel Cisneros (TX); Cheryl Mullins (VA); Robin Roberts (VA); and Mary McLean (VA).

**Medical Monitoring Plaintiffs:**

Josephine Bell; Sarah Zehr; Robert Kruk; Michael Rives; Robert Fields ; Valerie Rodich-Annese; Roger Tasker; Jo Ann Hamel; Paulette Silberman; and Sylvia Cotton.

## THE COURT PROCESS

### 19. How and when will the Court decide who is right?

If the claims against the Defendants are not resolved by a settlement or otherwise at some future date, Class Counsel and other Court-appointed counsel who are members of the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee in the MDL will have to prove claims alleged on behalf of the Consumer Economic Loss Class and Subclasses and the Medical Monitoring Class and Subclasses at trial. There is no guarantee that Plaintiffs will win, or that they will get any money or other benefits for the Classes. Any judgment will be binding on all class members who have not opted out, regardless of who wins. There are no Losartan or Irbesartan claims included in the certified Classes at this time. Those claims will be addressed at a later time.

### 20. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel and other Court-appointed counsel who are members of the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee will present the case on your behalf, and counsel for the Defendants will present Defendants' defenses. You and/or your own lawyer may attend the trial at your own expense. If any Class to which you belong obtains money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this Lawsuit will take but will continue to update the website as information is received. Visit the Case Website to register to be informed about case updates.

## IF YOU DO NOTHING

### 21. What happens if I do nothing at all?

If you do nothing, you will automatically be part of the Classes and Lawsuit if you qualify as a class member. Plaintiffs and their attorneys will act as your representative and counsel, and if they prevail in the Lawsuit

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **9** of 10

or a settlement is reached and you are confirmed as a class member, you must file a claim for your proportionate share of any money or other benefits obtained for the Class(es). If the Defendants prevail on any claims, however, you will be bound by that judgment and will not be able to separately sue the Defendants regarding the claims brought in the Lawsuit.

## GET MORE INFORMATION

**22. How do I get more information?**

For more information about the Lawsuit, including assistance in determining whether you qualify as a Class Member of any of the Subclasses for the Economic Loss or Medical Monitoring Classes, please visit the Case Website www.ValsartanMedicationLawsuit.com. You may contact the Class Administrator by email at info@ValsartanMedicationLawsuit.com, by phone at 1-866-875-9644 or by mail at:

>Valsartan Class Administrator
>P.O. Box 3376
>Baton Rouge, LA 70821

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.**

Questions? Call 1-866-875-9644 or visit www.ValsartanMedicationLawsuit.com

Page **10** of **10**