# EXHIBIT B

| Irbesartan/Losartan NDCs |
|---|
| 50268-513-15 |
| 50268-514-15 |
| 50268-517-15 |
| 31722-700-05 |
| 31722-700-10 |
| 31722-700-90 |
| 31722-701-10 |
| 31722-701-30 |
| 31722-701-90 |
| 31722-702-10 |
| 31722-702-30 |
| 31722-702-90 |
| 60429-316-10 |
| 60429-316-30 |
| 60429-316-90 |
| 60429-317-10 |
| 60429-317-90 |
| 60429-318-10 |
| 60429-318-90 |
| 23155-644-03 |
| 23155-644-09 |
| 23155-644-10 |
| 23155-645-03 |
| 23155-645-09 |
| 23155-645-10 |
| 23155-646-03 |
| 23155-646-09 |
| 23155-646-10 |
| 68645-577-54 |
| 68645-578-54 |
| 68645-579-54 |
| 68645-494-54 |
| 68645-494-55 |
| 33342-045-10 |
| 33342-045-44 |
| 33342-050-10 |
| 33342-051-10 |
| 33342-052-10 |
| 43547-330-03 |
| 43547-330-09 |
| 43547-331-03 |
| 43547-331-09 |
| 43547-376-09 |
| 70518-0588-01 |
| 70518-1526-00 |
| 60429-640-90 |

| |
|---|
| 60429-641-30 |
| 60429-641-90 |
| 60429-642-30 |
| 60429-642-90 |
| 69367-119-01 |
| 69367-119-03 |
| 69367-120-01 |
| 69367-120-03 |
| 69367-121-01 |
| 69367-121-03 |
| 13668-113-10 |
| 13668-113-90 |
| 13668-115-10 |
| 13668-115-30 |
| 13668-115-90 |
| 13668-116-10 |
| 13668-116-30 |
| 13668-116-90 |
| 13668-117-10 |
| 13668-117-30 |
| 13668-117-90 |
| 13668-118-10 |
| 13668-118-30 |
| 13668-118-90 |
| 13668-409-10 |
| 13668-409-30 |
| 13668-409-90 |
| 0904-6390-61 |
| 0591-3745-00 |
| 0591-3745-10 |
| 0591-3745-19 |
| 0591-3746-00 |
| 0591-3746-10 |
| 0591-3746-19 |
| 0591-3746-30 |
| 0591-3747-00 |
| 0591-3747-10 |
| 0591-3747-19 |
| 0591-3747-30 |