# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Karen M. Williams,<br>Magistrate Judge |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mitchell S. Kurtz hereby in this MDL on behalf of Defendant Sciegen Pharmaceuticals Inc. on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: mkurtz@hinshawlaw.com.

By entering an appearance, the undersigned Defendant does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated:  November 16, 2023

Respectfully submitted,

*/s/  Mitchell S. Kurtz*
Mitchell S. Kurtz, Esq.
HINSHAW & CULBERTSON, LLP
343 Thornall Street, Suite 640
Edison, New Jersey 08837
mkurtz@hinshawlaw.com

*Attorneys for Defendant*
*Sciegen Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

      I, Mitchell S. Kurtz, hereby certify that on November 16, 2023 the foregoing **Notice of Appearance** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Mitchell S. Kurtz*
                                          Mitchell S. Kurtz

1016106\315322369.v1