[ECF No. 4]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 |
| THIS DOCUMENT RELATES TO:<br><br>ANTHONY BELFIORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA, LTD. et al.,<br><br>　　　　　Defendants. | Civil No. 21-18422 (RBK/SAK) |

## ORDER

This matter having come before the Court on the Motion to Substitute Party [ECF No. 4] filed by Plaintiff Anthony Belfiore; and there being no opposition to the motion; and Plaintiff seeking to substitute Crystal Eve Belfiore and Ariana Luisa Belfiore, as Trustees of the Anthony Belfiore Living Trust, in place of the late Anthony Belfiore, deceased, pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed the moving papers and submissions, the record in this matter, and the applicable law; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* Fed. R. Civ. P. 78; L. Civ. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **17th** day of **November**, **2023**, that Plaintiff's Motion to Substitute Party [ECF No. 4] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket and case caption to reflect "Crystal Eve Belfiore and Ariana Luisa Belfiore, as Trustees of the Anthony Belfiore Living Trust," as Plaintiff in this matter.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc: Hon. Robert B. Kugler, U.S.D.J.