IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

**CASE MANAGEMENT ORDER NO. 35**

**ORDER REGARDING MANUFACTURER DEFENDANTS' LOSARTAN AND IRBESARTAN DISCOVERY SCHEDULE**

IT IS HEREBY ORDERED that the following schedule will apply to the manufacturer defendants' document productions responsive to written discovery served pursuant to section 5 of CMO 32 (ECF No. 2343):

- **August 31, 2023:** Deadline to submit disputes regarding written discovery, search terms, and custodians to the Court. Any outstanding issues must be argued before Judge Vanaskie at the September Biweekly Conference Call.

- **December 15, 2023:** Deadline to produce noncustodial documents.

- **February 28, 2024:** Deadline to complete custodial production.


Dated: November 17, 2023         /s/ Thomas I. Vanaskie
                                 Thomas I. Vanaskie
                                 Special Master