**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND | CIVIL ACTION NUMBER: |
| IRBESARTAN PRODUCTS LIABILITY | 1:19-md-02875-RBK-SAK |
| LITIGATION | DISCOVERY/STATUS CONFERENCE |
| | VIA ZOOM VIDEOCONFERENCING |

Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey  08101
Thursday, November 16, 2023
Commencing at 4:03 p.m.

**B E F O R E:**          THE HONORABLE THOMAS I. VANASKIE (RET.),
                         SPECIAL MASTER

**A P P E A R A N C E S:**

MAZIE SLATER KATZ & FREEMAN, LLC
BY:  CHRISTOPHER J. GEDDIS, ESQUIRE
103 Eisenhower Parkway, Suite 207
Roseland, New Jersey 07068
Counsel for Plaintiffs

KANNER & WHITELEY, LLC
BY:  CONLEE S. WHITELEY, ESQUIRE
701 Camp Street
New Orleans, Louisiana 70130
Counsel for Plaintiffs

FARR, FARR, EMERICH, HACKETT CARR & HOLMES
BY:  GEORGE T. WILLIAMSON, ESQUIRE
99 Nesbit Street
Punta Gorda, Florida 33950
Counsel for Plaintiffs

John J. Kurz, Official Court Reporter
John_Kurz@njd.uscourts.gov
(856)576-7094

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.

**A P P E A R A N C E S:** (Continued)

HOLLIS LAW FIRM
BY:  C. BRETT VAUGHN, ESQUIRE
14 Ridge Square NW
Washington, DC 20016
Counsel for Plaintiffs

GREENBERG TRAURIG LLP
BY: VICTORIA DAVIS LOCKARD, ESQUIRE
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Counsel for Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc.

WALSH PIZZI O'REILLY FALANGA LLP
BY: CHRISTINE INTROMASSO GANNON, ESQUIRE
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Counsel for Defendants Teva Pharmaceutical Industries Ltd

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
BY:  NINA R. ROSE, ESQUIRE
1440 New York Avenue, N.W.
Washington, D.C. 20005
Counsel for Defendant ZHP

MORGAN, LEWIS & BOCKIUS LLP
BY: JEFFREY MASTERS, ESQUIRE
1701 Market Street
Philadelphia, Pennsylvania 19103
Counsel for Defendant Aurobindo Pharma

NORTON ROSE FULBRIGHT US LLP
BY:  D'LESLI DAVIS, ESQUIRE
2200 Ross Avenue
Suite 3600
Dallas, Texas 75201
Counsel for Defendant Mckesson Corp.

KIRKLAND & ELLIS LLP
BY:  BRITTNEY NAGLE, ESQUIRE
601 Lexington Avenue
New York, New York 10022
Counsel for Defendants Torrent Pharma, Inc.
and Torrent Pharmaceuticals Ltd.

1    **A P P E A R A N C E S:** (Continued)

2    ULMER & BERNE LLP
     BY: JEFFREY D. GEOPPINGER, ESQUIRE
3    600 Vine Street, Suite 2800
     Cincinnati, Ohio 45202
4    Counsel for Wholesaler Defendants and AmerisourceBergen

5    CROWELL & MORING LLP
     BY:  EMILY TUCKER, ESQUIRE
6    1001 Pennsylvania Avenue, NW
     Washington, DC 20004
7    Counsel for Defendant Cardinal Health

8    BARNES & THORNBURG, LLP
     BY:  KARA KAPKE, ESQUIRE
9    11 South Meridian Street
     Indianapolis, IN 46204
10   Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
     Rite Aid Corporation
11

12   HILL WALLACK, LLP
     BY: WILLIAM MURTHA, ESQUIRE
13   21 Roszel Road
     Princeton, New Jersey 08540
14   Counsel for Defendants Hetero Drugs and Hetero Labs

15   HINSHAW & CULBERTSON, LLP
     BY:  MITCHELL S. KURTZ, ESQUIRE
16   343 Thornall Street, Suite 640
     Edison, New Jersey 08837
17   Counsel for Defendant ScieGen

18   LINKLATERS LLP
     BY:  DOUGLAS M. TWEEN, ESQUIRE
19   1290 Avenue of the Americas
     New York, New York 10104
20   Counsel for Defendant Vivimed

21

22   **Also present:**

23   Larry MacStravic, The Courtroom Deputy

24   Loretta Smith, Esquire, Judicial Law Clerk to the Honorable
     Robert B. Kugler
25

```
 1              (PROCEEDINGS, held via remote Zoom videoconferencing
 2     before the Honorable Thomas I. Vanaskie (Ret.), Special Master,
 3     at 4:03 p.m. as follows:)
 4              THE COURT:  Hello.  Good afternoon.  I am on my way
 5     back from Allentown, Pennsylvania in my car, but everything
 6     should be fine.
 7              Who will be speaking on behalf of plaintiffs on this
 8     call?
 9              THE LAW CLERK:  I'm not sure.
10              THE COURTROOM DEPUTY:  I'm sorry, it's Larry.  I
11     haven't let anybody in yet.
12              THE COURT:  Okay.  Oh, great, Larry.  Are you ready
13     to let everybody in?
14              THE COURTROOM DEPUTY:  I am ready.
15              THE COURT:  Okay.  I think we're ready to go then.
16              (Pause.)
17              THE COURT:  Larry, are you there?
18              THE COURTROOM DEPUTY:  Everybody is in, Judge.
19              THE COURT:  Everybody's in, all right.  This is Tom
20     Vanaskie.  I am coming back from a mediation in Allentown,
21     Pennsylvania.  I am not driving.  Somebody else is driving.  So
22     you don't have to worry about that, and we're ready to get
23     started.  I don't think we have a whole lot we need to discuss
24     today.  So who will be talking on behalf -- speaking on behalf
25     of the plaintiffs?
```

1          MR. WILLIAMSON:  Your Honor, I believe it's a mixed

2    bag today.  This is Attorney George Williamson.  I will be

3    speaking on the production's issue as well as the NDC code

4    issue.  I think one of my colleagues will be providing the

5    update on the plaintiff fact sheets.

