# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

December 4, 2023

### VIA ECF

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of N.J.
Mitchell S. Cohen Building &
 U.S. Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, New Jersey 08101

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower,
 Suite 1800
Philadelphia, Pennsylvania 19103

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation***,
 **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Kugler and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs in advance of the December 6, 2023 case management conference.

1. **TPP Trial.**

For the upcoming TPP trial, Defendants have proposed an order establishing deadlines for supplemental expert reports on damages as well as the filing of answers and summary judgment motions. Plaintiffs are considering that proposed order and

Honorable Robert Kugler, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
November 4, 2023
Page 2

hope to reach an agreement with Defendants before the case management conference. Plaintiffs will be prepared to discuss the proposed order and any other pretrial issues with the Court during the conference.

   **2. PFS Deficiencies and Orders to Show Cause.**

   Plaintiffs will be prepared to address this issue during the conference.

                                    Respectfully,

                                    ADAM M. SLATER

Cc: All counsel of record (via ECF)