

38TH FLOOR   ONE OXFORD CENTRE   PITTSBURGH, PA 15219
412.263.2000   FAX: 412.263.2001
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 412.263.1816
DIRECT FAX NO: 412.263.4246
FILE NO.: MYLAN-112578
EMAIL:  cct@pietragallo.com

December 4, 2023

**Via ECF**

| | |
|---|---|
| The Hon. Robert B. Kugler | Special Master the Hon. Thomas Vanaskie |
| United States District Judge | Stevens & Lee |
| USDC, District of New Jersey | 1500 Market Street, East Tower, 18th Floor |
| Mitchell H. Cohen Building & U.S. Courthouse | Philadelphia, PA 19103 |
| 4th & Cooper Streets, Room 1050 | |
| Camden, NJ 08101 | |

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
USDC, District of New Jersey, No. 1:19-md-2875-RBK-SAK

Dear Judge Kugler and Judge Vanaskie:

I write on behalf of the Defendants' Executive Committee to provide Defendants' positions with respect to the topics on the agenda for the conference with the Court on Wednesday, December 6, 2023. Defendants do not anticipate that any of the matters to be discussed at the conference will require confidentiality.

1. **Proposed Amended CMO 32**

Plaintiffs and the TPP Trial Defendants have met and conferred regarding a proposed case management schedule for the issues discussed at the last case management conference, specifically, answers, motions for summary judgment, and supplemental expert discovery. The parties are near agreement on a proposed order amending CMO 32 to incorporate their agreed proposed case management schedule, and anticipated submitting a proposed order to the Court prior to the December 6 Case Management Conference, or identifying any remaining disagreements for the Court to resolve.

2. **Plaintiff Fact Sheet Deficiencies and Orders to Show Cause**

**Cases Addressed at the November 1, 2023 Case Management Conference:**

The Court issued five (5) show cause orders returnable at the December 6, 2023 Case Management Conference:

1. *E/O Alexandra Samocha v. Hetero, et al.* – 21-cv-17384
2. *Benjamin Andrews v. ZHP, et al.* – 21-cv-10908

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
December 4, 2023
Page 2

3. *E/O Pauline Harris v. Aurobindo, et al.* – 23-cv-03016
4. *Igor Berkovski v. Hetero, et al.* – 23-cv-4153
5. *Janice Parks v. ZHP, et al.* – 23-cv-4155

The issues in the *Berkovski* and *Parks* matters are resolved, and the show cause orders may be withdrawn.

The issues in the *Samocha*, *Andrews*, and *Harris* matters remain unresolved, but the parties agree to an extension of the show cause orders until the next case management conference.

**Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases were previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on November 27, 2023, and a global meet and confer was held on December 1, 2023. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

Defense counsel will be prepared to address the individual issues with respect to each of these cases, to the extent necessary, during the December 6, 2023 Case Management Conference:

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | Ocie Mae Haughton v. Aurobindo Pharma, Ltd. | 23-cv-3646 | Davis & Crump | Need medical expenses. | 10/11/23 |
| 2. | Mary Hines v. ZHP, et al. | 23-cv-2674 | Nabers Law | Authorizations must be signed and witnessed | 10/11/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
December 4, 2023
Page 3

|  | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 3. | Barbara Kaluhiokalani v. Hetero | 23-cv-2550 | Nabers Law | Largely deficient PFS; No documents | 10/11/23 |
| 4. | Robert Kennedy v. Aurobindo, et al. | 23-cv-13282 | Levin Papantonio | No PFS Filed | 10/30/23 |

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on November 27, 2023, and a global meet and confer was held on December 1, 2023. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

|  | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Yuriy Fershter v. ZHP, et al. | 23-cv-4110 | Farr Farr | Authorizations must be undated and witnesses where necessary. | 10/27/23 |
| 2. | Paul Blanchard v. ZHP, et al. | 23-cv-4108 | Farr Farr | Need authorizations; need medical expenses | 10/27/23 |
| 3. | Roberta Miller v. ZHP, et al. | 23-cv-4136 | Farr Farr | Authorizations must be undated; Need Tax Return authorization pursuant to answers in PFS; Need employment record authorization pursuant to answers in PFS | 10/27/23 |

The Honorable Robert B. Kugler
Special Master the Honorable Thomas Vanaskie
December 4, 2023
Page 4

| | | | | | |
|---|---|---|---|---|---|
| 4. | Tom Davidson v. ZHP, et al. | 23-cv-11870 | Fleming Nolen | Largely deficient PFS; need authorizations | 11/14/23 |
| 5. | Janice Parks v. ZHP, et al. | 23-cv-4155 | Farr Farr | Please provide an undated HIPAA authorization for all providers listed in PFS rather than a blank template; Please provide undated health insurance authorization and confirm entity on insurance authorization is proper, entity listed does not match PFS. | 11/17/23 |
| 6. | Stelios Mantalis v. Aurobindo Pharma, Ltd. | 23-cv-14463 | Nigh Goldenberg | No PFS Filed | 11/11/2023 |

                                                              Respectfully submitted,

                                                              Clem C. Trischler

c:       All counsel of record (via ECF)