UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: December 6, 2023

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:** ANN MARIE MITCHELL

**TITLE OF CASE:**  **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Conlee Whiteley, Esq. | Steven Harkins, Esq. |
| Adam Slater, Esq. | Greg Ostfeld, Esq. |
| David Stanoch, Esq. | Frank Stoy, Esq. |
| Ruben Honik, Esq. | William Murtha, Esq. |
| Behram Parekh, Esq. | Jeff Geoppinger, Esq. |
| Christopher Geddis, Esq. | Brittney Nagle, Esq. |
| John Davis, Esq. | Victoria Lockard, Esq. |
| Gregory Hansel, Esq. | Kara Kapke, Esq. |
| Marlene Goldenberg, Esq. | Kate Deal, Esq. |
| Andres Rivero, Esq. | Alexia Brancato, Esq. |
| Jorge Mestre, Esq. | Mitchell Kurtz, Esq. |
| | Thomas Fox, Esq. |
| | Simone Noonan, Esq. |
| | D'Lesli Davis, Esq. |
| | Douglas Tween, Esq. |
| | Mimi Dennis, Esq. |
| | Sarah Zimmerman, Esq. |

**NATURE OF PROCEEDINGS**:   CASE MANAGEMENT CONFERENCE

**DISPOSITION:**
Case management conference held on the record.
Ordered case management conference set for January 4, 2024 at 1:00PM via videoconference.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 12:45p.m.   Time Adjourned: 12:55p.m.   Total Time in Court: 0:10