# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

| | |
|---|---|
| **IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 1:19-md-02875-RBK |

## NOTICE OF APPEARANCE OF COREY WEINSTEIN

To the Clerk:

Please enter the appearance of Corey Weinstein on behalf of Defendants Macleods Pharma USA, Inc., and Macleods Pharmaceuticals Ltd., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Respectfully submitted,

Dated: December 12, 2023

By: */s/ Corey Weinstein*
Corey Weinstein (D.C. Bar No. 230609)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049
cweinstein@wiley.law

*Attorney for Defendants Macleods Pharma USA, Inc., and Macleods Pharmaceuticals Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing Notice of Appearance of Corey Weinstein with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Corey Weinstein*
Corey Weinstein