UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | No. 1:19-md-02875-RBK-SAK<br><br>Hon. Robert B. Kugler<br>Hon. Sharon A. King |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Macleods Pharma USA, Inc. ("Macleods"), through undersigned counsel, hereby provides notice pursuant to District of New Jersey Civ. Rule 102.1 of the withdrawal of counsel Kevin M. Capuzzi as attorney of record in the above-captioned action and be removed from any further notices associated with this case.

Undersigned counsel, Neal Seth, filed a notice of appearance on December 12, 2023 on behalf of Macleods, and shall serve as lead counsel in this matter. Undersigned counsel and Macleods have been given notice as to the withdrawal of Kevin M. Capuzzi as counsel.

Dated: December 14, 2023

Respectfully Submitted,

By: /s/ Neal Seth
Neal Seth (D.C. Bar No. 477011)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049
nseth@wiley.law

*Attorney for Defendants Macleods Pharma USA, Inc., and Macleods Pharmaceuticals Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants

*/s/ Neal Seth*
Neal Seth
