THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re*: Valsartan, Losartan, And Irbesartan Products Liability Litigation | Master Docket No. 19-2875 (RBK/SAK) |
| | **Case Management Order 32C** |
| *This Document Applies to All Actions* | |

**KUGLER**, United States District Judge:

**THIS MATTER COMING BEFORE THE COURT** on defendants' letter request (Doc. No. 2555, dated 15 Dec 2023) proposing as required in Case Management Order ["CMO"] 32B (Doc. No. 2546) an amended schedule for completing both:

supplemental depositions of the parties' damages experts, and Rule 702 briefing on the reports of the parties' damages experts;

**AND ANOTHER MATTER COMING BEFORE THE COURT** on defendants' letter (Doc. No. 2556) advising the Court of the parties' agreement to a one day extension by which to file Summary Judgment Motions;

**THE COURT ACKNOWLEDGING** the parties' agreement to the proposed scheduling in Doc. No. 2555 and to the one-day extension for submission of the Summary Judgment motions:

**IT IS HEREBY ORDERED:**

**26 January 2024**: Supplemental depositions of damages experts are to be completed by January 26, with the following exceptions:

**Week of 15 January 2024**: Supplemental deposition of plaintiffs' expert, Rena Conti, is to be completed;

**Week of 22 January 2024**: Supplemental deposition of defendants' expert, Wayne Gibson, is to be completed; and

**5 February 2024**: the parties' Rule 702/Daubert motions to preclude the reports of the damages experts of the opposing party are due;

**19 February 2024**: the parties' Oppositions to these Rule 702/Daubert motions are due;

**28 February 2024**: the parties' Replies to the Rule 702/Daubert Oppositions are due;

AND

    **FURTHER ORDERED that:**

Parties' letters concerning an extension of filing deadlines shall be framed as requests to the Court for an extension of time and not as advice to the Court; and

the Court extends the parties' time to file Summary Judgement motions to the close of business on Friday 22 December 2023.

Date:  20 December 2024                               /s <u>Robert B. Kugler</u>
                                                                             Honorable Robert B. Kugler
                                                                             United States District Judge