# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. ROBERT B. KUGLER**<br>**CIVIL NO. 19-2875 (RBK)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FRAUD AGAINST TORRENT

Pursuant to Fed. R. Civ. P. 56, the TPP Trial Plaintiffs hereby move for partial summary judgment against the Torrent Defendants on their common law fraud claims. This Motion is based on the TPP Trial Plaintiffs' concurrently filed Brief, in Support of Plaintiffs' Motion for Partial Summary Judgment on Fraud Against Torrent, Statement of Undisputed Material Facts, and Certification of Daniel Nigh.

Dated: December 22, 2023            Respectfully submitted,

_/s/ Ruben Honik_                    _/s/ Daniel Nigh_

Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

Daniel Nigh
**NIGH, GOLDENBERG, RASOn, & VAUGHN, PLLC**
14 Ridge Square NW, 3rd Floor
Washington, DC 200016
Phone: (202) 792-7979
dnigh@nighgoldenberg.com

/s/ *Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

/s/ *Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*MDL Plaintiffs' Co-Lead Counsel*

/s/ *Jorge Mestre*
Jorge Mestre
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
Phone (305) 445-2500
jmestre@riveromestre.com

/s/ *Gregory P. Hansel*
Gregory P. Hansel
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, CHARTERED, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
Phone: (207) 791-3000
ghansel@preti.com

*Third-Party Payor Economic Loss Co-Lead Class Counsel*