5/12/2021 FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan) | FDA

Case 1:19-md-02875-RMB-SAK    Document 2561-2    Filed 12/22/23    Page 1 of 1 PageID: 88652

## Interim Limits for NDMA, NDEA, and NMBA in Angiotensin II Receptor Blockers (ARBs)

| Drug | Maximum Daily Dose (mg/day) | Acceptable Intake NDMA (ng/day)* | Acceptable Intake NDMA (ppm)** | Acceptable Intake NDEA (ng/day)* | Acceptable Intake NDEA (ppm)** | Acceptable Intake NMBA (ng/day)* | Acceptable Intake NMBA (ppm)** |
|---|---|---|---|---|---|---|---|
| **Valsartan** | 320 | 96 | 0.3 | 26.5 | 0.083 | 96 | 0.3 |
| **Losartan** | 100 | 96 | 0.96 | 26.5 | 0.27 | 96 | 0.96*** |
| **Irbesartan** | 300 | 96 | 0.32 | 26.5 | 0.088 | 96 | 0.32 |
| **Azilsartan** | 80 | 96 | 1.2 | 26.5 | 0.33 | 96 | 1.2 |
| **Olmesartan** | 40 | 96 | 2.4 | 26.5 | 0.66 | 96 | 2.4 |
| **Eprosartan** | 800 | 96 | 0.12 | 26.5 | 0.033 | 96 | 0.12 |
| **Candesartan** | 32 | 96 | 3.0 | 26.5 | 0.83 | 96 | 3.0 |
| **Telmisartan** | 80 | 96 | 1.2 | 26.5 | 0.33 | 96 | 1.2 |

\* The acceptable intake is a daily exposure to a compound such as NDMA, NDEA, or NMBA that approximates a 1:100,000 cancer risk after 70 years exposure
\*\* These values are based on a drug's maximum daily dose as reflected in the drug label
\*\*\* FDA is temporarily not objecting to losartan with NMBA below 9.82 ppm remaining on the market

### 2/25/2019: UPDATE - Losartan distributed by Macleods Pharmaceuticals voluntarily recalled

**Update [2/25/2019]** FDA is alerting patients and health care professionals to a voluntary recall of one lot of losartan potassium/hydrochlorothiazide (HCTZ) 100mg/25mg combination tablets manufactured by Macleods Pharmaceuticals. The recall is due to unacceptable amounts of N-Nitrosodiethylamine (NDEA) found in the medicine made with active pharmaceutical ingredient manufactured by Hetero Labs Limited.

Macleods is only recalling lots of losartan-containing medication where NDEA has been detected above the interim acceptable intake limit of 0.27 parts per million. FDA is working with manufacturers to reduce and remove nitrosamines from angiotensin II receptor blockers (ARBs).

The agency also updated the list of losartan products under recall (/media/119422/download).

Top ()