# Document Produced in Native Format

TORRENT-MDL2875-00007721



Torrent Pharmaceuticals Limited Issues Voluntary Nationwide Recall of Valsartan/Amlodipine/HCTZ Tablets

Contact
Torrent Medical Information
1-800-912-9561
Medinfo.Torrent@apcerls.com

**FOR IMMEDIATE RELEASE – August 17, 2018–**Torrent Pharmaceuticals Limited is voluntarily recalling 14 lots of Valsartan/Amlodipine/HCTZ tablets to the consumer level due to the detection of trace amounts of an unexpected impurity found in an active pharmaceutical ingredient (API) manufactured by Zhejiang Huahai Pharmaceuticals. The impurity detected in the API is N-nitrosodimethylamine (NDMA), which is a substance that occurs naturally in certain foods, drinking water, air pollution, and industrial processes, and has been classified as a probable human carcinogen as per International Agency for Research on Cancer (IARC) classification.

To date, Torrent Pharmaceuticals Limited has not received any reports of adverse events related to this recall.

Valsartan is used to control high blood pressure and for the treatment of heart failure. In combination with amlodipine plus hydrochlorothiazide, it is used to control high blood pressure. Patients should contact their pharmacist or physician who can advise them about an alternative treatment prior to returning their medication.  Patients who are on valsartan should continue taking their medication, as the risk of harm to the patient's health may be higher if the treatment is stopped immediately without any alternative treatment.

The products subject to recall are listed below and packaged in bottles. The product can be identified by checking the product name, manufacturer details and batch or lot number on the bottle containing these products.

| NDC | Product Description | Lot/Batch | Expiration Date |
|---|---|---|---|
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2D025 | Nov-2019 |
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2D026 | Nov-2019 |
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2E001 | Jan-2020 |
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2E002 | Jan-2020 |
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2E003 | Jan-2020 |
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2E004 | Jan-2020 |

| NDC | Product Description | Lot/Batch | Expiration Date |
|------|-----|-----|-----|
| NDC 13668-325-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/320mg/25mg, 30 Tablets | BBX2E005 | Jan-2020 |
| NDC 13668-328-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/160mg/25mg, 30 Tablets | BBX9D004 | Nov-2019 |
| NDC 13668-328-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/160mg/25mg, 30 Tablets | BBX9E001 | Jan-2020 |
| NDC 13668-326-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 5mg/160mg/12.5mg, 30 Tablets | BBY1E001 | Dec-2019 |
| NDC 13668-326-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 5mg/160mg/12.5mg, 30 Tablets | BBY1E003 | Mar-2020 |
| NDC 13668-327-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 10mg/160mg/12.5mg, 30 Tablets | BBY2E001 | Mar-2020 |
| NDC 13668-329-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 5mg/160mg/25mg, 30 Tablets | BBY4D004 | Nov-2019 |
| NDC 13668-329-30 | Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP 5mg/160mg/25mg, 30 Tablets | BBY4E001 | Jan-2020 |

Valsartan/Amlodipine/HCTZ tablets were distributed Nationwide to Torrent's wholesale, distributor, repackager and retail customers. Torrent Pharmaceuticals Limited is notifying its distributors and customers by phone and in writing to immediately discontinue distribution of the specific lots being recalled and to notify their sub-accounts.  Torrent is arranging for return of all recalled products to Qualanex. Instructions for returning recalled products are given in the recall letter.

Consumers with **medical questions regarding this recall or to report an adverse event** can contact Torrent Pharmaceuticals Limited at:

- 1-800-912-9561 (live calls received 8:00 am – 5:00 pm Eastern Time, voicemail available 24 hours/day, 7 days/week).

- Medinfo.Torrent@apcerls.com


Consumers should also contact their physician or healthcare provider if they have experienced any problems that may be related to taking or using this drug product.

Any general **questions regarding the return of this product** please contact Qualanex at 1-800-505-9291 (live calls received 8 am -5:30 pm Eastern Time).

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

Complete and submit the report **Online**: www.fda.gov/medwatch/report.htm
**Regular Mail or Fax**: Download form www.fda.gov/MedWatch/getforms.htm
Call 1-800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

This recall is being conducted with the knowledge of the U.S. Food and Drug Administration.



















Unvarnished area



Each film coated tablet contains 13.87 mg of amlodipine besylate, USP equivalent to 10 mg of amlodipine, 320 mg of valsartan, USP and 25 mg of hydrochlorothiazide, USP.

Store at 25°C to 25°C (68° to 77°F); excursions permitted between 15°C and 30°C (59°F and 86°F) [see USP Controlled Room Temperature].

Protect from moisture.

Dispense in a tight container with a child-resistant closure.

Keep this and all drugs out of the reach of children.

Usual Dosage:
See accompanying prescribing information.
Mfg. Lic. No. : CA5C

Manufactured by:
TORRENT PHARMACEUTICALS LTD.
Indrad-382 721, INDIA.

Manufactured for: TORRENT PHARMA INC.
Basking Ridge, NJ 07920

**30 Tablets**    NDC 13668-325-30

## Amlodipine, Valsartan and Hydrochlorothiazide Tablets, USP

## 10 mg/320 mg/25 mg

Rx only

torrent
PHARMA