# TORRENT EXHIBITS 1–10
# are
# CONFIDENTIAL
# or
# RESTRICTED CONFIDENTIAL