# TORRENT EXHIBITS 12–22 are CONFIDENTIAL