# TORRENT EXHIBITS 25–26 are CONFIDENTIAL