# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This Document Relates to All Actions | Oral Argument Requested |

## NOTICE OF TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ACTAVIS LLC, AND ACTAVIS PHARMA, INC.'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on February 5, 2024, or as soon thereafter as counsel may be heard, the undersigned counsel, on behalf of Teva Pharmaceuticals USA, Inc.; Teva Pharmaceuticals Industries Ltd.; Actavis LLC; and Actavis Pharma, Inc. (collectively "Teva Defendants") shall move for entry of an Order granting summary judgment to the Teva Defendants on all claims designated in the Court's Case Management Order No. 32 (the "TPP Trial Claims"), pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the Teva Defendants shall rely upon their Motion for Summary Judgment ("Motion") submitted herewith; the TPP Trial Defendants' Omnibus Motion for Summary Judgment, filed contemporaneously with the Teva Defendants' Motion and incorporated therein by reference; the TPP Trial Defendants' Statement of Material

Facts Not in Dispute, together with exhibits, filed contemporaneously with the Teva Defendants' Motion and incorporated therein by reference; and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: December 22, 2023 | Respectfully submitted, |

By: */s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and*

*Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Gerond J. Lawrence*
Gerond J. Lawrence,
Greenberg Traurig, LLP
