UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>[PROPOSED] ORDER GRANTING TEVA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

## ORDER

This matter having been opened to the Court by Teva Pharmaceuticals USA, Inc.; Teva Pharmaceuticals Industries Ltd.; Actavis LLC; and Actavis Pharma, Inc. (collectively "Teva Defendants") for entry of an order granting summary judgment on all of the claims designated in the Court's Case Management Order No. 32 (the "TPP Trial Claims"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

Teva Defendants' Motion for Summary Judgment is Granted in its entirety.

                                                                                           _____
                                                                                            Hon. Robert B. Kugler,
                                                                                            United States District Judge