**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK)<br><br>Redacted Version |
| THIS DOCUMENT RELATES TO ALL CASES | |

---

**STATEMENT OF MATERIAL FACTS AS TO DEFENDANT TEVA**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

## Teva/Actavis Pertinent Corporate History



1



Dated: December 22, 2023                    Respectfully submitted,


*/s/ Ruben Honik*                           */s/ Daniel Nigh*
Ruben Honik                                 Daniel Nigh
**HONIK LLC**                               **LEVIN, PAPANTONIO, THOMAS,**
1515 Market Street, Suite 1100              **MITCHELL RAFFERTY &**
Philadelphia, PA 19102                      **PROCTOR, P.A.**
Phone: (267) 435-1300                       316 South Baylen Street
ruben@honiklaw.com                          Pensacola, FL 32502
                                            Phone: (850) 435-7013
                                            dnigh@levinlaw.com

/s/ Adam Slater
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*MDL Plaintiffs' Co-Lead Counsel*

/s/ Jorge Mestre
Jorge Mestre
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
Phone (305) 445-2500
jmestre@riveromestre.com

*Third-Party Payor Economic Loss Co-Lead Class Counsel*

/s/ Conlee S. Whiteley
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

/s/ Gregory P. Hansel
Gregory P. Hansel
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, CHARTERED, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
Phone: (207) 791-3000
ghansel@preti.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2023, I electronically filed a partially redacted version of the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  In addition, I hereby certify that unredacted copies of foregoing document will be served contemporaneous to filing via email on the Court, Special Master, and the Defense Executive Committee at DECValsartan@btlaw.com, with the exception of the unredacted exhibits, which will be sent to the Court on a thumb drive via express delivery and to the Defense Executive Committee via a Dropbox link.

                                           **FOR PLAINTIFFS:**
                                           By:___/s/ David J. Stanoch_____

Dated:  December 22, 2023