# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK)** |

### CERTIFICATION OF DAVID J. STANOCH IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

David J. Stanoch, hereby certify as follows:

1.     I am an attorney at law licensed in the State of New Jersey and an attorney with the law firm of Kanner & Whiteley, L.L.C..  I also serve as Plaintiffs' Liaison Counsel to the Plaintiffs' side.  I am fully familiar with the facts and circumstances of these actions.  I make this Certification in support of Plaintiffs' motion for partial summary judgment.

2.     Attached hereto as exhibits Teva-1 through Teva-86 are true and accurate copies of the documents or transcript excerpts that each exhibit purports to be.

**Kanner & Whiteley, L.L.C.**

Attorneys for Plaintiffs

By:    /s/ David J. Stanoch

Dated: December 22, 2023