# TEVA-1 to TEVA-86

All Redacted - Filed Under Seal Pursuant to Discovery Confidentiality Order