Exhibit 7



# APPROVED DRUG PRODUCTS

**WITH**

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 38th EDITION

**THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**FOOD AND DRUG ADMINISTRATION**
**OFFICE OF MEDICAL PRODUCTS AND TOBACCO**
**CENTER FOR DRUG EVALUATION AND RESEARCH**
**OFFICE OF GENERIC DRUGS**
**OFFICE OF GENERIC DRUG POLICY**

**2018**

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

**The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act.  This volume is current through December 31, 2017.**

# 38th EDITION



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION
OFFICE OF MEDICAL PRODUCTS AND TOBACCO
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF GENERIC DRUGS
OFFICE OF GENERIC DRUG POLICY

**2018**

# FOOD AND DRUG ADMINISTRATION
# CENTER FOR DRUG EVALUATION AND RESEARCH

## APPROVED DRUG PRODUCTS
### With
### Therapeutic Equivalence Evaluations

# CONTENTS

*PAGE*

PREFACE TO THIRTY EIGHTH EDITION………………………………….…..............iv

1.0   INTRODUCTION ............................................................................................ vi
1.1   Content and Exclusion .................................................................................. vi
1.2   Therapeutic Equivalence-Related Terms ...................................................... vi
1.3   Further Guidance on Bioequivalence ............................................................ ix
1.4   Reference Listed Drug and Reference Standard............................................ ix
1.5   General Policies and Legal Status ................................................................. x
1.6   Practitioner/User Responsibilities ................................................................. xi
1.7   Therapeutic Equivalence Evaluations Codes ...............................................xiii
1.8   Description of Certain Special Situations ...................................................... xx
1.9   Therapeutic Equivalence Code Change for a Drug Entity ...........................xxiii
1.10  Change of the Therapeutic Equivalence Evaluation for a Single Product...................xxiv
1.11  Discontinued Section ..................................................................................xxiv
1.12  Changes to the Orange Book........................................................................xxiv
1.13  Availability of the Edition ............................................................................xxv

2.0   HOW TO USE THE DRUG PRODUCTS LISTS ...........................................2-1
2.1   Key Sections for Using the Drug Product Lists ……………………………….......2-1
2.2   Drug Product Illustration ……………………………………..…………….……..2-3
2.3   Therapeutic Equivalence Evaluations Illustration ………………….………..……….2-4

DRUG PRODUCT LISTS
  Prescription Drug Product List …………………….…………………………….......3-1
  OTC Drug Product List …………………………………………………………….....4-1
  Drug Products with Approval under Section 505 of the FD&C Act Administered
    by the Center for Biologics Evaluation and Research List …..…………….……………5-1
  Discontinued Drug Product List ……………………………………………….…...6-1
  Orphan Products Designations and Approvals List  …………………………….…....7-1
  Drug Products Which Must Demonstrate in vivo Bioavailability
  Only if Product Fails to Achieve Adequate Dissolution …………………..……………….8-1

APPENDICES
  A. Product Name Index ………………….…………………………….…..…………….A-1
  B. Product Name Index Listed by Applicant ……………………..…………………….B-1
  C. Uniform Terms ……………………….…………………..……..…………..…..……C-1

PATENT AND EXCLUSIVITY INFORMATION ADDENDUM ………..……………….........AD1
  A. Patent and Exclusivity Lists ……………………….……………………..…….ADA1
  B. Patent and Exclusivity Terms ...……………………………..….…………….ADB1

**FOOD AND DRUG ADMINISTRATION**
**CENTER FOR DRUG EVALUATION AND RESEARCH**

**APPROVED DRUG PRODUCTS**
**With**
**Therapeutic Equivalence Evaluations**

# PREFACE TO THIRTY EIGHTH EDITION

The publication, *Approved Drug Products With Therapeutic Equivalence Evaluations* (the List, commonly known as the Orange Book), identifies drug products approved on the basis of safety and effectiveness by the Food and Drug Administration (FDA) under the Federal Food, Drug, and Cosmetic Act (the FD&C Act). The main criterion for the inclusion of any product is that the product is the subject of an application with an approval that has not been withdrawn for safety or efficacy reasons. Inclusion of products in the Orange Book is independent of any current regulatory action through administrative or judicial means against a drug product. In addition, the Orange Book contains therapeutic equivalence evaluations for approved multisource prescription drug products. These evaluations have been prepared to serve as public information and advice to state health agencies, prescribers, and pharmacists to promote public education in the area of drug product selection and to foster containment of health care costs. Therapeutic equivalence evaluations in this publication are not official FDA actions affecting the legal status of products under the FD&C Act.

*Background of the Publication*. To contain drug costs, virtually every state has adopted laws and/or regulations that encourage the substitution of drug products. These state laws generally require either that substitution be limited to drugs on a specific list (the positive formulary approach) or that it be permitted for all drugs except those prohibited by a particular list (the negative formulary approach). Because of the number of requests in the late 1970s for FDA assistance in preparing both positive and negative formularies, it became apparent that FDA could not serve the needs of each state on an individual basis. The Agency also recognized that providing a single list based on common criteria would be preferable to evaluating drug products on the basis of differing definitions and criteria in various state laws. As a result, on May 31, 1978, the Commissioner of the Food and Drug Administration sent a letter to officials of each state announcing FDA's intent to provide a list of all prescription drug products that are approved by FDA for safety and effectiveness, along with therapeutic equivalence determinations for multisource prescription products.

The Orange Book was distributed as a proposal in January 1979. It included only currently marketed prescription drug products approved by FDA through new drug applications (NDAs) and abbreviated new drug applications (ANDAs) under the provisions of Section 505 of the FD&C Act.

The therapeutic equivalence evaluations in the Orange Book reflect FDA's application of specific criteria to the multisource prescription drug products listed in the Orange Book and approved under Section 505 of the FD&C Act. These evaluations are presented in the form of code letters that indicate the basis for the evaluation made. An explanation of the codes appears in the *Introduction*.

A complete discussion of the background and basis of FDA's therapeutic equivalence evaluation policy was published in the *Federal Register* on January 12, 1979 (44 FR 2932).  The final rule, which includes FDA's responses to the public comments on the proposal, was published in the *Federal Register* on October 31, 1980 (45 FR 72582).  The first publication of the Orange Book in October 1980, concurrent with finalization of the rule, incorporated appropriate corrections and additions.  Each subsequent edition has included new approvals and made appropriate changes in data.

On September 24, 1984, the President signed into law the Drug Price Competition and Patent Term Restoration Act of 1984 (Hatch-Waxman Amendments).  The Hatch-Waxman Amendments require that FDA, among other things, make publicly available a list of approved drug products with monthly supplements.  The Orange Book and its monthly Cumulative Supplements satisfy this requirement.  The *Addendum* to this publication identifies drugs that qualify under the FD&C Act for periods of exclusivity and provides patent information concerning the listed drugs.  The *Addendum* also provides additional information that may be helpful to those submitting an NDA or ANDA to the Agency.

The Agency intends to use this publication to further its objective of obtaining input and comment on the publication itself and related Agency procedures.  Therefore, if you have comments on how the publication can be improved, please send them to the Director, Division of Legal and Regulatory Support, Office of Generic Drug Policy, Office of Generic Drugs, Center for Drug Evaluation and Research, 7620 Standish Place, Rockville, MD 20855-2773.  Comments received are publicly available to the extent allowable under the Freedom of Information Act and FDA regulations.

# 1.0  INTRODUCTION

## 1.1  Content and Exclusion

The Orange Book is composed of four parts: (1) approved prescription drug products with therapeutic equivalence evaluations; (2) approved over-the-counter (OTC) drug products for those drugs that may not be marketed without NDAs or ANDAs because they are not covered under existing OTC monographs; (3) drug products with approval under Section 505 of the FD&C Act administered by the Center for Biologics Evaluation and Research; and (4) a cumulative list of approved products that have never been marketed, are for exportation, are for military use, have been discontinued from marketing and we have not determined that they were withdrawn for safety or effectiveness reasons, or have had their approvals withdrawn for other than safety or efficacy reasons subsequent to being discontinued from marketing.[1]  This publication also includes indices of prescription and OTC drug products by trade name (proprietary name) or established name (if no trade name exists) and by applicant name (holder of the approved application), which have been abbreviated for this publication. Established names for active ingredients generally conform to official compendial names or *United States Adopted Names* (USAN) as described in (21 CFR 299.4(e)).  A list of uniform terms is provided in Appendix C.

The *Addendum* contains patent and exclusivity information for the Prescription, OTC, Discontinued Drug Product Lists, and for the Drug Products with Approval under Section 505 of the FD&C Act Administered by the Center for Biologics Evaluation and Research.  The publication may include additional information that the Agency deems appropriate to disseminate.

Prior to the 6th Edition, the publication had excluded OTC drug products and drug products with approval under Section 505 of the FD&C Act administered by the Center for Biologics Evaluation and Research.  The Hatch-Waxman Amendments required the Agency to begin publishing an up-to-date list of all marketed drug products, OTC as well as prescription, that have been approved for safety and efficacy and for which new drug applications are required.

Under the FD&C Act, some drug products are given tentative approvals.  The Agency will not include drug products with tentative approvals in the Orange Book because a drug product that is granted tentative approval is not an approved drug product.  Tentative approval lists by month are available on FDA's website Drugs@FDA.  When the tentative approval becomes a final approval through a subsequent action letter to the applicant, the Agency will list the drug product and the date of approval in the appropriate approved drug product list.

Distributors or repackagers of products listed in the Orange Book are not identified.

## 1.2  Therapeutic Equivalence-Related Terms

---

[1] Newly approved products are added to parts 1, 2, or 3, of the Orange Book, depending on the dispensing requirements (prescription or OTC) or approval authority, unless the Orange Book staff is otherwise notified before publication.

***Pharmaceutical Equivalents.*** Drug products are considered pharmaceutical equivalents if they contain the same active ingredients, are of the same dosage form and route of administration, and are formulated to contain the same amount of active ingredient and to meet the same or compendial or other applicable standards (i.e., strength, quality, purity, and identity).[2] They may differ in characteristics such as shape, scoring configuration, release mechanisms, packaging, excipients (including colors, flavors, preservatives), expiration date/time, and, within certain limits, labeling.

***Pharmaceutical Alternatives.*** Drug products are considered pharmaceutical alternatives if they contain the same therapeutic moiety, but are different salts, esters, or complexes of that moiety, or are different dosage forms or strengths (e.g., tetracycline hydrochloride, 250mg capsules vs. tetracycline phosphate complex, 250mg capsules; quinidine sulfate, 200mg tablets vs. quinidine sulfate, 200mg capsules).[3] Different dosage forms and strengths within a product line by a single manufacturer are thus pharmaceutical alternatives, as are extended-release products when compared with immediate-release or standard-release formulations of the same active ingredient.

***Therapeutic Equivalents.*** Drug products are considered to be therapeutic equivalents only if they are pharmaceutical equivalents for which bioequivalence has been demonstrated, and they can be expected to have the same clinical effect and safety profile when administered to patients under the conditions specified in the labeling.[4]

FDA classifies as therapeutically equivalent those products that meet the following general criteria: (1) they are approved as safe and effective; (2) they are pharmaceutical equivalents in that they (a) contain identical amounts of the same active drug ingredient in the same dosage form and route of administration, and (b) meet compendial or other applicable standards of strength, quality, purity, and identity; (3) they are bioequivalent in that (a) they do not present a known or potential bioequivalence problem, and they meet an acceptable *in vitro* standard, or (b) if they do present such a known or potential problem, they are shown to meet an appropriate bioequivalence standard; (4) they are adequately labeled; and (5) they are manufactured in compliance with Current Good Manufacturing Practice regulations. *The concept of therapeutic equivalence, as used to develop the Orange Book, applies only to drug products containing the same active ingredient(s) and does not encompass a comparison of different therapeutic agents used for the same condition (e.g., meperidine hydrochloride vs. morphine sulfate for the treatment of pain).* Any drug product in the Orange Book repackaged and/or distributed by other than the applicant is considered to be therapeutically equivalent to the applicant's drug product even if the applicant's drug product is single source or coded as non-equivalent (e.g., **BN**). Distributors or repackagers of an applicant's drug product are not identified in the Orange Book.

FDA considers drug products to be therapeutically equivalent if they meet the criteria outlined above, even though they may differ in certain other characteristics such as shape, scoring configuration, release mechanisms, packaging, excipients (including colors, flavors, preservatives), expiration date/time and certain aspects of labeling (e.g., the presence of specific pharmacokinetic information), and storage conditions. When such differences are important in the care of a particular patient, it may be appropriate for the prescribing physician to require that a specific product be dispensed as a medical necessity. With this limitation, however, FDA believes that

---

2 See generally 21 CFR 314.3(b).
3 See generally 21 CFR 314.3(b).
4 See generally 21 CFR 314.3(b).

products classified as therapeutically equivalent can be substituted with the full expectation that the substituted product will produce the same clinical effect and safety profile as the prescribed product.

*Strength*. Strength refers to the amount of drug substance contained in, delivered, or deliverable from a drug product, which includes: (1)(a) the total quantity of drug substance in mass or units of activity in a dosage unit or container closure (*e.g.*, weight/unit dose, weight/volume or weight/weight in a container closure, or units/volume or units/weight in a container closure); and/or, as applicable, (b) the concentration of the drug substance in mass or units of activity per unit volume or mass (*e.g.*, weight/weight, weight/volume, or units/volume); or (2) such other criteria the Agency establishes for determining the amount of drug substance contained in, delivered, or deliverable from a drug product if the weights and measures described in clause (1)(a) do not apply (*e.g.*, certain drug-device combination products for which the amount of drug substance is emitted per use or unit time).[5] Note that if the criteria the Agency establishes for determining and expressing the amount of drug substance in a product evolves over time, the Agency generally does not intend to revise the expressions of strength for drug products already included in the Orange Book, but rather intends to apply the criteria prospectively to drug products added to the Orange Book.

