# Exhibit 50



# Zhejiang Jianye Chemical Co.,Ltd

Add: 48th Fuxi Road, Meicheng Town, Jiande City, Zhejiang Province 311604 China
Tel:+86-571-64149210, 64149273          Fax:+86-571-64141300
URL: http://www.chinaorganicchem.com
E-mail: trade@chinaorganicchem.com      sale@chinaorganicchem.com

## CERTIFICATE OF ANALYSIS

DATE:NOV.25,2012
LOT NO.:201209-207-80

## Triethylamine Analysis

| Property | | Specifications | Results |
|---|---|---|---|
| Triethylamine, | wt% | 99.5 Min | 99.9 |
| Water, | wt% | 0.1 Max | 0.02 |
| Monoethylamine, | wt% | 0.1 Max | 0.01 |
| Diethylamine, | wt% | 0.1 Max | 0.01 |
| Ethanol, | wt% | 0.1 Max | N.D |
| Color, | APHA | 15 Max | 10 |

浙江建业化工股份有限公司
ZHEJIANG JIANYE CHEMICAL CO., LTD.



Sign: 郑丰平