Exhibit 98



| | PMS 286C | | PMS 199 Red | | Label size: 108 X 29 mm |
| PMS 286C 49% | | BLACK | | |



PMS 286C

PMS 199 Red

PMS 286C 49%

BLACK

Label size:
120 X 35 mm

PRINSTON00065546



**Each tablet contains:**
80 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

Issued: MAR2016

17250-01
03/2016

NDC 43547-311-50          Rx only

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**80/12.5 mg**

**500 Tablets**

**Solco®**
Healthcare U.S.
www.solcohealthcare.com

NVZ

EXP.
LOT

| PMS 286C | PMS 199 Red |
| PMS 286C 49% | BLACK |

Label size:
130 X 45 mm

PRINSTON00065547



Each tablet contains:
160 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

Usual dosage: See package insert.

Store at 20-25°C (68-77°F); excursions permitted to
15-30°C (59-86°F) [See USP Controlled Room Temperature].
Protect from moisture.

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

Manufactured by:
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

Distributed by:
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA
Issued: MAR2016

17251-01
03/2016

NDC 43547-312-03          Rx only

Valsartan and Hydrochlorothiazide
Tablets, USP

160/12.5 mg

30 Tablets

Solco
Healthcare U.S.
www.solcohealthcare.com

| PMS 286C | PMS Process Blue | Label size:<br>108 X 29 mm |
| PMS 286C 49% | BLACK | |

PRINSTON00065548



Each tablet contains:
160 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

Usual dosage: See package insert.

Store at 20–25°C (68–77°F); excursions permitted to
15–30°C (59–86°F) [See USP Controlled Room Temperature].
Protect from moisture.

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

Manufactured by:
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

Distributed by:
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

Issued: MAR2016

17252-01
03/2016

NDC 43547-312-09

Rx only

**Valsartan and Hydrochlorothiazide Tablets, USP**

**160/12.5 mg**

90 Tablets

Solco®
Healthcare U.S.
www.solcohealthcare.com

ZVN

EXP        LOT

PMS 286C

PMS 286C 49%

PMS Process Blue

BLACK

Label size:
120 X 35 mm

PRINSTON00065549



**Each tablet contains:**
160 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).
Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

**Issued:** MAR2016

17253-01
03/2016

NDC 43547-312-50     **R only**

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**160/12.5 mg**

**500 Tablets**

**Solco®**
Healthcare U.S.
www.solcohealthcare.com

EXP
LOT

PMS 286C

PMS 286C 49%

PMS Process Blue

BLACK

Label size:
160 X 60 mm

PRINSTON00065550



**Each tablet contains:**
160 mg of Valsartan USP and 25 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA
**Issued: MAR2016**

17254-01
03/2016

NDC 43547-313-03      **Rx only**

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**160/25 mg**

**30 Tablets**

**Solco®**
Healthcare U.S.
www.solcohealthcare.com

NVZ



| | PMS 286C | | PMS 113 Yellow |
|---|---|---|---|
| | PMS 286C 49% | | BLACK |

Label size:
108 X 29 mm

PRINSTON00065551



Each tablet contains:
160 mg of Valsartan USP and 25 mg of Hydrochlorothiazide USP

Usual dosage: See package insert.

Store at 20–25°C (68–77°F); excursions permitted to
15–30°C (59–86°F) [See USP Controlled Room Temperature].
Protect from moisture.

Dispense in tight container (USP).
Keep this and all drugs out of the reach of children.

