# Exhibit 105



# N-Nitrosodimethylamine

# CASRN 62-75-9 | DTXSID7021029

- IRIS Summary (PDF)  (11 pp, 105 K)

**Key IRIS Values** | Other EPA Information

## Noncancer Assessment

**Reference Dose for Oral Exposure (RfD) (PDF)**  (11 pp, 105 K)
Not assessed under the IRIS Program.                           Last Updated:

**Reference Concentration for Inhalation Exposure (RfC) (PDF)** (11 pp, 105 K)
Not assessed under the IRIS Program.

## Cancer Assessment

**Weight of Evidence for Cancer (PDF)** (11 pp, 105 K)
Last Updated: 01/31/1987

| WOE Characterization | Framework for WOE Characterization |
|---|---|
| B2 (Probable human carcinogen - based on sufficient evidence of carcinogenicity in animals) | Guidelines for Carcinogen Risk Assessment (U.S. EPA, 1986) |

**Basis:**

- Induction of tumors at multiple sites in both rodents and nonrodent mammals exposed by various routes.
- This may be a synopsis of the full weight-of-evidence narrative.

**Quantitative Estimate of Carcinogenic Risk from Oral Exposure (PDF)** (11 pp, 105 K)

**Oral Slope Factor:** $5.1 \times 10^1$ per mg/kg-day
**Drinking Water Unit Risk:** $1.4 \times 10^{-3}$ per µg/L
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

**Quantitative Estimate of Carcinogenic Risk from Inhalation Exposure (PDF)** (11 pp, 105 K)

**Inhalation Unit Risk:** $1.4 \times 10^{-2}$ per µg/m$^3$
**Extrapolation Method:** Weibull, extra risk
**Tumor site(s):** Hepatic
**Tumor type(s):** Liver tumors (Peto et al., 1984)

You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

Contact Us to ask a question, provide feedback or report a problem.

# Related Links

- EPA Chemicals Dashboard - N-Nitrosodimethylamine

# Tumor Sites



Hepatic

# Chemical Structure for N-Nitrosodimethylamine



## Synonyms

- Dimethylamine, n-nitroso
- Dimethylnitrosamin
- Dimethylnitrosamine
- Dmna: dmn
- Methylamine, n-nitrosodi-

more synonyms

LAST UPDATED ON {MONTH DAY, YYYY}