# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## NOTICE OF DEFENDANTS TORRENT PHARMACEUTICALS LTD. AND TORRENT PHARMA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on February 5, 2024, or as soon thereafter as counsel may be heard, the undersigned Defendants shall move for entry of an Order for Partial Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the undersigned Defendants shall rely upon the Memorandum of Law in Support of Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.'s Motion for Partial Summary Judgment submitted herewith, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: December 22, 2023 Respectfully submitted,

/s/ *Alexia R. Brancato*

KIRKLAND & ELLIS LLP
Alexia R. Brancato
Devora W. Allon
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Alexia.brancato@kirkland.com
Devora.allon@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

2

## CERTIFICATE OF SERVICE

I, Alexia R. Brancato, an attorney, hereby certify that on December 22, 2023, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF.

*/s/ Alexia R. Brancato*
Alexia R. Brancato
Kirkland & Ellis LLP