UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER FOR PARTIAL SUMMARY JUDGMENT** |

# ORDER

**THIS MATTER**, having been presented to the Court by Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc. for entry of an order granting partial summary judgment, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on the ___ day of _____, 2024

ORDERED as follows:

Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.'s Motion for Partial Summary Judgment is granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J