[ECF No. 2515]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | MDL No. 19-2875 |

## ORDER

This matter having come before the Court by way of the Motion to Withdraw as Counsel [ECF No. 2515] filed by Kevin M. Capuzzi, Esquire, counsel for Defendant Macleods Pharma USA, Inc. ("Macleods"); and there being no opposition to the motion; and counsel requesting to withdraw on behalf of himself and his firm, Benesch, Friedlander, Coplan & Aronoff LLP; and Mr. Capuzzi representing that he has been informed that Macleods has retained substitute counsel in this action, whose appearance should be forthcoming; and the Court noting that said substitute counsel have since appeared on behalf of Macleods; and the Court further noting that Mr. Capuzzi and his law firm have since been terminated; and the Court exercising its discretion to decide the motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **2nd** day of **January**, **2024**, that the Motion to Withdraw as Counsel [ECF No. 2515] is **DENIED** as moot.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc: Hon. Robert B. Kugler, U.S.D.J.