IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 19-2875<br><br>Honorable Robert B. Kugler, District Court Judge |

**SPECIAL MASTER ORDER NO. 88**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Several defendants had requested to redact and seal the "Final GMP Inspection Report" issued by the European Medicines Agency ("EMA") and the European Directorate for the Quality of Medicines & HealthCare ("EDQM") in connection with a September 2018 investigation of the contamination of Valsartan by N-nitrosodimethylamine ("NDMA"). The Final GMP Report had been submitted as Exhibit "CC" to the Plaintiffs' April 27, 2021 agenda letter, ECF No. 1189. While that request was pending, the parties submitted a "Consented" motion to extend the time to seal the transcript of oral arguments presented on the request to redact the Final GMP Inspection Report. (ECF No. 1920.) Specifically, the parties requested that the deadline for moving to redact and seal the transcript be extended until fourteen (14) days following the entry of the Special Discovery Master's order on the redaction request. The parties' motion explained that "the

scope of any such motion to redact and seal [the January 18, 2022, transcript] is dependent upon the content of the Special Discovery Master's Order when issued." (*Id.* at 2.)

By Special Master Order No. 77 (ECF No. 2405), issued on May 24, 2023, the request to redact the Final GMP Inspection Report was denied, and it was further ordered that the Report be unsealed and be made available to the public. No party challenged Special Master Order No. 77. Nor did any party seek to redact and seal the January 18, 2022, transcript.

The Consented Motion to Extend the deadline to seek to seal the January 18, 2022, transcript, however, remains pending on the Court's docket. Furthermore, a review of the docket indicates that the transcript of the January 18, 2022, proceeding (ECF No. 1886) is now publicly accessible. Under these circumstances the Consented Motion to extend the time for moving to redact and seal the transcript of the January 18, 2022, oral argument is moot.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT THE** Consented Motion for Extension of Time to File Motion to Redact and Seal Portions of the January 18, 2022, Hearing Transcript (ECF No. 1920) is **DENIED AS MOOT.**

                                              s/ Thomas I. Vanaskie
                                              Hon. Thomas I. Vanaskie (Ret.)
                                              Special Master