UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875  HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PLAINTIFFS' MOTION TO SEAL DOCKET NO. 2560**

Pursuant to Local Rule 5.3, TPP Trial Plaintiffs hereby request that the Court seal Docket No. 2560, an unredacted copy of the TPP Trial Plaintiffs' Statement of Undisputed Material Facts as to Torrent, in the above-captioned matter.

On December 22, 2023, the TPP Trial Plaintiffs inadvertently filed the unredacted copy of the TPP Trial Plaintiffs' Statement of Undisputed Material Facts as to Torrent, rather than the redacted copy. Upon realizing this, the TPP Trial Plaintiffs contacted the Clerk. Plaintiffs also filed an amended, redacted copy of the TPP Trial Plaintiffs' Statement of Undisputed Material Facts as to Torrent, Docket No. 2563, which was identical but for redactions of all quotations from documents marked confidential.

Plaintiffs and Defendants have conferred and Defendants have stated they do not oppose this Motion.

1

Dated: December 27, 2023          Respectfully submitted,

*/s/ Ruben Honik*
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

*/s/ Daniel Nigh*
Daniel Nigh
**NIGH, GOLDENBERG, RASO, & VAUGHN PLLC**
14 Ridge Square NW, 3rd Floor
Washington DC 20016
Phone: (202) 792-7927
dnigh@nighgoldenberg.com

*/s/ Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*MDL Plaintiffs' Co-Lead Counsel*

/s/ *Jorge Mestre*
Jorge Mestre
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
Phone (305) 445-2500
jmestre@riveromestre.com

/s/ *Gregory P. Hansel*
Gregory P. Hansel
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, CHARTERED, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
Phone: (207) 791-3000
ghansel@preti.com

*Third-Party Payor Economic Loss Co-Lead Class Counsel*