## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |
| THIS DOCUMENT RELATES TO ALL CASES | [PROPOSED] ORDER GRANTING MOTION TO SEAL |

## <u>ORDER</u>

THIS MATTER, having been presented to the Court by the TPP Trial Plaintiffs for entry of an Order to Seal Docket No. 2560, TPP Trial Plaintiffs' Statement of Undisputed Material Facts as to Torrent (Unredacted), and the Court having considered the matter, and for good cause shown:

IT IS on the ___ day of _____, 2024 ORDERED as follows: Plaintiffs' Motion to Seal Docket No. 2560 is granted in its entirety.

_____
Hon. Robert B. Kugler, U.S.D.J