UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 4, 2024

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   ANN MARIE MITCHELL

**TITLE OF CASE:**     **DOCKET NO.:** 19-md-2875 (RBK)(KMW)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                    FOR DEFENDANTS:
As stated on the record              As stated on the record.

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

**DISPOSITION:**
Case management conference held on the record via Teams videoconference.
Ordered Case Management conference set for February 1, 2024 at 1:00PM via videoconference.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:00p.m.    Time Adjourned:  2:20p.m.    Total Time in Court: 1:20