THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

_____:
:
**In re: VALSARTAN, LOSARTAN, and IRBESARTAN** :
**PRODUCTS LIABILITY LITIGATION** : Master Docket No. 19-2875 (RBK/SAK)
:
:
: **Order on Liability Expert Reports**
: **under *FRE* 702**
:
*This Document Applies to All Actions* :
_____:

**KUGLER**, United States District Judge:

**BEFORE THE COURT** in this multidistrict litigation ("MDL") are several motions from both parties seeking to preclude reports of the other party's liability experts.

**The COURT HAVING REVIEWED** the parties' submissions without a hearing in accordance with *Loc.R. 78.1 (b)*, for good cause shown and for the reasons stated in an accompanying Opinion of this date

**IT IS HEREBY ORDERED:**

Plaintiffs' motion Doc. No. 2286 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Ali Afnan's liability opinions;

Plaintiffs' motion Doc. No. 2297 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Timothy Anderson's liability opinions;

Plaintiff's motion Doc. No. 2289 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Steven Baertschi's liability opinions;

Plaintiffs' motion Doc. No. 2293 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Michael Bottorff's liability opinions;

Plaintiffs' motion Doc. No. 2298 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for John Flack's liability opinions;

Plaintiffs' motion Doc. No. 2299 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Timothy Kosty's liability opinions;

Plaintiffs' motion Doc. No. 2301 is **GRANTED IN PART AND DENIED IN PART** as specifically

stated in the accompanying Court Opinion for Akhilesh Nagaich's liability opinions;

Plaintiffs' motion Doc. No. 2295 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Roger Williams' liability opinions;

Plaintiffs' motion Doc. No. 2288 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Fengtian Xue's liability opinions;

Defendants' motion Doc. No. 2284 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion below for Susan Bain's liability opinions;

Defendants' motion Doc. No. 2287 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Laura Craft's liability opinions;

Defendants' motion Doc. No. 2292 is **DENIED** as to the liability opinions of Steven Hecht;

Defendants' motion Doc. No. 2292 is **GRANTED IN PART and DENIED IN PART** as specifically stated in the accompanying Court Opinion on regards Ramin Najafi's liability opinions;

Defendants' motion Doc. No. 2291 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Kaliope Panagos' liability opinions.

Defendants' motion Doc. No. 2285 is **GRANTED IN PART AND DENIED IN PART** as specifically stated in the accompanying Court Opinion for Laura Plunkett's liability opinions.

Defendants' motion Doc. No. 2296 is **DENIED** as to the liability opinions of Philip Russ.

Dated:  5 January 2024                    /s Robert B. Kugler
                                          The Honorable Robert B. Kugler
                                          United States District Judge