# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 19-2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## SPECIAL MASTER ORDER NO. 89

**NOW, this 5ᵗʰ Day of January 2024,** consistent with the ruling made on the record during the January 4, 2024, case management conference, **IT IS HEREBY ORDERED THAT:** supplemental Depositions of TPP damages experts shall not exceed four (4) hours in duration, with the scope of the supplemental depositions reasonably limited to the supplemental expert witness reports.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master