UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL NO. 1:19-MD-02875<br><br>Honorable Robert B. Kugler, District Judge |
| *THIS DOCUMENT RELATES TO:* | Honorable Joel Schneider, Magistrate Judge |

| | |
|---|---|
| **Susan Schaefer and Scott Schaefer** | Case No.: 1:23-cv-21673-RBK |

### NOTICE OF CHANGE OF LAW FIRM NAME

COMES NOW, Counsel for Plaintiffs in the above-captioned actions provides notice to the Court and all parties concerned that the undersigned law firm name has changed. GoldenbergLaw, PLLC is now Goldenberg Lauricella, PLLC. The undersigned counsel's contact information has not changed. As of the date of this filing, all notices and pleadings should be addressed as outlined below.

| | |
|---|---|
| Dated: <u>January 9, 2024</u> | Respectfully Submitted by,<br><br>**GOLDENBERG LAURICELLA, PLLC**<br><br>By: <u>*/s/ Stuart L. Goldenberg*</u><br>Stuart L. Goldenberg (MN #0158719)<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>(612) 333-4662 (Tel)<br>(612) 367-8107 (Fax)<br>slgoldenberg@goldenberglaw.com |

1