# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 19-2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## SPECIAL MASTER ORDER NO. 90

**NOW, this 11th Day of January, 2024,** consistent with the discussion on the record during the January 4, 2024, case management conference, **IT IS HEREBY ORDERED THAT:**

1. Defendants shall submit their letter brief addressing any disputes with respect to the contents of Plaintiffs Fact Sheets for the Losartan and Irbesartan cases no later than **January 16, 2024.**

2. Plaintiffs shall submit their responsive letter brief no later than **January 23, 2024**.

3. Oral argument on the disputes concerning the contents of the Plaintiffs Fact Sheets for the Losartan and Irbesartan cases shall be presented via the Teams App on **January 24, 2024, at 1:00 p.m**.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master