# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING ZHP DEFENDANTS' MOTION TO AMEND OR CORRECT THE COURT'S OPINION ON THE PARTIES' LIABILITY EXPERTS** |

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") for entry of an order amending or correcting the Court's January 5, 2024 opinion on the parties' liability experts, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

The ZHP Defendants' Motion for to amend or correct is **GRANTED**, and an amended opinion shall be issued regarding the parties' liability experts.

                                                                                                                            _____
                                                                                                                            Hon. Robert B. Kugler, U.S.D.J.