THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In re*: Valsartan, Losartan, And Irbesartan Products Liability Litigation | Master Docket No. 19-2875 (RBK/SAK) |
| | **Case Management Order 32D** |
| *This Document Applies to All Actions* | |

**KUGLER**, United States District Judge:

**THIS MATTER COMING BEFORE THE COURT** on defendants' letter request (Doc. No. 2588, dated 12 Jan 2024) proposing as required in Case Management Order ["CMO"] 32B (Doc. No. 2546) an amended schedule relative to that set forth in CMO 32C (Doc. No. 2557, dated 21 Dec 2023) for completing supplemental depositions of the parties' damages experts, and Rule 702/*Daubert* briefing on the reports of the parties' damages experts;

**THE COURT ACKNOWLEDGING** the parties' agreement to the proposed scheduling in Doc. No. 2588,

**IT IS HEREBY ORDERED:**

**Moved from 26 January 2024 to 5 February 2024:** the new deadline for completing supplemental depositions of damages experts, with the following notations:

- the supplemental deposition of plaintiffs' expert, Rena Conti, is scheduled for 1 February 2024, and

- the supplemental deposition of defendants' expert, Wayne Gibson, is scheduled for 5 February 2024;

**Moved from 5 February 2024 to 12 February 2024**: the new due date of the parties' opening Rule 702/*Daubert* motions to preclude reports of the damages experts;

**Moved from 19 February 2024 to 26 February 2024**: the new due date of the parties' Oppositions to these Rule 702/*Daubert* motions;

**Moved from 28 February 2024 to 6 March 2024**: the new due date of the parties' Replies to the Rule 702/*Daubert* Oppositions.

Date: 19 January 2024

/s Robert B. Kugler
Honorable Robert B. Kugler
United States District Judge