**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER**<br>**CIVIL NO. 19-2875 (RBK)** |

**SUPPLEMENTAL CERTIFICATION OF DANIEL NIGH IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS IN OPPOSITION TO TORRENT'S MOTION FOR PARTIAL SUMMARY JUDMGENT**

1. I am an attorney at law within the State of Florida, and a partner with the law firm of NIGH GOLDENBERG RASO, & VAUGHN, PLLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion for partial summary judgment.

2. Attached hereto as **Exhibit 27** is a true and correct copy of TORRENT-MDL2875-00003958.

3. Attached hereto as **Exhibit 28** is a true and correct copy of TORRENT-MDL2875-00131242.

4. Attached hereto as **Exhibit 29** is a true and correct copy of TORRENT-MDL2875-00516411.

5. Attached hereto as **Exhibit 30** is a true and correct copy of TORRENT-MDL2875-00007067.

6. Attached hereto as **Exhibit 31** is a true and correct copy of TORRENT-MDL2875-00072542.

7. Attached hereto as **Exhibit 32** is a true and correct copy of TORRENT-MDL2875-00133508.

8. Attached hereto as **Exhibit 33** is a true and correct copy of TORRENT-MDL2875-00436416.

9. Attached hereto as **Exhibit 34** is a true and correct copy of TORRENT-MDL2875-00005763.

10. Attached hereto as **Exhibit 35** is a true and correct copy of TORRENT-MDL2875-00188957.

11. Attached hereto as **Exhibit 36** is a true and correct copy of TORRENT-MDL2875-00188953.

**NIGH, GOLDENBERG, RASO, & VAUGHN**
Attorneys for Plaintiffs

By: /s/ Daniel Nigh

Dated: January 22, 2024