# Exhibits 27 through 36 to the Supplemental Certification of Daniel Nigh are designated "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL."