Exhibit 167

**Abbreviations** *(Continued)*

| | |
|---|---|
| Neu5Gc | *N*-Glycolylneuraminic acid |
| Xyl | D-Xylose |

**Additional Definitions**

**High mannose**—Glycan chains containing two core GlcNAc residues and between five and nine Man residues, and lacking Gal, GlcNAc, or Neu5Ac residues in the antennae. Such chains are typically found in mammalian glycans.

**Hypermannosylation**—(i) Addition of Man residues to high mannose chains creating chains with large numbers of Man residues, and (ii) *O*-Man linked glycan chains with multiple Man residues synthesized by yeast.

**Paucimannose**—Glycan chains containing two core GlcNAc residues between two and four Man residues. Core-linked Fucα1,3 and/or Fucα1,6 residues may be present.

**Oligomannose**—Used here as a generic term to include high mannose, paucimannose, and *N*-linked hyper-mannosylated chains.

# ⟨1086⟩ IMPURITIES IN DRUG SUBSTANCES AND DRUG PRODUCTS

## INTRODUCTION

This general information chapter is intended to provide common terminology for impurities and degradation products that may be present in compendial drug substances and drug products. Impurities or degradation products in drug substances can arise during the manufacturing process or during storage of the drug substance. The degradation products in drug products can arise from drug substances or reaction products of the drug substance with the environment, with an excipient, or an immediate container–closure system. Biological and biotechnological products, fermentation products and semisynthetic products derived therefrom, and radiopharmaceutical products are not covered in this chapter.

Communications about impurities and degradation products in compendial articles may be improved by including in this Pharmacopeia the definitions of terms and the contexts in which these terms are used. (See *Definitions* below.) There has been much activity and discussion in recent years about the definition of terms. Certain industry-wide concerns about terminology and context deserve widespread publication and ready retrievability and are included here. See section *5.60, Impurities and Foreign Substances* in section *5, Monograph Components* under *General Notices and Requirements,* as well as the general chapter *Ordinary Impurities* ⟨466⟩. Some other general chapters added over the years have also addressed topics of purity or impurity as these have come into focus or as analytical methodology has become available. Analytical aspects are enlarged upon in the chapter *Validation of Compendial Procedures* ⟨1225⟩.

Purity or impurity measurements for drug products present a challenge to Pharmacopeial standards-setting. Where degradation of a drug product over time is at issue, the same analytical methods that are stability-indicating are also purity-indicating. Resolution of the active ingredient(s) from the excipients necessary to the preparation presents the same qualitative problem. Thus, many monographs for Pharmacopeial preparations feature chromatographic assays.

Where more significant impurities are known, some monographs set forth specific limit tests. In general, however, this Pharmacopeia does not repeat impurity tests in subsequent preparations where these appear in the monographs of drug substances and where these impurities are not expected to increase. It is presumed that adequate retention specimens are in storage for the exact batch of drug substances used in any specific lot of a drug product. Whenever analysis of an official article raises a question of the official attributes of any of the drug substances used, subsequent analysis of retention specimens is in order.

## DRUG SUBSTANCE

**Classification of Impurities**—Impurities can be classified into the following categories:
1. Organic impurities (process- and drug-related)
2. Inorganic impurities
3. Residual solvents

Organic impurities can arise during the manufacturing process and/or storage of the drug substance. They can be identified or unidentified, volatile or nonvolatile, and include the following:
1. Starting materials
2. Byproducts
3. Intermediates
4. Degradation products
5. Reagents, ligands, and catalysts
6. Geometric and stereoisomers

Inorganic impurities can result from the manufacturing process. They are normally known and identified and include the following:
1. Reagents, ligands, and catalysts
2. Heavy metals or other residual metals
3. Inorganic salts
4. Other materials (e.g. filter aids, charcoal)

Residual solvents are organic liquids used as vehicles for the preparation of solutions or suspensions in the synthesis of a drug substance. Because these are generally of known toxicity, the selection of appropriate controls is easily accomplished (see *Residual Solvents* ⟨467⟩).

