**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. ROBERT B. KUGLER**<br>**MDL NO. 19-2875 (RBK)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed partially redacted versions of Plaintiffs' three Briefs in Opposition to Defendants' Motion for Summary Judgment, Plaintiffs' Opposition to Defendants' Statement of Undisputed Material Facts, and the three Certifications of Adam M. Slater, Daniel Nigh, and David Stanoch in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  In addition, I hereby certify that unredacted copies of foregoing documents, excluding the numerous exhibits, will be served contemporaneous to filing via email on the Court, Special Master, and Jessica Davidson at Jessica.Davidson@skadden.com, Lori Cohen at CohenL@gtlaw.com, and Jay Lefkowitz at lefkowitz@kirkland.com. The exhibits will be sent via FedEx to the

Court via a thumb drive, and emailed to the Special Master and Jessica Davidson at Jessica.Davidson@skadden.com, Lori Cohen at CohenL@gtlaw.com, and Jay Lefkowitz at lefkowitz@kirkland.com using a Dropbox link.

                                       **MAZIE SLATER KATZ & FREEMAN, LLC**
                                       Attorneys for Plaintiffs

                                       By:   /s/ Adam M. Slater

Dated: January 22, 2024