UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 1, 2024

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**  SHARON RICCI

**TITLE OF CASE:**         **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS:                         FOR DEFENDANTS:
As stated on the record                 As stated on the record.

**NATURE OF PROCEEDINGS**:    STATUS CONFERENCE

**DISPOSITION:**
Case management conference held on the record via Teams videoconference.
Ordered in-person Final Pretrial Conference set for March 13, 2024 at 9:00AM in Camden, Courtroom 4D.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 1:00p.m.    Time Adjourned:  1:40p.m.    Total Time in Court: 0:40