# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br><br><br>*This Documents Relates to All Actions* | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

## NOTICE OF CHANGE OF LAW FIRM NAME

COMES NOW, Counsel for Defendant AmerisourceBergen Corporation (n/k/a Cencora, Inc.) in the above-captioned action provides notice to the Court and all parties concerned that the undersigned law firm name has changed. Ulmer & Berne LLP is now UB Greensfelder LLP. The undersigned counsel's email is also changed to jgeoppinger@ubglaw.com. As of the date of this filing, all notices and pleadings should be addressed as outlined below.

Dated:  February 2, 2024                    Respectfully submitted,

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
UB Greensfelder LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Tel.: (513) 698-5038
Fax: (513) 698-5039
Email: jgeoppinger@ubglaw.com

**Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger