IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

ORDER NO. __

THIS MATTER having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") for entry of an order amending or correcting the Court's January 5, 2024 opinion on the Parties' liability experts, and Plaintiffs having opposed the ZHP Defendants' motion and cross moved for the exclusion of Dr. Afnan's opinions relying on Dr. Xue's excluded opinions, and the Court having considered the submissions of the Parties, and for good cause shown:

It is hereby ORDERED this ___ day of _____, 2024 that the ZHP Defendants' motion is DENIED, and Plaintiff's cross-motion is GRANTED.

It is hereby FURTHER ORDERED that in addition to those opinions excluded by the Court in the January 5, 2024 Opinion, Dr. Afnan's opinions that rely on Dr.

2

Xue's precluded opinions are excluded in their entirety, including the opinions in Paragraphs 134 through 212, as well as anywhere else those opinions appear in the report.

/s/ _____
Hon. Robert B. Kugler, U.S.D.J.