# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@skadden.com

February 7, 2024

**VIA ECF**

The Hon. Robert B. Kugler
United States District Judge
USDJ, District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Judge Kugler:

I write on behalf of defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants"), to request an extension of seven (7) days, until February 20, 2024, to submit the ZHP Defendants' reply in support of their motion to amend and correct the Court's January 5, 2024 opinion excluding in part several of the parties' liability experts' opinions and to respond to plaintiffs' response and cross-motion regarding same. (*See generally* ECF Nos. 2581, 2591, 2626.)

Given the pressing nature of trial preparation efforts, as well as the fact that plaintiffs' filing includes a cross-motion to exclude additional expert testimony, the ZHP Defendants require additional time beyond the seven (7) days contemplated for a reply to prepare a response. The ZHP Defendants have consulted with counsel for plaintiffs, who consent to this request.

Thank you in advance for your consideration.

The Honorable Robert B. Kugler
February 7, 2024
Page 2

                Respectfully Submitted,

                Jessica Davidson

cc: All counsel of record (via ECF)