**UBGreensfelder**™

Jeffrey D. Geoppinger
*Partner*
DIRECT 513.698.5038
DIRECT FAX 513.698.5039
EMAIL jgeoppinger@ubglaw.com

February 9, 2024

**VIA ECF**
Special Master Hon. Thomas I. Vanaskie
Stevens & Lee
1500 Market Street, East Tower, 18th Floor
Philadelphia, PA 19103

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
No. 1:19-md-02875-RBK-SAK (D.N.J.)

Dear Judge Vanaskie:

I am writing on behalf of Plaintiffs and Wholesaler Defendants. The parties have met and conferred regarding CMO No. 32 and Wholesaler Defendants' proxy formula for estimating costs/profits, and have plans to continue to do so. The parties have agreed they will further report on the issue at the next Case Management Conference.

Very truly yours,

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
jgeoppinger@ubglaw.com

Liaison Counsel for Wholesalers
*Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)*

ST. LOUIS
CLEVELAND
CINCINNATI
CHICAGO
COLUMBUS, OH
SO. ILLINOIS
CLAYTON, MO
NEW YORK
BOCA RATON
WASHINGTON DC

UBGLAW.COM

312 Walnut Street
Suite 1400
Cincinnati, OH 45202-4029

FIRM 513.698.5000    FAX 513.698.5001