UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK)(KMW) |

**CERTIFICATION OF JOHN R. DAVIS IN SUPPORT OF *DAUBERT*
MOTION TO EXCLUDE OPINIONS OF WAYNE GIBSON**

I John R. Davis, certify as follows:

1. My name is John R. Davis. I am an attorney at law in Austin, Texas, and a partner with the law firm of Slack Davis Sanger, LLP, and serve as Court-appointed Plaintiffs' Executive Committee ("PEC") counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Motion to Exclude Testimony of Mylan Expert Eric Sheinin, Ph.D.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Mr. Gibson's July 27, 2023 Expert Report, marked as Exhibit 2 to his Sept. 20, 2023 deposition.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Gibson's Dec. 29, 2023 Supplemental Expert Report, marked as Exhibit 11 to his Feb. 5, 2024 deposition.

4. Attached hereto as **Exhibit 3** is a true and correct copy of certain excerpts of Mr. Gibson's Sept. 20, 2023 deposition.

1

5. Attached hereto as **Exhibit 4** is a true and correct copy of certain excerpts of Mr. Gibson's February 5, 2024 deposition.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Walgreen's December 22, 2023 Responses and Objections to Plaintiffs' First Set of Interrogatories.

7. Attached hereto as **Exhibit 6** is a true and correct copy of certain excerpts of the February 1, 2024 depositin of Dr. Rena Conti.

8. Attached hereto as **Exhibit 7** is a true and correct copy of certain excerpts of the March 10, 2021 Rule 30(b)(6) deposition of Hai Wang.

9. Attached hereto as **Exhibit 8** is a true and correct copy of certain excerpts of the March 11, 2021 Rule 30(b)(6) deposition of Hai Wang.

10. Attached hereto as **Exhibit 9** is a true and correct copy of certain excerpts of the March 25, 2022 deposition of Dr. Lauren Stiroh.

11. Attached hereto as **Exhibit 10** is a true and correct copy of certain excerpts of the February 24, 2022 deposition of Mr. Timothy Kosty.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Supplemental Expert Report of Dr. Rena Conti dated December 1, 2023.

Executed this ___12th___ day of February, 2024.

/s/ John R. Davis
SLACK DAVIS SANGER, LLP
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Tel.: 512-795-8686
Fax: 512-795-8787
jdavis@slackdavis.com