# Exhibits 1-4, 6-7, 9, 11, and 13 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.