# Exhibits 2-4, and 14 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.