# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

## NOTICE OF TORRENT-SPECIFIC MOTIONS *IN LIMINE* FOR THE TPP TRIAL

**PLEASE TAKE NOTICE** that on March 18, 2024, or as soon thereafter as counsel may be heard, Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. ("Torrent") shall move for entry of an Order Granting Torrent-Specific Motions *In Limine* for the TPP Trial.

**PLEASE TAKE FURTHER NOTICE** that in support of their motions, Torrent shall rely upon the Memorandum of Law in Support of Torrent-Specific Motions *In Limine* for the TPP Trial submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: February 16, 2024	Respectfully submitted,

*/s/ Alexia R. Brancato*

KIRKLAND & ELLIS LLP
Alexia R. Brancato
Devora W. Allon
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
Alexia.brancato@kirkland.com
Devora.allon@kirkland.com

*Attorneys for Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

2

## CERTIFICATE OF SERVICE

I, Alexia R. Brancato, an attorney, hereby certify that on February 16, 2024, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF.

/s/ Alexia R. Brancato
Alexia R. Brancato
Kirkland & Ellis LLP