UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## CERTIFICATION OF ALEXIA R. BRANCATO

ALEXIA R. BRANCATO, being of full age, certifies as follows:

1. I am a partner at Kirkland & Ellis LLP, attorneys for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc. (collectively "Torrent"). I make this Certification based on personal knowledge and in support of Torrent-Specific Motions *In Limine* for the TPP Trial.

2. Attached hereto as Exhibit 1 is a true and correct copy of TORRENT-MDL2875-00433346.

3. Attached hereto as Exhibit 2 is true and correct copy of relevant excerpts of the transcript of the deposition of Sushil Jaiswal, dated June 25, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of TORRENT-MDL2875-00005763 - TORRENT-MDL2875-00005764.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the Expert Report of Philip Russ, dated October 31, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the transcript of the deposition of Kelly Gegenheimer, dated April 14, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of the transcript of the deposition of Sushil Jaiswal, dated June 4, 2021.

8. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts of the transcript of the deposition of Dawn Chitty, dated May 13, 2021.

9. Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts of the transcript of the deposition of Jocelyn Rivera, dated February 22, 2021.

10. Attached hereto as Exhibit 9 is a true and correct copy of TORRENT-MDL2875-00090454 - TORRENT-MDL2875-00090463.

11. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts of the transcript of the deposition of Dhrumit Shah, dated March 16, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of TORRENT-MDL2875-00072542.

13. Attached hereto as Exhibit 12 is a true and correct copy of TORRENT-MDL2875-00159677.

14. Attached hereto as Exhibit 13 is a true and correct copy of TORRENT-MDL2875-00099932 - TORRENT-MDL2875-00099933.

15. Attached hereto as Exhibit 14 is a true and correct copy of TORRENT-MDL2875-00523107.

16. Attached hereto as Exhibit 15 is a true and correct copy of TORRENT-MDL2875-00523106.

17. Attached hereto as Exhibit 16 is a true and correct copy of TORRENT-MDL2875-00005188 - TORRENT-MDL2875-00005191.

18. Attached hereto as Exhibit 17 is a true and correct copy of TORRENT-MDL2875-00087628 - TORRENT-MDL2875-00087631.

19. Attached hereto as Exhibit 18 is a true and correct copy of TORRENT-MDL2875-00520737.

20. Attached hereto as Exhibit 19 is a true and correct copy of the FDA Company Announcement, dated August 17, 2018, titled "Torrent Pharmaceuticals Limited Issues Voluntary Nationwide Recall of Valsartan/Amlodipine/HCTZ Tablets," available at https://www.fda.gov/safety/recalls-market-withdrawals-safety-

alerts/torrent-pharmaceuticals-limited-issues-voluntary-nationwide-recall-valsartan-amlodipine-hctz-tablets.

21. Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of the Amended Expert Report of Ali Afnan, Ph.D., dated January 11, 2023.

22. Attached hereto as Exhibit 21 is a true and correct copy of an FDA publication, dated January 28, 2019, titled "Combined N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) Impurity Assay by GC/MS-Headspace" available at https://www.fda.gov/media/117843/download.

23. Attached hereto as Exhibit 22 is a true and correct copy of TORRENT-MDL2875-00072713 - TORRENT-MDL2875-00072716.

24. Attached hereto as Exhibit 23 is a true and correct copy of TORRENT-MDL2875-00142942 - TORRENT-MDL2875-00142947.

25. Attached hereto as Exhibit 24 is a true and correct copy of relevant excerpts of the transcript of the deposition of Akhilesh Nagaich, dated February 9, 2023.

26. Attached hereto as Exhibit 25 is a true and correct copy of FDA Guidance, dated March, 2020, titled "Product Recalls, Including Removals and Corrections: Guidance for Industry" available at https://www.fda.gov/regulatory-

information/search-fda-guidance-documents/product-recalls-including-removals-and-corrections.

27.     Attached hereto as Exhibit 26 is a true and correct copy of TORRENT-MDL2875-00124209 - TORRENT-MDL2875-00124211.

28.     Attached hereto as Exhibit 27 is a true and correct copy of relevant excerpts of the transcript of the deposition of Philip Russ, dated January 5, 2023

29.     Attached hereto as Exhibit 28 is a true and correct copy of the transcript of the deposition of Kalpeshkumar Patel, dated June 3, 2021

30.     Attached hereto as Exhibit 29 is a true and correct copy of relevant excerpts of the transcript of the deposition of Sushil Jaiswal, dated June 5-6, 2021.

Dated: February 16, 2024

        Respectfully submitted,

        */s/Alexia R. Brancato*

        KIRKLAND & ELLIS LLP
        Devora W. Allon
        Alexia R. Brancato
        601 Lexington Avenue
        New York, New York 10022
        Tel: (212) 446-5967
        Fax: (212) 446-6460
        devora.allon@kirkland.com
        alexia.brancato@kirkland.com

        *Attorneys for Torrent Pharmaceuticals Ltd.*

# CERTIFICATE OF SERVICE

I, Alexia R. Brancato, an attorney, hereby certify that on February 16, 2024, I caused a copy of the foregoing document to be served on all counsel of record via CM/ECF, and caused it, along with any documents filed under seal, to be served on all counsel of record by email.

By: */s/Alexia r. Brancato*
Alexia R. Brancato