**Exhibits 1-11, 13-18, 20, 22-24, and 26-29 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.**