# EXHIBIT 12

Document Produced in Native Format

TORRENT-MDL2875-00159677



浙江华海药业股份有限公司
HUAHAI  ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

中国 浙江 临海市汛桥
XUNQIAO, LINHAI
ZHEJIANG 317024, CHINA.
Tel:+86(576)85010288
Fax:+86(576)85991062

Email:sales@huahaipharm.com
http://www.huahaipharm.com

## NOTIFICATION

June 20, 2018

Re: Valsartan API

To whom it may concern,

Recently, we came to be aware of a previously unknown impurity that may have genotoxic potential.

We request you to put temporarily on hold the use of Valsartan API immediately.

We will keep you posted for any further progress.

_____ (Jenson YE, Quality VP)

ZHEJIANG HUAHAI PHARMACEUTICAL CO. LTD.