# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING TORRENT-SPECIFIC MOTIONS *IN LIMINE* FOR THE TPP TRIAL** |

## ORDER

**THIS MATTER**, having been presented to the Court by Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc. ("Torrent") for entry of an Order Granting Torrent-Specific Motions *In Limine* for the TPP Trial, the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on the ___ day of _____, 2024

ORDERED as follows:

All Torrent-Specific Motions *In Limine* for the TPP Trial are granted in their entirety.

_____
Hon. Robert B. Kugler, U.S.D.J