# Exhibits 1-8 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.