# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** <br><br> **HON. ROBERT B. KUGLER** <br> **CIVIL NO. 19-2875 (RBK)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

### CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF PLAINTIFFS' MOTION TO PRECLUDE IMPROPER DEPOSITION DESIGNATIONS

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to preclude improper deposition designations.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of ZHP's counsel's email serving affirmative deposition designations, dated February 2, 2024.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Teva's counsel's letter serving affirmative deposition designations, dated February 2, 2024.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of Torrent's counsel's letter serving affirmative deposition designations, dated February 2, 2024.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs


By: /s/ Adam M. Slater

Dated: February 16, 2024