# Exhibit 1

| | |
|---|---|
| **From:** | Rose, Nina R |
| **To:** | valpec@kirtlandpackard.com |
| **Cc:** | Davidson, Jessica; Cano, Roberto |
| **Subject:** | In re Valsartan - ZHP Defendants" Designations for Certain Witnesses |
| **Date:** | Friday, February 2, 2024 8:13:27 PM |
| **Attachments:** | Christopher Miranda 4.29.21 Affirmative Designations Chart.DOCX |
| | Jorge Lopez 4.29.21 Affirmative Designations Chart.DOCX |
| | Margaret Finn 7.30.21 Affirmative Designations Chart.DOCX |
| | Tiffanie Mrakovich 7.22.21 Affirmative Designations Chart.DOCX |
| | Tiffanie Mrakovich 8.31.21 Affirmative Designations Chart.DOCX |
| | Jucai Ge 5.27.2022 Affirmative Designations Chart.DOCX |

Counsel:

In connection with the March 2024 TPP class trial, please find attached the ZHP Defendants' proposed deposition designations for the following witnesses:

- Jorge Lopez (4/29/21)
- Christopher Miranda (4/29/21)
- Margaret Finn (7/30/21)
- Tiffanie Mrakovich (7/22/21 & 8/31/21)

Also attached are the ZHP Defendants' proposed deposition designations for the following ZHP witness:

- Jucai Ge (5/27/22)

The designated ZHP witness is located outside of the United States, and her deposition testimony has been designated in the event that she is unavailable to testify in person at the time of trial. The ZHP Defendants reserve the right to serve additional affirmative designations for other ZHP Defendant witnesses unavailable at the time of trial, and further reserve the right to present such witnesses in person should circumstances permit.

The ZHP Defendants reserve the right to supplement, amend, edit, modify, or withdraw the attached designations prior to or during trial, and to serve further affirmative designations for these and other witnesses.

Best,
Nina


**Nina R. Rose**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7105 | F: +1.202.661.0575 | M: +919.949.9343
nina.rose@skadden.com

Skadden

Please consider the environment before printing this email.

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==================================================================================