UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>MDL NO. 19-2875 (RBK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

PLAINTIFFS' NOTICE OF MOTIONS IN LIMINE

**TO:** Jessica Davidson, Esq,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
*Attorneys for the ZHP Defendants*

Lori G. Cohen, Esq.
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305
*Attorneys for the Teva Defendants*

Jay Philip Lefkowitz, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
*Attorneys for the Torrent Defendants*

**PLEASE TAKE NOTICE** that Plaintiffs shall move before the Honorable Robert B. Kugler, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master,

at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order granting their motions in limine, as described in greater detail in the accompanying brief and proposed order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the brief, supporting certification, and proposed order filed herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

                                          **MAZIE SLATER KATZ & FREEMAN, LLC**
                                          Attorneys for Plaintiffs

                                          By:   /s/ Adam M. Slater

Dated:  February 16, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed this motion, a supporting brief, a partially redacted supporting certification, and proposed order with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. In addition, I hereby certify that copies of foregoing documents, excluding the numerous exhibits, will be served contemporaneous to filing via email on the Court, Special Master, and Jessica Davidson at Jessica.Davidson@skadden.com, Lori Cohen at CohenL@gtlaw.com, and Jay Lefkowitz at lefkowitz@kirkland.com. The exhibits will be sent via FedEx to the Court via a thumb drive, and emailed to the Special Master and Jessica Davidson at Jessica.Davidson@skadden.com, Lori Cohen at CohenL@gtlaw.com, and Jay Lefkowitz at lefkowitz@kirkland.com using a Dropbox link.

                                              **MAZIE SLATER KATZ & FREEMAN, LLC**
                                              Attorneys for Plaintiffs

                                              By:   /s/ Adam M. Slater

Dated: February 16, 2024