# Exhibit 44

RESTRICTED CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
 2     - - - - - - - - - - - - - - - - - x
       IN RE: VALSARTAN, LOSARTAN, AND    :  MDL NO. 2875
 3     IRBESARTAN PRODUCTS LIABILITY      :
       LITIGATION,                        :
 4                                        :
       THIS DOCUMENT RELATES TO:          :
 5     Duffy, et al. v. Solco Healthcare  :
       U.S., L.L.C., et al.,              :
 6     Case No. 1:18-cv-15076-RBK-JS      :
       - - - - - - - - - - - - - - - - - x
 7
 8
 9           ***RESTRICTED CONFIDENTIAL***
10
11
12           Veritext Virtual Zoom Videotaped
13     deposition of TIFFANIE MRAKOVICH, taken on Tuesday,
14     August 31, 2021, commencing at 9:06 a.m., before
15     Jamie I. Moskowitz, a Certified Court Reporter and
16     Certified Livenote Reporter.
17
18
19
20
21
22
23
24
25
```

Page 46

1              MR. WHORTON:  Objection, scope,
2       relevance.
3              THE WITNESS:  I -- I don't know
4       exactly when they went into place.  I know when
5       I started in 2015, they were in place, and we
6       got them listed within the first half of 2015.
7    BY MR. OSTFELD:
8       Q      Okay.  So just to put a little more
9    specificity on those dates, I'm going to show you
10   what has been marked for identification as
11   Exhibit 20.
12             (Whereupon, Exhibit 20 was marked for
13      Identification.)
14   BY MR. OSTFELD:
15      Q      This is a letter dated August 11,
16   2014, from CMS to Martin Hauser, chief executive
17   officer at SummaCare.  And I will represent to you
18   it is my understanding that this is the letter
19   imposing the sanctions you were just discussing.  Do
20   you recognize this letter?
21      A      No.
22      Q      You have not seen this before?
23      A      I don't think so.
24      Q      Directing your attention to Page 3 of
25   the letter, there is a sentence reading, "Many of

RESTRICTED CONFIDENTIAL

Page 47

1    these issues stem from ineffective monitoring and
2    oversight of SummaCare's pharmacy benefit manager,
3    which is responsible for SummaCare's coverage
4    determinations."
5              Do you know who SummaCare's pharmacy
6    benefits manager was in 2014?
7         A    MedImpact.
8         Q    And then there's a list of violations
9    from Pages 3 through 7 of the -- of the letter.  And
10   since you haven't seen the letter before, I am not
11   going to ask you to go through each of the
12   violations.  I'm going to ask a question at the more
13   general level.
14             Do you know if any of the violations
15   for which CMS sanctioned SummaCare involved
16   valsartan prescriptions?
17        A    I do not know.
18        Q    Is there any source of information of
19   which you are aware that would confirm whether any
20   of these violations related to valsartan
21   prescriptions?
22        A    In what context?
23        Q    In any context, if there -- is there a
24   recordkeeping that would tell us whether CMS
25   sanctioned SummaCare in connection with a violation

RESTRICTED CONFIDENTIAL

Page 48

1    relating to valsartan prescriptions?
2                MR. WHORTON:  Object to form, outside
3        the scope, vague.
4                THE WITNESS:  I think we probably have
5        record of what claims were subject to the
6        sanction.  My recollection, most were not
7        specifically claim adjudication related.
8    BY MR. OSTFELD:
9        Q       Okay.  All right.  Do you know whether
10   SummaCare had to reimburse any prescription drug
11   coverage claims for valsartan as a result of the CMS
12   sanctions?
13               MR. WHORTON:  Objection, vague.
14               THE WITNESS:  I do not know.
15   BY MR. OSTFELD:
16       Q       I'm sorry.  I didn't hear your answer.
17       A       I do not know.
18               MR. OSTFELD:  Okay.  And then I'm now
19       going to show you what's been marked for
20       identification as Exhibit 21.
21               (Whereupon, Exhibit 21 was marked for
22       Identification.)
23   BY MR. OSTFELD:
24       Q       This is a letter dated
25   March 25th, 2015, from CMS to Mr. Claude Vincenti,

```
 1    the president of SummaCare.  It is my understanding
 2    that this is the letter that listed the reference
 3    sanctions.  Have you seen this letter before?
 4         A      No.
 5         Q      All right.  Is March 25th, 2015,
 6    consistent with your recollection of when the
 7    sanctions listed?
 8         A      Yes.
 9         Q      And you were at SummaCare by that
10    time?
11         A      Yes.
12         Q      What actions did SummaCare have to
13    undertake to be released from the sanctions?
14         A      We had to re-go through a validation
15    audit to make sure that the controls and oversights
16    that needed to be in place and any corrections were
17    made to the finding.
18         Q      And did any of those controls or
19    oversights relate to claims adjudication of
20    prescription drugs like valsartan?
21         A      I'm not sure -- what was related to
22    coverage determination process, not necessarily
23    claims processing.
24         Q      I'm sorry, to coverage what process?
25         A      Coverage determinations.
```