# Exhibit 69

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL NO. 2875

IN RE:

VALSARTAN, LOSARTAN AND

IRBESARTAN PRODUCTS LIABILITY

LITIGATION

------------------------------

DEPOSITION OF ANDREW COLBY

WEDNESDAY, FEBRUARY 7, 2024

    Deposition of ANDREW COLBY in the above-mentioned matter before Jomanna DeRosa, a Certified Court Reporter (License No. 30XI00188500) and Notary Public of the State of New Jersey, taken via Zoom on Wednesday, February 7, 2024, commencing at 9:07 a.m.

                                                         Page 27

1    all the specifics of the agreement.
2         Q.    Are you aware of any subsequent
3    assignments from Emblem to MSP outside of this
4    agreement?
5         A.    None that I'm aware of.
6         Q.    Are you aware of any amendments to any
7    of these assignments in Exhibit 3?
8         A.    No.
9         Q.    You can go to page 33 of the PDF.
10              MR. KASS:  I want to make clear for the
11   record that I don't want to object after every
12   question, so if you're okay with a standing objection
13   to this entire -- any question about the assignments
14   beyond the scope of what Mr. Colby was designated
15   for.  I won't be making objections after every
16   question.
17              MS. BRANCATO:  That's fine.
18              MR. KASS:  Thank you.
19
20   BY MS. BRANCATO:
21        Q.    Mr. Colby, are you at page 33?
22        A.    I am.
23        Q.    Do you see the section called
24   "Consideration"?
25        A.    Yes.

Page 28

1  Q. Are you aware of a deferred contingent
2  compensation in the amount of 50 percent of the value
3  of recoveries that MSP may get from this litigation?
4  A. I am not. This is the first I've seen
5  it in this document.
6  Q. Do you have any understanding of the
7  compensation that MSP may receive if they succeed in
8  this litigation?
9  A. No.
10 Q. Do you have any understanding of the
11 compensation that Emblem may receive if MSP succeeds
12 in this litigation?
13 A. No.
14 Q. Do you know if Emblem received any
15 LifeWallet or MSP Recovery securities or shares as
16 part of this assignment?
17 A. I am not.
18 Q. Do you know if Emblem owns any shares in
19 LifeWallet or MSP Recovery?
20 A. I do not.
21 Q. Mr. Colby, are you aware that MSP has
22 been the subject of criminal and civil
23 investigations?
24         MR. KASS: Object to scope. Outside the
25 noticed deposition topics.

1                MS. BRANCATO:  You can answer.
2                THE WITNESS:  I do not.
3
4      BY MS. BRANCATO:
5           Q.   You're not aware that MSP has been
6      subject to civil and criminal investigations.
7      Correct?
8           A.   That's correct.  I am not aware.
9                MR. KASS:  Same objection.
10
11     BY MS. BRANCATO:
12          Q.   Are you aware that MSP has been sued by
13     another health insurer, Cano Health, for fraud?
14               MR. KASS:  Objection to form and outside
15     of the scope.
16               THE WITNESS:  I am not aware, no.
17
18     BY MS. BRANCATO:
19          Q.   Are you aware of any lawsuits filed
20     against MSP by any other insurance companies?
21               MR. KASS:  Same objections.
22               THE WITNESS:  No, I'm not aware.
23
24     BY MS. BRANCATO:
25          Q.   Are you aware that in the complaint by

Page 30

1   Cano Health against MSP, they called MSP a sham and a
2   Ponzi scheme?
3           MR. KASS:  Same objections.
4           THE WITNESS:  I am not aware.
5
6   BY MS. BRANCATO:
7       Q.   Do you have any reason to disagree with
8   that statement by Cano Health?
9           MR. KASS:  Objection to form.
10          THE WITNESS:  I'm not sure what you're
11  asking.  Can you repeat the question?
12
13  BY MS. BRANCATO:
14      Q.   Do you have any reason to disagree with
15  the statement by Cano Health that MSP is a Ponzi
16  scheme or a sham?
17          MR. KASS:  Same objections.
18          THE WITNESS:  I don't know what their
19  basis is for saying that, so I can't comment.
20
21  BY MS. BRANCATO:
22      Q.   Mr. Colby, in your role at Emblem, are
23  you involved in the negotiation of agreements with
24  PBMs?
25      A.   Yes.

Page 31

1   Q. Is there anyone else at Emblem who's
2   involved in that?
3   A. Yes. We would have numerous folks
4   involved in any negotiations.
5   Q. About how many people would you say?
6   A. It depends what aspect we're looking at,
7   what part of the contract we're looking at.
8   Q. How many people are on your team at
9   EmblemHealth?
10  A. I have just under 30.
11  Q. Express Scripts is Emblem's PBM. Is
12  that right?
13  A. Yes.
14  Q. And how long has Express Scripts been
15  the PBM for Emblem?
16  A. In different capacities going back to at
17  least 2017.
18  Q. Do you know whether Express Scripts was
19  Emblem's PBM before 2017?
20  A. There's different pieces of it, claims
21  processing and other things. You do different parts,
22  so yes.
23  Q. Is Express Scripts Emblem's only PBM?
24  A. Currently, yes.
25  Q. I'm going to focus on 2012 to 2018 as