# Exhibit 70

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF NEW JERSEY
 3                     MDL No. 2875
 4   _____
 5   IN RE: VALSARTAN, PRODUCTS            )
     LIABILITY LITIGATION                  )
 6                                         )
                         Plaintiff,        )
 7                                         )
            - against -                    )
 8                                         )
                                           )
 9   This Document Relates to:             )
                                           )
10   MSP RECOVERY LAW FIRM                 )
                                           )
11   Testimony of:                         )
                                           )
12   JORGE A. LOPEZ, ESQ.                  )
                                           )
13   - - - - - - - - - - - - - - - - - -
14                     April 29, 2021
                       9:00 a.m.
15
16
17       TRANSCRIPT of the stenographic notes in the
18   above-entitled matter, as taken by and before Sara K.
19   Killian, a Registered Professional Reporter, Certified
20   Court Reporter and Notary Public, remotely via Zoom
21   videoconferencing.
22
23
24
25
```

1      Q.      Okay.
2              The three at-issue assignor entities
3  are all Medicare Advantage organizations; is that
4  right?
5      A.      I beg your pardon?
6      Q.      The three at-issue assignors whose
7  claims MSP is asserting in this case, they are all
8  Medicare Advantage organizations; is that right?
9      A.      Yes.  To my knowledge, yes, sir.
10             MR. OSTFELD:  Do we have somebody who
11     needs to mute?
12             THE WITNESS:  Just a little noise
13     going on out in the hallway.
14             MR. OSTFELD:  Okay.
15     Q.      As a class representative, MSP is not
16 asserting any claims on behalf of any non-Medicare
17 Advantage organization assignors in this
18 litigation; is that correct?
19             MR. WHORTON:  Objection.
20             Calls for a legal conclusion.
21             Outside the scope.
22     A.      The claims asserted would be on
23 behalf of Medicare Advantage organizations that
24 have contracted with CMS and any other Medicare
25 Advantage plan that has paid for or assumed

Case 1:19-md-02875-RMB-SAK   Document 2648-34   Filed 02/16/24   Page 4 of 6 PageID: 97393
J. Lopez, Esq.

Page 162

1  financial risk for the payment of the drugs.
2      Q.    Okay.
3            What is the basis for MSP's
4  qualifications to serve as a class representative
5  on behalf of class members other than Medicare
6  Advantage organizations?
7      A.    It understands the payments that were
8  made and it is prepared to pursue those claims on
9  behalf of any payor in that regard.
10     Q.    Other than the assignors that have
11 assigned claims to MSP, does MSP know the
12 identities of any other third-party payors that
13 belong to the proposed class or subclass?
14     A.    I do not know at this point in time.
15     Q.    Okay.
16           Does MSP have access to any database
17 or common reference or resource that would provide
18 it with the identities of other third-party payors
19 that belonged to the class or subclass?
20           MR. WHORTON:  Outside the scope.
21     A.    I do not know.
22     Q.    How many cases has MSP or any of its
23 affiliates filed as a plaintiff?
24     A.    Specific number, I could not tell
25 you.

1      Q.      Is it more than 100?
2      A.      I would say yes.
3      Q.      Do you know how many class actions
4   MSP or one of its affiliates have filed as a
5   punitive class representative?
6      A.      I don't recall a specific number.
7      Q.      How many of MSP's lawsuits have been
8   dismissed involuntarily?
9      A.      I do not know.
10     Q.      Do you know the reason --
11     A.      Forgive me.  That was with respect to
12   the plaintiff in this case.
13     Q.      For this one, I'm saying any MSP
14   entity.
15             Have lawsuits that have been filed by
16   MSP or any of its affiliates including MSP
17   Recovery been dismissed involuntarily?
18     A.      Yes.
19     Q.      What are the reasons for the
20   involuntary dismissals?
21             MR. WHORTON:  Objection.
22             Outside the scope.
23             Lacks foundation.
24     A.      I couldn't answer specifically.  I
25   would have to read the particular orders.

J. Lopez, Esq.

Page 164

```
 1      Q.      Okay.
 2              How many MSP or its affiliate
 3   lawsuits have been dismissed voluntarily?
 4      A.      I do not know.
 5      Q.      How many of MSP's lawsuits are
 6   against private insurance companies?
 7              MR. WHORTON:  Objection.
 8              Vague.
 9      A.      Specifically, I did not know.
10      Q.      Would you agree that a majority of
11   MSP's lawsuits are against private insurance
12   companies?
13      A.      I could not tell you.  I don't get
14   involved in the litigation aspect.
15      Q.      Okay.
16              How many of MSP's lawsuits have
17   settled on an individual basis?
18              MR. WHORTON:  Objection.
19              Lacks foundation.
20      A.      I do not know.
21      Q.      How many have settled on a class wide
22   basis?
23      A.      I don't recall.  I vaguely recall at
24   least one or two perhaps, but other than that, I
25   couldn't tell you.
```