# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to the TPP Trial Subclasses** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## CERTIFICATION OF JESSICA DAVIDSON

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; Solco Healthcare U.S., LLC; Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries Ltd.; Actavis LLC; Actavis Pharma, Inc.; Torrent Pharmaceuticals Ltd.; and Torrent Pharma, Inc. (collectively, the "TPP Trial Defendants")'s Motions in Limine.

2. Attached hereto as Exhibit 1 is a true and correct copy of PRINSTON00019155. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of TEVA-MDL2875-00015292. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

4. Attached hereto as Exhibit 3 is a true and correct copy of TEVA-MDL2875-00828468. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

5. Attached hereto as Exhibit 4 is a true and correct copy of TORRENT-MDL2875-00004362. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Designations of the April 20, 2021 Deposition of Min Li, Ph.D., taken in MDL 2875. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

7. Attached hereto as Exhibit 6 is a true and correct copy of TEVA-MDL2875-00408015. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

8. Attached hereto as Exhibit 7 is a true and correct copy of the April 8, 2021 transcript of the deposition of Raphael Nudelman, Ph.D., ERT, taken in MDL 2875. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

9. Attached hereto as Exhibit 8 is a true and correct copy of TEVA-MDL2875-00791611. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

10. Attached hereto as Exhibit 9 is a true and correct copy of the April 27, 2021 transcript of the deposition of Claire Lyons, taken in MDL 2875. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

11. Attached hereto as Exhibit 10 is a true and correct copy of TEVA-MDL2875-00731926. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

12. Attached hereto as Exhibit 11 is a true and correct copy of TEVA-MDL2875-00514869. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

13. Attached hereto as Exhibit 12 is a true and correct copy of the May 13, 2021 transcript of the deposition of Anthony R. Binsol, taken in MDL 2875. This

document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

14. Attached hereto as Exhibit 13 is a true and correct copy of the April 14, 2021 transcript of the deposition of Daniel Barreto, taken in MDL 2875. This document has been filed under seal because it contains "PROTECTED INFORMATION" as defined in the Protective Order.

Dated: February 16, 2024        Respectfully submitted,

By: */s/ Jessica Davidson*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jessica Davidson (NY Bar No. 6034748)
*Liaison Counsel for Manufacturer Defendants*
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222
jessica.davidson@skadden.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

Case 1:19-md-02875-RMB-SAK   Document 2649-2   Filed 02/16/24   Page 5 of 5 PageID: 97442

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica Davidson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica Davidson*