Case 1:19-md-02875-RMB-SAK    Document 2649-3    Filed 02/16/24    Page 1 of 1 PageID: 97443

# Exhibits 1-13 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.