# Exhibit 1

| | |
|---|---|
| **From:** | Rose, Nina R |
| **To:** | Adam Slater |
| **Cc:** | David J. Stanoch; Davidson, Jessica; Baggetta, Brian; Christopher Geddis |
| **Subject:** | RE: Valsartan- Motion to Amend Answer |
| **Date:** | Monday, January 29, 2024 6:20:21 PM |

Hi Adam,

As we discussed during this weekend's meet and confer, ZHP's First Amended Answer simply provides corrected information about the ownership of Solco and Prinston – namely that they are not wholly-owned subsidiaries of ZHP, as originally stated in the Answer filed on December 7, 2023. Instead, Prinston is a wholly-owned subsidiary of the holding company PrinJohnson, of which ZHP is the majority owner, and Solco is a wholly-owned subsidiary of Prinston. Defendants do not intend to contest that ZHP is the parent of Prinston and Solco, nor to inject issues related to PrinJohnson into the trial. With that understanding, can we inform the Court that plaintiffs do not object to the motion to amend the Answer?

Thanks,
Nina