# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |
| **This Document Relates to All Actions** | |

To the Clerk of Court:

Jacob M. Rae hereby enters an appearance in this MDL on behalf of Defendants Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd. ("Torrent") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: jacob.rae@kirkland.com.  I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: February 21, 2024                                      Respectfully submitted,

                                                              */s/ Jacob M. Rae*
                                                              _____

                                                              Jacob M. Rae
                                                              KIRKLAND & ELLIS LLP
                                                              601 Lexington Avenue
                                                              New York, NY 10022
                                                              Tel: 212-390-4516

Fax: 212-446-4900
jacob.rae@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jacob M. Rae*

Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-390-4516
Fax: 212-446-4900
jacob.rae@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*
.