# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

## SPECIAL MASTER ORDER NO. 92A ESTABLISHING TIME FOR COMPLETION AND SERVICE OF THIRD-PARTY PAYOR PLAINTIFFS' FACT SHEETS REGARDING LOSARTAN AND IRBESARTAN

The Court, having previously approved the Third-Party Payor ("TPP") Plaintiff's Fact Sheet regarding Losartan and/or Irbesartan (SMO No. 92, Dkt. No. 2636), hereby orders that the TPP Plaintiffs identified in the First Amended Consolidated Losartan Class Action Complaint (Dkt. No. 751) and the First Amended Consolidated Irbesartan Class Action Complaint (Dkt. No. 752) shall have ninety (90) days from the entry of this order to complete the Third-Party Payor Plaintiff's Fact Sheet regarding Losartan and/or Irbesartan. All other Third-Party Payor Plaintiffs shall complete the Third-Party Payor Plaintiff's Fact Sheet forty-five (45) days after such party's first appearance in the above-captioned litigation.

Within six (6) weeks of receipt of a completed Third-Party Payor Plaintiff's Fact Sheet(s) regarding Losartan and/or Irbesartan, Defendants shall notify the TPP

Plaintiff of any core deficiencies. Defendants shall serve the following with a copy of the deficiency letter via email: (1) Adam M. Slater, Esq.; (2) David Stanoch, Esq.; and (3) counsel of record for the individual TPP Plaintiff completing said fact sheet. TPP Plaintiff shall respond by letter within three (3) weeks of the date of service of Defendants' letter. If the dispute is not resolved, Defendants shall put the dispute on the agenda for the next in-person conference.

ORDERED this 26th day of February, 2024.

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master
