**Exhibits 1–10 to Plaintiffs' Response to the Certification of Daniel Nigh in Support of Plaintiffs' Response to the Torrent-Specific Motions *in Limine* are Designated "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL"**