UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** <br><br> **HON. ROBERT B. KUGLER** <br> **CIVIL NO. 19-2875 (RBK)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

### CERTIFICATION OF DANIEL NIGH IN SUPPORT OF PLAINTIFFS' RESPONSE TO TORRENT-SPECIFIC MOTIONS *IN LIMINE*

1. I am an attorney at law within the State of Florida, and a partner with the law firm of NIGH GOLDENBERG RASO, & VAUGHN, PLLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion for partial summary judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the June 6, 2021 deposition of Sushil Jaiswal.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the June 4, 2021 deposition of Sushil Jaiswal.

4. Attached hereto as **Exhibit 3** is a true and correct copy of TORRENT-MDL2875-00208351.

5. Attached hereto as **Exhibit 4** is a true and correct copy of TORRENT-MDL2874-00005763.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the deposition of Dawn Chitty.

7. Attached hereto as **Exhibit 6** is a true and correct copy of TORRENT-MDL28750090454.

8. Attached hereto as **Exhibit 7** is a true and correct copy of TORRENT-MDL2975-00436416.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the deposition of Dhrumit Shah.

10. Attached hereto as **Exhibit 9** is a true and correct copy of TORRENT-MDL2875099995188.

11. Attached hereto as **Exhibit 10** is a true and correct copy of TORRENT-MDL2875-00124209.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the deposition of Philip Russ.

                                     **NIGH, GOLDENBERG, RASO, & VAUGHN**
                                                     Attorneys for Plaintiffs

                                        By:   /s/ Daniel Nigh

Dated: February 26, 2024