# <u>EXHIBIT A</u>

```
1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
2
3   _____
                                         CIVIL ACTION NUMBER:
4   IN RE:  VALSARTAN PRODUCTS
    LIABILITY LITIGATION                 19-md-02875
5
    _____     CASE MANAGEMENT CONFERENCE
6

7        Mitchell H. Cohen Building & U.S. Courthouse
         4th & Cooper Streets
8        Camden, New Jersey  08101
         November 1, 2023
9        Commencing at 2:18 p.m.

10  B E F O R E:            THE HONORABLE ROBERT B. KUGLER
                            UNITED STATES DISTRICT JUDGE
11
    A P P E A R A N C E S:
12
         MAZIE SLATER KATZ & FREEMAN, LLC
13       BY:  ADAM M. SLATER, ESQUIRE
         103 Eisenhower Parkway
14       Roseland, New Jersey  07068
         For the Plaintiffs
15

16       HONIK LLC
         BY:  RUBEN HONIK, ESQUIRE
17       1515 Market Street, Suite 1100
         Philadelphia, Pennsylvania  191032
18       For the Plaintiffs

19
         KANNER & WHITELEY, LLC
20       BY:  CONLEE S. WHITELEY, ESQUIRE
         701 Camp Street
21       New Orleans, Louisiana  70130
         For the Plaintiffs
22
             Ann Marie Mitchell, Official Court Reporter
23            AnnMarie_Mitchell@njd.uscourts.gov
                       (856) 576-7018
24
     Proceedings recorded by mechanical stenography; transcript
25         produced by computer-aided transcription.
```

*United States District Court*

1    The plaintiff witnesses will be live, you know, for

2  the representatives of the TPPs, those types of witnesses.

3  Depending on what experts are needed, I would think there will

4  be some live expert testimony as well.

5    THE COURT:  How about, can we get the first tranche

6  of these out by the end of the month, November 30th?

7    MS. LOCKARD:  Your Honor, if I may address this.

8    MR. SLATER:  Yes.

9    MS. LOCKARD:  And conceptually we have met and

10  conferred on this.  And I think it warrants more conference

11  with counsel, because we have -- to give you some figures,

12  there were over 40 corporate witnesses deposed among the three

13  defendants.  There were 18 defense experts deposed.

14    Now, obviously, not all of those will be in this

15  trial, but we need to have a serious discussion about which of

16  those witnesses will be, because that sounds like an extreme

17  narrowing down of witnesses.  We need to know who the

18  witnesses are going to be.  We also need to get rulings on

19  motions in limine, motions for summary judgment.  We have 702

20  motions pending for liability witnesses and will be filed for

21  damages witnesses.

22    So there is a lot of information that needs to be

23  determined, rulings that need to be had, before we spend

24  significant resources going through these thousands of pages

25  of depositions to start doing designations.

1         So earlier is better.  We certainly agree with that

2    on the defense side.  But we do need to have some doors

3    unlocked before we can start really narrowing this down;

4    otherwise, we're going to have to do it twice.

5         THE COURT:  You're going to have to repeat a lot of

6    it anyway.  That's just the nature of how this works.  They're

7    going to be changing their mind, they're going to be adding

8    things when they see your responses.  You're going to be

9    adding things when you see their response to your response.  I

10   mean, that's just -- it's going to be a process.

11        MS. LOCKARD:  We also believe that the class notice

12   opt-out period needs to be complete before we can get rulings

13   on the objections to those depositions.

14        THE COURT:  Sure.  Well, about objections to -- why?

15   I don't understand what the opt-out period has to do with the

16   depositions that they want to use at a trial.

17        MS. LOCKARD:  I think any of the evidentiary rulings

18   will need to be made before we -- before we get to that.  We

19   need to have the opt-out before we get to the evidentiary

20   rulings.

21        THE COURT:  You may not get final rulings on in

22   limine motions until relatively before the trial.

23        I'm reading through some of these things, which some

24   of them are -- I have no idea what you're talking about.  Many

25   of them, my suggestion to you is you really ought to talk to