# EXHIBIT B

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

January 30, 2024

Jessica Davidson
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001

Lori Cohen
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

Jay Lefkowitz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

   Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
      Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Counsel:

  We are writing to advise you of the corporate witnesses whom Plaintiffs may call as live witnesses at trial.  Plaintiffs will make their final decisions based upon

Jessica Davidson
Lori Cohen
Jay Lefkowitz
January 29, 2024
Page 2

the outcome of our discussions/disputes related to the deposition designations, MILs, stipulations, and the Court's decisions on the dispositive motions. Plaintiffs reserve their rights to call these and other witnesses live at trial.

**ZHP:**

Hai Wang
Jun Du
Jie Wang
Peng Dong
Eric Gu
Min Li
Jucai Ge
Linda Lin
Minli Zhang
Qiangming Li
Yuelin Hu
Remonda Gergis

**Teva:**

Mayra Avila
Daniel Barreto
Anthony Binsol
Elisabeth Gray
Stefan Karlsson
Claire Lyons
Michelle Osmian
Jens Nassall
Raphael Nudelman
Pan Lin
Narendra Vadsola

Jessica Davidson
Lori Cohen
Jay Lefkowitz
January 29, 2024
Page 3

**Torrent:**

Jocelyn Rivera
Dawn Chitty
Sushil Jaiswal
Kelly Gegenheimer
Reddy Neravelta
Kalpesh Patel
Bernadette Attinger
Sue Perry

    Thank you for your attention to this matter.

                                  Very Truly Yours,

                                  Adam M. Slater