# **EXHIBIT C**

| | |
|---|---|
| **From:** | Adam Slater |
| **To:** | Rose, Nina (Skadden, Arps, Slate, Meagher & Flom LLP - Washington DC); Ostfeld, Gregory E. (Shld-Chi-LT); Lockard, Victoria D. (Shld-ATL-LT); Brittney.nagle@kirkland.com |
| **Cc:** | Valsartan Trial Listserv |
| **Subject:** | Valsartan TPP trial witnesses |
| **Date:** | Wednesday, February 7, 2024 3:51:22 PM |

**\*EXTERNAL TO GT\***

Hi Counsel;

We recently wrote to advise as to the corporate witnesses we are considering calling to testify at trial.  Please advise as soon as possible as to whether you do not represent any of those listed, so that we can contact them directly, and whether there will be any objection to producing any of the witnesses live at trial if necessary.  We anticipate utilizing video deposition testimony for most of these witnesses but may need to call a small number live and want to confirm that you represent each, and will cooperate without the need to subpoena the witnesses.

Please advise.

Thank you,

Adam Slater