# EXHIBITS A-K

# Redacted - Filed Under Seal