Exhibit 26

News   F.A.Q.   Newsletter          Members Area Login 🔒   🔍

About        Members        Publications        Activities        Events        Accession        PIA Academy

# Members

## LIST OF PIC/S PARTICIPATING AUTHORITIES



Jurisdiction / Entity ⌄

By alphabetical order of the country / entity of each Participating Authority

---

Argentina



**National Institute of Drugs**
*Instituto Nacional de Medicamentos* (**INAME**)

Inspection Department
Avda. Caseros 2161 – 1er Piso
AR - C1264AAB Buenos Aires

Accession to PIC Scheme January 2008

---

Australia



### Therapeutic Goods Administration (**TGA**)

Departement of Health
Manufacturing Quality Branch
PO Box 100
AU - Woden Act 2606

Accession to PIC January 1993     Accession to PIC Scheme November 1995

Austria



### Federal Office for Safety in Health Care

*B*undes*a*mt für *S*icherheit im *G*esundheitswesen (**BASG**)

Traisengasse 5,
AT - 1200 Vienna

Accession to PIC May 1971     Accession to PIC Scheme November 1999

Belgium

### Federal Agency for Medicines and Health Products



*A*gence *F*édérale des *M*édicaments et des *P*roduits de *S*anté (**AFMPS**)
*F*ederaal *A*gentschap voor *G*eneesmiddelen en *G*ezondheidsproducten (**FAGG**)

Avenue Galilée 5/03
BE - 1210 Bruxelles

Accession to PIC September 1991     Accession to PIC Scheme February 1997

Brazil

### National Health Surveillance Agency (ANVISA)
*A*gência *N*acional de *V*igilância *S*anitária (**ANVISA**)



SIA, Trecho 5, Área Especial 57
BR - 71205-050 Brasília - Distrito Federal

**\* The competence for GMP/GDP inspections in Brazil is shared between the central authority, National Health Surveillance Agency (ANVISA), and the Brazilian regional authorities, which count as one PIC/S Participating Authority. The Brazilian Local Health Surveillance considered as PIC/S Participating Authorities and represented in PIC/S by ANVISA are: Superintendência de Vigilância em Saúde − SUVISA/GO (State of Goiás); Diretoria de Vigilância em Medicamentos e Congêneres − DVMC (State of Minas Gerais); Secretaria de Estado da Saúde − SESA (State of Paraná); Superintendência de Vigilância Sanitária − SUVISA (State of Rio de Janeiro); Centro Estadual de Vigilância em Saúde − CEVS/ Divisão de Vigilância Sanitária − DVS (State of Rio Grande do Sul); Diretoria de Vigilância Sanitária − DIVS (State fo Santa Catarina) e; SIVISA Sistema de Informação em Vigilância Sanitária (State of São Paulo).**

Accession to PIC Scheme January 2021

Bulgaria



**Bulgarian Drug Agency** (**BDA**)

8, Damyan Gruev Str.
BG - 1303 Sofia

Accession to PIC Scheme July 2023

---

Canada



**Health Canada** / **Santé Canada**

*R*egulatory *O*perations and *E*nforcement *B*ranch (**ROEB**)
*D*irection *g*énérale des *o*pérations *r*églementaires et de l'*a*pplication de la *l*oi
(**DGORAL**)

13th floor, Jeanne Mance Building
200 Eglantine Drive
CA - Ottawa, Ontario, K1Y 1G9

Accession to PIC Scheme January 1999

---

Chinese Taipei



**Taiwan Food and Drug Administration** (**TFDA**)

Ministry of Health and Welfare
No.109, Ln. 130
Sec. 1, Academia Rd.
Nangang District
TW (R.O.C.) - Taipei City 115

Accession to PIC Scheme January 2013

---

Croatia



**Agency for Medicinal Products and Medical Devices of Croatia**
*Agencija za lijekove i medicinske proizvode* (**HALMED**)

Ksaverska cesta 4
HR - 10 000 Zagreb

Accession to PIC Scheme January 2016

---

Cyprus

**Pharmaceutical Services** (**CyPHS**)



Ministry of Health
1475 Lefkosia (Nicosia)

