# Exhibit 27

# MINUTES



| | |
|---|---|
| Meeting Title: | PIC/S Data Integrity Working Group 3rd Teleconference |
| Date: | 18 December 2015 |
| Time: | 12.00 GMT; UTC +0 |
| Attendees: | Mr Atul Agrawal — USFDA |
| | Mr Ronald Bauer — AGES |
| | Mr Nabil Bezzenine — ANSM |
| | Mr David Churchward — Co-Chair (MHRA) |
| | Ms Debbi Fox — Health Canada |
| | Ms Paula Katz — USFDA |
| | Mr Karl-Heinz Menges — ZLG |
| | Mr Georges Meseguer — Swissmedic |
| | Mr Javad Mohammadnejad — MPA |
| | Mr Henning Willads Petersen — DKMA |
| | Mr Hara Kentaro — PMDA |
| | Ishii Ryusei — PMDA |
| | NG Liong Tham — HSA |
| | Mr Ono Katsuhito — PMDA |
| Apologies: | Matt Davis — Co-chair (TGA) |
| | Lorella Chiappinelli — AIFA |
| | Roberto Conocchia — AIFA |

| Item | Details | Owner |
|---|---|---|
| 1 | **Previous Minutes**<br>Minutes from the meeting of 08 October 2015 were accepted by the members in attendance. No further email comments had been received. | DC |
| 2 | **Proposed Revised Mandate**<br>*October 2015 meeting Action 2.2:* Group members to discuss working group progress and direction with their own internal policy and management groups to ensure that concerns are communicated and that the objectives of the WG align with departmental and agency objectives regarding DI.<br><br>No objections were raised in relation to the revised terms of reference circulated prior to the meeting. No email objections were received by those unable to attend the teleconference. | DC |

| | Action complete. | |



FDACDER_0001172

| 3 | Actions from previous meetings: | DC |
|---|---|---|
| | **Action 2.1: (carried forward) Matt Davis to review whether IBM connections can be utilised by the group for document sharing and communication** | |
| | Update carried over to the next meeting | |
| | *Action 2.4 All remaining group members are requested to contact the chairs to indicate whether they are able to provide assistance with this initial drafting.* | |
| | It was reported that a further offer of assistance had been received from ZLG. The importance of further support to the drafting process was raised by David Churchward (DC). This is to ensure that working group outputs proceed in accordance with the agreed challenging timescales, and are reflective of the PIC/S international experience. | |
| | **Action 2.4 (carried forward) All remaining group members are requested to contact the chairs to indicate whether they are able to provide assistance with this initial drafting. (Due: As soon as possible)** | |
| | **ACTION 2.5: (carried forward) Matt Davis to send the Terms of Reference to PIC/S for approval.** | |
| | Action carried forward; this can now proceed following agreement of revised ToR under agenda item 2.2. | |
| | ACTION 2.6: *David Churchward to obtain PIC/S API EC training and circulate when available.* | |
| | DC reported that the PIC/S Secretariat had confirmed future on-line access to data integrity training materials used during the API Expert Circle event hosted by EDQM in Strasbourg, October 2015. Web access and password were circulated by email. PIC/S Secretariat to inform users when all material has been edited and posted for web use. | |
| | Action complete. | |
| | ACTION 2.7: *Group members to review and share external training course materials where possible. Please ensure relevant permissions are obtained and circulate any relevant information to the group via email.* | |
| | Lorella Chiappinelli (LC) provided a written update prior to the teleconference. AIFA are planning a training event in January 2016 to create data integrity guidelines, containing points to check in order to address data integrity issues during an inspection. This is a development of the 'tips' document described during the October 2015 teleconference. LC committed to share this document with the group when it becomes available. AIFA is also planning a more complex level course with the Italian OMCL on IT systems relating to analytical testing. | |
| | Karl-Heinz Menges (K-H M) has obtained data integrity training material from a consultant (Bob McDowall), and will make available to members via Eudralink. Any members who are unable to access should contact Karl-Heinz directly. (Post meeting note: link sent: https://eudralink.ema.europa.eu/dl.php?d=863b2a76d) | |

Nabil Bezzenine (NB) stated that ANSM has workshop material / practical exercises relating to detection of data integrity failure in paper and batch records. It was noted that this will be useful when the working group develops training material as part of the later mandate topics.

USFDA are planning further data integrity training with Monica Cahilly in quarter 1 2016.

Working group members were asked to collate any further training or reference material until the share-point for documentation is arranged.

*Action 2.3* Lead drafters to begin development of draft text for their respective sections of the document. Initial draft target date is 1st week December 2015.

Nabil Bezzenine (NB) asked (with reference to the Terms of reference item #1) whether the group will be preparing an aide memoire or guidance. DC explained that the outcome of previous group discussions was that the development of aide memoire and guidance should be concurrent (i.e. a description of expectations, how compliance may be achieved and also consider key questions which may be asked during inspection to assess compliance). Towards the end of the drafting process, the working group can consider whether these different elements of work should be provided in separate documents.

There was agreement amongst teleconference participants that this remained an acceptable approach.

