# Exhibit 28

**PIC/S 2016 Annual Seminar - Inspectorates of the Future**

Hosted by MHRA, Museum of Science and Industry, Manchester, UK (www.mosi.org.uk)
6 – 8 July 2016.

**Wednesday 6th July 'Inspection trends and future developments'**

| Time | Topic |
|---|---|
| 09.00 | Welcome to Seminar – Head MHRA Inspectorate (M Birse) <br> Opening addresses – Chief Executive MHRA & PIC/S Chairman (I Hudson / P Hargreaves) <br> Introduction to Agenda – Head MHRA Inspectorate (M Birse) |
| 09.30 | Inspections trends & GMP deficiencies – (P Gustafson) <br> • Pre-seminar questionnaire – follow up from South Africa on trends <br> Deficiency classification – TGA (WG on harmonization on classification). |
| 10.30 | Break |
| 11.00 | Data Integrity - Issues identified and inspection techniques MHRA & TGA (D Churchward) <br> • Note link back to anything in 09.30 slot |
| 11.45 | Industry developments – Speaker from the GPMLF Global Pharmaceutical Manufacturers Leadership Forum orr Strathclyde University Grant people or Government speaker on pharmaceutical business trend (HPRA) - MHRA to arrange |
| 12.30 | Lunch |
| 13.30 | Workshop 1 – Inspection trends and inspection strategies for the future (link to 0930 speakers +3-4 MHRA to support) P Gustafson + MHRA support <br> • Review and comparison of trends globally – output: new PIC/S article <br> • Use GPMLF GPS document to map gaps in inspector knowledge – output: for PIA to use <br><br> Workshop 2 – Data Integrity (link to 0930 speakers +3-4 MHRA to support) (TGA/FDA/MHRA) - MHRA to arrange once delegates known <br> • Workshop showing practical examples of how to inspect <br> • Gather additional techniques from group – output: for collation by drafting group |
| 15.00 | Break |
| 15.30 | Workshop 1 – Inspection trends and inspection strategies for the future <br> Workshop 2 – Data Integrity |
| 17.00 | Close |

**PIC/S 2016 Annual Seminar - Inspectorates of the Future**

Hosted by MHRA, Museum of Science and Industry, Manchester, UK (www.mosi.org.uk)

6 – 8 July 2016.

**Thursday 7th July 'Inspectorates of the Future'**

| Time | Topic |
|---|---|
| 09.00 | Scene setter for day - MHRA to arrange |
| 09.10 | Working together – TGA (H Rothenfluh) + EMA (P Krauze) or WHO<br>• PIC/S, ICMRA etc<br>• Reliance frameworks – maximising resources<br>• Information sharing – what needed and when<br>• Practicalities & legalities of Office/Desktop Based Inspections |
| 09.35 | Risk based inspections – (J Morenas / Ian Jackson)<br>• Review of PIC/S approach<br>• Drivers and intel needed<br>• Whistle-blowers<br>Pre-seminar questionnaire – MHRA to establish with session lead |
| 10.30 | Break |
| 11.00 | Compliance Management – FDA (S Laska/ E Morrison)<br>• Increase patient safety and security of supply<br>• What is done beyond inspections to drive compliance<br>• Pre-seminar questionnaire - MHRA to establish with session lead |
| 11.45 | Shortages and complex supply chain – Industry speaker (supply chain shortages group) – MHRA to arrange<br>• Drivers for shortages / *assessors view*<br>• Increasing complexity / *industry view* |
| 12.30 | Lunch |
| 13.30 | Workshop 3 – Shortages EMA (P Krauze/Brendan Cuddy) + MHRA support<br>• Presentation on practical examples<br>  ○ Inspectors 'role' in reducing shortages / *inspectors view*<br>• Greater understanding of work done in this area<br>• Develop guidance documents<br>• What can inspectors do – output: how PIC/S can promote work in this area<br><br>Workshop 4 – Compliance Management FDA ( with MHRA Support)<br>• Workshop discussing what inspectors/agencies do now<br>• Develop what more could be done and what PIC/S could do<br>• Whistle-blowers, how handled<br>• Gather from group – output: proposals for PIC/S to develop |
| 15.00 | Break |
| 15.30 | Workshop 3 – Shortages<br>Workshop 4 – Compliance Management |
| 17.00 | Close |

**PIC/S 2016 Annual Seminar - Inspectorates of the Future**

Hosted by MHRA, Museum of Science and Industry, Manchester, UK (www.mosi.org.uk)
6 – 8 July 2016.

**Friday 8th July 'A New Dawn'**

| Time | Topic |
|------|-------|
| 09.00 | Introduction |
| 09.00 | PIA – Now & Next (Boon)<br>• Overview of PIA progress to all delegates<br>• What it will mean as an Inspector |
| 09.30 | Workshop feedback (x4) – 15 mins each<br>Chair HPRA (A Hayes) + leaders of the workshops<br>• Recap of key messages<br>• Proposed output and next steps |
| 10.30 | Break |
| 11.00 | Foreign Travel Safety Awareness (Harry TGA/ MHRA)<br>• Risk Assessments – proactive and dynamic<br>• Security Alerts<br>• Cancelling inspections<br>• Working with inspectors in country |
| 11.30 | PIC/S Highlights and Vision to 2020 – Chair (P Hargreaves)<br>• Developed by EB members<br>• Highlights of WG and SC |
| 12.00 | 2017 Seminar address – Chinese Taipei |
| 12.15 | Closing address & presentation of the PIC/S walking stick<br>• MHRA (M Birse)<br>• Chair PIC/S (P Hargreaves) |
| 12.30 | Lunch or depart |

Workshop structure

- 2 workshops with approximately 70 people (7 x round table of 10)
- Each workshop 1.5 hours long and then swap
- 4 facilitators per workshop (MHRA to provide 2 Inspectors to support running of each
- Technology used to capture feedback for all teams for instant review – iPads etc and voting technology