Exhibit 33

| From: | "OMahony, Kevin" <kevin.omahony@novartis.com> |
| To: | xavier <xavier@huahaipharm.com>, tangyinhua <tangyinhua@huahaipharm.com>, "Quinn, Jannine" <jannine.quinn@novartis.com>, chenyingzhi@huahaipharm.com>, "Breen, Sarah" <sarah.breen@novartis.com>, "Hu, Brad" <brad.hu@novartis.com>, "Zhu, Bin-1" <bin-1.zhu@novartis.com>, 徐晃 <xumi@huahaipharm.com>, 朱玲 <zhuling@huahaipharm.com>, cai <cai@huahaipharm.com>, peng dong <dongpeng@huahaipharm.com>, xiongying <xiongying@huahaipharm.com> |
| Cc: | minli <minli@huahaipharm.com>, jenson <jenson@huahaipharm.com> |
| Date: | Thu, 07 Jun 2018 15:08:33 +0000 |
| Attachments: | Nitrosodimethylamine_es035025n.pdf   (126.56 kB) |

Dear All,

Please see below an update on activities at Novartis and some potential roots of synthesis provided by our R&D group.

---

**Actions for confirmation of Identity:**

· Reference material for Nitrosodimethylamine has been received.

· Retention time analysis of the peak from the reference compared to the unknown in the GC and MRM using a triple quadrople GC-MS will be performed to double check the identity. This is scheduled to be completed on Monday 11th June.

· If peak confirmed as Nitrosodimethylamine tentative quantitation of levels in three batches from which we can propose levels present in all batches tested so far.

---

**Potential roots of formation:**

1. Leeching from rubber in the process equipment

2. Upon contact with tap water that has been pre-treated with chloramination (Cl2 and NH3), DMF might react to NDMA. See Table 1 in the attached paper. This pathway is reasonable only if at least some oxidant (such as hypochlorite in process water) would end up in process media that contain DMF and valsartan.

   Please also make sure that any detected NDMA traces really originate from the test sample and not from water that is used in the analytical procedure. This may prove tricky in the ppb range.

3. Two chemical steps in the ROS of Huahai (Step 3 and 4) use N,N-dimethylformamide (DMF) as a solvent. DMF is known to be subject to hydrolysis, releasing dimethylamine and formic acid, in particular at elevated temperature or in presence of acids or bases.

The critical step in the optimization of the Valsartan compound with sodium azide (NaN3) to the tetrazole. The reaction is exothermic and runs at high temperature over several hours. Huahai uses ZnCl2 in DMF to avoid the use of the traditional, but ecotoxic organotin reagent (tributyltin chloride).

## Step 4  Synthesis of crude Valsartan

The reaction of Step 4 requires an excess of NaN3 which has to be destroyed in the work-up. The common method to destroy excess azide is reaction with sodium nitrite and an acid to obtain HNO2 which transforms azide into N2 and N2O. If dimethylamine is present, it would react with HNO2 to form the N-nitroso compound:

A missing piece of evidence is the method by which Huahai actually destroys the excess azide of Step 4. Is this done by addition of sodium nitrite, and is this performed in presence of the valsartan product?

Best regards,

Kevin O'Mahony
AS&T Expert,
Launch & Transfer.
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd, Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone  +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

RESTRICTED CONFIDENTIAL INFORMATION                                      ZHP01390018

**From:** OMahony, Kevin
**Sent:** 07 June 2018 07:40
**To:** xavier; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 侯宽; 朱邦; cai; peng dong; xiongying
**Cc:** minli; Jenson
**Subject:** RE: Valsartan

Dear Xavier,

I fully understand. But I still think it would be a good idea to have a quick call to discuss what we see so that you can have the most up to date information.

So maybe we can dial in for 15 minutes?

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone  +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 07 June 2018 03:37
**To:** OMahony, Kevin; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 侯宽; 朱邦; cai; peng dong; xiongying
**Cc:** minli; Jenson
**Subject:** Re: Valsartan

Dear Kevin,

Thanks a lot for your invitation.

I have checked with Dr.Li's team, actually it will take us some time to do study on the potential Nitrosodimethylamine impurity.

So may we suggest to postpone the TC to next week once we have more update and comments?

Certainly, if Novartis has anything new to update and share, we will appreciate it.

Best Regards

**HUAHAI PHARM**

Mr. Xavier Tang 汤风络

Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411 Fax:+86-576-85991062
Mobile: +86-13706763070
Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

From: OMahony, Kevin
Date: 2018-06-06 23:59
To: xavier; tangyinhua; Quinn, Jannine ; chenyingzhi@huahaipharm.com ; Breen, Sarah; Hu,
Brad; Zhu, Bin-1; 朱玲; Cai; peng, dong; xiongying
Subject: Valsartan

Dear All,

Please find details for a follow up call tomorrow to discuss the potential
Nitrosodimethylamine impurity.

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone  +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

**Click Here to Join Your Skype for Business Meeting**

After your meeting, let us know how your meeting experience was with Skype for
Business technology:

Was it **Good** or **Bad** ? (click one)

RESTRICTED CONFIDENTIAL INFORMATION

This survey will be available for a limited time and the information provided will help us improve our service.

**Connecting via Phone?**
**iPhone:** Press a number for one-touch dialing
**Telephone:** Dial and enter the conference ID when prompted: **273 278 928**

| | |
|---|---|
| Australia, Sydney | +61282784329 |
| Austria | +4313602775440 |
| Brazil | +551136788274 |
| Canada, Toll Free | +18338175826 |
| China, Beijing | +861057843521 |
| France | +33195148669 |
| Germany | +4991194899660 |
| India Hyderabad | +914039406980 |
| Ireland | +35315339883 |
| Italy | +390238694069 |
| Japan, Tokyo | +81366344751 |
| Mexico | +525550912421 |
| Russia | +74957820933 |
| Singapore | +6564298479 |
| Slovenia | +38618888587 |
| Spain | +34930038015 |
| Switzerland | +41615478009 |
| United Kingdom | +442076608417 |
| USA, Georgia | +14047195218 |
| USA, Massachusetts | +18572777818 |
| USA, New Jersey | +19733566698 |
| USA, Texas | +18179533373 |

**Additional phone numbers:** View the global phone list
**Connect via the Web:** Join Now
**No local number?:** Use the Call me at feature (external access)
**Meeting organizers:** Set/reset your PIN if needed
**Learn more about Skype:** at Novartis, on Yammer, or on the Web
**Learn more about collaboration tools:** Visit the Virtual Collaboration Toolkit

**Tip:** For the best meeting experience, use an approved headset/speaker and a wired Internet connection, when available.

RESTRICTED CONFIDENTIAL INFORMATION                                                                ZHP01390022