Exhibit 35

Quingming Li
**ZHP-288**
4/16/2021

# RE: RE: Valsartan ESO GC Results- Unknown Peaks

| | |
|---|---|
| **From:** | "OMahony, Kevin" <kevin.omahony@novartis.com> |
| **To:** | "Quinn, Jannine" <jannine.quinn@novartis.com>, xavier <xavier@huahaipharm.com> |
| **Cc:** | tangyinhua <tangyinhua@huahaipharm.com>, chenyingzhi@huahaipharm.com, "Breen, Sarah" <sarah.breen@novartis.com>, "Hu, Brad" <brad.hu@novartis.com>, "Zhu, Bin-1" <bin-1.zhu@novartis.com>, 徐觅 <xumi@huahaipharm.com>, zhuling <zhuling@huahaipharm.com>, Minda Cai <cai@huahaipharm.com>, peng dong <dongpeng@huahaipharm.com>, xiongying <xiongying@huahaipharm.com>, minli <minli@huahaipharm.com>, jenson <jenson@huahaipharm.com>, "Lynch, Niamh" <niamh.lynch@novartis.com> |
| **Date:** | Tue, 05 Jun 2018 08:28:22 +0000 |
| **Attachments:** | REP-0909_draft.docx (389.91 kB) |

Dear Xavier,

We have done some testing in Solvias labs for Novartis of three batches of Huahai material and have a tentative assessment.

Please note in the Solvias testing Dichloromethane was not seen. I have asked the lab to confirm that this is definitely the case.

Can the Huahai colleagues please assess this and comment as soon as possible?

**Tentative identification of unknown peaks detected in Valsartan (Batch 18-038M01)**

| Assigned pPeak (tentative) | VOC | CAS No. | NIST fit | RT (min) | RRTꟶ | Comments KOM 05 June 2018 |
|---|---|---|---|---|---|---|
| 3 | Propane | 74-98-6 | 767 | 2.06 | 0.29 | Likely a breakdown of a longer chain alkane on the GC |

| Assigned pPeak (tentative) | VOC | CAS No. | NIST fit | RT (min) | RRTⅢ | Comments KOM 05 June 2018 |
|---|---|---|---|---|---|---|
| 4 | Butane | 106-97-8 | 953 | 2.51 | 0.35 | Likely a breakdown of a longer chain alkane on the GC |
| 7 | Acetone | 67-64-1 | 999 | 4.21 | 0.58 | ICH class 3. 5000ppm limit. |
| 8 | 2-Propanol | 67-63-0 | 970 | 4.39 | 0.61 | ICH class 3. 5000ppm limit. |
| 9 | 2-methylpentane | 107-83-5 | 896 | 4.90 | 0.68 | Isohexane so 290ppm can be assumed |
| 11 | 2-methylpropanal | 78-84-2 | 927 | 5.59 | 0.78 | Other name for Isobutyrlaldehyde. Also seen in Huahai |
| 13 | Butanal or 2-butanone | e.g. 123-72-8 | 900 | 6.72 | 0.93 | |
| 15 | Isopropyl acetate | 108-21-4 | 918 | 9.07 | 1.26 | Also seen in Huahai |
| 16 | Propanoic acid, ethyl ester | 105-37-3 | 918 | 11.33 | 1.57 | |
| 17 | Propyl acetate | 109-60-4 | 933 | 11.57 | 1.61 | Also seen in Huahai |
| 19 | N- | 62- | 99 | 15. | 2.2 | |

| Assigned pPeak (tentative) | VOC | CAS No. | NIST fit | RT (min) | RRT[1] | Comments KOM 05 June 2018 |
|---|---|---|---|---|---|---|
| | Nitrosodimethylamine (tentative) | 75-9 | 9 | 93 | 1 | |
| 20 | Butyl acetate | 123-86-4 | 924 | 16.90 | 2.35 | |
| 21 | Branched alkane | Group ID | 950 | 23.27 | 3.23 | |

