# Exhibit 51

WIPO IP PORTAL    MENU    PATENTSCOPE                                         HELP    ENGLISH    LOGIN

Feedback    Search    Browse    Tools    Settings

# 1. WO2020010643 - METHOD FOR SYNTHESIZING VALSARTAN

**PCT Biblio.Data** | Full Text | ISR/WOSA/A17[2][a] | National Phase | Patent Family | Notices | Documents

PermaLink    machine translation

**Publication Number**
WO/2020/010643

**Title**
[EN] METHOD FOR SYNTHESIZING VALSARTAN
[FR] PROCÉDÉ DE SYNTHÈSE DE VALSARTAN
[ZH] 一种缬沙坦的合成方法

**Publication Date**
16.01.2020

**International Application No.**
PCT/CN2018/096006

**Abstract**

[EN] A method for synthesizing valsartan, comprising the steps of: synthesizing a valsartan methyl ester intermediate to obtain a reaction mixture of the valsartan methyl ester intermediate; diluting the reaction mixture by salt water or water, and then using a first extraction solvent to extract the valsartan methyl ester intermediate; adding alkali to an organic layer containing the valsartan methyl ester intermediate for hydrolyzing, removing the organic layer, regulating pH of a water layer to be acidic by using acid, using the first extraction solvent to extract, concentrating a part of solvent , or distilling the solvent to dryness, and then adding a new solvent; finally, crystalizing, filtering, and drying to obtain the valsartan.The synthesization method provided in the present invention can avoid from the process source the possibility that highly toxic impurities such as N-nitrosodimethylamine (NDMA), a valsartan impurity K, and valsartan N-chloride generated in the azide quenching process are introduced into the valsartan methyl ester intermediate, and are further introduced into the valsartan active ingredient, thereby ensuring the valsartan medication safety.

**International Filing Date**
17.07.2018

**IPC**
C07D 257/04 2006.1 | C07B 63/00 2006.1

**CPC**
C07D 257/04

**Applicants**
浙江华海药业股份有限公司 ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD [CN]/[CN]
中国浙江省台州市 临海汛桥 | Xunqiao, Linhai, Taizhou Zhejiang 317024, CN

**Inventors**
周小辉 ZHOU, Xiaohui
朱晓仁 ZHU, Xiaoren
朱元勋 ZHU, Yuanxun
董鹏 DONG, Peng
王鹏 WANG, Peng
林金生 LIN, Jinsheng
朱文泉 ZHU, Wenquan
李敏 LI, Min

[FR] La présente invention concerne un procédé de synthèse de valsartan, comprenant les étapes consistant à : synthétiser un intermédiaire d'ester méthylique de valsartan pour obtenir un mélange réactionnel de l'intermédiaire d'ester méthylique de valsartan; diluer le mélange réactionnel avec de l'eau salée ou de l'eau, puis utiliser un premier solvant d'extraction pour extraire l'intermédiaire d'ester méthylique de valsartan; ajouter un alcali à une couche organique contenant l'intermédiaire d'ester méthylique de valsartan pour hydrolyser, éliminer une couche organique, réguler le pH d'une couche d'eau pour être acide par l'utilisation d'acide, utiliser le premier solvant d'extraction pour extraire, concentrer une partie de solvant, ou distiller le solvant à sec, puis ajouter un nouveau solvant; enfin, cristalliser, filtrer et faire séchage pour obtenir du valsartan. Le procédé de synthèse selon la présente invention permet d'éviter que des impuretés hautement toxiques provenant de la source de traitement telles que N-nitrosodiméthylamine (NDMA), une impureté de valsartan K, et du N-chlorure de valsartan généré dans le procédé d'extinction d'azide ne s'introduisent dans l'intermédiaire d'ester méthylique de valsartan, et dans l'ingrédient actif de valsartan, garantissant ainsi la sécurité de médication par valsartan.

[ZH] 一种缬沙坦的合成方法，步骤包括：合成缬沙坦甲酯化物中间体，得到含有缬沙坦甲酯化物中间体的反应混合物；将反应混合物经过盐水或水稀释后，用第一提取溶剂提取出缬沙坦甲酯化物中间体，将含缬沙坦甲酯化物中间体的有机层加入碱进行水解，分去有机层，水层再用酸调节pH至酸性后，用第一提取溶剂提取后，浓缩部分溶剂，或是蒸干溶剂再加入新溶剂；最后结晶，过滤，烘干后得到缬沙坦。本发明提供的合成方法可从工艺源头上避免叠氮化物淬灭过程产生的高毒的N-亚硝基二甲胺[NDMA]、缬沙坦杂质K及缬沙坦N-氯代物等杂质带入缬沙坦甲酯化物中间体中，进而再带入缬沙坦原料药的可能性，从而保证缬沙坦用药的安全性。

**Agents**
北京柏杉松知识产权代理事务所（普通合伙）
PATENTSINO IP FIRM
中国北京市 西城区北三环中路27号商房大厦413室
Suite 413, Shang Fang Building, No. 27 North Third Ring Road Middle, Xicheng District Beijing 100029, CN

**Priority Data**
201810771261.1    13.07.2018    CN

**Publication Language**
English [en]

**Filing Language**
English [EN]

**Designated States**
View all

**Related patent documents**
CN108752285 | CN112638885 | EP3822259 | US20210269408 | IN202127004882

*Latest bibliographic data on file with the International Bureau*