# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. ROBERT B. KUGLER**<br>**CIVIL NO. 19-2875 (RBK)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## CERTIFICATION OF DAVID J. STANOCH IN SUPPORT OF PLAINTIFFS' TPP TRIAL DEFENDANTS' MOTIONS IN LIMINE AND TEVA'S MOTIONS IN LIMINE

David J. Stanoch, hereby certify under penalty perjury as follows:

1. I am an attorney at law licensed in the State of New Jersey and an attorney with the law firm of Kanner & Whiteley, L.L.C.. I also serve as Plaintiffs' Liaison Counsel to the Plaintiffs' side. I am fully familiar with the facts and circumstances of these actions. I make this certification in support of Plaintiffs' oppositions to (i) TPP Trial Defendants' Omnibus Motions in Limine and (ii) Teva's Motions in Limine.

2. Attached hereto as Plaintiffs' Teva Exhibits 1 through 33 are true and accurate copies of the documents or transcript excerpts that each exhibit purports to be.

**Kanner & Whiteley, L.L.C.**

Attorneys for Plaintiffs

By: ___/s/ David J. Stanoch_____

Dated: February 26, 2024