# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 26, 2024

*VIA ECF*
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 4D
4th and Cooper Streets
Camden, New Jersey  08101

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*,
      MDL No. 19-2875 (RBK)

Dear Judge Kugler:

Plaintiffs mistakenly filed their opposition to ZHP's motions in limine as ECF 2663 and 2663-1. Plaintiffs' opposition to Defendants' omnibus motions in limine should have been filed as ECF 2663. Plaintiffs have filed that opposition to Defendants' omnibus motions in limine with this letter.

Respectfully,

ADAM M. SLATER

AMS

Encl.