# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**Honorable Robert B. Kugler, District Judge** |

## SPECIAL MASTER ORDER NO. 93

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On February 7, 2024, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., ("ZHP"), Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, moved for leave to amend their Answer, filed on December 7, 2023 (ECF No. 2549), asserting that their original responses to paragraphs 77 and 78 of the Third Amended Consolidated Economic Loss Class Action Complaint "mistakenly stated that both Prinston and Solco are wholly owned subsidiaries of ZHP." (ECF No. 2628 at 2.) The movants represent that, in actuality, "Prinston is a wholly-owned subsidiary of PrinJohnson Biopharm, Inc. ("PrinJohnson"), of which ZHP owns approximately 93.5% through direct and indirect holdings, and Solco is a wholly-owned subsidiary of Prinston." (*Id.*)

1

Plaintiffs responded to the motion by letter dated February 20, 2024 (ECF No. 2650), stating that they "do not oppose the motion to amend based on the representation by ZHP that it will not contest that it is the parent of Prinston and Solco, regardless of the role of PrinJohnson (understood to be a holding company), and request that this representation be recited in the Order."  Under these circumstances it is appropriate to require movants to state on the record that they will  not contest the fact that ZHP is the parent of Prinston and Solco and consent to the inclusion of this statement in any order granting leave to amend the Answer. If they do not agree with this condition, a briefing schedule on the motion for leave to amend will issue.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** no later than March 4, 2024, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare shall file a statement that they do not contest that ZHP is the parent of Prinston and Solco, regardless of the role of PrinJohnson, and that this representation may be recited in the Order granting leave to file an Amended Answer.  Failure to make this representation will result in issuance of a briefing schedule on the motion for leave to amend the Answer.

Dated: Feb. 26, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

2