**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

**SPECIAL MASTER ORDER NO. 94**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, (collectively, "ZHP"), have moved for leave to amend their Answer, filed on December 7, 2023 (ECF No. 2549), asserting that their original responses to paragraphs 77 and 78 of the Third Amended Consolidated Economic Loss Class Action Complaint "mistakenly stated that both Prinston and Solco are wholly owned subsidiaries of ZHP." (ECF No. 2628 at 2.) The movants represent that, in actuality, "Prinston is a wholly-owned subsidiary of PrinJohnson Biopharm, Inc. ("PrinJohnson"), of which ZHP owns approximately 93.5% through direct and indirect holdings, and Solco is a wholly-owned subsidiary of Prinston." (*Id.*)

1

Plaintiffs responded to the motion by letter dated February 20, 2024 (ECF No. 2650), stating that they "do not oppose the motion to amend based on the representation by ZHP that it will not contest that it is the parent of Prinston and Solco, regardless of the role of PrinJohnson (understood to be a holding company), and request that this representation be recited in the Order." By Special Master Order No. 93, the moving parties were directed to state on the record that they will not contest the fact that ZHP is the parent of Prinston and Solco and consent to the inclusion of this statement in any order granting leave to amend the Answer. On March 4, 2024, the moving parties timely responded to Special Master Order No. 93 by specifically stating that "they do not contest that ZHP is the parent company of Prinston and Solco, regardless of the role of PrinJohnson Biopharm, Inc.," and that "this representation may be recited in the Order granting leave to file an Amended Answer." (ECF No. 2669.)

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** ZHP'S Motion for Leave to Amend the Answer (ECF No. 2628) is **GRANTED.**

**IT IS FURHTER ORDERED** that ZHP shall not contest that it is the parent of Prinston and Solco, regardless of the role of PrinJohnson Biopharm, Inc.

**AND IT IS FURTHER ORDERED THAT** ZHP shall forthwith file the proposed Amended Answer found at ECF No. 2628-3.

Dated: March 5, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master