# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING ZHP DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") for entry of an order granting leave to file their second amended answer and affirmative defenses, and the Court having considered the submissions of the parties, and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

The ZHP Defendants' Motion is **GRANTED**, and the Second Amended Answer is deemed **FILED**.

_____
Hon. Robert B. Kugler, U.S.D.J.