**Exhibit 1 contains "PROTECTED INFORMATION" as defined in the Protective Order and has been filed under seal.**