# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

## SPECIAL MASTER ORDER NO. 95

### THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, (collectively, "ZHP"), have moved for leave to file their Second Amended Answer and Affirmative Defenses (ECF No. 2672), along with a supporting brief. (ECF No. 2672-1.) Under these circumstances, it is appropriate to establish a briefing schedule for the ZHP Motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall file a brief in opposition to ZHP Motion for Leave to file a second amended answer no later than March 15, 2024.

1

2. ZHP may file a reply Brief no later than March 20, 2024. A decision on whether to conduct oral argument on the Motion will be made after submission of the parties' briefs.

Dated: March 8, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master