# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to the TPP Trial Subclasses** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

# <u>TRIAL DEFENDANTS' PROPOSED VERDICT FORM</u>

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## INTRODUCTORY STATEMENT

Defendants Zhejiang Huahai Pharmaceutical Co.; Huahai U.S., Inc.;

Prinston Pharmaceutical, Inc.; Solco Healthcare U.S. LLC; Teva Pharmaceuticals

USA, Inc.; Actavis LLC, Actavis Pharma, Inc.; Torrent Pharmaceuticals, Ltd.; and

Torrent Pharma Inc. (collectively, "defendants") respectfully submit the attached

proposed verdict form.

By submitting this proposed verdict form, defendants do not waive any

defenses or arguments, nor do they concede that the class would be properly

certified or triable even if a jury were provided with the verdict form set forth in

this submission, or that there is any triable fact issue on any question pertaining to

either liability or damages. Defendants believe that they are entitled to

decertification and/or a take-nothing judgment on all claims.

Defendants reserve their rights to seek summary judgment, decertification,

judgment as a matter of law, judgment notwithstanding the verdict, and any other

appropriate relief before, during, or after trial. Defendants also reserve their rights

to amend the proposed verdict form at all times in advance of its submission to the

jury.[1]

---

[1]     By way of example, but without limiting the scope of defendants' reservation of rights, MSP has indicated that it is withdrawing its implied warranty claims, and defendants therefore have not proposed interrogatories on those claims. Should MSP reverse course, and in the event that the Court permits MSP to

*(cont'd)*

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

Dated: March 14, 2024                      Respectfully submitted,

                                           By: */s/ Jessica Davidson*
                                           SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP
                                           Jessica Davidson (NY Bar No. 6034748)
                                           *Liaison Counsel for Manufacturer*
                                           *Defendants*

                                           Allison M. Brown (NJ Bar No. 044992012)
                                           One Manhattan West
                                           New York, New York 10001
                                           Phone: (212) 735-3222
                                           Fax: (917) 777-3222
                                           jessica.davidson@skadden.com
                                           allison.brown@skadden.com

                                           Nina R. Rose (DC Bar No. 975927)
                                           1440 New York Avenue, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 371-7000
                                           Fax: (202) 661-0525
                                           nina.rose@skadden.com

                                           *Attorneys for Zhejiang Huahai*
                                           *Pharmaceutical Co., Ltd., Huahai U.S.,*
                                           *Inc., Prinston Pharmaceutical Inc., and*
                                           *Solco Healthcare U.S., LLC*

                                           */s/ Gregory E. Ostfeld*
                                           Gregory E. Ostfeld
                                           GREENBERG TRAURIG, LLP
                                           Tiffany M. Andras
                                           77 West Wacker Drive, Suite 3100
                                           Chicago, Illinois 60601

---

reinstate the claim notwithstanding its failure as a matter of law for the reasons set forth in defendants' briefing and over defendants' objection that any attempt to reinstate these claims would now be untimely and prejudice defendants' defense at trial, defendants will propose such interrogatories.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Lori G. Cohen, Esq.
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

*Attorneys for Teva Pharmaceuticals
USA, Inc., Actavis LLC, and Actavis
Pharma, Inc.*

*/s/ Alexia R. Brancato*
Alexia R. Brancato
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
alexia.brancato@kirkland.com
devora.allon@kirkland.com

*Attorneys for Defendants Torrent
Pharmaceuticals Ltd. and Torrent Pharma,
Inc.*

Trial Defendants' Proposed Verdict Form

*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION A:  GENERALLY APPLICABLE QUESTIONS

### Question 1

Have Plaintiffs proved that VCDs containing NDMA and/or NDEA impurities at any level are worthless and have no economic value?

YES _____                    NO _____

If you answered "No" to Question 1, stop.  Answer no further questions.  Please sign and date this form and return it.

If you answered "Yes" to Question 1, proceed to Question 2.

### Question 2

Have Plaintiffs proved that EmblemHealth and SummaCare assigned their claims to MSP, that the assignments authorize MSP to sue, and that the assignments are not void?

