**Exhibits 1 & 2 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.**