# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. ROBERT B. KUGLER**<br>**CIVIL NO. 19-2875 (RBK)(KMW)** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**PLAINTIFFS'S NOTICE OF FILING OF PROPOSED JURY INSTRUCTIONS, VERDICT FORM, AND DAMAGES WORKSHEETS**

**COMES NOW**, MSP Recovery Claims, Series, LLC ("MSP"), individually and on behalf of TPP Breach of Express Warranty subclass b, TPP Fraud subclass c, and TPP State Consumer Protection Laws subclass a (collectively, "Plaintiffs" or "TPP Classes"), by and through MDL co-lead counsel, TPP class counsel, and trial counsel, who files this Notice submitting herewith the following documents:

**Exhibit A**: Plaintiffs' Proposed Jury Instructions (with authorities)

**Exhibit B**: Plaintiffs' Proposed Jury Instructions (clean)

**Exhibit C**: Plaintiffs' Proposed Verdict Form

**Exhibit D**: Plaintiffs' Proposed Compensatory Damages Worksheets

**Exhibit E**: Plaintiffs' Proposed Punitive Damages Worksheets

Dated: March 14, 2024                         Respectfully submitted,

| | |
|---|---|
| Ruben Honik<br>**Honik LLC**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Phone: (267) 435-1300<br>ruben@honiklaw.com | Adam Slater<br>Christopher J. Geddis<br>**Mazie, Slater, Katz & Freeman, LLC**<br>103 Eisenhower Pkwy, 2nd Flr.<br>Roseland, NJ 07068<br>Phone: (973) 228-9898<br>aslater@mazieslater.com |
| Conlee S. Whiteley<br>David J. Stanoch<br>**Kanner & Whiteley, LLC**<br>701 Camp Street<br>New Orleans, LA 70130<br>Phone: (504)-524-5777<br>c.whiteley@kanner-law.com | Daniel Nigh<br>Marlene Goldenberg<br>Brett Vaughn<br>**Nigh Goldenberg Raso & Vaughn, PLLC**<br>14 Ridge Square NW<br>Third Floor<br>Washington, D.C. 20016<br>Phone: (850) 600-8090<br>dnigh@nighgoldenberg.com |
| Andres Rivero<br>Jorge Mestre<br>Zalman Kass<br>**Rivero Mestre LLP**<br>2525 Ponce de Leon Blvd., Suite 1000<br>Miami, FL 33134<br>Phone (305) 445-2500<br>jmestre@riveromestre.com | Gregory P. Hansel<br>John J. Cronan, III<br>Elizabeth F. Quinby<br>**Preti, Flaherty, Beliveau & Pachios, Chartered, LLP**<br><br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>Phone: (207) 791-3000<br>ghansel@preti.com |

2

| | |
|---|---|
| Madeline Pendley<br>**Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr & Mougey, P.A.**<br>Pensacola, FL 32502-5996<br>850.435.7003 (office)<br>mpendley@levinlaw.com | John R. Davis<br>**Slack Davis Sanger, LLP**<br>6001 Bold Ruler Way, Suite 100<br>Austin, TX 78746<br>(512) 795 8686<br>jdavis@slackdavis.com |

*MDL Co-lead Counsel, TPP Class Counsel, and Trial Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, a true and correct redacted copy of the foregoing was filed and served via the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Christopher Geddis

Christopher Geddis