# EXHIBIT E

ZHP Punitive Damages Worksheet

| State | Express Warranty Damages | Common Law Fraud Damages | Consumer Protection Law Damages |
|---|---|---|---|
| Alabama | n/a | n/a | n/a |
| Alaska | n/a |  | n/a |
| Arizona | n/a | n/a | n/a |
| Arkansas |  |  | n/a |
| California | n/a | n/a | n/a |
| Colorado | n/a |  | n/a |
| Connecticut | n/a | n/a | n/a |
| District of Columbia | n/a |  | n/a |
| Florida | n/a |  | n/a |
| Georgia | n/a | n/a | n/a |
| Hawaii | n/a | n/a | n/a |
| Idaho | n/a |  | n/a |
| Iowa | n/a | n/a | n/a |
| Louisiana | n/a | n/a | n/a |
| Massachusetts | n/a | n/a | n/a |
| Minnesota | n/a |  | n/a |
| Mississippi |  | n/a | n/a |
| Missouri | n/a | n/a | n/a |
| Montana |  | n/a | n/a |
| Nebraska | n/a | n/a | n/a |
| Nevada | n/a | n/a | n/a |

| | | | |
|---|---|---|---|
| New Hampshire | n/a | n/a | n/a |
| New Jersey | n/a | | n/a |
| New York | | | n/a |
| North Carolina | n/a | | n/a |
| North Dakota | n/a | | n/a |
| Ohio | n/a | | n/a |
| Oklahoma | n/a | | n/a |
| Oregon | n/a | n/a | |
| Pennsylvania | n/a | n/a | n/a |
| Puerto Rico | n/a | n/a | n/a |
| Rhode Island | | | n/a |
| South Carolina | n/a | n/a | n/a |
| South Dakota | n/a | | n/a |
| Texas | n/a | n/a | n/a |
| Utah | n/a | n/a | n/a |
| Vermont | | | n/a |
| Virginia | n/a | | n/a |
| Washington | n/a | n/a | n/a |
| Wisconsin | n/a | n/a | n/a |
| Wyoming | n/a | | n/a |
| **Total (sum each column):** | | | |

Teva Punitive Damages Worksheet

| State | Express Warranty Damages | Common Law Fraud Damages | Consumer Protection Law Damages |
| --- | --- | --- | --- |
| Alabama | n/a | n/a | n/a |
| Alaska | n/a |  | n/a |
| Arizona | n/a | n/a | n/a |
| Arkansas |  |  | n/a |
| California | n/a | n/a | n/a |
| Colorado | n/a |  | n/a |
| Connecticut | n/a | n/a | n/a |
| District of Columbia | n/a |  | n/a |
| Florida | n/a |  | n/a |
| Georgia | n/a | n/a | n/a |
| Hawaii | n/a | n/a | n/a |
| Idaho | n/a |  | n/a |
| Iowa | n/a | n/a | n/a |
| Louisiana | n/a | n/a | n/a |
| Massachusetts | n/a | n/a | n/a |
| Minnesota | n/a |  | n/a |
| Mississippi |  | n/a | n/a |
| Missouri | n/a | n/a | n/a |
| Montana |  | n/a | n/a |
| Nebraska | n/a | n/a | n/a |
| Nevada | n/a | n/a | n/a |

| | | | |
|---|---|---|---|
| New Hampshire | n/a | n/a | n/a |
| New Jersey | n/a | | n/a |
| New York | | | n/a |
| North Carolina | n/a | | n/a |
| North Dakota | n/a | | n/a |
| Ohio | n/a | | n/a |
| Oklahoma | n/a | | n/a |
| Oregon | n/a | n/a | |
| Pennsylvania | n/a | n/a | n/a |
| Puerto Rico | n/a | n/a | n/a |
| Rhode Island | | | n/a |
| South Carolina | n/a | n/a | n/a |
| South Dakota | n/a | | n/a |
| Texas | n/a | n/a | n/a |
| Utah | n/a | n/a | n/a |
| Vermont | | | n/a |
| Virginia | n/a | | n/a |
| Washington | n/a | n/a | n/a |
| Wisconsin | n/a | n/a | n/a |
| Wyoming | n/a | | n/a |
| **Total (sum each column):** | | | |

Torrent Punitive Damages Worksheet

| State | Express Warranty Damages | Common Law Fraud Damages | Consumer Protection Law Damages |
|---|---|---|---|
| Alabama | n/a | n/a | n/a |
| Alaska | n/a |  | n/a |
| Arizona | n/a | n/a | n/a |
| Arkansas |  |  | n/a |
| California | n/a | n/a | n/a |
| Colorado | n/a |  | n/a |
| Connecticut | n/a | n/a | n/a |
| District of Columbia | n/a |  | n/a |
| Florida | n/a |  | n/a |
| Georgia | n/a | n/a | n/a |
| Hawaii | n/a | n/a | n/a |
| Idaho | n/a |  | n/a |
| Iowa | n/a | n/a | n/a |
| Louisiana | n/a | n/a | n/a |
| Massachusetts | n/a | n/a | n/a |
| Minnesota | n/a |  | n/a |
| Mississippi |  | n/a | n/a |
| Missouri | n/a | n/a | n/a |
| Montana |  | n/a | n/a |
| Nebraska | n/a | n/a | n/a |
| Nevada | n/a | n/a | n/a |

| | | | |
|---|---|---|---|
| New Hampshire | n/a | n/a | n/a |
| New Jersey | n/a | | n/a |
| New York | | | n/a |
| North Carolina | n/a | | n/a |
| North Dakota | n/a | | n/a |
| Ohio | n/a | | n/a |
| Oklahoma | n/a | | n/a |
| Oregon | n/a | n/a | |
| Pennsylvania | n/a | n/a | n/a |
| Puerto Rico | n/a | n/a | n/a |
| Rhode Island | | | n/a |
| South Carolina | n/a | n/a | n/a |
| South Dakota | n/a | | n/a |
| Texas | n/a | n/a | n/a |
| Utah | n/a | n/a | n/a |
| Vermont | | | n/a |
| Virginia | n/a | | n/a |
| Washington | n/a | n/a | n/a |
| Wisconsin | n/a | n/a | n/a |
| Wyoming | n/a | | n/a |
| **Total (sum each column):** | | | |