UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

**SPECIAL MASTER ORDER NO. 96**

NOW, this 21st Day of March, 2024, IT IS HEREBY ORDERED THAT:

Oral argument on the ZHP Motion for Leave to file a second amended answer will be held via Teams on March 27, 2024, commencing at 2:00 p.m.

Dated: March 21, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1