**Exhibits 2-4 & 6-8 contain "PROTECTED INFORMATION" as defined in the Protective Order and have been filed under seal.**