IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| _____ ) | |
| *In re* Valsartan, Losartan and Irbesartan          ) | |
|     Multi-District Litigation                                ) | 19-md-2875  (RBK/SAK) |
|                                                                          ) | |
|                                                                          ) | **ORDER** |
| *This document applies to all actions*              ) | |
| _____ ) | |

**KUGLER, U.S.D.J**

    **THIS MATTER COMING BEFORE THE COURT** on Plaintiffs' letter request dated 22 March 2024 (Doc. No. 2689), which relates to the impropriety of Defendants' filing a Responsive Trial Brief (Doc. No. 2688);

    **THE COURT AGREEING WITH PLAINTIFFS** that the Court never authorized the parties to file responsive trial briefs;  and

    **THE DEFENDANTS NOT HAVING** sought leave from the Court to file such:

**IT IS HEREBY ORDERED:**

    1) that NO responsive trial brief relating to the TPP Trial shall be filed by any party;
    2) there was and is NO need for responsive trial briefs for the TPP Trial;
    3) there shall be no further briefing by the parties for the TPP Trial, and

**IT IS FURTHER ORDERED:**

    Doc. No. 2688 shall <u>not</u> be considered.

Date:  22 Mar 2024                                    /s <u>Robert B. Kugler</u>
                                                                   Honorable Robert B. Kugler
                                                                   United States District Judge