UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

### JOINDER BY TEVA PHARMACEUTICALS USA, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., TORRENT PHARMACEUTICALS LTD., AND TORRENT PHARMA, INC. IN THE ZHP DEFENDANTS' MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES

On March 6, 2024, the ZHP Defendants moved for leave to file a second amended answer and affirmative defenses to expressly assert certain affirmative defenses related to EmblemHealth's and SummaCare's assignments of rights to Plaintiff MSP Recovery Claims, Series LLC ("MSP"). *See generally* Doc. 2672; Doc. 2672-1. The Teva and Torrent Defendants join the ZHP Defendants' motion and, if that motion is granted, respectfully move the Court for leave to similarly amend their answers and affirmative defenses to specifically assert (1) an affirmative defense based on the New York and Ohio doctrines of champerty, and (2) an affirmative defense related to the invalidity of SummaCare's assignment under Ohio law, based on the impermissible assignment to MSP of a contingent, future interest. The Teva and Torrent Defendants specifically adopt and incorporate by reference

the arguments raised in the ZHP Defendants' motion for leave and accompanying memorandum in support (*see* Doc. 2672; Doc. 2672-1) and, for the same reasons, respectfully request that the Court grant the Teva and Torrent Defendants leave to amend their answers and affirmative defenses similarly, to the extent the Court grants the ZHP Defendants leave to amend.

Dated: March 26, 2024                    Respectfully submitted,

By: */s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis Pharma, Inc.*

*/s/ Alexia R. Brancato*
Alexia R. Brancato
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
alexia.brancato@kirkland.com
devora.allon@kirkland.com

*Attorneys for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                               */s/ Gerond J. Lawrence*
                                               Gerond J. Lawrence
                                               Greenberg Traurig, LLP