UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 27, 2024

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:** ANN MARIE MITCHELL

**TITLE OF CASE:**          **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS:            FOR DEFENDANTS:
As stated on the record    As stated on the record.

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record via Teams videoconference.

                                        s/Lawrence MacStravic
                                        Deputy Clerk

Time Commenced: 2:00p.m.    Time Adjourned: 2:10p.m.    Total Time in Court: 0:10