# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/SAK) |
| This document relates to:<br>*All actions* | **NOTICE OF MOTION TO SUBSTITUTE SETTLEMENT COUNSEL** |

**PLEASE TAKE NOTICE** that on May 6, 2024, or as soon thereafter as counsel may be heard, Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"), shall move before this court for an Order granting the substitution of Aurobindo's settlement counsel, Michael T. Scott of Mike Scott Law, for Basil A. DiSipio of Lavin, Cedrone, Graver, Boyd & DiSipio in the above-captioned multidistrict litigation. Substitution of Aurobindo's settlement counsel is required because Michael T. Scott of Mike Scott Law, whom the Court appointed as settlement counsel for Aurobindo on March 3, 2022 pursuant to Case Management Order No. 25 (ECF No. 1957), is retiring.

Dated: March 28, 2024

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (NJ ID No. 004891989)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Phone: 1.609.919.6688 || Fax: 1.609.919.6701
john.lavelle@morganlewis.com

*Attorney for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*