# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/SAK) |
| This document relates to:<br>*All actions* | **STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |

Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo") respectfully submit pursuant to L. Civ. R. 7.1(d)(4) that no brief is necessary in connection with its Motion to Substitute Settlement Counsel due to the straightforward nature of the request and because the Motion does not raise any issues of law or other issues that require explanation.

Dated: March 28, 2024

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (NJ ID No. 004891989)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Phone: 1.609.919.6688 || Fax: 1.609.919.6701
john.lavelle@morganlewis.com

*Attorney for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*