## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

This document relates to:
*All actions*

)
)
)
)
)
)
)
)

MDL No. 19-2875 (RBK/SAK)

**[PROPOSED] ORDER
GRANTING MOTION TO
SUBSTITUTE SETTLEMENT
COUNSEL**

Upon consideration of Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC's (collectively, "Aurobindo") Motion to Substitute Settlement Counsel, it is hereby **ORDERED** that Aurobindo's Motion to Substitute Settlement Counsel is **GRANTED**.  It is further **ORDERED** that Michael T. Scott of Mike Scott Law is hereby terminated as settlement counsel for Aurobindo, and Basil A. DiSipio of Lavin, Cedrone, Graver, Boyd & DiSipio shall serve as settlement counsel for Aurobindo.

Dated:

_____

Hon. Robert B. Kugler
United States District Judge