**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

To the Clerk of the Court:

Please take notice that Brittney M. Nagle withdraws her appearance as counsel for Torrent Pharma, Inc., Torrent Private Limited and Torrent Pharmaceuticals, Ltd. ("Torrent") in the above-captioned case, and requests that the Clerk of Court remove undersigned counsel from the mailing list for this case.

Defendant Torrent continues to be represented by Jay P. Lefkowitz, Devora W. Allon, Alexia Brancato, and Jacob Rae of Kirkland & Ellis.

Dated: April 12, 2024

Respectfully submitted,

*/s/ Brittney M. Nagle*
Brittney M. Nagle
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
212-390-4210
brittney.nagle@kirkland.com

*Counsel for Torrent Pharma, Inc., Torrent Private Limited and Torrent Pharmaceuticals, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2024, I filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Brittney M. Nagle*
Brittney M. Nagle