# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

April 25, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

> Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK)

Dear Chief Judge Bumb:

Please accept this letter on behalf of Plaintiffs.  The purpose of the letter is: (1) to update and inform the Court about a resolution in principle with Defendant Aurobindo concerning irbesartan (one of the three drugs at issue in this litigation), and a prior settlement reached with the Hetero Defendants, and (2) to request an in-person status conference with the Court.

First, Plaintiffs recently reached an agreement in principle with Defendant Aurobindo that will resolve all personal injury, economic loss, and medical

Honorable Renée Marie Bumb
United States District Court
April 25, 2024
Page 2

monitoring claims concerning irbesartan manufactured by Aurobindo. The Parties are in the process of preparing settlement-related papers. The Court will also soon be receiving a motion for preliminary approval of a class settlement of valsartan economic loss claims previously reached with the Hetero Defendants. Other claims have also been resolved with Hetero, including class medical monitoring claims related to valsartan and losartan, and the personal injury claims related to valsartan and losartan.

    Second, in light of the recent re-assignment of this matter to Your Honor, Plaintiffs believe an in-person status conference to address the pending issues in this litigation will greatly benefit the Parties and the Court. Among the issues to be addressed would be the overall status of the litigation, the third-party payor subclass trial previously scheduled to begin on March 18, 2024, and the proposed pretrial order and motions in limine previously submitted to the Court for the third-party payor subclass trial. Plaintiffs suggest the Parties confer and submit a proposed agenda at least seven days prior to any conference scheduled by the Court.

    Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)