# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>THIS DOCUMENT RELATE TO:<br><br>WANDA BOLTON, RICKY CRUTCHFIELD, BOBBY FORD, JAMES PORTIS, ESTATE OF MARTHA TEASTER,<br><br>**Plaintiffs,**<br><br>v.<br><br>SOLCO HEALTHCARE U.S., LLC, PRINSTON PHARMACEUTICAL INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., TORRENT PHARMACEUTICALS, LTD., TORRENT PHARMA, INC., JOHN DOE,<br><br>**Defendants.** | MDL No. 19-2875<br><br>**Honorable Renee Marie Bumb, District Court Judge**<br><br>**Honorable Sharon A. King, Magistrate Judge**<br><br><br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, THE PARTIES AND ALL COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** of appearance of J. Christopher Elliott, Esq. of Bachus Schanker, P.A., as counsel of record for and on behalf of the above-named Plaintiffs in this matter.

Dated: May 3, 2024

Respectfully submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (CO Bar No. 41063)
**BACHUS & SCHANKER, LLC**
950 17th Street, Suite 1050
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
Email: celliott@coloradolaw.net

## PROOF OF SERVICE

I, J. Christpher Elliott, declare:

I reside in the County of Denver, in the state of Colorado. I am over the age of 18 and not a party to the within action. My business address is Bachus & Schanker, LLC, 950 17th Street, Suite 1050, Denver, CO 80202.

On October 6, 2022, I served the foregoing document:

- **NOTICE OF APPEARANCE**

on all counsel of record as follows:

☒　　　Electronically via E-File

I declare under penalty of perjury under applicable laws that the foregoing is true and correct.

Executed on May 3, 2024.

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
(CO Bar ID #41063)