# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

May 9, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK)

Dear Chief Judge Bumb:

Please accept this letter on behalf of Plaintiffs with regard to their request to re-schedule the case management conference scheduled by the Court for June 25, 2024.

Plaintiffs' conflict is that Adam Slater, who is Plaintiffs' Liaison Counsel and Co-Lead Counsel, is scheduled to be away on a family vacation on the scheduled date.  Plaintiffs wrote to Defense Lead Counsel and requested Defendants' consent to submission of a request by Plaintiffs to the Court to change the date of the

Honorable Renée Marie Bumb
United States District Court
May 9, 2024
Page 2

conference for this reason, and Defendants advised that they do not consent to the request.

In light of the significance of the conference, it is respectfully requested that the Court offer additional alternative dates in May/June that are convenient for the Court, and/or direct the Parties to meet and confer to identify alternative dates that are convenient for both sides, to be presented to the Court, or if that is not possible, to permit participation via Zoom.

We are available for a telephone or Zoom conference regarding the scheduling issue if necessary, and can provide any information needed by the Court.

Thank you for your courtesies and consideration.

                                                          Respectfully,

                                                          ADAM M. SLATER
                                                          Plaintiffs' Liaison Counsel

Cc: All counsel of record (via ECF)