# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING ZHP DEFENDANTS' OBJECTIONS TO AND MOTION TO REVERSE SPECIAL MASTER ORDER NO. 97** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "the ZHP Defendants") for entry of an order vacating Special Master Order No. 97 (ECF No. 2701) and allowing the filing of a Second Amended Answer, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

1

The ZHP Defendants' Motion is Granted in its entirety, and the ZHP Defendants are ordered to file their Second Amended Answer forthwith.

_____
Hon. Renée Marie Bumb, U.S.D.J.