# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

May 15, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK)

Dear Chief Judge Bumb:

 Please accept this letter pursuant to the Court's recent text order permitting the Parties to identify potential dates for the upcoming case management conference. The Parties have identified July 23, 24, and 25, 2024, as available dates, with a strong preference for July 23 and 24.  Lead counsel for the Parties intend to attend in person, and we have been asked to request that those who cannot attend in person be permitted to attend the conference via Zoom.

 Please advise if you require any further information.

Honorable Renée Marie Bumb
United States District Court
May 15, 2024
Page 2

Thank you for your courtesies and consideration.

                                        Respectfully,

                                        ADAM M. SLATER
                                        Plaintiffs' Liaison Counsel

Cc: All counsel of record (via ECF)