SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 21, 2024

**VIA ECF**

The Hon. Renée Marie Bumb
Chief United States District Judge
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Chief Judge Bumb:

I write regarding the motion date for the ZHP Defendants' objection to Special Master Order 97, which denied the ZHP Defendants' motion to amend their Answer. This motion is currently set for June 3, however, the ZHP Defendants' counsel are currently in trial before Judge Quraishi and will be for several weeks. As a result, we respectfully request that the Court hold any oral argument it wishes to hear on the motion at the status conference set for July 23, 2024. The ZHP Defendants intend to submit their reply by the original deadline regardless of when any oral argument is set. Counsel for Plaintiffs have stated that they do not object to this request.

Thank you in advance for your consideration.

Respectfully Submitted,

*Jessica Davidson*

Jessica Davidson

cc: All counsel of record (via ECF)