# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, District Court Judge<br><br>**[PROPOSED] ORDER AMENDING CERTAIN DEADLINES IN SPECIAL MASTER ORDER NO. 98** |

## SPECIAL MASTER ORDER NO. 98A

**THIS MATTER,** having been opened to the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (collectively, "the ZHP Defendants") for entry of an order extending certain deadlines contained in Special Master Order No. 98 (ECF No. 2715), and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

- The ZHP Defendants' Response to Plaintiffs' Proposed Findings of Fact shall be due seven (7) days after Judge Bumb's ruling on the ZHP Defendants' objections to SMO 98, if necessary.

- The ZHP Defendants' Response to Plaintiffs' Proposal regarding the "monetary penalty it believes is appropriate under the circumstances"

1

shall also be due seven (7) days after Judge Bumb's ruling on the ZHP Defendants' objections to SMO 98, if necessary.

                                                                     _____
Hon. Thomas I. Vanaskie (Ret.)
Special Master