UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. RENEE MARIE BUMB<br>CIVIL NO. 19-2875 (RBK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PLAINTIFF MSP RECOVERY CLAIMS,
SERIES LLC'S MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, MSP Recovery Claims, Series LLC ("MSPRC"), respectfully requests that Jorge Mestre, Andres Rivero, Alan Rolnick, and Schneur Zalman Kass of the law firm Rivero Mestre LLP (collectively, "Rivero Mestre") be permitted to withdraw as counsel of record for MSPRC in the Losartan and Irbesartan actions and that Janpaul Portal of the MSP Recovery Law Firm be substituted in their place. MSPRC consents to the requested substitution, and Rivero Mestre will remain as counsel for MSPRC for the Valsartan action.

Dated: May 23, 2024

                                                    Respectfully submitted,

**RIVERO MESTRE LLP**
*/s/ Jorge A. Mestre*
Jorge A. Mestre
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
jmestre@riveromestre.com

**MSP RECOVERY LAW FIRM**
Janpaul Portal
27701 S. Le Jeune Road, 10th Floor

Coral Gables, FL 33134<br>
(305) 614-2222<br>
jportal@msprecoverylawfirm.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on May 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Jorge A. Mestre<br>
Jorge A. Mestre