# Exhibits 1-2

      Plaintiffs have designated the above exhibits as restricted confidential, attorney's eyes only. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the exhibits to the Court and Defense Counsel directly via email.