# Exhibit 4

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET FOR THE
## PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| | |
|---|---|
| Debtor: LTL Management LLC | Applicant: Skadden, Arps, Slate, Meagher & Flom LLP |
| Case No.: 21-30589-MBK | Client: Special Counsel to LTL Management LLC |
| Chapter: 11 | Case Filed: October 14, 2021 (the "Petition Date") |

## SECTION 1
## FEE SUMMARY

☒ Monthly Fee Application No. __15__ or ☐ Final Fee Application

Summary of Amounts Requested for the Period from January 1, 2023 through January 31, 2023 (the "Fifteenth Statement Period").

| | |
|---|---|
| Total Fees: | $304,292.25[1] |
| Total Disbursements: | $289.70 |
| Total Fees Plus Disbursements: | $304,581.95 |
| Minus 20% Holdback of Fees: | $60,858.45 |
| Amount Sought at this Time: | $243,723.50 |

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $3,413,839.13 | $177,602.70 |
| Total Fees Allowed to Date: | $2,286,997.42 | $159,294.37 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $286,226.79 | $0.00 |
| Total Received by Applicant: | $3,155,426.77 | $180,294.86 |

---

[1] The total amount of fees and expenses incurred by Skadden during the Fifteenth Statement Period for matters in which it is solely representing LTL or is representing LTL jointly with Johnson & Johnson is $311,442.80. Of this amount, as set forth in this fee statement, Skadden is seeking payment in the amount of $304,292.25 in fees and $289.70 in expenses from LTL. Skadden's fees for matters in which it is solely representing Johnson & Johnson are not reflected in this monthly fee statement.

# COMPENSATION BY: PROFESSIONAL
# JANUARY 1, 2023 THROUGH JANUARY 31, 2023

The attorneys who rendered professional services in these chapter 11 cases from January 1, 2023 through January 31, 2023 (the "**Fee Period**") are:

| Name of Professional: Partners | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Bernardo, Richard | 1988 | Mass Torts | $1,113.00 | 2.30 | $2,559.90 |
| Brown, Allison | 2004 | Mass Torts | $1,113.00 | 72.60 | $80,803.80 |
| Miller, Jessica | 1996 | Mass Torts | $1,195.00 | 14.70 | $17,566.50 |
| **Total Partners** | | | | **89.60** | **$100,930.20** |

| Name of Professional: Counsels | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Cox, Christopher | 1998 | Mass Torts | $967.00 | 1.20 | $1,160.40 |
| Schwartz, Jordan | 2009 | Mass Torts | $898.00 | 7.80 | $7,004.40 |
| Wuamett, Nancy | 2011 | Mass Torts | $866.00 | 25.40 | $21,996.40 |
| **Total Counsels** | | | | **34.40** | **$30,161.20** |

| Name of Professional: Associates | Year Admitted | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Brady, Prue | *[2] | Mass Torts | $148.32 | 6.90 | $1,023.41 |

---

[2] Not Yet Admitted

-2-

| Byler, Kelsey | 2016 | Mass Torts | $817.00 | 13.20 | $10,784.40 |
| Caruso, Joseph | *3 | Mass Torts | $148.32 | 45.80 | $6,793.06 |
| Cogswell, Sydney | 2022 | Mass Torts | $380.07 | 16.30 | $6,195.15 |
| Karp, Andrew | 2017 | Mass Torts | $786.00 | 17.60 | $13,833.60 |
| Martin, Zachary | 2016 | Mass Torts | $786.00 | 8.80 | $6,916.80 |
| McCarthy, September | *4 | Mass Torts | $148.32 | 7.50 | $1,112.40 |
| Mullaley, Catherine | 2019 | Mass Torts | $628.00 | 147.40 | $92,567.20 |
| Schoch, Joshua | 2020 | Mass Torts | $522.00 | 21.80 | $11,379.60 |
| **Total Associates** | | | | **285.30** | **$150,605.62** |

The Staff Attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| **Name of Professional: Staff Attorneys** | **Year Admitted** | **Department** | **Hourly Rate** | **Total Hours Billed** | **Total Fees** |
|---|---|---|---|---|---|
| Baggetta, Brian | 2005 | Mass Torts | $422.00 | 14.30 | $6,034.60 |
| **Total Staff Attorneys** | | | | **14.30** | **$6,034.60** |

---

[3] Not Yet Admitted

[4] Not Yet Admitted

-3-

The Legal Assistants who rendered professional services in these chapter 11 cases during the Fee Period are:

| Name of Professional: Legal Assistants and Client Specialist | Department | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| LaManna, Wendy | Corporate Restructuring | $309.75 | 1.40 | $433.65 |
| Leibovitz, Alex | Mass Torts | $178.23 | 4.50 | $802.03 |
| Loffelman, Katrina | Mass Torts | $322.00 | 10.40 | $3,348.80 |
| Martin, Stephanie | Mass Torts | $322.00 | 58.50 | $18,837.00 |
| **Total Legal Assistants** | | | 74.80 | $23,421.48 |

The total fees for the Fee Period are:

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partners: | $1,126.45 | 89.60 | $100,930.20 |
| Counsels: | $876.77 | 34.40 | $30,161.20 |
| Associates: | $527.88 | 285.30 | $150,605.62 |
| Staff Attorneys: | $422.00 | 14.30 | $6,034.60 |
| Legal Assistants: | $313.12 | 74.80 | $23,421.48 |
| **Blended Attorney Rate:** | $688.24 | | |
| **Blended Rate for All Timekeepers:** | $624.30 | | |
| **Total Fees Incurred:** | | 498.40 | $311,153.10 |

-4-

## SECTION II
## SUMMARY OF SERVICES

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### FOR THE PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Fee/Employment Applications | 14.90 | $8,660.40 |
| Litigation Consulting | 483.50 | $302,492.70 |
| **Total Fees Requested** | **498.40** | **$311,153.10** |