# Exhibit 8



Advisor › Money Transfer › Currency Converter › CNY To USD

# 1 CNY To USD
# Convert Chinese Yuan To United States Dollar

**1 CNY = 0.140647 USD** May 24, 2024 17:50 UTC

Send Money

Check the currency rates against all the world currencies here. The currency converter below is easy to use and the currency rates are updated frequently. This is very much needed given the extreme volatility in global currencies lately.

**Sending money abroad is as easy as ever. You can send a variety of international currencies to multiple countries reliably, quickly, and safely, and at a rate cheaper than most banks. Learn more today.**

Currency Exchange

Via Xe's Website

Amount

1

From

CNY - Chinese Yuan

To

USD - United States Dollar

Calculate

Get The Best Rates With xe

Chinese Yuan to United States Dollar conversion - Last updated May 24, 2024 17:50 UTC

**Result**

**0.140647**

## United States Dollar

1 CNY = 0.140647 USD

1 USD = 7.109998791 CNY



## CNY to USD Chart

Chinese Yuan to United States Dollar

30 days    60 days    90 days    180 days

If you're planning a trip to the United States, you may want to exchange some of your money into U.S. dollars, the country's official currency. The international symbol for the currency is USD.

USD is also the official currency of several other countries, including Ecuador and El Salvador. Wherever you're headed, travelers should note you'll have to complete a customs declaration form if you leave China with more than $5,000 in USD.

This post has everything you need to know about converting CNY or RMB to USD, including where to secure the best exchange rates and how to avoid paying high fees on your conversion.

**Money Transfer Partners**



1  **Xe Money Transfer**

Learn More

Via Xe's Website

International Transfers | 98+ currencies available to transfer to 130+ countries



2  **Wise – Multi-Currency Account**

Learn More

Via Wise website

Convert and hold | 55 currencies

| Fees | Xe offers low to no fees on money transfers | Payment options | Direct debit, wire transfer, debit card, credit card & Apple Pay |

## How to Convert Yuan to Dollars

Calculating the conversion of yuan to dollars is fairly simple. You can either make the conversion using a calculator or by hand.

### 1. Use a Currency Calculator

Using a currency conversion calculator is often the easiest way to get an estimate when you're converting currency. Since exchange rates fluctuate on a daily basis, using a calculator can ensure your math is correct.

Keep in mind that exchanging currency often comes with added fees that a conversion calculator won't be able to predict. For instance, banks and ATM networks may charge a conversion fee of 1% or more on all foreign transactions. Individual merchants may also charge supplemental fees if you ask them to convert the price of an item to your home currency at checkout.

### 2. Calculate it Manually

The other option is to do the calculation manually using a simple mathematical formula. However, in order to do this, you need to know the current exchange rate. At the time of writing, ¥1 CNY is worth $0.14 USD.

Once you know that information, multiply the amount you have in yuan by the current exchange rate. The resulting number will show you the amount of USD that you have to spend on your trip.

### Manual Currency Conversion Example

Let's say you have $1,500 CNY and would like to figure out how much USD you have for a trip to China. Using the current exchange rate, the formula for your conversion would look like this:

¥1,500 CNY x 0.14 = $210 USD

## How to Buy USD

When you're ready to buy USD, it's a good idea to plan ahead to ensure that you pay the fewest fees. Here are three ways to get the currency you need while minimizing the fees you'll be charged:

- **Exchange at a bank or credit union before your trip:** Heading to your bank before your trip is often the most cost-effective way to exchange currency. Since you have an existing relationship with them, your bank is likely to give you the best exchange rates and charge the lowest fees. Just be prepared for long wait times or other delays receiving service, as well as additional costs like fees for shipping or a minimum exchange amount. run
- **Use your bank's ATM abroad:** Similarly, if you need to exchange more money while you're on your trip, try to find an in-network ATM. For example, the Industrial and Commercial Bank of China (ICBC) has ATMs in New York, San Francisco and the Los Angeles area. Some banking apps have an "ATM locator" feature to help you find the closest option, and using an ATM affiliated with your bank can help you avoid excess fees.

### Money Transfer Partners

| 1 Xe Money Transfer | 2 Wise – Multi-Currency Account | 3 CurrencyFair |
|---|---|---|
|  |  |  |
| Learn More | Learn More | Learn More |
| Via Xe's Website | Via Wise website | Via CurrencyFair's Website |
| International Transfers | 98+ currencies available to | Convert and hold | 55 currencies | Multi-currency accounts | Hold over 20 currencies |

| | | | | | |
|---|---|---|---|---|---|
| Fast and Easy | Initiate transfers 24 hours a day, 7 days a week | Payment options | Direct debit, wire transfer, debit card, credit card & Apple Pay | Fast and secure | countries Money transfers up to 8x cheaper than traditional banks |
| Fees | Xe offers low to no fees on money transfers | | | | |

## What to Avoid When Exchanging Currency

**Exchanging currency at the airport:** While exchanging currency at the airport is unquestionably convenient, these kiosks often offer some of the worst exchange rates while charging some of the highest fees.

**Exchanging currency in a street kiosk:** Many U.S. cities offer exchange kiosks that look like ATMs. These locations are convenient, often located near hotels or in tourist areas, but you'll likely pay a premium to use a street kiosk.

