# Exhibit 9



Screenshots from https://finance.yahoo.com/quote/600521.SS/financials on May 23, 2024.