UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 <br><br> Civil No. 19-2875 (RMB/SAK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**ORDER GRANTING PLAINTIFF MSP RECOVERY CLAIMS, SERIES LLC'S MOTION TO SUBSTITUTE COUNSEL**

This matter came before the Court upon Plaintiff MSP Recovery Claims, Series LLC's ("MSPRC") Motion to Substitute Counsel [ECF No. 2729]. This Court, having reviewed the motion and court file, and having been apprised of MSPRC's consent to the requested substitution, **ORDERS** as follows:

1. The Motion to Substitute Counsel [ECF No. 2729] is **GRANTED.**

2. Jorge Mestre, Andres Rivero, Alan Rolnick, and Schneur Zalman Kass of the law firm Rivero Mestre LLP are no longer counsel of record for MSPRC in the Losartan and Irbesartan actions and are relieved of and from any and all duties and further responsibilities to represent MSPRC in those actions.

3. Janpaul Portal of the MSP Recovery Law Firm is substituted as counsel of record for MSPRC in the Losartan and Irbesartan actions.

**DONE AND ORDERED** this 29th day of May, 2024.

*Sharon A. King*
Hon. Sharon A. King, U.S.M.J.