UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**  DATE OF PROCEEDINGS

**COURT REPORTER: JOHN J. KURZ**  May 31, 2024

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Adam Slater, Esquire, Conlee Whiteley, Esquire and Ruben Honik, Esquire for plaintiffs
Eric Abraham, Esquire, Terry Henry, Esquire, Andrew Albero, Esquire and William Murtha, Esquire for Hetero defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference Held.

Time commenced: 9:00a.m.    Time Adjourned: 9:30a.m.

Total 30 Minutes

s/ *Arthur Roney*
DEPUTY CLERK