# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

May 31, 2024

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower, Suite 1800
Philadelphia, Pennsylvania 19103-7360

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation***,
    **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Vanaskie:

During the May 31, 2024 status conference, Judge Bumb indicated that discovery regarding Losartan and Irbesartan claims should not be delayed, and directed the undersigned to write to Your Honor and request the scheduling of a status conference to discuss scheduling and any other necessary issues related to discovery on the Losartan and Irbesartan claims.

If Your Honor requires anything further, please advise and we will get that to you.

Thank you for your courtesies and consideration.

Respectfully,

Adam M. Slater
Plaintiffs' Liaison Counsel