**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 <br><br> Honorable Renée Marie Bumb, District Judge |
| *This Documents Relates to All Actions* | |

**CERTIFICATION OF JESSICA DAVIDSON**

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1. I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. I make this Certification based on personal knowledge and in support of Defendant Zhejiang Huahai Pharmaceutical Co., Ltd.'s Response to Plaintiffs' Proposed Findings of Fact in Accordance with Special Master Order No. 98.

2. Attached hereto as Exhibit 1 is a true and correct copy of the October 21, 2022 Certification of Richard T. Bernardo (attached to October 21, 2022 Email from R. Bernardo to A. Slater & C. Geddis).

Dated: May 31, 2024

Respectfully submitted,

By: */s/ Jessica Davidson*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jessica Davidson (NY Bar No. 6034748)

*Liaison Counsel for Manufacturer Defendants*
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222
jessica.davidson@skadden.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica Davidson*