# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Renée Marie Bumb, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING ZHP'S OBJECTIONS TO AND MOTION TO REVERSE SPECIAL MASTER ORDER NO. 98** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") for entry of an order vacating Special Master Order No. 98 (ECF 2715) and reversing the sanctions granted in that order, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____, 2024

**ORDERED** as follows:

ZHP's Motion is **GRANTED** in its entirety, and the order of sanctions under Special Master Order No. 98 is hereby **VACATED**.

_____
Hon. Renée Marie Bumb, U.S.D.J.

1