IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| *In Re*: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 19-MD-2875 (RMB-SAK) |
| | **Order** |
| *This document applies to all cases.* | |

**Bumb, Chief District Judge:**

    **THE COURT HAVING HELD AN ORAL HEARING** on 31 May 2024 in this Multi District Litigation ["MDL"] in response to the parties' joint letter request (Doc. No. 2728) which expressed an intent to file in the near future a motion for preliminary approval of the valsartan economic loss settlement,

    **THE COURT HEREBY ORDERS:**

1) **By 30 June 2024**, the parties shall finalize the terms of the valsartan settlement for all three classes of plaintiffs: personal injury, economic loss, and medical monitoring;

2) Having already contacted and worked with Magistrate Judge (Ret.) Joel Schneider to negotiate the current valsartan settlement term sheet, the parties shall, **by ninety (90) days from the date of this order**, meet and confer **in person** with Magistrate Judge Schneider to continue settlement negotiations to resolve the losartan settlement impasse.
Such in person settlement meeting **shall include** representatives from the Hetero Defendants who are authorized to finalize settlement terms; and

3) No motion for preliminary approval of any settlement involving the Hetero defendants shall be granted, UNLESS Magistrate Judge Schneider attests to this Court of an irresolvable impasse to settlement.

Dated:  31 May 2024

/s Renée M. Bumb
Honorable Renée M. Bumb
Chief Judge, United States District Court