UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Judge |

**SPECIAL MASTER SCHEDULILNG ORDER**

**NOW, this 3rd Day of June, 2024, IT IS HEREBY ORDERED THAT** a telephonic status conference will be held on **June 21, 2024 at 1:00 p.m.** to discuss scheduling and any other necessary issues related to discovery on the Losartan and Irbesartan claims. Counsel shall confer and submit proposed agenda letters for the status conference no later than **June 17, 2024**.

Dated: June 3, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master