```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
_____
                                   :  CIVIL ACTION NUMBER:
                                   :  19-md-02875
IN RE:  VALSARTAN PRODUCTS         :
LIABILITY LITIGATION               :  TELEPHONIC STATUS
                                   :  CONFERENCE
_____:
```

     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets
     Camden, New Jersey 08101
     February 14, 2024
     Commencing at 3:03 p.m.

**B E F O R E:**       THOMAS I. VANASKIE (RET.)
                       SPECIAL MASTER

**A P P E A R A N C E S:**

     MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
     103 Eisenhower Parkway
     Roseland, New Jersey  07068
     For the Plaintiffs


     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     BY:  NINA R. ROSE, ESQUIRE
     1440 New York Avenue, N.W.
     Washington, DC 20005
     For the Defendants Prinston Pharmaceuticals, Solco
     Healthcare U.S. LLC, and Zhejiang Huahai
     Pharmaceuticals Ltd.

**ALSO PRESENT:**

     LORETTA SMITH, ESQUIRE
     Judicial Law Clerk to The Honorable Robert B. Kugler

     LARRY MACSTRAVIC, Courtroom Deputy


  Ann Marie Mitchell, CRR, RDR, CCR, Official Court Reporter
             AnnMarie_Mitchell@njd.uscourts.gov
                       (856) 576-7018
   Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.

*United States District Court*

*1*        (PROCEEDINGS held telephonically before SPECIAL
*2* MASTER THOMAS I. VANASKIE at 3:03 p.m.)
*3*        SPECIAL MASTER VANASKIE:  I think, Adam, it was your
*4* side that asked for the call.  I could have that wrong.
*5*        MR. SLATER:  We did?
*6*        SPECIAL MASTER VANASKIE:  Well, I thought it was.  I
*7* mean...
*8*        MR. SLATER:  I don't think we did, but if we did, I
*9* will certainly own that.
*10*        SPECIAL MASTER VANASKIE:  I have an email from Chris
*11* Geddis that said:  Dear Judge Vanaskie, Plaintiffs' opposition
*12* is currently due February 20th, so we'd like to discuss the
*13* motion with the Court earlier if possible.  Plaintiffs are
*14* available February 14 and 16.  Would that work for everyone
*15* else?
*16*        And this is the motion -- I had it up in front of me,
*17* the motion to amend the answer.
*18*        MR. SLATER:  Your Honor, I think -- at the risk of
*19* complicating the situation, it was my understanding that Your
*20* Honor had asked us if we could talk, and that email from Chris
*21* was just letting you know that if this call had to do with
*22* that motion, we just figured it would be better to do in
*23* advance of the date that our brief was due in case the call
*24* would relate to something we might brief.  So we were just
*25* trying to make sure if this had to do with the motion, that it

1  wouldn't get -- we wouldn't talk on the day that our brief was
2  due as opposed to in advance.  I think that's what that email
3  was about.
4          SPECIAL MASTER VANASKIE:  I'm still confused.
5          MR. SLATER:  I think you asked for this call, and
6  then we were trying to schedule it.  And I think we offered
7  some dates and they didn't work for Nina, I think.  And then
8  we went back, and you said you were available on two dates.
9  And we then -- I think Chris spoke to Nina or emailed with her
10 and then was getting back to you to ask, if we're going to
11 talk about the motion, just to talk about it in advance of the
12 return date.
13         But we certainly didn't see a need to have a call on
14 it.  We weren't initiating that, but we assumed you had some
15 questions or wanted to talk about --
16         SPECIAL MASTER VANASKIE:  Okay.  All right.  This is
17 a classic ships-passing-in-the-night situation.
18         So your response is due February 20th.
19         MR. SLATER:  That's my understanding, yes.
20         SPECIAL MASTER VANASKIE:  Response to the motion.
21 And then we'll address it after we get your response.
22         MR. SLATER:  Okay.
23         SPECIAL MASTER VANASKIE:  All right.  I don't -- I'm
24 sorry for the -- I was confused.  Obviously I didn't clear up
25 any confusion.

1  MR. SLATER: A light moment in the middle of all the
2  things we're doing is welcome.
3  LAW CLERK: Excuse me, Judge Vanaskie. I think Nina
4  was -- Skadden Arps had asked to hold the discussion on
5  another day besides February 20th because the ZHP defendants
6  had a conflict on the 19th, which is when you had originally
7  asked counsel to schedule the conference call. So any other
8  day, I guess, after the return date would work, that, you
9  know, all the parties can join in on.
10  SPECIAL MASTER VANASKIE: Yes. I think it will work
11  fine. I think what I'd like to propose is I await the filing
12  of the response from plaintiffs.
13  Ms. Rose, if you're going to file any reply, do it
14  promptly.
15  MS. ROSE: Okay.
16  SPECIAL MASTER VANASKIE: And then we'll see. You
17  know, it may not require a conference call or oral argument.
18  I mean, it's a fairly straightforward matter, it seems. Maybe
19  I'm wrong on that. And if --
20  MS. ROSE: The ZHP defendants certainly think it is,
21  so we're happy to read plaintiffs' opposition brief and
22  respond to it if need be quickly.
23  SPECIAL MASTER VANASKIE: All right.
24  MR. SLATER: Sounds good.
25  SPECIAL MASTER VANASKIE: Is that good on the

1  plaintiffs' side as well?

2          MR. SLATER:  Of course.

3          SPECIAL MASTER VANASKIE:  Okay, great.  So we'll

4  await the reply.  I'm not going to change the date.  It's due

5  February 20th.  And then we'll give you five days after that

6  to respond, Ms. Rose.  And then we'll go from there.

7          MS. ROSE:  Thank you, Your Honor.

8          SPECIAL MASTER VANASKIE:  All right?  Okay?

9          MR. SLATER:  Thank you very much.

10         SPECIAL MASTER VANASKIE:  Thank you all very much.

11 Bye-bye.

12         (Proceedings concluded at 3:08 p.m.)
                            - - -
13         I certify that the foregoing is a correct transcript
   from the record of proceedings in the above-entitled matter.
14
   */S/ Ann Marie Mitchell*        *15th day of February, 2024*
15 *Court Reporter/Transcriber*    *Date*

*United States District Court*