**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:  VALSARTAN, LOSARTAN, AND       CIVIL ACTION NUMBER:

IRBESARTAN PRODUCTS LIABILITY          1:19-md-02875-RMB-SAK

LITIGATION                             STATUS CONFERENCE

Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101
Friday, May 31, 2024
Commencing at 9:03 a.m.

**B E F O R E:**              **THE HONORABLE RENÉE MARIE BUMB,**
                             **CHIEF UNITED STATES DISTRICT JUDGE**

**A P P E A R A N C E S:**

HONIK LLC
BY:  RUBEN HONIK, ESQUIRE
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Co-Lead Counsel for MDL Plaintiffs

MAZIE SLATER KATZ & FREEMAN, LLC
BY:  ADAM M. SLATER, ESQUIRE
103 Eisenhower Parkway, Suite 207
Roseland, New Jersey 07068
Co-Lead Counsel for MDL Plaintiffs

KANNER & WHITELEY, LLC
BY:  CONLEE S. WHITELEY, ESQUIRE
701 Camp Street
New Orleans, Louisiana 70130
Co-Lead Class Counsel for Third-Party Payor Economic Loss

John J. Kurz, Official Court Reporter
John_Kurz@njd.uscourts.gov
(856)576-7094

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.

1   **A P P E A R A N C E S:** (Continued)

2   LEWIS BRISBOIS BEASGAARD & SMITH
    BY:  ANDREW F. ALBERO, ESQUIRE
3   550 East Swedesboro Road, Suite 270
    Wayne, Pennsylvania 19087
4   Counsel for Defendants AvKARE and Camber

5   HILL WALLACK, LLP
    BY: ERIC I. ABRAHAM, ESQUIRE
6       WILLIAM MURTHA, ESQUIRE
    21 Roszel Road
7   Princeton, New Jersey 08540
    Counsel for Defendants Hetero Drugs and Hetero Labs
8
    BLANK ROME LLP
9   BY: TERRY HENRY, ESQUIRE
    130 North 18th Street
10  Philadelphia, Pennsylvania 19103
    Settlement Counsel for the Hetero Defendants
11
    WALSH PIZZI O'REILLY FALANGA LLP
12  BY:  LIZA M. WALSH, ESQUIRE
    Three Gateway Center
13  100 Mulberry Street, 15th Floor
    Newark, New Jersey 07102
14  Counsel for Defendant Teva

15  **Also present:**

16  Arthur Roney, The Courtroom Deputy

17  Gregory Momjian, Judicial Law Clerk

18  Jordan Pino, Judicial Law Clerk

19  Loretta Smith, Esquire, Judicial Law Clerk to the Honorable
    Robert B. Kugler
20

21

22

23

24

25

1          (PROCEEDINGS held in open court before the Honorable
2     Renée Marie Bumb, Chief United States District Judge, at
3     9:03 a.m. as follows:)
4               THE COURTROOM DEPUTY:  All rise.
5               THE COURT:  Good morning.
6               MR. SLATER:  Good morning, Your Honor.
7               MR. ABRAHAM:  Good morning, Judge.
8               THE COURT:  You can have a seat.  Okay.
9               Have a seat.  Thank you.  Let me get to know you
10    folks.  Some of you I know.
11              Okay.  We're here for the valsartan matter.  The
12    docket is 19-2875.
13              Okay.  Let's start with appearances.  We'll start
14    with the plaintiffs.
15              MR. HONIK:  Good morning, Your Honor.  Ruben Honik.
16              THE COURT:  Nice to see you.
17              MS. WHITELEY:  Good morning, Your Honor.  Conlee
18    Whiteley.
19              THE COURT:  Morning.
20              MR. SLATER:  Good morning, Your Honor.  Adam Slater.
21              THE COURT:  Okay.  Nice to meet you all.
22              MR. ABRAHAM:  Hello, Judge.  Nice to see the Court in
23    person.
24              THE COURT:  Yes.
25              MR. ABRAHAM:  Eric Abraham from Hill Wallack.  I'm

1     lead counsel for the Hetero defendants.  And I'll tell you who

2     our cast of characters is --

3             THE COURT:  Yes, please.  Okay.

4             MR. ABRAHAM:  -- on this side of the table.

5             First, immediately to my left is Terry Henry, who is

6     settlement counsel for the Hetero defendants from the

7     Blank Rome law firm.

8             THE COURT:  Okay.

9             MR. ABRAHAM:  Behind me is William Murtha, also from

10     Hill Wallack, so also lead counsel together with me for the

11     Hetero defendants.  And then Andrew Albero from the Lewis

12     Brisbois law firm represents Camber U.S.A.

13             THE COURT:  Okay.

14             MR. ABRAHAM:  Thank you, Judge.

15             THE COURT:  Thank you.  Nice to meet you all.

16             Well, I've tried to get caught up to speed, so I'm

17     getting there.  It's a lot to get caught up with.

18             So what do you folks need me for here today?  I've

19     gotten the letter, May 23rd letter.  I set it down.  So I guess

20     you want to -- you want to take it from there, Mr. Abraham.

21             MR. ABRAHAM:  Thank you very much, Judge.

22             We wanted to come before the Court just to let you

23     know where we are in terms of our settlement process.

24             THE COURT:  Yeah.

25             MR. ABRAHAM:  And to make sure that the Court was

1    aware of what aspects of the case have been settled, and

2    there's one aspect of the case that has not yet been settled,

3    so --

4                THE COURT:  Yeah.  That's the economic, right?

5                MR. ABRAHAM:  Yes.  The losartan economic loss claim

6    is the yet-to-be-resolved claim.

7                With respect to the settled claims, we have a

8    confidential term sheet that the parties executed, thanks to

9    the assistance of Judge Kugler, obviously, and with the

10   mediation help of Judge Schneider.

11               We have taken that term sheet and we've turned it

12   into a series of settlement agreements.  Separates ones for

13   personal injury and economic loss.  And we've been working our

14   way through, I would say, relatively minor language issues

15   within those agreements.

16               The economic loss term sheet I think is a little bit

17   further along than the plaintiffs' personal injury settlement

18   agreement.  But I think within the next... days, certainly I

19   think within the month of June, we will have those completed,

20   at which point, and I'll turn to Mr. Slater, at which point the

21   plaintiffs will be moving before this Court for preliminary

22   approval of the class action aspect of the settlement.  And

23   that will be a motion that will be filed by the plaintiff.  So

24   I think I should let Mr. Slater speak to that.

25               THE COURT:  Okay.  Before we get to that, is there

```
 1   any hope that if there is some more time, that all of the
 2   claims could be settled?
 3             MR. ABRAHAM:  There is.  But we don't think that it
 4   should hold up the progress of the issues that have been
 5   settled.
 6             In other words, the parties --
 7             THE COURT:  It wouldn't hold it up, but it would --
 8   it might help scooch it up.  Move it forward.  No?
 9             MR. ABRAHAM:  No.  The -- believe me, we gave -- I
10   don't want to call it a "college try," like a massive effort to
11   try and settle the losartan economic loss claim as well.
12   Clients flying in from India repeatedly for it.  We're not
13   there yet.  And we won't be there within the next 30 days, I'm
14   certain of it.  But lines of communication between our team and
15   plaintiffs' team are excellent.  And --
16             THE COURT:  Are you still working with Judge
17   Schneider on that claim?
18             MR. ABRAHAM:  We are not.  We can return to him if we
19   think it will be helpful.
20             THE COURT:  Well, why don't you return to him.
21             MR. ABRAHAM:  I'll confer with my client about
22   whether they're ready.
23             THE COURT:  Well, he was -- I mean, he was very
24   helpful with respect to the other claims.
25             MR. ABRAHAM:  He was.
```

1          THE COURT:  When I read the letter, I was like, well,

2     why did you stop?

3          MR. ABRAHAM:  We stopped not for lack of trying.

4          THE COURT:  Yeah.

5          MR. ABRAHAM:  There were some informational gaps that

6     we needed to fill.  And as Your Honor knows, sometimes clients

7     need to understand situations and sometimes it takes time for

8     clients to understand situations.  And we're not there yet.

9          But we -- if Your Honor would like, we can reach back

10    out to Judge Schneider, absolutely.

11         THE COURT:  Well, it just -- when I -- it just seems

12    to me, it makes more sense to resolve them all.  The sense I'm

13    getting -- maybe it's just my optimistic thinking -- is that

14    with some time it can all get wrapped up.  It might take a

15    little bit longer.  But it just seemed to make more sense to

16    wrap it up all together.  And if that means, you know, getting

17    Judge Schneider back involved, and if it means me having a

18    conversation with Judge Schneider to push the parties along,

19    I'm happy to do it.

20         It just seemed to me to make more sense.  But by the

21    same token, as you said, I don't want to, you know, I don't

22    want to hold up progress.

