# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée M. Bumb, Chief District Judge |

## SPECIAL MASTER SCHEDULING ORDER

**NOW, this 13th Day of June, 2024, IT IS HEREBY ORDERED**

**THAT** oral argument on the matter of sanctions, as briefed by Plaintiffs and the ZHP parties in ECF Nos. 2721, 2736, and 2737, shall be heard on June 25, 2024, immediately following the discovery conference scheduled for that day at 1:00 p.m.

Dated: June 13, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master