# Exhibits 13, 14, 17, 19, 20, 23, 25, 37, 49, 53-57, & 62

ZHP has designated Exhibits 13, 14, 17, 19, 20, 23, 25, 37, 49, 53-57, & 62 as confidential. Plaintiffs are in the process of meeting and conferring with ZHP on the propriety of these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via a thumb drive for its in camera review.