Exhibit 2

**ZJHH (2016)**

**Baohua Chen (CEO, board of director)**

## R&D

**Shanghai Kesheng Drug Development Co., Ltd.** (69 people)
➢ API development
Hong Gu*1 (General manager)
CEO-Baohua Chen

**Shanghai Huahuituo Pharmacetical Technology Co., Ltd** (25 people)
➢ Small molecule new drug development
CEO-Baohua Chen
Jiang Ge*2 General manager

**Prinbury Biopharm Co., Ltd** (75)
Jun Du CEO
Min Li*3 (Vice President)

研究院 **R&D Department** (260 people)
➢ 仿制药研发
Jiangbin Hu*4 (Vice President)

## Registration

**Prinston Pharmaceutical Inc** (37 people)
Linhong Lin*5 Associate Director

**Registration Department** (35 people)
➢ API and finished Dosage registration and submission
Jiangbin Hu*6 (Vice President)

## Manufacture

**Xunqiao Manufacture Facility** (860 people)
➢ API manufacture
Shiwen Zhang Director of operation

**Chuannan Manufacture Facility** (1959 people)
➢ API Manufacture
Lijing Jiang (VP and director of operation, west facility)
Peng Wang Director of operation, west facility)

**Finished Dosage Manufacture facility** (669 people)
➢ Finish Dosage Manufacture
Qimao Cheng *7 VP, Director of Operation)

## Sale

**Huahai US Inc.** (16 people)
Jun Du CEO

**Solco Healthcare LLC** (10)
Jun Du CEO

**Sales Department** (65人)
➢ API and finished dosage
Jie Wang,VP of sales, API sales for India and US Market)
Mingda Cai, VP of sales, API and finished dosage for European)

**International Department** (8 人) finished dosage sales for U.S.
Jenney Zhu,Director

**Finance Department** (36 people)
Mei Zhang,CFO

**Investment department** (2people)
Yonghua Zhu (VP, Secretary of the Board)

**Quality Control Department** (10 people)
Xiaochun Ye (VP, Director of quality control)

**Environment Protect Department** (19 people)
LiJing Jiang (Vice President)

备注：相关主要研发人员的职责描述
*1：负责API研发
*2：负责小分子新药研发
*3：负责原料药质量控制）高等分析技术中心
*4：负责仿制药制剂研发·产品中试·质量标准制定
*5：负责API注册
*6：负责制剂注册

图标：
☐ Subsidiary
┄┄ Division
┅·┅ Department

**备注：R&D related description of role and responsibilities**

*1：负责API研发 – Responsible for API development

*2：负责小分子新药研发 – Responsible for small molecule new drug development – Not related to US product

*3：负责原料药质量控制，高等分析技术中心-Responsible for quality control of API, high analytical technology

*4：负责仿制药制剂研发，产品中试，质量标准制定 – Responsible for the generic pharmaceutical preparations, product testing, setting quality standard –Not related to US Product

*5：负责API注册 –Responsible for API registration

*6：负责制剂注册 – Responsible for finished dosage-not related to US product

**\*7: Includes two R&D departments (Tech and quality control development) to work with US R&D to perform scale up and tech transfer analytical research and development**

Note: All the VP or directors are reported to Baohua Cheng Directly

CONFIDENTIAL INFORMATION

ZHP00076709