# Exhibit 5

| | ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. | |
|---|---|---|
| | Valsartan, USP (Process II) | Confidential |
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |

# 3.2.A APPENDICES

1 of 40

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP01458548

| | | |
|---|---|---|
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. | | Confidential |
| Valsartan, USP (Process II) | | Version: US-02 |
| Module: 3 | Quality | |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |

# TABLE OF CONTENTS

3.2.A APPENDICES ....................................................................................................................1

1. Introduction ..........................................................................................................................3
   1.1 Address .........................................................................................................................4
   1.2 Company Profile ..........................................................................................................4
   1.3 Location in China .........................................................................................................5
   1.4 Location in Province ....................................................................................................6

2. Statement of Commitments ................................................................................................7
   2.1 Statement of Commitment on following of GMP ........................................................8
   2.2 Statement of Commitment regarding Non-infringement of Patent Laws ....................8
   2.3 Statement of Commitment regarding Effluent treatment and its disposal ...................8
   2.4 Commitment to Provide Stability Data ........................................................................8
   2.5 Statement on analytical methods validation .................................................................8

3. Organization and Personnel ...............................................................................................9
   3.1 Organization Chart .....................................................................................................10
   3.2 Personnel ....................................................................................................................11
   3.3 Consultants and their Area of Expertise ....................................................................14

4. Buildings and Utilities .......................................................................................................15
   4.1 Buildings ....................................................................................................................16
   4.2 Utilities ......................................................................................................................17

5. Equipment ..........................................................................................................................18
   5.1 List of Equipments .....................................................................................................19
   5.2 Flow Cart of Equipments ...........................................................................................19

6. Quality Assurance Department .......................................................................................20
   6.1 Organizational Chart for Quality Assurance Department .........................................21
   6.2 Principle Objectives ...................................................................................................22
   6.3 Responsibilities /Authority of QA .............................................................................23
   6.4 List of Instruments – Q.C. .........................................................................................24

7. cGMP Related to Manufacturing Operations ................................................................25
   7.1 Equipment Cleaning and Validation of Cleaning Procedures ...................................26

RESTRICTED CONFIDENTIAL INFORMATION     ZHP01458549

Case 1:19-md-02875-RMB-SAK   Document 2750-7   Filed 06/17/24   Page 4 of 9 PageID: 102970

| | ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. | Confidential |
|---|---|---|
| | Valsartan, USP (Process II) | |
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |

   7.2 Material Receipt, Sample, Test and Storage ................................................................. 26
   7.3 Production and Process Controls .................................................................................. 27
   7.4 Calculation of Yield ....................................................................................................... 27
   7.5 Master Production Procedures ....................................................................................... 28
   7.6 Production Batch Records ............................................................................................. 28
   7.7 Packaging of Finished Goods ........................................................................................ 28
   7.8 Label Control ................................................................................................................. 29
   7.9 Disposal of Rejected Materials ...................................................................................... 29
   7.10 Customer Complaint .................................................................................................... 30
   7.11 Specifications for Process Water ................................................................................. 30
   7.12 Change Control ............................................................................................................ 31
   7.13 Out of Specification Investigations ............................................................................. 31
   7.14 Maintenance and Calibration ....................................................................................... 31
   7.15 Safety ........................................................................................................................... 32

**8. Environmental Impact Analysis ........................................................................................ 37**
   8.1 Environmental Control System ..................................................................................... 38
   8.2 Consent Letter from Government Agency ................................................................... 38

RESTRICTED CONFIDENTIAL INFORMATION                                                                                      ZHP01458550

| | ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. Valsartan, USP (Process II) | Confidential |
|---|---|---|
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |
| Module: 3.2.A.3 | Organization and Personnel | |

## 3.1 Organization Chart



37 of 40

RESTRICTED CONFIDENTIAL INFORMATION                              ZHP01458558

Case 1:19-md-02875-RMB-SAK   Document 2750-7   Filed 06/17/24   Page 6 of 9 PageID: 102972

| | ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. | |
|---|---|---|
| | Valsartan, USP (Process II) | Confidential |
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |
| Module: 3.2.A.3 | Organization and Personnel | |

**3.2 Personnel**

➢ Mr. Baohua Chen
Designation: Chairman and President
Qualification: Chemical Engineer
Mr. Baohua Chen graduated from Zhejiang University of Technology in 1983 and worked in Zhejiang Haimen Pharmaceutical Factory from 1983 to 1989. He has worked in Zhejiang Huahai as General Manager since 1989. He has wide experience in the product development and quality management of bulk drugs.

➢ Mr. Minda Cai
Designation: Sales VP
Qualification: Senior Engineer
Mr. Mingda Cai obtained his degree from East China University of Science and Technology. He joined Huahai in 2004 and is working as sales manager. He has wide experience at sales management and is responsible for products at Zhejiang Huahai and Brach Factory.

