# Exhibit 16

## RE: Ropinirole PO91560/91578

From: Shafi Rahman <shafi.rahman@solcohealthcare.com>

To: jum <jun.du88@gmail.com>

Cc: David Ayres <david.ayres@solcohealthcare.com>, Ken Pajoohi <ken.pajoohi@solcohealthcare.com>, "Shaikh, Shari" <shari.shaikh@solcohealthcare.com>, Shafi Rahman <shafi.rahman@solcohealthcare.com>

Date: Sun, 20 Mar 2016 01:28:21 +0000

Jun:

March 2016 has so far has been fairly strong. Most importantly, March will be a four-week chargeback load.

My estimate is gross sales of between [Redacted - Other]. And the net number [Redacted - Other] consistent with our budget target.

We have several million dollars of backorders with valsartan. If we can ship this backorder, the net number could be $[Redacted - Other]

Solco is also struggling with the benazepril inventory. We have some significant orders from Wal-Mart which we are uncertain we could ship this month.

Regards

Shafi

---

From: jum [mailto:jun.du88@gmail.com]
Sent: Saturday, March 19, 2016 3:41 PM
To: Shafi Rahman <shafi.rahman@solcohealthcare.com>
Subject: Re: Ropinirole PO91560/91578

Shafi,

Mr Chen wants to know the update March sale since the last month went to very bad. Could you give me some rough number based on your estmate?

RESTRICTED CONFIDENTIAL INFORMATION                                                                                SOLCO00189499

Looking for hearing from you asap.

Jun

Σ¢◊ 'Œ "μƒ iPhone

ç〉 2016↑N3åé18ì˙ÅCâ∫åfl10:32ÅCShafi Rahman <shafi.rahman@solcohealthcare.com> é ì π ÅF

> Jun:
>
> Thanks for the update.
>
> I am back in town March 23rd (Wednesday).
>
> I will have the ECRM update by Monday.
>
> Regards
>
> Shafi
>
> **From:** Jun Du [mailto:jun.du88@gmail.com]
> **Sent:** Friday, March 18, 2016 2:34 PM
> **To:** Shafi Rahman <shafi.rahman@solcohealthcare.com>
> **Subject:** Re: FW: Ropinirole PO91560/91578
>
> Hi,Shafi ÅC
>
> I am sorry that I can not push [Redacted Other] shipping release earlier due to some broken tablets have been founded.
> The quality investigation is under going.
>
> Jun
>
> On Wed, Mar 16, 2016 at 10:54 PM, Shafi Rahman <shafi.rahman@solcohealthcare.com> wrote:
>
>> Jun:
>>
>> With Solco retaining McKesson's business and with Solco gaining new businesses due to the current market conditions, any help you can extend to manufacture/release ropinirole according to Ken's recommendation is much appreciated.
>>
>> Regards

RESTRICTED CONFIDENTIAL INFORMATION                                    SOLCO00189500

Shafi

---

**From:** Ken Pajoohi [mailto:ken.pajoohi@solcohealthcare.com]
**Sent:** Wednesday, March 16, 2016 4:59 PM
**To:** 'Yazhen Wang' <yazhen.wang@prinstonpharm.com>
**Cc:** min.hu@huahaipharmus.com; isabel.li@huahaipharmus.com; Shafi.Rahman@SolcoHealthCare.com; david.ayres@solcohealthcare.com
**Subject:** RE: Ropinirole PO91560/91578

Hi Yazhen,

Please note that based on the schedule you have provided in your e-mail below, not only we are going to be out of stock on a number of SKUís but also we would need to bring quite a bit of product by air so please try to see if they can move up the release date on entire PO 91578 to no later than end of Apr (preferably sooner). And lastly moving forward we would need to evaluate whether we need to bring in any product by air before any of the following schedules is released as we get close to the release dates. With that said, most likely we need to have additional product shipped by air against the ìEarly Arpî release date on PO 91560 which we will finalize in the next couple of days.

Thanks,

Ken

---

**From:** Yazhen Wang [mailto:yazhen.wang@prinstonpharm.com]
**Sent:** Wednesday, March 16, 2016 6:21 AM
**To:** 'Ken Pajoohi'
**Cc:** min.hu@huahaipharmus.com; isabel.li@huahaipharmus.com
**Subject:** Ropinirole PO91560/91578
**Importance:** High

Hi Ken,

Please find below updates on the release schedule for Redacted - Other Product(s). Regarding PO91560, please note the release date for second part is pushed backed from 3/26 to 3/30 (marked in yellow). The release date for the 3 batch of 0.5mg against this PO is still TBD at this point and Iíll keep following up with Huahai.

RESTRICTED CONFIDENTIAL INFORMATION                                           SOLCO00189501

In addition, Huahai requests to reduce one batch of 0.5mg against PO91578 due to common blend requirement in the production process of this product. Please revise the PO. Thank you! We are revising the PO

| PO# | Product | Strength | Packaging Size | QTY | Release date | Dispatch Date | Note |
|---|---|---|---|---|---|---|---|
| Redacted - Other Product(s) | | | | | | | |

RESTRICTED CONFIDENTIAL INFORMATION
SOLCO00189502

Redacted - Other Product(s)

Best,
Yazhen


--
Jun Du
Huahai US Inc.
2002 Eastpark Blvd
Cranbury, NJ 08512
Tel: 609-655-1688
Fax: 609-655-1658

RESTRICTED CONFIDENTIAL INFORMATION                                        SOLCO00189503