# Exhibit 18

# RE: Lexapro - Huahai

| | |
|---|---|
| From: | Jessica Yu <yuying@huahaipharm.com> |
| To: | hai.wang@huahaipharmus.com, Baohua Chen <chen@huahaipharm.com> |
| Cc: | Michelle Hu <min.hu@huahaipharmus.com> |
| Date: | Sat, 12 Jun 2010 06:05:52 +0000 |
| Attachments: | Valsartan CoA.pdf (675.6 kB) |

Dear Hai,

170kg in stock already booked, furthermore, confirmed PO over 1.5mt. Scheduled production is 300kg in June, 900kg in July, no in Aug, 900kg in Sept. meanwhile, please note this plan is adjustable based on firm PO.

This year, tin process, tin free process, non-regulated material, all grades of valsartan in short supply. But as you know, we're building new valsartan workshop (80mt capacity), long term supply of Valsartan should not be a problem.

I think usually standard lead time 90 days should be okay, as they might not in urgent need now. if they have specific demand on qty and had their preferred deliver time, please just let me know and I can have it discussed internally.

Attached is typical C/A of USDMF standard Valsartan, tin-free process.

Best,
Jessica

---

**From:** Hai Wang [mailto:hai.wang@huahaipharmus.com]
Sent: Friday, June 11, 2010 10:34 PM
To: Ying Yu; Baohua Chen
Cc: Michelle Hu
Subject: Re: Lexapro - Huahai

Thanks Jessica,

Hai

---

**From:** "Jessica Yu" <yuying@huahaipharm.com>
Date: Fri, 11 Jun 2010 22:13:53 +0800

RESTRICTED CONFIDENTIAL INFORMATION                                                                                               SOLCO000033300

**To:** 'Hai Wang'<hai.wang@huahaipharmus.com>; 'Baohua Chen'<chen@huahaipharm.com>
**Cc:** 'Michelle Hu'<min.hu@huahaipharmus.com>
**Subject:** RE: Lexapro - Huahai

Dear Hai,

I think for them we need tin-free process. Currently we have 170kg in stock, I am not quite sure whether it is already booked, as you know Valsartan is already in short this year. I will further check tomorrow and let you know production schedule as well. Together with C/A.

Best,
Jessica


**From:** Hai Wang [mailto:hai.wang@huahaipharmus.com]
**Sent:** Friday, June 11, 2010 10:00 PM
**To:** Baohua Chen; Ying Yu
**Cc:** Michelle Hu
**Subject:** FW: Lexapro - Huahai
**Importance:** High

Dear Mr. Chen,

Could you please indicate the pricing for Valsartan?  The customer is Forest Lab.

Jessica, can you update me with inventory status?  Also provide a copy of typical COA.

Thanks,

Hai Wang
Sr. VP Business Development
Huahai US, Inc.
2002 Eastpark Blvd
Cranbury, NJ 08512
(609) 655-1688


------ Forwarded Message
**From:** Malcolm Rosenthal <malcolm_rosenthal@hotmail.com>
**Date:** Fri, 11 Jun 2010 09:48:33 -0400
**To:** Hai Wang <hai.wang@huahaipharmus.com>
**Subject:** FW: Lexapro - Huahai

RESTRICTED CONFIDENTIAL INFORMATION                                                                                          SOLCO00033301

Hai,

Forest needs 2-300 Kgs of Valsartan for development purposes. Can we get spec, c of a, lead time, and pricing for the 2-300 Kgs and then 1,5, and 10 MT indications?

Thanks

Malcolm

---

Subject: RE: Lexapro - Huahai
Date: Fri, 11 Jun 2010 09:42:04 -0400
From: Charles.Caraballo@frx.com
To: malcolm_rosenthal@hotmail.com

Initially they are low, 200-300 kgs. for development purposes.


Charles L. Caraballo

Office 201-427-8578

---

From: Malcolm Rosenthal [mailto:malcolm_rosenthal@hotmail.com]
Sent: Friday, June 11, 2010 9:41 AM
To: Caraballo, Charles
Subject: RE: Lexapro - Huahai


Volumes?

---

Subject: RE: Lexapro - Huahai
Date: Fri, 11 Jun 2010 09:39:37 -0400
From: Charles.Caraballo@frx.com
To: malcolm_rosenthal@hotmail.com

Yes, specifications, C of A's, pricing, and normal lead times would be helpful.


Charles L. Caraballo

Office 201-427-8578

RESTRICTED CONFIDENTIAL INFORMATION                                                                                                   SOLCO00033302

---

**From:** Malcolm Rosenthal [mailto:malcolm_rosenthal@hotmail.com]
**Sent:** Friday, June 11, 2010 9:36 AM
**To:** Caraballo, Charles
**Subject:** FW: Lexapro - Huahai

Charles,

They have inventory in stock. What are Forest's short term needs? Would you like to get a specification, C of A and pricing?

If so, what volumes are you considering?

Thanks

Malcolm

---

**Subject:** Re: Lexapro - Huahai
**To:** malcolm_rosenthal@hotmail.com
**From:** hai.wang@huahaipharmus.com
**Date:** Fri, 11 Jun 2010 13:31:52 +0000

We are ready. Should have stock for immediate delivery. Go for it.

Hai

---

**From:** Malcolm Rosenthal <malcolm_rosenthal@hotmail.com>

**Date:** Fri, 11 Jun 2010 08:19:16 -0400

**To:** Hai Wang<hai.wang@huahaipharmus.com>

**Subject:** FW: Lexapro - Huahai

RESTRICTED CONFIDENTIAL INFORMATION

SOLCO00033303

Hai - Valsartan - are you prepared to move forward with Forrest?

Thanks

Malcolm

---

Subject: RE: Lexapro - Huahai
Date: Fri, 11 Jun 2010 08:08:04 -0400
From: Charles.Caraballo@frx.com
To: mrosenthal@austinchemical.com

Malcolm

No word on Lexapro from business development. Sam filled me in on your added Chinese duties.

I will be contacting Huahai on another product (Valsartan) that I need immediate delivery.

Charles L. Caraballo

Office 201-427-8578

---

From: mrosenthal@austinchemical.com [mailto:mrosenthal@austinchemical.com]
Sent: Wednesday, June 09, 2010 11:26 AM
To: Caraballo, Charles
Subject: Lexapro - Huahai


Hi Charles,

I just got back from two weeks in China and got to visit the production facility that makes a majority of the world's advanced intermediate for Lexapro. I'm guessing the first couple of steps of this API are pretty cost effective based upon what I saw.

Any news from your side as to what your direction will be with Huahai?

RESTRICTED CONFIDENTIAL INFORMATION                                                                                    SOLCO00033304

Thanks and Best Regards,

Malcolm

Malcolm Rosenthal B.Sc., MBA
Executive Vice President

Austin Chemical Company, Inc.
Tel:  732-288-0851
Fax: 732-288-0852
Mobile:  848-333-8249

E-mail:   mrosenthal@austinchemical.com

Website: www.austinchemical.com <http://www.austinchemical.com>

---

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

---

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

---

This e-mail and its attachments may contain Forest Laboratories, Inc. proprietary information that is privileged, confidential or subject to copyright belonging to Forest Laboratories, Inc. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying or action taken in relation to the contents of and attachments to this e-mail is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout.

------ End of Forwarded Message

RESTRICTED CONFIDENTIAL INFORMATION

SOLCO00033306