# Exhibit 28

| | |
|---|---|
| From: | Bright Wu [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRWU] |
| Sent: | 7/31/2018 9:42:30 AM |
| To: | Tetsuro Namba [tetsuro.namba@tevaeu.com]; Andreja Schmitz [andreja.schmitz@pliva.com]; Jens Nassall [jens.nassall@ratiopharm.de] |
| CC: | Natasa Vidmar [natasa.vidmar@tevaeu.com] |
| Subject: | RE: Executive conference cal between Teva and HuHai |

Hi, Jens and Andreja

Just collecting   more feedback recently from China about Huhai's API   Valsartan crisis

- July 29th. Official statement from China CFDA.
1. They recognized Huahai's positive attitude to actively report this case to CFDA, CEP and FDA together with the potential risk as well as future solution
2. They listed down 6 China pharms who are using Huahai's API and reporting right now they are working for the recall
3. They strongly recommend all patients not simply stop the medicine prior to deeply discussion with the doctor

Basically comments are helpful to Huahai to recover from the crisis

- Some feedback from HuaHai (not 100% confirmed)
CEP agreed to lunch their new process approval in Sept. 2018   and meanwhile, CEP agreed the recalled API from Huhai, after reworking process, batches could be released to market again after all Strict testing compliance

- Huahai and Novartis
The relationship between both of them is already nightmare. They are competitors in China market and Novartis would like to back to China to get more China market. Their relationship can not back to the original stage.

This is good news for us when we are looking forward to alternative source.


Thanks...Bright
_____


-----Original Appointment-----
**From:** Andreja Schmitz **On Behalf Of** Bright Wu
**Sent:** vrijdag 13 juli 2018 8:21
**To:** Tetsuro Namba
**Subject:** FW: Executive conference cal between Teva and HuHai
**When:** vrijdag 13 juli 2018 15:00-16:00 (UTC+08:00) Beijing, Chongqing, Hong Kong, Urumqi.
**Where:** https://tevaapac.globalmeet.com/BrWu (mobile tel://1-605-475-5621,*,,6575143775#)


Hi Tetsuro,
If you are available, please join the call with Mr. Chen, CEO from Huahai.
Regards
Andreja

-----Original Appointment-----
**From:** Bright Wu
**Sent:** Friday, July 13, 2018 4:59 AM
**To:** Bright Wu; Andreja Schmitz; Natasa Vidmar; chen@huahaipharm.com; Cai
**Subject:** FW: Executive conference cal between Teva and HuHai
**When:** 13. srpnja 2018. 15:00-16:00 (UTC+08:00) Beijing, Chongqing, Hong Kong, Urumqi.
**Where:** https://tevaapac.globalmeet.com/BrWu (mobile tel://1-605-475-5621,*,,6575143775#)

<< OLE Object: Picture (Device Independent Bitmap) >>

Hi Andreja

I have already set up the conference call.   The host code is 657 514 3775. So both you and Natasa could talk with Mr. Chen /CEO and Chairman and Mr. Cai will be interpreter.

Thanks!! Bright

-----Original Appointment-----
**From:** Bright Wu
**Sent:** 2018年7月13日  10:59
**To:** Bright Wu; Natasa Vidmar; Andreja Schmitz; chen@huahaipharm.com; Cai
**Subject:** Executive conference cal between Teva and HuHai
**When:** 2018年7月13日星期五  15:00-16:00 (UTC+08:00) Beijing, Chongqing, Hong Kong, Urumqi.
**Where:** https://tevaapac.globalmeet.com/BrWu (mobile tel://1-605-475-5621,*,,6575143775#)


<< OLE Object: Picture (Device Independent Bitmap) >>          << OLE Object: Picture (Device Independent Bitmap) >>

# You're Invited.

You've been invited to a GlobalMeet® web meeting.

Have the meeting call you.
Click the Connect Me link below. **No need to dial-in.**


Connect Me

Not at your computer?
You can join by dialing one of the access numbers below.

| | |
|---|---|
| Mobile: | tel://1-605-475-5621,*,,6575143775# |
| Web Meeting: | https://tevaapac.globalmeet.com/BrWu |
| Primary Access Number: | 1-605-475-5621 |
| Guest Passcode: | 657 514 3775 |
| Additional Access: | |
|    USA | 1-605-475-5621 |
|    USA | 1-712-770-4220 |
|    USA | 1-719-325-2623 |
|    Canada, Calgary | +1 403 407 5778 |
|    Canada, Montreal | +1 514 669 5929 |
|    Canada, Toronto | +1 647 426 9180 |
|    Canada, Vancouver | +1 604 221 1658 |
|    Argentina, Buenos Aires | +54 (0) 11 5172 6023 |
|    Argentina (toll free) | 0800 800 1265 |

