# Exhibit 29

| | |
|---|---|
| From: | Gertjan Feenstra [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GFEENSTRA] |
| Sent: | 5/6/2019 1:49:36 PM |
| To: | Andreja Schmitz [andreja.schmitz@pliva.com]; Ishay Kimchi [ishay.kimchi@teva.co.il] |
| CC: | Joerg Fluch [joerg.fluch@ratiopharm.de]; Jens Nassall [jens.nassall@ratiopharm.de]; Udi Dayan [udi.dayan@tevaeu.com]; Leonie Forristal [leonie.forristal@tevapharm.com] |
| Subject: | FW: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data |
| Attachments: | Valsartan Summary table_31-03-2019 UNIT DOSE & STRENGHT ADDED.xlsx |

Forgot to copy Ishay

---

**From:** Gertjan Feenstra
**Sent:** maandag 6 mei 2019 15:48
**To:** Andreja Schmitz
**Cc:** Joerg Fluch; Jens Nassall; Udi Dayan; Leonie Forristal
**Subject:** FW: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

Hi Andreja et all,

In the attached file we already added UD and strength in column S & T.

Here we will add:

- Dosage form
- Multiple API
- ... anything else ...

Next to that on top of standard COGS Udi already added:

- S&M % per country (average = 17%)
- G&A of % per country (average = 5%)

We will add a percentage for write-offs. For CMO we use 6% so that assume that we write-offs 6% of our batches. That may be to high I will reach out to Tech Ops to see what they think as our annual write-offs I believe are more around 3%.

Anything I missed please add.

Met vriendelijke groet / kind regards,



Gertjan Feenstra
Sr. Finance Director, Head of Finance Global Supply Chain
Tel: 31-20-219-3421     Cell: 31-6-4689-0136
gertjan.feenstra@tevaeu.com

---

**From:** Gertjan Feenstra
**Sent:** woensdag 24 april 2019 15:44
**To:** Joerg Fluch; Udi Dayan; Rachel Gallagher

**Cc:** Jens Nassall
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Gertjan Feenstra
Sr. Finance Director, Head of Finance Global Supply Chain
Tel: 31-20-219-3421    Cell: 31-6-4689-0136
gertjan.feenstra@tevaeu.com

**From:** Joerg Fluch
**Sent:** dinsdag 23 april 2019 15:12
**To:** Gertjan Feenstra; Udi Dayan; Rachel Gallagher
**Cc:** Jens Nassall
**Subject:** AW: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege

**Von:** Gertjan Feenstra
**Gesendet:** Dienstag, 16. April 2019 15:39
**An:** Jens Nassall; Udi Dayan; Rachel Gallagher
**Cc:** Natasa Vidmar; Andreja Schmitz; Joerg Fluch; John Mccafferty
**Betreff:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Gertjan Feenstra
Sr. Finance Director, Head of Finance Global Supply Chain
Tel: 31-20-219-3421   Cell: 31-6-4689-0136
gertjan.feenstra@tevaeu.com

**From:** Jens Nassall
**Sent:** maandag 15 april 2019 10:57
**To:** Udi Dayan; Rachel Gallagher; Gertjan Feenstra
**Cc:** Natasa Vidmar; Andreja Schmitz; Joerg Fluch; John Mccafferty
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Jens Nassall
Senior Director, Head of Global Strategic Sourcing | Global Procurement, TGO
Telephone: +49 731 402 2711 | Mobile: +49 160 5395172
jens.nassall@teva.de | www.teva.de

Merckle GmbH, Graf-Arco-Str. 3, 89079 Ulm, Germany | Registry Court: Ulm HRB 5125
Managing Directors: Christoph Stoller, Andreas Burkhardt, Zoran Buncic, David Vrhovec, Thomas Schlenker

