Exhibit 30

# Conference call between Teva and Hua Hai Executive Team leaders

| | |
|---|---|
| From: | Bright Wu <bright.wu@teva.cn> |
| To: | chen@huahaipharm.com |
| Cc: | Cai <cai@huahaipharm.com> |
| Date: | Wed, 11 Jul 2018 03:44:29 +0000 |

Hi, Chen Dong

Fully understood these couple of days, you are fully occupied by the media business. As one of biggest customer to Huahai, our CPO (Ms. Natasa Vidmar) and VP of Direct Procurement (Ms. Andreja Schmitz) would like to set up the urgent phone call with you and executive team to get understand about the your implications of current Valsartan issue as well as future plan.

Please kindly let us know when is available time schedule within this week?

Thanks a lot!!

Bright Wu

Head of China Procurement, Teva Global Procurement

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.