# Exhibit 31

# Zhejiang Huahai Pharmaceutical Co., Ltd

## Meeting with Novartis on April 12th 2018

华海药业
Huahai Pharm

CONFIDENTIAL INFORMATION									ZHP00667833

华海药业
Huahai Pharm

## Table of Content

- Agenda
- Quick Update on Huahai
- Site Introduction
- Valsartan Rx Project Overview
- Open Discussion

CONFIDENTIAL INFORMATION                                                                                              ZHP00667834


华海药业
Huahai Pharm

## Project Overview

Dedicated and best resource allocation from Huahai

➢ Top priority to match NVS expectation

➢ Huahai's President's attention on project progress

➢ Seamless interface: daily contact / weekly TC

CONFIDENTIAL INFORMATION                                    ZHP00667853