# Exhibit 32



**SANDOZ** A Novartis Division

Sandoz AG
Lichtstrasse 35
Postfach
4002 Basel
Switzerland

www.sandoz.com

BY MAIL (copy via e-mail)

Zhejiang Huahai Pharmaceutical Co., Ltd
Attention of Mr Baohua Chen
Xunqiao, Linhai,
Zhejiang 317024,
China

With a copy to / CC: Mr Minda Cai, Ms Karen Xu, Mr Xavier Tang

July 9, 2018

**Notification of Defectiveness/Non-Compliance**

Dear Mr. Chen

on behalf of Sandoz AG and on behalf of our affiliate Sandoz Pvt. Ltd, MIDC Plot no-A/2 and 8B, TTC Industrial area, Kalwe Block, Village Dighe, Navi Mumbai 400 708, India, based on proxy granted by Mr. Rashmi Patra, Site Head of of Sandoz Pvt. Ltd., further to our recent correspondence regarding clarifying the N-Nitrosodimethylamine (NDMA) impurities in Valsartan API batches sourced from your company, we hereby notify you the defectiveness and/or non-compliance in terms of the API Frame Supply Agreement signed by and between Sandoz AG and Zhejiang Huahai Pharmaceutical Co., Ltd dated October 1, 2007 (as amended), and/or any other relevant contractual arrangement (including, without limits, purchase orders placed by Sandoz Pvt. Ltd, and the applicable Quality Agreements) – of the products listed under Enclosure A.

As long as the impurity issue is not resolved Sandoz AG and Sandoz Pvt. Ltd. do not see merits in receiving replacement delivery. Once the impurity issue is solved and your company is able to supply conforming Valsartan product, Sandoz Pvt. Ltd. and your company may align themselves in which amounts replacement delivery has to be performed by your company considering that most of the affected products have been sold and full replacement may no longer be appropriate.

Yours sincerely,

_RASHMI PATRA_
_SITE HEAD - KALWE_

Rashmi Patra
Site Head Kalwe

Christian Klemm
General Counsel NTO &
Group Quality

Felix Eichhorn
Head International Treasury

Enclosure A: List of affected products

CONFIDENTIAL INFORMATION                                                                                                           PRINSTON00468994


Sandoz AG
Lichtstrasse 35
Postfach
4002 Basel
Switzerland

www.sandoz.com

BY MAIL (copy via e-mail)

Zhejiang Huahai Pharmaceutical Co., Ltd
Attention of Mr Baohua Chen
Xunqiao, Linhai,
Zhejiang 317024,
China

With a copy to / CC: Mr Minda Cai, Ms Karen Xu, Mr Xavier Tang

July 9, 2018

**Notification of Defectiveness/Non-Compliance**

Dear Mr. Chen

on behalf of Sandoz AG and on behalf of our affiliate Sandoz Pvt. Ltd, MIDC Plot no-A/2 and 8B, TTC Industrial area, Kalwe Block, Village Dighe, Navi Mumbai 400 708, India, based on proxy granted by Mr. Rashmi Patra, Site Head of of Sandoz Pvt. Ltd., further to our recent correspondence regarding clarifying the N-Nitrosodimethylamine (NDMA) impurities in Valsartan API batches sourced from your company, we hereby notify you the defectiveness and/or non-compliance in terms of the API Frame Supply Agreement signed by and between Sandoz AG and Zhejiang Huahai Pharmaceutical Co., Ltd dated October 1, 2007 (as amended), and/or any other relevant contractual arrangement (including, without limits, purchase orders placed by Sandoz Pvt. Ltd, and the applicable Quality Agreements) – of the products listed under Enclosure A.

As long as the impurity issue is not resolved Sandoz AG and Sandoz Pvt. Ltd. do not see merits in receiving replacement delivery. Once the impurity issue is solved and your company is able to supply conforming Valsartan product, Sandoz Pvt. Ltd. and your company may align themselves in which amounts replacement delivery has to be performed by your company considering that most of the affected products have been sold and full replacement may no longer be appropriate.

Yours sincerely,

Rashmi Patra
Site Head Kalwe

Christian Klemm
General Counsel NTO &
Group Quality

Felix Eichhorn
Head International Treasury

Enclosure A: List of affected products