# Exhibit 33



BY MAIL (copy via e-mail)

Zhejiang Huahai Pharmaceutical Co., Ltd
Attention of Mr Minda Cai
Xunqiao, Linhai,
Zhejiang 317024,
China

With a copy to / CC: Mr Baohua Chen, Ms Karen Xu, Mr Xavier Tang

19 July 2018

**Valsartan NDMA genotoxic impurity topic**

**Novartis/Huahai management meeting on July 6th, 2018**

Dear Mr. Cai

We follow up on the Novartis/Huahai management meeting held on July 6th, 2018. During that meeting, Zhejiang Huahai Pharmaceutical Co., Ltd ("Huahai") and Novartis (represented *inter alia* by its External Supply Organization Head for Anti-infectives & Chemicals, Mr. Erich Battanta), agreed that all the Valsartan API batches delivered so far by Huahai to Novartis International Pharmaceuticals Ltd., Branch Ireland ("NIPBI") show the presence of a genotoxic impurity, namely N-Nitrosodimethylamine (NDMA). Further, in the meeting you agreed to take back any delivered product which has not been used by NIPBI so far. Please let us know whether your company has a different understanding about the outcome of the meeting on July 6th, 2018 regarding the abovementioned aspects.

In order to specify the product which NIPBI is going to return, please see the attached Excel sheet. Product which is not marked in green has not yet been used and will be returned to your company. Our supply chain managers will get in touch with your company to arrange details for the returning of such product. The product marked in green was already used by NIPBI. The return of unused batches will have to be done at your company's cost.

NIPBI reserves any additional rights and legal remedies it may have with regard to costs incurred and damages or harm suffered (including, without limits, manufacturing capacity and/or other resources spent on this project).

For the avoidance of doubt, we expect that Huahai will honour its contractual obligations under any other commercial arrangements between Novartis and Huahai.

Yours sincerely,

[name] LUKE CONWAY         [name] DAVID O'GARA
[function] SOURCING          [function] SOURCING

Registered in Ireland as a Branch Number E4031 of Switzerland Company Number CHE-209.500.103

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP02471924



Enclosure: Excel list of Valsartan product ordered

RESTRICTED CONFIDENTIAL INFORMATION                                          ZHP02471925


**NOVARTIS**

| Row Labels | Delivery Date | Quantity Delivered (Kg) | Quantity consumed (Kg) | PO Issue Date |
|---|---|---|---|---|
| 4500653172 | 27.02.2018 | 1400 | | 01.02.2018 |
| | #18-011M02 | 25 | | |
| 4500653530 | 28.02.2018 | 1400 | | 05.02.2018 |
| | #18-014M02 | 50 | | |
| | #18-015M01 | 350 | | |
| | #18-016M01 | 350 | | |
| 4500653531 | 28.02.2018 | | | 05.02.2018 |
| | #18-017M01 | 350 | | |
| | #18-018M01 | 300 | | |
| | #18-018M02 | 50 | | |
| 4500653532 | 28.02.2018 | | | 05.02.2018 |
| | #18-025M01 | 350 | | |
| | #18-026M01 | 350 | | |
| | #18-027M02 | 25 | | |
| 4500653533 | 01.03.2018 | 1400 | | 05.02.2018 |
| | #18-015M02 | 350 | | |
| | #18-016M02 | 300 | | |
| | #18-016M03 | 50 | | |
| 4500653534 | 14.03.2018 | 1400 | | 05.02.2018 |
| | #18-017M02 | 25 | | |
| | #18-017M03 | 325 | | |
| | #18-018M03 | 325 | | |
| | #18-018M04 | 25 | | |
| | #18-025M02 | 350 | | |
| | #18-026M02 | 350 | | |
| 4500653535 | 08.03.2018 | 1400 | | 05.02.2018 |
| | #18-032M02 | 25 | | |
| 4500653536 | 12.04.2018 | 1400 | | 05.02.2018 |
| | #18-001M01 | 350 | | |
| | #18-002M01 | 350 | | |
| | #18-003M01 | 350 | | |
| | #18-006M01 | 350 | | |
| 4500653537 | 13.04.2018 | 1400 | | 05.02.2018 |
| | #18-035M01 | 350 | | |
| | #18-036M01 | 350 | | |
| | #18-037M01 | 350 | | |
| | #18-038M01 | 350 | | |
| 4500653538 | 16.04.2018 | 1400 | | 05.02.2018 |
| | #18-039M01 | 350 | | |

RESTRICTED CONFIDENTIAL INFORMATION                                                                                      ZHP02471926

