# Exhibit 35

## 3月初访印度之前应完成的工作

2019年2月22日 12:44

Big player APL and Hetero is suffering from genotoxic impurity issues, their consumption is shifting to DRL, MSN, Mylan, Vashuda and Sun Pharma. Meanwhile there are another two new India suppliers about to supply locally. Huahai has very limit time to grab the opportunities.

JW:
Bro-otbn
India visit discuss
不影响的产品梳理
拜访华宇 准备1day 介绍情况
全面计划准备 全打一圈 都拜访
国内对手情况 和采购联动



Uma and Akhilesh to update the estimate sales budget for Bro-OTBN next Monday. (不太重要了)

Uma and Akhilesh Hyderabad visit review (重要)

Target every Bro-OTBN user (or potential user) based on existing ecosystem and fresh information collected from the market. ---基础工作一：20190224由Johnson汇总印度方向的意见后汇总，结合周一Akhilesh发来的Bro-OTBN预算，和Sunny、Super交流后在20190225下班前定稿。

Investigate the production/supply status and price information of competitors, collect information through Huahai procurement department. Uma and Akhilesh to monitor the market fluctuation. ---基础工作二：20190225完成，周一请王总和Super针对采购渠道获取的东港、天宇等竞争对手信息进行搜集沟通汇总，同时汇总Uma和Akhilesh反馈的Hyderabad拜访信息。

张莹在办理签证72h出签

Mr. Wang to double check with Ms. Anne Meng the possibility to supply Bro-OTBN from Huanan site in 2019.

Feb 26th, India team to visit Huayu site and to share the Bro-OTBN target, strategy and market picture, to collect necessary information, to discuss customer requests and their difficulties.

India team book meetings with customers

Johnson to visit each Bro-OTBN customers (potential customers) in India at beginning of March.

Report to President Mr. Chen routinely (e.g. every two weeks) to let him follow Bro-OTBN development continuously, this will help Mr. Chen to make quick and clear decision.

Johnson and Super are responsible to identify every Chinese trading company that exports Bro-OTBN, get in touch with them and establish cooperation if their business does not conflict with our existing ones. The way of this business can be flexible. ---放到印度拜访之后进行。

RESTRICTED CONFIDENTIAL INFORMATION    ZHP02385482