# Exhibit 38

EXHIBIT
ZHP-432

# Advanced analytical Technology Center (CEmat) Introduction

**Reported by: Zhu Wenquan**

## Introduction of the Advanced analytical Technology Center



**Center** of Excellence for modern analytical Technologies; Abbreviation: CEMAT.

**Primary job function**: Address the complications of drugs in the process of large-scale production, from R&D, trial amplification to commercialization. Resolving unknown processes and structural identification of degraded impurities in raw materials for the original drug distribution plants of Xunqiao and Chuannan; Providing technical support to various molecular companies in Huahai; Structural identification of degraded impurities in formulations for formulation plants, Huahai USA and Prin Bailey. Conduct research on the mechanism of formation of impurities and research on the root causes, and provide the technical principle of solutions or solutions to the raw materials and formulation production technology departments. There are seven platforms or laboratories under the Center.

**Laboratory and platform construction**

## Research Laboratory of process and degradable impurities: LIN Jinsheng (Ph.D.) is responsible

The main tasks of this research room are to systematically design and carry out research on strong degradation of drugs, study the mechanism for formation of process impurities, study the degradation path of degraded impurities, find effective means of controlling impurities, and provide a theoretical basis for improving drug stability. Supports the development of analytical methods indicating stability and the preparation of particle standards in milligrams.

## Major equipment required:

High resolution multistage mass spectrometer: Agilent 2DLC + UHD 6545 QTOF 1

Shimadzu LCMS it-TOF 1

**Laboratory and platform construction**

**Structure appraisal research platform: Li Dan (master's degree) is responsible**

Starting with NMR, the original drug distribution plants in Xunqiao and Chuannan resolve the unknown process and the structural identification of degraded impurities in the raw materials; The formulation plant, Huahai USA and Prin Bailey address the structural identification of degraded impurities in the formulation. A cooperative relationship has been initially established with the Plant Institute of the Chinese Academy of Sciences.

**Main equipment:**

1, NMR: Agilent 400M NMR

Structure resolution software: NMR data analysis software of ACD company

3、NMR with 1.7 mm cryogenic probe (co-operation of CAS plant)

**Laboratory and platform construction**

## Solid-state analysis laboratory: Oangju (master) responsible

The focus is on solving the production anomalies caused by the particle size/crystalline type problems in the product, and in-depth research on key process parameters, thus solving the control problems during the powder-fighting and crystallization process.

## Main equipment:

1, X-powder diffractometer: PANalytical X'Pert Pro

2, Differential Scanner: Mettler DSC

3, Polaric Microscope: Olympus BX53F

4, Thermal Weight Analyzer: TA TGA-5500

5, particle size analyzer: Malvern MS3000

6、Raman spectroscopy/chemical imager : Thermo Fisher DRZxi

7, scale area: Micromeritics TristarII3020

**Laboratory and platform construction**

**Package compatibility laboratory: Chen Siqiang (master) is responsible**

The solution package compatibility test confirms extractables/transport materials, and establishes analytical methods and verification to provide strong support for the development and declaration of the 505b2 syringe and other liquid formulations to be developed by the formulation factory and Huahai USA.

**Main equipment:**

High resolution multistage mass spectrometer: Agilent 2DLC + UHD 6545 QTOF 1

Shimadzu LCMS it-TOF 1

2, gas chromatography instrument: Agilent 7890 GC-MS

GC-MS with direct injection rod: Trace 1300 + ISQ  1

4, inductively coupled plasma mass spectrometer: PE NexION 350 1

**Laboratory and platform construction**

### 5, analytical Technology Platform: Jin Jianyang (Director) is responsible

The resolution of difficult and complex problems during analytical testing, including: Method abnormalities, ghost peaks, poor tolerance, development of non/weak UV-chromosome compounds, and so on, involves analytical method issues.

### Main equipment:

1, High efficiency Liquid Phase-Electrofog Detector System, Thermo Ultimate3000 +CAD

High-resolution multistage mass spectrometers: Agilent 2DLC + UHD 6545 QTOF 1

Shimadzu LCMS it-TOF 1

Ion Chromatography: Thermo ICS-50000 Power Distribution Chemical and Conductivity Detectors

4、Liquid Chromatograph: Thermo Ultimate3000 6 units,



**Laboratory and platform construction**

---

**6、Toxicology data assessment platform: Wu Dan (Dr.) is responsible**

Through the ACD toxicological data assessment software, the suspected compounds with warning structures are predicted and evaluated together with documentary data.

**Main equipment:**

Genovirus Prediction Software: ACD Software

**Laboratory and platform construction**

---

**Process Control (PAT) Research Platform: Zhao quiet (Dr.) is responsible**

The focus of the work shifted from traditional after-action inspection to intermediate control of the process, introduced online monitoring technology, ensured that effective quality control was comprehensively implemented in the drug production process, and enhanced Huahai's capability in process analysis technology.

**Main equipment:**

1、Raman spectroscopy/chemical imager : Thermo Fisher DRZxi

Online infrared (under research)

3、Online mass spectrometry (under equipment research)

## Personnel structure

**1, organizational structure**





# Thanks

**Thank you for listening**