# Exhibit 39

Confidential Information - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

- - -

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : MDL NO. 2875 : : CIVIL NO. : 19-2875 : (RBK/JS) |
| _____ | : |
| THIS DOCUMENT APPLIES TO ALL CASES | : HON. ROBERT : B. KUGLER |

- CONFIDENTIAL INFORMATION -
SUBJECT TO PROTECTIVE ORDER

VOLUME I

- - -

May 27, 2021

- - -

Videotaped remote deposition of JUN DU, taken pursuant to notice, was held via Zoom Videoconference, beginning at 9:16 a.m., EST, on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential Information - Subject to Protective Order

```
 1         Q.    Do you have an office in
 2   China, at any of ZHP's offices in China?
 3         A.    No, I don't.
 4         Q.    Do you have a laptop
 5   computer?
 6         A.    That is correct, I do.
 7         Q.    Do you use the laptop for
 8   work?
 9         A.    That is correct.  I do use
10   my personal laptop computer for work.
11         Q.    Was that laptop -- rephrase.
12               What brand of laptop is it?
13         A.    It is an Apple MacBook.
14         Q.    How long have you had that
15   laptop?
16         A.    I believe I have been using
17   it since 2015 also.  I do not recall the
18   exact year.
19         Q.    Was that laptop provided to
20   the third party that swept the --
21   rephrase.
22               Was that laptop provided to
23   the third party so the documents and
24   information could be provided to us?
```

Confidential Information - Subject to Protective Order

```
 1                    After such an audit was
 2   complete, then my title as such, or my
 3   assignment, would be considered complete.
 4           Q.    When was that?
 5           A.    Those were merely interim
 6   assignments.  Whenever Baohua Chen as the
 7   general manager was unavailable, someone
 8   was needed for the coordination.
 9           Q.    When were those interim
10   assignments as you've described them?
11           A.    I did not catch the first
12   word of your question.
13           Q.    When were those interim
14   assignments as you described them?
15           A.    More specifically, those
16   assignments were during the audits
17   conducted by either the FDA or the
18   European Union.  Since there were many
19   audits conducted by the FDA in the past,
20   I cannot tell you the specific dates for
21   each of such assignments.
22           Q.    Was one of those assignments
23   in July and August of 2018?
24           A.    That is correct.
```

Confidential Information - Subject to Protective Order

1           Zoom --
2                MR. SLATER:  Can we get that
3           up on the screen please.  Great.
4                This is 430.  This may have
5           been marked in other depositions.
6           I don't want to overlap.  I don't
7           want to make a mistake.  We'll
8           call it Exhibit 430.
9                THE WITNESS:  Can you just
10          give me a second to review this
11          document quickly?
12               MR. SLATER:  Again, for my
13          team, let's just keep track of the
14          time and then we'll see how long
15          it goes.  And if there's an issue
16          later, please.
17               THE WITNESS:  I'm done.
18     BY MR. SLATER:
19          Q.    Exhibit 430 is a letter that
20     you wrote to the FDA in your capacity as
21     executive vice president of ZHP, correct?
22          A.    I did not write this letter.
23          Q.    Exhibit 430 is a letter that
24     you signed in your capacity as executive

Confidential Information - Subject to Protective Order

1  vice president of ZHP, correct?
2      A.   That is correct.  I signed
3  this letter on behalf of ZHP.
4      Q.   Did you read the letter
5  before you signed it?
6      A.   I did not completely review
7  this letter.  This letter was completed
8  by the QA department, QC department,
9  technology department, and analytical
10 department of ZHP.  As the contact person
11 for the FDA, I signed this letter on
12 behalf of our company.
13     Q.   When you say you did not
14 completely review this letter, is it your
15 testimony that before you signed the
16 letter, which you knew was going to the
17 FDA, you didn't read the entire letter?
18     A.   That is correct, I did not.
19          I trust in the professional
20 expertise of our team.  Besides, I did
21 not have the GMP knowledge at that time.
22     Q.   Do you know who specifically
23 wrote this letter, what people?
24     A.   As in my prior statement it

1  was the QA department, QC department,
2  technology department, and the
3  manufacturing department was their
4  related stuff.
5       Q.   Do you know which specific
6  people wrote the letter, not what
7  departments, but which specific people?
8       A.   I believe I know the leader
9  or leaders of their team.
10      Q.   Do you know which specific
11 people wrote this letter?
12      A.   For the QA team, the leader
13 was Jucai Ge, spelled as J-U-C-A-I, last
14 name G-E.  For the QC team, their leader
15 for Min Li, M-I-N, last name L-I, and
16 Qiangming Li, spelled as
17 Q-I-A-N-G-M-I-N-G, last name L-I.  For
18 the regulatory affairs team, the leader
19 was Linda Lin.  And the technology and
20 manufacturing team, the leader was Peng
21 Dong spelled as P-E-N-G, last name
22 D-O-N-G.
23      Q.   Before you signed this
24 letter, did you ask those people if the

Confidential Information - Subject to Protective Order

letter was fully accurate?

A. When I was signing this letter, I asked them whether all the 483 related materials were complete and the answer was affirmative.

Q. This letter was sent to the FDA as a response to the FDA 483 observations from the July 23rd to August 3, 2018 inspection, correct?

A. That is correct.

Q. That inspection resulted from the disclosure to the FDA that there was NDMA in ZHP's valsartan API, correct?

    MR. GOLDBERG: Objection to form. Speculation.

    THE INTERPRETER: The interpreter would like to clarify with the witness.

    THE WITNESS: This FDA on-site inspection is a so-called for-cause inspection.

BY MR. SLATER:

Q. The cause was the disclosure to the FDA that there was NDMA in ZHP's