# Exhibit 41

Confidential Information - Subject to Protective Order

```
1             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
2                       CAMDEN VICINAGE
3

     ***************************
4    IN RE:  VALSARTAN, LOSARTAN,    MDL No. 2875
     AND IRBESARTAN PRODUCTS
5    LIABILITY LITIGATION            Civil No.
                                     19-2875.
6    ***************************     (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
7    CASES                           HON ROBERT B.
                                     KUGLER
8    ***************************
9            - CONFIDENTIAL INFORMATION -
               SUBJECT TO PROTECTIVE ORDER
10
11         VIDEOTAPED DEPOSITION OF JUCAI GE
                    APRIL 30, 2021
12                    VOLUME IV
13
14           Continuation of the Remote Videotaped via
15    Zoom Deposition of JUCAI GE, commencing at 7:23 a.m.
16    China Standard Time, on the 30th of April, 2021,
17    before Juliana F. Zajicek, Registered Professional
18    Reporter, Certified Shorthand Reporter and Certified
19    Realtime Reporter.
20
21                         - - -
22
                 GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
24
```

1  For the NDMA impurity investigation,
2  Mr. Chen never got involved in the root cause
3  analysis, root cause investigation or creation of the
4  deviation report.  He never got involved.  All he
5  knows is from the reports we provided to him.
6      MR. GOLDBERG:  Thank you.  I have no further
7  questions.
8      MS. HILTON:  I have some follow-up questions.
9                FURTHER EXAMINATION
10 BY MS. HILTON:
11     Q.   Ms. Ge, you just testified that all of the
12 chairman of the company, Baozhen Chen, knows is from
13 the reports we provided to him.
14          How do you begin to purport to know what
15 knowledge Mr. Chen has about NDMA?
16     A.   He organized a meeting or meetings on the
17 topic of NDMA in valsartan.  He did organize such a
18 meeting or meetings.
19     Q.   So --
20     A.   During the meeting we all reported or all
21 of the departments reported to him regarding the
22 progress of the investigation and -- and -- and other
23 information.
24     Q.   During the meetings, what did Mr. Chen say

1  to you?

2      A.    I can't describe to you the gist of his

3  statement to you.  I cannot recall the original

4  wording of his and I cannot recall which meeting he

5  made such statements in.

6      Q.    But for Mr. Goldberg, you were able to

7  definitively state that -- that all that Mr. Chen knew

8  was from the reports that were provided to him.  So if

9  you were able to definitively make that statement with

10  respect to Mr. Goldberg's question about these

11  meetings, I -- I would like you to at least try to

12  remember what it was that Mr. Chen said during those

13  meetings that made you so sure that that was the level

14  of Mr. Chen's knowledge about NDMA?

15      A.    He would always tell us to conduct

16  investigations in compliance of the requirements of

17  the GMP.  He also asked the QC department to work with

18  the QA department for the investigation as much as

19  possible.  He also asked the QC department whether

20  there is enough GC-MS equipment and do -- does the QC

21  have to buy more.  If so, the GC-MS shall be purchased

22  according to QC department's plan.

23            So it's pretty much about it, all

24  regarding the management aspect.

Confidential Information - Subject to Protective Order

1  Q. Please give me your best estimate as to
2  how many meetings you participated in with Mr. Chen
3  regarding NDMA?
4  A. I don't remember exactly how many times.
5  Q. Give me your best estimate.
6  A. My estimate would not be that accurate.
7  Is that okay?
8  Q. Yes.
9  A. Well, I would just provide a rough
10 estimate.
11 Q. Yes, please pro -- provide it right now.
12 A. For all kinds of meetings where NDMA was
13 mentioned, I believe it's five meetings also.
14 Q. Okay. Who attended these roughly five
15 meetings with Mr. Chen regarding NDMA?
16 A. I don't recall who specifically those
17 attendees were, but typically I would attend for the
18 meetings I was there and a QP would be there, people
19 from QC would be there. So it's pretty much people
20 from those department, although the attendees would
21 vary. They would be there to follow up with the
22 progress and sometimes vice president Min Li --
23 spelled as M-i-n, last name L-i -- would also be
24 there, but I don't recall specific attendees.

Confidential Information - Subject to Protective Order

1  Q. Did you take notes during these
2  approximately five meetings with Mr. Chen?
3  A. There was nothing to take notes for.  I
4  never take notes.  All he said was, Hey, hurry up or
5  do it according to the GMP requirement.  It's nothing
6  worth taking notes for.
7  Q. Did anyone ever tell Mr. Chen, No need to
8  hurry up because we actually figured out the answer to
9  this in 2017?
10  A. Your question is quite strange.  That's
11  because before the notification from Novartis, no one
12  had the knowledge that there was NDMA in valsartan.
13  Q. Well, aside from Jin -- Jinsheng Lin and
14  yourself and everyone who received that e-mail in
15  2017, but I'll move on.
16     Mr. Goldberg asked you a series of
17  questions about whether Mr. Chen was involved in
18  things like testing and chromatography and development
19  of analytical methods.
20     Is it part of your job description to know
21  what Mr. Chen does from -- on a day-to-day basis?
22  A. It -- it is not.  However, as for whether
23  Mr. Chen did any testing, the QC department, for
24  people working in the QC department, we have to get