# Exhibit 42



Baohua Chen Chairman of PrinJohnson



