# Exhibit 43

Confidential Information - Subject to Protective Order

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF NEW JERSEY
 3
 4   ***************************
     IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
 5   AND IRBESARTAN PRODUCTS
     LIABILITY LITIGATION            HON ROBERT B.
 6                                   KUGLER
     ***************************
 7   THIS DOCUMENT APPLIES TO ALL
     CASES
 8
     ***************************
 9
                - CONFIDENTIAL INFORMATION -
10              SUBJECT TO PROTECTIVE ORDER
11
12           Continued Remote Videotaped via
13   Zoom Deposition of HAI WANG, commencing at
14   9:07 a.m., on the 11th of March, 2021, before
15   Maureen O'Connor Pollard, Registered
16   Diplomate Reporter, Realtime Systems
17   Administrator, Certified Shorthand Reporter.
18
19                      - - -
20
            GOLKOW LITIGATION SERVICES
21       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
22
23
24
```

1  offered the same price as CVS.  Like you have
2  predicted during your recent visit of Huahai
3  US, we may have to lower our Valsartan price
4  to keep our current market share.  We don't
5  want valsartan to be 2nd Losartan case.  We
6  have to be proactive."
7              That's what you wrote that day,
8  right?
9         A.   That's correct.
10        Q.   And Mr. Chen is who?  What's
11 his role in ZHP?
12        A.   He's the chairman of ZHP.
13        Q.   He's the highest level
14 executive in the whole company, right?
15        A.   Yes.
16             MR. GOLDBERG:  Objection.
17 BY MR. SLATER:
18        Q.   And this is reciting that
19 Mr. Chen actually visited Huahai US for
20 business, correct?
21        A.   Yeah, Mr. Chen is the chairman,
22 so he visited subsidiary from time to time.
23        Q.   Is that something he does on a
24 routine basis?

Confidential Information - Subject to Protective Order

1      A.    Yes, before the pandemic.

2      Q.    Before the pandemic, how often

3  would Mr. Chen visit the United States

4  businesses?

5      A.    Once a year, twice a year.

6      Q.    When you refer to the fact that

7  he had predicted during his recent visit that

8  you may have to lower the valsartan price to

9  keep your current market share, do you

10 remember the context of that discussion?

11           MR. GOLDBERG:  Objection to

12      form.

13      A.    Because when I see in the US

14 market, Mr. Chen's overseen all the API

15 operations, he has more intell in terms of

16 API competition, because it's eventually

17 going to trickle down to the finished dosage

18 form market.  If they see very competitive

19 API offering, that was the discussion, so we

20 needed to be proactive.

21 BY MR. SLATER:

22      Q.    And his conclusion had been,

23 and -- rephrase.

24           It appears that --