# Exhibit 44

ADVERTISEMENT

 **PROFILE**

Healthcare

# #2035 Chen Baohua

## $1.2B

**REAL TIME NET WORTH**
as of 12/30/21

▲ $9 M | 0.76%   Reflects change since 5 PM ET of prior trading day

- Chen Baohua is general manager of Shanghai-listed Zhejiang Huahai Pharmaceutical, a pharmaceuticals supplier.
- Chen holds a degree in chemical analysis from the Zhejiang University of Technology.
- After graduation, he worked at a state-run pharmaceuticals factory.
- In 1989, Chen quit and cofounded the predecessor of Huahai in the eastern Chinese city of Linhaiat with less than $3,000; he was only 29 years old.

**ON FORBES LISTS**

#2035   Billionaires 2021

#333    China Rich List 2020   Dropped off in 2021

**ALSO ON FORBES**

Stars Of 'black‑ish' Reflect On Their Journey As The Series Begins Its Final Season

**Personal Stats**

**Age**   59

**Source of Wealth**   pharmaceutical, Self Made

**Residence**   Linhai, China

**Citizenship**   China

**Education**   Bachelor of Science, Zhejiang University of Technology

Net worth over time

$1.5B   Billionaires
April 2021

Vintage Champagne, And Why We Need To Open It Right This Very Minute

Steven Spielberg And The (Re)Making Of West Side Story

ADVERTISEMENT

**Key Connections**

   

Zhou Minghua    Ren Jinsheng ...    China    Zhu

**MORE ON FORBES**

2 minutes ago

## Stars Of 'black-ish' Reflect On Their Journey As The Series Begins Its Final…

By **Anne Easton** Contributor



2 minutes ago

## Vintage Champagne, And Why We Need To Open It Right This Very Minute

By **Cathy Huyghe** Contributor



11 minutes ago

# Steven Spielberg And The (Re)Making Of West Side Story

By **Bill Fischer** Contributor

16 minutes ago

# Could The Bookclubz For Business Service Power Your Office Book Club?

By **Adam Rowe** Contributor

ADVERTISEMENT

## Do not miss

20 minutes ago

### FDA Reportedly Plans To Authorize Boosters For 12- To 15-Year-Olds

By **Marisa Dellatto** Forbes Staff

26 minutes ago

### Box Office: 'Spider-Man' Passes 'Dark Knight' As 'Encanto' Tops $200M...

By **Scott Mendelson** Forbes Staff

30 minutes ago

### Three Players Poised For A 2022 Breakout For The Chicago White Sox

By **Jared Wyllys** Contributor

37 minutes ago

### 5 Things To Watch In Soccer In 2022

By **Robert Kidd** Senior Contributor

42 minutes ago

# Palm Springs Film Festival Canceled Due To Omicron Surge

By **Rosa Escandon** Contributor

52 minutes ago

# Actress Keke Palmer Pens Five Short Stories In 'Southern Belle Insults' With…

By **Rachel Kramer Bussel** Senior Contributor

More Articles

# Forbes

© 2021 Forbes Media LLC. All Rights Reserved.

AdChoices     Privacy Statement     Do Not Sell My Personal Information     Terms and Conditions     Contact Us     Send Us Feedback

Report a Security Issue     Jobs At Forbes     Reprints & Permissions     Forbes Press Room     Advertise     Investors