# Exhibit 50

**Metadata**

| | |
|---|---|
| Doc ID | 95658 |
| Reference Id | |
| Pages | 2 |
| Custodian | LI, Min |
| Bates No. | ZHP00190573-ZHP00190574 |
| Filenames | 亚硝酸钠淬灭.pdf |
| Author | lim |
| Title | mail_frame.html?foxhandl...lReadProcessHandler&b=2 |
| Created | Jun 14, 2018 03:10AM EDT |
| Modified | Apr 17, 2018 02:18AM EDT |
| Accessed | Apr 16, 2018 10:18PM EDT |
| Path | /亚硝酸钠淬灭.pdf |
| SOURCEFILEPATH | /F/Old Desktop/Projects/Irbesartan 厄贝沙坦 |
| DATE_LASTACCESS | 06/14/2018 03:10:32 |
| HASH_VALUE | ada9e5c848bafbfcaa1562bc7ad2429e |
| FOREIGN LANGUAGE | YES |
| LANGUAGE | SIMPLIFIED_CHINESE |
| Ingest_Location | IngestSessions/5313 |

| | |
|---|---|
| DUPLICATE_CUSTODIANS | LI_Min |
| DUPLICATECUSTODIAN_SOURCEFILEPATHS | /F/Old Desktop/Projects/Irbesartan 厄贝沙坦 |
| SUBJECT EDOCS | mail_frame.html?foxhandl...lReadProcessHandler&b=2 |
| FILE_SIZE | 234515 |
| RECORDTYPE | Electronic |
| PROD_VOLUME | ZHP019 |
| DOCUMENT TITLE | 亚硝酸钠淬灭.pdf; mail_frame.html?foxhandl...lReadProcessHandler&b=2 |
| CONFIDENTIALITY DESIGNATION | Restricted Confidential Information |
| Application Name | Portable Document Format |
| FILE_TYPE | Portable Document Format |
| FILE_EXTENSION | pdf |