Exhibit 59

# 缬沙坦残留溶剂未知峰研究报告
# Study Report of Unknown Peak in Residual Solvent of Valsartan

| 文件编号 Document Number | QCC-18005 |
|---|---|
| 版本号 Version | 1 |
| 编写部门 Preparation Dept. | 川南化验室 Chuannan QC |
| 保管部门 Archiving Dept. | 川南化验室 Chuannan QC |



浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

CONFIDENTIAL INFORMATION                                    ZHP01870977

**浙江华海药业股份有限公司**
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Study Report of Unknown Peak in Residual Solvent of Valsartan | 文件编号：QCC-18005<br>Document no.: QCC-18005 |
|---|---|
| | 版本号 Version：1 |

## 文件变更历史
## Document Change History

| 版本号<br>Version No. | 生效日期<br>Effective Date | 主要变更描述<br>Summary of Changes from Previous Version |
|---|---|---|
| 1 | 2018.05.31 | 本文件为新订/Newly drafted |

CONFIDENTIAL INFORMATION                                                                         ZHP01870978

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Unknown Peak Study Report of Residual Solvent for Valsartan | 文件编号：QCC-18005<br>Document no.: QCC-18005 |
|---|---|
| | 版本号 Version：1 |

## 报告审批表
## Review and Approval for Report

| 部门<br>Dept. | 姓名/职务<br>Name &Title | 职能<br>Role | 签名/日期<br>Signature & Date |
|---|---|---|---|
| 川南化验室<br>Chuannan QC | 王俊/高级主管<br>Wangjun/ Senior Supervisor | 编写报告<br>Prepare report | /签名/ 2018.05.30<br>Wangjun 2018.05.30 |
| 川南化验室<br>Chuannan QC | 唐银华/分析总监助理<br>Tang Yinhua/ Assistant of QC Director | 审核<br>正确性和完整性<br>Review accuracy and completeness | /签名/ 2018.05.30<br>Tang Yinhua 2018.05.30 |
| 川南技术部<br>Tech. Dept. of Chuannan Site | 董鹏/技术副总监<br>Dong Peng/ Vice Director of Tech. | 审核<br>正确性和完整性<br>Review accuracy and completeness | /签名/ 2018.05.30<br>Dong Peng 2018.05.30 |
| 原料药质量研究部<br>API QR | 陈文斌/分析总监<br>Chen Wenbin/ Analytical Director | 审核<br>正确性和完整性<br>Review accuracy and completeness | /签名/ 2018.05.31<br>Chen Wenbin 2018.05.31 |
| 质量管理部<br>QA | 胡跃林/质量总监助理<br>Hu Yuelin/Assistant of QA Director | 批准<br>与cGMP的符合性<br>Approve | /签名/<br>Hu Yuelin 2018.05.31 |

CONFIDENTIAL INFORMATION                                                                 ZHP01870979


浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Unknown Peak Study Report of Residual Solvent for Valsartan | 文件编号： QCC-18005 |
| --- | --- |
| | Document no.: QCC-18005 |
| | 版本号 Version：1 — Page 1 of 23 |

# 目 录/Contents

- 一、研究背景 Backgroud ............................................................................................ 2
- 二、研究目的 Purpose ................................................................................................ 4
- 三、研究内容 Content ................................................................................................ 4
  - 3.1 Unknown peak_1 (RT=3.5min): Dimethyl sulfide ......................................... 8
  - 3.2 Unknown peak_2 (RT=4.1min): Dichloromethane ........................................ 8
  - 3.3 Unknown peak_3 (RT=4.5min):MTBE ........................................................ 10
  - 3.4 Unknown peak_4 (RT=4.9min): Isobutyraldehyde ...................................... 11
  - 3.5 Unknown peak_5 (RT=5.0min): n-hexane .................................................... 13
  - 3.6 Unknown peak_6 (RT=7.4min): ................................................................... 14
  - 3.7 Unknown peak_7 (RT=9.8min): Isopropyl acetate; Unknown peak_8 (RT=12.0min): Ethyl Propionate; Unknown peak_9 (RT=12.2min): Propyl acetate ................................. 15
- 四、对未知峰的控制要求 Control requirement of unknown peak ........................... 17
- 五、风险评估 Risk assessment ................................................................................. 19
- 六、研究结论 Conclusion ......................................................................................... 23

