# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

June 18, 2024

**VIA ECF**

The Hon. Renée Marie Bumb
Chief United States District Judge
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Chief Judge Bumb:

    I write regarding the motion date for ZHP's objection to Special Master Order 98, which awarded certain sanctions against ZHP. This motion is currently set for July 1, 2024. ZHP had previously requested that the Court hear any oral argument on its objection to Special Master Order 97 (regarding the ZHP Defendants' motion for leave to file a second amended answer) at the status conference set for July 23, 2024. (*See* ECF 2725.) For the convenience of the Court and the parties, ZHP respectfully requests that the Court hold any oral argument it wishes to hear on the motion regarding Special Master Order 98 at the same July 23 status conference. Counsel for Plaintiffs have stated that they do not object to this request.

    Thank you in advance for your consideration.

Respectfully Submitted,

*Jessica Davidson*

Jessica Davidson

cc: All counsel of record (via ECF)