# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

June 25, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

> Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK)

Dear Chief Judge Bumb:

Plaintiffs write in response to Defendant ZHP's request to alter their briefing schedule on their appeal from Special Master Order 98.  Plaintiffs understood that ZHP's request simply asked that if the Court will hold argument, that this occur during the July 23, 2024 conference.  Plaintiffs were not asked to consent to a corresponding alteration of ZHP's briefing schedule, and Plaintiffs do not agree to that belated request.  ZHP's reply was due yesterday, and therefore no reply should be admitted at this point.

Honorable Renée Marie Bumb
United States District Court
June 25, 2024
Page 2

                                              Respectfully,

                                              ADAM M. SLATER
                                              Plaintiffs' Liaison Counsel

Cc: All counsel of record (via ECF)