Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 26, 2024

**VIA ECF**

The Hon. Renée Marie Bumb
Chief United States District Judge
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Chief Judge Bumb:

    I write in response to Mr. Slater's letter to the Court of June 25 (ECF 2757) regarding ZHP's forthcoming reply in support of its objection to Special Master Order 98. Mr. Slater claims that ZHP has missed its reply deadline in support of its objections, which would have been June 24 under L.R. 7.1(d)(3) based on the original July 1 motion day. (ECF 2757.)

    Prior to the passage of ZHP's June 24 reply deadline, ZHP's counsel confirmed that its reply would in fact not be due until July 16 based on the Court's agreement to hear argument on ZHP's objections at the July 23 status conference. (*See* Email from L. Smith to N. Rose, June 24, 2024, 10:39am (Ex. 1); *see also* ECF 2754 (text order granting request to hold argument on July 23).) Upon receipt of Mr. Slater's letter to the Court, ZHP's counsel forwarded Ms. Smith's email correspondence confirming ZHP's reply deadline of July 16 to Mr. Slater and asked Mr. Slater to withdraw his letter to the Court. (*See* Email from N. Rose to A. Slater, June 25, 2024 12:13pm (Ex. 2).) Plaintiffs' counsel has not responded to that request.

    ZHP intends to submit the reply on July 16, unless the Court would prefer to review it earlier.

The Hon. Renée Marie Bumb
June 26, 2024
Page 2

                                      Respectfully Submitted,

                                      Jessica Davidson

cc: All counsel of record (via ECF)