# EXHIBIT 2

**From:** Rose, Nina R (WAS)
**Sent:** Tuesday, June 25, 2024 12:13 PM
**To:** 'Adam Slater' <ASlater@mazieslater.com>
**Cc:** Davidson, Jessica (NYC) <Jessica.Davidson@skadden.com>
**Subject:** FW: [Ext] RE: Valsartan MDL - ECF No 2752

Adam,

Please see the email from Loretta below.  I realized after seeing your letter to the Court this morning that Loretta did not copy you on her response.  In light of this would you please withdraw your letter?

Thanks,
Nina

**From:** Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Sent:** Monday, June 24, 2024 10:39 AM
**To:** Rose, Nina R (WAS) <Nina.Rose@skadden.com>
**Subject:** [Ext] RE: Valsartan MDL - ECF No 2752

*Nina,*

*Please see the Court's motion days here.  https://www.njd.uscourts.gov/sites/njd/files/2024Motions.pdf*

*since the motion (hearing) date is 23 July, (and it's not on a "regular" motion day) you just subtract  7 days from the motion date  for the reply date.   Or add 8 days to the reply date of  the last "regular" motion day (July 15) which is 8 July.  Either way you arrive at 16 July.*

Warmly, *Loretta*

856.757.5019
Loretta_smith@njd.uscourts.gov

**From:** Rose, Nina R <Nina.Rose@skadden.com>
**Sent:** Monday, June 24, 2024 9:54 AM
**To:** Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; Davidson, Jessica <Jessica.Davidson@skadden.com>
**Subject:** RE: Valsartan MDL - ECF No 2752

**CAUTION - EXTERNAL:**

Hi Loretta,

Thank you for following up on this.  In light of the Court's order setting the hearing date on the Objection to Special Master Order 98 for July 23, 2024, am I correct that the reply in support of that objection is now due on July 16 under L. Civ. R. 7.1(d)(3)?

Thanks so much for confirming.

-Nina

**From:** Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Sent:** Thursday, June 20, 2024 7:20 PM
**To:** Rose, Nina R (WAS) <Nina.Rose@skadden.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; Davidson, Jessica (NYC) <Jessica.Davidson@skadden.com>
**Subject:** [Ext] Re: Valsartan MDL - ECF No 2752

Sure. Let me check with Judge Bumb

Warmly, *Loretta*
856.757.5019
Loretta_smith@njd.uscourts.gov

---

**From:** Rose, Nina R <Nina.Rose@skadden.com>
**Sent:** Thursday, June 20, 2024 15:07
**To:** Loretta Smith <Loretta_Smith@njd.uscourts.gov>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; Davidson, Jessica <Jessica.Davidson@skadden.com>
**Subject:** Valsartan MDL - ECF No 2752

**CAUTION - EXTERNAL:**

Loretta –

ZHP submitted the attached correspondence to the Court earlier this week requesting that the hearing date for ZHP's pending objection to Special Master Order No. 98 be moved to the already-scheduled conference on July 23, 2024. Plaintiffs do not oppose the request. Would it be possible for the Court to advise as to whether it is amenable to moving the hearing date for the motion?

Thank you very much in advance,
Nina Rose

**Nina R. Rose**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
**T: +1.202.371.7105** | **F: +1.202.661.0575** | **M: +919.949.9343**
nina.rose@skadden.com

Skadden

Please consider the environment before printing this email.