### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Renée Marie Bumb, C.U.S.D.J. <br><br> Civil No. 1:19-cv-02875-RMB-SK |
| This Document Relates to: <br><br> *All Actions* | |

### NOTICE OF APPEARANCE

TO:    CLERK, UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Maureen T. Coghlan of Archer & Greiner, P.C., who is admitted to practice before this Court, for Defendants Mylan Pharmaceuticals, Inc., Mylan, Inc., and Mylan Laboratories, Ltd. on this Court's Master Docket.

By entering an appearance on the Master Docket, these Defendants do not waive and specifically preserve all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

                                                                       Respectfully submitted,

                                                                       <u>s/ Maureen T. Coghlan</u>
                                                                       Maureen T. Coghlan
                                                                       **ARCHER & GREINER, P.C.**
                                                                       1025 Laurel Oak Road
                                                                       Voorhees, NJ 08043
                                                                       (856) 354-3034
                                                                       mcoghlan@archerlaw.com

Dated: June 28, 2024                              *Attorneys for Defendants*
                                                             *Mylan Pharmaceuticals, Inc., Mylan, Inc.*
                                                             *and Mylan Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record via the CM/ECF system.

s/ Maureen T. Coghlan<br>
Maureen T. Coghlan