# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

June 28, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK)

Dear Chief Judge Bumb:

Please accept this letter on behalf of the Plaintiffs, with the consent of the Hetero Defendants, to request an extension of the June 30, 2024 deadline set by your Honor's May 31, 2024 Order, for the finalization of all Hetero valsartan settlement related agreements.  The parties are working closely with Judge Schneider and need and would greatly appreciate the following extensions:

- July 15, 2024 to finalize the economic loss settlement documents.

- July 22, 2024 to finalize the personal injury settlement documents.

Honorable Renée Marie Bumb
United States District Court
June 28, 2024
Page 2


- September 30, 2024 to finalize the medical monitoring settlement documents.

If these extensions are acceptable to the Court, Plaintiffs kindly ask the Court to "So Order" this letter.

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER
Plaintiffs' Liaison Counsel

Cc: All counsel of record (via ECF)