**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>REBECCA LYNN REESE AND DALE LEE REESE v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>Defendants. | Civil No. 20-cv-04558-RBK/JS<br><br>MDL No. 19-2875 (RBK/SAK) |

**SUGGESTION OF DEATH UPON THE RECORD UNDER F.R.C.P. 25(a)(1)**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** Kevin B. Hicks, attorney for plaintiffs, Rebecca Lynn Reese and Dale Lee Reese, suggests upon the record, pursuant to F.R.C.P. 25(a)(1), the death of Rebecca Lynn Reese during the pendency of this action.

Dated: July 2, 2024

                                                Respectfully submitted,

                                                */s/ Kevin B. Hicks*
                                                Kevin B. Hicks (Ga Bar #611846)
                                                Sandy R. Burney (Ga Bar #579641)
                                                2245 Vineville Ave.
                                                Macon, Ga. 31204
                                                T: (478) 254-5054
                                                F: (888) 560-6694
                                                E: kevin@hickslawoffices.com
                                                **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, a copy of foregoing Suggestion of Death Upon the Record Under F.R.C.P. 25(a)(1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                           */s/  Kevin B. Hicks*
                                           Kevin B. Hicks (Ga. Bar No. 611846)