IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>REBECCA LYNN REESE AND DALE LEE REESE v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>Defendants. | Civil No. 20-cv-04558-RBK/JS<br><br>MDL No. 19-2875 (RBK/SAK) |

## MOTION FOR SUBSTITUTION OF PARTY

The named Plaintiff in this action, Rebecca Lynn Reese, passed away on May 5, 2024. See Ex. A (certificate of death). On June 25, 2024, Dale Lee Reese and Sidney Elaine Hyde, Ms. Reese's widow and daughter were appointed Executor's of the Estate of Rebecca Reese. See Ex. B. (Letters Testamentary). Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff respectfully moves that Dale Lee Reese and Sidney Elaine Hyde be substituted as the proper parties in this action pursuant to their status as Executors of the Estate of Rebecca Lynn Reese.

Dated: July 3, 2024

Respectfully Submitted,
/s/ *Kevin B. Hicks, Sr.*

Kevin B. Hicks, Sr.
GA Bar No.: 611846
Sandy R. Burney
GA Bar No.: 579641
**The Law Offices of Kevin B. Hicks**
2245 Vineville Avenue,
Macon, GA 31210
Phone: (478) 207-4633
Fax:   (888) 560-6694
Email: kevin@hickslawoffices.com
*Attorney for Plaintiffs*

i

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, a copy of foregoing Suggestion of Death Upon the Record Under F.R.C.P. 25(a)(1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                                                          **/s/ Kevin B. Hicks**
                                                                      Kevin B. Hicks (GA Bar No. 611846)