# GEORGIA DEATH CERTIFICATE

State File Number: 2024GA000030954

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | REBECCA LYNN REESE |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | BEARDSLEE |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 05/05/2024 |
| 3. SOCIAL SECURITY NUMBER | |
| 4a. AGE (Years) | 58 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | |
| 6. BIRTHPLACE | NORTH CAROLINA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | |
| 7e. ZIP CODE | 31211 |
| 7f. INSIDE CITY LIMITS? | UNKNOWN |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SENIOR VICE PRESIDENT |
| 8b. KIND OF INDUSTRY OR BUSINESS | TELEVISION |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | DALE LEE REESE |
| 11. FATHER'S FULL NAME (First, Middle, Last) | JOHN FARREL BEARDSLEE |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | SHARRON KAY LAWRENCE |
| 13a. INFORMANT'S NAME (First, Middle, Last) | DALE LEE REESE |
| 13b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 13c. MAILING ADDRESS | |
| 14. DECEDENT'S EDUCATION | BACHELOR'S DEGREE |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | PIEDMONT MACON MEDICAL CENTER |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION (specify) | CREMATION |
| 22. PLACE OF DISPOSITION | BURPEE-SCOTT MEMORIAL CHAPEL AND CREMATORY 2932 HWY 41 N FORT VALLEY GEORGIA 31030 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 05/07/2024 |
| 24a. EMBALMER'S NAME | |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | FAIRHAVEN FUNERAL HM AND CREMATION SERVICES-MACON |
| 25a. FUNERAL HOME ADDRESS | 4989 MOUNT PLEASANT CHURCH ROAD MACON GEORGIA 31216 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | LEO L THOMAS |
| 26b. FUN. DIR. LICENSE NO | 5656 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 05/05/2024 |
| 28. HOUR PRONOUNCED DEAD | 13:48 MILITARY |
| 29a. PRONOUNCER'S NAME | DOUGLAS BUCKERT |
| 29b. LICENSE NUMBER | |
| 29c. DATE SIGNED | 05/05/2024 |
| 30. TIME OF DEATH | 13:48 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate Interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. | NA |
| | Due to, or as a consequence of | |
| | B. | NA |
| | Due to, or as a consequence of | |
| | C. | |
| | Due to, or as a consequence of | |
| | D. | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

33. WAS AUTOPSY PERFORMED?
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

| Field | Value |
|---|---|
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | |
| 38. DATE OF INJURY (Mo., Day, Year) | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | |
| 41. INJURY AT WORK? (Yes or No) | |
| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)
/S/ LEON JONES CORONER

| Field | Value |
|---|---|
| 45a. DATE SIGNED (Mo., Day, Year) | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED (Mo., Day, Year) | 05/07/2024 |
| 46b. HOUR OF DEATH | 13:48 MILITARY |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
LEON JONES 111 THIRD STREET MACON GEORGIA 31201

48. REGISTRAR (Signature): /S/ CHRISTOPHER JP HARRISON

49. DATE FILED - REGISTRAR (Mo., Day, Year): 05/08/2024

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH