# IN THE PROBATE COURT OF JONES COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF )
)
REBECCA LYNN REESE, ) ESTATE NO. 2024P99
DECEASED )

## LETTERS TESTAMENTARY
*[Relieved of filing returns]*

At a regular term of probate court, the last will and testament dated **SEPTEMBER 25, 2023** of the above-named decedent, who was domiciled in this county at the time of her death or was domiciled in another state but owned property in this county at the time her death, was legally proven in solemn form to be the decedent's will and was admitted to record by order, and it was further ordered that **DALE LEE REESE AND SIDNEY ELAINE HYDE,** named as executors in said will, be allowed to qualify, and that upon so doing, letters testamentary be issued to such executors.

THEREFORE, the executors, having taken the oath of office and complied with all necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of executors under the will of said decedent, according to the decedent's will and the law.

Given under my hand and official seal, the 25th day of June, 2024.

_____
Judge of the Probate Court

*The following must be signed if the judge does not sign the original of this document:*

Issued by:

_____
Clerk of the Probate Court

**Certified Letters**

This will certify that this is a true and correct copy of the Letters originally issued by and on file in the Probate Court of Jones County, Georgia and will further certify that same remain, on this date, of full force and effect. In witness whereof, I have hereunto set my official signature and the SEAL of this Court, this 25th day of June, 2024.

_____
Clerk, Probate Court of Jones County

GPCSF 5   [15]   Eff. July 2021