THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>REBECCA LYNN REESE AND DALE LEE REESE v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>**Defendants.** | Civil No. 20-cv-04558-RBK/JS<br><br>MDL No. 19-2875 (RBK/SAK) |

## ORDER

This matter having come before the Court by way of a motion for substitution of party [Civ. ECF No.12 MDL ECF No. 2765] filed on behalf of Plaintiff Rebecca Lynn Reese and Dale Hamlin by Kevin B. Hicks and Sandy R. Burney, Esquires, seeking to substitute Dale Lee Reese and Sidney Elaine Hyde in their capacity as the Executors of the Estate of Rebecca Lynn Reese, in place of Plaintiff Rebecca Lynn Reese, pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed the moving papers and submissions, the record in this matter, and the applicable law; and the Court noting that a suggestion of death was filed on the main MDL docket on July 2, 2024 (MDL ECF No. 2764); and that this application is timely pursuant to Rule 25(a)(1); and that Defendants would not suffer any prejudice by this substitution; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and good cause having been shown,

**IT IS HEREBY ORDERED** this _____ day of **July 2024**, that Plaintiff's motion for substitution of party [Civ. ECF No. 12/MDL ECF No. 2765] is **GRANTED**; and it is further

**ORDERED** that Dale Lee Reese and Sidney Elaine Hyde in their capacity as the Executors of the Estate of Rebecca Lynn Reese are hereby SUBSTITUTED in place of Plaintiff Rebecca Lynn Reese; and it is further

**ORDERED** that the Clerk of the Court shall amend the case captions accordingly.

RENEE MARIE BUMB
United States Chief District Judge