THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>REBECCA LYNN REESE AND DALE LEE REESE v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>**Defendants.** | Civil No. 20-cv-04558-RBK/JS<br><br>MDL No. 19-2875 (RBK/SAK) |

## PROPOSED CAPTION

This matter having come before the Court by way of a motion for substitution of party [Civ. ECF No.12 MDL ECF No. 2765] filed on behalf of Plaintiff Rebecca Lynn Reese and Dale Hamlin by Kevin B. Hicks and Sandy R. Burney, Esquires, seeking to substitute Dale Lee Reese and Sidney Elaine Hyde in their capacity as the Executors of the Estate of Rebecca Lynn Reese, in place of Plaintiff Rebecca Lynn Reese, pursuant to Federal Rule of Civil Procedure 25(a)(1). Plaintiff's counsel proposes the below caption:

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DALE LEE REESE AND SIDNEY ELAINE HYDE AS EXECUTORS OF THE ESTATE OF REBECCA LYNN REESE AND DALE LEE REESE v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>**Defendants.** | Civil No. 20-cv-04558-RBK/JS<br><br>MDL No. 19-2875 (RBK/SAK) |

Dated: July 3, 2024

Respectfully Submitted,

/s/*Kevin B. Hicks, Sr.*

Kevin B. Hicks, Sr. GA Bar No.: 611846
Sandy R. Burney
GA Bar No.: 579641
**The Law Offices of Kevin B. Hicks**
2245 Vineville Avenue,
Macon, GA 31210
Phone: (478) 207-4633
Fax:    (888) 560-6694
Email: kevin@hickslawoffices.com
*Attorney for Plaintiffs*