IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO 2875<br><br>**Honorable Renée Marie Bumb, District Judge** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 102.1, Christina B. Moore, counsel of record for Defendant Express Scripts, Inc. hereby moves this Court for an order allowing her to withdraw her appearance as counsel of record in this case. In support of this motion, the undersigned counsel states as follows.

1. Christina B. Moore entered her appearance on March 17$^{th,}$ 2021, as an attorney of record for Defendant Express Scripts, Inc.

2. Christina B. Moore has resigned from her position at Husch Blackwell LLP effective July 12, 2024, and has accepted an in-house counsel position.

3. A. James Spung, Matthew Knepper, Sarah Zimmerman, and the firm Husch Blackwell LLP will continue as counsel of record for Defendant Express Scripts, Inc.

4. The granting of this motion will not adversely affect the interests of

1

the parties of this Court.

WHEREFORE, Christina B. Moore respectfully ask this Court to grant this motion for leave of the Court for the withdrawal of Christina B. Moore from representation of Express Scripts, Inc., and to terminate her appearance as counsel of record in this action.

        Respectfully submitted,

        HUSCH BLACKWELL LLP

        */s/ Christina Moore*
        Christina B. Moore (Mo. #33531)
        A. James Spung (Mo. #70787)
        Matthew Knepper (MO. #61731)
        Sarah Zimmerman (Mo, #69440)
        8001 Forsyth Blvd., Suite 1500
        St. Louis, MO 63105
        Telephone: 314.480.1500
        Facsimile: 314.480.1505
        Christina.moore@huschblackwell.com
        James.spung@huschblackwell.com
        Matt.Knepper@Huschblackwell.com
        Sarah.Zimmerman@huschblackwell.com

        ***Attorneys for Express Scripts, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, the forgoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               */s/ Christina B. Moore*