Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

*Attorneys for Defendants Hetero Labs Limited and Hetero Drugs Limited*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAIN PRODUCTS LIABILITY LIGITATION<br><br>This Document Relates To All Cases | MDL. NO.: 2875<br><br>Civil Action No.: 19-2875-RBK-JS |

### ENTRY OF APPEARANCE

The undersigned hereby enters an appearance in the above matter on behalf of defendants Hetero Labs Limited, and Hetero Drugs Limited.

        Respectfully submitted,
        **HILL WALLACK LLP**

By:   */s/ Kristine L. Butler*
      KRISTINE L. BUTLER
      21 Roszel Road
      Princeton, New Jersey 08540
      (609) 924-0808

Dated: July 12, 2024

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| July 12, 2024 | /s/ *Kristine L. Butler* |
| Date | KRISTINE L. BUTLER |

4874-9861-2432, v. 2