# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

July 19, 2024

**_VIA ECF_**

| | |
|---|---|
| Honorable Renée Marie Bumb | Honorable Thomas I. Vanaskie (Ret.) |
| United States District Court | Special Master |
| Mitchell H. Cohen Building and | Stevens & Lee |
|  U.S. Courthouse | 1500 Market St., East Tower, |
| Courtroom 3D |  Suite 1800 |
| 4th and Cooper Streets | Philadelphia, Pennsylvania 19103 |
| Camden, New Jersey  0810 | |

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs in advance of the July 23, 2024 case management conference. The Parties' agenda items are as follows:

1. **November 2024 Trial Date.**

2. **Stipulation of Dismissal of Certain Claims in Losartan and Irbesartan Cases.**

3. **Rule 16 Scheduling Order for Losartan/Irbesartan.**

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
July 19, 2024
Page 2

4. The Mansouri Study.

5. Other Case Management Issues.

6. Plaintiffs' Motion for Sanctions Under Rule 37 Against ZHP.

7. ZHP's Motion to Amend/Correct Regarding Ali Afnan and Plaintiffs' Counter Motion.

8. Plaintiffs' Motion to Amend/Correct Regarding Timothy Anderson.

9. Defendants' Motion to Reverse SMO 97 Denying Request for Leave to Amend Affirmative Defenses.

10. Plaintiffs' TPP Trial Motion Regarding Deposition Designations.

11. TPP Trial Motions in Limine.

The Court indicated in its text order that the parties should be prepared to argue or otherwise address the pending motions in limine, as time allows. Plaintiffs will be prepared to address all of the pending motions in limine. Plaintiffs suggest that the following pending motions in limine will help to advance other aspects of the parties' trial preparation, and request that the Court consider prioritizing discussion of these motions to the extent time allows.

A. General Causation: The parties have filed competing motions with regard to whether or what extent general causation should be addressed during the upcoming TPP trial. (Plaintiffs' MIL 9 and Defendants' Response to Plaintiffs' MIL

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
July 19, 2024
Page 3

9).  Resolution of this issue will have a significant impact on the parties' ongoing negotiations with regard to the deposition designations.  The parties have preserved a large number of disputes, spanning a great deal of proposed deposition testimony to be played at trial.  The Court's ruling on this issue will provide the parties the necessary guidance to narrow the disputes that may need to be addressed by the Court.

    B. FDA:  The Plaintiffs have filed motions addressing the extent to which statements by the FDA and actions which were or were not undertaken by the FDA may be used at trial.  (See Plaintiffs' MIL's 2, 3, 4, 5).  The resolution of these issues has the potential to impact a significant number of objections/disputes in the proposed designations.

    Respectfully,

    ADAM M. SLATER

Cc: All counsel of record (via ECF)