[ECF No. 2768]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 19-2875 |

# ORDER

This matter having come before the Court by way of the Motion to Withdraw as Counsel [ECF No. 2768] filed by Christina B. Moore, Esquire, counsel for Defendant Express Scripts, Inc.; and there being no opposition to the motion; and counsel requesting to withdraw on behalf of herself, in light of her resignation from the law firm of Husch Blackwell LLP; and Ms. Moore representing that counsel from the law firm of Husch Blackwell LLP will continue as counsel of record for Defendant; and the Court noting that Local Civil Rule 102.1 only requires leave of Court to withdraw an appearance of counsel if no other counsel is substituted; and the Court exercising its discretion to decide the motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **22nd** day of **July**, **2024**, that the Motion to Withdraw as Counsel [ECF No. 2768] is **DENIED** as moot.

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb, Chief Judge