**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                         **July 23, 2024**
                                                          DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**COURT REPORTER:   JOHN KURZ**

                                              Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
SEE ATTACHED SIGN-IN SHEETS

**NATURE OF PROCEEDINGS:   PRETRIALCONFERENCE/MOTIONS HEARING**

Pretrial Conference held on the record.
Hearing on in limine motions held on the record.
Order to issue.
Ordered jury selection set for October 30, 2024 at 9:00AM.


Time Commenced:   10:00a.m.        Time Adjourned: 1:15p.m.
                  2:00p.m.                         5:15p.m.

Total Time:   7:00

                                                  Lawrence MacStravic
                                                  Deputy Clerk