PLAINTIFFS

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### July 23, 2024 – 10:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Adam M. Slater | 19-md-2875 | Plaintiffs |
| Christopher J. Geddis | " | " |
| Ruben Honik | " | " |
| Gregory P. Hansel | " | " |
| Conlee Whiteley | " | " |
| John Davis | " | " |
| Marlene Goldenberg | " | " |
| Daniel Nigh | " | " |
| David Stanoch | " | " |

1

DEFENDANTS

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### July 23, 2024 – 10:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Devora Allon | | Torrent |
| Kara Kapke | | CVS, Walmart, Walgreens |
| Paul Quincy | | CVS, Walmart, Walgreens |
| Roxana Gonzalez | | OptumRx, Inc. |
| Matthew Knepper | | Express Scripts |
| Alexia Brancato | | Torrent |
| John P. Lavelle, Jr. | | Aurobindo |
| Victoria Lockard | | Teva |
| Greg Ostfeld | | Teva |
| Steve Harkins | | Teva |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### July 23, 2024 – 10:00AM

PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Clem Trischler | | Mylan |
| Jason Reefer | | Mylan |
| Maureen Caghan | | Mylan |
| Frank Stoy | | Mylan |
| Jonathan Jacob | | Albertsons |
| Terry Henry | | Hetero Coucken |
| Bill MURTHA | | Hetero |
| Kristen Butler | | Hetero |
| Nina Rose | | ZHP |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### July 23, 2024 – 10:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Jessica Davidson | | ZHP |
| Dlessi Davis | | McKesson |
| Seth Goepinger | | Amerisource Bergen Corp |
| Corey Weinstein | | Macleods |
| Andrew Kaplan | | Cardinal Health |
| David Sellinger | | Walmart |
| Richard Bernardo | | ZHP |
| ZACHARY MARTIN | | ZHP |
| Alexander Kasparie | | ZHP |

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### July 23, 2024 – 10:00AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Kristin Ives | | Humana Pharmacy, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |