# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

July 24, 2024

**VIA ECF**
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  0810

Re:   *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
       **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Chief Judge Bumb:

Further to yesterday's case management conference, of the September dates provided by Your Honor for *Daubert* hearings, Plaintiffs' damages expert, Dr. Rena Conti, is available on September 9, 2024. We respectfully ask that the hearing on Defendants' motion as to Dr. Conti be scheduled for September 9.

Respectfully,

ADAM M. SLATER

Honorable Renée Marie Bumb, U.S.D.J.
July 24, 2024
Page 2

Cc: All counsel of record (via ECF)