# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 601 Lexington Avenue<br>New York, NY 10022<br>United States | |
|---|---|---|
| Devora W. Allon, P.C.<br>To Call Writer Directly:<br>+1 212 446 5967<br>devora.allon@kirkland.com | +1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

July 25, 2024

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
U.S. Courthouse
Courtroom 3D
4th & Cooper Streets
Camden, NJ 08101

      Re:    *In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875-RMB (D.N.J.)

Dear Chief Judge Bumb:

    We write regarding the available September *Daubert* hearing dates provided by Your Honor at the July 23, 2024 case management conference. Defendants' expert Lauren Stiroh is available on September 10, and Defendants' expert Wayne Gibson is available on September 17.

    Defendants thus respectfully ask that the hearing on Plaintiffs' *Daubert* Motion to Exclude Testimony of Lauren J. Stiroh, Ph.D. (ECF 2630) be scheduled for September 10, and that the hearing on Plaintiffs' *Daubert* Motion to Exclude Testimony of Wayne Gibson (ECF 2631) be scheduled for September 17.

    Further, given that Plaintiffs' *Motion in Limine* No. 16 (ECF 2648-1) is related to the issues in Plaintiffs' *Daubert* Motion to Exclude Testimony of Lauren J. Stiroh, Ph.D. (ECF 2630), Defendants request to hold argument about *Motion in Limine* no. 16 on the same day, September 10.

# KIRKLAND & ELLIS LLP

The Honorable Renée Marie Bumb
July 25, 2024
Page 2

Sincerely,

Devora W. Allon, P.C.