SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

———

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7105
DIRECT FAX
(202) 661-0575
EMAIL ADDRESS
NINA.ROSE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 25, 2024

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
Courtroom 3D
4th & Cooper Streets
Camden, NJ 08101

        Re:    *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
                Case No. 1:19-md-02875-RMB (D.N.J.)

Dear Chief Judge Bumb:

    We write regarding the available dates for *Daubert* hearings that Your Honor provided at the July 23, 2024 case management conference. The ZHP Defendants' expert, Dr. Ali Afnan, is available on September 18, 2024. We therefore respectfully request that the hearing on the parties' motions with respect to Dr. Afnan (ECF 2591, 2626 & 2651) be scheduled for September 18.

                                        Respectfully,

                                        Nina R. Rose

cc: All counsel of record (via ECF)