[ECF No. 2765]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RMB/SAK) |
| THIS DOCUMENT RELATES TO:<br><br>REBECCA LYNN REESE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HETERO DRUGS LTD. et al.,<br><br>Defendants. | Civil No. 20-4558 (RMB/SAK) |

## ORDER

This matter having come before the Court on the Motion to Substitute Party [ECF No. 2765] filed by Kevin B. Hicks, Sr., Esquire, on behalf of Plaintiff Rebecca Lynn Reese; and there being no opposition to the motion; and Plaintiff seeking to substitute Dale Lee Reese and Sidney Elaine Hyde, as Executors of the Estate of Rebecca Lynn Reese, for the Plaintiff-decedent Rebecca Lynn Reese pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed Plaintiff's moving papers and submissions, the record in this matter, and the applicable law; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and accordingly,

**IT IS HEREBY ORDERED** this **25th** day of **July, 2024**, that Plaintiff's Motion to Substitute Party [ECF No. 2765] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket and case caption to reflect "Dale Lee Reese and Sidney Elaine Hyde," as Plaintiffs, in their capacity as Executors of the Estate of Rebecca Lynn Reese.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc: Hon. Renée Marie Bumb, Chief Judge