# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Devora W. Allon, P.C.<br>To Call Writer Directly:<br>+1 212 446 5967<br>devora.allon@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

July 26, 2024

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
U.S. Courthouse
Courtroom 3D
4th & Cooper Streets
Camden, NJ 08101

    Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875-RMB (D.N.J.)

Dear Chief Judge Bumb:

  We write regarding the Order (ECF 2786) entered by Your Honor scheduling the next Case Management Conference for Wednesday, September 18, 2024. Due to a previously scheduled jury exercise in another matter on September 18[1], the Torrent Defendants respectfully request that the Court schedule the Case Management Conference on Monday, September 9, 2024, or Tuesday, September 10, 2024.

                Sincerely,

                Devora W. Allon, P.C.

---

[1] The *Daubert* hearing currently set for September 18, 2024, is for Dr. Ali Afnan, who is a ZHP-specific expert witness.