✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

                                  **District of**  NEW JERSEY

| | |
|---|---|
| WALTER L. SHUMPERT, JR., ET AL.<br>　　　　　　　　　　Plaintiff (s),<br>V.<br>PRIME THERAPEUTICS, ET AL.<br>　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:20-cv-15804-RBK-JS |

Notice is hereby given that, subject to approval by the court, __Prime Therapeutics__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Andrew J. Heck__, State Bar No. __011802012__ as counsel of record in
(Name of New Attorney)

place of __Bethany Beaver; Anna Maria Tejada__ .
　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Andrew J. Heck
　　Address:　　　7 Giralda Farms-Suites 100/101
　　Telephone:　　(973) 735-6112　　　　Facsimile　(973) 624-0808
　　E-Mail (Optional):　andrew.heck@wilsonelser.com

I consent to the above substitution.
Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: __3/19/2024__　　　　　　　　　　　/s/ Anna Maria Tejada
　　　　　　　　　　　　　　　　　　　　　　/s/ Bethany Beaver
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**