# UNITED STATES DISTRICT COURT

**District of** NEW JERSEY

| | |
|---|---|
| RONALD J. HULL, ET AL.<br>Plaintiff (s),<br>V.<br>PHARMACEUTICAL CO. LTD, ET AL.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:21-CV-2259-RBK-KMW |

Notice is hereby given that, subject to approval by the court, __Prime Therapeutics__ substitutes
(Party (s) Name)

__Andrew J. Heck__, State Bar No. __011802012__ as counsel of record in
(Name of New Attorney)

place of __Bethany Beaver; Anna Maria Tejada__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Andrew J. Heck
   Address:      7 Giralda Farms-Suites 100/101
   Telephone:    (973) 735-6112          Facsimile   (973) 624-0808
   E-Mail (Optional):   andrew.heck@wilsonelser.com

I consent to the above substitution.

Date: _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: 3/26/24

/s/ Anna Maria Tejada
/s/ Bethany Beaver
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**