# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK<br><br>Honorable Renée Marie Bumb<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' OBJECTIONS TO AND MOTION TO REVERSE OR MODIFY SPECIAL MASTER ORDER 100 IN PART** |

To:   Jessica Davidson
      Skadden, Arps, Slate, Meagher & Flom LLP
      One Manhattan West
      New York, New York 10001

PLEASE TAKE NOTICE that in accordance with the Court's July 23, 2024 order, Plaintiffs, by and through their undersigned counsel, hereby object to and move before the Honorable Renée Marie Bumb to reverse or modify Special Master Order 100 in part.

Dated: August 2, 2024                    Respectfully submitted,

*/s/ Adam Slater*                        */s/ Daniel Nigh*
Adam Slater                              Daniel Nigh
**MAZIE, SLATER, KATZ &**                **NIGH GOLDENBERG RASO &**
**FREEMAN, LLC**                         **VAUGHN, PLLC**
103 Eisenhower Pkwy, 2nd Flr.            14 Ridge Square NW
Roseland, NJ 07068                       Third Floor
Phone: (973) 228-9898                    Washington, D.C. 20016
aslater@mazieslater.com                  Phone: (850) 600-8090
                                         dnigh@nighgoldenberg.com

*/s/ Ruben Honi*
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

***Counsel for Plaintiffs***