UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

**SPECIAL MASTER SCHEDULING ORDER**

**NOW, this 5th Day of August, 2024, IT IS HEREBY ORDERED THAT**

1. No later than August 12, 2024, Plaintiffs and the Defendants shall file on the docket a letter report on the status of their discussions concerning discovery of financial information relevant to the Plaintiffs' punitive damage claims.

2. No later than August 6, 2024, Plaintiffs shall file on the docket the deposition transcript of Jorge Lopez and the letters of May 12, 2021 and June 4, 2021 dealing with the assignments from SummaCare, Inc. and EmblemHealth Services Company, LLC, Group Health Incorporated, and Health Insurance Plan of Greater New York. Plaintiffs may also provide in their letter report citations to the case authorities that support their position on the validity of the assignments.

1

3. No later than August 13, 2024, Defendants may file on the docket a letter brief responding to Plaintiffs' submissions.

4. A determination on whether additional argument concerning the validity of the assignments and discovery of financial information relevant to punitive damages is warranted will be made after review of the parties' submissions.

Dated: August 5, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master