# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Alexia R. Brancato
To Call Writer Directly:
+1 212 909 3344
alexia.brancato@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 6, 2024

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
U.S. Courthouse
Courtroom 3D
4th & Cooper Streets
Camden, NJ 08101

Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875-RMB (D.N.J.)

Dear Chief Judge Bumb:

We write regarding Your Honor's request during the July 23, 2024 conference (ECF No. 2791 at 237:15-21) for further briefing on Plaintiffs' Motion *in Limine* No. 16 regarding evidence of the cost of replacement drugs ("Motion") (ECF No. 2648-1).

TPP Trial Defendants ("Defendants") attempted to reach agreement with Plaintiffs regarding a briefing schedule for the Motion, but Plaintiffs insisted on two rounds of simultaneous briefing.

Defendants believe that sequential briefing is more appropriate than simultaneous briefing. Plaintiffs' Motion is one page long, cites no case law, and refers to no specific evidence (ECF No. 2648-1 at 27-28). Filing sequential briefs would ensure that Defendants' submission specifically address Plaintiffs' cited cases and evidence and that the Court receives briefs focusing on the core issues, rather than misaligned briefs talking past each other. Additionally, reply briefs are not appropriate or necessary here because the initial schedule for motions *in limine* did not permit replies, and the parties have the opportunity to present any reply arguments at the September 10, 2024 oral argument on the Motion (ECF No. 2786).

Accordingly, Defendants respectfully request that Your Honor enter the following briefing schedule with respect to Plaintiffs' Motion:

# KIRKLAND & ELLIS LLP

The Honorable Renée Marie Bumb
August 6, 2024
Page 2

    August 13, 2024    Plaintiffs' supplemental brief due

    August 30, 2024    Defendants' response brief due

    Sincerely,

    Alexia R. Brancato