UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Case No. 19-md-2875<br>MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief District Judge<br><br>Special Master Judge Thomas Vanaskie |
| This Document Relates to All Losartan and Irbesartan Actions | |

**JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER ON MOTION TO DISMISS REGARDING PLAINTIFFS' MASTER COMPLAINTS FOR LOSARTAN AND IRBESARTAN**

NOW come counsel for Plaintiffs and Defendants named in Plaintiffs' Master Losartan Medical Monitoring Complaint (681), Master Losartan Personal Injury Complaint (682), Master Irbesartan Personal Injury Complaint (683), Master First Amended Losartan Economic Loss Complaint (751), and Master First Amended Irbesartan Economic Loss Complaint (752), and jointly request that the Court enter the proposed Stipulation and Order on Motions to Dismiss regarding the aforementioned Plaintiffs' Master Complaints for Losartan and Irbesartan, attached hereto as Exhibit A. As set forth in the proposed Stipulation and Order on Motions to Dismiss, in order to conserve the Court and the parties' resources and for efficiency's sake, the parties seek to avoid briefing motions to dismiss on Plaintiffs'

Master Losartan and Irbesartan Complaints that would be substantially similar to the prior briefing on the motions to dismiss filed by Defendants as to Plaintiffs' Master Valsartan Complaints, and which would likely generate substantially similar orders and opinions from this Court as to Plaintiffs' claims regarding Losartan and Irbesartan. Therefore, without waiving and while specifically preserving all of their respective appellate rights as to each Losartan and Irbesartan claim, defense, motion, ruling, issue and argument, the parties jointly request that the Court enter the attached proposed Stipulation and Order on Motions to Dismiss Plaintiffs' Master Complaints for Losartan and Irbesartan.

Respectfully submitted,

| **MAZIE, SLATER, KATZ & FREEMAN, LLC** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
|---|---|
| /s/ *Adam Slater* | /s/ *Jessica Davidson* |
| Adam Slater | Jessica Davidson |
| 103 Eisenhower Pkwy, 2nd Flr. | Allison M. Brown |
| Roseland, NJ 07068 | One Manhattan West |
| Tel: (973) 228-9898 | New York, NY 10001 |
| aslater@mazieslater.com | Tel: (212) 735-3222 |
| | jessica.davidson@skadden.com |
| *Attorneys for Plaintiffs, Plaintiffs'* | allison.brown@skadden.com |
| *Liaison Counsel to the Court and the* | |
| *Defendants* | Nina R. Rose |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 371-7000 |
| | nina.rose@skadden.com |

*Member of Defendants' Executive Committee, Defendants' Liaison Counsel, and Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

| | |
|---|---|
| **NIGH GOLDENBERG RASO & VAUGHN, PLLC** | **GREENBERG TRAURIG, LLP** |
| /s/ *Daniel Nigh* | /s/ *Victoria Davis Lockard* |
| Daniel Nigh | Victoria Davis Lockard |
| 14 Ridge Square NW Third Floor | Lori G. Cohen |
| Washington, D.C. 20016 | Steven M. Harkins |
| Tel: (850) 600-8090 | Terminus 200 |
| dnigh@nighgoldenberg.com | 3333 Piedmont Road, N.E., Suite 2500 |
| | Atlanta, GA 30305 |
| *Attorneys for Plaintiffs* | Tel: (678) 553-2100 |
| | CohenL@gtlaw.com |
| | LockardV@gtlaw.com |
| | HarkinsS@gtlaw.com |

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com

*Member of Defendants' Executive Committee and Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

**HONIK LLC**

/s/ *Ruben Honik*
Ruben Honik
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: (267) 435-1300
ruben@honiklaw.com

*Attorneys for Plaintiffs*

**KANNER & WHITELEY, LLC**

/s/ *Conlee S. Whiteley*
Conlee S. Whiteley
David J. Stanoch
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
c.whiteley@kanner-law.com

*Attorneys for Plaintiffs, Plaintiffs' Liaison Counsel*

**UB GREENSFELDER LLP**

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 698-5038
jgeoppinger@ubglaw.com

*Member of Defendants' Executive Committee, Liaison Counsel for Wholesaler Defendants, and Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)*

**BARNES & THORNBURG LLP**

/s/ *Kara M. Kapke*
Sarah E. Johnston
Kristen L. Richer
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
Sarah.Johnston@btlaw.com
Kristen.Richer@btlaw.com

Kara M. Kapke
11 S Meridian St.
Indianapolis, IN 46204
Tel: (317) 236-1313
kara.kapke@btlaw.com

*Member of Defendants' Executive Committee, Liaison Counsel for Retailer Defendants, and Attorneys for CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation), Rite Aid Corporation, Walgreen Co. and Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused to be served a copy of the foregoing on August 8, 2024, via ECF.

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger