# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-2875 MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief District Judge**<br><br>**Special Master Judge Thomas Vanaskie** |
| ***This Document Relates to All Losartan and Irbesartan Actions*** | |

## [PROPOSED] STIPULATION ON MOTION TO DISMISS AND ORDER

WHEREAS, Defendants previously moved to dismiss Plaintiffs' Master Valsartan Complaints along with extensive briefing of arguments and authorities in support (*see* ECF 520-523, 598-600);

WHEREAS after consideration of the motions briefing, this Court entered a series of opinions and orders on the motions to dismiss filed by Defendants regarding Plaintiffs' Master Valsartan Complaints (*see* ECF 675-676, 728-729, 775-776, 818-819, 838-839, 1019-1020);

WHEREAS, the Special Master and this Court granted Plaintiffs' motion for leave to amend their Master Valsartan Complaints (*see* ECF 1614-1615, 1994) and allowed certain claims as specified therein, consistent with the Court's prior rulings on Defendants' motions to dismiss;

WHEREAS, prior to the Court's rulings noted above, Plaintiffs at the Court's direction filed Master Complaints for Losartan and Irbesartan, the operative versions of which are on the Court's docket at ECF 681 (Master Losartan Medical Monitoring Complaint), 682 (Master Losartan Personal Injury Complaint), 683 (Master Irbesartan Personal Injury Complaint), 751 (Master First Amended Losartan Economic Loss Complaint), and 752 (Master First Amended Irbesartan Economic Loss Complaint);

WHEREAS, Defendants seek to similarly move to dismiss Plaintiffs' Master Complaints for Losartan and Irbesartan, based on the same or similar grounds, arguments and authorities set forth in Defendants' prior Motions to Dismiss Plaintiffs' Master Valsartan Complaints in a way that resolves the motions, promotes efficiency and preserves Defendants' appellate rights;

WHEREAS, the parties, to conserve their and the Court's resources and for efficiency's sake, seek to avoid briefing motions to dismiss on the Master Losartan and Irbesartan Complaints that would be substantially similar to the prior briefing on the motions to dismiss filed by Defendants as to Plaintiffs' Master Valsartan Complaints, and which would likely generate substantially similar orders and opinions from this Court as to Losartan and Irbesartan;

WHEREAS, the parties seek to preserve all of their respective appellate rights as to each Losartan and Irbesartan claim, defense, motion, ruling, issue and argument;

WHEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendants are hereby deemed to have filed Motions to Dismiss the Master Losartan and Irbesartan Complaints and Amended Complaints asserting, adopting and incorporating any and all positions, arguments and authorities set forth in Defendants' Motions to Dismiss Plaintiffs' Master Valsartan Complaints and the extensive briefing in support (*see* ECF 520-523, 598-600);

2. Claims in the Master Losartan and Irbesartan Complaints that are substantially similar or identical to claims that were previously dismissed from the Master Valsartan Complaints in the Court's prior rulings on Defendants' motions to dismiss regarding the Master Valsartan Complaints (*see* ECF 675-676, 728-729, 775-776, 818-819, 838-839, 1019-1020) and Plaintiffs' motion for leave to amend the Master Valsartan Complaints (*see* ECF 1614-1615, 1994) are dismissed with prejudice, each side to bear their own costs, for substantially the same reasons expressed in those rulings.

3. The parties' right to appeal the Court's rulings, orders and opinions as applied in this Stipulation to the Losartan and Irbesartan Master Complaints are preserved and are not waived, just as if they were set forth in orders and

opinions mirroring ECF 675-676, 728-729, 775-776, 818-819, 838-839, 1019-1020.

4. Defendants expressly preserve and do not waive their rights to challenge the remaining claims in the Master Valsartan, Losartan, and Irbesartan Complaints and any short form complaints, including through dispositive motions.

5. The parties expressly preserve and do not waive their existing rights to appeal the Court's prior rulings on Defendants' motions to dismiss regarding the Master Valsartan Complaints (*see* ECF 675-676, 728-729, 775-776, 818-819, 838-839, 1019-1020) and Plaintiffs' motion for leave to amend the Master Valsartan Complaints (*see* ECF 1614-1615, 1994).  Nothing in this Stipulation is intended to expand, extinguish, or otherwise affect the parties' existing appellate rights as to those prior orders.

**SO ORDERED**, this _____ day of _____, 2024.

_____
**Renée Marie Bumb, Chief District Judge**

**STIPULATED TO BY:**

For Plaintiffs:

*/s/ Ruben Honik*
Ruben Honik
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
ruben@honiklaw.com

*/s/ Conlee S. Whiteley*
Conlee S. Whiteley
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*/s/ Adam Slater*
Adam Slater
**MAZIE, SLATER, KATZ & FREEMAN, LLC**
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com

*/s/ Daniel Nigh*
Daniel Nigh
**NIGH, GOLDENBERG, RASO & VAUGHN, PLLC**
14 Ridge Square NW Third Floor
Washington, D.C. 20016
Phone: (850) 600-8090
dnigh@nighgoldenberg.com

*MDL Plaintiffs' Co-Lead Counsel*

For Defendants:

/s/ Kara M. Kapke
Sarah E. Johnston
Kristen L. Richer
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
Fax: (310) 284-3894
Sarah.Johnston@btlaw.com
Kristen.Richer@btlaw.com

Kara M. Kapke
**BARNES & THORNBURG LLP**
11 S Meridian St.
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax (317) 231-7433
kara.kapke@btlaw.com

*Members of Defendants' Executive Committee, Liaison Counsel for Retailer Defendants and Attorneys for CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation), Rite Aid Corporation, Walgreen Co. (incorrectly named as Walgreens Co.), and Walmart Inc. (incorrectly named as Walmart Stores, Inc.)*

