# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

August 12, 2024

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

> Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

We write on behalf of all parties to provide a status report on our meet and confers regarding the punitive damages financial discovery. The parties have met and conferred and based on the discussions it appears that the parties will be able to resolve the issue or at least reduce to very narrow disputes. We request additional time to complete these discussions, and to submit another status update on September 6, 2024.

Please let us know if this is acceptable.

Hon. Thomas I. Vanaskie, Special Master
August 12, 2024
Page 2

    Thank you for your courtesies and consideration.

                                        Respectfully,

                                        Adam M. Slater

Cc: Counsel of record (via ECF)