# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER SCHEDULING ORDER

**NOW, this 13th Day of August, 2024, IT IS HEREBY ORDERED THAT**

1. The parties' August 12, 2024 request for additional time to complete discussions regarding the financial discovery relevant to punitive damages (ECF 2804) is granted.

2. No later than September 6, 2024, Plaintiffs and the Defendants shall file on the docket a letter report on the status of their discussions concerning discovery of financial information relevant to the Plaintiffs' punitive damage claims.

Dated: August 13, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1