UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

SPECIAL MASTER SCHEDULING ORDER

NOW, this 14th Day of August, 2024, IT IS HEREBY ORDERED THAT oral argument on the issues presented in counsels' letters of August 6, 2024 (ECF 2800) and August 14, 2024 (ECF 2807) will be heard via Zoom or Teams on August 23, 2024 at 2:00 p.m.

Dated: August 14, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1