# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 1:19-md-2875-RBK-KMW<br>Hon. Renée M. Bumb<br>Chief District Court Judge<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by Defendant Zheijiang Huahai Pharmaceutical Co. Ltd. ("ZHP") for an entry of an order vacating Special Master Order 97 [ECF 2701]. And the Court having considered the submissions of the Parties and having heard oral argument and for good cause shown:

**IT IS** on this ___ day of August 2024

**ORDERED** that ZHP's Motion is **DENIED** in its entirety.

_____
Hon. Renée M. Bumb
U.S. District Judge