# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

August 15, 2024

<u>**VIA ECF**</u>
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey 0810

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Chief Judge Bumb:

Please accept this letter and the attached proposed Order denying Defendants' appeal from Special Master Order 97. Please let us know if you need anything further.

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)