AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY

RONALD J. HULL, ET AL.
                Plaintiff (s),
V.
PHARMACEUTICAL CO. LTD, ET AL.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-CV-2259-RBK-KMW

Notice is hereby given that, subject to approval by the court, **Prime Therapeutics** substitutes
(Party (s) Name)

**Andrew J. Heck** _____, State Bar No. **011802012** as counsel of record in
(Name of New Attorney)

place of _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Andrew J. Heck
    Address:    7 Giralda Farms-Suites 100/101
    Telephone:    (973) 735-6112    Facsimile (973) 624-0808
    E-Mail (Optional):    andrew.heck@wilsonelser.com

I consent to the above substitution.
Date: 4/1/24

_____
(Signature of Party (s))

I consent to being substituted.
Date: 3/26/24

/s/ Bethany Beaver
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/3/24

s/ Andrew J. Heck
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/16/24

Sharon A. King
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]