# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

WALTER L. SHUMPERT, JR., ET AL.
                Plaintiff (s),

V.

PRIME THERAPEUTICS, ET AL.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-cv-15804-RBK-JS

Notice is hereby given that, subject to approval by the court, __Prime Therapeutics__ substitutes
(Party (s) Name)

__Andrew J. Heck__, State Bar No. __011802012__ as counsel of record in
(Name of New Attorney)

place of __Bethany Beaver__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Andrew J. Heck
    Address: 7 Giralda Farms-Suites 100/101
    Telephone: (973) 735-6112    Facsimile (973) 624-0808
    E-Mail (Optional): andrew.heck@wilsonelser.com

I consent to the above substitution.
Date: 3/25/2024

_____
(Signature of Party (s))

I consent to being substituted.
Date: 3/19/2024

/s/ Bethany Beaver
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/3/24

s/ Andrew J. Heck
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/16/24

Shawn A. King
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]