# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER SCHEDULING ORDER

NOW, this 19th Day of August, 2024, IT IS HEREBY ORDERED THAT oral argument on the issues presented in counsels' letters of August 6, 2024 (ECF 2800) and August 14, 2024 (ECF 2807), previously scheduled for August 23, 2024 at 2:00 p.m., will now be heard via Teams on August 23, 2024 at 4:30 p.m.

Dated: August 19, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1