IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **In Re**: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>*This document relates to all actions* | MDL 2875 RMB-SAK<br><br>**ORDER** |

**Bumb, Chief Judge:**

**THIS MATTER** coming before the Court on a motion by defendant Zheijiang Huahai Pharmaceutical Co. Ltd. ["ZHP"] (Docket No. 2710) seeking to vacate Special Master Order No. 97 (Docket No. 2701), and

**THE COURT having considered** the parties' submissions and heard oral argument, and for good cause shown:

**IT IS** on this <u>19th</u> day of August 2024 hereby

**ORDERED** that ZHP's Motion be and is **DENIED** in its entirety.

/s Renée M. Bumb
**Honorable Renée M. Bumb**
Chief Judge U.S. District Court