IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

### NOTICE OF APPEARANCE OF TAYLOR BACQUES

Please take notice that Taylor M. Bacques, of Kanner & Whiteley LLC, hereby enters his appearance as counsel for Plaintiffs in the above-captioned multi-district litigation.

Dated: August 28, 2024       By:   /s/ *Taylor M. Bacques*
  Taylor M. Bacques, Esq.
  David J. Stanoch, Esq.
  KANNER & WHITELEY, LLC
  701 Camp St.
  New Orleans, LA 70130
  Telephone: 504-524-5777
  Fax: 504-524-5763
  t.bacques@kanner-law.com

  *Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2024, I, Taylor Bacques, electronically filed this document through the CM/ECF system, and I caused a complete and accurate copy of the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated: August 28, 2024

/s/ *Taylor M. Bacques*
Taylor M. Bacques, Esq.