**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **RONALD J. HULL, ET AL.**<br><br>       Plaintiffs,<br>**vs.**<br><br>**PHARMACEUTICAL CO. LTD, ET AL.**<br><br>       Defendant**.** | |
| | **CIVIL NO.: 1:21-cv-2259-RBK-KMW** |

**NOTICE OF APPEARANCE OF ANDREW J. HECK**

    Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matter. By entering this appearance, Prime Therapeutics LLC preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which Prime Therapeutics LLC is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

Dated: August 30, 2024

By:_/s/ Andrew J. Heck_

    Andrew J. Heck
    Attorney at Law
    Wilson Elser Moskowitz Edelman & Dicker LLP
    7 Giralda Farms
    Madison, NJ 07940
    973.735.6112 (Direct)
    732.773.1397 (Cell)
    973.624.0800 (Main)
    973.624.0808 (Fax)
    andrew.heck@wilsonelser.com

301496406v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of August, 2024, I Andrew J. Heck, electronically

filed this document through the CM/ECF system, and I caused a complete and accurate copy of

the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated: August 30, 2024

/s/ *Andrew J. Heck*
Andrew J. Heck, Esq.

2