# Exhibit 1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

ONE MANHATTAN WEST

NEW YORK, NY 10001

───

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
───
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
───
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2588
DIRECT FAX
(917) 777-2588
EMAIL ADDRESS
Jessica.Davidson@SKADDEN.COM

August 2, 2024

**VIA EMAIL**

Adam M. Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

      RE:    In re Valsartan, Losartan, and Irbesartan Products Liability Litigation
                  No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Adam:

      I am writing to follow up on the discussion at the July 23 conference before Judge Bumb with respect to testimony from current or former employees of the ZHP defendants.

      Our understanding is that the following individuals reside within the Court's subpoena power: (1) Hai Wang; (2) John Iozza; (3) Lijie Wang; and (4) Remonda Gergis. To the extent you intend to present testimony from any of these witnesses at trial, please subpoena them through ZHP counsel.

      ZHP is undertaking efforts to bring the following witnesses live from China: (1) Min Li; (2) Jucai Ge; (3) Linda Lin; (4) Maggie Kong; and (5) Jinsheng Lin.

      We believe that five ZHP company witnesses, each of whom played a different role at the company, are more than enough to present your case. Particularly given Judge Bumb's admonition about cumulative testimony and the Court's strong preference for live witnesses, we do not think deposition designations from additional ZHP witnesses would be appropriate or efficient. If there are narrow designations you wish to discuss, we are available to meet and confer.

Adam Slater, Esq.
August 2, 2024
Page 2

                        Sincerely,

                        Jessica Davidson

cc: Nina Rose