# Exhibit 2

PARTICIPANT NUMBER _____
LAST NAME, FIRST NAME _____

**QUESTIONNAIRE FOR PROSPECTIVE JURORS**

Members of the jury panel:

Please assist the Court and the Attorneys to seat a fair and impartial jury to hear this case. Answer the questions that appear in this questionnaire in an honest and straightforward manner to the best of your ability. You are required as a prospective juror to give completely truthful answers to each question. Please be advised that you will be asked to sign and affirm your answers at the conclusion of the questionnaire.

If you do not wish to answer any question on this form because you believe it intrudes too much on your privacy, then please print the word "PRIVATE" for your answer. You may be asked to provide additional information outside the presence of other jurors. Please do not leave any space blank and be sure to **PRINT ALL YOUR ANSWERS**. If you wish to make further comments regarding any of your answers, please use the last page and indicate the corresponding question number. Please do not write on the back of any page. If you have any questions or problems filling out this form, please advise the Officer of the Court.

After the court completes its questioning and selection of the jury in this case, your answers will be kept in the strictest confidence by the judge and attorneys involved and will be destroyed after this case is concluded.

<u>YOU ARE PROHIBITED FROM CONDUCTING ANY INTERNET OR INDEPENDENT RESEARCH ON ANY WORD, PHRASE OR NAME IN THIS QUESTIONNAIRE, OR ANYTHING HAVING TO DO WITH THIS CASE. DO NOT EMAIL, BLOG, TWEET, TEXT OR POST ANYTHING TO SOCIAL MEDIA SITES, BLOGS, ETC. ABOUT THIS TRIAL OR QUESTIONNAIRE. DO NOT VISIT ANY FORUMS OR "CHAT" ROOMS WHERE THIS CASE OR INFORMATION ABOUT THIS CASE MAY BE DISCUSSED.</u>

<u>Brief Summary of the Case:</u>

This class action case is brought by plaintiff MSP Recovery Claims, Series LLC ("MSPRC"), as a Third-Party Payor (TPP) class representative, via its two assignors EmblemHealth and SummaCare, on behalf of a class of third-party payors. The case is against three sets of pharmaceutical defendants:

- Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceuticals Inc., Solco Healthcare U.S. LLC (collectively "ZHP")

- Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma, Inc. (collectively "Teva"); and

- Torrent Pharmaceuticals Ltd., and Torrent Pharma, Inc. (collectively "Torrent")

The Plaintiff seeks reimbursement for the cost of defendants' valsartan medications, primarily prescribed to treat high blood pressure, which were paid on behalf of insured individuals under their health insurance plans. The valsartan medications were recalled because the pills were contaminated with impurities known as N-Nitrosodimethylamine (NDMA) and N-

1

Nitrosodiethylamine (NDEA) that developed during the manufacturing of the drug's active pharmaceutical ingredient, known as API. NDMA and NDEA are classified as genotoxic probable human carcinogens. Plaintiffs allege that as a result of the presence of the contaminants/impurities, the drugs were rendered "worthless," and Plaintiffs have brought claims for breach of express warranty, violation of certain consumer protection statutes, and fraud.

Defendants deny that the amounts of NDMA led to any increased risk to patients. They assert that the potential for the formation of NDMA was previously unknown, and that Defendants complied with applicable regulations, guidance, and product specifications; therefore Defendants deny any alleged breach of warranty or wrongdoing. Defendants also assert that the valsartan medications delivered the intended therapeutic benefits, despite the presence of the impurity, and therefore deny that plaintiffs suffered any economic loss. [Commented [A1]: Issue 1: Defendants' proposed statement]

Defendants deny Plaintiffs claims and assert that they complied with applicable regulations, guidance, and product specifications; therefore Defendants deny any alleged breach of warranty or wrongdoing, and deny that plaintiffs suffered any economic loss. [Commented [A2]: Issue 1: Plaintiffs object to Defendants' proposed statement and propose this alternative statement]

PLEASE COMPLETE THE FOLLOWING QUESTIONS:

