# Exhibit 7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 <br><br> Honorable Renée Marie Bumb, Chief District Judge |
| **This Document Relates to the TPP Trial Subclasses** | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART TORRENT DEFENDANTS' MOTIONS IN LIMINE** |

## ORDER

**THIS MATTER**, having been opened to the Court by Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma, Inc. ("Torrent") for entry of an Order on Torrent's Motions *in Limine* for the Third Party Payor ("TPP") Trial, the Court having considered the submissions of the parties (ECF Nos. 2641, 2642, and 2658), and having heard oral argument, and for good cause shown:

**IT IS** on the ___ day of _____, 2024

ORDERED that Torrent's Motions *in Limine* for the TPP Trial (ECF No. 2641, 2642) are granted in part and denied in part:

1. Torrent's Motion *in Limine* No. I seeking to exclude Meridan Consulting LLC's May 2020 report (ECF No. 2643-0) is granted.

    2.       Torrent's Motion *in Limine* No. II seeking to preclude Plaintiffs from misquoting the phrase "cheaper Chinese API" in Torrent employee Sanjay Gupta's January 5, 2015 email (ECF No. 2643-2) is granted.

    3.       Torrent's Motion *in Limine* No. III is denied.

    4.       Torrent's Motion *in Limine* No. IV is denied.

    5.       Torrent's Motion *in Limine* No. V is denied.

                                                      Hon. Renée Marie Bumb,
                                                      Chief District Judge