# EXHIBIT 2

**From:** Rose, Nina R (WAS)
**Sent:** Friday, August 30, 2024 9:18 AM
**To:** 'Adam Slater' <ASlater@mazieslater.com>
**Cc:** Christopher Geddis <CGeddis@mazieslater.com>; Hansen, Milli Kanani (WAS) <Milli.Hansen@skadden.com>
**Subject:** Draft Letter re: Payment of Sanctions

Hi Adam –

As we discussed earlier this week, ZHP's bank requires a letter from plaintiffs to ZHP requesting payment of costs/fees related to the sanctions motion.  Attached is a draft letter that is based on your initial assumption that payment would likely need to be made to the PSC account.  If that has changed, please let me know.  The key thing for the purposes of what the bank needs in the letter is that the person/firm/organization requesting the payment be the holder of the account to which payment will be made.

I'm told the bank will need around 7-10 days from receipt of the letter to process transfer so wanted to get this to you as soon as possible so the PSC can decide who the appropriate recipient is and gather bank information.

Feel free to call my mobile if you have any questions or would like to discuss.

Thanks,
Nina

**Nina R. Rose**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7105 | F: +1.202.661.0575 | M: +919.949.9343
nina.rose@skadden.com

Skadden

♻ Please consider the environment before printing this email.