# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

September 6, 2024

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

  Please accept this letter on behalf of the Parties providing the ordered status update on the subject of punitive damages financial discovery. The Parties are in the process of discussing this issue and are optimistic that it can be resolved without need for a decision. We request an additional two weeks to continue the discussions and further update the Court on September 23, 2024. Please advise if this will be acceptable.

  Thank you for your consideration.

            Respectfully,

            Adam M. Slater

Cc: Counsel of record (via ECF)