## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER SCHEDULING ORDER

**NOW, this 11th Day of September, 2024, IT IS HEREBY ORDERED**

**THAT** the parties' request to continue discussions on punitive damages discovery

(ECF No. 2832) is **GRANTED.  IT IS FURTHER ORDERED THAT** the parties

shall report to the Court on the outcome of their discussions no later than September

23, 2024.


Dated: September 11, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master