UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**            **DATE OF PROCEEDINGS**

**HONORABLE VANASKIE**

**COURT REPORTER: JOHN J. KURZ**            September 9, 2024

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**

**APPEARANCES:**

Adam M. Slater, Esquire and Christopher J. Geddis, Esquire, Conlee S. Whiteley, Esquire, Ruben Honik, Esquire, David Stanoch, Esquire and John Randolph Davis, Esquire for plaintiffs
Liza Walsh, Esquire and Greg Ostfeld, Esquire for defendant TEVA
Allison M. Brown, Esquire, Jessica Davidson, Esquire, Nina R. Rose, Esquire, Joseph Caruso, Esquire and Jordan Einstein, Esquire for ZHP defendants
Devora W. Allon, Esquire and Alexia R. Brancato, Esquire for Torrent Pharma defendants

**NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE/DAUBERT HEARING**

**DISPOSITION:**

Case management conference/Daubert Hearing held on the record and sign in sheet attached.
Ordered witness sworn; Dr. Rena Conti sworn for plaintiffs'.
Decision Reserved in part.

Time commenced: 10:00a.m.            Time Adjourned: 5:00p.m.

Total 6 Hours and 15 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 9, 2024 - 10:00AM

PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Adam Slater | Valsartan | Plaintiffs |
| Christopher Geddis | "2875 | " |
| John Davis | Valsartan | Plaintiff |
| Ruben Honik | " | " |
| David Stanoch | | |
| C. Brett Vaughn | " | " |
| John J. Cronin | // | // |
| Conlee Whiteley | " | " |
| Behram Pareth | " | " |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 9, 2024 - 10:00AM

PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Andrew Kaplan | | Cardinal Health |
| Jerry Henry | | Cambi/Hetero |
| Maureen Coghlan | | Mylan |
| Jeff Geoppinger | | AmerisourceBergen Corp. |
| Kirstin Ives | | Humana Pharmacy, Inc. |
| Joe Caruso | | ZHP |
| Jordan Einstein | | ZHP |
| Jessica Davidson | | ZHP |
| Liza Walsh | | TEVA |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 9, 2024 - 10:00AM

PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Alexia Brancato | | Torrent Pharma |
| Devora Allon | | Torrent Pharma |
| Alli Brown | | ZHP |
| Kara Kapke | | CVS, Walmart, Walgreens |
| Nina Rose | | ZHP |
| ~~[scribbled out]~~ | | |
| Greg Ostfeld | | Teva |
| CLEM TRISCHLER | | MYLAN PHARMACEUTICALS INC. |
| Jason Reefer | | Mylan Pharmaceuticals Inc. |