UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**

**HONORABLE VANASKIE**

**COURT REPORTER: JOHN J. KURZ**

**DATE OF PROCEEDINGS**

September 10, 2024

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Adam M. Slater, Esquire and Christopher J. Geddis, Esquire, Conlee S. Whiteley, Esquire, Ruben Honik, Esquire, David Stanoch, Esquire and John Randolph Davis, Esquire for plaintiffs
Liza Walsh, Esquire and Greg Ostfeld, Esquire for defendant TEVA
Allison M. Brown, Esquire, Jessica Davidson, Esquire, Nina R. Rose, Esquire, Joseph Caruso, Esquire and Jordan Einstein, Esquire for ZHP defendants
Devora W. Allon, Esquire and Alexia R. Brancato, Esquire for Torrent Pharma defendants

**NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE/DAUBERT HEARING**

**DISPOSITION:**

Case management conference/Daubert Hearing held on the record and sign in sheet attached. Ordered witness sworn; Dr. Lauren Stiroh sworn for Torrent Pharma defendants.

Time commenced: 9:30a.m.                    Time Adjourned: 12:20p.m.

                                             Total 2 Hours and 50 Minutes

                                             s/ *Arthur Roney*
                                             DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 10, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| David Stanoch | 19-md-2875 | Plaintiffs |
| Ruben Honik | " | " |
| John Davis | " | " |
| Adam Slater | " | " |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 10, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Devora Allon | | Torrent |
| Alexia Brancato | | Torrent |
| Greg Ostfeld | | Teva |
| Maureen Coghlin | | Mylan |
| Kara Kapke | | CVS, Walmart, Walgreens |
| James Spung | | ESI |
| Kirstin Ives | | Humana Pharmacy, Inc. |
| Emily Tucker | | Cardinal Health, Inc. |
| Dlesu Davis | | McKesson (yesterday + today) |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 10, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Nina Rose | | ZHP |
| Victoria Lockard | | Teva |
| Alli Brown | | ZHP |
| Liza Walsh | | Teva |