**Compilation Of Designated Testimony That Implicates General Causation**

### I.    Min Li

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Min Li | 4/21/2021 | 322:2<br><br>322:17 | 322:8<br><br>323:13 | 322:2      Q.    On the screen is Exhibit 206,<br>322:3   which is the June 28, 2006 European Medicines<br>322:4   Agency Guidelines on the Limits of Genotoxic<br>322:5   Impurities, which was valid from January 1,<br>322:6   2007 to January 31, 2018.<br>322:7          Do you see that?<br>322:8      A.    Mm-hmm.<br>            *****<br>322:17      Q.    Section 4 of this document from<br>322:18   the European Medicines Agency is titled<br>322:19   "Toxicological Background," and it states,<br>322:20   "According to current regulatory practice it<br>322:21   is assumed that (in vivo) genotoxic compounds<br>322:22   have the potential to damage DNA at any level<br>322:23   of exposure and that such damage may<br>322:24   lead/contribute to tumour development.  Thus<br>323:1      for genotoxic carcinogens it is prudent to<br>323:2      assume that there is no discernible threshold<br>323:3      and that any level of exposure carries a<br>323:4      risk."<br>323:5          Do you see that?<br>323:6      A.    Yes.<br>323:7          Q.    NDMA is a genotoxic compound as<br>323:8   discussed here, correct?<br>323:9      A.    Yes.<br>323:10      Q.    NDEA is a genotoxic compound as<br>323:11   discussed here, correct?<br>323:12      [omitted from designation]<br>323:13      A.    Yes. |

1

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Min Li | 4/21/2021 | 329:18 | 331:5 | 329:18    Q.    Looking at the center of the<br>329:19  page, the first full paragraph, this EMA<br>329:20  document states, "Some structural groups were<br>329:21  identified to be of such high potency that<br>329:22  intakes even below the threshold of<br>329:23  toxicological concern would be associated<br>329:24  with a high probability of a significant<br>330:1    carcinogenic risk," and then there's<br>330:2    citations to two articles, one from 1999 and<br>330:3    one from 2004.<br>330:4        Do you see that?<br>330:5    A.   Yes.<br>330:6    Q.   A significant carcinogenic risk<br>330:7  would be a significant risk of developing<br>330:8  cancer.  That's what that phrase means,<br>330:9  correct?<br>330:10    [omitted from designation]<br>330:11    [omitted from designation]<br>330:12    A.   It says a high probability.<br>330:13  And again, although I haven't gone through<br>330:14  these two papers, but based upon everything,<br>330:15  you know, that I know, these results most<br>330:16  likely derived from animal studies.<br>330:17    [omitted from designation]<br>330:18    [omitted from designation]<br>330:19        When this refers to a<br>330:20  significant carcinogenic risk, that means by<br>330:21  definition a significant risk of developing<br>330:22  cancer, correct?  That's what those words<br>330:23  mean, right?<br>330:24    [omitted from designation]<br>331:1     [omitted from designation]<br>331:2    A.   It says, "a high probability of<br>331:3  a significant carcinogenic risk."  It's still |

