UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**

**HONORABLE VANASKIE**

**COURT REPORTER: JOHN J. KURZ**

**DATE OF PROCEEDINGS**

September 17, 2024

Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Adam M. Slater, Esquire and Christopher J. Geddis, Esquire, Ruben Honik, Esquire, David Stanoch, Esquire and John Randolph Davis, Esquire, C. Brett Vaughn, Esquire, Daniel A. Nigh, Esquire, Rosemarie Riddell Bogdan, Esquire and Elizabeth Fletcher Quinby, Esquire for plaintiffs
Liza Walsh, Esquire, Greg Ostfeld, Esquire, Tiffany Andras and Victoria Lockard for defendant TEVA
Allison M. Brown, Esquire, Jessica Davidson, Esquire, Nina R. Rose, Esquire, Joseph Caruso, Esquire and Jordan Einstein, Esquire for ZHP defendants
Devora W. Allon, Esquire and Alexia R. Brancato, Esquire for Torrent Pharma defendants

**NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE/DAUBERT HEARING**

**DISPOSITION:**

Case management conference/Daubert Hearing held on the record and sign in sheet attached.
Ordered witness sworn; Wayne T. Gibson sworn for defendant TEVA.
Ordered briefing due by 9/18/24 for plaintiff and 9/20/24 for defendant's brief.

Time commenced: 1:20p.m.

Time Adjourned: 4:10p.m.

Total 2 Hours and 50 Minutes

s/ Arthur Roney
DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 17, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Kara Kapke | | CVS, Walmart, Walgreens |
| Dlesli Davis | | McKesson |
| Andrew Kaplan | | Cardinal Health |
| Frank Stoy | | Mylan |
| Kirstin Ives | | Humana Pharmacy, Inc. |
| Tiffany Andras | | Teva Pharmaceuticals |
| Maureen Coghlan | | Mylan |
| Liza Walsh | | Teva |
| Greg Ostfeld | | Teva |
| Devora Allon | | Torrent |
| Alexa Brancato | | Torrent |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 17, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Victoria Lockard | Valsartan | Teva |
| Nina Rose | | ZHP |
| Alli Brown | | ZHP |
| | | |
| | | |
| | | |
| | | |
| | | |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 17, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| John Davis | 19md2875 | Plaintiffs |
| Adam Slater | " | " |
| Daniel Nigh | " | " |
| David Stanoch | " | " |
| Bill Vaughn | " | " |
| Rosemarie R Bogdan | " | Plaintiffs |
| Ellie Quinby | " | " |
| Christopher Geddis | " | " |