UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**            **DATE OF PROCEEDINGS**

**HONORABLE VANASKIE**                      September 18, 2024

**COURT REPORTER: JOHN J. KURZ**

                                           Docket No. 19-md-02875(RMB/SAK)

**TITLE OF CASE:**

**IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**

**APPEARANCES:**

Adam M. Slater, Esquire and Christopher J. Geddis, Esquire, Conlee S. Whiteley, Esquire, Ruben Honik, Esquire, David Stanoch, Esquire, John Randolph Davis, Esquire and Daniel A. Nigh, Esquire for plaintiffs
Liza Walsh, Esquire and Greg Ostfeld, Esquire for defendant TEVA
Allison M. Brown, Esquire, Jessica Davidson, Esquire, Nina R. Rose, Esquire, Joseph Caruso, Esquire and Jordan Einstein, Esquire for ZHP defendants
Devora W. Allon, Esquire and Alexia R. Brancato, Esquire for Torrent Pharma defendants

**NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE/DAUBERT HEARING**

**DISPOSITION:**

Case management conference/Daubert Hearing held on the record and sign in sheet attached.
Ordered witness sworn; Dr. Ali Muhammad Afnan sworn for defendant ZHP.
Ordered jury selection to start on 10/28/24 at 9:00a.m. in Courtroom 3D.

Time commenced: 1:30p.m.                    Time Adjourned: 4:40p.m.

                                           Total 3 Hours and 10 Minutes

                                           s/ *Arthur Roney*
                                           DEPUTY CLERK

# VALSARTAN PRODUCTS LIABILITY LITIGATION
## MDL #19-2875
### CASE MANAGEMENT CONFERENCE
### SEPTEMBER 18, 2024 - 9:30AM

**PLEASE PRINT LEGIBLY**

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Greg Ostfeld | | Teva |
| Alexia Brancato | | Torrent |
| Devora Allon | | Torrent |
| Maureen Coghl— | | Mylan |
| Kara Kapke | | CVS, Walmart, Walgreens |
| Frank Stoy | | Mylan |
| Andrew Kaplan | | Cardinal Health |
| Allison Brown | | ZHP |
| Nina Rose | | ZHP |
| DLesi Davis | | McKesson Corp. |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## SEPTEMBER 18, 2024 - 9:30AM

### PLEASE PRINT LEGIBLY

| NAME: | Civil Action # | Party Representing |
|---|---|---|
| Alex Kasparie | | ZHP |
| Victoria Lockard | | Teva |
| Alli Brown | | ZHP |
| Nina Rose | | ZHP |
| | | |
| | | |
| | | |
| | | |
| | | |