# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER SCHEDULING ORDER

NOW, this 24th Day of September, 2024, IT IS HEREBY ORDERED THAT the parties' request to continue discussions on punitive damages discovery (ECF No. 2849) is **GRANTED. IT IS FURTHER ORDERED THAT** the parties shall report to the Special Master on the outcome of their discussions no later than October 7, 2024.

Dated: September 24, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1