# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to the TPP Trial Subclasses** | MDL No. 2875<br><br>**Honorable Renée Marie Bumb,**<br>**District Judge** |

## CERTIFICATION OF JESSICA DAVIDSON

JESSICA DAVIDSON, ESQ., being of full age, certifies as follows:

1.    I am a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC. I make this Certification based on personal knowledge and in support of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd.; Huahai U.S., Inc.; Prinston Pharmaceutical Inc.; Solco Healthcare U.S., LLC; Teva Pharmaceuticals USA, Inc.; Actavis LLC; Actavis Pharma, Inc.; Torrent Pharmaceuticals Ltd.; and Torrent Pharma, Inc. (collectively, the "TPP Trial Defendants")'s Response to Plaintiffs' Brief Regarding Trial Claims, Damages and MIL 16.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Rena Conti, Ph.D. in *Blue Cross Blue Shield Ass'n v. GlaxoSmithKline LLC*, No. 13-04663 (E.D. Pa. June 5, 2018).

Dated: September 24, 2024

Respectfully submitted,

By: */s/ Jessica Davidson*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Jessica Davidson (NY Bar No. 6034748)
*Liaison Counsel for Manufacturer*
*Defendants*
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222
jessica.davidson@skadden.com

*Attorney for Zhejiang Huahai*
*Pharmaceutical Co., Ltd., Huahai U.S., Inc.,*
*Prinston Pharmaceutical Inc., and Solco*
*Healthcare U.S., LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica Davidson*