## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | **Case No. 19-md-2875** <br> **MDL No. 2875** <br><br> **Honorable Renée Marie Bumb, Chief District Judge** <br><br> **Special Master Judge Thomas Vanaskie** |
| ***This Document Relates to All Losartan and Irbesartan Actions*** | |

### WHOLESALER DEFENDANTS' NOTICE OF MOTION TO STRIKE PLAINTIFFS' OBJECTIONS TO WHOLESALER DEFENDANTS' DEPOSITION EXAMINATION OF FACT WITNESS MICHELLE KELLER

**PLEASE TAKE NOTICE** that on October 21, 2024, Wholesaler Defendants in this MDL, by and through their undersigned counsel, shall move for the entry of an Order striking Plaintiffs' Objections to Wholesaler Defendants' Deposition Examination of Fact Witness Michelle Keller. This motion is made to the Hon. Renée Marie Bumb, Chief United States District Judge, pursuant to the Federal Rules of Civil Procedure, Case Management Order No. 20 (Dkt. No. 632), and the applicable Local Rules of this Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Wholesaler Defendants shall rely on the accompanying Memorandum of Law in Support of Wholesaler Defendants' Motion to Strike Plaintiffs' Objections to

Wholesaler Defendants' Deposition Examination of Fact Witness Michelle Keller and the exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested, if this motion is opposed.

Dated: September 25, 2024      Respectfully submitted,

By: /s/ *Jeffrey D. Geoppinger*
    Jeffrey D. Geoppinger
    Liaison Counsel for Wholesaler Defendants

    UB GREENSFELDER LLP
    Jeffrey D. Geoppinger
    312 Walnut Street, Suite 1400
    Cincinnati, OH 45202
    Tel: (513) 698-5038
    Fax: (513) 698-5039
    jgeoppinger@ubglaw.com

    ***Liaison Counsel for Wholesaler Defendants and Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.)***

    CROWELL & MORING
    Andrew D. Kaplan
    Daniel T. Campbell
    Marie S. Dennis
    Emily G. Tucker
    1001 Pennsylvania Avenue NW
    Washington, D.C. 20004
    Tel: (202) 624-1000

2

Fax: (202) 628-5116
akaplan@crowell.com
dcampbell@crowell.com
mdennis@crowell.com
etucker@crowell.com

***Counsel for Cardinal Health, Inc.***

NORTON ROSE FULBRIGHT US
LLP
D'Lesli M. Davis
Ellie K. Norris
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel: (214) 855-8221
Fax: (214) 855-8200
dlesli.davis@nortonrosefulbright.com
ellie.norris@nortonrosefulbright.com

***Counsel for McKesson Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2024, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send

a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger

3