# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS** | **Civ. No. 19-md-2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## NOTICE OF CANCELLATION OF VIDEOTAPED ORAL DEPOSITION OF TEVA WITNESS GANESH BUGDE

TO:   **Lori G. Cohen, Esq,**
**GREENBERG TRAURIG, LLP**
Terminus 200, 3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Actavis, LLC, Arrow Pharm Malta Ltd., and Actavis Pharma (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, the videotaped deposition of **Ganesh Bugde** scheduled for September 26, 2024, at 10:00 PM Eastern Daylight Time (September 27, 2024, at 7:30 AM India Standard Time), via remote deposition is cancelled and will be rescheduled for some time in the future, to be determined at a later date. Please be advised that this Notice of Cancellation shall supersede and replace the Amended Notice to Take

Videotaped Oral Deposition of Teva Witness Ganesh Bugde filed September 10, 2024 (Document 2833).

Dated: September 25, 2024

**FOR PLAINTIFFS**

By: ___/s/ Taylor M. Bacques_____
Taylor M. Bacques
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Telephone: 504-524-5777
t.bacques@kanner-law.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS** | **Civ. No. 19-md-2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I caused the foregoing document to be electronically filed with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

FOR PLAINTIFFS

By: ___/s/ Taylor M. Bacques_____
Taylor M. Bacques
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Telephone: 504-524-5777
t.bacques@kanner-law.com