UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief District Court Judge<br><br>**[PROPOSED] ORDER GRANTING TORRENT'S MOTION TO CLARIFY WHETHER DR. NAGAICH MAY TESTIFY AS TO CERTAIN TOPICS** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.'s ("Torrent") motion for entry of an order clarifying that Dr. Nagaich may testify as to all topics disclosed in his expert report, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this _____ day of _____, 2024

**ORDERED** as follows:

Torrent's Motion is **GRANTED** in its entirety.

_____
Hon. Renée Marie Bumb, U.S.D.J.

1