**Exhibit A**
Individual Member Cases in the
In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation MDL

Below is a list of individual member cases of the MDL in which Debtors have been formally named, though as to Debtors the stay applied, and discharge applies, to every case in the MDL, regardless of whether the Debtors were formally named. Below, putative class representatives are listed in bold.

| Plaintiff Last Name | Plaintiff First Name | Case No. |
|---|---|---|
| Abrankian | Madelene | 1:20-cv-01505-RBK-JS |
| Achkov | Boyko | 1:21-cv-10355-RBK-KMW |
| Alarcon | Christian (Individually and as Successor in Interest for the Estate of Rosa Olivares) | 1:20-cv-08736-RBK-JS |
| Bailey | Robert Louis | 1:22-cv-01518-RBK-SAK |
| Baptiste | Teresa | 1:21-cv-19626-RBK |
| Bator | Kelley, as Administrator of the Estate of Georgiana Banks | 1:21-cv-09528-RBK-KMW |
| Battle | Dorothy | 1:20-cv-02218-RBK-JS |
| Bays | Glenn | 1:19-cv-14869-RBK-JS |
| **Borkowski** | **Alphonse** | **1:19-cv-06204-RBK-JS** |
| Bourne-Boateng | Linda | 1:21-cv-13011-RBK-KMW |
| Bowie | Timmie, Individually and o/b/o the Estate of Lola Bowie | 1:20-cv-08001-RBK-JS |
| Braun | Timothy | 1:24-cv-00310-RBK |
| **Cacaccio** | **Joseph** | **1:19-cv-08591-RBK-JS** |
| Calhoun | John C., Executor of the Estate of Juanita H. Calhoun | 1:22-cv-05654-RBK |
| Callahan | Gail | 1:21-cv-20203-RBK |
| Carter | Jacqueline, Individually and as Administrator for the Estate of James Carter | 1:22-cv-05561-RBK-SAK |
| Cleghorn | Eric | 1:24-cv-04427-RBK-SAK |
| Cleveland | Michael | 1:20-cv-00950-RBK-JS |
| Cortez | Natalie | 1:19-cv-17454-RBK-JS |
| Donahue | Thomas | 1:21-cv-16348-RBK-KMW |
| Duffy | Elizabeth | 1:19-cv-08591-RBK-JS |
| Dutton | Christopher (individually and as Personal Representative of the Estate of Gary Dutton) | 1:20-cv-08661-RBK-JS |
| Duvall | Carol | 1:19-cv-14971-RBK-JS |
| **Edwards** | **Lawrence** | **1:19-cv-08591-RBK-JS** |

