# Exhibit 1

2002 Eastpark Blvd. Ste. A  
Cranbury, NJ  08512  
Tel: (609) 451-1000  I  Fax: (609) 451-1100  

www.solcohealthcare.com



# URGENT RECALL of Valsartan Tablets, 40mg, 30ct; 80mg, 90ct; 160mg, 90ct; 320mg, 90ct; and Valsartan HCTZ Tablets, 80mg/12.5mg, 90ct; 160mg/12.5mg, 90ct; 160mg/25mg, 90ct; 320mg/12.5mg, 90ct and 320mg/25mg, 90ct

Date: July 13, 2018

**Hai Wang**  
**128**  
3/10/2121

Dear Valued Customer:

This letter is to inform you that Solco Healthcare is voluntarily recall the products listed in the table below.

This product recall is due to the detection of a trace amount of an unexpected impurity, N-nitrosodimethylamine (NDMA), made by the manufacturer – Z hejiang Huahai Pharmaceutical Co. Ltd. -- that is used in the manufacture of the subject product lots. This impurity has been classified as a probable human carcinogen as per International Agency for Research on Cancer (IARC) classification. No adverse events have been reported to date.

The products are indicated for the treatment of hypertension.

*The exposure to the impurity N-nitrosodimethylamine (NDMA) that was detected in valsartan product line presents an unacceptable carcinogenic risk to the intended patient population.*

| Product | NDC Code | Lot Number | Expiry Dates | Distribution Date |
|---|---|---|---|---|
| VALSARTAN TABLETS 40MG 30CT | 43547-367-03 | All lots | From Jul 18 to Jan 20 | Oct 2015 – Jun 2018 |
| VALSARTAN TABLETS 80MG 90CT | 43547-368-09 | All lots | From Jul 18 to Jan 20 | Oct 2015 – Jun 2018 |
| VALSARTAN TABLETS 160MG 90CT | 43547-369-09 | All lots | From Jul 18 to Jan 20 | Oct 2015 – Jun 2018 |
| VALSARTAN TABLETS 320MG 90CT | 43547-3670-09 | All lots | From Jul 18 to Jan 20 | Oct 2015 – Jun 2018 |
| VALSARTAN/HCTZ 80MG/12.5MG 90CT TABLETS | 43547-311-09 | All lots | From Jul 18 to Jan 20 | Jun 2016 – Jun 2018 |
| VALSARTAN/HCTZ 160MG/12.5MG 90CT TABLETS | 43547-312-09 | All lots | From Jul 18 to Jan 20 | Jun 2016 – Jun 2018 |
| VALSARTAN/HCTZ 160MG/25MG 90CT TABLETS | 43547-313-09 | All lots | From Jul 18 to Jan 20 | Jun 2016 – Jun 2018 |
| VALSARTAN/HCTZ 320MG/12.5MG 90CT TABLETS | 43547-314-09 | All lots | From Jul 18 to Jan 20 | Jun 2016 – Jun 2018 |
| VALSARTAN/HCTZ 320MG/25MG 90CT TABLETS | 43547-315-09 | All lots | From Jul 18 to Jan 20 | Jun 2016 – Jun 2018 |

2002 Eastpark Blvd. Ste. A
Cranbury, NJ 08512
Tel: (609) 451-1000 I Fax: (609) 451-1100

www.solcohealthcare.com



The affected products' lot number and expiry date information can be found at http://www.solcohealthcare.com/uploads/news/ValsartanHCTZRecallAffectedLots.pdf or to download at http://www.solcohealthcare.com/uploads/news/ValsartanHCTZRecallAffectedLots.xlsx.

See enclosed product labels for ease in identifying the products at retail level.

Valsartan 40 mg strength, 30 ct bottle



Valsartan 80 mg strength, 90 ct bottle



Valsartan 160 mg strength, 90 ct bottle



RESTRICTED CONFIDENTIAL INFORMATION                                       SOLCO00024232

2002 Eastpark Blvd. Ste. A
Cranbury, NJ 08512
Tel: (609) 451-1000 I Fax: (609) 451-1100

www.solcohealthcare.com

Solco Healthcare U.S.

Valsartan 320 mg strength, 90 ct bottle

Valsartan HCTZ 80 mg/12.5mg strength, 90 ct bottle

Valsartan HCTZ 160 mg/12.5mg strength, 90 ct bottle



2002 Eastpark Blvd. Ste. A
Cranbury, NJ 08512
Tel: (609) 451-1000 I Fax: (609) 451-1100

www.solcohealthcare.com

Solco Healthcare U.S.

Valsartan HCTZ 160 mg/25mg strength, 90 ct bottle

Valsartan HCTZ 320 mg/12.5mg strength, 90 ct bottle

Valsartan HCTZ 320 mg/25mg strength, 90 ct bottle



2002 Eastpark Blvd. Ste. A
Cranbury, NJ 08512
Tel: (609) 451-1000   |   Fax: (609) 451-1100

www.solcohealthcare.com



The valsartan tablet product was shipped to you between October 2015 and June 2018. The valsartan HCT tablet product was shipped to you between June 2016 and June 2018.

Immediately examine your inventory and quarantine the products subject to recall. In addition, if you may have further distributed this product, please identify your customers and notify them at once of this product recall. Your notification to your customers may be enhanced by including a copy of this recall notification letter.

Retail pharmacies in possession of any unused products above immediately return the product by following the instructions below:

- *Pharmacists and wholesalers are asked to check their inventories, segregate any impacted inventory.*
- *Please contact Solco Customer Service at 1-866-931-9829, Option 5, Monday through Friday (9am to 5pm EST) or email or fax to: customerservice@solcohealthcare.com; 1-866-931-0709, for the Product Return.*
- *A call tag, a pre-printed, pre-paid return label will be provided to you for product return; return is free of charge.*
- *Return products to:*
  DLSS (Dohmen Life Science Services)
  Attn: Returns Department
  4580 S. Mendenhall, Memphis, TN 38141

This recall should be carried out to the retail level. Your assistance is appreciated and necessary to prevent potential patient harm.

Please complete and return the enclosed response form as soon as possible.

We apologize for any inconvenience this may cause you. If you have any questions, call *Solco Customer Service at 1-866-931-9829, Option 5, Monday through Friday (9am to 5pm EST)*.

This recall is being made with the knowledge of the Food and Drug Administration.

Sincerely,

Jun Du
CEO
Solco Healthcare LLC

RESTRICTED CONFIDENTIAL INFORMATION                                                                                                   SOLCO00024235