# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

October 4, 2024

VIA ECF
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

    Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RMB)

Dear Chief Judge Bumb:

Please accept this letter on behalf of the Plaintiffs.  Plaintiffs request leave to submit a response to the Defendants' October 2, 2024 submission with regard to Dr. Chodosh's opinions in this case.  Plaintiffs are prepared to file that response on October 8, 2024.

Honorable Renée Marie Bumb, U.S.D.J.
October 4, 2024
Page 2

    Thank you for your courtesies and consideration.

                                    Respectfully,

                                    ADAM M. SLATER

Cc: All counsel of record (via ECF)

                  Plaintiffs' request to file a response to Defendants' October 2, 2024 letter is GRANTED. Plaintiffs shall file their response by October 8, 2024.

                  SO ORDERED on this 4th day of October, 2024

                  _____
                  Renée Marie Bumb
                  Chief United States District Judge