# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Renee Marie Bumb, District Court Judge |
| **This Document Relates to All Actions** | |

To the Clerk of Court:

Vincent-Alexandre Fournier hereby enters an appearance in this MDL on behalf of Defendants Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd. ("Torrent") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: vincent.fournier@kirkland.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: October 7, 2024

Respectfully submitted,

*/s/ Vincent-Alexandre Fournier*

Vincent-Alexandre Fournier
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-390-4447

Fax: 212-446-4900
vincent.fournier@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

      */s/ Vincent-Alexandre Fournier*

Vincent-Alexandre Fournier
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: 212-390-4447
Fax: 212-446-4900
vincent.fournier@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*