# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Renee M. Bumb |
| This Document Relates To:<br>*All Actions* | Civ. No. 19-2875 (RMB/SAK) |

## PLAINTIFFS' NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION AMIT MODI

TO:  **Alexia Brancato**
**Lindsey Foster**
**Kirkland & Ellis, LLP**
**601 Lexington Avenue,**
**New York, NY 10022**

*Counsel for Defendants Torrent Pharmaceuticals LTD and Torrent Pharma Inc.*

PLEASE TAKE NOTICE that the videotaped deposition of Amit Modi, General Manager-Supply Chain at Torrent Pharma scheduled for Thursday, October 10, 2024, at 5:30 A.M. Eastern Standard Times is hereby **CANCELLED** due to Hurricane Milton and is to be rescheduled at a later date convenient to the parties.

DATED this 7th day of October 2024.

FOR PLAINTIFFS

*/s/ Paul S. Rothstein*
Paul S. Rothstein
Law Offices of Paul S. Rothstein P.A.
626 N.E. 1st Street
Gainesville, Fl. 32601
(352)-376-7650
psr@rothsteinforjustice.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I, Stacy Burrows, hereby certify that on October 7, 2024, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' counsel, as listed above, via email.

DATED this 7th day of October 2024.

                                                    */s/ Stacy A. Burrows*
                                                  Stacy A. Burrows
                                                  Barton and Burrows, LLC
                                                  5201 Johnson Dr. Ste. 110
                                                  Mission, Kansas 66205
                                                  (913) 563-6253
                                                  Stacy@bartonburrows.com