# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief District Court Judge |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

To the Clerk of the Court:

Please take notice that Tiffany M. Andras withdraws her appearance as counsel for Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Teva") in the above-captioned case, and requests that the Clerk of Court remove undersigned counsel from the mailing list for this case.

Defendant Teva continues to be represented by Lori G. Cohen, Victoria Davis Lockard, Gregory E. Ostfeld, and Steven M. Harkins of Greenberg Traurig, LLP.

Dated: October 9, 2024

/s/ Tiffany M. Andras
GREENBERG TRAURIG, LLP
Tiffany M. Andras
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 456-8400
andrast@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2024, I caused the foregoing to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Tiffany M. Andras*
Tiffany M. Andras