<pre>
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 2   _____

 3   IN RE:  VALSARTAN, LOSARTAN,        CIVIL ACTION NUMBER:

 4   and IRBESARTAN PRODUCTS             1:19-md-02875-RMB-SAK

 5   LIABILITY LITIGATION                Deposition Designations

 6                                       via TEAMS videoconference
     _____

 7
     Mitchell H. Cohen Building & U.S. Courthouse
 8   4th and Cooper Streets
     Camden, New Jersey 08101
 9   Tuesday, October 8, 2024
     Commencing at 1:00 p.m.
10

11   B E F O R E:        THE HONORABLE THOMAS I. VANASKIE (RET.)
                         SPECIAL MASTER
12

13   A P P E A R A N C E S:

14   HONIK LLC
     BY:  DAVID J. STANOCH, ESQUIRE
15   1515 Market Street, Suite 1100
     Philadelphia, Pennsylvania 19102
16   Co-Lead Counsel for MDL Plaintiffs

17

18   KANNER & WHITELEY, LLC
     BY:  CONLEE S. WHITELEY, ESQUIRE
19   701 Camp Street
     New Orleans, Louisiana 70130
20   Co-Lead Class Counsel for Third-Party Payor Economic Loss

21
                  John J. Kurz, Official Court Reporter
22                   John_Kurz@njd.uscourts.gov
                          (856)576-7094
23
        Proceedings recorded by mechanical stenography; transcript
24            produced by computer-aided transcription.

25
</pre>

1    **A P P E A R A N C E S:** (Continued)

2    NIGH GOLDENBERG RASO & VAUGHN, PLLC
     BY:  MARLENE J. GOLDENBERG, ESQUIRE
3    14 Ridge Square NW, Third Floor
     Washington, D.C. 20016
4    Co-Lead Class Counsel for Third-Party Payor Economic Loss

5

6    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     BY:  JESSICA DAVIDSON, ESQUIRE
     One Manhattan West, Suites 42-128
7    New York, New York 10001
     Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
8    Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
     Solco Healthcare U.S., LLC (collectively ZHP)
9
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
10   BY:  NINA R. ROSE, ESQUIRE
     1440 New York Avenue, N.W.
11   Washington, D.C. 20005
     Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
12   Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
     Solco Healthcare U.S., LLC (collectively ZHP)

13

14   GREENBERG TRAURIG LLP
     BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
15        STEVEN M. HARKINS, ESQUIRE
     3333 Piedmont Road, NE, Suite 2500
16   Atlanta, Georgia 30305
     Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
17   Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
     Inc. (collectively Teva)

18
     KIRKLAND & ELLIS LLP
19   BY:  VINCENT-ALEXANDRE FOURNIER, ESQUIRE
     601 Lexington Avenue
20   New York, New York 10022
     Counsel for Defendants Torrent Pharma, Inc. and
21   Torrent Pharmaceuticals Ltd. (collectively Torrent)

22   **Also present:**

23   Larry MacStravic, The Courtroom Deputy

24   Loretta Smith, Esquire, Judicial Law Clerk to the Honorable
     Robert B. Kugler (Ret.)

25

1           (PROCEEDINGS held via remote TEAMS videoconferencing

2     before the Honorable Thomas I. Vanaskie (Ret.), Special Master,

3     at 1:00 p.m. as follows:)

4           THE COURT:  Are you able to hear me?

5           Good afternoon.  And are we ready to proceed with

6     discussions on deposition designations for Teva-related

7     witnesses?

8           MR. STANOCH:  Yes, Judge.

9           THE COURT:  All right.  Now, I have the designations

10    and counterdesignations and objections on the spreadsheet for

11    Mr. Binsol.

12          Where do things stand with respect to Mr. Nudelman?

13          MS. LOCKARD:  So, Your Honor, at the last hearing you

14    had asked that we go ahead and provide Mr. Binsol -- or excuse

15    me, Mr. Nudelman and Mr. Barreto to plaintiffs' counsel, even

16    though we had a reservation about that because we felt like we

17    needed Judge Bumb's ruling on the "general cause" issues, and

18    also because there was an outstanding dispute about whether

19    plaintiffs could play designations of Mr. Barreto if he was

20    being called live.  And Your Honor instructed us to go ahead

21    and provide those.  So I did provide Nudelman's.  We're

22    finalizing Barreto's today.  And I plan to get that over to

23    plaintiffs' counsel.

24          But from my perspective, Nudelman is ready for Your

25    Honor.  But I believe Mr. Stanoch had sent an email that said

```
 1   we should wait until Judge Bumb rules, which was our initial
 2   position.
 3           MR. STANOCH:  I was just summarizing Ms. Lockard's
 4   position, Your Honor.  I don't think we should wait, but I was
 5   just being fair in an email to Your Honor to convey what I
 6   thought Ms. Lockard said.  And it sounds like I was right.
 7           (Laughter.)
 8           THE COURT:  Well, I understood your email, David, to
 9   be suggesting that we defer Mr. Nudelman until after Thursday;
10   and I'm inclined to do that.  I'm sorry for that, Victoria,
11   because of all the effort that was put in to get those
12   designations to me.  But I am inclined to defer until after
13   Thursday.
14           But we are prepared to address Mr. Binsol today.  And
15   Mr. Barreto is in a different category.
16           MS. LOCKARD:  Right.  Mr. Barreto is in a different
17   category.  But we're going to get those because Your Honor
18   instructed us to, and we're fine to do that.  It's just he's
19   got -- even though counsel has cut down the designations
20   significantly, I see that now as I'm going through them, but it
21   is two days of deposition, so it was a rather long deposition.
22   And I think there are, you know, over 200 rows that were
23   originally designated that have been revised.
24           So even though counsel has cut those down, I still
25   have to go through and see what was taken out and is it
```

1   something that we are missing a counter to and so forth.  So

2   it's just taking a little bit of time.  But I'm committed to

3   getting that over to Mr. Stanoch, you know, this evening, you

4   know, after today, after this evening.

5          THE COURT:  All right.  And is it all right to defer

6   Mr. Nudelman until after Thursday?

7          MS. LOCKARD:  No objection to that.  I thought we

8   should do that -- I think it would probably be more efficient

9   for everybody if we do that, so...

10          THE COURT:  Okay.  That's what we're going to do

11   then.

12          So the only witness we'll address today is

13   Mr. Binsol.  All right.

14          MR. STANOCH:  Yes, sir.

15          THE COURT:  And I've had the first dispute with

16   respect to Mr. Binsol appearing on page 41 of his deposition.

17          MS. LOCKARD:  So the first -- I had a question mark

18   just on the initial designation on page 23, Judge.  And the

19   issue that I just wanted to raise is, you know, in prior

20   designations, we had initially designated or counterdesignated

21   background information for these witnesses to provide their

22   role and some basic educational information and plaintiffs cut

23   that.  They didn't want to play the educational information or

24   even in some instances the role or the title of the witness at

25   Teva, and they've been saying, well, we can just announce who

1    this witness is and what their role is and we don't need their

2    educational background.

3            But in this witness's instance --

4            THE COURT:  Right.

5            MS. LOCKARD:  -- they take a different position.  And

6    my only conclusion can be because Mr. Binsol went to community

7    college and got an online degree.  And I think it's a bit

8    prejudicial if they want to play his educational information

9    but they don't want to let us play as a counter the educational

10   background of our other witnesses who have Ph.D.s from notable

11   universities.

12           So I don't have a strong legal objection to this, but

13   I just think it's a little bit inconsistent and unfair.

14           THE COURT:  All right.  David.

15           MR. STANOCH:  Your Honor, if there's no formal legal

16   objection, then I don't think there's a dispute, and I don't

17   have a legal argument I need to make back.

18           I am designating -- we're designating here testimony

19   about a Teva witness.  It's nothing about this designation that

20   there is anything objectionable.

21           In fact, you know, like Ms. Lockard said, in the

22   context of other objections, they are putting in affirmatives

23   and counters we have seen for three weeks about background and

24   positions they held.  So I don't think there's any issue for

25   you to decide here.  If there's no formal objection is what I

1    heard, then I think the testimony comes in.  I mean, especially

2    it's certainly, you know, relevant and probative about the

3    witness and his 30(b)(6) and 30(b)(1) capacity.  So I'm not

4    sure what more I need to say, Your Honor.

5            MS. LOCKARD:  Well, I said I don't --

6            THE COURT:  Well, I am a little bit concerned about

7    highlighting the fact that he's got a community college degree

8    and then online degree after that.  It just does strike me as

9    somewhat strange that you designated his educational background

10   but not the educational background of other witnesses.

11           MR. STANOCH:  I'm still not sure, Your Honor, even

12   with that about what the objection -- the legal objection is to

13   the admissibility of this testimony.

14           It's certainly probative of this witness who unlike

15   all of the other witnesses, Your Honor, we've heard for weeks

16   that he will be talking about quality issues and we'll have

17   someone from Teva about quality, this is the person, and we

18   will see, talking about testing, knowledge, information of

19   NDMA, et cetera, et cetera.  So his background certainly is

20   probative and relevant.  So I don't think there's an issue with

21   that.

22           And, you know, if he was on the stand, if he was

23   live, obviously we could or could not call him for that.  And

24   Teva has designated affirmatives or counters for the other

25   witnesses we've seen to this point on this.  So, again, I don't

1   understand what legal objection or basis there would be to

2   preclude this testimony.

3          And, frankly, I'm being honest, I still haven't heard

4   other than they don't like potentially an inference a jury may

5   draw that their quality designee has an Associate's degree and

6   then a liberal arts background in French business, not in cGMP

7   or biochemical pharmaceutical testing, but that's argument, and

8   the jury can hear that information and take from it what they

9   will or will not.

10          THE COURT:  All right.  Victoria.

11          MS. LOCKARD:  Well, we did not -- we had initially

12   counterdesignated our other witnesses' educational background

13   and plaintiffs objected to that.  This is before, Judge

14   Vanaskie, before you saw, this was back in the negotiation

15   stage.  And we took out our counters for the other witnesses on

16   the education piece.  And we did propose counters for their

17   title or their role, which Your Honor looked at.

18          But we took out all of our counters that had their

19   educational background, because, you know, in fairness,

20   plaintiffs said, well, it's their testimony and if they didn't

21   want to play the educational background, we could play it in

22   our affirmatives.

23          But here, I mean, I said I didn't have a strong legal

24   objection, I do have a prejudice objection, and I do have a

25   611(a) objection, because I do think this is somewhat intended

1    just to embarrass and harass the witness about the strength of

2    his educational background.

3           And, again, the reason I am putting it the way I am

4    is because if they had put in educational background on all the

5    other witnesses, then certainly I wouldn't object to this.

6    It's the truth.  And, you know, if educational background is

7    relevant to one witness, then it's relevant to all I guess

8    would be my position.  And if they're saying it's not relevant

9    to the others, then why suddenly is it now relevant to this

10   witness?

11          THE COURT:  Go ahead, David.

12          MR. STANOCH:  Your Honor, I don't want to belabor

13   this.  We are permitted to put in the designations and play the

14   party opponent testimony we would like as we choose.  I don't

15   understand how it's prejudicial to disclose a witness's

16   educational background.  I'm now hearing it's a prejudice

17   objection so we're in the 403 world.  I do not see how it's

18   unduly prejudicial.

19          Teva hired this person.  He worked at Teva for a

20   number of years and now Teva's not prepared to let a jury know

21   what qualifications their employees do or do not have.  I

22   disagree that that's unduly prejudicial.

23          And what might have been done for some other witness

24   or the other, I don't have in front of me, and this issue

25   wasn't raised before.  And if they want to counterdesignate or

```
 1    affirmatively designate, they can argue for something else
 2    about this witness or any other witness which they had dealt
 3    with before.  They've had these designations since February, as
 4    they did with all the other witnesses.  This is not -- no
 5    surprise here.  We're not trying to pull a fast-one.
 6                THE COURT:  Yeah.  I understand your concern,
 7    Victoria, but I have to say that this is proper examination of
 8    a witness.  Background is important in some instances.  In some
 9    instances, it isn't.  I can't speak for what you withdrew at
10    the request of the plaintiff with respect to other witnesses.
11    I know there's a lot of time pressure on counsel and so that
12    might have influenced what was withdrawn.
13                But I don't have a basis to grant this objection.
14    Its prejudicial nature does not substantially outweigh its
15    probative value.  All right.
16                MS. LOCKARD:  Understood.  I won't -- I won't say
17    anything more on that one.
18                THE COURT:  All right.  And now do we go to page --
19                MS. LOCKARD:  I think 41.
20                THE COURT:  That's what I had, 41.
21                MS. LOCKARD:  And it looks like plaintiffs withdrew
22    everything except line 5 to 6 on page 41.  So we are agreeable
23    to that.  We can keep in the answer.
24                THE COURT:  All right.  So nothing to decide with
25    respect to row 4 of the spreadsheet.
```

```
 1              MR. STANOCH:  Agreed.

 2              THE COURT:  I think that takes us to row 5 of the

 3      spreadsheet.

 4              MR. STANOCH:  Right.

 5              MS. LOCKARD:  Right.  So row 5 we objected to this

 6      based on relevance, prejudice, misleading, and in addition,

 7      Judge Bumb had ruled on MIL 11 which relates to Teva's API

 8      suppliers other than ZHP.  And this really gets into the whole

 9      piece of the case involving Mylan, and the Mylan API was used

10      at Teva's Jerusalem facility.

11              Remember the ZHP API was used at Teva's Malta

12      facility, which we do agree is relevant.  But this line of

13      questioning goes to the Mylan product being used in the

14      Jerusalem facility, why that facility closed.  And, you know,

15      as Judge Bumb said in her comments, that this is really taking

16      us down a path where we don't need to be.

17              THE COURT:  All right.  David.

18              MR. STANOCH:  Your Honor, and this -- I'm going to

19      step back for just two seconds to give some background because

20      I think it will apply to some other questioning here.

21              We're not trying to prove anything with -- about

22      Mylan's API.

23              Three and a half years ago when I deposed Mr. Binsol,

24      I had to depose him as a 30(b)(6) and 30(b)(1) on Teva's use of

25      both ZHP and Mylan API because they were buying both at the
```

1    same time.

2           This document I have in front of him, right, while

3    it's a Teva business record, and I use it, and you'll see in

4    the questions, use it to go through principles about NDMA, NDMA

5    formation, the ICH M7 guidelines that Teva put in its own

6    document, in its own business record.

7           Now, the fact that the document initially might have

8    been about Mylan I think is not the point and should not be

9    determinative here, because I'm not using anything here to

10   prove anything about Mylan or open the door to Mylan or waste

11   the jury's time on Mylan API at all.  But this goes to

12   knowledge, information of NDMA and the feasibility of knowing

13   how NDMA is formed, as Teva writes generically in this

14   document, right, about NDMA, and nothing really about NDEA and

15   Mylan, right?

16          If there's something specific here in this

17   designation or in an ensuing one, I'm happy to find a way to

18   potentially scrub out the word "Mylan."  I don't think there's

19   a reference of Mylan in this answer.

20          I think the question and answer that's designated

21   focuses on general information that was in the record that was

22   talking about NDMA.  That's the portion I was focused on.  It

23   was not focused on this questioning about, you know, oh, for

24   example, oh, Mylan's valsartan API contained NDMA, is that

25   right, and then your Jerusalem facility closed.  None of that

1    is in this or in the ensuing designations.

2            Because what Your Honor will see is this document and

3    another will be used to establish the foundation for the

4    witness's 30(b)(1) and 30(b)(6) knowledge about the topics he

5    was designated on, which include the evaluation and knowledge

6    of risks about the creation of nitrosamines.  And I'm going to

7    use that document to establish that and walk through it.

8            So, again, if there's something specific that they

9    think is going too far into the Mylan's "story," I'm happy to

10   address it.  But I don't think this designation does that.  And

11   just because the document elsewhere might say "Mylan NDEA,"

12   that's not what this designation is about.

13           THE COURT:  All right.  Victoria.

14           MS. LOCKARD:  So, first of all, this is -- they are

15   trying to get in information about the root cause of the

16   formation of the nitrosamines, and there's going to be a

17   hundred other documents that establish this.  Presumably, by

18   the time Tony Binsol testifies, all of that will have been well

19   presented.

20           So I don't think that -- I think it's going to be

21   cumulative, and it's not relevant to this witness when it's

22   coming in through the Mylan and Jerusalem story.  And so in the

23   way that it's presented here with reference to this document

24   and setting it up through the Jerusalem facility, I do feel

25   like this is more prejudicial than relevant.  It opens up this

1  whole issue about Mylan and Jerusalem unnecessarily, and it

2  adds confusion to the jury.

3        I mean, I'm looking, I'm hearing what counsel is

4  saying, and if there is a way to --

5        MR. STANOCH:  And --

6        MS. LOCKARD:  I mean --

7        MR. STANOCH:  I'm sorry.  Go ahead, Ms. Lockard.  I'm

8  sorry.

9        MS. LOCKARD:  There is a reference to bullets.  But I

10 don't have necessarily a problem with talking about the

11 potential formation, you know.  But the issue here, this

12 document with Mylan it's talking about, it goes beyond just

13 what happened in the ZHP root cause.  It's saying, well, here

14 are some other ways that nitrosamines can form, some of which

15 don't even apply to the ZHP case.

16       So I really think this is prejudicial, not relevant,

17 it's confusing.  I don't want to -- I don't think they need

18 this.

19       THE COURT:  Well, why don't you talk about "need,"

20 David, in terms of using this document to present this kind of

21 information to the jury.

22       MR. STANOCH:  Yes, sir.

23       This was the document we used because it was a more

24 recent and more robust document, a Teva business record, that,

25 yes, it was talking about Mylan NDEA in part, because

1    temporally the issues came up in June with ZHP and then a few
2    months later with Mylan, right?  So this document is inclusive
3    of all of that information before that.
4            And, again, four years ago we had no idea that two
5    and a half weeks before a subclass trial, right now, that
6    maybe, oh, we might have severed or bifurcated or informally
7    cut out the "Mylan story" because that did not happen until
8    much, much, much more recently.  And it would be unduly
9    prejudicial to plaintiffs to undermine the foundation and
10   testimony, and you'll see this is testimony about NDMA
11   formation generally.
12           And, again, I'm fine cutting out -- if you want to
13   cut out part of this designation, Ms. Lockard, that says "this
14   is a report at the Jerusalem facility," I'm fine.  But then it
15   goes on and says there's a discussion about "the formation of
16   nitrosamines during the tetrazole ring step," right.  And it
17   talks about the conditions of which nitrosamines can form
18   during the valsartan API manufacturing process, yes.
19           These are all generic things, right, about the
20   knowledge and feasibility of NDMA formation, which this witness
21   testified on.  And it would be unfair to plaintiffs to say, oh,
22   well, four years later you should have known that any document
23   that also mentions somewhere else "Mylan" should have been out
24   and then these general questions and answers, which were just
25   used with the document to move the things along with the

1    witness who was testifying -- who should have been able to

2    testify about these anyway from heart, but of course I wouldn't

3    make him say, "give me all of the reasons for formation of

4    nitrosamines." We use a business record to prompt that

5    questioning, of course. That's how you do it. And that's what

6    we did.

7          It would be unfair to us to say, well, sorry, you

8    used a document that says "Mylan" on the first page. You know,

9    you should have used one for ZHP because you should have

10   anticipated the first trial is going to be about ZHP. You lose

11   all of the foundational testimony about nitrosamine formation.

12         I think we can address this by either not showing the

13   document during the clip or -- and taking out part of the

14   designations that say anything -- and I thought we did -- that

15   says anything about "Jerusalem" or "NDEA" or "Mylan," I'm

16   perfectly happy to do that.

17         MS. LOCKARD: I think --

18         MR. STANOCH: But otherwise the entire testimony

19   we're going to have here from Mr. Binsol, it's all going to

20   fall apart because we were using this to show his knowledge,

21   his and Teva's knowledge about the formation and creation of

22   nitrosamines, generally.

23         THE COURT: All right. Victoria.

24         MS. LOCKARD: Right. So but this -- but you're not

25   using it to show their knowledge prior to the issue, because

1    this is a document that came out later.

2              And so, you know, part of the confusion is, you know,

3    when you take the document away, I mean, it makes it seem like

4    you're just asking this witness about his general knowledge of

5    how nitrosamines were formed.

6              I'm willing to negotiate.  Maybe what -- maybe what

7    we should do is try to offline talk about this one, because

8    some of the information, I believe, is probably okay.  But the

9    reference to the document is problematic.  The reference to

10   things that didn't relate to ZHP, like the cross-contamination

11   from the water supply, you know, that is not relevant to ZHP.

12   And it's a five -- it covers five pages of testimony, so I do

13   think it could be cut down significantly.

14             THE COURT:  All right.  Here's what I'm going to

15   suggest:  That you and David, you, Victoria, and David confer

16   on the designations from page 43 to 48 with a view towards

17   reducing, to the extent you can, those designations that still

18   enables David to get the information before the jury that he'd

19   like to present, all right, and report back to me by Thursday.

20             MS. LOCKARD:  Okay.  I'm happy to do that.

21             MR. STANOCH:  Yes, sir.

22             MS. LOCKARD:  I think this probably applies to the

23   next row as well.

24             MR. STANOCH:  I agree.

25             THE COURT:  Let me get to the next row.

1          So this would be row 6?

2          MR. STANOCH:  Yes, sir.

3          THE COURT:  All right.  So I'll ask you to confer on

4     rows 5 and 6 and report by Thursday.

5          MR. STANOCH:  Yes, sir.

6          THE COURT:  So does that take us now to row 7?

7          MR. STANOCH:  I believe it does, Judge.

8          THE COURT:  And that would be at page 56 of

9     Mr. Binsol's transcript.

10          MS. LOCKARD:  Right.

11          So, we made a number of objections to this particular

12     designation.  And just to set this up, I mean, it appears

13     they've jumped now -- the testimony has jumped from talking

14     about the Teva Jerusalem investigation report of the Mylan

15     issue, which we just talked about, to now a Mylan document

16     that's providing responses to questions from Teva.

17          So, what has happened essentially in this period of

18     time is the ZHP issue has come to light.  Teva is now

19     questioning other suppliers, such as Mylan, about their

20     process, do they have a similar process, do they have similar

21     nitrosamine issues, and Mylan is sending responses back.

22          So our objection in part is hearsay because there's

23     no Mylan witness in this trial.  And the responses from Mylan,

24     there's no one here to, you know, testify to explain the

25     responses from Mylan.  So we do think even though they're

```
 1   contained within a business document at Teva, I don't think
 2   that gets all the way through -- through the hearsay within the
 3   hearsay problem.
 4        There's also foundation, relevance and prejudice
 5   argument for the same reasons that we're now jumping into
 6   discussions about, you know, Mylan's responses.  Again, it's
 7   misleading, confusing.
 8        So I'll just stop there.
 9        THE COURT:  Thank you.  All right.  David.
10        MR. STANOCH:  Your Honor, I think it's a similar
11   issue.  Unfortunately, again, this document was being used
12   three, four years ago, right, to establish -- and this is, you
13   know, it's a document, it's a Teva document in Teva's records,
14   right?  And these are responses to Teva's questions.  So it
15   certainly goes to Teva's knowledge of the formation of NDMA and
16   the feasibility of being able to know about the potential
17   formation of NDMA and to be able to characterize or identify
18   NDMA, right, which, again, are part of the topics that were
19   noticed per agreement with this witness.
20        I don't want to punt everything --
21        THE COURT:  Sure.
22        MR. STANOCH:  -- and come back to Your Honor in a day
23   or two.  But I don't think it would be appropriate to keep all
24   of this out simply because we're looking now at a document
25   responding to Teva's questions and the witness is saying yes,
```

1    that's right, that's right, in terms of formation and

2    feasibility of NDMA because that's going to form the basis of

3    ensuing questions in his testimony.  Again, if there's some

4    overconcern about something in particular, do we black it out,

5    do we redact it, do we mute it out when they say it

6    potentially?

7        I also don't think -- I would suggest that Judge

8    Bumb, you know, didn't say the word "Mylan" could not be said

9    here, right?  We're not trying to prove anything about the

10   Mylan API, of course.

11       But, you know, they're a party opponent obviously in

12   the case, and regardless of what -- you know, for a number of

13   nonhearsay purposes, even if you put that aside, for the

14   knowledge and notice of Teva about the potential feasibility

15   and formation of NDMA, that's still germane to the noticed

16   topics, regardless of -- you know, we're not trying to prove

17   anything per se through this.  This is establishing the

18   witness's foundation about NDMA formation, right, which he

19   embraces in this document that were in Teva records, and then

20   it's used in subsequent questions.

21       So I'm not sure if I have a good answer for Your

22   Honor, or if we should try to talk about it, Ms. Lockard and I,

23   or if there's something you think more specific maybe we should

24   focus in on here.

25           MS. LOCKARD:  Well, on this particular -- let's just

1    take this one designation at a time.  So this particular

2    designation, all it says is, you know, here's a discussion

3    about the conditions that lead to the formation of NDMA, and

4    that includes presence of a solvent called dimethylformamide,

5    DMF, and the presence of sodium nitrite under acidic

6    conditions.  And so that by the time Tony Binsol gets up, like

7    that will have been well established.  So I don't know why we

8    need to use a hearsay document to get into that with him.

9            I mean, I understand it's difficult.  That's part of

10   the problem of piecing these together from a video deposition,

11   but it doesn't mean that we don't follow the evidentiary rules.

12           So I just don't think this is needed.  And I don't

13   want to introduce this document which was the solution or the

14   resolution proposed by counsel in the spreadsheet because I

15   think that takes it even farther into hearsay.  I don't want to

16   introduce this document.

17           And so it's unfortunate that the questioning, you

18   know, plaintiffs' questions didn't just ask these questions

19   instead of relying on the Mylan documents, but that's where we

20   are.  That's the testimony we have.

21           So I think this is going to be in already.  I don't

22   think you need to get into this with this witness through a

23   Mylan document.

24           MR. STANOCH:  Real quick, Your Honor.

25           THE COURT:  That's the concern I have.  Yes, go

1    ahead, David.

2              MR. STANOCH:  Thank you.

3              This is the witness we'd get it in, Your Honor.

4    We've heard before, you know, and I don't mean this in any

5    pejorative sense, we've heard for weeks now about you'll have

6    another Teva quality person to talk about something.  This is

7    the Teva quality person.  He was noticed on two different pages

8    of topics about test results and testing and such, and more

9    topics below about the extent of nitrosamine contamination, the

10   use of solvents, the tetrazole ring, Teva's evaluation and

11   knowledge of the risk of the creation of nitrosamines.  So as

12   to Teva, this is the witness we are getting it in.

13             And, Your Honor, if you look through this transcript,

14   you'll see, this is part of the setup, right, that Mr. Binsol

15   is agreeing that the steps identified here in terms of the

16   sodium nitrite exposes -- the hydrochloric acid can form nitric

17   acid, et cetera.  He confirms all of those chemistry testing,

18   risk formation, and evaluation and knowledge issues, and then I

19   used that in the ensuing question about it.

20             So, again, I think the questioning in general is

21   appropriate.  And if Ms. Lockard is saying the introduction of

22   the document was the issue, I thought the issue was it wasn't

23   being introduced because she wanted it to be said what it is.

24   That's fine.  I thought she wanted to make clear that it's a

25   different document than the one prior.

1        But if this is -- if this Teva witness is not the

2   one, the one who's the 30(b)(6), the quality person to talk

3   about this, we don't have any -- we don't have any Teva person.

4   And I don't think that's an appropriate basis to keep out this

5   testimony.

6        THE COURT:  All right.

7        MS. LOCKARD:  I've never said he's not the right

8   witness to talk about quality issues.  He is.  But the

9   questioning, you're asking this witness a question about the

10  Mylan Q & A, not about the ZHP issue.

11       And what I'm hearing now, I've heard you say

12  "notice," it shows notice a couple of times.  And that really

13  gives me pause with respect to the prejudice and 403 and

14  misleading objections.  Because if you're trying to use this to

15  suggest that Mr. Binsol had notice of these issues before the

16  ZHP issue, that's a misuse of this document.  Because the

17  document you're questioning about, you're saying here's what it

18  says, and he says yes.  I mean, you're basically going through

19  the document and he's saying yes, that's what it says, that's

20  what the discussion with Mylan was.  That's what it says.

