# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Alexia Renee Brancato
To Call Writer Directly:
+1 212 909 3344
alexia.brancato@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 11, 2024

**VIA ECF**

Special Master Hon. Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875 (D.N.J.)

Dear Judge Vanaskie:

On behalf of the TPP Trial Defendants, we write regarding the Order (ECF 2899) scheduling a conference with Your Honor on Friday, October 18, 2024 at 11:00 a.m. Eastern time. Due to observance of religious holidays, the TPP Trial Defendants respectfully request that your Honor reschedule the conference to Tuesday, October 22, 2024 prior to 12:00 p.m. Eastern time or Wednesday, October 23, 2024 prior to 12:30 p.m. Eastern time.

Respectfully,

Alexia Renee Brancato