UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **CHIEF JUDGE RENÉE MARIE BUMB** | October 10, 2024 |
| **JUDGE THOMAS I. VANASKIE (RET.)** **SPECIAL MASTER** | |
| **COURT REPORTER: JOHN J. KURZ** | |
| | Docket No. 19-md-02875(RMB/SAK) |

**TITLE OF CASE:**

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

Adam M. Slater, Esquire and Christopher J. Geddis, Esquire, Conlee S. Whiteley, Esquire, Ruben Honik, Esquire, David Stanoch, Esquire, Daniel A. Nigh, Esquire and Marlene J. Goldenberg, Esquire for plaintiffs
Liza Walsh, Esquire, Greg Ostfeld, Esquire and Victoria Davis Lockard, Esquire for defendant TEVA
Jessica Davidson, Esquire for ZHP defendants
Devora W. Allon, Esquire and Alexia R. Brancato, Esquire for Torrent Pharma defendants

**NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE/DAUBERT HEARING**

**DISPOSITION:**

Case Management/Status Conference held on the record and sign in sheets attached.

| | |
|---|---|
| Time commenced: 1:00p.m. | Time Adjourned: 3:30p.m. |
| | Total 2 Hours and 30 Minutes |
| | s/ *Arthur Roney* DEPUTY CLERK |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
## October 10, 2024 – 1:00PM

**PLEASE PRINT LEGIBLY**

| NAME: | Action # Representing | Civil Party |
|---|---|---|
| | | π |
| Daniel Nigh | | |
| Ruben Honik | | |
| David Stanoch | | |
| Adam Slater | | |
| Conlee Whiteley | | |
| Marlene Goldenberg Marlene Goldenberg | | |
| Rosemarie Bogdan Rosemarie Bogdan | | |

# VALSARTAN PRODUCTS LIABILITY LITIGATION

## MDL #19-2875
## CASE MANAGEMENT CONFERENCE
### October 10, 2024 – 1:00PM

**PLEASE PRINT LEGIBLY**

| NAME: | Action # Representing | Civil Party |
|---|---|---|
| Devora Allon | | Torrent |
| Alexia Brancato | | Torrent |
| Dresci Davis | | dr Yeesson |
| Emily Tucker | | Cardinal Health |
| Jason Reefer | | Mylan Pharmaceuticals Inc. |
| Paul Quincy | | CVS/Walmart/Walgreens |
| Matthew Knepper | | Express Scripts |
| Greg Ostfeld | | Teva |
| Victoria Lockard | | Teva |