# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2875 Civil No. 19-02875 (RBK/JS) |

### DEFENDANTS' DISCLOSURE OF PERSONAL INJURY BELLWETHER TRIAL POOL SELECTIONS

On behalf of the Defendants' Executive Committee, undersigned counsel hereby discloses Defendants' Selections for the Bellwether Trial Pool:

1. Janice Brown, 1:19-cv-17394 (D.N.J)

2. Rita Crawford, 1:20-cv-00763-RBK-JS (D.N.J)

3. Nellie Dawson, 1:20-cv-01493-RBK-JS (D.N.J.)

4. Lana Dufrene, 1:19-cv-15633 (D.N.J)

5. Tivis Fields, 1:20-cv-00683-RBK-JS (D.N.J.)

6. Bambi Ganim, 1:20-cv-07523-RBK-JS (D.N.J.)

7. Robert Garcia, 1:20-cv-07957-RBK-JS (D.N.J.)

8. Paulette Kennedy, 1:20-cv-07638-RBK-JS (D.N.J)

9. Silvano Kinkela, 1:20-cv-02880-RBK-JS (D.N.J.)

10. Estate of Ronald Meeks, 1:19-cv-16209-RBK-JS (D.N.J.)

11. Crusita Murga, 1:20-cv-03596 (D.N.J.)

12. Marvella Ochs, 1:20-cv-00323-RBK-JS (D.N.J.)

13. Eugene Pate, 1:20-cv-01248-RBK-JS (D.N.J.)

14. Michael Svebek, 1:19-cv-20609-RBK-JS (D.N.J.)

15. Durl Welch, 1:20-cv-07999-RBK-JS (D.N.J.)

In making this disclosure, Defendants have not waived their right to remand or transfer any action in this MDL to a court of proper venue for trial under 28 U.S.C. § § 1391 and 1406(a) and *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998) upon completion of pre-trial proceedings. All jurisdiction and venue defenses are hereby expressly preserved.

Date: January 15, 2021

**GREENBERG TRAURIG, LLP**

*/s/ Victoria Davis Lockard*
Lori G. Cohen
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021 I served the foregoing Defendants' Disclosure of Personal Injury Bellwether Trial Pool Selections, on the parties' liaison counsel via email in accordance with the agreement of the parties.

/s/ <i>Victoria Davis Lockard</i>