UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

**CASE MANAGEMENT ORDER 36**

**NOW, this 22nd Day of October, 2024,** following a conference call with counsel and the Special Master to discuss the scheduling of bellwether personal injury cases for trial, and the parties having agreed that the first bellwether trial shall be the case of *Gaston Roberts v. ZHP, et al.,* and that the Special Master shall employ a randomizer to select 5 other cases from the remaining 27 bellwether cases, and having used an online randomizer to select five other cases for bellwether trials, **IT IS HEREBY ORDERED THAT** the following are the cases that have been selected from the list of cases appended to Plaintiffs' agenda letter (ECF 2911):

1. *Ramirez*
2. *Hanna*
3. *Pizzolato*
4. *Svebek*

1

    5. *Pate*

**IT IS FURTHER ORDERED THAT** a Case Management Conference will be held via Teams on October 29, 2024, commencing at 3:00 p.m. The purpose of the case management conference will be to establish a schedule to work up the six cases selected for bellwether trials. The parties shall submit proposed agendas for the October 29th conference no later than 5:00 p.m. on October 28, 2024. An agenda letter shall be submitted on behalf of Plaintiffs and an agenda letter shall be submitted on behalf of Defendants.

Dated: October 22, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master