## MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*  
Adam M. Slater*°  
Eric D. Katz*°  
David M. Freeman  
Beth G. Baldinger  
Matthew R. Mendelsohn*°  
David M. Estes  
Adam M. Epstein°  

Karen G. Kelsen°  
Cory J. Rothbort*°  
Michael R. Griffith°  
Christopher J. Geddis  
Samuel G. Wildman  
Julia S. Slater°  
Trevor D. Dickson  

*Certified by the Supreme Court of  
New Jersey as a Civil Trial Attorney  

°Member of N.J. & N.Y. Bars

October 28, 2024

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

  Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875 (D.N.J.)

Dear Judge Vanaskie:

Please accept this agenda letter on behalf of the Plaintiffs in advance of the October 29, 2024 case management conference.

**1. Schedule for the Six Selected Bellwether Trials.**

Of the six bellwether cases that were scheduled to be worked up for trial, only one case involved only ZHP API (Gaston Roberts) and the other five cases involved ZHP API and Mylan and/or Aurobindo API. Currently, the liability expert reports, briefing, and rulings for the ZHP API defendants have been largely completed, but none of this work has been completed for the Mylan and Aurobindo defendants. To

Hon. Thomas I. Vanaskie, Special Master
October 28, 2024
Page 2

allow the Gaston Roberts case to proceed to trial expeditiously, while also allowing adequate time to develop the Mylan and Aurobindo liability experts, Plaintiffs propose separate schedules with staggered deadlines (one for Gaston Roberts and one for the other five selected bellwether cases).

Plaintiffs propose the following schedule for the six selected bellwether trials:

*Gaston Roberts – First trial September 2, 2025*[1]

| | |
|---|---|
| December 1, 2024 | Amend Plaintiff Fact Sheet |
| March 1, 2025 | Deadline for Plaintiff expert reports |
| April 1, 2025 | Deadline for Defendant expert reports |
| April 15, 2025 | Deadline for Plaintiff Rebuttal expert reports |
| June 1, 2025 | Depositions of experts not already deposed on their opinions |
| June 15, 2025 | Briefs for new *Daubert* expert challenges[2] |
| July 1, 2025 | Motions in Limine and MSJ |
| July 15, 2025 | Opposition to *Daubert* expert challenges |
| July 29, 2025 | Reply for *Daubert* expert challenges |
| August 1, 2025 | Responses to Motions in Limine and MSJ |
| August 1, 2025 | Exchange Witness and Exhibit List |
| August 8, 2025 | Reply for Motions in Limine and MSJ |
| August 15, 2025 | Exchange Proposed Jury Instructions |
| August 15, 2025 | Exchange all other Materials per Pretrial Order, if any |

---

[1] September 2, 2025 is the day after Labor Day. Plaintiffs assume that jury selection will proceed that week, and opening statements the following week, since it will be unnecessarily difficult to select a jury during the week prior to Labor Day.

[2] Plaintiffs disagree with Defendants' proposal to re-open *Daubert* challenges on general causation. Defendants have failed to proffer any reasonable argument for why the amendment to Rule 702 is of any significance here. Doing so will unnecessarily complicate the process leading to trial and should not be permitted.

Hon. Thomas I. Vanaskie, Special Master
October 28, 2024
Page 3

*Other Five Cases – second trial March 1, 2026*

| December 1, 2024 | Amend Plaintiff Fact Sheets |
|---|---|
| July 1, 2025 | Deadline for Plaintiff expert reports, including Mylan and Aurobindo liability reports |
| August 1, 2025 | Deadline for Defendant expert reports, including Mylan and Aurobindo liability reports |
| August 15, 2025 | Deadline for Plaintiff Rebuttal expert reports |
| November 15, 2025 | Depositions of experts not already deposed on their opinions |
| December 1, 2025 | Briefs for new *Daubert* expert challenges |
| December 8, 2025 | Motions in Limine and MSJ |
| December 15, 2025 | Opposition to *Daubert* expert challenges |
| January 15, 2026 | Reply for *Daubert* expert challenges |
| January 22, 2026 | Responses to Motions in Limine and MSJ |
| February 1, 2026 | Exchange Witness and Exhibit List |
| February 1, 2026 | Reply for Motions in Limine and MSJ |
| February 15, 2026 | Exchange Proposed Jury Instructions |
| February 15, 2026 | Exchange all other Materials per Pretrial Order, if any |

Respectfully,

Adam M. Slater
Plaintiffs' Liaison Counsel

Cc: Counsel of record (via ECF)