# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

October 29, 2024

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

Re:  *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RMB)

Dear Chief Judge Bumb,

Please accept this letter with regard to the letter submitted on October 29, 2024 by Teva.  Plaintiffs request that they be provided two weeks, to November 12, 2024, to respond to the letter, which Defendants were able to prepare since October 10, 2024. Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

SO ORDERED this 30th day of October 20 24

/s/ Renée Marie Bumb
United States District Judge

Cc: All counsel of record (via ECF)