1

```
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 2     _____

 3     IN RE:  VALSARTAN, LOSARTAN,        CIVIL ACTION NUMBER:

 4     and IRBESARTAN PRODUCTS             1:19-md-02875-RMB-SAK

 5     LIABILITY LITIGATION                Case Management Conference

 6                                         via Teams videoconferencing

 7     _____

       Mitchell H. Cohen Building & U.S. Courthouse
 8     4th and Cooper Streets
       Camden, New Jersey 08101
 9     Tuesday, October 29, 2024
       Commencing at 3:00 p.m.
10
       B E F O R E:          THE HONORABLE THOMAS I. VANASKIE (RET.),
11                           SPECIAL MASTER

12
       A P P E A R A N C E S:  (via Teams videoconferencing)
13
       HONIK LLC
14     BY:  RUBEN HONIK, ESQUIRE
       1515 Market Street, Suite 1100
15     Philadelphia, Pennsylvania 19102
       Co-Lead Counsel for MDL Plaintiffs
16
       MAZIE SLATER KATZ & FREEMAN, LLC
17     BY:  ADAM M. SLATER, ESQUIRE
            CHRISTOPHER J. GEDDIS, ESQUIRE
18     103 Eisenhower Parkway, Suite 207
       Roseland, New Jersey 07068
19     Co-Lead Counsel for MDL Plaintiffs

20     KANNER & WHITELEY, LLC
       BY:  CONLEE S. WHITELEY, ESQUIRE
21          DAVID J. STANOCH, ESQUIRE
       701 Camp Street
22     New Orleans, Louisiana 70130
       Co-Lead Class Counsel for Third-Party Payor Economic Loss
23
                    John J. Kurz, Official Court Reporter
24             John_Kurz@njd.uscourts.gov (856)576-7094

25       Proceedings recorded by mechanical stenography; transcript
                 produced by computer-aided transcription.
```

1    **A P P E A R A N C E S:** (Continued)

2    NIGH GOLDENBERG RASO & VAUGHN, PLLC
     BY:  DANIEL A. NIGH, ESQUIRE
3         C. BRETT VAUGHN, ESQUIRE
     14 Ridge Square NW, Third Floor
4    Washington, D.C. 20016
     Co-Lead Class Counsel for Third-Party Payor Economic Loss
5
     RUEB STOLLER DANIEL
6    BY: BEHRAM V. PAREKH, ESQUIRE
     515 S. Figueroa Street, Suite 1550
7    Los Angeles, California 90071
     Counsel for Plaintiffs
8
     FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
9    BY:  GEORGE T. WILLIAMSON, ESQUIRE
     99 Nesbit Street
10   Punta Gorda, Florida 33950
     Counsel for Plaintiffs
11
     PRETI FLAHERTY BELIVEAU & PACHIOS, CHARTERED LLP
12   BY:  GREGORY P. HANSEL, ESQUIRE
     One City Center, PO Box 9546
13   Portland, Maine 04112
     Co-Lead Class Counsel for Third-Party Payor Economic Loss
14
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
15   BY:  JESSICA DAVIDSON, ESQUIRE
          JOHN J. NOLAN, ESQUIRE
16   One Manhattan West, Suites 42-128
     New York, New York 10001
17   Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
     Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
18   Solco Healthcare U.S., LLC (collectively ZHP)

19   KIRKLAND & ELLIS LLP
     BY:  ALEXIA R. BRANCATO, ESQUIRE
20   601 Lexington Avenue
     New York, New York 10022
21   Counsel for Defendants Torrent Pharma, Inc. and
     Torrent Pharmaceuticals Ltd. (collectively Torrent)
22
     PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
23   BY:  FRANK STOY, ESQUIRE
          JASON M. REEFER, ESQUIRE
24   One Oxford Centre, 38th Floor
     Pittsburgh, Pennsylvania 15219
25   Counsel for Defendant Mylan Pharmaceuticals, Inc.

*United States District Court*
*District of New Jersey*

**A P P E A R A N C E S:** (Continued)

GREENBERG TRAURIG LLP
BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
     STEVEN M. HARKINS, ESQUIRE
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

GREENBERG TRAURIG LLP
BY:  GREGORY E. OSTFELD, ESQUIRE
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

WALSH PIZZI O'REILLY FALANGA LLP
BY:  CHRISTINE INTROMASSO GANNON, ESQUIRE
Three Gateway Center, 100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Counsel for Defendant Teva

MORGAN, LEWIS & BOCKIUS, LLP
BY: JOHN K. GISLESON, ESQUIRE
One Oxford Centre, 301 Grant Street, 32nd Floor
Pittsburgh, Pennsylvania 15219
Counsel for Defendants Aurolife Pharma LLC
and Aurobindo Pharma USA, Inc.

ULMER & BERNE LLP
BY: JEFFREY D. GEOPPINGER, ESQUIRE
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Counsel for Wholesaler Defendants and AmerisourceBergen

BARNES & THORNBURG, LLP
BY:  KARA KAPKE, ESQUIRE
11 South Meridian Street
Indianapolis, IN 46204
Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
Walmart, Walgreens

FALKENBERG IVES LLP
BY:  KIRSTIN B. IVES, ESQUIRE
230 W Monroe Street, Suite 2220
Chicago, Illinois 60606
Counsel for Defendant Humana

**<u>Also present:</u>**

Larry MacStravic, The Courtroom Deputy

Loretta Smith, Esquire, Judicial Law Clerk to the Honorable Robert B. Kugler (Ret.)

Rosemarie Bogdan, Esquire, Plaintiffs

Robert Cain

1    (PROCEEDINGS held via Teams videoconferencing before

2    the Honorable Thomas I. Vanaskie (Ret.), Special Master, at

3    3:00 p.m. as follows:)

4    THE COURT:  All right.  Now is the time we set for a

5    case management conference.  And I've received the agenda

6    letters with proposed schedules to get the first plaintiff

7    personal injury bellwether trials set for trial.

8    Who will be speaking on behalf of the plaintiffs

9    today?

10    MR. NIGH:  Your Honor, I will.  It's Daniel Nigh, as

11    well as Adam Slater.

12    THE COURT:  Very well.

13    And who will be speaking on behalf of the defense, or

14    there will be multiple?

15    MR. STOY:  Good afternoon, Your Honor.  This is Frank

16    Stoy.  I'll be speaking on maybe some of the issues but not all

17    of them.

18    THE COURT:  All right.  Are we expecting others as

19    well?  Maybe we should give it a few minutes.

20    MR. STOY:  I don't know if I've seen counsel for ZHP.

21    THE COURT:  I don't see counsel for ZHP.  And I would

22    also ask, and I'll repeat this request, for those of you who

23    appear by way of a telephone number only, if you could insert

24    your name or identify yourself so we know who is here for the

25    call.

```
 1              MS. DAVIDSON:  Your Honor, it's Jessica.  I am on,
 2    for ZHP.  But my -- it says "your video isn't working," and I'm
 3    trying to figure out why.
 4              THE COURT:  Okay.  As long as I know we have you,
 5    Jessica.
 6              MS. DAVIDSON:  Thank you.
 7              THE COURT:  Because I see we have 38 people,
 8    according to the computer.
 9              MS. DAVIDSON:  That's a lot of us.
10              THE COURT:  Yeah.
11              And I do have a roster here.
12              I have -- and I see you're on now, Jessica --
13    somebody with a number that ends in 73 on, if that person could
14    identify themselves.
15              (No response.)
16              THE COURT:  I think everybody else is identified.
17              And now we're up to 41 persons here.
18              All right.  The person with the last two digits in
19    their phone number "73," can that person identify him or
20    herself?
21              MS. LOCKARD:  It looks like they dropped off, Judge.
22              THE COURT:  Okay.
23              MS. DAVIDSON:  They didn't want us to know who they
24    were.
25              (Laughter.)
```

```
1            MR. NIGH:  Right.
2            THE COURT:  But now we have somebody there.  We're
3  getting people joining.  So I started this a little bit too
4  soon.
5            (Teams recording:  "Unknown participant now
6  joining.")
7            THE COURT:  Who just joined?
8            (No response.)
9            THE COURT:  We have somebody with -- oh, Adam Slater.
10 Okay.  And the person with the --
11           (Teams recording:  "Is now joining.")
12           THE COURT:  Maybe they're rejoining.
13           The person with the last two digits in their phone
14 number 73 has rejoined, who is that?
15           MR. REEFER:  Hi, Judge.  This is Jason Reefer from
16 the Pietragallo firm for the Mylan defendants.  I'm having
17 trouble with my Teams, so I'm trying to dial in by phone as
18 well.
19           THE COURT:  Okay.  As long as we know who you are.
20           MR. REEFER:  Yeah.  I apologize.  I was trying to get
21 my name on the screen, but I am not --
22           THE COURT:  That's okay.  I don't know how to do that
23 either.  Mine just appears.
24           Let's give it another minute or two.  We're up to 44
25 persons attending.
```

1           (Pause.)

2           THE COURT:  All right.  We will get started now.

3    It's 3:05.  I have the agenda letters from both sides.  And I

4    wanted to address the question of subject matter jurisdiction

5    raised in the defense letter.

6           Do we know how many instances we have this as a

7    problem?  That is, okay, I should be more specific in what

8    "this" is being the problem.

9           And this is that there are some instances where

10   individual plaintiffs have nondiverse defendants as part of

11   their action.  And as luck would have it, the first case

12   identified, and that I thought there had been agreement among

13   counsel that this would be a bellwether trial, is the matter of

14   Gaston Roberts versus ZHP, et al.

15          And it turns out that Mr. Roberts' complaint

16   identifies an Alabaman pharmacy as a defendant, and he is from

17   Alabama as well.

18          Are there other instances?  Are we aware of others?

19   Can anybody address this on behalf of the plaintiffs?

20          MR. NIGH:  Yes, Your Honor.  The Pate case is another

21   one that has diversity issues as the defendants raised.  But

22   for Roberts I think it's a nonissue.  When we amended the

23   complaint, we have never served that local defendant, and we

24   will just file a dismissal for that local pharmacy defendant.

25          THE COURT:  All right.  I think that will take care

1    of that.

2                What about Pate?

3                MR. NIGH:  Pate is a little bit more complicated, and

4    I think we just need, you know, a little bit more time to look

5    at that one to make sure we don't have an issue.  But we have

6    to kind of compare sort of the various options on that.

