## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>BRIAN LOVELAND,<br><br>     v.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI U.S. INC., SOLCO HEALTHCARE U.S., LLC, AMERISOURCEBERGEN CORPORATION, WALGREENS BOOTS ALLIANCE, PRINSTON PHARMACEUTICAL INC., TORRENT PHARMA, INC., TORREN PHARMACEUTICALS, LTD., AND JOHN DOE. | MDL No. 2875<br>Master Docket Case No. 1:19-md-2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge<br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Civil Action No. 1:22-cv-04357 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiff, by and through her undersigned counsel, moves this Honorable Court to allow the Plaintiff to file the attached First Amended Short-Form Complaint, pursuant to Federal Rule of Civil Procedure 15. In support, the Plaintiff states the following:

1. Plaintiff, Brian Loveland, filed his Short-Form Complaint on June 30, 2022.

2. Plaintiff's original Short-Form Complaint was filed against only the following Defendants because of missing National Drug Codes: Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S. Inc., Solco Healthcare U.S., LLC, AmerisourceBergen Corporation, Walgreens Boots Alliance, Prinston Pharmaceutical Inc., Torrent Pharma, Inc., Torren Pharmaceuticals, Ltd., and John Doe.

3. Plaintiff seeks to amend his Short-Form Complaint to add the following Defendants: Camber Pharmaceuticals, Inc., Hetero Drugs, Ltd., Hetero Labs, Ltd., Hetero USA, Inc., Vivimed Life Sciences Pvt. Ltd., Heritage Pharmaceuticals, Inc. d/b/a Avet

Pharmaceuticals, H J Harkins Co., Inc. dba PharmaPac, Wal-Mart, Inc., and McKesson Corporation.

4.  Plaintiff reached out to relevant Defense Counsel to attempt to meet and confer about this filing.

5.  Allowing Plaintiff to file the Amended Short-Form Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

6.  A Copy of the Proposed Amended Short-Form Complaint is attached as Exhibit A.

7.  A Copy of the Proposed Order is attached as Exhibit B.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court grant his Motion for Leave to File Amended Complaint.

Respectfully Submitted,

/s/ Tessa Cuneo
Tessa Cuneo
David Stern
ASK LLP
tcuneo@askllp.com
dstern@askllp.com
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Tel: (651) 406-9665
Fax: (651) 406-9679

Attorneys for Plaintiff