# IN THE UNITED STATES DISTRICT COURT,
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>BRIAN LOVELAND,<br><br>         v.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., HUAHAI U.S. INC., SOLCO HEALTHCARE U.S., LLC, AMERISOURCEBERGEN CORPORATION, WALGREENS BOOTS ALLIANCE, PRINSTON PHARMACEUTICAL INC., TORRENT PHARMA, INC., TORREN PHARMACEUTICALS, LTD., AND JOHN DOE. | MDL No. 2875<br>Master Docket Case No. 1:19-md-2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge<br><br>**[PROPOSED] ORDER**<br><br>Civil Action No. 1:22-cv-04357 |

## [PROPOSED] ORDER

Motion having been made by Plaintiff, Brian Loveland, by counsel, and the Court being otherwise advised,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff is granted leave to file Plaintiff's First Amended Short Form Complaint.

Signed on this _____ day of _____, 2024.

_____
United States District Judge