## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1440 NEW YORK AVENUE, N.W.

WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7105
DIRECT FAX
(202) 661-0575
EMAIL ADDRESS
NINA.ROSE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

November 12, 2024

**VIA ECF**

The Honorable Thomas I. Vanaskie
Special Master for Discovery
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

      Re:    *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
                  Case No. 1:19-md-02875-RMB (D.N.J.)

Dear Special Master Vanaskie:

      In accordance with Your Honor's direction at the October 29, 2024 status conference, I write to inform you that the ZHP Defendants and the Plaintiffs have met and conferred regarding the proposed case management schedule for the *Roberts* case, which is set for trial on September 8, 2025. The parties have reached agreement on all pre-trial deadlines, with the exception of the time period allotted for depositions of the parties' expert witnesses.

      The ZHP Defendants believe that they should be entitled to depose some or all of plaintiffs' experts prior to the submission of the ZHP Defendants' responsive expert reports, while Plaintiffs contend that the ZHP Defendants should not be allowed to depose Plaintiffs' experts until after the submission of the ZHP Defendants' expert reports. The parties jointly request permission to submit short letter briefs on this issue by November 19, 2024 at 5 p.m. (ET).

      Thank you for your consideration of this request.

November 12, 2024
Page 2

                                  Respectfully,

                                  Nina R. Rose

cc: All counsel of record (via ECF)