**Proposed Case Management Schedule for *Roberts* trial**

| Event | Agreed Date | Plaintiff Position | Defense Position |
|---|---|---|---|
| **Fact Discovery** | | | |
| Deadline to amend Plaintiff Fact Sheet | 12/2/2024 | | |
| Close of case-specific fact discovery | 2/14/2025 | | |
| **Expert Discovery** | | | |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 2/28/2025 | | |
| Depositions of Plaintiff's experts | N/A | 4/1/2025 through 4/28/2025 | 3/1/2025 through 4/28/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 3/31/2025 | | |
| Depositions of Defendants' experts | N/A | 4/1/2025 through 4/28/2025 | 4/1/2025 through 4/28/2025 |
| Close of expert discovery | 4/28/2025 | | |
| **Rule 702 and SMJ Briefing** | | | |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 5/12/2025 | | |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 6/16/2025 | | |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 7/2/2025 | | |

| Event | Agreed Date | Plaintiff Position | Defense Position |
|---|---|---|---|
| **Pretrial Materials** | | | |
| Deadline for parties to exchange deposition designations | 5/1/2025 | | |
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 5/30/2025 | | |
| Deadline to file motions in limine | 7/14/2025 | | |
| Deadline to file oppositions to motions in limine | 7/31/2025 | | |
| Deadline to submit joint final pretrial order | 8/11/2025 | | |
| Deadline to file pretrial briefs | 8/14/2025 | | |
| Deadline to file: (i) joint proposed jury instructions; (ii) joint proposed jury questionnaire; and (iii) joint verdict sheet | 8/18/2025 | | |
| Deadline to file responsive papers to pre-trial briefs | 8/21/2025 | | |
| Deadline to submit: (i) witness lists; and (ii) exhibit lists | 8/26/2025 | | |
| Pretrial conference (via Zoom) | 8/28/2025 | | |
| Trial begins | 9/8/2025 | | |