# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER ORDER

**NOW,** this 13th Day of November, 2024, IT IS HEREBY ORDERED **THAT** the parties' joint request for permission to submit short letter briefs on whether submission of defense expert witness reports may be deferred until after depositions of plaintiffs' expert witnesses is granted. Letter briefs on this issue shall be submitted no later than 5:00 p.m. (ET) November 19, 2024.

Dated: November 13, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master