

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com

November 15, 2024

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      Re: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875

Dear Judge Bumb:

    Teva Pharmaceuticals USA, Inc. ("Teva") respectfully requests the Court's leave to file a reply to Plaintiffs' 30-page letter filed November 12, 2024, (ECF No. 2921), no later than Friday, November 22, 2024. Plaintiffs' letter seeks extensive affirmative relief beyond the scope of Teva's October 29, 2024 letter (ECF No. 2916) to which it purports to respond and addresses the Third Circuit's decision in *Huertas v. Bayer US LLC*, No. 23-2178 (3d Cir. Nov. 7, 2024), which was issued after submission of Teva's letter. Teva is happy to abide by any page limitations the Court deems appropriate given the length of Plaintiffs' response.

    We appreciate the Court's consideration of this request.

                        Sincerely,

                        */s/ Victoria Davis Lockard*
                        Victoria Davis Lockard, Esq.

The Honorable Renée Marie Bumb
November 15, 2024
Page 2

cc: All counsel of record (via ECF)