

David H. Stern, Esq.
Direct Line 651 289 3862 | dstern@askllp.com
2600 Eagan Woods Drive, Suite 400 | St. Paul, Minnesota | 55121
phone 651 406 9665 | fax 651 406 9676 | https://askllp.com

November 19, 2024

Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
U.S. Courthouse, 4th & Cooper Streets
Camden, NJ 0810

      Re:    *In re Valsartan, Losartan, & Irbesartan Products Liability Litigation,*
              *No. 1:19-md-02875 (D.N.J.)*

Dear Chief Judge Bumb:

    I represent Plaintiff Brain Loveland, Civil Action No. 1:22-cv-04357. On November 8, 2024, Mr. Loveland filed a Motion for Leave to File an Amended Short Form Complaint in his case. *See* Docket No. 2920. Upon further consideration, Mr. Loveland wishes to formally withdraw his Motion for Leave to File an Amended Short Form Complaint. I apologize for consuming judicial economy with this matter.

Sincerely,

*/s/ David H. Stern*

David Stern, Esq.

DHS