# EXHIBIT 3

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 2 2 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION,

MDL NO. 1407

ORDER RE: EXPERT
DISCOVERY SCHEDULE

This document relates to all actions

Having reviewed and considered the memoranda filed by both parties in support of their proposed expert discovery schedules, the court finds the following dates to afford an equitable apportionment of time between the parties to conduct expert discovery:

**EXPERT DISCOVERY SCHEDULE**

| | |
|---|---|
| Plaintiffs' Rule 26 disclosures on or before: | 10/01/02 |
| Defendants' Rule 26 disclosures on or before: | 1/03/03 |
| Depositions of Plaintiffs' experts complete by: | 12/02/02 |
| Depositions of Defendants' experts complete by: | 3/03/03 |
| Defendants' Daubert and other motions filed by: | 2/03/03 |
| Plaintiffs' Daubert and other motions filed by: | 4/30/03 |
| Oppositions to Defendants' motions filed by: | 3/05/03 |
| Oppositions to Plaintiffs' motions filed by: | 5/30/03 |

ORDER
Page - 1 -



MD 01 01407 00000340

| | | |
|---|---|---|
| 1 | Reply briefs to Defendants' motions filed by: | 3/20/03 |
| 2 | Reply briefs to Plaintiffs' motions filed by: | 6/16/03 |
| 3 | <u>Daubert</u> hearings to be scheduled after: | 6/16/03 |

The parties are hereby ORDERED to abide by the above expert discovery schedule.

DATED at Seattle, Washington this 21st day of March, 2002.

*[signature]*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE