Exhibit 3

**EXHIBIT**

7  XUE  2/3/23 dv



# 山东华鲁恒升化工股份有限公司

## SHANDONG HUALU-HENGSHENG CHEMICAL CO., LTD.

# CERTIFICATE OF ANALYSIS

**COMMODITY:N,N-DIMETHYL FORMAMIDE**

**BATCH NO.:20101026**

**THE RESULTS OF INSPECTION ARE AS FOLLOWS:**

| ITEM | SPECIFICATION | RESULTS |
|---|---|---|
| Pt-Co chrominance | $\leqslant$10 | 5 |
| Distillation test 0° C 101325Pa<br> 151−155° C distillate volume | $\geqslant$98.5 | 98.6 |
| dimethylamine ppm | $\leqslant$15 | 1 |
| Formic acid ppm | $\leqslant$25 | 2 |
| PH:25° C 20%Aqueous solution | 7.0-7.5 | 7.05 |
| Electric Conductivity: 25° C 20%Aqueous solution, us | $\leqslant$10 | 1.1 |
| Moisture ppm | $\leqslant$500 | 122 |
| Fe ppm | $\leqslant$0.05 | 0.002 |
| Refractivity: $n_d^{25°c}$ | 1.4270-1.4290 | 1.4286 |
| Methanel ppm | $\leqslant$20 | 2 |
| Heavy compoment<br> (dimethyl Acetamide) ppm | $\leqslant$500 | 43 |
| DMF % | $\geqslant$99.9 | 99.98 |

**SHANDONG HUALU-HENGSHENG CHEMICAL CO., LTD.**

**NO.24 TIANQU XI RD, DEZHOU SHANDONG ,CHINA**

SIGNATURE