IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS** | MDL No. 2875<br><br>**Honorable Renée Marie Bumb, Chief Judge**<br><br>**ORDER ESTABLISHING CASE MANAGEMENT SCHEDULE** |

    **The Parties Having Met and Conferred,** as instructed by the Court, to set the deadlines for a case management schedule for the upcoming bellwether plaintiff trial in *Gaston J. Roberts, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.*, and

    **The Court Having Reviewed** the parties' jointly proposed schedule, and resolved the parties' one outstanding dispute (*see* ECF No. 2935),

    **IT IS ORDERED:** the deadlines for the upcoming *Roberts* trial are:

| Event | Date |
|---|---|
| Deadline to amend Plaintiff Fact Sheet | 12/2/2024 |
| Close of case-specific fact discovery | 2/14/2025 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 2/28/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 3/31/2025 |
| Depositions of experts | 4/1/2025- |

| Event | Date |
|---|---|
|  | 4/28/2025 |
| Close of expert discovery | 4/28/2025 |
| Deadline for parties to exchange deposition designations | 5/1/2025 |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 5/12/2025 |
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 5/30/2025 |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 6/16/2025 |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 7/2/2025 |
| Deadline to file motions in limine | 7/14/2025 |
| Deadline to file oppositions to motions in limine | 7/31/2025 |
| Deadline to submit joint final pretrial order | 8/11/2025 |
| Deadline to file pretrial briefs | 8/14/2025 |
| Deadline to file: (i) joint proposed jury instructions; (ii) joint proposed jury questionnaire; and (iii) joint verdict sheet | 8/18/2025 |
| Deadline to file responsive papers to pre-trial briefs | 8/21/2025 |
| Deadline to submit: (i) witness lists; and (ii) exhibit lists | 8/26/2025 |
| Pretrial conference (via Zoom) | 8/28/2025 |
| Trial begins | 9/8/2025 |

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
Dec. 4, 2024