```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
 2   _____

 3   IN RE:  VALSARTAN, LOSARTAN,        CIVIL ACTION NUMBER:

 4   and IRBESARTAN PRODUCTS             1:19-md-02875-RMB-SAK

 5   LIABILITY LITIGATION                Status Conference

 6   _____   via Teams videoconferencing

 7   Mitchell H. Cohen Building & U.S. Courthouse
     4th and Cooper Streets
 8   Camden, New Jersey 08101
     Wednesday, December 4, 2024
 9   Commencing at 3:04 p.m.

10   B E F O R E:          THE HONORABLE THOMAS I. VANASKIE (RET.),
                           SPECIAL MASTER
11

12   A P P E A R A N C E S:
13
     HONIK LLC
14   BY:  RUBEN HONIK, ESQUIRE
     1515 Market Street, Suite 1100
15   Philadelphia, Pennsylvania 19102
     Co-Lead Counsel for MDL Plaintiffs
16
     MAZIE SLATER KATZ & FREEMAN, LLC
17   BY:  ADAM M. SLATER, ESQUIRE
          CHRISTOPHER J. GEDDIS, ESQUIRE
18   103 Eisenhower Parkway, Suite 207
     Roseland, New Jersey 07068
19   Co-Lead Counsel for MDL Plaintiffs

20   KANNER & WHITELEY, LLC
     BY:  CONLEE S. WHITELEY, ESQUIRE
21   701 Camp Street
     New Orleans, Louisiana 70130
22   Co-Lead Class Counsel for Third-Party Payor Economic Loss

23            John J. Kurz, Official Court Reporter
                    John_Kurz@njd.uscourts.gov
24                       (856)576-7094

25     Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.
```

1  **A P P E A R A N C E S:** (Continued)

2  NIGH GOLDENBERG RASO & VAUGHN, PLLC
   BY:  DANIEL A. NIGH, ESQUIRE
3       MARLENE GOLDENBERG, ESQUIRE
   14 Ridge Square NW, Third Floor
4  Washington, D.C. 20016
   Co-Lead Class Counsel for Third-Party Payor Economic Loss
5
   RUEB STOLLER DANIEL, LLP
6  BY:  BEHRAM V. PAREKH, ESQUIRE
   515 S. Figueroa Street
7  Suite 1550
   Los Angeles, California 90071
8  Counsel for Plaintiffs' Executive Committee and all Plaintiffs

9  FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
   BY:  GEORGE T. WILLIAMSON, ESQUIRE
10 99 Nesbit Street
   Punta Gorda, Florida 33950
11 Counsel for Plaintiffs

12 SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
   BY:  JESSICA DAVIDSON, ESQUIRE
13 One Manhattan West
   Suites 42-128
14 New York, New York 10001
   Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
15 Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
   Solco Healthcare U.S., LLC (collectively ZHP)
16
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
17 BY:  NINA R. ROSE, ESQUIRE
   1440 New York Avenue, N.W.
18 Washington, D.C. 20005
   Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
19 Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
   Solco Healthcare U.S., LLC (collectively ZHP)
20
   KIRKLAND & ELLIS LLP
21 BY:  ALEXIA R. BRANCATO, ESQUIRE
   601 Lexington Avenue
22 New York, New York 10022
   Counsel for Defendants Torrent Pharma, Inc. and
23 Torrent Pharmaceuticals Ltd. (collectively Torrent)

24                 (Appearances continued onto next page)

25

1    **A P P E A R A N C E S:** **(Continued)**

2    PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
     BY:  FRANK STOY, ESQUIRE
3         JASON M. REEFER, ESQUIRE
     One Oxford Centre, 38th Floor
4    Pittsburgh, Pennsylvania 15219
     Counsel for Defendant Mylan Pharmaceuticals, Inc.
5
     GREENBERG TRAURIG LLP
6    BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
     3333 Piedmont Road, NE, Suite 2500
7    Atlanta, Georgia 30305
     Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
8    Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
     Inc. (collectively Teva)
9
     BARNES & THORNBURG, LLP
10   BY:  KARA KAPKE, ESQUIRE
          KRISTEN L. RICHER, ESQUIRE
11        PAUL QUINCY, ESQUIRE
     11 South Meridian Street
12   Indianapolis, IN 46204
     Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
13   Walmart, Walgreens

14   ULMER & BERNE LLP
     BY: JEFFREY D. GEOPPINGER, ESQUIRE
15   600 Vine Street
     Suite 2800
16   Cincinnati, Ohio 45202
     Counsel for Wholesaler Defendants and AmerisourceBergen
17
     FALKENBERG IVES LLP
18   BY:  KIRSTIN B. IVES, ESQUIRE
     230 W Monroe Street, Suite 2220
19   Chicago, Illinois 60606
     Counsel for Defendant Humana
20
     HILL WALLACK, LLP
21   BY:  WILLIAM MURTHA, ESQUIRE
     21 Roszel Road
22   Princeton, New Jersey 08540
     Counsel for Defendants Hetero Drugs and Hetero Labs
23

24              (Appearances continued onto next page.)

25

**A P P E A R A N C E S:** (Continued)

NORTON ROSE FULBRIGHT US LLP
BY:  D'LESLI DAVIS, ESQUIRE
2200 Ross Avenue
Suite 3600
Dallas, Texas 75201
Counsel for Defendant Mckesson Corp.

**Also present:**

Larry MacStravic, The Courtroom Deputy

Loretta Smith, Esquire, Judicial Law Clerk to the Honorable
Robert B. Kugler (Ret.)

Rosemarie Bogdan, Esquire

Corey Weinstein, Esquire

Zalman Kass, Esquire

1          (PROCEEDINGS held via Teams videoconferencing before
2     the Honorable Thomas I. Vanaskie (Ret.), Special Master, at
3     3:04 p.m. as follows:)
4               THE COURT:  All right.  We'll call this status
5     conference to order.  It's now 3:04, and I think anybody else
6     who may be joining certainly can be admitted.
7               I have a couple of persons participating where we
8     don't have names.  I'm going to ask if the person with the
9     phone number that ends in 92 can identify themselves.
10              MR. SLATER:  Good afternoon, Your Honor, it's Adam
11    Slater.
12              THE COURT:  All right.  Thanks.  Thanks, Adam.
13              And then I have a person with the phone number ending
14    in 39.
15              MR. GEDDIS:  Good afternoon, Your Honor.  This is
16    Chris Geddis with Mazie, Slater, Katz & Freeman.
17              THE COURT:  And then the person with the number
18    ending in 92.
19              MR. NIGH:  Your Honor, I think that's Adam.
20              MR. SLATER:  Your Honor, this is me.
21              THE COURT:  I'm sorry, who is that?
22              Who just spoke?
23              MR. SLATER:  Your Honor, it's Adam Slater.  I'm the
24    one with 9492 at the end.
25              THE COURT:  Okay.  And also 6-0?

1          MS. LOCKARD:  6-0 is Victoria Lockard, Your Honor.

2          THE COURT:  Okay.  Thanks.  I think we have everybody

3     accounted for then.  Thank you.

4          We have just a few items to address during today's

5     status conference.  About an hour ago, I sent to Mr. MacStravic

6     an order for docketing in the Gaston Roberts matter.  So that

7     will be issued today setting the schedule, the pretrial

8     schedule for Gaston Roberts.

9          I wanted to talk about the second wave or the trials

10    that occur after the Roberts trial.  And one of the questions I

11    have is, having seen the *Lexecon* -- position statements with

12    respect to *Lexecon* waivers, I am wondering whether we shouldn't

13    return to -- I think it was the suggestion by Mr. Nigh.  In any

14    event, whether we shouldn't just pick five cases for trial that

15    do not involve Mylan or Aurobindo API.  And I guess I'll ask

16    plaintiffs for their response first.

