UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

## SPECIAL MASTER ORDER

**NOW,** this 16th Day of December, 2024, IT IS HEREBY ORDERED **THAT** the following cases, identified by Plaintiff name and Docket Number, are selected tentatively for the second wave of bellwether trials:

1. Lana Dufrene, No. 1:19-cv-15633
2. Paulette Kenndy, No. 1:20-cv-7638
3. Silvano Kinkela, No. 1:20-cv-02880
4. Estate of Ronald Meeks, No. 1:19-cv-16209
5. Georgia Murawski, No. 20-cv-14302

1

**IT IS FURTHER ORDERED** that counsel shall be prepared to assert any objections to the inclusion of any of the foregoing cases for bellwether trials at the status conference scheduled for December 18, 2024.

Dated: December 16, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master