# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

December 17, 2024

*Via ECF*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

> Re:  *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875 (D.N.J.)

Dear Judge Vanaskie:

Please accept this agenda letter on behalf of the Plaintiffs in advance of the December 18, 2024 status conference.

1. **Wave Two Bellwether Pool.**

The Court's December 16, 2024 Order selected 5 cases for inclusion within Wave 2. One of the selected cases, Georgia Murawski (No. 20-cv-14302), appears to lack diversity as Ms. Murawski is a Delaware resident and has sued Prinston and

Hon. Thomas I. Vanaskie, Special Master
December 17, 2024
Page 2

Solco, among others, who are Delaware corporations. Additionally, a second plaintiff, Paulette Kennedy (1:20-cv-7638), has sued Mylan who has refused to waive its *Lexecon* rights. Therefore, Plaintiffs suggest that the Court randomly select an additional 2 cases for inclusion within Wave 2. The Parties met and conferred last week and agreed to a set of plaintiffs who do not appear to lack diversity and whose claims do not implicate Mylan or Aurobindo defendants. As such, Plaintiffs propose the Court select an additional 2 cases from the following list of plaintiffs:

1. Bonmon, Yolanda
2. Crawford, Rita
3. Garcia, Robert
4. Lee, Robert
5. Smalls, Evons
6. Suits, James
7. Weygandt, Robert

**2. Plaintiffs' Update Regarding Certificates of Analysis and Document Protocols**

The Parties are continuing to meet and confer regarding a potential stipulation. ZHP's counsel proposed general language during the Parties' December 17, 2024 meet and confer, and Plaintiffs provided their input. ZHP's counsel agreed to propose more specific language, and the Parties agreed to provide a further update

Hon. Thomas I. Vanaskie, Special Master
December 17, 2024
Page 3

during the first week of January 2025.  Plaintiffs propose January 8, 2025, to submit

that update, if acceptable to the Court.

                                                  Respectfully,

                                                  Adam M. Slater
                                                  Plaintiffs' Liaison Counsel

Cc: Counsel of record (via ECF)