**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  VALSARTAN, LOSARTAN, | CIVIL ACTION NUMBER: |
| and IRBESARTAN PRODUCTS | 1:19-md-02875-RMB-SAK |
| LIABILITY LITIGATION | Status Conference |
| | via Teams videoconferencing |

Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101
Wednesday, December 18, 2024
Commencing at 4:00 p.m.

**B E F O R E:**          THE HONORABLE THOMAS I. VANASKIE (RET.),
                         SPECIAL MASTER

**A P P E A R A N C E S:**

MAZIE SLATER KATZ & FREEMAN, LLC
BY:  CHRISTOPHER J. GEDDIS, ESQUIRE
103 Eisenhower Parkway, Suite 207
Roseland, New Jersey 07068
Co-Lead Counsel for MDL Plaintiffs

PRETI FLAHERTY BELIVEAU & PACHIOS, CHARTERED LLP
BY:  GREGORY P. HANSEL, ESQUIRE
One City Center, PO Box 9546
Portland, Maine 04112
Co-Lead Class Counsel for Third-Party Payor Economic Loss

John J. Kurz, Official Court Reporter
John_Kurz@njd.uscourts.gov
(856)576-7094

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.

1 **A P P E A R A N C E S:** (Continued)

2 NIGH GOLDENBERG RASO & VAUGHN, PLLC
 BY:  DANIEL A. NIGH, ESQUIRE
3      C. BRETT VAUGHN, ESQUIRE
 14 Ridge Square NW, Third Floor
4 Washington, D.C. 20016
 Co-Lead Class Counsel for Third-Party Payor Economic Loss
5
 SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
6 BY:  JESSICA DAVIDSON, ESQUIRE
 One Manhattan West
7 Suites 42-128
 New York, New York 10001
8 Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
 Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
9 Solco Healthcare U.S., LLC (collectively ZHP)

10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
 BY:  NINA R. ROSE, ESQUIRE
11 1440 New York Avenue, N.W.
 Washington, D.C. 20005
12 Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
 Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
13 Solco Healthcare U.S., LLC (collectively ZHP)

14
 KIRKLAND & ELLIS LLP
15 BY:  ALEXIA R. BRANCATO, ESQUIRE
 601 Lexington Avenue
16 New York, New York 10022
 Counsel for Defendants Torrent Pharma, Inc. and
17 Torrent Pharmaceuticals Ltd. (collectively Torrent)

18 MORGAN, LEWIS & BOCKIUS, LLP
 BY: JOHN P. LAVELLE, JR.
19 502 Carnegie Center
 Princeton, New Jersey 08540
20 Counsel for Defendants Aurolife Pharma LLC
 and Aurobindo Pharma USA, Inc.
21
 PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
22 BY:  FRANK STOY, ESQUIRE
      JASON M. REEFER, ESQUIRE
23 One Oxford Centre, 38th Floor
 Pittsburgh, Pennsylvania 15219
24 Counsel for Defendant Mylan Pharmaceuticals, Inc.

25          (Appearances continued onto next page)

**A P P E A R A N C E S:** (Continued)

GREENBERG TRAURIG LLP
BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
     STEVEN HARKINS, ESQUIRE
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

WALSH PIZZI O'REILLY FALANGA LLP
BY:  CHRISTINE I. GANNON, ESQUIRE
Three Gateway Center, 100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Counsel for Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

BARNES & THORNBURG, LLP
BY:  KARA KAPKE, ESQUIRE
11 South Meridian Street
Indianapolis, IN 46204
Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
Walmart, Walgreens

ULMER & BERNE LLP
BY: JEFFREY D. GEOPPINGER, ESQUIRE
600 Vine Street
Suite 2800
Cincinnati, Ohio 45202
Counsel for Wholesaler Defendants and AmerisourceBergen

FALKENBERG IVES LLP
BY:  KIRSTIN B. IVES, ESQUIRE
230 W Monroe Street, Suite 2220
Chicago, Illinois 60606
Counsel for Defendant Humana

CROWELL & MORING LLP
BY:  ANDREW KAPLAN, ESQUIRE
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Counsel for Defendant Cardinal Health


                    (Appearances continued onto next page.)

1 | **A P P E A R A N C E S:** (Continued)

2 | NORTON ROSE FULBRIGHT US LLP
   | BY:  D'LESLI DAVIS, ESQUIRE
3 | 2200 Ross Avenue
   | Suite 3600
4 | Dallas, Texas 75201
   | Counsel for Defendant Mckesson Corp.

5 |

6 | **Also present:**

7 | Larry MacStravic, The Courtroom Deputy

8 | Loretta Smith, Esquire, Judicial Law Clerk to the Honorable
   | Robert B. Kugler (Ret.)
9 |
   | Clarissa Lintner, Esquire, Judicial Law Clerk to the Honorable
10 | Renée Marie Bumb, Chief Judge

11 | Rosemarie Bogdan, Esquire

12 | Corey Weinstein, Esquire

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1        (PROCEEDINGS held via Teams videoconferencing before

2    the Honorable Thomas I. Vanaskie (Ret.), Special Master, at

3    4:00 p.m. as follows:)

4            (Discussion was held off the record.)

5            THE COURT:  And, Daniel, are you going to be the

6    spokesperson on the plaintiffs' side?

7            MR. NIGH:  I will.  I will for the bellwether issues,

8    and then we have -- I believe Chris Geddis will be on for the

9    other issue.

10            THE COURT:  Okay.

11            (Discussion was held off the record.)

12            THE COURT:  We'll give it a minute and then we'll get

13    started.

14            (Pause.)

15            THE COURT:  All right.  Why don't we get started.

16            I scheduled this conference call now and then sent

17    out a tentative listing of bellwether -- cases selected for

18    bellwether trials, the procedure.

19            I've received the parties' responses and objections,

20    and they're well-taken, by the way.

21            And so I thought I'd start our call today by

22    soliciting proposals from each side about how you want to

23    proceed to select the next cases for bellwether trials.

24            Victoria, are you speaking on behalf of the defense?

25            MS. LOCKARD:  Yes; on behalf of the manufacturers,

1    Your Honor.  There may be some additional discussion from the

2    wholesalers.

3            THE COURT:  Okay.  Yes.

4            MS. LOCKARD:  But I think I can probably lead off.

5            I mean -- and, Your Honor, I apologize we didn't get

6    back to you on the list, you know, maybe as quickly as we

7    should have.  We were working and meeting and conferring to try

8    to work through some of these issues, and so --

9            THE COURT:  And I think I jumped the gun there.  I

10   just want to keep the case moving and get these trials

11   identified.  And so I jumped the gun.  No need for you to

12   apologize.

13           MS. LOCKARD:  Okay.  I just -- I wanted to make sure

14   you knew we were working on it, not sitting on our hands.

15           But I think we are in agreement with the plaintiffs

16   that Kennedy and Murawski will have to come out of the pool.

17   From Teva's perspective, we thought there was a way to work

18   around on Kinkela, but it seems like there are enough issues

19   that that's a tricky enough one.  We have no objection if we

20   want to pull that one out.

