**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

**SPECIAL MASTER ORDER**

**NOW, this 31st Day of December, 2024,** following a tentative designation of cases for bellwether trials in an Order filed on December 16, 2024 (ECF 2944), and consideration of the parties' position statements with respect to the tentative designation presented in letters dated December 17, 2024 and appearing on the record at ECF Nos. 2946 and 2947, as well as presentations made during a conference call on December 18, 2024, **IT IS HEREBY ORDERED THAT** the following cases, identified by Plaintiff name and Docket Number, are selected for the second wave of bellwether trials:

1. Lana Dufrene, No. 1:19-cv-15633

2. Robert Garcia, No. 1:20-cv-07957

1

3. Evon Smalls, No. 1:20-cv-08199

4. Estate of Ronald Meeks, No. 1:19-cv-16209

5. James Suits, No. 20-cv-06547

**IT IS FURTHER ORDERED** that counsel shall be prepared to assert any objections to the inclusion of any of the foregoing cases for bellwether trials at the status conference to beheld on January 9, 2025, at 11:00 a.m., via Teams.

Dated: December 31, 2024

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master