

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2212
lockardv@gtlaw.com

January 8, 2025

***VIA ECF***

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

    Re:    <u>**In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**</u>; **Case No. 1:19-md-02875-RMB-SAK (D.N.J.)**

Dear Special Master Vanaskie:

    Defendants respectfully submit this letter request in connection with the upcoming Status Conference now scheduled for January 13th at 11:00 am via Teams (ECF No. 2952) and Special Master Order (ECF No. 2949) selecting the second wave of bellwether trials.

    Plaintiffs' leadership has advised that Defendants must reach out to individual counsel of record in each of the selected bellwether cases in order to discuss case specific issues, such as dismissal requests. To facilitate these efforts and other necessary discussions, Defendants request that the Court issue an order requiring Plaintiffs' counsel of record in each of the twenty-eight bellwether cases to file updated Notices of Appearance with current contact information no later than January 15, 2025.

Additionally, Defendants request that Plaintiffs' counsel of record with representative authority in each of the bellwether cases currently selected for the second wave of bellwether trials *(Roberts, Dufrene, Garcia, Smalls, Meeks*, and *Suits)* be ordered to appear at the upcoming Status Conference via Zoom in anticipation of discussions with Your Honor regarding those cases.

We appreciate your consideration of this request, which will greatly help the parties facilitate identification and resolution of any hurdles in getting these cases prepared for trial.

Sincerely,

Victoria Davis Lockard

cc:   Counsel of Record (via ECF)