## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** <br><br> **Honorable Renée Marie Bumb, Chief Judge** |

## SPECIAL MASTER ORDER

**NOW, this 10th Day of January 2025,** in consideration of defense counsel's letter of January 8, 2025 (ECF 2953), **IT IS HEREBY ORDERED THAT** counsel shall be prepared to discuss at the status conference scheduled for January 13, 2025, defense counsel's requests for "updated Notices of Appearance" for the cases selected for bellwether trials. Counsel shall also be prepare to discuss the scheduling of a meeting via Teams or Zoom with Plaintiffs' counsel of record for each of the bellwether cases currently selected for the second wave of bellwether trials (Roberts, Dufrene, Garcia, Smalls, Meeks, and Suits) to discuss the preparation of those cases for trial.

Dated: January 10, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master