# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>Chief Judge |

## SPECIAL MASTER ORDER

**AND NOW, this 14th day of January, 2025, IT IS HEREBY ORDERED THAT** no later than January 17, 2025, each Plaintiff's counsel for the cases listed below shall submit in writing whether or not their client will waive their *Lexecon* rights and whether their client will dismiss the Retailer and/or Wholesaler Defendants:

1. Lana Dufrene, No. 1:19-cv-15633
2. Robert Garcia, No. 1:20-cv-07957
3. Evon Smalls, No. 1:20-cv-08199
4. Estate of Ronald Meeks, No. 1:19-cv-16209
5. James Suits, No. 1:20-cv-06547
6. Estate of Gaston Roberts, No. 1:20-cv-00946

                                                         s/ Thomas I. Vanasksie
                                                     Hon. Thomas I. Vanaskie (Ret.)
                                                     Special Master