UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

SPECIAL MASTER ORDER

NOW, this 14th Day of January 2025, IT IS HEREBY ORDERED THAT:

1. On the last Friday of each month a two-part Case Management Conference shall be conducted in this MDL. Unless otherwise ordered, the monthly case management conference shall be conducted via Teams, Zoom, or other remote communications technology that allows for both audio and video transmission. The first part of the monthly status conference shall concern any outstanding discovery issues, with Special Master Vanaskie presiding. The second part of the monthly status conference shall concern case management and scheduling issues, and shall be presided over by Chief Judge Renée Marie Bumb. The second part of the conference shall include presentation of show cause orders and

dismissal orders for deficient Plaintiffs' Fact Sheets, consistent with the practice that had been followed in this matter.

2. IT IS FURHTER ORDERED THAT no later than 5:00 p.m. on January 29, 2025, counsel shall submit proposed agenda letters for the case management conference.

3. Counsel shall address the question of whether discovery conferences shall be conducted more frequently than monthly.

Dated: January 14, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master