# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. RENÉE MARIE BUMB** |

## PLAINTIFFS' NOTICE OF MOTION TO ESTABLISH COMMON BENEFIT ASSESSMENTS AND COMMON BENEFIT FUND

**TO:** All Counsel

**PLEASE TAKE NOTICE** that on February 18, 2025, Plaintiffs shall move before the Honorable Renée Marie Bumb, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order to Establish Common Benefit Assessments and Common Benefit Fund.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of Adam M. Slater in support of the Motion. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

                                        **MAZIE SLATER KATZ & FREEMAN, LLC**
                                        Attorneys for Plaintiffs

                                        By:   /s/ Adam M. Slater

Dated: January 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:   /s/ Adam M. Slater

Dated: January 15, 2025