# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. RENÉE MARIE BUMB** |

## CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF PLAINTIFFS' MOTION TO ESTABLISH COMMON BENEFIT ASSESSMENTS AND COMMON BENEFIT FUND

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' motion to establish common benefit assessments and common benefit fund.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of *In re Benicar (Olmesartan) Prods. Liab. Litig.*, CMO 3 (May 22, 2015).

3. Attached hereto as **Exhibit 2** is a true and accurate copy of *In re Tylenol (Acetaminophen) Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 2436, CMO 12 (E.D. Pa. Aug. 22, 2013).

4. Attached hereto as **Exhibit 3** is a true and accurate copy of *In re Tylenol (Acetaminophen) Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 2436 (E.D. Pa. Feb. 21, 2017).

5. Attached hereto as **Exhibit 4** is a true and accurate copy of *In re: Proton-Pump Inhibitor Prods. Liab. Litig.*, MDL No. 2789, CMO 49 (D.N.J. Aug. 5, 2021).

6. Attached hereto as **Exhibit 5** is a true and accurate copy of *In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, MDL No. 07-1842-ML, PPO No. 22 (D.R.I. Nov. 20, 2009).

7. Attached hereto as **Exhibit 6** is a true and accurate copy of *In re Testosterone Replacement Therapy Prods. Liab. Litig.*, CMO 16 (Oct. 26, 2018).

8. Attached hereto as **Exhibit 7** is a true and accurate copy of *In re Cook Medical, Inc., IVC Filters Mktg., Sales Practices & Prod. Liab. Litig.*, 14-ml-2570, Order (Sept. 21, 2020).

9. Attached hereto as **Exhibit 8** is a true and accurate copy of *In re Xarelto (Rivaroxaban) Prods Liab. Litig.*, 14-md-02592, Order (Mar. 24, 2020).

10. Attached hereto as **Exhibit 9** is a true and accurate copy of *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, 15-md-02666, Pretrial Order 9 (May 25, 2016).

                                        **MAZIE SLATER KATZ & FREEMAN, LLC**
                                        Attorneys for Plaintiffs

                                        By:   /s/ Adam M. Slater

Dated: January 15, 2025