# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § MDL NO. 2436<br>2:13-md-02436 |
| | § § HON. LAWRENCE F. STENGEL |
| *THIS DOCUMENT RELATES TO:*<br>*ALL CASES* | § § § JURY TRIAL DEMANDED |

### ORDER GRANTING THE PSC'S MOTION TO MODIFY CMO 12 TO INCREASE THE PERCENTAGE HOLDBACK TO BE PAID INTO THE *TYLENOL MDL 2436 COMMON BENEFIT ACCOUNT*

AND NOW, TO WIT, THIS 21st DAY OF February, 2017, upon consideration of the Motion of the Plaintiffs' Steering Committee ("PSC") to Modify CMO 12 to increase the percentage holdback to be paid into the Tylenol MDL 2436 Common Benefit Account, it is **HEREBY ORDERED AND DECREED** that said Motion is **GRANTED,** and the percentage holdback is provisionally modified to be nineteen percent (19%) to be paid by the Johnson & Johnson (McNeil) Defendants ("Defendants") into the Tylenol MDL2436 Common Benefit Account at the time of funding of the Global Settlement between the PSC and Defendants. No disbursement from the MDL2436 Common Benefit Account shall be made without further Order of the Court authorizing the disbursement.

BY THE COURT:

_____
HONORABLE LAWRENCE F. STENGEL