**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br>Civil No. 1:19-md-2875-RBK-JS<br><br>Hon. Renée Marie Bumb,<br>District Court Judge |
| *This Document Relates to: All Cases* | |

## VIVIMED LIFE SCIENCES PRIVATE LIMITED'S NOTICE OF CORPORATE NAME CHANGE TO STRIDES PHARMA SCIENCE LIMITED

Defendant Vivimed Life Sciences Private Limited, by and through undersigned counsel, hereby provides notice Vivimed Life Sciences Private Limited's name has changed to Strides Pharma Science Limited. *See* Exhibit A and Exhibit B. Future filings will refer to this Defendant as "Vivimed Life Sciences Private Limited (n/k/a Strides Pharma Science Limited)."

Dated:    January 28, 2025

Respectfully submitted,

By:  */s/ Douglas M. Tween*
Douglas M. Tween
John W. Eichlin
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
douglas.tween@linklaters.com
john.eichlin@linklaters.com

*Counsel for Vivimed Life Sciences Private Limited (n/k/a Strides Pharma Science Limited)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2025, I filed the foregoing document electronically

through the Court's CM/ECF system, which will send notice of filing to all CM/ECF participants.

*<u>/s/ Douglas M. Tween</u>*
Douglas M. Tween

# EXHIBIT A



**GOVERNMENT OF INDIA**
**MINISTRY OF CORPORATE AFFAIRS**

Office of the Registrar of Companies

100 Everest Building,Mumbai,Everest 100, Marine Drive,Maharashtra,400002,India

**Certificate of Incorporation pursuant to change of name**

[Pursuant to rule 29 of the Companies (Incorporation) Rules, 2014]

Corporate Identification Number (CIN): **U24304MH2017PTC348859**

I hereby certify that the name of the company has been changed from VIVIMED LIFE SCIENCES PRIVATE LIMITED to STRIDES ALATHUR PRIVATE LIMITED with effect from the date of this certificate and that the company is Company limited by shares.

Company was originally incorporated with the name VIVIMED LIFE SCIENCES PRIVATE LIMITED

Given under my hand at  Mumbai this  EIGHTH day of SEPTEMBER  TWO THOUSAND TWENTY THREE

Arun  Singh

Assistant Registrar of Companies/ Deputy Registrar of Companies/ Registrar of Companies

ROC Mumbai

Note: The corresponding form has been approved by Arun  Singh, Registrar of Companies, ROC Mumbai and this order has been digitally signed by the Registrar of Companies through a system generated digital signature under rule 9(2) of the Companies (Registration Offices and Fees) Rules, 2014.

Mailing Address as per record available in Registrar of Companies office:

STRIDES ALATHUR PRIVATE LIMITED

201, Devavrata,   Sector 17, Vashi,NA,Navi Mumbai,Thane-400703,Maharashtra,India

Note: This certificate of incorporation is in pursuance to change of name by the Company and does not affects the rights and liabilities of stakeholders pursuant to such change of name.  It is obligatory on the part of the Company to display the old name for a period of two years along with its new name at all places wherever a Company is required to display its name in terms of Section 12 of the Act. All stakeholders are advised to verify the latest status of the Company and its Directors etc and view public documents of the Company on the website of the Ministry www.mca.gov.in/MCA21



# EXHIBIT B

# MINISTRY OF CORPORATE AFFAIRS
## RECEIPT
## G.A.R.7

| | Service Request Date: 11/09/2024 |
|---|---|
| **SRN:**   AB0288179/ BharatKoshOrderId :1-15115433223<br><br>**SRN Date:** 11/09/2024 17:56:31 | |

**RECEIVED FROM:**

**Name:**   PUTHANPURAYIL GOVINDAN SINI

**Address:** Site no 2 Flat T2 Nikhila Shelters, 4th Main Kuvempunagar, Bangalore South, Bangalore South, Karnataka, 560062

**ENTITY ON WHOSE BEHALF MONEY IS PAID**

**LLPIN/CIN/DIN:**   U24304MH2017PTC348859

**Name:**   STRIDES ALATHUR PRIVATE LIMITED

**Address:** 201, Devavrata,   Sector 17, Vashi,, , Navi Mumbai, Thane, Maharashtra, 400703

**FULL PARTICULARS OF REMITTANCE**

**Service Type:** eFiling

| Service Description | Type of Fee | Amount (Rs.) |
|---|---|---|
| Fee for INC-28 | Normal | 600 |
| | Additional | 0 |
| | **Total** | **600** |

**Mode of Payment:** Online

**Received Payment Rupees:** Six  Hundred  Rupees Only.

Note: The defects or incompleteness in any respect in this application as noticed shall be placed on the Ministry's website(www.mca.gov.in). In case the application is marked as RSUB, please resubmit the application within the due date. Please track the status of your transaction at all times till it is finally disposed off. (please refer Rule 10 of the Companies (Registration offices and Fees) Rules, 2014)

