# EXHIBIT A



**GOVERNMENT OF INDIA**
**MINISTRY OF CORPORATE AFFAIRS**

Office of the Registrar of Companies

100 Everest Building,Mumbai,Everest 100, Marine Drive,Maharashtra,400002,India

**Certificate of Incorporation pursuant to change of name**

[Pursuant to rule 29 of the Companies (Incorporation) Rules, 2014]

Corporate Identification Number (CIN): **U24304MH2017PTC348859**

I hereby certify that the name of the company has been changed from VIVIMED LIFE SCIENCES PRIVATE LIMITED to STRIDES ALATHUR PRIVATE LIMITED with effect from the date of this certificate and that the company is Company limited by shares.

Company was originally incorporated with the name VIVIMED LIFE SCIENCES PRIVATE LIMITED

Given under my hand at  Mumbai this  EIGHTH day of SEPTEMBER  TWO THOUSAND TWENTY THREE

Arun  Singh

Assistant Registrar of Companies/ Deputy Registrar of Companies/ Registrar of Companies

ROC Mumbai

Note: The corresponding form has been approved by Arun  Singh, Registrar of Companies, ROC Mumbai and this order has been digitally signed by the Registrar of Companies through a system generated digital signature under rule 9(2) of the Companies (Registration Offices and Fees) Rules, 2014.

Mailing Address as per record available in Registrar of Companies office:

STRIDES ALATHUR PRIVATE LIMITED

201, Devavrata,   Sector 17, Vashi,NA,Navi Mumbai,Thane-400703,Maharashtra,India

Note: This certificate of incorporation is in pursuance to change of name by the Company and does not affects the rights and liabilities of stakeholders pursuant to such change of name.  It is obligatory on the part of the Company to display the old name for a period of two years along with its new name at all places wherever a Company is required to display its name in terms of Section 12 of the Act. All stakeholders are advised to verify the latest status of the Company and its Directors etc and view public documents of the Company on the website of the Ministry www.mca.gov.in/MCA21

