# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**               **January 31, 2025**
                                    DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

                                        Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.
Ordered Case Management Conference set for March 3, 2025 at 10:00AM via Teams.
Order to be entered.

Time Commenced: 10:00a.m.      Time Adjourned: 10:55a.m.


Total Time:   0:55

                                                    Lawrence MacStravic
                                                    Deputy Clerk