1          **UNITED STATES DISTRICT COURT**
           **FOR THE DISTRICT OF NEW JERSEY**
2     _____

3     IN RE:  VALSARTAN, LOSARTAN,          CIVIL ACTION NUMBER:

4     and IRBESARTAN PRODUCTS               1:19-md-02875-RMB-SAK

5     LIABILITY LITIGATION                  Case Management Conference

6     _____      via Teams videoconferencing

7     Mitchell H. Cohen Building & U.S. Courthouse
      4th and Cooper Streets
8     Camden, New Jersey 08101
      Friday, January 31, 2025
9     Commencing at 9:59 a.m.

10    **B E F O R E:**          **THE HONORABLE RENÉE MARIE BUMB, CHIEF**
                                **UNITED STATES DISTRICT JUDGE, and THE**
11                              **HONORABLE THOMAS I. VANASKIE (RET.),**
                                **SPECIAL MASTER**

12

13    **A P P E A R A N C E S:**

14    MAZIE SLATER KATZ & FREEMAN, LLC
      BY:  ADAM M. SLATER, ESQUIRE
15    103 Eisenhower Parkway, Suite 207
      Roseland, New Jersey 07068
16    Co-Lead Counsel for MDL Plaintiffs

17    KANNER & WHITELEY, LLC
      BY:  CONLEE S. WHITELEY, ESQUIRE
18    701 Camp Street
      New Orleans, Louisiana 70130
19    Co-Lead Class Counsel for Third-Party Payor Economic Loss

20

21              John J. Kurz, Official Court Reporter
                    John_Kurz@njd.uscourts.gov
22                        (856)576-7094

23      Proceedings recorded by mechanical stenography; transcript
                produced by computer-aided transcription.

24

25

1    **A P P E A R A N C E S:** (Continued)

2    NIGH GOLDENBERG RASO & VAUGHN, PLLC
      BY:  DANIEL A. NIGH, ESQUIRE
3          C. BRETT VAUGHN, ESQUIRE
      14 Ridge Square NW, Third Floor
4    Washington, D.C. 20016
      Co-Lead Class Counsel for Third-Party Payor Economic Loss
5

      FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
6    BY:  GEORGE T. WILLIAMSON, ESQUIRE
      99 Nesbit Street
7    Punta Gorda, Florida 33950
      Counsel for Plaintiffs
8

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
9    BY:  JESSICA DAVIDSON, ESQUIRE
      One Manhattan West, Suites 42-128
10   New York, New York 10001
      Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
11   Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
      Solco Healthcare U.S., LLC (collectively ZHP)
12

      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
13   BY:  NINA R. ROSE, ESQUIRE
      1440 New York Avenue, N.W.
14   Washington, D.C. 20005
      Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
15   Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
      Solco Healthcare U.S., LLC (collectively ZHP)
16

      ARCHER & GREINER, P.C.
17   BY:  MAUREEN THERESA COGHLAN, ESQUIRE
      1025 Laurel Oak Road
18   Voorhees, NJ 08043
      Counsel for the Mylan defendants
19

      KIRKLAND & ELLIS LLP
20   BY:  ALEXIA R. BRANCATO, ESQUIRE
      601 Lexington Avenue
21   New York, New York 10022
      Counsel for Defendants Torrent Pharma, Inc. and
22   Torrent Pharmaceuticals Ltd. (collectively Torrent)

23   MORGAN, LEWIS & BOCKIUS, LLP
      BY: JOHN P. LAVELLE, JR.
24   502 Carnegie Center
      Princeton, New Jersey 08540
25   Counsel for Defendants Aurolife Pharma LLC
      and Aurobindo Pharma USA, Inc.

**A P P E A R A N C E S:** (Continued)

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
BY:  FRANK STOY, ESQUIRE
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Counsel for Defendant Mylan Pharmaceuticals, Inc.

GREENBERG TRAURIG LLP
BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
     STEVEN HARKINS, ESQUIRE
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

GREENBERG TRAURIG LLP
BY:  GREGORY E. OSTFELD, ESQUIRE
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

WALSH PIZZI O'REILLY FALANGA LLP
BY:  LIZA M. WALSH, ESQUIRE
     CHRISTINE I. GANNON, ESQUIRE
Three Gateway Center, 100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Counsel for Defendants Teva Pharmaceutical Industries Ltd.,
Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
Inc. (collectively Teva)

BARNES & THORNBURG, LLP
BY:  KARA KAPKE, ESQUIRE
11 South Meridian Street
Indianapolis, IN 46204
Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
Walmart, Walgreens

ULMER & BERNE LLP
BY: JEFFREY D. GEOPPINGER, ESQUIRE
600 Vine Street
Suite 2800
Cincinnati, Ohio 45202
Counsel for Wholesaler Defendants and AmerisourceBergen

(Appearances continued onto next page.)

4

1    **A P P E A R A N C E S:** (Continued)

2    HUSCH BLACKWELL LLP
     BY:  ABRAHAM JAMES SPUNG, ESQUIRE
3    1801 Wewatta Street, Suite 1000
     Denver, Colorado 80202
4    Counsel for Defendant Cigna

5    CROWELL & MORING LLP
     BY:  ANDREW KAPLAN, ESQUIRE
6    1001 Pennsylvania Avenue, NW
     Washington, DC 20004
7    Counsel for Defendant Cardinal Health

8    NORTON ROSE FULBRIGHT US LLP
     BY:  D'LESLI DAVIS, ESQUIRE
9         ELIZABETH NORRIS, ESQUIRE
     2200 Ross Avenue
10   Suite 3600
     Dallas, Texas 75201
11   Counsel for Defendant Mckesson Corp.

12   FALKENBERG IVES LLP
     BY:  KIRSTIN B. IVES, ESQUIRE
13   230 W Monroe Street, Suite 2220
     Chicago, Illinois 60606
14   Counsel for Defendant Humana

15   BUCHANAN INGERSOLL & ROONEY PC
     BY:  JONATHAN D. JANOW, ESQUIRE
16   1700 K STREET, NW, Suite 300
     Washington, DC 20006
17   Counsel for Albertsons

18

19

20

21

22

23

24

25

1    **<u>Also present:</u>**

2    Larry MacStravic, The Courtroom Deputy

3    Arthur Roney, The Courtroom Deputy

4    Clarissa Lintner, Esquire, Career Law Clerk to the Honorable
     Renée Marie Bumb, Chief Judge
5
     Rosemarie Bogdan, Esquire
6
     Corey Weinstein, Esquire
7
     Sara Zeimer, Esquire
8
     Matt Morrison, Esquire, on behalf of the Suits case
9
     Vanessa V. Pisano, Esquire
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (PROCEEDINGS held via Teams videoconferencing before

2    the Honorable Renée Marie Bumb, Chief United States District

3    Judge, and the Honorable Thomas I. Vanaskie (Ret.), Special

4    Master, at 9:59 a.m. as follows:)

5          CHIEF JUDGE BUMB:  Hello, Judge Vanaskie.

6          JUDGE VANASKIE:  Hello, Judge Bumb.  How are you?

7          CHIEF JUDGE BUMB:  I'm good.  How are you?

8          JUDGE VANASKIE:  Pretty good.  Thanks.

9          CHIEF JUDGE BUMB:  Where is everybody else?

10         JUDGE VANASKIE:  They're there.

11         How many people do we have on right now, John?

12         (Discussion was held off the record.)

13         CHIEF JUDGE BUMB:  Okay.  I'm going to stay quiet.

14   Judges Vanaskie, let me know when you need me.  I'm here.  I'm

15   listening.

16         JUDGE VANASKIE:  Well, all right.  I will.  And just

17   give it another minute or two and then we'll get started.

18         I have 9:59.

19         We have Larry MacStravic on, so we're all set.

20         All right.  Good morning, everyone.  We'll get

21   started with our case management conference.  Judge Chief Bumb

22   is on the call and we'll call upon -- she'll preside as

23   appropriate.  And interrupt any time, Chief Judge.  And we'll

24   get started.

25         Who will be the spokesperson for the plaintiffs?

1          MR. SLATER:  Good morning, Your Honor.  Adam Slater

2    and Daniel Nigh, and potentially other people will speak as

3    well depending on the issues that arise.

4          JUDGE VANASKIE:  All right.  Very well.  And who will

5    be the spokesperson for the defense?

6          MR. HARKINS:  Good morning, Judge.  This is Steve

7    Harkins with Greenberg Traurig for the Teva defendants.  Myself

8    and Mr. Ostfeld will be handling the discussions for Teva.

9    Other counsel will be speaking on separate issues.  I know

10   Mr. Lavelle for Aurobindo; Mr. Stoy for the Mylan defendants;

11   and then to the extent there are the ZHP-specific issues,

12   counsel for Skadden will be handling.

13         JUDGE VANASKIE:  All right.  Very well.  Thank you.

14         All right.  So let's get started.  I have your agenda

15   letters, and I'm going to follow the order that's in the

16   plaintiffs' agenda letter, which is ECF No. 2967.  And the

17   first issue on that letter was an update on ZHP certificates of

18   analysis, material safety data sheets.

19         So what's the update on that?  Mr. Slater, is it your

20   matter?

21         MR. SLATER:  Yes.  Yes, Your Honor.

22         We have been trying to work through this issue.  And

23   I had asked for really a deadline of today to either have it

24   worked out or ask for a briefing schedule.  But I believe we

25   made some progress the other night that got us to the point

1   where we have some hope that we may be able to work out a

2   stipulation rather than having to file a fairly extensive

3   motion.  So we're willing to work with ZHP for a short period

4   to try to see if their client is willing to come to where we

5   are trying to get them.  And if we're able to do that, it's

6   probably, you know, it will avoid motion practice.  If we

7   can't, we'd want to be able to report to Your Honor and set a

8   briefing schedule.

9           JUDGE VANASKIE:  All right.  And how much time do you

10  think you need to get this worked out?

11          MR. SLATER:  I would like to believe a short amount

12  of time.  But I've been told by ZHP that it's the Chinese New

13  Year or something and that may delay their ability to get an

14  answer, but they're working on it.  So perhaps ZHP can tell

15  you.

16          We would like to think a week, but I'm not sure if

17  they can commit to a week.

18          JUDGE VANASKIE:  Mr. Ostfeld, are you going to

19  address this issue?

20          MS. DAVIDSON:  Your Honor, I think that would be us,

21  ZHP, not Teva.

22          JUDGE VANASKIE:  Okay.  Jessica.  I'm sorry.  That

23  will be the last time I do that.

24          MS. DAVIDSON:  I think what Adam said is accurate,

25  which is that the Chinese really know how to celebrate a new

1  year much better than we do, and everybody is out of their

2  office for about ten days.  So I think we do need a bit more

3  time, and I don't know, Nina, if there's anything to add to

4  that.

5          JUDGE VANASKIE:  All right.

6          MS. ROSE:  No, that's it.  We are working with our

7  client, and I believe they're back on the 6th of February, and

8  we should be able to have something to Plaintiffs shortly after

9  that.

10          JUDGE VANASKIE:  So if we gave you till the 11th of

11 February, is that enough time?

12          MS. ROSE:  I think that should be sufficient, Your

13 Honor.

14          JUDGE VANASKIE:  All right.  So I'd like a letter

15 report by February 11th on where this stands and whether we're

16 going to need motion practice or not.

17          And what I'd suggest is that if you can't work it

18 out, propose a schedule that I can promptly issue, but we'll

19 give you till February 11th to let us know.

20          MR. SLATER:  Thank you, Your Honor.

21          MS. DAVIDSON:  Thank you, Your Honor.

22          MS. ROSE:  Thank you, Your Honor.

23          JUDGE VANASKIE:  The next issue on the plaintiffs'

24 agenda letter had to deal with update on ZHP document retention

25 policies.

1       And the parties were continuing to meet and confer.

2   Where does that stand right now, Mr. Slater?

3       MR. SLATER:  It's in the same place.  And we don't

4   have anything to tell the Court right now substantively.  I

5   don't think there's anything for the Court to do.  We're going

6   to continue to speak to ZHP, hopefully work through the open

7   questions and be able to stipulate through that or determine

8   whether that's even needed.  We've been focusing, candidly, on

9   the certificate of analysis issue because it's very

10  fundamental.  And this one's been sort of on the back burner,

11  to be honest with you.

12      So we can certainly report back by the next

13  conference with the Court.  I don't think it's that pressing,

14  and it's our issue so we're certainly not asking for any

15  briefing on that yet.

16      JUDGE VANASKIE:  Okay.  So we'll defer that till the

17  next conference, and we'll talk about the scheduling of the

18  next conference shortly.

19      MR. SLATER:  Thank you.

20      JUDGE VANASKIE:  The next item are the DFS

21  deficiencies for Roberts.  That's the first case selected for

22  trial.

23      Where does that stand right now?

24      MR. SLATER:  We made a lot of progress the other

25  night with that issue, Your Honor.  To give you a very simple

1    summary of it, we're working to establish what the

2    contamination levels are in the actual pills that were taken by

3    Mr. Roberts.  And there were some issues we needed to talk

4    through with ZHP.  And through the discussion the other night

5    and some supplements that they previewed to us, we think that

6    we've identified some further steps that may be able to be

7    taken to further specify those levels.  So there's nothing for

8    the Court to do on that yet.  But we need to move quickly on it

9    because our specific causation experts will need to have that

10   issue resolved in order to issue the reports.  So we're working

11   as fast as we can.

12          And we may be making some requests of some -- of the

13   wholesalers in the next day or so for some information they may

14   have with regard to what they can tell us about who actually

15   sold to the specific pharmacy in Alabama and what they know

16   about the pills.

17          There's coding that goes with those pills that might

18   help ZHP to give more specific information about what actual

19   contamination levels would have been at issue with those actual

20   pills.  So we probably will be getting that request out, I

21   would hope, by the end of today.  And it won't be complicated.

22   It would be just ask the wholesalers, who sold to this -- it's

23   one pharmacy.  It's not a chain pharmacy.  It's a specific

24   pharmacy in a town, and we're going to probably ask them to

25   take a look and see who sold those pills to that pharmacy and

1    whatever data they have about what they sold, to give to us,

2    and we're hoping it will be helpful.

3         We're also going to approach and have been

4    approaching the pharmacy itself to see if they have any further

5    information.  And then ultimately when we've exhausted those

6    efforts, we're going to reach an agreement with ZHP, hopefully,

7    as to what the contamination levels are or at least what the

8    reasonable narrowed range is, and then we'll be able to provide

9    that to our experts.

10        JUDGE VANASKIE:  All right.  Any response from ZHP?

11        MS. ROSE:  No, Your Honor.  I think that sums it up.

12   We are in the process of providing Plaintiffs with all the

13   information that we have.  We should be able to get that to

14   them we think within the next week or so, and then it's our

15   understanding there might be some other information in the

16   possession of other defendants, so we're moving forward.

17        JUDGE VANASKIE:  And when you said coding issues,

18   C-O-D-I-N-G?

19        MR. SLATER:  Yes.

20        JUDGE VANASKIE:  Okay.

21        MR. SLATER:  Yes.

22        JUDGE VANASKIE:  Coding, sorry.

23        And do I have it right that your expert report

24   deadline is February 28th?

25        MR. SLATER:  Yes.

1          JUDGE VANASKIE:  Okay.  And so you think you can

2     accomplish all that?

3          MR. SLATER:  We're intending to.

4          JUDGE VANASKIE:  Okay.

5          MR. SLATER:  I mean, I can tell you because we would

6     like to have a specific information and an understanding with

7     ZHP of what we're both going to agree is the quantification.

8     Whether we can be specific or it's a range, we're working with

9     ZHP, and so far they've agreed let's not make this an issue

10    that we're actually trying because it's something we should be

11    able to work out.

12          And the significance of it is we just want to be able

13    to know what the range is.  Even the lower end of the range is

14    still significant from our perspective.  So it's not that we're

15    concerned that the range may be lower than is actionable.  It's

16    just that we're trying to avoid taking up time at trial dealing

17    with something that we think the parties should be able to work

18    out as best we can cooperatively and to come to an

19    understanding of exactly what the data shows.

20          JUDGE VANASKIE:  Okay.

21          MR. SLATER:  So you understand what it is, there's

22    API lots and then multiple API lots get into finished-dose

23    lots.  The finished-dose lots that go into the NDC codes, it's

24    not just one finished dose.  So this finished dose may have had

25    a hundred parts per million, this finished dose may have had

1    20, this may have had this, may have had that.  There's ranges.

2    And there's a whole bunch that are combined into these larger

3    bottles that covered -- that one NDC code encompasses.  And the

4    ability to get it down to what the exact number is has been a

5    challenge.  We're trying to figure out weighted average

6    calculations and we're trying to come up with something that

7    both sides can agree is a reasonable estimate or approximation,

8    or best would be the exact numbers.  But that's what we're

9    working through.  And we really don't think it's something that

10   should be a tried issue.  We think it's something the parties

11   should be able to work out because it's basically based on

12   objective data.

13           JUDGE VANASKIE:  Okay.  All right.  So you'll let us

14   know at the next -- I expect it's going to get resolved very

15   shortly because your expert witness deadlines are coming up.

16           MR. SLATER:  Yes.  And we'll give you an update as

17   soon as we have something definitive to say.  And we obviously

18   have a deadline that we're working on.  So we have a lot of

19   incentive to move through this quickly.

20           JUDGE VANASKIE:  Okay.

21           MR. SLATER:  And ZHP has been cooperative since we

22   raised it.  ZHP has been working with us on this.  So we're

23   hopeful that we can continue to work that way and get through

24   this issue.

