# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

**PLEASE TAKE NOTICE** that Geoffrey M. Wyatt, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC on this Court's MDL master docket has changed his address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to Geoffrey M. Wyatt should be sent to:

> Geoffrey M. Wyatt
> KIRKLAND & ELLIS LLP
> 1301 Pennsylvania Ave, N.W.
> Washington, D.C. 20004
> Tel: (202) 389-3393
> Email: geoffrey.wyatt@kirkland.com

Date: February 12, 2025

/s/ *Geoffrey M. Wyatt*
Geoffrey M. Wyatt (DC Bar No. 498650)
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
Facsimile: (202) 389-5200
geoffrey.wyatt@kirkland.com

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 11, 2024, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Geoffrey M. Wyatt*
Geoffrey M. Wyatt (DC Bar No. 498650)