# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 14, 2025

## *VIA ECF*

Honorable Renée Marie Bumb          Honorable Thomas I. Vanaskie (Ret.)
United States District Court          Special Master
Mitchell H. Cohen Building and          Stevens & Lee
  U.S. Courthouse          1500 Market St., East Tower,
Courtroom 3D           Suite 1800
4th and Cooper Streets          Philadelphia, Pennsylvania 19103
Camden, New Jersey  0810

Re:    *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
        **Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs regarding the schedule for the

Wave 2 bellwether pool.

Plaintiffs propose that the Wave 2 trial at the end of 2025 be a multi-plaintiff

trial, which will be more efficient.  Scheduling a multi-plaintiff trial will also address

Defendants' concern that a case may drop out before trial, leaving an additional case

or cases ready for trial in that event.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
February 14, 2025
Page 2

Plaintiffs have attached a proposed schedule for the multi-plaintiff trial, with the most important date being for the service of case-specific expert reports, which require a complete factual record and significant additional time and work in order to complete, also showing Plaintiffs' understanding of Defendants' proposed deadlines. (Ex. 1). Although the briefing schedule and later pretrial events partially overlap with the Roberts trial, the Parties and Court will have the benefit of the Roberts rulings by that time, which will allow the Court to more efficiently address the legal issues for the Wave 2 trial.

We look forward to discussing the Wave 2 schedule with the Court.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)

Encl.