# Exhibit 1

| Roberts Trial Event | Roberts Date | Plaintiffs' Proposal for Wave 2 Trial Event/Date | Defendants' Proposal for Wave 2 Trial Event/Date |
|---|---|---|---|
| Deadline to amend Plaintiff Fact Sheet | 12/2/2024 | 3/14/2025 | 2/28/2024 |
| Close of case-specific fact discovery | 2/14/2025 | 5/2/2025 | 4/14/2025 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 2/28/2025 | 5/16/2025 | 4/14/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 3/31/2025 | 6/16/2025 | 5/12/2025 |
| Depositions of experts | 4/1/2025-4/28/2025 | 6/16/2025 – 7/31/2025 | 5/13/2025 – 6/13/2025 |
| Close of expert discovery | 4/28/2025 | 7/31/2025 | 6/13/2025 |
| Deadline for parties to exchange deposition designations | 5/1/2025 | 7/31/2025 (Completion of rolling exchange) | 7/18/2025 |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 5/12/2025 | 8/22/2025 | 6/27/2025 |
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 5/30/2025 | 8/29/2025 | 8/29/2025 |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 6/16/2025 | 9/15/2025 (Rule 702) 9/22/2025 (Summary Judgment) | 7/25/2025 |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 7/2/2025 | None | 8/15/2025 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed selection of Wave 2 bellwether trial case | None | Not needed for multi-plaintiff trial | 1-week after the Court's ruling on Rule 702/MSJs |
| Deadline to file motions in limine | 7/14/2025 | 28 days before trial | 9/17/2025 |
| Deadline to file oppositions to motions in limine | 7/31/2025 | 14 days before trial | 10/1/2025 |
| Deadline to submit joint final pretrial order | 8/11/2025 | None | 10/10/2025 |
| Deadline to file pretrial briefs | 8/14/2025 | 9 days before trial | 10/13/2025 |

| | | | |
|---|---|---|---|
| Deadline to file: (i) joint proposed jury instructions; (ii) joint proposed jury questionnaire; and (iii) joint verdict sheet | 8/18/2025 | 9 days before trial | 10/17/2025 |
| Deadline to file responsive papers to pre-trial briefs | 8/21/2025 | None | 10/20/2025 |
| Deadline to submit: (i) witness lists; and (ii) exhibit lists | 8/26/2025 | 9 days before trial | 10/27/2025 |
| Pretrial conference (via Zoom) | 8/28/2025 | 7 days before trial | 10/29/2025 |
| Trial begins | 9/8/2025 | TBD | November 2025 |