# EXHIBIT A

**NGRV NIGH GOLDENBERG RASO & VAUGHN**

February 3, 2025

VIA ECF
Honorable Thomas I. Vanaskie
Special Master
Stevens & Lee
1500 Market Street, East Tower, Suite 1800
Philadelphia, Pennsylvania 19103-7360

  Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
    MDL 2875 RMB (D.N.J.)

Dear Judge Vanaskie:

  Pursuant to Special Master Order (Dkt. 2969), Plaintiffs are in agreement with Defendants that the Robert Lee case (Case No. 1:20-cv-19843) should be included in the Wave 2 bellwether trials. Plaintiff's counsel for the Robert Lee case has advised that the client will waive *Lexecon* and dismiss the Retailer Defendant. Plaintiff's counsel for the Robert Lee case will also submit a letter stating this.

  Plaintiffs further agree with Defendants that Wave 2 should consist of four (4) cases total: Robert Garcia (Case No. 1:20-cv-07957), James Suits (Case No. 1:20-cv-06547), Evon Smalls (Case No. 1:20-cv-08199) and Robert Lee (Case No. 1:20-cv-19843).

  The Parties are meeting and conferring on the Wave 2 case management schedule.

                Respectfully Submitted,

                */s/ Daniel A. Nigh*

                DANIEL A. NIGH (FL Bar No. 30905)
                Nigh Goldenberg Raso & Vaughn, PLLC
                14 Ridge Square NW, Third Floor
                Washington, D.C. 20016
                T: 202-792-7927
                F: 202-792-7927
                dnigh@nighgoldenberg.com
                Attorney for Plaintiffs

cc:
PEC (valtrial@nighgoldenberg.com)
DEC (DECValsartan@btlaw.com)

Nigh Goldenberg Raso & Vaughn, PLLC     T - (202) 792-7927              Washington D.C.
14 Ridge Square NW                       F - (202) 792-7927              Minnesota
Third Floor                              W - www.nighgoldenberg.com      Kansas
Washington, D.C. 20016                   E - intake@nighgoldenberg.com   Florida