# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge** |

## SPECIAL MASTER ORDER

NOW, this 14th Day of February, 2025, IT IS HEREBY ORDERED THAT:

Having received the parties' request for a brief extension while they continue to meet and confer to resolve issues as to Plaintiffs' "common benefit" motion; the request is granted. No later than February 18, 2025, the parties shall submit a stipulated order resolving Plaintiffs' "common benefit" motion (ECF No. 2960). If the parties are unable to agree to a stipulated order on the common benefit motion, they shall propose a briefing schedule to resolve the motion.

Dated: February 14, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master