# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

**PLEASE TAKE NOTICE** that John J. Nolan, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC on this Court's MDL master docket has changed his address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to John J. Nolan should be sent to:

> John J. Nolan
> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, NY 10022
> Tel: (212) 341-7591
> Email: jack.nolan@kirkland.com

Date: February 18, 2025

/s/ *John J. Nolan*
John J. Nolan (NY Bar No. 5315353)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 341-7591
jack.nolan@kirkland.com

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2024, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                              /s/ *John J. Nolan*  
                                              John J. Nolan (NY Bar No. 5315353)