# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 18, 2025

*VIA ECF*
Honorable Renée Marie Bumb
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey  08101

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RMB)

Dear Chief Judge Bumb:

Attached hereto is a revised proposed Common Benefit Order, submitted by Plaintiffs to be considered with Plaintiffs' pending motion for a common benefit Order (ECF 2960).  The Plaintiffs and Defendants have engaged in an extensive meet and confer process, and have agreed on all of the edits.

We are available to answer any questions or address any issues raised by the Court.

Honorable Renée Marie Bumb
United States District Court
February 18, 2025
Page 2

    Thank you for your courtesies and consideration.

                      Respectfully,

                      ADAM M. SLATER

Encl.

Cc: All counsel of record (via ECF)