IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

**PLEASE TAKE NOTICE** that Nina R. Rose, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC on this Court's MDL master docket has changed her address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to Nina R. Rose should be sent to:

Nina R. Rose
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel: (202) 389-3394
Email: nina.rose@kirkland.com

Date: February 20, 2025

/s/ *Nina R. Rose*
Nina R. Rose (DC Bar No. 975927)
Kirkland & Ellis LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-3394
nina.rose@kirkland.com

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Nina R. Rose*
Nina R. Rose (DC Bar No. 975927)