THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 19-md-2875-RMB-SAK |
| THIS DOCUMENT RELATES TO *Lana Dufrene, 1:19-cv-15633* | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Heather Guidroz, as surviving daughter of Lana Dufrene, be substituted as party plaintiff on behalf of Lana Dufrene.

Camden, New Jersey this _____ day of _____, 2025.

_____
**JUDGE**