IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk:

**PLEASE TAKE NOTICE** that Jessica Davidson, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC on this Court's MDL master docket has changed her address. Any telephone calls, emails, pleadings, correspondence and any other documents or information relating to this case that are directed to Jessica Davidson should be sent to:

    Jessica Davidson
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, NY 10022
    Tel: (212) 446-4723
    Email: jessica.davidson@kirkland.com

Date: February 27, 2025

/s/ *Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Jessica Davidson*
Jessica Davidson (DC Bar No. 457021)