UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Renée Marie Bumb<br>Chief Judge U.S. District Court |
| This Document Relates to:<br>All Cases | No. 1:19-md-2875-RMB-SAK |

**CASE MANAGEMENT ORDER NO. __ ESTABLISHING PRODUCT IDENTIFICATION SHOW CAUSE PROCESS**

      For individual matters in which a Requesting Defendant entity is named in the operative Complaint but there is no documentary evidence identifying by National Drug Code (NDC) Plaintiff product usage attributable to the Requesting Defendant(s)' manufacture and/or sale of any at issue product, Requesting Defendants shall serve notice of the deficiency via MDL Centrality to the individual Plaintiff. The notice shall state the basis for the request, and all named Defendants seeking dismissal on this basis.

      If the dispute is not resolved within 14 days of the notice by way of either withdrawal of the deficiency or voluntary dismissal of the Requesting Defendant, Defendants shall put the dispute on the agenda for the next case management conference. If a case appears on the agenda for two case management conferences, the Defendants may request that an Order to Show Cause be entered as to the delinquent party. That Order to Show Cause shall be returnable at the next case management conference and require the delinquent party to show cause why the Complaint should not be dismissed with prejudice as to the Requesting Defendant(s).

      The parties will also hold a monthly global meet and confer prior to the monthly case management conferences to address any ongoing disputes before bringing them to the Court's attention. A deficiency list shall be served by Defendants on Plaintiff leadership no later than five days prior to the meet and confer.

      ORDERED this ___ day of March, 2025

                                                  _____
                                                  HON. RENÉE MARIE BUMB
                                                  CHIEF UNITED STATES DISTRICT JUDGE