# Exhibit 1

EXHIBIT

7  XUE  2/3/23 dv



# 山东华鲁恒升化工股份有限公司

## SHANDONG HUALU-HENGSHENG CHEMICAL CO., LTD.

# CERTIFICATE OF ANALYSIS

COMMODITY: N,N-DIMETHYL FORMAMIDE
BATCH NO.: 20101026
THE RESULTS OF INSPECTION ARE AS FOLLOWS:

| ITEM | SPECIFICATION | RESULTS |
|---|---|---|
| Pt-Co chrominance | ≤10 | 5 |
| Distillation test 0° C 101325Pa 151-155° C distillate volume | ≥98.5 | 98.6 |
| dimethylamine ppm | ≤15 | 1 |
| Formic acid ppm | ≤25 | 2 |
| PH:25° C 20%Aqueous solution | 7.0-7.5 | 7.05 |
| Electric Conductivity: 25° C 20%Aqueous solution, us | ≤10 | 1.1 |
| Moisture ppm | ≤500 | 122 |
| Fe ppm | ≤0.05 | 0.002 |
| Refractivity: $n_d^{25°c}$ | 1.4270-1.4290 | 1.4286 |
| Methanel ppm | ≤20 | 2 |
| Heavy compoment (dimethyl Acetamide) ppm | ≤500 | 43 |
| DMF % | ≥99.9 | 99.98 |

SHANDONG HUALU-HENGSHENG CHEMICAL CO., LTD.

NO.24 TIANQU XI RD, DEZHOU SHANDONG, CHINA

SIGNATURE _____