# Exhibit 2

EXHIBIT
13  XUE  2/3/23 dv



## Zhejiang Jianye Chemical Co.,Ltd

Add: 48th Fuxi Road, Meicheng Town, Jiande City, Zhejiang Province 311604 China

Tel:+86-571-64149210，64149273    Fax:+86-571-64141300

URL: http://www.chinaorganicchem.com

E-mail: trade@chinaorganicchem.com    sale@chinaorganicchem.com

## CERTIFICATE OF ANALYSIS

DATE:NOV.25,2012
LOT NO.:201209-207-80

## Triethylamine Analysis

| Property | Specifications | Results |
|---|---|---|
| Triethylamine,          wt% | 99.5 Min | 99.9 |
| Water,                  wt% | 0.1 Max | 0.02 |
| Monoethylamine,         wt% | 0.1 Max | 0.01 |
| Diethylamine,           wt% | 0.1 Max | 0.01 |
| Ethanol,                wt% | 0.1 Max | N.D |
| Color ,                 APHA | 15 Max | 10 |



浙江建业化工股份有限公司
ZHEJIANG JIANYE CHEMICAL CO., LTD.

Sign:___郑丰平___