**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                          **March 3, 2025**
                                                          DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)
SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

                                                  Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.
Ordered Case Management Conference set for Friday, March 28, 2025 at 9:30AM via Teams videoconference.


Time Commenced: 10:00a.m.    Time Adjourned: 11:40a.m.


Total Time: 1 hour 40 minutes

                                                          Lawrence MacStravic
                                                          Deputy Clerk