**Migliaccio & Rathod LLP**
412 H Street N.E., Suite 302
Washington, D.C. 20002
(202) 470-3520
(202) 800-2730 (fax)
jrathod@classlawdc.com

March 7th, 2025

**VIA CM/ECF**

The Honorable Renée Marie Bumb
United States District Court, District of New Jersey
Mitchell H. Cohen Building and
U.S. Courthouse
Courtroom 3D
4th and Cooper Streets
Camden, New Jersey 0810

    Re:  ***In re Valsartan, Losartan, and Irbesartan Liability Litigation,***
           ***Case No. 1:19-md-02875-RBK (D.N.J.)***

Dear Judge Bumb:

Please accept this letter regarding Mark D. Patronella withdrawing his appearance as counsel for Plaintiff Valerie Rodich-Annese in the above-captioned case. We humbly request that the Clerk of the Court remove Mark D. Patronella from the mailing list for this case.

Mark D. Patronella is no longer counsel at Migliaccio & Rathod LLP. He no longer has an active ECF account and therefore cannot file a Notice of Withdrawal of Appearance of Counsel.

Plaintiff Valerie Rodich-Annese continues to be represented by Jason S. Rathod and Nicholas A. Migliaccio of Migliaccio & Rathod LLP.

The Honorable Renée Marie Bumb
March 7, 2025
Page 2

Respectfully,

*/s/ Jason S. Rathod*

Jason S. Rathod