# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge** |

## SPECIAL MASTER ORDER

**NOW, this 12th Day of March, 2025, in accordance with discussions during the March 3, 2025 Case Management Conference, IT IS HEREBY ORDERED THAT:**

1. ZHP shall produce the at-issue certificates of analysis and material safety data sheets pertaining to the production of Valsartan in its possession no later than March 17, 2024.

2. Counsel shall file a status report concerning ZHP document retention policies and its production of certificates of analysis and material safety data sheets predating 2015, no later than March 18, 2024.


Dated: March 12, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master