**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2875 |
| This Document Relates To: ) ) | CASE NO: 1:19-cv-15401-RMB-SAK |
| **1:19-cv-15401-RMB-SAK** ) ) | Honorable Renee Marie Bumb, District Court Judge |
| DAVID KELLEY ) ) | Honorable Sharon A. King, |
| Plaintiff, ) | Magistrate Judge |
| vs. ) ) | |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., et al., ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Coffin shall appear as counsel of record for Plaintiff David Kelly in this case.

Dated: March 13, 2025      /s/ Christopher L. Coffin
                          Christopher L. Coffin (La. Bar 27902)
                          **COFFIN LAW, LLC**
                          1311 Ave. Ponce de Leon, Suite 504
                          San Juan, Puerto Rico 00907
                          Tel: (787) 961-9988
                          Email: ccoffin@coffinlawllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

Dated: March 13, 2025

*/s/ Christopher L. Coffin*