

Steven M. Harkins
Tel 678.553.2312
Fax 678.553.2100
harkinss@gtlaw.com

March 13, 2025

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      Re:   *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875

Dear Judge Bumb:

    Following meet and confers between the parties and as discussed with the Court during the March 3, 2025 Case Management Conference, attached is the parties' proposed Case Management Order establishing a product identification show cause process for manufacturer defendants. Please let us know if there is anything else that Your Honor requires and thank you once again for your careful consideration of these issues.

                                    Sincerely,

                                    */s/ Steven M. Harkins*
                                  Steven M. Harkins

Enclosure

cc: All counsel of record (*via ECF*)

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
Terminus 200 Building, 3333 Piedmont Road NE, 25th Floor ■ Atlanta, Georgia 30305 ■ Tel 678.553.2100 ■ Fax 78.553.2212