# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge |

# SPECIAL MASTER ORDER

**NOW, this 21st Day of March, 2025, IT IS HEREBY ORDERED THAT:**

A conference call to address issues concerning ZHP's production of the at-issue certificates of analysis, material safety data sheets, document retention policies, and the Chinese "standard policies" for certificates of analysis, as outlined in the letters of Plaintiffs' and ZHP's counsel dated March 19, 2025 (ECF No. 2995) and March 20, 2025 (ECF No. 2996) shall be conducted on March 25, 2025 at 11:00 a.m. Dial-in information for the conference call will follow in a separate text order.

Dated: March 21, 2025

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master