# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*  
Adam M. Slater*°  
Eric D. Katz*°  
David M. Freeman  
Beth G. Baldinger  
Matthew R. Mendelsohn*°  
David M. Estes  
Adam M. Epstein°  

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°  
Cory J. Rothbort*°  
Michael R. Griffith°  
Christopher J. Geddis  
Samuel G. Wildman  
Julia S. Slater°  
Trevor D. Dickson  

°Member of N.J. & N.Y. Bars

March 26, 2025

<u>**VIA ECF**</u>

Honorable Renée Marie Bumb  
United States District Court  
Mitchell H. Cohen Building and  
 U.S. Courthouse  
Courtroom 3D  
4th and Cooper Streets  
Camden, New Jersey  0810

Honorable Thomas I. Vanaskie (Ret.)  
Special Master  
Stevens & Lee  
1500 Market St., East Tower,  
 Suite 1800  
Philadelphia, Pennsylvania 19103

Re: ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*, Case No. 1:19-md-02875 (D.N.J.)**

Dear Chief Judge Bumb and Judge Vanaskie:

Please accept this letter on behalf of Plaintiffs in advance of the March 28, 2025 case management conference.

**1. Wave 3 Bellwether Cases.**

The Parties are continuing to work up Wave 1 and Wave 2 bellwether cases. They have not met and conferred on how to approach a third wave of cases, and they should do so before presenting a joint plan or competing proposals to the Court.

Honorable Renée Marie Bumb, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
March 26, 2025
Page 2

### 2. CMO 38 Product ID Deficiencies.

Plaintiffs will be prepared to discuss these at the CMC.

### 3. PFS Deficiencies.

Plaintiffs will also be ready to address these at the CMC.

Respectfully,

ADAM M. SLATER

Cc: All counsel of record (via ECF)