**GT GreenbergTraurig**

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com

March 26, 2025

**VIA ECF**

The Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Special Master the Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19103

Re:   *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875

Dear Judge Bumb and Special Master Vanaskie:

This letter is to provide Defendants' positions with respect to the topics on the agenda for the Case Management Conference on March 28, 2025. Defendants do not expect the need to discuss any confidential materials as part of these agenda items.

1. **Wave 3 Bellwether Cases**

Now that the Wave 2 Bellwether Schedule is in place (ECF No. 2988), Defendants seek guidance from the Court on how to move forward with respect to the "Wave 3" bellwether cases involving Manufacturer Defendant entities that may potentially exercise *Lexecon* rights. Defendants note that a number of issues not present in Wave 2 will need to be considered as part of any Wave 3 bellwether workup, including but not limited to whether general causation evidence

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 2

exists for any case involving NDEA impurities, briefing on jurisdictional issues, and disclosures, depositions, and Rule 702 motions for the parties' liability experts.

### 2. CMO-38 Product Identification Deficiencies

**Cases Addressed at the March 3, 2025 Case Management Conference:**

Institution of a product identification show cause process was an agenda item at the March 3, 2025 Case Management Conference ("CMC"). Since that time, the Court entered CMO-38 instituting a show cause process to begin at the March 28, 2025 CMC. As this is the first CMC since the entry of CMO-38, only "First Listing" cases are on this month's agenda and no show cause orders are being requested or require the Court's attention.

**Pending Order(s) Show Cause – N/A**

**Second Listing Cases – Order to Show Cause Requested – N/A**

**First Listing Cases – Remaining Product Identification Deficiencies:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on March 14, 2025, and a global meet and confer was held on March 21, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to attempt to resolve these deficiencies or obtain voluntary dismissals as appropriate.

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 3

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| John Avjian | 24-cv-09463 | Kendra Goldhirsch Chaffin Luhana LLP | 65862055190 00378632577 33342007810 43547031509 | Mylan Product- Post Date Recall | Mylan Laboratories Ltd., Mylan N.V., and Mylan Pharmaceuticals Inc. | December 2024 |
| Dixie Buxton | 23-cv-02933 | David Hobbs Fleming, Nolen & Jez, L.L.P. | 00078-0471-34 00078-0471-15 00781-5951-64 60505-3809-09 00591-2318-19 | No recalled Mylan Product | Mylan Pharmaceuticals Inc., Mylan N.V., and Mylan Laboratories Ltd. | August 2023 |
| Jeffery Davis | 21-cv-12166 | Gerald C. Brooks Serious Injury Law Group | 43547031209 68180010409 00603634602 60505380709 65862055090 00781594992 0591231619 65862054890 33342007510 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | October 2022 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 4

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Larry Dewitt | 21-cv-19963 | Madeline Pendley Levin Papatino Rafferty | 6586255190 0378632577 | Mylan Product- Post Date Recall | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | November 2022 |
| Edward Jackson | 20-cv-6589 | David Hobbs Fleming, Nolen & Jez, L.L.P. | 00078031534 00078047134 00078047115 00591231819 68180010109 00603634802 43547031409 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | March 2024 |
| Priscilla Kleinman | 19-cv-7152 | Watts Law Firm LLP | 43547036809 43547036703 51660014030 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc. | March 2024 |
| Christopher Lang | 24-cv-8254 | Kendra Goldhirsch Chaffin Luhana LLP | 59746036390 33342006510 00378632477 33342007710 | Mylan Product- Post Date Recall | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc. | October 2024 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 5

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Billie LaPrairie J.O. LaPrairie | 20-cv-8238 | Christy Hix Harrison Davis Steakley Morrison Jones | 0591216919 3172274790 5166014290 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | November 2022 |
| Donna Locke (dec'd) Gilbert Locke | 20-cv-8770 | Madeline Pendley Levin Papatino Rafferty | 4354731509 | No Mylan Product | Mylan Laboratories Ltd. | March 2024 |
| Shylaine Louissaint | 21-cv-7797 | Andrew O'Conner Nagel Rice | N/A | No Mylan Product | Mylan Laboratories Ltd. | November 2022 |
| Otis Rhoades (dec'd) Linda Rhoades | 21-cv-3785 | Madeline Pendley Levin Papatino Rafferty | 4354737009 0591217019 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | March 2024 |
| Kevin Russell | 25-cv-00278 | Nigh Goldenberg Raso & Vaughn | n/a | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | March 2025 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 6

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Raymond Savelli | 20-cv-16089 | Madeline Pendley Levin Papatino Rafferty | 0591231619 4354736909 0378581477 | Mylan product- Post Date Recall | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | March 2024 |
| Janet Snipe | 24-cv-04013 | Kendra Goldhirsch Chaffin Luhana LLP | 00378632177 | Mylan Product- Post Date Recall | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | October 2024 |
| Terri Stine Doug Stine | 19-cv-20214 | Heath Straka Axley Brynelson, LLP | 33342007610 | No Mylan Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc. | March 2024 |

