<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>

<u>MINUTES OF PROCEEDINGS</u>

<u>CAMDEN OFFICE</u>                                              <u>March 28, 2025</u>
                                                      <u>DATE OF PROCEEDINGS</u>

<u>CHIEF JUDGE RENÉE M. BUMB</u>

<u>HON. THOMAS I. VANASKIE (RET.)</u>
<u>SPECIAL MASTER</u>

<u>COURT REPORTER:   JOHN KURZ</u>

                                    Docket # 19-md-2875 (RMB)(SAK)

<u>TITLE OF CASE</u>:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

<u>APPEARANCES:</u>
As stated on the record.

<u>NATURE OF PROCEEDINGS:    CASE MANAGEMENT CONFERENCE</u>

Case Management Conference held on the record via Teams videoconference.

Time Commenced: 9:30a.m.        Time Adjourned: 10:00a.m.

Total Time:   30 minutes

                                          <u>Lawrence MacStravic</u>
                                          Deputy Clerk