1          **UNITED STATES DISTRICT COURT**
           **FOR THE DISTRICT OF NEW JERSEY**
2    _____

3    IN RE:  VALSARTAN, LOSARTAN,          CIVIL ACTION NUMBER:

4    and IRBESARTAN PRODUCTS               1:19-md-02875-RMB-SAK

5    LIABILITY LITIGATION                  Status Conference

6    _____      via Teams videoconferencing

7    Mitchell H. Cohen Building & U.S. Courthouse
     4th and Cooper Streets
8    Camden, New Jersey 08101
     Tuesday, March 25, 2025
9    Commencing at 3:02 p.m.

10   **B E F O R E:**          THE HONORABLE THOMAS I. VANASKI (RET.),
                               SPECIAL MASTER
11
     **A P P E A R A N C E S:**
12
     MAZIE SLATER KATZ & FREEMAN, LLC
13   BY:  ADAM M. SLATER, ESQUIRE
     103 Eisenhower Parkway, Suite 207
14   Roseland, New Jersey 07068
     Co-Lead Counsel for MDL Plaintiffs
15
     KANNER & WHITELEY, LLC
16   BY:  CONLEE S. WHITELEY, ESQUIRE
          DAVID J. STANOCH, ESQUIRE
17   701 Camp Street
     New Orleans, Louisiana 70130
18   Co-Lead Class Counsel for Third-Party Payor Economic Loss

19   PRETI FLAHERTY BELIVEAU & PACHIOS, CHARTERED LLP
     BY:  ELIZABETH FLETCHER QUINBY, ESQUIRE
20        JOHN JOSEPH CRONAN, III, ESQUIRE
     One City Center, PO Box 9546
21   Portland, Maine 04112
     Co-Lead Class Counsel for Third-Party Payor Economic Loss
22
               Kimberly Wilson, Federal Official Court Reporter
23                  Kimberly_Wilson@njd.uscourts.gov
                          (609)815-2751
24
        Proceedings recorded by mechanical stenography; transcript
25          produced by computer-aided transcription.

*United States District Court*
*District of New Jersey*

1    **A P P E A R A N C E S:** **(Continued)**

2    NIGH GOLDENBERG RASO & VAUGHN, PLLC
     BY:  C. BRETT VAUGHN, ESQUIRE
3    14 Ridge Square NW, Third Floor
     Washington, D.C. 20016
4    Co-Lead Class Counsel for Third-Party Payor Economic Loss

5    FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
     BY:  GEORGE T. WILLIAMSON, ESQUIRE
6    99 Nesbit Street
     Punta Gorda, Florida 33950
7    Counsel for Plaintiffs

8    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     BY:  RICHARD BERNARDO, ESQUIRE
9    One Manhattan West, Suites 42-128
     New York, New York 10001
10   Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
     Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
11   Solco Healthcare U.S., LLC (collectively ZHP)

12   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
     BY:  MILLI KANANI HANSEN, ESQUIRE,
13   1440 New York Ave., NW
     Washington, D.C.  20005
14   Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
     Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
15   Solco Healthcare U.S., LLC (collectively ZHP)

16   KIRKLAND & ELLIS LLP
     BY:  ALEXIA R. BRANCATO, ESQUIRE
17   601 Lexington Avenue
     New York, New York 10022
18   Counsel for Defendants Torrent Pharma, Inc. and
     Torrent Pharmaceuticals Ltd. (collectively Torrent)
19
     LINKLATERS LLP
20   BY: DOUGLAS M. TWEEN, ESQUIRE
     1290 Avenue of the Americas
21   New York, New York 10104
     Counsel for Defendant Vivimed Life Sciences Pvt. Ltd.
22
     HILL WALLACK, LLP
23   BY:  KRISTINE L. BUTLER, ESQUIRE
          WILLIAM MURTHA, ESQUIRE
24   21 Roszel Road
     Princeton, New Jersey 08540
25   Counsel for Defendants Hetero Drugs and Hetero Labs

*United States District Court*
*District of New Jersey*

1    **A P P E A R A N C E S: (Continued)**

2    GREENBERG TRAURIG LLP
     BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
3         STEVEN HARKINS, ESQUIRE
     3333 Piedmont Road, NE, Suite 2500
4    Atlanta, Georgia 30305
     Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
5    Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
     Inc. (collectively Teva)
6
     WALSH PIZZI O'REILLY FALANGA LLP
7    BY:  CHRISTINE I. GANNON, ESQUIRE
     Three Gateway Center, 100 Mulberry Street, 15th Floor
8    Newark, New Jersey 07102
     Counsel for Defendants Teva Pharmaceutical Industries Ltd.,
9    Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
     Inc. (collectively Teva)
10
     BARNES & THORNBURG, LLP
11   BY:  KARA KAPKE, ESQUIRE
     11 South Meridian Street
12   Indianapolis, IN 46204
     Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
13   Walmart, Walgreens
14   ULMER & BERNE LLP
     BY: JEFFREY D. GEOPPINGER, ESQUIRE
15   600 Vine Street
     Suite 2800
16   Cincinnati, Ohio 45202
     Counsel for Wholesaler Defendants and AmerisourceBergen
17
     CROWELL & MORING LLP
18   BY:  ANDREW KAPLAN, ESQUIRE
     1001 Pennsylvania Avenue, NW
19   Washington, DC 20004
     Counsel for Defendant Cardinal Health
20
     NORTON ROSE FULBRIGHT US LLP
21   BY:  D'LESLI DAVIS, ESQUIRE
          ELIZABETH NORRIS, ESQUIRE
22   2200 Ross Avenue
     Suite 3600
23   Dallas, Texas 75201
     Counsel for Defendant Mckesson Corp.
24
                    (Appearances continued onto next page)
25

1    **A P P E A R A N C E S: (Continued)**

2    FALKENBERG IVES LLP
     BY:  KIRSTIN B. IVES, ESQUIRE
3    230 W Monroe Street, Suite 2220
     Chicago, Illinois 60606
4    Counsel for Defendant Humana

5    WILEY REIN, LLP
     BY:  COREY WEINSTEIN, ESQUIRE
6    2050 M Street, NW
     Washington, DC 20036
7    For the Defendant Macleods Pharma USA, Inc.

8    HUSCH BLACKWELL LLP
     BY:  ABRAHAM JAMES SPUNG, ESQUIRE
9    1801 Wewatta Street, Suite 1000
     Denver, Colorado 80202
10   Counsel for Defendant Cigna

11

12

13   **Also present:**

14   Larry MacStravic, The Courtroom Deputy

15   Clarissa Lintner, Esquire, Career Law Clerk to the Honorable
16   Renée Marie Bumb, Chief Judge

17   Rosemarie Bogdan, Esquire

18   Vanessa V. Pisano, Esquire

19   Madeline Pendley, Esquire, on behalf of the Smalls case

20

21

22

23

24

25

1      (PROCEEDINGS held via Teams videoconferencing before the

2    Honorable Thomas I. Vanaskie (Ret.), Special Master, at 3:02

3    p.m. as follows:)

4        THE COURT:  Well, let's proceed then.

5        First, I want to thank you all for being available on

6    very short notice.  I know we have a call scheduled for this

7    Friday, but I don't want these matters to languish

8    unnecessarily.  And if I have the time, and you can be

9    available, well, we'll try to fit them in.  So that's why I

10   scheduled this as quickly as we did.

11       Mr. Slater's initial letter of March 19th, which is

12   ECF No. 2995, asked for production the following day, I think,

13   of documents that are in dispute.  And I had thought, well, I

14   should hear from the other side first at least.  And I thought

15   a conference call, hopefully we can resolve it; if not, we'll

16   issue orders.  I'm sorry, my voice is fading on me.

17       But it seems to me -- maybe I need to step back here

18   for a second.  There was a proposed stipulation to resolve some

19   of this, at least as to the document retention policies; is

20   that correct?

21       MR. BERNARDO:  If I may, Your Honor -- I'm sorry,

22   Adam.

23       MR. SLATER:  Go ahead, Rich.

24       MR. BERNARDO:  There's sort of two separate issues.

25   There was a stipulation that Mr. Slater and I were working on

```
 1   and he sent us a draft and we sent him back comments that was
 2   intended to address the issue of Jinsheng Lin's documents.  And
 3   he sent us a draft and frankly we thought it had some factual
 4   inaccuracies in it in terms of the breadth of stating there was
 5   none.  So we sent him back a proposal explaining what ones that
 6   were in place and then made another statement.
 7            I think the ball -- unless I have missed something,
 8   and I'm sorry if I have, Adam -- is in Mr. Slater's court to
 9   give us comments on that stipulation.
10            Separate from that --
11            MR. SLATER:  I agree with that.  We got focused on
12   the other parts that Mr. -- that Rich is going to get to now
13   and we felt like this was more pressing.  So we do owe them a
14   response.
15            THE COURT:  All right.
16            MR. BERNARDO:  So the issue here, Your Honor, is,
17   just to take a giant step back by way of context, in connection
18   with preparing or discussing Dr. Lin's deposition, plaintiffs
19   had asked for COAs, certificates of analysis, and manufacturing
20   safety data sheets, MSDSs, for DMF, also for TEA and TEH
21   hydrochloride.
22            Mr. Slater and I disagree as to the history and the
23   request of the production of those, but I think as Judge Bumb
24   pointed out, we don't want to go back.
25            We tried to negotiate a stipulation about those to
```

1  avoid the burden of having to go back and get all of the

2  certificates of analysis.  And I think in doing that, Your

3  Honor, we pointed out also -- and that's on the transcript from

4  the last hearing -- that we wouldn't expect there to be any

5  certificates of analysis going back prior to 2015 because a

6  company gets these for literally every ingredient or solvent

7  that they have, and they have retention periods pursuant to

8  which they keep them.

9          So we had our hearing last time and Your Honor

10  ordered us to go back and get all of the certificates of

11  analysis that we do have.  And I think I skipped one part.  We

12  were trying to negotiate a stipulation.  And I think we went in

13  many, many rounds.  And ultimately we kind of, you know, hit a

14  point where we couldn't find common ground.  So that's where we

15  went back to let's just get the certificates of analysis going

16  back and the MSDSs.

17          And we did that, Your Honor, and we produced them.

18  And to be honest, we did a lot of backflips and made things

19  happen in quick time.  I know last time Your Honor was

20  thinking, you know, there aren't that many of them, like a

21  thousand or so.  But the problem is these things are all

22  maintained in hard copy and are part of larger compilations and

23  you've got to take them out and put them on the glass -- it

24  takes a long time.

25          But we did it.  We got it done.  It was unsurprising.

*United States District Court*
*District of New Jersey*

```
 1    There were about 800, so I think we overestimated a bit when we
 2    said thousands.  None prior to 2015.  Just what we expected.
 3    Only a small number of manufacture safety data sheets, again,
 4    not unexpected because it's our understanding you don't get
 5    that those with every batch, you get those when you start, and
 6    they probably were replaced by newer ones.  And we were looking
 7    at a cutoff of 2018.  And we've provided all of those.  There
 8    are no more.  And it's unsurprising that they don't go back
 9    prior.
10         Mr. Slater also raised concern that these are
11    different than what we were trying to stipulate.  And as a
12    starting point, I think we got past the stipulation and that's
13    why we went to getting them.  And now Mr. Slater has them.
14         But I actually asked somebody to go and do an
15    accounting of them because I was curious because they seemed
16    consistent.  And, Your Honor, there are sort of two types, if
17    you will.  One of them -- and we understand that they are the
18    same.  One of them just simply says alkalinity, and it gives a
19    number range.  And then another one of them says alkalinity,
20    and then it has a little bit more detail as to what alkalinity
21    means, and it says calculated as dimethylamine within a
22    percentage of, you know, certain amount.
23         So when we did our stipulation, we did two charts.
24    We did a chart that had the amounts.  We found on the sample
25    that we got for the alkalinity with the reference to DMF, and
```

1  then we did a DMA.  And then we did a chart with the samples

2  that we did of the ones that just say alkalinity.

3          And to be clear, Your Honor -- and I think this is

4  something that we won't dispute with the experts -- the

5  reference to DMA in there isn't a reference to the fact that it

6  somehow contains it, it simply was something where DMA was a

7  proxy for how much base is in the solvent, because DMA is a

8  very commonly known weak base and its weight was used to

9  calculate the alkalinity.

10          But these were all sort of the same and we parsed

11  them out.  And I think Mr. Slater raised concern that some of

12  the ones that we've produced are inconsistent with that because

13  they have some ranges in them of, like, .0001 or I think the

14  highest they go up to is .0004.  But I looked at all -- so we

15  produced 182 of those.  And more -- the overwhelming majority

16  of them were .0000.  A very small number of them also had other

17  ranges.  But all of them were below the Chinese national

18  standard, which depending upon the grade, and it's right there

19  in the certificate of analysis, is either .001, .002, .003.

20          So there's nothing that's different about these.

21  These are what we would have expected.  I do agree that some of

22  them had a number, not just a zero, but that's not inconsistent

23  with the sample that we pulled.

24          So first, we pulled every one that we found.  Second,

25  it's not surprising that we didn't find ones prior to 2015.

 1    And third, they're completely consistent with what we have been

 2    saying all along.  And in any event, plaintiffs now have them.

 3          They also referenced the Chinese standard, which we

 4    did provide.  But my understanding is that is actually recited

 5    right there in the certificate of analysis.  There's a middle

 6    column that says standard, and then under it it gives the .001,

 7    .002 and .003.

 8          So I'm sorry for that very long explanation, Your

 9    Honor.  But I just thought it was important to kind of lay it

10    all out because we feel as if we have completely complied.  And

11    if there's some area in which we didn't, then I'm anxious to

12    hear it because I don't think Mr. Slater's letter really

13    identifies any way in which we have not complied.

14          THE COURT:  Thank you, Mr. Bernardo.

15          Mr. Slater.

16          MR. SLATER:  Okay.  So I will try to walk through a

17    little bit of this.  I'm going to try to not set up an argument

18    or argue too much because there's a few things I think we're

19    going to need to submit to the Court.

20          But the first thing I'll make very clear is, the

21    certificate of analysis, it's not as mundane or generic as Rich

22    might be suggesting.  There's a couple big issues here, one of

23    which is that these should have all been produced from the very

24    beginning.  They're clearly encompassed by our document

25    requests.  And that's really the -- if I had to rank the

1   issues, that's issue number one, is that we were forced to go

2   through all of discovery, all of the factual depositions, all

3   the expert discovery, all of the motion practice, and prepare

4   for trial twice without these documents.  It was enormously

5   prejudicial.

6           What I can tell you is this, the subsequent

7   production that Your Honor ordered, we got documents that we

8   had not seen before in the sense that what we were given during

9   the meet and confer, none of them actually had more than zero

10  of dimethylamine.

11          And when we were negotiating the stipulation, it was

12  our understanding that we were negotiating against a standard

13  that said dimethylamine -- that said alkalinity calculated as

14  dimethylamine, but we didn't have any examples of any that

15  actually said there was dimethylamine in it.

16          So we were negotiating for a stipulation where we

17  were being assured this is all that -- this is all that we're

18  going to see from any of the other documents, and so we were

19  negotiating for what -- in retrospect, I'm not really sure why

20  it wasn't accepted by ZHP because it would have put us in a

21  very weak position compared to where we are now, and we were

22  willing to waive this whole discovery issue if we got the

23  stipulation.

24          With the documents we now have where, for example,

25  I'm looking at one that actually says alkalinity calculated as

 1    dimethylamine, and it actually has more than zero, that's not

 2    something that says it's some -- what did I see, that it's --

 3    the suggestion was that it doesn't mean there was

 4    dimethylamine.  No, there's actually a column that actually

 5    tells you what percentage of the DMF, the dimethylformamide, is

 6    DMF, how much of it is methanol, how much is something called

 7    heavy components, and all the way down to how much of it is

 8    dimethylamine.

