# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All actions* | MDL No. 19-2875<br><br>Honorable Renée Marie Bumb,<br>Chief District Court Judge |

## WITHDRAWAL OF APPEARANCE OF SIMONE SPEARS

PLEASE TAKE NOTICE that Simone Spears, formerly Simone Noonan, of Buchanan Ingersoll & Rooney PC withdraws her appearance in this MDL on behalf of Defendant Albertson's LLC ("Albertson's"), in the above-captioned action, and requests that the Clerk of the Court remove the undersigned counsel from all mailing lists for this case.

Albertson's continues to be represented by other counsel of record at Buchanan Ingersoll & Rooney PC.

Dated: March 31, 2025                     Respectfully submitted,

/s/ *Simone Spears*
Simone Spears
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:    704 444 3356
Fax:   704 444 3490
Email: simone.spears@bipc.com

*Counsel for Defendant Albertson's LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document be electronically served through the Court's CM/ECF system on all users registered with that system on March 31, 2025.

/s/ *Simone Spears*
Simone Spears
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:   704 444 3356
Fax:   704 444 3490
Email: simone.spears@bipc.com

*Counsel for Defendant Albertson's LLC*