

TESSA G. CUNEO
Direct: 651.289.3855
Fax: 651.406.9676
tcuneo@askllp.com

April 4, 2025

**VIA ECF**

Honorable Renée Marie Bumb
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation,* Case No. 1:19-md-02875 (D.N.J.)

Dear Chief Judge Bumb:

Please accept this letter as formal notice that Brian Loveland (Case No. 1:22-cv-04357) is withdrawing the First Amended Short-Form Complaint filed on December 23, 2024. As a result, the original Short-Form Complaint filed on June 30, 2022 shall serve as the operative pleading moving forward.

Should the Court require any further information or clarification, we remain available at the Court's convenience.

Respectfully submitted,

Tessa G. Cuneo, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
T: 651-289-3855
F: 651-406-9676
tcuneo@askllp.com

Attorney for Plaintiff

cc: All counsel of record (via ECF)