IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions. | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

### NOTICE OF APPEARANCE

To the Clerk:

**PLEASE TAKE NOTICE** that undersigned hereby notifies the Court and counsel that she shall appear as counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Alexandra Caritis*
KIRKLAND & ELLIS LLP
Alexandra Caritis
609 Main St,
Houston, TX 77002
alexandra.caritis@kirkland.com
Tel: (713) 836-3531
Fax: (713) 836-3601

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 4, 2025, I electronically filed the foregoing Notice of Appearance of Alexandra Caritis with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Alexandra Caritis*
Alexandra Caritis