IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

NOTICE OF APPEARANCE

To the Clerk:

**PLEASE TAKE NOTICE** that undersigned hereby notifies the Court and counsel that he shall appear as counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

Dated: April 4, 2025

Respectfully submitted,

/s/ Luis Chu
KIRKLAND & ELLIS LLP
Luis Chu
1301 Pennsylvania Avenue, N.W.,
Washington, D.C., 20004
luis.chu@kirkland.com
Tel: (202) 389-3391
Fax: (202) 389-5200

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 4, 2025, I electronically filed the foregoing Notice of Appearance of Luis Chu with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Luis Chu*
Luis Chu