# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions. | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF APPEARANCE

To the Clerk:

**PLEASE TAKE NOTICE** that undersigned hereby notifies the Court and counsel that he shall appear as counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Asher Trangle*
KIRKLAND & ELLIS LLP
Asher Trangle
43 Avanue Kléber
Paris, France 75116
asher.trangle@kirkland.com
Tel: +33-188245747
Fax: +33-188245701

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 4, 2025, I electronically filed the foregoing Notice of Appearance of Asher Trangle with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Asher Trangle*
Asher Trangle