[Docket No. 2633]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RMB/SAK)  **ORDER** |

**THIS MATTER** having come before the Court upon the Motion to Exclude the Opinions of Dr. Rena Conti [Docket No. 2633] filed by the TPP Trial Defendants; and the TPP Trial Plaintiffs having opposed said Motion [Docket No. 2662]; and the TPP Trial Defendants having submitted a reply brief in further support of the Motion [Docket No. 2676]; and the parties having submitted a series of supplemental letter briefs in support of their respective positions [Docket Nos. 2844, 2857, 2869, 2916, 2921, 2934]; and the Court having considered the parties' submissions; and the Court having held oral argument and a *Daubert* hearing on the Motion; and for the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS HEREBY**, on this **7th** day of **April, 2025**,

**ORDERED** that the TPP Trial Defendants' Motion to Exclude the Opinions of Dr. Rena Conti [Docket No. 2633] is **GRANTED**; and it is further

**ORDERED** that Teva's request to file a renewed summary judgment motion [Docket No. 2916] is **DENIED** as premature; and it is further

**ORDERED** that the TPP Trial Plaintiffs' request to amend the operative consolidated economic loss complaint [Docket No. 2921] is **DENIED**; and it is further

**ORDERED** that the parties shall be prepared to discuss all outstanding issues relating to the TPP Trial Plaintiffs' economic loss claims, including the impact of this Court's Opinion and Order of today's date, at the upcoming Case Management Conference, scheduled for April 28, 2025 (the "CMC"); and it is further

**ORDERED** that the parties shall meet and confer in advance of the CMC in an effort to streamline the issues and disputes that will be raised before the Court in the parties' agenda letters and at the CMC; and it is further

**ORDERED** that, in advance of the CMC, the parties shall submit a proposed Order reflecting the Court's rulings on certain pending motions read into the record during the July 23, 2024 and September 2024 hearings; and it is finally

**ORDERED** that, in the event the parties cannot reach agreement on the terms of the proposed Order in advance of the CMC, the parties shall incorporate their positions into their respective agenda letters and be prepared to discuss same during the CMC.

*s/Renée Marie Bumb*
**RENÉE MARIE BUMB**
**Chief United States District Judge**