6          THE COURT:  Okay.  And who do we have for the

7    defense?

8          MS. LOCKARD:  Good afternoon, Judge.  It's Victoria

9    Lockard from Greenberg Traurig.  I'm here prepared to address a

10   number of the items in the letter.  And I believe Jeff

11   Geoppinger is online to talk about the PFS.

12         THE COURT:  That's great.

13         MS. LOCKARD:  We'll also have -- we'll be able to

14   have updates from the individual counsel for each manufacturer,

15   if required, for status of everyone's productions.

16         THE COURT:  Okay.  All right.  Why don't we first

17   talk about where we stand with respect to production of

18   documents.

19         Who's addressing that?  Do we have to go defendant by

20   defendant on this?

21         MS. LOCKARD:  That's probably best, Your Honor.  I

22   can start for Teva.

23         THE COURT:  Okay.

24         MS. LOCKARD:  I can let Your Honor know, we have

25   made, on behalf of Teva, two of our first rolling productions.

```
 1   The first was September 1st, and we made a second production
 2   this morning.
 3               THE COURT:  Okay.  Let me ask a question before we go
 4   to the next party.
 5               The case management order that was submitted back
 6   then, that was never entered.  And I think what we have reminds
 7   me of a famous line:  "What we have here is a failure to
 8   communicate."
 9               THE COURT REPORTER:  I'm sorry, Your Honor?
10               (Lost connection to the Court.)
11               (Reporter clarified the record.)
12               THE COURT:  How is that?  Any better?  I'm coming
13   down off a hill and it should get better and better as I go.
14               But what I was starting to say is the problem with
15   entry of that case management order reminded me of a line from
16   Cool Hand Luke where the warden says:  "What we have here is a
17   failure to communicate."
18               The order came in with Judge Kugler's signature
19   blind.  But I'll go ahead and issue that order so it gets on
20   the docket.  And so we've heard from Teva --
21               MS. LOCKARD:  Would you like us to resubmit it with
22   your signature, Judge Vanaskie?
23               THE COURT:  That would make it easier for me.
24               MS. LOCKARD:  Okay.  Consider it done.
25               THE COURT:  All right.  Thank you.
```

1            Just give me a minute here.  Where do things stand

2    with respect to Aurobindo production?

3            MR. MASTERS:  Hi, Your Honor.  This is Jeff Masters

4    for the Aurobindo defendants.  We have not made any productions

5    yet, but we do have an agreement in place with plaintiffs'

6    counsel, Ruben Honik and Conlee Whiteley, with regard to our

7    productions, which would not begin before mid-November.

8            THE COURT:  All right.  That's pursuant to agreement,

9    okay.  Very well.

10           How about Hetero?

11           MR. MURTHA:  Good afternoon, Your Honor.  This is

12   William Murtha on behalf of the Hetero defendants.  We also

13   have an agreement with plaintiffs' counsel, and we are

14   continuing to meet and confer and making productions next week.

15   We have agreed to custodians and search terms and are

16   cooperating mutually.

17           THE COURT:  All right.  Very well.

18           ScieGen?

19           MR. KURTZ:  Good afternoon, Your Honor.  This is

20   Mitchell Kurtz on behalf of ScieGen.  We made a production last

21   Friday, November 10th, and we'll make rolling productions

22   thereafter.

23           THE COURT:  Very well.  Thanks.  That, of course, is

24   all in the letter.

25           Torrent?

1          MS. NAGLE:  Good afternoon, Your Honor.  This is

2    Brittney Nagle on behalf of the Torrent defendants.  So we made

3    our initial rolling production on October 31st, and we are

4    currently in the process of working on our next production to

5    go out either tomorrow or Monday.

6          THE COURT:  Thank you.

7          Vivimed?

8          MR. TWEEN:  Afternoon, Your Honor.  This is Doug

9    Tween on behalf of Defendant Vivimed.  We've made our first

10   production about two weeks ago.  Our second production is going

11   out the door tonight or tomorrow.

12         I will note that we were called out in the

13   plaintiffs' letter in advance of this conference that we had

14   not produced I guess a production log.  I scoured the case

15   management order and did not see anything about that.  But

16   notwithstanding that, we've spoken to a couple of defendants,

17   have gotten exemplars of what they've produced in the past, and

18   we're fine with producing that, you know, for our prior

19   production and going forward.