Although the strength of drug products in the Orange Book is generally expressed in terms of the amount of drug substance (active ingredient) in the drug product, it is sometimes expressed in terms of the amount of the active moiety. For example, certain drug products included in the Orange Book include a designation of "EQ" next to their expression of strength. This "EQ" designation generally is used in connection with salt drug products to indicate that the strength of such drug product is being expressed in terms of the equivalent strength of the active moiety (e.g., "EQ 200MG BASE"), rather than in terms of the strength of the active ingredient.

*Bioavailability.* Bioavailability is the rate and extent to which the active ingredient or active moiety is absorbed from a drug product and becomes available at the site of drug action. For drug products that are not intended to be absorbed into the bloodstream, bioavailability may be assessed by scientifically valid measurements intended to reflect the rate and extent to which the active ingredient or active moiety becomes available at the site of drug action.

*Bioequivalence.* Bioequivalence is the absence of a significant difference in the rate and extent to which the active ingredient or active moiety in pharmaceutical equivalents or pharmaceutical alternatives becomes available at the site of drug action when administered at the same molar dose under similar conditions in an appropriately designed study. Section 505 (j)(8)(B) of the FD&C Act describes one set of conditions under which a test and reference listed drug (see Section 1.4) shall be considered bioequivalent:

> the rate and extent of absorption of the [test] drug do not show a significant difference from the rate and extent of absorption of the [reference] drug when administered at the same molar dose of the therapeutic ingredient under similar experimental conditions in either a single dose or multiple doses; or

> the extent of absorption of the [test] drug does not show a significant difference from the extent of absorption of the [reference] drug when administered at the same molar dose of the therapeutic ingredient under

---

[5] See generally 21 CFR 314.3(b).

similar experimental conditions in either a single dose or multiple doses and the difference from the [reference] drug in the rate of absorption of the drug is intentional, is reflected in its proposed labeling, is not essential to the attainment of effective body drug concentrations on chronic use, and is considered medically insignificant for the drug.

Where these above methods are not applicable (e.g., for drug products that are not intended to be absorbed into the bloodstream), other scientifically valid *in vivo* or *in vitro* test methods to demonstrate bioequivalence may be appropriate.

For example, bioequivalence may sometimes be demonstrated using an *in vitro* bioequivalence standard, especially when such an *in vitro* test has been correlated with human *in vivo* bioavailability data. In other situations, bioequivalence may sometimes be demonstrated through comparative clinical trials or pharmacodynamic studies.

## 1.3  Further Guidance on Bioequivalence

FDA's regulations and guidance documents provide additional information regarding bioequivalence and bioavailability, including methodologies and statistical criteria used to establish the bioequivalence of drug products.[6]

## 1.4  Reference Listed Drug and Reference Standard

A reference listed drug (21 CFR 314.3(b)) means the listed drug identified by FDA as the drug product upon which an applicant relies in seeking approval of its ANDA. Generally, a reference listed drug is a drug product approved in a new drug application under Section 505(c) of the FD&C Act based on full reports of investigations of safety and effectiveness. For an ANDA based on an approved suitability petition (a petitioned ANDA), the reference listed drug generally is the listed drug referenced in the approved suitability petition.[7]

A reference standard is the drug product selected by FDA that an applicant seeking approval of an ANDA must use in conducting an *in vivo* bioequivalence study required for approval. FDA generally selects a single reference standard that ANDA applicants must use in *in vivo* bioequivalence testing. Ordinarily, FDA will select the reference listed drug as the reference standard. However, in some instances (e.g., where the reference listed drug has been withdrawn from sale and FDA has determined it was not withdrawn for reasons of safety or effectiveness, and FDA selects an ANDA as the reference standard), the reference listed drug and the reference standard may be different.

---

6 We note that prior editions of the Preface to the Orange Book included a section entitled "Statistical Criteria for Bioequivalence." Please see FDA's regulations and guidance documents for additional information regarding bioequivalence and bioavailability. See FDA Drugs guidance Web page at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/default.htm; FDA Drugs guidance (Product-Specific Recommendations for Generic Drug Development) Web page at http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm075207.htm; see generally 21 CFR part 320.
7 21 CFR 314.94(a)(3)(i).

FDA identifies reference listed drugs in the Prescription Drug Product, OTC Drug Product, and Discontinued Drug Product Lists. Listed drugs identified as reference listed drugs represent drug products upon which an applicant can rely in seeking approval of an ANDA. FDA intends to update periodically the reference listed drugs identified in the Prescription Drug Product, OTC Drug Product, and Discontinued Drug Product Lists, as appropriate.

FDA also identifies reference standards in the Prescription Drug Product and OTC Drug Product Lists. Listed drugs identified as reference standards represent the FDA's best judgment at this time as to the appropriate comparator for purposes of conducting any *in vivo* bioequivalence studies required for approval.

In some instances when FDA has not designated a listed drug as a reference listed drug, such listed drug may be shielded from generic competition. If FDA has not designated a reference listed drug for a drug product the applicant intends to duplicate, the potential applicant may ask FDA to designate a reference listed drug for that drug product. Potential applicants should consult agency guidance related to referencing approved drug products in ANDA submissions for information on submitting such a request. Section 1.7, *Therapeutic Equivalence Evaluations Codes* (*products meeting necessary bioequivalence requirements*) explains the character coding system (e.g., **AB, AB1, AB2, AB3**...) for multisource drug products listed under the same heading with two or more reference listed drugs.

A potential applicant should consult Agency guidance related to referencing approved drug products in ANDA submissions for information on submitting a request for selection of a reference standard. FDA may, on its own initiative, select a new reference standard when doing so will help to ensure that applications for generic drugs may be submitted and evaluated, e.g., in the event that the listed drug currently selected as the reference standard has been withdrawn from sale for other than safety and efficacy reasons.

If an applicant has a question related to the appropriate reference standard, it is recommended that an applicant planning to conduct an *in vivo* bioequivalence study submit a controlled correspondence to the Office of Generic Drugs.

## 1.5  General Policies and Legal Status

The Orange Book contains public information and advice. It does not mandate the drug products that are purchased, prescribed, dispensed, or substituted for one another, nor does it, conversely, mandate the products that should be avoided. To the extent that the Orange Book sets forth FDA's evaluations of the therapeutic equivalence of drug products that have been approved, it contains FDA's advice to the public, to practitioners, and to the states regarding drug product selection. These evaluations do not constitute determinations that any product is in violation of the FD&C Act or that any product is preferable to any other. Therapeutic equivalence evaluations are a scientific judgment based upon evidence, while generic substitution may involve social and economic policy administered by the states, intended to reduce the cost of drugs to consumers. To the extent that the Orange Book identifies drug products approved under Section 505 of the FD&C Act, it sets forth information that the Agency is required to publish and that the public is entitled to under the Freedom of Information Act. Exclusion of a drug product from the Orange Book does not necessarily mean that the drug product is in violation of Section 505 of the FD&C Act, that such a product is not safe or effective, or that such a product is not therapeutically equivalent to other drug products. Rather, the exclusion may

be based on the fact that FDA has not evaluated the safety, effectiveness, and quality of the drug product.

## 1.6   Practitioner/User Responsibilities

***Professional care and judgment should be exercised in using the Orange Book.*** Evaluations of therapeutic equivalence for prescription drugs are based on scientific and medical evaluations by FDA. Products evaluated as therapeutically equivalent can be expected, in the judgment of FDA, to have equivalent clinical effect and no difference in their potential for adverse effects when used under the conditions of their labeling. However, these products may differ in other characteristics such as shape, scoring configuration, release mechanisms, packaging, excipients (including colors, flavors, preservatives), expiration date/time, and, in some instances, labeling. If products with such differences are substituted for each other, there is a potential for patient confusion due to differences in color or shape of tablets, inability to provide a given dose using a partial tablet if the proper scoring configuration is not available, or decreased patient acceptance of certain products because of flavor. For example, there may also be allergic reactions in rare cases due to a coloring or a preservative ingredient, as well as differences in cost to the patient.

FDA evaluation of therapeutic equivalence in no way relieves practitioners of their professional responsibilities in prescribing and dispensing such products with due care and with appropriate information to individual patients. In those circumstances where the characteristics of a specific product, other than its active ingredient, are important in the therapy of a particular patient, the physician's prescribing of that product may be appropriate. Pharmacists must also be familiar with the different characteristics of therapeutically equivalent products, e.g., expiration dates/times and labeling directions for storage of the different products (particularly for reconstituted products), so they can properly advise patients when one product is substituted for another.

***Multisource and single-source drug products.*** In the Orange Book, FDA has evaluated for therapeutic equivalence only multisource prescription drug products approved under Section 505 of the FD&C Act, which in most instances means those pharmaceutical equivalents available from more than one manufacturer. For such products, a therapeutic equivalence code is included and product information is highlighted in bold face and underlined. Those products with approved applications that are single-source (i.e., there is only one approved product available for that active ingredient, dosage form, route of administration, and strength) are also included in the Orange Book, but no therapeutic equivalence code is included with such products. Any drug product in the Orange Book repackaged and/or distributed by other than the applicant (e.g., an authorized generic) is considered to be therapeutically equivalent to the applicant's drug product even if the applicant's drug product is single source or coded as non-equivalent (e.g., **BN**). The details of these codes and the policies underlying them are discussed in Section 1.7, *Therapeutic Equivalence Evaluations Codes*. Distributors or repackagers of an applicant's drug product are not identified in the Orange Book.

***Products in the Orange Book are identified by the names of the holders of approved applications (applicants) who may not necessarily be the manufacturer of the product.*** There are numerous entities other than the applicant that may be involved in the development, manufacturing, and/or marketing of a product. The applicant may have had its product manufactured by a contract manufacturer and may simply be distributing the product for which it has obtained approval. In many instances, however, the manufacturer of the product is also the applicant. The name of the manufacturer is

permitted by regulation to appear on the label, even when the manufacturer is not the applicant or marketer.

Although the products in the Orange Book are identified by the names of the applicants, circumstances, such as changing corporate ownership, have sometimes made identification of the applicant difficult. The Agency believes, based on continuing document review and communication with firms, that the applicant designations in the Orange Book are, in most cases, correct.

To relate firm name information on a product label to that in the Orange Book, the following should be noted: the applicant's name always appears in the Orange Book. This applies whether the applicant (firm name on the Form FDA 356h in the application) is the manufacturer or marketer (firm name in largest letters on the label) or not. However, the applicant's name may not always appear on the label of the product.

If the applicant is the marketer, its name appears in the Orange Book and on the label; if the applicant is not the marketer, and the Agency is aware of a corporate relationship (e.g., parent and subsidiary) between the applicant and the marketer, the name of the applicant appears in the Orange Book and both firm names may appear on the label. Firms with known corporate relationships are displayed in Appendix B. If there is no known corporate relationship between the applicant and the marketer, the applicant's name appears in the Orange Book; however, unless the applicant is the manufacturer, packager, or distributor, the applicant's name may not appear on the label. In this case, the practitioner, from labeling alone, will not be able to relate the marketed product to an applicant cited in the Orange Book, and hence to a specific approved drug product. In such cases, to assure that the product in question is the subject of an approved application, the firm named on the label should be contacted.

To relate trade name (proprietary name) information on a product label to that in the Orange Book, the following should be noted: if the applicant is the marketer, the applicant's name appears in the Orange Book and on the label; if the Agency is aware of a corporate relationship between the applicant and the marketer, the trade name (proprietary name) of the drug product (established name of the active ingredient, if no trade name exists) appears in the Orange Book. If a corporate relationship exists between an applicant and a marketer and both firms are distributing the drug product, the FDA reserves the right to select the trade name of either the marketer or the applicant to appear in the Orange Book. If there is no known corporate relationship between the applicant and the marketer, the established drug name (i.e., non-proprietary name) appears in the Orange Book.

***Every product in the Orange Book is subject at all times to regulatory action.*** From time to time, approved products may be found in violation of one or more provisions of the FD&C Act. In such circumstances, the Agency may commence appropriate enforcement action to correct the violation, if necessary, by securing removal of the product from the market by voluntary recall, seizure, or other enforcement actions. Such regulatory actions are, however, independent of the inclusion of a product in the Orange Book. The main criterion for inclusion of a product is that it has an application that has been approved and that has not been withdrawn for safety or efficacy reasons. FDA believes that retention of a violative product in the Orange Book will not have any significant adverse health consequences, because other legal mechanisms are available to the Agency to prevent the product's actual marketing. FDA may however, change a product's therapeutic equivalence rating if the circumstances giving rise to the violation change or otherwise call into question the Agency's assessment of whether a product meets the criteria for therapeutic equivalence.

**1.7  Therapeutic Equivalence Evaluations Codes**

Generally, drug products that the Agency considers multisource have been assigned a therapeutic equivalence code. The coding system for therapeutic equivalence evaluations is designed to allow users to determine quickly whether the Agency has evaluated a particular approved product (e.g., a particular strength of an approved drug) as therapeutically equivalent to other pharmaceutically equivalent products (first letter) and to provide additional information on the basis of FDA's evaluations (second letter). With some exceptions (e.g., therapeutic equivalence evaluations for certain 505(b)(2) applications), the therapeutic equivalence evaluation date is the same as the approval date.

The two basic categories into which multisource drugs have been placed are indicated by the first letter of the relevant therapeutic equivalence code as follows:

**A  Drug products that FDA considers to be <u>therapeutically equivalent</u> to other pharmaceutically equivalent products, i.e., drug products for which:**

(1) there are no known or suspected bioequivalence problems. These are designated **AA**, **AN**, **AO**, **AP**, or **AT**, depending on the dosage form; or

(2) actual or potential bioequivalence problems have been resolved with adequate *in vivo* and/or *in vitro* evidence supporting bioequivalence. These are designated **AB**.