Manufactured by:
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

Distributed by:
Solco Healthcare US, LLC.
Cranbury, NJ 08512, USA

Issued: MAR 2016

17255-01
03/2016

NDC 43547-313-09

Rx only

Valsartan and Hydrochlorothiazide
Tablets, USP

160/25 mg

90 Tablets

Solco®
Healthcare U.S.
www.solcohealthcare.com

NVZ

EXP    LOT

PMS 286C

PMS 286C 49%

PMS 113 Yellow

BLACK

Label size:
120 X 35 mm

PRINSTON00065552



**Each tablet contains:**
160 mg of Valsartan USP and 25 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).
Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

**Issued:** MAR2016

17256-01
03/2016

NDC 43547-313-50        R only

**Valsartan and Hydrochlorothiazide Tablets, USP**

**160/25 mg**

**500 Tablets**

Solco®
Healthcare U.S.
www.solcohealthcare.com

ZVN

EXP.    LOT

PMS 286C
PMS 286C 49%
PMS 113 Yellow
BLACK

Label size:
160 X 60 mm

PRINSTON00065553



**Each tablet contains:**
320 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to
15-30°C (59-86°F) [See USP Controlled Room Temperature].
Protect from moisture.**

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA
**Issued: MAR2016**

NDC 43547-314-03          **Rx only**

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**320/12.5 mg**

30 Tablets

Solco®
Healthcare U.S.
www.solcohealthcare.com

12257-01
03/2016



| | PMS 286C | | PMS 375 Green | Label size: |
|---|---|---|---|---|
| | PMS 286C 49% | | BLACK | 108 X 29 mm |

PRINSTON00065554



Each tablet contains:
320 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

Usual dosage: See package insert.

Store at 20-25°C (68-77°F); excursions permitted to
15-30°C (59-86°F) [See USP Controlled Room Temperature].
Protect from moisture.

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

Manufactured by:
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

Distributed by:
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

Issued: MAR2016

17298-01
03/2016

NDC 43547-314-09

**Valsartan and Hydrochlorothiazide**
Tablets, USP

320/12.5 mg

90 Tablets

R only

Solco®
Healthcare U.S.
www.solcohealthcare.com

NVZ

EXP.    LOT

PMS 286C

PMS 286C 49%

PMS 375 Green

BLACK

Label size:
130 X 45 mm

PRINSTON00065555



Each tablet contains:
320 mg of Valsartan USP and 12.5 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20- 25°C (68- 77°F); excursions permitted to 15- 30°C (59- 86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

**Issued:** MAR2016

17259-01
03/2016

NDC 43547-314-50      Rₓ only

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**320/12.5 mg**

**500 Tablets**

Solco®
Healthcare U.S.
www.solcohealthcare.com

PMS 286C

PMS 286C 49%

PMS 375 Green

BLACK

Label size:
160 X 60 mm

PRINSTON00065556









Each tablet contains:
320 mg of Valsartan USP and 25 mg of Hydrochlorothiazide USP

Usual dosage: See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).

Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

17261-01
03/2016

**Issued: MAR2016**

NDC 43547-315-09          **R only**

# Valsartan and Hydrochlorothiazide
## Tablets, USP

**320/25 mg**

90 Tablets

**Solco®**
Healthcare U.S.
www.solcohealthcare.com

NVZ

EXP.    LOT.

---

■ PMS 286C          ■ PMS 528 Purple          | Label size:
                                                | 130 X 45 mm

■ PMS 286C 49%      ■ BLACK

PRINSTON00065558



**Each tablet contains:**
320 mg of Valsartan USP and 25 mg of Hydrochlorothiazide USP

**Usual dosage:** See package insert.

**Store at 20-25°C (68-77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]. Protect from moisture.**

Dispense in tight container (USP).
Keep this and all drugs out of the reach of children.

**Manufactured by:**
Zhejiang Huahai Pharmaceutical Co., Ltd
Xunqiao, Linhai, Zhejiang 317024, China

17262-01
03/2016

**Distributed by:**
Solco Healthcare US, LLC
Cranbury, NJ 08512, USA

**Issued:** MAR2016

NDC 43547-315-50

**Rₓ only**

**Valsartan and Hydrochlorothiazide**
Tablets, USP

**320/25 mg**

**500 Tablets**

**Solco®**
Healthcare U.S.
www.solcohealthcare.com

NVN

EXP.
LOT

| ■ PMS 286C | ■ PMS 528 Purple |
| ■ PMS 286C 49% | ■ BLACK |

Label size:
160 X 60 mm

PRINSTON00065559