Concepts for setting impurity or degradation product limits in drug substances are based on chemistry and safety concerns. As such, limits for organic and inorganic impurities and residual solvents should be established for drug substances. The basic tenet for setting limits is that levels of impurities or degradation products in a drug substance must be controlled throughout its development to ensure its safety and quality for use in a drug product.

Documented evidence that the analytical procedure used to evaluate impurities or degradation products is validated and suitable for the detection and quantification of impurities or degradation products should be established.

## DRUG PRODUCT

The specification for a drug product should include a list of degradation products expected to occur during manufacture of the commercial product and under recommended storage conditions. Stability studies, knowledge of degradation pathways, product development studies, and laboratory studies should be used to characterize the degradation profile. The selection of degradation products in the drug product specification should be based on the degradation products found in batches manufactured by the proposed commercial process.

This rationale should include a discussion of the degradation profiles observed in the safety and clinical development batches and in stability studies, together with a consideration of the degradation profile of batches manufactured by the proposed commercial process. For degradation products known to be unusually potent or to produce toxic or unex-

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

pected pharmacological effects, the quantitation/detection limit of the analytical procedures should be commensurate with the level at which the degradation products should be controlled.

For drug products the concept for setting degradation product limits is based on sound scientific judgment as applied to available data on the safety and stability of the drug product, data that may include the degradation pathways of the drug substance, the manufacturing process, known excipient interactions, any safety assessment studies, stability studies conducted under the recommended storage conditions, and ancillary studies that may provide additional information on the stability profile of the drug product. Impurities that are not degradation products (e.g., process impurities from the drug substance) are often not controlled in the drug product, as they are typically controlled in the drug substance and these impurities are not expected to increase over time. Additional guidance for setting limits can be found in various ICH and FDA guidance documents, as well as in the USP monograph submission guidelines.

Documented evidence that the analytical procedure used to evaluate impurities or degradation products is validated and suitable for the detection and quantification of impurities or degradation products should be established.

Drug products should contain levels of residual solvents no higher than can be supported by safety data (see *Residual Solvents* ⟨467⟩).

## DEFINITIONS

**Concomitant Components**—Concomitant components are characteristic of many drug substances and are not considered to be impurities in the Pharmacopeial sense. Limits on contents, or specified ranges, or defined mixtures are set forth for concomitant components in this Pharmacopeia. Examples of concomitant components are geometric and optical isomers (or racemates) and antibiotics that are mixtures. Any component that can be considered a toxic impurity because of significant undesirable biological effect is not considered to be a concomitant component.

**Degradation Product**—An impurity resulting from a chemical change in the drug substance brought about during manufacture and/or storage of the drug product by the effect of, for example, light, temperature, pH, water, or by reaction with an excipient and/or the immediate container–closure system.

**Foreign Substances (Extraneous Contaminants)**—An impurity that arises from any source extraneous to the manufacturing process and that is introduced by contamination or adulteration. These impurities cannot be anticipated when monograph tests and assays are selected. The presence of objectionable foreign substances not revealed by monograph tests and assays constitutes a variance from the official standard. Examples of foreign substances include ephedrine in Ipecac or a pesticide in an oral liquid analgesic. Allowance is made in this Pharmacopeia for the detection of foreign substances by unofficial methods. (See section *5.60, Impurities and Foreign Substances* in section *5, Monograph Components* under *General Notices and Requirements*.)

**Identified Impurities and Identified Degradation Products**—Impurities or degradation products for which structural characterizations have been achieved.

**Impurity**—Any component of a drug substance that is not the chemical entity defined as the drug substance and in addition, for a drug product, any component that is not a formulation ingredient.

**Inorganic Impurities**—Inorganic impurities can result from the manufacturing process (e.g., residual metals, inorganic salts, filter aids, etc.). Inorganic impurities are typically controlled by tests such as *Heavy Metals* ⟨231⟩ and *Residue on Ignition* ⟨281⟩. Information found in *Plasma Spectrochemistry* ⟨730⟩ and *Ion Chromatography* ⟨1065⟩ may also be of value.

**Intermediate**—A material that is produced during steps of the synthesis of a drug substance and that undergoes further chemical transformation before it becomes a drug substance. The intermediate is often isolated during the process.