Accession to PIC Scheme July 2008

---

Czech Republic

**State Institute for Drug Control**
**S**tátní **Ú**stav pro **K**ontrolu **L**éčiv (**SÚKL**)



Srobárova 48
CZ - 100 41 Prague 10

Accession to PIC Scheme January 1997

---

Czech Republic

**Institute for State Control of Veterinary Biologicals**
**and Medicines** (**ISCVBM**)



Hudcova 56A
CZ - 621 00  Brno

Accession to PIC Scheme July 2005

---

Denmark

**Danish Medicines Agency** (**DKMA**)



1 Axel Heides Gade
DK - 2300 Copenhagen S

Accession to PIC May 1971          Accession to PIC Scheme November 1995

---

Estonia

**State Agency of Medicines** (**SAM**)



1 Nooruse Str.
EE - 50411 Tartu

Accession to PIC Scheme January 2007

---

Finland



**Finnish Medicines Agency** (**FIMEA**)

Mannerheimintie 103b
P.O. Box 55
FI - 00034 FIMEA Helsinki

Accession to PIC May 1971        Accession to PIC Scheme January 1996

---

France



**French National Agency for Medicines and Health Products Safety**
Agence nationale de sécurité du médicament et des produits de santé (**ANSM**)

143/147 Boulevard Anatole France
FR - 93285 Saint Denis

Accession to PIC December 1992        Accession to PIC Scheme February 1997

---

France



**Agency for Food, Environmental & Occupational Health Safety**
Agence nationale de sécurité sanitaire de l'alimentation, de l'environnement et du travail (**ANSES**)

14 rue Claude Bourgelat
PA de la Grande Marche - Javené - CS 70611
FR - 35306 FOUGERES Cedex

Accession to PIC Scheme January 2009

---

Germany



**Federal Ministry of Health** *
**B**undes**m**inisterium für **G**esundheit (**BMG**)

Rochusstr. 1
DE - 53123 Bonn
Germany

---



**Central Authority of the Laender for Health Protection regarding Medicinal Products and Medical Devices ***
Zentralstelle der Länder für Gesundheitsschutz bei Arzneimitteln und Medizinprodukten (**ZLG**)

Heinrich-Boll-Ring 10
DE - 53119 Bonn
Germany

* The German Ministry of Health and the 16 German Central Authority of the Laender (ZLG) count as one PIC/S Participating Authority. All German Medicinal Authorities, which are listed on the ZLG web site, are considered as PIC/S Participating Authorities and are represented in PIC/S by ZLG.

Accession to PIC September 1983    Accession to PIC Scheme December 2000

---

Greece



**Greek National Organisation for Medicines**
*Eθνικός Οργανισμός Φαρμάκων* (**EOF**)

Messoghion Ave 284
GR - Holargos 155 62 (ELLAS)

Accession to PIC Scheme January 2002

---

Hong Kong SAR, China



**Pharmacy and Poisons Board of Hong Kong** (**PPBHK**)

1/F, Shun Feng International Centre
182 Queen's Road East
Wainchai
HK - Hong Kong

Accession to PIC Scheme January 2016

---

Hungary

Member

**National Center for Public Health and Pharmacy** (**NCPHP**)

2-6 Albert Florian ut (PO. box 777, 1437 Budapest)
HU - 1097 Budapest

Accession to PIC August 1976    Accession to PIC Scheme December 1995

---

Iceland



**Icelandic Medicines Agency** (**IMA**)

Vínlandsleið 14
IS - 113 Reykjavik

Accession to PIC May 1971    Accession to PIC Scheme November 1995

---

Indonesia



**Indonesian Food and Drug Authority** (Badan POM)
*(Badan Pengawas Obat dan Makanan Republik Indonesia)*

Jl. Percetakan Negara No.23
ID - Jakarta 10560

Accession to PIC Scheme July 2012

---

Iran



**Iran Food and Drug Administration** (IFDA)

No. 30, Fakhr Razi St, Enghelab St,
IR - Tehran 1314715311

Accession to PIC Scheme January 2018

---

Ireland



**Health Products Regulatory Authority** (HPRA)

Kevin O'Mally House
Earlsfort Centre
Earlsfort Terrace
IE - Dublin 2

Accession to PIC December 1977        Accession to PIC Scheme February 1996

---

Israel



**Institute for Standardization and Control of Pharmaceuticals** (ISCP)

Eliav St. 9,
P.O. Box 34410
IL - Jerusalem 91342

Accession to PIC Scheme January 2009

---

Italy



**Italian Medicines Agency**
*Agenzia Italiana del Farmaco* (**AIFA**)

Via del Tritone, 181
IT - 00187 Rome

Accession to PIC August 1990          Accession to PIC Scheme February 2000

---

Italy (Veterinary Agency)

**Directorate General for Animal Health and Veterinary Medicinal Products**
*Direzione generale della sanità animale e dei farmaci veterinari* (**DGSAF**)
Ministry of Health