Updates on drafting of guidance were as follows:

| Section | Lead for drafting | 18 December progress update |
|---|---|---|
| Introduction, purpose and scope | Matt Davis | DC: Introduction text drafted, under review before circulation to the group. |
| Data governance system | David Churchward | DC: drafting has started; will consider DI as a whole. This section will 'sign post' to key issues described in more detail in other sections of the document |
| Organisational influences | Neil Barkat | Debbi Fox: unaware of drafting status within Health Canada |
| General DI principles and enablers | Neil Barkat | |
| DI considerations for paper-based systems | Nabil Bezzenine | NB: drafting has started, based on GMP requirements for control and archiving of paper documents. Draft for circulation anticipated at the beginning of February 2016 |
| DI considerations for electronic-based systems | Atul Agrawal | AA: drafting relating to chromatography systems, Part 11 and EU requirements has started. Further progress was pending clarity of the document focus. Proposed next step is to consider other (non- |
| Decision making, exclusion of data | Atul Agrawal | |

| | | | | |
|---|---|---|---|---|
| | | | chromatography) electronic systems. Draft for circulation anticipated at the beginning of February 2016 | |
| | DI consideration for supply-chain activities | Paula Katz | PK: no drafting has taken place yet – will consider content of other early drafts circulated for review | |
| | There was agreement among the drafting leads that draft text (whether completed or not) would be circulated by mid- February. Progress will be discussed during the next teleconference, which will be in March 2016.<br><br>**Action 3.1: All drafting leads to circulate copies of work completed by 19 February 2016**<br><br>It was noted that the recent draft WHO good data management practices document (public consultation) provided important information on the application of ALCOA principles to both paper and electronic systems (chapter 9). This would be of benefit to the PIC/S drafting group. It was agreed that WHO should be approached for permission to use this content.<br><br>**Action 3.2: DC to request permission from WHO to use relevant content of their draft Good Data Management document** | | | |
| 4 | Next meeting<br>Next meeting to be held in March<br><br>**Action 3.3: DC to issue Doodle poll for March teleconference dates** | | | DC |
| 5 | Any other business - *(5 minutes discussion)*<br><br>K-HM asked when USFDA will publish their data integrity guidance. Paula Katz (PK) was unable to provide a specific update on this, but was able to confirm to the group that she has visibility of the FDA guidance, and will therefore be in a position to monitor for consistency in approach. | | | All |
| 6 | Confirm agreed action items - *(5 minutes discussion)*<br><br>The actions recorded within these minutes were discussed and agreed upon. | | | DC |
| | Meeting Close<br><br>The meeting was closed at approximately 13.00 GMT (UTC+0) | | | |

**Table of actions**

|  | Task | Assigned to | Due date | Completed date |
|---|---|---|---|---|
| 01-01 | communicate preferences instead of Doodle to Matt Davis by email | All | ASAP | - |
| 01-02 | registering with doodle.com prior to next meeting | MD | - | 31 July 2015 |
| 01-03 | enquire with PIC/S regarding available web-platforms for document collaboration and exchange. | MD | - | 28 July 2015 |
| 01-04a | Matt Davis to create and circulate a basic Industry Guidance document template | MD | - | 18 August 2015 |
| 01-04b | comment on the headings of the document template | All | - | Ongoing |
| 01-05 | enquire with PIC/S regarding the processes/timelines for document approval for PE and PI documents | MD | ASAP | 28 July 2015 |
| 01-06a | comments or feedback to the ToR document | All | ASAP | 8 Oct 2015 |
| 01-06b | update the members list | MD | - | 28 July 2015 |
| 01-07 | contact leaders of PIC/S working groups regarding the sharing of relevant Data Integrity materials | DC | - | 27 July 2015 |
| 01-08 | review and share external training course materials | All | - | ongoing |
| 01-09 | to send a circular email to the group if they have resources or any area of expertise | Non attendees | - | 27 July 2015 |
| 01-10 | contact group members and arrange September's meeting | DC |  | 31 Jul 2015 |
| 02-01 | Matt Davis to review whether IBM connections can be utilised by the group for document sharing and communication | MD | Dec 15 |  |
| 02-02 | Discuss working group progress and direction with your own internal policy and management groups to ensure that concerns are communicated and that the objectives of the WG align with departmental and agency objectives regarding DI. | All | Dec 2015 | 18 Dec 2015 |
| 02-03 | Lead drafters to begin development of draft text for their respective sections of the document. | Lead drafters | Dec 2015 | Revised date: action re-issued as 03-01 |
| 02-04 | All remaining group members are requested to contact the chairs to indicate whether they are able to provide assistance with this initial drafting. | All | End Oct 2015 |  |

FDACDER_0001176

| 02-05 | send the Terms of Reference to PIC/S for approval. | MD | ASAP | |
| 02-06 | obtain PIC/S API EC training and circulate when available | DC | ASAP | 18 Dec 2015 |
| 02-07 | Review and share external training course materials where possible. Please ensure relevant permissions are obtained and circulate any relevant information to the group via email | All | End Nov 2015 | 18 Dec 2015 |
| 02-08 | David Churchward to contact group members and arrange December's meeting using doodle.com & email | DC | End Oct 2015 | 22 Oct 2015 |
| 03-01 | All drafting leads to circulate copies of work completed by 19 February 2016 | All | 19 Feb 2016 | |
| 03-02 | Request permission from WHO to use relevant content of their draft Good Data Management document | DC | End Jan 2016 | |
| 03-03 | Issue Doodle poll for March teleconference dates | DC | End Jan 2016 | |

**Table of abbreviations**

DC   David Churchward
MD   Matt Davis


DI   Data Integrity
ToR  Terms of Reference