**Tentative identification of unknown peaks detected in Valsartan (Batch 18-042M01)**

| Assigned peak (tentative) | VOC | CAS No. | NIST fit | RT (min) | RRT[2] | Comments KOM 05 June 2018 |
|---|---|---|---|---|---|---|
| 3 | Propane | 74-98-6 | 908 | 2.07 | 0.29 | |
| 4 | Butane | 106-97-8 | 999 | 2.51 | 0.35 | |
| 7 | Acetone | 67-64-1 | 999 | 4.21 | 0.58 | |
| 8 | 2-Propanol | 67-63-0 | 980 | 4.39 | 0.61 | |
| 9 | 2-methylpentane | 107-83-5 | 929 | 4.90 | 0.68 | |
| 10 | 2-methyl-2-propanol (tentative) | 75-65-0 | 972 | 5.01 | 0.69 | Isomer of butanol which is ICH class 3. |

| | | | | | | 5000ppm limit |
|---|---|---|---|---|---|---|
| 12 | 2-methylpropanal | 78-84-2 | 994 | 5.60 | 0.78 | |
| 13 | Butanal or 2-butanone | e.g. 123-72-8 | 912 | 6.72 | 0.93 | |
| 15 | Tetrahydrofurane | 109-99-9 | 973 | 7.61 | 1.05 | ICH Class 2. 720 ppm limit |
| 16 | Cyclohexane | 110-82-7 | 830 | 8.17 | 1.13 | |
| 17 | Isopropyl acetate | 108-21-4 | 919 | 9.07 | 1.26 | |
| 18 | Propanoic acid, ethyl ester | 105-37-3 | 915 | 11.33 | 1.57 | |
| 19 | Propyl acetate | 109-60-4 | 935 | 11.57 | 1.60 | |
| 21 | N-Nitrosodimethylamine (tentative) | 62-75-9 | 999 | 15.93 | 2.21 | |
| 22 | Butyl acetate | 123-86-4 | 912 | 16.90 | 2.34 | |
| 24 | Branched alkane | Group ID | 954 | 23.27 | 3.23 | |

Table 9: Tentative identification of unknowns detected in Valsartan (Batch 18-046M01)

| Assigned peak (tentative) | VOC | CAS No. | NIST fit | RT (min) | RRT[1] | Comments KOM 05 June 2018 |
|---|---|---|---|---|---|---|
| 3 | Propane | 74-98-6 | 843 | 2.06 | 0.29 | |
| 4 | Butane | 106-97-8 | 891 | 2.51 | 0.35 | |

| 7 | Acetone | 67-64-1 | 923 | 4.21 | 0.58 | |
|---|---|---|---|---|---|---|
| 8 | 2-Propanol | 67-63-0 | 970 | 4.35 | 0.60 | |
| 10 | 2-methylpentane | 107-83-5 | 886 | 4.90 | 0.68 | |
| 12 | 2-methylpropanal | 78-84-2 | 999 | 5.60 | 0.78 | |
| 13 | Butanal or 2-butanone | e.g. 123-72-8 | 915 | 6.72 | 0.93 | |
| 15 | Tetrahydrofuran | 109-99-9 | 859 | 7.61 | 1.06 | |
| 16 | Formic acid, 1,1-dimethylethyl ester | 762-75-4 | 931 | 7.79 | 1.08 | Formic acid is class 3. 5000ppm limit |
| 17 | Isopropyl acetate | 108-21-4 | 898 | 9.07 | 1.26 | |
| 18 | Propanoic acid, ethyl ester | 105-37-3 | 897 | 11.33 | 1.57 | |
| 19 | N-Nitrosodimethylamine (tentative) | 62-75-9 | 969 | 15.92 | 2.21 | |
| 20 | Butyl acetate | 123-86-4 | 881 | 16.91 | 2.35 | |
| 21 | N,N-Dimethylacetamide | 127-19-5 | 881 | 22.28 | 3.09 | |
| 22 | Branched alkane | Group ID | 957 | 23.27 | 3.23 | |

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone   +353 21 4862037
kevin.omahony@novartis.com

www.novartis.com

ZHP00359800

**From:** Quinn, Jannine
Sent: 04 June 2018 23:26

To: xavier; OMahony, Kevin

Cc: tangyinhua; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; zhuling; 'Minda Cai'; peng dong; xiongying; minli; jenson
Subject: RE: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Xavier,

As a follow up to the DS Lot risk assessment can you advise if dichloromethane is a specified solvent in the starting material?  Further to this, is it be possible to control the presence of dichloromethane in the starting material to ensure that the resulting DS lots consistently contain less than 60ppm of this solvent.