EmblemHealth              YES _____              NO _____

SummaCare                 YES _____              NO _____

If you answered "No" as to both EmblemHealth and SummaCare in Question 2, stop.  Answer no further questions.  Please sign and date this form and return it.

If you answered "Yes" as to either or both of EmblemHealth and SummaCare in Question 2, proceed to Question 3.

Trial Defendants' Proposed Verdict Form

*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION B:  EXPRESS WARRANTY

### Question 3  Express Warranty – Alabama

Applying the requirements of Alabama law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in Alabama, and also proved that any breach of warranty harmed every class member that paid for the VCDs in Alabama?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 4.

### Question 4  Express Warranty – Arkansas

Applying the requirements of Arkansas law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Arkansas relied, and also proved that any breach of warranty damaged every class member that paid for the VCDs in Arkansas?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 5.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 5  Express Warranty – Florida**

Under Florida law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Florida justifiably relied, and also proved that any breach of warranty actually injured every class member that paid for the VCDs in Florida?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 6.

## **Question 6  Express Warranty – Georgia**

Applying the requirements of Georgia law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Georgia relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in Georgia?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 7.

3

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 7  Express Warranty – Mississippi

Applying the requirements of Mississippi law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Mississippi reasonably relied, and also proved that any breach of warranty damaged every class member that paid for the VCDs in Mississippi?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 8.

## Question 8  Express Warranty – Montana

Applying the requirements of Montana law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Montana relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in Mississippi?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 9.

4

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 9  Express Warranty – Nebraska

Applying the requirements of Nebraska law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Nebraska relied, and also proved that any breach of warranty caused damage to every class member that paid for the VCDs in Nebraska?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 10.

## Question 10          Express Warranty – Nevada

Applying the requirements of Nevada law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in Nevada, and also proved that any breach of warranty caused damage, loss, or harm to every class member that paid for the VCDs in Nevada?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 11.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 11        Express Warranty – New Hampshire

Applying the requirements of New Hampshire law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in New Hampshire, and also proved that any breach of warranty caused damage, loss, or harm to every class member that paid for the VCDs in New Hampshire?

ZHP:            YES _____            NO _____

Solco:          YES _____            NO _____

Teva:           YES _____            NO _____

Torrent:       YES _____            NO _____

Proceed to Question 12.

## Question 12        Express Warranty – New York

Applying the requirements of New York law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in New York, and also proved that any breach of warranty injured every class member that paid for the VCDs in New York?

ZHP:            YES _____            NO _____

Solco:          YES _____            NO _____

Teva:           YES _____            NO _____

Torrent:       YES _____            NO _____

Proceed to Question 13.

6

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 13          Express Warranty – North Carolina**

Applying the requirements of North Carolina law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in North Carolina relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in North Carolina?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 14.

## **Question 14          Express Warranty – Ohio**

Applying the requirements of Ohio law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in Ohio, and also proved that any breach of warranty injured every class member that paid for the VCDs in Ohio?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 15.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 15         Express Warranty – Oregon**

Applying the requirements of Oregon law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in Oregon, and also proved that any breach of warranty damaged every class member that paid for the VCDs in Oregon?

ZHP:         YES _____              NO _____

Solco:        YES _____              NO _____

Teva:         YES _____              NO _____

Torrent:      YES _____              NO _____

Proceed to Question 16.

## **Question 16         Express Warranty – Rhode Island**

Applying the requirements of Rhode Island law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Rhode Island relied, and also proved that any breach of warranty caused damage, loss, or harm to every class member that paid for the VCDs in Rhode Island?

ZHP:         YES _____              NO _____

Solco:        YES _____              NO _____

Teva:         YES _____              NO _____

Torrent:      YES _____              NO _____

Proceed to Question 17.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 17          Express Warranty – South Carolina

Applying the requirements of South Carolina law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in South Carolina relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in South Carolina?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 18.