**Black market money exchangers.** Before leaving China you may be tempted to buy USD from someone who sells currency on the streets. Even if the seller offers a good exchange rate, it's not worth the risk since there's a high likelihood that the currency is counterfeit.

Next Up:

- Best Travel Credit Cards 2024
- Best Credit Cards 2024
- Best Travel Insurance

## Change Currency Calculator Base Currency

| | |
|---|---|
| Argentine Peso | Australian Dollar |
| Bahraini Dinar | Botswanan Pula |
| Brazilian Real | Brunei Dollar |
| Bulgarian Lev | Canadian Dollar |
| Chilean Peso | Chinese Yuan |
| Colombian Peso | Croatian Kuna |
| Czech Koruna | Danish Krone |
| Euro | Hong Kong Dollar |
| Hungarian Forint | Icelandic Króna |
| Indian Rupee | Indonesian Rupiah |
| Iranian Rial | Israeli New Sheqel |
| Japanese Yen | Kazakhstani Tenge |
| South Korean Won | Kuwaiti Dinar |
| Libyan Dinar | Malaysian Ringgit |
| Mauritian Rupee | Mexican Peso |
| Nepalese Rupee | New Zealand Dollar |
| Norwegian Krone | Omani Rial |
| Pakistani Rupee | Philippine Peso |



| | |
|---|---|
| Romanian Leu | Russian Ruble |
| Saudi Riyal | Singapore Dollar |
| South African Rand | Sri Lankan Rupee |
| Swedish Krona | Swiss Franc |
| Taiwan Dollar | Thai Baht |
| Trinidad Dollar | Turkish Lira |
| Emirates Dirham | British Pound |
| Venezuelan Bolívar | Vietnamese Dong |
| Ukrainian Hryvnia | Zimbabwean Dollar |

## Currencies

CNY/USD
United States Dollar

0.140647
+1.86%

CNY/GBP
British Pound Sterling

0.110397
-0.35%

CNY/EUR
Euro

0.129598
+0.46%

CNY/CNH
Chinese Yuan (Offshore)

1.02
+1.71%

CNY/BTC
Bitcoin

0.000002049
-4.84%

CNY/DOGE
DogeCoin

0.852173505
-7.09%

CNY/AED
UAE Dirham

0.516582
+1.87%

Last 30 days

## Conversion Table

**Chinese Yuan to United States Dollar**

| CNY | USD |
|---|---|
| 1 CNY | 0.140647 USD |

| | |
|---|---|
| 10 CNY | 1.40647 USD |
| 25 CNY | 3.516175 USD |
| 50 CNY | 7.03235 USD |
| 100 CNY | 14.0647 USD |
| 500 CNY | 70.3235 USD |
| 1,000 CNY | 140.647 USD |
| 5,000 CNY | 703.235 USD |
| 10,000 CNY | 1,406.47 USD |
| 50,000 CNY | 7,032.35 USD |

**United States Dollar to Chinese Yuan**

| USD | CNY |
|---|---|
| 1 USD | 7.109998791 CNY |
| 5 USD | 35.549993957 CNY |
| 10 USD | 71.099987913 CNY |
| 25 USD | 177.749969783 CNY |
| 50 USD | 355.499939565 CNY |
| 100 USD | 710.99987913 CNY |
| 500 USD | 3,554.99939565 CNY |
| 1,000 USD | 7,109.9987913 CNY |
| 5,000 USD | 35,549.993956501 CNY |
| 10,000 USD | 71,099.987913002 CNY |
| 50,000 USD | 355,499.93956501 CNY |

## Chinese Yuan Exchange Rate

| Chinese Yuan | 1 CNY |
|---|---|
| United States Dollar | 0.140647 |
| Euro | 0.129587 |
| British Pound Sterling | 0.110389 |
| Afghan Afghani | 9.985936 |
| Japanese Yen | 22.07075039 |
| Chinese Yuan (Offshore) | 1.021373 |
| Australian Dollar | 0.212047 |
| Bitcoin | 0.000002049 |
| Ethereum | 0.000037985 |
| Linden Dollar | 45.007032349 |

May 24, 2024 17:50 UTC

| | |
|---|---|
| CNY to ETH | CNY to EUR |
| CNY to GBP | CNY to ANG |
| CNY to GEL | CNY to BTC |
| CNY to LKR | CNY to MXN |
| CNY to XRP | CNY to UAH |
| CNY to BRL | CNY to AED |
| CNY to ARS | CNY to CAD |
| CNY to COP | CNY to IQD |

More from Forbes ADVISOR

### The Hartford/AARP Homeowners Insurance Review 2024

By Les Masterson

### Best Instant Approval Store Credit Cards Of May 2024

By Ben Luthi

### Kin Home Insurance Review 2024

By Les Masterson



Best Credit Cards For Self-Employed And Freelancers Of May 2024

 By Lori Zaino



Longest 0% APR Credit Cards for Balance Transfers of 2024

 By Harlan Vaughn

Does Home Insurance Cover Asbestos Removal?

 By Erik Martin

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals or to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.



© 2024 Forbes Media LLC. All Rights Reserved.

 

AdChoices   Privacy Statement   Terms and Conditions   About Us   Contact Us   Careers   Newsroom   Forbes Quote of the Day   Advertise

Cookie Preferences