23         MR. ABRAHAM:  We'd really not like to derail the

24    settlements that have already concluded.  We do think it's a

25    substantial amount of effort and work to get that last bit

1    settled.  I can offer the Court no assurances that we can get

2    that done in any reasonable time.

3                 THE COURT:  In 30 days, but, I mean, you know.

4                 All right.  Well, let me see what Mr. Slater has to

5    say.

6                 MR. ABRAHAM:  Thank you, Judge.

7                 MR. SLATER:  Thank you, Your Honor.

8                 I'll just run through a little summary that might

9    touch on some things that Mr. Abraham said.  Starting with the

10   valsartan economic loss claims with Hetero, those are settled.

11   We have been negotiating for a really long time over, as

12   Mr. Abraham said, word issues in a settlement agreement and a

13   few of the issues with the claim forms and a few other things.

14               We, frankly, were hopeful that we could, since we're

15   all together here in court in person, that we could actually

16   spend some time in a room, figure out exactly what issues still

17   remain.  Because we sent another redline to counsel recently

18   that we thought answered the issues, and they haven't gotten

19   back.  So we figured we're here, let's use the time and let's

20   work, and let's try to finalize the settlement agreement.  And

21   then there was one other issue that involves the claim form,

22   and we spoke informally in the hallway about it.

23               THE COURT:  Wait.  Now, when you say "resolve all of

24   the issues," all of the issues except the losartan economic

25   loss or including the losartan economic loss?

```
 1              MR. SLATER:  I'm only talking about the valsartan
 2   economic loss.
 3              THE COURT:  Yeah, okay.
 4              MR. SLATER:  What we've done basically is we've taken
 5   it in pieces.  Even though we've settled valsartan economic
 6   loss, medical monitoring and personal injury and losartan
 7   medical monitoring and personal injury, we prioritized the
 8   economic loss first.  We're working on the settlement documents
 9   for the personal injury.  It's -- I beg to softly differ with
10   my colleagues on the other side.  We haven't really negotiated
11   at all on those documents.
12              THE COURT:  Which documents?
13              MR. SLATER:  The personal injury master settlement
14   agreement --
15              THE COURT:  Okay.
16              MR. SLATER:  -- and the releases for the individual
17   plaintiffs.
18              I would think once we engage, we'll get it done.  But
19   that's less of a concern because we don't have to get
20   certification, we don't have to get the --
21              THE COURT:  Do you have who you need here, and do you
22   have who you need here for settlement?
23              MR. SLATER:  We have who we need, absolutely.
24              THE COURT:  Pardon me?
25              MR. SLATER:  Yes, we do.
```

1          MR. ABRAHAM:  We can certainly spend time talking.

2    Absolutely.

3          THE COURT:  You will.

4          MR. ABRAHAM:  Fine.  We appreciate that.

5          THE COURT:  Good.

6          MR. SLATER:  Thank you.

7          So we're hoping we can knock that out and then get

8    the preliminary approval motion to Your Honor and get that

9    going.

10          The medical monitoring we've put to the back.  And

11   I'll be very honest with you, our hope is that if we can start

12   to engage with more of the defendants, that we can then put

13   those medical monitoring funds together.  Because most of the

14   plaintiffs or a lot of plaintiffs actually took the pills from

15   multiple defendants because it's generic drugs, so whichever

16   pharmacy you went to that month had the best price, you got

17   that.

18          THE COURT:  And that's how I was kind of seeing it to

19   me.  It just seemed -- this was great progress.  But I just --

20   I kept saying to myself, well, why are we stopping just here?

21   I mean, why are we just taking a chunk out of it, which is

22   great.  I mean, it is progress.  But it just seemed to me that,

23   you know, once this starts to come into place, aren't the

24   others going to want to come into place, too?

25          I know there's some issues with some of the parties;

1    I get that.  So I'm going to ask the same question I asked

2    Mr. Abraham.  So why wouldn't you folks ask Judge Schneider to

3    do more?

4                 MR. SLATER:  We've been ready to do that for a long

5    time.

6                 THE COURT:  Have you asked him or -- I mean,

7    obviously he was very successful.  So I just say to myself,

8    well, why are we stopping?

9                 MR. SLATER:  He's always said to both sides I'm

10   available, I'm here.  He's actually in the term sheet for the

11   settlements that we reached.  Any disputes within us, if we

12   can't resolve them, he's the -- he's actually put in as the

13   person who's going to resolve any of those disputes, and he

14   calls balls and strikes.  And ultimately -- there was actually,

15   it was worked out on the plaintiffs' side, there was one issue

16   where it couldn't be agreed, in terms of the third-party payors

17   and the consumers, how the money would be allocated, he

18   actually mediated that deal, so he actually was involved.  He's

19   still involved.

20                 So from our perspective, getting him involved

21   yesterday or six months ago to try to move the losartan

22   discussions ahead would be wonderful, and we're ready to engage

23   anywhere, any time.

24                 THE COURT:  Okay.  So then that's my question.  So

25   shouldn't you folks try that?  And I know you don't want to

```
1   derail progress, but I'm going to get a commitment from all of

2   the parties that that won't derail progress, right, on what

3   you've settled.  That's settled.

4           But if I get a commitment from you all, which I will,

5   to have Judge -- work with Judge Schneider on the losartan

6   economic loss for the next 30 days.

7           No?

8           MR. SLATER:  Absolutely.  I'm sorry.  I didn't mean

9   to interrupt.

10          THE COURT:  Well, you want to, but I'm not getting --

11          MR. SLATER:  I was just going to say, there's no

12  derailment.  I mean, there's no reason why we would have to

13  wait for the valsartan part to be done to talk about the

14  losartan economic loss.

15          THE COURT:  Yeah.  So you have an agreement in

16  principle, more or less, okay?  It's not going to change.

17          MR. SLATER:  Right.

18          THE COURT:  So let's move forward with progress.

19          MR. ABRAHAM:  I --

20          THE COURT:  I need a good explanation from you,

21  Mr. Abraham, why we shouldn't continue on the economic loss

22  losartan issue.

23          MR. ABRAHAM:  We have no problem continuing

24  discussions.

25          THE COURT:  Okay.
```

1       MR. ABRAHAM:  No problem, whether we use Judge

2  Schneider to assist us or not.  Frankly, between counsel, we

3  have an excellent ability to communicate with each other.

4       THE COURT:  Okay.

5       MR. ABRAHAM:  My concern is this, Judge --

6       THE COURT:  Yeah.

7       MR. ABRAHAM:  -- I need to keep my client focused on

8  what we've got settled and getting these documents finalized

9  and approved, and I don't want to create any distraction from

10  that mission.

11       On the plaintiffs' personal injury side, we -- we --

12  I think it's been in your hands since March-ish.

13       MR. SLATER:  Right.

14       MR. ABRAHAM:  Okay.  So I know I'm going to have lots

15  of conversations with my side focused on what we've already

16  settled and getting those documents done.

17       THE COURT:  Okay.

18       MR. ABRAHAM:  I really don't want to distract them

19  from that mission.  And if --

20       THE COURT:  Fair point.  So get that done.

21       But then simultaneously work towards the losartan

22  matter, and then it's all one motion.  I guess what I'm saying

23  is, why are we making it two motions or three motions, or

24  whatever it might be, for approval, right?

25       So all I'm saying is get it done, put it to the side

1  and move on to the other issue.  Then get that all done and
2  then come forward with your motion for preliminary approval
3  with respect to all of it.  That's what I'm just saying.  It
4  just seems to make more sense to me.  It seems to be a lot of
5  work if we're going to end up at the same place.
6              MR. HENRY:  Your Honor --
7              MR. ABRAHAM:  Mr. Henry, if he may.
8              THE COURT:  Yes, Mr. Henry.
9              MR. HENRY:  If I could.
10             THE COURT:  Do I make sense?
11             MR. HENRY:  You make perfect sense.
12             THE COURT:  Yeah.
13             MR. HENRY:  But I think the scope of the losartan
14  economic loss claims swallow ten of the settlements that we've
15  just done.  That's been the problem.
16             THE COURT:  What do you mean by "swallow"?
17             MR. HENRY:  It's huge.  The plaintiffs' demand as
18  compared to -- the other five elements that we've resolved, we
19  could fit ten of those inside of their claim for the losartan
20  economic loss.
21             THE COURT:  Okay.
22             MR. HENRY:  And so we've really had a problem
23  bridging that gap, trying to bring us together.  And that
24  really slowed things down.
25             I would agree with Mr. Abraham.  I mean, our energies

1    need to be focused to finish these documents, because it's not

2    just, you know, Hetero Limited that we deal with.  It's Hetero

3    Limited, Hetero U.S.A., it's Camber, you know, and all of their

4    executives, but then there's also insurers involved.  So

5    there's a lot of people that look at the documents that we have

6    to herd as cats all the time to get these --

7                THE COURT:  Yeah.  No.

8                MR. HENRY:  Which is why we've had some delay and why

9    we have a lot of voices that we have to answer to and comments

10   that then we bring back to Adam and his team.  And that's where

11   Mr. Abraham's, kind of, focus comes in.

12               So, I mean, we can continue to talk on the losartan

13   economic loss.