➢ Mr. Chunmin Xu
Designation: VP
Qualification: Engineer
Mr. Chunmin Xu graduated from Zhejiang University of Technology in 1978 and joined Huahai as vice-general manager in 2001.He has wide experience in production management and plant maintenance. He was appointed to in charge of Chuannan No.1 branch factory of Zhejiang Huahai Pharmaceutical Co., Ltd in 2010.

➢ Mr. Chunxiao Ye
Designation: Quality director
Qualification: Chemical Engineer
Mr. Cunxiao Ye graduated from Zhejiang University of Technology in 1987, and obtained his MBA degree from Zhejiang University in 2004. He has more than ten years experience in QC, QA and GMP management, formerly is a QC director in Merck & Co., Inc of Hangzhou Brach and a QA director manager in Xi'an Yangsen Pharmaceutical Co., Ltd. He joined Huahai in 2010 as Quality Director. He is responsible for QA/GMP auditing and the GMP management for all products.

RESTRICTED CONFIDENTIAL INFORMATION                                ZHP01458559

Case 1:19-md-02875-RMB-SAK   Document 2750-7   Filed 06/17/24   Page 7 of 9 PageID: 102973

| | | |
|---|---|---|
| **ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.** | | |
| **Valsartan, USP (Process II)** | | **Confidential** |
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |
| Module: 3.2.A.3 | Organization and Personnel | |

- Mr. Hu Zhou
  Designation: Factory Director
  Qualification: Assistant Engineer
  Mr. Hu Zhou obtained his degree from Wuhan Chemical University in 1996 and joined Huahai upon graduation as Technician. He has wide experience at production technology management and is responsible for the production and technology.

- Miss Lihong Lin
  Designation: Regulatory Affairs Director
  Qualification: Engineer
  Miss Lihong Lin obtained her degree from Zhejiang University of Technology and joined Huahai in 1997, now she is working as regulatory affairs Director. Miss Lin is responsible for international register of products.

- Mr. Qiangming Li
  Designation: Q.C. Director
  Qualification: Engineer
  Mr. Qiangming Li obtained his degree from Wuhan Chemical University in 1999 and joined Huahai in 2010 and now is working as QC director. He is responsible for analyses of raw materials, intermediates and final product.

- Miss Jucai Ge
  Designation: Assistant of Q.A. Director
  Qualification: Engineer
  Miss Jucai Ge obtained her degree from Zhejiang University of Technology in 2000. She joined Zhejiang Huahai in 2000 and now she is working as Q.A. Supervisor and is responsible for QA/GMP audits and the QA/GMP file management of API production at Chuannan No.1 Factory of Zhejiang Huahai Pharmaceutical Co., Ltd.

RESTRICTED CONFIDENTIAL INFORMATION                                                                 ZHP01458560

| | | |
|---|---|---|
| **ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.** | | |
| **Valsartan, USP (Process II)** | | **Confidential** |
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |
| Module: 3.2.A.3 | Organization and Personnel | |

➢ Mr. Ruqi Yao
  Designation: Factory Director Assistant
  Qualification: Engineer
  Mr. Ruqi Yao obtained his degree from Shanghai Pharmaceutical Staff College in 1988. He joined Huahai in 2009. Now He works as an assistant of factory director in charge of production and warehouse.

➢ Mr. Xingbo Wu
  Designation: Assistant Factory Director
  Qualification: Engineer
  Mr. Xingbo Wu obtained his degree from Zhejiang University of Technology in 1983. He joined Huahai in 2002. Now He works as an assistant factory director in charge of administration and human resource.

➢ Mr Kai Yang
  Designation: Technical Manager
  Qualification: Engineer
  Mr Kai Yang obtained his degree from Zhejiang University of Technology in 2005. He joined Zhejiang Huahai upon graduation as Technician. He is responsible for the technology development.

| | ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. Valsartan, USP (Process II) | Confidential |
|---|---|---|
| Module: 3 | Quality | Version: US-02 |
| Module: 3.2.A | Appendices | Date: 2012-01-20 |
| Module: 3.2.A.6 | Quality Assurance Department | |

**6.1 Organizational Chart for Quality Assurance Department**

The Quality Unit, which is divided into QA and QC, is lead by the General Manager independent from manufacturing and sales departments, covering all functions and actions necessary to provide adequate confidence that the finished product manufactured by the company will perform the intended purpose with regard to safety, purity and effectiveness.

The Quality Unit organization at Zhejiang Huahai Pharmaceutical Co., Ltd. is as follows:



37 of 40

RESTRICTED CONFIDENTIAL INFORMATION                                                                                    ZHP01458569