| | |
|---|---|
| Australia, Sydney | +61 (0) 2 8017 5267 |
| Australia, Melbourne | +61 (0) 38 687 0621 |
| Australia, Brisbane | +61 (0) 7 3015 0527 |
| Australia (toll free) | 1 800 803 167 |
| Austria, Vienna | +43 (0)1 928 2721 |
| Austria (toll free) | 0800 070 769 |
| Bahrain, Manama | +973 1619 8743 |
| Bahrain (toll free) | 8000 4546 |
| Belgium, Brussels | +32 (0) 2 401 2602 |
| Belgium (toll free) | 0800 39278 |
| Bosnia and Herzegovina | +387 7031 1470 |
| Brazil, Sao Paulo | +55 11 4935 7136 |
| Brazil, Rio de Janeiro | +55 21 4560 0035 |
| Brazil (toll free) | 0800 887 0247 |
| Bulgaria, Sofia | +359 (0) 2 491 7652 |
| Bulgaria (toll free) | 00800 111 4949 |
| Cambodia, Phnom Penh | +855 23 962 582 |
| Canada (toll free) | 1 800 769 1427 |
| Chile, Santiago | +56 (0) 2 2666 0715 |
| Chile (toll free) | 171 800 835 958 |
| China (national) | +4006 183 139 |
| China, Beijing | +86 10 5667 0019 |
| China, Shanghai | +86 21 2039 7156 |
| Colombia, Bogota | +57 1 508 8124 |
| Colombia (toll free) | 01 800 755 0039 |
| Costa Rica (toll free) | 800 542 5329 |
| Croatia (toll free) | 0800 805 911 |
| Cyprus (toll free) | 800 97423 |
| Czech Republic, Prague | +420 225 986 553 |
| Czech Republic (toll free) | 800 701 226 |
| Denmark, Copenhagen | +45 32 72 78 09 |
| Denmark (toll free) | 80 70 35 63 |
| Dominican Republic (toll free) | 1 800 203 9667 |
| Ecuador (toll free) | 1800 000 559 |
| Egypt (toll free) | 0800 000 0811 |
| Estonia, Tallinn | +372 622 6550 |
| Estonia (toll free) | 8000 111 562 |
| Fiji (toll free) | 00800 3315 |
| Finland, Helsinki | +358 (0) 9 2310 1530 |
| Finland (toll free) | 0800 772 215 |
| France, Lyon | +33 (0) 4 26 84 04 47 |
| France, Paris | +33 (0)1 7037 1381 |
| France (toll free) | 0800 946 516 |
| France (national) | 0811 657 731 |
| France (national) | 0821 231 692 |
| Georgia, Tbilisi | +995 32 2 053 084 |
| Germany, Frankfurt | +49 (0) 69 2222 10600 |
| Germany, Munich | +49 (0) 89 2030 35500 |
| Germany (national) | 01801 003 882 |
| Germany (toll free) | 0800 320 2295 |
| Greece, Athens | +30 211 181 3822 |
| Greece (toll free) | 00800 128 804 |
| Hong Kong | +852 3018 9101 |
| Hong Kong (toll free) | 800 901 144 |
| Hungary, Budapest | +36 1408 8960 |
| Hungary (toll free) | 068 001 9656 |
| Iceland (toll free) | 800 9846 |
| India, Delhi | +91 11 6310 0258 |
| India, Mumbai | +91 22 6310 0261 |