**From:** Udi Dayan <Udi.Dayan@Tevaeu.com>
**Sent:** Montag, 15. April 2019 10:52
**To:** Jens Nassall <Jens.Nassall@ratiopharm.de>; Rachel Gallagher <Rachel.Gallagher@tevapharm.com>; Gertjan Feenstra <Gertjan.Feenstra@Tevaeu.com>
**Cc:** Natasa Vidmar <Natasa.Vidmar@Tevaeu.com>; Andreja Schmitz <Andreja.Schmitz@pliva.com>; Joerg Fluch <Joerg.Fluch@ratiopharm.de>; John Mccafferty <John.McCafferty@tevapharm.com>
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Udi Dayan
VP Finance & Controller Europe
Tel: +31 20 2193352    Cell: +31 6 46891247
udi.dayan@tevaeu.com

---

**From:** Jens Nassall
**Sent:** Monday, April 15, 2019 10:50 AM
**To:** Udi Dayan; Rachel Gallagher; Gertjan Feenstra
**Cc:** Natasa Vidmar; Andreja Schmitz; Joerg Fluch; John Mccafferty
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Jens Nassall
Senior Director, Head of Global Strategic Sourcing | Global Procurement, TGO
Telephone: +49 731 402 2711 | Mobile: +49 160 5395172
jens.nassall@teva.de | www.teva.de

Merckle GmbH, Graf-Arco-Str. 3, 89079 Ulm, Germany | Registry Court: Ulm HRB 5125
Managing Directors: Christoph Stoller, Andreas Burkhardt, Zoran Buncic, David Vrhovec, Thomas Schlenker

---

**From:** Udi Dayan <Udi.Dayan@Tevaeu.com>
**Sent:** Montag, 15. April 2019 10:41
**To:** Jens Nassall <Jens.Nassall@ratiopharm.de>; Rachel Gallagher <Rachel.Gallagher@tevapharm.com>; Gertjan

Feenstra <Gertjan.Feenstra@Tevaeu.com>
**Cc:** Natasa Vidmar <Natasa.Vidmar@Tevaeu.com>; Andreja Schmitz <Andreja.Schmitz@pliva.com>; Joerg Fluch <Joerg.Fluch@ratiopharm.de>; John Mccafferty <John.McCafferty@tevapharm.com>
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege

Best regards,



Udi Dayan
VP Finance & Controller Europe
Tel: +31 20 2193352   Cell: +31 6 46891247
udi.dayan@tevaeu.com

---

**From:** Jens Nassall
**Sent:** Monday, April 15, 2019 10:34 AM
**To:** Udi Dayan; Rachel Gallagher; Gertjan Feenstra
**Cc:** Natasa Vidmar; Andreja Schmitz; Joerg Fluch; John Mccafferty
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Jens Nassall
Senior Director, Head of Global Strategic Sourcing | Global Procurement, TGO
Telephone: +49 731 402 2711 | Mobile: +49 160 5395172
jens.nassall@teva.de | www.teva.de

Merckle GmbH, Graf-Arco-Str. 3, 89079 Ulm, Germany | Registry Court: Ulm HRB 5125
Managing Directors: Christoph Stoller, Andreas Burkhardt, Zoran Buncic, David Vrhovec, Thomas Schlenker

**From:** Udi Dayan <Udi.Dayan@Tevaeu.com>
**Sent:** Montag, 15. April 2019 10:28
**To:** Jens Nassall <Jens.Nassall@ratiopharm.de>; Rachel Gallagher <Rachel.Gallagher@tevapharm.com>; Gertjan Feenstra <Gertjan.Feenstra@Tevaeu.com>
**Cc:** Natasa Vidmar <Natasa.Vidmar@Tevaeu.com>; Andreja Schmitz <Andreja.Schmitz@pliva.com>; Joerg Fluch <Joerg.Fluch@ratiopharm.de>; John Mccafferty <John.McCafferty@tevapharm.com>
**Subject:** RE: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