# ↻ NOVARTIS

| | | | | |
|---|---|---|---|---|
| 4500653538 | #18-040M01 | 350 | | |
| | #18-041M01 | 350 | | |
| | #18-042M01 | 350 | | |
| 4500653539 | 19.04.2018 | **1400** | | 05.02.2018 |
| | #18-043M01 | 350 | | |
| | #18-044M01 | 350 | | |
| | #18-045M01 | 350 | | |
| | #18-046M01 | 350 | | |
| 4500653540 | 19.04.2018 | | | 05.02.2018 |
| | #18-050M01 | 350 | | |
| | #18-051M01 | 350 | | |
| | #18-053M01 | 350 | | |
| | #18-054M01 | 350 | | |
| 4500653544 | 08.05.2018 | **1400** | | 05.02.2018 |
| | #18-057M01 | 350 | | |
| | #18-059M01 | 350 | | |
| | #18-060M02 | 350 | | |
| | #18-118M01 | 350 | | |
| 4500653545 | 15.05.2018 | **1400** | | 05.02.2018 |
| | #18-055M01 | 350 | | |
| | #18-119M01 | 350 | | |
| | #18-126M01 | 350 | | |
| | #18-127M01 | 350 | | |
| 4500653546 | 01.05.2018 | **400** | | 05.02.2018 |
| | #18-060M01 | 350 | | |
| | #18-064M01 | 50 | | |
| 4500660757 | 25.05.2018 | **2520** | | 23.03.2018 |
| | #18-004M01 | 360 | | |
| | #18-005M01 | 360 | | |
| | #18-203M01 | 360 | | |
| | #18-204M01 | 360 | | |
| | #18-205M01 | 360 | | |
| | #18-214M01 | 360 | | |
| | #18-216M01 | 360 | | |
| 4500666944 | 25.05.2018 | | | 08.05.2018 |
| | #18-218M01 | 360 | | |
| | #18-219M01 | 360 | | |
| | #18-220M01 | 360 | | |
| | #18-223M01 | 360 | | |
| | #18-225M01 | 360 | | |
| | #18-226M01 | 360 | | |
| | #18-227M01 | 360 | | |
| 4500666945 | 28.05.2018 | **2520** | | 08.05.2018 |
| | #18-228M01 | 360 | | |
| | #18-229M01 | 345 | | |
| | #18-229M02 | 15 | | |
| | #18-230M01 | 360 | | |
| | #18-231M01 | 360 | | |
| | #18-232M01 | 360 | | |
| | #18-233M01 | 360 | | |
| | #18-234M01 | 360 | | |
| 4500666946 | 28.05.2018 | | | 08.05.2018 |
| | #18-236M01 | 360 | | |
| | #18-237M01 | 360 | | |
| | #18-238M01 | 360 | | |

RESTRICTED CONFIDENTIAL INFORMATION                    ZHP02471927



| | | | | |
|---|---|---|---|---|
| 4500666946 | #18-239M01 | 360 | | |
| | #18-240M01 | 360 | | |
| | #18-241M01 | 360 | | |
| | #18-242M01 | 360 | | |
| 4500666947 | 25.05.2018 | 2520 | | 08.05.2018 |
| | #18-243M01 | 360 | | |
| | #18-244M01 | 360 | | |
| | #18-245M01 | 360 | | |
| | #18-246M01 | 360 | | |
| | #18-247M01 | 360 | | |
| | #18-248M01 | 360 | | |
| | #18-249M01 | 360 | | |
| 4500666950 | 28.05.2018 | 2520 | | 08.05.2018 |
| | #18-250M01 | 360 | | |
| | #18-251M01 | 360 | | |
| | #18-252M01 | 360 | | |
| | #18-253M01 | 360 | | |
| | #18-254M01 | 360 | | |
| | #18-255M01 | 360 | | |
| | #18-256M01 | 360 | | |
| 4500668129 | 08.06.2018 | 2520 | | 17.05.2018 |
| | #18-257M01 | 360 | | |
| | #18-258M01 | 360 | | |
| | #18-259M01 | 360 | | |
| | #18-260M01 | 360 | | |
| | #18-261M01 | 360 | | |
| | #18-262M01 | 360 | | |
| | #18-263M01 | 360 | | |
| 4500668130 | 11.06.2018 | 2520 | | 17.05.2018 |
| | #18-264M01 | 360 | | |
| | #18-265M01 | 360 | | |
| | #18-266M01 | 360 | | |
| | #18-267M01 | 360 | | |
| | #18-268M01 | 360 | | |
| | #18-269M01 | 360 | | |
| | #18-270M01 | 360 | | |
| 4500668133 | 15.06.2018 | 2520 | | 17.05.2018 |
| | #18-271M01 | 360 | | |
| | #18-272M01 | 360 | | |
| | #18-273M01 | 360 | | |
| | #18-274M04 | 360 | | |
| | #18-275M01 | 360 | | |
| | #18-277M01 | 345 | | |
| | #18-277M02 | 15 | | |
| | #18-281M01 | 360 | | |
| 4500668134 | 13.06.2018 | 2520 | | 17.05.2018 |
| | #18-289M01 | 360 | | |
| | #18-290M01 | 360 | | |
| | #18-291M01 | 360 | | |
| | #18-292M01 | 360 | | |
| | #18-304M01 | 360 | | |
| | #18-305M01 | 360 | | |
| | #18-306M01 | 360 | | |
| Grand Total | | 45200 | | |

RESTRICTED CONFIDENTIAL INFORMATION                                                                                           ZHP02471928