CONFIDENTIAL INFORMATION

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Study Report of Unknown Peak in Residual Solvent of Valsartan | 文件编号： QCC-18005<br>Document no.: QCC-18005 |
| --- | --- |
| | 版本号 Version: 1    Page 2 of 23 |

## 一、研究背景/Backgroud

华海药业缬沙坦残留溶剂（甲醇、乙醇、乙酸乙酯、甲苯）检测方法（华海方法详见附件1）项下发现存在多个未知峰，典型图谱如图1。由图1可知，此次研究涉及的未知峰共计9个，并根据出峰时间依次命名为未知峰_1~未知峰_9（未知峰出峰情况表1）。

Many unknown peaks are identified when tested residual solvent (methonal, ethanol, ethyl acetate, toluene) of Valsartan with Huahai method (For Huahai Analytical method, please refer to Attachment 1), refer to Figure 1 for typical chromatogram. As indicated in Figure 1, there are 9 unknown peaks involved in this study. In the order of their retention time, these peaks are named as unknown peak_1 to unknown peak_9 respectively. (For RT of unknown peaks, please refer to Figure 1).



图 1（华海方法典型图谱）

Figure 1 Typical chromatogram of Huahai method

| 未知峰情况<br>Unknown peaks | RT（min） | RRT(相对于乙酸乙酯)<br>RRT (relative RT to ethyl acetate) |
| --- | --- | --- |
| 未知峰_1<br>Unknown peak_1 | 3.5 | 0.51 |
| 未知峰_2<br>Unknown peak_2 | 4.1 | 0.59 |
| 未知峰_3<br>Unknown peak_3 | 4.5 | 0.65 |
| 未知峰_4<br>Unknown peak_4 | 4.9 | 0.71 |

CONFIDENTIAL INFORMATION     ZHP01870981

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Study Report of Unknown Peak in Residual Solvent of Valsartan | 文件编号： QCC-18005<br>Document no.: QCC-18005 |
|---|---|
| | 版本号 Version: 1    Page 3 of 23 |

| 未知峰_5<br>Unknown peak_5 | 5.0 | 0.72 |
| 未知峰_6<br>Unknown peak_6 | 7.4 | 1.07 |
| 未知峰_7<br>Unknown peak_7 | 9.8 | 1.42 |
| 未知峰_8<br>Unknown peak_8 | 12.0 | 1.74 |
| 未知峰_9<br>Unknown peak_9 | 12.2 | 1.77 |

表1（未知峰出峰情况）

Table 1 RT of each unknown peak

同时诺华客户反馈采用诺华方法（诺华方法详见附件2）检测缬沙坦残留溶剂，其图谱也存在若干未知峰，典型图谱如图2：

Feedback was aslo received from Novartis that when testing residual solvent of Valsartan with Novartis method (Please refer to Attachment 2 for Novartis method), some unknown peaks were also identified. For Typical chromatogram, please refer to Figure 2.



图2（诺华方法典型图谱）

Figure 2 Typical chromatogram of Novartis method

基于华海以往对未知溶剂峰的部分研究，结合诺华本次反馈后的持续研究，并根据ICH法规及诺华客户的要求，对此次研究涉及未知峰进行总体评估。

CONFIDENTIAL INFORMATION                                                    ZHP01870982

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| 题目：缬沙坦残留溶剂未知峰研究报告 Study Report of Unknown Peak in Residual Solvent of Valsartan | 文件编号： QCC-18005 Document no.: QCC-18005 |
| --- | --- |
| | 版本号 Version: 1 — Page 4 of 23 |

Based on the huahai's histotical study of unknown solvent peak as well as the study continued after receiving the feedback from Novartis, an overrall assessment regarding unknown peaks involved in this study is performed as per ICH as well as Novartis requirement.