/s/ A. James Spung
Matthew D. Knepper
Sarah Zimmerman
**HUSCH BLACKWELL**
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Tel: (314) 480-1500
Fax: (314) 480-1505

A. James Spung
**HUSCH BLACKWELL**
1801 Wewatta St., Suite 1000
Denver, CO 80202
Tel: (303) 749-7200
Fax: (303) 749-7272

*Attorneys for Cigna Corporation, Express Scripts Holding Company, Express Scripts, Inc.*

<u>/s/ Victoria Davis Lockard</u>
Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
ostfeldg@gtlaw.com
andrast@gtlaw.com

*Members of Defendants' Executive Committee and Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

<u>/s/ Jessica Davidson</u>
Jessica Davidson (NY Bar No. 6034748)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Tel: (212) 735-2588
Fax: (917) 777-2588
jessica.davidson@skadden.com
*Liaison Counsel for Manufacturer Defendants*

Allison M. Brown
(NJ Bar No. 044992012)
One Manhattan West
New York, NY 10001
Tel: (212) 735-3222
Fax: (917) 777-3222
allison.brown@skadden.com

Nina R. Rose (DC Bar No. 975927)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7000
Fax: (202) 661-0525
nina.rose@skadden.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

/s/ Jonathan D. Janow
Jonathan D. Janow
Jason R. Parish
**BUCHANAN INGERSOLL &
ROONEY PC**
1700 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 452-7940
Fax: (202) 452-7989
jonathan.janow@bipc.com
jason.parish@bipc.com

*Attorneys for Albertson's LLC*

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS
LLP**
502 Carnegie Center
Princeton, NJ 08540
Tel: (609) 919-6600
john.lavelle@morganlewis.com

*Attorney for Aurobindo Pharma, Ltd.,
Aurobindo Pharma USA, Inc., and
Aurolife Pharma, LLC*

/s/ Jeffrey D. Geoppinger
Jeffrey D. Geoppinger
**UB GREENSFELDER LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Tel:  (513) 698-5038
Fax: (513) 698-5039
jgeoppinger@ubglaw.com

*Member of Defendants' Executive
Committee, Liaison Counsel for
Wholesaler Defendants, and Attorney
for AmerisourceBergen Corporation
(n/k/a Cencora, Inc.)*

/s/ Kirstin B. Ives
Kirstin B. Ives (IL ARDC 6289952)
**FALKENBERG IVES LLP**
230 W. Monroe Street, Suite 2220
Chicago, IL 60606
Tel: (312) 566-4803
kbi@falkenbergives.com

*Attorneys for Humana Pharmacy, Inc.*

8

/s/ John Eichlin
Douglas Tween
John Eichlin
**LINKLATERS LLP**
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
douglas.tween@linklaters.com
john.eichlin@linklaters.com

*Attorneys for Vivimed Life Sciences Pvt. Ltd.*

/s/ Alexia R. Brancato
Alexia R. Brancato
Devora W. Allon
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
alexia.brancato@kirkland.com
devora.allon@kirkland.com

*Attorneys for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc.*

/s/ Roxanna V. Gonzalez
Michelle Grant (MN # 0311170)
Roxanna V. Gonzalez (#0397322)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Tel: (612) 340-2600
Fax: (612) 340-2868
grant.michelle@dorsey.com
gonzalez.roxanna@dorsey.com

*Attorneys for OptumRx, Inc.; Optum, Inc.; and UnitedHealth Group Incorporated*

/s/ Vanessa V. Pisano
Geoffrey M. Coan
Vanessa V. Pisano
**HINSHAW & CULBERTSON, LLP**
53 State Street, 27th Floor
Boston, MA 02109
Tel: (617) 213-7000
Fax: (617) 213-7001
gcoan@hinshawlaw.com
vpisano@hinshawlaw.com

Mitchell S. Kurtz
343 Thornall Street, Suite 640
Edison, NJ 08837
Tel: (908) 374-0341
Fax: (908) 374-0345
mkurtz@hinshawlaw.com

*Attorneys for Defendant ScieGen Pharmaceuticals Inc.*

9

/s/ Andrew F. Albero
Andrew F. Albero
NJ Attorney ID #016542009
**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Tel: (215) 977-4058
Fax: (215) 977-4101
andrew.albero@lewisbrisbois.com

*Attorney for Camber Pharmaceuticals,
Inc., and The Kroger Co.*

/s/ Andrew D. Kaplan
Andrew D. Kaplan
Daniel T. Campbell
Marie S. Dennis
Emily G. Tucker
**CROWELL & MORING**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: (202) 624-1000
Fax: (202) 628-5116
akaplan@crowell.com
dcampbell@crowell.com
mdennis@crowell.com
etucker@crowell.com

*Attorneys for Cardinal Health, Inc.*

/s/ Eric Abraham
Eric I. Abraham
William P. Murtha
**HILL WALLACK, LLP**
21 Roszel Road
Princeton, NJ 08543-5226
Tel:  (609) 734-6395
eabraham@hillwallack.com
wmurtha@hillwallack.com

*Attorneys for Hetero Drugs Ltd. and
Hetero Labs Ltd.*

/s/ D'Lesli M. Davis
D'Lesli M. Davis
Ellie K. Norris
**NORTON ROSE FULBRIGHT US
LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel: (214) 855-8221
Fax: (214) 855-8200
dlesli.davis@nortonrosefulbright.com
ellie.norris@nortonrosefulbright.com

*Attorneys for McKesson Corporation*

*/s/ Neal Seth*  _____
Neal Seth (D.C. Bar No. 477011)
Corey Weinstein
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
nseth@wiley.law
cweinstein@wiley.law

*Attorney for Macleods Pharma USA,
Inc., and Macleods Pharmaceuticals
Ltd.*