1. Name: _____
   Last Name            First Name          Middle (or Maiden) Name

2. Gender: _____ Male     _____ Female     _____ Other

3. Date of Birth: _____

   Age: _____     Birthplace: _____

4. In what town do you live? _____

5. Do you own or rent?  _____ Own   _____ Rent   _____ Other: _____

6. What is the highest level of education you have completed?

   _____ Less than high school     _____ HS graduate     _____ GED

   _____ Technical/Trade School    _____ Some college

   _____ Associate's degree (AA)   _____ Bachelor's degree

   _____ Master's, Ph.D., or other advanced degree

   If you have a degree from a college or university, please list the name of the degree and the major field of study: _____

7. What is your current employment status?

   _____ Full time     _____ Part time     _____ Retired (since _____)

2

_____ Homemaker       _____ Student        _____ Disabled (since _____)

_____ Unemployed (since _____)      _____ Other (explain: _____)

8. Have you or a family member ever owned a business?

   _____ Yes      _____ No

   If yes, what type and when:_____

9. If you are currently employed, please answer the following questions.

   Name of your employer:_____ How long? _____ Years

   Position and job duties: _____

   _____

   Do you supervise others? _____ Yes (how many? _____)      _____ No

10. If you are NOT currently employed, please answer the following questions.

    Name of last employer: _____

    Duration of employment:  From _____ To _____

    Reason for leaving the job:  _____

    Position and job duties:  _____

    _____

    Did you supervise others? _____ Yes (how many? _____)      _____ No

11. Please list all other jobs that you have had during the last ten (10) years including the names of your employers and duration of your employment.

    _____

    _____

    _____

12. Do you read or write any foreign (non-English) languages?

    _____ Yes      _____ No

    If yes, please list:_____

3

ACTIVE 694808632v3

13. What is your current marital status? Please check all that apply.

    _____ Never married              _____ Married (_____ years)

    _____ Separated                  _____ Divorced

    _____ Widowed                    _____ Living with partner

    _____ Other (Explain: _____ )

14. What is/was your spouse's or partner's current or last occupation?

    Current: _____

    Last: _____

    Name of the current or last employer:
    _____

    How long?  From: _____  To: _____

    Position and job duties: _____
    _____

15. If you have children, please list their sex, age and occupation for each:

    Sex:        Age:       Occupation:

16. What is your annual household income?

    _____ Less than $15,000          _____ Between $15,000 and $30,000

    _____ Between $30,000 and $50,000 _____ Between $50,000 and $75,000

    _____ Between $75,000 and $100,000 _____ Between $100,000 and $200,000

    _____ More than $200,000

4

*ACTIVE 694808632v3*

17. Do you, a family member, or close personal friend have any special training, work experience or education in the following areas (check all that apply):

| INDUSTRY | NO | YES | Please indicate the person (i.e., self, friend, family member) and describe the training, experience, etc. |
|---|---|---|---|
| LAW / LAW OFFICE / COURT | | | |
| MEDICINE/HEALTH CARE | | | |
| PHARMACEUTICAL | | | |
| SCIENCE | | | |
| PHARMACY | | | |
| INSURANCE | | | |
| GOVERNMENT REGULATION | | | |
| ECONOMICS | | | |
| MANUFACTURING/ QUALITY CONTROL | | | |

18. Have you ever served on a jury? _____ Yes    _____ No

    If yes, what type of case was it? _____

    When? _____    Were you the foreperson? _____

19. Have you or anyone in your family or a close personal friend ever filed a lawsuit or made a claim against a person or company for any reason? (This includes personal injury, contract disputes, or any other kind of lawsuit in any kind of court, or claim whether or not in court.) (*Check all that apply*)

    _____ Yes, I sued or made a claim

    _____ Yes, family member or close friend sued or made a claim

    _____ No

    If yes, please briefly state the nature of the lawsuit or claim.