2

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| | | | | 331:4    a probability, although it's a high<br>331:5    probability. |
| Min Li | 4/21/2021 | 333:10 | 333:22 | 333:10        Q.    It was not acceptable to sell<br>333:11    valsartan with NDMA contamination because of<br>333:12    the high probability of a significant<br>333:13    carcinogenic risk, correct?<br>333:14        [omitted from designation]<br>333:15        [omitted from designation]<br>333:16        [omitted from designation]<br>333:17        A.    You know, as I told you, you<br>333:18    know, once, you know, once we knew, you know,<br>333:19    in June 2018 and once we determined, you<br>333:20    know, the levels, we immediately, you know,<br>333:21    contacted regulatory agencies and take<br>333:22    actions. |
| Min Li | 4/21/2021 | 381:13 | 382:17 | 381:13        Q.    The title of this document is<br>381:14    "Assessment and Control of DNA Reactive<br>381:15    (Mutagenic) Impurities in Pharmaceuticals to<br>381:16    Limit Potential Carcinogenic Risk."  And it<br>381:17    says then "M7."<br>381:18            Do you see that?<br>381:19        A.    Mm-hmm.<br>381:20        Q.    Just to be clear on the title<br>381:21    and the purpose of this document is to<br>381:22    prevent human beings from developing cancers<br>381:23    as a result of pharmaceutical drugs, correct?<br>381:24        [omitted from designation]<br>382:1        [omitted from designation]<br>382:2        A.    It's already, you know, stated<br>382:3    very clear, right?  It's for the purpose to<br>382:4    limit the potential carcinogenic risk.<br>382:5        [omitted from designation] |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
| | | | | 382:6      Q.    It's to limit the potential<br>382:7   carcinogenic risk for human beings ingesting<br>382:8   pharmaceutical products, correct?<br>382:9      A.    Yes.<br>382:10      Q.    More specifically, it's seeking<br>382:11   to limit that potential carcinogenic risk as<br>382:12   a result of DNA reactive or mutagenic<br>382:13   impurities in those pharmaceutical products,<br>382:14   correct?<br>382:15      [omitted from designation]<br>382:16      [omitted from designation]<br>382:17      A.    Based upon this title, yes. |
| Min Li | 4/21/2021 | 469:5 | 469:18 | 469:5      Q.    This standard is talking about<br>469:6   impurities in pharmaceuticals.  Those would<br>469:7   be pharmaceuticals that would be taken by<br>469:8   human beings, correct?<br>469:9      A.    Yes.<br>469:10      Q.    And with regard to humans<br>469:11   taking pharmaceuticals, this is talking about<br>469:12   certain impurities that display extremely<br>469:13   high carcinogenic potency.  That's the<br>469:14   context, correct?<br>469:15      [omitted from designation]<br>469:16      [omitted from designation]<br>469:17      A.    With regard to that, you know,<br>469:18   specific, you know, the three classes, yes. |
| Min Li | 4/21/2021 | 471:13 | 472:14 | 471:13      Q.    The FDA established limits of<br>471:14   96 nanograms, which equates to 0.3 parts per<br>471:15   million, correct?<br>471:16      A.    Yes, for valsartan.<br>471:17      Q.    For NDMA in valsartan, correct?<br>471:18      A.    Versus its maximum dose, yes. |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
| | | | | 471:19    Q.    And for NDEA, actually<br>471:20   established limits of 26.5 nanograms or<br>471:21   .083 parts per million, correct?<br>471:22    [omitted from designation]<br>471:23    [omitted from designation]<br>471:24    A.    Yeah, it looks like, yes.<br>472:1    [omitted from designation]<br>472:2    [omitted from designation]<br>472:3    [omitted from designation]<br>472:4    Q.    These limits were set in order<br>472:5   to protect patient safety, correct?<br>472:6    [omitted from designation]<br>472:7    [omitted from designation]<br>472:8    [omitted from designation]<br>472:9    [omitted from designation]<br>472:10    [omitted from designation]<br>472:11    [omitted from designation]<br>472:12    A.    As the title of this M7<br>472:13   implies, you know, the purpose is limit of<br>472:14   potential carcinogenic risk. |
| Min Li | 4/22/2021 | 667:21 | 668:17 | 667:21    Q.    I want to go through the<br>667:22   document a little bit, this article.  First<br>667:23   we'll start in Section 12 titled "Previous<br>667:24   Evaluations By International Bodies."<br>668:1    And this states, "NDMA has been<br>668:2   classified by the International Agency for<br>668:3   Research on Cancer (IARC, 1987) as a<br>668:4   'probable human carcinogen (Group 2A),' based<br>668:5   upon sufficient evidence of a carcinogenic<br>668:6   effect in experimental animal species and the<br>668:7   demonstrated similarities in its metabolism<br>668:8   by human and rodent tissues."<br>668:9    Do you see that? |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