**Exhibit A**
Individual Member Cases in the
In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation MDL

| Plaintiff Last Name | Plaintiff First Name | Case No. |
|---|---|---|
| Employers And Laborers Locals 100 and 397 Health and Welfare Fund et al. | Employers And Laborers Locals 100 and 397 Health and Welfare Fund et al. | 1:20-cv-07285-RBK-JS |
| Enander | Mark | 1:22-cv-06383-RBK-SAK |
| Fields | Tivis | 1:20-cv-00683-RBK-JS |
| Gardner | Patricia, as Executrix of the Estate of William Gardner | 1:21-cv-12275-RBK-KMW |
| Giambrone | Mary | 1:20-cv-08725-RBK-JS |
| Greene | Allen | 1:21-cv-17553-RBK |
| Hairsine | Miriam, Individually and on behalf of the Estate of Mary Richards | 1:21-cv-18341-RBK |
| Halsey | Talmadge | 1:19-cv-14995-RBK-JS |
| Hardy, Jr. | Dana | 1:21-cv-11898-RBK-KMW |
| Herscher | Doris, representative and heir to the Estate of Jeane Herscher | 1:22-cv-04802-RBK |
| Hightower | Lyrik | 1:20-cv-12482 -RBK-KMW |
| Hill | Regina | 1:23-cv-04125-RBK |
| Hinrichs | Scott | 1:21-cv-13735 |
| Huston | Carl | 1:21-cv-20758-RBK |
| Johnson | Darlene | 1:21-cv-06953-RBK-KMW |
| Johnson | Regina | 1:22-cv-01881-RBK |
| Kadish | Denise (the Estate of Denise o/b/o anticipated PR David Kadish) | 1:21-cv-16239-RBK-KMW |
| **Kaplan** | **Dennis** | **1:18-cv-16067-RBK-JS** |
| Kaplan | William | 1:21-cv-20159-RBK |
| Lampley | David | 1:21-cv-18259-RBK |
| Lassiter | James | 1:20-cv-08110-RBK-JS |
| Lewis | Della | 1:20-cv-03086-RBK-JS |
| Love | William | 1:19-cv-15030-RBK-JS |
| Machuga | David | 1:20-cv-14958-RBK-JS |
| Mantalis | Stelios | 1:23-cv-14463-RBK-SAK |
| Martinez | Shawna, individually and on behalf of decedent Otha Currens | 1:21-cv-12152-RBK-KMW |
| Mashrique | Perwana (o/b/o the Estate of Michael K. Canfara) | 1:20-cv-10857-RBK-JS |
| Matthews | Neal | 1:21-cv-10282-RBK-KMW |
| Mayle | Carol | 1:20-cv-08103-RBK-JS |
| McKelvy Bird | Robert, Individually and as Administrator for the Estate of Mary Bird | 1:21-cv-13830-RBK-KMW |

**Exhibit A**

Individual Member Cases in the

In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation MDL

| Plaintiff Last Name | Plaintiff First Name | Case No. |
|---|---|---|
| McVeigh | Christopher | 1:21-cv-13783-RBK-KMW |
| Miller | Richard | 1:20-cv-08950-RBK-JS |
| Montz | Andrew | 1:21-cv-13474-RBK-KMW |
| Moss | Charles | 1:20-cv-16512-RBK-JS |
| Mullins | James | 1:19-cv-15043-RBK-JS |
| **Nelson** | **Gerald** | **1:19-cv-06847-RBK-JS** |
| Pauley | David W. | 1:22-cv-05469 |
| Peyton | Katherine Delores | 1:21-cv-09063-RBK-KMW |
| Phillips | Terry | 1:21-cv-11155-RBK-KMW |
| Preston | Joyce | 1:20-cv-08198-RBK-JS |
| Quezada | Insoka, Individually and as the Executor for the Estate of Lourdes Morel | 1:22-cv-00151-RBK-SAK |
| Ramirez | Jose | 1:21-cv-16249-RBK-KMW |
| Richards | Mary | 1:21-cv-17150-RBK-KMW |
| Righteous | Worikeena | 1:20-cv-0414-RBK-JS |
| Rocuskie | Sherry, Representative for Kenneth Rocuskie | 1:20-cv-04362-RBK-JS |
| Shepherd, Jr. | Kelly | 1:19-cv-12038-RBK-JS |
| Strozewski | Terence | 1:20-cv-01423-RBK-JS |
| Thompson | Donald | 1:20-cv-07988-RBK-JS |
| Thornton | Latisa, Individually and as Rep of Ricky Thornton | 1:20-cv-16078-RBK-JS |
| Tolley | Margaret | 1:21-cv-10130-RBK-KMW |
| Troxell | Frederick | 1:20-cv-04408-RBK-JS |
| Tsakalas | Deborah | 1:22-cv-06294-RBK |
| Turrey | Jimmy | 1:20-cv-06111-RBK-JS |
| Walker | Maudline, Representative and Heir of Sheldon Walker | 1:22-cv-01372-RBK-SAK |
| Wallaert | Jacqueline M. | 1:22-cv-01526-RBK-SAK |
| Washington | Allen | 1:20-cv-06001-RBK-JS |
| Williams | Mary M. | 1:20-cv-08728-RBK-JS |
| Williams | Taffnie | 1:20-cv-20380-RBK-JS |