21       But there's no acknowledgment or concession that he

22  knew or that Teva knew all of these things before the ZHP issue

23  came to light.

24       So for notice, it has no relevance.  It doesn't show

25  notice.  All it shows is that they knew that this was the root

1 cause because ZHP told them that was the root cause, and FDA

2 confirmed it all after the fact.

3    MR. STANOCH:  If I misspoke, that was not my

4 intention.

5    THE COURT:  Go ahead, David, quickly.

6    MR. STANOCH:  I'm sorry.  Thank you, Judge.

7    If I misspoke, that wasn't my intention.  The point

8 is that Teva is going to agree that even after the fact

9 quote-unquote that this is how nitrosamine formed, then we're

10 going to show with other information that there was other

11 information.  So that's knowledge of how it can form.  That's

12 not -- I'm not saying notice, this tipped you off in 2011 or

13 something before the recalls.  I'm saying you're agreeing with

14 this knowledge as a fact that this is how nitrosamine can form,

15 right, as a general matter, right?

16    And then later in the deposition I juxtapose that

17 against earlier-in-time documents, including those in Teva's

18 own records, right, which talk about the same thing about

19 nitrosamine formation, right?  And I think we're allowed to say

20 Teva acknowledges NDMA can form in manner A, and then compare

21 that to other documents prior in time saying isn't this

22 document in Teva's possession, saying the same thing about how

23 NDMA can form in the manner A, right?  And I can put those two

24 things together.

25    I'm not trying to say this tipped off Teva about the

```
 1    potential in the past.  This particular document is saying
 2    we're establishing the baseline, we're on the same page.  NDMA
 3    can form under these conditions.  Yes.  And then use that later
 4    to say these documents you had from the past, right, talk about
 5    those same conditions.  Those are two different things.  This
 6    is part one of the equation.
 7                THE COURT:  Well, I'm not sure what the equation is,
 8    but I will overrule the objection.  I think this is relevant,
 9    probative evidence.  I know there are hearsay objections, but I
10    can't tell from the exchanges that are at issue on these pages
11    of the transcript that there is a hearsay problem, and we'll
12    allow it.
13                MS. LOCKARD:  Understood, Judge.
14                MR. STANOCH:  And I think, Judge --
15                THE COURT:  I think we're to row -- go ahead.  I'm
16    sorry.
17                MR. STANOCH:  Oh, I was just going to say I think
18    that would get us -- because this line of questioning goes
19    through from row 11, and the next sort of area of questioning
20    would be row 12, beginning at page 66.
21                MS. LOCKARD:  So --
22                THE COURT:  So you're saying this gets us through
23    rows 7 through 11?
24                MR. STANOCH:  Yes, I think that's right.  And, again,
25    I am happy when we -- if I'm wrong, Ms. Lockard can correct me.
```

1    And in our going through meet-and-confer, I'm certainly happy

2    if there's particular things that we can address and excise

3    from what you just allowed, I'm happy to do that.

4              THE COURT:  Go ahead, Victoria.

5              MS. LOCKARD:  So I don't necessarily agree with that.

6    I mean, if we just take exhibit -- or take row 8, for example,

7    one of our issues is that this just starts up with the answer

8    and no question.

9              MR. STANOCH:  I -- if that was -- I will -- there's

10   no counterdesignation there from Ms. Lockard.  I'm happy to add

11   the question back in on page 57, if it was cut out.

12             MS. LOCKARD:  Well, yeah.  We did have a counter,

13   57:11 to 57:14, if it's brought in.

14             MR. STANOCH:  I will agree.

15             THE COURT:  All right.  So that's in.

16             Anything else, Victoria?

17             MS. LOCKARD:  Yeah.  I mean, this is -- I guess if

18   we're not dealing with the -- we're going to make -- we are

19   going to make an objection to this document, and there is some

20   uncertainty about how we're going to handle this, because in

21   this particular designation, he's talking -- he's pointing out

22   a specific diagram on the document.  And so, you know, we don't

23   believe this document -- this exchange between Mylan and Teva

24   should come in.  We do think it's a hearsay document.  Mylan is

25   not a party opponent in this trial.

1          And so I think -- I mean, I understand this goes part

2     and parcel with the Mylan discussion, but we're going to have

3     to -- if the document's out, this testimony can't come in,

4     because he's looking -- talking about a diagram that's on the

5     document that won't make any sense to the jury if the document

6     is not in.  That's not background information about how this

7     forms.

8          MR. STANOCH:  Pending an outcome of objections to

9     exhibits, we may have to revisit certain of these designations.

10          THE COURT:  Well, when are those objections to

11     exhibits going to be presented?

12          MS. LOCKARD:  I --

13          MR. STANOCH:  Frankly --

14          MS. LOCKARD:  I emailed Mr. Stanoch over the weekend

15     when I sent Mr. Nudelman's -- or not over the weekend, but when

16     I sent Mr. -- Dr. Nudelman's and I said you need to let me know

17     which exhibits you plan to introduce with these witnesses so

18     that we can hash out any objections we have to them and get

19     them heard by the Court.

20          So we don't have a -- we don't have an exact timeline

21     for that with the Court yet.

22          THE COURT:  All right.  So -- go ahead, David.

23          MR. STANOCH:  I was just going to say, I can't speak

24     for my entire side, Your Honor.  There's a lot of moving

25     targets in terms of the PTO.  As Your Honor knows, you'll be

1    having a hearing at the end of the week on that, and I know the

2    parties, I assume, would have exhibit lists, but I would agree

3    that I'm not -- I'm personally not sure what the exact timing

4    would be.

5                THE COURT:  All right.  So my ruling is that this

6    testimony that is covered by row 8 of the spreadsheet, that

7    testimony is subject to an examination...

8                The exhibit used in that examination cannot be used.

9    And if that's the corresponding testimony...

10               THE COURT REPORTER:  I'm sorry, Your Honor.

11               (No audio.)

12               (Court reporter interruption.)

13               THE COURT:  Row 8 of the spreadsheet... testimony is

14   subject to...

15               (Audio indiscernible.)

16               THE COURT:  Yes.  The examination that is covered by

17   Teva in row 8 of the spreadsheet, if... then the testimony will

18   not come in.

19               (Court reporter interruption.)

20               THE COURT:  Counsel, are you able to hear everything?

21               MR. STANOCH:  I could not.  I'm having trouble

22   hearing Your Honor.

23               THE COURT:  All right.  I don't know why that's the

24   case.

25               (Discussion was held off the record.)

1          THE COURT:  Let's try one more time.  All right.

2          And my ruling is that if the exhibit that is the

3    subject of the testimony that's covered by row 8 of the

4    spreadsheet is excluded, then the corresponding testimony will

5    be excluded.

6          Were you able to hear that?

7          THE COURT REPORTER:  Yes, Your Honor.

8          MR. STANOCH:  Yes, Your Honor.

9          THE COURT:  All right.  Victoria?

10         MS. LOCKARD:  I could hear.  Thank you.

11         THE COURT:  All right.  Okay.

12         MS. LOCKARD:  So I think there was also just, Dave,

13   Mr. Stanoch, I don't think you included the answer at the end

14   of that designation on line 8.  So I assume you agree to

15   include that as well.  I don't think we countered that because

16   I didn't notice that was cut off.

17         MR. STANOCH:  Agreed.  Will be added.  If it was cut

18   off, it was an accident.

19         THE COURT:  All right.

20         MS. LOCKARD:  Okay.  So that takes us to row 63.  And

21   we did have some counters that we designated for this.

22         THE COURT:  Yeah.  That takes us to row 9.

23         MS. LOCKARD:  Excuse me.  Row 9, yes.

24         THE COURT:  Yeah.  Page 63 of the deposition.

25         And you had counters that start at page 61 of the

```
1   deposition, correct?
2              MS. LOCKARD:  Correct.  Yes.
3              MR. STANOCH:  I'll agree to them.
4              THE COURT:  All right.  So the counters are agreed
5   to.
6              Does that resolve your objection?
7              MS. LOCKARD:  It does.  I don't -- I did not have any
8   objections, just the counter.  So I think that resolves row 9.
9              THE COURT:  Okay.  So row 9 is resolved.
10             Let's go to row 10.  And this concerns the testimony
11  at page 64, lines 5 to 9.  The objection is Rule 403.
12             MS. LOCKARD:  Right.  This is -- to me, we objected,
13  403.  I mean, it is vague, confusing and misleading.
14             I don't know what's meant by available literature.
15  If he's talking about -- I mean this witness was designated on
16  testing and levels.  So is he talking about that available
17  literature?  If he's talking about other available literature,
18  then I guess it would be personal knowledge and outside the
19  scope.
20             But I think this question is just vague and
21  confusing.  And it doesn't provide anything relevant to the
22  process because he says he's not aware.
23             THE COURT:  Yeah.  David.
24             MR. STANOCH:  Your Honor, I think the question is
25  relevant, and, in fact, I just agreed to the counters of the
```

1    questions and answers both immediately before and immediately

2    after this.  The witness was designated on more than just

3    testing.  He was also designated on knowledge of the risks of

4    creation of nitrosamines, the risks and knowledge and

5    evaluation of the health risks of nitrosamines and other such

6    topics.  He answered the question.  He's clearly saying that

7    he's not aware of this particular process, and then I follow-up

8    about patent information, and he has no problem answering that

9    information, all in questions that counsel for the defense have

10   just counterdesignated above in row 9 which we agreed to let

11   in.

12          So I don't think there is anything that falls within

13   Rule 403, and certainly nothing under vagueness or form given

14   that the witness was able to answer it.  And in the ensuing

15   questions and answers that have been counterdesignated, he's

16   clarifying information to the best of his knowledge.

17          THE COURT:  Yeah.  Given the fact that the testimony

18   covered by row 9 of the spreadsheet is coming in, I think that

19   clarifies and makes understandable the question that appears at

20   line 5 of page 64 going through line 19 on page 64.  So this

21   covers, in my mind, rows 10 and 11 of the spreadsheet.

22          MR. STANOCH:  Understood, Judge.

23          THE COURT:  All right.  So they'll come in.

24   Objections are overruled.

25          MS. LOCKARD:  Okay.  And let me just make a

1    clarification point on the record.  I think counsel has

2    overstated the topics that this witness was designated on.  He

3    wasn't designated on the risk -- the knowledge of the health

4    and safety risks.  That was Dr. Nudelman.

5                THE COURT:  Okay.

6                MS. LOCKARD:  So I don't know that --

7                MR. STANOCH:  I don't want to belabor --

8                THE COURT:  It doesn't affect my ruling, though.

9                MR. STANOCH:  Okay.  Yeah.  I'll stop.

10               MS. LOCKARD:  Okay.  So that takes us to row 11.

11               THE COURT:  Okay.

12               MR. STANOCH:  That was just the answer to the one

13   above it, Ms. Lockard.

14               THE COURT:  I think it takes us to row 12.

15               MS. LOCKARD:  Yes.  Okay.  Just making my note here.

16               MR. STANOCH:  Thank you.

17               MS. LOCKARD:  All right.  That takes us to row 12.

18               MR. STANOCH:  Agreed.

19               MS. LOCKARD:  We had an objection as to the

20   foundation, relevance, and hearsay.  This is a discussion --

21   plaintiffs are asking about this patent.  It's actually a

22   Chinese patent application.

23               So I know that this was discussed with the ZHP

24   witnesses, and that's a little bit different because it was a

25   document that was within the ZHP witnesses' document production

1    and in their business records.  And I understand the line of

2    questioning and the Court's rulings on that there.

3            Here, it's a little bit different.  This is a Chinese

4    patent application that counsel has pulled out and is asking

5    Mr. Binsol about this, and we do have objections to this, a

6    number of objections to this.  This is not something that is

7    shown that was ever produced by Teva or that was ever seen by

8    Teva or that this witness is aware of.  This witness was

9    certainly not identified on issues related to patents.  You

10   know, I don't think this document has been authenticated.  It

11   is a Chinese patent application that appears to be pulled off

12   of a Google website.

13           And so although to ask ZHP about it, it was in their

14   production, that's one thing.  To ask Mr. Binsol about it we

15   think is lacking in relevance, it's prejudicial, and it's

16   hearsay.

17           THE COURT:  All right.  David.

18           MR. STANOCH:  Thank you, Your Honor.

19           First, Ms. Lockard's correct that this is a publicly

20   available version of the same patent which was attached to the

21   ZHP email which Your Honor has heard so much about.  And on one

22   level the document fairly goes to the knowledge of

23   N-nitrosamine formation, which is clearly within the topics on

24   which he was noticed.

25           I'm not saying notice at this yet.  I'm saying the

1   witness agrees that this document does reflect his and Teva's

2   understanding about the creation of nitrosamines in terms of

3   how it -- what it lays out in terms of valsartan API.  That's

4   number one.

5          Number two, Your Honor, the document has a number

6   then of nonhearsay purposes which flow through that.

7          Number one is that it's establishing that there was a

8   notice of a danger.  That's not hearsay; that this document was

9   publicly available years prior, years prior to the recalls, and

10  that Teva is acknowledging that what it says is correct in

11  terms of NDMA formation and how -- and the feasibility, by the

12  way, of if you remove the sodium azide, you're not going to get

13  the NDMA, how it's feasible to have valsartan without NDMA

14  formation.  They're acknowledging that's correct and that it

15  existed years prior.  And then further, the witness

16  acknowledges I wasn't aware of that and Teva wasn't aware of

17  that, because he was the designee on Teva's evaluation and

18  knowledge of the risk of the creation of nitrosamines,

19  including NDMA.

20         So in addition to that, Your Honor, it's also not

21  hearsay because we're not trying -- it's a public record, I

22  might add.  And courts often take even judicial notice of

23  patents, patent applications, and prosecution history.  But the

24  fact that there's published scientific literature and publicly

25  available information is highly relevant to the defendants'

1    knowledge or the ability and feasibility of understanding a

2    potential defect or a danger in a product.  And that's the

3    classic nonhearsay purpose which is allowed.

4         And, again, this witness was designated on these

5    topics, agrees with the NDMA formation discussions, and that

6    this information is the same information, in fact, of what we

7    were talking about a few rows earlier, right, when we were

8    looking at that Q & A and other documents, right, where I asked

9    him, you agree NDMA can form under these conditions?  Yes?  He

10   says, "Yes."  That was sort of knowledge writ large.

11        Now we've linked that up and said, well, here's that

12   same knowledge which you agree shows you how NDMA forms.  Here

13   it is in the public sphere years ago, right, and you agree it's

14   the same and you say we didn't know about it.  I think that's

15   relevant and probative.

16        MS. LOCKARD:  So, first of all, that's a

17   mischaracterization of this document.  This witness says that

18   he's responding to the references to the generation of

19   Impurity K.  And plaintiffs can argue that, you know, their

20   interpretation of this is that it establishes the presence of

21   NDMA.  That's their argument.  But this document and this

22   witness talks about the generation of Impurity K in this

23   document.  So it does not go to show notice of formation of

24   NDMA.

25        Secondly, it doesn't go to show notice by Teva of

1    anything, because Teva didn't have this document in their

2    materials, unlike ZHP.  ZHP had it in their files; Teva didn't.

3    This has never been established with this witness to be a

4    publicly available document.  It was a Chinese patent

5    application.  And U.S. courts, courts will allow U.S. patents

6    to be presented typically either if they are properly

7    authenticated or if there's a certified version from the patent

8    court or on occasion they will take public notice.  But I have

9    not been able to find any evidence of a court in the United

10    States, and we've looked, taking judicial notice of a Chinese

11    patent application off of Google.  And even the patent courts

12    in the U.S. don't allow evidence of patents via Google patent.

13    It has to be an official document.

14         So we don't think that -- the fact that this was

15    pulled off of Google and put into ZHP's file without proper

16    authentication, without establishing through this witness that

17    this witness or Teva would have had public access to it is

18    inappropriate.

19         I mean, the bottom line is it's just not relevant to

20    this witness and to Teva.  Teva didn't have it.  They didn't

21    see it.  It doesn't show notice.

22         Plaintiffs like this document, and they're going to

23    have plenty of time to talk about it with ZHP, but it shouldn't

24    come in through Tony Binsol.

25         THE COURT:  All right.  David, final word on this.

1          MR. STANOCH:  Thank you, Your Honor.  I'll be very

2     brief.

3          THE COURT:  All right.

4          MR. STANOCH:  We asked this witness, who again is

5     known -- is the 30(b)(6) on evaluation -- on formations and

6     knowledge -- formation of nitrosamine and knowledge of how

7     nitrosamines can form.  And I say:  "This patent is saying if

8     you don't use sodium nitrite in the manufacture of the

9     valsartan API, you're not going to get the nitrous acid.  And

10    that was one of the components that we agreed could

11    theoretically lead to the formation of NDMA, right?

12         "Answer:  Right."

13         And then he goes on, and we go back and forth some

14    more.  And then I say, well, did Teva ever search for this

15    document, this publicly available information before?

16         And he says, well, I don't think so.

17         And you'll recall, Your Honor, testimony earlier

18    about does the quality department or anyone at Teva actually do

19    a public search for public information which merely puts folks

20    on notice, a nonhearsay purpose, about the potential danger or

21    the feasibility of a product characteristic and what its

22    effects might be for the formation of NDMA.

23         And I think it's highly relevant and certainly

24    probative, and a jury can infer that there is publicly

25    available information, whether or not -- we're not trying to

```
 1   prove NDMA forms based on this patent alone, right?  But the

 2   fact that there was out there in the prior art a publicly

 3   available document that you could get on the Internet years

 4   earlier and Teva never got it, that that certainly goes to the

 5   quality and the appropriateness of its quality oversight of

 6   ZHP, that it would never even have bothered to even look for

 7   something like this, let alone what it says or not; that they

 8   never even thought to look for it years ago when it was sitting

 9   out there in the ether, which we can argue about what the

10   patent does or does not say about Impurity K or nitroso

11   compounds, but that's a different issue.

12           And this goes to what Teva did or did not do years

13   prior with the information in the public sphere that was

14   available to put them on notice and to warn the public in

15   general about knowledges in the prior art of design defects or

16   potential unreasonable dangers of the product.

17           MS. LOCKARD:  See, this is why I objected to the

18   question about available literature, because now they want to

19   shoehorn that response into suggesting that, oh, that Teva has

20   some obligation to look through all the available literature,

21   which means Chinese patent applications, and it's so tenuous

22   and prejudicial at this point that I'm smiling because I can't

23   believe that this is -- that this is the core evidence that

24   they want to rely on.

25           But it's not even a patent, Your Honor.  I mean, it's
```

```
 1    an application in China.  It's going to come in through ZHP.  I
 2    mean, there's -- there's no -- there's no testimony.  They
 3    didn't set this up with this witness.  He didn't set it up with
 4    this witness to show that it was publicly available in the
 5    appropriate way to authenticate it, to ask this witness, does
 6    anybody at Teva do patent searches?  Does anybody look at the
 7    Chinese patent applications?  They didn't set it up in that way
 8    and it's therefore not admissible and it's prejudicial.
 9              MR. STANOCH:  Ten seconds, Your Honor.
10              THE COURT:  Ten seconds.
11              MR. STANOCH:  I specifically asked the witness,
12    right, who, again, is the corporate witness on Teva's knowledge
13    about the formation of NDMA, I asked him if he's aware of it,
14    if anyone at Teva became aware of this patent and its
15    examination of the nitrosamines.  He says I can't -- he says
16    I'm not aware of it.  I said, are you aware of anyone else
17    discovering this patent at Teva?  So I did ask him about what,
18    if anything, Teva did at the time.
19              Leave it at that.
20              MS. LOCKARD:  But under 611(a), it's not even
21    accurate.  It's not even a patent.  I mean --
22              MR. STANOCH:  The witness -- I'm not going -- I'm
23    sorry.  I don't want to dicker, Your Honor.
24              THE COURT:  Yeah.  My initial inclination was to
25    sustain the objection to this line of testimony, which is
```

```
 1   covered by, correct me if I'm wrong on this, rows 12, 13, and
 2   14 of the spreadsheet.
 3            MS. LOCKARD:  I mean, I guess if he wanted to simply
 4   ask, you know, was Teva -- was anybody at Teva aware of the
 5   patent and there was a question do you know if ZHP ever
 6   disclosed the existence of the patent, and he says I'm not
 7   aware, I guess with those -- you know, maybe there could be a
 8   compromise with those two questions.  But I think that's as far
 9   as it should go under these evidentiary rules.
10            THE COURT:  See, what I had a problem with, David, is
11   the question at line 18 of page 74 of the transcript where you
12   ask:  "Can you think of any reason why Mylan or ZHP would not
13   be able to find this publicly available patent concerning the
14   preparation of valsartan API?"
15            And first I think the question is misleading in terms
16   of you're talking about this patent when we're talking about a
17   patent application.  "And can you think of any reason," I just
18   don't think that's a proper question.
19            And it sort of -- that tied up the whole line of
20   inquiry.  And so I'm going to sustain the objections that are
21   covered by rows 12 --
22            MR. STANOCH:  I would agree to the question and
23   answer you highlighted, Your Honor, to withdraw that.
24            And I'd also, just to correct the record, the
25   document itself, the patent application was granted and
```

```
 1   published.  That's what it says.  It's not just a patent,
 2   quote, patent application --
 3              THE COURT:  Okay.
 4              MR. STANOCH:  -- in Chinese.
 5              First of all, it's all in English, all translated,
 6   and it was granted and published.  So I'm just stating that for
 7   the record, Judge.
 8              THE COURT:  All right.
 9              MR. STANOCH:  So it's a patent.  It's not a patent
10   application.
11              MS. LOCKARD:  It's not a patent.  I will get a
12   certificate, a declaration from my patent colleague who looked
13   at this.  It is not a patent.
14              MR. STANOCH:  Well --
15              MS. LOCKARD:  So it's misleading, and it's
16   misrepresenting what this is.  And that's the underlying
17   problem with it.
18              MR. STANOCH:  I think we're getting far afield --
19              THE COURT:  Well, I'm going to sustain the objections
20   for the testimony covered by rows 12 and 13 and 14 of the
21   spreadsheet.
22              And I think that takes us to row 15.
23              MS. LOCKARD:  Right.  And, Your Honor, I think just
24   the first -- that row 15 also deals with the patent.  The first
25   part is the answer to the question that you sustained the
```

```
 1    objection on, and then there's a new question.
 2              THE COURT:  What line are we on, Victoria?
 3              MS. LOCKARD:  That would be -- it's page 75, line 1
 4    to 11.
 5              THE COURT:  Okay.
 6              Yeah.  That should be out.
 7              MS. LOCKARD:  Then that takes us to 16, row 16.
 8              MR. STANOCH:  I'm sorry.  I didn't understand the
 9    answer to the prior one.  75:6 to 76:11, right, that's
10    different, that's asking a different question.
11              It was -- in fact, it was your contingent counter.
12              MS. LOCKARD:  Right.  Only if it came in.  But --
13              MR. STANOCH:  Given this, I'll say that I'd ask for
14    it to come in then.
15              MS. LOCKARD:  I will agree to this line 6 to 11.
16              THE COURT:  On page 75?
17              MS. LOCKARD:  Correct.
18              MR. STANOCH:  Thank you.
19              THE COURT:  All right.  That's it.
20              MS. LOCKARD:  Okay.  Can you -- can you edit out the
21    word "Mylan"?  Is that -- are we going to fight about that?
22              MR. STANOCH:  Well, we'll -- we'll deal with it.
23              MS. LOCKARD:  Okay.
24              Okay.  So row 16, page 79.
25              THE COURT:  That's what I have.
```

1           MS. LOCKARD:  Yeah.  So this is questioning about the

2    EPA technical fact sheet, and I do -- you know, I do have a

3    relevance and a prejudice objection here.  This is an

4    Environmental Protection Agency document.  It really -- the

5    reason they're bringing it in relates to some of the

6    carcinogenicity issues.  So I had made a note, "this is subject

7    to the GC ruling," because they're bringing this out to say

8    that EPA calls it a potent carcinogen.  So we really object to

9    that entire question and answer.

10          THE COURT:  So this covers the testimony from

11   page 79, line 24 through page 85, line 7.

12          MS. LOCKARD:  It's such a long designation.  That's

13   why I'm pausing because there's a lot of information in here

14   that I think is subject to the GC ruling.  With that aside,

15   there is a lot of irrelevant testimony that is in this

16   designation that derives from this EPA technical fact sheet.

17          So I just don't think that, aside from -- if general

18   causation is out, as plaintiffs say, then I just don't think

19   there's any relevance left to this document whatsoever.  And

20   that's why we objected to the entire designation.

21          THE COURT:  David.

22          MS. LOCKARD:  Plaintiff --

23          MR. STANOCH:  In terms of quote-unquote general

24   causation, yes, I mean, part of this, you know, may talk about,

25   I mean, literally defining what NDMA is, as a semi-volatile

```
 1    compound with carcinogenic potential.  Sure, you know, we'll
 2    see what Judge Bumb says on Thursday about that.  But as to the
 3    rest of it, I think it's certainly relative -- relevant, Your
 4    Honor, right, that it's a document predating all the recalls,
 5    talking about the nature of NDMA.
 6            And I think it's important to note, too, that the EPA
 7    is talking about nitrosamines in water, and that's important
 8    because ZHP in 2017 stumbled upon NDMA in connection with
 9    testing its wastewater in the manufacture of valsartan, right?
10    So I think the discussion about how NDMA in water and
11    wastewater and things of that nature is all part and parcel of
12    the overall story.  And this is showing, you know, Teva's
13    notice and knowledge of at least part of those facts which are
14    one of the reasons that were identified ultimately as being an
15    issue giving rise to the NDMA formation of the valsartan API
16    manufactured by ZHP.
17            THE COURT:  I guess the concern I have here, and
18    maybe you can help me with it, David, is there was no mention
19    of pharmaceuticals in this article that you're using for the
20    examination of this witness.
21            MR. STANOCH:  I don't -- I don't think, Your Honor,
22    that a document has to say specifically that NDMA can form in
23    the manufacture of a pharmaceutical drug to be relevant.  It
24    can say that in manufacturing, industrial and other processes,
25    right, the chemistry, the underlying chemistry formation,
```

```
 1   chemical formation of NDMA could arise when you're processing

 2   things using aqueous solutions, i.e., water, which in the NDMA,

 3   one of the root causes identified and what actually happened

 4   was that there was ZHP testing its valsartan manufacturing

 5   process wastewater and found NDMA.

 6           And I think that the fact that all -- that the EPA is

 7   acknowledging a variety of processes, right, industrial uses

 8   and processing facilities, right, that the chemical reactions

 9   happening there could result in NDMA forming, I think that's

10   probative of whether it could form in this manufacturing

11   process even if the word "pharmaceutical drug" does not appear

12   in the article.

13           THE COURT:  All right.

14           MS. LOCKARD:  Well, we obviously don't think it's

15   relevant for that reason.  You know, no one disputes that NDMA

16   was a compound that existed prior to it being discovered.  I

17   don't think that's at issue.  The issue in the case is whether

18   or not the manufacturers knew or the industry knew that it

19   could form in pharmaceuticals.  And this doesn't say that.  And

20   so I think it's misleading to the jury to suggest that this

21   presents notice of something that it doesn't give notice of.

22           MR. STANOCH:  Well, ten seconds, Your Honor.

23           THE COURT:  Yes.

24           MR. STANOCH:  This document predating the recalls

25   talks about in a variety of processes that chemical reactions
```

1    can occur to lead to the formation of NDMA, specifically in

2    byproduct wastewater.  And then these questions culminate in

3    then, hey, did Teva ever ask ZHP whether ZHP considered the use

4    of nitrous acid in the manufacture of valsartan that could lead

5    to the creation of NDMA, just like this EPA article is talking

6    about, and he says I'm not aware of it.