7                THE COURT:  Pate is from Delaware, and you have

8    several Delaware corporations in the case -- in his case?

9                MR. NIGH:  That's what it appears to be, yes, Your

10   Honor.  We just -- we want to look back just to make sure at

11   the time of the filing there were Delaware cases, but it does

12   appear that way on our brief look, and then we would need to

13   make a decision on whether or not those are parties that we

14   need to pursue and/or if this needs to be filed in state court.

15               THE COURT:  All right.  And by when will you make

16   that decision?

17               MR. NIGH:  If we can have two weeks.  I think we'll

18   have it worked out, if not earlier than that.

19               THE COURT:  All right.  Two weeks from today.

20               MR. NIGH:  Yes, Your Honor.

21               THE COURT:  All right.  Well, I think we can proceed

22   based on what you have said, Mr. Nigh, with respect to

23   establishing the schedule for the Gaston Roberts matter.  Now,

24   I can't profess to know the differences, but you've both

25   submitted to me proposed schedules that seem to be -- I was

1   looking at these schedules.  I said I think I gave you too much

2   time to get ready for that first bellwether trial.  But having

3   done it, that's where it's at.

4        Now, I will say one other thing, and this is related

5   to what was in the plaintiffs' submission.  I think what we're

6   going to do is move that first bellwether trial to the second

7   Monday in September so it's not starting the day after Labor

8   Day.  It may be that we -- that Judge Bumb decides to pick the

9   jury that first week of September, but the first trial date

10   would be Monday.

11        MR. NIGH:  Okay.

12        THE COURT:  So that would be Monday, September 8th.

13        MR. NIGH:  And, Your Honor, we have looked at the

14   defendants' schedule.  I think we're largely in agreement on

15   the first trial.  A couple of the differences would have been

16   filing the 702/*Daubert* motions at the same time as the summary

17   judgment motions.  We thought it makes more sense to do them at

18   the same time as the MILs.  But we're also not disagreeable to

19   do the SJ motions at the same time as the *702/Daubert*, if

20   that's what the defendants want.

21        THE COURT:  All right.

22        MR. NIGH:  So I'll let them speak on that topic.

23        THE COURT:  Jessica or Frank, either one.

24        MS. DAVIDSON:  Your Honor, when I received this

25   letter, I was reminded of Judge Bumb saying a few weeks ago

1    that we can't agree with plaintiffs ever on anything.  And I

2    wanted so badly to show her, this may be the closest we've ever

3    come to agreement in this entire litigation.  You know, we're

4    very, very close.  I think that --

5            THE COURT:  That's because you didn't confer in

6    advance.

7            (Laughter.)

8            MS. DAVIDSON:  The only thing that gave -- you know,

9    that I didn't love here was there's so much time and then

10   there's only like a week for summary judgment replies, which

11   makes no sense.  So there's a couple places here where I think

12   we would ask plaintiffs to, you know, spread out a little bit

13   more the briefing, which is why we have the briefing starting

14   earlier with more time for oppositions and replies.  But I'm

15   sure we can reach compromise.

16           And I think, if Daniel agrees, that we could submit

17   an agreed schedule to the Court, you know, this week, or we

18   could work out the slight differences in here, if plaintiffs

19   are amenable to that.

20           THE COURT:  Daniel or Adam.

21           MR. NIGH:  I think so.  I think so.  I do want Adam

22   to be able to speak on the deposition designations, because he

23   was thinking an earlier date than the July 18th.  So, Adam, if

24   you want to speak on that.

25           (No response.)

```
1              MR. NIGH:  Maybe not.

2              MS. DAVIDSON:  You guys, I noticed, didn't have a

3      date for that, so...

4              MR. SLATER:  Yeah, we didn't.  My -- so in terms of

5      the -- we had already served one of the witnesses, and we

6      thought we could do this on a rolling basis.  We just feel like

7      since we've worked through all the ZHP witnesses, obviously

8      they need to be amended, and we've already started that process

9      and served the Min Li amendments, for example, adding general

10     causation.  We'll go through the rest of them.

11             It just didn't seem to make sense to put that off so

12     far when Your Honor's already ruled on everyone, and it's just

13     a matter of us amending them.  We thought we should get done

14     with those much earlier just to get them out of the way.

15             THE COURT:  Well, I'd like to see that happen.

16             Did you suggest a date, Adam?

17             MR. SLATER:  We were thinking April, May at the

18     latest.

19             MS. DAVIDSON:  I'm sure we -- I don't want to speak

20     for Nina who gets to do this with Adam, but I'm sure we can

21     make that work.

22             THE COURT:  All right.  So why don't you confer on

23     that, too.  And the order you submit to me, give me an

24     agreed-upon date for deposition designations, all right?

25             MR. SLATER:  Sounds good, Your Honor.
```

1          MS. DAVIDSON:  Yes.

2          MR. SLATER:  And what we're going to suggest is a

3     rolling -- to do it on a rolling basis.  So we'll start rolling

4     them out as we do them, and then we can let Your Honor know

5     when we have a critical mass to talk about and then I guess

6     Your Honor can do it the way we did before, on a reasonable

7     basis hopefully.

8          THE COURT:  Yeah.  I think that's a good way to

9     proceed.  So proceed on that basis.

10          MR. SLATER:  Okay.

11          MS. DAVIDSON:  Sounds good.

12          Daniel and Adam, I created a table that shows ours

13     and yours and I'll send it to you, because I think that will

14     make it really quick and fast for us to reach agreement.

15          MR. NIGH:  Okay.

16          MR. SLATER:  All right.

17          THE COURT:  All right.  Very well.

18          MR. NIGH:  And we have a little bit more of a

19     disagreement on wave two.  I don't know if we want to talk

20     about that now.

21          THE COURT:  Yeah.  I guess we can go to wave two.

22     Are we finished with Gaston Roberts?

23          MS. DAVIDSON:  I think we are.

24          MR. NIGH:  I think so, Your Honor.

25          THE COURT:  Okay.  Let's go to wave two.

1          MR. NIGH:  So for wave two, the other five cases, and

2    I should also say that the other five cases all have either

3    Aurobindo or Mylan in them, so we don't have this other

4    category of ZHP-only in terms of the random picks.

5          With that, there are three different cancer types in

6    addition to the liver cancer that's proceeding forward

7    beforehand.  And so the things that are required in the second

8    wave are going to be Mylan/Aurobindo liability reports, and

9    it's also going to be, you know, multiple different cancers as

10   well.

11         So with that, that's the reason for our proposal.

12   Our proposal is a later time frame.  It's the expert reports

13   would be due July 1st and then it takes more time because the

14   problem is trying to have expert depositions at the same time

15   as trial would be where the two abut up if you move the time

16   back.

17         And so we would have July 1st where our expert

18   reports are due, but then the expert depositions would have to

19   be -- you know, they would be happening mid-October to

20   mid-November, because we wouldn't be wanting to do their

21   depositions while the trial is going on.

22         THE COURT:  All right.  Who do we have speaking on

23   behalf of the other defendants in this second wave of trials?

24         MR. STOY:  Good afternoon, Your Honor.  It's Frank

25   Stoy for Mylan.

```
1              THE COURT:  Frank, that's you.  Okay.

2              MR. STOY:  Yes, I'll address these issues.

3              THE COURT:  Okay.

4              MR. STOY:  So I don't think we really have much

5   fundamental disagreement with plaintiffs.  I think both sides

6   recognize there's going to be a lot more work that has to be

7   done to work up these cases because we haven't done liability

8   work on Mylan or Aurobindo, and obviously we haven't done any

9   specific causation work on cancers.

10             So, you know, we -- defendants' schedule was based on

11  trying to do something that was, you know, aggressive, to be

12  mindful of the Court's directive to move these cases forward.

13  We were envisioning, you know, an earlier-in-time trial

14  potentially or to be trial ready in 2026.  But I notice that

15  plaintiffs had sort of put in a placeholder for a March trial

16  date.  So I think with that in mind, we can probably work

17  together and just sort of adjust the dates out, you know.

18             I'm happy to be cognizant of Mr. Nigh's point about

19  being in trial with respect to the Roberts case and not wanting

20  to overlap with that.  So I think we can -- of course, ZHP's in

21  those cases, too, so I think that same consideration would

22  apply.  So, you know, I think we can definitely work something

23  out that makes sense with respect to the staging of the motion

24  practice.

25             THE COURT:  All right.  I have conferred with
```

1    Judge Bumb, and trial starting in September of '25 is

2    consistent with her schedule.  So I think you can count on

3    that.  I think trial will start.  We may have jury selection

4    the first week of September with evidence to be presented

5    starting September 8th.

6              MS. DAVIDSON:  I guess the question is when -- sorry.

7              THE COURT:  Go ahead.  Go ahead, Jessica.

8              MS. DAVIDSON:  I guess the question is, does the

9    Court have a preferred date for the second trial and then we

10   would work back from there?

11             THE COURT:  Well, I think that March 1st date that is

12   mentioned in the plaintiffs' letter, we could go with that.  I

13   did not cover the second trial with Judge Bumb.

14             MR. STOY:  And I suppose on that point, I guess I

15   would just be remiss if I didn't add, Your Honor, that, you

16   know, we do have the *Lexecon* issue for several defendants that

17   are involved in the wave two cases.  So that was why, you may

18   have noted in our proposal, we did not set dates necessarily

19   for motions in limine and all those issues.

20             You know, the way that we had envisioned it is let's

21   work up the cases to the point where we can file summary

22   judgment motions.  Once we have summary judgment and Rule 702

23   decisions, then we can select the next case and at that point

24   we can decide on, you know, *Lexecon* waivers and those types of

25   things and build in the other dates up to a trial date.  So

1    that was the reason why we staged it that way.

2             THE COURT:  Go ahead, Adam.

3             MR. SLATER:  Your Honor, I think that there's some

4    concern with that approach.  It would seem to me that the

5    parties on both sides would need to make decisions on their

6    *Lexecon* rights, as they may be, much earlier so that we

7    understand where we are.

8             And I don't know what Judge Bumb's approach is,

9    whether she wants to work up cases to then be sent to another

10   district or whether she'd rather have cases that can be tried

11   in front of her.  I'm not presupposing I know the answer to

12   that question.  But it would seem to me that doing all the work

13   on these cases and then getting to the 10-yard line and then

14   finding out that they can't be tried here may not be consistent

15   with how the Judge envisions it.  I don't know.