17         MR. NIGH:  Thank you, Your Honor.

18         Yes.  I think we even kind of foreshadowed this

19    potential at the last hearing.  And I think Your Honor

20    realized, well, we might just come right back around to this.

21    But I think that's where we've come to.  We've come kind of

22    full circle at this point, and I think that we should pick five

23    new cases that are the ZHP API-only defendants and work those

24    cases up.

25         Now, there will still be some complications with the

1   pharmacies, and we've talked about that.  But I still think

2   that, you know, there are way less complications there compared

3   to if we have Mylan API and Aurobindo API.  And that's where we

4   should -- that's where we should move next, is pick five ZHP

5   API-only defendant cases.  So ZHP, Teva or Torrent, and have

6   that as our priority of second pool of cases.

7           I still don't think we should completely ignore Mylan

8   or Aurobindo.

9           THE COURT:  Oh, we're not going to.

10          MR. NIGH:  Right.

11          THE COURT:  We're not going to.

12          MR. NIGH:  But those might need to be a wave three.

13   And ultimately the game plan might have to be requesting a

14   remand, and maybe there's a larger number of cases that are

15   worked up as a wave three pool for a potential remand.

16          THE COURT:  All right.  Who wants to address that

17   issue for Mylan and for Aurobindo?

18          MR. STOY:  Good afternoon, Judge Vanaskie.  This is

19   Frank Stoy for Mylan.  I don't think we necessarily have any

20   disagreement with what Mr. Nigh is proposing.  I think that it

21   does make sense to perhaps have a wave three where, you know,

22   those cases are worked up.

23          THE COURT:  Sure.

24          MR. STOY:  But I agree with some of the issues that

25   have been identified.  If it's Judge Bumb's preference to

1    conduct trials in Camden for at least the first few cases, then

2    I think that is probably the most sensible path forward.

3              THE COURT:  All right.

4              MS. DAVIDSON:  Your Honor, if I may on behalf of

5    ZHP --

6              THE COURT:  Yes.

7              MS. DAVIDSON:  -- since apparently the proposal is

8    that we be in all of the phase two cases.  It appears to me,

9    Your Honor, that this would basically turn this into a ZHP MDL

10   as opposed to valsartan MDL.  And it seems like there might be

11   another solution in terms of either picking five cases and

12   working them all up -- some to be tried in this Court, some to

13   be tried at remand.

14             I know some judges are willing to travel to other

15   jurisdictions.  I don't know if that would be of interest to

16   Judge Bumb.  But I have seen MDLs where you work up five cases

17   and they're remanded.  Some of them are remanded to the

18   transfer courts, or if they're direct file cases, transferred

19   to the court that has proper venue.

20             I just -- I hesitate at the thought of, you know, our

21   client having to work up five cases while the rest of the MDL

22   defendants are sitting on ice.

23             THE COURT:  Well, it wouldn't be the rest of the MDL

24   defendants, but I understand your concern.  But the cases with

25   Mylan and Aurobindo do present other issues that we don't have

1       in the cases involving ZHP, Teva and Torrent.

2              So what I'd like you to do is to submit to me the

3       cases that have been filed that are ZHP, Teva and Torrent only,

4       and I'll select five additional cases to be worked up for

5       trial.  And then we'll talk about a third wave, Jessica, that

6       involve Mylan and Aurobindo, and go from there.

7              MR. NIGH:  And, Your Honor, just to clarify, we did

8       submit a list, but we can make it more simplistic.  Out of the

9       28 cases, we submitted a list that showed the defendants that

10      were involved in each of the cases, but we can truncate it to

11      where it is only those that have the ZHP API defendants out of

12      the 28.

13             THE COURT:  If you could, that would be great.

14             MR. NIGH:  Sure.

15             THE COURT:  All right.

16             MS. DAVIDSON:  Your Honor, is the idea that all five

17      would be tried by the MDL court?  Or is the idea that some of

18      them would be then remanded to their transfer courts or

19      transferred to another court if they're direct filed?

20             THE COURT:  I have not conferred with Judge Bumb on

21      this particular issue.  So that remains to be seen.

22             MS. DAVIDSON:  Okay.  Thank you, Your Honor.

23             MS. LOCKARD:  Also, Your Honor, Victoria Lockard.  If

24      we can have Mr. Nigh share that list with the defendants before

25      he presents it to the Court, because I believe that a prior

```
1    list that was submitted had some errors in terms of defendants
2    who had been dismissed for product ID reasons.  So we can meet
3    and confer on that, and then get a list that both sides agree
4    on, that would maybe save some trouble down the road.
5                THE COURT:  That makes sense to me.
6                MR. NIGH:  Victoria, can you let us know which
7    ones -- maybe you did it, but I don't remember seeing it --
8    which ones were dismissed that we had inaccuracies?  Because
9    we've already submitted that.  We'll also send you what we
10   believe are the list, but that spreadsheet that we have had all
11   the defendants on it that we thought, though there could be
12   some inaccuracies, for sure.
13               MS. LOCKARD:  Okay.  Thank you.
14               MS. DAVIDSON:  Thank you.
15               And obviously, Your Honor, that still leaves the
16   Lexecon issues with respect to the pharmacies which have not
17   indicated that they would waive Lexecon, as far as I
18   understand.
19               THE COURT:  Right.  Yeah.  And I know there was a
20   proposal or a suggestion made that the cases be tried as to
21   only the manufacturer defendants, but I don't think that's
22   workable.  And so -- go ahead, Daniel.
23               MR. NIGH:  Your Honor, I will say just briefly, there
24   are MDLs where that's happened.  I mean, opioids is a perfect
25   example.  They did precisely that.  The cities and governments
```

```
 1   had claims against multiple, you know, folks on the down -- in
 2   the downstream supply.  They had wholesalers.  They had
 3   numerous pharmacies.  They had manufacturers.  But ultimately
 4   they realized that it made sense to have a case just against a
 5   certain pharmacy, you know, with that same city, have a case
 6   against just a wholesaler, because, you know, you can get
 7   obviously sort of the same precedential impact in knowing how,
 8   you know, juries would view a case against that defendant.  And
 9   it helps for the first couple cases in terms of streamlining
10   and getting those cases to trial as opposed to have all the
11   issues at one time in the trial.
12             MS. KAPKE:  Your Honor, may I be heard on that?
13             THE COURT:  Yes, you may, Ms. Kapke.
14             MS. KAPKE:  Thanks, Your Honor.  This is Kara Kapke,
15   liaison counsel for the pharmacy defendants.
16             I'm aware of that being the case in opioids, but
17   there was independent liability asserted based on negligence
18   principles, based on nuisance principles.  Here, we're dealing
19   with strictly pass-through liability.  There are no negligence
20   claims against the downstream defendants.  And it makes, as you
21   yourself said, it doesn't make any sense to me for there to be
22   separate trials against the retailers.  You'd have inconsistent
23   judgments.  And plaintiffs would essentially get multiple bites
24   at the causation apple, which can't happen.
25             If there's a defense verdict for ZHP because there's
```

1   a lack of causation, plaintiffs don't get to retry the case

2   then against the pharmacy defendants who have the same exact

3   defenses.

4           Opioids was sui generis.  It is not the case that you

5   will have a personal injury case being claim split, where you

6   have one trial against the manufacturer and then a second trial

7   against a downstream defendant.

8           MR. NIGH:  And, Your Honor, just brief, brief

9   response to that.  It's not just opioids.  There's many

10  different cases where you've had, you know, a supply chain and

11  trials are selected just against one in the supply chain.

12          The idea of the causation two bites at the apple,

13  that can actually work both ways.  If we win the trial, it may

14  not be binding against the pharmacy, too, in the same regards.

15  So I don't see that as a, you know, an issue to say, oh, they

16  would be prejudiced by this.

17          But it's done.  It's done in multiple, you know,

18  various different MDLs where this has occurred and where

19  we've -- if Your Honor is considering it, we can submit where

20  that's occurred.