21           Plaintiffs' proposal in their letter was that we have

22   the Court randomly repick to fill the two or now three slots

23   that need to be replaced.  And on the defense perspective, that

24   is agreeable with us.  So we would be in agreement with keeping

25   the two cases that are not problematic, which are the Meeks

1    case and the Dufrene case, and then having Your Honor repick

2    three additional cases from the list of eligible cases which

3    are in plaintiffs' submission letter.

4            THE COURT:  Okay.  So is there agreement that the

5    cases in plaintiffs' letter can be suitable for bellwether

6    trials?

7            MS. LOCKARD:  From our perspective, yes.  But you

8    will see Ms. Kapke popped on, and I think there is an issue

9    with the wholesalers and retailers that need to be addressed

10   with some of these.

11           THE COURT:  All right.  Before I call upon Kara.

12           Daniel, are you in agreement that we can pick from

13   the remaining cases three that need to be yet selected?

14           MR. NIGH:  That's right.  We're in agreement.  We've

15   got the list.  I think it's seven cases.  And I agree that we

16   replace Kennedy, Kinkela and Murawski and pick three new cases.

17           THE COURT:  Okay.  All right.

18           And, Kara, and I see Jeff, you've popped up as well,

19   so let's hear from you all.

20           MS. KAPKE:  Well, Your Honor, I think it's our

21   understanding that the Court wants to have cases worked up for

22   trial that can be heard in Judge Bumb's courtroom.  And right

23   now none of the pharmacy defendants in these cases have waived

24   their *Lexecon* rights.  They haven't actually been put to the

25   test on whether they have *Lexecon* rights.

1          And so what we've said repeatedly is that it's

2   plaintiffs' position that they want to have a case solely

3   against the ZHP API manufacturers, ZHP, Teva, Torrent, that

4   makes sense to us.  And so we think that the pharmacies should

5   be dismissed with prejudice from those cases and go from there.

6          So we have not -- the pharmacies in these cases, in

7   the seven cases, have not talked to their clients, for

8   instance, about whether they would assert their *Lexecon* rights

9   or whether they would waive their *Lexecon* rights.  We have not

10  made that determination as of yet.  I do know that there are

11  some clients who would, in fact, assert their *Lexecon* rights.

12  So I want that to be clear for the record.

13          THE COURT:  Okay.  Jeff, did you want to be heard?

14          MR. GEOPPINGER:  Yes, Your Honor.  Thank you.

15          THE COURT:  Mr. Geoppinger.

16          MR. GEOPPINGER:  With respect to the wholesalers,

17  we're kind of in a similar boat with the pharmacies.  The

18  wholesalers haven't been put to the task of answering that

19  question and whether they would waive their *Lexecon* right or

20  not in any particular case.  There are some wholesaler

21  defendants sprinkled amongst the seven cases that are on that

22  list.  So if one of them is selected and there's a wholesaler

23  defendant in it, that question will have to be answered.  And I

24  can't tell you the answer to that question right now with

25  respect to *Lexecon*.

```
 1              THE COURT:  Okay.
 2              MR. GEOPPINGER:  I will say, however, though, and
 3     this is with respect to wholesalers, you know, a lot of times
 4     in these cases, you know, personal injury plaintiffs don't know
 5     who distributed their product.
 6              So if a case is selected with a wholesaler, there
 7     will be an opportunity to look at that.  And just because a
 8     wholesaler may be named in the complaint may be an opportunity
 9     to have that wholesaler dismissed because they're not
10     appropriate because, for instance, the plaintiff might have got
11     their drugs from a local pharmacy.  Like, for instance, the
12     Gaston Roberts case, where a wholesaler, meaning one of the
13     three wholesalers in the litigation, would not have been a
14     distributor for the pharmacy, such that, you know, we could
15     probably work out getting the wholesaler out of the case, I
16     would hope, such that, you know, *Lexecon* wouldn't even become
17     an issue.
18              So that's a long way of saying:  Once they're
19     selected, we'll take a look at it and try to figure it out.
20              MS. KAPKE:  I will also --
21              THE COURT:  Yeah.  I think that's where -- go ahead,
22     Victoria.
23              MS. KAPKE:  It was Kara.  Sorry.
24              THE COURT:  Kara.
25              MS. KAPKE:  I will also note, Your Honor, I don't
```

1     represent Apothecare Pharmacy in the Yolanda Bonmon case.  And,

2     you know, I don't even know if they've entered an appearance or

3     if there was proof of service filed.  But they were named as a

4     defendant in the short form complaint.

5          I think diversity jurisdiction would be lacking if

6     they remained a defendant.  So, again, I can't speak for that

7     pharmacy.  I don't even know if they're a proper defendant or

8     not.  But there might be a lack of complete diversity in that

9     case if the pharmacy defendant remains.

10         THE COURT:  All right.

11         MS. LOCKARD:  And I think that's one that Mr. Nigh

12    and I discussed.  And I thought that the Apothecare Pharmacy

13    issue was resolved.  Either they weren't served or they were

14    being dismissed, which is why it was still on the list.

15         MR. NIGH:  And this is Daniel Nigh, I think that's

16    correct, Victoria.

17         THE COURT:  Okay.  So that case is all right to move

18    forward then.

19         MR. NIGH:  Yes.

20         THE COURT:  I did want to take this time, before I

21    forget, because we had mentioned Loretta, Loretta Smith,

22    long-time law clerk for Judge Kugler, who has continued to work

23    on this matter, will be reassigned, I take it.  And Loretta has

24    Judge Bumb's law clerk, Clarissa.  I think Clarissa is on the

25    line as well, and I wanted to introduce you all to both

```
 1   Clarissa and to give Loretta a chance to wish you all well.
 2            So, Loretta, how about if I turn it over to you.
 3            MR. NIGH:  Loretta, you're on mute.
 4            MS. SMITH:  I just wanted to say what Judge Vanaskie
 5   has alluded to; that I have been reassigned to one of the other
 6   clerks in the courthouse, and Clarissa Lintner, who is on the
 7   call, I believe, will be handling the valsartan MDL from now
 8   on.  So you will be seeing and hearing maybe or seeing her
 9   opinions or her work in the coming months.
10            And I just wanted to also thank you so much for
11   giving me the opportunity to learn from you all.  Oh, my, it's
12   been an amazing journey to read your arguments and submissions
13   and to research them and to learn so much from you all.  Thank
14   you.  Thank you.  Thank you.
15            So, you know, I wish you well with Clarissa.  I know
16   you'll have every thoughtful opinion from her.  She's just a
17   wonderful law clerk.  And, you know, have great holidays.
18   Thanks.  See you.
19            THE COURT:  Thank you.
20            MR. NIGH:  Thank you, Loretta.
21            MS. LOCKARD:  Thank you.
22            MR. NIGH:  I'd like to say from the plaintiffs' side,
23   thank you for all your hard work.  We'll miss you.  And we look
24   forward to working with Clarissa.  Thank you.
25            MS. SMITH:  Thanks.
```

1          MS. LOCKARD:  And I echo that as well.  You've been a

2    trooper throughout this long journey, so we know you have put

3    in a lot of time and effort, and we appreciate it.

4          MS. SMITH:  Thanks, Victoria.  Thanks, Daniel.  See

5    you.  Bye.