# Form No. INC-28

**Notice of Order of the Court or Tribunal or any other competent authority**
[Pursuant to Section 12(6), 13(7), 48(4), 58(5), 87, 111(3), 66(5), 230(8), 232, 233(7), 234, 237, 252(2), 441 and others of the Companies Act, 2013 and Section 17(1), 81(4), 107(3), 167, 186, 391, 394(1), 396, 397, 398, 445, 466, 481, 518, 559, 621A, Amalgamation- Others and others of the Companies Act, 1956 and Section 7, 9, 10,  12A, 22(3), 31, 33, 54, 59(8) and others of the Insolvency and Bankruptcy Code, 2016]



सत्यमेव जयते

**Form language**

⦿ English          ○ Hindi

*Refer instruction kit for filing the form*

*All fields marked in * are mandatory*

---

## Company Information

1 (a) *Corporate Identity Number (CIN) or Foreign Company Registration Number (FCRN)

| U24304MH2017PTC348859 |

2 (a) *Name of the Company

| STRIDES ALATHUR PRIVATE LIMITED |

(b) *Address of the registered office of the company or of the principal place of business in India of the company

| 201, Devavrata, Sector 17, Vashi,,NA,Navi Mumbai,Maharashtra,India,400703. |

(c) *Email ID of the company

| ██████████████████ |

---

**3 (a) *Order passed by**
*(Court/ NCLT/Central Government/NCLAT/BIFR/ Debt Recovery Tribunal (DRT) Any other competent authority)*

| NCLT |

(b)(i) Name of Court

| |

(ii)  Name of the Central Government office

| |

(iii) Name of the Debt Recovery Tribunal

| |

(iv) Name of the competent authority

| |

(c) *Location

| Mumbai |

(c)(i) Others (please specify the bench name)

(d) *Petition or application number

> C. P.(CAA)04/MB-I/2024 c/w C.A. (CAA)216/MB-I/2023

(e) *Order number

> C. P.(CAA)04/MB-I/2024 c/w C.A. (CAA)216/MB-I/2023

4 *Date of passing the order(DD/MM/YYYY)

> 13/08/2024

5 (a) *Relevant act under which order is passed
   *(The Companies Act, 2013 / The Companies Act, 1956
   Insolvency and Bankruptcy Code, 2016)*

> The Companies Act, 2013

(b)(i) Section of the Companies Act,2013 under which order passed

> 232- Amalgamation

(ii) Section of the Companies Act,1956 under which order passed

(iii) Section of Insolvency and Bankruptcy Code, 2016 under which order passed

(c) If others, mention the section of the Act

(d) Brief description of the applicable section

6 Number of days within which order is to be filed with Registrar
  (To be entered pursuant to aforesaid sections or in terms of court order or
   Tribunal order or order of the competent authority, as the case may be)

> 30

7 Date of application to court or Tribunal or the competent authority for issue of

> 13/08/2024

8 Date of issue of certified copy of order (DD/MM/YYYY)

> 14/08/2024

9 *Due date by which order is to be filed with Registrar(DD/MM/YYYY)

> 12/09/2024

10 (a) In case of compounding of offence, enter Service request number
   SRN(s) of Form 61

**(b) SRN of the relevant form**

Form Number
*(CHG-4/CHG-8/ INC-23/MGT-14/ GNL-1/ Others)*

If others, please specify

SRN of the relevant form

SRN of CHG-4

(c) Date of special resolution under section 66 of the Companies Act, 2013

(d) SRN of CG-1 (in case of condonation for delay in filing of forms)

11 (a) Whether penalty involved or not            ○ Yes        ⦿ No

(b) If Yes, SRN of payment of penalty

---

**Details of amalgamation**

12 (a) In case of amalgamation, mention whether company filing the form is transferor or

⦿ Transferor        ○ Transferee

(b) Whether Transferee company is a company incorporated outside India        ○ Yes        ○ No

(c) Whether the order provides for increase in authorised share capital of the transferee company?        ○ Yes        ○ No

**(d) Details of transferee company**

CIN/FCRN            L24230MH1990PLC057062

Name                Strides Pharma Science Limited

Appointed date of amalgamation        01/04/2023

**Details of transferor company(s)**

(e) Number of transferor company(s)

| Category of transferor company | CIN or FCRN or any other registration number | Name | Appointed date of amalgamation | SRN of Form INC-28 |
|---|---|---|---|---|
| (f) | (g) | (h) | (i) | (j) |
| | | | | |