25           JUDGE VANASKIE:  That's good to hear.

```
 1                 All right.  Can we move to the next issue then,
 2     revised deposition designations.
 3                 MR. SLATER:  Yes, Your Honor.
 4                 JUDGE VANASKIE:  Where does that stand?
 5                 MR. SLATER:  Our concern is that we -- I know you
 6     remember these witnesses.  Really, the most extensive witness
 7     that we needed to edit the designations that Your Honor had
 8     ruled on previously for was Min Li, because now we're
 9     incorporating general causation.  And for some of the witnesses
10     there may be some testimony that relates to what a consumer
11     would have thought as opposed to an insurance company or a TPP
12     because it's obviously a different context.
13                 We sent those edits that we did for Min Li in October
14     to ZHP and have not received a response.  We're concerned
15     because we have others that we're working on and we'd like to
16     have some sort of order that if we serve edits, that we'll get
17     a response within, for example, ten days.  If there's a
18     problem, they can let us know.
19                 The other witnesses, we don't expect them to be as
20     extensive as Min Li, and we believe that could have been
21     responded to more quickly.  But there's nothing we're looking
22     for by way of relief or to punish anybody, but going forward we
23     would like to have a ten-day turnaround on what we serve so we
24     can move through it more quickly and figure out if there's
25     anything the Court needs to look at.
```

1    JUDGE VANASKIE:  All right.  Who, Jessica or Nina,

2  who's addressing this?

3    MS. DAVIDSON:  I can address it briefly, Your Honor.

4    We're currently really focused on the treater

5  depositions.  And we have a deposition designation deadline of

6  May, whereas we have a fact discovery close that's much sooner.

7  So we will get to the deposition designations as soon as we're

8  done with the treater depositions and we'll get those back to

9  Adam promptly.

10    JUDGE VANASKIE:  But can you give me dates?

11    MS. DAVIDSON:  End of February.

12    If we get those done by the end of February, that

13  leaves plenty of time for the other deposition designations

14  long before our deadline of May, so I think that should work.

15    JUDGE VANASKIE:  So you're suggesting end of February

16  for the treater designations?

17    MS. DAVIDSON:  End of February for Min Li, for the

18  deposition designations for Min Li, and then we can follow this

19  ten-day proposal going forward from there.  We just -- right

20  now, the next two weeks are really busy with treater

21  depositions.

22    JUDGE VANASKIE:  All right.  Thank you.

23    Mr. Slater.

24    MR. SLATER:  We have time, but the time's going to go

25  quickly, and we're just concerned because it's been over three

 1    months.  And there's no reason why -- when we originally did

 2    this, the understanding was this was going to be a rolling

 3    process so we could knock them out as we went.  We didn't

 4    anticipate that the first step would be delayed for three

 5    months.

 6            If that's going to be the case, then we would just

 7    want something that says that the defendants need to respond

 8    when we serve amendments or modifications quickly because we're

 9    not going to want to drag this down to the end of April.  It

10    just doesn't seem reasonable to have squandered so much time

11    already and then have a deadline that's going to become a

12    pressure situation when it didn't need to be.

13            MS. DAVIDSON:  So, Your Honor.

14            JUDGE VANASKIE:  Go ahead.

15            MS. DAVIDSON:  We're not squandering time.  We're

16    just trying to prepare for trial in the ordinary course.  And

17    as I indicated, fact discovery is closing.  We'll get this done

18    at the end of February, and I can personally commit that we'll

19    respond promptly and work very well with Adam on getting the

20    depo designations done after that.

21            JUDGE VANASKIE:  So if we set a ten-day deadline

22    after Min Li's designations are made so you get new

23    designations, you'll respond within ten days?

24            MS. DAVIDSON:  Yes, sir.

25            JUDGE VANASKIE:  All right.  Put that in an order.

1    So we'll have Min Li by the end of February, and then

2    after that, on a rolling basis, the defense will have -- or ZHP

3    will have ten days to respond to your revised designations, I

4    take it.

5            MR. SLATER:  That's great, Judge.  Thank you.  And

6    it's obviously not every witness.  And it's going to be

7    selective on a lot of the witnesses.  I don't expect it to be a

8    giant amount of changes.

9            JUDGE VANASKIE:  Right.

10            MS. DAVIDSON:  Thank you, Your Honor.

11            JUDGE VANASKIE:  Thank you.

12            The next item I had was the plaintiff fact sheet,

13    order-to-show-cause process, and you want that reinstated.

14    That was set forth in Case Management Order No. 16, ECF 249.  I

15    don't see any reason why that should not be reinstated.  It's a

16    matter for Chief Judge Bumb, and she's giving the thumbs up.

17    So we will do that.

18            Now, I will say, while I would like to do this on the

19    last Friday, I have a conflict on the last Friday of February.

20    I have a mediation that's been scheduled to occur in Miami the

21    27th and 28th of February.  So we'll have to pick another date

22    for that one.  And then we'll have this reinstatement of the

23    show-cause process for that conference.

24            CHIEF JUDGE BUMB:  You want to pick the date now,

25    Judge?

```
 1              JUDGE VANASKIE:  Yeah.  What do you have available,
 2    Chief Judge?
 3              CHIEF JUDGE BUMB:  You want to just do it the day
 4    before?
 5              JUDGE VANASKIE:  I can't do it the day before.  I
 6    could do it two days before, the 26th.
 7              CHIEF JUDGE BUMB:  Okay.
 8              JUDGE VANASKIE:  It's a scheduled two-day mediation,
 9    so I'll be in Florida the 27th and 28th, but I could do it the
10    26th.
11              CHIEF JUDGE BUMB:  I can't.  What about the 3rd,
12    Monday?
13              JUDGE VANASKIE:  I could do it the 3rd.  The 3rd of
14    March?
15              CHIEF JUDGE BUMB:  Yeah.  Anybody -- conflict for
16    anyone else?
17              (No response.)
18              CHIEF JUDGE BUMB:  Okay.
19              MR. SLATER:  If we could do it at the same time, that
20    would be great.
21              JUDGE VANASKIE:  What do you mean the same time?
22              MR. SLATER:  Meaning --
23              CHIEF JUDGE BUMB:  10 o'clock.
24              MR. SLATER:  Yes.
25              JUDGE VANASKIE:  Yeah, sure.
```

```
 1              CHIEF JUDGE BUMB:  Okay.

 2              MR. SLATER:  Okay.

 3              JUDGE VANASKIE:  Okay.  Done.

 4              MR. NIGH:  Your Honor, can I make one request on the

 5    PFSs?

 6              JUDGE VANASKIE:  Sure.

 7              MR. NIGH:  If we can get the list in the next two

 8    weeks, just because there's been such a gap from the last time

 9    we had a list.  That way we have enough time before that

10    hearing.

11              JUDGE VANASKIE:  All right.  So what are you

12    suggesting, Daniel?

13              MR. NIGH:  That we get a list from the defendants in

14    the next two weeks.

15              JUDGE VANASKIE:  Is that doable?

16              MR. HARKINS:  Yeah.  Your Honor, apologies, our

17    practice has been to submit a list informally for Plaintiffs'

18    Leadership Counsel to distribute some amount of time before

19    each of the case management conferences.  Given the likely

20    lengthy list, we're happy to do that within the next two weeks.

21              JUDGE VANASKIE:  All right.  So by the 14th of

22    February.  All right.

23              MR. NIGH:  Thank you.

24              JUDGE VANASKIE:  Anything else on that matter, on the

25    show-cause process?
```

1          MR. HARKINS:  Your Honor, the only other thing --

2          MR. SLATER:  And the plaintiffs have no objection.

3          MR. HARKINS:  Apologies, Your Honor.

4      The only other item just to raise logistically, we

5  previously coordinated with Ms. Smith, Loretta Smith, on

6  effectuating the eventual orders.  Is there someone else who

7  should serve as the primary point of contact to the extent

8  there are any questions after each of the hearings as to which

9  cases are moving forward?

10         JUDGE VANASKIE:  Judge Bumb, is that Clarissa?

11         CHIEF JUDGE BUMB:  That's going to be -- that's my

12  career law clerk, Clarissa Lintner.  You should have -- she

13  will -- what do you need, an email from her?

14         MR. HARKINS:  I believe we have that.  I just wanted

15  to confirm if she was going to be stepping into that role.

16  We're happy to --

17         CHIEF JUDGE BUMB:  Yes.  Yes, she is.

18         MS. LINTNER:  That works.  You can email me.

19         CHIEF JUDGE BUMB:  Yeah.

20         JUDGE VANASKIE:  Thanks, Clarissa.

21      All right.  The next issue is product ID issue raised

22  by the defendants.  Who will be addressing this?

23         MR. HARKINS:  I'll be addressing that as well, Your

24  Honor.

25      And I understand that there is no, sort of, specific

1    objection to Plaintiffs from pursuing dismissals for lack of

2    product ID, and we have agreed to continue to meet and confer

3    over the next month to determine if a formal process is

4    necessary.  We've provided some background in our letter just

5    to note that we have been informally undertaking this since

6    2021.  And while we have, for example, for Teva obtained

7    dismissal voluntarily in over a hundred cases where there lacks

8    product ID, we still have over 60 matters that despite multiple

9    correspondences with Plaintiffs, adding Plaintiffs' Leadership

10   to communications with the individual plaintiff's counsel,

11   we're unable to get responses or unable to obtain dismissals.

12          We do feel like, similar to the PFS deficiency,

13   order-to-show-cause process, some ability to bring these issues

14   before the Court and obtain dismissal will very likely mean

15   that we're able to resolve them without actually requiring the

16   Court to enter an order.  Our experience with the PFS

17   deficiency process has been that there are few, if any,

18   disputes that we're actually asking the Court to decide.

19          We'll return to this in a month after we continue to

20   meet and confer with Plaintiffs.  But we do feel that even

21   though it may not need to be as regular or as formal as the PFS

22   deficiency, order-to-show-cause process, some ability or some

23   mechanism the plaintiffs -- that defendants can at least point

24   to for bringing these issues to the Court would move this

25   process along.

1     CHIEF JUDGE BUMB:  Mr. Harkins, let me just jump in.

2 Why not follow the same process?  It seems to be working and it

3 seems to help, you know, prune the matters.  Why don't you just

4 follow the same process?

5     MR. HARKINS:  That is our proposal, Your Honor.  We

6 only, admittedly, raised this in a formal meet-and-confer with

7 Plaintiffs this week.  So they were hearing that proposal for

8 the first time.  And they had asked for us to give them another

9 month to try and resolve this informally.

10     I very much suspect that at the end of the next month

11 our position before the next case management conference is

12 going to be the same; that we would like to implement that

13 process.  But we are willing to meet and confer with Plaintiffs

14 if they think that they will be able to do this without

15 implementing a formal process.

16     CHIEF JUDGE BUMB:  Well, I think it should -- I mean,

17 I think there should always -- I think it should follow the

18 same process.  Meet and confer, and if you can't work it out,

19 then you would follow the same process that you do for the

20 plaintiffs fact sheet.  It seems to me that that process has

21 worked well.

22     Why not follow that same process, Mr. Slater?

23     MR. SLATER:  Your Honor, I think the question is more

24 a question of timing and what the pre-steps will be before

25 implementing it.  This has been going on for a while informally

1   where leadership has worked with individual firms where Teva

2   has actually been very on top of this in reaching out to law

3   firms and saying, for example, in this case your pharmacy

4   records don't document that our product was actually one of

5   those that you purchased, please dismiss us.  And we've worked

6   with Teva and with the plaintiff firms that have been

7   identified to try to get that done.  And it's worked very well.

8          So we're not against having an end process where if

9   it can't be worked out, they can come to the Court.  We just

10  want to work through what will be the steps before we get to

11  that and what should be the timing.  It may be something a

12  little bit different in terms of timing than the order to show

13  causes for the PFSs.  But we're not objecting to the Court

14  being able to be the backstop.

15         CHIEF JUDGE BUMB:  Okay.  So it sounds like everybody

16  is on the same page.  You just want a little bit more time.

17  But it would be my preference that we come up with a procedure,

18  we follow it, and every time we have these conferences, if

19  there's any issues that I need to rule on with respect to a

20  particular case, we just rule on it and continue to -- I use

21  the word "prune" -- prune the case.

22         MR. SLATER:  Right.

23         MR. HARKINS:  Right.

24         MR. SLATER:  We agree, Your Honor.  And I think we'll

25  be able to work through this.

```
 1              CHIEF JUDGE BUMB:  Okay.

 2              MR. HARKINS:  Agreed.

 3              JUDGE VANASKIE:  Great.

 4              The next issue I have are Wave 2 replacement cases.

 5    Now, I will say that after I received the letters, defense

 6    wants to be able to pick the two cases, because we're talking

 7    about two cases right now for trial.

 8              CHIEF JUDGE BUMB:  Judge Vanaskie, can I just

 9    interrupt you for a second?

10              JUDGE VANASKIE:  Yes.

11              CHIEF JUDGE BUMB:  I just wanted to get clarity on

12    where we are with the plaintiffs' motion.  I think that was the

13    next -- did we jump over that one maybe?

14              MR. HARKINS:  Are you referring to the common benefit

15    fund motion?

16              CHIEF JUDGE BUMB:  Yes.

17              JUDGE VANASKIE:  Yeah.  We didn't jump over that yet,

18    but we can talk about that now.

19              CHIEF JUDGE BUMB:  Did we not jump over it?  I must

20    be -- go ahead.

21              JUDGE VANASKIE:  Well, I'm looking at the plaintiffs'

22    letters.

23              CHIEF JUDGE BUMB:  I'll keep quiet.

24              JUDGE VANASKIE:  No, no, no.  You interrupt any time.

25              CHIEF JUDGE BUMB:  I just want to make sure that this
```

```
 1    is continuing to get resolved, the motion.
 2                JUDGE VANASKIE:  Yes.
 3                CHIEF JUDGE BUMB:  The common benefit fund.
 4                JUDGE VANASKIE:  Right.  So we'll take up this common
 5    benefit fund issue right now.  And --
 6                MR. SLATER:  I could probably explain what the issue
 7    is, if you'd like.
 8                JUDGE VANASKIE:  Yeah.  I think that would be
 9    helpful.
10                MR. SLATER:  We were notified by the defendants, I
11    think it was last week, that they had a couple of questions.
12    They're not objecting to us seeking a common benefit process.
13                JUDGE VANASKIE:  Right.
14                MR. SLATER:  The one issue that I can recall from our
15    discussion -- and they emailed us I think it was yesterday or
16    the day before -- has to do with how will the defendant have
17    notice that they're supposed to comply with that process, how
18    do they know a case is within that process.
19                So I can't imagine that's not something we can work
20    through with them to make sure there's language that will give
21    them comfort that they're not going to have to hunt and peck to
22    figure out whether or not a case comes within the scope of the
23    order or not.
24                There may be other similar type of questions.  I
25    think there might have been two or three other little things
```

```
 1   like that.  But I think that was really the sum and substance
 2   of what the defendants' concern was, just to make sure they
 3   knew how to comply.  If there's something else that I haven't
 4   read yet in their email, I'll certainly leave it to them, but
 5   that's my understanding of basically what the concern was on
 6   the defense side.
 7             JUDGE VANASKIE:  And who will be addressing this
 8   issue from the defense?
 9             MR. KAPLAN:  Judge Vanaskie, this is Andrew Kaplan
10   for Defendant Cardinal Health who had the fortune of addressing
11   this issue.
12             I think Adam is exactly on point.  We're -- the
13   defendants are not objecting to the concept of this.  The
14   proposed common benefit order imposes obligations on
15   defendants, and we just want to make sure it's definitionally
16   clear and there's no instance where Defendants are caught in
17   between what they need to do.
18             So we proposed -- we raised the specific issues with
19   some proposed solutions, and we're happy to meet and confer as
20   quickly as possible with Adam and whoever else to get this
21   resolved.  And these sorts of issues have been resolved in
22   other litigations.  I don't anticipate it being an issue here.
23             JUDGE VANASKIE:  All right.  How much time do you
24   need or want to resolve this issue and submit to us an
25   agreed-upon order?
```

1          MR. SLATER:  From our perspective, Your Honor, we
2     don't want to change the motion schedule.  So we want to get
3     this done next week, frankly, if we can, by the end of the
4     week.  We don't think that that should be a challenge.  If
5     there's an issue we can't resolve, then we'd have to obviously
6     submit it.  But I'd like to think that we wouldn't have to
7     disrupt the motion schedule, and I think it's on for the middle
8     of February, the motion.  I don't remember the exact date.  I'm
9     guessing around the 15th.
10         So we would like to make sure we get it done before
11    that so the Court's not having to wait for us.
12         JUDGE VANASKIE:  Mr. Kaplan?
13         MR. KAPLAN:  I don't anticipate that being a problem.
14    I'm happy to jump on the phone as soon as Adam is available,
15    and we can alert the Court if we run into any issues.
16         JUDGE VANASKIE:  All right.
17         CHIEF JUDGE BUMB:  All right.  Thank you, Judge
18    Vanaskie.  If it's worked out, then a new proposed consent
19    order will be in order.  Okay.  Thanks.
20         JUDGE VANASKIE:  Yeah.  Great.
21         Let's get back to the Wave 2 replacement cases.
22         We have a pool left of four cases, as I understand
23    it.  I did use a random number generator on four cases and did
24    select the Crawford and Weygandt cases for the next -- as
25    replacement cases in Wave 2.

1      Now, I think the defense was going to propose

2   Crawford anyway.

3      Now, I don't know where things stand with respect to

4   Weygandt.  But is there an objection to using those two as the

5   replacement cases?

6      As I understand it, there are no more *Lexecon* issues

7   for those two cases, and there's no issues with respect to

8   downstream defendants, so they should be appropriate bellwether

9   cases.

10      MR. HARKINS:  Your Honor, if I might, for the

11   manufacturer defendants at least on this, and I see Ms. Kapke

12   has joined, and she may be able to address to the extent there

13   are any outstanding issues with the downstream defendants.