ACTIVE 709065390v1

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Diane Troiano John Troiano | 20-cv-2341 | Michael Schafle Green & Schafle LLC | 4354736703 4354736809 4354737009 4354731109 4354731209 4354731309 4354731409 | No Mylan Product<br><br>No Teva Product | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V.<br><br>Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. | October 2022 (Mylan)<br><br>9/29/23; 2/25/25 (Teva) |
| Kattie Tucker | 19-cv-18331 | Joe Lane The Cochran Law Firm | 4354737009 | No Mylan Product<br><br>No Teva Product | Mylan N.V.<br><br>Teva Pharmaceuticals, Ltd., Actavis, LLC, Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc. | June 2024 (Mylan)<br><br>10/27/23; 2/26/25 (Teva) |
| Catherine Worsham | 22-cv-00002 | Morgan and Morgan | 00093743498 00603634302 0378581577 4354737009 62332004790 6586257390 68180027909 | Mylan Product-Post Date Recall | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. | March 2024 |
| Abdelmallek, Haney | 23-cv-3842 | Bernstein Liebhard | 6586255190 62332008390 | No Teva Product | Arrow Pharm (Malta) Ltd. | 10/13/23; 2/25/25 |

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Bykowski, Leslie | 20-cv-14248 | Watts Guerra | 51660141 90 31722074690 65862057190 | No Teva Product | Arrow Pharm (Malta) Ltd. | 4/26/24; 2/25/25 |
| E/O Alexandra Samocha | 21-cv-17384 | Hollis Law Firm, P.A. | N/A | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc. | 4/26/24; 2/25/25 |
| Ernsbarger, Loren | 20-cv-18796 | Fleming, Nolen & Jez, LLP | 51660014390 43547037009 00378581577 13668025090 65862057390 33342006510 | No Teva Product | Arrow Pharm (Malta) Ltd. and Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/25/25 |
| Franklin, Jerry (Est. of Billye) | 20-cv-7860 | Michael Brady Lynch Firm | 6586254790 6586257190 0378632177 3454736809 0378632177 | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. | 10/10/24; 2/25/25 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 9

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Mabie, Lucille | 19-cv-18563 | Hollis Law Firm, P.A. | 68180010309 65862054790 00378632177 43547031109 | No Teva Product | Teva Pharmaceutical Industries, Ltd., Actavis, LLC, Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc. | 5/31/24; 2/25/25 |
| May, Mona | 21-cv-7634 | Nigh Goldenberg | 0781561892 4354736909 | No Teva Product | Teva Pharmaceutical Industries, Ltd., Actavis, LLC, Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc. | 4/26/24; 2/26/25 |
| Montalbano, Annette | 23-cv-22904 | The Barnes Firm | N/A | No Teva Product | Arrow Pharm (Malta) Ltd.. | 3/3/25 |
| Mottie, Maurice | 22-cv-06304 | Fleming, Nolen & Jez, LLP | 00078047234 0378632577 0378632477 1366811890 60505381009 3334207810 3334207815 4354731509 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/26/25 |

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Peyton, Katherine | 21-cv-09063 | DeGaris | 00378581577 | No Teva Product | Teva Pharmaceutical Industries, Ltd. | 5/3/24; 2/26/25 |
| Pierre-Francois, Wiener | 21-cv-17936 | Labaton (Newman Dube) | 00078048915 00378172293 49884057511 65862020290 68180037803 | No Teva Product | Teva Pharmaceutical Industries Ltd. | 5/31/24; 2/26/25 |
| Polita, Adelaide o/b/o Frank Annunziato | 20-cv-7879 | Michael Brady Lynch Firm | 4354731209 6586254890 | No Teva Product | Arrow Pharm (Malta) Ltd. | 10/20/23; 2/26/25 |
| Sanders, Ada | 20-cv-7884 | Michael Brady Lynch Firm | 3172274890 0378632577 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 10/20/23; 2/26/25 |
| Smoot, Lee | 20-cv-7994 | Michael Brady Lynch Firm | 6586257390 4354736809 | No Teva Product | Arrow Pharma (Malta) Ltd. | 10/10/23; 2/26/25 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 11

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Stiles, Debra | 22-cv-1987 | Pittman Dutton | 65862057190 43547036809 | No Teva Product | Arrow Pharm (Malta) Ltd. | 10/27/23; 2/26/25 |
| Taggart, Joyce | 20-cv-8802 | Fleming, Nolen & JEZ, LLP | 00078035917 00078035934 00781595092 000378632377 00378632305 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/26/25 |
| Taylor, Barbara | 21-cv-19430 | Fleming, Nolen & JEZ, LLP | 00378581477 51660014290 00781561892 68180027809 31722074790 00603634202 43547036909 65862020190 65862020299 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/26/25 |
| Thomas, Jason | 20-cv-15091 | Scott Morgan | 00378632177 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 10/20/23; 2/26/25 |
| Thornton, Ricky | 20-cv-16078 | Watts Guerra | 6586254790 6233207990 00603634502 33342007410 | No Teva Product | Arrow Pharm (Malta) Ltd. | 4/26/24; 2/26/25 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 12