 9         So we now have certificates of analysis in our hands

10    that ZHP had, which they previously represented are consistent

11    with what they would have had from day one that actually show

12    them being put on notice, your DMF contains dimethylamine as a

13    separate constituent part of the product that's being sold.

14         Dimethylamine and another substance are basically

15    used to combine to create dimethylformamide.  And I don't want

16    to pretend to be a chemist or anything, but this is the basics

17    that I understand.

18         So why is this so important?  Because witness after

19    witness for ZHP testified there was no reason for us to ever

20    understand that DMA, that dimethylamine, could be introduced to

21    this process via us using dimethylformamide.  And they actually

22    had documents in their files that showed they were on notice

23    that they were actually getting dimethylamine along with the

24    dimethylformamide.  And we already know they stipulated they

25    never evaluated that, they never did anything as part of the

1    risk assessment.  It was ignored.

2              So the idea that this is some kind of a benign kind

3    of issue; it's not.  It's very seriously prejudicial.  If we

4    had these documents from day one, they would have been core

5    documents in our depositions of all the witnesses.  And it

6    would have been something our experts would have been able to

7    refer to.  And it would have been something we would have used

8    with the defense experts in their depositions, especially their

9    chemist and their cGMP expert.  Their chemist has been barred

10   since then.  But their cGMP expert, if I had these at the

11   Daubert hearing it would have been very helpful.  Because, for

12   example, their expert said, well, I assume that they evaluated

13   everything they got based on the certificates of analysis, but

14   I didn't have these documents to confront them with to show,

15   well, they actually were on notice they had dimethylamine in

16   the mixture.  So we have been prejudiced right up until the

17   present.

18             Okay.  What are the issues that we need?  Or what are

19   the things that we need?  Number one, when we negotiated the

20   meet and confer, when we were negotiating the stipulation --

21   and Your Honor knows we did it for a long time and it was not

22   something where we kept dropping off for three weeks and then

23   reconvening, we were going back and forth very regularly and

24   going back and forth with language.  We were provided the

25   certificates of analysis and along with that there is a

1   document that's attached to it in their filing, which is ZHP's

2   own review of that analysis, of the certificate of analysis and

3   what their -- whether they did any testing, whether they

4   didn't.  And for the most part what I have seen is it generally

5   says we've confirmed it really is DMF, using the DMF as an

6   example.

7           And then for some reason when they produced the

8   certificates of analysis when Your Honor ordered the rest to be

9   produced, they didn't give us that internal document.  It was

10  very logical that they gave it to us during the meet and

11  confer.  And we requested, why don't you give the -- we need

12  the same production you gave us during the meet and confer.

13  Because everybody recognized what they did with it internally

14  is very important, so we want the documentation to show -- from

15  our perspective it shows they actually didn't analyze the

16  dimethylamine.  Unless some of the ones that we haven't seen

17  yet actually show an analysis of dimethylamine, which I suppose

18  would be even more evidence.

19          So that's the one thing we asked for.  And we were

20  surprised that ZHP's counsel pushed back on that the other day.

21  We thought that they Would say, you know, you're right, we gave

22  it to you for the first batch, not a big deal, they're attached

23  to the COAs, we'll just give it to you.  So that's number one.

24          Number two, at the hearing with Your Honor, counsel

25  agreed to provide to the Court -- and I have the citations to

 1    the transcript -- the quote-unquote document retention policies

 2    that counsel keeps telling you as a matter of fact, like, of

 3    course, we destroyed those, of course, there's nothing before

 4    2015.  And Your Honor said, give me those policies, those

 5    document retention policies that let you destroy these things.

 6    They have not been produced.

 7         And I have the transcript cites.  I can give them if

 8    we need to.  It's between page 47 and 48 of the transcript from

 9    the last hearing.  And then on through page 50 and 51, where

10    they also agreed to provide the standards that were applied in

11    China.

12         So we definitely should get those document retention

13    policies specifically identified.  Your Honor asked for them.

14    They agreed to give them to you.

15         As far as the standards in China, what we have been

16    given so far is documents that they told us did not come from

17    ZHP's files, but came off the Internet, but they're confirming

18    with ZHP that they believe these are the standards that were in

19    effect at the time.

20         So we're not sure why they can't find the standards

21    in their files.  There's no reason why those should have been

22    destroyed.  Those are fundamental quality control documents.

23    So we're going to need to get that confirmation on why we're

24    getting non-Bates stamp numbered -- non-Bates stamped documents

25    from the Internet as opposed to what they would have had.  And

1    they've given them to us for two of the three substances, so I

2    assume they're still looking for tri-- TEA hydrochloride, the

3    HCL, that one we don't have yet.

4            THE COURT:  You don't have TEA hydrochloride?

5            MR. SLATER:  Right.  And we need confirmation on the

6    DMF and the TEA that they gave us -- that they told us they got

7    off the Internet and they're confirming -- and that ZHP has

8    already told them those are the right standards, but they're

9    confirming it so I assume there was something else that was

10   going to come by way of confirmation.  That's what the

11   production -- that's what we were told in the production.

12           Those are the main things that we need.  Flowing from

13   all this, Your Honor, we are definitely, once we get everything

14   squared away, we are going to need to take a 30(b)(6)

15   deposition of a witness regarding all these documents, the

16   COAs, the material safety data sheets, the internal analysis

17   documents, whatever the standards are.

18           The standards they have given us we're already going

19   through and working through those.  But we need to be able to

20   have a witness who explains what this all is and confirms it

21   factually so then the experts can rely on it and we can submit

22   that to the jury at trial.

23           Also, along with all the witnesses who told us nobody

24   would ever know there's dimethylamine in that product, we're

25   going to need to have that as evidence to put in at trial.

1          And the last thing is, and we're not in a giant rush

2    to do it, and I would really like to see the rest of their

3    production to make final decisions on the extent of what we

4    request, but we expect that we would want to file a sanctions

5    motion really focused on two separate things, and there are two

6    different issues.

7          One, is the failure to produce these documents in

8    discovery.  There's no -- there's no excuse for that.  These

9    were clearly encompassed by our document requests.  They were

10   clearly supposed to be produced.  And ZHP's initial response

11   when we went back to them again was, these are hard copy

12   documents that were burdensome to produce so we didn't produce

13   them, which we all know that's not a basis to not produce them.

14   They had to be produced.  So we definitely are going to want to

15   move on that because we think that there's some substantial

16   issues there.

17          The second issue is what happened during the meet and

18   confer.  And I'd like to be able to wait until the productions

19   are done to see if we have to have any more discussions with

20   ZHP's counsel and go from there.  So, you know, our finger

21   isn't on the trigger on that, but I want to just make it clear

22   that that's something that -- that we definitely want to file.

23   And, again, the part that's most troubling is that we weren't

24   given these documents six years ago when they were supposed to

25   be produced for the first time -- or five and a half years ago,

1    whatever it is.

2         So I hope that I didn't jump around too much.  But

3    that's really our overview of this.

4         THE COURT:  I will give you an opportunity to

5    respond, Mr. Bernardo, shortly.

6         But I want Mr. Slater to summarize for me, what is it

7    that you're looking for in terms of an order?  What do you want

8    ordered produced?

9         MR. SLATER:  The documents that I went through that

10   are the last pieces of what Your Honor ordered and what we've

11   requested, we would like those documents to be produced, and/or

12   confirm that what's been produced is accurate.

13        THE COURT:  Specify them.

14        MR. SLATER:  Specifically, we need the -- I'm

15   referring to them as material test reports, but they're their

16   internal analyses that go with each of the certificates of

17   analysis.

18        THE COURT:  Okay.

19        MR. SLATER:  We want the document retention policy

20   produced, identified by Bates number.  This is what Your Honor

21   asked for and they said they would give you, that they say gave

22   them the right to destroy certificates of analysis.  The

23   standard for TEA HCL and confirmation that these were the

24   standards that were in effect throughout the time that is at

25   issue.  So that we can have that at least buttoned down so we

1  can use that with their witness.

2          THE COURT:  I'm going to interrupt you for a minute,

3  Mr. Slater.  The standards you're referring to, those would be

4  what the expected ranges of substances would be?

5          MR. SLATER:  It's the standard that talks about what

6  needs to be disclosed in the certificates of analysis, is my

7  understanding.

8          THE COURT:  Okay.

9          MR. SLATER:  I don't -- I have not been able to get

10 through it enough to say whether and how further -- or how much

11 deeper it goes in terms of what is acceptable for each of the

12 different values, but it's that standard.

13         THE COURT:  All right.  I interrupted you.  What

14 else?

15         MR. SLATER:  Those are the things that were, as part

16 of this hearing, that's what we're asking for at this point.

17         THE COURT:  All right.  Mr. Bernardo.

18         MR. BERNARDO:  Thank you, Your Honor.

19         Let me see if I can just address each of the points.

20 And perhaps his first point we should put off, as Mr. Slater

21 said, he's not in a rush for it, but I want to at least note

22 our objection.  I feel like we're going backward, Judge

23 Vanaskie.  I'm looking at the transcript and would refer Your

24 Honor to pages 36, 37, 38 when Judge Bumb interrupted the very

25 issue that Mr. Slater is reraising now and basically said, This

1  was an issue that should have been fleshed out much earlier and

2  now here we are once again dealing with something that

3  shouldn't -- that, you know, you want to throw into Judge

4  Vanaskie's lap and then ultimately mine.  That's just how I'm

5  hearing it.  I'll be quiet.

6         But then she went on to explain that we're going back

7  years.  First of all, I think Mr. Slater represented to the

8  Court that ZHP didn't produce them because they were burdensome

9  or said they wouldn't produce them, which is nowhere in the

10  record and Judge Bumb called him on that.

11         So my point is, when it comes to a motion time, I

12  really want to revisit that because I feel like what we're now

13  doing is going and looking back at discovery that was served

14  and responded to nearly half a decade ago that we're very far

15  past.

16         But secondly, I want to address -- and maybe this is

17  better in papers where we can show you, we strongly disagree

18  that there's any material difference among what was produced by

19  way of a sample, which we basically said, ZHP, give us half a

20  dozen of the ones from this vendor and half a dozen of the ones

21  from that vendor.  The half a dozen of the ones they got from

22  one vender not surprisingly said 0000 because 60 percent of

23  theirs say that.  And then we also provided ones from another

24  vendor on the same issue, on the alkalinity measurement that

25  also had values in it.  So we disagree that there's anything

```
 1   different.
 2           The issue with respect to the retention policy, I'm a
 3   little confused by that, Your Honor, because -- and we said
 4   this even in our letter.  While we disagree -- and I was just
 5   looking at the pages of the transcript that Mr. Slater cited, I
 6   don't think that was part of your order.  But put that aside.
 7           The retention policies -- and we have said this
 8   multiple times, for this -- that applied to the COAs, were
 9   produced four years ago.  We not only produced them four years
10   ago, but we spelled that out in a letter to Mr. Slater, or
11   Mr. Williamson, back in December.  And we again put it in the
12   letter to Your Honor.  I mean, it's right there on the second
13   page or third page of our letter along with a Bates number
14   range.  It's on page 3 of the letter we wrote to Your Honor.
15   And Mr. Slater's argument is suggesting that we've never dealt
16   with that.  We dealt with it four years ago, we reminded them
17   of it in December, and we put it out there.  So that's already
18   been dealt with.
19           As far as the Chinese standard, I mean, that's
20   basically like saying, no, I want the copy of the CFR that ZHP
21   has in its files or that Skadden has in its files.  It's a
22   Chinese standard, it's not ZHP's document.  And the relevance
23   of that standard is to note what the acceptable limits of
24   alkalinity are.  And as I explained to Your Honor, on one of
25   the samples that we provided to them, it's literally right
```

1    there on the page.  I mean in the top center it says standard,

2    and then it spells it out.

3        So happy to give him and confirm, as we said we

4    would, that the standard we got off the Internet is the one

5    that was applicable.  But it's almost like saying I don't want

6    a copy of that case that you got off the -- off of Westlaw, I

7    want the copy of the case that ZHP has in its files.  That

8    doesn't make any sense to me.  So I feel like we have dealt

9    with that.

10        As to the inspection reports, as we mentioned, Your

11    Honor, these documents are all maintained in hard copy.  And

12    there are multiple documents in hard copy.  And we understood

13    what they were interested in was the certificates of analysis.

14    Because -- and I asked a legal assistant to check that.  If you

15    go in our production, there are dozens of inspection reports in

16    the production.  I've not gone back to link them up to make

17    sure that they lined up with these.  But we understood that we

18    were providing inspection reports.  And we -- I'm sorry,

19    certificates of analysis.  And we did that.  The fact that we

20    over copied in an example that we gave Mr. Slater earlier

21    doesn't mean that we should go back and recollect those now.

22    So we would disagree with doing that considering the fact, as I

23    said, just on a cursory inspection we found dozens of them

24    already in our production.

25        So the inspection reports I don't think are warranted

1    to be ordered.  The document retention policy we provided years

2    ago and provided again.  And the Chinese standards I've already

3    explained we will confirm that the standard that we're talking

4    about -- which it's not my understanding that that describes

5    what should be disclosed, but rather that that gives limits and

6    says, for example, if your alkalinity is above .001 for premium

7    grade, then it doesn't pass.  If it's above .003 for -- I

8    forget the name of the grade -- then it doesn't pass.  That's

9    what the standard is.  And, notably, all of the ranges within

10   ZHP's certificates of analysis that they provided are many,

11   many, many multiples lower than that standard.

12           As to some of these other requests for a 30(b)(6) and

13   for the sanctions motion, I do agree with Mr. Slater, I think

14   we need to wait on that.  But it doesn't seem logical to ask

15   for a 30(b)(6) if the point is to validate that these are the

16   certificates of analysis they have.  They say what they say.  I

17   mean, there's really no reason for it.  But I don't want to go

18   there now because I feel like what's being requested now by

19   Mr. Slater is really documents that we've already produced

20   and/or are agreeing with respect to the Chinese standard to

21   confirm that the one that we identified is the one that is

22   applicable to the period.  And also, and I think it's fair,

23   Mr. Slater also talked about this standard for the other

24   constituents as well and we can take a look at that.

25           THE COURT:  All right.  Mr. Slater.

 1                MR. SLATER:  Yes, Judge.

 2           I'm surprised at all the pushback.  And it's a little

 3      bit -- it's a little bit surprising.  Your Honor literally

 4      asked about the document retention policy.  And you said I'd

 5      like to know what the document retention policy is.  And

 6      Ms. Rose and Mr. Bernardo both agreed to provide a submission

 7      to Your Honor laying it out for you.  It's on page 47 and 48 of

 8      the transcript.  I don't know why Mr. Bernardo is going back to

 9      the short discussion with Judge Bumb earlier in the discussion.

10           And if we need to brief the sanctions motion, I am

11      fully prepared to lay out the fact that they should have

12      produced these from day one and they knew it.

13           In fact, I have a colloquy with Mr. Bernardo during a

14      deposition where I actually challenge him and say, Are you

15      saying you produced these because I can't find any.  And he

16      says, Just continue your deposition.

17           So the idea that we didn't want those certificates of

18      analysis and it was an afterthought is just plain not true.

19           And this is not some rehashing of some past gripe.

20      These are central fundamental documents that really matter

21      going to their knowledge of what they were putting into this

22      manufacturing process.  And they didn't give them to us.  And

23      that's -- there's no argument they're making to say that they

24      gave them to us.  They had no basis not to give them to us.