20         THE COURT:  Oh, great.  Okay.  Very well.

21         I guess the last one is ZHP.

22         MS. ROSE:  Good afternoon, Your Honor.  This is Nina

23   Rose for the ZHP defendants.

24         ZHP made its first rolling production in July of this

25   year, and we've made monthly additional rolling productions

```
1    since:  In August, September and October.  And we anticipate
2    making our next rolling production, I believe, either today or
3    tomorrow, but by the end of this week is what we expect.
4              THE COURT:  Great.  Thank you.
5              Are there any questions from plaintiffs with respect
6    to the productions that have been made?
7              MR. WILLIAMSON:  Your Honor, this is George
8    Williamson.  I don't believe we have any questions with respect
9    to the productions.  I think we are hopeful that the defendants
10   will continue producing as they review the documents and the
11   documents are batched and ready to go as opposed to
12   backloading, you know, large productions, such that it would
13   compress our timeline and ability to review them in light of
14   potential depositions beginning, you know, next spring or early
15   summer.
16             THE COURT:  Anything else on that, Mr. Williamson?
17             MR. WILLIAMSON:  No, Your Honor, not on that point.
18             THE COURT:  All right.  Is there anything we need to
19   discuss with respect to the losartan and irbesartan NDCs?
20             MR. WILLIAMSON:  I don't believe so.  Again, this is
21   George Williamson, Your Honor.  I don't believe so from the
22   plaintiffs' standpoint.  We have reviewed the stipulation.
23   There was a little miscommunication on our part earlier.  And
24   that's why -- you know, the defendants had given us the
25   proposed stipulation prior to us drafting the position
```

1    statement.  However, we -- you know, our messages were crossed
2    a little bit, and, you know, we didn't put the agreed upon
3    language into our letter.
4            However, we have reviewed the stipulation and the
5    NDCs that were provided to us.  We are in agreement with the
6    stipulation, and we will take the defendants at their word that
7    they have identified all of the products at issue in the
8    litigation with respect to irbesartan and losartan.
9            THE COURT:  Great.  Thanks.
10           MS. LOCKARD:  So just if I may, so just to confirm so
11   I'm clear, so we will not need to submit a separate
12   stipulation.  We're just in agreement as stipulated to the
13   language that defendants put in my letter?
14           MR. WILLIAMSON:  That's correct, from plaintiffs'
15   standpoint.
16           MS. LOCKARD:  Okay.  Thank you.
17           THE COURT:  Okay.  Great.
18           Now, where do we stand with respect to the losartan
19   and irbesartan PFS batch?
20           MR. GEOPPINGER:  Your Honor, it's Jeff Geoppinger for
21   the wholesalers and in this case I guess all the defendants in
22   losartan and irbesartan.  And we all but put it in the status
23   letter.  We've gotten the three drafts out to the plaintiffs.
24   The plaintiffs, we talked about the TPP fact sheet.  They've
25   provided their proposed revisions.  We're hopeful to get our

1  comments back to those here yet this week, and then hopefully

2  get any -- any -- everything worked out.  And anything that's

3  left remaining to be done, we can talk about on December 6th

4  and bring that one to a conclusion.

5          The other two fact sheets with respect to the

6  economic loss consumers and the medical monitoring plaintiffs,

7  we received the plaintiffs' revisions.  The defendants are

8  going through those.  From my brief review, those look like a

9  little bit lighter lift than the TPP fact sheets.  So I expect

10 once we get the first one across the finish line, the other two

11 will follow shortly thereafter.

12          THE COURT:  All right.  Thank you.

13          Anything from the plaintiffs with respect to the PFS

14 drafts?

15          MS. WHITELEY:  Your Honor, this is Conlee Whiteley on

16 behalf of the plaintiffs.  And I think that Mr. Geoppinger

17 accurately described the status of where we are now, and we'll

18 just keep working to try to knock it out by agreement as much

19 as possible.

20          THE COURT:  All right.  Is there anything else we

21 need to discuss today, from the plaintiffs' part?

22          MR. WILLIAMSON:  Not from the plaintiffs' part, Your

23 Honor.

24          THE COURT:  All right.  And, Ms. Lockard, anything on

25 the defense side?

1          MS. LOCKARD:  Not that I'm aware of, Judge.

2          THE COURT:  All right.  Anybody else need to be

3     heard?

4          (No response.)

5          THE COURT:  All right.  Well, thank you all very much

6     for accommodating this call.

7          Ms. Lockard, get that order to me and we'll get it on

8     the docket pronto.

9          MS. LOCKARD:  Will do.

10          THE COURT:  Thank you all very much.

11          MS. LOCKARD:  Thank you, Your Honor.

12          MR. WILLIAMSON:  Thank you, Your Honor.

13          THE COURT:  Take care.

14          (Proceedings concluded at 4:16 p.m.)

15     - - - - - - - - - - - - - - - - - - - - -
       **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**

16     - - - - - - - - - - - - - - - - - - - - -

17          I certify that the foregoing is a correct transcript

18     from the record of proceedings in the above-entitled matter.