**B  Drug products that FDA at this time, considers <u>not to be therapeutically equivalent</u> to other pharmaceutically equivalent products, i.e.,**

drug products for which actual or potential bioequivalence problems have not been resolved by adequate evidence of bioequivalence. Often the problem is with specific dosage forms rather than with the active ingredients. These are designated **BC**, **BD**, **BE**, **BN**, **BP**, **BR**, **BS**, **BT**, **BX,** or **B\***.

Individual drug products have been evaluated as therapeutically equivalent to the reference product in accordance with the definitions and policies outlined below:

## "A" CODES

**Drug products that are considered to be therapeutically equivalent to other pharmaceutically equivalent products**.

"**A**" products are those for which there are no known or suspected bioequivalence problems or for which actual or potential bioequivalence problems have been resolved with adequate *in vivo* and/or *in vitro* evidence supporting bioequivalence. Drug products designated with an "**A**" code fall under one of two main policies:

(1) for those active ingredients or dosage forms for which no *in vivo* bioequivalence issue is known or suspected, the information necessary to show bioequivalence between pharmaceutically equivalent products is either presumed and considered self-evident (based on other information in the application for some dosage forms (e.g., solutions)) or satisfied by a showing that an acceptable *in vitro* dissolution standard is met. A

therapeutically equivalent rating is assigned such products so long as
they are manufactured in accordance with Current Good Manufacturing
Practice regulations and meet the other requirements of their approved
applications (these are designated **AA**, **AN**, **AO**, **AP**, or **AT**, depending on
the dosage form, as described below); or

(2) for those Drug Efficacy Study Implementation (DESI) drug products
   containing active ingredients or dosage forms that have been identified
   by FDA as having actual or potential bioequivalence problems, and for
   post-1962 drug products in a dosage form presenting a potential
   bioequivalence problem, an evaluation of therapeutic equivalence is
   assigned to pharmaceutical equivalents only if the approved application
   contains adequate scientific evidence establishing through *in vivo*
   and/or *in vitro* studies the bioequivalence of the product to a selected
   reference product (these products are designated as **AB**).

There are some general principles that may affect the substitution of
pharmaceutically equivalent products in specific cases.  Prescribers and
dispensers of drugs should be alert to these principles so as to deal
appropriately with situations that require professional judgment and
discretion.

There may be labeling differences among pharmaceutically equivalent
products that require attention on the part of the health professional (e.g.,
pharmaceutically equivalent powders to be reconstituted for administration as
oral or injectable liquids may vary with respect to their expiration time or
storage conditions after reconstitution).  FDA's determination that such
products are therapeutically equivalent is applicable only when each product
is reconstituted, stored, and used under the conditions specified in its
labeling.

The Agency may use notes in this publication to point out special
situations, such as potential differences between two drug products that have
been evaluated as bioequivalent and otherwise therapeutically equivalent,
when they should be brought to the attention of health professionals.  These
notes are contained in Section 1.8, *Description of Certain Special
Situations*.

For example, in certain instances, there may be variations among
therapeutically equivalent products in their use or in conditions of
administration.  Such differences may be due to patent or exclusivity rights
associated with such use.  When such variations may, in the Agency's opinion,
affect prescribing or substitution decisions by health professionals, a note
may be added to Section 1.8.

Also, occasionally a situation may arise in which changes in a listed drug
product after its approval (for example, a change in dosing interval) may
have an impact on the substitutability of already approved generic versions
of that product that were rated by the Agency as therapeutically equivalent
to the listed product.  When such changes in the listed drug product are
considered by the Agency to have a significant impact on therapeutic
equivalence, the Agency will change the therapeutic equivalence ratings for
other versions of the drug product unless the manufacturers of those other
versions of the product provide additional information to assure equivalence
under the changed conditions.  Pending receipt of the additional data, the
Agency may add a note to Section 1.8, or, in rare cases, may even change the
therapeutic equivalence rating.

In some cases (e.g., Isolyte® S w/ Dextrose 5% in Plastic Container and
Plasma-Lyte® 148 and Dextrose 5% in Plastic Container), closely related
products are listed as containing the same active ingredients, but in

somewhat different amounts. In determining which of these products are
pharmaceutically equivalent, generally the Agency has considered products to
be pharmaceutically equivalent with labeled strengths of an ingredient that
do not vary by more than 1%.

Different salts, esters or other noncovalent derivatives (such as a
complex, chelate, or clathrate) of the same active moiety are regarded as
different active ingredients. For the purpose of this publication, products
containing such different active ingredients are considered pharmaceutical
alternatives and, thus, not therapeutically equivalent. Anhydrous and
hydrated entities, as well as different polymorphs, are considered to be the
same active ingredient and are expected to meet the same standards for
identity to be considered pharmaceutical equivalents and therapeutic
equivalents.

The codes in this book are not intended to preclude health care
professionals from converting pharmaceutically different concentrations into
pharmaceutical equivalents using accepted professional practice.

Where package size variations have therapeutic implications, products so
packaged have not been considered pharmaceutically equivalent. For example,
some oral contraceptives are supplied in 21-tablet and 28-tablet packets; the
28-tablet packets contain 7 placebo or iron tablets. These two packaging
configurations are not regarded as pharmaceutically equivalent; thus, they
are not designated as therapeutically equivalent.

Preservatives and other inactive ingredients may differ among some
therapeutically equivalent drug products. These differences do not affect
FDA's evaluation of therapeutic equivalence except in cases where these
components may influence bioequivalence or routes of administration.

The specific sub-codes for those drugs evaluated as therapeutically
equivalent and the policies underlying these sub-codes follow:

## AA   Products in conventional dosage forms not presenting bioequivalence problems

Multisource drug products coded as **AA** contain active ingredients and are
in dosage forms that are not regarded as presenting either actual or
potential bioequivalence problems or drug quality or standards issues.
However, all oral dosage forms must, nonetheless, meet an appropriate *in
vitro* bioequivalence standard that is acceptable to the Agency in order to
be approved.

## AB, AB1, AB2, AB3...   Products meeting necessary bioequivalence requirements

Multisource drug products listed under the same heading (i.e., identical
active ingredients(s), dosage form, and route(s) of administration) and
having the same strength (see Section 1.2, *Therapeutic Equivalence-Related
Terms, Strength)* generally will be coded **AB** if data and information are
submitted demonstrating bioequivalence.

In certain instances, a number is added to the end of the **AB** code to make
a three character code (i.e., **AB1, AB2, AB3, etc.**). Three-character codes
generally are assigned only in situations when more than one reference
listed drug of the same strength has been designated under the same
heading. Two or more reference listed drugs are generally selected only
when there are at least two potential reference listed drug products that
are not identified as bioequivalent to each other. If a study is
submitted that demonstrates bioequivalence to a specific listed drug
product, the generic product will be given the same three-character code

as the reference listed drug it was compared against.  For example,
Adalat® CC and Procardia XL®, extended-release tablets, are listed under
the active ingredient nifedipine. These drug products, listed under the
same heading, are not bioequivalent to each other.  Adalat® CC and
Procardia XL® have been assigned ratings of **AB1** and **AB2**, respectively.
Generic drug products deemed by FDA to be bioequivalent to Adalat® CC and
Procardia XL® have been approved.  As a result, the generic drug products
bioequivalent to Adalat® CC have been assigned a rating of **AB1** and those
bioequivalent to Procardia XL® have been assigned a rating of **AB2**.  (The
assignment of an **AB1** or **AB2** rating to a specific product does not imply
product preference.)  Even though drug products of distributors and/or
repackagers are not included in the Orange Book, they are considered
therapeutically equivalent to the applicant's drug product if the
applicant's drug product is rated either with an **AB** or three-character
code or is single source in the Orange Book.  Drugs coded as **AB** under a
heading are considered therapeutically equivalent only to other drugs
coded as **AB** under that heading.  Drugs coded with a three-character code
under a heading are considered therapeutically equivalent only to other
drugs coded with the same three-character code under that heading.

## AN   Solutions and powders for aerosolization

Uncertainty regarding the therapeutic equivalence of aerosolized products
arises primarily because of differences in the drug delivery system.
Solutions and powders intended for aerosolization that are marketed for
use in general-use delivery systems are considered to be pharmaceutically
and therapeutically equivalent and are coded **AN**.  Those products that are
compatible only with a specific delivery system or those products that are
packaged in and with a specific delivery system are coded **BN**, unless they
have met an appropriate bioequivalence standard and are otherwise
determined to be therapeutically equivalent.  Solutions or suspensions in
a specific delivery system will be coded **AN** if the bioequivalence standard
is based upon *in vitro* methodology, if bioequivalence needs to be
demonstrated by *in vivo* methodology then the drug products will be coded
**AB**.

## AO   Injectable oil solutions

The absorption of drugs in injectable (parenteral) oil solutions may vary
substantially with the type of oil employed as a vehicle and the
concentration of the active ingredient.  Injectable oil solutions are
therefore considered to be pharmaceutically and therapeutically equivalent
only when the active ingredient, its concentration, and the type of oil
used as a vehicle are all identical.

## AP  Injectable aqueous solutions and, in certain instances, intravenous non-aqueous solutions

It should be noted that even though injectable (parenteral) products under
a specific listing may be evaluated as therapeutically equivalent, there
may be important differences among the products in the general category,
Injectable; Injection.  For example, historically some injectable products
that are rated therapeutically equivalent are labeled for different routes
of administration.  In addition, some products evaluated as
therapeutically equivalent may have different preservatives or no
preservatives at all.  Injectable products available as dry powders for
reconstitution, concentrated sterile solutions for dilution, or sterile
solutions ready for injection are pharmaceutical alternative drug

products.  They are not rated as therapeutically equivalent (AP) to each other even if these pharmaceutical alternative drug products are designed to produce the same concentration prior to injection and are similarly labeled.  Consistent with accepted professional practice, it is the responsibility of the prescriber, dispenser, or individual administering the product to be familiar with a product's labeling to assure that it is given only by the route(s) of administration stated in the labeling.

Certain commonly used large volume intravenous products in glass containers are not included in the Orange Book (e.g., dextrose injection 5%, dextrose injection 10%, sodium chloride injection 0.9%) since these products are on the market without FDA approval and the FDA has not published conditions for marketing such parenteral products under approved NDAs.  When packaged in plastic containers, however, FDA regulations require approved applications prior to marketing.  Approval then depends on, among other things, the extent of the available safety data involving the specific plastic component of the product.  All large volume parenteral products are manufactured under similar standards, regardless of whether they are packaged in glass or plastic.  Thus, FDA has no reason to believe that the packaging container of large volume parenteral drug products that are pharmaceutically equivalent would have any effect on their therapeutic equivalence.

Consistent with the definition of strength included in Section 1.2, *Therapeutic Equivalence-Related Terms,* the strength of parenteral drug products generally is identified by both the total drug content and the concentration of drug substance in a container approved by FDA.[8]  In the past, the strength of liquid parenteral drug products in the Orange Book has not been fully displayed.  Rather, the strength of liquid parenteral drug products in the Orange Book has been displayed in terms of concentration, expressed as xmg/mL.  Generally, the amount of dry powder or lyophilized powder in a container is identified as the strength, expressed as xmg/vial.

After the enactment of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA), which amended the FD&C Act, it became evident that the format of the Orange Book with respect to parenteral solutions should be changed to reflect that each strength of a drug is considered to be a separate listed drug.  The Orange Book now displays the strength of all new approvals of parenteral solutions.  Previously, we would have displayed only the concentration of an approved parenteral solution, e.g. 50mg/mL.  If this application had a 20 mL and 60 mL container approved, we would now display two product strengths, listing both total drug content and concentration of drug substance in the relevant approved container, e.g. 1gm/20mL (50mg/mL) and 3gm/60mL (50mg/mL).

## AT  Topical products

There are a variety of topical dosage forms available for dermatologic, ophthalmic, otic, rectal, and vaginal administration, including creams, gels, lotions, oils, ointments, pastes, solutions, sprays and suppositories.  Even though different topical dosage forms may contain the same active ingredient and potency, these dosage forms are not considered pharmaceutically equivalent.  Therefore, they are not considered therapeutically equivalent.  All solutions and DESI drug products

---

[8] The strengths of certain parenteral drug products, including contrast agents, may be expressed as a percentage.

containing the same active ingredient in the same topical dosage form for which a waiver of *in vivo* bioequivalence has been granted and for which chemistry and manufacturing processes are adequate to demonstrate bioequivalence, are considered therapeutically equivalent and coded **AT**. Pharmaceutically equivalent topical products that raise questions of bioequivalence, including all post-1962 non-solution topical drug products, are coded **AB** when supported by adequate bioequivalence data, and **BT** in the absence of such data.

## "B" CODES

**Drug products that FDA, at this time, considers <u>not to be therapeutically equivalent</u> to other pharmaceutically equivalent products**.

"**B**" products, for which actual or potential bioequivalence problems have not been resolved by adequate evidence of bioequivalence, often have a problem with specific dosage forms rather than with the active ingredients. Drug products designated with a "**B**" code fall under one of three main policies:

(1) the drug products contain active ingredients or are manufactured in dosage forms that have been identified by the Agency as having documented bioequivalence problems or a significant potential for such problems and for which no adequate studies demonstrating bioequivalence have been submitted to FDA; or

(2) the quality standards are inadequate or FDA has an insufficient basis to determine therapeutic equivalence; or

(3) the drug products are under regulatory review.

The specific coding definitions and policies for the "**B**" sub-codes are as follows:

### B*  Drug products requiring further FDA investigation and review to determine therapeutic equivalence

The code **B\*** is assigned to products previously assigned an **A** or **B** code when FDA receives new information that raises a significant question regarding therapeutic equivalence that can be resolved only through further Agency investigation and/or review of data and information submitted by the applicant.  The **B\*** code signifies that the Agency will take no position regarding the therapeutic equivalence of the product until the Agency completes its investigation and review.