**Ordinary Impurities**—Some monographs make reference to ordinary impurities. For more details see *Ordinary Impurities* ⟨466⟩.

**Other impurities**—See section *5. Monograph Components* under *General Notices and Requirements.*

**Polymorphs**—Different crystalline forms of the same drug substance. These can include solvation or hydration products (also knows as pseudopolymorphs) and amorphous forms. Although polymorphs are not impurities by definition, an understanding of the crystalline forms, hydration or solvation states, or amorphous nature is critical to the overall characterization of the drug substance.

**Process Contaminants**—Process contaminants are identified or unidentified substances (excluding related substances and water), including reagents, catalysts, other inorganic impurities (e.g., heavy metals, chloride, or sulfate); and may also include foreign substances (extraneous contaminants). These contaminants may be introduced during manufacturing or handling procedures.

**Reagent**—A substance other than a starting material, intermediate, or solvent that is used in the manufacture of a drug substance.

**Related Substances**—Related substances are structurally related to a drug substance. These substances may be (a) identified or unidentified impurities arising from the synthesis manufacturing process, such as starting materials, intermediates, or by-products, and do not increase on storage, or (b) identified or unidentified degradation products that result from drug substance or drug product manufacturing processes or arise during storage of a material.

**Residual Solvents**—An organic liquid used as a vehicle for the preparation of solutions or suspensions in the synthesis of a drug substance (see *Residual Solvents* ⟨467⟩).

**Specified Impurities and Specified Degradation Products**—Previously referred to as Signal Impurities, specified impurities or specified degradation products are impurities or degradation products that are individually listed and limited with specific acceptance criteria in individual monographs as applicable. Specified impurities or specified degradation products can be identified or unidentified.

**Starting Material**—A material that is used in the synthesis of a drug substance and is incorporated as an element into the structure of an intermediate and/or of the drug substance. Starting materials are often commercially available and have well-defined chemical and physical properties and structure.

**Stereomeric Impurity**—A compound with the same 2-dimensional chemical structure as the drug substance but differs in the 3-dimensional orientation of substituents at chiral centers within that structure. In those cases where all chiral centers are in the opposite orientation, the impurity is an enantiomer (enantiomeric impurity). Determinations of impurities in this category often require special chiral chromatographic approaches. Diastereomeric or epimeric impurities occur when only some of the chiral centers are present in the opposite orientation.

**Toxic Impurities**—Toxic impurities have significant undesirable biological activity, even as minor components, and require individual identification and quantification by specific tests. These impurities may arise out of the synthesis, preparation, or degradation of compendial articles. Based on validation data, individualized tests and specifications are selected. These feature comparison to a Reference Standard of the impurity, if available. It is incumbent on the manufacturer to provide data that would support the classification of such impurities as toxic impurities.

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.

**Unidentified Impurities and Unidentified Degradation Products**—Impurities or degradation products for which structural characterizations have not been achieved and that are identified solely by qualitative analytical properties (e.g., chromatographic retention times).

**Unspecified Impurities and Unspecified Degradation Products**—Impurities or degradation products that are limited by general acceptance criteria but not individually listed with their own specific acceptance criteria in individual monographs.

# ⟨1087⟩ APPARENT INTRINSIC DISSOLUTION—DISSOLUTION TESTING PROCEDURES FOR ROTATING DISK AND STATIONARY DISK

This general information chapter *Apparent Intrinsic Dissolution—Dissolution Testing Procedures for Rotating Disk and Stationary Disk* ⟨1087⟩ discusses the determination of dissolution rates from nondisintegrating compacts exposing a fixed surface area to a given solvent medium. Compact, as used here, is a nondisintegrating mass resulting from compression of the material under test using appropriate pressure conditions. A single surface having specified physical dimensions is presented for dissolution. Determination of the rate of dissolution can be important during the course of the development of new chemical entities because it sometimes permits prediction of potential bioavailability problems and may also be useful to characterize compendial articles such as excipients or drug substances. Intrinsic dissolution studies are characterization studies and are not referenced in individual monographs. Information provided in this general information chapter is intended to be adapted via a specific protocol appropriate to a specified material.