Viale Giorgio Ribotta 5
IT - 00144 ROMA

Accession to PIC Scheme January 2020

---

Japan



**Ministry of Health, Labour and Welfare** (**MHLW**) *

1-2-2 Kasumigaseki Chiyoda-ku
JP - 100-8916 Tokyo

---

**Pharmaceuticals and Medical Devices Agency** (**PMDA**) *



Shin-Kasumigaseki Building
3-3-2 Kasumigaseki Chiyoda-ku
JP - 100-0013 Tokyo

**\* Japan's Ministry of Health, Labour and Welfare (MHLW) and Japan's Pharmaceuticals and Medical Devices Agency (PMDA) count as one PIC/S Participating Authority. The Japanese Prefectures are represented by MHLW.**

Accession to PIC Scheme July 2014

---

Korea (Republic of)



**Ministry of Food and Drug Safety** (**MFDS**)

Osong Health Technology Administration Complex
187, Osongsaengmyeong2-ro
Osong-eup, Heungdeok-gu
Cheongju-si, Chungcheongbuk-do
KR - 28159

Accession to PIC Scheme July 2014

---

Latvia


State Agency of Medicines of the Republic of Latvia

**State Agency of Medicines**
*Zāļu valsts aģentūra* (**ZVA**)

15, Jersikas St.
LV - 1003 Riga

Accession to PIC Scheme January 2004

---

Liechtenstein


LANDESVERWALTUNG
FÜRSTENTUM LIECHTENSTEIN

**Office of Healthcare**
*Amt für Gesundheit* (**AG**)

Äulestrasse 51
Postfach 684
FL - 9490 Vaduz

Accession to PIC May 1971        Accession to PIC Scheme November 1995

---

Lithuania



**State Medicines Control Agency** (**SMCA**)

45A Studentų Str.
LT - 08107 Vilnius

Accession to PIC Scheme July 2009

---

Malaysia



**MINISTRY OF HEALTH MALAYSIA**

**National Pharmaceutical Regulatory Agency** (**NPRA**)

Ministry of Health Malaysia
Lot 36, Jalan Prof. Diraja Ungku Aziz
46200 Petaling Jaya
MY - SELANGOR

Accession to PIC Scheme January 2002

---

Malta



**Malta Medicines Authority** (**MMA**)

Level 3, Sir Temi Żammit Building
Malta Life Sciences Park
MT - SAN GWANN SĠN 3000

Accession to PIC Scheme January 2008

---

Mexico



**Federal Commission for the Protection Against Sanitary Risks** (**COFEPRIS**)
*Comisión Federal para la Protección contra Riesgos Sanitarios (COFEPRIS)*

Av. Marina Nacional No. 60, 4th floor
Tacuba, Miguel Hidalgo
MX - Ciudad de México 11410

Accession to PIC Scheme January 2018

---

Netherlands

**Health and Youth Care Inspectorate**\*
*Inspectie **G**ezondheidszorg en **J**eugd* (**IGJ**)

P.O. Box 2518
NL - 6401 DA Heerlen
Netherlands

**\* The competence for GMP/GDP inspections in the Netherlands is allocated to the central authority, Dutch Health and Youth Care Inspectorate (IGJ). IGJ is the PIC/S Participating Authority representing GMP/GDP for human as well as veterinary medicinal products. IGJ performs national and international GMP/GDP inspections representing the Health and Youth Care Inspectorate - Pharmaceutical Affairs as well as the Medicines Evaluation Board - Veterinary Medicinal Products Unit, which is mandated to issue GMP certificates on behalf of the Ministry of Economic Affairs.**

Accession to PIC Scheme November 1995

---

New Zealand



**Medicines and Medical Devices Safety Authority** (**Medsafe**)
P.O. Box 5013
NZ - 6011 Wellington

Accession to PIC Scheme January 2013

Norway



**Norwegian Medical Products Agency** (**NOMA**)

Postboks 240, Skøyen
NO - 0213 Oslo

Accession to PIC May 1971        Accession to PIC Scheme November 1995

Poland





**Chief Pharmaceutical Inspectorate** (**CPI**)

12 Senatorska Street
PL - 00-082 Warsaw

Accession to PIC Scheme January 2006

Portugal





**National Authority of Medicines and Health Products, IP**
*Autoridade Nacional do Medicamento e Produtos de Saúde IP* (**INFARMED IP** )