Further to this, it is noted that of the 8 samples DS lots which were quantified, 6 lots demonstrate a consistent level of dichloromethane (21-28ppm).  The two remaining lots are higher at 62 and 78 ppm dichloromethane.

Can you comment on the following questions:-

-    Did the 2 DS lots C5523-18-031M and C5523-18-033M used a specific lot of the starting material i.e. can we attribute a cause to the higher levels seen in these 2 lots?
-    Is there evidence or a hypothesis to suggest that the typical level of dichloromethane should be in the range of 21 – 28ppm or is the range of 21 – 78ppm dichloromethane representative of the process?
-    Do you propose to introduce a control for this material to ensure it is below 60ppm i.e. 10% of the ICH limit?

Thank you,

Jannine

**Jannine Quinn**
Project Team Leader [Launch and Transfer]

T +353 21 4974516
M +353 87 2229249
jannine.quinn@novartis.com

**Novartis International Pharmaceutical Ltd,**
**Branch Ireland (NIPBI),**
**External Supply Operations**
Ringaskiddy,
County Cork
IRELAND

RESTRICTED CONFIDENTIAL INFORMATION

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 04 June 2018 06:51
**To:** Quinn, Jannine; OMahony, Kevin
**Cc:** tangyinhua; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; zhuling; 'Minda Cai'; peng dong; xiongying; minli; jenson
**Subject:** Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin, dear Jannine,

As promised, please kindly find the enclosed risk assessment for the additional batches as required.

Please kindly let us know if you have any further questions.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**

Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411  Fax:+86-576-85991062
Mobile: +86-13706763070
Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

> **From:** Quinn, Jannine
> **Date:** 2018-06-01 15:05
> **To:** xavier; OMahony, Kevin
> **CC:** tangyinhua; chenyingzhi@huahaipharm.com ; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; zhuling; Cai; peng dong; xiongying; minli; Jenson
> **Subject:** RE: RE: Valsartan ESO GC Results- Unknown Peaks
> Dear Xavier,

ZHP00359802

Thank you for your assistance with this.

Best regards,
Jannine

**Jannine Quinn**
Project Team Leader [Launch and Transfer]

T +353 21 4974516
M +353 87 2229249
jannine.quinn@novartis.com

**Novartis International Pharmaceutical Ltd,**
**Branch Ireland (NIPBI),**
**External Supply Operations**
Ringaskiddy,
County Cork
IRELAND

---

**From:** xavier [mailto:xavier@huahaipharm.com]
Sent: 01 June 2018 08:04
To: Quinn, Jannine; OMahony, Kevin
Cc: tangyinhua; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅;
zhuling; Cai; peng dong; xiongying; minli; Jenson
Subject: Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Jannie,

As agreed on today's TC, we will feedback with the risk assessment for the batches
mentioned below by next Monday afternoon.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**
Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411  Fax:+86-576-85991062

Mobile: +86-13706763070

Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

**From:** Quinn, Jannine
**Date:** 2018-05-31 22:49
**To:** xavier; OMahony, Kevin
**CC:** tangyinhua; chenyingzhi@huahaipharm.com ; Breen, Sarah; Hu, Brad; Zhu, Bin-1; Karen Xu; 朱玲; 'Minda Cai'; peng dong; xiongying; minli; jenson
**Subject:** RE: Re: Valsartan ESO GC Results- Unknown Peaks

Dear Xavier,

Thanks to you and your team for providing the investigation report of the unknown peak in residual solvent of Valsartan in such a short timeframe to support the Novartis timeline for first Drug Substance release for Drug Product Validation.

Kevin is working through your report currently.

In the meanwhile, can you complete an evaluation of the lots already supplied to Novartis to confirm that the residual solvents peak responses for those individual batches are within the limits defined in the report.

Could you give your first attention to the lots listed below as these DS lots are to be used during next weeks for the first DP validations.