## Question 18          Express Warranty – Texas

Applying the requirements of Texas law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Texas relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in Texas?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 19.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 19          Express Warranty – Utah**

Applying the requirements of Utah law, have Plaintiffs proved that any defendant breached an express warranty upon which every class member that paid for the VCDs in Utah relied, and also proved that any breach of warranty harmed every class member that paid for the VCDs in Utah?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 20.

## **Question 20          Express Warranty – Vermont**

Applying the requirements of Vermont law, have Plaintiffs proved that any defendant breached an express warranty made to every class member that paid for the VCDs in Vermont, and also proved that any breach of warranty caused damage, loss, or harm to every class member that paid for the VCDs in Vermont?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 21.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Question 21        Express Warranty – Wisconsin**

Applying the requirements of Wisconsin law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Wisconsin relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in Wisconsin?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 22.

**Question 22        Express Warranty – Wyoming**

Applying the requirements of Wyoming law, have Plaintiffs proved that any defendant breached an express warranty on which every class member that paid for the VCDs in Wyoming relied, and also proved that any breach of warranty injured every class member that paid for the VCDs in Wyoming?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 23.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION C:  INTENTIONAL MISREPRESENTATION

### Question 23          Intentional Misrepresentation – Alaska

Applying the requirements of Alaska law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that justifiable reliance on any such intentional misrepresentation caused every class member that paid for the VCDs in Alaska to incur monetary loss?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 24.

### Question 24          Intentional Misrepresentation – Arkansas

Applying the requirements of Arkansas law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that justifiable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Arkansas?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 25.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 25        Intentional Misrepresentation – Colorado

Applying the requirements of Colorado law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that justifiable reliance on any such intentional misrepresentation caused loss to every class member that paid for the VCDs in Colorado?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 26.

## Question 26        Intentional Misrepresentation – District of Columbia

Applying the requirements of District of Columbia law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that justifiable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in the District of Columbia?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 27.

13

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 27          Intentional Misrepresentation – Florida**

Applying the requirements of Florida law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reliance on any such intentional misrepresentation caused loss to every class member that paid for the VCDs in Florida?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 28.

## **Question 28          Intentional Misrepresentation – Idaho**

Applying the requirements of Idaho law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reasonable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Idaho?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 29.

14

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 29        Intentional Misrepresentation – Iowa

Applying the requirements of Iowa law, have Plaintiffs proved as to any defendant by clear and convincing evidence all of the elements of a claim for intentional misrepresentation, and also proved by clear and convincing evidence that reliance on any such misrepresentation damaged every class member that paid for the VCDs in Iowa?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 30.

## Question 30        Intentional Misrepresentation – Louisiana

Applying the requirements of Louisiana law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that justifiable reliance on any such intentional misrepresentation resulted in injury to every class member that paid for the VCDs in Louisiana?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 31.

15

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 31        Intentional Misrepresentation – Massachusetts

Applying the requirements of Massachusetts law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reasonable reliance on any such intentional misrepresentation caused financial loss to every class member that paid for the VCDs in Massachusetts?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 32.

## Question 32        Intentional Misrepresentation – Minnesota

Applying the requirements of Minnesota law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reasonable reliance on any such intentional misrepresentation harmed every class member that paid for the VCDs in Minnesota?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 33.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 33        Intentional Misrepresentation – New Jersey

Applying the requirements of New Jersey law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that justifiable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in New Jersey?

ZHP:           YES _____              NO _____

Solco:         YES _____              NO _____

Teva:          YES _____              NO _____

Torrent:       YES _____              NO _____

Proceed to Question 34.

## Question 34        Intentional Misrepresentation – New York

Applying the requirements of New York law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that justifiable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in New York?

ZHP:           YES _____              NO _____

Solco:         YES _____              NO _____

Teva:          YES _____              NO _____

Torrent:       YES _____              NO _____

Proceed to Question 35.

17

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 35        Intentional Misrepresentation – North Carolina

Applying the requirements of North Carolina law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reasonable reliance on any such intentional misrepresentation proximately caused damage to every class member that paid for the VCDs in North Carolina?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 36.