14               THE COURT:  Yeah.

15               MR. HENRY:  But to bridge that gap in 30 days would

16   be huge.

17               THE COURT:  Well, is there a magic to the 30 days?

18   Why is there --

19               MR. HENRY:  No.  You had just suggested 30 days.

20               THE COURT:  Oh.

21               MR. SLATER:  And I can tell you, Judge, it was very

22   helpful to us in getting the parts done that have been done.

23   And actually we did have, I thought, some productive

24   conversations about the losartan economic loss and then things

25   sort of broke down, but they can be picked up, I would think.

1        From our perspective, I know my friends over there

2   may not love what I'm about to say, but it was very helpful

3   when the executives from India who really call all the shots --

4   I understand there's a lot of entities here, but that's where

5   the money is coming from, that's where the drugs were

6   manufactured -- when they were actually willing to come here.

7        THE COURT:  Here, yeah.

8        MR. SLATER:  And that was when things actually got

9   done.

10       THE COURT:  Well, was Judge Schneider present for

11  that?

12       MR. ABRAHAM:  No.

13       MR. SLATER:  No.  That happened -- Judge Kugler did

14  that.  He called them actually into court and we had a few

15  settlement conferences alone.  We actually nailed down the

16  language before a case management conference with Judge Kugler

17  for about three hours that day in his jury room.  That was not

18  the first time putting that together.  So that was very

19  helpful.

20       THE COURT:  Well, I'm happy to do it, but Judge

21  Schneider, I'm sure, would be happy to do it, too.

22       MR. SLATER:  I would think he absolutely would.  I

23  just wanted to put that out there just so you would know the

24  dynamic, Your Honor.

25       THE COURT:  Okay.  So --

1        MR. HONIK:  Your Honor, if I may, I think everyone

2   before you is interested in a global resolution conceptually.

3        THE COURT:  Right.

4        MR. HONIK:  The question is how to do it given some

5   of the nuances that Mr. Abraham and his team has brought up.

6        May I suggest, tomorrow starts June.  I think having

7   deadlines imposed by the Court that structures the events might

8   be helpful.

9        So, for example, if the Court were to say June 30 is

10  the end date to wrap up the documents supportive of the

11  already-settled parts of Hetero, that would be helpful, and at

12  the same time implore the parties presently to get a schedule

13  in early July.  And that's loose.  It could be a date

14  convenient to everybody, to have all the parties reconvene in

15  July in Camden, with Judge Schneider, to then pick up the

16  threads of the remaining losartan claim.

17        Mr. Henry is correct, it's by dollars a lot bigger.

18  But I think unless we get a structured meeting after this

19  30-day period where they can focus their client on wrapping up

20  the documents, having a target in July in Camden, in person,

21  with Judge Schneider, I think that's the way to achieve what we

22  all want, which is a global resolution.

23        MR. ABRAHAM:  I'm okay with the "wrap up the

24  documents" in June.  I can't do July.  I personally can't do

25  July.

1          THE COURT:  Oh.

2          MR. ABRAHAM:  So if we were to do something like

3    that, it would have to be sometime after July, and, you know...

4          MR. SLATER:  Unless we're going to be in the same

5    place during that time.

6          MR. HONIK:  Unless you can do June 30.

7          THE COURT:  So --

8          MR. ABRAHAM:  I have a lot of trial work in late June

9    and into early July, and then I've got some R and R time that

10   Adam and I tend to wind up in the same place for, which is why

11   I say July won't work.

12         Hello, Loretta.  I didn't see you sitting over there.

13         THE COURT:  Okay.  So here's what I think:  So I

14   think that if I -- I like the suggestion if I issue a

15   scheduling order that says that -- I think I can accomplish

16   both objectives -- that I direct that the parties wrap up all

17   of the terms of the settlement that has been constituted in

18   principle by June 30th.  It directs the parties, particularly

19   your clients, Mr. Abraham, that they now know that there's

20   finality to that aspect of it.

21         My order also then would say something to the effect

22   of, and that I will direct the parties, it's not an option,

23   I'll direct the parties to meet and confer to mutually find a

24   date within the next 60 days, so that's June --

25         MR. ABRAHAM:  Ninety days.

```
 1              THE COURT:  Ninety days.  So that's June, July, and
 2    August, gives you plenty of time to work with -- that you meet
 3    with Judge Schneider on one, two, or three, whatever days it
 4    takes, with an effort towards resolving the remaining claim,
 5    okay?  So that would be part of my order.
 6              The other part of my order would be that I will not
 7    entertain a motion for preliminary approval until I have
 8    received word from the parties and Judge Schneider that the
 9    parties are incapable of resolving the issue.
10              And what that means is until I'm satisfied that the
11    parties have engaged in good effort, good faith efforts,
12    they've exhausted all resources available to them, then I'm not
13    going to entertain the motion.  Because I just think that that
14    conserves resources, judicial resources, it conserves resources
15    for the parties, as well as the consumers, so I just think that
16    makes more sense.
17              What do you all say?  You like it or you don't?
18              MR. ABRAHAM:  We're fine.
19              MR. SLATER:  We, of course, agree, Your Honor.
20              THE COURT:  That's what I'm going to do.
21              MR. SLATER:  It makes a lot of sense.  And we do
22    appreciate the opportunity to talk to counsel today, because
23    that really would jump start things, if we could finish those
24    few points.
25              THE COURT:  So I'm going to make my -- I'm going to
```

1   make my jury room available all day.

2           MR. SLATER:  Thank you.

3           THE COURT:  I, unfortunately, have to leave, you

4   know, midday.

5           So if you need me within the next hour or so, I'm

6   here to help.  I would like to get involved, but I'm going to

7   really defer to Judge Schneider.  You folks have had great

8   success with him.  So let me just chat with him.  You folks

9   will be reaching out to him consistent --

10          MR. SLATER:  Today.

11          THE COURT:  Okay.  Good.

12          MR. SLATER:  We'll send an email and copy counsel,

13  happy to say we've just spoke with you and that we'd like to

14  set up a Zoom or something, just if we can talk so --

15          THE COURT:  Yeah.  In the meantime, start talking

16  about dates, because I want that meeting -- if it's going to

17  last one, two or three days, I want that meeting in person,

18  okay?  Which means you're going to get your clients over,

19  right?  I think that would be helpful.

20          MR. ABRAHAM:  Yeah.  I have a client representative

21  who is in the United States.

22          THE COURT:  Oh, okay.  All right.  Good.

23          MR. ABRAHAM:  I have other client representatives

24  that are in India.

25          THE COURT:  Okay.

```
 1              MR. SLATER:  We vote for the clients who have the
 2    settlement authority because otherwise --
 3              THE COURT:  Yeah.  They have to be in person.  I
 4    mean, it just has to be.  It's -- we can --
 5              MR. ABRAHAM:  Whoever comes will have authority.
 6              THE COURT:  Yeah.  There you go.
 7              MR. SLATER:  Authority, okay.  We can talk.
 8              There's --
 9              THE COURT:  Authority to settle, yes.
10              MR. ABRAHAM:  Yes.
11              MR. SLATER:  There's a related issue.
12              THE COURT:  Yeah.
13              MR. SLATER:  And it relates to the losartan part
14    that's not settled.
15              We have, as a plaintiffs' group, have been trying to
16    get discovery to roll at a pace that actually will move things
17    ahead with that part of the litigation.  And what we've gotten
18    is not just from Hetero but uniformly is they're saying, well,
19    we don't want to do anything until we see Judge Bumb in late
20    July.  And we have orders already for documents to be produced,
21    and we --
22              THE COURT:  Yeah; I'm not waiting.  So --
23              MR. ABRAHAM:  Judge, the only thing that concerns me
24    about this topic is that to the extent we want to talk about
25    Hetero losartan discovery, I think it's appropriate, but
```

 1    without the balance of the joint defense group here, the other

 2    defendants to talk themselves about losartan discovery, I feel

 3    it's unfair to them.

 4              THE COURT:  Well, here's what I was going to say, is

 5    that I want you to submit a letter to Judge Vanaskie, and then

 6    I'm going to have a conversation with him, and then I'm going

 7    to tell him that I want discovery to proceed.  I don't want it

 8    to wait until July.

 9              MR. SLATER:  Thank you.  Understood, Your Honor.

10              THE COURT:  Yeah.  So then all the parties know,

11    okay?