| | |
|---|---|
| India, Chennai | +91 44 6310 0220 |
| India, Bangalore | +91 80 6760 8713 |
| India (toll free) | 1800 3002 1167 |
| Indonesia, Jakarta | +62 21 2188 9077 |
| Indonesia (toll free) | 007 803 321 8923 |
| Ireland, Dublin | +353 (0) 1 526 9406 |
| Ireland (national) | 0818 270 292 |
| Ireland (toll free) | 1800 937 890 |
| Ireland (national) | 1890 907 696 |
| Israel, Tel Aviv | +972 (0)3 721 7944 |
| Israel (toll free) | 180 921 3165 |
| Italy, Milan | +39 02 0066 1714 |
| Italy, Rome | +39 06 4523 6760 |
| Italy (toll free) | 800 146 048 |
| Japan, Tokyo | +81 3 4560 1265 |
| Japan, Osaka | +81 6 4560 2406 |
| Japan (toll free) | 0120 353 045 |
| Japan (mobile) | 0120 563 070 |
| Japan (national) | 0570 003 744 |
| Jordan (toll free) | 0800 22182 |
| Kazakhstan (toll free) | 8800 333 7602 |
| Kenya, Nairobi | +254 (0)207 643 601 |
| South Korea, Seoul | +82 (0) 2 6007 0070 |
| South Korea (toll free) | 00798 6136 1450 |
| Latvia, Riga | +371 6601 3626 |
| Latvia (toll free) | 8000 4228 |
| Lithuania, Vilnius | +370 5205 5467 |
| Lithuania (toll free) | 8800 31314 |
| Luxembourg | +352 2088 1771 |
| Luxembourg (toll free) | 800 28423 |
| Malaysia, Kuala Lumpur | +60 (0) 3 7724 8006 |
| Malaysia (toll free) | 1 800 816 158 |
| Malta, Malta | +356 277 81902 |
| Mexico, Guadalajara | +52 33 4162 5844 |
| Mexico, Mexico City | +52 55 8421 0901 |
| Mexico, Monterrey | +52 81 4770 2457 |
| Mexico (toll free) | 01 800 283 3145 |
| Morocco, Casablanca | +212 (0)520 480 127 |
| Morocco (toll free) | 0800 092 257 |
| Netherlands, Amsterdam | +31 (0) 20 716 8343 |
| Netherlands (toll free) | 0800 020 2594 |
| New Zealand, Christchurch | +64 (0) 3974 2616 |
| New Zealand, Wellington | +64 (0) 4974 7857 |
| New Zealand, Auckland | +64 (0) 9 929 1816 |
| New Zealand (toll free) | 0800 452 934 |
| Nigeria, Lagos | +234 1 277 5160 |
| Norway, Oslo | +47 21 00 48 19 |
| Norway (toll free) | 800 56603 |
| Oman (toll free) | 800 77267 |
| Pakistan, Islamabad | +92 5181 08876 |
| Panama, Panama City | +507 8 339 786 |
| Panama (toll free) | 00800 223 1432 |
| Peru, Lima | +51 (0) 1 700 9591 |
| Peru (toll free) | 0800 78138 |
| Philippines, Manila | +63 (0)2 395 3421 |
| Philippines (toll free) | 1 800 111 014 06 |
| Poland, Warsaw | +48 22 295 3569 |
| Poland (toll free) | 00 800 121 4057 |
| Portugal, Lisbon | +351 2131 64073 |

| Location | Number |
|---|---|
| Portugal (toll free) | 800 784 441 |
| Qatar (freephone) | 00 800 100 502 |
| Romania, Bucharest | +40 (0) 21 529 3991 |
| Romania (toll free) | 0800 801 025 |
| Russia, Moscow | +7 495 646 5135 |
| Russia (toll free) | 8 800 500 9315 |
| Saudi Arabia (toll free) | 800 844 9504 |
| Saudi Arabia (toll free) | 800 850 0231 |
| Serbia (toll free) | 0800 190 696 |
| Singapore | +65 6654 9140 |
| Singapore (toll free) | 800 616 3182 |
| Slovakia, Bratislava | +421 (0)2 3321 5502 |
| Slovakia (toll free) | 0800 002 000 |
| Slovenia, Ljubljana | +386 1 888 8192 |
| Slovenia (toll free) | 0800 81194 |
| South Africa, Johannesburg | +27 (0)11 589 8320 |
| South Africa (toll free) | 0800 999 606 |
| Spain, Madrid | +34 91 114 6651 |
| Spain, Barcelona | +34 93 800 1944 |
| Spain (toll free) | 900 828 034 |
| Sri Lanka, Sri Lanka | +94 720 910 353 |
| Sweden, Stockholm | +46 (0) 8 5065 3954 |
| Sweden (toll free) | 0200 125 587 |
| Switzerland, Geneva | +41 (0) 22 592 7984 |
| Switzerland, Zurich | +41 (0) 44 580 1023 |
| Switzerland (toll free) | 0800 740 345 |
| Taiwan, Taipei | +886 (0) 2 2650 7325 |
| Taiwan (toll free) | 0800 666 581 |
| Thailand, Bangkok | +66 (0) 2104 0759 |
| Thailand (toll free) | 001 800 6136 1469 |
| Tunisia, Tunis | +216 31 378 123 |
| Turkey, Istanbul | +90 212 900 1612 |
| Turkey (toll free) | 00800 448 829 505 |
| Ukraine (toll free) | 0800 500 897 |
| UAE (toll free) | 8000 3570 2656 |
| UK (03) | +44 (0)330 336 6013 |
| UK (toll free) | 0800 368 0636 |
| UK (national) | 0844 473 5001 |
| UK (national) | 0845 545 0047 |
| USA /Canada (toll free) | 1-800-425-1122 |
| Uruguay (toll free) | 0004 019 0516 |
| Venezuela, Caracas | +58 212 720 2239 |
| Venezuela (toll free) | 0 800 102 9700 |
| Vietnam, Hanoi | +84 24 4458 3325 |
| Vietnam, Ho Chi Minh | +84 28 4458 1335 |
| Vietnam (toll free) | 1800 9276 |

**Questions?** Go to GlobalMeet Support

© Premiere Global Services, Inc. and/or its affiliates | PGi

CONFIDENTIAL

TEVA-MDL2875-00662722