# Redacted for Privilege



Udi Dayan
VP Finance & Controller Europe
Tel: +31 20 2193352   Cell: +31 6 46891247
udi.dayan@tevaeu.com

---

**From:** Jens Nassall
**Sent:** Monday, April 15, 2019 10:10 AM
**To:** Rachel Gallagher; Udi Dayan; Gertjan Feenstra
**Cc:** Natasa Vidmar; Andreja Schmitz; Joerg Fluch; John Mccafferty
**Subject:** FW: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data
**Importance:** High

# Redacted for Privilege



Jens Nassall
Senior Director, Head of Global Strategic Sourcing | Global Procurement, TGO
Telephone: +49 731 402 2711 | Mobile: +49 160 5395172
jens.nassall@teva.de | www.teva.de

Merckle GmbH, Graf-Arco-Str. 3, 89079 Ulm, Germany | Registry Court: Ulm HRB 5125
Managing Directors: Christoph Stoller, Andreas Burkhardt, Zoran Buncic, David Vrhovec, Thomas Schlenker

**From:** xumi (External) <xumi@huahaipharm.com>
**Sent:** Montag, 15. April 2019 05:16
**To:** Jens Nassall <Jens.Nassall@ratiopharm.de>
**Cc:** Joerg Fluch <Joerg.Fluch@ratiopharm.de>; Natasa Vidmar <Natasa.Vidmar@Tevaeu.com>; Andreja Schmitz <Andreja.Schmitz@pliva.com>; wyh@huahaipharm.com; wanglina <wanglina@huahaipharm.com>
**Subject:** 答复: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

Dear Jens,

Received, thanks!
A few questions and requests after my preliminary review on these numbers:

1) For both "inventory" & "sales returns", please **specify the quantity in tablet by strength** **Redacted for Privilege**
**Redacted for Privilege**
2) What is the basis to calculate the total amount, your **cost or selling price**? **Redacted for Privilege**
**Redacted for Privilege**
3) By "**penalty**" and "**other cost**", we need to understand further **what are these exactly**. **Redacted for Privilege**

# Redacted for Privilege

I may come up with more questions & requests after further internal review.
It would be helpful if you could give some explanations on above three points during the TC or after. In general, we need to understand each number exactly how it comes to see if it is rational.

Look forward to talking with you further on this topic tomorrow.
Best regards,
Karen

发件人: Jens Nassall [mailto:Jens.Nassall@ratiopharm.de]
发送时间: 2019年4月13日 18:41
收件人: Karen Xu (xumi@huahaipharm.com)
抄送: Joerg Fluch; Natasa Vidmar; Andreja Schmitz
主题: CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY - Financial data

Dear Karen,

For our call on Monday and for the next discussions attached are the preliminary figures of our preliminary financial losses.
They are not complete by any means, but rather they are just one demonstration of some of the hard losses we've suffered here as a result from the recalls associated with Huahai's API.
The numbers here for sales returns and penalties are not yet final in particular and this doesn't include many other forms of our losses (such as lost revenues, the attorney's fees, any ultimate exposure on third party claims -- which we continue to reserve our rights on here and are beyond the scope of our current discussions).

Our losses will continue to grow.

Just for clarification and to avoid any wrong understanding in the order of magnitude (thousands or millions): on page 1 in the last column the total is 51.6 Million USD.

Looking forward talking to you and Mr. Chen on Monday.

Best Regards,
Jens Nassall



**Jens Nassall**
Senior Director, Head of Global Strategic Sourcing | Global Procurement, TGO
Telephone: +49 731 402 2711 | Mobile: +49 160 5395172
jens.nassall@teva.de | www.teva.de

Merckle GmbH, Graf-Arco-Str. 3, 89079 Ulm, Germany | Registry Court: Ulm HRB 5125
Managing Directors: Christoph Stoller, Andreas Burkhardt, Zoran Buncic, David Vrhovec, Thomas Schlenker

CONFIDENTIAL