二、研究目的/Purpose

根据华海药业缬沙坦方法项下残留溶剂未知峰的出峰情况，对其进行鉴别，寻找其最可能的来源，并对这些溶剂进行定量，以评估其残留是否符合ICH法规和诺华客户的要求，以及其对产品质量的影响。

Identify unknown peaks (Huahai method) based on their RT, find the most probable source, quantify the solvent corresponding to each peak to see whether the residue comply with ICH and Novartis requirement, to evaluate the impact on product quality.

三、研究内容/Content

华海药业通过对缬沙坦ROS（ROS详见图3）的分析，梳理工艺中涉及溶剂（工艺涉及溶剂详见表2），并借用GC-MS解析、GC定位等手段，对缬沙坦未知峰的鉴别、可能的来源以及定量分析进行研究。

Identify, quantify and find probable source of unknown peaks by analysis of ROS of Valsartan and solvents used in process (Please refer to Table 2 Solvents used in the process), by means of GC-MS and GC RT identification, etc..

**Ros of Valsartan**

**Step 1**: Synthesis of L-valine methyl ester hydrochloride



L-Valine
$C_5H_{11}NO_2$
Mr: 117.1

Methanol
$CH_4O$
Mr: 32.0

L-valine methyl ester hydrochloride
$C_6H_{14}NO_2Cl$
Mr: 167.6

CONFIDENTIAL INFORMATION                                    ZHP01870983

| 题目：缬沙坦残留溶剂未知峰研究报告<br>Study Report of Unknown Peak in Residual Solvent of Valsartan | 文件编号： QCC-18005<br>Document no.: QCC-18005 |
|---|---|
| | 版本号 Version: 1　Page 23 of 23 |

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

## 六、研究结论/Conclusion

综上研究所述，华海药业缬沙坦残留溶剂（甲醇、乙醇、乙酸乙酯、甲苯）检测存在的 9 个未知峰均已确认其来源或可能来源。其中 2 个未知峰（二甲基硫醚和未知峰_6）确定来源于分析方法，对产品质量无影响。另外 7 个未知峰中能够确定二氯甲烷来源于起始物料的工艺溶剂残留，MTBE 来源于缬沙坦工艺溶剂，乙酸异丙酯、丙酸乙酯、乙酸丙酯来源于缬沙坦工艺溶剂乙酸乙酯，异丁醛和正己烷均未能明确其来源，但异丁醛找到了其最可能的反应机理，正己烷可能来源于溶剂的微量残留，通过定量分析，结果均远远低于指标，用甲苯 10% ICH 标准（89ppm）的峰面积对未知峰进行控制，对产品质量无影响。

From the above, 9 unknown peaks in residue solvents test method (methanol, ethanol, ethyl acetate and toluene) of Valsartan have been identified or the probable source identified. 2 unknown peaks (Dimethyl sulfide and unknown peak _6) are identified to be introduced by analytical method and there is no impact on product quality. For other 7 unknown peaks, the unknown peak of dichloromethane is introduced by residual process solvent of starting material; MTBE is process solvent of Valsartan; Isoproply acetate, Ethyl propionate and Propyl acetate are introduced by ethyl acetate (process solvent); the exact source of Isobutyraldehyde and N-hexane are not identified. However, the most probable reaction mechanism of Isobutyraldehyde has been identified. N-hexane may be introduced by trace residue of solvent. The results are far lower than the specification through quantitative analysis. The unknown peaks can be controlled by comparing to the peak area of 10% toluene, ICH limit (89ppm).The product quality is less likely to be impacted.

CONFIDENTIAL INFORMATION                                                                                    ZHP01871002