    _____

    _____

    If yes, is the lawsuit or claim still pending? _____ Yes    _____ No

5

20.   Have you ever had a reason to file a lawsuit or assert a claim but decided not to?

      _____ Yes        _____ No

      If yes, please describe/ explain. _____

      _____

21.   Have you or anyone in your family or a close friend ever been sued or had a claim brought against them by another person or company for any reason? (This includes personal injury, contract disputes, or any other kind of lawsuit or claim.) (*Check all that apply*)

      _____ Yes, I was sued      _____ Yes, family member/close friend was sued      _____ No

      If yes, please briefly state the nature of the lawsuit or claim.

      _____

      _____

22.   Please list any civic, political, professional, religious, volunteer and other organizations you are affiliated with:

      _____

      _____

      Please list any office or position you held: _____

23.   Do you regularly use any of the following? Please check all that apply.

      _____ Facebook        _____ X (Twitter)        _____ Instagram

      _____ TikTok          _____ Truth Social       _____ LinkedIn

      _____ My blog site    _____ Others' blog sites (I post comments)

      _____ Other Social Networking Sites

24.   What newspapers, magazines, television networks, or websites or other sources do you use to get news?

      _____

25.   What topics do you like to follow in the newspaper or on the Internet?

      _____

6

*ACTIVE 694808632v3*

26. How knowledgeable are you about the scientific method for evaluating research results?

\_\_\_\_\_ Very          \_\_\_\_\_ Somewhat          \_\_\_\_\_ Not at all

27. What do you like to do in your spare time?

   _____

28. A plaintiff is a person or company who has brought a lawsuit. Do you have a leaning or bias in favor of or against a plaintiff simply because it has brought a lawsuit?

   \_\_\_\_\_ Yes       \_\_\_\_\_ No

   If yes, please describe/ explain. _____

   _____

29. A defendant is a person or company against whom a lawsuit has been brought. Do you have a leaning or bias in favor of or against a defendant simply because a lawsuit has been brought against it?

   \_\_\_\_\_ Yes       \_\_\_\_\_ No

   If yes, please describe/ explain. _____

   _____

30. The number of lawsuits that are filed is:

    _____ Often too high        _____ Occasionally too high

    _____ Occasionally too low  _____ Often too low        _____ About right

31. The amount of money awarded in lawsuits is:

    _____ Often too high        _____ Occasionally too high

    _____ Occasionally too low  _____ Often too low        _____ About right

32. Do you have any opinion about the number of lawsuits that are filed?

    _____ Yes        _____ No

    If yes, please explain:_____

33. Do you have any opinion about the amount of money awarded in lawsuits?

    _____ Yes        _____ No

    If yes, please explain:_____

34. Do you have any knowledge or opinions about class action lawsuits?

    _____ Yes                   _____ No.

    If yes, please describe:_____

35. Have you or anyone close to you ever had a particularly good or bad experience with any of the following? Check all that apply:

    _____ Yes, good experience with a drug

    _____ Yes, bad experience with a drug

    _____ Yes, good experience with a drug company

    _____ Yes, bad experience with a drug company

    _____ Yes, good experience with an insurance company

    _____ Yes, bad experience with an insurance company

    _____ No experiences good or bad

If yes, please describe. _____

**Commented [A3]:** Issue 2:
Defendants propose questions 30 and 31 as written.

Plaintiffs object to Defendants' questions 30 and 31, and propose questions 32 and 33 as alternatives,

if 30 and 31 are given, then Plaintiffs request that "No opinion" line added.

**Commented [A4]:** Issue 3:
Plaintiffs propose, and Defendants object to, question 34

8

ACTIVE 694808632v3

36.  Have you or anyone close to you ever taken medication for hypertension or high blood pressure? *Check all that apply*.

   \_\_\_\_\_ Yes, I have      \_\_\_\_\_ Yes, someone close has       \_\_\_\_\_ No

37.  Have you ever decided not to take a medication that was prescribed or recommended for you for any reason?

   \_\_\_\_\_ Yes      \_\_\_\_\_ No

   If yes, please explain.