|  |  |  |  | 668:10     A.    Yes.<br>668:11     Q.    And in terms of the risks to<br>668:12  humans as compared to animals, you certainly<br>668:13  don't disagree that there are similarities in<br>668:14  the metabolism of humans and rodents as<br>668:15  stated here, you certainly don't disagree<br>668:16  with that, right?<br>668:17     A.    Whatever that statement says. |
| Min Li | 4/22/2021 | 669:11 | 669:21 | 669:11         NDMA is a genotoxic substance,<br>669:12  correct?<br>669:13     [omitted from designation]<br>669:14     [omitted from designation]<br>669:15     A.    It is.<br>669:16     [omitted from designation]<br>669:17     Q.    NDEA is also a genotoxic<br>669:18  substance, correct?<br>669:19     [omitted from designation]<br>669:20     [omitted from designation]<br>669:21     A.    Yes. |
| Min Li | 4/22/2021 | 685:11 | 687:4 | 685:11     Q.    You've mentioned animal studies<br>685:12  many times, and I think you made that point<br>685:13  multiple times.  So why haven't there been<br>685:14  human studies done where humans have been<br>685:15  given NDMA to see what happens to humans?<br>685:16     A.    That would be unethical.<br>685:17     Q.    It would be unethical, right?<br>685:18  That's what you said?<br>685:19     A.    Yes.<br>685:20     Q.    Because --<br>685:21     A.    Knowingly, yes, if you<br>685:22  knowingly do that, yes.<br>685:23     [omitted from designation] |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
| | | | | 685:24　　　[omitted from designation]<br>686:1　　　[omitted from designation]<br>686:2　　　Q.　It would be unethical because<br>686:3　you would be increasing the risk that these<br>686:4　people would get cancer from having the NDMA<br>686:5　put into their body, right?<br>686:6　　　[omitted from designation]<br>686:7　　　[omitted from designation]<br>686:8　　　[omitted from designation]<br>686:9　　　A.　As I think I already answered<br>686:10　that question. It's just considering the<br>686:11　potential risk. If you knowingly to do that<br>686:12　experiment, it will be unethical.<br>686:13　　　[omitted from designation]<br>686:14　　　Q.　It would be unethical to<br>686:15　knowingly give humans NDMA, correct?<br>686:16　　　[omitted from designation]<br>686:17　　　[omitted from designation]<br>686:18　　　A.　I think I already made that<br>686:19　clear.<br>686:20　　　[omitted from designation]<br>686:21　　　Q.　And it would certainly be<br>686:22　unethical to give humans NDMA in the levels<br>686:23　that were found in the valsartan pills<br>686:24　deliberately and knowingly, correct?<br>687:1　　　[omitted from designation]<br>687:2　　　[omitted from designation]<br>687:3　　　[omitted from designation]<br>687:4　　　A.　It's the same principle. |
| Min Li | 4/22/2021 | 696:3 | 697:4 | 696:3　　　Q.　Looking again at this article<br>696:4　cited by ZHP and relied on by ZHP in its<br>696:5　deviation investigation report, the top right<br>696:6　column on page 23 -- do you see where I am? |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
|  |  |  |  | 696:7      A.    The top right, the first<br>696:8   paragraph?<br>696:9      Q.    Yes.<br>696:10      A.    Okay, yeah, I see that.<br>696:11      Q.    It says, "Therefore, owing to<br>696:12   the considerable evidence of carcinogenicity<br>696:13   of NDMA in laboratory species, evidence of<br>696:14   direct interaction with DNA consistent with<br>696:15   tumour formation, and the apparent lack of<br>696:16   qualitative species-specific differences in<br>696:17   the metabolism of this substance, NDMA is<br>696:18   highly likely to be carcinogenic to humans."<br>696:19      That's what this article<br>696:20   states, correct?<br>696:21      A.    Yeah. Based upon, you know,<br>696:22   the last sentence, you know, you know,<br>696:23   another way to say is NDMA, you know, is a<br>696:24   probable, you know, carcinogen to human.<br>697:1   It's still the same thing.<br>697:2      Q.    Yeah. Probable, yeah.<br>697:3      A.    Highly likely, you know, is<br>697:4   probable. |
| Min Li | 4/22/2021 | 699:24 | 700:11 | 699:24      Q.    At the levels of contamination<br>700:1   that we've gone through in this deposition,<br>700:2   it would be unacceptable and, using your<br>700:3   word, unethical to sell valsartan with those<br>700:4   levels of NDMA contamination, correct?<br>700:5      [omitted from designation]<br>700:6      [omitted from designation]<br>700:7      [omitted from designation]<br>700:8      [omitted from designation]<br>700:9      [omitted from designation]<br>700:10      A.    You know, as I said, you know, |