7         MS. LOCKARD:  But the article is talking about

8    pesticide manufacturing plants, you know, rubber tire makers

9    and, you know, fish processing.  So --

10        MR. STANOCH:  Right.  If it can happen in these dozen

11   other things, I can argue to the jury, Judge, I submit, that

12   it's reasonable for a sophisticated global pharmaceutical

13   manufacturer to exercise its quality cGMP oversight of its

14   supplier and say, hey, in your manufacturing processes, just

15   like it can happen in all these other 15 different things, are

16   you keeping tabs of this.  And they never even asked the

17   question.  And then that ended up being one of the identified

18   root causes for the contamination of NDMA of valsartan made by

19   ZHP.  And Teva never even asked the question.

20        THE COURT:  Right.  Yeah.  I'm persuaded that this

21   line of inquiry is appropriate and the objection is overruled.

22        MS. LOCKARD:  Okay.

23        THE COURT:  And that should take us through row 17

24   and now take us to row 18.

25        MR. STANOCH:  I think so.

1          THE COURT:  And that's the testimony that starts on

2     line 5 of page 91.

3          MS. LOCKARD:  Okay.  I'm getting there.

4          MR. STANOCH:  Yes, Your Honor.  I think this line of

5     questioning -- I mean, we can see it.  I think this line of

6     questioning on this document will go through line 22, 96:4.

7     I'm not trying to preempt Ms. Lockard's objections.

8          THE COURT:  No, no.

9          MR. STANOCH:  I'm just trying to say the next five or

10    six I think are very related.

11         THE COURT:  Yeah.

12         MS. LOCKARD:  Yeah.  That's what I was looking at to

13    see.

14         So --

15         THE COURT:  So this would take us -- I'm sorry to

16    interrupt, Victoria -- take us from row 18 through row 22.

17         MS. LOCKARD:  I think that's right, at least.

18         THE COURT:  Okay.  At least.  So let's cover that.

19         MS. LOCKARD:  Okay.  Right.  So I think this is --

20    we've made objections to these articles similarly as we have

21    before to the scientific literature that plaintiffs have used

22    to question our fact witnesses.  We do believe there is a

23    hearsay objection there; that it doesn't fall within the

24    learned treatise exception because it hasn't been established

25    as being reliable through an expert, and it's not being used

1    with an expert.  So we think that this is an inappropriate use

2    of the literature.

3            We also have made the objection based on relevance

4    and prejudice, but importantly, this 602,

5    lack-of-personal-knowledge and outside-the-scope objection is

6    important because this witness obviously was not here or

7    identified to talk about the state of the scientific literature

8    and whether NDMA had been noted in the literature prior to the

9    discovery.

10           He was identified to come in and speak about the

11   actual testing results that Teva undertook and what was going

12   on with their testing program and how they, you know, were

13   testing for impurities.  It wasn't a witness who was identified

14   to come in and talk about, you know, all of the literature in

15   the public referencing NDMAs.

16           So that is the gist of our objection on this section

17   and these multiple articles.

18           THE COURT:  All right.  David.

19           MR. STANOCH:  Thank you, Judge.

20           The questioning is about an article from 2012

21   produced from Teva's files with a custodial date of 2011 about

22   the overall impact of the regulatory requirements for genotoxic

23   impurities of the drug development process.  And it goes on at

24   length to talk about the testing of pharmaceutical products for

25   genotoxic impurities.  And Mr. Binsol, aside from being

1    designated on topics about knowledge and evaluation of risk of

2    the creation of nitrosamines, was designated on any number of

3    topics regarding testing and testing used in conjunction from a

4    quality standpoint, including testing limits used for the

5    product.  And this article specifically talks about FDA

6    guidance on genotoxic and carcinogenic impurities and the

7    limits or lack of limits for such impurities like nitrosamines.

8            And this was -- this, more than some other articles

9    that maybe we talked about earlier today or definitely versus

10   the patent, this was in Teva's possession in 2011, right, and

11   it was sent around by emails in 2014 within Teva about it.  It

12   certainly is probative of Teva's knowledge prior to the recalls

13   about the impact of the regulatory requirements of testing and

14   potential formation for genotoxic impurities during

15   pharmaceutical drug process development.

16           And the witness had no issue answering the questions

17   and went through the questions.  And, Your Honor, I believe

18   that Mr. Karlsson the other week, you did let in one article

19   because it was, you know, it was within Teva's possession.  I

20   won't say -- you -- I won't want to argue about it, but you did

21   let in an article.  This is very similar to that article and

22   the articles that you've let in I believe with the ZHP

23   witnesses, right?

24           And this is not something like the patent which I put

25   in front of him, which he hadn't seen, or Teva didn't Bates

1    stamp.  This was their records.  It certainly shows the

2    nonhearsay purpose that they were on notice about all of this

3    information about the testing of genotoxic impurities,

4    including nitrosamines.

5              THE COURT:  Yeah.  I'll overrule the objection to

6    this line of inquiry.  I think it is relevant for purposes of

7    showing notice and will allow it.

8              And I think that takes us now to row 23.

9              MR. STANOCH:  I believe you're right, Your Honor.

10   But, again, I'm not trying to cut off Ms. Lockard, but I think

11   that's right.

12             MS. LOCKARD:  Yeah.  I think that's generally right.

13   I think I had one more note.

14             THE COURT:  All right.

15             MS. LOCKARD:  Just let me check that and see if this

16   resolves it.

17             Actually, I think it does.  So I think you're right.

18             THE COURT:  And the inquiry on page 98, starting at

19   line 11, which is addressed in row 23 of the spreadsheet, seems

20   to be dealing with another article.

21             MS. LOCKARD:  Right.  I think there were two.  Let me

22   just get there.

23             One of the issues, aside from the article, this

24   designation is getting into the sourcing of API from Hetero for

25   losartan.  This -- I mean, if he wants to -- under your

1  rationale, if he wants to ask about the article and the date of

2  the article and the title of the article, I think that's okay.

3  But then when we get to line 3 of page 99 and it's asking about

4  one of the authors is someone affiliated with Hetero, who is a

5  codefendant in valsartan and the losartan litigation, I think

6  this part should come out, Your Honor, based on relevance and

7  confusion.

8       David, do you have any objection to that?

9       MR. STANOCH:  I'm trying to get to where you're

10  looking at.

11       MS. LOCKARD:  Sorry.  It would be --

12       THE COURT:  Page 99.

13       MS. LOCKARD:  -- page 99, line 3.  Line 3.

14       MR. STANOCH:  Well, a moment, Your Honor.  I just

15  want to get there.

16       I -- I think it -- I think I'd leave in the question

17  about that the authors were affiliated with Hetero, and he

18  answers "yes."  I don't see an issue with that.  It sounds like

19  Ms. Lockard's issue is that Teva sourced some API from Hetero.

20       Yeah, I'd be okay withdrawing 99:8 through 100:8,

21  which is I guess specific questions about Hetero losartan.

22       So I would agree to withdraw the question beginning

23  at 99:8 through the answer of 100:8.

24       MS. LOCKARD:  So that would take care of row 24 and

25  part of row 23.

```
 1              MR. STANOCH:  Uh-huh.

 2              MS. LOCKARD:  But you want to leave in the question

 3    about "among the authors of this article is someone who is

 4    affiliated with Hetero Drugs."  Why do we need that?  That's --

 5    they haven't -- they're not going to have heard about Hetero.

 6    That's 99:3 through 7.

 7              MR. STANOCH:  Fine.

 8              THE COURT:  All right.  They're out, too.

 9              MR. STANOCH:  99:3 through 100:8, I will withdraw,

10    Your Honor.

11              THE COURT:  Okay.

12              MR. STANOCH:  I'm sorry we could not have done this

13    prior to today.  We're both working hard, Judge Vanaskie.

14              THE COURT:  I know you're working very hard.

15              MR. STANOCH:  I apologize we couldn't have done this,

16    but --

17              MS. LOCKARD:  But we have resolved a lot, a lot.  So,

18    Your Honor, you should know that.  We have resolved a lot of

19    things.

20              THE COURT:  And I greatly appreciate that.  Thank

21    you.

22              So where are we at now?

23              MS. LOCKARD:  Row -- well, row 25, page 100, line 16,

24    and I think he's still talking about the article.

25              MR. STANOCH:  Uh-huh.  Yes.
```

1          MS. LOCKARD:  Let me get to the bottom.

2          I think under the Court's prior rationale, I think

3     that probably comes in.  So I think that flows from the ruling

4     on the articles.  So we'll accept that.

5          THE COURT:  All right.

6          MS. LOCKARD:  And I think that would include -- with

7     that coming in, we would agree to...

8          THE COURT:  It seems to me --

9          MS. LOCKARD:  Oh, I see.  The answer is designated,

10    but I don't think the answer made it on our sheet, because I

11    didn't really have an objection to the answer.

12         MR. STANOCH:  I see.  Okay.  So 104:22 is a question,

13    right.  We're okay with the question.  And, Ms. Lockard, we'll

14    try to mute out "Mylan" or something if you're okay with that.

15         MS. LOCKARD:  Wait.  No.  I'm not there yet.  Sorry.

16         MR. STANOCH:  Oh, I'm sorry.  I thought you were

17    there.

18         MS. LOCKARD:  Sorry, Mr. Stanoch.

19         I was looking at -- so we had just talked about row

20    25, which is 100:16 to 104:9.

21         MR. STANOCH:  I'm with you.

22         MS. LOCKARD:  Okay.  And then the question -- that's

23    the end of the question -- and then the answer is at 104:13 to

24    17, and I didn't see that on the dispute chart.  But I think

25    I -- I just confirmed that you had actually designated that, so

```
 1    I think that's in.
 2              THE COURT:  Okay.
 3              MR. STANOCH:  Right.
 4              THE COURT:  Because that was not designated.  That
 5    was not on the spreadsheet provided to me.
 6              MR. STANOCH:  Right.
 7              MS. LOCKARD:  Yeah.  Okay.  So I think we got that
 8    resolved on our own.
 9              THE COURT:  Okay.
10              MS. LOCKARD:  So then I'm on 104:22, sorry,
11    Mr. Stanoch, I cut you off.
12              MR. STANOCH:  No, please.  I was just saying at
13    104:22 at the end of that question we can try to mute out
14    "Mylan."  I'm fine, or "Mylan."  And then I think the rest of
15    that would come in, that ensuing question and then the next
16    line, the answer, but take a look.
17              THE COURT:  So why not simply eliminate lines 19
18    through 21 of page 104?
19              MR. STANOCH:  I agree.
20              THE COURT:  So that comes out.  Are you with us,
21    Victoria?
22              MS. LOCKARD:  Yes, I'm with you.
23              THE COURT:  All right.
24              MS. LOCKARD:  But then the reference to Mylan at
25    line 24, you would need to edit out.
```

```
1              MR. STANOCH:  Yeah.  We'll just -- we'll stop at
2    "assessment by ZHP."  Is that acceptable?
3              MS. LOCKARD:  Yes.
4              THE COURT:  All right.
5              MS. LOCKARD:  I mean, we had objections here which I
6    don't -- which I don't -- I'm not withdrawing.  But I know
7    where Judge Vanaskie is going on this one, so...
8              THE COURT:  Yeah.  I mean, I would allow it as long
9    as you could edit out the reference to "Mylan."
10             MS. LOCKARD:  Right.  So 105, so this was the answer
11   at 105:13, to 105:19, so I think that goes along --
12             MR. STANOCH:  Yes.
13             THE COURT:  Yes, it does.
14             MS. LOCKARD:  -- with your ruling.
15             Row 28, we jump to page 134.
16             MR. STANOCH:  I'll withdraw row 28 which begins at
17   134:18.
18             MS. LOCKARD:  Yeah.  That was the Jerusalem issue.
19             Okay.  So that's out.
20             Right, Judge?  Are you with us on that one?
21             THE COURT:  I'm with you on that.  So the testimony
22   covered by row 28 starting at page 134, line 18 through 136,
23   line 7 is out.
24             That takes us to row 29, which jumps ahead to
25   page 171.
```

1          MS. LOCKARD:  Okay.

2          MR. STANOCH:  And you know what, Your Honor, to help

3    us move along, I may even withdraw this one, too.

4          MS. LOCKARD:  Please do, because it's totally

5    confusing and not relevant.

6          (Laughter.)

7          I may be hurting my case.  I don't -- I mean, we're

8    going to have to spend time explaining it if so, and...

9          THE COURT:  So you want to withdraw the testimony

10   covered by row 29?

11         MR. STANOCH:  Yes.

12         THE COURT:  And the counters as well?

13         MS. LOCKARD:  Yes, we will withdraw those.

14         THE COURT:  Okay.  All right.  Row 30, page 184.

15         MS. LOCKARD:  Just give me a moment, Your Honor.

16         THE COURT:  Yeah.  I have to read through it myself.

17         MS. LOCKARD:  So, the issue here is that at the time

18   of Mr. Binsol's deposition testimony, there was some

19   uncertainty about the nature of the testing and actually what

20   testing was done.  And the documents that he was shown, he

21   couldn't answer the question from the documents that he was

22   shown, but the answer was in other documents.  And I objected

23   on this because I think it gets very confusing throughout this.

24   But, you know, I think I'll withdraw the objection here because

25   I think, in fairness, the witness was disclosed on testing, so

```
 1    I think Mr. Stanoch is probably going to be allowed to ask him

 2    this question -- these questions.  So --

 3                THE COURT:  So what is covered here?  Rows?

 4                MS. LOCKARD:  So row 30, and then, yeah, it's just --

 5    that just goes to the designation at row 30.

 6                THE COURT:  Okay.

 7                MS. LOCKARD:  So we'll withdraw, so that will come

 8    in.

 9                THE COURT:  That will come in.

10                MR. STANOCH:  Tell you what, Your Honor, in the

11    spirit of compromise, Ms. Lockard withdrew the objection to row

12    30, I'll withdraw the designation at row 31.

13                (Laughter.)

14                MS. LOCKARD:  Okay.

15                MR. STANOCH:  We can split the baby ourselves,

16    Counsel.

17                THE COURT:  Good.  All right.

18                So we're at row 32 now.  Now, there is a counter at

19    row 31.  Page 198, lines 1 to 16.

20                MR. STANOCH:  I think that was just an answer to a

21    question.  And if the question is coming out, the answer I

22    think would come out, too.

23                THE COURT:  Yeah.  It is just an answer.  Okay.

24                MS. LOCKARD:  Yeah.  So we'll withdraw it.

25                THE COURT:  So that's out as well.
```

```
 1                    So everything in row 31 is out.

 2                    We're now to row 32.

 3                    MR. STANOCH:  Yes, sir.  Page 200, line 12.

 4                    The objection is only to the beginning of this

 5         question.  At page 200, 12 through 14, if I'm reading

 6         Ms. Lockard's objections correctly, then I'm fine beginning the

 7         question at page 200:15.  I just usually try not to do that

 8         deliberately to cut things off, but if that's the objection,

 9         I'm willing to agree to that.

10                    MS. LOCKARD:  Okay.  We'll accept that.  So that was

11         the only objection to that row.

12                    MR. STANOCH:  Oh, okay.

13                    I am making the note.

14                    THE COURT:  Okay.  So row 32 is covered?

15                    MR. STANOCH:  Yes, sir.  We are trimming so that row

16         32, page 200, lines 12 through 14 will be removed, but the

17         remainder will remain in of that designation.

18                    THE COURT:  Okay.  Very well.

19                    MS. LOCKARD:  So that takes us to row 33.

20                    THE COURT:  All right.  I know we do not have too

21         much more to go, but I'd like to take a 15-minute break at this

22         time.  All right.

23                    MS. LOCKARD:  Works for me.

24                    MR. STANOCH:  Yes, sir.

25                    THE COURT:  Okay.  Thanks.
```

```
1              MR. STANOCH:  Thank you.
2              (Recess was taken at 2:32 p.m. until 2:46 p.m.)
3              THE COURT:  Okay.  Are we all here?
4              MR. STANOCH:  Yes, Your Honor.
5              THE COURT:  Victoria, are you with us?
6              MS. LOCKARD:  I am.  I am, Your Honor.  I'm here.
7              THE COURT:  Okay.  And, John, you're all set to go?
8              THE COURT REPORTER:  Yes.  Thank you, Your Honor.
9              THE COURT:  So let me pull the spreadsheet back up.
10        And what row are we up to now?
11             MS. LOCKARD:  Thirty-four.  No.  Thirty-three.
12             THE COURT:  Thirty-three.  That's what I thought.
13             MS. LOCKARD:  But --
14             THE COURT:  This covers -- go ahead.
15             MR. STANOCH:  There's only 42 rows, Judge.
16             THE COURT:  I know.  No.  I knew we didn't have much
17        longer to go, and I'm sorry, but I did have to take a call.
18             MR. STANOCH:  No.  Please, please.
19             MS. LOCKARD:  But I think the same issue that we're
20        going to discuss applies to rows 33, 34, and 35.
21             THE COURT:  Okay.
22             MS. LOCKARD:  Okay.  So this issue, this line of
23        questioning relates to an email transaction that is between
24        Dr. Nudelman, who's a toxicologist for Teva, he sits in Israel,
25        and a woman who is at one of the Teva facilities in Japan.
```

1    The Teva facility in Japan did not have anything to

2  do with the valsartan that was produced for the U.S. market.

3  And so Judge Bumb has ruled that references and testimony and

4  evidence related to Teva's other facilities that were producing

5  valsartan for other markets around the world is not relevant to

6  this case.

7    So my objection to these three rows relates to that

8  because this is questioning of Mr. Binsol, Mr. Binsol, who is a

9  30(b)(6) witness who was identified to talk about testing and

10  knowledge of nitrosamine levels for the drug at issue for the

11  U.S. market.  He did not -- he was not identified and was not

12  prepared to talk about issues related to every single Teva

13  facility, just the U.S. market.

14    This line of questioning is highly irrelevant,

15  prejudicial.  And I'll tell you the reasons are because it's

16  talking about the evaluation of a peak at a Japanese facility

17  that did not produce the U.S. product or the product at issue.

18  It was a peak that plaintiffs like the language where it says

19  "unknown peak."  It started off as an unknown peak, but it was

20  identified as acetamide.  It became a known peak.  And

21  acetamide is not at issue in formation of NDMA and NDEA in this

22  case.  It's a different impurity.  And this is regarding what

23  toxicological investigation was done.  And so this witness is

24  not here to talk about toxicological investigations.  So it's

25  just irrelevant.

1          I mean, the only thing it's probative of is to show

2    that back during this time period, that there was an unknown

3    peak that was initially called an unknown peak, it was

4    determined to be acetamide, and it was sent to the global

5    toxicologists to evaluate the toxicology for that acetamide

6    impurity.  Well, none of that has anything to do with unknown

7    peaks determined to be nitrosamines in the U.S. product.

8          So we think all of those lines of questioning and

9    this document are irrelevant, prejudicial.  This witness lacks

10   personal knowledge, it's outside the scope, and it should come

11   out.

12         THE COURT:  All right.  David.

13         MR. STANOCH:  Your Honor, this is the ZHP global --

14   I'm sorry.  Your Honor, this is a Teva global quality employee,

15   a 30(b)(6) on testing and testing methods.  This is showing in

16   2016 Teva's knowledge about how it -- what it should do and the

17   steps it should take from a cGMP process and quality oversight

18   process; that it should be -- and has and does have global

19   processes that should be followed to properly identify and

20   characterize peaks.

21         That this one turned out to be something else, that's

22   not the point.  We're not trying to say oh, aha, Teva Japan

23   called the NDMA first.  This is showing what the Teva global

24   process for quality is and should have been with respect to

25   valsartan; that in this instance they were looking -- testing a

```
 1   product, looked at a product, found something unknown and went

 2   through a process and knew how to do so in 2016.  And we are

 3   comparing that to what did not happen with the valsartan, which

 4   we argued that they were not doing the same process, the same

 5   testing and proper characterization of the chemical composition

 6   of the valsartan they were purchasing.

 7           And I asked him about processes in place at the time,

 8   about identifying unknown peaks in the testing that would be

 9   done and tie that back into in the questioning ZHP, in terms of

10   at this time in 2016 was there a process to ensure conveyance

11   of information from one Teva site to others that might be

12   sourcing API from the same supplier, in this case ZHP.  And go

13   on about:  Are you aware of the processes that were in place at

14   Teva at the time for communicating with API suppliers about

15   issues regarding the API being tested?  And this was the way to

16   establish that with this quality-and-testing witness.

17           MS. LOCKARD:  But this witness was not identified to

18   talk about global issues at Teva facilities in Japan or

19   anywhere else other than the U.S., first of all; he was not.

20           And these questions are asking him questions about,

21   well, what follow-up was done in this instance?  Well, he

22   doesn't know.  He doesn't -- he doesn't oversee Teva's Japan

23   facility.  He wasn't identified to talk about those issues.  He

24   wasn't prepared to talk about those issues.  And so there's

25   this line of questions which is, do you know what follow-up
```

1    occurred at Teva with respect to the identification of this

2    unknown peak, and he says I do not.  Well, that's prejudicial,

3    because it makes it seem as if he's supposed to know when he's

4    not.  It's not his role.  He doesn't have personal knowledge of

5    that.  And the whole ordeal of it -- I mean, Judge Schneider

6    specifically carved out issues related to what was going on at

7    other Teva facilities and non-U.S. product in the discovery

8    order.  I mean, we didn't get into all of this in the

9    discovery.  We didn't have witnesses talk about it because it's

10   not relevant.

11          So then to ask a witness in the 30(b)(6) deposition,

12   well, what was the follow-up going on in Teva when they found

13   an unknown peak, it's very misleading and prejudicial to

14   suggest that he doesn't know or no one at Teva knows.  But

15   furthermore, it doesn't connect the dots to what's happening or

16   what happened in the nitrosamine U.S. issue.

17          I mean, they're trying to say that, okay, well, they

18   did identify the unknown peak because of acetamide and then

19   they asked for a toxicology evaluation and that's somehow

20   relevant to their argument here saying that we didn't do the

21   right thing because nobody identified the unknown peak.  I

22   don't see how that connects at all.

23          I mean, if that's the case, then we should be able to

24   bring out each and every single time that any Teva facility in

25   the world identified an unknown peak, found out what it was,

```
 1    did a proper toxicology examination.  And, I mean, this is just
 2    getting into like, you know, 404 character evidence.  Because
 3    then we're, all of a sudden, arguing about all these other
 4    times where we did the right thing.
 5             So it just really -- we're going to have to take a
 6    lot of time to sort of explain this if we get into this.  It
 7    just doesn't connect.
 8             THE COURT:  Yeah, I agree.
 9             MR. STANOCH:  May I?
10             THE COURT:  I've heard -- go ahead, David.
11             MR. STANOCH:  Just for the record, Your Honor, very
12    briefly.  Magistrate Judge -- we went over this the other week.
13    I disagree with the characterization of Judge Schneider's
14    discovery order.  It allowed discovery regarding testing that
15    could identify a nitrosamine-type issue, right?  This is the
16    same type of testing, right, that would do that.  And this
17    isn't just any old product that Teva was making anywhere in the
18    world.  This is about valsartan.  This is about testing of
19    valsartan and finding during the spectrometry testing an
20    unknown peak and what happened.  This is not saying some other,
21    you know, some generic aspirin in South America, you know, you
22    were looking for something else.  This is exactly what we were
23    allowed to get into.
24             Because, again, the ZHP email when it was talking
25    about irbesartan, that's not excluded because it talks about
```

1    irbesartan initially, right, because the same methods and

2    issues should have led to the discovery of the NDMA in

3    valsartan.  And this is showing that here as well.

4         MS. LOCKARD:  Judge Schneider's ruling only applied

5    to non-U.S., to the extent it related to the nitrosamine

6    impurities.  And this doesn't.  It's a different impurity.  It

7    doesn't say anywhere in these documents anything about

8    nitrosamine that he's been asking about.

9         MR. STANOCH:  It --

10        MS. LOCKARD:  So --

11        THE COURT:  Yeah.  I -- you know, I can understand

12   how you can connect it, David, but I think it's not close

13   enough to bring this into this trial, and we'll sustain the

14   objection and strike the testimony that is covered by I guess

15   it's rows 33, 34, and 35 of the spreadsheet.

16        MS. LOCKARD:  Okay.  So that takes us to page 210,

17   row 36.

18        So we object on the basis of relevance, prejudice,

19   403 and hearsay.

20        So these -- this email is a -- or the document is a

21   Mylan document, and it includes emails from someone at Matrix.

22   So for the first objection we do believe that this is a hearsay

23   document, notwithstanding, you know, whether it's contained

24   within a business record, but we're talking about discussions

25   with Matrix.

```
 1              But on the larger issue, it is a document that's
 2     talking about Mylan product that is not the same product at
 3     issue here.
 4              Mylan's product was a combination valsartan product.
 5     It was a valsartan amlodipine combination drug, and that is
 6     what these emails and these documents relate to.  It does not
 7     relate to -- it goes to the Mylan issue.  It does not relate to
 8     the valsartan -- the ZHP valsartan that's at issue in this
 9     case.
10              So it's talking about a discussion of a CE method
11     under the European methodology rules.  And we agree -- or we
12     argue at least on this piece it also fails to connect the dots
13     sufficient to allow Mr. Binsol to be asked about these
14     documents.
15              THE COURT:  All right.  David.
16              MR. STANOCH:  Thank you, Judge.
17              Number one, the document was produced by Mylan
18     because Matrix is a subsidiary of Mylan.  That's what that is.
19     And it's emails between the Mylan/Matrix personnel and Teva
20     personnel, right?
21              So Teva folks are sending and receiving this email
22     and asking questions about it.  That's number one.
23              Number two, this is a witness who is designated
24     specifically on testing regarding valsartan.  This is about the
25     testing that was being done on a valsartan product, and it goes
```

1    to the knowledge and capabilities and feasibility of using

2    different testing methods to identify substances, including in

3    this case the azide, which is part of the sodium azide that was

4    part of the chemical reaction here that led to the formation of

5    NDMA.

6            The email goes on and on and back and forth with Teva

7    asking questions about the liquid chromatography and mass

8    spectrometry, LCMS method, being more specific and sensitive to

9    detect impurities at ppm, parts per million levels than HPLC.

10            And I'm sure Your Honor has heard plenty of times in

11   the last month about the testing methods available and known at

12   the time able to detect impurities in drug products.  And this

13   is Teva personnel talking in 2011 about using the more specific

14   and sensitive LCMS method, the method that we say and that the

15   FDA later said will detect these things to analyze impurities

16   to the part per million level in a valsartan product.

17            So this is much more specific and tethered to the

18   issues in this case than the arguments we've heard for the last

19   email where we've heard that it was maybe about a different

20   product or a different impurity or something else.  This is

21   focused on exactly the topics he was designated on, testing and

22   testing methods, right?  And it's talking about the very

23   methods at issue in this case for testing impurities, and it's

24   about valsartan.

25            MS. LOCKARD:  I just want to make sure I heard you

1    correctly.

2            You're not saying that Matrix is a part of Teva,

3    right?

4            MR. STANOCH:  I said that Matrix was a subsidiary of

5    Mylan.

6            MS. LOCKARD:  Mylan.  Okay.  I wanted to make sure I

7    heard you correctly.

8            MR. STANOCH:  It was the NDA -- or the ANDA holder.

9    Matrix is under Mylan.

10           MS. LOCKARD:  Right.  Okay.  I just want to make sure

11   that was -- I may have misheard you.

12           MR. STANOCH:  No; I said it.

13           MS. LOCKARD:  So the issue, though, is none of this

14   testimony talks about the chromatograms.  I mean, this is sort

15   of -- it's not -- there's nothing much here that's relevant and

16   compared to the prejudice that it presents and the confusion

17   that it presents.  We're sort of introducing this Matrix

18   discussion.  It doesn't -- this discussion about, you know, who

19   is this guy, you know, Gili Oshri, you know, there's nothing

20   relevant in this discussion.

21           I understand they want to introduce the document, I

22   guess, because they like something that's in there.  But

23   there's nothing in this discussion that's relevant to this

24   case.

25           MR. STANOCH:  Ten seconds, Your Honor.

1          THE COURT:  Yes.  Yes, please.  Because I am having

2    trouble finding the relevance here.