16            But I just think that leaving it till the end is

17   potentially problematic, and we could end up doing a lot of

18   work on a case and then finding out it doesn't fit with how the

19   Court wants to try the cases.  And I would hate for anyone to

20   waste their time or money on a case like that.

21            THE COURT:  Sure.  Have we identified what cases

22   would have *Lexecon* issues?  Do all of them?

23            MR. STOY:  All of the cases in wave two would

24   potentially have those issues, Your Honor.

25            THE COURT:  Okay.  And those are issues that the

1  defendants would have to either waive or not waive?

2          MR. STOY:  Correct.  Or, I mean, I suppose plaintiffs

3  have *Lexecon* rights, too, so --

4          THE COURT:  Oh, they do.

5          MR. STOY:  -- it's not just the defendants.

6          THE COURT:  Yeah.

7          MR. STOY:  Yes.  I know that, for instance, the Mylan

8  defendants would have *Lexecon* rights.  I believe Aurobindo

9  defendants would.  CVS, Walmart may also as well.  I think

10  those are the parties that are in those cases in addition to

11  Torrent and ZHP who I don't believe have *Lexecon* issues.

12          THE COURT:  All right.  I would like to put out for

13  trial or put up for trial the cases that don't have any *Lexecon*

14  issues so we can get that put to the side.

15          So does it make sense to ask you all to find out

16  whether we have *Lexecon* problems with respect to the six cases

17  that we've identified?  We're not going to have it with

18  Roberts.

19          Go ahead, Daniel.

20          MR. NIGH:  Your Honor, I don't want to be too

21  backward looking, but I did bring this up last week when we

22  were talking about how to select cases, and that's why I

23  thought we should have the pool of cases that are ZHP API

24  defendant-only and then we wouldn't have the *Lexecon* issue.

25  And it just so happens that out of the six random -- out of the

```
 1    five random picks, they all happen to have Mylan or Aurobindo,

 2    which was some of my concern with randomness last week.

 3              If we're going to not have the Lexecon issue, I think

 4    ZHP API-only defendants, which would be Teva, Torrent and ZHP,

 5    would be those cases that would not have Lexecon issues is what

 6    it sounded like, and that's what I had proposed last week.

 7              THE COURT:  Well, hindsight is 20/20, Daniel.

 8              MR. NIGH:  We could still do it forward.

 9              (Laughter.)

10              MR. STOY:  Your Honor, I would just add though that,

11    I mean, whether Lexecon waivers are ultimately executed or not,

12    you know, it's completely normal and appropriate for the MDL

13    court to work up the cases to the point of trial and then if

14    the cases -- you know, whether they get remanded or not, you

15    know, that can happen.

16              But I think summary judgment, Rule 702, you know, of

17    course all the fact and expert discovery that will have to be

18    done can all happen notwithstanding the Lexecon waiver.

19              THE COURT:  Well, is there any problem with setting a

20    deadline for Lexecon waivers now?

21              MS. DAVIDSON:  I think that makes more sense.

22              MR. STOY:  If that's what the Court would prefer, I

23    think that's fine.

24              THE COURT:  You agree, Jessica?

25              MS. DAVIDSON:  Your Honor, I think that makes sense,
```

```
 1    and I've seen that done in other proceedings.
 2              THE COURT:  Okay.
 3              MS. KAPKE:  Your Honor, it's Kara Kapke, counsel for
 4    Walmart and CVS.  I want to address two quick things.  One,
 5    what Mr. Nigh just said about the ZHP, Teva, Torrent
 6    defendants.  Most of the cases in the "wave three," I'll call
 7    it, of bellwether picks not included also name a pharmacy
 8    defendant.  Walmart is named in many of them.  And Walmart
 9    certainly would have Lexecon rights with respect to those
10    claims.
11              So I'm happy for plaintiffs to dismiss Walmart.  I
12    don't think plaintiffs have valid claims against Walmart under
13    Louisiana law, under various state law.  So I'd be happy for
14    plaintiffs to dismiss us out.  But I do think that that's worth
15    raising as a problematic approach with what Mr. Nigh proposed.
16              The other issue is I think, at least on behalf of my
17    client, the standard proceeding that I have seen in MDLs is for
18    the case to be worked up and then defendants have the
19    opportunity.  And I know my client does not want to go outside
20    of the traditional role where you work up the case and then
21    make a decision.
22              MR. SLATER:  Can I address that, Your Honor, for a
23    moment?
24              THE COURT:  Go ahead.
25              MR. SLATER:  I think that when counsel's talking
```

1    about the fact that cases are often worked up in MDLs and then

2    sent back to the districts, that's not what's done with the

3    first couple trials in any MDLs I'm familiar with.

4            Normally my experience is the MDL judge wants to try

5    the first cases and then when a certain number of cases have

6    been tried by that judge, the judge says, okay, I don't need to

7    keep trying these cases and now we'll start working up the

8    cases in waves and start sending them out to districts all over

9    the country, to the extent they need to be farmed out because

10   of *Lexecon* issues or whatever it is.

11           But my experience is not that you do that with the

12   first couple trials.  Again, I have no idea what Judge Bumb's

13   preference is, but what we don't want to do is focus resources

14   on a case that the Judge may say, well, you know, I wanted to

15   try the first few cases so let's focus on the ones that are

16   going to be tried in front of me.  It just doesn't seem to make

17   sense from an efficiency standpoint to leave that till the end.

18   It really makes more sense to focus the cases, at least for the

19   first few trials, on cases that are actually going to be tried

20   here in this Court, because my assumption is that's what the

21   Court wants, although I can't obviously be sure, and I'd never

22   speak for Judge Bumb.

23           THE COURT:  Yeah.  My understanding was consistent

24   with yours, Adam; that is, that the MDL court would try the

25   first couple of cases and then after that there would be a

1  distribution of cases for trial.

2          Any suggestions on how we move forward?

3          MR. NIGH:  Your Honor, I would provide one more

4  suggestion, and that is, there are cases that don't have

5  pharmacies that are ZHP API and there are cases that also have

6  pharmacies where the venue is proper in New Jersey and they

7  don't have *Lexecon* rights as well.  Walmart is the third most

8  sued.  But Walgreens and CVS, there are many more cases against

9  those two.  So there is still that suggestion, is to go back

10  and randomly select cases that would come from the pool and

11  have that be the second wave and then the Mylan/Aurobindo API

12  would be the third wave.

13          THE COURT:  Jessica, your reaction?

14          MS. DAVIDSON:  I think that what I had suggested a

15  few minutes ago to me made sense, which is there should be some

16  sort of deadline by which, two weeks from now or whatever, by

17  which defendants say whether they'll waive to have these cases

18  heard in the MDL, and if they're not, then they do need to be

19  replaced, unfortunately.

20          THE COURT:  Yeah.  Let's do it on that basis.  Let's

21  do it -- we'll give you two weeks to let me know those out of

22  the six cases that have been selected.  I'm not anticipating

23  any problem for Gaston Roberts.  So the five other cases, I'll

24  ask both sides to let me know whether there will be any problem

25  with *Lexecon* waivers.  If there is, then we'll move to other

1    cases on a random basis and get them selected.  And we'll --

2              MS. KAPKE:  Your Honor, may I make a suggestion

3    related to that?

4              THE COURT:  Absolutely.  Yeah.

5              MS. KAPKE:  Again, I don't mean to beat a dead horse

6    here, but I really don't think the pharmacy defendants belong

7    in these cases.  And I don't want to be a sore thumb, but if

8    I'm looking at wave three, there aren't cases that only involve

9    ZHP, Teva and Torrent.  And so I don't know that this is going

10   to fix the problem.

11             So I would request that plaintiffs take a hard look

12   at whether they actually have claims against pharmacies in the

13   bellwether pool and dismiss us if they don't want to pursue

14   claims against the pharmacies.

15             MR. NIGH:  Your Honor, we've talked about this.

16   There are many states where we do have claims against the

17   pharmacies, and there's a whole briefing on this.  We disagree

18   with this premise.

19             Now, the question of whether or not there are cases

20   that we can proceed on this *Lexecon* issue is another one.  And

21   I think that's something that we should take a look at, are

22   there a pool of cases that we could proceed on.  And there may

23   be -- it may even include states that, you know, the pharmacies

24   have a defense, you know, an absolute defense.  And that could

25   be where some of those cases are pulled.  And I think there are

1    also cases that we didn't sue pharmacies.  So I'd have to look

2    back at that and really grasp that.

3            But I do think there would be a pool of cases, if

4    there was an appetite for ZHP API only, that should be the

5    second wave of cases.

6            MS. KAPKE:  Well -- and what I'm suggesting, Daniel,

7    is not necessarily that you make a decision that every claim

8    against every pharmacy defendant under a particular state law

9    is dismissed, but take a hard look at the specific pharmacy

10   claims involving these bellwethers and decide if you want to

11   dismiss the pharmacy in this particular bellwether.  That's

12   all.

13           MR. NIGH:  Sure.

14           THE COURT:  Can I get a report on that in two weeks?

15   Is that doable?

16           MR. NIGH:  Can.  I think the problem is, is that

17   whether or not to dismiss the pharmacy such that we could have

18   a trial in state court in New Jersey is going to be highly

19   dependent on are we proceeding forward with the wave two of ZHP

20   API-only cases or are we -- you know.  So I think we probably

21   need to see the response from Mylan and Aurobindo on that

22   issue.