21          We may not have to cross this bridge though because

22  we don't know what the five random cases will show.  There are

23  some, you know, obviously cases that we're not even pursuing

24  claims against the retailer based on who the retailer is and/or

25  based on the state law.  So we might not have this issue.  We

1   might be fighting about nothing.

2            Maybe we see the random picks and then come back and

3   meet and confer and see if we can work it out.

4            THE COURT:  Yeah, let's see what the random picks

5   reveal.  It probably will reveal cases that involve retailers.

6   And then we'll have to address that issue.  But we can kick

7   that can down the road, so to speak, until we know what the

8   cases are.  All right.

9            MR. NIGH:  Thank you, Your Honor.

10           THE COURT:  Where do things stand with respect to the

11  Pate, P-A-T-E, case?

12           MR. NIGH:  So we have spoken to the local counsel.

13  They are open to refiling the case in state court of New

14  Jersey.  You know, they simply want to know that the statute is

15  protected based on the original filing date.  We believe that's

16  the law in the state court of New Jersey.

17           I saw the response from defense counsel where they

18  may have some dispute on that.  And my suggestion has been that

19  we can't speak on behalf of that individual counsel and their

20  statute of limitations defenses.  So I've asked them to meet

21  and confer with Pate's counsel on that issue specifically.

22           THE COURT:  All right.  Who wants to address this

23  issue for the defendants?

24           MS. DAVIDSON:  Your Honor, my understanding of the

25  law is a little bit different from Mr. Nigh's.  My

1    understanding of the law is that if a case was improperly filed

2    in federal court, the claims don't relate back when it's

3    dismissed and refiled in state court.  So I think we're just

4    going to have to agree to disagree on that point.  And I guess

5    it will have to be briefed if they decide to refile in state

6    court.

7                THE COURT:  All right.  Very well.  So that's another

8    matter we won't move forward on today.

9                Is there anything else to discuss with respect to the

10   preparation of cases for trial?

11               You're going to get to me a list of the ZHP, Teva,

12   Torrent-only cases, and I'm going to use a random selector to

13   select five more cases to be identified for trial.  I'll let

14   you know what those five cases are.  You can let me know what

15   problems exist with respect to moving forward with respect to

16   those five cases, and we'll resolve those issues and move

17   forward.

18               With respect to the question of Jinsheng Lin's

19   deposition, where do things stand with respect to that matter?

20               MR. SLATER:  Hello, Your Honor.  It's Adam Slater for

21   the plaintiffs.

22               THE COURT:  Hello, Adam.

23               MR. SLATER:  Hi, Judge.

24               As stated in our letter, we would like to think this

25   is a straightforward issue.  These are documents that were

1    supposed to be produced all along.  So we would just like the

2    documents and then we just move along.  We need them certainly

3    for the deposition, and we also need them obviously just for

4    the case in general.  And the deposition just helps to focus

5    that.

6          I know that the defense said something to the effect

7    of that Jinsheng Lin wouldn't have seen the certificates of

8    analysis, but that's inconsistent with our understanding.  And

9    if he's -- his job is to figure out how an impurity forms in a

10   drug, which is what his job was, then one of the logical places

11   to look would be the certificates of analysis for the

12   constituent ingredients to the manufacturing process, including

13   the solvents, which would show what are the impurities that

14   would be introduced such that he could then analyze what

15   impurities could we expect to see and analyze the chemistry

16   with the people in the company.  That's what these documents

17   are.

18          And they're fundamental documents, and we would just

19   hope that ZHP would withdraw any opposition, to the extent they

20   still have any, and just agree to get those documents to us as

21   soon as possible so we then can turn to scheduling on the

22   deposition.

23          THE COURT:  All right.  Jessica.

24          MS. DAVIDSON:  Sure, Your Honor.  Richard Bernardo

25   could not be here today, but I did check in with him last night

```
 1    to understand the status of this.
 2            My understanding is that it's hugely burdensome if
 3    we're required to produce every single COA or MSDS because they
 4    are paper documents.  There is one for every batch of certain
 5    chemicals for over a decade.  And Rich has proposed that he
 6    meet and confer with plaintiffs in the next several days any
 7    time this week.  He just wasn't available today.  And hopefully
 8    the parties can resolve -- compromise and figure out a way to
 9    get plaintiffs what they need without undue burden.  If there's
10    no resolution of that, we propose that we come back to Your
11    Honor next week.
12            THE COURT:  Next week?
13            MR. SLATER:  Your Honor, I'm fine -- yes, Your Honor.
14    I'm fine speaking to Mr. Bernardo about it.  I'm just
15    distressed to find out that these are paper documents that
16    absolutely should have been produced and that they weren't, and
17    I can't understand why.  I'll be happy to talk to Mr. Bernardo.
18    I have a sense, I understand, what compromise they're looking
19    for.  But I'm very concerned and a bit flabbergasted that
20    there's some argument of burden when these were documents that
21    should have been produced.
22            But the bottom line is, I will speak to them.  I'd
23    like to speak to them in the next few days, and then hopefully
24    it gets worked out.  If not, we can let Your Honor know by
25    letter, I suppose.
```

```
1              THE COURT:  Go ahead, Jessica.

2              MS. DAVIDSON:  Your Honor, that all seems fine to me.

3    I don't want to belabor whether they should have been produced

4    before or not.  My understanding is that they should not have

5    been produced before, but I think that's neither here nor

6    there.

7              THE COURT:  Right.

8              MS. DAVIDSON:  I just -- I'm fine with the bottom

9    line of what Mr. Slater said, which is that he and Rich will

10   catch up with each other hopefully tomorrow and figure this

11   out.

12             THE COURT:  And what I would like is a letter report

13   on this matter by next Wednesday.

14             MS. DAVIDSON:  Of course.

15             MR. SLATER:  Will do.

16             MS. DAVIDSON:  Thank you.

17             THE COURT:  By the 10th, all right.

18             And I think maybe you'll be able to resolve that

19   issue.  Hopefully you'll be able to resolve it.

20             I don't know that there's anything else to discuss

21   today.  Is there anything else on the plaintiffs' side?  Go

22   ahead, Daniel.

23             MR. NIGH:  No, Your Honor, nothing else.

24             THE COURT:  All right.  On the defense side?

25             MS. DAVIDSON:  We have nothing else, Your Honor.  I
```

```
 1    think there was a discussion with plaintiffs about how to

 2    notice treater -- treating physician depositions, but hopefully

 3    we'll just be able to work that out without involving you.  We

 4    should be able to work something out.

 5              THE COURT:  Yeah.  Well, you've worked out a lot.

 6              MR. NIGH:  Yes.

 7              THE COURT:  And the Gaston Roberts pretrial order was

 8    basically worked out, and you're to be commended for that.  And

 9    I'll look forward to getting the letter report next week.

10    Hopefully you'll work out this issue with respect to the

11    certificates of analysis and other document production issues

12    and can have Jinsheng Lin's deposition scheduled.

13              Anything else to cover today?

14              MR. NIGH:  Not from the plaintiffs, Your Honor.

15              MS. DAVIDSON:  Not from us either, Your Honor.  Thank

16    you so much.

17              THE COURT:  All right.  Thank you all very much.

18              MR. NIGH:  Thank you, Your Honor.

19              THE COURT:  Take care.  Bye-bye.

20              MR. SLATER:  Thank you, Your Honor.

21              THE COURT:  Thank you.  Bye.

22              (Proceedings concluded at 3:24 p.m.)

23         - - - - - - - - - - - - - - - - - - - - -
           FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE
24         - - - - - - - - - - - - - - - - - - - - -

25         I certify that the foregoing is a correct transcript
```

1   from the record of proceedings in the above-entitled matter.