6          MR. NIGH:  Thanks.

7          MS. LOCKARD:  Your Honor.

8          THE COURT:  Yes.

9          MS. LOCKARD:  I did have just a couple of things also

10   that were in our letter that I wanted to make sure I got on the

11   record.

12         THE COURT:  Absolutely.  Go ahead.

13         MS. LOCKARD:  So the first, as you'll see from our

14   submission, Teva, you know, recognizing these cases can move

15   forward, Teva, our Israeli entity, Teva Industries, we do have

16   a personal jurisdiction argument that we want to make sure we

17   are preserving and we'd get an opportunity to brief that.

18         We addressed this in the TPP trial.  We filed a

19   motion for summary judgment as to the lack of personal

20   jurisdiction for this Teva entity.  That was docket 2565.  And

21   the parties ultimately reached a stipulation on that, that

22   allowed us to move forward.  And that was docket 2656.

23         So in part of our meet-and-confer efforts, we had

24   suggested maybe we could reach a similar sort of stipulation.

25   So I hope the parties can continue to work on that.  But if we

1    reach an impasse, we may need to submit a motion on that with

2    respect to the Israeli entity.  That would not impact the U.S.

3    Teva entity and that could go forward.

4               THE COURT:  All right.

5               MS. LOCKARD:  That's the first --

6               THE COURT:  Daniel, any response?

7               MR. NIGH:  Yes.  I wasn't intimately familiar with

8    those discussions or that issue the last time.  And I know

9    several others of our team were, and so we're just calling upon

10   them in terms of looking at those issues, and I think if we

11   have some meet and confers, we may be able to iron it out.

12              THE COURT:  All right.  Very well.  Good.

13              I cut you off, Victoria, go ahead.

14              MS. LOCKARD:  No.  As you should have, because I'm

15   just kind of plowing through.

16              But the second point we raised in our submission,

17   there is one additional case that is not in the pool.  It

18   hasn't been selected.  It's in the bellwether set.  But it is

19   also lacking subject matter jurisdiction because of the

20   plaintiff's Delaware residency, and that is Pate, P-A-T-E.

21              THE COURT:  Right.

22              MS. LOCKARD:  I think that is being worked out, but I

23   also wanted to get that on the record because I think we need

24   to get this pool cleaned up as a whole.  Then we'll continue to

25   work on that.

```
1              And the other point we had talked with plaintiffs

2       about in our meet and confer is we would like to move the

3       Wave 3 cases forward.  My client, Teva, has asked us to do

4       that.  Those would be cases involving the Mylan side.  And of

5       course, Teva is both on the ZHP and the Mylan side.  So, you

6       know, there's nothing for us necessarily to do today.  But we'd

7       like to continue talking with plaintiffs and with Mylan about

8       getting a schedule in place to follow as closely on the heels

9       of Wave 2.

10             THE COURT:  I'm glad you raised that.  And that's

11      what we should do.  And we should make that a topic for our

12      next conference call.

13             Parties, at least the plaintiffs have indicated they

14      would get back to me by January 8th on some of these issues.  I

15      will look at the calendar and schedule another conference call.

16             MR. NIGH:  Your Honor, if I may, on Pate, I would

17      just ask if defense counsel can send an email looping in the

18      individual counsel on Pate, because we can't speak for them.

19      They've got certain things that they think, but cc us.  I am

20      the counsel on Murawski, so I can deal with that issue on

21      subject matter jurisdiction.

22             THE COURT:  Okay.  Very well.  All right.

23             Let's circle back now to selecting cases for Wave 2

24      for trial.  We have a limited number of cases.  I take it

25      counsel are comfortable with me using some basis to select --
```

```
 1   random basis to select the cases that go to trial from that
 2   limited pool of cases.
 3               MS. LOCKARD:  Right.  I think that's correct.  So the
 4   pool is the seven cases that are listed in plaintiffs'
 5   submission.  I'll just run through them.  It's Bonmon,
 6   Crawford, Garcia, Lee, Smalls, Suits, and Weygandt.
 7               THE COURT:  Okay.
 8               MR. NIGH:  We agree, Your Honor.
 9               THE COURT:  All right.  And I will use a basis to
10   make a random selection of three of those cases for trial.
11               Where do things stand with respect to the discovery
12   that is outstanding, the deposition of Jinsheng Lin, and the
13   production of documents?
14               MS. KAPKE:  Your Honor, before we move to that topic,
15   can we -- is there something that you would like from the
16   downstream defendants, or can we have a decision from
17   plaintiffs on whether they are going to dismiss the downstreams
18   so that they can proceed in the manner that you indicated; that
19   cases in Wave 2 would be heard before Judge Bumb?
20               THE COURT:  Daniel?
21               MR. NIGH:  Well, first off, the decision to dismiss
22   may be an individual decision between the attorney and the
23   client.
24               THE COURT:  Yeah.
25               MR. NIGH:  So we can't speak on behalf, as
```

1    leadership, on behalf of those individual counsel.  But my

2    suggestion is let's pick the new three and then we will have

3    sort of conversations with those attorneys and they'll have

4    conversations with their counsel.

5         I suspect, you know, we might have some of them that

6    don't have any pharmacy.  We might have some where we assess it

7    and say, well, the pharmacy, you know, we may say, well, it's a

8    weaker claim, depending on state law, and/or we might also find

9    out that in some of them, you know, the pharmacy doesn't even

10   step in until later in the case in sort of some states where

11   it's an inability to pay or some sort of finding of that by the

12   manufacturer.

13        So I think we just got to see what's picked, see what

14   the individual state law is for each of those, see who we

15   actually have claims against the pharmacy on.

16        THE COURT:  All right.  Let's get the cases selected,

17   and then you can address the issue of these downstream

18   defendants in terms of whether the clients, plaintiffs

19   themselves are willing to dismiss the downstream defendants or

20   not, and then we'll just have to figure out where we go from

21   there.  All right?

22        MS. KAPKE:  Thanks, Your Honor.  We would just

23   request that that also be done for the Lana Dufrene case as

24   well.

25        THE COURT:  Yeah.  For those cases that are going to

```
1    go forward, it needs to be done as well, absolutely.

2              All right.  Anything else to discuss today?

3              MS. LOCKARD:  Not that I'm aware of.

4              THE COURT:  Anything else?

5              MR. NIGH:  No, Your Honor.

6              THE COURT:  All right.  We'll adjourn the call for

7    today.  I'll get the transcript, and I'll select those

8    remaining cases, and we'll proceed from there.

9              MS. LOCKARD:  Thank you.

10             MR. NIGH:  Thank you, Your Honor.

11             THE COURT:  Thank you all.  Thank you all very much.

12             MS. LOCKARD:  Happy holidays.

13             THE COURT:  Happy holidays.

14             MR. NIGH:  Thank you.

15             THE COURT:  Bye-bye.

16             (Proceedings concluded at 4:18 p.m.)
```

17       - - - - - - - - - - - - - - - - - - - - - -
         **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
18       - - - - - - - - - - - - - - - - - - - - - -

```
19        I certify that the foregoing is a correct transcript

20   from the record of proceedings in the above-entitled matter.

21

22

23   /S/John J. Kurz, RDR-RMR-CRR-CRC          December 21, 2024

24   Court Reporter/Transcriber

25
```