---

**13 Authorized Share capital details**

**13A Details of Authorized share capital of the Transferor company**

Name of the transferor company

| Type of shares | Class of shares | Nominal value | Existing number of shares | Total |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Total share capital** | | | | |

**13B Details of Authorized share capital of the Transferee**

Name of the transferee company

| | Before amalgamation | | After amalgamation | |
|---|---|---|---|---|
| **Type of shares** | **Class of shares** | **Nominal value** | **Existing number of shares** | **Total** | **Revised number of shares** | **Total** |
| Unclassified shares | | | | | | |
| **Total share capital** | | | | 0 | | 0 |

**In case of winding up, provide following details**

14 (a) Date of commencement of winding up under section 445 of

(b) Details of the liquidator

Income-tax permanent account number (Income-tax PAN) of the

Name of Liquidator

Address

Address Line 1

Address Line 2

Country

Pin code/Zip code

Area/ Locality

City

District

State / UT

15 Date with effect from which winding up proceedings have been stayed under
   section 466 of The Companies Act, 1956

16 Date of dissolution under section 481 of the Companies Act, 1956(DD/MM/YYYY)

17 (a) Date with effect from which dissolution has been declared as void under section 559 of The Companies Act, 1956

(b) Whether the order is in respect of company dissolved under section 394 of The Companies Act, 1956

○ Yes      ○ No

If yes, provide details of the transferor company whose dissolution has been declared as void

CIN or FCRN

Name

Date of amalgamation(DD/MM/YYYY)

18 The paid up share capital of the company has been reduced from

| Type of shares | Class of shares | Nominal value | Existing number of shares | Weather revision required | Reduction in number of shares | Revised number of shares | Existing total value | Revised total value | Total value of reduction |
|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) |
|  | Class1 |  |  |  |  |  |  |  |  |

**19 Details of Interim Resolution Professional (IRP)/ Details of Resolution Professional (RP) / Details of Liquidator**

(a) Income-tax permanent account number (Income-tax PAN)

(b) IBBI Registration No.

(c) Name

(d) Mobile (with country code)

(e) Email ID

**(f)  Address**

Address Line 1

Address Line 2

Country

Pin code/Zip code

Area/ Locality

City

District

State / UT

**Attachments**

1 *Copy of order of Court/ NCLT/ NCLAT/ BIFR/
Central Government/ DRT / any other Competent Authority

NCLT_final order_14 August, 2024.pdf

2 Optional attachment(s) - if any

**Declaration**

I am authorised by the Board of Directors of the Company  vide resolution no  *

NA

dated(DD/MM/YYYY) *

02/08/2023

to sign this form and  I declare that all the requirements of the

companies Act,2013 and rules thereunder in respect of the subject matter of this form and matters incidental thereto have
been compiled with. I further declare that:


 1 Whatever is stated in this form and in the attachments thereto is true, correct and complete and no information material to the
subject matter of this form has been suppressed or concealed and is as per the original records maintained by the company.


2  All the required attachments have been completely, correctly and legibly attached to this form.

**\*To be digitally signed by**

RADHAKRISHNA  Digitally signed by
N              RADHAKRISHNAN
VAIDYANATHAN   VAIDYANATHAN
KOLLENGODE     KOLLENGODE
               Date: 2024.09.11
               20:27:05 +05'30'

**Particulars of person signing the
form**

*Name

Radhakrishnan Vaidyanathan
Kollengode

*Designation

*(Director/ Managing director/Manager/ Secretary/AuthorisedRepresentative/ Liquidator
/Interim Resolution Professional (IRP)/Resolution Professional (RP)/Others)*

Secretary

Capacity

*DIN or Income-tax PAN or Membership
number



**Certificate by Practicing Professional**

It is hereby certified that I have gone through the provisions of the Companies Act, 2013 and Rules thereunder for the subject matter
of this form and matters incidental thereto and I have verified the above particulars (including
 attachment(s)) from the original records maintained by the Company which is subject matter of this form and found them to be true,
correct and complete and no information material to this form has been suppressed.

○ Chartered accountant (in whole-time practice) or

○ Cost accountant (in whole-time practice) or

○ Company secretary (in whole-time practice)

**\*To be digitally signed**

SINI P
G

Digitally signed by
SINI P G
Date: 2024.09.11
22:06:15 +05'30'

Whether associate or fellow:

◉ Associate          ○ Fellow

Membership number

Certificate of practice number

██████████████████████████

**Note: Attention is drawn to provisions of Section 448 and 449 which provide for punishment for false statement / certificate and punishment for false evidence respectively.**

*For office use only:*

eForm Service request number (SRN)

AB0288179

eForm filing date (DD/MM/YYYY)

11/09/2024

This eForm is hereby registered

**Digital signature of the authorizing officer**

Date of signing (DD/MM/YYYY)