14      I will say defendants were not going to propose

15   Crawford as one of the two replacement cases.  And to just sort

16   of briefly outline what Defendants' goal here is, is, first, to

17   ensure that when we get to the end of this year, when we have

18   tried the first bellwether case, that the Court has an

19   appropriate case that it can select for the Wave 2 bellwether

20   pool.

21      Second, we want to make sure that the cases which are

22   worked up over the next year are reasonably representative of

23   the inventory in the litigation.

24      JUDGE VANASKIE:  Right.

25      MR. HARKINS:  When we began this process, both

1    parties selected and created a balanced bellwether pool with

2    cases selected by plaintiffs and defendants, and there were

3    actually two cases which were joint selections.

4         What has been referred to in Plaintiffs' letter as

5    "strikes" by the defendants were exercises of *Lexecon* waivers

6    across the board by defendants who have *Lexecon* rights in every

7    single case.  They were not exercised on an individual basis.

8    And the end result of both the exercise of those rights or --

9    and I caveat this because I know Aurobindo, as noted in their

10   letter, has not specifically exercised their *Lexecon* rights but

11   has identified an issue that might create a *Lexecon* waiver

12   problem if it's not resolved.  Those were done across the

13   board.

14        The 17 cases which were removed involved both of the

15   jointly selected cases, seven cases selected by Plaintiffs, and

16   eight cases selected by Defendants.

17        At the end of that process, we still had a reasonably

18   balanced pool with one additional plaintiff case versus defense

19   cases in the potentially eligible pool.

20        We then had nine cases, after two more cases were

21   identified, one defense case and one plaintiff case, which were

22   removed because Plaintiffs determined that they were not

23   willing to waive certain claims against Mylan -- Mylan

24   obviously having indicated their intent to exercise *Lexecon*

25   rights.  The pool of eligible cases for Wave 2 was then four

1   defense cases and five plaintiff cases.

2            After selection by Your Honor of the additional five

3   cases from that pool, we had in the Wave 1 bellwether pool

4   Roberts, which has already been selected for trial, Plaintiffs'

5   case hand selected by them to serve as the first bellwether.

6            At that point the pool involved two defense cases --

7   I'm sorry, two plaintiff cases and three defense cases.

8   Subsequently, Plaintiffs have indicated that they are not

9   willing to waive *Lexecon* in two of the defense selections that

10  were added to that pool.

11           Part of the problem with the remaining pool, from our

12  perspective, Your Honor, is that it has now been narrowed so

13  that the only two defendants who are going to be participating

14  in Wave 2 are ZHP and Teva.  That is it.  There are no other

15  manufacturer defendants in any of these cases.  To the extent

16  Plaintiffs have been asked to identify if they will dismiss

17  downstream entities, they have done so across the board in

18  every other case.  These are going to be cases by the

19  individual plaintiff against the manufacturers.  Those

20  manufacturers are just going to be ZHP or Teva.  ZHP has

21  already been selected to serve as the sole defendant in the

22  first bellwether trial.

23           From Teva's perspective, the four remaining cases are

24  not in fact a plaintiff case -- or a defense case and three

25  plaintiffs' cases.  There are only three plaintiffs' cases in

1    which Teva is involved.  Teva is not involved in the Crawford

2    case.  Selecting them does not increase the potential for Teva

3    to be involved in the Wave 2 bellwether pool.

4         Our goal is to identify a sufficient number of cases

5    from plaintiffs' own selections for the bellwether pool so that

6    at the end of this process, pending dismissals, motion practice

7    or anything else that might remove those cases from the

8    bellwether pool, if the Court so chooses to set the second

9    bellwether pool trial as a ZHP and Teva case, it can do so.

10        Our concern is that we are now in a position where it

11   is appearing that the case, given the selection method that has

12   been employed, is overwhelmingly skewed in favor of cases

13   chosen by plaintiffs.

14        However, we are not asking to reconstitute the pool.

15   We are not asking to add additional defense picks to the pool.

16   We are simply asking that we be permitted to select the Bonmon

17   and Lee cases, which have been worked up, from among the three

18   plaintiff picks for the bellwether pool and add those to

19   Wave 2, which would provide a pool consisting of one defense

20   pick and four plaintiff picks, but it would ensure that there

21   are four cases potentially involving the Teva defendants in the

22   Wave 2 bellwether pool.

23             JUDGE VANASKIE:  All right.  Mr. Slater.

24             MR. SLATER:  This will be Mr. Nigh.

25             MR. NIGH:  Your Honor, I'm going to be addressing

1    this.

2              JUDGE VANASKIE:  Mr. Nigh.

3              MR. NIGH:  Your Honor, I'm going to be addressing

4    this, Daniel Nigh on behalf of the Plaintiffs.

5              This is the first time that we've heard Defendants'

6    intention is that they wanted to pick the Bonmon and the Lee

7    cases.

8              Before going into further argument on this, we had a

9    couple other issues, but having heard that those are the two

10   cases that they want to pick, can I have a few minutes to meet

11   and confer with my co-counsel on that issue?

12             JUDGE VANASKIE:  Well, you can have more than a few

13   minutes.  I'd like to get this done, though.

14             MR. NIGH:  I do want to get it done, but that's the

15   first time I've heard that those are the two cases that they

16   want to pick.  So we may be able to reach an agreement, but I

17   haven't been able to speak to my co-counsel yet.

18             JUDGE VANASKIE:  Well, can you get back to us by

19   Monday?

20             MR. NIGH:  Absolutely.

21             MR. HARKINS:  And, Your Honor, if I might, I do think

22   if Plaintiffs' counsel is amenable -- and I apologize for not

23   being able to raise this earlier during our prior meet and

24   confers.  The only other thing I might add is given the number

25   of cases in the bellwether pool and the fact that it is fairly

```
 1   clear that the bellwether pool for the second Wave 2 is only
 2   going to involve these two defendants, now I don't pretend to
 3   know why Your Honor initially identified five as the
 4   appropriate number.  But we do feel that if, for example, one
 5   of the plaintiffs in either Lee or Bonmon is unwilling to waive
 6   Lexecon and thereby reducing the pool, to the extent there are
 7   at least three or four Teva cases still in the pool, we feel
 8   that's sufficient to work it up.  So we would prefer to have
 9   both of those two cases added.  If only one of those cases can
10   be added after waiver of Lexecon, we're still fine with
11   proceeding with that.  We don't feel that there is a need to
12   add another Teva case to the bellwether pool at that time.
13            CHIEF JUDGE BUMB:  Can I ask a question that maybe
14   I'm -- I don't know -- maybe I'm missing something.  If these
15   are the cases picked by the plaintiff, what's the problem?
16            MR. NIGH:  Well, Your Honor, there's a couple issues
17   that are triggered.  First off is, I still don't know that the
18   plaintiffs in these individual cases would be willing to waive
19   Lexecon.  That's an individual discussion that has to be had
20   with that plaintiff.  The decision for -- you know, just to
21   give you an example, I have two cases --
22            CHIEF JUDGE BUMB:  So at the time you selected the
23   cases, you hadn't made that initial inquiry?
24            MR. NIGH:  We have not, no.  And they -- and they --
25   it's been that we haven't selected cases.  We just had -- we
```

1  can't -- we got down to nine cases because those are the cases

2  that didn't have a subject matter jurisdiction argument and

3  they didn't have an Aurobindo or Mylan waiving *Lexecon*

4  argument.  That's it.  That's how we got down to nine.  All the

5  rest of the cases dropped out of the 28.  And that's what got

6  us to nine.

7           But just along those lines, I mean, when I have a

8  conversation, I've had two of my clients that have waived

9  *Lexecon*.  It's a personal issue to make a decision.  These are

10 people who are battling with cancer treatment and/or they're

11 widows or widowers who have their own health concerns and they

12 have to make a decision as to whether or not their -- they want

13 to be there in court.  They want to be at trial.  They want to

14 be able to sit there and have their day in court, but they have

15 to make a decision as to whether or not to travel from Alabama

16 up to New Jersey or --

17           CHIEF JUDGE BUMB:  No.  I --

18           MR. NIGH:  -- from Louisiana to New Jersey.  So

19 that's all.  We just have to have conversation first, though,

20 Your Honor.

21           CHIEF JUDGE BUMB:  And I totally appreciate it.  It

22 just seemed to me that it would have been more logical to have

23 those conversations before you quote-unquote picked them.

24 Because now when I read the submissions, it seems like what the

25 defendants are saying is there's a lot of -- I don't want to

1   call it "gamesmanship" or whatever going on.  It just would

2   have seemed to be more efficient to have those conversations

3   before you quote-unquote picked them.  But maybe I'm missing

4   something.

5           But okay.  Well, you'll talk to your clients in these

6   two cases and see if they will waive *Lexecon*, okay.

7           MR. NIGH:  And, Your Honor, I would just -- I think

8   there's a difference in our interpretation of what's happened.

9   The cases have not been picked.  They have just been narrowed

10  from 28 to nine based on Aurobindo and/or Mylan being in the

11  case where they have refused to waive *Lexecon*.  I know

12  Aurobindo's argument that they put strings on, we will only

13  waive *Lexecon* if you do X, Y, and Z, so...

14          CHIEF JUDGE BUMB:  Okay.  Well, it may be a

15  conversation I have offline with Judge Vanaskie, because it

16  just seems to me that -- and maybe instead of narrowing, it

17  should be picked.  And all of this, you know, preliminary

18  discussion should happen before they're "picked."  Because it

19  seems to me it's a lot of work for Judge Vanaskie to continue

20  to go back and forth and address these issues.  But let's see.

21  Let's see what these two cases, what they say.

22          MR. NIGH:  Yes, Your Honor.

23          JUDGE VANASKIE:  Yeah.  Get back to me by Monday on

24  Plaintiffs' position with respect to Bonmon and Lee.  And if

25  you can agree, well, now we have our pool.  All right.

```
1              MR. NIGH:  We will, Your Honor.

2              MR. HARKINS:  Thank you, Your Honor.

3              MS. KAPKE:  Your Honor, apologies for bringing this

4    up.  But, Daniel, can you get back to us on Monday as to

5    whether you will dismiss Walmart from Lee as well?

6              MR. NIGH:  If that's one of the cases, yes.

7              MR. JANOW:  And forgive me, Your Honor, Jonathan

8    Janow from Buchanan Ingersoll on behalf of Defendant

9    Albertsons.  We are the pharmacy defendant named in the

10   Weygandt case.  And just to sort of set the record clear, we

11   have not yet been asked to take a position on Lexecon waiver

12   issues as our case was not previously selected by the Court.

13   But we are, you know, we are named as a defendant in that case

14   and would similarly ask, like Ms. Kapke did, that Plaintiffs

15   provide their position as to whether they would dismiss

16   Albertsons from that case for purposes of these discussions.

17             MR. NIGH:  Right.

18             MS. DAVIS:  And this is D'Lesli Davis for Mckesson.

19   If we could just have that agreement as to all the downstream

20   defendants.  I don't think we'd have to go through everybody

21   sort of articulating which of those four cases we're in.  But

22   if we could hear from you on that, Mr. Nigh, that would be

23   helpful as well.

24             MR. NIGH:  Yeah.  And just to be clear, we, the

25   plaintiffs, have always asserted that we believe we have
```

1    rightful claims against these downstream defendants.  This is

2    merely a weighing pros and cons with the plaintiffs where in

3    some situation we are willing to dismiss the pharmacy and/or

4    the wholesaler so that these cases can be tried in New Jersey.

5              MS. DAVIS:  And, Your Honor --

6              CHIEF JUDGE BUMB:  We got to get to trial.  We got to

7    get to trial.  Let's get there.  Okay.

8              MS. DAVIS:  Thank you, Your Honor.

9              MR. NIGH:  We agree, Your Honor.

10             MR. LAVELLE:  Your Honor, John Lavelle from Morgan

11   Lewis for Aurobindo.  I heard Mr. Nigh say again this morning

12   and Plaintiffs have said this a few times that Aurobindo is

13   unwilling to waive *Lexecon*.  That is not true.

14             As we put in our most recent submission to the Court,

15   Aurobindo actually made a proposal to Plaintiffs with respect

16   to *Lexecon* waiver.  Plaintiffs made a counterproposal.  Neither

17   side has accepted the initial proposals.  There's more

18   discussion to be had here.  For us it's wrapped up in the issue

19   of personal jurisdiction over the Indian entity which has been

20   sued by the plaintiffs.  So we're willing to continue

21   discussions with Plaintiffs to see if we can reach a resolution

22   of that.  But I don't think it's fair to say that we have

23   refused to waive *Lexecon*.  It's the contrary.  We've expressed

24   willingness to waive it under certain circumstances, and we

25   want to have those discussions with Plaintiffs.

1        MR. NIGH:  Your Honor, we've discussed this

2    previously.  I don't want go into the whole detail.

3        JUDGE VANASKIE:  Right.

4        MR. NIGH:  But putting strings on a *Lexecon* waiver is

5    essentially tantamount to refusing to waive *Lexecon*.  We've

6    made an offer.  It was rejected.  We've never even received a

7    counterproposal from the defendants.  So at this point we've

8    got to get cases, we've got to move on, we've got to get them

9    into the pool.

10        You know, putting strings on saying we'll only waive

11    *Lexecon* if X, Y and Z happens, that's tantamount to saying

12    you're not waiving *Lexecon*.

13        JUDGE VANASKIE:  Well, we don't have those issues

14    with respect to Bonmon and Lee, do we?

15        MR. HARKINS:  No.

16        MR. NIGH:  No, Your Honor.

17        JUDGE VANASKIE:  So give me your position by Monday

18    with respect to Bonmon and Lee and maybe this will go away for

19    now.  I know it will come up again, Mr. Lavelle, if you can't

20    all work it out.  But I just want to get the cases selected and

21    moving forward towards trial.

22        MR. NIGH:  Yes, Your Honor.

23        MR. HARKINS:  Understood.

24        JUDGE VANASKIE:  Now, I have -- I show pending

25    ECF 2866, motion to clarify with respect to -- is it

1    Dr. Nagaich?  I'm probably mispronouncing that name.  But where

2    do things stand with respect to that motion?

3          MS. BRANCATO:  Good morning, Your Honor.  This is

4    Alexia Brancato on behalf of Torrent.

5          JUDGE VANASKIE:  Okay.

6          MS. BRANCATO:  I'm sorry.  Can you hear me?

7          JUDGE VANASKIE:  Yes, I can.

8          MS. BRANCATO:  Okay.  Perfect.

9          Yes.  That motion is still pending.  It was related

10   to the economic loss trial we were working up and has, I guess,

11   similarly been put on pause.

12         JUDGE VANASKIE:  All right.  So can it remain on

13   pause?

14         MS. BRANCATO:  For now I think, Your Honor, that's

15   fine with us.  If we were going to pick up economic loss issues

16   again, then it would need to become unpaused, if you will.

17         JUDGE VANASKIE:  Right.

18         MS. BRANCATO:  But for now, we're not asking for an

19   immediate ruling or anything like that.

20         JUDGE VANASKIE:  All right.

21         MR. OSTFELD:  Judge Vanaskie, this is Greg Ostfeld.

22         JUDGE VANASKIE:  Yes, Mr. Ostfeld.

23         MR. OSTFELD:  On that point, it's not on the agenda

24   today, and we're certainly not looking for any action on it

25   today, but I did want to simply raise the point that Teva has a

```
1   letter outstanding that's been responded to and replied to.
2   It's Docket Nos., let's see, 2916, 2921, and 2934 pertaining to
3   the TPP litigation and, you know, and some suggestions as to
4   next steps in response to Judge Bumb, your questions in October
5   regarding where we go from here.  So we're certainly not
6   looking for any action on that today.  We were wondering if
7   Your Honor needs anything further from us on that.  We'd
8   certainly be happy to provide it.
9          CHIEF JUDGE BUMB:  Well, I -- so thank you.
10         I'm glad you brought it up, because I am working on
11  stuff.  It will probably be a lengthy opinion that I think will
12  help, I hope, give clarity to that aspect of this matter.
13         It's no secret to all of you that that has consumed a
14  lot of my time and a lot of my consternation.  So I've been
15  thinking a lot about the case, and you can expect to get an
16  opinion and some rulings with respect to that aspect of the
17  case.
18         So I guess to answer your question, hold on for a
19  little bit.
20         MR. OSTFELD:  Understood, Your Honor.  Thank you.
21         CHIEF JUDGE BUMB:  Okay.
22         JUDGE VANASKIE:  All right.  So we have some cases --
23  we have one case being worked up right now, Roberts.  We have
24  three other cases that have been selected.  There's no problems
25  with moving forward with them.  And then we're going to find
```

```
1    out by Monday what the other two cases are.

2            Can we set up schedules for the preparation of those

3    cases for trial?

4            MR. NIGH:  Yes, Your Honor.

5            JUDGE VANASKIE:  Is there any impediment to that?

6            MR. NIGH:  No.  I think we can start those

7    negotiations, Your Honor.  This is Daniel Nigh for the

8    Plaintiffs.

9            MS. DAVIDSON:  We're happy to meet and confer with

10   Plaintiffs on that.  Could the Court provide a little bit of

11   perhaps guidance on when you see that trial happening and then

12   we'll work backwards from there?

13           CHIEF JUDGE BUMB:  Don't we have a trial date?

14           JUDGE VANASKIE:  We have a trial date for Gaston

15   Roberts but not for anything else.  Roberts is September 8th, I

16   think.

17           CHIEF JUDGE BUMB:  And how long?  How long do the

18   parties think that case will try?

19           MR. SLATER:  We have not discussed that with the

20   defendants yet.

21           CHIEF JUDGE BUMB:  Okay.  So give me an idea, and

22   then the next time we talk, I will have an idea when the next

23   trial will happen, okay?  That's the best I can do.  I've got

24   to know how long you folks think the first trial, the Roberts

25   trial will last.
```

1          MR. SLATER:  I think once we know how many experts

2     there are on each side and we know what the issues are, I think

3     that we can give you a more responsible answer to that.  I

4     would hate to just shoot from the hip and give you a broad

5     number unless you want that, Your Honor.