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Tippett, Gary | 22-cv-00826 | Pittman Dutton | 00378632177 43547031190 65862054790 | No Teva Product | Arrow Pharm (Malta) Ltd., Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA, Inc. | 9/29/23; 2/26/25 |
| Tolley, Margaret | 21-cv-10130 | DeGaris | 00378581377 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/26/25 |
| Torghele, Daniel | 19-cv-21034 | Shrager, Spivey & Sachs | 00378632377 68180001050 51660014290 43547036909 00378581477 | No Teva Product | Arrow Pharm (Malta) Ltd. | 10/20/23; 2/26/25 |
| Vindigni, Richard | 21-cv-02361 | Julian Bailey | 3177274690 4354736809 | No Teva Product | Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc. | 5/31/24; 2/26/25 |
| Wallace, William | 22-cv-92 | Labaton (Newman Dube) | 00781595264 65862055190 00781595292 60505381009 68180010209 43547031509 | No Teva Product | Arrow Pharm (Malta) Ltd. | 5/31/24; 2/26/25 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 13

| Plaintiff | Docket | Attorney | NDC(s) Produced | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|---|
| Wesley, Mary | 20-cv-8587 | Vogelzang Law | 65862057190 43547036809 00781560892 68180027703 | No Teva Product | Arrow Pharm (Malta) Ltd. | 10/20/23; 2/26/25 |
| Williams, Ernestine | 21-cv-6946 | Douglas & London | 00378632305 | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/3/24; 2/26/25 |

3. **PFS Deficiencies and Orders to Show Cause**

**Cases Addressed at the March 3, 2025 Case Management Conference:**

Plaintiff Fact Sheet Deficiencies and Orders to Show Cause were last an agenda item at the March 3, 2025 Case Management Conference ("CMC"). The parties did not request any orders to show cause and no action is needed on any pending orders to show cause at this time.

**Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases was previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on March 14, 2025, and a global meet and confer was held on March 21, 2025. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in

ACTIVE 709065390v1

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 14

each of these cases, returnable at the next case management conference, as to why these cases should not be dismissed.

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|---|---|---|---|---|---|
| 1. | Mark McNall v. Aurobindo, et al. | 23-cv-21327 | Fleming Nolen | Missing medical expense records for Palm Bay Physical Therapy. | 2/21/24 |
| 2. | Edron Harris v. Doe | 24-cv-546 | Parafinczuk Wolf | No pharmacy records as to any Defendant. Only John Doe named in complaint. | 3/22/24 |
| 3. | Soraya Svoronos v. Torrent, et al. | 23-cv-22220 | Dell and Dean PLLC | No authorizations.  Dietary questions blanks. | 3/22/24 |
| 4. | Harry Wicks v. ZHP, et al. | 24-cv-6188 | Nigh Goldenberg | PFS substantially incomplete.  No records, no authorizations. | 8/12/24 |
| 5. | Shirley Thomas v. Aurobindo Pharma, Ltd., et al. | 1:23-cv-01700 | Terrell Hogan | Failure to upload health care and insurance authorizations.  Failure to provide signed and dated declaration.  Included NDC code for non-recalled AB losartan. | 08/14/2024 |

|  | | | | | |
|---|---|---|---|---|---|
| 6. | Robert Jaskulski | 24-cv-5752 | Nigh Goldenberg | No medical records. | 9/10/24 |
| 7. | E/O Betty Baker v. Teva, et al. | 20-cv-17108 | Watts Guerra | No PFS Filed | PFS Due – 1/24/21 |
| 8. | Teresa Esrig v. Torrent, et al. | 22-cv-244 | Rios Law Firm | No PFS Filed | PFS Due – 2/29/22 |
| 9. | Christopher Hurst v. Teva, et al. | 23-cv-20308 | Pro Se | No PFS Filed | PFS Due – 2/7/24 |
| 10. | George Stokes v. ZHP, et al. | 21-cv-20419 | Powell & Swanick | No PFS Filed | PFS Due – 1/18/22 |
| 11. | Yolanda Williams v. Hetero, et al. | 23-cv-13792 | Cronauer Law, LLP | No PFS Filed | PFS Due – 4/7/24 |

The Honorable Renée Marie Bumb
Special Master the Honorable Thomas Vanaskie
Page 16

**First Listing Cases – Remaining Core Deficiencies:**

The following Plaintiff Fact Sheet contains core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on March 14, 2025, and a global meet and confer was held on March 21, 2025. Defendants have also been available for further discussion as needed. This is the first time this case has been listed on an agenda. Accordingly, Defendants are not requesting orders to show cause with respect to the below case at this time and will continue to meet and confer to resolve the deficiencies.

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | Oscar Jarquin v. Aurobindo, et al. | 24-cv-11515 | Levin Papantonio | No PFS Filed | PFS Due – 3/1/25 |

Defendants look forward to discussing these issues and any others the Court wishes to address at the upcoming Case Management Conference.

Sincerely,

*/s/ Victoria Davis Lockard*
Victoria Davis Lockard, Esq.

cc: All counsel of record (via ECf)

ACTIVE 709065390v1