25      And that's a serious issue.

1          With regard to the inspection documents, I'm actually

2     a little confused now.  I'm not sure what Mr. Bernardo is

3     saying.  I think he's suggesting or throwing out there the idea

4     that we somehow already have them, the inspection documents

5     attached to the COAs.  I don't think we do have them.  And we

6     certainly don't have them as they're maintained in the ordinary

7     course of business attached to the certificates of analysis.

8     That's something that we need.

9          And they produced them to us as part of their sample,

10    and then for some reason, they're all hard copies, I don't know

11    if there was a staple or a paper clip, but they pulled them

12    apart and only gave us one piece of paper instead of two, or

13    gave us two instead of three.  There's no logic to that.  And

14    they should give them to us.

15         And I will tell you why.  Because we have to know

16    what they know.  And we have to know that we have the evidence

17    that they have because I don't know what they're going to

18    argue, I don't know what they're going to say, and we have to

19    prepare this case for trial and we have to know what they have.

20         And that's why we need the 30(b)(6).  I don't know

21    how Mr. Bernardo in his mind thinks we're going to proceed to

22    trial without having a witness explain what these documents

23    are, how the standards apply, so we can lay it out in a way the

24    jury can watch the testimony and say, okay, I understand what

25    these documents are and how they factor in, and then also can

1    understand when I say, well, these documents show that this

2    witness was wrong when he said they couldn't have known about

3    dimethylamine.  I don't want to have to be arguing from

4    documents.  We have the right to take a deposition on documents

5    that we never had before.

6         It doesn't cure the prejudice of all the depositions

7    we took before, but it at least allows us to prepare for trial

8    in a way where we can actually lay out our case based on these

9    documents which should have been produced from day one.  I get

10   that Skadden Arps wasn't in the case and it was Duane Morris,

11   but this was ZHP's responsibility.  And frankly, I don't really

12   put a lot of stock in the explanations that counsel is getting

13   from the people at ZHP because this is not the first time we

14   have been down the road of ZHP not doing what it should be

15   doing.

16        So those are my -- unless there's some other issue

17   that Your Honor is concerned about or wants me to answer, they

18   need to just produce what they have and they need to confirm

19   what they've produced the way that they should have done it

20   four or five, six years ago.  And then we can move forward.  We

21   can take the deposition.  We can decide on the scope of what we

22   would like to request.  And we can revisit this with Your

23   Honor.

24        THE COURT:  Here's the problem that I have right now.

25   I have Mr. Bernardo saying we've produced these documents.  And

```
 1    I have you saying, no, they didn't produce these documents.
 2              MR. SLATER:  Judge, let me interrupt?
 3              THE COURT:  Yeah.
 4              MR. SLATER:  I think what he's saying -- well, that's
 5    why I confused.  And if I interrupted prematurely --
 6              THE COURT:  No, go ahead.
 7              MR. SLATER:  I thought what he was saying is we're
 8    not producing those inspection documents because you don't need
 9    them.  But I will stop again because you're probably raising
10    the same question I raised.  So I apologize, I never should
11    have interrupted.
12              THE COURT:  No, that's all right, you can interrupt
13    me.  And Mr. Bernardo, you can interrupt me at any time.
14              MR. BERNARDO:  May I clarify?
15              THE COURT:  Yeah.
16              MR. BERNARDO:  Okay.  With respect to the inspection
17    reports, I just want to sort of paint the picture for Your
18    Honor.  Right?
19              So ZHP maintains a lot of documents as we all know in
20    hard copy.  They're all in various compilations.  The fact that
21    there are multiple types of documents contained together is
22    irrelevant in terms of saying I want the certificates of
23    analysis.  So we went, as Your Honor ordered, and said get the
24    certificates of analysis.
25              The point I was making was that when Mr. Slater said,
```

```
 1    well, what about the raw material inspection report?  Which
 2    logically is not a certificate of analysis.  I went back and
 3    asked a legal assistant to look in our document production and
 4    said, were there raw material inspection reports in the
 5    document production?  And I was told -- and to be fair, this is
 6    only a few hours ago, and I haven't had a chance to look at
 7    them myself -- but I was told, yeah, there are dozens of them
 8    in the document production.  That is the point that I was
 9    making.  Okay, is that clearer?
10         THE COURT:  Yeah, that helps.
11         MR. SLATER:  Yeah, I don't know what they relate to
12    and I don't know that they relate to all of the certificates of
13    analysis we have which is what we need.  I mean it's very
14    nonspecific.  I don't believe that they've produced them.  I
15    mean we're hearing there are so many of them, they're in hard
16    copy.  I don't -- it's your representation that we have the
17    ones that match up to the certificates of analysis that are
18    central here, and I don't believe that we have those.
19         THE COURT:  What do you want to see happen?  You want
20    them to go back and match up these inspection reports with
21    certificates of analysis?
22         MR. SLATER:  Yeah.  Because my understanding is when
23    they pulled out the certificates of analysis and copied them
24    for us, or scanned them, they actually broke them apart from
25    the inspection report that was attached to it.  Because that's
```

```
 1    how it was produced to us during the meet and confer, the
 2    sample.  I don't know why Mr. Bernardo is confused.  What they
 3    gave us when we were negotiating that stipulation was
 4    certificates of analysis with the inspection report attached
 5    that goes with it.  And then when they gave the production to
 6    us, there's no more inspection reports.  So our understanding
 7    is they pulled them apart.
 8           Do I want them to go back?  I want them to go back
 9    and produce to us what they were obligated to produce to us
10    almost six years ago.  And I don't think that it's fair to put
11    on us some sort of a burden to prove why they should produce to
12    us something they have owed us for over five years.
13           MR. BERNARDO:  I feel like we're spending an
14    inordinate amount of time --
15           MR. SLATER:  Just agree to produce it, Rich, we'll be
16    all good.
17           MR. BERNARDO:  Adam, let me finish.
18           My point is, Your Honor, I think there's a lot of
19    speculation about how documents are stapled to other documents
20    and trying to create this nefarious plot of ripping documents
21    apart.  That is all something that Mr. Slater is conjuring up.
22           He is exactly correct.  When we asked them to get
23    some samples, the samples they pulled, they included inspection
24    reports with them.  If they were stapled together it was by us.
25    It was just a matter of what was produced.
```

*United States District Court*
*District of New Jersey*

```
 1              And, Your Honor, these documents are in Chinese,
 2    right?
 3              THE COURT:  Right.
 4              MR. BERNARDO:  So that sort of lays a whole other
 5    complexity.
 6              I'm simply making the point that there are inspection
 7    reports.  I leave that to Your Honor in terms of deciding if we
 8    do need to go back and recollect these.  But I'm simply
 9    pointing out that there was no nefarious effort to not provide
10    something.  And I'm making the point further that's
11    demonstrated by the fact that there are dozens of these in the
12    document production, and I just haven't had the time to go
13    align them up.  You know, for all I know that they do relate to
14    all of these.
15              That's simply the point I want to make.  Because I
16    feel like there's a lot of commentary that's suggesting some
17    bad faith, which is nowhere to be found in this process where
18    they really did backflips to try and get all of this stuff over
19    in one-third of the amount of time they estimated that it would
20    take.
21              MR. SLATER:  All that is, the bottom line is we need
22    them because they give us information about what ZHP did with
23    the COAs.  So that when we're questioning witnesses we don't
24    have a witness say, well, I don't know what we did.  We have
25    the document and we can show what they did or didn't do.  And
```

```
 1    it's part of the story.  It's part of us being able to have a
 2    context.
 3            And forget nefarious, they're documents that should
 4    have been produced.  They go together in the ordinary course.
 5    My understanding is they're kept together.  That's why they
 6    were produced to us that way for every single one in the
 7    sample.  And they should be produced to us that way at this
 8    point.  And that's all we're asking.  I don't think there's
 9    anything that's complicated about it.  We need to understand
10    what they did with them, when they got them, it shows when they
11    received it, and what they did with the COA, each one of them.
12            THE COURT:  Well, it doesn't sound to me that it's
13    that onerous of a burden to produce the COAs with inspection
14    reports.  I hope I'm using the right terminology here.  I'd
15    have to rely upon you, Mr. Bernardo, to say how much time you
16    need to do that to accomplish it.  And it might be you need a
17    lot of time, I don't know.
18            MR. BERNARDO:  I would -- just because we really did
19    do backflips to get these others and we're now going back to
20    the same well, I would ask for at least a couple of weeks to
21    give them time to go back to the same place and pull these
22    materials.  It just --
23            MR. SLATER:  Agreed.
24            MR. BERNARDO:  Okay.
25            THE COURT:  Yeah.  Yeah, I think that's reasonable.
```

MR. BERNARDO: And to be fair, Your Honor, if it turns out that it may take a little bit longer because I haven't had the chance to talk to my client about that, I may raise my hand and say it's going to take us a little bit longer. But we will comply with Your Honor's instruction in good faith as we did last time.

THE COURT: Which I greatly appreciate. And if you come back to me and say you need more time, you'll get more time.

MR. BERNARDO: Thank you, Your Honor. I appreciate that.

THE COURT: But I think the production should take place. And I guess to be clear, and we'll get a transcript of this discussion today, it will be the certificates of analysis with inspection reports, using those terms in a generic sense, I suppose.

MR. BERNARDO: If there is a way to do it, to link up what we've -- I'd rather not reproduce --

THE COURT: Sure.

MR. BERNARDO: -- thousands -- okay. If there's a way to sort of link that up, we can do it. I don't know what's most efficient, but we'll think about that.

THE COURT: All right. I don't know how these are numbered. You know, are they Bates numbered or not?

MR. BERNARDO: They are. They're Bates numbered.

1    THE COURT:  So maybe there's some way through the

2  Bates number you can link them up.

3    MR. SLATER:  With meta data maybe.

4    MR. BERNARDO:  I will give that some thought.

5    THE COURT:  Maybe with meta data, yeah.

6    MR. BERNARDO:  You can't have meta data on hard copy.

7  I'm sorry, there is no meta data on hard copy.

8    THE COURT:  Okay.  All right.  Okay.

9    So I will ask you to produce the inspection reports

10  and with certificates of analysis within two weeks of today.

11    MR. BERNARDO:  Okay.

12    I don't think there's anything further to order on

13  the retention unless I'm just not following Mr. Slater's point

14  because he keeps saying we need to produce it, and I feel like

15  we're going back and forth and --

16    MR. SLATER:  This is what -- this is what was

17  promised to Judge Vanaskie at the hearing.  You and Nina Rose

18  both said you would produce the retention policy that allowed

19  for you to -- for your client, I should say, to destroy

20  certificates of analysis.  It's on page 47 to 48 of the

21  transcript.  It literally says we will -- where is this?  We

22  can certainly provide something on that --

23    MR. BERNARDO:  I'm simply pointing out that in my

24  letter and in emails to you after we say we didn't think it was

25  ordered, In any event -- and I'm reading from my letter to

```
 1   Judge Vanaskie on page 3 --
 2            MR. SLATER:  Right, you gave -- you said, for,
 3   example and you gave one Bates number, right?
 4            MR. BERNARDO:  Okay.  There were other ones that we
 5   gave in the attachment to it.  And there's a longer list on the
 6   December 3rd email from Milli Hansen to you.  I mean I can
 7   count, one, two, three, four, five, six, seven, eight, like 20
 8   of them.
 9            MR. SLATER:  Yeah.  It's a giant nonspecific list
10   that's impossible to work with.  If they're saying that -- and
11   by the way, this is having to do with CEMAT materials.  So I
12   don't even know that this is -- this isn't even the same issue.
13            MR. BERNARDO:  Wait, wait, wait, wait.
14            MR. SLATER:  I'm looking at the email right here.
15            THE COURT:  One at a time.
16            MR. BERNARDO:  Wait.  We are officially
17   disconnecting, Adam.  Are you asking for retention -- I thought
18   you were asking for retention policies for the certificates of
19   analysis, that's what I'm addressing.
20            MR. SLATER:  I will tell you what I'm asking for.
21   I'm asking for what Nina Rose said, There are colleagues
22   representing ZHP with me have a better understanding of the
23   document retention policies.  This relates to the destruction
24   of the certificates of analysis.
25            This is on page 47 of the transcript.
```

1          MR. BERNARDO:  Right.

2          MR. SLATER:  I know that's something we have been

3     talking to plaintiffs about as well.  So we can provide a

4     submission to Your Honor unless one of my colleagues would like

5     to discuss now.  And Mr. Bernardo said, no, I was going to

6     actually suggest the same thing.

7          I'm not going to read the whole page of the

8     transcript but this is what was supposed to be produced.  And

9     Your Honor said, all right, please do.

10          So they represented they would give you what is the

11     policy that actually allowed them to destroy the COAs, giving

12     us the strings -- first of all, the December 3rd email I don't

13     even think is addressing that issue, I think it has to do with

14     CEMAT and Jinsheng --

15          MR. BERNARDO:  No, it's addressing that issue, Adam.

16          MR. SLATER:  So it's a nonspecific dump of a bunch of

17     Bates stamp numbers for six lines long of retention policies.

18     They need to tell us which is the retention policy that applied

19     to say you can destroy the certificates of analysis.

20          They want to get on a meet and confer and they want

21     to say, okay, let's get on and let's go through the Bates

22     numbers, they won't identify it.  But, Your Honor, they

23     promised to give it to you.  You said, yes, please do.  And now

24     they don't want to produce it to you.  And they should because

25     there's obviously a major issue where no certificates of

1    analysis before 2015 exist anymore, according to their

2    representations to the Court.

3              MR. BERNARDO:  To be very clear, Your Honor, at no

4    time did I say, nor would I say, we don't want to produce them

5    to Your Honor.  That is not at all what I'm saying.  What I'm

6    saying is I thought we already addressed that.  If that makes

7    Mr. Slater happy, we will take the longer list -- like, I feel

8    like I'm in Goldilocks because he said the list of one is too

9    short and the list of 12 is too long.  So --

10             MR. SLATER:  It's longer than 12, but that's okay.

11             MR. BERNARDO:  20.

12             THE COURT:  Don't interrupt, please.  We have a court

13   reporter that's trying to get this down.

14             MR. BERNARDO:  I will work with our client and

15   provide more specificity.  I thought we complied with that.

16   It's not worth going back and forth and taking Your Honor's

17   time on that.  We were not saying we would not produce them.  I

18   was trying to communicate that we believe that we did.  But I

19   understand Mr. Slater's request and we will find something.

20             THE COURT:  That's what I expect so I'll try to

21   provide a little bit of clarity here, is that you will produce

22   the policies that you contend authorized the destruction of

23   the --

24             MR. BERNARDO:  COAs.

25             THE COURT:  -- the certificates of analysis.

```
 1              MR. BERNARDO:  We will do that, Your Honor.

 2              THE COURT:  And, again, within the two-week time

 3     frame we established.  Unless you need more time.

 4              MR. BERNARDO:  Thank you, Your Honor.

 5              And then since he's raised three things -- and maybe,

 6     Mr. Slater, we need to meet and confer on this because we can

 7     sort of pinpoint what we said we were looking into with respect

 8     to the Chinese standard, but I'm a little confused as to saying

 9     you don't want one that we got from another source, you want

10     the one from the company.  It's a standard of the country.

11     It's a standard of China, it's not a ZHP standard.  And we've

12     provided that.  So I'm not quite sure what more is being looked

13     for here.

14              MR. SLATER:  I'm happy to talk to Mr. Bernardo, but

15     what we're looking for is -- first of all, we don't have the

16     standard for TEA HCL.

17              MR. BERNARDO:  Understood.  And I agreed to --

18              MR. SLATER:  Number two, it was left to us that I

19     thought ZHP was going back just to make final confirmation,

20     yes, these are the standards that would have applied throughout

21     the time period.  So I think that you were going to confirm

22     that.

23              MR. BERNARDO:  Yes.

24              MR. SLATER:  Look, if ZHP maintains those standards

25     in their files we'd love to have them with a ZHP stamp on it.
```

1   If they don't you can say, no, we don't, we don't have them,

2   everybody knows where to find them.  That's okay.  But

3   remember, this became a big issue not at our request but at

4   your request when we said why don't they have certificates of

5   analysis that match what we found on the Internet going back to

6   2010 and 2011?  And we were told, well, China doesn't require

7   as much information or doesn't require to be presented that

8   way.  That's how these standards got inserted into the

9   conversation.  Because but for that, we're looking at actual

10  certificates of analysis that actually list dimethylamine and

11  had percentages from these suppliers.  So that's how it got in.