19

20

21     /S/John J. Kurz, RDR-RMR-CRR-CRC          November 20, 2023

22     Court Reporter/Transcriber

23

24

25

**MR. GEOPPINGER: [1]** 10/20
**MR. KURTZ: [1]** 7/19
**MR. MASTERS: [1]** 7/3
**MR. MURTHA: [1]** 7/11
**MR. TWEEN: [1]** 8/8
**MR. WILLIAMSON: [7]** 5/1 9/7 9/17 9/20 10/14 11/22 12/12
**MS. LOCKARD: [11]** 5/8 5/13 5/21 5/24 6/21 6/24 10/10 10/16 12/1 12/9 12/11
**MS. NAGLE: [1]** 8/1
**MS. ROSE: [1]** 8/22
**MS. WHITELEY: [1]** 11/15
**THE COURT REPORTER: [1]** 6/9
**THE COURT: [30]**
**THE COURTROOM DEPUTY: [3]** 4/10 4/14 4/18
**THE LAW CLERK: [1]** 4/9

**/**
**/S/John [1]** 12/21

**0**
**07068 [1]** 1/14
**07102 [1]** 2/11
**08101 [1]** 1/8
**08540 [1]** 3/13
**08837 [1]** 3/16

**1**
**100 [1]** 2/10
**1001 [1]** 3/6
**10022 [1]** 2/23
**10104 [1]** 3/19
**103 [1]** 1/14
**10th [1]** 7/21
**11 [1]** 3/9
**1290 [1]** 3/19
**14 [1]** 2/3
**1440 [1]** 2/13
**15th [1]** 2/10
**16 [1]** 1/9
**1701 [1]** 2/16
**19103 [1]** 2/17
**1:19-md-02875-RBK-SAK [1]** 1/4
**1st [1]** 6/1

**2**
**20 [1]** 12/21
**20004 [1]** 3/6
**20005 [1]** 2/14
**20016 [1]** 2/3
**2023 [2]** 1/9 12/21
**207 [1]** 1/14
**21 [1]** 3/13
**2200 [1]** 2/19
**2500 [1]** 2/6

**2800 [1]** 3/3

**3**
**30305 [1]** 2/6
**31st [1]** 8/3
**3333 [1]** 2/6
**33950 [1]** 1/20
**343 [1]** 3/16
**3600 [1]** 2/20

**4**
**45202 [1]** 3/3
**46204 [1]** 3/9
**4:03 [2]** 1/9 4/3
**4:16 p.m [1]** 12/14
**4th [1]** 1/8

**5**
**576-7094 [1]** 1/23

**6**
**600 [1]** 3/3
**601 [1]** 2/23
**640 [1]** 3/16
**6th [1]** 11/3

**7**
**701 [1]** 1/17
**70130 [1]** 1/17
**7094 [1]** 1/23
**75201 [1]** 2/20

**8**
**856 [1]** 1/23

**9**
**99 [1]** 1/20

**A**
**ability [1]** 9/13
**able [1]** 5/13
**above [1]** 12/18
**above-entitled [1]** 12/18
**accommodating [1]** 12/6
**accurately [1]** 11/17
**across [1]** 11/10
**Actavis [2]** 2/7 2/7
**ACTION [1]** 1/3
**additional [1]** 8/25
**address [1]** 5/9
**addressing [1]** 5/19
**advance [1]** 8/13
**afternoon [7]** 4/4 5/8 7/11 7/19 8/1 8/8 8/22
**Again [1]** 9/20
**ago [1]** 8/10
**agreed [2]** 7/15 10/2
**agreement [6]** 7/5 7/8 7/13 10/5 10/12 11/18
**ahead [1]** 6/19
**Aid [1]** 3/10
**aided [1]** 1/24
**all [17]**
**Allentown [2]** 4/5 4/20
**also [3]** 3/22 5/13 7/12
**am [4]** 4/4 4/14 4/20 4/21
**Americas [1]** 3/19

**AmerisourceBergen [1]** 3/4
**anticipate [1]** 9/1
**any [6]** 6/12 7/4 9/5 9/8 11/2 11/2
**anybody [2]** 4/11 12/3
**anything [7]** 8/15 9/16 9/18 11/2 11/13 11/20 11/24
**are [11]** 4/12 4/17 7/13 7/15 8/3 9/5 9/9 9/11 10/5 11/7 11/17
**ARPS [1]** 2/12
**ask [1]** 6/3
**Atlanta [1]** 2/6
**Attorney [1]** 5/2
**August [1]** 9/1
**Aurobindo [3]** 2/17 7/2 7/4
**Avenue [5]** 2/13 2/19 2/23 3/6 3/19
**aware [1]** 12/1

**B**
**back [4]** 4/5 4/20 6/5 11/1
**backloading [1]** 9/12
**bag [1]** 5/2
**BARNES [1]** 3/8
**batch [1]** 10/19
**batched [1]** 9/11
**been [1]** 9/6
**before [3]** 4/2 6/3 7/7
**begin [1]** 7/7
**beginning [1]** 9/14
**behalf [9]** 4/7 4/24 4/24 5/25 7/12 7/20 8/2 8/9 11/16
**believe [6]** 5/1 5/10 9/2 9/8 9/20 9/21
**BERNE [1]** 3/2
**best [1]** 5/21
**better [3]** 6/12 6/13 6/13
**bit [2]** 10/2 11/9
**blind [1]** 6/19
**BOCKIUS [1]** 2/15
**BRETT [1]** 2/2
**brief [1]** 11/8
**bring [1]** 11/4
**BRITTNEY [2]** 2/22 8/2
**Building [1]** 1/7