### BC  Extended-release dosage forms (capsules, injectables and tablets)

Extended-release tablets are formulated in such a manner as to make the contained drug substance available over an extended period of time following ingestion.

Although bioavailability studies have been conducted on these dosage forms, they may be subject to bioavailability differences, primarily because applicants developing extended-release products for the same active ingredient rarely employ the same formulation approach.  FDA, therefore, does not consider different extended-release dosage forms containing the same active ingredient in equal strength to be therapeutically equivalent unless equivalence between individual products

in both rate and extent has been specifically demonstrated through appropriate bioequivalence studies. Extended-release products for which such bioequivalence data have not been submitted are coded **BC**, while those for which such data are available have been coded **AB**.

### BD   Active ingredients and dosage forms with documented bioequivalence problems

The **BD** code denotes products containing active ingredients with known bioequivalence problems and for which adequate studies have not been submitted to FDA demonstrating bioequivalence. Where studies showing bioequivalence have been submitted, the product has been coded **AB**.

### BE   Delayed-release oral dosage forms

Where the drug may be destroyed or inactivated by the gastric juice or where it may irritate the gastric mucosa, the use of "enteric" coatings is indicated. Such coatings are intended to delay the release of the medication until the tablet has passed through the stomach. Drug products in delayed-release dosage forms containing the same active ingredients are subject to significant differences in absorption. Unless otherwise specifically noted, the Agency considers different delayed-release products containing the same active ingredients as presenting a potential bioequivalence problem and codes these products **BE** in the absence of *in vivo* studies showing bioequivalence. If adequate *in vivo* studies have demonstrated the bioequivalence of specific delayed-release products, such products are coded **AB**.

### BN   Products in aerosol-nebulizer drug delivery systems

This code applies to drug solutions or powders that are marketed only as a component of, or as compatible with, a specific drug delivery system. There may, for example, be significant differences in the dose of drug and particle size delivered by different products of this type. Therefore, the Agency does not consider different metered aerosol dosage forms containing the same active ingredient(s) in equal strengths to be therapeutically equivalent unless the drug products meet an appropriate bioequivalence standard; such products are coded **AB**.

### BP   Active ingredients and dosage forms with potential bioequivalence problems

FDA's bioequivalence regulations (21 CFR 320.33) contain criteria and procedures for determining whether a specific active ingredient in a specific dosage form has a potential for causing a bioequivalence problem. It is FDA's policy to consider an ingredient meeting these criteria as having a potential bioequivalence problem even in the absence of positive data demonstrating inequivalence. Pharmaceutically equivalent products containing these ingredients in oral dosage forms are coded **BP** until adequate bioequivalence data are submitted, after which such products are coded **AB**. Injectable suspensions containing an active ingredient suspended in an aqueous or oleaginous vehicle have also been coded **BP**. Injectable suspensions are subject to bioequivalence problems because differences in particle size, polymorphic structure of the suspended active ingredient, or the suspension formulation can significantly affect the rate of release and absorption. FDA does not consider pharmaceutical equivalents of these products bioequivalent without adequate evidence of bioequivalence; such products would be coded **AB**.

**BR   Suppositories or enemas that deliver drugs for systemic absorption**

The absorption of active ingredients from suppositories or enemas that are intended to have a systemic effect (as distinct from suppositories administered for local effect) can vary significantly from product to product.  Therefore, FDA considers pharmaceutically equivalent systemic suppositories or enemas bioequivalent only if *in vivo* evidence of bioequivalence is available.  In those cases where *in vivo* evidence is available, the products are coded **AB**.  If such evidence is not available, the products are coded **BR**.

**BS   Products having drug standard deficiencies**

If the drug standards for an active ingredient in a particular dosage form are found by FDA to be deficient so as to prevent an FDA evaluation of either pharmaceutical or therapeutic equivalence, all drug products containing that active ingredient in that dosage form are coded **BS**.  For example, if the standards permit a wide variation in pharmacologically active components of the active ingredient such that pharmaceutical equivalence is in question, all products containing that active ingredient in that dosage form are coded **BS**.

**BT  Topical products with bioequivalence issues**

This code applies mainly to post-1962 dermatologic, ophthalmic, otic, rectal, and vaginal products for topical administration, including creams, ointments, gels, lotions, pastes, and sprays, as well as suppositories not intended for systemic drug absorption.  Topical products evaluated as having acceptable clinical performance, but that are not bioequivalent to other pharmaceutically equivalent products or that lack sufficient evidence of bioequivalence, will be coded **BT**.

**BX  Drug products for which the data are insufficient to determine therapeutic equivalence**

The code **BX** is assigned to specific drug products for which the data that have been reviewed by the Agency are insufficient to determine therapeutic equivalence under the policies stated in this document.  In these situations, the drug products are presumed to be therapeutically inequivalent until the Agency has determined that there is adequate information to make a full evaluation of therapeutic equivalence.

**1.8  Description of Certain Special Situations**

Certain drugs listed in the Orange Book present special situations that merit further discussion.  The following are descriptions of certain examples of those special situations:

***Amino Acid and Protein Hydrolysate Injections.***  These products differ in the amount and kinds of amino acids they contain and, therefore, are not considered pharmaceutical equivalents.  For this reason, these products are not considered therapeutically equivalent.  At the same time, the Agency believes that it is appropriate to point out that where nitrogen balance is the sole therapeutic objective and individual amino acid content is not a consideration, pharmaceutical alternatives with the same total amount of nitrogen content may be considered therapeutically equivalent.

**Gaviscon®.** Gaviscon® is an OTC product that has been marketed since September 1970. The active ingredients in this product, aluminum hydroxide and magnesium trisilicate, were reviewed by the Agency's OTC Antacid Panel and were considered to be safe and effective ingredients (Category I) by that Panel. However, the tablet failed to pass the antacid test that is required of all antacid products. The Agency, therefore, placed the tablet in Category III for lack of effectiveness. A full NDA with clinical studies was submitted by Marion Laboratories, Inc., and approved by FDA on December 9, 1983. Gaviscon®'s activity in treating reflux acidity is made possible by the physical-chemical properties of the inactive ingredients, sodium bicarbonate and alginic acid. Therefore, *all ANDAs that cite Gaviscon® tablets as the reference listed drug must contain the inactive ingredients sodium bicarbonate and alginic acid.* A full NDA will be required to support the effectiveness of the drug product if different inactive ingredients are to be substituted for sodium bicarbonate or alginic acid or if different proportions of these ingredients are to be used.

**Levothyroxine Sodium.** Because there are multiple reference listed drugs of levothyroxine sodium tablets and some reference listed drugs' sponsors have conducted studies to establish their drugs' therapeutic equivalence to other reference listed drugs, FDA has determined that its usual practice of assigning two or three character TE codes may be potentially confusing and inadequate for these drug products. Accordingly, FDA provides the following explanation and chart of therapeutic equivalence evaluations for levothyroxine sodium tablet drug products.

Levothyroxine Sodium (Mylan ANDA 076187), Levoxyl (King Pharms NDA 021301), Synthroid (Abbvie NDA 021402), and Levo-T (CEDIPROF NDA 021342) tablets have been determined to be therapeutically equivalent to corresponding strengths of Unithroid (Jerome Stevens NDA 021210) tablets.

Levo-T (CEDIPROF NDA 021342), Levothyroxine Sodium (Mylan ANDA 076187), and Unithroid (Jerome Stevens NDA 021210) tablets have been determined to be therapeutically equivalent to corresponding strengths of Synthroid (Abbvie NDA 021402) tablets.

Levo-T (CEDIPROF NDA 021342), Unithroid (Jerome Stevens NDA 021210), and Levothyroxine Sodium (Mylan ANDA 076187) tablets have been determined to be therapeutically equivalent to corresponding strengths of Levoxyl (King Pharms NDA 021301) tablets.

Levothyroxine Sodium (Mylan ANDA 076187) tablets have been determined to be therapeutically equivalent to corresponding strengths of Thyro-Tabs (Lloyd NDA 021116) tablets.[9]

The chart outlines TE codes for all 0.025 mg products in the active section of the Orange Book. Other product strengths may be similar. Therapeutic equivalence has been established between products that have the same AB+number TE code. More than one TE code may apply to some products. One

---

9 Lloyd's Thyro-Tabs tablets (NDA 021116) (previously known as Levothroid) is currently listed in the Discontinued Drug Product List section of the Orange Book and Mylan's levothyroxine product (ANDA 076187) has been selected as the reference standard for ANDA applicants to use to establish bioequivalence to Thyro-Tabs. If an ANDA that uses Mylan's levothyroxine product as its reference standard is approved, the ANDA will receive an AB4 rating. The ANDA applicant also may obtain an AB rating for its product to the other reference listed drugs (i.e., Unithroid, Synthroid, and Levoxyl) by submitting supplements that demonstrate that the generic product is bioequivalent to these other reference listed drugs and satisfies all other therapeutic equivalence criteria with respect to these reference listed drugs. See Letter from Janet Woodcock, M.D., Director, Center for Drug Evaluation and Research, FDA to Teri Nataline, Principal Consultant, Lachman Consultant Services, Inc., Docket No. FDA-2015-P-0403 (May 27, 2016).

common TE code indicates therapeutic equivalence between products.

| Trade Name | Applicant | Strength | TE Code | Appl No | Product No |
|---|---|---|---|---|---|
| UNITHROID | STEVENS J | 0.025MG | AB1 | 021210 | 001 |
| LEVOTHYROXINE SODIUM | MYLAN | 0.025MG | AB1 | 076187 | 001 |
| LEVOXYL | KING PHARMS | 0.025MG | AB1 | 021301 | 001 |
| SYNTHROID | ABBVIE | 0.025MG | AB1 | 021402 | 001 |
| LEVO-T | CEDIPROF INC | 0.025MG | AB1 | 021342 | 001 |
| | | | | | |
| SYNTHROID | ABBVIE | 0.025MG | AB2 | 021402 | 001 |
| LEVOTHYROXINE SODIUM | MYLAN | 0.025MG | AB2 | 076187 | 001 |
| LEVO-T | CEDIPROF INC | 0.025MG | AB2 | 021342 | 001 |
| UNITHROID | STEVENS J | 0.025MG | AB2 | 021210 | 001 |
| | | | | | |
| LEVOXYL | KING PHARMS | 0.025MG | AB3 | 021301 | 001 |
| LEVO-T | CEDIPROF INC | 0.025MG | AB3 | 021342 | 001 |
| UNITHROID | STEVENS J | 0.025MG | AB3 | 021210 | 001 |
| LEVOTHYROXINE SODIUM | MYLAN | 0.025MG | AB3 | 076187 | 001 |
| | | | | | |
| THYRO-TABS | LLOYD | 0.025MG | N/A[10] | 021116 | 001 |
| LEVOTHYROXINE SODIUM | MYLAN | 0.025MG | AB4 | 076187 | 001 |

*Patent Certification(s) and Reference Standard for ANDAs Duplicating a Drug Product Approved in a Petitioned ANDA.* To submit an ANDA for a generic drug that is not the same as its reference listed drug because it has one different active ingredient (in a fixed combination drug product), or has a different route of administration, dosage form, or strength than that of the reference listed drug, an applicant first must obtain permission from FDA through what is known as a suitability petition pursuant to section 505(j)(2)(C) of the FD&C Act. A petitioned ANDA relies on the reference listed drug described in the suitability petition. An ANDA for a drug that is the same as a drug product approved in a petitioned ANDA should utilize the drug product approved in the petitioned ANDA as a reference standard. However, the reference listed drug for any such ANDA is generally the listed drug referenced in the approved suitability petition. The ANDA must include appropriate patent certification(s) and an exclusivity statement with respect to the reference listed drug that served as the basis for the approved suitability petition.[11] (This concept also generally applies to an ANDA applicant that utilizes a reference standard that is not a reference listed drug, as such an application must include appropriate patent certification(s) and an exclusivity statement with respect to the reference listed drug.)

*Waived exclusivity.* If an NDA submitted under Section 505(b) of the FD&C

---

10 Thyro-Tabs is in the Discontinued Drug Product List and therefore no longer is assigned a TE code.
11 If after approval of a suitability petition and before approval of an ANDA submitted pursuant to the approved petition, a drug product is approved in an NDA for the change described in the petition, the suitability petition and the listed drug identified in the petition can no longer be the basis of submission for such ANDA. Under these circumstances, an applicant seeking approval for a drug product with the change approved in the suitability petition must submit a new ANDA that identifies the drug product approved under such NDA as the RLD and comply with applicable regulatory requirements. See 21 CFR 314.93(f)(2).

Act qualifies for exclusivity under the FD&C Act, the exclusivity is generally listed in the Patent and Exclusivity Section of the Orange Book. If a drug product has received this exclusivity, the FDA will not accept for review and/or will not approve a 505(b)(2) application or an ANDA under Section 505(j) of the FD&C Act, as applicable, in accordance with the relevant exclusivity. If the listed drug is also protected by one or more patents, the approval date for the ANDA or 505(b)(2) application will be determined based on an analysis of the applicant's patent certification(s) or statement(s) for each relevant patent and the effect of relevant exclusivity listed in the Orange Book. However, the holder of the NDA may waive its exclusivity as to any or all ANDAs and 505(b)(2) applications that might otherwise be blocked by such exclusivity. If an NDA sponsor waives its right to the exclusivity protection, qualified ANDAs or 505(b)(2) applications may be accepted for review and/or approved, as applicable, pursuant to the NDA holder's exclusivity being waived. An NDA for which the holder has waived its exclusivity as to all ANDAs and 505(b)(2) applications will be coded with a "W" in the Patent and Exclusivity Section of the Orange Book. The applicant whose product might otherwise be blocked by this exclusivity should indicate in the exclusivity statement in its application that the holder of the listed drug has waived its exclusivity.