Dissolution rate generally is expressed as the mass of solute appearing in the dissolution medium per unit time (e.g., mass sec$^{-1}$), but dissolution flux is expressed as the rate per unit area (e.g., mass cm$^{-2}$ sec$^{-1}$). Reporting dissolution flux is preferred because it is normalized for surface area, and for a pure drug substance is commonly called intrinsic dissolution rate. Dissolution rate is influenced by intrinsic solid-state properties such as crystalline state, including polymorphs and solvates, as well as degree of noncrystallinity. Numerous procedures are available for modifying the physicochemical properties of chemical entities so that their solubility and dissolution properties are enhanced. Among these are coprecipitates and the use of racemates and enantiomeric mixtures. The effect of impurities associated with a material can also significantly alter its dissolution properties. Dissolution properties are also influenced by extrinsic factors such as surface area, hydrodynamics, and dissolution medium properties, including solvent (typically water), presence of surfactants, temperature, fluid viscosity, pH, buffer type, and buffer strength.

Rotating disk and stationary disk dissolution procedures are sufficiently versatile to allow the study of characteristics of compounds of pharmaceutical interest under a variety of test conditions. Characteristics common to both apparatuses include the following:
(1) They are adaptable to use with standard dissolution testing stations, and both use a tablet die to hold the nondisintegrating compact during the dissolution test.

(2) They rely on compression of the test compound into a compact that does not flake or fall free during the dissolution test.
(3) A single surface of known geometry and physical dimension is presented for dissolution.
(4) The die is located at a fixed position in the vessel, which decreases the variation of hydrodynamic conditions.

A difference between the two procedures is the source of fluid flow over the dissolving surface. In the case of the rotating disk procedure, fluid flow is generated by the rotation of the die in a quiescent fluid, but fluid flow is generated by a paddle or other stirring device for the stationary disk procedure.

## EXPERIMENTAL PROCEDURE

The procedure for carrying out dissolution studies with the two types of apparatus consists of preparing a nondisintegrating compact of material using a suitable compaction device, placing the compact and surrounding die assembly in a suitable dissolution medium, subjecting the compact to the desired hydrodynamics near the compact surface, and measuring the amount of dissolved solute as a function of time.

Compacts are typically prepared using an apparatus that consists of a die, an upper punch, and a lower surface plate fabricated out of hardened steel or other material that allows the compression of material into a nondisintegrating compact. An alternative compaction apparatus consists of a die and two punches. Other configurations that achieve a nondisintegrating compact of constant surface area also may be used. The nondisintegrating compact typically has a diameter of 0.2 cm to 1.5 cm.

## Compact Preparation

Attach the smooth lower surface plate to the underside of the die, or alternatively, insert the lower punch using an appropriate clamping system. Accurately weigh a quantity of material necessary to achieve an acceptable compact and transfer to the die cavity. Place the upper punch into the die cavity, and compress the powder on a hydraulic press at a compression pressure required to form a nondisintegrating compact that will remain in the die assembly for the length of the test. Compression for 1 minute at 15 MPa usually is sufficient for many organic crystalline compounds, but alternative compression conditions that avoid the formation of capillaries should be evaluated. For a given substance, compact preparation, once optimized is standardized to facilitate comparison of different samples of the substance.

Changes in crystalline form may occur during compression; therefore, confirmation of solid state form should be performed by powder X-ray diffraction or other similar technique. Remove the surface plate or lower punch. Remove loose powder from the surface of the compact and die by blowing compressed air or nitrogen over the surface.

## Dissolution Medium

The choice of dissolution medium is an important consideration. Whenever possible, testing should be performed under sink conditions to avoid artificially retarding the dissolution rate due to approach of solute saturation of the medium. Dissolution measurements are typically made in aqueous media. To approximate in vivo conditions, measurements may be run in the physiological pH range at 37°. The procedure when possible is carried out under the same conditions that are used to determine the intrinsic solubility of the solid state form being tested. Dissolution media should

Official from December 1, 2012
Copyright (c) 2012 The United States Pharmacopeial Convention. All rights reserved.