Avenida do Brasil, no 53
Pavilhão 21-A
PT - 1700 Lisbon

Accession to PIC May 1971        Accession to PIC Scheme January 1999

Romania



**National Agency for Medicines and Medical Devices of Romania**
(**NAMMDR**)

Strada Maior Aviator Sanatescu 48
Sectorul I
RO - 011478 Bucharest

Accession to PIC May 1982          Accession to PIC Scheme November 1995

Saudi Arabia

 **Saudi Food and Drug Authority** (**SFDA**)
3292 Northern ring Rd. Alnafal District
SA - 13312-6288 Riyadh

Accession to PIC Scheme July 2023

Singapore

 **Health Sciences Authority** (**HSA**)

11 Biopolis Way
#11-01 Helios
SG - 138667

Accession to PIC Scheme January 2000

Slovak Republic

 **State Institute for Drug Control** (**SIDC**)

Kvetná 11
SK - 825 08 Bratislava 26
Slovak Republic

Accession to PIC Scheme January 1997

Slovenia

 **Agency for Medicinal Products and Medical Devices**
*Javna agencija Republike Slovenije za zdravila in medicinske pripomočke* (**JAZMP**)

Slovenčeva ulica 22
SI - 1000 Ljubljana

Accession to PIC Scheme January 2012

South Africa



**South African Health Products Regulatory Authority** (**SAHPRA**)

Private Bag X 828
ZA - 0001 Pretoria

Accession to PIC Scheme July 2007

---

Spain

**Spanish Agency of Medicines and Medical Devices**\*
*Agencia Española de Medicamentos y Productos Sanitarios* (**AEMPS**)

Departamento de Inspección y Control de Medicamentos
C/ Campezo, 1
ES - 28022 Madrid

\*  **The competence for GMP/GDP inspections in Spain is shared between the central authority, Spanish Agency for Medicines and Medical Devices (AEMPS), and the Spanish regional authorities, which count as one PIC/S Participating Authority. All Spanish Medicinal Authorities, which are listed on the AEMPS web site, are considered as PIC/S Participating Authorities and are represented in PIC/S by the AEMPS.**

Accession to PIC Scheme January 1998

---

Sweden

**Swedish Medical Products Agency** (**MPA**)

Box 26
SE - 751 03 Uppsala
Sweden



Accession to PIC May 1971          Accession to PIC Scheme February 1996

---

Switzerland

**Swiss Agency for Therapeutic Products** (**Swissmedic**)

Hallerstrasse 7
CH - 3012 Bern



Accession to PIC May 1971          Accession to PIC Scheme February 1996

---

Thailand



**Food and Drug Administration** (Thai FDA)

Ministry of Public Health
88/24 Tiwanon Road
Nonthaburi 11000
Thailand

Accession to PIC Scheme August 2016

---

Türkiye



**Turkish Medicines and Medical Devices Agency** (TMMDA)

Inspectorate
Söğütözü Mahallesi 2176 Sokak No 5
TR - 06520 Çankaya - Ankara

Accession to PIC Scheme January 2018

---

Ukraine



**State Service of Ukraine on Medicines and Drugs Control** (SMDC)

120 A, Peremogy av.
UA - 03115 Kyiv
Ukraine

Accession to PIC Scheme January 2011

---

United Kingdom



**Medicines & Healthcare Products Regulatory Agency** (MHRA)

10 South Colonnade
Canary Wharf
GB - London E14 4PU

Accession to PIC May 1971          Accession to PIC Scheme June 1999

---

United Kingdom



**Veterinary Medicines Directorate** (VMD)

Woodham Lane, New Haw
Addlestone
GB - Surrey KT15 3LS

Accession to PIC Scheme January 2014

U.S.A

**U.S. Food and Drug Administration** (US FDA)



10903 New Hampshire Avenue
Building 31, Room 3502
Silver Spring, Maryland  20993


Accession to PIC Scheme January 2011

**About**
Introduction
Introduction (in French)
Mission, Vision and
Values
History
Benefits
Organisational Structure
International Co-
operation
Photogallery
Videogallery
Links
List of Acronyms
Copyright Disclaimer
Contact

**Members**

**Activities**
GM(D)P Harmonisation
Training
Compliance
Expert Circles
Strategic Development
Communication
Budget, Risk and Audit

**PIA Academy**

**Publications**

**Events**

**Accession**
Accession Procedure
Applicants
Pre-Applicants
Former Pre-Applicants
Accession
Requirements
Accession Contact

**Contact**

PIC/S Secretariat
26, rue de Saint-Jean
1203 - Geneva
Switzerland

Tel: (+41) 22 738 92 16
Email: info@picscheme.org

**Follow us**