#18-028M01
#18-029M01
#18-030M01
#18-031M01
#18-033M01
#18-009M01
#18-010M01
#18-011M01
#18-012M01
#18-013M01
#18-019M01
#18-020M01
#18-014M01
#18-027M01
#18-032M01
#18-034M01
#18-035M01

Your assistance with this is much appreciated.

Thank you,
Jannine

**Jannine Quinn**
Project Team Leader [Launch and Transfer]

RESTRICTED CONFIDENTIAL INFORMATION

T +353 21 4974516
M +353 87 2229249
jannine.quinn@novartis.com

**Novartis International Pharmaceutical Ltd,
Branch Ireland (NIPBI),
External Supply Operations**
Ringaskiddy,
County Cork
IRELAND

---

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 31 May 2018 13:38
**To:** OMahony, Kevin
**Cc:** tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah; Hu, Brad; Zhu, Bin-1; Karen Xu; 朱玲; 'Minda Cai'; peng dong; xiongying; minli; jenson
**Subject:** Re: Re: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin,

Sorry to keep you waiting.

Please kindly find our investigation report of the unknown peak in residual solvent of Valsartan as attached.

Please also check the Chromatogram by Novartis method and the Identification of Dimethyl sulfide as required.

If you have any further queries, please feel free to let us know.

Thank you.

---

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**
Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China

Tel: +86-576-85016411  Fax:+86-576-85991062

Mobile: +86-13706763070

Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

> **From:** xavier
> **Date:** 2018-05-30  08:30
> **To:** OMahony, Kevin
> **CC:** tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com ; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; zhuling; Cai; peng dong; xiongying; minli; Jenson
> **Subject:** Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin,

Sure, we will do our best.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**

Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China

Tel: +86-576-85016411  Fax:+86-576-85991062

Mobile: +86-13706763070

Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

> **From:** OMahony, Kevin
> **Date:** 2018-05-29 17:57
> **To:** Huahaipharm
> **CC:** tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com ; Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; 朱玲; Cai; peng dong; xiongying; minli; jenson
> **Subject:** RE: Valsartan ESO GC Results- Unknown Peaks

Hi Xavier,

Would it be possible to share the initial data by Thursday 31st as

we are looking to release by 31st June?

ZHP00359806

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone   +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

---

**From:** Huahaipharm [mailto:xavier@huahaipharm.com]
**Sent:** 29 May 2018 10:55
**To:** OMahony, Kevin
**Cc:** tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com;
Breen, Sarah; Hu, Brad; Zhu, Bin-1; 徐觅; 朱玲; Cai; peng dong;
xiongying; minli; jenson
**Subject:** Re: Valsartan ESO GC Results- Unknown Peaks

Hi Kevin,

Yes, studying work is on-going.

We will try the best to provide report including all info.
you required on 1st June.

sent from my iPhone

在 2018年5月29日，17:40，OMahony, Kevin
<kevin.omahony@novartis.com> 写道：

> Dear Xavier,
>
> Is there an update on how the identification work is
> going at Huahai?
>
> Best regards,
>
> **Kevin O'Mahony**
> AS&T Expert
> External Supply Operations (ESO)
> Novartis International
> Pharmaceutical Ltd., Branch Ireland
> IE- Ringaskiddy, County Cork
> IRELAND

RESTRICTED CONFIDENTIAL INFORMATION

Phone   +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

---

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 25 May 2018 09:44
**To:** OMahony, Kevin; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah
**Cc:** Hu, Brad; Zhu, Bin-1; 徐觅; 朱玲; Cai; peng dong; xiongying; minli; jenson
**Subject:** Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin and Brad,

It was our great pleasure to have the TC with you today.

As agreed, we will try best to provide the report including the information as required by 31st May.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang** 汤风扬
Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411  Fax:+86-576-85991062
Mobile: +86-13706763070
Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

> 发件人： OMahony, Kevin
> 发送时间： 2018-05-24 17:43
> 收件人： xavier; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com ; Breen, Sarah
> 抄送： Hu, Brad; Zhu, Bin-1; 徐觅; 朱玲; Cai; peng dong; xiongying
> 主题： RE: RE: Valsartan ESO GC Results- Unknown Peaks

Thanks Xavier for you and your colleagues support with this.