## Question 36        Intentional Misrepresentation – North Dakota

Applying the requirements of North Dakota law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reliance on any such intentional misrepresentation injured every class member that paid for the VCDs in North Dakota?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 37.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 37      Intentional Misrepresentation – Ohio

Applying the requirements of Ohio law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that justifiable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Ohio?

ZHP:      YES _____          NO _____

Solco:      YES _____          NO _____

Teva:      YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 38.

## Question 38      Intentional Misrepresentation – Oklahoma

Applying the requirements of Oklahoma law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reliance on any such intentional misrepresentation injured every class member that paid for the VCDs in Oklahoma?

ZHP:      YES _____          NO _____

Solco:      YES _____          NO _____

Teva:      YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 39.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 39          Intentional Misrepresentation – Puerto Rico

Applying the requirements of Puerto Rico law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reliance on any such intentional misrepresentation consequently and proximately damaged every class member that paid for the VCDs in Puerto Rico?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 40.

## Question 40          Intentional Misrepresentation – Rhode Island

Applying the requirements of Rhode Island law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reasonable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Rhode Island?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 41.

20

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 41          Intentional Misrepresentation – South Dakota**

Applying the requirements of South Dakota law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved that reasonable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in South Dakota?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 42.

## **Question 42          Intentional Misrepresentation – Vermont**

Applying the requirements of Vermont law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Vermont?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 43.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 43        Intentional Misrepresentation – Virginia

Applying the requirements of Virgina law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Virginia?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 43.

## Question 44        Intentional Misrepresentation – Washington

Applying the requirements of Washington law, have Plaintiffs proved as to any defendant all of the elements of a claim for intentional misrepresentation by clear and convincing evidence, and also proved by clear and convincing evidence that reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Washington?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 45.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 45        Intentional Misrepresentation – Wyoming

Applying the requirements of Wyoming law, have Plaintiffs proved by clear and convincing evidence as to any defendant all of the elements of a claim for intentional misrepresentation, and also proved by clear and convincing evidence that reasonable reliance on any such intentional misrepresentation damaged every class member that paid for the VCDs in Wyoming?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 46.

23

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION D:  CONSUMER PROTECTION

### Question 46          Consumer Protection – Alaska

Applying the standards of Alaska law, have Plaintiffs proved that any defendant made a false representation in trade or commerce that caused every class member that paid for the VCDs in Alaska to incur an ascertainable loss?

ZHP:          YES _____                    NO _____

Solco:        YES _____                    NO _____

Teva:         YES _____                    NO _____

Torrent:      YES _____                    NO _____

Proceed to Question 47.

### Question 47          Consumer Protection – Arizona

Applying the standards of Arizona law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud and also that reliance on any such statutory consumer fraud damaged every class member that paid for the VCDs in Arizona?

ZHP:          YES _____                    NO _____

Solco:        YES _____                    NO _____

Teva:         YES _____                    NO _____

Torrent:      YES _____                    NO _____

Proceed to Question 48.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 48          Consumer Protection – California

Applying the standards of California law, have Plaintiffs shown that any defendant committed a deceptive business practice and also that reliance on any such statutory consumer fraud injured every class member that paid for the VCDs in California?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 49.

## Question 49          Consumer Protection – Connecticut

Applying the standards of Connecticut law, have Plaintiffs proved that any defendant engaged in a deceptive act or practice in the conduct of trade or commerce and also that this caused every class member that paid for the VCDs in Connecticut to sustain an ascertainable loss?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 50.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Question 50          Consumer Protection – Florida**

Applying the standards of Florida law, have Plaintiffs proved that any defendant committed a deceptive act in the conduct of any trade or commerce and also that this caused injury and damages to every class member that paid for the VCDs in Florida?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 51.

**Question 51          Consumer Protection – Hawaii**

Applying the standards of Hawaii law, have Plaintiffs proved that any defendant engaged in an unfair or deceptive act or practice in the conduct of trade and commerce, which constituted an unfair method of competition, and also that such unfair method of competition was the legal cause of damages to every class member that paid for the VCDs in Hawaii?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

Proceed to Question 52.