12              MR. ABRAHAM:  Thank you, Judge.

13              THE COURT:  We're not just picking on Hetero, okay?

14              MR. ABRAHAM:  Thank you.  I think Hetero has been

15    doing its part in losartan discovery, in my own defense.

16              THE COURT:  And Mr. Slater agrees with that.

17              MR. ABRAHAM:  Thank you.

18              MR. SLATER:  Of course I do.

19              No.  Actually, we've been able to settle multiple

20    claims.  We just had a call with Mr. Murtha a couple weeks ago,

21    there was a few documents, and this, what you just said I think

22    really helps to move the issue --

23              THE COURT:  So you're going to put a letter on the

24    docket to Judge Vanaskie per my direction, request.  I do not

25    want discovery to wait until the end of July.  We're losing

1   valuable time in doing that, okay?

2              MR. SLATER:  Agreed.  Thank you, Your Honor.

3              THE COURT:  And then I'm asking that he convene all

4   of the parties and get discovery moving.

5              MR. SLATER:  Thank you.

6              THE COURT:  I know there's been a little bit of delay

7   with the transfer of the case and all of that.  But I certainly

8   don't want to be the one that's holding up progress.

9              MR. SLATER:  Thank you.

10             THE COURT:  Okay.  So I'll put an order on the docket

11  that sort of lays out what we talked about, so that will be

12  something that you can share with your client.  Your client

13  will have solace in knowing that we're going to move forward on

14  a settlement that we have, but we're also going to have a dual

15  track.

16             MR. ABRAHAM:  Thank you very much, Judge.

17             THE COURT:  And there's an incentive, too, to get it

18  resolved.

19             MR. ABRAHAM:  Great.  We appreciate the Court's time.

20             THE COURT:  Yeah.

21             Okay.  Anything else?  Yeah?  No?

22             MR. SLATER:  I don't believe so for plaintiffs, Your

23  Honor.

24             MR. ABRAHAM:  Not for defendants.  Thank you.

25             THE COURT:  So -- well, you think the jury room will

```
 1    be fine?  Yeah.
 2              MR. SLATER:  Absolutely.  We've done some of our best
 3    work in jury rooms.
 4              THE COURT:  Yeah.  And there's a conference room
 5    here, too.  If some of you need there and some of you want to
 6    stay in here, I don't have anything else this morning in this
 7    courtroom, so...
 8              Okay.
 9              MR. SLATER:  Thank you so much.
10              THE COURT:  Good to meet you all.
11              MR. SLATER:  Thank you, Your Honor.
12              MR. HONIK:  Thank you, Your Honor.
13              MR. ABRAHAM:  Thank you, Your Honor.
14              THE COURT:  Thank you.  Okay.
15              THE COURTROOM DEPUTY:  All rise.
16              (Proceedings concluded at 9:27 a.m.)
17          - - - - - - - - - - - - - - - - - - - - -
18          FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE
            - - - - - - - - - - - - - - - - - - - - -
19          I certify that the foregoing is a correct transcript
20    from the record of proceedings in the above-entitled matter.
21
22
23    /S/John J. Kurz, RDR-RMR-CRR-CRC          June 3, 2024
24    Court Reporter/Transcriber
25
```

**MR. ABRAHAM: [46]**
**MR. HENRY: [9]** 14/6
14/9 14/11 14/13 14/17
14/22 15/8 15/15 15/19
**MR. HONIK: [5]** 3/15
17/1 17/4 18/6 24/12
**MR. SLATER: [39]**
**MS. WHITELEY: [1]**
3/17
**THE COURT: [85]**
**THE COURTROOM
DEPUTY: [2]** 3/4 24/15

**/**

**/S/John [1]** 24/23

**0**

**07068 [1]** 1/17
**07102 [1]** 2/13
**08101 [1]** 1/8
**08540 [1]** 2/7

**1**

**100 [1]** 2/13
**103 [1]** 1/17
**1100 [1]** 1/14
**130 [1]** 2/9
**1515 [1]** 1/14
**15th [1]** 2/13
**18th [1]** 2/9
**19-2875 [1]** 3/12
**19087 [1]** 2/3
**19102 [1]** 1/14
**19103 [1]** 2/10
**1:19-md-02875-RMB-SA
K [1]** 1/4

**2**

**2024 [2]** 1/8 24/23
**207 [1]** 1/17
**21 [1]** 2/6
**23rd [1]** 4/19
**270 [1]** 2/3
**2875 [1]** 3/12

**3**

**30 [8]** 6/13 8/3 12/6 15/15
15/17 15/19 17/9 18/6
**30-day [1]** 17/19
**30th [1]** 18/18
**31 [1]** 1/8

**4**

**4th [1]** 1/7

**5**

**550 [1]** 2/3
**576-7094 [1]** 1/23

**6**

**60 [1]** 18/24

**7**

**701 [1]** 1/20
**70130 [1]** 1/20
**7094 [1]** 1/23

**8**

**856 [1]** 1/23

**9**

**9:03 [1]** 1/9
**9:03 a.m [1]** 3/3
**9:27 a.m [1]** 24/16

**A**

**a.m [3]** 1/9 3/3 24/16
**ability [1]** 13/3
**able [1]** 22/19
**above [1]** 24/20
**above-entitled [1]** 24/20
**ABRAHAM [10]** 2/5
3/25 4/20 8/9 8/12 11/2
12/21 14/25 17/5 18/19
**Abraham's [1]** 15/11
**absolutely [6]** 7/10 9/23
10/2 12/8 16/22 24/2
**accomplish [1]** 18/15
**achieve [1]** 17/21
**action [2]** 1/3 5/22
**actually [14]** 8/15 10/14
11/10 11/12 11/14 11/18
11/18 15/23 16/6 16/8
16/14 16/15 21/16 22/19
**ADAM [4]** 1/16 3/20
15/10 18/10
**after [2]** 17/18 18/3
**ago [2]** 11/21 22/20
**agree [2]** 14/25 19/19
**agreed [2]** 11/16 23/2
**agreement [5]** 5/18 8/12
8/20 9/14 12/15
**agreements [2]** 5/12 5/15
**agrees [1]** 22/16
**ahead [2]** 11/22 21/17
**aided [1]** 1/24
**ALBERO [2]** 2/2 4/11
**all [33]**
**allocated [1]** 11/17
**alone [1]** 16/15
**along [2]** 5/17 7/18
**already [4]** 7/24 13/15
17/11 21/20
**already-settled [1]** 17/11
**also [6]** 2/15 4/9 4/10
15/4 18/21 23/14
**always [1]** 11/9
**amount [1]** 7/25
**ANDREW [2]** 2/2 4/11
**another [1]** 8/17
**answer [1]** 15/9
**answered [1]** 11/8
**any [6]** 6/1 8/2 11/11
11/13 11/23 13/9
**anything [3]** 21/19 23/21
24/6
**anywhere [1]** 11/23
**appearances [1]** 3/13
**appreciate [3]** 10/4 19/22
23/19
**appropriate [1]** 21/25
**approval [5]** 5/22 10/8
13/24 14/2 19/7
**approved [1]** 13/9

**are [11]** 4/23 6/15 6/16
6/18 8/10 10/20 10/21
11/8 13/23 19/9 20/24
**aren't [1]** 10/23
**Arthur [1]** 2/16
**ask [2]** 11/1 11/2
**asked [2]** 11/1 11/6
**asking [1]** 23/3
**aspect [3]** 5/2 5/22 18/20
**aspects [1]** 5/1
**assist [1]** 13/2
**assistance [1]** 5/9
**assurances [1]** 8/1
**August [1]** 19/2
**authority [4]** 21/2 21/5
21/7 21/9
**available [3]** 11/10 19/12
20/1
**AvKARE [1]** 2/4
**aware [1]** 5/1

**B**

**back [5]** 7/9 7/17 8/19
10/10 15/10
**balance [1]** 22/1
**balls [1]** 11/14
**basically [1]** 9/4
**BEASGAARD [1]** 2/2
**because [9]** 8/17 9/19
10/13 10/15 15/1 19/13
19/22 20/16 21/2
**been [14]** 5/1 5/2 5/13 6/4
8/11 11/4 13/12 14/15
15/22 18/17 21/15 22/14
22/19 23/6
**before [6]** 3/1 4/22 5/21
5/25 16/16 17/2
**beg [1]** 9/9
**Behind [1]** 4/9
**believe [2]** 6/9 23/22
**best [2]** 10/16 24/2
**between [2]** 6/14 13/2
**bigger [1]** 17/17
**bit [4]** 5/16 7/15 7/25
23/6
**BLANK [2]** 2/8 4/7
**Blank Rome [1]** 4/7
**both [2]** 11/9 18/16
**bridge [1]** 15/15
**bridging [1]** 14/23
**bring [2]** 14/23 15/10
**BRISBOIS [2]** 2/2 4/12
**broke [1]** 15/25
**brought [1]** 17/5
**Building [1]** 1/7
**BUMB [3]** 1/10 3/2 21/19