   _____

   _____

38.  Do you think a pharmaceutical company would misrepresent the ingredients in their medication to make a profit?

   \_\_\_\_\_ Yes, definitely       \_\_\_\_\_ Yes, probably       \_\_\_\_\_ No

39.  Do you think pharmaceutical companies accurately represent the ingredients and risks in their drugs?

   \_\_\_\_\_ Yes, definitely       \_\_\_\_\_ Yes, probably

   \_\_\_\_\_ No, definitely.       \_\_\_\_\_ No, probably       \_\_\_\_ No opinion

> **Commented [A5]:** Issue 4:
> Defendants propose question 38 as written.
>
> Plaintiffs object to Defendants' proposed 38, and propose question 39 as an alternative.
>
> If the Court permits question 38, Plaintiffs request that lines be added for No probably, No definitely, and No Opinion

40.  Do you think that any exposure to a hazardous substance, no matter how small, will cause injury or disease at some point?

   \_\_\_\_\_ Yes, definitely       \_\_\_\_\_ Yes, probably

   \_\_\_\_\_ No, definitely       \_\_\_\_\_ No, probably       \_\_\_\_\_ No opinion

> **Commented [A6]:** Issue 5:
> Defendants propose question 40 as written.
>
> Plaintiffs object to question 40, but if included should include redline answers also

41.  How well do you believe pharmaceutical manufactures warn consumers about the safety risks of their medications?

   \_\_\_\_\_ Very well      \_\_\_\_\_ Adequately      \_\_\_\_\_ Inadequately      \_\_\_\_\_ Poorly

42.  Have you or a family member or close personal friend ever taken a medication that has later been recalled?

   \_\_\_\_\_ Yes, I have      \_\_\_\_\_ Yes, someone close to me has       \_\_\_\_\_ No

   If yes, please answer the following questions.

   (1)   What is your relationship to that person?  _____

   (2)   What was the medication?  _____

    (3)    Do you worry that the medicine may have harmed you/them or will cause harm someday?    Yes _____    No _____

Please explain. _____

43.    Have you ever decided not to take a prescription drug because you were concerned about safety risks?

    _____ Yes    _____ No    _____ Unsure

If yes or unsure, please identify the product and describe your concerns.

44.    Do you have any positive or negative feelings or opinions about pharmaceutical companies?

    _____ Yes    _____ No    _____ Unsure

If yes, or unsure, please explain.

_____

_____

45.    Do you think there should be more or less government regulation of pharmaceutical companies?

    _____ More    _____ Less    _____ No change needed    _____ No Opinion

46.    How concerned are you about the possibility that there are unsafe impurities and/or contaminants in medications?

    _____ Very    _____ Somewhat    _____ Not at all    _____ No opinion

47.    Have you or anyone close to you ever had cancer? *Check all that apply.*

    _____ Yes, I have    _____ Yes, someone close has    _____ No

48.    Have you ever been the victim of fraud or deception?

    _____ Yes    _____ No

49.    Do you have any opinions about Medicare Advantage health plans?

    _____Yes    _____No

If yes, please describe your opinions.

_____

_____

50. Do you have any beliefs or opinion about the United States Food and Drug Administration ("FDA")?

    _____Yes        _____No

    If yes, please describe your opinions.

    _____

    _____

    _____

51. Please tell us if you agree or disagree with each of the following statements:

    A. Pharmaceutical companies will often take short cuts in production to increase profit.

    ___ Agree strongly  ___ Agree some  ___ Disagree some  ___ Disagree strongly

    _____ Agree strongly        _____ Agree

    _____ Disagree strongly     _____ Disagree          _____ No Opinion

    B. Pharmaceutical companies do a good job of testing the quality, safety and effectiveness of their medicines before they are put on the market.

    ___ Agree strongly  ___ Agree some  ___ Disagree some  ___ Disagree strongly

    _____ Agree strongly        _____ Agree

    _____ Disagree strongly     _____ Disagree          _____ No Opinion

    C. Medications should be proven 100% safe and effective before being made available to the public.

    ___ Agree strongly  ___ Agree some  ___ Disagree some  ___ Disagree strongly

    _____ Agree strongly        _____ Agree

    _____ Disagree strongly     _____ Disagree          _____ No Opinion

    **Commented [A7]:** Issue 6: No objections to giving the question. Plaintiffs propose the alternative answer sets in redline.