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
|  |  |  |  | 700:11   if you knowingly do that, okay. |

## II.    Jucai Ge

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
| Jucai Ge | 5/27/2022 | 174:18 | 175:2 | 174:18  Q.          Looking again at the Gomm[1]<br>174:19  study, which you yourself brought to this<br>174:20  deposition, in the middle of the right-hand<br>174:21  side under the heading Regulatory and public<br>174:22  health implications, the second-to-last<br>174:23  sentence says, "The immediate recall of all<br>174:24  potentially NDMA-contaminated valsartan drug<br>175:1    products by regulatory authorities worldwide<br>175:2    was necessary [rest of sentence omitted from designation] |

---

[1]    This is a reference to Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. Dtsch Arztebl Int. 2021 May 28;118(21):357-362. doi: 10.3238/arztebl.m2021.0129. PMID: 34247699; PMCID: PMC8372009.

## III.   Peng Dong

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Peng Dong | 3/29/2021 | 45:8 | 46:11 | 45:8        Q.   When Section 4.3.1 refers to<br>45:9   the "technical departments" plural, that<br>45:10   includes the technical department at<br>45:11   Chuannan, correct?<br>45:12   [omitted from designation]<br>45:13   A. After this SOP became<br>45:14   effective, all the technical departments<br>45:15   referred to under Section 4.1 point –<br>45:16   [omitted from designation]<br>45:17   [omitted from designation]<br>45:18   A. -- under Section 4.3.1,<br>45:19   including the technical department in<br>45:20   Chuannan, need to conduct their work based on<br>45:21   the effective SOP at that time.<br>45:22   [omitted from designation]<br>45:23        Q.   Look at 4.4.1. The first part<br>45:24   says, "Genotoxic substances are potentially<br>46:1      destructive to DNA at any intake level, and<br>46:2      this damage may lead to tumors." Correct?<br>46:3      It says that in part, correct?<br>46:4      [omitted from designation]<br>46:5        A.   One sentence under<br>46:6      Section 4.4.1 of this document does say that<br>46:7      "Genotoxic substances are potentially<br>46:8      destructive to DNA at any intake level, and<br>46:9      this damage may lead to tumors."<br>46:10   This sentence is only within<br>46:11   this paragraph under Section 4.4.1. |

11

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Peng Dong | 4/1/2021 | 370:24 | 371:19 | 370:24    Q.    On the screen is Exhibit 206,<br>371:1    which is the guideline that we just discussed<br>371:2    from the EMEA, and I'd like to turn now to<br>371:3    Section 4 on page 4 of 8 at the very top.<br>371:4    The first paragraph under<br>371:5    Section 4, which is titled "Toxicological<br>371:6    Background," says, "According to current<br>371:7    regulatory practice it is assumed that<br>371:8    (in vivo) genotoxic compounds have the<br>371:9    potential to damage DNA at any level of<br>371:10    exposure and that such damage may<br>371:11    lead/contribute to tumor development. Thus<br>371:12    for genotoxic carcinogens it is prudent to<br>371:13    assume that there is no discernible threshold<br>371:14    and that any level of exposure carries a<br>371:15    risk. "<br>371:16    My question is, since your<br>371:17    company consulted this standard in 2011, your<br>371:18    company knew the information I just read,<br>371:19    correct? |
| Peng Dong | 4/1/2021 | 382:14 | 382:20 | 382:14    Q.    At the very bottom of page 2,<br>382:15    this refers to "a class of very potent<br>382:16    genotoxic carcinogens," and that includes,<br>382:17    according to this, N-nitroso compounds.<br>382:18    You agree that a N-nitroso<br>382:19    compound is a very potent genotoxic<br>382:20    carcinogen, correct? |