3          MR. STANOCH:  Sure, Your Honor.

4          Again, in the middle of these designations, right, at

5    page 212, I asked the witness that -- we're talking about

6    testing of valsartan and the methods to test valsartan that

7    could find azide content.  And I say:  "Isn't it true that

8    sodium azide content [sic] is a component of solvents, such as

9    DMF?"

10         And he answers:  "I know sodium azide is used as a

11   quenching agent during the valsartan -- valsartan API

12   manufacturing process," right.

13         So the witness is acknowledging, and I'm not

14   surprised because he was designated on 22 or so topics

15   regarding testing, right, that I'm asking him that in 2011

16   about what testing methods did Teva know existed to get the

17   most specific levels of impurity testing, right.  And he's

18   saying, yes, GC-MS, right.  And you can find sodium azide,

19   which is one of the catalysts of the NDMA in the valsartan API

20   at issue in this case.

21         And so when they say no one -- when they come in and

22   say that nobody could find it, you wouldn't be able to -- we

23   had to come up with a special test and we had to, you know,

24   subcontract out a lab and we were using HPLC at the time and

25   nobody would use GC-MS at the time, this is Teva saying years

```
 1    earlier, no, using GC-MS you can find things like the very
 2    catalyst that can lead to NDMA, and, in fact, we were doing
 3    that and quantifying it at very specific levels concerning
 4    impurities in valsartan product.
 5              THE COURT:  Okay.  Here's the problem I'm having
 6    right now, and maybe it's because I don't have the complete
 7    designation.  The question and answer that you read starting at
 8    line 1 of page 212 is not part of what I reviewed because it
 9    wasn't designated as in dispute.
10              So when you read, "And in terms of azide content,
11    isn't it true that sodium azide is a component of certain
12    solvents, such as DMF," that's not in the designations that I
13    have.
14              MS. LOCKARD:  But we didn't object to that.
15              THE COURT:  So it was --
16              MS. LOCKARD:  Excuse me, Your Honor.
17              THE COURT:  Okay.  That's the problem.
18              MR. STANOCH:  I'm sorry.
19              MS. LOCKARD:  Yeah.  The designation, just for
20    clarity on the record, at page 212, line 1 to 7 which is the
21    question, "In terms of azide content, isn't it true that sodium
22    azide is a component of certain solvents, such as DMF," and he
23    answers, we did not object, because in fairness to
24    Mr. Stanoch's point and yours, that is a fact, I guess, that
25    you're asking him about and he answers it.
```

1          But my problem is all the back-and-forth about this

2    hearsay email with Matrix and Mylan, which I don't think that

3    he needs that.  I think it's hearsay, and he doesn't need that

4    in order to get to the underlying fact of if this is -- azide

5    is a component of DMF.

6          And then there's nothing in the other designations or

7    this one about showing any knowledge that Teva was aware of its

8    knowledge of testing methods to pick up NDMA.

9          So that is an argument they want to make, but that's

10   not in the testimony that's being disputed.

11         MR. STANOCH:  Your Honor.

12         THE COURT:  Go ahead.

13         MR. STANOCH:  You know, given that, if part of this

14   is back-and-forth questioning about Matrix, Mylan, maybe I can

15   limit this to the designation introducing the document, right,

16   just simply this is an email, it is from whatever date, and

17   then -- I'm seeing if I could just withdraw the rest, if Your

18   Honor would give me a moment.

19         THE COURT:  Yeah.  And I tell you to look

20   specifically at page 212, line 15 to 213, line 8.

21         MR. STANOCH:  I will withdraw 212:15 to 213, line 8

22   right now.

23         THE COURT:  All right.

24         MR. STANOCH:  So then I would only -- I would on the

25   one before that, I'm happy just to introduce the document at

```
 1    210:11 through 16, and then on 211, I would jump to 211:12.

 2    It's just basically -- so it's saying this is the document.

 3    It's talking about the determination of azide content in

 4    valsartan.  He says, hold on.  I give him time.  He says yes.

 5    That way I don't get into Matrix, Mylan and a lot of what I'm

 6    hearing from Ms. Lockard.

 7              MS. LOCKARD:  But there's no basis for the document

 8    to be introduced through this witness when -- I mean, it's not

 9    his document, and it's a hearsay document.  And to introduce

10    the document and then just ask the question, well, azide is a

11    component of sodium azide, isn't it, yes, and then move on,

12    that just doesn't follow.  I don't think he needs that document

13    with this witness.

14              If there's another witness he can introduce it with,

15    you know, to, you know, provide some context for what it is and

16    authenticate it in a sense, but this is something that came

17    from Mylan's production, not ours.  So I would not agree to

18    that proposal.

19              MR. STANOCH:  And, Your Honor, the point here is not

20    just the testimony of "sodium azide is a component of certain

21    solvents like DMF," sure, right, but completely divorced from

22    this, you know, part of this is that it was a conversation that

23    Teva was having in 2011, and not to have in there that that

24    conversation was happening in 2011.  I think that swings too

25    far the back way, especially I'm trying to address all these
```

```
 1    other issues with the email and the folks involved.

 2              And, again, remember, this is four years ago before

 3    we knew what the last trial was going to be.

 4              THE COURT:  I understand.

 5              MR. STANOCH:  So in hindsight, I wish I had done this

 6    a little differently, but it's 20/20 in that regard.

 7              THE COURT:  Yeah.

 8              MS. LOCKARD:  I just don't see that's appropriate

 9    under the evidentiary rules to just introduce a document

10    through a witness who has no information about the document,

11    you don't ask him any questions about it, and then you're going

12    to use that to try to authenticate it to get it into evidence.

13    I don't -- that doesn't flow.

14              MR. STANOCH:  Well, that's what I'm taking out,

15    because I -- I asked him about the email and who it's with and

16    it's with Gili Oshri, O-S-H-R-I, you know, right, and who the

17    people are and they're at Teva Israel.  And then I talk about

18    their Teva Israel email addresses, et cetera.  I'm taking all

19    that out because I'm hearing that it's superfluous, but then --

20              MS. LOCKARD:  But he's just reading what -- who's on

21    the email address.  He's not on the -- he wasn't sent this.

22              MR. STANOCH:  He's a 30(b)(6) on testing methods for

23    Mylan, by the way, and ZHP.  And this is testing methods being

24    used for valsartan with Mylan.

25              MS. LOCKARD:  I mean, but Mylan isn't in this trial,
```

```
 1    so I still think it's not relevant.

 2              (Pause.)

 3              THE COURT:  Yeah.  I've gone back over this.  I'm

 4    looking at this line of testimony again, and I'm really

 5    struggling with it, David.

 6              MR. STANOCH:  I hear Your Honor saying you're

 7    sustaining the objection.  I'll --

 8              THE COURT:  I sustain the objection.

 9              MR. STANOCH:  I understand Your Honor's ruling.

10    I'm...

11              THE COURT:  Yeah.  It's sustained.

12              MR. STANOCH:  And that would apply to row 36, which

13    is page 210.  I had already withdrawn row 37.  I think that's

14    right.

15              THE COURT:  Yeah.  I think that's right.

16              MS. LOCKARD:  And row 38.

17              MR. STANOCH:  That's a different document.

18              THE COURT:  Yes.  It's a different document.

19              MS. LOCKARD:  Okay.  I see.  All right.  Let's move

20    to that.

21              Okay.  All right.  So this is a different document,

22    similar objection as to relevance, prejudice, and confusion.

23    This is another one where, you know, we would say they haven't

24    properly connected the dots.  And in the email he's being asked

25    about the Bulgarian Teva site, which is not at issue in this
```

1   case, and there's a discussion asking -- they have an impurity

2   that they've identified, and it will -- the shorthand is MBS

3   and EBS.  It's not a nitrosamine.  It is an impurity that was

4   detected in the amlodipine valsartan, which is not the drug at

5   issue.  That's the combination product.  That's not the drug

6   here.  And there is a discussion about asking for outside labs

7   or capability for testing the MBS and the EBS.

8           So from our perspective, it offers no probative value

9   because it's not the drug at issue.  It's not the facility at

10  issue, and it's not the impurity at issue.

11          And I know that the subject line itself says

12  "genotoxic impurity in amlodipine valsartan," which is very

13  attractive for plaintiffs' case, to suggest, oh, well, there

14  are all these impurities in valsartan.  But it is really

15  misleading to put before the jury testimony about this with

16  this witness, because it's not the right product, it's not the

17  right facility, and it's not the right impurity.  And so

18  discussions about, well, is there a lab or capability to test

19  this other thing, that is far afield and not connected

20  sufficiently with the dots.

21          THE COURT:  David.

22          MR. STANOCH:  Your Honor, this is the facility at

23  which Teva conducted testing of the valsartan API and its

24  finished dose after June 2018, right?  And so this is the very

25  facility it sent valsartan finished dose or valsartan API from

1    ZHP to be tested, right?

2            And this is an email just a few months before that,

3    right, in April, in May of 2018 in which those personnel, the

4    same personnel who are in just a few months going to test the

5    valsartan at issue here are talking about the technology and

6    ability and feasibility and methods for testing a valsartan

7    product.  And it's talking about what can be done, what cannot

8    be done, and also more importantly, there's discussion here

9    about whether they should require additional genotoxic testing

10   from suppliers of valsartan, of a valsartan product.

11           So I think it's relevant.  I think it's squarely

12   within the topics of this testing-and-quality witness, and it

13   goes -- he's the designee on testing.  And it obviously goes to

14   knowledge both predating the recalls as well as the feasibility

15   of asking suppliers for additional information regarding

16   testing for genotoxic impurities.

17           It doesn't have to -- again, it doesn't have to be

18   the exact NDMA impurity, right?  That's not what this is.  But

19   this is the very facility that's doing -- that will do the

20   testing two months later and what they're saying about

21   genotoxic impurities and the methods and if it's feasible or

22   not to test for it, all of that is probative and within the

23   scope of the 30(b)(6).

24           THE COURT:  I know he was a 30(b)(6) deponent, but

25   I'm having trouble with the testimony that he gave.  You have

```
 1   him scroll through the email, but then you ask him:  "You

 2   weren't involved in the effort here regarding the potential

 3   genotoxic impurities in valsartan amlodipine finished product

 4   in April of 2018, right?

 5            "No, I wasn't."

 6            MR. STANOCH:  Right.

 7            THE COURT:  Which predates your arrival.

 8            MR. STANOCH:  That's right.  He --

 9            THE COURT:  And then you asked him about the

10   outcomes, and he says I don't know the specifics or actually

11   the outcome.

12            MR. STANOCH:  Yes, Your Honor.  And I think in a

13   30(b)(6) context, just because he came on to Teva after the

14   recalls, right, everything is outside his personal knowledge,

15   right?  Because he wasn't there, right?  That's number one.  I

16   didn't make him the 30(b)(6); they did.  They said here's our

17   guy to talk about testing, you know, 22 or so testing items,

18   right?  So I'm asking him what he, he knows, or Teva knows,

19   frankly, on testing, and he doesn't -- and he doesn't know, and

20   doesn't know what the outcome is.  And that fact alone I think

21   is probative and relevant in terms of -- go ahead.  Go ahead,

22   Ms. Lockard.

23            MS. LOCKARD:  But he was -- he was identified as a

24   30(b)(6) on testing issues related to nitrosamines.  This is a

25   testing question and email about testing of totally different
```

```
 1    impurities, MBS and EBS.
 2              So we properly prepared him to talk about testing
 3    capabilities and what was available both equipment-wise and
 4    validated test methodologies for nitrosamines.  So he was
 5    prepared on that.  But he wasn't prepared on these, you know,
 6    issues that are totally extraneous about some email about
 7    testing for something totally different.
 8              MR. STANOCH:  And it also talks about, Your Honor,
 9    about the ICH M7 guidelines and what the testing that requires
10    generally for genotoxic impurities, not just about the one
11    specific one in this email.  And it talks about the testing
12    methods that are appropriate to analyze genotoxic impurities,
13    right, the testing methods that they say two months earlier
14    they should use for genotoxic impurities.
15              MS. LOCKARD:  That's not in the testimony.
16              THE COURT:  Yeah.  I didn't see it in the testimony.
17    It might be in the email.  I don't know.  I don't have the
18    email.
19              I'm going to sustain the objection covered by row 38.
20              And row 39, I think, as well.
21              So are we at row 40?
22              MS. LOCKARD:  We are at row 40.  And this row kind of
23    continues --
24              MR. STANOCH:  I'm sorry to cut you off, Ms. Lockard.
25    It's just row 39 at page 218, Your Honor?
```

```
1            THE COURT:  Yeah, 218.

2            MR. STANOCH:  I shift gears and I'm asking him about

3   his fluency and what he speaks.

4            THE COURT:  Oh, yes, yes.

5            MR. STANOCH:  Right.  This is just setting up the

6   foundation for the next question, right, because the next

7   question is the final two rows.  It's an email in part in

8   Hebrew, right?

9            THE COURT:  Right.

10           MR. STANOCH:  So I was asking him really his own

11  facilities with other languages and especially Hebrew because

12  it's going to come up.  And, you know, Ms. Lockard likes to say

13  what's attractive or not or sexy for a plaintiff's case, but

14  you know, the fact that he says he runs something through, you

15  know, Google translation if he has to, if that's how Teva's

16  quality 30(b)(6) on testing designee is handling dealing with

17  quality issues when talking with his Israeli colleagues, I

18  think that's something the jury can hear.  I don't mean to be

19  flip about it.  I think it's both foundational for the next --

20  the final two rows because the email is in Hebrew.  And if he's

21  saying, you know what, if I see some other language, I just use

22  Google, you know, I think a jury can infer what they like from

23  that.

24           THE COURT:  Yeah.  And I misspoke.  You know, we were

25  covering row 38.
```

```
 1              MR. STANOCH:  I understand.

 2              THE COURT:  I had not gotten to row 39.

 3              MS. LOCKARD:  Yeah.  And I agree the language issue

 4     is a different -- a new issue.

 5              But he hasn't -- if there was a question that said,

 6     oh, this document is in Hebrew, did you translate it via Google

 7     and he said yes, that's different.  He doesn't say that.  He's

 8     asked, Do you speak French?  Yes.  Do you speak Hebrew?  I

 9     don't.  Well, what do you -- you know, do you ever get emails

10     from colleagues in Hebrew?  And he says not directly addressed

11     to me in Hebrew.  There may be trailing emails that, you know,

12     someone forwards to me.

13              So on one hand as to row 39, the answer isn't even

14     included there, where he's basically explaining no, if it's

15     sent to me, it's not in Hebrew usually, it's only if I'm just

16     copied.

17              But overall, it's not -- there's no correlation

18     because there's no document in Hebrew where he said, oh, I

19     couldn't read this in Hebrew so I had to Google Translate it.

20     It's kind of drawing -- it's a big -- a big analytical leap to

21     suggest that oh, well, then any document that he was copied on

22     in Hebrew he had to Google Translate it.  So I just think it's

23     a diversion and it's not relevant.

24              MR. STANOCH:  It's a global company, Your Honor.

25     There's lots of emails you're seeing in lots of languages.  I
```

```
 1    was just trying to set up a foundation when we get to documents

 2    in other languages, because it's going to occur -- it occurred

 3    to me and it might occur to other laypeople, oh, my gosh, how

 4    are you doing with these complex, technical quality issues when

 5    you have people speaking dozens of different languages around

 6    the world, and he explains what that is.  He talks about what

 7    happens, what he does, about official translations.  He answers

 8    whether there's a policy about it.  You know, I'm not going to

 9    belabor it.

10              THE COURT:  Yeah.

11              MR. STANOCH:  But I don't -- I don't really see what

12    the --

13              THE COURT:  I'll overrule the objection to the lines

14    of questioning on page 218 starting at line 18 and continuing

15    to 219 at line 7.

16              So all of that comes in.

17              MS. LOCKARD:  So understood, Your Honor.  So we would

18    ask that -- oh, okay.  So did I hear you say you would include

19    the answer at 219, 4 to 7?

20              THE COURT:  Yeah.  That has to come in.

21              MS. LOCKARD:  Okay.

22              MR. STANOCH:  No objection.

23              MS. LOCKARD:  Okay.

24              And then I think that would apply to the next row,

25    219:22 to 228.  That's where he really brings in the Google
```

1    Translate.

2              THE COURT:  Yeah.  It would apply to that as well.

3              That takes us through line 9 of -- whoops.  I'm lost

4    now.

5              MR. STANOCH:  I think lines 41 and 42, Judge.

6              THE COURT:  Yeah.

7              MS. LOCKARD:  Rows, yeah.

8              THE COURT:  Rows 41 and 42 of the spreadsheet.

9              MR. STANOCH:  Yes, sir.

10             THE COURT:  And row 41 deals with the testimony

11   starting at line 12 of page 221 and going to 224, line 9.

12             MS. LOCKARD:  Okay.  Let me get reoriented here.

13             THE COURT:  Yep.

14             (Pause.)

15             MS. LOCKARD:  Give me just one second, and I might be

16   able to resolve it.

17             THE COURT:  Uh-huh.  Okay.

18             MR. STANOCH:  I would give her two seconds then, Your

19   Honor.

20             MS. LOCKARD:  Yeah.  I'm trying to pull up the

21   transcript, because I think this was -- this was an issue that

22   was ruled upon by Judge Bumb related to the Bogoslavski email.

23             (Court reporter clarification.)

24             MS. LOCKARD:  I'm sorry.  Bogoslavski.  It's spelled

25   B-O-G-O-S-L-A-V-S-K-I.

1           MR. STANOCH:  I'm not holding you to that, Counsel.

2   I just didn't see any reference to that in the spreadsheet,

3   so...

4           MS. LOCKARD:  I know.  I thought I included -- that's

5   why I'm taking so long.  I thought I had made a note on the

6   spreadsheet, but maybe when I put it to you I didn't include

7   that reference to the MIL.

8           MR. STANOCH:  Again, I'm not seeking to preclude you.

9   I understand.

10          MS. LOCKARD:  Let me say this:  If this was addressed

11  by Judge -- let me pull up -- I'm having a problem with my

12  equipment pulling up that.

13          If it was ruled out by Judge Bumb and if we believe

14  that it was, then I would continue my objection.  If it wasn't,

15  then I think I can withdraw the objection here.

16          MR. STANOCH:  I think she said, again, I'm not

17  putting words in your mouth, if this was up, I thought she said

18  something along the lines of this was a jury question.  But,

19  again, I'm -- because it's a 2017 email, and I think that's

20  what I recall from July.

21          MS. LOCKARD:  Okay.  Let's do this, I'm emailing

22  somebody whose name will remain nameless, but he's on this call

23  right now saying "pull this up for me."

24          Let's -- let's -- can we just agree that we'll do

25  what Judge Bumb said.  And if there's any dispute, we have to

```
 1    talk about the one other remaining issue.
 2              THE COURT:  Correct.
 3              MS. LOCKARD:  And if this needs to be addressed by
 4    Judge Vanaskie, then we can bring that up again.
 5              But I want to take a look at the Judge's ruling to
 6    make sure because -- if that's okay with you, Judge.
 7              THE COURT:  Yeah.
 8              MS. LOCKARD:  And then we can just report on our
 9    agreement.  And then that would apply to the last two.
10              THE COURT:  That's fine with me.
11              So we'll report back by Thursday.  Now on row 42.
12              MR. STANOCH:  Same.  Same thing, I think, Judge.
13              THE COURT:  Right?  Okay.
14              MR. STANOCH:  I think so.  If Ms. Lockard agrees.
15              MS. LOCKARD:  Yes.  41 and 42.  Yeah.  Okay.  So
16    we'll do that.  So that resolves everything except for those
17    two remaining issues.
18              THE COURT:  Yeah.  I've got still at issue rows 5 and
19    6 and rows 41 and 42.
20              MR. STANOCH:  I agree.
21              THE COURT:  All right.
22              MS. LOCKARD:  Yes.  I agree.
23              THE COURT:  Okay.  Great.  Is that it for today then?
24              MS. LOCKARD:  I think that's it for today, unless you
25    had any further thoughts on the pretrial order.  I believe the
```

1    parties, we're about to do a meet-and-confer, plaintiffs and

2    defendants, on the pretrial order at 3:30.

3              THE COURT:  Okay.

4              MS. LOCKARD:  So if there's anything you want to

5    impart on us, we can share with the rest of the group.

6              THE COURT:  I don't have anything to impart on you at

7    this time.

8              MS. LOCKARD:  Okay.

9              THE COURT:  And I do anticipate being there Thursday

10   for the case management conference being conducted by Judge

11   Bumb.  But I don't have anything.  But if I have anything by

12   then, I'll certainly let you know.

13             MS. LOCKARD:  Okay.  That sounds good.  I just wanted

14   to make sure.

15             THE COURT:  All right.

16             MS. LOCKARD:  Okay.  Appreciate it.  Thank you, Your

17   Honor.

18             THE COURT:  Thank you all very much.  Yes.  Bye-bye.

19             MS. LOCKARD:  Thank you.

20             MR. STANOCH:  Thank you, Judge.

21             THE COURT:  Thanks, John.

22             THE COURT REPORTER:  Yes, Your Honor.  Thank you.

23             (Proceedings concluded at 3:31 p.m.)

24        - - - - - - - - - - - - - - - - - - - - - - -
          **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
25        - - - - - - - - - - - - - - - - - - - - - - -

1        I certify that the foregoing is a correct transcript

2    from the record of proceedings in the above-entitled matter.

3

4

5    /S/John J. Kurz, RDR-RMR-CRR-CRC       October 9, 2024

6    Court Reporter/Transcriber

**MR. STANOCH: [145]**
**MS. LOCKARD: [148]**
**THE COURT**
**REPORTER: [4]** 28/10
29/7 59/8 85/22
**THE COURT: [177]**

**/**

**/S/John [1]** 86/5

**0**

**08101 [1]** 1/8

**1**

**10 [2]** 30/10 31/21
**100 [1]** 52/23
**10001 [1]** 2/7
**10022 [1]** 2/20
**100:16 [1]** 53/20
**100:8 [3]** 51/20 51/23 52/9
**104 [1]** 54/18
**104:13 [1]** 53/23
**104:22 [3]** 53/12 54/10 54/13
**104:9 [1]** 53/20
**105 [1]** 55/10
**105:13 [1]** 55/11
**105:19 [1]** 55/11
**11 [8]** 11/7 25/19 25/23 31/21 32/10 42/4 42/15 50/19
**1100 [1]** 1/15
**12 [10]** 25/20 32/14 32/17 40/1 40/21 41/20 58/3 58/5 58/16 82/11
**128 [1]** 2/6
**13 [2]** 40/1 41/20
**134 [2]** 55/15 55/22
**134:18 [1]** 55/17
**136 [1]** 55/22
**14 [5]** 2/3 40/2 41/20 58/5 58/16
**1440 [1]** 2/10
**15 [4]** 41/22 41/24 46/15 71/20
**15-minute [1]** 58/21
**1515 [1]** 1/15
**16 [6]** 42/7 42/7 42/24 52/23 57/19 72/1
**17 [2]** 46/23 53/24
**171 [1]** 55/25
**18 [5]** 40/11 46/24 47/16 55/22 81/14
**184 [1]** 56/14
**19 [2]** 31/20 54/17
**19102 [1]** 1/15
**198 [1]** 57/19
**1:00 [1]** 1/9
**1:00 p.m [1]** 3/3
**1:19-md-02875-RMB-SAK [1]** 1/4

**2**

**20 [1]** 73/6
**20/20 [1]** 73/6

**200 [4]** 4/22 58/3 58/5 58/16
**20005 [1]** 2/11
**20016 [1]** 2/3
**200:15 [1]** 58/7
**2011 [7]** 24/12 48/21 49/10 67/13 69/15 72/23 72/24
**2012 [1]** 48/20
**2014 [1]** 49/11
**2016 [3]** 61/16 62/2 62/10
**2017 [2]** 44/8 83/19
**2018 [3]** 75/24 76/3 77/4
**2024 [2]** 1/9 86/5
**21 [1]** 54/18
**210 [2]** 65/16 74/13
**210:11 [1]** 72/1
**211 [1]** 72/1
**211:12 [1]** 72/1
**212 [4]** 69/5 70/8 70/20 71/20
**212:15 [1]** 71/21
**213 [2]** 71/20 71/21
**218 [3]** 78/25 79/1 81/14
**219 [2]** 81/15 81/19
**219:22 [1]** 81/15
**22 [4]** 47/6 47/16 69/14 77/17
**221 [1]** 82/11
**224 [1]** 82/11
**228 [1]** 81/25
**23 [4]** 5/18 50/8 50/19 51/25
**24 [3]** 43/11 51/24 54/25
**25 [2]** 52/23 53/20
**2500 [1]** 2/15
**28 [3]** 55/15 55/16 55/22
**29 [2]** 55/24 56/10
**2:32 [1]** 59/2
**2:46 [1]** 59/2

**3**

**30 [22]** 7/3 7/3 11/24 11/24 13/4 13/4 23/2 37/5 56/14 57/4 57/5 57/12 60/9 61/15 63/11 73/22 76/23 76/24 77/13 77/16 77/24 79/16
**30305 [1]** 2/16
**31 [3]** 57/12 57/19 58/1
**32 [4]** 57/18 58/2 58/14 58/16
**33 [3]** 58/19 59/20 65/15
**3333 [1]** 2/15
**34 [2]** 59/20 65/15
**35 [2]** 59/20 65/15
**36 [2]** 65/17 74/12
**37 [1]** 74/13
**38 [3]** 74/16 78/19 79/25
**39 [4]** 78/20 78/25 80/2 80/13
**3:30 [1]** 85/2
**3:31 p.m [1]** 85/23

**4**

**40 [2]** 78/21 78/22
**403 [6]** 9/17 23/13 30/11

**30/13 31/13 65/19
**404 [1]** 64/2
**41 [9]** 5/16 10/19 10/20 10/22 82/5 82/8 82/10 84/15 84/19
**42 [6]** 59/15 82/5 82/8 84/11 84/15 84/19
**42-128 [1]** 2/6
**43 [1]** 17/16
**48 [1]** 17/16
**4th [1]** 1/8

**5**

**56 [1]** 18/8
**57 [1]** 26/11
**576-7094 [1]** 1/22
**57:11 [1]** 26/13
**57:14 [1]** 26/13

**6**

**601 [1]** 2/19
**602 [1]** 48/4
**61 [1]** 29/25
**611 [2]** 8/25 39/20
**63 [2]** 29/20 29/24
**64 [3]** 30/11 31/20 31/20
**66 [1]** 25/20

**7**

**701 [1]** 1/19
**70130 [1]** 1/19
**7094 [1]** 1/22
**74 [1]** 40/11
**75 [2]** 42/3 42/16
**75:6 [1]** 42/9
**76:11 [1]** 42/9
**79 [2]** 42/24 43/11

**8**

**85 [1]** 43/11
**856 [1]** 1/22

**9**

**91 [1]** 47/2
**96:4 [1]** 47/6
**98 [1]** 50/18
**99 [3]** 51/3 51/12 51/13
**99:3 [2]** 52/6 52/9
**99:8 [2]** 51/20 51/23

**A**

**ability [2]** 35/1 76/6
**able [13]** 3/4 16/1 19/16 19/17 28/20 29/6 31/14 36/9 40/13 63/23 67/12 69/22 82/16
**above [3]** 31/10 32/13 86/2
**above-entitled [1]** 86/2
**accept [2]** 53/4 58/10
**acceptable [1]** 55/2
**access [1]** 36/17
**accident [1]** 29/18
**accurate [1]** 39/21
**acetamide [5]** 60/20 60/21 61/4 61/5 63/18
**acid [1]** 22/16 22/17 37/9