23           THE COURT:  Okay.

24           Is that a problem, Frank?

25           MR. STOY:  No, Your Honor.  We can be prepared to

```
 1    make that representation within two -- in two weeks.
 2              THE COURT:  Okay.
 3              MR. STOY:  But I can only speak for my client.  So I
 4    know Aurobindo may have -- they have counsel on here, so I
 5    don't want to speak for them.  It's their issue as well.
 6              MR. GISLESON:  Yeah, that's fine.  Two weeks is fine
 7    with Aurobindo.
 8              THE COURT:  And who is speaking now?
 9              MR. GISLESON:  It's John Gisleson from Morgan Lewis.
10              THE COURT:  All right.  Very well.
11              So within two weeks I would like to have an
12    agreed-upon order that lays out the steps to be taken to get
13    the Gaston Roberts trial ready.
14              MR. NIGH:  Yes, Your Honor.
15              THE COURT:  And within two weeks I'd like to know
16    where things stand with respect to Lexecon waivers, dismissal
17    of pharmacy defendants, et cetera, on the other five cases that
18    have been selected for what I call the first wave of trials.
19    All right.
20              And as soon as I get a transcript, I'll issue an
21    order to that effect.
22              Is there anything else to discuss today?
23              MR. NIGH:  No, Your Honor.
24              MS. DAVIDSON:  Nothing from us, Your Honor.
25              MR. NIGH:  The only thing I would ask is that the
```

```
 1   plaintiffs at least have some time after Mylan and Aurobindo

 2   voice if they're waiving Lexecon or not.  Because we -- you

 3   know, we probably can't do it in one day.  I mean, this is

 4   going to be a conversation that we need to have with each

 5   plaintiff's counsel.

 6               THE COURT:  Yeah.

 7               MR. NIGH:  So I think I need at least three days to

 8   be able to pull that off.

 9               THE COURT:  We'll give you a week after that, all

10   right?

11               MR. NIGH:  Thank you, Your Honor.

12               THE COURT:  The case is still -- you know, we're

13   working up the cases.  I don't want this to delay anything.

14   It's been delayed too long now.

15               MR. NIGH:  Yes, Your Honor.

16               THE COURT:  All right.  Okay.

17               If there's nothing else, then we'll adjourn for

18   today.  We'll schedule a conference call probably for about

19   three weeks from now.  But I'll look at the schedule after this

20   two-week period has passed.

21               Anything else?

22               MR. SLATER:  No, Your Honor.

23               MR. NIGH:  Nothing from us, Your Honor.

24               MS. DAVIDSON:  No, Your Honor.  Thank you.

25               THE COURT:  Thank you all very much.
```

1          MS. DAVIDSON:  Thank you.

2          MS. LOCKARD:  Thanks.

3          MR. SLATER:  Thanks, Judge.

4          THE COURT:  Yes.  Bye-bye.

5          (Proceedings concluded at 3:31 p.m.)

6          - - - - - - - - - - - - - - - - - - - - -
       **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**

7          - - - - - - - - - - - - - - - - - - - - -

8          I certify that the foregoing is a correct transcript

9    from the record of proceedings in the above-entitled matter.

10

11

12   /S/John J. Kurz, RDR-RMR-CRR-CRC          October 30, 2024

13   Court Reporter/Transcriber

14

15

16

17

18

19

20

21

22

23

24

25

**MR. GISLESON: [2]** 25/6 25/9
**MR. NIGH: [29]**
**MR. REEFER: [2]** 7/15 7/20
**MR. SLATER: [11]** 12/4 12/17 12/25 13/2 13/10 13/16 17/3 20/22 20/25 26/22 27/3
**MR. STOY: [14]** 5/15 5/20 14/24 15/2 15/4 16/14 17/23 18/2 18/5 18/7 19/10 19/22 24/25 25/3
**MS. DAVIDSON: [19]** 6/1 6/6 6/9 6/23 10/24 11/8 12/2 12/19 13/1 13/11 13/23 16/6 16/8 19/21 19/25 22/14 25/24 26/24 27/1
**MS. KAPKE: [4]** 20/3 23/2 23/5 24/6
**MS. LOCKARD: [2]** 6/21 27/2
**THE COURT: [65]**

**'**
**'25 [1]** 16/1

**/**
**/S/John [1]** 27/12

**0**
**04112 [1]** 2/13
**07068 [1]** 1/18
**07102 [1]** 3/12
**08101 [1]** 1/8

**1**
**10-yard [1]** 17/13
**100 [1]** 3/11
**10001 [1]** 2/16
**10022 [1]** 2/20
**103 [1]** 1/18
**11 [1]** 3/21
**1100 [1]** 1/14
**128 [1]** 2/16
**14 [1]** 2/3
**1515 [1]** 1/14
**15219 [2]** 2/24 3/15
**1550 [1]** 2/6
**15th [1]** 3/11
**18th [1]** 11/23
**19102 [1]** 1/15
**1:19-md-02875-RMB-SAK [1]** 1/4
**1st [3]** 14/13 14/17 16/11

**2**
**20 [1]** 19/7
**20/20 [1]** 19/7
**20016 [1]** 2/4
**2024 [2]** 1/9 27/12
**2026 [1]** 15/14
**207 [1]** 1/18
**2220 [1]** 3/24

**230 [1]** 3/24
**2500 [1]** 3/3
**2800 [1]** 3/18
**29 [1]** 1/9

**3**
**30 [1]** 27/12
**301 [1]** 3/14
**30305 [1]** 3/4
**3100 [1]** 3/7
**32nd [1]** 3/14
**3333 [1]** 3/3
**33950 [1]** 2/10
**38 [1]** 6/7
**38th [1]** 2/24
**3:00 [1]** 1/9
**3:00 p.m [1]** 5/3
**3:05 [1]** 8/3
**3:31 p.m [1]** 27/5

**4**
**41 [1]** 6/17
**42-128 [1]** 2/16
**44 [1]** 7/24
**45202 [1]** 3/18
**46204 [1]** 3/21
**4th [1]** 1/8

**5**
**515 [1]** 2/6
**576-7094 [1]** 1/24

**6**
**600 [1]** 3/18
**601 [1]** 2/20
**60601 [1]** 3/8
**60606 [1]** 3/25

**7**
**701 [1]** 1/21
**70130 [1]** 1/22
**702 [2]** 16/22 19/16
**702/Daubert [2]** 10/16 10/19
**7094 [1]** 1/24
**73 [3]** 6/13 6/19 7/14
**77 [1]** 3/7

**8**
**856 [1]** 1/24
**8th [2]** 10/12 16/5

**9**
**90071 [1]** 2/7
**9546 [1]** 2/12
**99 [1]** 2/9

**A**
**able [2]** 11/22 26/8
**above [1]** 27/9
**above-entitled [1]** 27/9
**absolute [1]** 23/24
**Absolutely [1]** 23/4
**abut [1]** 14/15
**according [1]** 6/8
**Actavis [4]** 3/5 3/5 3/9 3/9

**action [2]** 1/3 8/11
**actually [2]** 21/19 23/12
**ADAM [11]** 1/17 5/11 7/9 11/10 11/21 11/23 12/16 12/20 13/12 17/2 21/24
**add [2]** 16/15 19/10
**adding [1]** 12/9
**addition [2]** 14/6 18/10
**address [5]** 8/4 8/19 15/2 20/4 20/22
**adjourn [1]** 26/17
**adjust [1]** 15/17
**advance [1]** 11/6
**after [5]** 10/7 21/25 26/1 26/9 26/19
**afternoon [2]** 5/15 14/24
**Again [2]** 21/12 23/5
**against [6]** 20/12 22/8 23/12 23/14 23/16 24/8
**agenda [2]** 5/5 8/3
**aggressive [1]** 15/11
**ago [2]** 10/25 22/15
**agree [2]** 11/1 19/24
**agreed [3]** 11/17 12/24 25/12
**agreed-upon [2]** 12/24 25/12
**agreement [4]** 8/12 10/14 11/3 13/14
**agrees [1]** 11/16
**ahead [5]** 16/7 16/7 17/2 18/19 20/24
**aided [1]** 1/25
**al [1]** 8/14
**Alabama [1]** 8/17
**Alabaman [1]** 8/16
**ALEXIA [1]** 1/23
**ALFANO [1]** 2/22
**all [34]**
**already [3]** 12/5 12/8 12/12
**also [9]** 4/1 5/22 10/18 14/2 14/9 18/9 20/7 22/5 24/1
**although [1]** 21/21
**am [2]** 6/1 7/21
**amenable [1]** 11/19
**amended [2]** 8/22 12/8
**amending [1]** 12/13
**amendments [1]** 12/9
**AmerisourceBergen [1]** 3/19
**among [1]** 8/12
**Angeles [1]** 2/7
**another [4]** 7/24 8/20 17/9 23/20
**answer [1]** 17/11
**anticipating [1]** 22/22
**any [7]** 15/8 18/13 19/19 21/3 22/2 22/23 22/24
**anybody [1]** 8/19
**anyone [1]** 17/19
**anything [4]** 11/1 25/22 26/13 26/21
**API [6]** 18/23 19/4 22/5 22/11 24/4 24/20

**API-only [2]** 19/4 24/20
**apologize [1]** 7/20
**appear [2]** 5/23 9/12
**appears [2]** 7/23 9/9
**appetite [1]** 24/4
**apply [1]** 15/22
**approach [3]** 17/4 17/8 20/15
**appropriate [1]** 19/12
**April [1]** 12/17
**are [34]**
**aren't [1]** 23/8
**ARPS [1]** 2/14
**ask [5]** 5/22 11/12 18/15 22/24 25/25
**assumption [1]** 21/20
**Atlanta [1]** 3/4
**attending [1]** 7/25
**Aurobindo [11]** 3/16 14/3 14/8 15/8 18/8 19/1 22/11 24/21 25/4 25/7 26/1
**Aurolife [1]** 3/15
**Avenue [1]** 2/20
**aware [1]** 8/18

**B**
**back [6]** 9/10 14/16 16/10 21/2 22/9 24/2
**backward [1]** 18/21
**badly [1]** 11/2
**BARNES [1]** 3/20
**based [2]** 9/22 15/10
**basis [6]** 12/6 13/3 13/7 13/9 22/20 23/1
**beat [1]** 23/5
**because [10]** 6/7 11/5 11/22 13/13 14/13 14/20 15/7 21/9 21/20 26/2
**been [6]** 8/12 10/15 21/6 22/22 25/18 26/14
**before [2]** 5/1 13/6
**beforehand [1]** 14/7
**behalf [5]** 5/8 5/13 8/19 14/23 20/16
**BEHRAM [1]** 2/6
**being [2]** 8/8 15/19
**believe [2]** 18/8 18/11
**BELIVEAU [1]** 2/11
**bellwether [7]** 5/7 8/13 10/2 10/6 20/7 23/13 24/11
**bellwethers [1]** 24/10
**belong [1]** 23/6
**BERNE [1]** 3/17
**bit [5]** 7/3 9/3 9/4 11/12 13/18
**BOCKIUS [1]** 3/13
**Bogdan [1]** 4/4
**BOSICK [1]** 2/22
**both [5]** 8/3 9/24 15/5 17/5 22/24
**Box [1]** 2/12
**BRANCATO [1]** 2/19
**BRETT [1]** 2/3
**brief [1]** 9/12
**briefing [3]** 11/13 11/13