2

3   /S/John J. Kurz, RDR-RMR-CRR-CRC                December 7, 2024

4   Court Reporter/Transcriber

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. GEDDIS: [1]** 5/15
**MR. NIGH: [15]** 5/19 6/17 7/10 7/12 9/7 9/14 10/6 10/23 12/8 13/9 13/12 17/23 18/6 18/14 18/18
**MR. SLATER: [8]** 5/10 5/20 5/23 14/20 14/23 16/13 17/15 18/20
**MR. STOY: [2]** 7/18 7/24
**MS. DAVIDSON: [13]** 8/4 8/7 9/16 9/22 10/14 13/24 15/24 17/2 17/8 17/14 17/16 17/25 18/15
**MS. KAPKE: [2]** 11/12 11/14
**MS. LOCKARD: [3]** 6/1 9/23 10/13
**THE COURT: [36]**

**/**

**/S/John [1]** 19/3

**0**

**07068 [1]** 1/18
**08101 [1]** 1/8
**08540 [1]** 3/22

**1**

**10001 [1]** 2/14
**10022 [1]** 2/22
**103 [1]** 1/18
**10th [1]** 17/17
**11 [1]** 3/11
**1100 [1]** 1/14
**128 [1]** 2/13
**14 [1]** 2/3
**1440 [1]** 2/17
**1515 [1]** 1/14
**15219 [1]** 3/4
**1550 [1]** 2/7
**19102 [1]** 1/15
**1:19-md-02875-RMB-SAK [1]** 1/4

**2**

**20005 [1]** 2/18
**20016 [1]** 2/4
**2024 [2]** 1/8 19/3
**207 [1]** 1/18
**21 [1]** 3/21
**2200 [1]** 4/3
**2220 [1]** 3/18
**230 [1]** 3/18
**2500 [1]** 3/6
**28 [2]** 9/9 9/12
**2800 [1]** 3/15

**3**

**30305 [1]** 3/7
**3333 [1]** 3/6
**33950 [1]** 2/10
**3600 [1]** 4/3
**38th [1]** 3/3
**39 [1]** 5/14

**3:04 [2]** 1/9 5/5
**3:04 p.m [1]** 5/3
**3:24 p.m [1]** 18/22

**4**

**42-128 [1]** 2/13
**45202 [1]** 3/16
**46204 [1]** 3/12
**4th [1]** 1/7

**5**

**515 [1]** 2/6
**576-7094 [1]** 1/24

**6**

**6-0 [2]** 5/25 6/1
**600 [1]** 3/15
**601 [1]** 2/21
**60606 [1]** 3/19

**7**

**701 [1]** 1/21
**70130 [1]** 1/21
**7094 [1]** 1/24
**75201 [1]** 4/4

**8**

**856 [1]** 1/24

**9**

**90071 [1]** 2/7
**92 [1]** 5/9 5/18
**9492 [1]** 5/24
**99 [1]** 2/10

**A**

**able [4]** 17/18 17/19 18/3 18/4
**above [1]** 19/1
**above-entitled [1]** 19/1
**absolutely [1]** 16/16
**accounted [1]** 6/3
**Actavis [2]** 3/8 3/8
**ACTION [1]** 1/3
**actually [1]** 12/13
**ADAM [7]** 1/17 5/10 5/12 5/19 5/23 14/20 14/22
**additional [1]** 9/4
**address [4]** 6/4 7/16 13/6 13/22
**admitted [1]** 5/6
**after [1]** 6/10
**afternoon [3]** 5/10 5/15 7/18
**against [12]** 11/1 11/4 11/6 11/8 11/20 11/22 12/2 12/6 12/7 12/11 12/14 12/24
**ago [1]** 6/5
**agree [4]** 7/24 10/3 14/4 15/20
**ahead [3]** 10/22 17/1 17/22
**aided [1]** 1/25
**ALEXIA [1]** 2/21
**ALFANO [1]** 3/2

**all [21]**
**along [2]** 15/1 15/2
**already [1]** 10/9
**also [5]** 4/6 5/25 9/23 10/9 15/3
**am [1]** 6/12
**AmerisourceBergen [1]** 3/16
**analysis [3]** 15/8 15/11 18/11
**analyze [2]** 15/14 15/15
**Angeles [1]** 2/7
**another [3]** 8/11 9/19 14/7
**any [6]** 6/13 7/19 11/21 15/19 15/20 16/6
**anybody [1]** 5/5
**anything [4]** 14/9 17/20 17/21 18/13
**API [6]** 6/15 6/23 7/3 7/3 7/5 9/11
**API-only [2]** 6/23 7/5
**apparently [1]** 8/7
**Appearances [2]** 2/24 3/24
**appears [1]** 8/8
**apple [2]** 11/24 12/12
**are [21]**
**argument [1]** 16/20
**around [1]** 6/20
**ARPS [2]** 2/12 2/16
**ask [2]** 5/8 6/15
**asked [1]** 13/20
**asserted [1]** 11/17
**Atlanta [1]** 3/7
**Aurobindo [6]** 6/15 7/3 7/8 7/17 8/25 9/6
**available [1]** 16/7
**Avenue [3]** 2/17 2/21 4/3
**aware [1]** 11/16

**B**

**back [4]** 6/20 13/2 14/2 16/10
**BARNES [1]** 3/9
**based [5]** 11/17 11/18 12/24 12/25 13/15
**basically [2]** 8/9 18/8
**batch [1]** 16/4
**because [6]** 9/25 10/8 11/6 11/25 12/21 16/3
**been [6]** 7/25 9/3 10/2 13/18 16/16 16/21 17/3 17/5
**before [4]** 5/1 9/24 17/4 17/5
**behalf [2]** 8/4 13/19
**BEHRAM [1]** 2/6
**being [2]** 11/16 12/5
**belabor [1]** 17/6
**believe [3]** 9/25 10/10 13/15
**Bernardo [3]** 15/24 16/14 16/17
**BERNE [1]** 3/14
**binding [1]** 12/14
**bit [2]** 13/25 16/19

**bites [1]** 11/23 12/12
**Bogdan [1]** 4/9
**BOSICK [1]** 3/2
**both [2]** 10/3 12/13
**bottom [2]** 16/22 17/8
**BRANCATO [1]** 2/21
**bridge [1]** 12/21
**brief [2]** 12/8 12/8
**briefed [1]** 14/5
**briefly [1]** 10/23
**Building [1]** 1/7
**Bumb [2]** 8/16 9/20
**Bumb's [1]** 7/25
**burden [2]** 16/9 16/20
**burdensome [1]** 16/2
**bye [3]** 18/19 18/19 18/21
**Bye-bye [1]** 18/19

**C**

**California [1]** 2/7
**call [1]** 5/4
**Camden [2]** 1/8 8/1
**Camp [1]** 1/21
**can [18]** 5/6 5/9 9/8 9/10 9/24 10/2 10/6 11/6 12/13 12/19 13/3 13/6 13/7 14/14 15/21 16/8 16/24 18/12
**can't [3]** 11/24 13/19 16/17
**care [1]** 18/19
**CARR [1]** 2/9
**case [11]** 11/4 11/5 11/8 11/16 12/1 12/4 12/5 13/11 13/13 14/1 15/4
**cases [32]**
**catch [1]** 17/10
**causation [3]** 11/24 12/1 12/12
**Centre [1]** 3/3
**certain [2]** 11/5 16/4
**certainly [2]** 5/6 15/2
**CERTIFICATE [1]** 18/23
**certificates [3]** 15/7 15/11 18/11
**certify [1]** 18/25
**chain [2]** 12/10 12/11
**check [1]** 15/25
**chemicals [1]** 16/5
**chemistry [1]** 15/15
**Chicago [1]** 3/19
**Chris [1]** 5/16
**CHRISTOPHER [1]** 1/17
**Cincinnati [1]** 3/16
**circle [1]** 6/22
**cities [1]** 10/25
**city [1]** 11/5
**CIVIL [1]** 1/3
**claim [1]** 12/5
**claims [4]** 11/1 11/20 12/24 14/2
**clarify [1]** 9/7
**Class [2]** 1/22 2/4
**Clerk [1]** 4/8
**client [1]** 8/21