**MR. GEOPPINGER:**
**[3]** 8/14 8/16 9/2
**MR. NIGH: [16]** 5/7
7/14 10/15 10/19 11/3
11/20 11/22 12/6 13/7
14/16 15/8 15/21 15/25
17/5 17/10 17/14
**MS. KAPKE: [6]** 7/20
9/20 9/23 9/25 15/14
16/22
**MS. LOCKARD: [17]**
5/25 6/4 6/13 7/7 10/11
11/21 12/1 12/7 12/9
12/13 13/5 13/14 13/22
15/3 17/3 17/9 17/12
**MS. SMITH: [3]** 11/4
11/25 12/4
**THE COURT: [37]**

**/**

**/S/John [1]** 17/23

**0**

**04112 [1]** 1/17
**07068 [1]** 1/14
**07102 [1]** 3/8
**08101 [1]** 1/8
**08540 [1]** 2/19

**1**

**100 [1]** 3/7
**10001 [1]** 2/7
**1001 [1]** 3/21
**10022 [1]** 2/16
**103 [1]** 1/14
**11 [1]** 3/11
**128 [1]** 2/7
**14 [1]** 2/3
**1440 [1]** 2/11
**15219 [1]** 2/23
**15th [1]** 3/7
**18 [1]** 1/8
**1:19-md-02875-RMB-SA
K [1]** 1/4

**2**

**20004 [1]** 3/22
**20005 [1]** 2/11
**20016 [1]** 2/4
**2024 [2]** 1/8 17/23
**207 [1]** 1/14
**21 [1]** 17/23
**2200 [1]** 4/3
**2220 [1]** 3/18
**230 [1]** 3/18
**2500 [1]** 3/3
**2565 [1]** 12/20
**2656 [1]** 12/22
**2800 [1]** 3/15

**3**

**30305 [1]** 3/4
**3333 [1]** 3/3
**3600 [1]** 4/3
**38th [1]** 2/23

**4**

**42-128 [1]** 2/7
**45202 [1]** 3/16
**46204 [1]** 3/12
**4:00 [1]** 1/9
**4:00 p.m [1]** 5/3
**4:18 p.m [1]** 17/16
**4th [1]** 1/7

**5**

**502 [1]** 2/19
**576-7094 [1]** 1/21

**6**

**600 [1]** 3/15
**601 [1]** 2/15
**60606 [1]** 3/19

**7**

**7094 [1]** 1/21
**75201 [1]** 4/4

**8**

**856 [1]** 1/21

**9**

**9546 [1]** 1/17

**A**

**able [1]** 13/11
**above [1]** 17/20
**above-entitled [1]** 17/20
**absolutely [2]** 12/12 17/1
**Actavis [4]** 3/5 3/5 3/9
3/9
**ACTION [1]** 1/3
**actually [2]** 7/24 16/15
**additional [3]** 6/1 7/2
13/17
**address [1]** 16/17
**addressed [2]** 7/9 12/18
**adjourn [1]** 17/6
**again [1]** 10/6
**against [2]** 8/3 16/15
**agree [2]** 7/15 15/8
**agreeable [1]** 6/24
**agreement [5]** 6/15 6/24
7/4 7/12 7/14
**ahead [3]** 9/21 12/12
13/13
**aided [1]** 1/22
**ALEXIA [1]** 2/15
**ALFANO [1]** 2/21
**all [21]**
**allowed [1]** 1/23
**alluded [1]** 11/5
**also [9]** 4/6 9/20 9/25
11/10 12/9 13/19 13/23
16/8 16/23
**am [1]** 14/19
**amazing [1]** 11/12
**AmerisourceBergen [1]**
3/16
**amongst [1]** 8/21
**ANDREW [1]** 3/21
**another [1]** 14/15
**answer [1]** 8/24

**answered [1]** 8/23
**answering [1]** 8/18
**any [3]** 8/20 13/6 16/6
**Anything [2]** 17/2 17/4
**API [1]** 8/3
**apologize [2]** 6/5 6/12
**Apothecare [2]** 10/1
10/12
**appearance [1]** 10/2
**Appearances [2]** 2/25
3/24
**appreciate [1]** 12/3
**appropriate [1]** 9/10
**are [17]** 5/5 5/24 6/15
6/18 6/25 6/25 7/3 7/12
8/10 8/20 8/21 12/17
14/25 15/4 15/17 16/19
16/25
**argument [1]** 12/16
**arguments [1]** 11/12
**around [1]** 9/12
**ARPS [2]** 2/5 2/10
**ask [1]** 14/17
**asked [1]** 14/3
**assert [2]** 8/8 8/11
**assess [1]** 16/6
**Atlanta [1]** 3/4
**attorney [1]** 15/22
**attorneys [1]** 16/3
**Aurobindo [1]** 2/20
**Aurolife [1]** 2/20
**Avenue [4]** 2/11 2/15
3/21 4/3
**aware [1]** 17/3

**B**

**back [3]** 6/6 14/14 14/23
**BARNES [1]** 3/10
**basis [3]** 14/25 15/1 15/9
**because [8]** 9/7 9/9 9/10
10/21 13/14 13/19 13/23
14/18
**become [1]** 9/16
**been [7]** 7/24 8/18 9/13
11/5 11/12 12/1 13/18
**before [5]** 5/1 7/11 10/20
15/14 15/19
**behalf [4]** 5/24 5/25
15/25 16/1
**being [2]** 10/14 13/22
**believe [2]** 5/8 11/7
**BELIVEAU [1]** 1/16
**bellwether [6]** 5/7 5/17
5/18 5/23 7/5 13/18
**BERNE [1]** 3/14
**between [1]** 15/22
**boat [1]** 8/17
**BOCKIUS [1]** 2/18
**Bogdan [1]** 4/11
**Bonmon [2]** 10/1 15/5
**BOSICK [1]** 2/21
**both [2]** 10/25 14/5
**Box [1]** 1/17
**BRANCATO [1]** 2/15
**BRETT [1]** 2/3
**brief [1]** 12/17
**Building [1]** 1/7