6          CHIEF JUDGE BUMB:  Oh, yeah, no, I don't want you

7     shooting from the hip.  I want a realistic number.

8          MR. SLATER:  Okay.

9          CHIEF JUDGE BUMB:  Because then I typically get the

10    realistic number and then I usually reduce it.

11         MR. SLATER:  Right.

12         MS. DAVIDSON:  You shouldn't tell us, Your Honor,

13    because then people will be inclined to inflate it.

14         (Laughter.)

15         CHIEF JUDGE BUMB:  Well, I'll know.

16         MR. SLATER:  Nobody's inclined to inflate it on the

17    plaintiffs' side.

18         CHIEF JUDGE BUMB:  Okay, Mr. Slater.  Holding you to

19    it.

20         What's the trial date I gave you folks?  I'm just

21    looking at my calendar here.  I want to make sure it's in.

22         MR. SLATER:  I think it's September 8.

23         JUDGE VANASKIE:  I had September 8th.

24         CHIEF JUDGE BUMB:  Yeah.  Okay.  Yeah, it's in.

25    Okay.

 1          MS. DAVIDSON:  Your Honor, I understand you need to

 2   know the approximate length of trial, but is it fair to assume

 3   you're thinking of more or less back to back such that this

 4   would be in the fourth quarter of 2025?

 5          CHIEF JUDGE BUMB:  Yes.  I think you can, yes.  I'm

 6   contemplating what my trial calendar looks like.  Barring any

 7   criminal trial that I don't know of, yes.

 8          MS. DAVIDSON:  Thank you.  That's fine.

 9          CHIEF JUDGE BUMB:  Yeah.  I do anticipate that I want

10   to get as much as I can done this calendar year, yes.

11          MR. HARKINS:  Apologies, Your Honor.  I just want to

12   make sure I'm understanding.  When you say "back to back," are

13   you referring to the case that will be selected from the Wave 2

14   pool?

15          CHIEF JUDGE BUMB:  The next one, yes.

16          MR. HARKINS:  Okay.  And I just clarify because I

17   know the parties, who, again, are still trying to identify the

18   case, had been of the understanding that the target date for

19   that trial would be February or March of 2026.

20          CHIEF JUDGE BUMB:  Why?

21          MR. HARKINS:  It was simply the tentative date that

22   was given to us by Judge Vanaskie at the end of last year to

23   work backwards from.  And I -- I just hesitate to let that go.

24   Because I know, for example, for the Roberts trial, expert

25   workup, fact discovery and such are already underway.

1          CHIEF JUDGE BUMB:  Yeah.

2          MR. HARKINS:  But given what we were informed about

3     with regard to the tentative trial date, none of that has

4     started for the Wave 2 cases which, as you're aware from the

5     discussion today, have not even been selected.

6          CHIEF JUDGE BUMB:  Well, I know, but isn't that what

7     we're talking about now, setting down a schedule so that you

8     can, you know, you can work sort of backwards?  If I tell you,

9     for example, let's do the second trial in November, can't you

10    work backwards?  Isn't that enough time?

11         MR. HARKINS:  And, yes, Your Honor, I just wanted to

12    clarify because of what the parties had previously been working

13    off of.  This is the first I'm hearing of a fourth quarter

14    trial for the Wave 2.  And our discussions, which have

15    admittedly not gotten into the weeds on the schedule, had been

16    with that as the target date for purposes of getting discovery

17    and other deadlines situated.

18         CHIEF JUDGE BUMB:  Okay.  Yeah.  I mean, I would like

19    to do more than just the one this calendar year, again,

20    barring -- I mean, I can't control my criminal calendar.  But

21    as of now I have the time.

22         MS. DAVIDSON:  Thank you, Your Honor.

23         MR. HARKINS:  Okay.  Thank you.

24         MS. DAVIDSON:  Your Honor, I think in terms of trial

25    readiness, one consideration for sure would be at what stage of

1    the workup does the pool get narrowed, right?  Because

2    preparing five cases for trial in November is a much bigger

3    task.

4            So I'm not sure where we stand on sort of when in the

5    process Your Honor envisions the five going to one, if that

6    makes sense.

7            CHIEF JUDGE BUMB:  No.  Try it again.

8            MS. DAVIDSON:  So at this point, right, we would be

9    preparing five cases in Wave 2 for trial.  And so one thing

10   that has been done in some other MDLs I've been in, right, is

11   there's a first level of discovery that's limited, then the

12   trial case is selected such that you're not working all five

13   cases up for a November trial, which would be a much bigger

14   burden.

15           CHIEF JUDGE BUMB:  Right.

16           MS. DAVIDSON:  So I didn't know if Your Honor and

17   Judge Vanaskie had a plan in place as to at what stage the five

18   would be further narrowed.

19           CHIEF JUDGE BUMB:  Why don't we -- can we agree on

20   this, Judge Vanaskie, why don't we hear from the parties and

21   get a proposal.  You know what my objective is.  My objective

22   is to try as many as I can this calendar year because I have

23   the time, okay.  And so why don't the parties propose a

24   schedule.  And if it's something that I think can fit within my

25   calendar and it's all doable for the parties, then we'll work

```
 1    from that.  How does that sound?
 2              MR. SLATER:  That works for the parties, Your Honor.
 3              MR. HARKINS:  Yes, Your Honor.
 4              CHIEF JUDGE BUMB:  All right.
 5              JUDGE VANASKIE:  What I would suggest is you make
 6    that proposal by our next case management conference scheduled
 7    for March 3rd, all right?
 8              MR. SLATER:  If not sooner.
 9              JUDGE VANASKIE:  If not sooner.
10              CHIEF JUDGE BUMB:  And it's also very helpful for me
11    so that I can reserve the time on my calendar.  Okay.
12              MS. LOCKARD:  Yeah.  I would suggest, and it sounds
13    like Mr. Slater is of the same mind, that we try to get our
14    proposals in sooner than that.  Because if we're just making
15    proposals in March, we're going to lose, you know, a month.
16    And the clock is ticking.  We want to get some certainty on
17    what needs to be worked up, how the schedule is going to go so
18    we could start getting that discovery underway.
19              CHIEF JUDGE BUMB:  Well, I think the --
20              JUDGE VANASKIE:  How about by February 14th?
21              CHIEF JUDGE BUMB:  Yeah.  As soon as you get it to
22    Judge Vanaskie and I speak with Judge Vanaskie, he can get back
23    to you as to what my thinking is.
24              MR. SLATER:  We can target that, Your Honor.
25              JUDGE VANASKIE:  All right.
```

```
 1              MS. LOCKARD:  Okay.

 2              JUDGE VANASKIE:  So I'd suggest a letter report by

 3    February 14th, to the extent that you can reach agreement on

 4    what should be tried after Roberts, all right?

 5              MR. SLATER:  Will do.

 6              JUDGE VANASKIE:  Give us an order.  Okay.

 7              All right.  Is there anything else for today?

 8              MR. HARKINS:  Nothing from Defendants, Your Honor.

 9              MR. SLATER:  I don't think there's anything else that

10    has to be addressed today, Your Honor, for Plaintiffs.

11              JUDGE VANASKIE:  I take it there are presently no

12    discovery disputes?

13              (No response.)

14              CHIEF JUDGE BUMB:  What?

15              MR. SLATER:  With regards to Roberts itself?

16              JUDGE VANASKIE:  Yeah, with regard to Roberts.

17              MR. SLATER:  I'm not aware of any, Your Honor.  I

18    don't know if Daniel is.

19              MR. NIGH:  None, Your Honor.  None that we're aware

20    of.

21              JUDGE VANASKIE:  Great.

22              CHIEF JUDGE BUMB:  Great.

23              JUDGE VANASKIE:  All right.  I'll look forward to

24    getting your letters, and we'll all get back together on the

25    3rd of March.
```

1           CHIEF JUDGE BUMB:  Good to see you all.

2           MR. SLATER:  Thank you.

3           JUDGE VANASKIE:  Thank you.

4           MR. HARKINS:  Thank you.

5           MR. NIGH:  Thank you.

6           MR. SLATER:  See you, Judge.

7           MS. DAVIDSON:  Thank you.

8           JUDGE VANASKIE:  Bye-bye.

9           MR. SLATER:  Bye.

10          (Proceedings concluded at 10:52 a.m.)

11          - - - - - - - - - - - - - - - - - - - - -
            **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
12          - - - - - - - - - - - - - - - - - - - - -

13          I certify that the foregoing is a correct transcript

14   from the record of proceedings in the above-entitled matter.

15

16

17   /S/John J. Kurz, RDR-RMR-CRR-CRC              February 1, 2025

18   Court Reporter/Transcriber

19

20

21

22

23

24

25

**CHIEF JUDGE BUMB: [60]**
**JUDGE VANASKIE: [95]**
**MR. HARKINS: [25]** 7/6 20/16 21/1 21/3 21/14 21/23 23/5 24/23 25/2 25/14 29/10 29/25 33/21 37/2 39/15 39/23 44/11 44/16 44/21 45/2 45/11 45/23 47/3 48/8 49/4
**MR. JANOW: [1]** 37/7
**MR. KAPLAN: [2]** 27/9 28/13
**MR. LAVELLE: [1]** 38/10
**MR. NIGH: [26]** 20/4 20/7 20/13 20/23 32/25 33/3 33/14 33/20 34/16 34/24 35/18 36/7 36/22 37/1 37/6 37/17 37/24 38/9 39/1 39/4 39/16 39/22 42/4 42/6 48/19 49/5
**MR. OSTFELD: [3]** 40/21 40/23 41/20
**MR. SLATER: [48]** 7/1 7/21 8/11 9/20 10/3 10/19 10/24 12/19 12/21 12/25 13/3 13/5 13/21 14/16 14/21 15/3 15/5 16/24 20/2 21/2 23/23 24/22 24/24 26/6 26/10 26/14 28/1 32/24 42/19 43/1 43/8 43/11 43/16 43/22 47/2 47/8 47/24 48/5 48/9 48/15 48/17 49/2 49/6 49/9
**MS. BRANCATO: [5]** 40/3 40/6 40/8 40/14 40/18
**MS. DAVIDSON: [19]** 8/20 8/24 9/21 16/3 16/11 16/17 17/13 17/15 17/24 18/10 42/9 43/12 44/1 44/8 45/22 45/24 46/8 46/16 49/7
**MS. DAVIS: [3]** 37/18 38/5 38/8
**MS. KAPKE: [1]** 37/3
**MS. LINTNER: [1]** 21/14
**MS. LOCKARD: [2]** 47/12 48/1
**MS. ROSE: [4]** 9/6 9/12 9/22 12/11

**/**
**/S/John [1]** 49/17

**0**
**07068 [1]** 1/15
**07102 [1]** 3/15
**08043 [1]** 2/18
**08101 [1]** 1/8

**08540 [1]** 2/24

**1**
**10 [1]** 19/23
**100 [1]** 3/15
**1000 [1]** 4/3
**10001 [1]** 2/10
**1001 [1]** 4/6
**10022 [1]** 2/21
**1025 [1]** 2/17
**103 [1]** 1/15
**10:52 a.m [1]** 49/10
**11 [1]** 3/19
**11th of [1]** 9/10
**128 [1]** 2/9
**14 [1]** 2/3
**1440 [1]** 2/13
**14th [2]** 47/20 48/3
**14th of [1]** 20/21
**15219 [1]** 3/3
**15th [2]** 3/15 28/9
**16 [1]** 18/14
**17 [1]** 30/14
**1700 [1]** 4/16
**1801 [1]** 4/3
**1:19-md-02875-RMB-SA K [1]** 1/4

**2**
**20 [1]** 14/1
**20004 [1]** 4/6
**20005 [1]** 2/14
**20006 [1]** 4/16
**20016 [1]** 2/4
**2021 [1]** 22/6
**2025 [3]** 1/8 44/4 49/17
**2026 [1]** 44/19
**207 [1]** 1/15
**2200 [1]** 4/9
**2220 [1]** 4/13
**230 [1]** 4/13
**249 [1]** 18/14
**2500 [1]** 3/6
**26th [2]** 19/6 19/10
**27th and [2]** 18/21 19/9
**28 [2]** 35/5 36/10
**2800 [1]** 3/23
**2866 [1]** 39/25
**28th [2]** 12/24 19/9
**28th of [1]** 18/21
**2916 [1]** 41/2
**2921 [1]** 41/2
**2934 [1]** 41/2
**2967 [1]** 7/16

**3**
**300 [1]** 4/16
**30305 [1]** 3/7
**31 [1]** 1/8
**3100 [1]** 3/10
**3333 [1]** 3/6
**33950 [1]** 2/7
**3600 [1]** 4/10
**38th [1]** 3/3
**3rd [5]** 19/11 19/13 19/13 47/7 48/25

**4**
**42-128 [1]** 2/9
**45202 [1]** 3/23
**46204 [1]** 3/19
**4th [1]** 1/7

**5**
**502 [1]** 2/24
**576-7094 [1]** 1/22

**6**
**60 [1]** 22/8
**600 [1]** 3/22
**601 [1]** 2/20
**60601 [1]** 3/11
**60606 [1]** 4/13
**6th of [1]** 9/7

**7**
**701 [1]** 1/18
**70130 [1]** 1/18
**7094 [1]** 1/22
**75201 [1]** 4/10
**77 [1]** 3/10

**8**
**80202 [1]** 4/3
**856 [1]** 1/22
**8th [2]** 42/15 43/23

**9**
**99 [1]** 2/6
**9:59 [2]** 1/9 6/18
**9:59 a.m [1]** 6/4

**A**
**a.m [3]** 1/9 6/4 49/10
**ability [4]** 8/13 14/4 22/13 22/22
**able [22]** 8/1 8/5 8/7 9/8 10/7 11/6 12/8 12/13 13/11 13/12 13/17 14/11 22/15 23/14 24/14 24/25 25/6 29/12 33/16 33/17 33/23 35/14
**above [1]** 49/14
**above-entitled [1]** 49/14
**ABRAHAM [1]** 4/2
**Absolutely [1]** 33/20
**accepted [1]** 38/17
**accomplish [1]** 13/2
**accurate [1]** 8/24
**across [3]** 30/6 30/12 31/17
**Actavis [5]** 3/8 3/8 3/12 3/12 3/16 3/16
**action [3]** 1/3 40/24 41/6
**actionable [1]** 13/15
**actual [3]** 11/2 11/18 11/19
**actually [8]** 11/14 13/10 22/15 22/18 24/2 24/4 30/3 38/15
**ADAM [8]** 1/14 7/1 8/24 16/9 17/19 27/12 27/20 28/14
**add [5]** 9/3 32/15 32/18

33/24 34/12
**added [3]** 31/10 34/9 34/10
**adding [1]** 22/9
**additional [3]** 30/18 31/2 32/15
**address [4]** 8/19 16/3 29/12 36/20
**addressed [1]** 48/10
**addressing [7]** 16/2 21/22 21/23 27/7 27/10 32/25 33/3
**admittedly [2]** 23/6 45/15
**after [11]** 9/8 17/20 17/22 18/2 21/8 22/19 25/5 30/20 31/2 34/10 48/4
**again [6]** 38/11 39/19 40/16 44/17 45/19 46/7
**against [11]** 24/8 30/23 31/19 38/1
**agenda [4]** 7/14 7/16 9/24 40/23
**agree [6]** 13/7 14/7 24/24 36/25 38/9 46/19
**agreed [4]** 13/9 22/2 25/2 27/25
**agreed-upon [1]** 27/25
**agreement [4]** 12/6 33/16 37/19 48/3
**ahead [2]** 17/14 25/20
**aided [1]** 1/23
**Alabama [2]** 11/15 35/15
**Albertsons [3]** 4/17 37/9 37/16
**alert [1]** 28/15
**ALEXIA [2]** 2/20 40/4
**ALFANO [1]** 3/2
**all [45]** 6/16 6/19 6/20 7/4 7/13 7/14 8/9 9/5 9/14 12/10 12/12 13/2 14/13 15/1 16/1 16/22 17/25 20/11 20/21 20/22 21/21 27/23 28/16 28/17 32/23 35/4 35/19 36/17 36/25 37/19 39/20 40/12 40/20 41/13 41/22 46/12 46/25 47/4 47/7 47/25 48/4 48/7 48/23 48/24 49/1
**along [2]** 22/25 35/7
**already [4]** 17/11 31/4 31/21 44/25
**also [3]** 4/18 12/3 47/10
**always [2]** 23/17 37/25
**am [1]** 41/10
**amenable [1]** 33/22
**amendments [1]** 17/8
**AmerisourceBergen [1]** 3/24
**among [1]** 32/17
**amount [3]** 8/11 18/8 20/18
**analysis [2]** 7/18 10/9
**ANDREW [2]** 4/5 27/9
**another [4]** 6/17 18/21 23/8 34/12