12          So I'm happy to talk to you, but that's what we're

13  looking for.  We want to be able to close the loop on it

14  because we want to be able to know there's no more moving parts

15  on that.

16          MR. BERNARDO:  Let me talk with Ms. Hansen.  If we

17  feel as if we need more information from you, Adam, we'll reach

18  out and set up a meet and confer.  But I have a better

19  understanding of what you're looking for.

20          MR. SLATER:  I'm okay with that.  As long as we can

21  just say that within the next two weeks we'll try to reach

22  closure on this or see of there's another -- anything we have

23  to resolve, just so we know that we just kind of nail it down,

24  probably be better for both of us.

25          MR. BERNARDO:  Yes, I can commit to that.

```
 1              THE COURT:  All right.  And can you commit to giving
 2     me a status report at the end of this two-week period?
 3              MR. BERNARDO:  I can commit to that as well.
 4              THE COURT:  All right.
 5              MR. SLATER:  I think that's all for now.  And I
 6     appreciate you scheduling this hearing at this point, Judge.
 7     I'm sure that everyone will thank you or Friday for having done
 8     it.
 9              THE COURT:  Yeah, we'll see.  So that's it, that's it
10     for today?
11              MR. SLATER:  That's it for today.
12              MR. BERNARDO:  With respect to those.  And thank you
13     again, Judge Vanaskie.
14              THE COURT:  We're going to kick the can down the road
15     as far as the 30(b)(6) deposition and any sanctions motion.
16              MR. SLATER:  Fair enough.  We agree.
17              THE COURT:  All right.  Thank you all very much.
18              MR. SLATER:  Thank you very much.  Have a great day.
19              MR. BERNARDO:  Thank you, Your Honor.
20              THE COURT:  Thanks.  Bye-bye.
21         (Proceedings concluded at 3:50 p.m.)
22         - - - - - - - - - - - - - - - - - - - - - -
```
**FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
```
23         - - - - - - - - - - - - - - - - - - - - - -
24       I certify that the foregoing is a correct transcript
25     from the record of proceedings in the above-entitled matter.
```

*United States District Court*
*District of New Jersey*

1

2

/S/ Kimberly Wilson, RMR, CRR, RDR        3/27/2025

3

Court Reporter/Transcriber

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. BERNARDO: [38]**
5/21 5/24 6/16 19/18
27/14 27/16 29/13 29/17
30/4 31/18 31/24 32/1
32/10 32/17 32/20 32/25
33/4 33/6 33/11 33/23
34/4 34/13 34/16 35/1
35/15 36/3 36/11 36/14
36/24 37/1 37/4 37/17
37/23 38/16 38/25 39/3
39/12 39/19
**MR. SLATER: [36]** 5/23
6/11 10/16 16/5 18/9
18/14 18/19 19/5 19/9
19/15 24/1 27/2 27/4
27/7 28/11 28/22 29/15
30/21 31/23 33/3 33/16
34/2 34/9 34/14 34/20
35/2 35/16 36/10 37/14
37/18 37/24 38/20 39/5
39/11 39/16 39/18
**THE COURT: [40]** 5/4
6/15 10/14 16/4 18/4
18/13 18/18 19/2 19/8
19/13 19/17 23/25 26/24
27/3 27/6 27/12 27/15
28/10 28/19 30/3 31/12
31/25 32/7 32/12 32/19
32/23 33/1 33/5 33/8
34/15 36/12 36/20 36/25
37/2 39/1 39/4 39/9
39/14 39/17 39/20

**.**

**.0000 [1]** 9/16
**.0001 [1]** 9/13
**.0004 [1]** 9/14
**.001 [3]** 9/19 10/6 23/6
**.002 [2]** 9/19 10/7
**.003 [3]** 9/19 10/7 23/7

**/**

**/S [1]** 40/2

**0**

**0000 [1]** 20/22
**04112 [1]** 1/21
**07068 [1]** 1/14
**07102 [1]** 3/8
**08101 [1]** 1/8
**08540 [1]** 2/24

**1**

**100 [1]** 3/7
**1000 [1]** 4/9
**10001 [1]** 2/9
**1001 [1]** 3/18
**10022 [1]** 2/17
**10104 [1]** 2/21
**103 [1]** 1/13
**11 [1]** 3/11
**12 [1]** 36/9 36/10
**128 [1]** 2/9
**1290 [1]** 2/20
**14 [1]** 2/3

**1440 [1]** 2/13
**15th [1]** 3/7
**1801 [1]** 4/9
**182 [1]** 9/15
**19th [1]** 5/11
**1:19-md-02875-RMB-SA K [1]** 1/4

**2**

**20 [2]** 34/7 36/11
**20004 [1]** 3/19
**20005 [1]** 2/13
**20016 [1]** 2/3
**20036 [1]** 4/6
**2010 [1]** 38/6
**2011 [1]** 38/6
**2015 [5]** 7/5 8/2 9/25
15/4 36/1
**2018 [1]** 8/7
**2025 [2]** 1/8 40/2
**2050 [1]** 4/6
**207 [1]** 1/13
**21 [1]** 2/24
**2200 [1]** 3/22
**2220 [1]** 4/3
**230 [1]** 4/3
**25 [1]** 1/8
**2500 [1]** 3/3
**2751 [1]** 1/23
**2800 [1]** 3/15
**2995 [1]** 5/12

**3**

**3/27/2025 [1]** 40/2
**30 [5]** 16/14 23/12 23/15
25/20 39/15
**30305 [1]** 3/4
**3333 [1]** 3/3
**33950 [1]** 2/6
**36 [1]** 19/24
**3600 [1]** 3/22
**37 [1]** 19/24
**38 [1]** 19/24
**3:02 [2]** 1/9 5/2
**3:50 [1]** 39/21
**3rd [2]** 34/6 35/12

**4**

**42-128 [1]** 2/9
**45202 [1]** 3/16
**46204 [1]** 3/12
**47 [4]** 15/8 24/7 33/20
34/25
**48 [3]** 15/8 24/7 33/20
**4th [1]** 1/7

**5**

**50 [1]** 15/9
**51 [1]** 15/9

**6**

**60 percent [1]** 20/22
**600 [1]** 3/15
**601 [1]** 2/17
**60606 [1]** 4/3
**609 [1]** 1/23

**7**

**701 [1]** 1/17
**70130 [1]** 1/17
**75201 [1]** 3/23

**8**

**800 [1]** 8/1
**80202 [1]** 4/9
**815-2751 [1]** 1/23

**9**

**9546 [1]** 1/20
**99 [1]** 2/6

**A**

**able [7]** 13/6 16/19
17/18 19/9 31/1 38/13
38/14
**about [16]** 6/25 8/1 9/20
19/5 23/4 23/23 24/4
26/2 26/17 28/1 29/19
30/22 31/9 32/3 32/22
35/3
**above [3]** 23/6 23/7
39/25
**above-entitled [1]**
39/25
**ABRAHAM [1]** 4/8
**acceptable [2]** 19/11
21/23
**accepted [1]** 11/20
**accomplish [1]** 31/16
**according [1]** 36/1
**accounting [1]** 8/15
**accurate [1]** 18/12
**Actavis [4]** 3/5 3/5 3/9
3/9
**ACTION [1]** 1/3
**actual [1]** 38/9
**actually [21]** 8/14 10/4
11/9 11/15 11/25 12/1
12/4 12/4 12/11 12/21
12/23 13/15 14/15 14/17
24/14 25/1 26/8 28/24
35/6 35/11 38/10
**ADAM [7]** 1/13 5/22 6/8
29/17 34/17 35/15 38/17
**address [3]** 6/2 19/19
20/16
**addressed [1]** 36/6
**addressing [3]** 34/19
35/13 35/15
**after [2]** 12/18 33/24
**afterthought [1]** 24/18
**again [9]** 8/3 17/11
17/23 20/2 21/11 23/2
27/9 37/2 39/13
**against [1]** 11/12
**ago [10]** 17/24 17/25
20/14 21/9 21/10 21/16
23/2 26/20 28/6 29/10
**agree [5]** 6/11 9/21
23/13 29/15 39/6
**agreed [6]** 14/25 15/10
15/14 24/6 31/23 37/17
**agreeing [1]** 23/20

**ahead [2]** 5/23 27/6
**aided [1]** 1/25
**ALEXIA [1]** 2/16
**align [1]** 30/13
**alkalinity [11]** 8/18 8/19
8/20 8/25 9/2 9/9 11/13
11/25 20/24 21/24 23/6
**all [56]**
**allowed [2]** 33/18 35/11
**allows [1]** 26/7
**almost [2]** 22/5 29/10
**along [5]** 10/2 12/23
13/25 16/23 21/13
**already [9]** 12/24 16/8
16/18 21/17 22/24 23/2
23/19 25/4 36/6
**also [13]** 4/13 6/20 7/3
8/10 9/16 10/3 15/10
16/23 20/23 20/25 23/22
23/23 25/25
**am [1]** 24/10
**Americas [1]** 2/20
**AmerisourceBergen [1]**
3/16
**among [1]** 20/18
**amount [3]** 8/22 29/14
30/19
**amounts [1]** 8/24
**analyses [1]** 18/16
**analysis [43]**
**analyze [1]** 14/15
**ANDREW [1]** 3/18
**another [6]** 6/6 8/19
12/14 20/23 37/9 38/22
**answer [1]** 26/17
**anxious [1]** 10/11
**any [14]** 7/4 10/2 10/13
11/14 11/14 11/18 14/3
17/19 20/18 22/8 24/15
27/13 33/25 39/15
**anymore [1]** 36/1
**anything [6]** 12/16
12/25 20/25 31/9 33/12
38/22
**apart [4]** 25/12 28/24
29/7 29/21
**apologize [1]** 27/10
**Appearances [1]** 3/24
**applicable [2]** 22/5
23/22
**applied [4]** 15/10 21/8
35/18 37/20
**apply [1]** 25/23
**appreciate [3]** 32/7
32/10 39/6
**are [56]**
**area [1]** 10/11
**aren't [1]** 7/20
**argue [2]** 10/18 25/18
**arguing [1]** 26/3
**argument [3]** 10/17
21/15 24/23
**around [1]** 18/2
**ARPS [3]** 2/8 2/12 26/10
**as [48]**
**aside [1]** 21/6

**ask [3]** 23/14 31/20 33/9
**asked [10]** 5/12 6/19
8/14 14/19 15/13 18/21
22/14 24/4 28/3 29/22
**asking [6]** 19/16 31/8
34/17 34/18 34/20 34/21
**assessment [1]** 13/1
**assistant [2]** 22/14 28/3
**assume [3]** 13/12 16/2
16/9
**assured [1]** 11/17
**Atlanta [1]** 3/4
**attached [6]** 14/1 14/22
25/5 25/7 28/25 29/4
**attachment [1]** 34/5
**authorized [1]** 36/22
**available [2]** 5/5 5/9
**Ave [1]** 2/13
**Avenue [4]** 2/17 2/20
3/18 3/22
**avoid [1]** 7/1
**away [1]** 16/14

**B**

**back [33]** 5/17 6/1 6/5
6/17 6/24 7/1 7/5 7/10
7/15 7/16 8/8 13/23
13/24 14/20 17/11 20/6
20/13 21/11 22/16 22/21
24/8 28/2 28/20 29/8
29/8 30/8 31/19 31/21
32/8 33/15 36/16 37/19
38/5
**backflips [1]** 7/18 30/18
31/19
**backward [1]** 19/22
**bad [1]** 30/17
**ball [1]** 6/7
**BARNES [1]** 3/10
**barred [1]** 13/9
**base [2]** 9/7 9/8
**based [2]** 13/13 26/8
**basically [4]** 12/14
19/25 20/19 21/20
**basics [1]** 12/16
**basis [2]** 17/13 24/24
**batch [2]** 8/5 14/22
**Bates [10]** 15/24 15/24
18/20 21/13 32/24 32/25
33/2 34/3 35/17 35/21
**be [37]** 5/8 7/4 7/18 9/3
10/22 12/16 12/20 14/8
14/18 16/19 17/10 17/14
17/18 17/25 18/11 19/3
19/4 19/6 20/5 23/1 23/5
26/3 26/14 28/5 29/15
30/17 31/7 31/16 32/1
32/13 32/14 35/8 36/3
38/7 38/13 38/14 38/24
**became [1]** 38/3
**because [38]** 7/5 8/4
8/15 8/15 9/7 9/12 10/10
10/12 10/18 11/20 12/18
13/11 14/13 17/15 20/8
20/12 20/22 21/3 22/14
23/18 24/15 25/15 25/17

**B**

because... **[15]** 26/13 27/8 27/9 28/22 28/25 30/15 30/22 31/18 32/2 33/14 35/24 36/8 37/6 38/9 38/14
been **[20]** 10/1 10/23 13/4 13/6 13/6 13/7 13/9 13/11 13/16 15/6 15/15 15/21 18/12 19/9 20/1 21/18 26/9 26/14 31/4 35/2
before **[6]** 5/1 11/8 15/3 26/5 26/7 36/1
beginning **[1]** 10/24
behalf **[1]** 4/19
being **[7]** 5/5 11/17 12/12 12/13 23/18 31/1 37/12
believe **[4]** 15/18 28/14 28/18 36/18
BELIVEAU **[1]** 1/19
below **[1]** 9/17
benign **[1]** 13/2
BERNARDO **[15]** 2/8 10/14 18/5 19/17 24/6 24/8 24/13 25/2 25/21 26/25 27/13 29/2 31/15 35/5 37/14
BERNE **[1]** 3/14
better **[4]** 20/17 34/22 38/18 38/24
between **[1]** 15/8
big **[3]** 10/22 14/22 38/3
bit **[8]** 8/1 8/20 10/17 24/3 24/3 32/2 32/4 36/21
BLACKWELL **[1]** 4/8
Bogdan **[1]** 4/17
both **[3]** 24/6 33/18 38/24
bottom **[1]** 30/21
Box **[1]** 1/20
BRANCATO **[1]** 2/16
breadth **[1]** 6/4
BRETT **[1]** 2/2
broke **[1]** 28/24
Building **[1]** 1/7
Bumb **[5]** 4/16 6/23 19/24 20/10 24/9
bunch **[1]** 35/16
burden **[3]** 7/1 29/11 31/13
burdensome **[2]** 17/12 20/8
business **[1]** 25/7
BUTLER **[1]** 2/23
buttoned **[1]** 18/25
bye **[2]** 39/20 39/20
Bye-bye **[1]** 39/20