**C**
**call [2]** 4/8 12/6
**called [1]** 8/12
**Camden [1]** 1/8
**came [1]** 6/18
**Camp [1]** 1/17
**can [3]** 5/22 5/24 11/3
**car [1]** 4/5
**Cardinal [1]** 3/7
**care [1]** 12/13
**CARR [1]** 1/19
**case [4]** 6/5 6/15 8/14 10/21
**Center [1]** 2/10
**CERTIFICATE [1]**

12/15
**certify [1]** 12/17
**CHRISTINE [1]** 2/9
**CHRISTOPHER [1]** 1/13
**Cincinnati [1]** 3/3
**CIVIL [1]** 1/3
**clarified [1]** 6/11
**clear [1]** 10/11
**Clerk [1]** 3/24
**code [1]** 5/3
**Cohen [1]** 1/7
**colleagues [1]** 5/4
**coming [2]** 4/20 6/12
**Commencing [1]** 1/9
**comments [1]** 11/1
**communicate [2]** 6/8 6/17
**compress [1]** 9/13
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concluded [1]** 12/14
**conclusion [1]** 11/4
**confer [1]** 7/14
**conference [2]** 1/5 8/13
**confirm [1]** 10/10
**CONLEE [3]** 1/16 7/6 11/15
**connection [1]** 6/10
**Consider [1]** 6/24
**consumers [1]** 11/6
**continue [1]** 9/10
**Continued [2]** 2/1 3/1
**continuing [1]** 7/14
**Cool [1]** 6/16
**Cooper [1]** 1/8
**cooperating [1]** 7/16
**Corp [1]** 2/21
**Corporation [1]** 3/10
**correct [2]** 10/14 12/17
**counsel [19]**
**couple [1]** 8/16
**course [1]** 7/23
**COURT [5]** 1/1 1/22 6/10 12/15 12/22
**Courthouse [1]** 1/7
**Courtroom [1]** 3/23
**CRC [1]** 12/21
**crossed [1]** 10/1
**CROWELL [1]** 3/5
**CRR [1]** 12/21
**CULBERTSON [1]** 3/15
**currently [1]** 8/4
**custodians [1]** 7/15
**CVS [1]** 3/10

**D**
**D'LESLI [1]** 2/19
**D.C [1]** 2/14
**Dallas [1]** 2/20
**DAVIS [2]** 2/5 2/19
**DC [2]** 2/3 3/6
**December [1]** 11/3
**December 6th [1]** 11/3
**defendant [2]** 2/14 2/17 2/21 3/7 3/17 3/20 5/19 5/20 8/9

**defendants [17]**
**defense [2]** 5/7 11/25
**depositions [1]** 9/14
**Deputy [1]** 3/23
**described [1]** 11/17
**did [1]** 8/15
**didn't [1]** 10/2
**DISCOVERY [1]** 1/5
**DISCOVERY/STATUS [1]** 1/5
**discuss [3]** 4/23 9/19 11/21
**DISTRICT [2]** 1/1 1/1
**docket [2]** 6/20 12/8
**documents [3]** 5/18 9/10 9/11
**done [2]** 6/24 11/3
**door [1]** 8/11
**Doug [1]** 8/8
**DOUGLAS [1]** 3/18
**down [1]** 6/13
**drafting [1]** 9/25
**drafts [2]** 10/23 11/14
**driving [2]** 4/21 4/21
**Drugs [1]** 3/14

**E**
**each [1]** 5/14
**earlier [1]** 9/23
**early [1]** 9/14
**easier [1]** 6/23
**economic [1]** 11/6
**Edison [1]** 3/16
**Eisenhower [1]** 1/14
**either [2]** 8/5 9/2
**ELLIS [1]** 2/22
**else [4]** 4/21 9/16 11/20 12/2
**EMERICH [1]** 1/19
**EMILY [1]** 3/5
**end [1]** 9/3
**entered [1]** 6/6
**entitled [1]** 12/18
**entry [1]** 6/15
**ESQUIRE [17]**
**everybody [2]** 4/13 4/18
**Everybody's [1]** 4/19
**everyone's [1]** 5/15
**everything [2]** 4/5 11/2
**exemplars [1]** 8/17
**expect [2]** 9/3 11/9

**F**
**fact [4]** 5/5 10/24 11/5 11/9
**failure [2]** 6/7 6/17
**FALANGA [1]** 2/9
**famous [1]** 6/7
**FARR [2]** 1/19 1/19
**FEDERAL [1]** 12/15
**fine [2]** 4/6 8/18
**finish [1]** 11/10
**FIRM [1]** 2/2
**first [5]** 5/16 5/25 6/1 8/9 8/24 11/10
**FLOM [1]** 2/12
**Floor [1]** 2/10

**F**

Florida [1] 1/20
follow [1] 11/11
follows [1] 4/3
foregoing [1] 12/17
forward [1] 8/19
FREEMAN [1] 1/13
Friday [1] 7/21
FULBRIGHT [1] 2/18

**G**

GANNON [1] 2/9
Gateway [1] 2/10
GEDDIS [1] 1/13
GEOPPINGER [4] 3/2 5/11 10/20 11/16
GEORGE [4] 1/19 5/2 9/7 9/21
Georgia [1] 2/6
gets [1] 6/19
give [1] 7/1
given [1] 9/24
Good [6] 4/4 5/8 7/11 7/19 8/1 8/22
Gorda [1] 1/20
gotten [2] 8/17 10/23
great [6] 4/12 5/12 8/20 9/4 10/9 10/17
GREENBERG [2] 2/5 5/9
guess [3] 8/14 8/21 10/21