## 1.9  Therapeutic Equivalence Code Change for a Category of Multisource Drug Products

The Agency will use the following procedures when, in response to a petition or on its own initiative, it is considering a change in the therapeutic equivalence code for approved multisource drug products. Such changes will generally occur when the Agency becomes aware of new scientific information affecting the therapeutic equivalence of an entire category of multisource drug products in the Orange Book (e.g., information concerning the active ingredient or the dosage form), rather than information concerning a single drug product within the category. These procedures will be used when a change in therapeutic equivalence code is under consideration for all drug products found in the Prescription Drug Product List under a specific drug entity and dosage form. The change may be from the code signifying that the drug does not present a bioequivalence problem (e.g., **AA**) to a code signifying an actual or potential bioequivalence problem (e.g., **BP**), or vice versa. This procedure does not apply to a change of a particular product code (e.g., a change from **BP** to **AB** or from **AB** to **BX**).

Before making a change in a therapeutic equivalence code for an entire category of multisource drug products as described above, the Agency will announce in the *Introduction* to the Cumulative Supplement that it is considering the change and will invite comments. Comments, along with scientific data, may be sent to the Director, Office of Bioequivalence, Office of Generic Drugs, Center for Drug Evaluation and Research, HFD-650, 7620 Standish Place, Rockville, MD 20855.

The comment period will generally be 60 days in length, and the closing date for comments will be listed in the description of the proposed change for each drug entity.

The most useful type of scientific data submitted to support comments is an *in vivo* bioavailability/bioequivalence study conducted on batches of the subject drug products. Comments including scientific data from an *in vivo* bioavailability/bioequivalence study should present a full description of the analytical procedures and equipment used, a validation of the analytical methodology, including the standard curve, a description of the method of calculating results, and a description of the pharmacokinetic and statistical models used in analyzing the data. Anecdotal or testimonial information is the least useful to the Agency, and submission of comments based on such

information is discouraged. However, when there is supporting published or
unpublished scientific literature, copies should be submitted with comments.

## 1.10  Change of the Therapeutic Equivalence Evaluation for a Single Product

The procedure described in Section 1.9 does not apply to a change in a
single drug product code. For example, a change in a single drug product's
code from **BP** to **AB** as a result of the submission of an acceptable
bioequivalence study ordinarily will not be the subject of notice and comment
in the Cumulative Supplement. Likewise, a change in a single drug product's
code from **AB** to **BX** (e.g., as a result of new information raising a
significant question as to bioequivalence) does not require notice and
comment. The Agency's responsibility to provide the public with the Agency's
most current information related to therapeutic equivalence may require a
change in a drug product's code prior to any formal notice and opportunity
for the applicant to be heard. The publication in the *Federal Register* of a
proposal to withdraw approval of a drug product will ordinarily result in a
change in a product's code from **AB** to **BX** if this action has not already been
taken.

We recognize that certain drug products approved in 505(b)(2)
applications may not have therapeutic equivalence codes, and that FDA may
undertake therapeutic equivalence evaluations with respect to such drug
products. A person seeking to have a therapeutic equivalence rating for a
drug product approved in a 505(b)(2) application may petition the Agency
through the citizen petition procedure (see 21 CFR 10.25(a) and 21 CFR
10.30).

## 1.11  Discontinued Section

Those drug products in the discontinued section of the Orange Book
(Discontinued Drug Product List) for which a determination has been made that
the products were not withdrawn for safety or effectiveness reasons have been
annotated with a footnote following the product strength: "**Federal Register
determination that product was not discontinued or withdrawn for safety or
efficacy reasons**". The determinations listed in Orange Book are only
reflective of determinations made since 1995 and published in the Federal
Register. The identification of these drug products in the Discontinued Drug
Product List should avoid the submission of multiple citizen petitions
requesting a determination for the same drug product.

Generally, approved products are added to the Discontinued Drug Product
List when the applicant notifies the Orange Book staff of the products' not-
marketed status. Products may also be added to the Discontinued Drug Product
List if annual reports or other submissions to the Agency indicate the
product is not being marketed or as a result of other Agency administrative
actions.[12] Changes to the Orange Book are not affected by the drug
registration and listing requirements of Section 510 of the FD&C Act.

## 1.12 Changes to the Orange Book

Every effort is made to ensure the Annual Edition is current and
accurate. Applicants are requested to inform the FDA Orange Book Staff of
any changes or corrections, including any change in a product's marketing
status that would result in the product being moved to the Discontinued Drug

---

12 See, e.g., Section 506I(d) of the FD&C Act.

Product List.  FDA notes that under Section 506I(a) of the FD&C Act,
applicants must notify the Agency in writing 180 days prior to withdrawing a
drug product from sale, or if 180 days is not practicable, not later than the
date of withdrawal from sale.  Furthermore, Section 506I(b) of the FD&C Act
requires that applicants notify the Agency in writing within 180 days of
approval of a drug product if such drug product will not be available for
sale within 180 days of approval.  A request to include a newly approved
product in the Discontinued Drug Product List, rather than parts 1, 2 or 3 of
the Orange Book (as discussed in Section 1.1), must be submitted to the
Orange Book staff by the end of the month in which the product is approved to
ensure that the product is not included in the "active" portions of the next
published Orange Book update.

    In addition, FDA Orange Book Staff generally will act on requests to
change a proprietary name for a listed drug only after approval of a
supplement for the relevant change in proprietary name.  To the extent that
conventions for describing product identification information (i.e., active
ingredients, dosage forms, routes of administration, product names,
applicants, strengths) evolve over time, the Agency generally does not intend
to revise such information for drug products already included in the Orange
Book, but rather intends to apply the change prospectively to drug products
added to the Orange Book.

    You can contact the Orange Book Staff by email at orangebook@fda.hhs.gov.
If you do not have access to email, you can contact the Orange Book Staff by
mail at:

                    FDA/CDER Orange Book Staff
                    Office of Generic Drug Policy
                    Office of Generic Drugs
                    7620 Standish Place
                    Rockville, MD 20855-2773


**1.13 Availability of the Edition**

    Commencing with the 25th edition, the Annual Edition and current monthly
Cumulative Supplement are available in a Portable Document Format (PDF) at
the Orange Book home page by clicking on Publications.  The PDF annual format
duplicates previous paper versions except for the Orphan Products
Designations and Approvals List.  An annual subscription of the PDF format
may be obtained from the U.S. Government Publishing Office, 866-512-1800.

# 2.  HOW TO USE THE DRUG PRODUCT LISTS

## 2.1    Key Sections for Using the Drug Product Lists

This publication contains illustrations, along with Drug Product Lists, indices, and lists of abbreviations and terms which facilitate their use.

***Illustrations***.  The annotated *Drug Product Illustration*, see Section 2.2, and the *Therapeutic Equivalence Evaluations Illustration*, see Section 2.3, are offered to provide further clarification.  These depict the format found in the Prescription Drug Product List (the only list in which therapeutic equivalence evaluation codes are displayed).

***Drug Product Lists***.  The Prescription and OTC Drug Product Lists, arranged alphabetically by active ingredient(s), contain product identification information (active ingredients, dosage forms, routes of administration, product names, applicants, strengths) for single and multiple ingredient drug products.  Also shown are the application number and drug product number (FDA internal computer data use only) and approval dates for those drug products approved on or after January 1, 1982.  The application number preceded by "N" is a New Drug Application (NDA or commonly the innovator). The application number preceded by an "A" is an Abbreviated New Drug Application (ANDA or commonly the generic).

The Discontinued Drug Product List, arranged alphabetically by active ingredient(s), contains product identification information (dosage form, product name, strength, and application number).

If a prescription drug product is available from more than one source (multisource), a therapeutic equivalence code will appear in front of the applicant's name.  If a product is therapeutically equivalent to one or more products or to an appropriate reference, it will be designated with a code beginning with "**A**" and the entry will be underlined and printed in bold font for emphasis.

Active ingredient headings for multiple ingredient (combination) drug products are arranged alphabetically.  For purposes of this publication, this alphabetical sort takes precedence over United States Pharmacopeia official monograph order (i.e., Reserpine, Hydralazine Hydrochloride, Hydrochlorothiazide).  For example, product information labeled as Reserpine, Hydrochlorothiazide and Hydralazine Hydrochloride appears under the active ingredient heading *Hydralazine Hydrochloride; Hydrochlorothiazide; Reserpine*. A cross-reference to the product information (for prescription and OTC products) appears for each additional active ingredient in the product.  For combination drug products, the ingredient strengths are separated by semicolons and appear in the same relative sequence as the ingredients in the heading.  Available strengths of the dosage form from an applicant appear on separate lines.

To use the Drug Product Lists, determine by alphabetical order the ingredient under which the product information is listed, using the Product Name Index, if necessary.  Then, find the ingredient in the applicable Drug Product List.  Proceed to the dosage form and route of administration and compare products within that ingredient heading only.  Therapeutic equivalence or inequivalence for prescription products is determined on the basis of the therapeutic equivalence codes provided within that specific dosage form and route heading.  The OTC Drug Product List, Discontinued Drug Product List, and

Drug Products with Approval under Section 505 of the Act Administered by the Center for Biologics Evaluation and Research List have their data arranged similarly.

The Discontinued Drug Product List contains approved products that have never been marketed, have been discontinued from marketing and we have not determined that they were withdrawn for safety or effectiveness reasons, are for military use, or have had their approvals withdrawn for other than safety or efficacy reasons subsequent to being discontinued from marketing. All products having a "@" in the December Cumulative Supplement of the previous Edition List have been added to the Discontinued Drug Product List appearing in this Edition. In addition, approved drug products that are not in the commercial distribution channel e.g., approved drug products in applications for export only are also listed in the Discontinued Drug Product List.

*Product Name Index* (*Prescription and OTC Drug Product Lists*). This is an index of drug products by trade name or established name of the active ingredient, if no trade name exists. The second term of each entry indicates the active ingredient name under which product information can be found in the appropriate Drug Product List. For those drug products with multiple active ingredients, only the first active ingredient (in alphabetical order) will appear. OTC products are so designated.

*Product Name Index Listed by Applicant* (*Prescription and OTC Drug Product Lists*). This is an index that cross-references applicants to drug products. The bolded and underlined entry represents the applicant name abbreviation used in this publication. Each complete applicant name that is represented by the abbreviated name is marked with an asterisk (*). Listed under each complete applicant name is the first alphabetically arranged ingredient under which product information can be found in the appropriate Drug Product List. OTC products are so designated. To use the Drug Product Lists, determine by alphabetical order the ingredient under which the product information is listed, using the Product Name Index, if appropriate.

*Uniform Terms*. To improve readability, uniform terms are used to designate dosage forms, routes of administration, and abbreviations used to express strengths. These terms are listed in Appendix C. In some cases, the terms used may differ from those used in product labels and other labeling.

## 2.2  DRUG PRODUCT ILLUSTRATION



**SINGLE INGREDIENT**

ACTIVE INGREDIENT ──────────────▶ MEPERIDINE HYDROCHLORIDE

DOSAGE FORM; ROUTE OF ADMINISTRATION ──▶ INJECTABLE;INJECTION

TRADE OR GENERIC NAMES ─────────▶ **HEXANON**

REFERENCE LISTED DRUG* (+)
REFERENCE STANDARD   * (!)

| | | | | | |
|---|---|---|---|---|---|
| **AP** +! | PAGE PHARMA | **25MG/ML** | **N013111** | **001** | AUG 22, 1983 |
| **AP** +! | | **50MG/ML** | **N013111** | **002** | AUG 22, 1983 |
| **AP** +! | | **75MG/ML** | **N013111** | **003** | AUG 22, 1983 |
| **AP** +! | | **100MG/ML** | **N013111** | **004** | JAN 04, 1989 |

**MEPERIDINE HCL**

THERAPEUTIC EQUIVALENCE (TE)
   CODE FOR MULTISOURCE PRODUCT ──▶

| | | | | | |
|---|---|---|---|---|---|
| **AP** | GREENBERG PHARM | **25MG/ML** | **A064890** | 001 | FEB 29, 1987 |
| **AP** | | **50MG/ML** | **A064890** | 002 | FEB 29, 1987 |
| **AP** | | **75MG/ML** | **A064890** | 003 | FEB 29, 1987 |
| **AP** | | **100MG/ML** | **A064890** | 004 | MAR 08, 1992 |

SINGLE SOURCE PRODUCT (NO TE CODE)

| | | | | | |
|---|---|---|---|---|---|
| | ! TIMOKIM LLC | 10MG/ML | A099225 | 001 | DEC 12, 1995 |
| **AP** | JOHNSON MED | **25MG/ML** | **A099226** | **001** | NOV 27, 1993 |
| | ! KENDRA PHARM | 150MG/ML | A079444 | 001 | OCT 31, 1999 |

APPLICANT ─────────────────

AVAILABLE STRENGTH(S) OF A PRODUCT ──────

APPLICATION NUMBER AND PRODUCT NUMBER
PRODUCT NUMBER IS FOR FDA INTERNAL COMPUTER DATA USE ONLY ───

APPROVAL DATE ─────────────

*NOTE:  REFERENCE LISTED DRUG AND REFERENCE STANDARD ARE DISCUSSED IN THE PREFACE SECTION 1.4



**MULTIPLE INGREDIENTS WITH PRODUCT INFORMATION**

ALPHABETICALLY SORTED BY
ACTIVE INGREDIENT ─────▶ HYDRALAZINE HYDROCHLORIDE; HYDROCHLOROTHIAZIDE; RESERPINE

PRODUCT INFORMATION ──▶  TABLET;ORAL
                          HYDROCHLOROTHIAZIDE, RESERPINE AND HYDRALAZINE HCL
                              REINWALD LABS   25MG;15MG;0.1MG   A069808 001 JAN 18, 1982

THIS EXAMPLE IS FOR PURPOSE OF ILLUSTRATION ONLY.  IT DOES NOT REPRESENT ACTUAL PRODUCTS FROM THE
PRESCRIPTION DRUG PRODUCT LIST.