- We actually use NMP as solvent so I am not certain that the larger peak after ethanol in our chromatogram is dimethyl sulphide. Have you some data to support your assessment of this peak by spiking or GC-MS etc.?

    HH: Yes, please kindly find the chromatogram of GC-MS & Identification as attached.

    [KOM 24 May 2018]: Thank you. As this peak is an interaction between DMSO and Valsartan this I not likely one of the peaks we are seeing in Novartis.

- Hexane and Dichloromethane are part of the Huahai validation but are not specified impurities in your method or the Novartis one so we have to consider how we deal with residual levels of these solvents in testing of the API to ensure that they are correctly identified and can be proven in each sample to be less than the ICH limits.

    HH: Hexane and Dichloromethane are not intentionally added in our manufacturing process ( Dichloromethane is introduced from the SM 4′ - Bromomethyl-2′ -cyano-1, 1′ -biphenyl ). After reviewing the historical data from Valsartan batches, the content of Dichloromethane is within the range of 14-77ppm, the content of Hexane is below 1ppm, both residues are far below ICH limit. ( ICH limit: Dichloromethane 600ppm; Hexane 290ppm)

    [KOM 24 May 2018]: Would it be possible to assess what level we are seeing in the Huahai batches listed in the word document. I appreciate you cannot necessarily re-analyse the batches but it would be good to have an idea of what level we are seeing now.

    Maybe this would be possible by running a solution of hexane and DCM at low levels on the same GC as an indication of response? Or else if you are doing further GC-MS testing you may be able to properly identity/quantify them.

- For the Ethyl-propionate and n-propyl acetate proposed have you a proposed source?
  HH: Introduced from solvent ethyl acetate.
  [KOM 24 May 2018]: What specifications would be appropriate for these?

- Have you any possibility of performing identification work on the unidentified peaks?
  HH: We are proceeding the investigation on the unidentified peaks. We will keep you closely updated.
  [KOM 24 May 2018]: Thank you very much

I think that it may be a good ideal to have a call tomorrow to discuss the progress and action plans. I will set up a call.

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone   +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

---

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 24 May 2018 10:18
**To:** OMahony, Kevin; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah
**Cc:** Carmody, Corinna; Donnellan, Keith; Kearney, David; Doherty, Barry; Hu, Brad; Zhu, Bin-1; Higgins, Susan; 徐觅; 朱玲; Cai; peng dong; xiongying
**Subject:** Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin,

Please kindly find the feedback from our QC as below:

We actually use NMP as solvent so I am not certain that the larger peak after ethanol in our chromatogram is dimethyl sulphide. Have you some data to support your assessment of this peak by spiking or GC-MS etc.?

HH: Yes, please kindly find the chromatogram of GC-MS & Identification as attached.

Hexane and Dichloromethane are part of the Huahai validation but are not specified impurities in your method or the Novartis one so we have to consider how we deal with residual levels of these solvents in testing of the API to ensure that they are correctly identified and can be proven in each sample to be less than the ICH limits.

HH: Hexane and Dichloromethane are not intentionally added in our manufacturing process ( Dichloromethane is introduced from the SM 4’ -Bromomethyl-2’ -cyano-1, 1’ -biphenyl ). After reviewing the historical data from Valsartan batches, the content of Dichloromethane is within the range of 14-77ppm, the content of Hexane is below 1ppm, both residues are far below ICH limit. ( ICH limit: Dichloromethane 600ppm; Hexane 290ppm)

For the Ethyl-propionate and n-propyl acetate proposed have you a proposed source?

HH: Introduced from solvent ethyl acetate.

Have you any possibility of performing identification work on the unidentified peaks?

HH: We are proceeding the investigation on the unidentified peaks. We will keep you closely updated.

Please kindly let us know if you have any further query.