26

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 52        Consumer Protection – Illinois

Applying the standards of Illinois law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud, that such statutory consumer fraud proximately caused injury to every class member that paid for the VCDs in Illinois, and that the sale of the VCDs was not specifically authorized by the FDA?

ZHP:         YES _____         NO _____

Solco:       YES _____         NO _____

Teva:        YES _____         NO _____

Torrent:     YES _____         NO _____

Proceed to Question 53.

## Question 53        Consumer Protection – Louisiana

Applying the standards of Louisiana law, have Plaintiffs proved that any defendant engaged in a deceptive trade practice with the specific purpose of harming the competition and that this deceptive trade practice caused every class member that paid for the VCDs in Louisiana to incur an ascertainable loss?

ZHP:         YES _____         NO _____

Solco:       YES _____         NO _____

Teva:        YES _____         NO _____

Torrent:     YES _____         NO _____

Proceed to Question 54.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 54          Consumer Protection – Missouri

Applying the standards of Missouri law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud and also that as a direct result of such statutory consumer fraud every class member that paid for the VCDs in Missouri sustained damage?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 55.

## Question 55          Consumer Protection – Nebraska

Applying the standards of Nebraska law, have Plaintiffs proved that any defendant committed a deceptive act or practice that had an impact on the public interest and that as a result of such statutory consumer fraud every class member that paid for the VCDs in Nebraska incurred an injury?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 56

28

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 56          Consumer Protection – New York

Applying the standards of New York law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud and also that as a result of such statutory consumer fraud every class member that paid for the VCDs in New York incurred a direct injury?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 57.

## Question 57          Consumer Protection – North Carolina

Applying the standards of North Carolina law, have Plaintiffs proved that any defendant misrepresented the Valsartan API and/or VCDs in trade or commerce and that such conduct was the proximate cause of every class member that paid for the VCDs in North Carolina's injury?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 58.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 58         Consumer Protection – North Dakota**

Applying the standards of North Dakota law, have Plaintiffs proved that any defendant knowingly committed a deceptive act or practice intending that others rely on it in connection with the sale or advertisement of any merchandise and also that every class member that paid for the VCDs in North Dakota sustained actual damages as a result?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 59.

## **Question 59         Consumer Protection – Oklahoma**

Applying the standards of Oklahoma law, have Plaintiffs proved that any defendant engaged in an unlawful practice in the conduct of its business and that such conduct caused every class member that paid for the VCDs in Oklahoma to incur an injury in fact?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 60.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## **Question 60          Consumer Protection – Oregon**

Applying the standards of Oregon law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud and also that as a result of such statutory consumer fraud every class member that paid for the VCDs in Oregon incurred an ascertainable loss?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 61.

## **Question 61          Consumer Protection – Pennsylvania**

Applying the standards of Pennsylvania law, have Plaintiffs proved as to any defendant all the elements of a claim for statutory consumer fraud and also that justifiable reliance on such statutory consumer fraud was the proximate cause of every class member that paid for the VCDs in Pennsylvania's injury?

ZHP:          YES _____          NO _____

Solco:          YES _____          NO _____

Teva:          YES _____          NO _____

Torrent:          YES _____          NO _____

Proceed to Question 62.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 62      Consumer Protection – Washington

Applying the standards of Washington law, have Plaintiffs proved that any
defendant engaged in an unfair or deceptive act or practice in the conduct of trade
or commerce that affected the public interest and also that the act or practice was
the proximate cause of every class member that paid for the VCDs in
Washington's injury to their business or property?

ZHP:        YES _____              NO _____

Solco:      YES _____              NO _____

Teva:       YES _____              NO _____

Torrent:    YES _____              NO _____

Proceed to Question 63.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION E:  STATUTE OF LIMITATIONS

## Question 63          Compensatory Damages

Only complete this Section if you have answered "Yes" as to at least one Question in Section B as to any state other than Florida or South Carolina.  If you answered "No" to all such questions in Section B, proceed to Page 58.