**C**

**call [3]** 6/10 16/3 22/20
**called [1]** 16/14
**calls [1]** 11/14
**Camber [3]** 2/4 4/12 15/3
**Camden [1]** 1/8 17/15
17/20
**Camp [1]** 1/20
**can [20]** 3/8 6/18 7/9 7/14
8/1 8/1 10/1 10/7 10/11

10/12 15/12 15/21 15/25
17/19 18/6 18/15 20/14
21/4 21/7 23/12
**can't [3]** 11/12 17/24
17/24
**case [4]** 5/1 5/2 16/16
23/7
**cast [1]** 4/2
**cats [1]** 15/6
**caught [2]** 4/16 4/17
**Center [1]** 2/12
**certain [1]** 6/14
**certainly [3]** 5/18 10/1
23/7
**CERTIFICATE [1]**
24/17
**certification [1]** 9/20
**certify [1]** 24/19
**change [1]** 12/16
**characters [1]** 4/2
**chat [1]** 20/8
**CHIEF [2]** 1/10 3/2
**chunk [1]** 10/21
**CIVIL [1]** 1/3
**claim [9]** 5/5 5/6 6/11
6/17 8/13 8/21 14/19
17/16 19/4
**claims [6]** 5/7 6/2 6/24
8/10 14/14 22/20
**class [2]** 1/21 5/22
**Clerk [3]** 2/17 2/18 2/19
20/20 20/23 23/12 23/12
**client [7]** 6/21 13/7 17/19
20/20 20/23 23/12 23/12
**clients [6]** 6/12 7/6 7/8
18/19 20/18 21/1
**Co [3]** 1/15 1/18 1/21
**Co-Lead [3]** 1/15 1/18
1/21
**Cohen [1]** 1/7
**colleagues [1]** 9/10
**college [1]** 6/10
**come [5]** 4/22 10/23
10/24 14/2 16/6
**comes [2]** 15/11 21/5
**coming [1]** 16/5
**Commencing [1]** 1/9
**comments [1]** 15/9
**commitment [2]** 12/1
12/4
**communicate [1]** 13/3
**communication [1]** 6/14
**compared [1]** 14/18
**completed [1]** 5/19
**computer [1]** 1/24
**computer-aided [1]** 1/24
**conceptually [1]** 17/2
**concern [2]** 9/19 13/5
**concerns [1]** 21/23
**concluded [2]** 7/24 24/16
**confer [2]** 6/21 18/23
**conference [1]** 1/5 16/16
24/4
**conferences [1]** 16/15
**confidential [1]** 5/8
**CONLEE [2]** 1/19 3/17
**conserves [2]** 19/14
19/14

**consistent [1]** 20/9
**constituted [1]** 18/17
**consumers [2]** 11/17
19/15
**continue [2]** 12/21 15/12
**Continued [1]** 2/1
**continuing [1]** 12/23
**convene [1]** 23/3
**convenient [1]** 17/14
**conversation [2]** 7/18
22/6
**conversations [2]** 13/15
15/24
**Cooper [1]** 1/7
**copy [1]** 20/12
**correct [2]** 17/17 24/19
**could [7]** 6/2 8/14 8/15
14/9 14/19 17/13 19/23
**couldn't [1]** 11/16
**counsel [14]** 1/15 1/18
1/21 2/4 2/7 2/10 2/14 4/1
4/6 4/10 8/17 13/2 19/22
20/12
**couple [1]** 22/20
**course [2]** 19/19 22/18
**court [14]** 1/1 1/22 3/1
3/22 4/22 4/25 5/21 8/1
11/16 14/14 17/7 17/9
24/17 24/24
**Court's [1]** 23/19
**Courthouse [1]** 1/7
**courtroom [2]** 2/16 24/7
**CRC [1]** 24/23
**create [1]** 13/9
**CRR [1]** 24/23

**D**

**date [3]** 17/10 17/13
18/24
**dates [1]** 20/16
**day [3]** 16/17 17/19 20/1
**days [12]** 5/18 6/13 8/3
12/6 15/15 15/17 15/19
18/24 18/25 19/1 19/3
20/17
**deadlines [1]** 17/7
**deal [2]** 11/18 15/2
**Defendant [1]** 2/14
**defendants [10]** 2/4 2/7
2/10 4/1 4/6 4/11 10/12
10/15 22/2 23/24
**defense [2]** 22/1 22/15
**defer [1]** 20/7
**delay [2]** 15/8 23/6
**demand [1]** 14/17
**Deputy [1]** 2/16
**derail [3]** 7/23 12/1 12/2
**derailment [1]** 12/12
**did [3]** 7/2 15/23 16/13
**didn't [2]** 12/8 18/12
**differ [1]** 9/9
**direct [3]** 18/16 18/22
18/23
**direction [1]** 18/18
**directs [1]** 18/18
**discovery [7]** 21/16 21/25
22/2 22/7 22/15 22/25

**D**

discovery... [1] 23/4
discussions [2] 11/22 12/24
disputes [2] 11/11 11/13
distract [1] 13/18
distraction [1] 13/9
DISTRICT [4] 1/1 1/1 1/10 3/2
docket [3] 3/12 22/24 23/10
documents [12] 9/8 9/11 9/12 13/8 13/16 15/1 15/5 17/10 17/20 17/24 21/20 22/21
doing [2] 22/15 23/1
dollars [1] 7/3
done [13] 8/2 9/4 9/18 12/13 13/16 13/20 13/25 14/1 14/15 15/22 15/22 16/9 24/2
down [4] 4/19 14/24 15/25 16/15
drugs [3] 2/7 10/15 16/5
dual [1] 23/14
during [1] 18/5
dynamic [1] 16/24

**E**

each [1] 13/3
early [2] 17/13 18/9
East [1] 2/3
economic [19] 1/21 5/4 5/5 5/13 5/16 6/11 8/10 8/24 8/25 9/2 9/5 9/8 12/6 12/14 12/21 14/14 14/20 15/13 15/24
effect [1] 18/21
effort [4] 6/10 7/25 19/4 19/11
efforts [1] 19/11
Eisenhower [1] 1/17
elements [1] 14/18
else [2] 23/21 24/6
email [1] 20/12
end [3] 14/5 17/10 22/25
energies [1] 14/25
engage [3] 9/18 10/12 11/22
engaged [1] 19/11
entertain [2] 19/7 19/13
entities [1] 16/4
entitled [1] 24/20
ERIC [2] 2/5 3/25
ESQUIRE [9] 1/13 1/16 1/19 2/2 2/5 2/6 2/9 2/12 2/19
Even [1] 9/5
events [1] 17/7
everybody [1] 17/14
everyone [1] 17/1
exactly [1] 8/16
example [1] 17/9
excellent [2] 6/15 13/3
except [1] 8/24
executed [1] 5/8
executives [2] 15/4 16/3

exhausted [1] 19/12
explanation [1] 12/20
extent [1] 21/24

**F**

Fair [1] 13/20
faith [1] 19/11
FALANGA [1] 2/11
FEDERAL [1] 24/17
feel [1] 22/2
few [5] 8/13 8/13 16/14 19/24 22/21
figure [1] 8/16
figured [1] 8/19
filed [1] 5/23
fill [1] 7/6
finality [1] 18/20
finalize [1] 8/20
finalized [1] 13/8
find [1] 18/23
fine [3] 10/4 19/18 24/1
finish [2] 15/1 19/23
firm [2] 4/7 4/12
first [3] 4/5 9/8 16/18
fit [1] 14/19
five [1] 14/18
Floor [1] 2/13
flying [1] 6/12
focus [2] 15/11 17/19
focused [3] 13/7 13/15 15/1
folks [6] 3/10 4/18 11/2 11/25 20/7 20/8
follows [1] 3/3
foregoing [1] 24/19
form [1] 8/21
forms [1] 8/13
forward [4] 6/8 12/18 14/2 23/13
frankly [2] 8/14 13/2
FREEMAN [1] 1/16
Friday [1] 1/8
friends [1] 16/1
funds [1] 10/13
further [1] 5/17

**G**

gap [2] 14/23 15/15
gaps [1] 7/5
Gateway [1] 2/12
gave [1] 6/9
generic [1] 10/15
getting [8] 4/17 7/13 7/16 11/20 12/10 13/8 13/16 15/22
given [1] 17/4
gives [1] 19/2
global [2] 17/2 17/22
good [13] 3/5 3/6 3/7 3/15 3/17 23/20 10/5 12/20 19/11 19/11 20/11 20/22 24/10
got [4] 10/16 13/8 16/8 18/9
gotten [3] 4/19 8/18 21/17
great [4] 10/19 10/22