52. Have you heard of MSP Recovery Claims, Series LLC ("MSPRC")?

    _____ Yes     _____ No     _____ Unsure

11

*ACTIVE 694808632v3*

If yes or unsure, what have you heard and what impressions do you have of MSPRC?

_____

_____

53. Have you heard of Emblem Health ("Emblem")?

_____ Yes       _____ No       _____Unsure

If yes or unsure, what have you heard and what impressions do you have of Emblem?

_____

_____

54. Have you heard of SummaCare?

_____ Yes       _____ No       _____Unsure

If yes or unsure, what have you heard and what impressions do you have of SummaCare?

_____

_____

55. Have you heard of Zhejang Huahuai Pharmaceuticals (ZHP), Huahai U.S., Inc., Prinston Pharmaceuticals Inc., Solco Healthcare U.S. LLC (collectively "ZHP")?

_____ Yes       _____ No       _____Unsure

If yes or unsure, what have you heard and what impressions do you have of Zhejang Huahuai Pharmaceuticals (ZHP), Huahai U.S., Inc., Prinston Pharmaceuticals Inc., Solco Healthcare U.S. LLC (collectively "ZHP")?

_____

_____

56. Have you heard of Teva Pharmaceuticals USA, Inc. or Actavis?

_____ Yes       _____ No       _____Unsure

If yes or unsure, what have you heard and what impressions do you have of Teva or Actavis?

_____

_____

*ACTIVE 694808632v3*

57.   Have you heard of Torrent Pharmaceuticals?

   _____ Yes     _____ No     _____ Unsure

   If yes or unsure, what have you heard and what impressions do you have of Torrent?
   _____
   _____

58.   What is your opinion about the ethics of Chinese companies?

   _____ Positive     _____ Negative     _____ Neutral

59.   What is your opinion about the ethics of Israeli companies?

   _____ Positive     _____ Negative     _____ Neutral

60.   What is your opinion about the ethics of Indian companies?

   _____ Positive     _____ Negative     _____ Neutral

> **Commented [A8]:** Issue 7: Defendants propose, and Plaintiffs object to, questions 58, 59, 60

61.   Has your confidence in manufacturers of pharmaceutical products increased, decreased, or stayed about the same in the last 5 years?

   _____ Increased     _____ Decreased     _____ Stayed about the same

   Please explain why. _____
   _____

62.   Do you know anything about this case from any source other than what is described above?

   _____ Yes     _____ No

   If so, please briefly explain._____
   _____

52.   As a juror, you will be required to accept the law as explained by the court and apply it to the facts regardless of your personal beliefs about what the law is or should be.  Can you do this?

   _____ Yes     _____ No     _____ Unsure

> **Commented [A9]:** Issue 8: Plaintiffs propose, and Defendants object to, question 52.

63.   Would you be able to render a verdict in favor of the plaintiffs or defendants regardless of any sympathy you may have for either of the parties?

   _____ Yes     _____ No     _____ Unsure

   If no or unsure, please briefly explain: _____

13

64. Are you personally familiar with or have you done business with any of the following individuals, firms or companies? (CIRCLE ALL THAT APPLY)

   Law Firms and Lawyers: TBD

   Witnesses: TBD

65. Do you have any physical, psychological, religious, or other reason which would affect your ability to be a fair and impartial juror in this case?

   \_\_\_\_\_ Yes      \_\_\_\_\_ No

   If yes, please explain: _____

   _____

66. Is there anything, whether or not covered in previous questions, which would affect your ability to be a fair and impartial juror or in any way be a problem for you serving on this jury?

   \_\_\_\_\_ Yes      \_\_\_\_\_ No

   If yes, please explain: _____

   _____

67. Is there anything else that you feel is important for the parties in this case to know about you or your beliefs?

   \_\_\_\_\_ Yes      \_\_\_\_\_ No

   If yes, please explain: _____

   _____

I swear or affirm that the answers provided by me above are true to the best of my knowledge and information.

Signature: _____

Print Juror Name: _____

Participation No.: _____

ADDITIONAL COMMENTS

(list the question number in this questionnaire that relates to any comments)

*ACTIVE 694808632v3*