## IV.    Xiaodi Guo

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Xiaodi Guo | 5/20/2021 | 176:3 | 176:9 | 176:3    Q.   Do you see in this article that<br>176:4   you are listed as an author of, I've highlighted the<br>176:5   sentence, it says: "Compared with other impurities in<br>176:6   drugs, genotoxic impurities pose serious hazards to<br>176:7   drug users even in trace amounts."<br>176:8   Do you see that?<br>176:9    A.   Yes, yes. |

## V.    Eric Gu

| Witness | Date | Begin | End | Testimony |
|---------|------|-------|-----|-----------|
| Eric Gu | 4/6/2021 | 366:8 | 366:16 | 366:8      Q.   As of the date of this<br>366:9   letter, November 2018, ZHP had determined<br>366:10  that dimethylamine was required for the<br>366:11  probable human carcinogen NDMA to form<br>366:12  during the valsartan API manufacturing<br>366:13  process, correct?<br>366:14      A.   You say that very correct.<br>366:15  It's a probable human carcinogen.<br>366:16  Probable. |
| Eric Gu | 4/6/2021 | 386:12 | 386:21 | 386:12      Q.   ZHP would have been aware<br>386:13  these guidelines were put out in 2007 and<br>386:14  ZHP would have known as of 2007 that<br>386:15  nitrosamines, including NDEA and NDMA<br>386:16  belonged to a class of very potent<br>386:17  genotoxic carcinogens as of that time in<br>386:18  2007, correct?<br>386:19      [omitted from designation]<br>386:20      [omitted from designation]<br>386:21          THE WITNESS:  You said it. |

14

## VI.   Lijie Wang

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| Lijie Wang | 1/26/2021 | 78:1 | 78:4 | 78:1      Q.   Tell me your understanding<br>78:2  of what genotoxicity means.<br>78:3      A.   Genotoxicity means that is<br>78:4  toxic material and may cause cancer. |
| Lijie Wang | 1/26/2021 | 80:3 | 80:16 | 80:3      Q.   Do you agree with me that<br>80:4  Prinston is not allowed to sell and never<br>80:5  has been allowed to sell drugs in the<br>80:6  United States that have genotoxic<br>80:7  impurities that pose a risk to human<br>80:8  health?<br>80:9      [omitted from designation]<br>80:10     [omitted from designation]<br>80:11          THE WITNESS:  We want to<br>80:12  ensure -- we always want to ensure<br>80:13  our product meet the guidance on<br>80:14  the risk assessment based on FDA<br>80:15  guidance, including the topic<br>80:16  impurities. |
| Lijie Wang | 1/26/2021 | 82:15<br><br>83:17 | 83:4<br><br>83:20 | 82:15      Q. At all<br>82:16  times, has Prinston relied on ZHP, the<br>82:17  manufacturer of the API, to assess<br>82:18  whether there were any unsafe genotoxic<br>82:19  impurities to the valsartan?<br>82:20     [omitted from designation]<br>82:21     [omitted from designation]<br>82:22          THE WITNESS:  We rely on the<br>82:23    manufacturer.<br>82:24     [omitted from designation]<br>83:1      Q.   And at no time did Prinston<br>83:2    do an independent assessment of the |

| Witness | Date | Begin | End | Testimony |
|---|---|---|---|---|
| | | | | 83:3  valsartan to determine whether there were<br>83:4  unsafe genotoxic impurities, correct?<br>*****<br>83:17          THE WITNESS:  Prinston is<br>83:18  the ANDA holder.  We rely on the<br>83:19  manufacturer to assess their<br>83:20  products. |
| Lijie Wang | 1/26/2021 | 152:19 | 153:9 | 152:19      Q.    NDMA and NDEA are n-nitroso<br>152:20  compounds, correct?<br>152:21      [omitted from designation]<br>152:22      [omitted from designation]<br>152:23          THE WITNESS:  Yes, I believe<br>152:24  so, if I see the formulation of<br>153:1   the compounds.<br>153:2          BY MR. SLATER:<br>153:3      Q.    So since NDMA and NDEA are<br>153:4   n-nitroso compounds, they are included in<br>153:5   the group identified here as<br>153:6   quote-unquote high potency mutagenic<br>153:7   carcinogens that comprise the cohort of<br>153:8   concern, according to this document,<br>153:9   correct? |