**46/4
**acidic [1]** 21/5
**acknowledges [2]** 24/20 34/16
**acknowledging [4]** 34/10 34/14 45/7 69/13
**acknowledgment [1]** 23/21
**Actavis [2]** 2/17 2/17
**ACTION [1]** 1/3
**actual [1]** 48/11
**actually [7]** 32/21 37/18 45/3 50/17 53/25 56/19 77/10
**add [2]** 26/10 34/22
**added [1]** 29/17
**addition [2]** 11/6 34/20
**additional [2]** 76/9 76/15
**address [7]** 4/14 5/12 13/10 16/12 26/2 72/25 73/21
**addressed [4]** 50/19 80/10 83/10 84/3
**addresses [1]** 73/18
**adds [1]** 14/2
**admissibility [1]** 7/13
**admissible [1]** 39/8
**affect [1]** 32/8
**affiliated [3]** 51/4 51/17 52/4
**affirmatively [1]** 10/1
**affirmatives [3]** 6/22 7/24 8/22
**afield [2]** 41/18 75/19
**after [11]** 4/9 4/12 5/4 5/4 5/6 7/8 24/2 24/8 31/2 75/24 77/13
**afternoon [1]** 3/5
**again [24]** 7/25 9/3 13/8 15/4 15/12 19/6 19/11 19/18 20/3 22/20 25/24 35/4 37/4 39/12 50/10 64/24 69/4 73/2 74/4 76/17 83/8 83/16 83/19 84/4
**against [1]** 24/17
**Agency [1]** 43/4
**agent [1]** 69/11
**ago [6]** 11/23 15/4 19/12 35/13 38/8 73/2
**agree [24]** 11/12 17/24 24/8 26/5 26/14 28/2 29/14 30/3 35/9 35/12 35/13 40/22 42/15 51/22 53/7 54/19 58/9 64/8 66/11 72/17 80/3 83/24 84/20 84/22
**agreeable [1]** 10/22
**agreed [7]** 11/1 29/17 30/4 30/25 31/10 32/18 37/10
**agreeing [2]** 22/15 24/13
**agreement [2]** 19/19 84/9
**agrees [3]** 34/1 35/5 84/14
**aha [1]** 61/22
**ahead [15]** 3/14 3/20 9/11

**14/7 22/1 24/5 25/15 26/4 27/22 55/24 59/14 64/10 71/12 77/21 77/21
**aided [1]** 1/24
**ALEXANDRE [1]** 2/19
**all [99]**
**allow [6]** 25/12 36/5 36/12 50/7 55/8 66/13
**allowed [6]** 24/19 26/3 35/3 57/1 64/14 64/23
**alone [3]** 38/1 38/7 77/20
**along [4]** 15/25 55/11 56/3 83/18
**already [2]** 21/21 74/13
**also [14]** 2/22 3/18 15/23 19/4 20/7 29/12 31/3 34/20 40/24 41/24 48/3 66/12 76/8 78/8
**although [1]** 33/13
**am [10]** 4/12 6/18 7/6 9/3 9/3 25/25 58/13 59/6 59/6 69/1
**America [1]** 64/21
**amlodipine [4]** 66/5 75/4 75/12 77/3
**among [1]** 52/3
**analytical [1]** 80/20
**analyze [2]** 67/15 78/12
**ANDA [1]** 68/8
**announce [1]** 5/25
**another [5]** 13/3 22/6 50/20 72/14 74/23
**answer [28]** 10/23 12/19 12/20 20/21 26/7 29/13 31/14 32/12 37/12 40/23 41/25 42/9 43/9 51/23 53/9 53/10 53/11 53/23 54/16 55/10 56/21 56/22 57/20 57/21 57/23 70/7 80/13 81/19
**answered [1]** 31/6
**answering [2]** 31/8 49/16
**answers [8]** 15/24 31/1 31/15 51/18 69/10 70/23 70/25 81/7
**anticipate [1]** 85/9
**anticipated [1]** 16/10
**any [23]** 6/24 10/2 15/22 22/4 23/3 23/3 27/5 27/18 30/7 36/9 40/12 40/17 43/19 49/2 51/8 63/24 64/17 71/17 73/11 80/21 83/2 83/25 84/25
**anybody [3]** 39/6 39/6 40/4
**anyone [3]** 37/18 39/14 39/16
**anything [21]** 6/20 10/17 11/21 12/9 12/10 16/14 16/15 20/9 20/17 26/16 30/21 31/12 36/1 39/18 60/1 61/6 65/7 85/4 85/6 85/11 85/11
**anyway [1]** 16/2
**anywhere [3]** 62/19 64/17 65/7
**apart [1]** 16/20

**A**

API [22]  11/7 11/9 11/11 11/22 11/25 12/11 12/24 15/18 20/10 34/3 37/9 40/14 44/15 50/24 51/19 62/12 62/14 62/15 69/11 69/19 75/23 75/25
apologize [1]  52/15
appear [1]  45/11
appearing [1]  5/16
appears [3]  18/12 31/19 33/11
application [10]  32/22 33/4 33/11 36/5 36/11 39/1 40/17 40/25 41/2 41/10
applications [3]  34/23 38/21 39/7
applied [1]  65/4
applies [2]  17/22 59/20 74/12 81/24 82/2 84/9
appreciate [2]  52/20 85/16
appropriate [7]  19/23 22/21 23/4 39/5 46/21 73/8 78/12
appropriateness [1]  38/5
April [2]  76/3 77/4
aqueous [1]  45/2
are [54]  3/4 3/5 4/14 4/22 5/1 6/22 9/13 10/22 13/14 14/14 15/19 19/14 19/18 21/20 22/12 25/5 25/9 25/10 26/18 27/10 28/20 30/4 31/24 32/21 36/6 39/16 40/20 42/2 42/21 44/13 46/15 47/10 52/22 54/20 55/20 58/15 59/3 59/5 59/10 60/15 61/9 62/2 62/13 62/20 66/21 73/17 75/14 76/4 76/5 78/6 78/12 78/21 78/22 81/4
area [1]  25/19
argue [6]  10/1 35/19 38/9 46/11 49/20 66/12
argued [1]  62/4
arguing [1]  64/3
argument [6]  6/17 8/7 19/5 35/21 63/20 71/9
arguments [1]  67/18
arise [1]  45/1
around [3]  49/11 60/5 81/5
ARPS [2]  2/5 2/9
arrival [1]  77/7
art [2]  38/2 38/15
article [16]  44/19 45/12 46/5 46/7 48/20 49/5 49/18 49/21 49/21 50/20 50/23 51/1 51/2 51/2 52/3 52/24
articles [5]  47/20 48/17 49/8 49/22 53/4
arts [1]  8/6
aside [5]  20/13 43/14

43/17 48/25 50/23
ask [17]  18/3 21/18 33/13 33/14 39/5 39/17 40/4 40/12 42/13 46/3 51/1 57/1 63/11 72/10 73/11 77/1 81/18
asked [15]  3/14 35/8 37/4 39/11 39/13 46/16 46/19 62/7 63/19 66/13 69/5 73/15 74/24 77/9 80/8
asking [18]  17/4 23/9 32/21 33/4 42/10 51/3 62/20 65/8 66/22 67/7 69/15 70/25 75/1 75/6 76/15 77/18 79/2 79/10
aspirin [1]  64/21
assessment [1]  55/2
Associate's [1]  8/5
assume [2]  28/2 29/14
Atlanta [1]  2/16
attached [1]  33/20
attractive [2]  75/13 79/13
audio [2]  28/11 28/15
authenticate [3]  39/5 72/16 73/12
authenticated [2]  33/10 36/7
authentication [1]  36/16
authors [3]  51/4 51/17 52/3
available [17]  30/14 30/16 30/17 33/20 34/9 34/25 36/4 37/15 37/25 38/3 38/14 38/18 38/20 39/4 40/13 67/11 78/3
Avenue [2]  2/10 2/19
aware [14]  30/22 31/7 33/8 34/16 34/16 39/13 39/14 39/16 39/16 40/4 40/7 46/6 62/13 71/7
away [1]  17/3
azide [34]  34/12 67/3 67/3 69/7 69/8 69/10 69/18 70/10 70/11 70/21 70/22 71/4 72/3 72/10 72/11 72/20

**B**

B-O-G-O-S-L-A-V-S-K-I [1]  82/25
baby [1]  57/15
back [17]  6/17 8/14 11/19 17/19 18/21 19/22 26/11 37/13 59/9 61/2 62/9 67/6 71/1 71/14 72/25 74/3 84/11
background [18]  5/21 6/2 6/10 6/23 7/9 7/10 7/19 8/6 8/12 8/19 8/21 9/2 9/4 9/6 9/16 10/8 11/19 27/6
Barreto [4]  3/15 3/19 4/15 4/16
Barreto's [1]  3/22
based [4]  11/6 38/1 48/3 51/6

baseline [1]  25/2
basic [1]  5/22
basically [3]  23/18 72/2 80/14
basis [6]  8/1 10/13 20/2 23/4 65/18 72/7
Bates [1]  49/25
became [2]  39/14 60/20
because [81]  3/16 3/18 4/11 4/17 6/6 8/19 8/25 9/4 11/19 11/25 12/9 13/2 13/11 14/23 14/25 15/7 16/9 16/20 16/25 17/7 18/22 19/24 20/2 21/14 22/23 23/14 23/16 24/1 25/18 26/20 27/4 29/15 30/22 32/24 34/17 34/21 36/1 38/18 38/22 43/7 43/13 44/8 47/24 48/6 49/19 53/10 54/4 56/4 56/23 56/24 60/8 60/15 63/3 63/9 63/18 63/21 64/2 64/24 64/25 65/1 66/18 68/22 69/1 69/14 70/6 70/8 70/23 73/15 73/19 75/9 75/16 77/13 77/15 79/6 79/11 79/20 80/18 81/2 82/21 83/19 84/6
been [16]  4/23 5/25 9/23 12/8 13/18 15/23 16/1 21/7 31/15 33/10 36/3 36/9 47/24 48/8 61/24 65/8
before [19]  3/2 8/13 8/14 9/25 10/3 15/3 15/5 17/18 22/4 23/15 23/22 24/13 31/1 37/15 47/21 71/25 73/2 75/15 76/2
beginning [4]  25/20 51/22 58/4 58/6
begins [1]  55/16
being [21]  3/20 4/5 8/3 11/13 19/1 19/16 22/23 44/14 45/16 46/17 47/25 47/25 48/25 62/15 66/25 67/8 71/10 73/23 74/24 85/9 85/10
belabor [3]  9/12 32/7 81/9
believe [12]  3/25 17/8 18/7 26/23 38/23 47/22 49/17 49/20 50/9 65/22 83/13 84/25
below [1]  22/9
best [1]  31/16
between [3]  26/23 59/23 66/19
beyond [1]  14/12
bifurcated [1]  15/6
big [2]  80/20 80/20
Binsol [19]  3/11 3/14 4/14 5/13 5/16 6/6 11/23 13/18 16/19 21/6 22/14 23/15 33/5 33/14 36/24 48/25 60/8 60/8 66/13
Binsol's [2]  18/9 56/18

biochemical [1]  8/7
bit [6]  5/2 6/7 6/13 7/6 32/24 33/3
black [1]  20/4
Bogoslavski [2]  82/22 82/24
both [7]  11/25 11/25 31/1 52/13 76/14 78/3 79/19
bothered [1]  38/6
bottom [2]  36/19 53/1
break [1]  58/21
brief [1]  37/2
briefly [1]  64/12
bring [3]  63/24 65/13 84/4
bringing [2]  43/5 43/7
brings [1]  81/25
brought [1]  26/13
Building [1]  1/7
Bulgarian [1]  74/25
bullets [1]  14/9
Bumb [10]  4/1 11/7 11/15 20/8 44/2 60/3 82/22 83/13 83/25 85/11
Bumb's [1]  3/17
business [8]  8/6 12/3 12/6 14/24 16/4 19/1 33/1 65/24
buying [1]  11/25
bye [2]  85/18 85/18
Bye-bye [1]  85/18
byproduct [1]  46/2

**C**

call [3]  7/23 59/17 83/22
called [4]  3/20 21/4 61/3 61/23
calls [1]  43/8
Camden [1]  1/8
came [6]  15/1 17/1 23/23 42/12 72/16 77/13
Camp [1]  1/19
can [53]  5/25 6/6 8/8 10/1 10/23 14/14 15/17 16/12 17/17 22/16 24/11 24/14 24/20 24/23 24/23 25/3 25/25 26/2 27/18 35/9 35/19 37/7 37/24 38/9 40/12 40/17 42/20 42/20 44/18 44/22 44/24 46/10 46/11 46/15 47/5 54/13 57/15 65/11 65/12 69/18 70/1 70/2 71/14 72/14 76/7 79/18 79/22 83/15 83/24 84/4 84/8 84/8 85/5
can't [6]  10/9 25/10 27/3 27/23 38/22 39/15
cannot [2]  28/8 76/7
capabilities [2]  67/1 78/3
capability [2]  75/7 75/18
capacity [1]  7/3
carcinogen [1]  43/8
carcinogenic [2]  44/1 49/6
carcinogenicity [1]  43/6
care [1]  51/24

carved [1]  63/6
case [20]  11/9 14/15 20/12 28/24 45/17 56/7 60/6 60/22 62/12 63/23 66/9 67/3 67/18 67/23 68/24 69/20 75/1 75/13 79/13 85/10
catalyst [1]  70/2
catalysts [1]  69/19
category [2]  4/15 4/17
causation [2]  43/18 43/24
cause [5]  3/17 13/15 14/13 24/1 24/1
causes [2]  45/3 46/18
CE [1]  66/10
certain [4]  27/9 70/11 70/22 72/20
certainly [14]  7/2 7/14 7/19 9/5 19/15 26/1 31/13 33/9 37/23 38/4 44/3 49/12 50/1 85/12
certificate [2]  41/12 85/24
certified [1]  36/7
certify [1]  86/1
cetera [4]  7/19 7/19 22/17 73/18
cGMP [3]  8/6 46/13 61/17
character [1]  64/2
characteristic [1]  37/21
characterization [2]  62/5 64/13
characterize [2]  19/17 61/20
chart [1]  53/24
check [1]  50/15
chemical [5]  45/1 45/8 45/25 62/5 67/4
chemistry [3]  22/17 44/25 44/25
China [1]  39/1
Chinese [8]  32/22 33/3 33/11 36/4 36/10 38/21 39/7 41/4
choose [1]  9/14
chromatograms [1]  68/14
chromatography [1]  67/7
CIVIL [1]  1/3
clarification [2]  32/1 82/23
clarifies [1]  31/19
clarifying [1]  31/16
clarity [1]  70/20
Class [2]  1/20 2/4
classic [1]  35/3
clear [1]  22/24
clearly [2]  13/6 33/23
Clerk [1]  2/24
clip [1]  16/13
close [1]  65/12
closed [2]  11/14 12/25
Co [5]  1/16 1/20 2/4 2/7 2/11
Co-Lead [3]  1/16 1/20

**C**

**Co-Lead... [1]** 2/4
**codefendant [1]** 51/5
**Cohen [1]** 1/7
**colleague [1]** 41/12
**colleagues [2]** 79/17 80/10
**collectively [4]** 2/8 2/12 2/17 2/21
**college [2]** 6/7 7/7
**combination [3]** 66/4 66/5 75/5
**come [21]** 18/18 19/22 26/24 27/3 28/18 31/23 36/24 39/1 42/14 48/10 48/14 51/6 54/15 57/7 57/9 57/22 61/10 69/21 69/23 79/12 81/20
**comes [4]** 7/1 53/3 54/20 81/16
**coming [4]** 13/22 31/18 53/7 57/21
**Commencing [1]** 1/9
**comments [1]** 11/15
**committed [1]** 5/2
**communicating [1]** 62/14
**community [2]** 6/6 7/7
**company [1]** 80/24
**compare [1]** 24/20
**compared [1]** 68/16
**comparing [1]** 62/3
**complete [1]** 70/6
**completely [1]** 72/21
**complex [1]** 81/4
**component [6]** 69/8 70/11 70/22 71/5 72/11 72/20
**components [1]** 37/10
**composition [1]** 62/5
**compound [2]** 44/1 45/16
**compounds [1]** 38/11
**compromise [2]** 40/8 57/11
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concern [3]** 10/6 21/25 44/17
**concerned [1]** 7/6
**concerning [2]** 40/13 70/3
**concerns [1]** 30/10
**concession [1]** 23/21
**concluded [1]** 85/23
**conclusion [1]** 6/6
**conditions [6]** 15/17 21/3 21/6 25/3 25/5 35/9
**conducted [2]** 75/23 85/10
**confer [4]** 17/15 18/3 26/1 85/1
**conference [1]** 85/10
**confirmed [2]** 24/2 53/25
**confirms [1]** 22/17
**confusing [6]** 14/17 19/7 30/13 30/21 56/5 56/23
**confusion [5]** 14/2 17/2 51/7 68/16 74/22

**conjunction [1]** 49/3
**CONLEE [1]** 1/18
**connect [4]** 63/15 64/7 65/12 66/12
**connected [2]** 74/24 75/19
**connection [1]** 44/8
**connects [1]** 63/22
**considered [1]** 46/3
**contained [3]** 12/24 19/1 65/23
**contamination [3]** 17/10 22/9 46/18
**content [5]** 69/7 69/8 70/10 70/21 72/3
**context [3]** 6/22 72/15 77/13
**contingent [1]** 42/11
**continue [1]** 83/14
**Continued [1]** 2/1
**continues [1]** 78/23
**continuing [1]** 81/14
**conversation [2]** 72/22 72/24
**convey [1]** 4/5
**conveyance [1]** 62/10
**Cooper [1]** 1/8
**copied [2]** 80/16 80/21
**core [1]** 38/23
**corporate [1]** 39/12
**correct [11]** 25/25 30/1 30/2 33/19 34/10 34/14 40/1 40/24 42/17 84/2 86/1
**correctly [3]** 58/6 68/1 68/7
**correlation [1]** 80/17
**corresponding [2]** 28/9 29/4
**could [22]** 3/19 7/23 7/23 8/21 17/13 20/8 28/21 29/10 37/10 38/3 40/7 45/1 45/9 45/10 45/19 46/4 52/12 55/9 64/15 69/7 69/22 71/17
**couldn't [3]** 52/15 56/21 80/19
**counsel [20]** 1/16 1/20 2/4 2/7 2/11 2/16 2/20 3/15 3/23 4/19 4/24 10/11 14/3 21/14 28/20 31/9 32/1 33/4 57/16 83/1
**counter [6]** 5/1 6/9 26/12 30/8 42/11 57/18
**counterdesignate [1]** 9/25
**counterdesignated [4]** 5/20 8/12 31/10 31/15
**counterdesignation [1]** 26/10
**counterdesignations [1]** 3/10
**countered [1]** 29/15
**counters [10]** 6/23 7/24 8/15 8/16 8/18 29/21 29/25 30/4 30/25 56/12
**couple [1]** 23/12

**course [3]** 16/2 16/5 20/10
**court [11]** 1/1 1/21 27/19 27/21 28/22 28/19 36/8 36/9 82/23 85/24 86/6
**Court's [2]** 33/2 53/2
**Courthouse [1]** 1/7
**Courtroom [1]** 2/23
**courts [4]** 34/22 36/5 36/5 36/11
**cover [1]** 47/18
**covered [13]** 28/6 28/16 29/3 31/18 40/1 40/21 41/20 55/22 56/10 57/3 58/14 65/14 78/19
**covering [1]** 79/25
**covers [4]** 17/12 31/21 43/10 59/14
**CRC [1]** 86/5
**creation [8]** 13/6 16/21 22/11 31/4 34/2 34/18 46/5 49/2
**cross [1]** 17/10
**cross-contamination [1]** 17/10
**CRR [1]** 86/5
**culminate [1]** 46/2
**cumulative [1]** 13/21
**custodial [1]** 48/21
**cut [13]** 4/19 4/24 5/22 15/7 15/13 17/13 26/11 29/16 29/17 50/10 54/11 58/8 78/24
**cutting [1]** 15/12

**D**

**D.C [2]** 2/3 2/11
**danger [3]** 34/8 35/2 37/20
**dangers [1]** 38/16
**date [3]** 48/21 51/1 71/16
**Dave [1]** 29/12
**DAVID [27]** 1/14 4/8 6/14 9/11 11/17 14/20 17/15 17/15 17/18 19/9 22/1 24/5 27/22 30/23 33/17 36/25 40/10 43/21 44/18 48/18 51/8 61/12 64/10 65/12 66/15 74/5 75/21
**DAVIDSON [1]** 2/6
**DAVIS [1]** 2/14
**day [1]** 19/22
**days [1]** 4/21
**deal [1]** 42/22
**dealing [3]** 26/18 50/20 79/16
**deals [2]** 41/24 82/10
**dealt [1]** 10/2
**decide [2]** 6/25 10/24
**declaration [1]** 41/12
**defect [1]** 35/2
**defects [1]** 38/15
**defendants [5]** 2/7 2/11 2/16 2/20 85/2
**defendants' [1]** 34/25
**defense [1]** 31/9

**defer [3]** 4/9 4/12 5/5
**defining [1]** 43/25
**definitely [1]** 49/9
**degree [4]** 6/7 7/7 7/8 8/5
**deliberately [1]** 58/8
**department [1]** 37/18
**deponent [1]** 76/24
**depose [1]** 11/24
**deposed [1]** 11/23
**deposition [11]** 1/5 3/6 4/21 4/21 5/16 21/10 24/16 29/24 30/1 56/18 63/11
**Deputy [1]** 2/23
**derives [1]** 43/16
**design [1]** 38/15
**designate [1]** 10/1
**designated [22]** 4/23 5/20 7/9 7/24 12/20 13/5 29/21 30/15 31/2 31/3 32/2 32/3 35/4 49/1 49/2 53/9 53/25 54/4 66/23 67/21 69/14 70/9
**designating [2]** 6/18 6/18
**designation [21]** 5/18 6/19 12/17 13/10 13/12 15/13 18/12 21/1 21/2 26/21 29/14 43/12 43/16 43/20 50/24 57/5 57/12 58/17 70/7 70/19 71/15
**designations [17]** 1/5 3/6 3/9 3/19 4/12 4/19 5/20 9/13 10/3 13/1 16/14 17/16 17/17 27/9 69/4 70/12 71/6
**designee [4]** 8/5 34/17 76/13 79/16
**detect [3]** 67/9 67/12 67/15
**detected [1]** 75/4
**determination [1]** 72/3
**determinative [1]** 12/9
**determined [2]** 61/4 61/7
**development [2]** 48/23 49/15
**diagram [2]** 26/22 27/4
**dicker [1]** 39/23
**did [31]** 3/21 8/11 8/16 10/4 15/7 16/6 16/14 26/12 29/21 30/7 37/14 38/12 38/12 39/17 39/18 46/3 49/18 49/20 59/17 60/1 60/11 60/17 62/3 63/18 64/1 64/4 69/16 70/23 77/16 80/6 81/18
**didn't [28]** 5/23 8/20 8/23 17/10 20/8 21/18 29/16 35/14 36/1 36/2 36/20 36/20 39/3 39/3 39/7 42/8 49/25 53/11 53/24 59/16 63/8 63/9 63/20 70/14 77/16 78/16 83/2 83/6
**different [25]** 4/15 4/16 6/5 22/7 22/25 25/5 32/24 33/3 38/11 42/10 42/10 46/15 60/22 65/6 67/2 67/19 67/20 74/17 74/18

**74/21 77/25 78/7 80/4 80/7 81/5
**differently [1]** 73/6
**difficult [1]** 21/9
**dimethylformamide [1]** 21/4
**directly [1]** 80/10
**disagree [2]** 9/22 64/13
**disclose [1]** 9/15
**disclosed [2]** 40/6 56/25
**discovered [1]** 45/16
**discovering [1]** 39/17
**discovery [6]** 48/9 63/7 63/9 64/14 64/14 65/2
**discuss [1]** 59/20
**discussed [1]** 32/23
**discussion [15]** 15/15 21/2 23/20 27/2 28/25 32/20 44/10 66/10 68/18 68/18 68/20 68/23 75/1 75/6 76/8
**discussions [5]** 3/6 19/6 35/5 65/24 75/18
**dispute [6]** 3/18 5/15 6/16 53/24 70/9 83/25
**disputed [1]** 71/10
**disputes [1]** 45/15
**DISTRICT [2]** 1/1 1/1
**diversion [1]** 80/23
**divorced [1]** 72/21
**DMF [6]** 21/5 69/9 70/12 70/22 71/5 72/21
**document [90]
**document's [1]** 27/3
**documents [13]** 13/17 21/19 24/17 24/21 25/4 35/8 56/20 56/21 56/22 65/7 66/6 66/14 81/1
**does [21]** 7/8 10/14 13/10 18/6 18/7 30/6 30/7 34/1 35/23 37/18 38/10 38/10 39/5 39/6 45/11 50/17 55/13 61/18 66/6 66/7 81/7
**doesn't [28]** 21/11 23/24 30/21 32/8 35/25 36/21 45/19 45/21 47/23 62/22 62/22 62/22 63/4 63/14 63/15 64/7 65/6 65/7 68/18 71/3 72/12 73/13 76/17 76/17 77/19 77/19 77/20 80/7
**doing [4]** 62/4 70/2 76/19 81/4
**done [11]** 9/23 52/12 52/15 56/20 60/23 62/9 62/21 66/25 73/5 76/7 76/8
**door [1]** 12/10
**dose [2]** 75/24 75/25
**dots [4]** 63/15 66/12 74/24 75/20
**down [4]** 4/19 4/24 11/16 17/13
**dozen [1]** 46/10
**dozens [1]** 81/5
**Dr. [3]** 27/16 32/4 59/24

**D**

**Dr. Nudelman [2]** 32/4 59/24
**Dr. Nudelman's [1]** 27/16
**draw [1]** 8/5
**drawing [1]** 80/20
**drug [10]** 44/23 45/11 48/23 49/15 60/10 66/5 67/12 75/4 75/5 75/9
**Drugs [1]** 52/4
**during [7]** 15/16 15/18 16/13 49/14 61/2 64/19 69/11

**E**

**each [1]** 63/24
**earlier [7]** 24/17 35/7 37/17 38/4 49/9 70/1 78/13
**EBS [3]** 75/3 75/7 78/1
**Economic [1]** 1/20 2/4
**edit [3]** 42/20 54/25 55/9
**education [1]** 8/16
**educational [14]** 5/22 5/23 6/2 6/8 6/9 7/9 7/10 8/12 8/19 8/21 9/2 9/4 9/6 9/16
**effects [1]** 37/22
**efficient [1]** 5/8
**effort [2]** 4/11 77/2
**either [2]** 16/12 36/6
**eliminate [1]** 54/17
**ELLIS [2]** 1/18
**else [8]** 10/1 15/23 26/16 39/16 61/21 62/19 64/22 67/20
**elsewhere [1]** 13/11
**email [28]** 3/25 4/5 4/8 33/21 59/23 64/24 65/20 66/21 67/6 67/19 71/2 71/16 73/1 73/15 73/18 73/21 74/24 76/2 77/1 77/25 78/6 78/11 78/17 78/18 79/7 79/20 82/22 83/19
**emailed [1]** 27/14
**emailing [1]** 83/21
**emails [7]** 49/11 65/21 66/6 66/19 80/9 80/11 80/25
**embarrass [1]** 9/1
**embraces [1]** 20/19
**employee [1]** 61/14
**employees [1]** 9/21
**enables [1]** 17/18
**end [4]** 28/1 29/13 53/23 54/13
**ended [1]** 46/17
**English [1]** 41/5
**enough [1]** 65/13
**ensuing [6]** 12/17 13/1 20/3 22/19 31/14 54/15
**ensure [1]** 62/10
**entire [4]** 16/18 27/24 43/9 43/20
**entitled [1]** 86/2