**23/17**
**bring [1]** 18/21
**build [1]** 16/25
**Building [1]** 1/7
**Bumb [5]** 10/8 10/25 16/1 16/13 21/22
**Bumb's [2]** 17/8 21/12
**bye [2]** 27/4 27/4
**Bye-bye [1]** 27/4

**C**
**Cain [1]** 4/5
**California [1]** 2/7
**call [2]** 5/25 20/6 25/18 26/18
**Camden [1]** 1/8
**Camp [1]** 1/21
**can [26]** 6/19 8/19 9/17 9/21 11/15 12/20 13/4 13/6 13/21 15/16 15/20 15/22 16/2 16/21 16/23 16/24 17/10 18/14 19/15 19/18 20/22 23/20 24/14 24/16 24/25 25/3
**can't [5]** 9/24 11/1 17/14 21/21 26/3
**cancer [2]** 14/5 14/6
**cancers [2]** 14/9 15/9
**care [1]** 8/25
**CARR [1]** 2/8
**case [14]** 1/5 5/5 8/11 8/20 9/8 9/8 15/19 16/23 17/18 17/20 20/18 20/20 21/14 26/12
**cases [52]**
**category [1]** 14/4
**causation [2]** 12/10 15/9
**Center [2]** 2/12 3/11
**Centre [2]** 2/24 3/14
**certain [1]** 21/5
**certainly [1]** 20/9
**CERTIFICATE [1]** 27/6
**certify [1]** 27/8
**cetera [1]** 25/17
**CHARTERED [1]** 2/11
**Chicago [2]** 3/8 3/25
**CHRISTINE [1]** 3/11
**CHRISTOPHER [1]** 1/17
**Cincinnati [1]** 3/18
**City [1]** 2/12
**CIVIL [1]** 1/3
**claim [1]** 24/7
**claims [6]** 20/10 20/12 23/12 23/14 23/16 24/20
**Class [3]** 1/22 2/4 2/13
**Clerk [1]** 4/3
**client [2]** 20/17 20/19 25/3
**close [1]** 11/4
**closest [1]** 11/2
**Co [6]** 1/15 1/19 1/22 2/4 2/13 2/17
**Co-Lead [5]** 1/15 1/19 1/22 2/4 2/13
**cognizant [1]** 15/18
**Cohen [1]** 1/7

## C

collectively [4]  2/18 2/21 3/5 3/9
come [2]  11/3 22/10
Commencing [1]  1/9
compare [1]  9/6
complaint [2]  8/15 8/23
completely [1]  19/12
complicated [1]  9/3
compromise [1]  11/15
computer [2]  1/25 6/8
computer-aided [1]  1/25
concern [2]  17/4 19/2
concluded [1]  27/5
confer [2]  11/5 22/22
conference [3]  1/5 5/5 26/18
conferred [1]  15/25
CONLEE [1]  1/20
consideration [1]  15/21
consistent [3]  16/2 17/14 21/23
Continued [2]  2/1 3/1
conversation [1]  26/4
Cooper [1]  1/8
corporations [1]  9/8
correct [2]  18/2 27/8
could [11]  5/23 6/13 11/16 11/18 12/6 16/12 17/17 19/8 23/22 23/24 24/17
counsel [23]  1/15 1/19 1/22 2/4 2/7 2/10 2/13 2/17 2/21 2/25 3/4 3/8 3/12 3/15 3/19 3/22 3/25 5/20 5/21 8/13 20/3 25/4 26/5
counsel's [1]  20/25
count [1]  16/2
country [1]  21/9
couple [5]  10/15 11/11 21/3 21/12 21/25
course [2]  15/20 19/17
court [14]  1/1 1/23 9/14 11/17 16/9 17/19 19/13 19/22 21/20 21/21 21/24 24/18 27/6 27/13
Court's [1]  15/12
Courthouse [1]  1/7
Courtroom [1]  4/2
cover [1]  16/13
CRC [1]  27/12
created [1]  13/12
critical [1]  13/5
CRR [1]  27/12
CVS [4]  3/22 18/9 20/4 22/8

## D

D.C [1]  2/4
DANIEL [9]  2/2 2/5 5/10 11/16 11/20 13/12 18/19 19/7 24/6
date [9]  10/9 11/23 12/3 12/16 12/24 15/16 16/9 16/11 16/25
dates [3]  15/17 16/18

16/25
Daubert [2]  10/16 10/19
DAVID [1]  1/21
DAVIDSON [1]  2/15
DAVIS [1]  3/2
day [3]  10/7 10/8 26/3
days [1]  26/7
dead [1]  23/5
deadline [2]  19/20 22/16
decide [1]  16/24 24/10
decides [1]  10/8
decision [4]  9/13 9/16 20/21 24/7
decisions [2]  16/23 17/5
defendant [9]  2/25 3/12 3/25 8/16 8/23 8/24 18/24 20/8 24/8
defendant-only [1]  18/24
defendants [23]  2/17 2/21 3/4 3/8 3/15 3/19 3/22 7/16 8/10 8/21 10/20 14/23 16/16 18/1 18/5 18/8 18/9 19/4 20/6 20/18 22/17 23/6 25/17
defendants' [2]  10/14 15/10
defense [4]  5/13 8/5 23/24 23/24
definitely [1]  15/22
Delaware [3]  9/7 9/8 9/11
delay [1]  26/13
delayed [1]  16/24
dependent [1]  24/19
deposition [2]  11/22 12/24
depositions [3]  14/14 14/18 14/21
Deputy [1]  4/2
designations [2]  11/22 12/24
dial [1]  7/17
did [5]  12/16 13/6 16/13 16/18 18/21
didn't [8]  6/23 11/5 11/9 12/2 12/4 12/11 16/15 24/1
differences [3]  9/24 10/15 11/18
different [2]  14/5 14/9
digits [2]  6/18 7/13
directive [1]  15/12
disagree [1]  23/17
disagreeable [1]  10/18
disagreement [2]  13/19 15/5
discovery [1]  19/17
discuss [1]  25/22
dismiss [5]  20/11 20/14 23/13 24/11 24/17
dismissal [2]  8/24 25/16
dismissed [1]  24/9
distribution [1]  22/1
district [3]  1/1 1/1 17/10
districts [1]  21/2 21/8
diversity [1]  8/21
doable [1]  24/15

does [4]  9/11 16/8 18/15 20/19
doesn't [2]  17/18 21/16
doing [2]  17/12 17/17
done [8]  10/3 12/13 15/7 15/7 15/8 19/18 20/1 21/2
Drive [1]  3/7
dropped [1]  6/21
due [2]  14/13 14/18

## E

each [1]  26/4
earlier [6]  9/18 11/14 11/23 12/14 15/13 17/6
Economic [3]  1/22 2/4 2/13
effect [1]  25/21
efficiency [1]  21/17
Eisenhower [1]  1/18
either [4]  7/23 10/23 14/2 18/1
ELLIS [1]  2/19
else [4]  6/16 25/22 26/17 26/21
EMERICH [1]  2/8
end [3]  17/16 17/17 21/17
ends [1]  6/13
entire [1]  11/3
entitled [1]  27/9
envisioned [1]  16/20
envisioning [1]  15/13
envisions [1]  17/15
ESQUIRE [25]  1/14 1/17 1/17 1/20 1/21 2/2 2/3 2/6 2/9 2/12 2/15 2/15 2/19 2/23 2/23 3/2 3/3 3/7 3/11 3/14 3/17 3/20 3/24 4/3 4/4
establishing [1]  9/23
et [2]  8/14 25/17
even [1]  23/23
ever [2]  11/1 11/2
every [2]  24/7 24/8
everybody [1]  6/16
everyone [1]  12/12
evidence [1]  16/4
example [1]  12/9
executed [1]  19/11
expecting [1]  5/18
experience [2]  21/4 21/11
expert [5]  14/12 14/14 14/17 14/18 19/17
extent [1]  21/9

## F

fact [2]  19/17 21/1
FALANGA [1]  3/10
FALKENBERG [1]  3/23
familiar [1]  21/3
far [1]  12/12
farmed [1]  21/9
FARR [2]  2/8 2/8
fast [1]  13/14
FEDERAL [1]  27/6
feel [1]  12/6
few [5]  5/19 10/25 21/15 21/19 22/15

Figueroa [1]  2/6
figure [1]  6/3
file [2]  8/24 16/21
filed [1]  9/14
filing [2]  9/11 10/16
find [1]  18/15
finding [2]  17/14 17/18
fine [3]  19/23 25/6 25/6
finished [1]  13/22
firm [1]  7/16
first [15]  5/6 8/11 10/2 10/6 10/9 10/9 10/15 16/4 21/3 21/5 21/12 21/15 21/19 21/25 25/18
fit [1]  17/18
five [4]  14/1 14/2 19/1 22/23 25/7
fix [1]  23/10
FLAHERTY [1]  2/11
FLOM [1]  2/14
Floor [4]  2/3 2/24 3/11 3/14
Florida [1]  2/10
focus [3]  21/13 21/15 21/18
follows [1]  5/3
foregoing [1]  27/8
forward [5]  14/6 15/12 19/8 22/2 24/19
frame [1]  14/12
FRANK [6]  2/23 5/15 10/23 14/24 15/1 24/24
FREEMAN [1]  1/16
front [2]  17/11 21/16
fundamental [1]  15/5

## G

GANNON [1]  3/11
Gaston [5]  8/14 9/23 13/22 22/23 25/13
Gateway [1]  3/11
gave [2]  10/1 11/8
GEDDIS [1]  1/17
general [1]  12/9
GEOPPINGER [1]  3/17
GEORGE [1]  2/9
Georgia [1]  3/4
gets [1]  12/20
getting [2]  7/3 17/13
GISLESON [2]  3/14 25/9
give [5]  5/19 7/24 12/23 22/21 26/9
GOLDENBERG [1]  2/2
good [5]  5/15 12/25 13/8 13/11 14/24
Gorda [1]  2/10
GORDON [1]  2/22
Grant [1]  3/14
grasp [1]  24/2
GREENBERG [2]  3/2 3/6
GREGORY [2]  2/12 3/7
guess [5]  13/5 13/21 16/6 16/8 16/14
guys [1]  12/2