**Co [6]** 1/15 1/19 1/22 2/4 2/14 2/18
**Co-Lead [4]** 1/15 1/19 1/22 2/4
**COA [1]** 16/3
**Cohen [1]** 1/7
**collectively [4]** 2/15 2/19 2/23 3/8
**come [5]** 6/20 6/21 6/21 13/2 16/10
**Commencing [1]** 1/9
**commended [1]** 18/8
**Committee [1]** 2/8
**company [1]** 15/16
**compared [1]** 7/2
**completely [1]** 7/7
**complications [2]** 6/25 7/2
**compromise [2]** 16/8 16/18
**computer [1]** 1/25
**computer-aided [1]** 1/25
**concern [1]** 8/24
**concerned [1]** 16/19
**concluded [1]** 18/22
**conduct [1]** 8/1
**confer [4]** 10/3 13/3 13/21 16/6
**conference [3]** 1/5 5/5 6/5
**conferred [1]** 9/20
**CONLEE [1]** 1/20
**considering [1]** 12/19
**constituent [1]** 15/12
**continued [5]** 2/1 2/24 3/1 3/24 4/1
**Cooper [1]** 1/7
**Corey [1]** 4/10
**Corp [1]** 4/4
**correct [1]** 15/14
**could [5]** 9/13 10/11 15/14 15/15 15/25
**counsel [21]**
**couple [2]** 5/7 11/9
**course [1]** 17/14
**court [14]** 1/1 1/23 8/12 8/19 9/17 9/19 9/25 13/13 13/16 14/2 14/3 14/6 18/23 19/4
**Courthouse [1]** 1/7
**Courtroom [1]** 4/7
**courts [2]** 8/18 9/18
**cover [1]** 18/13
**CRC [1]** 19/3
**cross [1]** 12/21
**CRR [1]** 19/3
**CVS [1]** 3/12

**D**

**D'LESLI [1]** 4/2
**D.C [2]** 2/4 2/18
**Dallas [1]** 4/4
**DANIEL [4]** 2/2 2/5 10/22 17/22
**date [1]** 13/15
**DAVIDSON [1]** 2/12
**DAVIS [2]** 3/6 4/2

**D**

days [2]  16/6 16/23
dealing [1]  11/18
decade [1]  16/5
December [2]  1/8 19/3
decide [1]  14/5
defendant [6]  3/4 3/19 4/4 7/5 11/8 12/7
defendants [20]
defense [4]  11/25 13/17 15/6 17/24
defenses [2]  12/3 13/20
deposition [5]  14/19 15/3 15/4 15/22 18/12
depositions [1]  18/2
Deputy [1]  4/7
did [4]  9/7 10/7 10/25 15/25
different [3]  12/10 12/18 13/25
direct [2]  8/18 9/19
disagree [1]  14/4
disagreement [1]  7/20
discuss [2]  14/9 17/20
discussion [1]  18/1
dismissed [3]  10/2 10/8 14/3
dispute [1]  13/18
distressed [1]  16/15
DISTRICT [2]  1/1 1/1
docketing [1]  6/6
document [1]  18/11
documents [8]  14/25 15/2 15/16 15/18 15/20 16/4 16/15 16/20
does [1]  7/21
doesn't [1]  11/21
done [2]  12/17 12/17
down [3]  10/4 11/1 13/7
downstream [3]  11/2 11/20 12/7
drug [1]  15/10
Drugs [1]  3/22
during [1]  6/4

**E**

each [2]  9/10 17/10
Economic [2]  1/22 2/4
effect [1]  15/6
Eisenhower [1]  1/18
either [2]  8/11 18/15
ELLIS [1]  2/20
else [7]  5/5 14/9 17/20 17/21 17/23 17/25 18/13
EMERICH [1]  2/9
end [1]  5/24
ending [2]  5/13 5/18
ends [1]  5/9
entitled [1]  19/1
errors [1]  10/1
ESQUIRE [25]
essentially [1]  11/23
even [2]  6/18 12/23
event [1]  6/14
every [2]  16/3 16/4
everybody [1]  6/2
exact [1]  12/2

example [1]  10/25
Executive [1]  2/8
exist [1]  14/15
expect [1]  15/15
extent [1]  15/19

**F**

FALKENBERG [1]  3/17
far [1]  10/17
FARR [2]  2/9 2/9
federal [2]  14/2 18/23
few [3]  6/4 8/1 16/23
fighting [1]  13/1
Figueroa [1]  2/6
figure [3]  15/9 16/8 17/10
file [1]  8/18
filed [3]  9/3 9/19 14/1
filing [1]  13/15
find [1]  16/15
fine [4]  16/13 16/14 17/2 17/8
first [3]  6/16 8/1 11/9
five [12]  6/14 6/22 7/4 8/11 8/16 8/21 9/4 9/16 12/22 14/13 14/14 14/16
flabbergasted [1]  16/19
FLOM [2]  2/12 2/16
Floor [2]  2/3 3/3
Florida [1]  2/10
focus [1]  15/4
folks [1]  11/1
follows [1]  5/3
foregoing [1]  18/25
foreshadowed [1]  6/18
forms [1]  15/9
forward [5]  8/2 14/8 14/15 14/17 18/9
FRANK [2]  3/2 7/19
FREEMAN [2]  1/16 5/16
FULBRIGHT [1]  4/2
full [1]  6/22
fundamental [1]  15/18

**G**

game [1]  7/13
Gaston [3]  6/6 6/8 18/7
GEDDIS [2]  1/17 5/16
general [1]  15/4
generis [1]  12/4
GEOPPINGER [1]  3/14
GEORGE [1]  2/9
Georgia [1]  3/7
gets [1]  16/24
getting [2]  11/10 18/9
GOLDENBERG [2]  2/2 2/3
Good [3]  5/10 5/15 7/18
Gorda [1]  2/10
GORDON [1]  3/2
governments [1]  10/25
great [1]  9/13
GREENBERG [1]  3/5
guess [2]  6/15 14/4

**H**

HACKETT [1]  2/9

happen [1]  11/24
happened [1]  10/24
happy [1]  16/17
has [4]  8/19 12/18 13/18 16/5
have [43]
having [2]  6/11 8/21
he [5]  9/25 15/14 16/5 16/7 17/9
he's [1]  15/9
Healthcare [2]  2/15 2/19
heard [1]  11/12
hearing [1]  6/19
held [1]  5/1
Hello [1]  14/20 14/22
helps [2]  11/9 15/4
here [3]  11/18 15/25 17/5
hesitate [1]  8/20
Hetero [2]  3/22 3/22
Hi [1]  14/23
HILL [1]  3/20
him [1]  15/25
his [2]  15/9 15/10
HOLMES [1]  2/9
HONIK [2]  1/13 1/14
Honor [35]
HONORABLE [3]  1/10 4/8 5/2
hope [1]  15/19
hopefully [6]  16/7 16/23 17/10 17/19 18/2 18/10
hour [1]  6/5
Huahai [4]  2/14 2/15 2/18 2/19
hugely [1]  16/2
Humana [1]  3/19