**Bumb [2]** 4/10 15/19
**Bumb's [2]** 7/22 10/24
**bye [3]** 12/5 17/15 17/15
**Bye-bye [1]** 17/15

**C**

**calendar [1]** 14/15
**call [7]** 5/16 5/21 7/11
11/7 14/12 14/15 17/6
**calling [1]** 13/9
**Camden [1]** 1/8
**can [12]** 6/4 7/5 7/12 7/22
12/14 12/25 14/17 14/20
15/15 15/16 15/18 16/17
**can't [4]** 8/24 10/6 14/18
15/25
**Cardinal [1]** 3/22
**Carnegie [1]** 2/19
**case [14]** 6/10 7/1 7/1 8/2
8/20 9/6 9/12 9/15 10/1
10/9 10/17 13/17 16/10
16/23
**cases [29]**
**cc [1]** 14/19
**Center [3]** 1/17 2/19 3/7
**Centre [1]** 2/23
**certain [1]** 14/19
**CERTIFICATE [1]**
17/17
**certify [1]** 17/19
**chance [1]** 11/1
**CHARTERED [1]** 1/16
**Chicago [1]** 3/19
**Chief [1]** 4/10
**Chris [1]** 5/8
**CHRISTINE [1]** 3/7
**CHRISTOPHER [1]**
1/13
**Cincinnati [1]** 3/16
**circle [1]** 14/23
**City [1]** 1/17
**CIVIL [1]** 1/3
**claim [1]** 16/8
**claims [1]** 16/15
**Clarissa [3]** 4/9 10/24
10/24 11/1 11/6 11/15
11/24
**Class [2]** 1/18 2/4
**cleaned [1]** 13/24
**clear [1]** 8/12
**clerk [5]** 4/8 4/9 10/22
10/24 11/17
**clerks [1]** 11/6
**client [2]** 14/3 15/23
**clients [3]** 8/7 8/11 16/18
**closely [1]** 14/8
**Co [5]** 1/15 1/18 2/4 2/8
2/12
**Co-Lead [3]** 1/15 1/18
2/4
**Cohen [1]** 1/7
**collectively [5]** 2/9 2/13
2/17 3/5 3/9
**come [1]** 6/16
**comfortable [1]** 14/25
**coming [1]** 11/9
**Commencing [1]** 1/9

**complaint [2]** 9/8 10/4
**complete [1]** 10/8
**computer [1]** 1/22
**computer-aided [1]** 1/22
**concluded [1]** 17/16
**confer [2]** 12/23 14/2
**conference [4]** 1/5 5/16
14/12 14/15
**conferring [1]** 6/7
**confers [1]** 13/11
**continue [3]** 12/25 13/24
14/7
**continued [6]** 2/1 2/25
3/1 3/24 4/1 10/22
**conversations [2]** 16/3
16/4
**Cooper [1]** 1/7
**Corey [1]** 4/12
**Corp [1]** 4/4
**correct [3]** 10/16 15/3
17/19
**could [3]** 9/14 12/24 13/3
**counsel [21]**
**couple [1]** 12/9
**course [1]** 14/5
**COURT [6]** 1/1 1/20
6/22 7/21 17/17 17/24
**courthouse [2]** 1/7 11/6
**courtroom [2]** 4/7 7/22
**Crawford [1]** 15/6
**CRC [1]** 17/23
**CROWELL [1]** 3/20
**CRR [1]** 17/23
**cut [1]** 13/13
**CVS [1]** 3/12

**D**

**D'LESLI [1]** 4/2
**D.C [2]** 2/4 2/11
**Dallas [1]** 4/4
**DANIEL [7]** 2/2 5/5 7/12
10/15 12/4 13/6 15/20
**DAVIDSON [1]** 2/6
**DAVIS [2]** 3/2 4/2
**DC [1]** 3/22
**deal [1]** 14/20
**December [2]** 1/8 17/23
**decision [2]** 15/16 15/21
15/22
**defendant [9]** 2/24 3/19
3/22 4/4 8/23 10/4 10/6
10/7 10/9
**defendants [13]** 2/8 2/12
2/16 2/20 3/4 3/8 3/12
3/16 7/23 8/21 15/16
16/18 16/19
**defense [3]** 5/24 6/23
14/17
**Delaware [1]** 13/20
**depending [1]** 16/8
**deposition [1]** 15/12
**Deputy [1]** 4/7
**determination [1]** 8/10
**did [3]** 8/13 10/20 12/9
**didn't [1]** 6/5
**discovery [1]** 15/11
**discuss [1]** 17/2

**D**

discussed [1] 10/12
discussion [3] 5/4 5/11 6/1
discussions [1] 13/8
dismiss [3] 15/17 15/21 16/19
dismissed [3] 8/5 9/9 10/14
distributed [1] 9/5
distributor [1] 9/14
DISTRICT [2] 1/1 1/1
diversity [2] 10/5 10/8
docket [2] 12/20 12/22
documents [1] 15/13
doesn't [1] 16/9
done [2] 16/23 17/1
downstream [3] 15/16 16/17 16/19
downstreams [1] 15/17
drugs [1] 9/11
Dufrene [2] 7/1 16/23

**E**

each [2] 5/22 16/14
echo [1] 12/1
Economic [2] 1/18 2/4
effort [1] 12/3
efforts [1] 12/23
Eisenhower [1] 1/14
Either [1] 10/13
eligible [1] 7/2
ELLIS [2] 2/14
else [2] 17/2 17/4
email [1] 14/17
enough [2] 6/18 6/19
entered [1] 10/2
entitled [1] 17/20
entity [4] 12/15 12/20 13/2 13/3
ESQUIRE [21]
even [4] 9/16 10/2 10/7 16/9
every [1] 11/16

**F**

fact [1] 8/11
FALANGA [1] 3/6
FALKENBERG [1] 3/17
familiar [1] 13/7
FEDERAL [1] 17/17
figure [2] 9/19 16/20
filed [2] 10/3 12/18
fill [1] 6/22
find [1] 16/8
finding [1] 16/11
first [3] 12/13 13/5 15/21
FLAHERTY [1] 1/16
FLOM [2] 2/5 2/10
Floor [3] 2/3 2/23 3/7
follow [1] 14/8
follows [1] 5/3
foregoing [1] 17/19
forget [1] 10/21
form [1] 10/4
forward [7] 10/18 11/24 12/15 12/22 13/3 14/3

17/1
FRANK [1] 2/22
FREEMAN [1] 1/13
FULBRIGHT [1] 4/2

**G**

GANNON [1] 3/7
Garcia [1] 15/6
Gaston [1] 9/12
Gateway [1] 3/7
GEDDIS [2] 1/13 5/8
GEOPPINGER [2] 3/14 8/15
Georgia [1] 3/4
getting [2] 9/15 14/8
give [2] 5/12 11/1
giving [1] 11/11
glad [1] 14/10
GOLDENBERG [1] 2/2
Good [1] 13/12
GORDON [1] 2/21
got [5] 7/15 9/10 12/10 14/19 16/13
great [1] 11/17
GREENBERG [1] 3/2
GREGORY [1] 1/16
gun [2] 6/9 6/11

**H**

handling [1] 11/7
hands [1] 6/14
HANSEL [1] 1/16
Happy [2] 17/12 17/13
hard [1] 11/23
HARKINS [1] 3/3
has [4] 10/22 10/23 11/5 14/3
hasn't [1] 13/18
have [34]
haven't [2] 7/24 8/18
having [1] 7/1
Health [1] 3/22
Healthcare [2] 2/9 2/13
hear [1] 7/19
heard [3] 7/22 8/13 15/19
hearing [1] 11/8
heels [1] 14/8
held [3] 5/1 5/4 5/11
her [3] 11/8 11/9 11/16
holidays [3] 11/17 17/12 17/13
Honor [13] 6/1 6/5 7/1 7/20 8/14 9/25 12/7 14/16 15/8 15/14 16/22 17/5 17/10
HONORABLE [4] 1/10 4/8 4/9 5/2
hope [2] 9/16 12/25
however [1] 9/2
Huahai [4] 2/8 2/8 2/12 2/12
Humana [1] 3/19