**answer [3]** 8/14 41/18 43/3
**anticipate [4]** 17/4 27/22 28/13 44/9
**any [17]** 6/23 10/14 12/4 12/10 18/15 21/8 22/17 24/19 25/24 28/15 29/13 31/15 40/24 41/6 42/5 44/6 48/17
**anybody [2]** 15/22 19/15
**anyone [1]** 19/16
**anything [11]** 9/3 10/4 10/5 15/25 20/24 32/7 40/19 41/7 42/15 48/7 48/9
**anyway [1]** 29/2
**API [2]** 13/22 13/22
**apologies [4]** 20/16 21/3 37/3 44/11
**apologize [1]** 33/22
**Appearances [1]** 3/25
**appearing [1]** 32/11
**appreciate [1]** 35/21
**approach [1]** 12/3
**approaching [1]** 12/4
**appropriate [4]** 6/23 29/8 29/19 34/4
**approximate [1]** 44/2
**approximation [1]** 14/7
**April [1]** 17/9
**ARCHER [1]** 2/16
**are [61]**
**argument [4]** 33/8 35/2 35/4 36/12
**arise [1]** 7/3
**around [1]** 28/9
**ARPS [2]** 2/8 2/12
**Arthur [1]** 5/3
**articulating [1]** 37/21
**ask [5]** 7/24 11/22 11/24 34/13 37/14
**asked [4]** 7/23 23/8 31/16 37/11
**asking [6]** 10/14 22/18 32/14 32/15 32/16 40/18
**aspect [2]** 41/12 41/16
**asserted [1]** 37/25
**assume [1]** 44/2
**Atlanta [1]** 3/7
**Aurobindo [8]** 2/25 7/10 30/9 35/3 36/10 38/11 38/12 38/15
**Aurobindo's [1]** 36/12
**Aurolife [1]** 2/25
**available [2]** 1/19 28/14
**Avenue [4]** 2/13 2/20 4/6 4/9
**average [1]** 14/5
**avoid [2]** 8/6 13/16
**aware [3]** 45/4 48/17 48/19
**away [1]** 39/18

**B**
**back [15]** 9/7 10/10 10/12 16/8 28/21 33/18 36/20 36/23 37/4 44/3 44/3

**B**

back... [4] 44/12 44/12 47/22 48/24
background [1] 22/4
backstop [1] 24/14
backwards [4] 42/12 44/23 45/8 45/10
balanced [2] 30/1 30/18
BARNES [1] 3/18
barring [2] 44/6 45/20
based [2] 14/11 36/10
basically [2] 14/11 27/5
basis [2] 18/2 30/7
battling [1] 35/10
because [28] 10/9 11/9 13/5 13/10 14/11 14/15 15/8 15/12 15/15 16/25 17/8 20/8 25/6 30/9 30/22 35/1 35/24 36/15 36/18 41/10 43/9 43/13 44/16 44/24 45/12 46/1 46/22 47/14
become [2] 17/11 40/16
been [45] 7/22 8/12 10/8 10/10 11/19 12/3 14/4 14/21 14/22 15/20 16/25 18/20 20/8 20/17 22/5 22/17 23/25 24/2 24/6 26/25 27/21 30/4 31/4 31/12 31/16 31/21 32/12 32/17 33/17 34/25 35/22 36/9 36/9 37/11 38/19 44/18 45/5 45/12 45/15 46/10 46/10
before [17] 6/1 16/14 19/4 19/5 19/6 20/9 20/18 22/14 23/11 23/24 24/10 26/16 28/10 33/8 35/23 36/3 36/18
began [1] 29/25
behalf [4] 5/8 33/4 37/8 40/4
being [6] 24/14 27/22 28/13 33/23 36/10 41/23
believe [6] 7/24 8/11 9/7 15/20 21/14 37/25
bellwether [16] 29/8 29/18 29/19 30/1 31/3 31/5 31/22 32/3 32/5 32/8 32/9 32/18 32/22 33/25 34/1 34/12
benefit [5] 25/14 26/3 26/5 26/12 27/14
BERNE [1] 3/21
best [3] 13/18 14/8 42/23
better [1] 9/1
between [1] 27/17
bigger [2] 46/2 46/13
bit [5] 9/2 24/12 24/16 41/19 42/10
BLACKWELL [1] 4/2
board [3] 30/6 30/13 31/17
BOCKIUS [1] 2/23
Bogdan [1] 5/5
Bonmon [6] 32/16 33/6

34/5 36/24 39/14 39/18
BOSICK [1] 3/2
both [6] 13/7 14/7 29/25 30/8 30/14 34/9
bottles [1] 14/3
BRANCATO [2] 2/20 40/4
BRETT [1] 2/3
briefing [3] 7/24 8/8 10/15
briefly [2] 16/3 29/16
bring [1] 22/13
bringing [2] 22/24 37/3
broad [1] 43/4
brought [1] 41/10
BUCHANAN [2] 4/15 37/8
Building [1] 1/7
BUMB [8] 1/10 5/4 6/2 6/6 6/21 18/16 21/10 41/4
bunch [1] 14/2
burden [1] 46/14
burner [1] 10/10
busy [1] 16/20
bye [3] 49/8 49/8 49/9
Bye-bye [1] 49/8

**C**

C-O-D-I-N-G [1] 12/18
calculations [1] 14/6
calendar [8] 43/21 44/6 44/10 45/19 45/20 46/22 46/25 47/11
call [3] 6/22 6/22 36/1
Camden [1] 1/8
Camp [1] 1/18
can [60]
can't [12] 8/7 9/17 19/5 19/11 23/18 24/9 26/19 28/5 35/1 39/19 45/9 45/20
cancer [1] 35/10
candidly [1] 10/8
Cardinal [2] 4/7 27/10
career [2] 5/4 21/12
Carnegie [1] 2/24
CARR [1] 2/5
case [40] 1/5 5/8 6/21 10/21 17/6 18/14 20/19 23/11 24/3 24/20 24/21 26/18 26/22 29/18 29/19 30/7 30/18 30/21 30/21 31/5 31/18 31/24 31/24 32/2 32/9 32/11 34/12 36/11 37/10 37/12 37/13 37/16 41/15 41/17 41/23 42/18 44/13 44/18 46/12 47/6
cases [72]
caught [1] 27/16
causation [2] 11/9 15/9
cause [5] 18/13 18/23 20/25 22/13 22/22
causes [1] 24/13
caveat [1] 30/9
celebrate [1] 8/25
Center [2] 2/24 3/15

Centre [1] 3/3
certain [2] 30/23 38/24
certainly [6] 10/12 10/14 27/4 40/24 41/5 41/8
certainty [1] 47/16
certificate [2] 10/9 49/11
certificates [1] 7/17
certify [1] 49/13
chain [1] 11/23
challenge [2] 14/5 28/4
change [1] 28/2
changes [1] 18/8
Chicago [2] 3/11 4/13
CHIEF [7] 1/10 5/4 6/2 6/21 6/23 18/16 19/2
Chinese [2] 8/12 8/25
chooses [1] 32/8
chosen [1] 32/13
CHRISTINE [1] 3/14
Cigna [1] 4/4
Cincinnati [1] 3/23
circumstances [1] 38/24
CIVIL [1] 1/3
claims [2] 30/23 38/1
clarify [3] 39/25 44/16 45/12
Clarissa [4] 5/4 21/10 21/12 21/20
clarity [2] 25/11 41/12
Class [2] 1/19 2/4
clear [4] 27/16 34/1 37/10 37/24
clerk [2] 8/4 9/7
client [2] 8/4 9/7
clients [2] 35/8 36/5
clock [1] 47/16
close [1] 16/6
closing [1] 17/17
co [7] 1/16 1/19 2/4 2/10 2/14 33/11 33/17
co-counsel [2] 33/11 33/17
Co-Lead [3] 1/16 1/19 2/4
code [1] 14/3
codes [1] 13/23
coding [3] 11/17 12/17 12/22
COGHLAN [1] 2/17
Cohen [1] 1/7
collectively [6] 2/11 2/15 2/22 3/8 3/12 3/17
Colorado [1] 4/3
combined [1] 14/2
come [6] 8/4 13/18 14/6 24/9 24/17 39/19
comes [1] 26/22
comfort [1] 26/21
coming [1] 14/15
Commencing [1] 1/9
commit [2] 8/17 17/18
common [5] 25/14 26/3 26/4 26/12 27/14
communications [1] 22/10
company [1] 15/11
complicated [1] 11/21

comply [2] 26/17 27/3
computer [1] 1/23
computer-aided [1] 1/23
concept [1] 27/13
concern [4] 15/5 27/2 27/5 32/10
concerned [3] 13/15 15/14 16/25
concerns [1] 35/11
concluded [1] 49/10
confer [9] 10/1 22/2 22/20 23/6 23/13 23/18 27/19 33/11 42/9
conference [8] 1/5 6/21 10/13 10/17 10/18 18/23 23/11 47/6
conferences [2] 20/19 24/18
confers [1] 33/24
confirm [1] 21/15
conflict [2] 18/19 19/15
CONLEE [1] 1/17
cons [1] 38/2
consent [1] 28/18
consideration [1] 45/25
consisting [1] 32/19
consternation [1] 41/14
consumed [1] 41/13
consumer [1] 15/10
contact [1] 21/7
contamination [3] 11/2 11/19 12/7
contemplating [1] 44/6
context [1] 15/12
continue [7] 10/6 14/23 22/2 22/19 24/20 36/19 38/20
continued [4] 2/1 3/1 3/25 4/1
continuing [2] 10/1 26/1
contrary [1] 38/23
control [1] 45/20
conversation [3] 35/8 35/19 36/15
conversations [2] 35/23 36/2
Cooper [1] 1/7
cooperative [1] 14/21
cooperatively [1] 13/18
coordinated [1] 21/5
Corey [1] 5/6
Corp [1] 4/11
correct [1] 49/13
correspondences [1] 22/9
could [12] 15/20 17/3 19/6 19/9 19/13 19/19 26/6 37/19 37/22 42/10 47/18
counsel [27] 1/16 1/19 2/4 2/7 2/10 2/14 2/18 2/21 2/25 3/4 3/7 3/11 3/16 3/20 3/24 4/7 7/10 12/16 17/7 20/13 21/22 22/23 26/10 27/13 27/15 27/16 29/8 29/11 29/13 29/14 30/2 30/5 30/6 30/16 31/13 31/15 32/21 34/2 35/25 37/20 38/1 39/7 42/20 48/8
counterproposal [2] 38/16 39/7

couple [3] 26/11 33/9 34/16
course [1] 17/16
court [23] 1/1 1/21 10/4 10/5 10/13 11/8 15/25 22/14 22/16 22/18 22/24 24/9 24/13 28/15 29/18 32/8 35/13 35/14 37/12 38/14 42/10 49/11 49/11 49/13
Court's [1] 28/11
Courthouse [1] 1/7
Courtroom [2] 5/2 5/3
covered [1] 14/3
Crawford [4] 28/24 29/2 29/15 32/1
CRC [1] 49/17
create [1] 30/11
created [1] 30/1
criminal [2] 44/7 45/20
CROWELL [1] 4/5
CRR [1] 49/17
currently [1] 16/4
CVS [1] 3/20

**D**

D'LESLI [2] 4/8 37/18
D.C [2] 2/4 2/14
Dallas [1] 4/10
DANIEL [7] 2/2 7/2 20/12 33/4 37/4 42/7 48/18
data [4] 7/18 12/1 13/19 14/12
date [10] 18/21 18/24 28/8 42/13 42/14 43/20 44/18 44/21 45/3 45/16
dates [1] 16/10
DAVIDSON [1] 2/9
DAVIS [3] 3/5 4/8 37/18
day [9] 11/13 15/23 16/19 17/21 19/3 19/5 19/8 26/16 35/14
days [5] 9/2 15/17 17/23 18/3 19/6
DC [2] 4/6 4/16
deadline [7] 7/23 12/24 14/18 16/5 16/14 17/11 17/21
deadlines [2] 14/15 45/17
deal [1] 9/24
dealing [1] 13/16
decide [1] 22/18
decision [4] 34/20 35/9 35/12 35/15
defendant [11] 3/4 4/4 4/7 4/11 4/14 26/16 27/10 31/21 37/8 37/9 37/13
defendants [39] 2/10 2/14 2/18 2/21 2/25 3/7 3/11 3/16 3/20 3/24 4/7 7/10 12/16 17/7 20/13 21/22 22/23 26/10 27/13 27/15 27/16 29/8 29/11 29/13 29/14 30/2 30/5 30/6 30/16 31/13 31/15 32/21 34/2 35/25 37/20 38/1 39/7 42/20 48/8

**D**

**defendants' [3]** 27/2 29/16 33/5
**defense [15]** 7/5 18/2 25/5 27/6 27/8 29/14 30/18 30/21 31/1 31/6 31/7 31/9 31/24 32/15 32/19
**defer [1]** 10/16
**deficiencies [1]** 10/21
**deficiency [3]** 22/12 22/17 22/22
**definitionally [1]** 27/15
**definitive [1]** 14/17
**delay [1]** 8/13
**delayed [1]** 17/4
**Denver [1]** 4/3
**depending [1]** 7/3
**depo [1]** 17/20
**deposition [5]** 15/2 16/5 16/7 16/13 16/18
**depositions [3]** 16/5 16/8 16/21
**Deputy [2]** 5/2 5/3
**designation [1]** 16/5
**designations [10]** 15/2 15/7 16/7 16/13 16/16 16/18 17/20 17/22 17/23 18/3
**despite [1]** 22/8
**detail [1]** 39/2
**determine [2]** 10/7 22/3
**determined [1]** 30/22
**DFS [1]** 10/20
**did [8]** 15/13 17/1 25/13 25/19 28/23 28/23 37/14 40/25
**didn't [6]** 17/3 17/12 25/17 35/2 35/3 46/16
**difference [1]** 36/8
**different [2]** 15/12 24/12
**discovery [7]** 16/6 17/17 44/25 45/16 46/11 47/18 48/12
**discussed [2]** 39/1 42/19
**discussion [7]** 6/12 11/4 26/15 34/19 36/18 38/18 45/5
**discussions [5]** 7/8 37/16 38/21 38/25 45/14
**dismiss [5]** 24/5 31/16 37/5 37/15 38/3
**dismissal [2]** 22/7 22/14
**dismissals [3]** 22/1 22/11 32/6
**disputes [2]** 22/18 48/12
**disrupt [1]** 28/7
**distribute [1]** 20/18
**DISTRICT [4]** 1/1 1/1 1/10 6/2
**doable [2]** 20/15 46/25
**Docket [1]** 41/2
**document [2]** 9/24 24/4
**does [6]** 10/2 10/23 15/4 32/2 46/1 47/1
**doesn't [1]** 17/10
**done [14]** 16/8 16/12 17/17 17/20 20/3 24/7

**first [15]** 7/17 10/21 17/4 23/8 29/16 29/18 31/5 31/22 33/5 33/15 34/17 35/19 42/24 45/13 46/11
**fit [1]** 46/24
**five [8]** 31/1 31/2 34/3 46/2 46/5 46/9 46/12 46/17
**FLOM [2]** 2/8 2/12
**Floor [3]** 2/3 3/3 3/15
**Florida [2]** 2/7 19/9
**focused [1]** 16/4
**focusing [1]** 10/8
**folks [2]** 42/24 43/20
**follow [8]** 7/15 16/18 23/2 23/24 23/17 23/19 23/22 24/18
**follows [1]** 6/4
**foregoing [1]** 49/13
**forgive [1]** 37/7
**formal [2]** 22/3 22/21 23/6 23/15
**forth [2]** 18/14 36/20
**fortune [1]** 27/10
**forward [7]** 12/16 15/22 16/19 21/9 39/21 41/25 48/23
**four [8]** 28/22 28/23 30/25 31/23 32/20 32/21 34/7 37/21
**fourth [2]** 44/4 45/13
**FRANK [1]** 3/2
**frankly [1]** 28/3
**FREEMAN [1]** 1/14 18/19 18/19
**Friday [3]** 1/8 18/19 18/19
**FULBRIGHT [1]** 4/8
**fund [3]** 25/15 26/3 26/5
**fundamental [1]** 10/10
**further [6]** 11/6 11/7 12/4 33/8 41/7 46/18

**G**

**gamesmanship [1]** 36/1
**GANNON [1]** 3/14
**gap [1]** 20/8
**Gaston [1]** 42/14
**Gateway [1]** 3/15
**gave [2]** 9/10 43/20
**general [1]** 15/9
**generator [1]** 28/23
**GEOPPINGER [1]** 3/22
**GEORGE [1]** 2/6
**Georgia [1]** 3/7
**getting [5]** 11/20 17/19 45/16 47/18 48/24
**giant [1]** 18/8
**give [16]** 6/17 9/19 10/25 11/18 12/1 14/16 16/10 23/8 26/20 34/21 39/17 41/12 42/21 43/3 48/4 48/6
**given [5]** 20/19 32/11 33/24 44/22 45/2
**giving [1]** 18/16
**glad [1]** 41/10
**goal [2]** 29/16 32/4

**goes [1]** 11/17
**GOLDENBERG [1]** 2/2
**good [8]** 6/7 6/8 6/20 7/1 7/6 14/25 40/3 49/1
**Gorda [1]** 2/7
**GORDON [1]** 3/2
**got [10]** 7/25 35/11 35/4 35/5 38/6 38/6 39/8 39/8 39/8 42/23
**gotten [1]** 45/15
**great [6]** 18/5 19/20 25/3 28/20 48/21 48/22
**GREENBERG [3]** 3/5 3/9 7/7
**Greg [1]** 40/21
**GREGORY [1]** 3/10
**GREINER [1]** 2/16
**guess [2]** 40/10 41/18
**guessing [1]** 28/9
**guidance [1]** 42/11

**H**

**HACKETT [1]** 2/5
**hadn't [1]** 34/23
**hand [1]** 31/5
**handling [2]** 7/8 7/12
**happen [2]** 36/18 42/23
**happened [1]** 36/8
**happening [1]** 42/11
**happens [1]** 39/11
**happy [6]** 20/20 21/16 27/19 28/14 41/8 42/9
**HARKINS [3]** 3/6 7/7 23/1
**has [28]** 14/4 14/21 14/22 20/17 22/17 23/20 23/25 24/1 24/2 26/16 29/12 29/18 30/4 30/10 30/11 31/4 31/12 31/20 32/11 34/19 38/17 38/19 40/10 40/25 41/13 45/3 46/10 48/10
**hate [1]** 43/4
**have [114]**
**haven't [3]** 27/3 33/17 34/25
**having [5]** 8/2 24/8 28/11 30/24 33/9
**he [1]** 47/22
**health [3]** 4/7 27/10 35/11
**Healthcare [2]** 2/11 2/15
**hear [4]** 14/25 37/22 40/6 46/20
**heard [4]** 33/5 33/9 33/15 38/11
**hearing [3]** 20/10 23/7 45/13
**hearings [1]** 21/8
**held [2]** 6/1 6/12
**Hello [2]** 6/5 6/6
**help [3]** 11/18 23/3 41/12
**helpful [4]** 12/2 26/9 37/23 47/10
**her [1]** 21/13
**here [6]** 6/14 27/22 29/16 38/18 41/5 43/21