**C**

calculate **[1]** 9/9
calculated **[3]** 8/21 11/13 11/25

call **[2]** 5/6 5/15
called **[2]** 12/6 20/10
Camden **[1]** 1/8
came **[1]** 15/17
Camp **[1]** 1/17
can **[35]** 5/8 5/15 11/6 15/7 16/21 16/21 16/25 19/1 19/19 20/17 23/24 25/23 25/24 25/25 26/8 26/20 26/21 26/21 26/22 27/12 27/13 30/25 32/21 33/2 33/22 34/6 35/3 35/19 37/6 38/1 38/20 38/25 39/1 39/3 39/14
can't **[1]** 15/20 24/15 33/6
Cardinal **[1]** 3/19
Career **[1]** 4/15
CARR **[1]** 2/5
case **[6]** 4/19 22/6 22/7 25/19 26/8 26/10
CEMAT **[2]** 34/11 35/14
center **[1]** 1/20 3/7 22/1
central **[2]** 24/20 28/18
certain **[1]** 8/22
certainly **[2]** 25/6 33/22
certificate **[6]** 9/19 10/5 10/21 14/2 28/2 39/22
certificates **[35]** 6/19 7/2 7/5 7/10 7/15 12/9 13/13 13/25 14/8 18/16 18/22 19/6 22/13 22/19 23/10 23/16 24/17 25/7 27/22 27/24 28/12 28/17 28/21 28/23 29/4 32/14 33/10 33/20 34/18 34/24 35/19 35/25 36/25 38/4 38/10
certify **[1]** 39/24
CFR **[1]** 21/20
cGMP **[2]** 13/9 13/10
challenge **[1]** 24/14
chance **[2]** 28/6 32/3
chart **[2]** 8/24 9/1
CHARTERED **[1]** 1/19
charts **[1]** 8/23
check **[1]** 22/14
chemist **[3]** 12/16 13/9 13/9
Chicago **[1]** 4/3
Chief **[1]** 4/16
China **[4]** 15/11 15/15 37/11 38/6
Chinese **[8]** 9/17 10/3 21/19 21/22 23/2 23/20 30/1 37/8
CHRISTINE **[1]** 3/7
Cigna **[1]** 4/10
Cincinnati **[1]** 3/16
citations **[1]** 14/25
cited **[1]** 21/5
cites **[1]** 15/7
City **[1]** 1/20
CIVIL **[1]** 1/3
clarify **[1]** 27/14
Clarissa **[1]** 4/15

clarity **[1]** 36/21
Class **[3]** 1/18 1/21 2/4
clear **[5]** 9/3 10/20 17/21 32/13 36/3
clearer **[1]** 28/9
clearly **[3]** 10/24 17/9 17/10
Clerk **[1]** 4/15
client **[3]** 32/3 33/19 36/14
clip **[1]** 25/11
close **[1]** 38/13
closure **[1]** 38/22
Co **[6]** 1/14 1/18 1/21 2/4 2/10 2/14
Co-Lead **[4]** 1/14 1/18 1/21 2/4
COA **[1]** 31/11
COAs **[9]** 6/19 14/23 16/16 21/8 25/5 30/23 31/13 35/11 36/24
Cohen **[1]** 1/7
colleagues **[2]** 34/21 35/4
collectively **[5]** 2/11 2/15 2/18 3/5 3/9
colloquy **[1]** 24/13
Colorado **[1]** 4/9
column **[2]** 10/6 12/4
combine **[1]** 12/15
come **[3]** 15/16 16/10 32/8
comes **[1]** 20/11
Commencing **[1]** 1/9
commentary **[1]** 30/16
comments **[2]** 6/1 6/9
commit **[3]** 38/25 39/1 39/3
common **[1]** 7/14
commonly **[1]** 9/8
communicate **[1]** 36/18
company **[2]** 7/6 37/10
compared **[1]** 11/21
compilations **[2]** 7/22 27/20
completely **[2]** 10/1 10/10
complexity **[1]** 30/5
complicated **[1]** 31/9
complied **[3]** 10/10 10/13 36/15
comply **[1]** 32/5
components **[1]** 12/7
computer **[1]** 1/25
computer-aided **[1]** 1/25
concern **[2]** 8/10 9/11
concerned **[1]** 26/17
concluded **[1]** 39/21
confer **[9]** 11/9 13/20 14/11 14/12 17/18 29/1 35/20 37/6 38/18
conference **[2]** 1/5 5/15
confirm **[6]** 18/12 22/3 23/3 23/21 26/18 37/21
confirmation **[5]** 15/23

16/5 16/10 18/23 37/19
confirmed **[1]** 14/5
confirming **[3]** 15/17 16/7 16/9
confirms **[1]** 16/20
confront **[1]** 13/14
confused **[5]** 21/3 25/2 27/5 29/2 37/8
conjuring **[1]** 29/21
CONLEE **[1]** 1/16
connection **[1]** 6/17
considering **[1]** 22/22
consistent **[3]** 8/16 10/1 12/10
constituent **[1]** 12/13
constituents **[1]** 23/24
contained **[1]** 27/21
contains **[2]** 9/6 12/12
contend **[1]** 36/22
context **[2]** 6/17 31/2
continue **[1]** 24/16
continued **[2]** 2/1 3/1 3/24 4/1
control **[1]** 15/22
conversation **[1]** 38/9
Cooper **[1]** 1/7
copied **[2]** 22/20 28/23
copies **[1]** 25/10
copy **[11]** 7/22 17/11 21/20 22/6 22/7 22/11 22/12 27/20 28/16 33/6 33/7
core **[1]** 13/4
COREY **[1]** 4/5
Corp **[1]** 3/23
correct **[3]** 5/20 29/22 39/24
could **[1]** 12/20
couldn't **[2]** 7/14 26/2
counsel **[23]** 1/14 1/18 1/21 2/4 2/7 2/10 2/14 2/18 2/21 2/25 3/4 3/8 3/12 3/16 3/19 3/23 4/4 4/10 14/20 14/24 15/2 17/20 26/12
count **[1]** 34/7
country **[1]** 37/10
couple **[1]** 10/22 31/20
course **[4]** 15/3 15/3 25/7 31/4
court **[10]** 1/1 1/22 6/8 10/19 14/25 20/8 36/2 36/12 39/22 40/3
Courthouse **[1]** 1/7
Courtroom **[1]** 1/4
create **[2]** 12/15 29/20
CRONAN **[1]** 1/20
CROWELL **[1]** 3/17
CRR **[1]** 40/2
cure **[1]** 26/6
curious **[1]** 8/15
cursory **[1]** 22/23
cutoff **[1]** 8/7
CVS **[1]** 3/12

**D**

D'LESLI **[1]** 3/21
D.C **[2]** 2/3 2/13
Dallas **[1]** 3/23
data **[7]** 6/20 8/3 16/16 33/3 33/5 33/6 33/7
Daubert **[1]** 13/11
DAVID **[1]** 1/16
DAVIS **[2]** 3/2 3/21
day **[7]** 5/12 12/11 13/4 14/20 24/12 26/9 39/18
DC **[2]** 3/19 4/6
deal **[1]** 14/22
dealing **[1]** 20/2
dealt **[4]** 21/15 21/16 21/18 22/8
decade **[1]** 20/14
December **[4]** 21/11 21/17 34/6 35/12
decide **[1]** 26/21
deciding **[1]** 30/7
decisions **[1]** 17/3
deeper **[1]** 19/11
Defendant **[6]** 2/21 3/19 3/23 4/4 4/7 4/10
Defendants **[8]** 2/10 2/14 2/18 2/25 3/4 3/8 3/12 3/16
defense **[1]** 13/8
definitely **[4]** 15/12 16/13 17/14 17/22
demonstrated **[1]** 30/11
Denver **[1]** 4/9
depending **[1]** 9/18
deposition **[7]** 6/18 16/15 24/14 24/16 26/4 26/21 39/15
depositions **[4]** 11/2 13/5 13/8 26/6
Deputy **[1]** 4/14
describes **[1]** 23/4
destroy **[5]** 15/5 18/22 33/19 35/11 35/19
destroyed **[2]** 15/3 15/22
destruction **[2]** 34/23 36/22
detail **[1]** 8/20
did **[28]** 5/10 7/17 7/18 7/25 8/23 8/23 8/24 9/1 9/1 9/2 10/4 12/2 12/25 13/21 14/3 14/13 15/16 22/19 30/18 30/22 30/24 30/25 31/10 31/11 31/18 32/6 36/4 36/18
didn't **[15]** 9/25 10/11 11/14 13/14 14/4 14/9 14/15 17/12 18/2 20/8 24/17 24/22 27/1 30/25 33/24
difference **[1]** 20/18
different **[5]** 8/11 9/20 17/6 19/12 21/1
dimethylamine **[18]** 8/21 11/10 11/13 11/14 11/15 12/1 12/4 12/4

**D**

dimethylamine... [10] 12/12 12/14 12/20 12/23 13/15 14/16 14/17 16/24 26/3 38/10

dimethylformamide [4] 12/5 12/15 12/21 12/24

disagree [5] 6/22 20/17 20/25 21/4 22/22

disclosed [2] 19/6 23/5

disconnecting [1] 34/17

discovery [5] 11/2 11/3 11/22 17/8 20/13

discuss [1] 35/5

discussing [1] 6/18

discussion [3] 24/9 24/9 32/14

discussions [1] 17/19

dispute [2] 5/13 9/4

DISTRICT [2] 1/1 1/1

DMA [5] 9/1 9/5 9/6 9/7 12/20

DMF [8] 6/20 8/25 12/5 12/6 12/12 14/5 14/5 16/6

do [22] 6/13 7/11 8/14 9/21 17/2 18/7 23/13 25/5 28/19 29/8 30/8 30/13 30/25 31/16 31/19 32/17 32/21 34/11 35/9 35/13 35/23 37/1

document [19] 5/19 10/24 14/1 14/9 15/1 15/5 15/12 17/9 18/19 21/22 23/1 24/4 24/5 28/3 28/5 28/8 30/12 30/25 34/23

documentation [1] 14/14

documents [42]

doesn't [10] 12/3 22/8 22/21 23/7 23/8 23/14 26/6 31/12 38/6 38/7

doing [5] 7/2 20/13 22/22 26/14 26/15

don't [49]

done [4] 7/25 17/19 26/19 39/7

DOUGLAS [1] 2/20

down [6] 12/7 18/25 26/14 36/13 38/23 39/14

dozen [1] 20/20 20/20 20/21

dozens [4] 22/15 22/23 28/7 30/11

Dr [1] 6/18

draft [2] 6/1 6/3

dropping [1] 13/22

Drugs [1] 2/25

Duane [1] 26/10

dump [1] 35/16

during [6] 11/8 14/10 14/12 17/17 24/13 29/1

**E**

each [4] 18/16 19/11 19/19 31/11

earlier [3] 20/1 22/20 24/9

ECF [1] 5/12

Economic [3] 1/18 1/21 2/4

effect [2] 15/19 18/24

efficient [1] 32/22

effort [1] 30/9

eight [1] 34/7

Eisenhower [1] 1/13

either [1] 9/19

ELIZABETH [2] 1/19 3/21

ELLIS [1] 2/16

else [2] 16/9 19/14

email [3] 34/6 34/14 35/12

emails [1] 33/24

EMERICH [1] 2/5

encompassed [2] 10/24 17/9

end [1] 39/2

enormously [1] 11/4

enough [2] 19/10 39/16

entitled [1] 39/25

especially [1] 13/8

ESQUIRE [28] 1/13 1/16 1/16 1/19 1/20 2/2 2/5 2/8 2/12 2/16 2/20 2/23 2/23 3/2 3/3 3/7 3/11 3/14 3/18 3/21 3/21 4/2 4/5 4/8 4/15 4/17 4/18 4/19

established [1] 37/3

estimated [1] 30/19

evaluated [2] 12/25 13/12

even [5] 14/18 21/4 34/12 34/12 35/13

event [2] 10/2 33/25

ever [2] 12/19 16/24

every [4] 7/6 8/5 9/24 31/6

everybody [2] 14/13 38/2

everyone [1] 39/7

everything [2] 13/13 16/13

evidence [3] 14/18 16/25 25/16

exactly [1] 29/22

example [6] 11/24 13/12 14/6 22/20 23/6 34/3

examples [1] 11/14

excuse [1] 17/8

exist [1] 36/1

expect [3] 7/4 17/4 36/20

expected [3] 8/2 9/21 19/4

expert [4] 11/3 13/9 13/10 13/12

experts [4] 9/4 13/6 13/8 16/21

explain [2] 20/6 25/22

explained [2] 21/24 23/3

explaining [1] 6/5

explains [1] 16/20

explanation [1] 10/8

explanations [1] 26/12

extent [1] 17/3

**F**

fact [8] 9/5 15/2 22/19 22/22 24/11 24/13 27/20 30/11

factor [1] 25/25

factual [2] 6/3 11/2

factually [1] 16/21

fading [1] 5/16

failure [1] 17/7

fair [5] 23/22 28/5 29/10 32/1 39/16

faith [2] 30/17 32/6

FALANGA [1] 3/6

FALKENBERG [1] 4/2

far [5] 15/15 15/16 20/14 21/19 39/15

FARR [2] 2/5 2/5

Federal [2] 1/22 39/22

feel [10] 10/10 19/22 20/12 22/8 23/18 29/13 30/16 33/14 36/7 38/17

felt [1] 6/13

few [2] 10/18 28/6

file [2] 17/4 17/22

files [7] 12/22 15/17 15/21 21/21 21/21 22/7 37/25

filing [1] 14/1

final [2] 17/3 37/19

find [6] 7/14 9/25 15/20 24/15 36/19 38/2

finger [1] 17/20

finish [1] 29/17

first [11] 5/5 5/14 9/24 10/20 14/22 17/25 19/20 20/7 26/13 35/12 37/15

fit [1] 5/9

five [4] 17/25 26/20 29/12 34/7

FLAHERTY [1] 1/19

fleshed [1] 20/1

FLETCHER [1] 1/19

FLOM [2] 2/8 2/12

Floor [2] 2/3 3/7

Florida [1] 2/6

Flowing [1] 16/12

focused [2] 6/11 17/5

following [2] 5/12 33/13

follows [1] 5/9

forced [1] 11/1

foregoing [1] 39/24

forget [2] 23/8 31/3

forth [4] 13/23 13/24 33/15 36/16

forth and [1] 33/15

forward [1] 26/20

found [5] 8/24 9/24 22/23 30/17 38/5

four [5] 21/9 21/9 21/16 26/20 34/7

frame [1] 37/3

frankly [1] 6/3 26/11

FREEMAN [1] 1/12

Friday [2] 5/7 39/7

FULBRIGHT [1] 3/20

fully [1] 24/11

fundamental [2] 15/22 24/20

further [3] 19/10 30/10 33/12

**G**

GANNON [1] 3/7

Gateway [1] 3/7

gave [14] 14/10 14/12 14/21 16/6 18/21 22/20 24/24 25/12 25/13 29/3 29/5 34/2 34/3 34/5

generally [1] 14/4

generic [2] 10/21 32/15

GEOPPINGER [1] 3/14

GEORGE [1] 2/5

Georgia [1] 3/4

get [20] 6/12 7/1 7/10 7/15 8/4 8/5 15/12 15/23 16/13 19/9 26/9 27/23 29/22 30/18 31/19 32/22 32/13 35/20 35/21 36/13

gets [1] 7/6

getting [4] 8/13 12/23 15/24 26/12

giant [3] 6/17 17/1 34/9

give [19] 6/9 14/9 14/11 14/23 15/4 15/7 15/14 18/4 18/21 20/19 22/3 24/22 24/24 25/14 30/22 31/21 33/4 35/10 35/23

given [5] 11/8 15/16 16/1 16/18 17/24

gives [3] 8/18 10/6 23/5

giving [2] 35/11 39/1

glass [1] 7/23

go [22] 5/23 6/24 7/1 7/10 8/8 8/14 9/14 11/1 17/20 18/16 22/15 22/21 23/17 27/6 28/20 29/8 29/8 30/8 30/12 31/4 31/21 35/21

goes [2] 19/11 29/5

going [33] 6/12 7/5 7/15 10/17 10/19 11/18 13/23 13/24 15/23 16/10 16/14 16/18 16/25 17/14 19/2 19/22 20/6 20/13 24/8 24/21 25/17 25/18 25/21 31/19 32/4 33/15 35/5 35/7 36/16 37/19 37/21 38/5 39/14