**H**

HACKETT [1] 1/19
Hand [1] 6/16
have [20]
haven't [1] 4/11
Health [1] 3/7
heard [2] 6/20 12/3
held [1] 4/1
Hello [1] 4/4
here [5] 5/9 6/6 7/6 11/1 11/1
Hetero [4] 3/14 3/14 7/10 7/12
Hi [1] 7/3
hill [2] 3/12 6/13
HINSHAW [1] 3/15
HOLLIS [1] 2/2
HOLMES [1] 1/19
Honik [1] 7/6
Honor [18]
HONORABLE [3] 1/10 3/24 4/2
hopeful [2] 9/9 10/25
hopefully [1] 11/1
However [2] 10/1 10/4

**I**

I'll [1] 6/19
I'm [7] 4/9 4/10 5/9 6/9 6/12 10/11 12/1
identified [1] 10/7
Inc [4] 2/7 2/8 2/24 3/10
Indianapolis [1] 3/9
individual [1] 5/14
Industries [2] 2/7 2/11

initial [1] 8/3
INTROMASSO [1] 2/9
irbesartan [5] 1/4 9/19 10/8 10/19 10/22
issue [4] 5/3 5/4 6/19 10/7
items [1] 5/10
its [1] 8/24

**J**

Jeff [3] 5/10 7/3 10/20
JEFFREY [2] 2/16 3/2
JERSEY [6] 1/1 1/8 1/14 2/11 3/13 3/16
John [3] 1/22 1/22 12/21
Judge [5] 4/18 5/8 6/18 6/22 12/1
Judicial [1] 3/24
July [1] 8/24
just [5] 7/1 10/10 10/10 10/12 11/18

**K**

KANNER [1] 1/16
KAPKE [1] 3/8
KARA [1] 3/8
KATZ [1] 1/13
keep [1] 11/18
KIRKLAND [1] 2/22
knock [1] 11/18
know [7] 5/24 8/18 9/12 9/14 9/24 10/1 10/2
Kugler [1] 3/24
Kugler's [1] 6/18
KURTZ [2] 3/15 7/20
Kurz [3] 1/22 1/22 12/21

**L**

Labs [1] 3/14
language [2] 10/3 10/13
large [1] 9/12
Larry [4] 3/23 4/10 4/12 4/17
last [2] 7/20 8/21
LAW [2] 2/2 3/24
left [1] 11/3
let [4] 4/11 4/13 5/24 6/3
letter [6] 5/10 7/24 8/13 10/3 10/13 10/23
LEWIS [1] 2/15
Lexington [1] 2/23
LIABILITY [1] 1/4
lift [1] 11/9
light [1] 9/13
lighter [1] 11/9
like [2] 6/21 11/8
line [3] 6/7 6/15 11/10
LINKLATERS [1] 3/18
litigation [2] 1/5 10/8
little [3] 9/23 10/2 11/9
LLC [3] 1/13 1/16 2/7
LLP [12] 2/5 2/9 2/12 2/15 2/18 2/22 3/2 3/5 3/8 3/12 3/15 3/18
LOCKARD [4] 2/5 5/9 11/24 12/7
log [1] 8/14

look [1] 11/8
Loretta [1] 3/24
losartan [5] 1/3 9/19 10/8 10/18 10/22
loss [1] 11/6
Lost [1] 6/10
lot [1] 4/23
Louisiana [1] 1/17
Ltd [3] 2/7 2/11 2/24
Luke [1] 6/16

**M**

MacStravic [1] 3/23
made [9] 5/25 6/1 7/4 7/20 8/2 8/9 8/24 8/25 9/6
make [2] 6/23 7/21
making [2] 7/14 9/2
management [3] 6/5 6/15 8/15
manufacturer [1] 5/14
Market [1] 2/16
MASTER [1] 1/11 4/2
MASTERS [2] 2/16 7/3
matter [1] 12/18
may [1] 10/10
MAZIE [1] 1/13
Mckesson [1] 2/21
md [1] 1/4
me [6] 6/3 6/7 6/15 6/23 7/1 12/7
MEAGHER [1] 2/12
mechanical [1] 1/24
mediation [1] 4/20
medical [1] 11/6
meet [1] 7/14
Meridian [1] 3/9
messages [1] 10/1
mid [1] 7/7
mid-November [1] 7/7
minute [1] 7/1
miscommunication [1] 9/23
Mitchell [3] 1/7 3/15 7/20
mixed [1] 5/1
Monday [1] 8/5
monitoring [1] 11/6
monthly [1] 8/25
MORGAN [1] 2/15
MORING [1] 3/5
morning [1] 6/2
Mr. [2] 9/16 11/16
Mr. Williamson [1] 9/16
Ms. [2] 11/24 12/7
Ms. Lockard [2] 11/24 12/7
much [3] 11/18 12/5 12/10
Mulberry [1] 2/10
MURTHA [2] 3/12 7/12
mutually [1] 7/16
my [5] 4/4 4/5 5/4 10/13 11/8