## 2.3 THERAPEUTIC EQUIVALENCE EVALUATIONS ILLUSTRATION

DRUG PRODUCTS CODED **AB** (OR ANY CODE BEGINNING WITH AN **"A"**) UNDER AN INGREDIENT AND DOSAGE FORM HEADING ARE CONSIDERED THERAPEUTICALLY EQUIVALENT ONLY TO OTHER PRODUCTS CODED **AB** (OR ANY CODE BEGINNING WITH AN **A"**) AND **NOT** TO THOSE CODED **BP** (OR ANY CODE BEGINNING WITH A **"B"**) AND ANY PRODUCTS NOT LISTED.  DRUG PRODUCTS CODED **BP** (OR ANY CODE BEGINNING WITH A **"B"**) ARE **NOT** CONSIDERED THERAPEUTICALLY EQUIVALENT TO ANY OTHER PRODUCT.  FOR A COMPLETE EXPLANATION OF THE **TE** CODES REFER TO SECTION 1.7 OF THE *INTRODUCTION*.



NOTE:  BOLD FONT AND UNDERLINING DENOTES MULTISOURCE PRODUCTS WHICH ARE CONSIDERED THERAPEUTICALLY EQUIVALENT.

THIS EXAMPLE IS FOR PURPOSES OF ILLUSTRATION ONLY.  IT DOES NOT REPRESENT ACTUAL PRODUCTS FROM THE PRESCRIPTION DRUG PRODUCT LIST.

**PRESCRIPTION DRUG PRODUCT LIST**                3-26(of 436)

AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; OLMESARTAN MEDOXOMIL
  TABLET;ORAL
    **TRIBENZOR**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | + | DAIICHI SANKYO | **EQ 5MG BASE;12.5MG;20MG** | **N200175 001** | Jul 23, 2010 |
| **AB** | + | | **EQ 5MG BASE;12.5MG;40MG** | **N200175 002** | Jul 23, 2010 |
| **AB** | + | | **EQ 5MG BASE;25MG;40MG** | **N200175 003** | Jul 23, 2010 |
| **AB** | + | | **EQ 10MG BASE;12.5MG;40MG** | **N200175 004** | Jul 23, 2010 |
| **AB** | +! | | **EQ 10MG BASE;25MG;40MG** | **N200175 005** | Jul 23, 2010 |

AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN
  TABLET;ORAL
    **AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE**

| | | | | |
|---|---|---|---|---|
| **AB** | AUROBINDO PHARMA LTD | **5MG;12.5MG;160MG** | **A206180 001** | Dec 19, 2017 |
| **AB** | | **5MG;25MG;160MG** | **A206180 002** | Dec 19, 2017 |
| **AB** | | **10MG;12.5MG;160MG** | **A206180 003** | Dec 19, 2017 |
| **AB** | | **10MG;25MG;160MG** | **A206180 004** | Dec 19, 2017 |
| **AB** | | **10MG;25MG;320MG** | **A206180 005** | Dec 19, 2017 |
| **AB** | LUPIN LTD | **5MG;12.5MG;160MG** | **A200797 001** | Jun 03, 2015 |
| **AB** | | **5MG;25MG;160MG** | **A200797 002** | Jun 03, 2015 |
| **AB** | | **10MG;12.5MG;160MG** | **A200797 003** | Jun 03, 2015 |
| **AB** | | **10MG;25MG;160MG** | **A200797 004** | Jun 03, 2015 |
| **AB** | | **10MG;25MG;320MG** | **A200797 005** | Jun 03, 2015 |
| **AB** | PAR PHARM | **5MG;12.5MG;160MG** | **A201087 001** | Jun 01, 2015 |
| **AB** | | **5MG;25MG;160MG** | **A201087 002** | Jun 01, 2015 |
| **AB** | | **10MG;12.5MG;160MG** | **A201087 003** | Jun 01, 2015 |
| **AB** | | **10MG;25MG;160MG** | **A201087 004** | Jun 01, 2015 |
| **AB** | | **10MG;25MG;320MG** | **A201087 005** | Jun 01, 2015 |
| **AB** | TEVA PHARMS | **5MG;12.5MG;160MG** | **A200435 001** | Sep 25, 2012 |
| **AB** | | **5MG;25MG;160MG** | **A200435 002** | Sep 25, 2012 |
| **AB** | | **10MG;12.5MG;160MG** | **A200435 005** | Sep 25, 2012 |
| **AB** | | **10MG;25MG;160MG** | **A200435 003** | Sep 25, 2012 |
| **AB** | | **10MG;25MG;320MG** | **A200435 004** | Sep 25, 2012 |
| **AB** | TORRENT PHARMS LTD | **5MG;12.5MG;160MG** | **A201593 001** | Jun 03, 2015 |
| **AB** | | **5MG;25MG;160MG** | **A201593 002** | Jun 03, 2015 |
| **AB** | | **10MG;12.5MG;160MG** | **A201593 003** | Jun 03, 2015 |
| **AB** | | **10MG;25MG;160MG** | **A201593 004** | Jun 03, 2015 |
| **AB** | | **10MG;25MG;320MG** | **A201593 005** | Jun 03, 2015 |

    **EXFORGE HCT**

| | | | | |
|---|---|---|---|---|
| **AB** | + | NOVARTIS | **5MG;12.5MG;160MG** | **N022314 001** | Apr 30, 2009 |
| **AB** | + | | **5MG;25MG;160MG** | **N022314 002** | Apr 30, 2009 |
| **AB** | + | | **10MG;12.5MG;160MG** | **N022314 003** | Apr 30, 2009 |
| **AB** | + | | **10MG;25MG;160MG** | **N022314 004** | Apr 30, 2009 |
| **AB** | +! | | **10MG;25MG;320MG** | **N022314 005** | Apr 30, 2009 |

AMLODIPINE BESYLATE; OLMESARTAN MEDOXOMIL
  TABLET;ORAL
    **AMLODIPINE AND OLMESARTAN MEDOXOMIL**

| | | | | |
|---|---|---|---|---|
| **AB** | AJANTA PHARMA LTD | **EQ 5MG BASE;20MG** | **A207216 001** | Oct 28, 2016 |
| **AB** | | **EQ 5MG BASE;40MG** | **A207216 002** | Oct 28, 2016 |
| **AB** | | **EQ 10MG BASE;20MG** | **A207216 003** | Oct 28, 2016 |
| **AB** | | **EQ 10MG BASE;40MG** | **A207216 004** | Oct 28, 2016 |
| **AB** | ALEMBIC PHARMS LTD | **EQ 5MG BASE;20MG** | **A207073 001** | Jul 17, 2017 |
| **AB** | | **EQ 5MG BASE;40MG** | **A207073 002** | Jul 17, 2017 |
| **AB** | | **EQ 10MG BASE;20MG** | **A207073 003** | Jul 17, 2017 |
| **AB** | | **EQ 10MG BASE;40MG** | **A207073 004** | Jul 17, 2017 |
| **AB** | ALKEM LABS LTD | **EQ 5MG BASE;20MG** | **A209042 001** | Aug 14, 2017 |
| **AB** | | **EQ 5MG BASE;40MG** | **A209042 002** | Aug 14, 2017 |
| **AB** | | **EQ 10MG BASE;20MG** | **A209042 003** | Aug 14, 2017 |
| **AB** | | **EQ 10MG BASE;40MG** | **A209042 004** | Aug 14, 2017 |
| **AB** | AUROBINDO PHARMA LTD | **EQ 5MG BASE;20MG** | **A206906 001** | May 15, 2017 |
| **AB** | | **EQ 5MG BASE;40MG** | **A206906 002** | May 15, 2017 |
| **AB** | | **EQ 10MG BASE;20MG** | **A206906 003** | May 15, 2017 |
| **AB** | | **EQ 10MG BASE;40MG** | **A206906 004** | May 15, 2017 |
| **AB** | GLENMARK PHARMS LTD | **EQ 5MG BASE;20MG** | **A207807 001** | Jul 05, 2017 |
| **AB** | | **EQ 5MG BASE;40MG** | **A207807 002** | Jul 05, 2017 |
| **AB** | | **EQ 10MG BASE;20MG** | **A207807 003** | Jul 05, 2017 |
| **AB** | | **EQ 10MG BASE;40MG** | **A207807 004** | Jul 05, 2017 |
| **AB** | JUBILANT GENERICS | **EQ 5MG BASE;20MG** | **A207450 001** | May 15, 2017 |
| **AB** | | **EQ 5MG BASE;40MG** | **A207450 002** | May 15, 2017 |
| **AB** | | **EQ 10MG BASE;20MG** | **A207450 003** | May 15, 2017 |
| **AB** | | **EQ 10MG BASE;40MG** | **A207450 004** | May 15, 2017 |
| **AB** | MACLEODS PHARMS LTD | **EQ 5MG BASE;20MG** | **A206884 001** | Oct 26, 2016 |

AMLODIPINE BESYLATE; OLMESARTAN MEDOXOMIL
    TABLET;ORAL
        **AMLODIPINE AND OLMESARTAN MEDOXOMIL**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | | EQ 5MG BASE;40MG | **A206884** **003** | Oct 26, 2016 |
| **AB** | | EQ 10MG BASE;20MG | **A206884** **002** | Oct 26, 2016 |
| **AB** | | EQ 10MG BASE;40MG | **A206884** **004** | Oct 26, 2016 |
| **AB** | MICRO LABS | EQ 5MG BASE;20MG | **A207435** **001** | Nov 02, 2017 |
| **AB** | | EQ 5MG BASE;40MG | **A207435** **002** | Nov 02, 2017 |
| **AB** | | EQ 10MG BASE;20MG | **A207435** **003** | Nov 02, 2017 |
| **AB** | | EQ 10MG BASE;40MG | **A207435** **004** | Nov 02, 2017 |
| **AB** | TEVA PHARMS USA | EQ 5MG BASE;20MG | **A091154** **001** | Oct 26, 2016 |
| **AB** | | EQ 5MG BASE;40MG | **A091154** **002** | Oct 26, 2016 |
| **AB** | | EQ 10MG BASE;20MG | **A091154** **003** | Oct 26, 2016 |
| **AB** | | EQ 10MG BASE;40MG | **A091154** **004** | Oct 26, 2016 |
| **AB** | TORRENT PHARMS LTD | EQ 5MG BASE;20MG | **A202933** **001** | Nov 25, 2016 |
| **AB** | | EQ 5MG BASE;40MG | **A202933** **002** | Nov 25, 2016 |
| **AB** | | EQ 10MG BASE;20MG | **A202933** **003** | Nov 25, 2016 |
| **AB** | | EQ 10MG BASE;40MG | **A202933** **004** | Nov 25, 2016 |
| **AB** | ZYDUS PHARMS USA INC | EQ 5MG BASE;20MG | **A207771** **001** | Sep 22, 2017 |
| **AB** | | EQ 5MG BASE;40MG | **A207771** **002** | Sep 22, 2017 |
| **AB** | | EQ 10MG BASE;20MG | **A207771** **003** | Sep 22, 2017 |
| **AB** | | EQ 10MG BASE;40MG | **A207771** **004** | Sep 22, 2017 |

        **AZOR**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | + | DAIICHI SANKYO | EQ 5MG BASE;20MG | **N022100** **001** | Sep 26, 2007 |
| **AB** | + | | EQ 5MG BASE;40MG | **N022100** **002** | Sep 26, 2007 |
| **AB** | + | | EQ 10MG BASE;20MG | **N022100** **003** | Sep 26, 2007 |
| **AB** | +! | | EQ 10MG BASE;40MG | **N022100** **004** | Sep 26, 2007 |

AMLODIPINE BESYLATE; PERINDOPRIL ARGININE
    TABLET;ORAL
        PRESTALIA

| | | | | | |
|---|---|---|---|---|---|
| | + | MARINA BIOTECH | EQ 2.5MG BASE;3.5MG | N205003 001 | Jan 21, 2015 |
| | + | | EQ 5MG BASE;7MG | N205003 002 | Jan 21, 2015 |
| | +! | | EQ 10MG BASE;14MG | N205003 003 | Jan 21, 2015 |

AMLODIPINE BESYLATE; TELMISARTAN
    TABLET;ORAL
        **TELMISARTAN AND AMLODIPINE**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | ALEMBIC PHARMS LTD | EQ 5MG BASE;40MG | **A205234** **001** | Nov 17, 2016 |
| **AB** | | EQ 5MG BASE;80MG | **A205234** **003** | Nov 17, 2016 |
| **AB** | | EQ 10MG BASE;40MG | **A205234** **002** | Nov 17, 2016 |
| **AB** | | EQ 10MG BASE;80MG | **A205234** **004** | Nov 17, 2016 |
| **AB** | LUPIN LTD | EQ 5MG BASE;40MG | **A201586** **001** | Jan 08, 2014 |
| **AB** | | EQ 5MG BASE;80MG | **A201586** **003** | Jan 08, 2014 |
| **AB** | | EQ 10MG BASE;40MG | **A201586** **002** | Jan 08, 2014 |
| **AB** | | EQ 10MG BASE;80MG | **A201586** **004** | Jan 08, 2014 |
| **AB** | MYLAN PHARMS INC | EQ 5MG BASE;40MG | **A202516** **001** | Aug 26, 2014 |
| **AB** | | EQ 5MG BASE;80MG | **A202516** **003** | Aug 26, 2014 |
| **AB** | | EQ 10MG BASE;40MG | **A202516** **002** | Aug 26, 2014 |
| **AB** | | EQ 10MG BASE;80MG | **A202516** **004** | Aug 26, 2014 |
| **AB** | TORRENT PHARMS LTD | EQ 5MG BASE;40MG | **A202517** **001** | Jan 08, 2014 |
| **AB** | | EQ 5MG BASE;80MG | **A202517** **003** | Jan 08, 2014 |
| **AB** | | EQ 10MG BASE;40MG | **A202517** **002** | Jan 08, 2014 |
| **AB** | | EQ 10MG BASE;80MG | **A202517** **004** | Jan 08, 2014 |