---

Best Regards

**HUAHAI PHARM**

Mr. Xavier Tang 汤风扬

RESTRICTED CONFIDENTIAL INFORMATION

Regional Representative, Sales &
Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411  Fax:+86-576-
85991062
Mobile: +86-13706763070
Email: xavier@huahaipharm.com

**Learn us more
at www.huahaipharm.com**

**From:** OMahony, Kevin
**Date:** 2018-05-23 17:43
**To:** xavier; tangyinhua; Quinn, Jannine;
chenyingzhi@huahaipharm.com; Breen,
Sarah
**CC:** Carmody, Corinna; Donnellan, Keith;
Kearney, David; Doherty, Barry; Hu, Brad;
Zhu, Bin-1; Higgins, Susan; Karen Xu;
朱玲; Cai
**Subject:** RE: RE: Valsartan ESO GC
Results- Unknown Peaks

Dear Xavier,

Thank you for the feedback.

We actually use NMP as solvent so I
am not certain that the larger peak
after ethanol in our chromatogram is
dimethyl sulphide. Have you some
data to support your assessment of
this peak by spiking or GC-MS etc.?

Hexane and Dichloromethane are part
of the Huahai validation but are not
specified impurities in your method or
the Novartis one so we have to
consider how we deal with residual
levels of these solvents in testing of
the API to ensure that they are
correctly identified and can be proven
in each sample to be less than the ICH
limits.

RESTRICTED CONFIDENTIAL INFORMATION

For the Ethyl-propionate and n-propyl acetate proposed have you a proposed source?

Have you any possibility of performing identification work on the unidentified peaks?

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International
Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork
IRELAND

Phone    +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

---

**From:** xavier [mailto:xavier@huahaipharm.com]
**Sent:** 23 May 2018 09:55
**To:** OMahony, Kevin; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah
**Cc:** Carmody, Corinna; Donnellan, Keith; Kearney, David; Doherty, Barry; Hu, Brad; Zhu, Bin-1; Higgins, Susan; Karen Xu; 朱玲; Cai
**Subject:** Re: RE: Valsartan ESO GC Results- Unknown Peaks

Dear Kevin,

Please kindly find the feedback from our QC as below.
We have marked the peaks with our comments on the chromatogram.

<image001.jpg>
*Dimethyl sulfide: Introduced from the reaction between Valsartan and DMSO

RESTRICTED CONFIDENTIAL INFORMATION

which is the diluent of residual solvent method

**Unspecified peak 3: Introduced from the reaction between Valsartan and DMSO which is the diluent of residual solvent method

Please kindly let us know if you have any further queries.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**

Regional Representative, Sales & Marketing

Add: Xunqiao, Linhai, Zhejiang 317024, China
Tel: +86-576-85016411  Fax:+86-576-85991062
Mobile: +86-13706763070
Email: xavier@huahaipharm.com

**Learn us more at www.huahaipharm.com**

**From:** OMahony, Kevin
**Date:** 2018-05-22  17:04
**To:** xavier; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com ; Breen, Sarah
**CC:** Carmody, Corinna; Donnellan, Keith; Kearney, David; Doherty, Barry; Hu, Brad; Zhu, Bin-1; Higgins, Susan
**Subject:** RE: FW: Valsartan ESO GC Results- Unknown Peaks

Thank you very much Xavier for providing he chromatograms.

It is good to see that we are seeing some extra peaks in Huahai chromatograms and that we are aligned in this.

Is there any information on what these extra peaks are? In particular the one after ethanol?

Also would it be possible to get the chromatograms from the second method at Huahai that is used for MTBE and DMF?

We will be providing our chromatograms today also.

<image002.png>

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply Operations (ESO)
Novartis International Pharmaceutical Ltd., Branch Ireland
IE- Ringaskiddy, County Cork IRELAND

Phone   +353 21 4862037
kevin.omahony@novartis.com
www.novartis.com

---

**From:** xavier [mailto:xavier@huahaipharm.com]
Sent: 22 May 2018 04:27
To: OMahony, Kevin; tangyinhua; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah
Cc: Carmody, Corinna; Donnellan, Keith; Kearney,

David; Doherty, Barry; Hu,
Brad; Zhu, Bin-1
Subject: Re: FW: Valsartan
ESO GC Results- Unknown
Peaks

Dear Kevin,

Our QC will check and
comment soon.

Meanwhile, could you please
kindly provide the
chromatograms including
peak areas for all related
batches?

Thanks a lot.