Have Plaintiffs proven that every class member that paid for VCDs in the following states paid for all of the VCDs for which Plaintiffs seek damages on its behalf in that state on or after December 14, 2014?

Alabama:          YES _____          NO _____

Arkansas:          YES _____          NO _____

Georgia:          YES _____          NO _____

Montana:          YES _____          NO _____

Nebraska:          YES _____          NO _____

Nevada:          YES _____          NO _____

New Hampshire:   YES _____          NO _____

New York:          YES _____          NO _____

North Carolina:   YES _____          NO _____

Ohio:          YES _____          NO _____

Oregon:          YES _____          NO _____

Rhode Island:      YES _____          NO _____

Texas:          YES _____          NO _____

Utah:          YES _____          NO _____

33

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

Vermont:           YES _____                NO _____

Wyoming:           YES _____                NO _____

Have Plaintiffs proven that every class member that paid for VCDs in the
following states paid for all of the VCDs for which Plaintiffs seek damages on its
behalf in that state on or after December 14, 2012?

Mississippi:       YES _____                NO _____

Wisconsin          YES _____                NO _____

Proceed to Question 64.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## SECTION F:  DAMAGES

## <u>Question 64</u>          <u>Compensatory Damages</u>

Only complete this Section if you have answered "Yes" as to at least one Question in Sections B, C, or D.  If you answered "No" to all questions in Sections B, C, or D, proceed to Page 58.

Please state the amount of damages, if any, plaintiff has proven each Defendant caused to the class members in each of the following states.

If you have not answered at least one question "Yes" as to the claims brought against a defendant in a particular state, you should not enter any amount of damages as to that defendant in that state.

You should not enter any amount of damages in any state where you have (1) answered "Yes" only as to an express-warranty claim in that state <u>and</u> (2) answered "No" as to a statute-of-limitations question as to that state in Section E.

**Alabama:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:    $_____

**Alaska:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:    $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Arizona:**

   ZHP:      $_____

   Solco:     $_____

   Teva:      $_____

   Torrent:   $_____

**Arkansas:**

   ZHP:      $_____

   Solco:     $_____

   Teva:      $_____

   Torrent:   $_____

**California:**

   ZHP:      $_____

   Solco:     $_____

   Teva:      $_____

   Torrent:   $_____

**Colorado:**

   ZHP:      $_____

   Solco:     $_____

   Teva:      $_____

   Torrent:   $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Connecticut:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**District of Columbia:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**Florida:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**Georgia:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Hawaii:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Idaho:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Illinois:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Iowa:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Louisiana:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:   $_____

**Massachusetts:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:   $_____

**Minnesota:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:   $_____

**Mississippi:**

   ZHP:        $_____

   Solco:      $_____

   Teva:       $_____

   Torrent:   $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Missouri:**

ZHP:         $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Montana:**

ZHP:         $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Nebraska:**

ZHP:         $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Nevada:**

ZHP:         $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**New Hampshire:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**New Jersey:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**New York:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**North Carolina:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**North Dakota:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Ohio:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Oklahoma:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Oregon:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Pennsylvania:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**Puerto Rico:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**Rhode Island:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

**South Carolina:**

   ZHP:      $_____

   Solco:    $_____

   Teva:     $_____

   Torrent:  $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Texas:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Utah:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Vermont:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

**Virgnia:**

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Washington:

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

## Wisconsin:

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

## Wyoming:

ZHP:          $_____

Solco:        $_____

Teva:         $_____

Torrent:      $_____

Proceed to Question 65.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Punitive Damages**

**Question 65          Punitive Liability – Alaska**

Under Alaska law, have Plaintiffs proven by clear and convincing evidence that any defendant's conduct toward the class members that paid for the VCDs in Alaska was outrageous such that all class members that paid for the VCDs in Alaska should be awarded punitive damages for intentional misrepresentation and/or violation of Alaska's consumer-protection law?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 66.