20/7 23/19
Gregory [1] 2/17
group [2] 21/15 22/1
guess [2] 4/19 13/22

**H**

hallway [1] 8/22
hands [1] 13/12
happened [1] 16/13
happy [4] 7/19 16/20 16/21 20/13
has [6] 5/2 8/4 17/5 18/17 21/4 22/14
have [46]
haven't [1] 8/18 9/10
having [3] 7/17 17/6 17/20
he [11] 6/23 6/23 6/25 11/7 11/13 11/17 11/18 14/7 16/14 16/22 23/3
he's [5] 11/9 11/10 11/12 11/12 11/18
held [1] 3/1
Hello [3] 3/22 18/12
help [5] 5/10 6/8 20/6
helpful [6] 6/19 6/24 15/22 16/2 16/19 17/8 17/11 20/19
helps [1] 22/22
HENRY [5] 2/9 4/5 14/7 14/8 17/17
herd [1] 15/6
here [15] 3/11 4/18 8/15 8/19 9/21 9/22 10/20 11/10 16/4 16/6 16/7 20/6 22/1 24/5 24/6
here's [2] 18/13 22/4
Hetero [15] 2/7 2/7 2/10 4/1 4/6 4/11 8/10 15/2 15/2 15/3 17/11 21/18 21/25 22/13 22/14
HILL [3] 2/5 3/25 4/10
him [9] 6/18 6/20 11/6 11/20 20/8 20/8 20/9 22/6 22/7
his [3] 15/10 16/17 17/5
hold [3] 6/4 6/7 7/22
holding [1] 23/8
honest [1] 10/11
HONIK [3] 1/13 1/13 3/15
Honor [18] 3/6 3/15 3/17 3/20 7/6 7/9 8/7 10/8 14/6 16/24 17/1 19/19 22/9 23/2 23/23 24/1 24/12 24/13
HONORABLE [3] 1/10 2/19 3/1
hope [2] 6/1 10/11
hopeful [1] 8/14
hoping [1] 10/7
hour [1] 20/5
hours [1] 16/17
huge [2] 14/17 15/16

**I**

I'll [7] 4/1 5/20 6/21 8/8

10/11 18/23 23/10
I'm [31]
I've [3] 4/16 4/18 18/9
immediately [1] 4/5
implore [1] 17/12
imposed [1] 17/7
incapable [1] 19/9
incentive [1] 23/17
including [1] 8/25
India [3] 6/12 16/3 20/24
individual [1] 9/16
informally [1] 8/22
informational [1] 7/5
injury [7] 5/13 5/17 9/6 9/7 9/9 9/13 13/11
inside [1] 14/19
insurers [1] 15/4
interested [1] 17/2
interrupt [1] 12/9
involved [6] 7/17 11/18 11/19 11/20 15/4 20/6
involves [1] 8/21
IRBESARTAN [1] 1/4
ish [1] 13/12
issue [8] 8/21 11/15 12/22 14/1 18/14 19/9 21/11 22/22
issues [5] 5/14 6/4 8/12 8/13 8/16 8/18 8/24 8/24 10/25
its [1] 22/15

**J**

JERSEY [5] 1/1 1/8 1/17 2/7 2/13
John [3] 1/22 1/22 24/23
joint [1] 22/1
Jordan [1] 2/18
JUDGE [34]
judicial [2] 2/17 2/18 2/19 19/14
July [12] 17/13 17/15 17/20 17/24 17/25 18/3 18/9 18/11 19/1 21/20 22/8 22/25
jump [1] 19/23
June [10] 5/19 17/6 17/9 17/24 18/6 18/8 18/18 18/24 19/1 24/23
June 30 [2] 17/9 18/6
June 30th [1] 18/18
jury [4] 16/17 20/1 23/25 24/3
just [31]

**K**

KANNER [1] 1/19
KATZ [1] 1/16
keep [1] 13/7
kept [1] 10/20
kind [2] 10/18 15/11
knock [1] 10/7
know [19] 3/9 3/10 4/23 7/16 7/21 8/3 10/23 10/25 11/25 13/14 15/2 15/3 16/1 16/23 18/3 18/19 20/4 22/10 23/6

knowing [1] 23/13
knows [1] 7/6
Kugler [4] 2/19 5/9 16/13 16/16
Kurz [3] 1/22 1/22 24/23

**L**

Labs [1] 2/7
lack [1] 7/3
language [2] 5/14 16/16
last [2] 7/25 20/17
late [2] 18/8 21/19
law [5] 2/17 2/18 2/19 4/7 4/12
lays [1] 23/11
lead [5] 1/15 1/18 1/21 4/1 4/10
leave [1] 20/3
left [1] 4/5
less [2] 9/19 12/16
let [5] 3/9 4/22 5/24 8/4 20/8
let's [5] 3/13 8/19 8/19 8/20 12/18
letter [5] 4/19 4/19 7/1 22/5 22/23
LEWIS [2] 2/2 4/11
LIABILITY [1] 1/4
like [9] 6/10 7/1 7/9 7/23 18/2 18/14 19/17 20/6 20/13
Limited [2] 15/2 15/3
lines [1] 6/14
litigation [2] 1/5 21/17
little [4] 5/16 7/15 8/8 23/6
LIZA [1] 2/12
LLC [3] 1/13 1/16 1/19
LLP [3] 2/5 2/8 2/11
long [2] 8/11 11/4
longer [1] 7/15
look [1] 15/5
loose [1] 17/13
Loretta [2] 2/19 18/12
losartan [20] 1/3 5/5 6/11 8/24 8/25 9/6 11/21 12/5 12/14 12/22 13/21 14/13 14/19 15/12 15/24 17/16 21/13 21/25 22/2 22/15
losing [1] 22/25
loss [18] 1/21 5/5 5/13 5/16 6/11 8/10 8/25 8/25 9/2 9/6 9/8 12/6 12/14 12/21 14/14 14/20 15/13 15/24
lot [9] 4/17 10/14 14/4 15/5 15/9 16/4 17/17 18/8 19/21
lots [1] 13/14
Louisiana [1] 1/20
love [1] 16/2

**M**

magic [1] 15/17
make [8] 4/25 7/15 7/20 14/4 14/10 14/11 19/25 20/1

**M**

**makes [3]** 7/12 19/16 19/21
**making [1]** 13/23
**management [1]** 16/16
**manufactured [1]** 16/6
**March [1]** 13/12
**March-ish [1]** 13/12
**MARIE [2]** 1/10 3/2
**Market [1]** 1/14
**massive [1]** 6/10
**master [1]** 9/13
**matter [3]** 3/11 13/22 24/20
**may [6]** 1/8 4/19 14/7 16/2 17/1 17/6
**May 23rd [1]** 4/19
**maybe [1]** 7/13
**MAZIE [1]** 1/16
**md [1]** 1/4
**MDL [2]** 1/15 1/18
**me [16]** 3/9 4/9 4/10 4/18 6/9 7/12 7/17 7/20 8/4 9/24 10/19 10/22 14/4 20/5 20/8 21/23
**mean [11]** 6/23 8/3 10/21 10/22 11/6 12/8 12/12 14/16 14/25 15/12 21/4
**means [4]** 7/16 7/17 19/10 20/18
**meantime [1]** 20/15
**mechanical [1]** 1/24
**mediated [1]** 11/18
**mediation [1]** 5/10
**medical [4]** 9/6 9/7 10/10 10/13
**meet [5]** 3/21 4/15 18/23 19/2 24/10
**meeting [3]** 17/18 20/16 20/17
**midday [1]** 20/4
**might [5]** 6/8 7/14 8/8 13/24 17/7
**minor [1]** 5/14
**mission [2]** 13/10 13/19
**Mitchell [1]** 1/7
**Momjian [1]** 2/17
**money [2]** 11/17 16/5
**monitoring [4]** 9/6 9/7 10/10 10/13
**month [2]** 5/19 10/16
**months [1]** 11/21
**more [9]** 6/1 7/12 7/15 7/20 10/12 11/3 12/16 14/4 19/16
**morning [8]** 3/5 3/6 3/7 3/15 3/17 3/19 3/20 24/6
**most [1]** 10/13
**motion [6]** 5/23 10/8 13/22 14/2 19/7 19/13
**motions [2]** 13/23 13/23
**move [7]** 6/8 11/21 12/18 14/1 21/16 22/22 23/24
**moving [2]** 5/21 23/4
**Mr. [17]** 4/20 5/20 5/24 8/4 8/9 8/12 11/2 12/21 14/7 14/8 14/25 15/11