**Environmental [1]** 43/4
**EPA [6]** 43/2 43/8 43/16 44/6 45/6 46/5
**equation [2]** 25/6 25/7
**equipment [2]** 78/3 83/12
**equipment-wise [1]** 78/3
**especially [3]** 7/1 72/25 79/11
**ESQUIRE [9]** 1/14 1/18 2/2 2/6 2/10 2/14 2/15 2/19 2/24
**essentially [1]** 18/17
**establish [5]** 13/3 13/7 13/17 19/12 62/16
**established [3]** 21/7 36/3 47/24
**establishes [1]** 35/20
**establishing [4]** 20/17 25/2 34/7 36/16
**et [4]** 7/19 7/19 22/17 73/18
**ether [1]** 38/9
**European [1]** 66/11
**evaluate [1]** 61/5
**evaluation [9]** 13/5 22/10 22/18 31/5 34/17 37/5 49/1 60/16 63/19
**even [23]** 3/15 4/19 4/24 5/24 7/11 14/15 18/25 20/13 21/15 24/8 34/22 36/11 38/6 38/6 38/8 38/25 39/20 39/21 45/11 46/16 46/19 56/3 80/13
**evening [2]** 5/3 5/4
**ever [6]** 33/7 33/7 37/14 40/5 46/3 80/9
**every [2]** 60/12 63/24
**everybody [1]** 5/9
**everything [6]** 10/22 19/20 28/20 58/1 77/14 84/16
**evidence [7]** 25/9 36/9 36/12 38/23 60/4 64/2 73/12
**evidentiary [3]** 21/11 40/9 73/9
**exact [3]** 27/20 28/3 76/18
**exactly [2]** 64/22 67/21
**examination [7]** 10/7 28/7 28/8 28/16 45/15 44/20 64/1
**example [2]** 12/24 26/6
**except [2]** 10/22 84/16
**exception [1]** 47/24
**exchange [1]** 26/23
**exchanges [1]** 25/10
**excise [1]** 26/2
**excluded [3]** 29/4 29/5 64/25
**excuse [3]** 3/14 29/23 70/16
**exercise [1]** 46/13
**exhibit [4]** 26/6 28/2 28/8 29/2
**exhibits [3]** 27/9 27/11 27/17

**existed [3]** 34/15 45/16 69/16
**existence [1]** 40/6
**expert [2]** 47/25 48/1
**explain [2]** 18/24 64/6
**explaining [2]** 56/8 80/14
**explains [1]** 81/6
**exposes [1]** 22/16
**extent [3]** 17/17 22/9 65/5
**extraneous [1]** 78/6

**F**

**facilities [6]** 45/8 59/25 60/4 62/18 63/7 79/11
**facility [7]** 11/10 11/12 11/14 11/14 12/25 13/24 15/14 60/1 60/13 60/16 62/23 63/24 75/9 75/17 75/22 75/25 76/19
**fact [22]** 6/21 7/7 12/7 24/2 24/8 24/14 30/25 31/17 34/24 35/6 36/14 38/2 42/11 43/2 43/16 45/6 47/22 70/2 70/24 71/4 77/20 79/14
**facts [1]** 44/13
**fails [1]** 66/12
**fair [1]** 4/5
**fairly [1]** 33/22
**fairness [2]** 8/19 56/25 70/23
**fall [2]** 16/20 47/23
**falls [1]** 31/12
**far [5]** 13/9 40/8 41/18 72/25 75/19
**farther [1]** 21/15
**fast [1]** 10/5
**fast-one [1]** 10/5
**FDA [3]** 24/1 49/5 67/15
**feasibility [11]** 12/12 15/20 19/16 20/2 20/14 34/11 35/1 37/21 67/1 76/6 76/14
**feasible [2]** 34/13 76/21
**February [1]** 10/3
**FEDERAL [1]** 85/24
**feel [1]** 13/24
**felt [1]** 3/16
**few [3]** 11/ 35/7 76/2 76/4
**fight [1]** 42/21
**file [1]** 36/15
**files [1]** 36/2 48/21
**final [3]** 36/25 79/7 79/20
**finalizing [1]** 3/22
**find [7]** 12/17 36/9 40/13 69/7 69/18 69/22 70/2
**finding [2]** 64/19 69/2
**fine [8]** 4/18 15/12 15/14 22/24 52/7 54/14 58/6 84/10
**finished [3]** 75/24 75/25 77/3
**first [14]** 5/15 5/17 13/14 16/8 16/10 33/19 35/16 40/15 41/5 41/24 41/24

**61/23 62/19 65/22
**fish [1]** 46/9
**five [3]** 17/12 17/12 47/9
**flip [1]** 79/19
**FLOM [2]** 2/5 2/9
**Floor [1]** 2/3
**flow [2]** 34/6 73/13
**flows [1]** 53/3
**fluency [1]** 79/3
**focus [1]** 10/24
**focused [3]** 12/22 12/23 67/21
**focuses [1]** 12/21
**folks [3]** 37/19 66/21 73/1
**follow [6]** 21/11 31/7 62/21 62/25 63/12 72/12
**follow-up [4]** 31/7 62/21 62/25 63/12
**followed [1]** 61/19
**follows [1]** 3/3
**foregoing [1]** 86/1
**form [15]** 14/14 15/17 20/2 22/16 24/11 24/14 24/20 24/23 25/3 31/13 35/9 37/7 44/22 45/10 45/19
**formal [2]** 6/15 6/25
**formation [33]** 12/5 13/16 14/11 15/11 15/15 15/20 16/3 16/11 16/21 19/15 19/17 20/1 20/15 20/18 21/3 22/18 24/19 33/23 34/11 34/14 35/5 35/23 37/6 37/11 37/22 39/13 44/15 44/25 45/1 46/1 49/14 60/21 67/4
**formations [1]** 37/5
**formed [3]** 12/13 17/5 24/9
**forming [1]** 45/9
**forms [3]** 27/7 35/12 38/1
**forth [5]** 5/1 37/13 67/6 71/1 71/14
**forwards [1]** 80/12
**found [4]** 45/5 62/1 63/12 63/25
**foundation [7]** 13/3 15/9 19/4 20/18 32/20 79/6 81/1
**foundational [2]** 16/11 79/19
**four [5]** 15/4 15/22 19/12 59/11 73/2
**FOURNIER [1]** 2/19
**frankly [1]** 8/3 27/13 77/19
**French [2]** 8/6 80/8
**front [3]** 9/24 12/2 49/25
**further [2]** 34/15 84/25
**furthermore [1]** 63/15

**G**

**gave [1]** 76/25
**GC [5]** 43/7 43/14 69/18 69/25 70/1
**GC-MS [3]** 69/18 69/25

**70/1
**gears [1]** 79/2
**general [9]** 3/17 12/21 15/24 17/14 22/20 24/15 38/15 43/17 43/23
**generally [4]** 15/11 16/22 50/12 78/10
**generation [2]** 35/18 35/22
**generic [2]** 15/19 64/21
**generically [1]** 12/13
**genotoxic [13]** 48/22 48/25 49/6 49/14 50/3 75/12 76/9 76/16 76/21 77/3 78/10 78/12 78/14
**Georgia [1]** 2/16
**germane [1]** 20/15
**gets [5]** 11/8 19/2 21/6 25/22 56/23
**getting [6]** 5/3 22/12 41/18 47/3 50/24 64/2
**Gili [2]** 68/19 73/16
**gist [1]** 48/16
**give [8]** 11/19 16/3 45/21 56/15 71/18 72/4 82/15 82/18
**given [4]** 31/13 31/17 42/13 71/13
**gives [1]** 23/13
**giving [1]** 44/15
**global [8]** 46/12 61/4 61/13 61/14 61/18 61/23 62/18 80/24
**goes [19]** 11/13 12/11 14/12 15/15 19/15 25/18 27/1 33/22 37/13 38/4 38/12 48/23 55/11 57/5 66/7 66/25 67/6 76/13 76/13
**GOLDENBERG [2]** 2/2 2/2
**gone [1]** 74/3
**good [4]** 3/5 20/21 57/17 85/13
**Google [10]** 33/12 36/11 36/12 36/15 79/15 79/22 80/6 80/19 80/22 81/25
**gosh [1]** 81/3
**got [6]** 4/19 6/7 7/7 38/4 54/7 84/18
**gotten [1]** 80/2
**grant [1]** 10/13
**granted [2]** 40/25 41/6
**Great [1]** 84/23
**greatly [1]** 52/20
**GREENBERG [1]** 2/14
**group [1]** 85/5
**guess [10]** 9/7 26/17 30/18 40/3 40/7 44/17 51/21 65/14 68/22 70/24
**guidance [1]** 49/6
**guidelines [2]** 12/5 78/9
**guy [2]** 68/19 77/17

**H**

**hadn't [1]** 49/25
**half [2]** 11/23 15/5

**H**

hand [1] 80/13
handle [1] 26/20
handling [1] 79/16
happen [4] 15/7 46/10
46/15 62/3
happened [5] 14/13
18/17 45/3 63/16 64/20
happening [3] 45/9 63/15
72/24
happens [1] 81/7
happy [9] 12/17 13/9
16/16 17/20 25/25 26/1
26/3 26/10 71/25
harass [1] 9/1
hard [2] 52/13 52/14
HARKINS [1] 2/15
has [25] 4/19 4/24 7/24
8/5 18/13 18/17 18/18
23/24 31/8 32/1 33/4
33/10 33/21 34/5 36/3
36/13 38/19 44/22 60/3
61/6 61/18 67/10 73/10
79/15 81/20
hash [1] 27/18
hasn't [2] 47/24 80/5
have [95]
haven't [3] 8/3 52/5
74/23
having [7] 28/1 28/21
69/1 70/5 72/23 76/25
83/11
he [91]
he'd [1] 17/18
he's [29] 4/18 7/7 23/7
23/19 26/21 26/21 27/4
30/15 30/17 30/22 31/6
31/7 31/15 35/18 39/13
52/24 63/3 63/3 65/8
69/17 73/20 73/21 73/22
74/24 76/13 79/20 80/7
80/14 83/22
health [2] 31/5 32/3
Healthcare [2] 2/8 2/12
hear [8] 3/4 8/8 28/20
29/6 29/10 74/6 79/18
81/18
heard [15] 7/1 7/15 8/3
22/4 22/5 23/11 27/19
33/21 52/5 64/10 67/10
67/18 67/19 67/25 68/7
hearing [8] 3/13 9/16
14/3 23/11 28/1 28/22
72/6 73/19
hearsay [18] 18/22 19/2
19/3 21/8 21/15 25/9
25/11 26/24 32/20 33/16
34/8 34/21 47/23 65/19
65/22 71/2 71/3 72/9
heart [1] 16/2
Hebrew [11] 79/8 79/11
79/20 80/6 80/8 80/10
80/11 80/15 80/18 80/19
80/22
held [3] 3/1 6/24 28/25
help [2] 44/18 56/2
her [2] 11/15 82/18

here [43] 6/18 6/25 8/23
10/5 11/20 12/9 12/9
12/16 13/23 14/11 14/13
16/19 18/24 20/9 20/24
22/15 32/15 33/3 35/12
43/3 43/13 44/17 48/6
55/5 56/17 56/24 57/3
59/3 59/6 60/24 63/20
65/3 66/3 67/4 68/15 69/2
72/19 75/6 76/5 76/8 77/2
82/12 83/15
here's [6] 17/14 21/2
23/17 35/11 70/5 77/16
Hetero [7] 50/24 51/4
51/17 51/19 51/21 52/4
52/5
hey [2] 46/3 46/14
highlighted [1] 40/23
highlighting [1] 7/7
highly [3] 34/25 37/23
60/14
him [25] 7/23 11/24 12/2
16/3 21/8 35/9 39/13
39/17 49/25 57/1 62/7
62/20 69/15 70/25 72/4
73/11 73/15 77/1 77/1
77/9 77/16 77/18 78/2
79/2 79/10
hindsight [1] 73/5
hired [1] 9/19
his [18] 5/16 6/8 7/3 7/9
7/19 9/2 16/20 16/21 17/4
20/3 31/16 34/1 63/4 72/9
77/14 79/3 79/10 79/17
history [1] 34/23
hold [1] 72/4
holder [1] 68/8
holding [1] 83/1
honest [1] 8/3
HONIK [1] 1/14
Honor [74] 3/13 3/20
3/25 4/4 4/5 4/17 6/15 7/4
7/11 7/15 8/17 9/12 11/18
13/2 19/10 19/22 20/22
21/24 22/3 22/13 27/24
27/25 28/10 28/22 29/7
29/8 30/24 33/18 33/21
34/5 34/20 37/1 37/17
38/25 39/9 39/23 40/23
41/23 44/4 44/21 45/22
47/4 49/17 50/9 51/6
51/14 52/10 52/18 56/2
56/15 57/10 59/4 59/6
59/8 61/13 61/14 64/11
67/10 68/25 69/3 70/16
71/11 71/18 72/19 74/6
75/22 77/12 78/8 78/25
80/24 81/17 82/19 85/17
85/22
Honor's [1] 74/9
HONORABLE [3] 1/11
2/24 3/2
HPLC [2] 67/9 69/24
Huahai [4] 2/7 2/8 2/11
2/12
huh [3] 52/1 52/25 82/17
hundred [1] 13/17

hurting [1] 56/7
hydrochloric [1] 22/16

**I**

I'd [5] 40/24 42/13 51/16
51/20 58/21
I'll [14] 18/3 19/8 30/3
32/9 37/1 42/13 50/5
55/16 56/24 57/12 60/15
74/7 81/13 85/12
I'm [107]
I've [6] 5/15 23/7 23/11
64/10 74/3 84/18
i.e [1] 45/2
ICH [2] 12/5 78/9
idea [1] 15/4
identification [1] 63/1
identified [17] 22/15 33/9
44/14 45/3 46/17 48/7
48/10 48/13 60/9 60/11
60/20 62/17 62/23 63/21
63/25 75/2 77/23
identify [5] 19/17 61/19
63/18 64/15 67/2
identifying [1] 62/8
immediately [2] 31/1
31/1
impact [2] 48/22 49/13
impart [2] 85/5 85/6
important [4] 10/8 44/6
44/7 48/6
importantly [2] 48/4
76/8
impurities [21] 48/13
48/23 48/25 49/6 49/7
49/14 50/3 65/6 67/9
67/12 67/15 67/23 70/4
75/14 76/16 76/21 77/3
78/1 78/10 78/12 78/14
impurity [14] 35/19
35/22 38/10 60/22 61/6
65/6 67/20 69/17 75/1
75/3 75/10 75/12 75/17
76/18
Impurity K [1] 35/19
inappropriate [2] 36/18
48/1
Inc [7] 2/8 2/8 2/12 2/12
2/17 2/17 2/20
inclination [1] 39/24
inclined [2] 4/10 4/12
include [5] 13/5 29/15
53/6 81/18 83/6
included [3] 29/13 80/14
83/4
includes [2] 21/4 65/21
including [5] 24/17 34/19
49/4 50/4 67/2
inclusive [1] 15/2
inconsistent [1] 6/13
indiscernible [2] 28/15
industrial [2] 44/24 45/7
Industries [1] 2/16
industry [1] 45/18
infer [2] 37/24 79/22
inference [1] 8/4
influenced [1] 10/12

informally [1] 15/6
information [31] 5/21
5/22 5/23 6/8 7/18 8/8
12/12 12/21 13/15 14/21
15/3 17/8 17/18 24/10
24/11 27/6 31/8 31/9
31/16 34/25 35/6 35/6
37/15 37/19 37/25 38/13
43/13 50/3 62/11 73/10
76/15
initial [3] 4/1 5/18 39/24
initially [5] 5/20 8/11
12/7 61/3 65/1
inquiry [4] 40/20 46/21
50/6 50/18
instance [3] 6/3 61/25
62/21
instances [3] 5/24 10/8
10/9
instead [1] 21/19
instructed [2] 3/20 4/18
intended [1] 8/25
intention [2] 24/4 24/7
Internet [1] 38/3
interpretation [1] 35/20
interrupt [1] 47/16
interruption [2] 28/12
28/19
introduce [8] 21/13
21/16 27/17 68/21 71/25
72/9 72/14 73/9
introduced [2] 22/23
72/8
introducing [2] 68/17
71/15
introduction [1] 22/21
investigation [2] 18/14
60/23
investigations [1] 60/24
involved [2] 73/1 77/2
involving [1] 11/9
irbesartan [3] 1/4 64/25
65/1
irrelevant [4] 43/15
60/14 60/25 61/9
isn't [9] 10/9 24/21 64/17
69/7 70/11 70/21 72/11
73/25 80/13
Israel [3] 59/24 73/17
73/18
Israeli [1] 79/17
issue [50] 5/19 6/24 7/20
9/24 14/1 14/11 16/25
18/15 18/18 19/11 22/22
22/22 23/10 23/16 23/22
25/10 38/11 44/15 45/17
45/17 49/16 51/18 51/19
55/18 56/17 59/19 59/22
60/10 60/17 60/21 63/16
64/15 66/1 66/3 66/7 66/8
67/23 68/13 69/20 74/25
75/5 75/9 75/10 75/10
76/5 80/3 80/4 82/21 84/1
issues [25] 3/17 7/16 15/1
18/21 22/18 23/8 23/15
26/7 33/9 43/6 50/23

60/12 62/15 62/18 62/23
62/24 63/6 65/2 67/17
73/1 77/24 78/6 79/17
81/4 84/17
items [1] 77/17
its [13] 10/14 10/14 12/5
12/6 37/21 38/5 39/14
44/9 45/4 46/13 46/13
71/7 75/23
itself [2] 40/25 75/11

**J**

Japan [5] 59/25 60/1
61/22 62/18 62/22
Japanese [1] 60/16
JERSEY [2] 1/1 1/8
Jerusalem [10] 11/10
11/14 12/25 13/22 13/24
14/1 15/14 16/15 18/14
55/18
JESSICA [1] 2/6
John [5] 1/21 1/22 59/7
85/21 86/5
Judge [37] 3/8 3/17 4/1
5/18 8/13 11/7 11/15 18/7
20/7 24/6 25/23 25/23
31/22 41/7 44/2 46/11
48/19 52/13 55/7 55/20
59/15 60/3 63/5 64/12
64/13 65/4 66/16 82/5
82/22 83/11 83/13 83/25
84/4 84/6 84/12 85/10
85/20
Judge's [1] 84/5
judicial [3] 2/24 34/22
36/10
July [1] 83/20
jump [2] 55/15 72/1
jumped [2] 18/13 18/13
jumping [1] 19/5
jumps [1] 55/24
June [2] 15/1 75/24
June 2018 [1] 75/24
jury [14] 8/4 8/8 9/20
14/2 14/21 17/18 27/5
37/24 45/20 46/11 75/15
79/18 79/22 83/18
jury's [1] 12/11
just [94]
juxtaposed [1] 24/16

**K**

KANNER [1] 1/18
Karlsson [1] 49/18
keep [3] 10/23 19/23 23/4
keeping [1] 46/16
kind [3] 14/20 78/22
80/20
KIRKLAND [1] 2/18
knew [8] 23/22 23/22
23/25 45/18 45/18 59/16
62/2 73/3
know [101]
knowing [1] 12/12
knowledge [41] 7/18
12/12 13/4 13/5 15/20
16/20 16/21 16/25 17/4

**K**

**knowledge... [32]** 19/15 20/14 22/11 22/18 24/11 24/14 30/18 31/3 31/4 31/16 32/3 33/22 34/18 35/1 35/10 35/12 37/6 37/6 39/12 44/13 48/5 49/1 49/12 60/10 61/10 61/16 63/4 67/1 71/7 71/8 76/14 77/14
**knowledges [1]** 38/15
**known [4]** 15/22 37/5 60/20 67/11
**knows [4]** 27/25 63/14 77/18 77/18
**Kugler [1]** 2/24
**Kurz [3]** 1/21 1/22 86/5

**L**

**lab [2]** 69/24 75/18
**labs [1]** 75/6
**lack [2]** 48/5 49/7
**lack-of-personal-knowle dge [1]** 48/5
**lacking [1]** 33/15
**lacks [1]** 61/9
**language [3]** 60/18 79/21 80/3
**languages [4]** 79/11 80/25 81/2 81/5
**large [1]** 35/10
**larger [1]** 66/1
**Larry [1]** 2/23
**last [5]** 3/13 67/11 67/18 73/3 84/9
**later [7]** 15/12 15/22 17/1 24/16 25/3 67/15 76/20
**Laughter [3]** 4/7 56/6 57/13
**Law [1]** 2/24
**laypeople [1]** 81/3
**lays [1]** 34/3
**LCMS [2]** 67/8 67/14
**lead [8]** 1/16 1/20 2/4 21/3 37/11 46/1 46/4 70/2
**leap [1]** 80/20
**learned [1]** 47/24
**least [4]** 44/13 47/17 47/18 66/12
**leave [3]** 39/19 51/16 52/2
**led [2]** 65/2 67/4
**left [1]** 43/19
**legal [6]** 6/12 6/15 6/17 7/12 8/1 8/23
**length [1]** 48/24
**let [18]** 6/9 9/20 17/25 27/16 31/10 31/25 38/7 49/18 49/21 49/22 50/15 50/21 53/1 59/9 82/12 83/10 83/11 85/12
**let's [8]** 20/25 29/1 30/10 47/18 74/19 83/21 83/24 83/24
**level [2]** 33/22 67/16
**levels [5]** 30/16 60/10 67/9 69/17 70/3

**Lexington [1]** 2/19
**LIABILITY [1]** 1/5
**liberal [1]** 8/6
**light [2]** 18/18 23/23
**like [25]** 3/16 4/6 6/21 8/4 9/14 10/21 13/25 17/3 17/10 17/19 21/6 36/22 38/7 46/5 46/15 49/7 49/24 51/18 58/21 60/18 64/2 68/22 70/1 72/21 79/22
**likes [1]** 79/12
**limit [1]** 71/15
**limits [3]** 49/4 49/7 49/7
**line [47]** 10/22 11/12 25/18 29/14 31/20 33/20 33/1 36/19 39/25 40/11 40/19 42/2 42/3 42/15 43/11 43/11 46/21 47/2 47/4 47/5 47/6 50/6 50/19 51/3 51/13 51/13 52/23 54/16 54/25 55/22 55/23 58/3 59/22 60/14 62/25 70/8 70/20 71/20 71/20 71/21 74/4 75/11 81/14 81/15 82/3 82/11 82/11
**line 24 [1]** 54/25
**lines [8]** 30/11 54/17 57/19 58/16 61/8 81/13 82/5 83/18
**linked [1]** 35/11
**liquid [1]** 67/7
**lists [1]** 28/2
**literally [1]** 43/25
**literature [11]** 30/14 30/17 30/17 34/24 38/18 38/20 47/21 48/2 48/7 48/8 48/14
**litigation [2]** 1/5 51/5
**little [6]** 5/2 6/13 7/6 32/24 33/3 73/6
**live [2]** 3/20 7/23
**LLC [5]** 1/14 1/18 2/8 2/12 2/17
**LLP [4]** 2/5 2/9 2/14 2/18
**LOCKARD [18]** 2/14 4/6 6/21 14/7 15/13 20/22 22/21 25/25 26/10 32/13 50/10 53/13 57/11 72/6 77/22 78/24 79/12 84/14
**Lockard's [5]** 4/3 33/19 47/7 51/19 58/6
**long [4]** 4/21 43/12 55/8 83/5
**longer [1]** 59/17
**look [8]** 22/13 38/6 38/8 38/20 39/6 54/16 71/19 84/5
**looked [4]** 8/17 36/10 41/12 62/1
**looking [10]** 14/3 19/24 27/4 35/8 47/12 51/10 53/19 61/25 64/22 74/4
**looks [1]** 10/21
**Loretta [1]** 2/24
**losartan [4]** 1/3 50/25 51/5 51/21

**lose [1]** 16/10
**Loss [2]** 1/20 2/4
**lost [1]** 82/3
**lot [9]** 10/11 27/24 43/13 43/15 52/17 52/17 52/18 64/6 72/5
**lots [2]** 80/25 80/25
**Louisiana [1]** 1/19
**Ltd [4]** 2/8 2/12 2/16 2/21

**M**

**M7 [2]** 12/5 78/9
**MacStravic [1]** 2/23
**made [7]** 18/11 43/6 46/18 47/20 48/3 53/10 83/5
**Magistrate [1]** 64/12
**make [14]** 6/17 16/3 22/24 26/18 26/19 27/5 31/25 67/25 68/6 68/10 71/9 77/16 84/6 85/14
**makers [1]** 46/8
**makes [3]** 17/3 31/19 63/3
**making [3]** 32/15 58/13 64/17
**Malta [1]** 11/11
**management [1]** 85/10
**Manhattan [1]** 2/6
**manner [2]** 24/20 24/23
**manufacture [4]** 37/8 44/9 44/23 46/4
**manufactured [1]** 44/16
**manufacturer [1]** 46/13
**manufacturers [1]** 45/18
**manufacturing [7]** 15/18 44/24 45/4 45/10 46/8 46/14 69/12
**mark [1]** 5/17
**market [4]** 1/15 60/2 60/11 60/13
**markets [1]** 60/5
**MARLENE [1]** 2/2
**mass [1]** 67/7
**MASTER [2]** 1/11 3/2
**materials [1]** 36/2
**Matrix [11]** 65/21 65/25 66/18 66/19 68/2 68/4 68/9 68/17 71/2 71/14 72/5
**matter [2]** 14/8 68/6
**may [9]** 8/4 27/9 43/24 56/3 56/7 64/9 68/11 76/3 80/11
**maybe [11]** 15/6 17/6 17/6 20/23 40/7 44/18 49/9 67/19 70/6 71/14 83/6
**MBS [3]** 75/2 75/7 78/1
**md [1]** 1/4
**MDL [1]** 1/16
**me [36]** 3/4 3/15 4/12 7/8 9/24 16/3 17/19 17/25 23/13 25/25 27/16 29/23 30/12 31/25 40/1 44/18 50/15 50/21 53/1 53/8

**54/5 56/15 58/23 59/9 70/16 71/18 80/11 80/12 80/15 81/3 82/12 82/15 83/10 83/11 83/23 84/10
**MEAGHER [2]** 2/5 2/9
**mean [37]** 7/1 8/23 14/3 14/6 17/3 18/12 21/9 21/11 22/4 23/18 26/6 26/17 27/1 30/13 30/15 36/19 38/25 39/2 39/21 40/3 43/24 43/25 47/5 50/25 55/5 55/8 56/7 61/1 63/5 63/8 63/17 63/23 64/1 68/14 72/8 73/25 79/18
**means [1]** 38/21
**meant [1]** 30/14
**mechanical [1]** 1/23
**meet [2]** 26/1 85/1
**mention [1]** 44/18
**mentions [1]** 15/23
**merely [1]** 37/19
**method [4]** 66/10 67/8 67/14 67/14
**methodologies [1]** 78/4
**methodology [1]** 66/11
**methods [15]** 61/15 65/1 67/2 67/11 67/22 67/23 69/6 69/16 71/8 73/22 73/23 76/6 76/21 78/12 78/13
**middle [1]** 69/4
**might [11]** 9/23 10/12 12/7 13/11 15/6 34/22 37/22 62/11 78/17 81/3 82/15
**MIL [2]** 11/7 83/7
**million [2]** 67/9 67/16
**mind [1]** 31/21
**minute [1]** 58/21
**mischaracterization [1]** 35/17
**misheard [1]** 68/11
**misleading [9]** 11/6 19/7 23/14 30/13 40/15 41/15 45/20 63/13 75/15
**misrepresenting [1]** 41/16
**missing [1]** 5/1
**misspoke [3]** 24/3 24/7 79/24
**misuse [1]** 23/16
**Mitchell [1]** 1/7
**moment [3]** 51/14 56/15 71/18
**month [1]** 67/11
**months [5]** 15/2 76/2 76/4 76/20 78/13
**more [19]** 5/8 7/4 10/17 13/25 14/23 14/24 15/8 20/23 22/8 29/1 31/2 37/14 49/8 50/13 58/21 67/8 67/13 67/17 76/8
**most [1]** 69/17
**mouth [1]** 83/17
**move [4]** 15/25 56/3 72/11 74/19