## H

HACKETT [1]  2/8
HANSEL [1]  2/12
happen [4]  12/15 19/1 19/15 19/18
happening [1]  14/19
happens [1]  18/23
happy [3]  15/18 20/11 20/13
hard [2]  23/11 24/9
HARKINS [1]  3/3
has [4]  7/14 8/21 15/6 16/20
hate [1]  17/19
have [76]
haven't [2]  15/7 15/8
having [2]  7/6 10/2
he [2]  8/16 11/22
Healthcare [1]  2/18
heard [1]  22/18
held [1]  5/1
her [3]  11/2 16/2 17/11
here [10]  5/24 6/11 6/17 11/9 11/11 11/18 17/14 21/20 23/6 25/4
herself [1]  6/20
Hi [1]  7/15
highly [1]  24/18
him [1]  6/19
hindsight [1]  19/7
his [1]  9/8
HOLMES [1]  2/8
HONIK [2]  1/13 1/14
Honor [33]
Honor's [1]  12/12
HONORABLE [3]  1/10 4/3 5/2
hopefully [1]  13/7
horse [1]  23/5
Huahai [2]  2/17 2/17
Humana [1]  3/25

## I

I'd [5]  12/15 20/13 21/21 24/1 25/15
I'll [9]  5/16 5/22 10/22 13/13 15/2 20/6 22/23 25/20 26/19
I'm [13]  6/2 7/16 7/17 11/14 12/19 12/20 15/18 17/11 20/11 21/3 22/22 23/8 24/6
I've [3]  5/5 5/20 20/1
idea [1]  21/12
identified [4]  6/16 8/12 17/21 18/17
identifies [1]  8/16
identify [3]  5/24 6/14 6/19
Illinois [2]  3/8 3/25
Inc [10]  2/17 2/17 2/21 2/25 3/5 3/5 3/9 3/9 3/16 3/22
include [1]  23/23
included [1]  20/7
Indianapolis [1]  3/21
individual [1]  8/10

**I**

Industries [2]  3/4 3/8
injury [1]  5/7
insert [1]  5/23
instance [1]  18/7
instances [3]  8/6 8/9 8/18
INTROMASSO [1]  3/11
involve [1]  23/8
involved [1]  16/17
involving [1]  24/10
IRBESARTAN [1]  1/4
isn't [1]  6/2
issue [9]  9/5 16/16 18/24
19/3 20/16 23/20 24/22
25/5 25/20
issues [11]  5/16 8/21 15/2
16/19 17/22 17/24 17/25
18/11 18/14 19/5 21/10
IVES [2]  3/23 3/24

**J**

JASON [2]  2/23 7/15
JEFFREY [1]  3/17
JERSEY [6]  1/1 1/8 1/18
3/12 12/6 24/18
JESSICA [8]  2/15 6/1
6/5 6/12 10/23 16/7 19/24
22/13
John [6]  1/23 1/24 2/15
3/14 25/9 27/12
joined [1]  7/7
joining [3]  7/3 7/6 7/11
judge [15]  6/21 7/15 10/8
10/25 16/1 16/13 17/8
17/15 21/4 21/6 21/6
21/12 21/14 21/22 27/3
Judge Bumb [1]  16/1
judgment [5]  10/17 11/10
16/22 16/22 19/16
Judicial [1]  4/3
July [3]  11/23 14/13
14/17
July 18th [1]  11/23
July 1st [2]  14/13 14/17
jurisdiction [1]  8/4
jury [2]  10/9 16/3
just [18]  7/7 7/23 8/24
9/4 9/10 9/10 12/6 12/11
12/12 12/14 15/17 16/15
17/16 18/5 18/25 19/10
20/5 21/16

**K**

KANNER [1]  1/20
KAPKE [2]  3/20 20/3
KARA [2]  3/20 20/3
KATZ [1]  1/16
keep [1]  21/7
kind [1]  9/6
KIRKLAND [1]  2/19
KIRSTIN [1]  3/24
know [45]
Kugler [1]  4/3
Kurz [1]  1/23 1/24 27/12

**L**

Labor [1]  10/7

largely [1]  10/14
Larry [1]  4/2
last [5]  6/18 7/13 18/21
19/2 19/6
later [1]  14/12
latest [1]  12/18
Laughter [3]  6/25 11/7
19/9
law [4]  4/3 20/13 20/13
24/8
lays [1]  25/12
Lead [5]  1/15 1/19 1/22
2/4 2/13
least [4]  20/16 21/18 26/1
26/7
leave [1]  21/17
leaving [1]  17/16
let [4]  10/22 13/4 22/21
22/24
let's [6]  7/24 13/25 16/20
21/15 22/20 22/20
letter [3]  8/5 10/25 16/12
letters [2]  5/6 8/3
LEWIS [2]  3/13 25/9
Lexecon [22]  16/16 16/24
17/6 17/22 18/3 18/8
18/11 18/13 18/16 18/24
19/3 19/5 19/11 19/18
19/20 20/9 21/10 22/7
22/25 23/20 25/16 26/2
Lexington [1]  2/20
Li [1]  12/9
liability [3]  1/5 14/8 15/7
like [9]  6/21 11/10 12/6
12/15 17/20 18/12 19/6
25/11 25/15
limine [1]  16/19
line [1]  17/13
litigation [2]  1/5 11/3
little [5]  7/3 9/3 9/4 11/12
13/18
liver [1]  14/6
LLC [7]  1/13 1/16 1/20
2/18 3/5 3/9 3/15
LLP [11]  2/11 2/14 2/19
2/22 3/2 3/6 3/10 3/13
3/17 3/20 3/23
local [2]  8/23 8/24
LOCKARD [1]  3/2
long [3]  6/4 7/19 26/14
look [8]  9/4 9/10 9/12
23/11 23/21 24/1 24/9
26/19
looked [1]  10/13
looking [3]  10/1 18/21
23/8
looks [1]  6/21
Loretta [1]  4/3
Los [1]  2/7
LOSARTAN [1]  1/3
Loss [3]  1/22 2/4 2/13
lot [3]  6/9 15/6 17/17
Louisiana [2]  1/22 20/13
love [1]  11/9
Ltd [4]  2/17 2/21 3/4 3/8
luck [1]  8/11

**M**

MacStravic [1]  4/2
made [1]  22/15
Maine [1]  2/13
make [14]  9/5 9/10 9/13
9/15 12/11 12/21 13/14
17/5 18/15 20/21 21/16
23/2 24/7 25/1
makes [6]  10/17 11/11
15/23 19/21 19/25 21/18
management [2]  1/5 5/5
Manhattan [1]  2/16
many [4]  8/6 20/8 22/8
23/16
March [2]  15/15 16/11
March 1st [1]  16/11
Market [1]  1/14
mass [1]  13/5
MASTER [2]  1/11 5/2
matter [5]  8/4 8/13 9/23
12/13 27/9
may [13]  10/8 11/2 12/17
16/3 16/17 17/6 17/14
18/9 21/14 23/2 23/22
23/23 25/4
maybe [4]  5/16 5/19 7/12
12/1
MAZIE [1]  1/16
md [1]  1/4
MDL [6]  1/15 1/19 19/12
21/4 21/24 22/18
MDLs [3]  20/17 21/1
21/3
me [9]  9/25 12/23 12/23
17/4 17/12 21/16 22/15
22/21 22/24
MEAGHER [1]  2/14
mean [4]  18/2 19/11 23/5
26/3
mechanical [1]  1/25
mentioned [1]  16/12
Meridian [1]  3/21
mid [2]  14/19 14/20
mid-November [1]  14/20
mid-October [1]  14/19
MILs [1]  10/18
Min [1]  12/9
mind [1]  15/16
mindful [1]  15/12
Mine [1]  7/23
minute [1]  7/24
minutes [2]  5/19 22/15
Mitchell [1]  1/7
moment [1]  20/23
Monday [3]  10/7 10/10
10/12
money [1]  17/20
Monroe [1]  3/24
more [13]  8/7 9/3 9/4
10/17 11/13 11/14 13/18
14/13 15/6 19/21 21/16
22/23 22/8
MORGAN [2]  3/13 25/9
most [2]  20/6 22/7
motion [1]  15/23
motions [5]  10/16 10/17
10/19 16/19 16/22

move [5]  10/6 14/15
15/12 22/2 22/25
Mr. [5]  8/15 9/22 15/18
20/5 20/15
Mr. Nigh [3]  9/22 20/5
20/15
Mr. Nigh's [1]  15/18
Mr. Roberts' [1]  8/15
much [6]  10/1 11/9 12/14
15/4 17/6 26/25
Mulberry [1]  3/11
multiple [2]  5/14 14/9
my [12]  6/2 7/17 7/21
12/4 19/22 20/16 20/19
21/4 21/11 21/20 21/23
25/3
Mylan [11]  2/25 7/16
14/3 14/8 14/25 15/8 18/7
19/1 22/11 24/21 26/1
Mylan/Aurobindo [2]
14/8 22/11

**N**

name [3]  5/24 7/21 20/7
named [1]  20/8
NE [1]  3/3
necessarily [2]  16/18
24/7
need [11]  9/4 9/12 9/14
12/8 17/5 21/6 21/9 22/18
24/21 26/4 26/7
needs [1]  9/14
Nesbit [1]  2/9
never [2]  8/23 21/21
NEW [1]  1/1 1/8 1/18
1/22 2/16 2/16 2/20 2/20
3/12 22/6 24/18
Newark [1]  3/12
next [1]  16/23
NIGH [6]  2/2 2/2 5/10
9/22 20/5 20/15
Nigh's [1]  15/18
Nina [1]  12/20
njd.uscourts.gov [1]  1/24
no [19]  6/15 7/8 11/11
11/25 21/12 24/25 25/23
26/22 26/24
NOLAN [1]  2/15
nondiverse [1]  8/10
nonissue [1]  8/22
normal [1]  19/12
Normally [1]  21/4
not [29]
noted [1]  16/18
nothing [3]  25/24 26/17
26/23
notice [1]  15/14
noticed [1]  12/2
notwithstanding [1]
19/18
November [1]  14/20
now [17]  5/4 6/12 6/17
7/2 7/5 7/11 8/2 9/23 10/4
13/20 19/20 21/7 22/16
23/19 25/8 26/14 26/19
number [6]  1/3 5/23 6/13
6/19 7/14 21/5