**I**

I'd [2]  9/2 16/22
I'll [5]  6/15 9/4 14/13 16/17 18/9
I'm [10]  5/8 5/21 5/23 11/16 14/12 16/13 16/14 16/14 16/19 17/8
I've [1]  13/20
ice [1]  8/22
ID [1]  10/2
idea [3]  9/16 9/17 12/12
identified [2]  7/25 14/13
identify [1]  5/9
ignore [1]  7/7
Illinois [1]  3/19
impact [1]  11/7
improperly [1]  14/1
impurities [2]  15/13 15/15
impurity [1]  15/9
inaccuracies [1]  10/8 10/12
Inc [9]  2/15 2/15 2/19 2/19 2/22 3/4 3/8 3/8 3/12
including [1]  15/12
inconsistent [2]  11/22 15/8
independent [1]  11/17
Indianapolis [1]  3/12
indicated [1]  10/17

individual [1]  13/19
Industries [1]  3/7
ingredients [1]  15/12
injury [1]  12/5
interest [1]  8/15
introduced [1]  5/9
involve [3]  6/15 9/6 13/5
involved [1]  9/10
involving [2]  9/1 18/3
IRBESARTAN [1]  1/4
issue [10]  7/17 9/21 12/15 12/25 13/6 13/21 13/23 14/25 17/19 18/10
issued [1]  6/7
issues [6]  7/24 8/25 10/16 11/11 14/16 18/11
items [1]  6/4
IVES [2]  3/17 3/18

**J**

JASON [1]  3/3
JEFFREY [1]  3/14
JERSEY [6]  1/1 1/8 1/18 3/22 13/14 13/16
JESSICA [4]  2/12 9/5 15/23 17/1
Jinsheng [3]  14/18 15/7 18/12
job [2]  15/9 15/10
John [3]  1/23 1/23 19/3
joining [1]  5/6
Judge [5]  7/18 7/25 8/16 9/20 14/23
judges [1]  8/14
judgments [1]  11/23
Judicial [1]  4/8
juries [1]  11/8
jurisdictions [1]  8/15
just [23]

**K**

KANNER [1]  1/20
KAPKE [3]  3/10 11/13 11/14
KARA [2]  3/10 11/14
Kass [1]  4/11
KATZ [2]  1/16 5/16
kick [1]  13/6
kind [2]  6/18 6/21
KIRKLAND [1]  2/20
KIRSTIN [1]  3/18
know [24]
knowing [1]  11/7
KRISTEN [1]  3/10
Kugler [1]  4/8
Kurz [3]  1/23 1/23 19/3

**L**

Labs [1]  3/22
lack [1]  12/1
larger [1]  7/14
Larry [1]  4/7
last [2]  6/19 15/25
law [5]  4/8 12/25 13/16 13/25 14/1
Lead [4]  1/15 1/19 1/22 2/4

least [1]  8/1
leaves [1]  10/15
less [1]  7/2
let [4]  10/6 14/13 14/14 16/24
let's [1]  13/8
letter [4]  14/24 16/25 17/12 18/9
Lexecon [4]  6/11 6/12 10/16 10/17
Lexington [1]  2/21
liability [3]  1/5 11/17 11/19
liaison [1]  11/15
like [6]  8/10 9/2 14/24 15/1 16/23 17/12
limitations [1]  13/20
Lin [1]  15/7
Lin's [2]  14/18 18/12
line [2]  16/22 17/9
list [7]  9/8 9/9 9/24 10/1 10/3 10/10 14/11
LITIGATION [1]  1/5
little [1]  13/25
LLC [6]  1/13 1/16 1/20 2/15 2/19 3/8
LLP [11]  2/5 2/12 2/16 2/20 3/2 3/5 3/9 3/14 3/17 3/20 4/2
local [1]  13/12
LOCKARD [3]  3/6 6/1 9/23
logical [1]  14/3
look [2]  15/11 18/9
looking [1]  16/18
Loretta [1]  4/8
Los [1]  2/7
LOSARTAN [1]  1/3
Loss [2]  1/22 2/4
lot [1]  18/5
Louisiana [1]  1/21
Ltd [4]  2/15 2/19 2/23 3/7

**M**

MacStravic [2]  4/7 6/5
made [2]  10/20 11/4
make [3]  7/21 9/8 11/21
makes [2]  10/5 11/20
Manhattan [1]  2/13
manufacturer [2]  10/21 12/6
manufacturers [1]  11/3
manufacturing [1]  15/12
many [1]  12/3
Market [1]  1/14
MARLENE [1]  3/5
MASTER [2]  1/10 5/2
matter [5]  6/6 14/8 14/19 17/13 19/1
may [7]  5/6 8/4 11/12 11/13 12/13 12/21 13/18
maybe [5]  7/14 10/4 10/7 13/2 17/18
MAZIE [2]  1/16 5/16
Mckesson [1]  4/4
md [1]  1/4

**M**

**MDL [7]** 1/15 1/19 8/9 8/10 8/21 8/23 9/17
**MDLs [3]** 8/16 10/24 12/18
**me [8]** 5/20 8/8 9/2 10/5 11/21 14/11 14/14 17/2
**MEAGHER [2]** 2/12 2/16
**mean [1]** 10/24
**mechanical [1]** 1/25
**meet [4]** 10/2 13/3 13/20 16/6
**Meridian [1]** 3/11
**might [6]** 6/20 7/12 7/13 8/10 12/25 13/1
**Mitchell [1]** 1/7
**Monroe [1]** 3/18
**more [2]** 9/8 14/13
**most [1]** 8/2
**move [4]** 7/4 14/8 14/16 15/2
**moving [1]** 14/15
**Mr. [8]** 6/5 6/13 7/20 9/24 13/25 16/14 16/17 17/9
**Mr. Bernardo [2]** 16/14 16/17
**Mr. MacStravic [1]** 6/5
**Mr. Nigh [3]** 6/13 7/20 9/24
**Mr. Nigh's [1]** 13/25
**Mr. Slater [1]** 17/9
**Ms. [1]** 11/13
**Ms. Kapke [1]** 11/13
**MSDS [1]** 16/3
**much [2]** 18/16 18/17
**multiple [3]** 11/1 11/23 12/17
**MURTHA [1]** 3/21
**my [5]** 13/18 13/24 13/25 16/2 17/4
**Mylan [8]** 3/4 6/15 7/3 7/7 7/17 7/19 8/25 9/6

**N**

**N.W [1]** 2/17
**names [1]** 5/8
**NE [1]** 3/6
**necessarily [1]** 7/19
**need [4]** 7/12 15/2 15/3 16/9
**negligence [2]** 11/17 11/19
**neither [1]** 17/5
**Nesbit [1]** 2/10
**new [13]** 1/1 1/8 1/18 1/21 2/14 2/14 2/17 2/22 2/22 3/22 6/23 13/13 13/16
**next [9]** 2/24 3/24 7/4 16/6 16/11 16/12 16/23 17/13 18/9
**NIGH [5]** 2/2 2/2 6/13 7/20 9/24
**Nigh's [1]** 13/25
**night [1]** 15/25

**NINA [1]** 2/17
**njd.uscourts.gov [1]** 1/23
**no [3]** 11/19 16/10 17/23
**NORTON [1]** 4/2
**not [17]** 6/15 7/9 7/11 9/20 10/16 12/4 12/9 12/14 12/21 12/23 12/25 15/25 16/24 17/4 17/4 18/14 18/15
**nothing [3]** 13/1 17/23 17/25
**notice [1]** 18/2
**now [2]** 5/5 6/25
**nuisance [1]** 11/18
**number [5]** 1/3 5/9 5/13 5/17 7/14
**numerous [1]** 11/3
**NW [1]** 2/3

**O**

**obviously [4]** 10/15 11/7 12/23 15/3
**occur [1]** 6/10
**occurred [2]** 12/18 12/20
**Official [1]** 1/23 18/23
**oh [2]** 7/9 12/15
**Ohio [1]** 3/16
**Okay [4]** 5/25 6/2 9/22 10/13
**one [9]** 2/13 3/3 5/24 6/10 11/11 12/6 12/11 15/10 16/4
**ones [2]** 10/7 10/8
**only [6]** 6/23 7/5 9/3 9/11 10/21 14/12
**open [1]** 13/13
**opioids [4]** 10/24 11/16 12/4 12/9
**opposed [2]** 8/10 11/10
**opposition [1]** 15/19
**order [3]** 5/5 6/6 18/7
**original [1]** 13/15
**Orleans [1]** 1/1
**other [4]** 8/14 8/25 17/10 18/11
**our [4]** 7/6 8/20 14/24 15/8
**out [13]** 9/8 9/11 13/3 15/9 16/8 16/15 16/24 17/11 18/3 18/4 18/5 18/8 18/10
**over [1]** 16/5
**Oxford [1]** 3/3