**I**

I'd [2] 5/21 11/22
I'll [3] 15/5 17/7 17/7
I'm [3] 13/14 14/10 17/3

I've [1] 5/19
identified [1] 6/11
Illinois [1] 3/19
impact [1] 13/2
impasse [1] 13/1
inability [1] 16/11
Inc [12] 2/8 2/8 2/12 2/12 2/16 2/20 2/24 3/5 3/5 3/9 3/9 3/12
Indianapolis [1] 3/12
indicated [2] 14/13 15/18
individual [4] 14/18 15/22 16/1 16/14
Industries [3] 3/4 3/8 12/15
injury [1] 9/4
instance [3] 8/8 9/10 9/11
intimately [1] 13/7
introduce [1] 10/25
involving [1] 14/4
IRBESARTAN [1] 1/4
iron [1] 13/11
Israeli [2] 12/15 13/2
issue [7] 5/9 7/8 9/17 10/13 13/8 14/20 16/17
issues [5] 5/7 6/8 6/18 13/10 14/14
IVES [2] 3/17 3/18

**J**

January [1] 14/14
January 8th on [1] 14/14
JASON [2] 2/22
Jeff [2] 7/18 8/13
JEFFREY [1] 3/3
JERSEY [5] 1/1 1/8 1/14 2/19 3/8
JESSICA [1] 2/6
Jinsheng [1] 15/12
John [4] 1/20 1/20 2/18 17/23
journey [2] 11/12 12/2
JR [1] 2/18
Judge [6] 4/10 7/22 10/22 10/24 11/4 15/19
judgment [1] 12/19
Judicial [2] 4/8 4/9
jumped [2] 6/9 6/11
jurisdiction [5] 10/5 12/16 12/20 13/19 14/21
just [14] 6/10 6/13 9/7 11/4 11/10 11/16 12/9 13/9 13/15 14/17 15/5 16/13 16/20 16/22

**K**

KAPKE [2] 3/11 7/8
KAPLAN [1] 3/21
KARA [5] 3/11 7/11 7/18 9/23 9/24
KATZ [1] 1/13
keep [1] 6/10
keeping [1] 6/24
Kennedy [2] 6/16 7/16
kind [2] 8/17 13/15
Kinkela [1] 6/18 7/16
KIRKLAND [1] 2/14

KIRSTIN [1] 3/18
knew [1] 6/14
know [20]
Kugler [2] 4/8 10/22
Kurz [3] 1/20 1/20 17/23

**L**

lack [2] 10/8 12/19
lacking [2] 10/5 13/19
Lana [1] 16/23
Larry [1] 4/7
last [1] 13/8
later [1] 16/10
LAVELLE [1] 2/18
law [7] 4/8 4/9 10/22 10/24 11/17 16/8 16/14
lead [4] 1/15 1/18 2/4 6/4
leadership [1] 16/1
learn [2] 11/11 11/13
least [1] 14/13
Lee [1] 15/6
let's [4] 7/19 14/23 16/2 16/16
letter [4] 6/21 7/3 7/5 12/10
LEWIS [1] 2/18
Lexecon [4] 7/24 7/25 8/8 8/9 8/11 8/19 8/25 9/16
Lexington [1] 2/15
LIABILITY [1] 1/5
like [6] 6/18 9/11 11/22 14/2 14/7 15/15
limited [2] 14/24 15/2
Lin [1] 15/12
line [1] 10/25
Lintner [2] 4/9 11/6
list [5] 6/6 7/2 7/15 8/22 10/14
listed [1] 15/4
listing [1] 5/17
litigation [2] 1/5 9/13
LLC [2] 1/13 2/9 2/13
LOSARTAN [1] 1/3
Loss [2] 1/18 2/4
lot [2] 9/3 12/3
Ltd [5] 2/8 2/12 2/17 3/4 3/8

**M**

MacStravic [1] 4/7
made [1] 8/10

Maine [1] 1/17
make [5] 6/13 12/10 12/16 14/11 15/10
makes [1] 8/4
Manhattan [1] 2/6
manner [1] 15/18
manufacturer [1] 16/12
manufacturers [2] 5/25 8/3
Marie [1] 4/10
MASTER [2] 1/10 5/2
matter [4] 10/23 13/19 14/21 17/20
may [8] 6/1 9/8 9/8 13/1 13/11 14/16 15/22 16/7
maybe [3] 6/6 11/8 12/24
MAZIE [1] 1/11
Mckesson [1] 4/4
md [1] 1/4
MDL [2] 1/15 11/7
me [3] 11/11 14/14 14/25
MEAGHER [2] 2/5 2/10
mean [1] 6/5
meaning [1] 9/12
mechanical [1] 1/22
Meeks [1] 2/18
meet [3] 12/23 13/11 14/2
meeting [1] 6/7
mentioned [1] 10/21
Meridian [1] 3/11
might [5] 9/10 10/8 16/5 16/6 16/8
minute [1] 5/12
miss [1] 11/23
Mitchell [1] 1/7
Monroe [1] 3/18
months [1] 11/9
MORGAN [1] 2/18
MORING [1] 3/20
motion [2] 12/19 13/1
move [5] 10/17 12/14 12/22 14/2 15/14
moving [1] 6/10
Mr [1] 8/15
Mr. [1] 10/11
Mr. Nigh [1] 10/11
Ms. [1] 7/8
Ms. Kapke [1] 7/8
much [3] 11/10 11/13 17/11
Mulberry [1] 3/7
Murawski [3] 6/16 7/16 14/20
mute [1] 11/3
my [3] 11/11 14/3 16/1
Mylan [2] 2/24 14/4 14/5 14/7

**N**

N.W [1] 2/11
named [2] 9/8 10/3
NE [1] 3/3
necessarily [1] 14/6
need [6] 6/11 6/23 7/9 7/13 13/11 13/23
needs [1] 17/1
new [12] 1/1 1/8 1/14 2/7

**N**

**new...** [8]  2/7 2/11 2/16 2/16 2/19 3/8 7/16 16/2
**Newark** [1]  3/8
**next** [4]  2/25 3/24 5/23 14/12
**NIGH** [4]  2/2 2/2 10/11 10/15
**NINA** [1]  2/10
**njd.uscourts.gov** [1]  1/20
**no** [4]  6/11 6/19 13/14 17/5
**none** [1]  7/23
**NORTON** [1]  4/2
**not** [13]  6/14 6/25 8/6 8/7 8/9 8/20 9/9 9/13 10/8 13/2 13/17 16/20 17/3
**note** [1]  9/25
**nothing** [1]  14/6
**now** [6]  5/16 6/22 7/23 8/24 11/7 14/23
**number** [2]  1/3 14/24
**NW** [2]  2/3 3/21

**O**

**O'REILLY** [1]  3/6
**objection** [1]  6/19
**objections** [1]  5/19
**off** [5]  5/4 5/11 6/4 13/13 15/21
**Official** [2]  1/20 17/17
**Oh** [1]  11/11
**Ohio** [1]  3/16
**Okay** [10]  5/10 6/3 6/13 7/4 7/17 8/13 9/1 10/17 14/22 15/7
**Once** [1]  9/18
**one** [10]  1/17 2/6 2/23 6/19 6/20 8/22 9/12 10/11 11/5 13/17
**opinion** [1]  11/16
**opinions** [1]  11/9
**opportunity** [4]  9/7 9/8 11/11 12/17
**other** [3]  5/9 11/5 14/1
**others** [1]  13/9
**our** [12]  5/21 6/14 7/7 7/20 12/10 12/13 12/15 12/23 13/9 13/16 14/2 14/11
**out** [10]  5/17 6/16 6/20 9/15 9/15 9/19 13/11 13/22 16/9 16/20
**outstanding** [1]  15/12
**over** [1]  11/2
**Oxford** [1]  2/23