28/3 28/10 30/12 31/17 33/13 33/14 44/10 46/10
**dose [5]** 13/22 13/23 13/24 13/24 13/25
**down [5]** 14/4 17/9 35/1 35/4 45/7
**downstream [5]** 29/8 29/13 31/17 37/19 38/1
**Dr. [1]** 40/1
**Dr. Nagaich [1]** 40/1
**drag [1]** 17/9
**Drive [1]** 3/10
**dropped [1]** 35/5
**during [1]** 33/23

**E**

**each [3]** 20/19 21/8 43/2
**earlier [1]** 33/23
**ECF [3]** 7/16 18/14 39/25
**ECF 2866 [1]** 39/25
**economic [4]** 1/19 2/4 40/10 40/15
**edit [1]** 15/7
**edits [2]** 15/13 15/16
**effectuating [1]** 21/6
**efficient [1]** 36/2
**efforts [1]** 12/6
**eight [1]** 30/16
**Eisenhower [1]** 1/15
**either [2]** 7/23 34/5
**eligible [2]** 30/19 30/25
**ELIZABETH [1]** 4/9
**ELLIS [1]** 2/19
**else [10]** 6/9 19/16 20/24 21/6 27/3 27/20 32/7 42/15 48/7 48/9
**email [3]** 21/13 21/18 27/4
**emailed [1]** 26/15
**EMERICH [1]** 2/5
**employed [1]** 32/12
**encompasses [1]** 14/3
**end [17]** 11/21 13/13 16/11 16/12 16/15 16/17 17/9 17/18 18/1 23/10 24/8 28/3 29/17 30/8 30/17 32/6 44/22
**enough [3]** 9/11 20/9 45/10
**ensure [2]** 29/17 32/20
**enter [1]** 22/16
**entities [1]** 31/17
**entitled [1]** 49/14
**entity [1]** 38/19
**envisions [1]** 46/5
**ESQUIRE [29]** 1/14 1/17 2/2 2/3 2/6 2/9 2/13 2/17 2/20 3/2 3/5 3/6 3/10 3/14 3/14 3/18 3/22 4/2 4/5 4/8 4/9 4/12 4/15 5/4 5/5 5/6 5/7 5/8 5/9
**essentially [1]** 39/5
**establish [1]** 11/1
**estimate [1]** 14/7
**even [5]** 10/8 13/13 22/20 39/6 45/5
**eventual [1]** 21/6

**every [4]** 18/6 24/18 30/6 31/18
**everybody [4]** 6/9 9/1 24/15 37/20
**everyone [1]** 6/20
**exact [3]** 14/4 14/8 28/8
**exactly [2]** 13/19 27/12
**example [7]** 15/17 22/6 24/3 34/4 34/21 44/24 45/9
**exercise [2]** 30/8 30/24
**exercised [2]** 30/7 30/10
**exercises [1]** 30/5
**exhausted [1]** 12/5
**expect [4]** 14/14 15/19 18/7 41/15
**experience [1]** 22/16
**expert [1]** 12/23 14/15 44/24
**experts [3]** 11/9 12/9 43/1
**explain [1]** 26/6
**expressed [1]** 38/2
**extensive [3]** 8/2 15/6 15/20
**extent [6]** 7/11 21/7 29/12 31/15 34/6 48/3

**F**

**fact [7]** 16/6 17/17 18/12 23/20 31/24 33/25 44/25
**fair [2]** 38/22 44/2
**fairly [2]** 8/2 33/25
**FALANGA [1]** 3/13
**FALKENBERG [1]** 4/12
**far [1]** 13/9
**FARR [2]** 2/5 2/5
**fast [1]** 11/11
**favor [1]** 32/12
**February [19]** 9/7 9/11 9/15 9/19 12/24 16/11 16/12 16/15 16/17 17/18 18/1 18/19 18/21 20/22 28/8 44/19 47/20 48/3 49/17
**February 11th on [1]** 9/15
**February 11th to [1]** 9/19
**February 14th [2]** 47/20 48/3
**February 28th [1]** 12/24
**FEDERAL [1]** 49/11
**feel [5]** 22/12 22/20 34/4 34/7 34/11
**few [4]** 22/17 33/10 33/12 38/12
**figure [3]** 14/5 15/24 26/22
**file [1]** 8/2
**find [1]** 41/25
**fine [3]** 34/10 40/15 44/8
**finished [5]** 13/22 13/23 13/24 13/24 13/25
**finished-dose [2]** 13/22 13/23
**firms [3]** 24/1 24/3 24/6

## H

hesitate [1] 44/23
hip [2] 43/4 43/7
hold [1] 41/18
Holding [1] 43/18
HOLMES [1] 2/5
honest [1] 10/11
Honor [68]
HONORABLE [5] 1/10
1/11 5/4 6/2 6/3
hope [3] 8/1 11/21 41/12
hopeful [1] 14/23
hopefully [2] 10/6 12/6
hoping [1] 12/2
However [1] 32/14
Huahai [4] 2/10 2/11
2/14 2/15
Humana [1] 4/14
hundred [2] 13/25 22/7
hunt [1] 26/21
HUSCH [1] 4/2

## I

I'd [5] 9/14 9/17 28/6
33/13 48/2
I'll [6] 19/9 21/23 25/23
27/4 43/15 48/23
I'm [25] 6/7 6/13 6/14
6/14 7/15 8/16 8/22 25/21
28/8 28/14 31/7 32/25
33/3 34/14 34/14 36/3
40/1 40/6 41/10 43/20
44/5 44/12 45/13 46/4
48/17
I've [6] 8/12 33/15 35/8
41/14 42/23 46/10
ID [3] 21/21 22/2 22/8
idea [2] 42/21 42/22
identified [5] 11/6 24/7
30/11 30/21 34/3
identify [3] 31/16 32/4
44/17
Illinois [2] 3/11 4/13
imagine [1] 26/19
immediate [1] 40/19
impediment [1] 42/5
implement [1] 23/12
implementing [2] 23/15
23/25
imposes [1] 27/14
Inc [14] 2/11 2/11 2/15
2/15 2/21 2/25 3/4 3/8 3/8
3/12 3/12 3/16 3/17 3/20
incentive [1] 14/19
inclined [2] 43/13 43/16
incorporating [1] 15/9
increase [1] 32/2
Indian [1] 38/19
Indianapolis [1] 3/19
indicated [3] 17/17 30/24
31/8
individual [6] 22/10 24/1
30/7 31/19 34/18 34/19
Industries [3] 3/7 3/11
3/16
inflate [2] 43/13 43/16
informally [4] 20/17 22/5

23/9 23/25
information [6] 11/13
11/18 12/5 12/13 12/15
13/6
informed [1] 45/2
INGERSOLL [2] 4/15
37/8
initial [2] 34/23 38/17
initially [1] 34/3
inquiry [1] 34/23
instance [1] 27/16
instead [1] 36/16
insurance [1] 15/11
intending [1] 13/3
intent [1] 30/24
intention [1] 33/6
interpretation [1] 36/8
interrupt [3] 6/23 25/9
25/24
inventory [1] 29/23
involve [1] 34/2
involved [5] 30/14 31/6
32/1 32/1 32/3
involving [1] 32/21
IRBESARTAN [1] 1/4
isn't [2] 45/6 45/10
issue [30] 7/17 7/22 8/19
9/18 9/23 10/9 10/14
10/25 11/10 11/10 11/19
13/9 14/10 14/24 15/1
21/21 21/21 25/4 26/5
26/6 26/14 27/8 27/11
27/22 27/24 28/5 30/11
33/11 35/9 38/18
issues [21] 7/3 7/9 7/11
11/3 12/17 22/13 22/24
24/19 27/18 27/21 28/15
29/6 29/7 29/13 33/9
34/16 36/20 37/12 39/13
40/15 43/2
item [3] 10/20 18/12 21/4
itself [2] 12/4 48/15
IVES [2] 4/12 4/12

## J

JAMES [1] 4/2
JANOW [2] 4/15 37/8
January [1] 1/8
JEFFREY [1] 3/22
JERSEY [8] 1/1 1/8 1/15
2/24 3/15 35/16 35/18
38/4
JESSICA [3] 2/9 8/22
16/1
John [6] 1/21 1/21 2/23
6/11 38/10 49/17
joined [1] 29/12
joint [1] 30/3
jointly [1] 30/15
JONATHAN [2] 4/15
37/7
JR [1] 2/23
JUDGE [26] 1/10 5/4 6/3
6/5 6/6 6/21 6/23 7/6 18/5
18/16 18/25 19/2 21/10
25/8 27/9 28/17 36/15
36/19 40/21 41/4 44/22

46/17 46/20 47/22 47/22
49/6
Judges [1] 6/14
jump [5] 23/1 25/13
25/17 25/19 28/14
jurisdiction [2] 35/2
38/19
just [48] 6/16 11/22
13/12 13/16 13/24 16/19
16/25 17/6 17/10 17/16
19/3 20/8 21/4 21/14 22/4
23/1 23/3 24/9 24/16
24/20 25/8 25/11 25/25
27/2 27/15 29/15 31/20
34/20 34/25 35/7 35/19
35/22 36/1 36/7 36/9
36/16 37/10 37/19 37/24
39/20 43/4 43/20 44/11
44/16 44/23 45/11 45/19
47/14

## K

KANNER [1] 1/17
KAPKE [3] 3/18 29/11
37/14
KAPLAN [3] 4/5 27/9
28/12
KARA [1] 3/18
KATZ [1] 1/14
keep [1] 25/23
KIRKLAND [1] 2/19
KIRSTIN [1] 4/12
knew [1] 27/3
knock [1] 17/3
know [39] 6/14 7/8 8/6
8/25 9/3 9/19 11/15 13/13
14/14 15/5 15/18 23/3
26/18 29/3 30/9 34/3
34/14 34/17 34/20 36/1
36/17 37/13 39/10 39/19
41/3 42/24 43/1 43/2
43/15 44/2 44/7 44/17
44/24 45/6 45/8 46/16
46/21 47/15 48/18
Kurz [3] 1/21 1/21 49/17

## L

lack [1] 22/1
lacks [1] 22/7
language [1] 26/20
larger [1] 14/2
Larry [2] 5/2 6/19
last [7] 8/23 18/19 18/19
20/8 26/11 42/25 44/22
Laughter [1] 43/14
Laurel [1] 2/17
LAVELLE [4] 2/23 7/10
38/10 39/19
law [3] 5/4 21/12 24/2
Lead [3] 1/16 1/19 2/4
leadership [3] 20/18 22/9
34/7
least [4] 12/7 22/23 29/11
34/7
leave [1] 27/4
leaves [1] 16/13
Lee [1] 32/17 33/6 34/5

36/24 37/5 39/14 39/18
left [1] 28/22
length [1] 44/2
lengthy [2] 20/20 41/11
less [1] 44/3
let [6] 6/14 9/19 14/13
15/18 23/1 44/23
let's [8] 7/14 13/9 28/21
36/20 36/21 38/7 41/2
45/9
letter [9] 7/16 7/17 9/14
9/24 22/4 30/4 30/10 41/1
48/2
letters [4] 7/15 25/5
25/22 48/24
level [1] 46/11
levels [4] 11/2 11/7 11/19
12/7
LEWIS [2] 2/23 38/11
Lexecon [23] 29/6 30/5
30/6 30/10 30/11 30/24
31/9 34/6 34/10 34/19
35/3 35/9 36/6 36/11
36/13 37/11 38/13 38/16
38/23 39/4 39/5 39/11
39/12
Lexington [1] 2/20
Li [6] 15/8 15/13 15/20
16/17 16/18 18/1
Li's [1] 17/22
LIABILITY [1] 1/5
like [21] 8/11 8/16 9/14
13/6 15/15 15/23 18/18
22/12 23/12 24/15 26/7
27/1 28/6 28/10 33/13
35/24 37/14 40/19 44/6
45/18 47/13
likely [2] 20/19 22/14
limited [1] 46/11
lines [1] 35/7
Lintner [2] 5/4 21/12
list [5] 20/7 20/9 20/13
20/17 20/20
listening [1] 6/15
litigation [3] 1/5 29/23
41/3
litigations [1] 27/22
little [5] 24/12 24/16
26/25 41/19 42/10
LIZA [1] 3/22
LLC [8] 1/14 1/17 2/11
2/15 2/25 3/8 3/12 3/16
LLP [14] 2/8 2/12 2/19
2/23 3/2 3/5 3/9 3/13 3/18
3/21 4/2 4/5 4/8 4/12
LOCKARD [1] 3/5
logical [1] 35/22
logistically [1] 21/4
long [4] 16/14 42/17
42/17 42/24
look [3] 11/25 15/25
48/23
looking [5] 15/21 25/21
40/24 41/6 43/21
looks [1] 44/6
Loretta [1] 21/5
LOSARTAN [1] 1/3

lose [1] 47/15
loss [4] 1/19 2/4 40/10
40/15
lot [8] 10/24 14/18 18/7
35/25 36/19 41/14 41/14
41/15
lots [4] 13/22 13/22 13/23
13/23
Louisiana [2] 1/18 35/18
lower [2] 13/13 13/15
Ltd [6] 2/11 2/15 2/22
3/7 3/11 3/16

## M

MacStravic [2] 5/2 6/19
made [7] 7/25 10/24
17/22 34/23 38/15 38/16
39/6
make [14] 13/9 20/4
25/25 26/20 27/2 27/15
28/10 29/21 35/9 35/12
35/15 43/21 44/12 47/5
makes [1] 46/6
making [2] 11/12 47/14
management [6] 1/5 6/21
18/14 20/19 23/11 47/6
Manhattan [1] 2/9
manufacturer [2] 29/11
31/15
manufacturers [1] 31/19
31/20
many [3] 6/11 43/1 46/22
March [5] 1/9 14/4 44/19
47/7 47/15 48/25
March 3rd [1] 47/7
MARIE [3] 1/10 5/4 6/2
MASTER [1] 1/11 6/4
material [1] 7/18
Matt [1] 5/8
matter [6] 7/20 18/16
20/24 35/2 41/12 49/14
matters [2] 22/8 23/3
MAUREEN [1] 3/17
may [19] 8/1 8/13 11/6
11/12 11/13 13/15 13/24
13/25 14/1 14/1 15/10
16/6 16/14 22/21 24/11
26/24 29/12 33/16 36/14
maybe [6] 25/13 34/13
34/14 36/13 36/19 36/18
MAZIE [1] 1/14
Mckesson [2] 4/11 37/18
md [1] 1/4
MDL [1] 1/16
MDLs [1] 46/10
me [15] 6/14 6/14 16/10
21/18 23/1 23/20 35/22
36/16 36/19 36/23 37/7
39/17 40/6 42/21 47/10
MEAGHER [2] 2/8 2/12
mean [7] 13/5 19/21
22/14 23/16 35/7 45/18
45/20
Meaning [1] 19/22
mechanical [1] 1/23
mechanism [1] 22/23
mediation [2] 18/20 19/8

**M**

**meet [10]** 10/1 22/2 22/20 23/6 23/13 23/18 27/19 33/10 33/23 42/9
**merely [1]** 38/2
**Meridian [1]** 3/19
**method [1]** 32/11
**Miami [1]** 18/20
**middle [1]** 28/7
**might [8]** 11/17 12/15 26/25 29/10 30/11 32/7 33/21 33/24
**million [1]** 13/25
**Min [7]** 15/8 15/13 15/20 16/17 16/18 17/22 18/1
**mind [1]** 47/13
**minute [1]** 6/17
**minutes [2]** 33/10 33/13
**mispronouncing [1]** 40/1
**missing [2]** 34/14 36/3
**Mitchell [1]** 1/7
**modifications [1]** 17/8
**Monday [6]** 19/12 33/19 36/23 37/4 39/17 42/1
**Monroe [1]** 4/13
**month [5]** 22/3 22/19 23/9 23/10 47/15
**months [2]** 17/1 17/5
**more [15]** 9/2 11/18 15/21 15/24 23/23 24/16 29/6 30/20 33/12 35/22 36/2 38/17 43/3 44/3 45/19
**MORGAN [2]** 2/23 38/10
**MORING [1]** 4/5
**morning [5]** 6/20 7/1 7/6 38/11 40/3
**Morrison [1]** 5/8
**most [2]** 15/6 38/14
**motion [13]** 8/3 8/6 9/16 25/12 25/15 26/1 28/2 28/7 28/8 32/6 39/25 40/2 40/9
**move [6]** 11/8 14/19 15/1 15/24 22/24 39/6
**moving [4]** 12/16 21/9 39/21 41/25
**Mr [2]** 7/8 32/24
**Mr. [18]** 7/10 7/10 7/19 8/18 10/2 11/3 16/23 23/1 23/22 28/12 32/23 33/2 37/22 38/11 39/19 40/22 43/18 47/13
**Mr. Harkins [1]** 23/1
**Mr. Kaplan [1]** 28/12
**Mr. Lavelle [2]** 7/10 39/19
**Mr. Nigh [3]** 33/2 37/22 38/11
**Mr. Ostfeld [2]** 8/18 40/22
**Mr. Roberts [1]** 11/3
**Mr. Slater [7]** 7/19 10/2 16/23 23/22 32/23 43/18 47/13
**Mr. Stoy [1]** 7/10