GOLDENBERG [1] 2/2

Goldilocks [1] 36/8

gone [1] 22/16

good [2] 29/16 32/6

Gorda [1] 2/6

got [16] 6/11 7/23 7/25 8/12 8/25 11/7 11/22 13/13 16/6 20/21 22/4 22/6 31/10 37/9 38/8 38/11

grade [3] 9/18 23/7 23/8

great [1] 39/18

greatly [1] 32/7

GREENBERG [1] 3/2

gripe [1] 24/19

ground [1] 7/14

guess [1] 32/13

**H**

HACKETT [1] 2/5

had [25] 5/13 6/3 6/19 7/9 8/24 9/16 9/22 10/25 11/8 11/9 12/10 12/11 12/22 13/4 13/10 13/15 15/25 17/14 20/25 24/24 26/5 28/6 30/12 32/3 38/11

half [5] 17/25 20/14 20/19 20/20 20/21

hand [1] 32/4

hands [1] 12/9

HANSEN [3] 2/12 34/6 38/16

happen [2] 7/19 28/19

happened [1] 17/17

happy [4] 22/3 36/7 37/14 38/12

hard [9] 7/22 17/11 22/11 22/12 25/10 27/20 28/15 33/6 33/7

HARKINS [1] 3/3

has [9] 8/13 8/20 12/1 13/9 16/7 21/21 21/21 22/7 35/13

have [91]

haven't [4] 14/16 28/6 30/12 32/3

having [4] 7/1 25/22 34/11 39/7

HCL [3] 16/3 18/23 37/16

he [8] 6/1 6/3 24/15 26/2 27/7 29/22 33/14 36/8

he's [4] 19/21 25/3 27/4 37/5

Health [1] 3/19

Healthcare [2] 2/11 2/15

hear [2] 5/14 10/12

hearing [10] 7/4 7/9 13/11 14/24 15/9 19/16 20/5 28/15 33/17 39/6

heavy [1] 12/7

held [1] 5/1

helpful [1] 13/11

helps [1] 28/10

here [9] 5/17 6/16 10/22 20/2 28/18 31/14 34/14 36/21 37/13

**H**

Here's [1] 26/24
Hetero [2] 2/25 2/25
highest [1] 9/14
HILL [1] 2/22
him [5] 6/1 6/5 20/10 22/3 24/14
his [2] 19/20 25/21
history [1] 6/22
hit [1] 7/13
HOLMES [1] 2/5
honest [1] 7/18
Honor [44]
Honor's [2] 32/5 36/16
HONORABLE [3] 1/10 4/15 5/2
hope [2] 18/2 31/14
hopefully [1] 5/15
hours [1] 28/6
how [16] 9/7 12/6 12/6 12/7 19/10 19/10 20/4 25/21 25/23 25/25 29/1 29/19 31/15 32/23 38/8 38/11
Huahai [4] 2/10 2/10 2/14 2/14
Humana [1] 4/4
HUSCH [1] 4/8
hydrochloride [3] 6/21 16/2 16/4

**I**

I'd [4] 17/18 24/4 31/14 32/18
I'll [3] 10/20 20/5 36/20
I'm [39] 5/16 5/21 6/8 10/8 10/11 10/17 11/19 11/25 18/14 19/2 19/23 20/4 21/2 22/18 24/2 25/1 25/2 30/6 30/8 30/10 31/14 33/7 33/13 33/23 33/25 34/14 34/19 34/20 34/21 35/7 36/5 36/5 36/8 37/8 37/12 37/14 38/12 38/20 39/7
I've [2] 22/16 23/2
idea [3] 13/2 24/17 25/3
identified [3] 15/13 18/20 23/21
identifies [1] 10/13
identify [1] 35/22
ignored [1] 13/1
Ill [1] 1/20
Illinois [1] 4/3
important [3] 10/9 12/18 14/14
impossible [1] 34/10
inaccuracies [1] 6/4
Inc [11] 2/10 2/10 2/14 2/14 2/18 3/5 3/5 3/9 3/9 3/12 4/7
included [1] 29/23
inconsistent [2] 9/12 9/22
Indianapolis [1] 3/12
Industries [2] 3/4 3/8

information [3] 30/22 38/7 38/17
ingredient [1] 7/6
initial [2] 5/11 17/10
inordinate [1] 29/14
inserted [1] 38/8
inspection [20] 22/10 22/15 22/18 22/23 22/25 25/1 25/4 27/8 27/16 28/1 28/4 28/20 28/25 29/4 29/6 29/23 30/6 31/13 32/15 33/9
instead [2] 25/12 25/13
instruction [1] 32/5
intended [1] 6/2
interested [1] 22/13
internal [3] 14/9 16/16 18/16
internally [1] 14/13
Internet [5] 15/17 15/25 16/7 22/4 38/5
interrupt [5] 19/2 27/2 27/12 27/13 36/12
interrupted [4] 19/13 19/24 27/5 27/11
introduced [1] 12/20
IRBESARTAN [1] 1/4
irrelevant [1] 27/22
is [105]
isn't [3] 9/5 17/21 34/12
issue [19] 5/16 6/2 6/16 11/1 11/22 13/3 17/17 18/25 19/25 20/1 20/24 21/2 24/25 26/16 34/12 35/13 35/15 35/25 38/3
issues [6] 5/24 10/22 11/1 13/18 17/6 17/16
it [112]
it's [40] 8/4 8/8 9/18 9/25 10/21 12/2 12/2 13/3 13/3 15/8 19/5 19/12 21/12 21/14 21/21 21/22 21/25 22/5 23/4 23/7 23/22 24/2 24/3 24/7 28/13 28/16 29/10 31/1 31/1 31/12 32/4 33/20 34/9 35/15 35/16 36/10 36/13 37/10 37/11 37/11
its [26] 9/8 21/21 21/21 22/7
IVES [2] 4/2 4/2

**J**

JAMES [1] 4/8
JEFFREY [1] 3/14
JERSEY [5] 1/1 1/8 1/14 2/24 3/8
Jinsheng [2] 6/2 35/14
JOHN [1] 1/20
JOSEPH [1] 1/20
Judge [13] 4/16 6/23 19/22 19/24 20/3 20/10 24/1 24/9 27/2 33/17 34/1 39/6 39/13
jump [1] 18/2

jury [2] 16/22 25/24
just [27] 6/17 7/15 8/2 8/18 9/2 9/22 10/9 14/23 17/21 19/19 20/4 21/4 22/23 24/16 24/18 26/18 27/17 29/15 29/25 30/12 31/18 31/22 33/13 37/19 38/21 38/23 38/23

**K**

KANANI [1] 2/12
KANNER [1] 1/15
KAPKE [1] 3/11
KAPLAN [1] 3/18
KARA [1] 3/11
KATZ [1] 1/12
keep [1] 7/8
keeps [2] 15/2 33/14
kept [2] 13/22 31/5
kick [1] 39/14
Kimberly [3] 1/22 1/23 40/2
kind [5] 7/13 10/9 13/2 13/2 38/23
KIRKLAND [1] 2/16
KIRSTIN [1] 4/2
knew [1] 24/12
know [36] 5/6 7/13 7/19 7/20 8/22 12/24 14/21 16/24 17/13 17/20 20/3 24/5 24/8 25/10 25/15 25/16 25/16 25/17 25/18 25/19 25/20 27/19 28/11 28/12 29/2 30/13 30/13 30/24 31/17 32/21 32/23 32/24 34/12 35/2 38/14 38/23
knowledge [1] 24/21
known [2] 9/8 26/2
knows [2] 13/21 38/2
KRISTINE [1] 2/23

**L**

Labs [1] 2/25
language [1] 13/24
languish [1] 5/7
lap [1] 20/4
larger [1] 7/22
Larry [1] 4/14
last [7] 7/4 7/9 7/19 15/9 17/1 18/10 32/6
Law [1] 4/15
lay [4] 10/9 24/11 25/23 26/8
laying [1] 24/7
lays [1] 30/4
Lead [4] 1/14 1/18 1/21 2/4
least [6] 5/14 5/19 18/25 19/21 26/7 31/20
leave [1] 30/7
left [1] 37/18
legal [2] 22/14 28/3
let [5] 15/5 19/19 27/2 29/17 38/16
let's [4] 5/4 7/15 35/21

35/21
letter [9] 5/11 10/12 21/4 21/10 21/12 21/13 21/14 33/24 33/25
Lexington [1] 2/17
LIABILITY [1] 1/5
Life [1] 2/21
like [22] 6/13 7/20 9/13 15/2 17/2 17/18 18/11 19/22 20/12 21/20 22/5 22/8 23/18 24/5 26/22 29/13 30/16 33/14 34/7 35/4 36/7 36/8
limits [2] 21/23 23/5
Lin's [2] 6/2 6/18
line [1] 30/21
lined [1] 22/17
lines [1] 35/17
link [4] 22/16 32/17 32/21 33/2
LINKLATERS [1] 2/19
Lintner [1] 4/15
list [6] 34/5 34/9 36/7 36/8 36/9 38/10
literally [1] 7/6 21/25 24/3 33/21
LITIGATION [1] 1/5
little [10] 8/20 10/17 21/3 24/2 24/3 25/2 32/2 32/4 36/21 37/8
LLC [6] 1/12 1/15 2/11 2/15 3/5 3/9
LLP [15] 1/19 2/8 2/12 2/16 2/19 2/22 3/2 3/6 3/10 3/14 3/17 3/20 4/2 4/5 4/8
LOCKARD [1] 3/2
logic [1] 25/13
logical [2] 14/10 23/14
logically [1] 28/2
long [6] 7/24 10/8 13/21 35/17 36/9 38/20
longer [2] 32/2 32/5 34/5 36/7 36/10
look [4] 23/24 28/3 28/6 37/24
looked [2] 9/14 37/12
looking [13] 8/6 11/25 16/2 18/7 19/23 20/13 21/5 34/14 37/7 37/15 38/9 38/13 38/19
loop [1] 38/13
LOSARTAN [1] 1/3
Loss [3] 1/18 1/21 2/4
lot [6] 7/18 26/12 27/19 29/18 30/16 31/17
Louisiana [1] 1/17
love [1] 37/25
lower [1] 23/11
Ltd [6] 2/10 2/14 2/18 2/21 3/4 3/8

**M**

Macleods [1] 4/7
MacStravic [1] 4/14
made [2] 6/6 7/18

Madeline [1] 4/19
main [1] 16/12
Maine [1] 1/21
maintained [3] 7/22 22/11 25/6
maintains [2] 27/19 37/24
major [1] 35/25
majority [1] 9/15
make [7] 10/20 17/3 17/21 22/8 22/16 30/15 37/19
makes [1] 36/6
making [5] 24/23 27/25 28/9 30/6 30/10
Manhattan [1] 2/9
manufacture [1] 8/3
manufacturing [2] 6/19 24/22
many [7] 7/13 7/13 7/20 23/10 23/11 23/11 28/15
March [2] 1/8 5/11
March 19th [1] 5/11
Marie [1] 4/16
MASTER [2] 1/10 5/2
match [3] 28/17 28/20 38/5
material [5] 16/16 18/15 20/18 28/1 28/4
materials [2] 31/22 34/11
matter [4] 15/2 24/20 29/25 39/25
matters [1] 5/7
may [4] 5/21 27/14 32/2 32/3
maybe [6] 5/17 20/16 33/1 33/3 33/5 37/5
MAZIE [1] 1/12
Mckesson [1] 3/23
md [1] 1/4
MDL [1] 1/14
me [16] 5/16 5/17 15/4 18/6 19/19 22/8 26/17 27/2 27/13 27/13 29/17 31/12 32/8 34/22 38/16 39/2
MEAGHER [2] 2/8 2/12
mean [9] 12/3 21/12 21/19 22/1 22/21 23/17 28/13 28/15 34/6
means [1] 8/21
measurement [1] 20/24
mechanical [1] 1/24
meet [9] 11/9 13/20 14/10 14/12 17/17 29/1 35/20 37/6 38/18
mentioned [1] 22/10
Meridian [1] 3/11
meta [4] 33/3 33/5 33/6 33/7
methanol [1] 12/6
middle [1] 10/5
might [2] 10/22 31/16
MILLI [2] 2/12 34/6
mind [1] 25/21

## M

mine [1]  20/4
minute [1]  19/2
missed [1]  6/7
Mitchell [1]  1/7
mixture [1]  13/16
Monroe [1]  4/3
more [16]  6/13 8/8 8/20
 9/15 11/9 12/1 14/18
 17/19 29/6 32/8 32/8
 36/15 37/3 37/12 38/14
 38/17
MORING [1]  3/17
Morris [1]  26/10
most [3]  14/4 17/23
 32/22
motion [6]  11/3 17/5
 20/11 23/13 24/10 39/15
move [2]  17/15 26/20
moving [1]  38/14
Mr [1]  6/12
Mr. [43]
Mr. Bernardo [14]
 10/14 18/5 19/17 24/6
 24/8 24/13 25/2 25/21
 26/25 27/13 29/2 31/15
 35/5 37/14
Mr. Slater [22]  5/25
 6/22 8/10 8/13 9/11
 10/15 18/6 19/3 19/20
 19/25 20/7 21/5 21/10
 22/20 23/13 23/19 23/23
 23/25 27/25 29/21 36/7
 37/6
Mr. Slater's [6]  5/11 6/8
 10/12 21/15 33/13 36/19
Mr. Williamson [1]
 21/11
Ms [1]  38/16
Ms. [1]  24/6
Ms. Rose [1]  24/6
MSDSs [2]  6/20 7/16
much [12]  9/7 10/18
 12/6 12/6 12/7 18/2
 19/10 20/1 31/15 38/7
 39/17 39/18
Mulberry [1]  3/7
multiple [3]  21/8 22/12
 27/21
multiples [1]  23/11
mundane [1]  10/21
MURTHA [1]  2/23
my [14]  5/16 10/4 19/6
 20/11 23/4 26/16 28/22
 29/18 31/5 32/3 32/4
 33/23 33/25 35/4
myself [1]  28/7

## N

nail [1]  38/23
name [1]  23/8
national [1]  9/17
NE [1]  3/3
nearly [1]  20/14
need [32]  5/17 10/19
 13/18 13/19 14/11 15/8
15/23 16/5 16/12 16/14
 16/19 16/25 18/14 23/14
 24/10 25/8 25/20 26/18
 26/18 27/8 28/13 30/8
 30/21 31/9 31/16 31/16
 32/8 33/14 35/18 37/3
 37/6 38/17
need the [1]  18/14
needs [1]  19/6
nefarious [3]  29/20 30/9
 31/3
negotiate [2]  6/25 7/12
negotiated [1]  13/19
negotiating [6]  11/11
 11/12 11/16 11/19 13/20
 29/3
Nesbit [1]  2/6
never [5]  12/25 12/25
 21/15 26/5 27/10
NEW [13]  1/1 1/8 1/14
 1/17 2/9 2/9 2/13 2/17
 2/17 2/21 2/21 2/24 3/8
Newark [1]  3/8
newer [1]  8/6
next [2]  3/24 38/21
NIGH [1]  2/2
Nina [2]  33/17 34/21
njd.uscourts.gov [1]
 1/23
no [24]  5/12 8/8 12/4
 12/19 15/21 17/8 17/8
 21/20 23/17 24/23 24/24
 25/13 27/1 27/6 27/12
 29/6 30/9 33/7 35/5
 35/15 35/25 36/3 38/1
 38/14
nobody [1]  16/23
non [2]  15/24 15/24
non-Bates [2]  15/24
 15/24
none [3]  6/5 8/2 11/9
nonspecific [3]  28/14
 34/9 35/16
NORRIS [1]  3/21
NORTON [1]  3/20
not [47]
notably [1]  23/9
note [2]  19/21 21/23
nothing [2]  9/20 15/3
notice [4]  5/6 12/12
 12/22 13/15
now [18]  6/12 8/13 10/2
 11/21 11/24 12/9 19/25
 20/2 20/12 22/21 23/18
 23/18 25/2 26/24 31/19
 35/5 35/23 39/5
nowhere [2]  20/9 30/17
number [14]  1/3 8/3
 8/19 9/16 9/22 11/1
 13/19 14/23 14/24 18/20
 21/13 33/2 34/3 37/18
numbered [1]  15/24
 32/24 32/24 32/25
numbers [2]  35/17
 35/22
NW [4]  2/3 2/13 3/18 4/6