**N**

N.W [1] 2/13
NAGLE [2] 2/22 8/2
NDC [1] 5/3
NDCs [2] 9/19 10/5
NE [1] 2/6
need [5] 4/23 9/18 10/11 11/21 12/2
Nesbit [1] 1/20
never [1] 6/6
NEW [12] 1/1 1/8 1/14 1/17 2/11 2/13 2/23 2/23 3/13 3/16 3/19 3/19
Newark [1] 2/11
next [5] 6/4 7/14 8/4 9/2 9/14
NINA [2] 2/13 8/22
njd.uscourts.gov [1] 1/22
No [2] 9/17 12/4
NORTON [1] 2/18
not [10] 4/9 4/21 7/4 7/7 8/14 8/15 9/17 10/11 11/22 12/1
note [1] 8/12
notwithstanding [1] 8/16
November [4] 1/9 7/7 7/21 12/21
November 10th [1] 7/21
now [2] 10/18 11/17
number [2] 1/3 5/10
NW [2] 2/3 3/6

**O**

O'REILLY [1] 2/9
October [2] 8/3 9/1
October 31st [1] 8/3
off [1] 6/13
Official [1] 1/22 12/15
Oh [2] 4/12 8/20
Ohio [1] 3/3
okay [11] 4/12 4/15 5/6 5/16 5/23 6/3 6/24 7/9 8/20 10/16 10/17
once [1] 11/10
one [4] 5/4 8/21 11/4 11/10
online [1] 5/11
opposed [1] 9/11
order [6] 6/5 6/15 6/18 6/19 8/15 12/7
Orleans [1] 1/17
other [2] 11/5 11/10
our [13]
out [6] 8/5 8/11 8/12 10/23 11/2 11/18

**P**

p.m [3] 1/9 4/3 12/14
Parkway [1] 1/14
part [3] 9/23 11/21 11/22
party [1] 6/4
past [1] 8/17
Pause [1] 4/16
Pennsylvania [4] 2/17 3/6 4/5 4/21
PFS [3] 5/11 10/19 11/13
Pharma [3] 2/7 2/17 2/24

Pharmaceutical [2] 2/7 2/11
Pharmaceuticals [2] 2/7 2/24
Pharmacy [1] 3/10
Philadelphia [1] 2/17
Piedmont [1] 2/6
PIZZI [1] 2/9
place [1] 7/5
plaintiff [1] 5/5
plaintiffs [12] 1/15 1/18 1/21 2/4 4/7 4/25 9/5 10/23 10/24 11/6 11/13 11/16
plaintiffs' [8] 7/5 7/13 8/13 9/22 10/14 11/7 11/21 11/22
point [1] 9/17
position [1] 9/25
possible [1] 11/19
potential [1] 9/14
prepared [1] 5/9
present [1] 3/22
Princeton [1] 3/13
prior [2] 8/18 9/25
probably [1] 5/21
problem [1] 6/14
proceedings [4] 1/24 4/1 12/14 12/18
process [1] 8/4
produced [3] 1/24 8/14 8/17
producing [2] 8/18 9/10
production [12] 5/17 6/1 7/2 7/20 8/3 8/4 8/10 8/10 8/14 8/19 8/24 9/2
production's [1] 5/3
productions [10] 5/15 5/25 7/4 7/7 7/14 7/21 8/25 9/6 9/9 9/12
products [2] 1/4 10/7
pronto [1] 12/8
proposed [2] 9/25 10/25
provided [2] 10/5 10/25
providing [1] 5/4
Punta [1] 1/20
pursuant [1] 7/8
put [3] 10/2 10/13 10/22

**Q**

question [1] 6/3
questions [2] 9/5 9/8

**R**

RBK [1] 1/4
RDR [2] 12/21
RDR-RMR-CRR-CRC [1] 12/21
RE [1] 1/3
ready [5] 4/12 4/14 4/15 4/22 9/11
received [1] 11/7
record [2] 6/11 12/18
recorded [1] 1/24
regard [1] 7/6
remaining [1] 11/3
reminded [1] 6/15

**R**

**reminds [1]** 6/6
**remote [1]** 4/1
**Reporter [3]** 1/22 6/11 12/22
**REPORTER'S [1]** 12/15
**Reporter/Transcriber [1]** 12/22
**required [1]** 5/15
**respect [9]** 5/17 7/2 9/5 9/8 9/19 10/8 10/18 11/5 11/13
**response [1]** 12/4
**resubmit [1]** 6/21
**RET [2]** 1/10 4/2
**Retailer [1]** 3/10
**review [3]** 9/10 9/13 11/8
**reviewed [2]** 9/22 10/4
**revisions [2]** 10/25 11/7
**Ridge [1]** 2/3
**right [11]** 4/19 5/16 6/25 7/8 7/17 9/18 11/12 11/20 11/24 12/2 12/5
**Rite [1]** 3/10
**RMR [1]** 12/21
**Road [2]** 2/6 3/13
**Robert [1]** 3/24
**rolling [6]** 5/25 7/21 8/3 8/24 8/25 9/2
**ROSE [3]** 2/13 2/18 8/23
**Roseland [1]** 1/14
**Ross [1]** 2/19
**Roszel [1]** 3/13
**Ruben [1]** 7/6