        **TWYNSTA**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | + | BOEHRINGER INGELHEIM | EQ 5MG BASE;40MG | **N022401** **001** | Oct 16, 2009 |
| **AB** | + | | EQ 5MG BASE;80MG | **N022401** **003** | Oct 16, 2009 |
| **AB** | + | | EQ 10MG BASE;40MG | **N022401** **002** | Oct 16, 2009 |
| **AB** | +! | | EQ 10MG BASE;80MG | **N022401** **004** | Oct 16, 2009 |

AMLODIPINE BESYLATE; VALSARTAN
    TABLET;ORAL
        **AMLODIPINE BESYLATE AND VALSARTAN**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | ALEMBIC PHARMS LTD | EQ 5MG BASE;160MG | **A202713** **001** | Apr 03, 2015 |
| **AB** | | EQ 5MG BASE;320MG | **A202713** **003** | Apr 03, 2015 |
| **AB** | | EQ 10MG BASE;160MG | **A202713** **002** | Apr 03, 2015 |
| **AB** | | EQ 10MG BASE;320MG | **A202713** **004** | Apr 03, 2015 |
| **AB** | AUROBINDO PHARMA LTD | EQ 5MG BASE;160MG | **A206512** **001** | Apr 22, 2016 |
| **AB** | | EQ 5MG BASE;320MG | **A206512** **002** | Apr 22, 2016 |
| **AB** | | EQ 10MG BASE;160MG | **A206512** **003** | Apr 22, 2016 |
| **AB** | | EQ 10MG BASE;320MG | **A206512** **004** | Apr 22, 2016 |

AMLODIPINE BESYLATE; VALSARTAN
  TABLET;ORAL
    **AMLODIPINE BESYLATE AND VALSARTAN**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | INVAGEN PHARMS | EQ 5MG BASE;160MG | A205137 001 | Sep 16, 2016 |
| **AB** | | EQ 5MG BASE;320MG | A205137 003 | Sep 16, 2016 |
| **AB** | | EQ 10MG BASE;160MG | A205137 002 | Sep 16, 2016 |
| **AB** | | EQ 10MG BASE;320MG | A205137 004 | Sep 16, 2016 |
| **AB** | LUPIN | EQ 5MG BASE;160MG | A090245 001 | Mar 30, 2015 |
| **AB** | | EQ 5MG BASE;320MG | A090245 003 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;160MG | A090245 002 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;320MG | A090245 004 | Mar 30, 2015 |
| **AB** | MYLAN PHARMS INC | EQ 5MG BASE;160MG | A090483 001 | Mar 30, 2015 |
| **AB** | | EQ 5MG BASE;320MG | A090483 003 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;160MG | A090483 002 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;320MG | A090483 004 | Mar 30, 2015 |
| **AB** | NOVEL LABS INC | EQ 5MG BASE;160MG | A202829 001 | Mar 30, 2015 |
| **AB** | | EQ 5MG BASE;320MG | A202829 003 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;160MG | A202829 002 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;320MG | A202829 004 | Mar 30, 2015 |
| **AB** | PAR PHARM INC | EQ 5MG BASE;160MG | A090011 001 | Mar 28, 2013 |
| **AB** | | EQ 5MG BASE;320MG | A090011 003 | Mar 28, 2013 |
| **AB** | | EQ 10MG BASE;160MG | A090011 002 | Mar 28, 2013 |
| **AB** | | EQ 10MG BASE;320MG | A090011 004 | Mar 28, 2013 |
| **AB** | TEVA PHARMS USA | EQ 5MG BASE;160MG | A091235 001 | Mar 30, 2015 |
| **AB** | | EQ 5MG BASE;320MG | A091235 003 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;160MG | A091235 002 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;320MG | A091235 004 | Mar 30, 2015 |
| **AB** | TORRENT PHARMS LTD | EQ 5MG BASE;160MG | A202377 001 | Mar 30, 2015 |
| **AB** | | EQ 5MG BASE;320MG | A202377 002 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;160MG | A202377 003 | Mar 30, 2015 |
| **AB** | | EQ 10MG BASE;320MG | A202377 004 | Mar 30, 2015 |

    **EXFORGE**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | + | NOVARTIS | EQ 5MG BASE;160MG | N021990 002 | Jun 20, 2007 |
| **AB** | + | | EQ 5MG BASE;320MG | N021990 004 | Jun 20, 2007 |
| **AB** | +! | | EQ 10MG BASE;160MG | N021990 003 | Jun 20, 2007 |
| **AB** | +! | | EQ 10MG BASE;320MG | N021990 005 | Jun 20, 2007 |

AMMONIA N-13
  INJECTABLE;INTRAVENOUS
    **AMMONIA N 13**

| | | | | | |
|---|---|---|---|---|---|
| **AP** | | 3D IMAGING DRUG | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203779 001 | Oct 19, 2015 |
| **AP** | | BIOMEDCL RES FDN | 48.75mCi-487.5mCi/13ML (3.75-37.5mCi/ML) | A204352 001 | May 01, 2015 |
| **AP** | | BRIGHAM WOMENS HOSP | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203783 001 | Oct 30, 2014 |
| **AP** | | CARDINAL HEALTH 414 | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203700 001 | Feb 25, 2013 |
| **AP** | +! | FEINSTEIN | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | N022119 001 | Aug 23, 2007 |
| **AP** | | GEN HOSP | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A207025 001 | Feb 03, 2016 |
| **AP** | | GLOBAL ISOTOPES LLC | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204465 001 | Oct 23, 2014 |
| **AP** | | IBA MOLECULAR N AM | 18.8mCi-188mCi/5ML (3.75-37.5mCi/ML) | A204667 001 | Apr 22, 2015 |
| **AP** | | JOHNS HOPKINS UNIV | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204514 001 | Aug 19, 2014 |
| **AP** | | KREITCHMAN PET CTR | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203938 001 | Dec 09, 2013 |
| **AP** | | MCPRF | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203321 001 | Feb 25, 2013 |
| **AP** | | MIDWEST MEDCL | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204457 001 | Nov 18, 2015 |
| **AP** | | MIPS CRF | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204535 001 | Nov 20, 2014 |
| **AP** | | PETNET | 30mCi-300mCi (3.75-37.5mCi/ML) | A204510 001 | Nov 02, 2015 |
| **AP** | | SPECTRON MRC LLC | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204455 001 | Apr 23, 2015 |
| **AP** | | UCLA BIOMEDICAL | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203812 001 | Jun 27, 2013 |
| **AP** | | UCSF RODIOPHARM | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204496 001 | Mar 28, 2014 |
| **AP** | | UNIV TX MD ANDERSON | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A203933 001 | Jun 27, 2014 |
| **AP** | | WA UNIV SCH MED | 30mCi-300mCi/8ML (3.75-37.5mCi/ML) | A204506 001 | Feb 07, 2014 |
| | | ESSENTIAL ISOTOPES | 3.75-260mCi/ML | A205687 001 | Dec 17, 2015 |
| | | HOUSTON CYCLOTRON | 3.75-260mCi/ML | A203543 001 | Dec 14, 2012 |
| | | NCM USA BRONX LLC | 3.75-260mCi/ML | A204515 001 | Feb 04, 2015 |
| | | PRECISION NUCLEAR | 3.75-260mCi/ML | A204547 001 | Aug 14, 2015 |
| | | SHERTECH LABS LLC | 3.75-260mCi/ML | A204366 001 | Sep 19, 2014 |
| | | WI MEDCL CYCLOTRON | 3.75-260mCi/ML | A204356 001 | Dec 18, 2014 |

AMMONIUM CHLORIDE
  INJECTABLE;INJECTION
    AMMONIUM CHLORIDE IN PLASTIC CONTAINER

| | | | | | |
|---|---|---|---|---|---|
| ! | HOSPIRA | 5MEQ/ML | A088366 001 | Jun 13, 1984 |

HYDROCHLOROTHIAZIDE; VALSARTAN
  TABLET;ORAL
    **DIOVAN HCT**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | **+** | NOVARTIS | **12.5MG;80MG** | **N020818 001** | Mar 06, 1998 |
| **AB** | **+** | | **12.5MG;160MG** | **N020818 002** | Mar 06, 1998 |
| **AB** | **+** | | **12.5MG;320MG** | **N020818 004** | Apr 28, 2006 |
| **AB** | **+** | | **25MG;160MG** | **N020818 003** | Jan 17, 2002 |
| **AB** | **+!** | | **25MG;320MG** | **N020818 005** | Apr 28, 2006 |

    **VALSARTAN AND HYDROCHLOROTHIAZIDE**

| | | | | |
|---|---|---|---|---|
| **AB** | ALEMBIC PHARMS LTD | **12.5MG;80MG** | **A201662 001** | Mar 21, 2013 |
| **AB** | | **12.5MG;160MG** | **A201662 002** | Mar 21, 2013 |
| **AB** | | **12.5MG;320MG** | **A201662 003** | Mar 21, 2013 |
| **AB** | | **25MG;160MG** | **A201662 004** | Mar 21, 2013 |
| **AB** | | **25MG;320MG** | **A201662 005** | Mar 21, 2013 |
| **AB** | APOTEX INC | **12.5MG;80MG** | **A203026 001** | Mar 21, 2013 |
| **AB** | | **12.5MG;160MG** | **A203026 002** | Mar 21, 2013 |
| **AB** | | **12.5MG;320MG** | **A203026 003** | Mar 21, 2013 |
| **AB** | | **25MG;160MG** | **A203026 004** | Mar 21, 2013 |
| **AB** | | **25MG;320MG** | **A203026 005** | Mar 21, 2013 |
| **AB** | AUROBINDO PHARMA LTD | **12.5MG;80MG** | **A202519 001** | Mar 21, 2013 |
| **AB** | | **12.5MG;160MG** | **A202519 002** | Mar 21, 2013 |
| **AB** | | **12.5MG;320MG** | **A202519 003** | Mar 21, 2013 |
| **AB** | | **25MG;160MG** | **A202519 004** | Mar 21, 2013 |
| **AB** | | **25MG;320MG** | **A202519 005** | Mar 21, 2013 |
| **AB** | LUPIN LTD | **12.5MG;80MG** | **A078946 003** | Mar 21, 2013 |
| **AB** | | **12.5MG;160MG** | **A078946 004** | Mar 21, 2013 |
| **AB** | | **12.5MG;320MG** | **A078946 001** | Mar 21, 2013 |
| **AB** | | **25MG;160MG** | **A078946 005** | Mar 21, 2013 |
| **AB** | | **25MG;320MG** | **A078946 002** | Mar 21, 2013 |
| **AB** | MACLEODS PHARMS LTD | **12.5MG;80MG** | **A203145 001** | Apr 19, 2013 |
| **AB** | | **12.5MG;160MG** | **A203145 002** | Apr 19, 2013 |
| **AB** | | **12.5MG;320MG** | **A203145 003** | Apr 19, 2013 |
| **AB** | | **25MG;160MG** | **A203145 004** | Apr 19, 2013 |
| **AB** | | **25MG;320MG** | **A203145 005** | Apr 19, 2013 |
| **AB** | MYLAN PHARMS INC | **12.5MG;80MG** | **A078020 001** | Sep 21, 2012 |
| **AB** | | **12.5MG;160MG** | **A078020 002** | Sep 21, 2012 |
| **AB** | | **12.5MG;320MG** | **A078020 004** | Sep 21, 2012 |
| **AB** | | **25MG;160MG** | **A078020 003** | Sep 21, 2012 |
| **AB** | | **25MG;320MG** | **A078020 005** | Sep 21, 2012 |
| **AB** | PRINSTON INC | **12.5MG;80MG** | **A206083 001** | Feb 08, 2016 |
| **AB** | | **12.5MG;160MG** | **A206083 002** | Feb 08, 2016 |
| **AB** | | **12.5MG;320MG** | **A206083 003** | Feb 08, 2016 |
| **AB** | | **25MG;160MG** | **A206083 004** | Feb 08, 2016 |
| **AB** | | **25MG;320MG** | **A206083 005** | Feb 08, 2016 |
| **AB** | WATSON LABS TEVA | **12.5MG;80MG** | **A091519 001** | Mar 21, 2013 |
| **AB** | | **12.5MG;160MG** | **A091519 002** | Mar 21, 2013 |
| **AB** | | **12.5MG;320MG** | **A091519 003** | Mar 21, 2013 |
| **AB** | | **25MG;160MG** | **A091519 004** | Mar 21, 2013 |
| **AB** | | **25MG;320MG** | **A091519 005** | Mar 21, 2013 |

HYDROCODONE BITARTRATE
  CAPSULE, EXTENDED RELEASE;ORAL
    ZOHYDRO ER

| | | | | |
|---|---|---|---|---|
| +! | PERNIX IRELAND PAIN | 10MG | N202880 001 | Oct 25, 2013 |
| + | | 15MG | N202880 002 | Oct 25, 2013 |
| + | | 20MG | N202880 003 | Oct 25, 2013 |
| + | | 30MG | N202880 004 | Oct 25, 2013 |
| + | | 40MG | N202880 005 | Oct 25, 2013 |
| + | | 50MG | N202880 006 | Oct 25, 2013 |