_____

Best Regards

**HUAHAI PHARM**

**Mr. Xavier Tang 汤风扬**
Regional Representative,
Sales & Marketing

Add: Xunqiao, Linhai,
Zhejiang 317024, China
Tel: +86-576-85016411
Fax:+86-576-85991062
Mobile: +86-13706763070
Email:
xavier@huahaipharm.com

**Learn us more
at www.huahaipharm.c
om**

**From:** OMahony, Kevin

**Date:** 2018-05-22 00:00
**To:** tangyinhua; xavier; Quinn, Jannine; chenyingzhi@huahaipharm.com; Breen, Sarah
**CC:** Carmody, Corinna; Donnellan, Keith; Kearney, David; Doherty, Barry; Hu, Brad; Zhu, Bin-1
**Subject:** FW: Valsartan ESO GC Results- Unknown Peaks

Dear Huahai colleagues,

During our analysis of residual solvents by GC (using a combined method) at Novartis we have found a number of solvents that we cannot identify for the following batches.
The peak areas vary depending on the batch. These are the batches analysed.

| Batch Number: | |
|---|---|
| #18-014M01 | #18-039M01 |
| #18-027M01 | #18-040M01 |
| #18-032M01 | #18-041M01 |
| #18-034M01 | #18-042M01 |
| #18-035M01 | #18-043M01 |
| #18-036M01 | #18-044M01 |

RESTRICTED CONFIDENTIAL INFORMATION

| | |
|---|---|
| #18-037M01 | #18-045M01 |
| #18-038M01 | #18-046M01 |

Please see these highlighted and zoomed in on Figure 1 and compared to solvent and reporting limit reference solution in figure 2.

We do use a different method but would expect you to have these peaks also if product related. I have attached the GC method for your convenience.

I would appreciate your support on this and feel free to call me if any further information is required.

**Figure 1: Zoomed in chromatogram of a Huahai batch #18-038M01**

RESTRICTED CONFIDENTIAL INFORMATION

**Figure 2: Zoomed out chromatogram of a Huahai batch #18-038M01 compared to a solvent and reference solution 2.**

<image004.png>

Best regards,

**Kevin O'Mahony**
AS&T Expert
External Supply
Operations (ESO)
Novartis International
Pharmaceutical Ltd.,
Branch Ireland
IE- Ringaskiddy,
County Cork
IRELAND

Phone    +353 21
4862037
kevin.omahony@novartis.com
www.novartis.com

---------------------------------

**From:** Kearney, David

RESTRICTED CONFIDENTIAL INFORMATION

ZHP00359819

**Sent:** 21 May 2018 15:18

**To:** OMahony, Kevin

**Cc:** Breen, Sarah; Donnellan, Keith; Carmody, Corinna; Higgins, Susan

**Subject:** Valsartan ESO GC Results- Unknown Peaks

Hi Kevin,

We have noted a number of unknown peaks in the chromatography for the Valsartan samples we are testing for ESO. Below is a screenshot of a sample in the current sequence with the 3 largest unknown peaks highlighted. Ive included a solvent and RS2 chromatogram for comparison. The chromatography is typical across all Valsartan ESO samples tested so far however there is a significant variation, throughout the samples, in the peak area for the unknown peak at RT 2.7 in particular

<image003.png>

RESTRICTED CONFIDENTIAL INFORMATION

We will be proceeding with an AQWA investigation to investigate these unknown peaks.

Just note that the raw data is still in the review process therefore the investigation will only be initiated once the raw data has been fully secondary reviewed.

Any questions let me know,

Thanking You and Kind Regards,
David

**David Kearney**
QC Analyst, High Volume 1 Testing unit,

Direct Telephone +353 21 4862060
Company Telephone +353 21486200
david.kearney@novartis.com

**Novartis Technical Operations / International Service Laboratory**
Novartis International Pharmaceutical Ltd Branch Ireland
Ringaskiddy, County Cork
Ireland
www.novartis.com
www.novartis.ie

---

[1] Relative to ethyl acetate, see section 2.4 for calculation.

RESTRICTED CONFIDENTIAL INFORMATION

[2] Relative to ethyl acetate, see section 2.4 for calculation.

[3] Relative to ethyl acetate, see section 2.4 for calculation.