**Question 66          Punitive Liability – Arizona**

Under Arizona law, have Plaintiffs proven by clear and convincing evidence that any defendant's conduct evinced an intent to injure, spite or ill will, or conscious disregard of substantial risk of harm to others such that all class members that paid for the VCDs in Arizona are entitled to punitive damages for violations of Arizona's consumer-protection law?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 67.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 67        Punitive Liability – Arkansas

Under Arkansas law, have Plaintiffs proven by clear and convincing evidence that any defendant intentionally caused harm or acted maliciously toward the class members that paid for the VCDs in Arkansas such that all class members that paid for the VCDs in Arkansas are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 68.

## Question 68        Punitive Liability – Colorado

Under Colorado law, have Plaintiffs proven beyond a reasonable doubt that any defendant acted maliciously in causing the class members that paid for the VCDs in Colorado's damages such that all class members that paid for the VCDs in Colorado are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 69.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 69       Punitive Liability – District of Columbia

Under D.C. law, have Plaintiffs proven beyond a reasonable doubt that any defendant acted with evil motive, actual malice, or deliberate violence and that defendant's conduct was outrageous, grossly fraudulent, or reckless toward the safety of the class members that paid for the VCDs in the District of Columbia such that all class members that paid for the VCDs in the District of Columbia are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 70.

## Question 70       Punitive Liability – Florida

Under Florida law, have Plaintiffs proven by clear and convincing evidence that any defendant's intentional misconduct or gross negligence was a substantial cause of damage to the class members that paid for the VCDs in Florida such that all class members that paid for the VCDs in Florida are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 71.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

**Question 71          Punitive Liability – Idaho**

Under Idaho law, have Plaintiffs proven by clear and convincing evidence that any defendant acted with a state of mind amounting to malice, oppression, or fraud such that all class members that paid for the VCDs in Idaho are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 72.

**Question 72          Punitive Liability – Illinois**

Under Illinois law, have Plaintiffs proven by clear and convincing evidence that any defendant committed fraudulent or intentional conduct such that all class members that paid for the VCDs in Illinois are entitled to punitive damages for violations of the Illinois Consumer Fraud Act?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 73.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 73          Punitive Liability – Iowa

Under Iowa law, have Plaintiffs proven by clear and convincing evidence that any defendant's willful and wanton conduct caused actual damage to the class members that paid for the VCDs in Iowa such that all class members that paid for the VCDs in Iowa are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 74.

## Question 74          Punitive Liability – Minnesota

Under Minnesota law, have Plaintiffs proven by clear and convincing evidence that any defendant's willful indifference caused actual damage to the class members that paid for the VCDs in Minnesota such that all class members that paid for the VCDs in Minnesota are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 75.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 75        Punitive Liability – Missouri

Under Missouri law, have Plaintiffs proven by clear and convincing evidence that any defendant engaged in outrageous conduct such that all class members that paid for the VCDs in Missouri are entitled to punitive damages for violations of consumer-protection law?

ZHP:         YES _____              NO _____

Solco:       YES _____              NO _____

Teva:        YES _____              NO _____

Torrent:     YES _____              NO _____

Proceed to Question 76.

## Question 76        Punitive Liability – New Jersey

Under New Jersey law, have Plaintiffs proven by clear and convincing evidence that any defendant's malicious conduct or wanton and willful disregard caused actual damage to the class members that paid for the VCDs in New Jersey such that all class members that paid for the VCDs in New Jersey are entitled to punitive damages for intentional misrepresentation?

ZHP:         YES _____              NO _____

Solco:       YES _____              NO _____

Teva:        YES _____              NO _____

Torrent:     YES _____              NO _____

Proceed to Question 77.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 77          Punitive Liability – New York

Under New York law, have Plaintiffs proven by clear and convincing evidence that any defendant aimed its gross fraudulent action involving high moral culpability at the public generally such that all class members that paid for the VCDs in New York are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 78.

## Question 78          Punitive Liability – North Carolina

Under North Carolina law, have Plaintiffs proven by clear and convincing evidence that any defendant's fraudulent, malicious, or willful or wanton conduct was related to the injury to the class members that paid for the VCDs in North Carolina such that all class members that paid for the VCDs in North Carolina are entitled to punitive damages for intentional misrepresentation?