**17/5 17/17 18/19 22/16 22/20**
**Mr. Abraham [8]** 4/20 8/9 8/12 11/2 12/21 14/25 17/5 18/19
**Mr. Abraham's [1]** 15/11
**Mr. Henry [3]** 14/7 14/8 17/17
**Mr. Murtha [1]** 22/20
**Mr. Slater [4]** 5/20 5/24 8/4 22/16
**much [3]** 4/21 23/16 24/9
**Mulberry [1]** 2/13
**multiple [2]** 10/15 22/19
**MURTHA [3]** 2/6 4/9 22/20
**mutually [1]** 18/23
**my [16]** 4/5 6/21 7/13 9/10 11/24 13/5 13/7 13/15 16/1 18/21 19/5 19/6 19/25 20/1 22/15 22/24
**myself [2]** 10/20 11/7

**N**

**nailed [1]** 16/15
**need [10]** 4/18 7/7 9/21 9/22 9/23 12/20 13/7 15/1 20/5 24/5
**needed [1]** 7/6
**negotiated [1]** 9/10
**negotiating [1]** 8/11
**NEW [6]** 1/1 1/8 1/17 1/20 2/7 2/13
**Newark [1]** 2/13
**next [5]** 5/18 6/13 12/6 18/24 20/5
**Nice [4]** 3/16 3/21 3/22 4/15
**Ninety [2]** 18/25 19/1
**njd.uscourts.gov [1]** 1/22
**no [14]** 6/8 6/9 8/1 12/7 12/11 12/12 12/23 13/1 15/7 15/19 16/12 16/13 22/19 23/21
**North [1]** 2/9
**not [21]** 5/2 6/12 6/18 7/3 7/8 7/23 12/10 12/16 13/2 15/1 16/2 16/17 18/22 19/6 19/12 21/14 21/18 21/22 22/13 22/24 23/24
**now [2]** 8/23 18/19
**nuances [1]** 17/5
**NUMBER [1]** 1/3

**O**

**O'REILLY [1]** 2/11
**objectives [1]** 18/16
**obviously [2]** 5/9 11/7
**offer [1]** 8/1
**Official [1]** 1/22 24/17
**Oh [3]** 15/20 18/1 20/22
**okay [33]**
**once [2]** 9/18 10/23
**one [7]** 5/2 8/21 11/15 13/22 19/3 20/17 23/8

**ones [1]** 5/12
**only [2]** 9/1 21/23
**open [1]** 3/1
**opportunity [1]** 19/22
**optimistic [1]** 7/13
**option [1]** 18/2
**order [5]** 18/15 18/21 19/5 19/6 23/10
**orders [1]** 21/20
**Orleans [1]** 1/20
**other [11]** 6/6 6/24 8/13 8/21 9/10 13/3 14/1 14/18 19/6 20/23 22/1
**others [1]** 10/24
**otherwise [1]** 21/2
**our [9]** 4/2 4/23 5/13 6/14 10/11 11/20 14/25 16/1 24/2
**out [8]** 7/10 8/16 10/7 10/21 11/15 16/23 20/9 23/11
**over [4]** 8/11 16/1 18/12 20/18
**own [1]** 22/15

**P**

**pace [1]** 21/16
**Pardon [1]** 9/24
**Parkway [1]** 1/17
**part [6]** 12/13 19/5 19/6 21/13 21/17 22/15
**particularly [1]** 18/18
**parties [17]** 5/8 6/6 7/18 10/25 12/2 17/12 17/14 18/16 18/18 18/22 18/23 19/8 19/9 19/11 19/15 22/10 23/4
**parts [2]** 15/22 17/11
**party [2]** 1/21 11/16
**Payor [1]** 1/21
**payors [1]** 11/16
**Pennsylvania [3]** 1/14 2/3 2/10
**people [1]** 15/5
**per [1]** 22/24
**perfect [1]** 14/11
**period [1]** 17/19
**person [6]** 3/23 8/15 11/13 17/20 20/17 21/3
**personal [7]** 5/13 5/17 9/6 9/7 9/9 9/13 13/11
**personally [1]** 17/24
**perspective [1]** 11/20 16/1
**pharmacy [1]** 10/16
**Philadelphia [2]** 1/14 2/10
**pick [1]** 17/15
**picked [1]** 15/25
**picking [1]** 22/13
**pieces [1]** 9/5
**pills [1]** 10/14
**Pino [1]** 2/18
**PIZZI [1]** 2/11
**place [5]** 10/23 10/24 14/5 18/5 18/10
**plaintiff [1]** 5/23

**plaintiffs [8]** 1/15 1/18 3/14 5/21 9/17 10/14 10/14 23/22
**plaintiffs' [6]** 5/17 6/15 11/15 13/11 14/17 21/15 14/17 4/3
**please [1]** 4/3
**plenty [1]** 19/2
**point [3]** 5/20 5/20 13/20
**points [1]** 19/24
**preliminary [4]** 5/21 10/8 14/2 19/7
**present [2]** 2/15 16/10
**presently [1]** 17/12
**price [1]** 10/16
**Princeton [1]** 2/7
**principle [2]** 12/16 18/18
**prioritized [1]** 9/7
**problem [4]** 12/23 13/1 14/15 14/22
**proceed [1]** 22/7
**proceedings [4]** 1/24 3/1 24/16 24/20
**process [1]** 4/23
**produced [1]** 1/24 21/20
**productive [1]** 15/23
**PRODUCTS [1]** 1/4
**progress [8]** 6/4 7/22 10/19 10/22 12/1 12/2 12/18 23/8
**push [1]** 7/18
**put [7]** 10/10 10/12 11/12 13/25 16/23 22/23 23/10
**putting [1]** 16/18

**Q**

**question [3]** 11/1 11/24 17/4

**R**

**RDR [1]** 24/23
**RDR-RMR-CRR-CRC [1]** 24/23
**RE [1]** 1/3
**reach [1]** 7/9
**reached [1]** 11/11
**reaching [1]** 20/9
**read [1]** 7/1
**ready [3]** 6/22 11/4 11/22
**really [10]** 7/23 8/11 9/10 13/18 14/22 14/24 16/3 19/23 20/7 22/22
**reason [1]** 12/12
**reasonable [1]** 8/2
**received [1]** 19/8
**recently [1]** 8/17
**reconvene [1]** 17/14
**record [1]** 24/20
**recorded [1]** 1/24
**redline [1]** 8/17
**related [1]** 21/11
**relates [1]** 21/13
**relatively [1]** 5/14
**releases [1]** 9/16
**remain [1]** 8/17
**remaining [2]** 17/16 19/4
**RENÉE [2]** 1/10 3/2
**repeatedly [1]** 6/12

**Reporter [2]** 1/22 24/24
**REPORTER'S [1]** 24/17
**Reporter/Transcriber [1]** 24/24
**representative [1]** 20/20
**representatives [1]** 20/23
**represents [1]** 4/12
**request [1]** 22/24
**resolution [2]** 17/2 17/22
**resolve [4]** 7/12 8/23 11/12 11/13
**resolved [2]** 5/6 14/18 23/18
**resolving [2]** 19/4 19/9
**resources [4]** 19/12 19/14 19/14 19/14
**respect [3]** 5/7 6/24 14/3
**return [2]** 6/18 6/20
**right [9]** 5/4 8/4 12/2 12/17 13/13 13/24 17/3 20/19 20/22
**rise [2]** 3/4 24/15
**RMB [1]** 1/4
**RMR [1]** 24/23
**Road [2]** 2/3 2/6
**Robert [1]** 2/19
**roll [1]** 21/16
**ROME [2]** 2/8 4/7
**Roney [1]** 2/16
**room [5]** 8/16 16/17 20/1 23/25 24/4
**rooms [1]** 24/3
**Roseland [1]** 1/17
**Roszel [1]** 2/6
**RUBEN [2]** 1/13 3/15
**run [1]** 8/8

**S**

**said [5]** 7/21 8/9 8/12 11/9 22/21
**SAK [1]** 1/4
**same [6]** 7/21 11/1 14/5 17/12 18/4 18/10
**satisfied [1]** 19/10
**say [12]** 5/14 8/5 8/23 11/7 12/11 16/2 17/9 18/11 18/21 19/17 20/13 22/4
**saying [5]** 10/20 13/22 13/25 14/3 21/18
**says [1]** 18/15
**schedule [1]** 17/12
**scheduling [1]** 18/15
**Schneider [15]** 5/10 6/17 7/10 7/17 7/18 11/2 12/25 13/2 16/10 16/21 17/15 17/21 19/3 19/8 20/7
**scooch [1]** 6/8
**scope [1]** 14/13
**seat [2]** 3/8 3/9
**see [5]** 3/16 3/22 8/4 18/12 21/19
**seeing [1]** 10/18
**seemed [4]** 7/15 7/20 10/19 10/22
**seems [3]** 7/11 14/4 14/4
**send [1]** 20/12