**moving [1]** 27/24
**Mr [1]** 27/16
**Mr. [36]** 3/11 3/12 3/14 3/15 3/15 3/19 3/25 4/9 4/14 4/15 4/16 5/3 5/6 5/13 5/16 6/16 11/23 16/19 18/9 22/14 23/15 27/14 27/15 29/13 33/5 33/14 48/25 49/18 53/18 54/11 56/18 57/1 60/8 60/8 66/13 70/24
**Mr. Barreto [4]** 3/15 3/19 4/15 4/16
**Mr. Binsol [36]** 3/11 3/14 4/14 5/13 5/16 6/6 11/23 16/19 22/14 23/15 33/5 33/14 48/25 60/8 60/8 66/13
**Mr. Binsol's [2]** 18/9 56/18
**Mr. Karlsson [4]** 49/18 56/18
**Mr. Nudelman [4]** 3/12 3/15 4/9 5/6
**Mr. Nudelman's [1]** 27/15
**Mr. Stanoch [7]** 3/25 5/3 27/14 29/13 53/18 54/11 57/1
**Mr. Stanoch's [1]** 70/24
**MS [3]** 69/18 69/25 70/1
**Ms. [22]** 4/3 4/6 6/21 14/7 15/13 20/22 22/21 25/25 26/10 32/13 33/19 47/7 50/10 51/19 53/13 57/11 58/6 72/6 77/22 78/24 79/12 84/14
**Ms. Lockard [17]** 4/6 6/21 14/7 15/13 20/22 22/21 25/25 26/10 32/13 50/10 53/13 57/11 72/6 77/22 78/24 79/12 84/14
**Ms. Lockard's [5]** 4/3 33/19 47/7 51/19 58/6
**much [9]** 15/8 15/8 15/8 33/21 58/21 59/16 67/17 68/15 85/18
**multiple [1]** 48/17
**mute [3]** 20/5 53/14 54/13
**my [9]** 3/24 6/6 9/8 24/3 24/7 27/24 28/5 29/2 31/21 32/8 32/15 39/24 41/12 56/7 60/7 71/1 81/3 83/11 83/14
**Mylan [59]** 11/9 11/9 11/13 11/25 12/8 12/10 12/10 12/11 12/15 12/18 12/19 13/11 13/22 14/1 14/12 14/25 15/2 15/7 15/23 16/8 16/15 18/14 18/15 18/19 18/21 18/23 18/23 18/25 20/8 20/10 21/19 21/23 23/10 23/20 26/23 26/24 27/2 40/12 42/21 53/14 54/14 54/14 54/24 55/9 65/21 66/2 66/7 66/17 66/18 66/19

**M**

**Mylan... [9]** 68/5 68/6 68/9 71/2 71/14 72/5 73/23 73/24 73/25
**Mylan's [6]** 11/22 12/24 13/9 19/6 66/4 72/17
**Mylan/Matrix [1]** 66/19
**myself [1]** 56/16

**N**

**N-nitrosamine [1]** 33/23
**N.W [1]** 2/10
**name [1]** 83/22
**nameless [1]** 83/22
**nature [4]** 10/14 44/5 44/11 56/19
**NDA [1]** 68/8
**NDEA [5]** 12/14 13/11 14/25 16/15 60/21
**NDMA [56]** 7/19 12/4 12/4 12/12 12/13 12/14 12/22 12/24 15/10 15/20 19/15 19/17 19/18 20/2 20/15 20/18 21/3 24/20 24/23 25/2 34/11 34/13 34/13 34/19 35/5 35/9 35/12 35/21 35/24 37/11 37/22 38/1 39/13 43/25 44/5 44/8 44/10 44/15 44/22 45/1 45/2 45/5 45/9 45/15 46/1 46/5 46/18 48/8 60/21 61/23 65/2 67/5 69/19 70/2 71/8 76/18
**NDMAs [1]** 48/15
**NE [1]** 2/15
**necessarily [2]** 14/10 26/5
**need [12]** 6/1 6/17 7/4 11/16 14/17 14/19 21/8 21/22 27/16 52/4 54/25 71/3
**needed [2]** 3/17 21/12
**needs [3]** 71/3 72/12 84/3
**negotiate [1]** 17/6
**negotiation [1]** 8/14
**never [7]** 23/7 36/3 38/4 38/6 38/8 46/16 46/19
**new [10]** 1/1 1/8 1/19 2/7 2/7 2/10 2/20 2/20 42/1 80/4
**next [9]** 17/23 17/25 25/19 47/9 54/15 79/6 79/6 79/19 81/24
**NIGH [1]** 2/2
**NINA [1]** 2/10
**nitric [1]** 22/16
**nitrite [3]** 21/5 22/16 37/8
**nitrosamine [14]** 16/11 18/21 22/9 24/9 24/14 24/19 33/23 37/6 60/10 63/16 64/15 65/5 65/8 75/3
**nitrosamine-type [1]** 64/15
**nitrosamines [22]** 13/6

13/16 14/14 15/16 15/17 16/4 16/22 17/5 22/11 31/4 31/5 34/2 34/18 37/7 39/15 44/7 49/2 49/7 50/4 61/7 77/24 78/4
**nitroso [1]** 38/10
**nitrous [2]** 37/9 46/4
**njd.uscourts.gov [1]** 1/22
**no [37]** 5/7 6/15 6/25 10/4 15/4 18/23 18/24 23/21 23/24 26/8 26/10 28/11 31/8 39/2 39/2 44/18 45/15 47/8 47/8 49/16 53/15 54/12 59/11 59/16 59/18 63/14 68/12 69/21 70/1 72/7 73/10 75/8 77/5 80/14 80/17 80/18 81/22
**nobody [3]** 63/21 69/22 69/25
**non [2]** 63/7 65/5
**non-U.S [2]** 63/7 65/5
**none [3]** 12/25 61/6 68/13
**nonhearsay [5]** 20/13 34/6 35/3 37/20 50/2
**not [159]**
**notable [1]** 6/10
**note [6]** 32/15 43/6 44/6 50/13 58/13 83/5
**noted [1]** 48/8
**nothing [8]** 6/19 10/24 12/14 31/13 68/15 68/19 68/23 71/6
**notice [23]** 20/14 23/12 23/12 23/15 23/24 23/25 24/12 29/16 33/25 34/8 34/22 35/23 35/25 36/8 36/10 36/21 37/20 38/14 44/13 45/21 45/21 50/2 50/7
**noticed [4]** 19/19 20/15 22/7 33/24
**notwithstanding [1]** 65/23
**now [30]** 1/3 9/20 9/9 9/16 9/20 10/18 12/7 15/5 18/6 18/13 18/15 18/18 19/5 19/24 22/5 23/11 35/11 38/18 46/24 50/8 52/22 57/18 57/18 58/2 59/10 70/6 71/22 82/4 83/23 84/11
**Nudelman [7]** 3/12 3/15 3/24 4/9 5/6 32/4 59/24
**Nudelman's [3]** 3/21 27/15 27/16
**number [14]** 1/3 9/20 18/11 20/12 33/6 34/4 34/5 34/5 34/7 49/2 66/17 66/22 66/23 77/15
**NW [1]** 2/3

**O**

**O-S-H-R-I [1]** 73/16
**object [5]** 9/5 43/8 65/18 70/14 70/23
**objected [6]** 8/13 11/5

30/12 38/17 43/20 56/22
**objection [45]** 5/7 6/12 6/16 6/25 7/12 7/12 8/1 8/24 8/24 8/25 9/17 10/13 18/22 25/8 26/19 30/6 30/11 32/19 39/25 42/1 43/3 46/21 47/23 48/3 48/5 48/16 50/5 51/8 53/11 56/24 57/11 58/4 58/8 58/11 60/7 65/14 65/22 74/7 74/8 74/22 78/19 81/13 81/22 83/14 83/15
**objectionable [1]** 6/20
**objections [18]** 3/10 6/22 18/11 23/14 25/9 27/8 27/10 27/18 30/8 31/24 33/5 33/6 40/20 41/19 47/7 47/20 55/5 58/6
**obligation [1]** 38/20
**obviously [5]** 7/23 20/11 45/14 48/6 76/13
**occasion [1]** 60/19
**occur [3]** 46/1 81/2 81/3
**occurred [2]** 63/1 81/2
**October [2]** 1/9 86/5
**off [13]** 24/12 24/25 28/25 29/16 29/18 33/11 36/11 36/15 50/10 54/11 58/8 60/19 78/24
**offers [1]** 75/8
**official [4]** 1/21 36/13 81/7 85/24
**offline [1]** 17/7
**often [1]** 34/22
**oh [17]** 12/23 12/24 15/6 15/21 25/17 38/19 53/9 53/16 58/12 61/22 75/13 79/4 80/6 80/18 80/21 81/3 81/18
**okay [68]** 5/10 17/8 17/20 29/11 29/20 30/9 31/25 32/5 32/9 32/10 32/11 32/15 41/3 42/5 42/20 42/23 42/24 46/22 47/3 47/18 47/19 51/2 51/20 52/11 53/12 53/13 53/14 53/22 54/2 54/7 54/9 55/19 56/1 56/14 57/6 57/14 57/23 58/10 58/12 58/14 58/18 58/25 59/3 59/7 59/21 59/22 63/17 65/16 68/6 68/10 70/5 70/17 74/19 74/21 81/18 81/21 81/23 82/12 82/17 83/21 84/6 84/13 84/15 84/23 85/3 85/8 85/13 85/16
**old [1]** 64/17
**one [50]** 2/6 9/7 10/5 10/17 12/17 16/9 17/7 18/24 21/11 22/25 23/2 23/2 25/6 26/7 29/1 32/12 33/14 33/21 34/4 34/7 37/10 42/9 44/14 45/3 45/15 46/17 49/18 50/13 50/23 51/4 55/7 55/20

56/3 59/25 61/21 62/11 63/14 66/17 66/22 69/19 69/21 71/7 71/25 74/23 77/15 78/10 78/11 80/13 82/15 84/1
**online [2]** 6/7 7/8
**only [10]** 5/12 6/6 42/12 58/4 58/11 59/15 61/1 65/4 71/24 80/15
**open [1]** 12/10
**opens [1]** 13/25
**opponent [3]** 9/14 20/11 26/25
**ordeal [1]** 63/5
**order [5]** 63/8 64/14 71/4 84/25 85/2
**originally [1]** 4/23
**Orleans [1]** 1/19
**Oshri [2]** 68/19 73/16
**other [46]** 6/10 6/22 7/10 7/15 7/24 8/4 8/12 8/15 9/5 9/23 9/24 10/2 10/4 10/10 11/8 11/20 13/17 14/14 18/19 24/10 24/10 24/21 30/17 31/5 35/8 44/24 46/11 46/15 49/8 49/18 56/22 60/4 60/5 62/19 63/7 64/3 64/12 64/20 71/6 73/1 75/19 79/11 79/21 81/2 81/3 84/1
**others [2]** 9/9 62/11
**otherwise [1]** 16/18
**our [16]** 4/1 6/10 8/12 8/15 8/18 8/22 18/22 26/1 26/7 47/22 48/16 53/10 54/8 75/8 77/16 84/8
**ours [1]** 72/17
**ourselves [1]** 57/15
**out [48]** 4/25 8/15 8/18 12/18 15/7 15/12 15/13 15/23 16/13 17/1 19/24 20/4 20/5 23/4 26/11 26/21 27/3 27/18 33/4 34/3 38/2 38/9 42/6 42/20 43/7 43/18 51/6 52/8 53/14 54/13 54/20 54/25 55/9 55/19 55/23 57/21 57/22 57/25 58/1 61/11 61/21 63/6 63/24 63/25 69/24 73/14 73/19 83/13
**outcome [3]** 27/8 77/11 77/20
**outcomes [1]** 77/10
**outside [5]** 30/18 48/5 61/10 75/6 77/14
**outstanding [1]** 3/18
**outweigh [1]** 10/14
**over [7]** 3/22 4/22 5/3 27/14 27/15 64/17 75/22
**overall [3]** 44/12 48/22 80/17
**overconcern [1]** 20/4
**overrule [3]** 25/8 50/5 81/13
**overruled [2]** 31/24 46/21

**oversee [1]** 62/22
**oversight [3]** 38/5 46/13 61/17
**overstated [1]** 32/2
**own [5]** 12/5 12/6 24/18 54/8 79/10

**P**

**p.m [5]** 1/9 3/3 59/2 59/2 85/23
**page [46]** 5/16 5/18 10/18 10/22 16/8 17/16 18/8 25/2 25/20 26/11 29/24 29/25 30/11 31/20 31/20 40/11 42/3 42/16 42/24 43/11 43/11 47/17 52/8 51/3 51/12 51/13 52/23 54/18 55/15 55/22 55/25 56/14 57/19 58/3 58/5 58/7 58/16 65/16 69/5 70/8 70/20 71/20 74/13 78/25 81/14 82/11
**page 100 [1]** 52/23
**page 104 [1]** 54/18
**page 134 [2]** 55/15 55/22
**page 171 [1]** 55/25
**page 184 [1]** 56/14
**Page 198 [1]** 57/19
**page 200 [3]** 58/3 58/5 58/16
**page 200:15 [1]** 58/7
**page 210 [2]** 65/16 74/13
**page 212 [4]** 69/5 70/8 70/20 71/20
**page 218 [2]** 78/25 81/14
**page 221 [1]** 82/11
**page 23 [1]** 5/18
**page 41 [2]** 5/16 10/22
**page 43 [1]** 17/16
**page 56 [1]** 18/8
**page 57 [1]** 26/11
**page 61 [1]** 29/25
**Page 63 [1]** 29/24
**page 64 [3]** 30/11 31/20 31/20
**page 66 [1]** 25/20
**page 74 [1]** 40/11
**page 75 [2]** 42/3 42/16
**page 79 [2]** 42/24 43/11
**page 85 [1]** 43/11
**page 91 [1]** 47/2
**page 98 [1]** 50/18
**page 99 [3]** 51/3 51/12 51/13
**pages [3]** 17/12 22/7 25/10
**parcel [2]** 27/2 44/11
**part [24]** 14/25 15/13 16/13 17/2 18/22 19/18 21/9 22/14 25/6 27/1 41/25 43/24 44/11 44/13 51/6 51/25 67/3 67/4 67/16 68/2 70/8 71/13 72/22 79/7
**particular [8]** 18/11 20/4 20/25 21/1 25/1 26/2 26/21 31/7

**P**

**parties [2]** 28/2 85/1
**parts [1]** 67/9
**party [5]** 1/20 2/4 9/14 20/11 26/25
**past [2]** 25/1 25/4
**patent [38]** 31/8 32/21 32/22 33/4 33/11 33/20 34/23 36/4 36/7 36/11 36/11 36/12 37/7 38/1 38/10 38/21 38/25 39/6 39/7 39/14 39/17 39/21 40/5 40/6 40/13 40/16 40/17 40/25 41/1 41/2 41/9 41/9 41/11 41/12 41/13 41/24 49/10 49/24
**patents [4]** 33/9 34/23 36/5 36/12
**path [1]** 11/16
**pause [3]** 23/13 74/2 82/14
**pausing [1]** 43/13
**Payor [2]** 1/20 2/4
**peak [13]** 60/16 60/18 60/19 60/19 60/20 61/3 61/3 63/2 63/13 63/18 63/21 63/25 64/20
**peaks [3]** 61/7 61/20 62/8
**pejorative [1]** 22/5
**Pending [1]** 27/8
**Pennsylvania [1]** 1/15
**people [2]** 73/17 81/5
**per [4]** 19/19 20/17 67/9 67/16
**perfectly [1]** 16/16
**period [2]** 18/17 61/2
**permitted [1]** 9/13
**person [6]** 7/17 9/19 22/6 22/7 23/2 23/3
**personal [5]** 30/18 48/5 61/10 63/4 77/14
**personally [1]** 28/3
**personnel [5]** 66/19 66/20 67/13 76/3 76/4
**perspective [2]** 3/24 75/8
**persuaded [1]** 46/20
**pesticide [1]** 46/8
**Ph.D.s [1]** 6/10
**Pharma [2]** 2/17 2/20
**pharmaceutical [11]** 2/7 2/8 2/11 2/12 2/16 8/7 44/23 45/11 46/12 48/24 49/15
**pharmaceuticals [4]** 2/17 2/21 44/19 45/19
**Philadelphia [1]** 1/15
**pick [1]** 71/8
**piece [3]** 8/16 11/9 66/12
**piecing [1]** 21/10
**Piedmont [1]** 2/15
**place [2]** 62/7 62/13
**plaintiff [2]** 10/10 43/22
**plaintiff's [1]** 79/13
**plaintiffs [15]** 1/16 3/19 5/22 8/13 8/20 10/21 15/9 15/21 32/21 35/19 36/22 43/18 47/21 60/18 85/1

**plaintiffs' [4]** 3/15 3/23 21/18 75/13
**plan [2]** 3/22 27/17
**plants [1]** 46/8
**play [7]** 3/19 5/23 6/8 6/9 8/21 8/21 9/13
**please [5]** 54/12 56/4 59/18 59/18 69/1
**plenty [2]** 36/23 67/10
**PLLC [1]** 2/2
**point [8]** 7/25 12/8 24/7 32/1 38/22 61/22 70/24 72/19
**pointing [1]** 26/21
**policy [1]** 81/8
**portion [1]** 12/22
**position [4]** 4/2 4/4 6/5 9/8
**positions [1]** 6/24
**possession [3]** 24/22 49/10 49/19
**potent [1]** 43/8
**potential [10]** 14/11 19/16 20/14 25/1 35/2 37/20 38/16 44/1 49/14 77/2
**potentially [3]** 8/4 12/18 20/6
**ppm [1]** 67/9
**preclude [2]** 8/2 83/8
**predates [1]** 77/7
**predating [3]** 44/4 45/24 76/14
**preempt [1]** 47/7
**prejudice [10]** 8/24 9/16 11/6 19/4 23/13 43/3 48/4 65/18 68/16 74/22
**prejudicial [15]** 6/8 9/15 9/18 9/22 10/14 13/25 14/16 15/9 33/15 38/22 39/8 60/15 61/9 63/2 63/13
**preparation [1]** 40/14
**prepared [7]** 4/14 9/20 60/12 62/24 78/2 78/5 78/5
**presence [3]** 21/4 21/5 35/20
**present [3]** 2/22 14/20 17/19
**presented [4]** 13/19 13/23 27/11 36/6
**presents [3]** 45/21 68/16 68/17
**pressure [1]** 10/11
**Presumably [1]** 13/17
**pretrial [2]** 84/25 85/2
**principles [1]** 12/4
**Prinston [2]** 2/8 2/12
**prior [16]** 5/19 16/25 22/25 24/21 34/9 34/9 34/15 38/2 38/13 38/15 42/9 45/16 48/8 49/12 52/13 53/2
**probably [5]** 5/8 17/8 17/22 53/3 57/1
**probative [13]** 7/2 7/14

7/20 10/15 25/9 35/15 37/24 45/10 49/12 61/1 75/8 76/22 77/21
**problem [11]** 14/10 19/3 21/10 25/11 31/8 40/10 41/17 70/5 70/17 71/1 83/11
**problematic [1]** 17/9
**proceed [1]** 3/5
**proceedings [4]** 1/23 3/1 85/23 86/2
**process [16]** 15/18 18/20 18/20 30/22 31/7 45/5 45/11 48/23 49/15 61/17 61/18 61/24 62/2 62/4 62/10 69/12
**processes [7]** 44/24 45/7 45/25 46/14 61/19 62/7 62/13
**processing [3]** 45/1 45/8 46/9
**produce [1]** 60/17
**produced [5]** 1/24 33/7 48/21 60/2 66/17
**producing [1]** 60/4
**product [25]** 11/15 35/2 37/21 38/16 49/5 60/17 60/17 61/7 62/1 62/1 63/7 64/17 66/2 66/2 66/4 66/4 66/25 67/16 67/20 70/4 75/5 75/16 76/7 76/10 77/3
**production [3]** 32/25 33/14 72/17
**products [3]** 1/4 48/24 67/12
**program [1]** 48/12
**prompt [1]** 16/4
**proper [5]** 10/7 36/15 40/18 62/5 64/1
**properly [4]** 36/6 61/19 74/24 78/2
**proposal [1]** 72/18
**propose [1]** 8/16
**proposed [1]** 21/14
**prosecution [1]** 34/23
**Protection [1]** 43/4
**prove [5]** 11/21 12/10 20/9 20/16 38/1
**provide [6]** 3/14 3/21 3/21 5/21 30/21 72/15
**provided [1]** 54/5
**providing [1]** 18/16
**PTO [1]** 27/25
**public [9]** 34/21 35/13 36/8 36/17 37/19 37/19 38/13 38/14 48/15
**publicly [9]** 33/19 34/9 34/24 36/4 37/15 37/24 38/2 39/4 40/13
**published [3]** 34/24 41/1 41/6
**pull [5]** 10/5 59/9 82/20 83/11 83/23
**pulled [1]** 33/4 33/11 36/15
**pulling [1]** 83/12

**punt [1]** 19/20
**purchasing [1]** 62/6
**purpose [3]** 35/3 37/20 50/2
**purposes [3]** 20/13 34/6 50/6
**put [11]** 4/11 9/4 9/13 12/5 20/13 24/23 36/15 38/14 49/24 75/15 83/6
**puts [1]** 37/19
**putting [3]** 6/22 9/3 83/17

**Q**

**qualifications [1]** 9/21
**quality [20]** 7/16 7/17 8/5 22/6 22/7 23/2 23/8 37/18 38/5 38/5 46/13 49/4 61/14 61/17 61/24 62/16 76/12 79/16 79/17 81/4
**quantifying [1]** 70/3
**quenching [1]** 69/11
**question [46]** 5/17 12/20 22/19 23/9 26/8 26/11 30/20 30/24 31/6 31/19 38/18 40/5 40/11 40/15 40/18 40/22 41/25 42/1 42/10 43/9 46/17 46/19 47/22 51/16 51/22 52/2 53/12 53/13 53/22 53/23 54/13 54/15 56/21 57/2 57/21 57/21 58/5 58/7 70/7 70/21 72/10 77/25 79/6 79/7 80/5 83/18
**questioning [23]** 11/13 11/20 12/23 16/5 18/19 21/17 22/20 23/9 23/17 25/18 25/19 33/2 43/1 47/5 47/6 48/20 59/23 60/8 60/14 61/8 62/9 71/14 81/14
**questions [24]** 12/4 15/24 18/16 19/14 19/25 20/3 20/20 21/18 21/18 31/1 31/9 31/15 40/8 46/2 49/16 49/17 51/21 57/2 62/20 62/20 62/25 66/22 67/7 73/11
**quick [1]** 21/24
**quickly [1]** 24/5
**quote [3]** 24/9 41/2 43/23
**quote-unquote [2]** 24/9 43/23

**R**

**raise [1]** 5/19
**raised [1]** 9/25
**RASO [1]** 2/2
**rather [1]** 4/21
**rationale [2]** 51/1 53/2
**RDR [1]** 86/5
**RDR-RMR-CRR-CRC [1]** 86/5
**RE [1]** 1/3
**reaction [1]** 67/4
**reactions [2]** 45/8 45/25
**read [4]** 56/16 70/7 70/10

80/19
**reading [2]** 58/5 73/20
**ready [2]** 3/5 3/24
**Real [1]** 21/24
**really [14]** 11/8 11/15 12/14 14/16 23/12 43/4 43/8 53/11 64/5 74/4 75/14 79/10 81/11 81/25
**reason [5]** 9/3 40/12 40/17 43/5 45/15
**reasonable [1]** 46/12
**reasons [4]** 16/3 19/5 44/14 60/15
**recall [2]** 37/17 83/20
**recalls [7]** 24/13 34/9 44/4 45/24 49/12 76/14 77/14
**receiving [1]** 66/21
**recent [1]** 14/24
**recently [1]** 15/8
**Recess [1]** 59/2
**record [14]** 12/3 12/6 12/21 14/24 16/4 28/25 32/1 34/21 40/24 41/7 64/11 65/24 70/20 86/2
**recorded [1]** 1/23
**records [5]** 19/13 20/19 24/18 33/1 50/1
**redact [1]** 20/5
**reducing [1]** 17/17
**reference [9]** 12/19 13/23 14/9 17/9 17/9 54/24 55/9 83/2 83/7
**references [2]** 35/18 60/3
**referencing [1]** 48/15
**reflect [1]** 34/1
**regard [1]** 73/6
**regarding [8]** 49/3 60/22 62/15 64/14 66/24 69/15 76/15 77/2
**regardless [2]** 20/12 20/16
**regulatory [2]** 48/22 49/13
**relate [4]** 17/10 66/6 66/7 66/7
**related [3]** 3/6 33/9 47/10 60/4 60/12 63/6 65/5 77/24 82/22
**relates [4]** 11/7 43/5 59/23 60/7
**relative [1]** 44/3
**relevance [12]** 11/6 19/4 23/24 32/20 33/15 43/3 43/19 48/3 51/6 65/18 69/2 74/22
**relevant [33]** 7/2 7/20 9/7 9/7 9/8 9/9 11/12 13/21 13/25 14/16 17/11 25/8 30/21 30/25 34/25 35/15 36/19 37/23 44/3 44/23 45/15 50/6 56/5 60/5 63/10 63/20 68/15 68/20 68/23 74/1 76/11 77/21 80/23
**reliable [1]** 47/25
**rely [1]** 38/24

**R**

**relying [1]** 21/19
**remain [2]** 58/17 83/22
**remainder [1]** 58/17
**remaining [2]** 84/1 84/17
**remember [2]** 11/11 73/2
**remote [1]** 3/1
**remove [1]** 34/12
**removed [1]** 58/16
**reoriented [1]** 82/12
**report [6]** 15/14 17/19 18/4 18/14 84/8 84/11
**reporter [5]** 1/21 28/12 28/19 82/23 86/6
**REPORTER'S [1]** 85/24
**Reporter/Transcriber [1]** 86/6
**request [1]** 10/10
**require [1]** 76/9
**requirements [2]** 48/22 49/13
**requires [1]** 78/9
**reservation [1]** 3/16
**resolution [1]** 21/14
**resolve [2]** 30/6 82/16
**resolved [4]** 30/9 52/17 52/18 54/8
**resolves [3]** 30/8 50/16 84/16
**respect [7]** 3/12 5/16 10/10 10/25 23/13 61/24 63/1
**responding [2]** 19/25 35/18
**response [1]** 38/19
**responses [6]** 18/16 18/21 18/23 18/25 19/6 19/14
**rest [4]** 44/3 54/14 71/17 85/5
**result [1]** 45/9
**results [2]** 22/8 48/11
**RET [3]** 1/11 2/24 3/2
**reviewed [1]** 70/8
**revised [1]** 4/23
**revisit [1]** 27/9
**Ridge [1]** 2/3
**right [156]**
**ring [2]** 15/16 22/10
**rise [1]** 44/15
**risk [5]** 22/11 22/18 32/3 34/18 49/1
**risks [5]** 13/6 31/3 31/4 31/5 32/4
**RMB [1]** 1/4
**RMR [1]** 86/5
**Road [1]** 2/15
**Robert [1]** 2/24
**robust [1]** 14/24
**role [5]** 5/22 5/24 6/1 8/17 63/4
**root [6]** 13/15 14/13 23/25 24/1 45/3 46/18
**ROSE [1]** 2/10
**row [76]** 10/25 11/2 11/5 17/23 17/25 18/1 18/6 25/15 25/19 25/20 26/6 28/6 28/13 28/17 29/3

29/20 29/22 29/23 30/8 30/9 30/10 31/10 31/18 32/10 32/14 32/17 41/22 41/24 42/7 42/24 46/23 46/24 47/16 47/16 50/8 50/19 51/24 51/25 52/23 52/23 53/19 55/15 55/16 55/22 55/24 56/10 56/14 57/4 57/5 57/11 57/12 57/18 57/19 58/1 58/2 58/11 58/14 58/15 58/19 59/10 65/17 74/12 74/13 74/16 78/19 78/20 78/21 78/22 78/22 78/25 79/25 80/2 80/13 81/24 82/10 84/11
**rows [19]** 4/22 18/4 25/23 31/21 35/7 40/1 40/21 41/20 57/3 59/15 59/20 60/7 65/15 79/7 79/20 82/7 82/8 84/18 84/19
**rubber [1]** 46/8
**Rule [2]** 30/11 31/13
**ruled [4]** 11/7 60/3 82/22 83/13
**rules [5]** 4/1 21/11 40/9 66/11 73/9
**ruling [11]** 3/17 28/5 29/2 32/8 43/7 43/14 53/3 55/14 65/4 74/9 84/5
**rulings [1]** 33/2
**runs [1]** 79/14