NW [1]  2/3

**O**

O'REILLY [1]  3/10
obviously [3]  12/7 15/8
21/21
October [3]  1/9 14/19
27/12
off [3]  6/21 12/11 26/8
Official [2]  1/23 27/6
often [1]  21/1
oh [2]  7/9 18/4
Ohio [1]  3/18
okay [18]  6/4 6/22 7/10
7/19 7/22 8/7 10/11 13/10
13/15 13/25 15/11 15/25
17/25 20/2 21/6 24/23
25/2 26/16
Once [1]  16/22
one [13]  2/12 2/16 2/24
3/14 8/21 9/5 10/4 10/23
12/5 20/4 22/3 23/20 26/3
ones [1]  21/15
only [11]  5/23 11/8 11/10
14/4 18/24 19/4 23/8 24/4
24/20 25/3 25/25
opportunity [1]  20/19
oppositions [1]  11/14
options [1]  9/6
order [3]  12/23 25/12
25/21
Orleans [1]  1/22
OSTFELD [1]  3/7
other [12]  8/18 10/4 14/1
14/2 14/3 14/23 16/25
20/1 20/16 22/23 22/25
25/17
others [2]  5/18 8/18
our [5]  9/12 14/11 14/12
14/17 16/18
ours [1]  13/12
out [20]  6/3 8/15 9/18
11/12 11/18 12/14 13/4
15/17 15/23 17/14 17/18
18/12 18/15 18/25 18/25
20/14 21/8 21/9 22/21
25/12
outside [1]  20/19
over [1]  21/8
overlap [1]  15/20
Oxford [2]  2/24 3/14

**P**

p.m [3]  1/9 5/3 27/5
PACHIOS [1]  2/11
PAREKH [1]  2/6
Parkway [1]  1/18
part [1]  8/10
participant [1]  5/7
particular [2]  24/8 24/11
parties [3]  9/13 17/5
18/10
Party [3]  1/22 2/4 2/13
passed [1]  26/15
Pate [4]  8/20 9/2 9/3 9/7
Pause [1]  8/1
Payor [3]  1/22 2/4 2/13

**P**

**Pennsylvania [3]** 1/15 2/24 3/15
**people [2]** 6/7 7/3
**period [1]** 26/20
**person [5]** 6/13 6/18 6/19 7/10 7/13
**personal [1]** 5/7
**persons [2]** 6/17 7/25
**Pharma [5]** 2/21 3/5 3/9 3/15 3/16
**Pharmaceutical [4]** 2/17 2/17 3/4 3/8
**Pharmaceuticals [4]** 2/21 2/25 3/5 3/9
**pharmacies [7]** 22/5 22/6 23/12 23/14 23/17 23/23 24/1
**pharmacy [10]** 3/22 8/16 8/24 20/7 23/6 24/8 24/9 24/11 24/17 25/17
**Philadelphia [1]** 1/15
**phone [3]** 6/19 7/13 7/17
**pick [1]** 10/8
**picks [3]** 14/4 19/1 20/7
**Piedmont [1]** 3/3
**PIETRAGALLO [2]** 2/22 7/16
**Pittsburgh [2]** 2/24 3/15
**PIZZI [1]** 3/10
**placeholder [1]** 15/15
**places [1]** 11/11
**plaintiff [1]** 5/6
**plaintiff's [1]** 26/5
**plaintiffs [19]** 1/15 1/19 2/7 2/10 4/4 5/8 8/10 8/19 11/1 11/12 11/18 15/5 15/15 18/2 20/11 20/12 20/14 23/11 26/1
**plaintiffs' [2]** 10/5 16/12
**PLLC [1]** 2/2
**PO [1]** 2/12
**point [5]** 15/18 16/14 16/21 16/23 19/13
**pool [5]** 18/23 22/10 23/13 23/22 24/3
**Portland [1]** 2/13
**potentially [3]** 15/14 17/17 17/24
**practice [1]** 15/24
**prefer [1]** 19/22
**preference [1]** 21/13
**preferred [1]** 16/9
**premise [1]** 23/18
**prepared [1]** 24/25
**present [1]** 4/1
**presented [1]** 16/4
**presupposing [1]** 17/11
**PRETI [1]** 2/11
**Prinston [1]** 2/17
**probably [4]** 15/16 24/20 26/3 26/18
**problem [9]** 8/7 8/8 14/14 19/19 22/23 22/24 23/10 24/16 24/24
**problematic [2]** 17/17 20/15

**problems [1]** 18/16
**proceed [5]** 9/21 13/9 13/9 23/20 23/22
**proceeding [3]** 14/6 20/17 24/19
**proceedings [5]** 1/25 5/1 20/1 27/5 27/9
**process [1]** 12/8
**produced [1]** 1/25
**PRODUCTS [1]** 1/4
**profess [1]** 9/24
**proper [1]** 22/6
**proposal [3]** 14/11 14/12 16/18
**proposed [4]** 5/6 9/25 19/6 20/15
**provide [1]** 22/3
**pull [1]** 26/8
**pulled [1]** 23/25
**Punta [1]** 2/10
**pursue [2]** 9/14 23/13
**put [5]** 12/11 15/15 18/12 18/13 18/14

**Q**

**question [5]** 8/4 16/6 16/8 17/12 23/19
**quick [2]** 13/14 20/4

**R**

**raised [2]** 8/5 8/21
**raising [1]** 20/15
**random [4]** 14/4 18/25 19/1 23/1
**randomly [1]** 22/10
**randomness [1]** 19/2
**RASO [1]** 2/2
**RASPANTI [1]** 2/22
**rather [1]** 17/10
**RDR [1]** 27/12
**RDR-RMR-CRR-CRC [1]** 27/12
**RE [1]** 1/3
**reach [2]** 11/15 13/14
**reaction [1]** 22/13
**ready [3]** 10/2 15/14 25/13
**really [5]** 13/14 15/4 21/18 23/6 24/2
**reason [2]** 14/11 17/1
**reasonable [1]** 13/6
**received [2]** 5/5 10/24
**recognize [1]** 15/6
**record [1]** 27/9
**recorded [1]** 1/25
**recording [2]** 7/5 7/11
**REEFER [2]** 2/23 7/15
**rejoined [1]** 7/14
**rejoining [1]** 7/12
**related [2]** 10/4 23/3
**remanded [1]** 19/14
**reminded [1]** 10/25
**remiss [1]** 16/15
**repeat [1]** 5/22
**replaced [1]** 22/19
**replies [2]** 11/10 11/14
**report [1]** 24/14

**Reporter [1]** 1/23 27/13
**REPORTER'S [1]** 27/6
**Reporter/Transcriber [1]** 27/13
**reports [3]** 14/8 14/12 14/18
**representation [1]** 25/1
**request [2]** 5/22 23/11
**required [1]** 14/7
**resources [1]** 21/13
**respect [6]** 9/22 15/19 15/23 18/16 20/9 25/16
**response [4]** 6/15 7/8 11/25 24/21
**rest [1]** 12/10
**RET [1]** 1/10 4/3 5/2
**Retailer [1]** 3/22
**Ridge [1]** 2/3
**right [21]** 5/4 5/18 6/18 7/1 8/2 8/25 9/15 9/19 9/21 10/21 12/22 12/24 13/16 13/17 14/22 15/25 18/12 25/10 25/19 26/10 26/16
**rights [5]** 17/6 18/3 18/8 20/9 22/7
**RMB [1]** 1/4
**RMR [1]** 27/12
**Road [1]** 3/3
**Robert [2]** 4/3 4/5
**Roberts [8]** 8/14 8/22 9/23 13/22 15/19 18/18 22/23 25/13
**Roberts' [1]** 8/15
**role [1]** 20/20
**rolling [4]** 12/6 13/3 13/3 13/3
**Roseland [1]** 1/18
**Rosemarie [1]** 4/4
**roster [1]** 6/11
**RUBEN [1]** 1/14
**RUEB [1]** 2/5
**Rule [2]** 16/22 19/16
**ruled [1]** 12/12

**S**

**said [3]** 9/22 10/1 20/5
**SAK [1]** 1/4
**same [5]** 10/16 10/18 10/19 14/14 15/21
**say [4]** 10/4 14/2 21/14 22/17
**saying [1]** 10/25
**says [2]** 6/2 21/6
**schedule [7]** 9/23 10/14 11/17 15/10 16/2 26/18 26/19
**schedules [3]** 5/6 9/25 10/1
**screen [1]** 7/21
**second [7]** 10/6 14/7 14/23 16/9 16/13 22/11 24/5
**see [5]** 5/21 6/7 6/12 12/15 24/21
**seem [5]** 9/25 12/11 17/4 17/12 21/16

**seen [3]** 5/20 20/1 20/17
**select [3]** 16/23 18/22 22/10
**selected [3]** 22/22 23/1 25/18
**selection [1]** 16/3
**send [1]** 13/13
**sending [1]** 21/8
**sense [10]** 10/17 11/11 12/11 15/23 18/15 19/21 19/25 21/17 21/18 22/15
**sent [2]** 17/9 21/2
**September [6]** 10/7 10/9 10/12 16/1 16/4 16/5
**September 8th [2]** 10/12 16/5
**served [3]** 8/23 12/5 12/9
**set [3]** 5/4 5/7 16/18
**setting [1]** 19/19
**several [2]** 9/8 16/16
**she [1]** 17/9
**she'd [1]** 17/10
**should [8]** 5/19 8/7 12/13 14/2 18/23 22/15 23/21 24/4
**show [1]** 11/2
**shows [1]** 13/12
**side [1]** 18/14
**sides [4]** 8/3 15/5 17/5 22/24
**since [1]** 12/7
**six [3]** 18/16 18/25 22/22
**SJ [1]** 10/19
**SKADDEN [1]** 2/14
**SLATE [1]** 2/14
**SLATER [4]** 1/16 1/17 5/11 7/9
**slight [1]** 11/18
**Smith [1]** 4/3
**so [51]**
**Solco [1]** 2/18
**some [7]** 5/16 8/9 17/3 19/2 22/15 23/25 26/1
**somebody [3]** 6/13 7/2 7/9
**something [3]** 15/11 15/22 23/21
**soon [2]** 7/4 25/20
**sore [1]** 23/7
**sorry [1]** 16/6
**sort [4]** 9/6 15/15 15/17 22/16
**sounded [1]** 19/6
**Sounds [2]** 12/25 13/11
**South [1]** 2/3
**speak [7]** 10/22 11/22 11/24 12/19 21/22 25/3 25/5
**speaking [5]** 5/8 5/13 5/16 14/22 25/8
**SPECIAL [2]** 1/11 5/2
**specific [3]** 8/7 15/9 24/9
**spread [1]** 11/12
**Square [1]** 2/3
**staged [1]** 17/1
**staging [1]** 15/23
**stand [1]** 25/16