**P**

**P-A-T-E [1]** 13/11
**p.m [3]** 1/9 5/3 18/22
**page [2]** 2/24 3/24
**paper [2]** 16/4 16/15
**PAREKH [1]** 2/6
**Parkway [1]** 1/18
**participating [1]** 5/7
**particular [1]** 9/21
**parties [1]** 16/8
**Party [2]** 1/22 2/4
**pass [1]** 11/19
**pass-through [1]** 11/19

**Pate [1]** 13/11
**Pate's [1]** 13/21
**path [1]** 8/2
**PAUL [1]** 3/11
**Payor [2]** 1/22 2/4
**Pennsylvania [2]** 1/15 3/4
**people [1]** 15/16
**perfect [1]** 10/24
**perhaps [1]** 7/21
**person [3]** 5/8 5/13 5/17
**personal [1]** 12/5
**persons [1]** 5/7
**Pharma [2]** 2/22 3/8
**Pharmaceutical [5]** 2/14 2/15 2/18 2/19 3/7
**Pharmaceuticals [3]** 2/23 3/4 3/8
**pharmacies [3]** 7/1 10/16 11/3
**pharmacy [5]** 3/12 11/5 11/15 12/2 12/14
**phase [1]** 8/8
**Philadelphia [1]** 1/15
**phone [2]** 5/9 5/13
**physician [1]** 12/2
**pick [3]** 6/14 6/22 7/4
**picking [1]** 8/11
**picks [2]** 13/2 13/4
**Piedmont [1]** 3/6
**PIETRAGALLO [1]** 3/2
**Pittsburgh [1]** 3/4
**places [1]** 15/10
**plaintiffs [12]** 1/15 1/19 2/8 2/11 6/16 11/23 12/1 14/21 16/6 16/9 18/1 18/14
**plaintiffs' [2]** 2/8 17/21
**plan [1]** 7/13
**PLLC [1]** 2/2
**point [2]** 6/22 14/4
**pool [2]** 7/6 7/15
**position [1]** 6/11
**possible [1]** 15/21
**potential [2]** 6/19 7/15
**precedential [1]** 11/7
**precisely [1]** 10/25
**preference [1]** 7/25
**prejudiced [1]** 12/16
**preparation [1]** 14/10
**present [2]** 4/6 8/25
**presents [1]** 9/25
**pretrial [2]** 6/7 18/7
**Princeton [1]** 3/22
**principles [2]** 11/18 11/18
**Prinston [2]** 2/15 2/19
**prior [1]** 9/25
**priority [1]** 7/6
**probably [2]** 8/2 13/5
**problems [1]** 14/15
**proceedings [4]** 1/25 5/1 18/22 19/1
**process [1]** 15/12
**produce [1]** 16/3
**produced [6]** 1/25 15/1 16/16 16/21 17/3 17/5

**product [1]** 10/2
**production [1]** 18/11
**PRODUCTS [1]** 1/4
**proper [1]** 8/19
**proposal [2]** 8/7 10/20
**propose [1]** 16/10
**proposed [1]** 16/5
**proposing [1]** 7/20
**protected [1]** 13/15
**Punta [1]** 2/10
**pursuing [1]** 12/23

**Q**

**question [1]** 14/18
**questions [1]** 6/10
**QUINCY [1]** 3/11

**R**

**random [4]** 12/22 13/2 13/4 14/12
**RASO [1]** 2/2
**RASPANTI [1]** 3/2
**RDR [1]** 19/3
**RDR-RMR-CRR-CRC [1]** 19/3
**RE [1]** 1/3
**realized [2]** 6/20 11/4
**reasons [1]** 10/2
**record [1]** 19/1
**recorded [1]** 1/25
**REEFER [1]** 3/3
**refile [1]** 14/5
**refiled [1]** 14/3
**refiling [1]** 13/13
**regards [1]** 12/14
**relate [1]** 14/2
**remains [1]** 9/21
**remand [3]** 7/14 7/15 8/13
**remanded [3]** 8/17 8/17 9/18
**remember [1]** 10/7
**report [2]** 17/12 18/9
**Reporter [2]** 1/23 19/4
**REPORTER'S [1]** 18/23
**Reporter/Transcriber [1]** 19/4
**requesting [1]** 7/13
**required [1]** 16/3
**resolution [1]** 16/10
**resolve [4]** 14/16 16/8 17/18 17/19
**respect [9]** 6/12 10/16 13/10 14/9 14/15 14/15 14/18 14/19 18/10
**response [3]** 6/16 12/9 13/17
**rest [2]** 8/21 8/23
**RET [3]** 1/10 4/8 5/2
**retailer [3]** 3/12 12/24 12/24
**retailers [2]** 11/22 13/5
**retry [1]** 12/1
**return [1]** 6/13
**reveal [2]** 13/5 13/5
**Rich [2]** 16/5 17/9
**Richard [1]** 15/24

**RICHER [1]** 3/10
**Ridge [1]** 2/3
**right [16]** 5/4 5/12 6/20 7/10 7/16 8/3 9/15 10/19 13/8 13/22 14/7 15/23 17/7 17/17 17/24 18/17
**RMB [1]** 1/4
**RMR [1]** 19/3
**road [4]** 3/6 3/21 10/4 13/7
**Robert [1]** 4/8
**Roberts [4]** 6/6 6/8 6/10 18/7
**ROSE [2]** 2/17 4/2
**Roseland [1]** 1/18
**Rosemarie [1]** 4/9
**Ross [1]** 4/3
**Roszel [1]** 3/21
**RUBEN [1]** 1/14
**RUEB [1]** 2/5

**S**

**said [3]** 11/21 15/6 17/9
**SAK [1]** 1/4
**same [4]** 11/5 11/7 12/2 12/14
**save [1]** 10/4
**saw [1]** 13/17
**say [2]** 10/23 12/15
**schedule [2]** 6/7 6/8
**scheduled [1]** 18/12
**scheduling [1]** 15/21
**second [5]** 6/9 7/6 12/6
**see [5]** 12/15 13/2 13/3 13/4 15/15
**seeing [1]** 10/7
**seems [2]** 8/10 17/2
**seen [4]** 6/11 8/16 9/21 15/7
**select [2]** 9/4 14/13
**selected [1]** 12/11
**selector [1]** 14/12
**send [1]** 10/9
**sense [5]** 7/21 10/5 11/4 11/21 16/18
**sensible [1]** 8/2
**sent [1]** 6/5
**separate [1]** 11/22
**setting [1]** 6/7
**several [1]** 16/6
**share [1]** 9/24
**should [9]** 6/22 7/4 7/4 7/7 16/16 16/21 17/3 17/4 18/4
**shouldn't [2]** 6/12 6/14
**show [2]** 12/22 15/13
**showed [1]** 9/9
**side [2]** 17/21 17/24
**sides [1]** 10/3
**simplistic [1]** 9/8
**simply [1]** 13/14
**since [1]** 8/7
**single [1]** 16/3
**sitting [1]** 8/22
**SKADDEN [2]** 2/12 2/16
**SLATE [2]** 2/12 2/16
**SLATER [7]** 1/16 1/17