**P**

**P-A-T-E** [1]  13/20
**p.m** [3]  1/9 5/3 17/16
**PACHIOS** [1]  1/16
**page** [2]  2/25 3/24
**Parkway** [1]  1/14
**part** [1]  12/23
**particular** [1]  8/20
**parties** [3]  12/21 12/25 14/13

**parties'** [1]  5/19
**Party** [2]  1/18 2/4
**Pate** [3]  13/20 14/16 14/18
**Pause** [1]  5/14
**pay** [1]  16/11
**Payor** [2]  1/18 2/4
**Pennsylvania** [2]  2/23 3/21
**personal** [3]  9/4 12/16 12/19
**perspective** [3]  6/17 6/23 7/7
**Pharma** [5]  2/16 2/20 2/20 3/5 3/9
**Pharmaceutical** [6]  2/8 2/8 2/12 2/12 3/4 3/8
**Pharmaceuticals** [4]  2/17 2/24 3/5 3/9
**pharmacies** [3]  8/4 8/6 8/17
**pharmacy** [12]  3/12 7/23 9/11 9/14 10/1 10/7 10/9 10/12 16/6 16/7 16/9 16/15
**pick** [3]  7/12 7/16 16/2
**picked** [1]  16/13
**Piedmont** [1]  3/3
**PIETRAGALLO** [1]  2/21
**Pittsburgh** [1]  2/23
**PIZZI** [1]  3/6
**place** [1]  14/8
**plaintiff** [1]  9/10
**plaintiff's** [1]  13/20
**plaintiffs** [8]  1/15 6/15 9/4 14/1 14/7 14/13 15/17 16/18
**plaintiffs'** [7]  5/6 6/21 7/3 7/5 8/2 11/22 15/4
**PLLC** [1]  2/2
**plowing** [1]  13/15
**PO** [1]  1/17
**point** [2]  13/16 14/1
**pool** [5]  6/16 13/17 13/24 15/2 15/4
**popped** [2]  7/8 7/18
**Portland** [1]  1/17
**position** [1]  8/2
**prejudice** [1]  8/5
**present** [1]  4/6
**preserving** [1]  12/17
**PRETI** [1]  1/16
**Princeton** [1]  2/19
**Prinston** [2]  2/8 2/12
**probably** [2]  6/4 9/15
**problematic** [1]  6/25
**procedure** [1]  5/18
**proceed** [3]  5/23 15/18 17/8
**proceedings** [4]  1/22 5/1 17/16 17/20
**produced** [1]  1/22
**product** [1]  9/5
**production** [1]  15/13
**PRODUCTS** [1]  1/4
**proof** [1]  10/3

**proper** [1]  10/7
**proposal** [1]  6/21
**proposals** [1]  5/22
**pull** [1]  6/20
**put** [3]  7/24 8/18 12/2

**Q**

**question** [3]  8/19 8/23 8/24
**quickly** [1]  6/6

**R**

**raised** [2]  13/16 14/10
**random** [2]  15/1 15/10
**randomly** [1]  6/22
**RASO** [1]  2/2
**RASPANTI** [1]  2/21
**RDR** [1]  17/23
**RDR-RMR-CRR-CRC** [1]  17/23
**RE** [1]  1/3
**reach** [2]  12/24 13/1
**reached** [1]  12/21
**read** [1]  11/12
**reassigned** [2]  10/23 11/5
**received** [1]  5/19
**recognizing** [1]  12/14
**record** [6]  5/4 5/11 8/12 12/11 13/23 17/20
**recorded** [1]  1/22
**REEFER** [1]  2/22
**remained** [1]  10/6
**remaining** [2]  7/13 17/8
**remains** [1]  10/9
**Renée** [1]  4/10
**repeatedly** [1]  8/1
**repick** [2]  6/22 7/1
**replace** [1]  7/16
**replaced** [1]  6/23
**Reporter** [2]  1/20 17/17
**REPORTER'S** [1]  17/17
**Reporter/Transcriber** [1]  17/24
**represent** [1]  10/1
**request** [1]  16/23
**research** [1]  11/13
**residency** [1]  13/20
**resolved** [1]  10/13
**respect** [5]  8/16 8/25 9/3 13/2 15/11
**response** [1]  13/6
**responses** [1]  5/19
**RET** [3]  1/10 4/8 5/2
**Retailer** [1]  3/12
**retailers** [1]  7/9
**Ridge** [1]  2/3
**right** [19]
**rights** [5]  7/24 7/25 8/8 8/9 8/11
**RMB** [1]  1/4
**RMR** [1]  17/23
**Road** [1]  3/3
**Robert** [1]  4/8
**Roberts** [1]  9/12
**ROSE** [2]  2/10 4/2
**Roseland** [1]  1/14
**Rosemarie** [1]  4/11

**Ross** [1]  4/3
**run** [1]  15/5

**S**

**said** [1]  8/1
**SAK** [1]  1/4
**say** [5]  9/2 11/4 11/22 16/7 16/7
**saying** [1]  9/18
**schedule** [2]  14/8 14/15
**scheduled** [1]  5/16
**second** [1]  13/16
**see** [8]  7/8 7/18 11/18 12/4 12/13 16/13 16/13 16/14
**seeing** [1]  11/8 11/8
**seems** [1]  6/18
**select** [4]  5/23 14/25 15/1 17/7
**selected** [7]  5/17 7/13 8/22 9/6 9/19 13/18 16/16
**selecting** [1]  14/23
**selection** [1]  15/10
**send** [1]  14/17
**sense** [1]  8/4
**sent** [1]  5/16
**served** [1]  10/13
**service** [1]  10/3
**set** [1]  13/18
**seven** [4]  7/15 8/7 8/21 15/4
**several** [1]  13/9
**She's** [1]  11/16
**short** [1]  10/4
**should** [5]  6/7 8/4 13/14 14/11 14/11
**side** [5]  5/6 5/22 11/22 14/4 14/5
**similar** [2]  8/17 12/24
**sitting** [1]  6/14
**SKADDEN** [2]  2/5 2/10
**SLATE** [2]  2/5 2/10
**SLATER** [1]  1/13
**slots** [1]  6/22
**Smalls** [1]  15/6
**Smith** [2]  4/8 10/21
**so** [31]
**Solco** [2]  2/9 2/13
**solely** [1]  8/2
**soliciting** [1]  5/22
**some** [13]  6/1 6/8 7/10 8/11 8/20 13/11 14/14 14/25 16/5 16/6 16/9 16/10 16/11
**something** [1]  15/15
**Sorry** [1]  9/23
**sort** [4]  12/24 16/3 16/10 16/11
**South** [1]  3/11
**speak** [3]  10/6 14/18 15/25
**speaking** [1]  5/24
**SPECIAL** [2]  1/10 5/2
**spokesperson** [1]  5/6
**sprinkled** [1]  8/21
**Square** [1]  2/3
**stand** [1]  15/11