**Ms. [3]** 21/5 29/11 37/14
**Ms. Kapke [2]** 29/11 37/14
**Ms. Smith [1]** 21/5
**much [9]** 8/9 9/1 16/6 17/10 23/10 27/23 44/10 46/2 46/13
**Mulberry [1]** 3/15
**multiple [2]** 13/22 22/8
**must [1]** 25/19
**my [16]** 21/11 24/17 27/5 33/11 33/17 35/8 41/14 41/14 43/21 44/6 45/20 46/21 46/21 46/24 47/11 47/23
**Mylan [7]** 2/18 3/4 7/10 30/23 30/23 35/3 36/10
**Myself [1]** 7/7

**N**

**N.W [1]** 2/13
**Nagaich [1]** 40/1
**name [1]** 40/1
**named [2]** 37/9 37/13
**narrowed [5]** 12/8 31/12 36/9 46/1 46/18
**narrowing [1]** 36/16
**NDC [2]** 13/23 14/3
**NE [1]** 3/6
**necessary [1]** 22/4
**need [16]** 6/14 8/10 9/2 9/16 11/8 11/9 17/7 17/12 21/13 22/21 24/19 27/17 27/24 34/11 40/16 44/1
**needed [3]** 10/8 11/3 15/7
**needs [3]** 15/25 41/7 47/17
**negotiations [1]** 42/7
**Neither [1]** 38/16
**Nesbit [1]** 2/6
**never [1]** 39/6
**new [18]** 1/1 1/8 1/15 1/18 2/10 2/10 2/13 2/21 2/21 2/24 3/15 8/12 8/25 17/22 28/18 35/16 35/18 38/4
**Newark [1]** 3/15
**next [29]** 3/25 9/23 10/12 10/17 10/18 10/20 11/13 12/14 14/14 15/1 16/20 18/12 20/7 20/14 20/20 21/21 22/23 23/10 23/11 25/4 25/13 28/3 28/24 29/22 41/4 42/22 42/22 44/15 47/6
**NIGH [9]** 2/2 2/2 7/2 32/24 33/2 33/4 37/22 38/11 42/7
**night [3]** 7/25 10/25 11/4
**NINA [3]** 2/13 9/3 16/1
**nine [5]** 30/20 35/1 35/4 35/6 36/10
**NJ [1]** 2/18
**njd.uscourts.gov [1]** 1/21
**no [26]** 7/16 9/6 12/11 17/1 18/14 19/17 21/2 21/25 25/24 25/24 25/24

27/16 29/6 29/7 31/14 34/24 35/17 39/15 39/16 41/13 41/24 42/6 43/6 46/7 48/11 48/13
**Nobody's [1]** 43/16
**none [3]** 45/3 48/19 48/19
**NORRIS [1]** 4/9
**NORTON [1]** 4/8
**Nos [1]** 41/2
**not [59]**
**note [1]** 22/5
**noted [1]** 30/9
**nothing [3]** 11/7 15/21 48/8
**notice [1]** 26/17
**notified [1]** 26/10
**November [3]** 45/9 46/2 46/13
**now [26]** 6/11 10/2 10/4 10/23 15/8 16/20 18/18 18/24 25/5 25/7 25/18 26/5 29/1 29/3 31/12 32/10 34/2 35/24 36/25 39/19 39/24 40/14 40/18 41/23 45/7 45/21
**number [9]** 1/3 14/4 28/23 32/4 33/24 34/4 43/5 43/7 43/10
**numbers [1]** 14/8
**NW [3]** 2/3 4/6 4/16

**O**

**o'clock [1]** 19/23
**O'REILLY [1]** 3/13
**Oak [1]** 2/17
**objecting [3]** 24/13 26/12 27/13
**objection [3]** 21/2 22/1 29/4
**objective [3]** 14/12 46/21 46/21
**obligations [1]** 27/14
**obtain [2]** 22/11 22/14
**obtained [1]** 22/6
**obviously [5]** 14/17 15/12 18/6 28/5 30/24
**occur [1]** 18/20
**October [2]** 15/13 41/4
**off [3]** 6/12 34/17 45/13
**offer [1]** 39/6
**office [1]** 9/2
**Official [2]** 1/21 49/11
**offline [1]** 36/15
**Oh [1]** 43/6
**Ohio [1]** 3/23
**okay [37]** 6/13 8/22 10/16 12/20 13/1 13/4 13/20 14/13 14/20 19/7 19/18 20/1 20/2 20/3 24/15 25/1 28/19 36/5 36/6 36/14 38/7 40/5 40/8 41/21 42/21 42/23 43/8 43/18 43/24 43/25 44/16 45/18 45/23 46/23 47/11 48/1 48/6
**once [1]** 43/1
**one [24]** 2/9 3/3 11/23

13/24 14/3 18/22 20/4 24/4 25/13 26/14 29/15 30/18 30/21 30/21 32/19 34/4 34/9 37/6 41/23 44/15 45/19 45/25 46/5 46/9
**one's [1]** 10/10
**only [10]** 21/1 21/4 23/6 31/13 31/25 33/24 34/1 34/9 36/12 39/10
**open [1]** 10/6
**opinion [2]** 41/11 41/16
**opposed [1]** 15/11
**order [16]** 7/15 11/10 15/16 17/25 18/13 18/14 22/13 22/16 22/22 24/12 26/23 27/14 27/25 28/19 28/19 48/6
**order-to-show-cause [3]** 18/13 22/13 22/22
**orders [1]** 21/6
**ordinary [1]** 17/16
**originally [1]** 17/11
**Orleans [1]** 1/18
**OSTFELD [5]** 3/10 7/8 8/18 40/21 40/22
**other [22]** 7/2 7/9 7/25 10/24 11/4 12/15 12/16 15/19 16/13 21/1 21/4 26/24 26/25 27/22 31/14 31/18 33/9 33/24 41/24 42/1 45/17 46/10
**others [1]** 15/15
**our [28]** 6/21 9/6 10/14 11/9 12/9 12/14 13/14 15/5 16/14 20/16 22/4 22/16 23/5 23/11 24/4 26/14 28/1 31/11 32/4 32/10 33/23 36/8 36/25 37/12 38/14 45/14 47/6 47/13
**out [20]** 7/24 8/1 8/10 9/1 9/18 11/20 13/11 13/18 14/5 14/11 15/24 17/3 23/18 24/2 24/9 26/22 28/18 35/5 39/20 42/1
**outline [1]** 29/16
**outstanding [2]** 29/13 41/1
**over [9]** 16/25 22/3 22/7 22/8 25/13 25/17 25/19 29/22 38/19
**overwhelmingly [1]** 32/12
**own [2]** 32/5 35/11
**Oxford [1]** 3/3

**P**

**P.C [1]** 2/16
**page [2]** 3/25 24/16
**Parkway [1]** 1/15
**Part [1]** 31/11
**participating [1]** 31/13
**particular [1]** 21/22
**parties [11]** 10/1 13/17 14/10 30/1 42/18 44/17 45/12 46/20 46/23 46/25

47/2
**parts [1]** 13/25
**Party [2]** 1/19 2/4
**pause [2]** 40/11 40/13
**Payor [2]** 1/19 2/4
**PC [1]** 4/15
**peck [1]** 26/21
**pending [3]** 32/6 39/24 40/9
**Pennsylvania [2]** 3/3 4/6
**people [4]** 6/11 7/2 35/10 43/13
**per [1]** 13/25
**Perfect [1]** 40/8
**perhaps [2]** 8/14 42/11
**period [1]** 8/3
**permitted [1]** 32/16
**personal [2]** 35/9 38/19
**personally [1]** 17/18
**perspective [4]** 13/14 28/1 31/12 31/23
**pertaining [1]** 41/2
**PFS [3]** 22/12 22/16 22/21
**PFSs [2]** 20/5 24/13
**Pharma [6]** 2/21 2/25 2/25 3/8 3/12 3/16
**Pharmaceutical [7]** 2/10 2/11 2/14 2/15 3/7 3/11 3/16
**Pharmaceuticals [5]** 2/22 3/4 3/8 3/12 3/16
**pharmacy [10]** 3/20 11/15 11/23 11/23 11/24 11/25 12/4 24/3 37/9 38/3
**phone [1]** 28/14
**pick [8]** 18/21 18/24 25/6 32/20 33/6 33/10 33/16 40/15
**picked [6]** 34/15 35/23 36/3 36/9 36/17 36/18
**picks [3]** 32/15 32/18 32/20
**Piedmont [1]** 3/6
**PIETRAGALLO [1]** 3/2
**pills [5]** 11/2 11/16 11/17 11/20 11/25
**Pisano [1]** 5/9
**Pittsburgh [1]** 3/3
**PIZZI [1]** 3/13
**place [2]** 10/3 46/17
**plaintiff [12]** 18/12 24/6 30/18 30/21 31/1 31/7 31/19 31/24 32/18 32/20 34/15 34/20
**plaintiff's [1]** 22/10
**plaintiffs [34]** 1/16 2/7 6/25 9/8 12/12 21/2 22/1 22/9 22/20 22/23 23/7 23/13 23/20 30/2 30/15 30/22 31/8 31/16 32/13 33/4 34/5 34/18 37/14 37/25 38/2 38/12 38/15 38/16 38/20 38/21 38/25 42/8 42/10 48/10
**plaintiffs' [14]** 7/16 9/23 20/17 22/9 25/12 25/21

**P**

**plaintiffs'... [8]** 30/4 31/4 31/25 31/25 32/5 33/22 36/24 43/17
**plan [1]** 46/17
**please [1]** 24/5
**plenty [1]** 16/13
**PLLC [1]** 2/2
**point [9]** 7/25 21/7 22/23 27/12 31/6 39/7 40/23 40/25 46/8
**policies [1]** 9/25
**pool [29]** 28/22 29/20 30/1 30/18 30/19 30/25 31/3 31/3 31/6 31/10 31/11 32/3 32/5 32/8 32/9 32/14 32/15 32/18 32/19 32/22 33/25 34/1 34/6 34/7 34/12 36/25 39/9 44/14 46/1
**position [6]** 23/11 32/10 36/24 37/11 37/15 39/17
**possession [1]** 12/16
**possible [1]** 27/20
**potential [1]** 32/2
**potentially [3]** 7/2 30/19 32/21
**practice [4]** 8/6 9/16 20/17 32/6
**pre [1]** 23/24
**pre-steps [1]** 23/24
**prefer [1]** 34/8
**preference [1]** 24/17
**preliminary [1]** 36/17
**preparation [1]** 42/2
**prepare [1]** 17/16
**preparing [2]** 46/2 46/9
**present [1]** 5/1
**presently [1]** 48/11
**preside [1]** 6/22
**pressing [1]** 10/13
**pressure [1]** 17/12
**pretend [1]** 34/2
**Pretty [1]** 6/8
**previewed [1]** 11/5
**previously [5]** 15/8 21/5 37/12 39/2 45/12
**primary [1]** 21/7
**Princeton [1]** 2/24
**Prinston [2]** 2/11 2/15
**prior [1]** 33/23
**probably [6]** 8/6 11/20 11/24 26/6 40/1 41/11
**problem [5]** 15/18 28/13 30/12 31/11 34/15
**problems [1]** 41/24
**procedure [1]** 24/17
**proceeding [1]** 34/11
**proceedings [4]** 1/23 6/1 49/10 49/14
**process [26]** 12/12 17/3 18/13 18/23 20/25 22/3 22/13 22/17 22/22 22/25 23/2 23/4 23/13 23/15 23/18 23/19 23/20 23/22 24/8 26/12 26/17 26/18 29/25 30/17 32/6 46/5

**produced [1]** 1/23
**product [4]** 21/21 22/2 22/8 24/4
**PRODUCTS [1]** 1/4
**progress [2]** 7/25 10/24
**promptly [3]** 9/18 16/9 17/19
**proposal [6]** 16/19 23/5 23/7 38/15 46/21 47/6
**proposals [3]** 38/17 47/14 47/15
**propose [4]** 9/18 29/1 29/14 46/23
**proposed [4]** 27/14 27/18 27/19 28/18
**pros [1]** 38/2
**provide [5]** 12/8 32/19 37/15 41/8 42/10
**provided [1]** 22/4
**providing [1]** 12/12
**prune [3]** 23/3 24/21 24/21
**punish [1]** 15/22
**Punta [1]** 2/7
**purchased [1]** 24/5
**purposes [2]** 37/16 45/16
**pursuing [1]** 22/1
**put [4]** 17/25 36/12 38/14 40/11
**putting [2]** 39/4 39/10

**Q**

**quantification [1]** 13/7
**quarter [2]** 44/4 45/13
**question [4]** 23/23 23/24 34/13 41/18
**questions [5]** 10/7 21/8 26/11 26/24 41/4
**quickly [7]** 11/8 14/19 15/21 15/24 16/25 17/8 27/20
**quiet [2]** 6/13 25/23
**quote [2]** 35/23 36/3
**quote-unquote [2]** 35/23 36/3

**R**

**raise [3]** 21/4 33/23 40/25
**raised [4]** 14/22 21/21 23/6 27/18
**random [1]** 28/23
**range [5]** 12/8 13/8 13/13 13/13 13/15
**ranges [1]** 14/1
**RASO [1]** 2/2
**RASPANTI [1]** 3/2
**rather [1]** 8/2
**RDR [1]** 49/17
**RDR-RMR-CRR-CRC [1]** 49/17
**RE [1]** 1/3
**reach [4]** 12/6 33/16 38/21 48/3
**reaching [1]** 24/2
**read [2]** 27/4 35/24
**readiness [1]** 45/25

**realistic [1]** 43/7 43/10
**really [7]** 7/23 8/25 14/9 15/6 16/4 16/20 27/1
**reason [2]** 17/1 18/15
**reasonable [3]** 12/8 14/7 17/10
**reasonably [2]** 29/22 30/17
**recall [1]** 26/14
**received [3]** 15/14 25/5 39/6
**recent [1]** 38/14
**reconstitute [1]** 32/14
**record [5]** 6/12 37/10 49/14
**recorded [1]** 1/23
**records [1]** 24/4
**reduce [1]** 43/10
**reducing [1]** 34/6
**referred [1]** 30/4
**referring [2]** 25/14 44/13
**refused [2]** 36/11 38/23
**refusing [1]** 39/5
**regard [3]** 11/14 45/3 48/16
**regarding [1]** 41/5
**regards [1]** 48/15
**regular [1]** 22/21
**reinstated [2]** 18/13 18/15
**reinstatement [1]** 18/22
**rejected [1]** 39/6
**related [1]** 40/9
**relates [1]** 15/10
**relief [1]** 15/22
**remain [1]** 40/12
**remaining [2]** 31/11 31/23
**remember [2]** 15/6 28/8
**remove [1]** 32/7
**removed [2]** 30/14 30/22
**RENÉE [1]** 1/10 5/4 6/2
**replacement [5]** 25/4 28/21 28/25 29/5 29/15
**replied [1]** 41/1
**report [5]** 8/7 9/15 10/12 12/23 48/2
**Reporter [2]** 1/21 49/18
**REPORTER'S [1]** 49/11
**Reporter/Transcriber [1]** 49/18
**reports [1]** 11/10
**representative [1]** 29/22
**request [2]** 11/20 20/4
**requests [1]** 11/12
**requiring [1]** 22/15
**reserve [1]** 47/11
**resolution [1]** 38/21
**resolve [4]** 22/15 23/9 27/24 28/5
**resolved [6]** 11/10 14/14 26/1 27/21 27/21 30/12
**respect [2]** 24/19 29/3 29/7 36/24 38/15 39/14 39/18 39/25 40/2 41/16
**respond [4]** 17/7 17/19 17/23 18/3

**responded [2]** 15/21 41/1
**response [6]** 12/10 15/14 15/17 19/17 41/4 48/13
**responses [1]** 22/11
**responsible [1]** 43/3
**rest [1]** 35/5
**result [1]** 30/8
**RET [2]** 1/11 6/3
**Retailer [1]** 3/20
**retention [1]** 9/24
**return [1]** 22/19
**revised [1]** 15/2 18/3
**Ridge [1]** 2/3
**right [55]**
**rightful [1]** 38/1
**rights [4]** 30/6 30/8 30/10 30/25
**RMB [1]** 1/4
**RMR [1]** 49/17
**Road [2]** 2/17 3/6
**Roberts [11]** 10/21 11/3 31/4 41/23 42/15 42/15 42/24 44/24 48/4 48/15 48/16
**role [1]** 21/15
**rolling [2]** 17/2 18/2
**Roney [1]** 5/3
**ROONEY [1]** 4/15
**ROSE [2]** 2/13 4/8
**Roseland [1]** 1/15
**Rosemarie [1]** 5/5
**Ross [1]** 4/9
**rule [2]** 24/19 24/20
**ruled [1]** 15/8
**ruling [1]** 40/10
**rulings [1]** 41/16
**run [1]** 28/15

**S**

**safety [1]** 7/18
**said [3]** 8/24 12/17 38/12
**SAK [1]** 1/4
**same [11]** 10/3 19/19 19/21 23/2 23/4 23/12 23/18 23/19 23/22 24/16 47/13
**Sara [1]** 5/7
**say [8]** 14/17 18/18 25/5 29/14 36/21 38/11 38/22 44/12
**saying [4]** 24/3 35/25 39/10 39/11
**says [1]** 17/7
**schedule [9]** 7/24 8/8 9/18 28/22 28/7 45/7 45/15 46/24 47/17
**scheduled [3]** 18/20 19/8 47/6
**schedules [1]** 42/2
**scheduling [1]** 10/17
**scope [1]** 26/22
**second [5]** 25/9 29/21 32/8 34/1 45/9
**secret [1]** 41/13
**see [13]** 8/4 11/25 12/4 18/15 29/11 36/6 36/20 36/21 38/21 41/2 42/11