## O

O'REILLY [1]  3/6
objection [1]  19/22
obligated [1]  29/9
obviously [1]  35/25
off [7]  13/22 15/17 16/7
 19/20 22/4 22/6 22/6
Official [2]  1/22 39/22
officially [1]  34/16
Ohio [1]  3/16
okay [17]  10/16 13/18
 18/18 19/8 25/24 27/16
 28/9 31/24 32/20 33/8
 33/8 33/11 34/4 35/21
 36/10 38/2 38/20
once [2]  16/13 20/2
one [35]  1/20 2/9 7/11
 8/17 8/18 8/19 9/24
 10/22 11/1 11/25 12/11
 13/4 13/19 14/19 14/23
 16/3 17/7 20/22 21/24
 22/4 23/21 23/21 24/12
 25/12 26/9 30/19 31/6
 31/11 34/3 34/7 34/15
 35/4 36/8 37/9 37/10
one-third [1]  30/19
onerous [1]  37/3
ones [12]  6/5 8/6 9/2
 9/12 9/25 14/16 20/20
 20/20 20/21 20/23 28/17
 34/4
only [4]  8/3 21/9 25/12
 28/6
opportunity [1]  18/4
opposed [1]  15/25
order [3]  18/7 21/6
 33/12
ordered [8]  7/10 11/7
 14/8 18/8 18/10 23/1
 27/23 33/25
orders [1]  5/16
ordinary [2]  25/6 31/4
Orleans [1]  1/17
other [11]  5/14 6/12
 9/16 11/18 14/20 23/12
 23/23 26/16 29/19 30/4
 34/4
others [1]  31/19
our [22]  7/9 8/4 8/23
 10/24 11/12 12/9 13/5
 13/6 14/15 17/9 17/20
 18/3 19/22 21/4 21/13
 22/15 22/24 26/8 28/3
 29/6 36/14 38/3
out [19]  6/24 7/3 7/23
 9/11 10/10 20/1 21/10
 21/17 22/2 24/7 24/11
 25/3 25/23 26/8 28/23
 30/9 32/2 33/23 38/18
over [3]  22/20 29/12
 30/18
overestimated [1]  8/1
overview [1]  18/3
overwhelming [1]  9/15
owe [1]  6/13
owed [1]  29/12

own [1]  14/2

## P

p.m [1]  1/9 5/3 39/21
PACHIOS [1]  1/19
page [12]  3/24 15/8
 15/9 21/13 21/13 21/14
 22/1 24/7 33/20 34/1
 34/25 35/7
page 3 [2]  21/14 34/1
page 47 [4]  15/8 24/7
 33/20 34/25
page 50 [1]  15/9
pages [2]  19/24 21/5
pages 36 [1]  1/24
paint [1]  27/17
paper [2]  25/11 25/12
papers [1]  20/17
Parkway [1]  1/13
parsed [1]  9/10
part [11]  7/11 7/22
 12/13 12/25 14/4 17/23
 19/15 21/6 25/9 31/1
 31/1
parts [2]  6/12 38/14
Party [3]  1/18 1/21 2/4
pass [2]  23/7 23/8
past [3]  8/12 20/15
 24/19
Payor [3]  1/18 1/21 2/4
Pendley [1]  4/19
Pennsylvania [1]  3/18
people [1]  26/13
percent [1]  20/22
percentage [2]  8/22
 12/5
percentages [1]  38/11
perhaps [1]  19/20
period [3]  23/22 37/21
 39/2
periods [1]  7/7
perspective [1]  14/15
Pharma [4]  2/18 3/5 3/9
 4/7
Pharmaceutical [6]
 2/10 2/10 2/14 2/14 3/4
 3/8
Pharmaceuticals [3]
 2/18 3/5 3/9
Pharmacy [1]  3/12
picture [1]  27/17
piece [1]  25/12
pieces [1]  18/10
Piedmont [1]  3/3
pinpoint [1]  37/7
Pisano [1]  4/18
PIZZI [1]  3/6
place [3]  6/6 31/21
 32/13
plain [1]  24/18
plaintiffs [5]  1/14 2/7
 6/18 10/2 35/3
please [3]  35/9 35/23
 36/12
PLLC [1]  2/2
plot [1]  29/20

PO [1]  1/20
point [15]  7/14 8/12
 19/16 19/20 20/11 23/15
 27/25 28/8 29/18 30/6
 30/10 30/15 31/8 33/13
 39/6
pointed [2]  6/24 7/3
pointing [2]  30/9 33/23
points [1]  19/19
policies [10]  5/19 15/1
 15/4 15/5 15/13 21/7
 34/18 34/23 35/17 36/22
policy [8]  18/19 21/2
 23/1 24/4 24/5 33/18
 35/11 35/18
Portland [1]  1/21
position [1]  11/21
practice [1]  11/3
prejudice [1]  26/6
prejudiced [1]  13/16
prejudicial [2]  11/5 13/3
prematurely [1]  27/5
premium [1]  23/6
prepare [3]  11/3 25/19
 26/7
prepared [1]  24/11
preparing [1]  6/18
present [2]  4/13 13/17
presented [1]  38/7
pressing [1]  6/13
pretend [1]  12/16
PRETI [1]  1/19
previously [1]  12/10
Princeton [1]  2/24
Prinston [2]  2/10 2/14
prior [4]  7/5 8/2 8/9
 9/25
probably [3]  8/6 27/9
 38/24
problem [2]  7/21 26/24
proceed [2]  5/4 25/21
proceedings [4]  1/24
 5/1 39/21 39/25
process [3]  12/21 24/22
 30/17
produce [20]  17/7 17/12
 17/12 17/13 20/8 20/9
 26/18 27/1 29/9 29/9
 29/11 29/15 31/13 33/9
 33/14 33/18 35/24 36/4
 36/17 36/21
produced [3]  1/25
 7/17 9/12 9/15 10/23
 14/7 14/9 15/6 17/10
 17/14 17/25 18/8 18/11
 18/12 18/20 20/18 21/9
 21/9 23/19 24/12 24/15
 25/9 26/9 26/19 26/25
 28/14 29/1 29/25 31/4
 31/6 31/7 35/8
producing [1]  27/8
product [2]  12/13 16/24
production [16]  5/12
 6/23 11/7 14/12 16/11
 16/11 17/3 22/15 22/16
 22/24 28/3 28/5 38/6

**P**

production... [3] 29/5 30/12 32/12
productions [1] 17/18
PRODUCTS [1] 1/4
promised [2] 33/17 35/23
proposal [1] 6/5
proposed [1] 5/18
prove [1] 29/11
provide [9] 10/4 14/25 15/10 24/6 30/9 33/22 35/3 36/15 36/21
provided [8] 8/7 13/24 20/23 21/25 23/1 23/2 23/10 37/12
providing [1] 22/18
proxy [1] 9/7
pull [1] 31/21
pulled [6] 9/23 9/24 25/11 28/23 29/7 29/23
Punta [1] 2/6
pursuant [1] 7/7
pushback [1] 24/2
pushed [1] 14/20
put [10] 7/23 11/20 12/12 16/25 19/20 21/6 21/11 21/17 26/12 29/10
putting [1] 24/21
Pvt [1] 2/21

**Q**

quality [1] 15/22
question [1] 27/10
questioning [1] 30/23
quick [1] 7/19
quickly [1] 5/10
quiet [1] 20/5
QUINBY [1] 1/19
quite [1] 37/12
quote [1] 15/1
quote-unquote [1] 15/1

**R**

raise [1] 32/4
raised [4] 8/10 9/11 27/10 37/5
raising [1] 27/9
range [2] 8/19 21/14
ranges [4] 9/13 9/17 19/4 23/9
rank [1] 10/25
RASO [1] 2/2
rather [2] 23/5 32/18
raw [2] 28/1 28/4
RDR [1] 40/2
RE [1] 1/3
reach [2] 38/17 38/21
read [1] 35/7
reading [1] 33/25
really [14] 10/12 10/25 11/19 14/5 17/2 17/5 18/3 20/12 23/17 23/19 24/20 26/11 30/18 31/18
reason [5] 12/19 14/7 15/21 23/17 25/10

reasonable [1] 31/25
received [1] 31/11
recited [1] 10/4
recognized [1] 14/13
recollect [2] 22/21 30/8
reconvening [1] 13/23
record [2] 20/10 39/25
recorded [1] 1/24
refer [2] 13/7 19/23
reference [1] 8/25 9/5 9/5
referenced [1] 10/3
referring [2] 18/15 19/3
regard [1] 25/1
regarding [1] 16/15
regularly [1] 13/23
rehashing [1] 24/19
REIN [1] 4/5
relate [1] 28/11 28/12 30/13
relates [1] 34/23
relevance [1] 21/22
rely [2] 16/21 31/15
remember [1] 38/3
reminded [1] 21/16
Renée [1] 4/16
replaced [1] 8/6
report [4] 28/1 28/25 29/4 39/2
reporter [3] 1/22 36/13 40/3
REPORTER'S [1] 39/22
Reporter/Transcriber [1] 40/3
reports [14] 18/15 22/10 22/15 22/18 22/25 27/17 28/4 28/20 29/6 29/24 30/7 31/14 32/15 33/9
representation [1] 28/16
representations [1] 36/2
represented [3] 12/10 20/7 35/10
representing [1] 34/22
reproduce [1] 32/18
request [6] 6/23 17/4 26/22 36/19 38/3 38/4
requested [3] 14/11 18/11 23/18
requests [3] 10/25 17/9 23/12
require [2] 38/6 38/7
reraising [1] 19/25
resolve [3] 5/15 5/18 38/23
respect [5] 21/2 23/20 27/16 37/7 39/12
respond [1] 18/5
responded [1] 20/14
response [2] 6/14 17/10
responsibility [1] 26/11
rest [2] 14/8 17/2
RET [1] 1/10 5/2
Retailer [1] 3/12

retention [18] 5/19 7/7 15/1 15/5 15/12 18/19 21/2 21/7 23/1 24/4 24/5 33/13 33/18 34/17 34/18 34/23 35/17 35/18
retrospect [1] 11/19
review [1] 14/2
revisit [2] 20/12 26/22
Rich [4] 5/23 6/12 10/21 29/15
RICHARD [1] 2/8
Ridge [1] 2/3
right [30] 6/15 9/18 10/5 13/16 14/21 16/5 16/8 18/22 19/13 19/17 21/12 21/25 23/25 26/4 26/24 27/12 27/18 30/2 30/3 31/14 32/23 33/8 34/2 34/3 34/14 35/1 35/9 39/1 39/4 39/17
ripping [1] 29/20
risk [1] 13/1
RMB [1] 1/4
RMR [1] 40/2
road [4] 2/24 3/3 26/14 39/14
ROSE [4] 3/20 24/6 33/17 34/21
Roseland [1] 1/14
Rosemarie [1] 4/17
Ross [1] 3/22
Roszel [1] 2/24
rounds [1] 7/13
rush [2] 17/1 19/21

**S**

safety [3] 6/20 8/3 16/16
said [30] 8/2 11/13 11/13 11/15 13/12 15/4 18/21 19/21 19/25 20/9 20/19 20/22 21/3 21/7 22/3 22/23 24/4 26/2 27/23 27/25 28/4 33/18 34/2 34/21 35/5 35/9 35/23 36/8 37/7 38/4 38/21
saying [16] 10/2 21/20 22/5 24/15 25/3 26/25 27/1 27/4 27/7 27/22

33/14 34/10 36/5 36/6 36/17 37/8
says [11] 8/18 8/19 8/21 10/6 11/25 12/2 14/5 22/1 23/6 24/16 33/21
scanned [1] 28/24
scheduled [2] 5/6 5/10
scheduling [1] 39/6
Sciences [1] 2/21
scope [1] 26/21
second [4] 5/18 9/24 17/17 21/12
secondly [1] 20/16
see [8] 11/18 12/2 17/2 17/19 19/19 28/19 38/22 39/9
seem [1] 23/14
seemed [1] 8/15
seems [1] 5/17
seen [3] 11/8 14/4 14/16
sense [3] 11/8 22/8 32/15
sent [4] 6/1 6/1 6/3 6/5
separate [4] 5/24 6/10 12/13 17/5
serious [1] 24/25
seriously [1] 13/3
served [1] 20/13
set [2] 10/17 38/18
seven [1] 34/7
she [1] 20/6
sheets [3] 6/20 8/3 16/16
short [3] 5/6 24/9 36/9
shortly [1] 18/5
should [20] 5/14 10/23 15/12 15/21 19/20 20/1 22/21 23/5 24/11 25/14 26/9 26/14 26/19 27/10 29/11 31/3 31/7 32/12 33/19 35/24
shouldn't [1] 20/3
show [7] 12/11 13/14 14/14 14/17 20/17 26/1 30/25
showed [1] 12/22
shows [2] 14/15 31/10
side [1] 5/14
simply [6] 8/18 9/6 30/6 30/8 30/15 33/23
since [2] 13/10 37/5
single [1] 31/6
six [5] 17/24 26/20 29/10 34/7 35/17
SKADDEN [4] 2/8 2/12 21/21 26/10
skipped [1] 7/11
SLATE [2] 2/8 2/12
SLATER [24] 1/12 1/13 5/25 6/22 8/10 8/13 9/11 10/15 18/6 19/3 19/20 19/25 20/7 21/5 21/10 22/20 23/13 23/19 23/23 23/25 27/25 29/21 36/7 37/6
Slater's [6] 5/11 6/8

10/12 21/15 33/13 36/19
small [2] 8/3 9/16
Smalls [1] 4/19
so [68]
Solco [2] 2/11 2/15
sold [1] 12/13
solvent [2] 7/6 9/7
some [21] 5/18 6/3 9/11 9/13 9/21 10/11 12/2 13/2 14/7 14/16 17/15 23/12 24/19 24/19 25/10 26/16 29/11 29/23 30/16 33/1 33/4
somebody [1] 8/14
somehow [2] 9/6 25/4
something [18] 6/7 9/4 9/6 12/2 12/6 13/6 13/7 13/22 16/9 17/22 20/2 25/8 29/12 29/21 30/10 33/22 35/2 36/19
something that [1] 20/2
sorry [6] 5/16 5/21 6/8 10/8 22/18 33/7
sort [8] 5/24 8/16 9/10 27/17 29/11 30/4 32/21 37/7
sound [1] 31/12
source [1] 37/9
South [1] 3/11
SPECIAL [2] 1/10 5/2
specifically [2] 15/13 18/14
specificity [1] 36/15
Specify [1] 18/13
speculation [1] 29/19
spelled [1] 21/10
spells [1] 22/2
spending [1] 29/13
SPUNG [1] 4/8
Square [1] 2/3
squared [1] 16/14
stamp [2] 15/24 35/17 37/25
stamped [1] 15/24
standard [22] 9/18 10/3 10/6 11/12 18/23 19/5 19/12 21/19 21/22 21/23 22/1 22/4 23/3 23/9 23/11 23/20 23/23 37/8 37/10 37/11 37/11 37/16
standards [14] 15/10 15/15 15/18 15/20 16/8 16/17 16/18 18/24 19/3 23/2 25/23 37/20 37/24 38/8
STANOCH [1] 1/16
staple [1] 25/11
stapled [2] 29/19 29/24
start [1] 8/5
starting [1] 8/12
statement [1] 6/6
STATES [1] 1/1
stating [1] 6/4
status [2] 1/5 39/2
stenography [1] 1/24
step [2] 5/17 6/17