**S**

**SAK [1]** 1/4
**say [1]** 6/14
**says [1]** 6/16
**ScieGen [3]** 3/17 7/18 7/20
**scoured [1]** 8/14
**search [1]** 7/15
**second [2]** 6/1 8/10
**see [1]** 8/15
**separate [1]** 10/11
**September [2]** 6/1 9/1
**September 1st [1]** 6/1
**sheet [1]** 10/24
**sheets [3]** 5/5 11/5 11/9
**shortly [1]** 11/11
**should [2]** 4/6 6/13
**side [1]** 11/25
**signature [2]** 6/18 6/22
**since [1]** 9/1
**SKADDEN [1]** 2/12
**SLATE [1]** 2/12
**SLATER [1]** 1/13
**Smith [1]** 3/24
**so [12]** 4/21 4/24 6/19 6/20 8/2 9/20 9/21 10/10 10/10 10/10 10/11 11/9
**Somebody [1]** 4/21
**sorry [2]** 4/10 6/9
**South [1]** 3/9
**speaking [3]** 4/7 4/24 5/3
**SPECIAL [2]** 1/11 4/2

**spoken [1]** 8/16
**spring [1]** 9/14
**Square [1]** 2/3
**stand [3]** 5/17 7/1 10/18
**standpoint [2]** 9/22 10/15
**start [1]** 5/22
**started [1]** 4/23
**starting [1]** 6/14
**statement [1]** 10/1
**STATES [1]** 1/1
**status [4]** 1/5 5/15 10/22 11/17
**stenography [1]** 1/24
**stipulated [1]** 10/12
**stipulation [5]** 9/22 9/25 10/4 10/6 10/12
**Street [7]** 1/17 1/20 2/10 2/16 3/3 3/9 3/16
**Streets [1]** 1/8
**submit [1]** 10/11
**submitted [1]** 6/5
**such [1]** 9/12
**Suite [5]** 1/14 2/6 2/20 3/3 3/16
**summer [1]** 9/15
**sure [1]** 4/9

**T**

**take [2]** 10/6 12/13
**talk [3]** 5/11 5/17 11/3
**talked [1]** 10/24
**talking [1]** 4/24
**terms [1]** 7/15
**Teva [6]** 2/7 2/7 2/11 5/22 5/25 6/20
**Texas [1]** 2/20
**thank [9]** 6/25 8/6 9/4 10/16 11/12 12/5 12/10 12/11 12/12
**Thanks [2]** 7/23 10/9
**them [1]** 9/13
**thereafter [2]** 7/22 11/1
**they've [2]** 8/17 10/24
**things [1]** 7/1
**think [6]** 4/15 4/23 5/4 6/6 9/9 11/16
**this [20]**
**THOMAS [2]** 1/10 4/2
**Thornall [1]** 3/16
**THORNBURG [1]** 3/8
**three [2]** 2/10 10/23
**through [1]** 11/8
**Thursday [1]** 1/9
**timeline [1]** 9/13
**today [4]** 4/24 5/2 9/2 11/21
**Tom [1]** 4/19
**tomorrow [3]** 8/5 8/11 9/3
**tonight [1]** 8/11
**Torrent [4]** 2/24 2/24 7/25 8/2
**TPP [2]** 10/24 11/9
**Transcriber [1]** 12/22
**transcript [2]** 1/24 12/17
**transcription [1]** 1/24
**TRAURIG [2]** 2/5 5/9

**try [1]** 11/18
**TUCKER [1]** 3/5
**TWEEN [2]** 3/18 8/9
**two [4]** 5/25 8/10 11/5 11/10

**U**

**U.S [1]** 1/7
**ULMER [1]** 3/2
**UNITED [1]** 1/1
**update [1]** 5/5
**updates [1]** 5/14
**upon [1]** 10/2
**us [5]** 2/18 6/21 9/24 9/25 10/5
**USA [1]** 2/7

**V**

**VALSARTAN [1]** 1/3
**VANASKIE [4]** 1/10 4/2 4/20 6/22
**VAUGHN [1]** 2/2
**very [6]** 7/9 7/17 7/23 8/20 12/5 12/10
**via [2]** 1/6 4/1
**VICTORIA [2]** 2/5 5/8
**videoconferencing [2]** 1/6 4/1
**Vine [1]** 3/3
**Vivimed [3]** 3/20 8/7 8/9

**W**

**WALLACK [1]** 3/12
**WALSH [1]** 2/9
**warden [1]** 6/16
**Washington [3]** 2/3 2/14 3/6
**way [1]** 4/4
**we'll [5]** 5/13 5/13 7/21 11/17 12/7
**we've [5]** 6/20 8/9 8/16 8/25 10/23
**week [3]** 7/14 9/3 11/1
**weeks [1]** 8/10
**WHITELEY [4]** 1/16 1/16 7/6 11/15
**Who's [1]** 5/19
**whole [1]** 4/23
**Wholesaler [1]** 3/4
**wholesalers [1]** 10/21
**why [2]** 5/16 9/24
**will [10]** 4/7 4/24 5/2 5/4 8/12 9/10 10/6 10/11 11/11 12/9
**WILLIAM [2]** 3/12 7/12
**WILLIAMSON [5]** 1/19 5/2 9/8 9/16 9/19
**word [1]** 10/6
**worked [1]** 11/2
**working [2]** 8/4 11/18
**worry [1]** 4/22

**Y**

**year [1]** 8/25
**yet [3]** 4/11 7/5 11/1
**York [5]** 2/13 2/23 2/23 3/19 3/19

**you [19]**

**Z**

**ZHP [4]** 2/14 8/21 8/23 8/24
**ZOOM [2]** 1/6 4/1