  TABLET, EXTENDED RELEASE;ORAL
    HYSINGLA

| | | | | |
|---|---|---|---|---|
| +! | PURDUE PHARMA LP | 20MG | N206627 001 | Nov 20, 2014 |
| + | | 30MG | N206627 002 | Nov 20, 2014 |
| + | | 40MG | N206627 003 | Nov 20, 2014 |
| + | | 60MG | N206627 004 | Nov 20, 2014 |
| + | | 80MG | N206627 005 | Nov 20, 2014 |
| + | | 100MG | N206627 006 | Nov 20, 2014 |
| + | | 120MG | N206627 007 | Nov 20, 2014 |

    VANTRELA ER

| | | | | |
|---|---|---|---|---|
| + | TEVA BRANDED PHARM | 15MG | N207975 001 | Jan 17, 2017 |
| + | | 30MG | N207975 002 | Jan 17, 2017 |
| + | | 45MG | N207975 003 | Jan 17, 2017 |

VALPROATE SODIUM
  INJECTABLE;INJECTION
    **DEPACON**

| | | | | | |
|---|---|---|---|---|---|
| **AP** | **+!** | ABBVIE | **EQ 100MG BASE/ML** | **N020593 001** | Dec 30, 1996 |

    **VALPROATE SODIUM**

| | | | | | |
|---|---|---|---|---|---|
| **AP** | | ATHENEX INC | **EQ 100MG BASE/ML** | **A076295 001** | Nov 14, 2002 |
| **AP** | | FRESENIUS KABI USA | **EQ 100MG BASE/ML** | **A076539 001** | Jun 26, 2003 |
| **AP** | | HIKMA FARMACEUTICA | **EQ 100MG BASE/ML** | **A078523 001** | Feb 17, 2010 |

VALPROIC ACID
  CAPSULE;ORAL
    **DEPAKENE**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | **+!** | ABBVIE | **250MG** | **N018081 001** | |

    **VALPROIC ACID**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | | BIONPHARMA INC | **250MG** | **A073484 001** | Jun 29, 1993 |
| **AB** | | CATALENT | **250MG** | **A073229 001** | Oct 29, 1991 |
| **AB** | | SUN PHARM INDS LTD | **250MG** | **A091037 001** | Feb 22, 2013 |

  SYRUP;ORAL
    **DEPAKENE**

| | | | | | |
|---|---|---|---|---|---|
| **AA** | **+!** | ABBVIE | **250MG/5ML** | **N018082 001** | |

    **VALPROIC ACID**

| | | | | | |
|---|---|---|---|---|---|
| **AA** | | ANI PHARMS INC | **250MG/5ML** | **A073178 001** | Aug 25, 1992 |
| **AA** | | ECI PHARMS LLC | **250MG/5ML** | **A090517 001** | May 28, 2010 |
| **AA** | | HIGH TECH PHARMA | **250MG/5ML** | **A074060 001** | Jan 13, 1995 |
| **AA** | | PHARM ASSOC | **250MG/5ML** | **A075379 001** | Dec 15, 2000 |
| **AA** | | VINTAGE | **250MG/5ML** | **A077960 001** | Oct 13, 2006 |
| **AA** | | VISTAPHARM | **250MG/5ML** | **A075782 001** | Dec 22, 2000 |
| **AA** | | WOCKHARDT BIO AG | **250MG/5ML** | **A070868 001** | Jul 01, 1986 |

VALRUBICIN
  SOLUTION;INTRAVESICAL
    VALSTAR PRESERVATIVE FREE

| | | | | | |
|---|---|---|---|---|---|
| | +! | ENDO PHARM | 40MG/ML | N020892 001 | Sep 25, 1998 |

VALSARTAN
  SOLUTION;ORAL
    PREXXARTAN

| | | | | | |
|---|---|---|---|---|---|
| | +! | CARMEL BIOSCIENCES | 20MG/5ML | N209139 001 | Dec 19, 2017 |
| | +! | | 80MG/20ML | N209139 002 | Dec 19, 2017 |

  TABLET;ORAL
    **DIOVAN**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | **+** | NOVARTIS | **40MG** | **N021283 004** | Aug 14, 2002 |
| **AB** | **+** | | **80MG** | **N021283 001** | Jul 18, 2001 |
| **AB** | **+** | | **160MG** | **N021283 002** | Jul 18, 2001 |
| **AB** | **+!** | | **320MG** | **N021283 003** | Jul 18, 2001 |

    **VALSARTAN**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | | ALEMBIC PHARMS LTD | **40MG** | **A091367 001** | Jan 05, 2015 |
| **AB** | | | **80MG** | **A091367 002** | Jan 05, 2015 |
| **AB** | | | **160MG** | **A091367 003** | Jan 05, 2015 |
| **AB** | | | **320MG** | **A091367 004** | Jan 05, 2015 |
| **AB** | | AMNEAL PHARMS | **40MG** | **A204011 001** | Jan 11, 2016 |
| **AB** | | | **80MG** | **A204011 002** | Jan 11, 2016 |
| **AB** | | | **160MG** | **A204011 003** | Jan 11, 2016 |
| **AB** | | | **320MG** | **A204011 004** | Jan 11, 2016 |
| **AB** | | AUROBINDO PHARMA LTD | **40MG** | **A202223 001** | Jan 05, 2015 |
| **AB** | | | **80MG** | **A202223 002** | Jan 05, 2015 |
| **AB** | | | **160MG** | **A202223 003** | Jan 05, 2015 |
| **AB** | | | **320MG** | **A202223 004** | Jan 05, 2015 |
| **AB** | | HETERO LABS LTD V | **40MG** | **A203311 001** | Jan 05, 2015 |
| **AB** | | | **80MG** | **A203311 002** | Jan 05, 2015 |
| **AB** | | | **160MG** | **A203311 003** | Jan 05, 2015 |
| **AB** | | | **320MG** | **A203311 004** | Jan 05, 2015 |
| **AB** | | IVAX PHARMS | **40MG** | **A077530 001** | Jan 04, 2016 |
| **AB** | | | **80MG** | **A077530 002** | Jan 04, 2016 |
| **AB** | | | **160MG** | **A077530 003** | Jan 04, 2016 |
| **AB** | | | **320MG** | **A077530 004** | Jan 04, 2016 |
| **AB** | | JUBILANT GENERICS | **40MG** | **A203536 001** | Jan 05, 2015 |
| **AB** | | | **80MG** | **A203536 002** | Jan 05, 2015 |
| **AB** | | | **160MG** | **A203536 003** | Jan 05, 2015 |
| **AB** | | | **320MG** | **A203536 004** | Jan 05, 2015 |
| **AB** | | LUPIN LTD | **40MG** | **A201677 001** | Jan 05, 2015 |
| **AB** | | | **80MG** | **A201677 002** | Jan 05, 2015 |
| **AB** | | | **160MG** | **A201677 003** | Jan 05, 2015 |

VALSARTAN
  TABLET;ORAL
    **VALSARTAN**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | | **320MG** | **A201677 004** | Jan 05, 2015 |
| **AB** | MACLEODS PHARMS LTD | **40MG** | **A202696 001** | Sep 16, 2016 |
| **AB** | | **80MG** | **A202696 002** | Sep 16, 2016 |
| **AB** | | **160MG** | **A202696 003** | Sep 16, 2016 |
| **AB** | | **320MG** | **A202696 004** | Sep 16, 2016 |
| **AB** | MYLAN PHARMS INC | **40MG** | **A090866 001** | Jan 05, 2015 |
| **AB** | | **80MG** | **A090866 002** | Jan 05, 2015 |
| **AB** | | **160MG** | **A090866 003** | Jan 05, 2015 |
| **AB** | | **320MG** | **A090866 004** | Jan 05, 2015 |
| **AB** | OHM LABS INC | **40MG** | **A077492 001** | Jun 26, 2014 |
| **AB** | | **80MG** | **A077492 002** | Jun 26, 2014 |
| **AB** | | **160MG** | **A077492 003** | Jun 26, 2014 |
| **AB** | | **320MG** | **A077492 004** | Jun 26, 2014 |
| **AB** | PRINSTON INC | **40MG** | **A204821 001** | Jun 09, 2015 |
| **AB** | | **80MG** | **A204821 002** | Jun 09, 2015 |
| **AB** | | **160MG** | **A204821 003** | Jun 09, 2015 |
| **AB** | | **320MG** | **A204821 004** | Jun 09, 2015 |
| **AB** | TORRENT PHARMS LTD | **40MG** | **A202728 001** | Jan 05, 2015 |
| **AB** | | **80MG** | **A202728 002** | Jan 05, 2015 |
| **AB** | | **160MG** | **A202728 003** | Jan 05, 2015 |
| **AB** | | **320MG** | **A202728 004** | Jan 05, 2015 |
| **AB** | WATSON LABS INC | **40MG** | **A090642 001** | Jan 05, 2015 |
| **AB** | | **80MG** | **A090642 002** | Jan 05, 2015 |
| **AB** | | **160MG** | **A090642 003** | Jan 05, 2015 |
| **AB** | | **320MG** | **A090642 004** | Jan 05, 2015 |

VANCOMYCIN HYDROCHLORIDE
  CAPSULE;ORAL
    **VANCOCIN HYDROCHLORIDE**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | + | ANI PHARMS INC | **EQ 125MG BASE** | **N050606 001** | Apr 15, 1986 |
| **AB** | +! | | **EQ 250MG BASE** | **N050606 002** | Apr 15, 1986 |

    **VANCOMYCIN HYDROCHLORIDE**

| | | | | | |
|---|---|---|---|---|---|
| **AB** | AKORN | **EQ 125MG BASE** | **A065478 001** | Apr 09, 2012 |
| **AB** | | **EQ 250MG BASE** | **A065478 002** | Apr 09, 2012 |
| **AB** | FRESENIUS KABI USA | **EQ 125MG BASE** | **A065453 001** | Jun 18, 2012 |
| **AB** | | **EQ 250MG BASE** | **A065453 002** | Jun 18, 2012 |
| **AB** | LUPIN LTD | **EQ 125MG BASE** | **A090439 001** | Jan 28, 2015 |
| **AB** | | **EQ 250MG BASE** | **A090439 002** | Jan 28, 2015 |
| **AB** | STRIDES PHARMA | **EQ 125MG BASE** | **A065490 001** | Apr 09, 2012 |
| **AB** | | **EQ 250MG BASE** | **A065490 002** | Apr 09, 2012 |
| **AB** | WATSON LABS | **EQ 125MG BASE** | **A065510 001** | Apr 09, 2012 |
| **AB** | | **EQ 250MG BASE** | **A065510 002** | Apr 09, 2012 |

  INJECTABLE;INJECTION
    **VANCOMYCIN HYDROCHLORIDE**

| | | | | | |
|---|---|---|---|---|---|
| **AP** | AUROBINDO PHARMA LTD | **EQ 500MG BASE/VIAL** | **A205780 001** | Mar 31, 2016 |
| **AP** | | **EQ 1GM BASE/VIAL** | **A205780 002** | Mar 31, 2016 |
| **AP** | | **EQ 5GM BASE/VIAL** | **A205779 001** | Mar 29, 2016 |
| **AP** | | **EQ 10GM BASE/VIAL** | **A205779 002** | Mar 29, 2016 |
| **AP** | CFT PHARMS LLC | **EQ 5GM BASE/VIAL** | **A204125 001** | Dec 28, 2015 |
| **AP** | | **EQ 10GM BASE/VIAL** | **A204125 002** | Dec 28, 2015 |
| **AP** | | **EQ 500MG BASE/VIAL** | **A204107 001** | Dec 28, 2015 |
| **AP** | | **EQ 1GM BASE/VIAL** | **A204107 002** | Dec 28, 2015 |
| **AP** | EMCURE PHARMS LTD | **EQ 500MG BASE/VIAL** | **A202275 001** | Oct 31, 2013 |
| **AP** | | **EQ 1GM BASE/VIAL** | **A202275 002** | Oct 31, 2013 |
| **AP** | | **EQ 10GM BASE/VIAL** | **A202464 001** | Oct 09, 2013 |
| **AP** | | **EQ 5GM BASE/VIAL** | **A202274 001** | Oct 31, 2013 |
| **AP** | ! | FRESENIUS KABI USA | **EQ 500MG BASE/VIAL** | **A062663 001** | Mar 17, 1987 |
| **AP** | | **EQ 750MG BASE/VIAL** | **A062663 005** | Aug 17, 2016 |
| **AP** | ! | **EQ 1GM BASE/VIAL** | **A062663 002** | Jul 31, 1987 |
| **AP** | ! | **EQ 5GM BASE/VIAL** | **A062663 003** | Jun 03, 1988 |
| **AP** | ! | **EQ 10GM BASE/VIAL** | **A062663 004** | Nov 25, 1997 |
| **AP** | GLAND PHARMA LTD | **EQ 500MG BASE/VIAL** | **A205694 001** | Jan 21, 2016 |
| **AP** | | **EQ 1GM BASE/VIAL** | **A205694 002** | Jan 21, 2016 |
| **AP** | ! | HOSPIRA | **EQ 500MG BASE/VIAL** | **A062911 001** | Aug 04, 1988 |
| **AP** | ! | **EQ 500MG BASE/VIAL** | **A062931 001** | Oct 29, 1992 |
| **AP** | ! | **EQ 750MG BASE/VIAL** | **A062912 002** | Jan 07, 2009 |
| **AP** | ! | **EQ 750MG BASE/VIAL** | **A062933 002** | May 27, 2009 |
| **AP** | ! | **EQ 1GM BASE/VIAL** | **A062912 001** | Aug 04, 1988 |
| **AP** | ! | **EQ 1GM BASE/VIAL** | **A062933 001** | Oct 29, 1992 |