ZHP:          YES _____          NO _____

Solco:        YES _____          NO _____

Teva:         YES _____          NO _____

Torrent:      YES _____          NO _____

Proceed to Question 79.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 79        Punitive Liability – North Dakota

Under North Dakota law, have Plaintiffs proven by clear and convincing evidence that any defendant acted with oppression, fraud, or actual malice such that all class members that paid for the VCDs in North Dakota are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 80.

## Question 80        Punitive Liability – Ohio

Under Ohio law, have Plaintiffs proven by clear and convincing evidence that any defendant's actions demonstrated aggravated or egregious fraud such that all class members that paid for the VCDs in Ohio are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 81.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 81        Punitive Liability – Oklahoma

Under Oklahoma law, have Plaintiffs proven by clear and convincing evidence that any defendant acted in reckless disregard of the rights of the class members that paid for the VCDs in Oklahoma or that defendant acted intentionally and with malice toward others such that all class members that paid for the VCDs in Oklahoma are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 82.

## Question 82        Punitive Liability – Oregon

Under Oregon law, have Plaintiffs proven by clear and convincing evidence any defendant's reckless and outrageous indifference, conscious indifference, or malice such that all class members that paid for the VCDs in Oregon are entitled to punitive damages for violations of Oregon's consumer-protection law?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 83.

54

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 83        Punitive Liability – Rhode Island

Under Rhode Island law, have Plaintiffs proved that any defendant acted with such willfulness, recklessness, or wickedness such that all class members that paid for the VCDs in Rhode Island are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 84.

## Question 84        Punitive Liability – South Dakota

Under South Dakota law, have Plaintiffs proved by clear and convincing evidence that any defendant engaged in willful, wanton, or malicious conduct toward the class members that paid for the VCDs in South Dakota such that all class members that paid for the VCDs in South Dakota are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 85.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 85        Punitive Liability – Vermont

Under Vermont law, have Plaintiffs proved by clear and convincing evidence that any defendant acted recklessly or wantonly without regard for the rights of the class members that paid for the VCDs in Vermont, or showed personal ill will to or acted with evident insult or oppression toward all class members that paid for the VCDs in Vermont, such that all class members that paid for the VCDs in Vermont are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 86.

## Question 86        Punitive Liability – Virginia

Under Virginia law, have Plaintiffs proved any defendant's actual malice or willful and wanton disregard of the rights of the class members that paid for the VCDs in Virginia such that all class members that paid for the VCDs in Virginia are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:        YES _____        NO _____

Teva:        YES _____        NO _____

Torrent:        YES _____        NO _____

Proceed to Question 87.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

## Question 87        Punitive Liability – Wyoming

Under Wyoming law, have Plaintiffs proved any defendant's willful and wonton misconduct such that all class members that paid for the VCDs in Wyoming are entitled to punitive damages for intentional misrepresentation?

ZHP:        YES _____        NO _____

Solco:      YES _____        NO _____

Teva:       YES _____        NO _____

Torrent:    YES _____        NO _____

If you have answered "No" for each question's subpart from Question 65 through Question 87, proceed to Page 58.  If you have answered "Yes" to any Question from and including Question 65 to Question 87, proceed to Question 88.

## Question 88        Punitive Damages

Below please state the total amount of any punitive damage you award as to each defendant, inclusive of every state for which you find the defendant liable for punitive damages, if any.  If you do not award punitive damages against the defendant, write "$0":

ZHP:        $_____

Solco:      $_____

Teva:       $_____

Torrent:    $_____

Please proceed to Page 58 and sign and date the verdict form.

Trial Defendants' Proposed Verdict Form
*In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL No. 2875*

<u>Sign and Date</u>

Your work is done.  Please sign and date the verdict form.

We, the jury, unanimously agree to the answers to the questions set out above, and return them under the instructions of this Court as our verdict in this case.

Date:_____                    _____