**S**

sense [9]  7/12 7/12 7/15 7/20 14/4 14/10 14/11 19/16 19/21
sent [1]  8/17
Separates [1]  5/12
series [1]  5/12
set [2]  4/19 20/14
settle [3]  5/12 7/22 22/19
settled [14]  5/1 5/2 5/7 6/2 6/5 8/1 8/10 9/5 12/3 12/3 13/8 13/16 17/11 21/14
settlement [15]  2/10 4/6 4/23 5/12 5/17 5/22 8/12 8/20 9/8 9/13 9/22 16/15 18/17 21/2 23/14
settlements [3]  7/24 11/11 14/14
share [1]  23/12
sheet [4]  5/8 5/11 5/16 11/10
shots [1]  16/3
should [2]  5/24 6/4
shouldn't [2]  11/25 12/21
side [6]  4/9 9/10 11/15 13/11 13/15 13/25
sides [1]  11/9
simultaneously [1]  13/21
since [2]  8/14 13/12
sitting [1]  18/12
situations [2]  7/7 7/8
six [1]  11/21
SLATER [7]  1/16 1/16 3/20 5/20 5/24 8/4 22/16
slowed [1]  14/24
SMITH [2]  2/2 2/19
so [50]
softly [1]  9/9
solace [1]  23/13
some [15]  3/10 6/1 7/5 7/14 8/9 8/16 10/25 10/25 15/8 15/23 17/4 18/9 24/2 24/5 24/5
something [4]  18/2 18/21 20/14 23/12
sometime [1]  18/3
sometimes [2]  7/6 7/7
sorry [1]  12/8
sort [2]  15/25 23/11
speak [1]  5/24
speed [1]  4/16
spend [2]  8/16 10/1
spoke [2]  8/22 20/13
start [5]  3/13 3/13 10/11 19/23 20/15
Starting [1]  8/9
starts [2]  10/23 17/6
STATES [4]  1/1 1/10 3/2 20/21
STATUS [1]  1/5
stay [1]  24/6
stenography [1]  1/24
still [3]  6/16 8/16 11/19
stop [1]  7/2
stopped [1]  7/3
stopping [2]  10/20 11/8

**Street [4]**  1/14 1/20 2/9 2/13
Streets [1]  1/7
strikes [1]  11/14
structured [1]  17/18
structures [1]  17/7
submit [1]  22/5
substantial [1]  7/25
success [1]  20/8
successful [1]  11/7
suggest [1]  17/6
suggested [1]  15/19
suggestion [1]  18/14
Suite [3]  1/14 1/17 2/3
summary [1]  8/8
supportive [1]  17/10
sure [2]  4/25 16/21
swallow [2]  14/14 14/16
Swedesboro [1]  2/3

**T**

table [1]  4/4
take [2]  4/20 7/14
taken [2]  5/11 9/4
takes [2]  7/7 19/4
taking [1]  10/21
talk [7]  12/13 15/12 19/22 20/14 21/7 21/24 22/2
talked [1]  23/11
talking [3]  9/1 10/1 20/15
target [1]  17/20
team [4]  6/14 6/15 15/10 17/5
tell [3]  4/1 15/21 22/7
ten [2]  14/14 14/19
tend [1]  18/10
term [4]  5/8 5/11 5/16 11/10
terms [3]  4/23 11/16 18/17
TERRY [2]  2/9 4/5
Teva [1]  2/14
Thank [22]  3/9 4/14 4/15 4/21 8/6 8/7 10/6 20/2 22/9 22/12 22/14 22/17 23/2 23/5 23/9 23/16 23/24 24/9 24/11 24/12 24/13 24/14
thanks [1]  5/8
them [6]  7/12 11/12 13/18 16/14 19/12 22/3
themselves [1]  22/2
these [3]  13/8 15/1 15/6
they're [2]  6/22 21/18
they've [1]  19/12
thing [1]  21/23
things [7]  8/9 8/13 14/24 15/24 16/8 19/23 21/16
think [26]
thinking [1]  7/13
third [2]  1/21 11/16
third-party [2]  1/21 11/16
this [10]  4/4 5/21 10/19 10/23 13/5 17/18 21/24 22/21 24/6 24/6

**though [1]**  9/5
thought [2]  8/18 15/23
threads [1]  17/16
three [5]  2/12 13/23 16/17 19/3 20/17
through [2]  5/14 8/8
time [18]  6/1 7/7 7/14 8/2 8/11 8/16 8/19 10/1 11/5 11/23 15/6 16/18 17/12 18/5 18/9 19/2 23/1 23/19
today [3]  4/18 19/22 20/10
together [6]  4/10 7/16 8/15 10/13 14/23 16/18
token [1]  7/21
tomorrow [1]  17/6
too [4]  10/24 16/21 23/17 24/5
took [1]  10/14
topic [1]  21/24
touch [1]  8/9
towards [2]  13/21 19/4
track [1]  23/15
Transcriber [1]  24/24
transcript [2]  1/24 24/19
transcription [1]  1/24
transfer [1]  23/7
trial [1]  18/8
tried [1]  4/16
try [5]  6/10 6/11 8/20 11/21 11/25
trying [3]  7/3 14/23 21/15
turn [1]  5/20
turned [1]  5/11
two [3]  13/23 19/3 20/17

**U**

U.S [1]  1/7
U.S.A [2]  4/12 15/3
ultimately [1]  11/14
understand [3]  7/7 7/8 11/6
Understood [1]  22/9
unfair [1]  22/3
unfortunately [1]  20/3
uniformly [1]  21/18
UNITED [1]  1/1 1/10 3/2 20/21
unless [3]  17/18 18/4 18/6
until [5]  19/7 19/10 21/19 22/8 22/25
up [19]  4/16 4/17 6/4 6/7 6/8 7/14 7/16 7/22 14/5 15/25 17/5 17/10 17/15 17/19 17/23 18/10 18/16 20/14 23/8
us [4]  11/11 13/2 14/23 15/22
use [2]  8/19 13/1

**V**

valsartan [6]  1/3 3/11 8/10 9/1 9/5 12/13
valuable [1]  23/1
Vanaskie [2]  22/5 22/24

**very [8]**  4/21 6/23 10/11 11/7 15/21 16/2 16/18 23/16
voices [1]  15/9
vote [1]  21/1

**W**

wait [4]  8/23 12/13 22/8 22/25
waiting [1]  21/22
WALLACK [3]  2/5 3/25 4/10
WALSH [2]  2/11 2/12
want [21]  4/20 4/20 6/10 7/21 7/22 10/24 11/25 12/10 13/9 13/18 17/22 20/16 20/17 21/19 21/24 22/5 22/7 22/7 22/25 23/8 23/24/5
wanted [2]  4/22 16/23
way [2]  5/14 17/21
Wayne [1]  2/3
we'd [2]  7/23 20/13
we'll [3]  3/13 9/18 20/12
we've [17]  5/11 5/13 9/4 9/4 9/5 10/10 11/4 13/8 13/15 14/14 14/18 14/22 15/8 20/13 21/17 22/19 24/2
weeks [1]  22/20
went [1]  10/16
whatever [1]  13/24 19/3
whether [2]  6/22 13/1
whichever [1]  10/15
WHITELEY [3]  1/19 1/19 3/18
who's [1]  11/13
Whoever [1]  21/5
why [13]  6/20 7/2 10/20 10/21 11/2 11/8 12/12 12/21 13/23 15/8 15/8 15/18 18/10
why wouldn't [1]  11/2
will [15]  5/19 5/21 5/23 5/23 6/19 10/3 12/4 18/22 19/6 20/9 21/5 21/16 23/11 23/13 23/25
WILLIAM [2]  2/6 4/9
willing [1]  16/6
wind [1]  18/10
within [7]  5/15 5/18 5/19 6/13 11/11 18/24 20/5
without [1]  22/1
won't [3]  6/13 12/2 18/11
wonderful [1]  11/22
word [2]  8/12 19/8
words [1]  6/6
work [9]  7/25 8/20 12/5 13/21 14/5 18/8 18/11 19/2 24/3
worked [1]  11/15
working [3]  5/13 6/16 9/8
wouldn't [2]  6/7 11/2
wrap [4]  7/16 17/10 17/23 18/16
wrapped [1]  7/14

**wrapping [1]**  17/19

**Y**

yeah [21]  4/24 5/4 7/4 9/3 12/15 13/6 14/12 15/7 15/14 16/7 20/15 20/20 21/3 21/6 21/12 21/22 22/10 23/20 23/21 24/1 24/4
yes [7]  3/24 4/3 5/5 9/25 14/8 21/9 21/10
yesterday [1]  11/21
yet [4]  5/2 5/6 6/13 7/8
yet-to-be-resolved [1]  5/6
you [87]
you've [1]  12/3

**Z**

Zoom [1]  20/14