**S**

**safety [1]** 32/4
**said [23]** 3/25 4/6 6/21 7/5 8/20 8/23 11/15 20/8 22/23 23/7 27/16 35/11 39/16 67/15 68/4 68/12 77/16 80/5 80/7 80/18 83/16 83/17 83/25
**SAK [1]** 1/4
**same [20]** 12/1 19/5 24/18 24/22 25/2 25/5 33/20 35/6 35/12 35/14 59/19 62/4 62/4 62/12 64/16 65/1 66/2 76/4 84/12 84/12
**saw [1]** 8/14
**say [42]** 7/4 10/7 10/16 13/11 15/21 16/3 16/7 16/14 20/5 20/8 23/11 24/19 24/25 25/4 25/17 27/23 35/14 37/7 37/14 38/10 42/13 43/7 43/18 44/22 44/24 45/19 46/14 47/9 49/20 61/22 63/17 65/7 67/14 69/7 69/21 69/22 74/23 78/13 79/12 80/7 81/18 83/10
**saying [29]** 5/25 9/8 14/4 14/13 19/25 22/21 23/17 23/19 24/12 24/13 24/21 24/22 25/1 25/22 31/6 32/25 33/25 37/7 54/12 63/20 64/20 68/2 69/18 69/25 72/2 74/6 76/20

79/21 83/23
**says [29]** 15/13 15/15 16/8 16/15 21/2 23/18 23/18 23/19 23/20 30/22 34/10 35/10 35/17 37/16 38/7 39/15 39/15 40/6 41/1 44/2 46/6 60/18 63/2 72/4 72/4 75/11 77/10 79/14 80/10
**Schneider [1]** 63/5
**Schneider's [2]** 64/13 65/4
**scientific [3]** 34/24 47/21 48/7
**scope [4]** 30/19 48/5 61/10 76/23
**scroll [1]** 77/1
**scrub [1]** 12/18
**se [1]** 20/17
**search [2]** 37/14 37/19
**searches [1]** 39/6
**second [1]** 82/15
**Secondly [1]** 35/25
**seconds [6]** 11/19 39/9 39/10 45/22 68/25 82/18
**section [1]** 48/16
**see [26]** 4/20 4/25 7/18 9/17 12/13 13/2 15/10 22/14 36/21 38/17 40/10 44/2 47/5 47/13 50/15 51/18 53/9 53/12 53/24 63/22 73/8 74/19 78/16 79/21 81/11 83/2
**seeing [2]** 71/17 80/25
**seeking [1]** 83/8
**seem [2]** 17/3 63/3
**seems [2]** 50/19 53/8
**seen [4]** 6/23 7/25 33/7 49/25
**semi [1]** 43/25
**semi-volatile [1]** 43/25
**sending [2]** 18/21 66/21
**sense [3]** 22/5 27/5 72/4
**sensitive [2]** 67/8 67/14
**sent [8]** 3/25 27/15 27/16 49/11 61/4 73/21 75/25 80/15
**set [6]** 18/12 39/3 39/3 39/7 59/7 81/1
**setting [2]** 13/24 79/5
**setup [1]** 22/14
**severed [1]** 15/6
**sexy [1]** 79/13
**share [1]** 85/5
**she [4]** 22/23 22/24 83/16 83/17
**sheet [3]** 43/2 43/16 53/10
**shift [1]** 79/2
**shoehorn [1]** 38/19
**shorthand [1]** 75/2
**should [28]** 4/1 4/4 5/8 12/8 15/22 15/23 16/1 16/9 16/9 17/7 20/22 20/23 26/24 40/9 42/6 46/23 51/6 52/18 61/10 61/16 61/17 61/18 61/19

61/21 63/23 65/2 76/9 78/14
**shouldn't [1]** 36/23
**show [9]** 16/20 16/25 23/24 24/10 35/23 35/25 36/21 39/4 61/1
**showing [7]** 16/12 44/12 50/7 61/15 61/23 65/3 71/7
**shown [3]** 33/7 56/20 56/22
**shows [4]** 23/12 23/25 35/12 50/1
**sic [1]** 69/8
**side [1]** 27/24
**significantly [2]** 4/20 17/13
**similar [5]** 18/20 18/20 19/10 49/21 74/22
**similarly [1]** 47/20
**simply [4]** 19/24 40/3 54/17 71/16
**since [1]** 10/3
**single [2]** 60/12 63/24
**sir [9]** 5/14 14/22 17/21 18/2 18/15 58/3 58/15 58/24 82/9
**site [2]** 62/11 74/25
**sits [1]** 59/24
**sitting [1]** 38/8
**six [1]** 47/10
**SKADDEN [2]** 2/5 2/9
**SLATE [2]** 2/5 2/9
**smiling [1]** 38/22
**Smith [1]** 2/24
**so [194]**
**sodium [12]** 21/5 22/16 34/12 37/8 67/3 69/8 69/10 69/18 70/11 70/21 72/11 72/20
**Solco [2]** 2/8 2/12
**solution [1]** 21/13
**solutions [1]** 45/2
**solvent [1]** 21/4
**solvents [5]** 22/10 69/8 70/12 70/22 72/21
**some [24]** 5/22 5/24 9/23 10/8 10/8 11/19 11/20 14/14 14/14 17/8 20/3 26/19 29/21 37/13 38/20 43/5 49/8 51/19 56/18 64/20 64/21 72/15 78/6 79/21
**somebody [1]** 83/22
**somehow [1]** 63/19
**someone [5]** 7/17 51/4 52/3 65/21 80/12
**something [23]** 5/1 10/1 12/16 13/8 20/4 20/23 22/6 24/13 33/6 38/7 45/21 49/24 53/14 61/21 62/1 64/22 67/20 68/22 72/16 78/7 79/14 79/18 83/18
**somewhat [2]** 7/9 8/25
**somewhere [1]** 15/23
**sophisticated [1]** 46/12

**sorry [21]** 4/10 14/7 14/8 16/7 24/6 25/16 28/10 39/23 42/8 47/15 51/11 52/12 53/15 53/16 53/18 54/10 59/17 61/14 70/18 78/24 82/24
**sort [6]** 25/19 35/10 40/19 64/6 68/14 68/17
**sounds [3]** 4/6 51/18 85/13
**sourced [1]** 51/19
**sourcing [2]** 50/24 62/12
**South [1]** 64/21
**speak [5]** 10/9 27/23 48/10 80/8 80/8
**speaking [1]** 81/5
**speaks [1]** 79/3
**special [3]** 1/11 3/2 69/23
**specific [11]** 12/16 13/8 20/23 26/22 51/21 67/8 67/13 67/17 69/17 70/3 78/11
**specifically [7]** 39/11 44/22 46/1 49/5 63/6 66/24 71/20
**specifics [1]** 77/10
**spectrometry [2]** 64/19 67/8
**spelled [1]** 82/24
**spend [1]** 56/8
**sphere [2]** 35/13 38/13
**spirit [1]** 57/11
**split [1]** 57/15
**spreadsheet [19]** 3/10 10/25 11/3 21/14 28/6 28/13 28/17 29/4 31/18 31/21 40/2 41/21 50/19 54/5 59/9 65/15 82/8 83/2 83/6
**Square [1]** 2/3
**squarely [1]** 76/11
**stage [1]** 8/15
**stamp [1]** 50/1
**stand [2]** 3/12 7/22
**standpoint [1]** 49/4
**STANOCH [8]** 1/14 3/25 5/3 27/14 29/13 53/18 54/11 57/1
**Stanoch's [1]** 70/24
**start [1]** 29/25
**started [1]** 60/19
**starting [5]** 50/18 55/22 70/7 81/14 82/11
**starts [2]** 26/7 47/1
**state [1]** 48/7
**STATES [2]** 1/1 36/10
**stating [1]** 41/6
**stenography [1]** 1/23
**step [2]** 11/19 15/16
**steps [2]** 22/15 61/17
**STEVEN [1]** 2/15
**still [8]** 4/24 7/11 8/3 17/17 20/15 52/24 74/1 84/18
**stop [3]** 19/8 32/9 55/1
**story [4]** 13/9 13/22 15/7 44/12

Case 1:19-md-02875-RMB-SAK    Document 2902    Filed 10/11/24    Page 96 of 97 PageID:
107857
10
Index: strange..unknown

**S**

strange [1]  7/9
Street [2]  1/15 1/19
Streets [1]  1/8
strength [1]  9/1
strike [2]  7/8 65/14
strong [2]  6/12 8/23
struggling [1]  74/5
stumbled [1]  44/8
subclass [1]  15/5
subcontract [1]  69/24
subject [6]  28/7 28/14
29/3 43/6 43/14 75/11
submit [1]  46/11
subsequent [1]  20/20
subsidiary [2]  66/18 68/4
substances [1]  67/2
substantially [1]  10/14
such [8]  18/19 22/8 31/5
43/12 49/7 69/8 70/12
70/22
sudden [1]  64/3
suddenly [1]  9/9
sufficient [1]  66/13
sufficiently [1]  75/20
suggest [7]  17/15 20/7
23/15 45/20 63/14 75/13
80/21
suggesting [2]  4/9 38/19
Suite [2]  1/15 2/15
Suites [1]  2/6
summarizing [1]  4/3
superfluous [1]  73/19
supplier [2]  46/14 62/12
suppliers [5]  11/8 18/19
62/14 76/10 76/15
supply [1]  17/11
supposed [1]  63/3
sure [15]  7/4 7/11 19/21
20/21 25/7 28/3 44/1
67/10 67/25 68/6 68/10
69/3 72/21 84/6 85/14
surprise [1]  10/5
surprised [1]  69/14
sustain [6]  39/25 40/20
41/19 65/13 74/8 78/19
sustained [2]  41/25 74/11
sustaining [1]  74/7
swings [1]  72/24

**T**

tabs [1]  46/16
take [20]  6/5 8/8 17/3
18/6 21/1 26/6 26/6 34/22
36/8 46/23 46/24 47/15
47/16 51/24 54/16 58/21
59/17 61/17 64/5 84/5
taken [2]  4/25 59/2
takes [14]  11/2 21/15
29/20 29/22 32/10 32/14
32/17 41/22 42/7 50/8
55/24 58/19 65/16 82/3
taking [7]  5/2 11/15
16/13 36/10 73/14 73/18
83/5
talk [24]  14/19 17/7
20/22 22/6 23/2 23/8

24/18 25/4 36/23 43/24
48/7 48/14 48/24 60/9
60/12 60/24 62/18 62/23
62/24 63/9 73/17 77/17
78/2 84/1
talked [3]  18/15 49/9
53/19
talking [32]  7/16 7/18
12/22 14/10 14/12 14/25
18/13 26/21 27/4 30/15
30/16 30/17 35/7 40/16
40/16 44/5 44/7 46/5 46/7
52/24 60/16 64/24 65/24
66/2 66/10 67/13 67/22
69/5 72/3 76/5 76/7 79/17
talks [9]  15/17 35/22
45/25 49/5 64/25 68/14
78/8 78/11 81/6
targets [1]  27/25
TEAMS [2]  1/6 3/1
technical [3]  43/2 43/16
81/4
technology [1]  76/5
tell [4]  25/10 57/10 60/15
71/19
temporally [1]  15/1
ten [4]  39/9 39/10 45/22
68/25
tenuous [1]  38/21
terms [13]  14/20 20/1
22/15 27/25 34/2 34/3
34/11 40/15 43/23 62/9
70/10 70/21 77/21
test [7]  22/8 69/6 69/23
75/18 76/4 76/22 78/4
tested [2]  62/15 76/1
testified [1]  15/21
testifies [1]  13/18
testify [2]  16/2 18/24
testifying [1]  16/1
testimony [46]  6/18 7/1
7/13 8/2 8/20 9/14 15/10
15/10 16/11 16/18 17/12
18/13 20/3 21/20 23/5
27/3 28/6 28/7 28/9 28/13
28/17 29/3 29/4 30/10
31/17 37/17 39/2 39/25
41/20 43/10 43/15 47/1
55/21 56/9 56/18 60/3
65/14 68/14 71/10 72/20
74/4 75/15 76/25 78/15
78/16 82/10
testing [65]  7/18 8/7 22/8
22/17 30/16 31/3 44/9
45/4 48/11 48/12 48/13
48/24 49/3 49/3 49/4
49/13 50/3 56/19 56/20
56/25 60/9 61/15 61/15
61/25 62/5 62/8 62/16
64/14 64/16 64/18 64/19
66/24 66/25 67/2 67/11
67/21 67/22 67/23 69/6
69/15 69/16 69/17 71/8
73/22 73/23 75/7 75/23
76/6 76/9 76/12 76/13
76/16 76/20 77/17 77/17
77/19 77/24 77/25 77/25

78/2 78/7 78/9 78/11
78/13 79/16
tethered [1]  67/17
tetrazole [2]  15/16 22/10
Teva [90]
Teva's [25]  9/20 11/7
11/10 11/11 11/24 16/21
19/13 19/14 19/15 19/25
22/10 24/17 24/22 34/1
34/17 39/12 44/12 48/21
49/10 49/12 49/19 60/4
61/16 62/22 79/15
Teva-related [1]  3/6
Thank [18]  19/9 22/2
24/6 29/10 32/16 33/18
37/1 42/18 48/19 52/20
59/1 59/8 66/16 85/16
85/18 85/19 85/20 85/22
Thanks [2]  58/25 85/21
them [6]  4/20 24/1 27/18
27/19 30/3 38/14
theoretically [1]  37/11
therefore [1]  39/8
these [38]  5/21 10/3
15/19 15/24 16/2 19/14
21/10 21/18 23/15 23/22
25/3 25/4 25/10 27/9
27/17 35/4 35/9 40/9 46/2
46/10 46/15 47/20 48/17
57/2 60/7 62/20 64/3 65/7
65/20 66/6 66/6 66/13
67/15 69/4 72/25 75/14
78/5 81/4
they'll [1]  31/23
they're [12]  9/8 18/25
20/11 34/14 36/22 43/5
43/7 52/5 52/8 63/17
73/17 76/20
they've [4]  5/25 10/3
18/13 75/2
thing [8]  24/18 24/22
33/14 61/1 63/21 64/4
75/19 84/12
things [16]  3/12 15/19
15/25 17/10 23/22 24/24
25/5 26/2 44/11 45/2
46/11 46/15 52/19 58/8
67/15 70/1
think [146]
Third [3]  1/20 2/3 2/4
Third-Party [1]  1/20 2/4
Thirty [3]  59/11 59/11
59/12
Thirty-four [1]  59/11
Thirty-three [2]  59/11
59/12
this [351]
THOMAS [2]  1/11 3/2
though [6]  3/16 4/19 4/24
18/25 32/8 68/13
thought [11]  4/6 5/7
16/14 22/22 22/24 38/8
53/16 59/12 83/4 83/5
83/17
thoughts [1]  84/25
three [6]  6/23 11/23
59/12 59/11 59/12 60/7

through [44]  4/20 4/25
12/4 13/7 13/22 13/24
19/2 19/2 20/17 21/22
22/13 23/18 25/19 25/22
25/23 26/1 31/20 34/6
36/16 36/24 38/20 39/1
43/11 46/23 47/6 47/16
47/25 49/17 51/20 51/23
52/6 52/9 54/18 55/22
56/16 58/5 58/16 62/2
72/1 72/8 73/10 77/1
79/14 82/3
throughout [1]  56/23
Thursday [8]  4/9 4/13
5/6 17/19 18/4 44/2 84/11
85/9
tie [1]  62/9
tied [1]  40/19
time [27]  5/2 10/11 12/1
12/11 13/18 18/18 21/1
21/6 24/17 24/21 29/1
36/23 39/18 56/8 56/17
58/22 61/2 62/7 62/10
62/14 63/24 64/6 67/12
69/24 69/25 72/4 85/7
timeline [1]  27/20
times [3]  23/12 64/4
67/10
timing [1]  28/3
tipped [2]  24/12 24/25
tire [1]  46/8
title [3]  5/24 8/17 51/2
today [8]  3/22 4/14 5/4
5/12 49/9 52/13 84/23
84/24
together [2]  21/10 24/24
told [1]  24/1
Tony [3]  13/18 21/6
36/24
too [7]  13/9 44/6 52/8
56/3 57/22 58/20 72/24
took [2]  8/15 8/18
topics [14]  13/4 19/18
20/16 22/8 22/9 31/6 32/2
33/23 35/5 49/1 49/3
67/21 69/14 76/12
Torrent [3]  2/20 2/21
2/21
totally [4]  56/4 77/25
78/6 78/7
towards [1]  17/16
toxicological [2]  60/23
60/24
toxicologist [1]  59/24
toxicologists [1]  61/5
toxicology [3]  61/5 63/19
64/1
trailing [1]  80/11
transaction [1]  59/23
Transcriber [1]  86/6
transcript [7]  1/23 18/9
22/13 25/11 40/11 82/21
86/1
transcription [1]  1/24
translate [4]  80/6 80/19
80/22 82/1
translated [1]  41/5

translation [1]  79/15
translations [1]  81/7
TRAURIG [1]  2/14
treatise [1]  47/24
trial [7]  15/5 16/10 18/23
26/25 65/13 73/3 73/25
trimming [1]  58/15
trouble [3]  28/21 69/2
76/25
true [3]  69/7 70/11 70/21
truth [1]  9/5
try [7]  17/7 20/22 29/1
53/14 54/13 58/7 73/12
trying [18]  10/5 11/21
13/15 20/9 20/16 23/14
24/25 34/21 37/25 47/7
47/9 50/10 51/9 61/22
63/17 72/25 81/11 82/20
Tuesday [1]  1/9
turned [1]  61/21
two [18]  4/21 11/19 15/4
19/23 22/7 24/23 25/5
34/5 40/8 50/21 66/23
76/20 78/13 79/7 79/20
82/18 84/9 84/17
type [2]  64/15 64/16
typically [1]  36/6

**U**

U.S [17]  1/7 2/8 2/8 2/12
2/12 36/5 36/5 36/12 60/2
60/11 60/13 60/17 61/7
62/19 63/7 63/16 65/5
Uh [3]  52/1 52/25 82/17
Uh-huh [3]  52/1 52/25
82/17
ultimately [1]  44/14
uncertainty [2]  26/20
56/19
under [11]  21/5 25/3
31/13 35/9 39/20 40/9
50/25 53/2 66/11 68/9
73/9
underlying [3]  41/16
44/25 71/4
undermine [1]  15/9
understand [13]  8/1 9/15
10/6 21/9 27/1 33/1 42/8
65/11 68/21 73/4 74/9
80/1 83/9
understandable [1]
31/19
understanding [2]  34/2
35/1
understood [5]  4/8 10/16
25/13 31/22 81/17
undertook [1]  48/11
unduly [5]  9/18 9/22 15/8
15/24
unfair [3]  6/13 15/21
16/7
unfortunate [1]  21/17
Unfortunately [1]  19/11
UNITED [2]  1/1 36/9
universities [1]  6/11
unknown [13]  60/19
60/19 61/2 61/3 61/6 62/1
62/8 63/2 63/13 63/18

## U

**unknown... [3]** 63/21 63/25 64/20
**unless [1]** 84/24
**unlike [2]** 7/14 36/2
**unnecessarily [1]** 14/1
**unquote [2]** 24/9 43/23
**unreasonable [1]** 38/16
**until [6]** 4/1 4/9 4/12 5/6 15/7 59/2
**up [29]** 13/24 13/25 15/1 18/12 21/6 26/7 31/7 35/11 39/3 39/3 39/7 40/19 46/17 59/9 59/10 62/21 62/25 63/12 69/23 71/8 79/5 79/12 81/1 82/20 83/11 83/12 83/17 83/23 84/4
**upon [2]** 44/8 82/22
**us [30]** 3/20 4/18 6/9 11/2 11/16 16/7 18/6 25/18 25/22 29/20 29/22 32/10 32/14 32/17 41/22 42/7 46/23 46/24 47/15 47/16 50/8 54/20 55/20 55/24 56/3 58/19 59/5 65/16 82/3 85/5
**USA [1]** 2/17
**use [16]** 11/24 12/3 12/4 13/7 16/4 21/8 22/10 23/14 25/3 37/8 46/3 48/1 69/25 73/12 78/14 79/21
**used [19]** 11/9 11/11 11/13 13/3 14/23 15/25 16/8 16/9 19/11 20/20 22/19 28/8 28/8 47/21 47/25 49/3 49/4 69/10 73/24
**uses [1]** 45/7
**using [10]** 12/9 14/20 16/20 16/25 44/19 45/25 67/1 67/13 69/24 70/1
**usually [2]** 58/7 80/15

## V

**vague [2]** 30/13 30/20
**vagueness [1]** 31/13
**validated [1]** 78/4
**valsartan [48]** 1/3 12/24 15/18 34/3 34/13 37/9 40/14 44/9 44/15 45/4 46/4 46/18 51/5 60/2 60/5 61/25 62/3 62/6 64/18 64/19 65/3 66/4 66/5 66/8 66/8 66/24 66/25 67/16 67/24 69/6 69/6 69/11 69/11 69/19 70/4 72/4 73/24 75/4 75/12 75/14 75/23 75/25 75/25 76/5 76/6 76/10 76/10 77/3
**value [2]** 10/15 75/8
**VANASKIE [6]** 1/11 3/2 8/14 52/13 55/7 84/4
**variety [2]** 45/7 45/25
**VAUGHN [1]** 2/2
**version [2]** 33/20 36/7
**versus [1]** 49/9

**very [15]** 37/1 47/10 49/21 52/14 56/23 58/18 63/13 64/11 67/22 70/1 70/3 75/12 75/24 76/19 85/18
**via [4]** 1/6 3/1 36/12 80/6
**VICTORIA [14]** 2/14 4/10 8/10 10/7 13/13 16/23 17/15 26/4 26/16 29/9 42/2 47/16 54/21 59/5
**video [1]** 21/10
**videoconference [1]** 1/6
**videoconferencing [1]** 3/1
**view [1]** 17/16
**VINCENT [1]** 2/19
**VINCENT-ALEXANDRE [1]** 2/19
**volatile [1]** 43/25

## W

**wait [3]** 4/1 4/4 53/15
**walk [1]** 13/7
**want [25]** 5/23 6/8 6/9 8/21 9/12 9/25 14/17 15/12 19/20 21/13 21/15 32/7 38/18 38/24 39/23 49/20 51/15 52/2 56/9 67/25 68/10 68/21 71/9 84/5 85/4
**wanted [6]** 5/19 22/23 22/24 40/3 68/6 85/13
**wants [2]** 50/25 51/1
**warn [1]** 38/14
**Washington [2]** 2/3 2/11
**wasn't [15]** 9/25 22/22 24/7 32/3 34/16 34/16 48/13 62/23 62/24 70/9 73/21 77/5 77/15 78/5 83/14
**waste [1]** 12/10
**wastewater [4]** 44/9 44/11 45/5 46/2
**water [4]** 17/11 44/7 44/10 45/2
**way [12]** 9/3 12/17 13/23 14/4 19/2 34/12 39/5 39/7 62/15 72/5 72/25 73/23
**ways [1]** 14/14
**we'd [1]** 22/3
**we'll [17]** 5/12 7/16 25/11 42/22 42/22 44/1 53/4 53/13 55/1 55/1 57/7 57/24 58/10 65/13 83/24 84/11 84/16
**we've [9]** 7/15 7/25 22/4 22/5 35/11 36/10 47/20 67/18 67/19
**website [1]** 33/12
**week [3]** 28/1 49/18 64/12
**weekend [2]** 27/14 27/15
**weeks [4]** 6/23 7/15 15/5 22/5
**went [4]** 6/6 49/17 62/1 64/12

**weren't [1]** 77/2
**West [1]** 2/6
**whatever [1]** 71/16
**whatsoever [1]** 43/19
**whether [9]** 3/18 37/25 45/10 45/17 46/3 48/8 65/23 76/9 81/8
**while [1]** 12/2
**WHITELEY [2]** 1/18 1/18
**who's [3]** 23/2 59/24 73/20
**whole [4]** 11/8 14/1 40/19 63/5
**whoops [1]** 82/3
**whose [1]** 83/22
**why [12]** 9/9 11/14 14/19 21/7 28/23 38/17 40/12 43/13 43/20 52/4 54/17 83/5
**will [32]** 7/16 7/18 8/9 8/9 11/20 13/2 13/3 13/18 21/7 25/8 26/9 26/14 28/17 29/4 29/17 36/5 36/8 41/11 42/15 47/6 50/7 52/9 56/13 57/7 57/9 58/16 58/17 67/15 71/21 75/2 76/19 83/22
**willing [2]** 17/6 58/9
**wise [1]** 78/3
**wish [1]** 73/5
**withdraw [14]** 40/23 51/22 52/9 55/16 56/3 56/9 56/13 56/24 57/7 57/12 57/24 71/17 71/21 83/15
**withdrawing [1]** 51/20 55/6
**withdrawn [2]** 10/12 74/13
**withdrew [3]** 10/9 10/21 57/11
**within [11]** 19/1 19/2 31/12 32/25 33/23 47/23 49/11 49/19 65/24 76/12 76/22
**without [3]** 34/13 36/15 36/16
**witness [68]** 5/12 5/24 6/1 6/19 7/3 7/14 9/1 9/7 9/10 9/23 10/2 10/2 10/8 13/21 15/20 16/1 17/4 18/23 19/19 19/25 21/22 22/3 22/12 23/1 23/8 23/9 30/15 31/2 31/14 32/2 33/8 33/8 34/1 34/15 35/4 35/17 35/22 36/3 36/16 36/17 36/20 37/4 39/3 39/4 39/5 39/11 39/12 39/22 44/20 48/6 48/13 49/16 56/25 60/9 60/23 61/9 62/16 62/17 63/11 66/23 69/5 69/13 72/8 72/13 72/14 73/10 75/16 76/12
**witness's [4]** 6/3 9/15 13/4 20/18

**witnesses [15]** 3/7 5/21 6/10 7/10 7/15 7/25 8/15 9/5 10/4 10/10 27/17 32/24 47/22 49/23 63/9
**witnesses' [2]** 8/12 32/25
**woman [1]** 59/25
**won't [5]** 10/16 10/16 27/5 49/20 49/20
**word [5]** 12/18 20/8 36/25 42/21 45/11
**words [1]** 83/17
**worked [1]** 9/19
**working [2]** 52/13 52/14
**Works [1]** 58/23
**world [5]** 9/17 60/5 63/25 64/18 81/6
**wouldn't [3]** 9/5 16/2 69/22
**writ [1]** 35/10
**writes [1]** 12/13
**wrong [2]** 25/25 40/1

## Y

**yeah [46]** 10/6 26/12 26/17 29/22 29/24 30/23 31/17 32/9 39/24 42/6 43/1 46/20 47/11 47/12 50/5 50/12 51/20 54/7 55/1 55/8 55/18 56/16 57/4 57/23 57/24 64/8 65/11 70/19 71/19 73/7 74/3 74/11 74/15 78/16 79/1 79/24 80/3 81/10 81/20 82/2 82/6 82/7 82/20 84/7 84/15 84/18
**years [14]** 9/20 11/23 15/4 15/22 19/12 34/9 34/9 34/15 35/13 38/3 38/8 38/12 69/25 73/2
**Yep [1]** 82/13
**yes [54]** 3/8 5/14 14/22 14/25 15/18 17/21 18/2 18/5 19/25 21/25 23/18 23/19 25/3 25/24 28/16 29/7 29/8 29/23 30/2 32/15 35/9 35/10 43/24 45/23 47/4 51/5 52/25 54/22 55/3 55/12 55/23 56/11 56/13 58/3 58/15 58/24 59/4 59/8 69/1 69/1 69/18 72/4 72/11 74/18 77/12 79/4 79/4 80/7 80/8 82/9 84/15 84/22 85/8 85/22
**yet [3]** 27/21 33/25 53/15
**York [5]** 2/7 2/7 2/10 2/20 2/20
**you [196]**
**you'll [6]** 12/3 15/10 22/5 22/14 27/25 37/17
**you've [1]** 49/22
**yours [1]** 70/24

## Z

**Zhejiang [2]** 2/7 2/11
**ZHP [43]** 2/8 2/12 11/8 11/11 11/25 14/13 14/15

15/1 16/9 16/10 17/10 17/11 18/18 23/10 23/16 23/22 24/1 32/23 32/25 33/13 33/21 36/2 36/2 36/23 38/6 39/1 40/5 40/12 44/8 44/16 45/4 46/3 46/13 46/19 49/22 55/2 61/13 62/9 62/12 64/24 66/8 73/23 76/1
**ZHP's [1]** 36/15