**standard [1]** 20/17
**standpoint [1]** 21/17
**STANOCH [1]** 1/21
**start [4]** 13/3 16/3 21/7 21/8
**started [3]** 7/3 8/2 12/8
**starting [4]** 10/7 11/13 16/1 16/5
**state [4]** 9/14 20/13 24/8 24/18
**states [3]** 1/1 23/16 23/23
**stenography [1]** 1/25
**steps [1]** 25/12
**STEVEN [1]** 3/3
**still [3]** 19/8 22/9 26/12
**STOLLER [1]** 2/7
**STOY [3]** 2/23 5/16 14/25
**Street [9]** 1/14 1/21 2/6 2/9 3/11 3/14 3/18 3/21 3/24
**Streets [1]** 1/8
**subject [1]** 8/4
**submission [1]** 10/5
**submit [2]** 11/16 12/13
**submitted [1]** 9/25
**such [1]** 24/17
**sue [1]** 24/1
**sued [1]** 22/8
**suggest [2]** 12/16 13/2
**suggested [1]** 22/14
**suggesting [1]** 24/6
**suggestion [2]** 22/4 22/9 23/2
**suggestions [1]** 22/2
**Suite [7]** 1/14 1/18 2/6 3/3 3/7 3/18 3/24
**Suites [1]** 2/16
**summary [5]** 10/16 11/10 16/21 16/22 19/16
**suppose [2]** 16/14 18/2
**sure [8]** 9/5 9/10 11/15 12/19 12/20 17/21 21/21 24/13

**T**

**table [1]** 13/12
**take [4]** 8/25 23/11 23/21 24/9
**taken [1]** 25/12
**takes [1]** 14/13
**talk [2]** 13/5 13/19
**talked [1]** 23/15
**talking [2]** 18/22 20/25
**Teams [6]** 1/6 1/12 5/1 7/5 7/11 7/17
**telephone [1]** 5/23
**terms [2]** 12/4 14/4
**Teva [10]** 3/4 3/5 3/5 3/8 3/9 3/9 3/12 19/4 20/5 23/9
**Thank [5]** 6/6 26/11 26/24 26/25 27/1
**Thanks [2]** 27/2 27/3
**them [14]** 5/17 10/17 10/22 12/10 12/13 12/14 13/4 13/4 14/3 17/22 20/8

**T**

**them... [3]** 21/8 23/1 25/5
**themselves [1]** 6/14
**these [9]** 10/1 15/2 15/7 15/12 17/13 21/7 22/17 23/7 24/10
**they'll [1]** 22/17
**they're [3]** 7/12 22/18 26/2
**thing [3]** 10/4 11/8 25/25
**things [4]** 14/7 16/25 20/4 25/16
**think [47]**
**thinking [2]** 11/23 12/17
**third [6]** 1/22 2/3 2/4 2/13 22/7 22/12
**Third-Party [3]** 1/22 2/4 2/13
**this [30]**
**THOMAS [2]** 1/10 5/2
**THORNBURG [1]** 3/20
**though [1]** 19/10
**thought [5]** 8/12 10/17 12/6 12/13 18/23
**three [6]** 3/11 14/5 20/6 23/8 26/7 26/19
**through [2]** 12/7 12/10
**thumb [1]** 23/7
**till [2]** 17/16 21/17
**time [16]** 5/4 9/4 9/11 10/2 10/16 10/18 10/19 11/9 11/14 14/12 14/13 14/14 14/15 15/13 17/20 26/1
**today [4]** 5/9 9/19 25/22 26/18
**together [1]** 15/17
**too [7]** 7/3 10/1 12/23 15/21 18/3 18/20 26/14
**topic [1]** 10/22
**Torrent [7]** 2/21 2/21 2/21 18/11 19/4 20/5 23/9
**traditional [1]** 20/20
**Transcriber [1]** 27/13
**transcript [3]** 1/25 25/20 27/8
**transcription [1]** 1/25
**TRAURIG [2]** 3/2 3/6
**trial [23]** 5/7 8/13 10/2 10/6 10/9 10/15 14/15 14/21 15/13 15/14 15/15 15/19 16/1 16/3 16/9 16/13 16/25 18/13 18/13 19/13 22/1 24/18 25/13
**trials [6]** 5/7 14/23 21/3 21/12 21/19 25/18
**tried [5]** 17/10 17/14 21/6 21/16 21/19
**trouble [1]** 7/17
**try [4]** 17/19 21/4 21/15 21/24
**trying [6]** 6/3 7/17 7/20 14/14 15/11 21/7
**Tuesday [1]** 1/9
**turns [1]** 8/15
**two [24]** 6/18 7/13 7/24 9/17 9/19 13/19 13/21

13/25 14/1 14/15 16/17 17/23 20/4 22/9 22/16 22/21 24/14 24/19 25/1 25/1 25/6 25/11 25/15 26/20
**two-week [1]** 26/20
**types [2]** 14/5 16/24

**U**

**U.S [3]** 1/7 2/17 2/18
**ULMER [1]** 3/17
**ultimately [1]** 19/11
**under [3]** 20/12 20/13 24/8
**understand [1]** 17/7
**understanding [1]** 21/23
**unfortunately [1]** 22/19
**UNITED [1]** 1/1
**Unknown [1]** 7/5
**up [16]** 6/17 7/24 14/15 15/7 16/21 16/25 17/9 17/17 18/13 18/21 19/13 20/18 20/20 21/1 21/7 26/13
**upon [2]** 12/24 25/12
**us [8]** 6/9 6/23 12/13 13/14 20/14 23/13 25/24 26/23
**USA [3]** 3/5 3/9 3/16

**V**

**valid [1]** 20/12
**VALSARTAN [1]** 1/3
**VANASKIE [2]** 1/10 5/2
**various [2]** 9/6 20/13
**VAUGHN [2]** 2/2 2/3
**venue [1]** 22/6
**versus [1]** 8/14
**very [6]** 5/12 11/4 11/4 13/17 25/10 26/25
**via [3]** 1/6 1/12 5/1
**VICTORIA [1]** 3/2
**video [1]** 6/2
**videoconferencing [3]** 1/6 1/12 5/1
**Vine [1]** 3/18
**voice [1]** 26/2

**W**

**Wacker [1]** 3/7
**waive [3]** 18/1 18/1 22/17
**waiver [1]** 19/18
**waivers [5]** 16/24 19/11 19/20 22/25 25/16
**waiving [1]** 26/2
**Walgreens [2]** 3/22 22/8
**Walmart [8]** 3/22 18/9 20/4 20/8 20/8 20/11 20/12 22/7
**WALSH [1]** 3/10
**want [16]** 6/23 9/10 10/20 11/21 11/24 12/19 13/19 18/20 20/4 20/19 21/13 23/7 23/13 24/10 25/5 26/13
**wanted [3]** 8/4 11/2 21/14

**wanting [2]** 14/20 15/19
**wants [4]** 17/9 17/19 21/4 21/21
**Washington [1]** 2/4
**waste [1]** 17/20
**wave [15]** 13/19 13/21 13/25 14/1 14/8 14/23 16/17 17/23 20/6 22/11 22/12 23/8 24/5 24/19 25/18
**waves [1]** 21/8
**way [7]** 5/23 9/12 12/14 13/6 13/8 16/20 17/1
**we'll [10]** 9/17 12/10 13/3 21/7 22/21 22/25 23/1 26/9 26/17 26/18
**we've [5]** 11/2 12/7 12/8 18/17 23/15
**week [9]** 10/9 11/10 11/17 16/4 18/21 19/2 19/6 26/9 26/20
**weeks [11]** 9/17 9/19 10/25 22/16 22/21 24/14 25/1 25/6 25/11 25/15 26/19
**West [2]** 2/16 3/7
**whatever [2]** 21/10 22/16
**whether [11]** 9/13 17/9 17/10 18/16 19/11 19/14 22/17 22/24 23/12 23/19 24/17
**while [1]** 14/21
**WHITELEY [2]** 1/20 1/20
**whole [1]** 23/17
**Wholesaler [1]** 3/19
**why [6]** 6/3 11/13 12/22 16/17 17/1 18/22
**will [13]** 5/8 5/10 5/13 5/14 8/2 8/24 8/25 9/15 10/4 13/13 16/3 19/17 22/24
**WILLIAMSON [1]** 2/9
**within [3]** 25/1 25/11 25/15
**witnesses [2]** 12/5 12/7
**work [15]** 11/18 12/21 15/6 15/7 15/8 15/9 15/16 15/22 16/10 16/21 17/9 17/12 17/18 19/13 20/20
**worked [4]** 9/18 12/7 20/18 21/1
**working [3]** 6/2 21/7 26/13
**worth [1]** 20/14
**wouldn't [2]** 14/20 18/24

**Y**

**yard [1]** 17/13
**Yeah [11]** 6/10 7/20 12/4 13/8 13/21 18/6 21/23 22/20 23/4 25/6 26/6
**yes [9]** 8/20 9/9 9/20 13/1 15/2 18/7 25/14 26/15 27/4
**York [4]** 2/16 2/16 2/20 2/20

**you [57]**
**you've [1]** 9/24
**yours [2]** 13/13 21/24
**yourself [1]** 5/24

**Z**

**Zhejiang [1]** 2/17
**ZHP [16]** 2/18 5/20 5/21 6/2 8/14 12/7 14/4 18/11 18/23 19/4 19/4 20/5 22/5 23/9 24/4 24/19
**ZHP's [1]** 15/20
**ZHP-only [1]** 14/4