## S

**SLATER...** [5] 5/11 5/16 5/23 14/20 17/9
**Smith** [1] 4/8
**so** [16] 6/6 7/5 9/2 9/21 10/2 10/22 12/15 12/25 13/7 13/12 13/20 14/3 14/7 15/1 15/21 18/16
**Solco** [2] 2/15 2/19
**solution** [1] 8/11
**solvents** [1] 15/13
**some** [13] 6/25 7/24 8/12 8/12 8/14 8/17 9/17 10/1 10/4 10/12 12/23 13/18 16/20
**something** [2] 15/6 18/4
**soon** [1] 15/21
**sorry** [1] 5/21
**sort** [1] 11/7
**South** [1] 3/11
**speak** [4] 13/7 13/19 16/22 16/23
**speaking** [1] 16/14
**SPECIAL** [2] 1/10 5/2
**specifically** [1] 13/21
**split** [1] 12/5
**spoke** [1] 5/22
**spoken** [1] 13/12
**spreadsheet** [1] 10/10
**Square** [1] 2/3
**stand** [2] 13/10 14/6
**state** [5] 12/25 13/13 13/16 14/3 14/5
**stated** [1] 14/24
**statements** [1] 6/11
**STATES** [1] 1/1
**status** [4] 1/5 5/4 6/5 16/1
**statute** [2] 13/14 13/20
**stenography** [1] 1/25
**still** [5] 6/25 7/1 7/7 10/15 15/20
**STOLLER** [1] 2/5
**STOY** [2] 3/2 7/19
**straightforward** [1] 14/25
**streamlining** [1] 11/9
**Street** [7] 1/14 1/21 2/6 2/10 3/11 3/15 3/18
**Streets** [1] 1/7
**strictly** [1] 11/19
**submit** [3] 9/2 9/8 12/19
**submitted** [3] 9/9 10/1 10/9
**such** [1] 15/14
**suggestion** [3] 6/13 10/20 13/18
**sui** [1] 12/4
**Suite** [7] 1/14 1/18 2/7 3/6 3/15 3/18 4/3
**Suites** [1] 2/13
**supply** [3] 11/2 12/10 12/11
**suppose** [1] 16/25
**supposed** [1] 15/1
**sure** [4] 7/23 9/14 10/12 15/24

## T

**Take** [1] 18/19
**talk** [3] 6/9 9/5 16/17
**talked** [1] 7/1
**Teams** [2] 1/6 5/1
**terms** [3] 8/11 10/1 11/9
**Teva** [7] 3/7 3/8 3/8 7/5 9/1 9/3 14/11
**Texas** [1] 4/4
**Thank** [12] 6/3 6/17 9/22 10/13 10/14 13/9 17/16 18/15 18/17 18/18 18/20 18/21
**Thanks** [5] 5/12 5/12 6/2 11/14
**them** [8] 8/12 8/17 9/18 13/20 15/2 15/3 16/22 16/23
**themselves** [1] 5/9
**these** [4] 14/25 15/16 16/15 16/20
**they're** [5] 8/17 8/18 9/19 15/18 16/18
**things** [2] 13/10 14/19
**think** [19] 5/5 5/19 6/2 6/13 6/18 6/19 6/21 6/22 7/1 7/7 7/19 7/20 8/2 10/21 14/3 14/24 17/5 17/18 18/1
**third** [4] 1/22 2/3 2/4 9/5
**Third-Party** [2] 1/22 2/4
**this** [23]
**THOMAS** [2] 1/10 5/2
**THORNBURG** [1] 3/9
**though** [2] 10/11 12/21
**thought** [2] 8/20 10/11
**three** [3] 7/12 7/15 7/21
**through** [1] 11/19
**time** [2] 11/11 16/7
**today** [6] 6/7 14/8 15/25 16/7 17/21 18/13
**today's** [1] 6/4
**tomorrow** [1] 17/10
**too** [1] 12/14
**Torrent** [7] 2/22 2/23 2/23 7/5 9/1 9/3 14/12
**Torrent-only** [1] 14/12
**Transcriber** [1] 19/4
**transcript** [2] 1/25 18/25
**transcription** [1] 1/25
**transfer** [2] 8/18 9/18
**transferred** [2] 8/18 9/19
**TRAURIG** [1] 3/5
**travel** [1] 8/14
**treater** [1] 18/2
**treating** [1] 18/2
**trial** [10] 6/10 6/14 9/5 11/10 11/11 12/6 12/6 12/13 14/10 14/13
**trials** [4] 6/9 8/1 11/22 12/11
**tried** [4] 8/12 8/13 9/17 10/20
**trouble** [1] 10/4
**truncate** [1] 9/10
**turn** [2] 8/9 15/21
**two** [2] 8/8 12/12

## U

**U.S** [5] 1/7 2/15 2/15 2/19 2/19
**ULMER** [1] 3/14
**ultimately** [2] 7/13 11/3
**understand** [5] 8/24 10/18 16/1 16/17 16/18
**understanding** [5] 13/24 14/1 15/8 16/2 17/4
**undue** [1] 16/9
**UNITED** [1] 1/1
**until** [1] 13/7
**up** [8] 6/24 7/15 7/22 8/12 8/16 8/21 9/4 17/10
**us** [4] 4/2 10/6 15/20 18/15
**USA** [1] 3/8
**use** [1] 14/12

## V

**valsartan** [2] 1/3 8/10
**VANASKIE** [3] 1/10 5/2 7/18
**various** [1] 12/18
**VAUGHN** [1] 2/2
**venue** [1] 8/19
**verdict** [1] 11/25
**very** [3] 14/7 16/19 18/17
**via** [2] 1/6 5/1
**VICTORIA** [4] 3/6 6/1 9/23 10/6
**videoconferencing** [2] 1/6 5/1
**view** [1] 11/8
**Vine** [1] 3/15

## W

**waive** [1] 10/17
**waivers** [1] 6/12
**Walgreens** [1] 3/13
**WALLACK** [1] 3/20
**Walmart** [1] 3/13
**want** [2] 13/14 17/3
**wanted** [1] 6/9
**wants** [2] 7/16 13/22
**Washington** [2] 2/4 2/18
**wasn't** [1] 16/7
**wave** [5] 6/9 7/12 7/15 7/21 9/5
**way** [2] 7/2 16/8
**ways** [1] 12/13
**we'll** [6] 5/4 9/5 10/9 13/6 14/16 18/3
**we've** [5] 6/21 6/21 7/1 10/9 12/19
**Wednesday** [2] 1/8 17/13
**week** [4] 16/7 16/11 16/12 18/9
**Weinstein** [1] 4/10
**weren't** [1] 16/16
**West** [1] 2/13
**whether** [3] 6/12 6/14 17/3
**while** [1] 8/21
**WHITELEY** [2] 1/20 1/20
**wholesaler** [2] 3/16 11/6

**wholesalers** [1] 11/2
**why** [1] 16/17
**will** [10] 6/7 6/25 10/23 12/5 12/22 13/5 14/5 16/22 17/9 17/15
**WILLIAM** [1] 3/21
**WILLIAMSON** [1] 2/9
**willing** [1] 8/14
**win** [1] 12/13
**withdraw** [1] 15/19
**without** [2] 16/9 18/3
**won't** [1] 14/8
**wondering** [1] 6/12
**work** [8] 6/23 8/16 8/21 12/13 13/3 18/3 18/4 18/10
**workable** [1] 10/22
**worked** [6] 7/15 7/22 9/4 16/24 18/5 18/8
**working** [1] 8/12
**wouldn't** [2] 8/23 15/7

## Y

**Yeah** [3] 10/19 13/4 18/5
**yes** [5] 6/18 8/6 11/13 16/13 18/6
**York** [5] 2/14 2/14 2/17 2/22 2/22
**you** [38]
**You'd** [1] 11/22
**you'll** [2] 17/18 17/19 18/10
**you've** [2] 12/10 18/5
**yourself** [1] 11/21

## Z

**Zalman** [1] 4/11
**Zhejiang** [2] 2/14 2/18
**ZHP** [13] 2/15 2/19 6/23 7/4 7/5 8/5 8/9 9/1 9/3 9/11 11/25 14/11 15/19