**start** [1]  5/21
**started** [2]  5/13 5/15
**state** [2]  16/8 16/14
**states** [2]  1/1 16/10
**Status** [1]  1/5
**stenography** [1]  1/22
**step** [1]  16/10
**STEVEN** [1]  3/3
**still** [1]  10/14
**stipulation** [2]  12/21 12/24
**STOY** [1]  2/22
**Street** [4]  3/7 3/11 3/15 3/18
**Streets** [1]  1/7
**subject** [2]  13/19 14/21
**submission** [4]  7/3 12/14 13/16 15/5
**submissions** [1]  11/12
**submit** [1]  13/1
**such** [2]  9/14 9/16
**suggested** [1]  12/24
**suggestion** [1]  16/2
**suitable** [1]  7/5
**Suite** [5]  1/14 3/3 3/15 3/18 4/3
**Suites** [1]  2/7
**Suits** [1]  15/6
**summary** [1]  12/19
**sure** [3]  6/13 12/10 12/16
**suspect** [1]  16/5

**T**

**take** [4]  9/19 10/20 10/23 14/24
**taken** [1]  5/20
**talked** [2]  8/7 14/1
**talking** [1]  14/7
**task** [1]  8/18
**team** [1]  13/9
**Teams** [1]  1/6 5/1
**tell** [1]  8/24
**tentative** [1]  5/17
**terms** [2]  13/10 16/18
**test** [1]  7/25
**Teva** [14]  3/4 3/5 3/5 3/8 3/9 3/9 8/3 12/14 12/15 12/15 12/20 13/3 14/3 14/5
**Teva's** [1]  6/17
**Texas** [1]  4/4
**thank** [15]  8/14 11/10 11/13 11/14 11/14 11/19 11/20 11/21 11/23 11/24 17/9 17/10 17/11 17/11 17/14
**Thanks** [6]  11/18 11/25 12/4 12/4 12/6 16/22
**them** [7]  8/22 11/13 13/10 14/18 15/5 16/5 16/9
**themselves** [1]  16/19
**these** [9]  6/8 6/10 7/10 7/23 8/6 9/4 12/14 14/14 16/17
**they'll** [1]  16/3
**they're** [4]  5/20 9/9 9/18

**T**

**they're... [1]** 10/7
**they've [2]** 10/2 14/19
**things [3]** 12/9 14/19 15/11
**think [18]**
**Third [3]** 1/18 2/3 2/4
**Third-Party [2]** 1/18 2/4
**this [9]** 5/16 9/3 10/15 10/20 10/23 12/2 12/18 12/20 13/24
**THOMAS [2]** 1/10 5/2
**THORNBURG [1]** 3/10
**though [1]** 9/2
**thought [3]** 5/21 6/17 10/12
**thoughtful [1]** 11/16
**three [8]** 3/7 6/22 7/2 7/13 7/16 9/13 15/10 16/2
**through [3]** 6/8 13/15 15/5
**throughout [1]** 12/2
**time [4]** 10/20 10/22 12/3 13/8
**times [1]** 9/3
**today [4]** 5/21 14/6 17/2 17/7
**topic [2]** 14/11 15/14
**Torrent [4]** 2/16 2/17 2/17 8/3
**TPP [1]** 12/18
**Transcriber [1]** 17/24
**transcript [3]** 1/22 17/7 17/19
**transcription [1]** 1/22
**TRAURIG [1]** 3/2
**trial [5]** 7/22 12/18 14/24 15/1 15/10
**trials [4]** 5/18 5/23 6/10 7/6
**tricky [1]** 6/19
**trooper [1]** 12/2
**try [2]** 6/7 9/19
**turn [1]** 11/2
**two [2]** 6/22 6/25

**U**

**U.S [6]** 1/7 2/8 2/9 2/12 2/13 13/2
**ULMER [1]** 3/14
**ultimately [1]** 12/21
**understanding [1]** 7/21
**UNITED [1]** 1/1
**until [1]** 16/10
**up [3]** 7/18 7/21 13/24
**upon [2]** 7/11 13/9
**us [7]** 4/2 6/24 8/4 12/22 14/3 14/6 14/19
**USA [3]** 2/20 3/5 3/9
**use [1]** 15/9
**using [1]** 14/25

**V**

**valsartan [2]** 1/3 11/7
**VANASKIE [3]** 1/10 5/2 11/4
**VAUGHN [2]** 2/2 2/3

**very [3]** 13/12 14/22 17/11
**via [2]** 1/6 5/1
**VICTORIA [6]** 3/2 5/24 9/22 10/16 12/4 13/13
**videoconferencing [2]** 1/6 5/1
**Vine [1]** 3/15

**W**

**waive [2]** 8/9 8/19
**waived [1]** 7/23
**Walgreens [1]** 3/13
**Walmart [1]** 3/13
**WALSH [1]** 3/6
**want [8]** 5/22 6/10 6/20 8/2 8/12 8/13 10/20 12/16
**wanted [6]** 6/13 10/25 11/4 11/10 12/10 13/23
**wants [1]** 7/21
**Washington [3]** 2/4 2/11 3/22
**wasn't [1]** 13/7
**Wave [4]** 14/3 14/9 14/22 15/19
**Wave 3 [1]** 14/3
**way [3]** 5/20 6/17 9/18
**we'd [2]** 12/17 14/6
**we'll [8]** 5/12 5/12 9/19 11/23 13/24 16/20 17/6 17/8
**we've [2]** 7/14 8/1
**weaker [1]** 16/8
**Wednesday [1]** 1/8
**Weinstein [1]** 4/12
**well-taken [1]** 5/20
**weren't [1]** 10/13
**West [1]** 2/6
**Weygandt [1]** 15/6
**whether [6]** 7/25 8/8 8/9 8/19 15/17 16/18
**whole [1]** 13/24
**wholesaler [8]** 3/16 8/20 8/22 9/6 9/8 9/9 9/12 9/15
**wholesalers [6]** 6/2 7/9 8/16 8/18 9/3 9/13
**why [2]** 5/15 10/14
**will [16]** 5/7 5/7 5/8 6/16 7/8 8/23 9/2 9/7 9/20 9/25 10/23 11/7 11/8 14/15 15/9 16/2
**willing [1]** 16/19
**wish [2]** 11/1 11/15
**wonderful [1]** 11/17
**work [8]** 6/8 6/17 9/15 10/22 11/9 11/23 12/25 13/25
**worked [2]** 7/21 13/22
**working [3]** 6/7 6/14 11/24
**wouldn't [1]** 9/16

**Y**

**Yeah [3]** 9/21 15/24 16/25
**yes [7]** 5/25 6/3 7/7 8/14 10/19 12/8 13/7

**yet [2]** 7/13 8/10
**Yolanda [1]** 10/1
**York [5]** 2/7 2/7 2/11 2/16 2/16
**you [56]**
**you'll [2]** 11/16 12/13
**you've [2]** 7/18 12/1

**Z**

**Zhejiang [2]** 2/8 2/12
**ZHP [5]** 2/9 2/13 8/3 8/3 14/5