**49/1 49/6**
**seeking [1]** 26/12
**seem [1]** 17/10
**seemed [2]** 35/22 36/2
**seems [6]** 23/2 23/3 23/20 35/24 36/16 36/19
**select [3]** 28/24 29/19 32/16
**selected [17]** 10/21 30/1 30/2 30/15 30/15 30/16 31/4 31/5 31/21 34/22 34/25 37/12 39/20 41/24 44/13 45/5 46/12
**Selecting [1]** 32/2
**selection [2]** 31/2 32/11
**selections [3]** 30/3 31/9 32/5
**selective [1]** 18/7
**sense [1]** 46/6
**sent [1]** 15/13
**separate [1]** 7/9
**September [3]** 42/15 43/22 43/23
**September 8 [1]** 43/22
**September 8th [2]** 42/15 43/23
**serve [6]** 15/16 15/23 17/8 21/7 31/5 31/21
**set [7]** 6/19 8/7 17/21 18/14 32/8 37/10 42/2
**setting [1]** 45/7
**seven [1]** 30/15
**she [4]** 21/12 21/15 21/17 29/12
**she'll [1]** 6/22
**she's [1]** 18/16
**sheet [2]** 18/12 23/20
**sheets [1]** 7/18
**shoot [1]** 43/4
**shooting [1]** 43/7
**short [2]** 8/3 8/11
**shortly [3]** 9/8 10/18 14/15
**should [20]** 9/8 9/12 12/13 13/10 13/17 14/10 14/11 16/14 18/15 21/7 21/12 23/16 23/17 23/17 24/11 28/4 29/8 36/17 36/18 48/4
**shouldn't [1]** 43/12
**show [7]** 18/13 18/23 20/25 22/13 22/22 24/12 39/24
**show-cause [2]** 18/23 20/25
**shows [1]** 13/19
**side [4]** 27/6 38/17 43/2 43/17
**sides [1]** 14/7
**significance [1]** 13/12
**significant [1]** 13/14
**similar [2]** 22/12 26/24
**similarly [2]** 37/14 40/11
**simple [1]** 10/25
**simply [3]** 32/16 40/25 44/21
**since [2]** 14/21 22/5

## S

single [1] 30/7
sir [1] 17/24
sit [1] 35/14
situated [1] 45/17
situation [2] 17/12 38/3
SKADDEN [3] 2/8 2/12 7/12
skewed [1] 32/12
SLATE [2] 2/8 2/12
SLATER [10] 1/14 1/14 7/1 7/19 10/2 16/23 23/22 32/23 43/18 47/13
Smith [2] 21/5 21/5
so [80]
Solco [2] 2/11 2/15
sold [4] 11/15 11/22 11/25 12/1
sole [1] 31/21
solutions [1] 27/19
some [24] 7/25 8/1 11/3 11/5 11/6 11/12 11/12 11/13 12/15 15/9 15/10 15/16 20/18 22/4 22/13 22/22 22/22 27/19 38/3 41/3 41/16 41/22 46/10 47/16
someone [1] 21/6
something [15] 8/13 9/8 13/10 13/17 14/6 14/9 14/10 14/17 17/7 24/11 26/19 27/3 34/14 36/4 46/24
soon [4] 14/17 16/7 28/14 47/21
sooner [4] 16/6 47/8 47/9 47/14
sorry [4] 8/22 12/22 31/7 40/6
sort [8] 10/10 15/16 21/25 29/15 37/10 37/21 45/8 46/4
sorts [1] 27/21
sound [1] 47/1
sounds [2] 24/15 47/12
South [1] 3/19
speak [4] 7/2 10/6 33/17 47/22
speaking [1] 7/9
SPECIAL [2] 1/11 6/3
specific [9] 7/11 11/9 11/15 11/18 11/23 13/6 13/8 21/25 27/18
specifically [1] 30/10
specify [1] 11/7
spokesperson [2] 6/25 7/5
SPUNG [1] 4/2
squandered [1] 17/10
squandering [1] 17/15
Square [1] 2/3
stage [2] 45/25 46/17
stand [6] 10/2 10/23 15/4 29/3 40/2 46/4
stands [1] 9/15
start [2] 42/6 47/18
started [5] 6/17 6/21 6/24

7/14 45/4
STATES [3] 1/1 1/10 6/2
stay [1] 6/13
stenography [1] 1/23
step [1] 17/4
stepping [1] 21/15
steps [4] 11/6 23/24 24/10 41/4
Steve [1] 7/6
STEVEN [1] 3/6
still [8] 13/14 22/8 30/17 34/7 34/10 34/17 40/9 44/17
stipulate [1] 10/7
stipulation [1] 8/2
STOY [2] 3/2 7/10
Street [8] 1/18 2/6 3/15 3/19 3/22 4/3 4/13 4/16
Streets [1] 1/7
strikes [1] 30/5
strings [3] 36/12 39/4 39/10
stuff [1] 41/11
subject [1] 35/2
submission [1] 38/14
submissions [1] 35/24
submit [3] 20/17 27/24 28/6
Subsequently [1] 31/8
substance [1] 27/1
substantively [1] 10/4
such [4] 20/8 44/3 44/25 46/12
sued [1] 38/20
sufficient [3] 9/12 32/4 34/8
suggest [4] 9/17 47/5 47/12 48/2
suggesting [2] 16/15 20/12
suggestions [1] 41/3
Suite [8] 1/15 3/6 3/10 3/23 4/3 4/10 4/13 4/16
Suites [1] 2/9
Suits [1] 5/8
sum [1] 27/1
summary [1] 11/1
sums [1] 12/11
supplements [1] 11/5
supposed [1] 26/17
sure [13] 8/16 19/25 20/6 25/25 26/20 27/2 27/15 28/10 29/21 43/21 44/12 45/25 46/4
suspect [1] 23/10

## T

take [5] 11/25 18/4 26/4 37/11 48/11
taken [2] 11/2 11/7
taking [1] 13/16
talk [5] 10/17 11/3 25/18 36/5 42/22
talking [2] 25/6 45/7
tantamount [2] 39/5 39/11
target [3] 44/18 45/16

47/24
task [1] 46/3
Teams [2] 1/6 6/1
tell [6] 8/14 10/4 11/14 13/5 43/12 45/8
ten [7] 9/2 15/17 15/23 16/19 17/21 17/23 18/3
ten-day [3] 15/23 16/19 17/21
tentative [2] 44/21 45/3
terms [2] 24/12 45/24
testimony [1] 15/10
Teva [25] 3/7 3/8 3/8 3/11 3/12 3/12 3/16 3/16 3/17 7/7 7/8 8/21 22/6 24/1 24/6 31/14 31/20 32/1 32/1 32/2 32/9 32/21 34/7 34/12 40/25
Teva's [1] 31/23
Texas [1] 4/10
thank [23] 7/13 9/20 9/21 9/22 10/19 16/22 18/5 18/10 18/11 20/23 28/17 37/2 38/8 41/9 41/20 44/8 45/22 45/23 49/2 49/3 49/4 49/5 49/7
Thanks [3] 6/8 21/20 28/19
them [16] 8/5 11/24 12/14 15/19 17/3 22/15 23/8 26/20 26/21 27/4 31/5 32/2 35/23 36/3 39/8 41/25
thereby [1] 34/6
THERESA [1] 2/17
these [18] 14/2 15/6 22/13 22/24 24/18 27/21 31/15 31/18 34/2 34/14 34/18 35/9 36/5 36/20 36/21 37/16 38/1 38/4
they're [8] 6/10 8/14 9/7 26/12 26/17 26/21 35/10 36/18
they've [1] 13/9
thing [3] 21/1 33/24 46/9
things [3] 26/25 29/3 40/2
think [51]
thinking [3] 41/15 44/3 47/23
Third [3] 1/19 2/3 2/4
Third-Party [2] 1/19 2/4
this [76]
THOMAS [2] 1/11 6/3
THORNBURG [1] 3/18
though [3] 22/21 33/13 35/19
thought [2] 15/11
three [10] 3/15 16/25 17/4 26/25 31/7 31/24 31/25 32/17 34/7 41/24
through [13] 7/22 10/6 10/7 11/4 11/4 14/9 14/19 14/23 15/24 24/10 24/25 26/20 37/20
thumbs [1] 18/16
ticking [1] 47/16

till [3] 9/10 9/19 10/16
time [31] 6/23 8/9 8/12 8/23 9/3 9/11 13/16 16/13 16/24 17/10 17/15 19/19 19/21 20/8 20/9 20/18 23/8 24/16 24/18 25/24 27/23 33/5 33/15 34/12 34/22 41/14 42/22 45/10 45/21 46/23 47/11
time's [1] 16/24
times [1] 38/12
timing [3] 23/24 24/11 24/12
today [8] 7/23 11/21 40/24 40/25 41/6 45/5 48/7 48/10
together [1] 48/24
told [1] 8/12
top [1] 24/2
Torrent [4] 2/21 2/22 2/22 40/4
totally [1] 35/21
towards [1] 39/21
town [1] 11/24
TPP [2] 15/11 41/3
Transcriber [1] 49/18
transcript [2] 1/23 49/13
transcription [1] 1/23
TRAURIG [3] 3/5 3/9 7/7
travel [1] 35/15
treater [4] 16/4 16/8 16/16 16/20
treatment [1] 35/10
trial [33] 10/22 13/16 17/16 25/7 31/4 31/22 32/9 35/13 38/6 38/7 39/21 40/10 42/3 42/11 42/13 42/14 42/23 42/24 42/25 43/20 44/2 44/6 44/7 44/19 44/24 45/3 45/9 45/14 45/24 46/2 46/9 46/12 46/13
tried [4] 14/10 29/18 38/4 48/4
triggered [1] 34/17
true [1] 38/13
try [7] 8/4 23/9 24/7 42/18 46/7 46/22 47/13
trying [8] 7/22 8/5 13/10 13/16 14/5 14/6 17/16 44/17
turnaround [1] 15/23
two [28] 6/17 16/20 19/6 19/8 20/7 20/14 20/20 25/6 25/7 26/25 29/4 29/7 29/15 30/3 30/20 31/6 31/7 31/9 31/13 33/9 33/15 34/2 34/9 34/21 35/8 36/6 36/21 42/1
two-day [1] 19/8
type [1] 26/24
typically [1] 43/9

## U

U.S [5] 1/7 2/11 2/11 2/15 2/15

ULMER [1] 3/21
ultimately [1] 12/5
unable [2] 22/11 22/11
under [1] 38/24
understand [5] 13/21 21/25 28/22 29/6 44/1
understanding [7] 12/15 13/6 13/19 17/2 27/5 44/12 44/18
Understood [2] 39/23 41/20
undertaking [1] 22/5
underway [2] 44/25 47/18
UNITED [3] 1/1 1/10 6/2
unless [1] 43/5
unpaused [1] 40/16
unquote [2] 35/23 36/3
unwilling [2] 34/5 38/13
up [21] 12/11 13/16 14/6 14/15 18/16 24/17 26/4 29/22 32/17 34/8 35/16 37/4 38/18 39/19 40/10 40/15 41/10 41/23 42/2 46/13 47/17
update [4] 7/17 7/19 9/24 14/16
upon [2] 6/22 27/25
us [25] 4/8 7/25 8/20 9/19 11/5 11/14 12/1 14/13 14/22 15/18 23/8 24/5 26/12 26/15 27/24 28/11 33/18 35/6 37/4 38/18 40/15 41/7 43/12 44/22 48/6
USA [4] 2/25 3/8 3/12 3/16
use [2] 24/20 28/23
using [1] 29/4
usually [1] 43/10

## V

VALSARTAN [1] 1/3
VANASKIE [15] 1/11 6/3 6/5 6/14 25/8 27/9 28/18 36/15 36/19 40/21 44/22 46/17 46/20 47/22 47/22
Vanessa [1] 5/9
VAUGHN [2] 2/2 2/3
versus [1] 30/18
very [11] 7/4 7/13 10/9 10/25 14/14 17/19 22/14 23/10 24/2 24/7 47/10
via [2] 1/6 1/6
VICTORIA [1] 3/5
videoconferencing [2] 1/6 6/1
Vine [1] 3/22
voluntarily [1] 22/7
Voorhees [2] 2/18

## W

Wacker [1] 3/10
wait [1] 28/11
waive [12] 30/23 31/9 34/5 34/18 36/6 36/11

**W**

**waive... [6]** 36/13 38/13 38/23 38/24 39/5 39/10
**waived [1]** 35/8
**waiver [5]** 30/11 34/10 37/11 38/16 39/4
**waivers [1]** 30/5
**waiving [2]** 35/3 39/12
**Walgreens [1]** 3/20
**Walmart [2]** 3/20 37/5
**WALSH [2]** 3/13 3/14
**want [33]** 8/7 13/12 17/7 17/9 18/13 18/24 19/3 24/10 24/16 25/25 27/15 27/24 28/2 28/2 29/21 33/10 33/14 33/16 35/12 35/13 35/13 35/25 38/25 39/2 39/20 40/25 43/5 43/6 43/7 43/21 44/9 44/11 47/16
**wanted [4]** 21/14 25/11 33/6 45/11
**wants [1]** 25/6
**Washington [4]** 2/4 2/14 4/6 4/16
**Wave [15]** 25/4 28/21 28/25 29/19 30/25 31/3 31/14 32/3 32/19 32/22 34/1 44/13 45/4 45/14 46/9
**Wave 2 [1]** 32/19
**way [3]** 14/23 15/22 20/9
**we'd [5]** 8/7 15/15 28/5 37/20 41/7
**we'll [23]** 6/17 6/20 6/22 6/23 9/18 10/16 10/17 12/8 14/16 15/16 16/8 17/17 17/18 18/1 18/21 18/22 22/19 24/24 26/4 39/10 42/12 46/25 48/24
**we've [13]** 10/8 11/6 12/5 22/4 24/5 33/5 38/23 39/1 39/5 39/6 39/7 39/8 39/8
**weeds [1]** 45/15
**week [7]** 8/16 8/17 12/14 23/7 26/11 28/3 28/4
**weeks [4]** 16/20 20/8 20/14 20/20
**weighing [1]** 38/2
**weighted [1]** 14/5
**Weinstein [1]** 5/6
**went [1]** 17/3
**West [2]** 2/9 3/10
**Wewatta [1]** 4/3
**Weygandt [3]** 28/24 29/4 37/10
**whatever [2]** 12/1 36/1
**whereas [1]** 16/6
**whether [8]** 9/15 10/8 13/8 26/22 35/12 35/15 37/5 37/15
**while [3]** 18/18 22/6 23/25
**WHITELEY [2]** 1/17 1/17
**who's [1]** 16/2
**whoever [1]** 27/20

**whole [2]** 14/2 39/2
**wholesaler [2]** 3/24 38/4
**wholesalers [2]** 11/13 11/22
**why [10]** 17/1 18/15 23/2 23/3 23/22 34/3 44/20 46/19 46/20 46/23
**widowers [1]** 35/11
**widows [1]** 35/11
**will [47]** 6/16 6/25 7/2 7/4 7/8 7/9 7/12 8/6 8/23 11/9 11/20 12/2 16/7 18/2 18/3 18/17 18/18 21/13 21/22 22/14 23/14 23/24 24/10 25/5 26/16 26/20 27/7 28/19 29/14 31/16 32/24 36/6 36/12 37/1 37/5 39/18 39/19 40/16 41/11 41/11 42/18 42/22 42/23 42/25 43/13 44/13 48/5
**WILLIAMSON [1]** 2/6
**willing [8]** 8/3 8/4 23/13 30/23 31/9 34/18 38/3 38/20
**willingness [1]** 38/24
**within [7]** 12/14 15/17 17/23 20/20 26/18 26/22 46/24
**without [2]** 22/15 23/14
**witness [3]** 14/15 15/6 18/6
**witnesses [4]** 15/6 15/9 15/19 18/7
**won't [1]** 11/21
**wondering [1]** 41/6
**word [1]** 24/21
**work [23]** 7/22 8/1 8/3 9/17 10/6 13/11 13/17 14/11 14/23 16/14 17/19 23/18 24/10 24/25 26/19 34/8 36/19 39/20 42/12 44/23 45/8 45/10 46/25
**worked [12]** 7/24 8/10 23/21 24/1 24/5 24/7 24/9 28/18 29/22 32/17 41/23 47/17
**working [14]** 8/14 9/6 11/1 11/10 13/8 14/9 14/18 14/22 15/15 23/2 40/10 41/10 45/12 46/12
**works [2]** 21/18 47/2
**workup [2]** 44/25 46/1
**wouldn't [1]** 28/6
**wrapped [1]** 38/18

**Y**

**yeah [19]** 19/1 19/15 19/25 20/16 21/19 25/17 26/8 28/20 36/23 37/24 43/6 43/24 43/24 44/9 45/1 45/18 47/12 47/21 48/16
**year [8]** 8/13 9/1 29/17 29/22 44/10 44/22 45/19 46/22
**yes [28]** 7/21 7/21 12/19

12/21 12/25 14/16 15/3 17/24 19/24 21/17 21/17 25/10 25/16 26/2 36/22 37/6 39/22 40/7 40/9 40/22 42/4 44/5 44/5 44/7 44/10 44/15 45/11 47/3
**yesterday [1]** 26/15
**yet [7]** 10/15 11/8 25/17 27/4 33/17 37/11 42/20
**York [5]** 2/10 2/10 2/13 2/21 2/21
**you [114]**
**you'd [1]** 26/7
**you'll [3]** 14/13 17/23 36/5

**Z**

**Zeimer [1]** 5/7
**Zhejiang [2]** 2/10 2/14
**ZHP [24]** 2/11 2/15 7/11 7/17 8/3 8/12 8/14 8/21 9/24 10/6 11/4 11/18 12/6 12/10 13/7 13/9 14/21 14/22 15/14 18/2 31/14 31/20 31/20 32/9
**ZHP-specific [1]** 7/11