**S**

**STEVEN [1]** 3/3
**still [1]** 16/2
**stipulate [1]** 8/11
**stipulated [1]** 12/24
**stipulation [12]** 5/18
5/25 6/9 6/25 7/12 8/12
8/23 11/11 11/16 11/23
13/20 29/3
**stock [1]** 26/12
**stop [1]** 27/9
**story [1]** 31/1
**Street [8]** 1/17 2/6 3/7
3/11 3/15 4/3 4/6 4/9
**Streets [1]** 1/7
**strings [1]** 35/12
**strongly [1]** 20/17
**stuff [1]** 30/18
**submission [2]** 24/6
35/4
**submit [2]** 10/19 16/21
**subsequent [1]** 11/6
**substance [1]** 12/14
**substances [2]** 16/1
19/4
**substantial [1]** 17/15
**suggest [1]** 35/6
**suggesting [4]** 10/22
21/15 25/3 30/16
**suggestion [1]** 12/3
**Suite [6]** 1/13 3/3 3/15
3/22 4/3 4/9
**Suites [1]** 2/9
**summarize [1]** 18/6
**suppliers [1]** 38/11
**suppose [2]** 14/17
32/16
**supposed [3]** 17/10
17/24 35/8
**sure [7]** 11/19 15/20
22/17 25/2 32/19 37/12
39/7
**surprised [2]** 14/20
24/2
**surprising [2]** 9/25 24/3
**surprisingly [1]** 20/22

**T**

**take [11]** 6/17 7/23
16/14 23/24 26/4 26/21
30/20 32/2 32/4 32/12
36/7
**takes [1]** 7/24
**taking [1]** 36/16
**talk [4]** 32/3 37/14 38/12
38/16
**talked [1]** 23/23
**talking [2]** 23/3 35/3
**talks [1]** 19/5
**TEA [6]** 6/20 16/2 16/4
16/6 18/23 37/16
**TEA hydrochloride [1]**
16/4
**Teams [2]** 1/6 5/1
**TEH [1]** 6/20
**tell [4]** 11/6 25/15 34/20

35/18
**telling [1]** 15/2
**tells [1]** 12/5
**terminology [1]** 31/14
**terms [6]** 6/4 18/7 19/11
27/22 30/7 32/15
**test [1]** 18/15
**testified [1]** 12/19
**testimony [1]** 25/24
**testing [1]** 14/3
**Teva [6]** 3/4 3/5 3/5 3/8
3/9 3/9
**Texas [1]** 3/23
**than [5]** 8/11 11/9 12/1
23/11 36/10
**thank [10]** 5/5 10/14
19/18 32/10 37/4 39/7
39/12 39/17 39/18 39/19
**Thanks [1]** 39/20
**that [264]**
**that's [52]**
**their [17]** 12/22 13/8
13/8 13/9 13/9 13/10
13/12 14/1 14/3 15/21
17/2 18/15 19/1 24/21
25/9 36/1 37/25
**theirs [1]** 20/23
**them [78]**
**then [24]** 5/4 6/6 8/19
8/20 9/1 9/1 10/6 10/11
13/10 13/22 14/7 15/9
16/21 20/4 20/6 20/23
22/2 23/7 23/8 25/10
25/25 26/20 29/5 37/5
**there [38]** 5/18 5/25 6/4
7/4 7/20 8/1 8/7 8/16 9/5
9/18 10/5 11/15 12/3
12/19 13/25 16/9 17/5
17/16 17/20 21/12 21/17
22/1 22/12 22/15 23/18
25/3 25/11 27/21 28/4
28/7 28/15 30/6 30/9
30/11 32/17 33/7 34/4
34/21
**there's [30]** 5/24 9/20
10/5 10/11 10/18 10/22
12/4 15/3 15/21 16/24
17/8 17/8 17/15 20/18
20/25 23/17 24/23 25/13
26/16 29/6 29/18 30/16
31/8 32/20 33/1 33/12
34/5 35/25 38/14 38/22
**these [44]**
**they [114]**
**they're [19]** 10/1 10/24
14/22 15/17 16/2 16/7
16/8 18/15 24/23 25/6
25/10 25/17 25/18 27/20
28/15 31/3 31/5 32/25
34/10
**they've [3]** 16/1 26/19
28/14
**thing [4]** 10/20 14/19
17/1 35/6
**things [9]** 7/18 7/21
10/18 13/19 15/5 16/12

17/5 19/15 37/5
**think [34]** 5/12 6/7 6/23
7/2 7/11 7/12 8/1 8/12
9/3 9/11 9/13 10/12
10/18 17/15 20/7 21/6
22/25 23/13 23/22 25/3
25/5 27/4 29/10 29/18
31/8 31/25 32/12 32/22
33/12 33/24 35/13 35/13
37/21 39/5
**thinking [1]** 7/20
**thinks [1]** 25/21
**third [7]** 1/18 1/21 2/3
2/4 10/1 21/13 30/19
**Third-Party [3]** 1/18
1/21 2/4
**this [56]**
**THOMAS [2]** 1/10 5/2
**THORNBURG [1]** 1/10
**those [26]** 6/23 6/25 8/5
8/5 8/7 9/15 15/3 15/4
15/4 15/12 15/21 15/22
16/8 16/12 16/19 18/11
19/3 19/15 22/21 24/17
26/16 27/8 28/18 32/15
37/24 39/12
**those with [1]** 8/5
**thought [11]** 5/13 5/14
6/3 10/9 14/21 27/7 33/4
34/17 36/6 36/15 37/19
**thousand [1]** 7/21
**thousands [2]** 8/2
32/20
**three [6]** 3/7 13/22 16/1
25/13 34/7 37/5
**through [9]** 10/16 11/2
15/9 16/19 16/19 18/9
19/10 33/1 35/21
**throughout [2]** 18/24
37/20
**throw [1]** 20/3
**throwing [1]** 25/3
**time [27]** 5/8 7/9 7/19
7/19 7/24 13/21 15/19
17/25 18/24 20/11 26/13
27/13 29/14 30/12 30/19
31/15 31/17 31/21 32/6
32/8 32/9 34/15 36/4
36/17 37/2 37/3 37/21
**times [1]** 21/8
**today [4]** 32/14 33/10
39/10 39/11
**together [4]** 27/21
29/24 31/4 31/5
**told [8]** 15/16 16/6 16/8
16/11 16/23 28/5 28/7
38/6
**too [4]** 10/18 18/2 36/8
36/9
**took [1]** 26/7
**top [1]** 22/1
**Torrent [3]** 2/18 2/18
2/18
**Transcriber [1]** 40/3
**transcript [13]** 1/24 7/3
15/1 15/7 15/8 19/23

17/5 19/15 37/5
21/5 24/8 32/13 33/21
34/25 35/8 39/24
**transcription [1]** 1/25
**TRAURIG [1]** 3/2
**tri [1]** 16/2
**trial [6]** 11/4 16/22
16/25 25/19 25/22 26/7
**tried [1]** 6/25
**trigger [1]** 17/21
**troubling [1]** 17/23
**true [1]** 24/18
**try [6]** 5/9 10/16 10/17
30/18 36/20 38/21
**trying [5]** 7/12 8/11
29/20 36/13 36/18
**Tuesday [1]** 1/8
**turns [1]** 32/2
**TWEEN [1]** 2/20
**twice [1]** 11/4
**two [15]** 5/24 8/16 8/23
14/24 16/1 17/5 17/5
25/12 25/13 33/10 34/7
37/2 37/18 38/21 39/2
**two-week [2]** 37/2 39/2
**types [2]** 8/16 27/21

**U**

**U.S [5]** 1/7 2/10 2/11
2/14 2/15
**ULMER [1]** 3/14
**ultimately [2]** 7/13 20/4
**under [1]** 10/6
**understand [7]** 8/17
12/17 12/20 25/24 26/1
31/9 36/19
**understanding [10]** 8/4
10/4 11/12 19/7 23/4
28/22 29/6 31/5 34/22
38/19
**understood [3]** 22/12
22/17 37/17
**unexpected [1]** 8/4
**UNITED [1]** 1/1
**unless [6]** 6/7 14/16
26/16 33/13 35/4 37/3
**unnecessarily [1]** 5/8
**unquote [1]** 15/1
**unsurprising [2]** 7/25
8/8
**until [2]** 13/16 17/18
**up [13]** 9/14 10/17
13/16 22/16 22/17 28/17
28/20 29/21 30/13 32/17
32/21 33/2 38/18
**upon [2]** 9/18 31/15
**us [45]**
**USA [3]** 3/5 3/9 4/7
**use [1]** 19/1
**used [3]** 9/8 12/15 13/7
**using [4]** 12/21 14/5
31/14 32/15

**V**

**validate [1]** 23/15
**VALSARTAN [1]** 1/3
**values [2]** 19/12 20/25

**VANASKI [1]** 1/10
**Vanaskie [5]** 5/2 19/23
33/17 34/1 39/13
**Vanaskie's [1]** 20/4
**Vanessa [1]** 4/18
**various [1]** 27/20
**VAUGHN [2]** 2/2 2/2
**vender [1]** 20/22
**vendor [3]** 20/20 20/21
20/24
**very [18]** 5/6 9/8 9/16
10/8 10/20 10/23 11/21
13/3 13/11 13/23 14/10
14/14 19/24 20/14 28/13
36/3 39/17 39/18
**via [3]** 1/6 5/1 12/21
**VICTORIA [1]** 3/2
**videoconferencing [2]**
1/6 5/1
**Vine [1]** 3/15
**Vivimed [1]** 2/21
**voir [1]** 5/16

**W**

**wait [7]** 17/18 23/14
34/13 34/13 34/13 34/13
34/16
**waive [1]** 11/22
**Walgreens [1]** 3/13
**walk [1]** 10/16
**WALLACK [1]** 2/22
**Walmart [1]** 3/13
**WALSH [1]** 3/6
**want [37]** 5/5 5/7 6/24
12/15 14/14 17/4 17/14
17/21 17/22 18/6 18/7
18/19 19/21 20/3 20/12
20/16 21/20 22/5 22/7
23/17 24/17 26/3 27/17
27/22 28/19 28/19 29/8
29/8 30/15 35/20 35/20
35/24 36/4 37/9 37/9
38/13 38/14
**wants [1]** 26/17
**warranted [1]** 22/25
**was [56]**
**Washington [4]** 2/3
2/13 3/19 4/6
**wasn't [2]** 11/20 26/10
**watch [1]** 25/24
**way [15]** 6/17 10/13
12/7 16/10 20/19 25/23
26/8 26/19 31/6 31/7
32/17 32/21 33/1 34/11
38/8
**we [240]**
**we'd [1]** 37/25
**we'll [3]** 5/9 5/15 14/23
29/15 32/13 32/22 38/17
38/21 39/9
**we're [26]** 10/18 11/17
15/20 15/23 15/23 16/18
16/24 17/1 19/16 19/22
20/6 20/12 20/14 23/3
25/21 27/7 28/15 29/13
30/23 31/8 31/19 31/24

**W**

**we're... [4]**  37/15 38/9 38/12 39/14
**we've [9]**  8/7 9/12 14/5 18/10 21/15 23/19 26/25 32/18 37/11
**weak [2]**  9/8 11/21
**week [2]**  37/2 39/2
**weeks [4]**  13/22 31/20 33/10 38/21
**weight [1]**  9/8
**WEINSTEIN [1]**  4/5
**well [15]**  5/4 5/9 5/13 13/12 13/15 23/24 26/1 27/4 28/1 30/24 31/12 31/20 35/3 38/6 39/3
**went [8]**  7/12 7/15 8/13 17/11 18/9 20/6 27/23 28/2
**were [51]**
**weren't [1]**  17/23
**West [1]**  2/9
**Westlaw [1]**  22/6
**Wewatta [1]**  4/9
**what [85]**
**what I'm [1]**  34/19
**what's [3]**  18/12 23/18 32/21
**whatever [2]**  16/17 18/1
**when [23]**  8/1 8/5 8/23 11/11 13/19 13/20 14/7 14/8 17/11 17/24 19/24 20/11 26/1 26/2 27/25 28/22 29/3 29/5 29/22 30/23 31/10 31/10 38/4
**where [15]**  7/14 7/14 9/6 11/16 11/21 11/24 13/22 15/9 20/17 24/14 26/8 30/17 33/21 35/25 38/2
**whether [3]**  14/3 14/3 19/10
**which [20]**  5/11 7/8 9/18 10/3 10/11 10/13 10/23 12/10 14/1 14/17 17/13 20/9 20/19 23/4 26/9 28/1 28/13 30/17 32/7 35/18
**While [1]**  21/4
**WHITELEY [2]**  1/15 1/16
**who [2]**  16/20 16/23
**whole [3]**  11/22 30/4 35/7
**Wholesaler [1]**  3/16
**why [16]**  5/9 8/13 11/19 12/18 14/11 15/20 15/21 15/23 24/8 25/15 25/20 27/5 29/2 29/11 31/5 38/4
**WILEY [1]**  4/5
**will [18]**  8/17 10/16 18/4 23/3 25/15 27/9 32/5 32/14 33/4 33/9 33/21 34/20 36/7 36/14 36/19 36/21 37/1 39/7

**WILLIAM [1]**  2/23
**WILLIAMSON [2]**  2/5 21/11
**willing [1]**  11/22
**Wilson [3]**  1/22 1/23 40/2
**within [5]**  8/21 23/9 33/10 37/2 38/21
**without [2]**  11/4 25/22
**witness [8]**  12/18 12/19 16/15 16/20 19/1 25/22 26/2 30/24
**witnesses [3]**  13/5 16/23 30/23
**won't [1]**  9/4 35/22
**work [2]**  34/10 36/14
**working [2]**  5/25 16/19
**worth [1]**  36/16
**would [32]**  9/21 11/20 12/11 13/4 13/6 13/6 13/7 13/7 13/11 14/18 14/21 15/25 16/24 17/2 17/4 18/11 18/21 19/3 19/4 19/23 22/4 22/22 26/22 30/19 31/18 31/20 33/18 35/4 35/10 36/4 36/17 37/20
**wouldn't [2]**  7/4 20/9
**wrong [1]**  26/2
**wrote [1]**  21/14

**Y**

**yeah [11]**  27/3 27/15 28/7 28/10 28/11 28/22 31/25 31/25 33/5 34/9 39/9
**years [10]**  17/24 17/25 20/7 21/9 21/9 21/16 23/1 26/20 29/10 29/12
**yes [5]**  24/1 35/23 37/20 37/23 38/25
**yet [2]**  14/17 16/3
**York [7]**  2/9 2/9 2/13 2/17 2/17 2/21 2/21
**you [88]**
**you'll [1]**  32/8
**you're [5]**  14/21 18/7 19/3 27/9 38/19
**you've [1]**  7/23
**your [53]**

**Z**

**zero [3]**  9/22 11/9 12/1
**Zhejiang [2]**  2/10 2/14
**ZHP [20]**  2/11 2/15 11/20 12/10 12/19 15/18 16/7 20/8 20/19 21/20 22/7 26/13 26/14 27/19 30/22 34/22 37/11 37/19 37/24 37/25
**ZHP's [8]**  14/1 14/20 15/17 17/10 17/20 21/21 23/10 26/11