1           **UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF NEW JERSEY**
2    _____

3    **IN RE:  VALSARTAN, LOSARTAN,**        **CIVIL ACTION NUMBER:**

4    **and IRBESARTAN PRODUCTS**             **1:19-md-02875-RMB-SAK**

5    **LIABILITY LITIGATION**                **Case Management Conference**

6    _____        **via Teams videoconferencing**

7    Mitchell H. Cohen Building & U.S. Courthouse
     4th and Cooper Streets
8    Camden, New Jersey 08101
     Friday, March 28, 2025
9    Commencing at 9:30 a.m.

10   **B E F O R E:**          **THE HONORABLE RENÉE MARIE BUMB, CHIEF**
                               **UNITED STATES DISTRICT JUDGE, and THE**
11                             **HONORABLE THOMAS I. VANASKIE (RET.),**
                               **SPECIAL MASTER**
12

13   **A P P E A R A N C E S:**

14   MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
15        CHRISTOPHER GEDDIS, ESQUIRE
     103 Eisenhower Parkway, Suite 207
16   Roseland, New Jersey 07068
     Co-Lead Counsel for MDL Plaintiffs
17

     KANNER & WHITELEY, LLC
18   BY:  CONLEE S. WHITELEY, ESQUIRE
     701 Camp Street
19   New Orleans, Louisiana 70130
     Co-Lead Class Counsel for Third-Party Payor Economic Loss
20

21
                 John J. Kurz, Official Court Reporter
22                  John_Kurz@njd.uscourts.gov
                         (856)576-7094
23
        Proceedings recorded by mechanical stenography; transcript
24          produced by computer-aided transcription.

25

1 | **A P P E A R A N C E S:** (Continued)

2 | NIGH GOLDENBERG RASO & VAUGHN, PLLC
BY:  DANIEL A. NIGH, ESQUIRE
3 | 14 Ridge Square NW, Third Floor
Washington, D.C. 20016
4 | Co-Lead Class Counsel for Third-Party Payor Economic Loss

5 | HARDING MAZZOTTI, LP
BY:  ROSEMARIE RIDDELL BOGDAN, ESQUIRE
6 | 1 Wall Street, PO Box 15141
Albany, New York 12212
7 | For the Plaintiffs

8 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
BY:  GEORGE T. WILLIAMSON, ESQUIRE
9 | 99 Nesbit Street
Punta Gorda, Florida 33950
10 | Counsel for Plaintiffs

11 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
BY:  RICHARD BERNARDO, ESQUIRE
12 | One Manhattan West, Suites 42-128
New York, New York 10001
13 | Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
14 | Solco Healthcare U.S., LLC (collectively ZHP)

15 | KIRKLAND & ELLIS, LLP
BY:  NINA R. ROSE, ESQUIRE
16 | 1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
17 | Counsel for Defendants Zhejiang Huahai Pharmaceutical Co.,
Ltd., Huahai U.S., Inc., Prinston Pharmaceutical, Inc., and
18 | Solco Healthcare U.S., LLC (collectively ZHP)

19 | KIRKLAND & ELLIS LLP
BY:  ALEXIA R. BRANCATO, ESQUIRE
20 | 601 Lexington Avenue
New York, New York 10022
21 | Counsel for Defendants Torrent Pharma, Inc. and
Torrent Pharmaceuticals Ltd. (collectively Torrent)
22 |

HILL WALLACK, LLP
23 | BY: WILLIAM MURTHA, ESQUIRE
21 Roszel Road
24 | Princeton, New Jersey 08540
Counsel for Defendants Hetero Drugs and Hetero Labs

25 |

<pre>
 1   A P P E A R A N C E S:  (Continued)

 2   MORGAN, LEWIS & BOCKIUS, LLP
     BY: JOHN P. LAVELLE, JR.
 3   502 Carnegie Center
     Princeton, New Jersey 08540
 4   Counsel for Defendants Aurolife Pharma LLC
     and Aurobindo Pharma USA, Inc.
 5
     ARCHER & GREINER, P.C.
 6   BY:  MAUREEN THERESA COGHLAN, ESQUIRE
     1025 Laurel Oak Road
 7   Voorhees, NJ 08043
     Counsel for the Mylan Defendants
 8
     PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
 9   BY:  JASON M. REEFER, ESQUIRE
     One Oxford Centre, 38th Floor
10   Pittsburgh, Pennsylvania 15219
     Counsel for Defendant Mylan Pharmaceuticals, Inc.
11
     GREENBERG TRAURIG LLP
12   BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
          STEVEN HARKINS, ESQUIRE
13   3333 Piedmont Road, NE, Suite 2500
     Atlanta, Georgia 30305
14   Counsel For Defendants Teva Pharmaceutical Industries Ltd.,
     Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
15   Inc. (collectively Teva)

16   WALSH PIZZI O'REILLY FALANGA LLP
     BY:  CHRISTINE I. GANNON, ESQUIRE
17   Three Gateway Center, 100 Mulberry Street, 15th Floor
     Newark, New Jersey 07102
18   Counsel for Defendants Teva Pharmaceutical Industries Ltd.,
     Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma,
19   Inc. (collectively Teva)

20   BARNES & THORNBURG, LLP
     BY:  KARA KAPKE, ESQUIRE
21   11 South Meridian Street
     Indianapolis, IN 46204
22   Counsel for Retailer Defendants and CVS Pharmacy, Inc., and
     Walmart, Walgreens
23

24               (Appearances continued onto next page.)

25
</pre>

1    **A P P E A R A N C E S:**  (Continued)

2    ULMER & BERNE LLP
     BY: JEFFREY D. GEOPPINGER, ESQUIRE
3    600 Vine Street
     Suite 2800
4    Cincinnati, Ohio 45202
     Counsel for Wholesaler Defendants and AmerisourceBergen
5
     NORTON ROSE FULBRIGHT US LLP
6    BY:  D'LESLI DAVIS, ESQUIRE
          ELIZABETH NORRIS, ESQUIRE
7    2200 Ross Avenue, Suite 3600
     Dallas, Texas 75201
8    Counsel for Defendant Mckesson Corp.

9    FALKENBERG IVES LLP
     BY:  KIRSTIN B. IVES, ESQUIRE
10   230 W Monroe Street, Suite 2220
     Chicago, Illinois 60606
11   Counsel for Defendant Humana

12   WILEY REIN, LLP
     BY:  COREY WEINSTEIN, ESQUIRE
13   2050 M Street, NW
     Washington, DC 20036
14   For the Defendant Macleods Pharma USA, Inc.

15   **Also present:**

16   Larry MacStravic, The Courtroom Deputy

17   Clarissa Lintner, Esquire, Career Law Clerk to the Honorable
     Renée Marie Bumb, Chief Judge
18

19

20

21

22

23

24

25

1           (PROCEEDINGS held via Teams videoconferencing before

2     the Honorable Renée Marie Bumb, Chief United States District

3     Judge, and the Honorable Thomas I. Vanaskie (Ret.), Special

4     Master, at 9:30 a.m. as follows:)

5           CHIEF JUDGE BUMB:  Good morning, Judge.  We can hear

6     you.

7           JUDGE VANASKIE:  Good morning.

8           CHIEF JUDGE BUMB:  Good morning, everyone.

9           JUDGE VANASKIE:  Are we waiting on anyone?

10          (No response.)

11          JUDGE VANASKIE:  Hearing none.

12          MR. SLATER:  I don't think so.  At least for the

13    plaintiffs' side I think we're good.

14          JUDGE VANASKIE:  Okay.  All right.  So will you be

15    the spokesperson, Mr. Slater, for the plaintiffs?

16          MR. SLATER:  At least on some of the issues, Your

17    Honor.  I probably won't be addressing the deficiency parts of

18    the agenda.

19          JUDGE VANASKIE:  All right.

20          MR. SLATER:  But I'll probably be starting off on

21    some of the early issues that were raised by the defense.

22          JUDGE VANASKIE:  Okay.  And who will be addressing

23    the matters for the defense?

24          MS. LOCKARD:  Good morning.  Can you hear me, Your

25    Honor?

6

1           JUDGE VANASKIE:  I can.

2           MS. LOCKARD:  This is Victoria Lockard for the

3    record, and I will be addressing some of the issues for the

4    defense.

5           Steve Harkins will be addressing the deficiency

6    issues.

7           JUDGE VANASKIE:  Okay.  Are we ready to proceed then?

8           MS. LOCKARD:  Yes.

9           JUDGE VANASKIE:  All right.  The agenda letters were

10   very brief except for the listing of cases.

11          I take it you're going to be meeting and conferring

12   about Wave 3.  Is that correct?

13          MR. SLATER:  I would certainly think so, Your Honor.

14          JUDGE VANASKIE:  Mr. Slater.

15          MR. SLATER:  Yes, Judge.  I would expect we need to

16   do that.  We haven't done so.

17          JUDGE VANASKIE:  All right.  Ms. Lockard.

18          MS. LOCKARD:  Yes, of course we will endeavor to do

19   that.  I think that has to be done before those cases proceed

20   through litigation.

21          I think the threshold issue that we were trying to

22   perhaps remind the Court about is that there is an outstanding

23   motion for clarification that was filed March 18th of 2022,

24   which involves issues related to the NDEA impurity.

25          Now, what we're focused on currently in Phase 1 and 2

1    is the NDMA impurity.  But as to this other impurity, NDEA, at

2    the time of Judge Kugler's general causation rulings, there was

3    a ruling regarding Plaintiffs' general causation expert

4    excluding opinions regarding the carcinogenicity of NDEA with

5    respect to all cancers except pancreatic.

6              So in light of that, the defendants filed a motion

7    for clarification on March 18, 2022 -- I can get the ECF number

8    for you -- which essentially asks the Court to take up this

9    issue, because so many of the cases in Wave 3 relate to NDEA as

10   opposed to NDMA.  They also relate to these other cancers, and

11   we believe that's a threshold issue that needs to be addressed

12   by the Court before we launch into bellwether selections and

13   workup.

14             We addressed this as well in our letter to the Court

15   that we submitted last October, on October 29, 2024, so we

16   addressed it there.  I think this is just something that

17   doesn't have to be decided, you know, imminently, but it is a

18   threshold issue that we need to get before the Court so that if

19   we are going to winnow down these cases, that could be done

20   before we spend resources going through the remainder of Wave 3

21   cases.  And this particularly affects certain defendants,

22   including Teva, Mylan and Aurobindo.

23             CHIEF JUDGE BUMB:  Can I jump in, Judge?

24             JUDGE VANASKIE:  Yes.

25             CHIEF JUDGE BUMB:  Ms. Lockard, what's the

1    clarification you're seeking?

2            MS. LOCKARD:  Essentially, if you take Judge Kugler's

3    ruling on its face regarding the exclusion of the general

4    causation opinions as to NDEA and all cancers but pancreatic,

5    the natural conclusion is that all of those cases should be

6    dismissed and that the only NDEA cases that remain should be

7    pancreatic cancer cases.

8            Now, that hasn't been fully briefed.  Plaintiffs -- I

9    believe the Court put that motion on hold and Plaintiffs

10   haven't had a chance to brief that.  So, you know, it certainly

11   is not ripe, but we do need briefing.

12           CHIEF JUDGE BUMB:  So -- but -- and if I'm

13   understanding you correctly, the defendants are taking the

14   position that Wave 3 only involves cases involving NDEA and

15   pancreatic cancer.  The plaintiffs are disputing that.  I mean,

16   who seems to think that there needs clarification?  Because,

17   Mr. Slater, you dispute the opinion, or tell me.

18           MR. SLATER:  Good morning, Your Honor.

19           When the motion was filed, we looked at the motion

20   and went to the defense and then ultimately we spoke with

21   Judge Kugler who stayed the entire process by consent of all

22   the parties.

23           The motion was filed as was just described by defense

24   seeking that ruling.  We then were going to not only oppose the

25   motion but cross-move for the following reasons:  Two of our

1    experts, who went through *Daubert* and who had talked about NDEA

2    and cancer, were not limited in any way.  Only one of the

3    experts was limited.  Not all of our general -- so of our

4    general causation experts, it was Dr. Panigrahy who was really

5    the focus of that decision.  So we have other general causation

6    experts who did not have their opinions so limited, number one.

7    So that was one thing that we thought was important to

8    cross-move on.

9         And the second thing is Dr. Panigrahy's --

10        CHIEF JUDGE BUMB:  Well, can I just interrupt you for

11   a second, Mr. Slater?

12        MR. SLATER:  Of course.

13        CHIEF JUDGE BUMB:  I just want to make sure I'm

14   understanding it.  So it seems to me that what you're saying is

15   that while Judge Kugler ruled with respect to one expert that

16   it's limited to NDEA and pancreatic cancer, he did not address

17   other experts that might expand causation to other types of

18   cancer on the Wave 3 cases.  Did I say that right?

19        MR. SLATER:  I think -- without getting into the

20   semantics, in essence, we think that the basis of his decision

21   was the focus on Dr. Panigrahy and he didn't really focus on

22   our other general cause experts.

23        And the back end part of it is also that we believe

24   we have a very compelling argument to present to show that

25   Judge Kugler actually, when he analyzed Dr. Panigrahy's

1  testimony and report, that actually there is a great deal of

2  support in Dr. Panigrahy's opinions for these other cancers

3  that may have been overlooked or not analyzed in that decision.

4  So we were going to re-present that to Judge Kugler and say we

5  think you overlooked this and we think your decision is too

6  narrow for these reasons.

7       But, again, because of where we were in the case,

8  Judge suggested, and all the parties agreed, to stay the

9  process, don't file any more briefs, wait till the time comes

10 when we actually need to address the issue in the future.

11      THE COURT:  So it sounds like I have to revisit --

12 you want me to revisit his ruling.  So it's not really a motion

13 for clarification, because you're going to challenge the ruling

14 and say it shouldn't be limited to the pancreatic cancer.

15      MR. SLATER:  I think that, again, I'm not going to

16 get hung up on the semantics, but in essence, we were going to

17 ask Judge Kugler -- now would be Your Honor -- to take another

18 look at his decision in light of all of the expert reports and

19 potentially modify that decision to not limit NDEA to

20 pancreatic cancer.  And I can give you a little background on

21 the issue if you'd like.

22      CHIEF JUDGE BUMB:  Well, I just -- because I want

23 to -- I don't want to be the reason why, you know, we're

24 holding up things.  So can somebody give me the ECF numbers?

25      MS. LOCKARD:  Yes, Your Honor.  It's ECF 1976 is the

1    motion Defendants filed.  It was a motion for clarification.

2    You know, perhaps that wasn't -- you know, it could be styled

3    various ways.

4          To my knowledge, Plaintiffs have not filed any

5    motion.  They have suggested they want to file a motion or seek

6    some sort of revisitation of Judge Kugler's ruling, but they

7    have not yet filed any such motion.

8          A couple of points of clarification, though.  For

9    Wave 3, I don't want to mislead the Court, it doesn't only

10   involve NDEA.  There are certainly NDMA cases that are not

11   impacted by this.

12          CHIEF JUDGE BUMB:  Okay.

13          MS. LOCKARD:  But there's a significant number of

14   cases that are impacted by this.

15          And this is why -- you know, obviously the parties

16   disagree on this point.  You know, I will tell you, Judge

17   Kugler, when he made his ruling back at the hearing in March of

18   2022, I mean he specifically said -- and I'll read from the

19   transcript at page 153, lines 12 to 19 -- he said, and this is

20   with respect to one expert, that's right, he said:  "Defendants

21   are correct, though, about NDEA.  There's very little on that.

22   And there's -- he can express an opinion as to the association

23   between NDEA and pancreatic cancer because that's the only data

24   apparently that's available.  But he cannot express an opinion

25   as to NDEA exposure in esophageal, stomach, colorectal, liver,

1   lung, bladder, or prostate cancer."

2          So, you know, taking that at face value, if that is

3   the Court's ruling as to one expert, it should apply to all,

4   because it was based on the lack of scientific evidence.

5          I don't want to argue the motion.  Plaintiffs haven't

6   even had a chance to brief it.  But it is something that we

7   wanted to make clear to the Court that that is out there.  It

8   is a threshold issue.

9          MR. SLATER:  Judge, I --

10          CHIEF JUDGE BUMB:  I guess I'm still hung up on why

11   did the defendants file a motion for clarification when the

12   defendants themselves believe that the opinion is clear.

13          MS. LOCKARD:  Because we need to know if it is more

14   or less -- we were not allowed to file motions for summary

15   judgment at that point in time, but we needed to have a vehicle

16   to request a ruling that is definitive that means that those

17   cases should not be going forward.  And because there is some

18   disagreement and our interpretations differ with Plaintiffs, it

19   is something that we felt that the Court needed to address.

20          MR. SLATER:  Judge, I don't think it --

21          CHIEF JUDGE BUMB:  I don't know.  What you just read

22   to me seems pretty definitive and pretty clear.

23          MR. SLATER:  Judge, I --

24          MS. LOCKARD:  If the ruling --

25          CHIEF JUDGE BUMB:  Yes, Mr. Slater.

1    MR. SLATER:  If I could, I just want to -- I realize,

2    you know, counsel said she doesn't want to argue the motion,

3    but I don't want to leave you with a misperception, so I'd like

4    to tell you from our perspective what happened.  And it would

5    be brief.

6        The *Daubert* hearings were done on the record.  And

7    Judge Kugler ruled on the record, and there's transcripts of

8    his decisions.  And at the time of the hearing, he did not

9    limit the testimony of Dr. Panigrahy, who is a cancer

10   researcher and toxicologist, who's one of our general causation

11   experts, he did not limit him to pancreatic cancer.  He also

12   did not limit Dr. Lagana, who is a pathologist from Columbia,

13   or Dr. Hecht, who is a renowned researcher with regard to

14   nitrosamines, at all either at the hearing.

15       When the written order came out, the limitation came

16   out on Dr. Panigrahy.  And what I think the defense wanted

17   clarification on was, well, you've now limited Dr. Panigrahy,

18   contra to what happened at the actual *Daubert* hearing, but we

19   have Dr. Lagana and Dr. Hecht here.  So they wanted to try to

20   sweep other experts from other disciplines under that order.

21       And I can also tell you that I am -- I don't have the

22   transcript in front of me, but I'm pretty confident that the

23   expert that Ms. Lockard is talking about is none of those three

24   experts.  It's more likely than not, and if I'm wrong, I'm

25   wrong, but Dr. Etminan, who's our epidemiologist, because this

1    is one of the interesting issues.

2            NDMA, there's a whole host of articles going down

3    through the literature, mostly dietary articles, because, as

4    ZHP's own corporate rep said, it would be unethical to give

5    NDMA to humans and test what it does because it's considered to

6    be so dangerous.

7            NDEA is not as common of a nitrosamine because it

8    doesn't form as commonly in nature or is not used as commonly

9    as NDMA, which is used deliberately to give cancer to

10   laboratory animals, so it's been studied a lot more deeply,

11   although the seminal report or study on that actually used

12   both.  So there's not as much literature on NDEA.  There's

13   almost none.  But that's not a basis to say we can't prove

14   general causation.  So that's what I think counsel was reading

15   about, because obviously our epidemiologist is limited to

16   literature and studies and doing meta-analysis and that sort of

17   thing.

18            CHIEF JUDGE BUMB:  Okay.  So --

19            MR. SLATER:  I hope that helps.

20            CHIEF JUDGE BUMB:  Let me sum it up.  So I think the

21   issue is, because I'm more concerned about how it's going to be

22   presented to me, the defendants believe that the opinion

23   involving Dr. Panigrahy applies across the board to the

24   remaining three or so experts of the plaintiffs.  The

25   plaintiffs say, no, it doesn't, and this Court should examine

```
1    those three experts and determine on an individualized basis
2    under Rule 702 whether or not it reaches the same conclusion
3    that Judge Kugler did as to Panigrahy, okay?  Right so far?
4                MR. SLATER:  I think, in essence --
5                MS. LOCKARD:  With the correction --
6                MR. SLATER:  I think, in essence, because the
7    decisions -- I think a lot of it is just the decisions were
8    rendered at the Daubert hearings and the decision is a bit
9    broader and a little bit inconsistent with what the Judge ruled
10   at the hearing.
11               CHIEF JUDGE BUMB:  Well --
12               MR. SLATER:  But I think that's the gist of it,
13   Judge.  I'm not -- I can't subscribe to the actual -- I think
14   that's the gist of it, that those are the issues that have to
15   be looked at, how broad is the decision and what's going to be
16   limited, if anything.
17               CHIEF JUDGE BUMB:  Well, except though that if the
18   bases for Judge Kugler's decision with respect to Panigrahy
19   under Rule 702 forms the same bases for the other experts,
20   then, yeah, this Court -- I can't see why I would come to a
21   different conclusion.
22               But if there are facts and bases that are different
23   for the other experts that were not present for
24   Dr. Panigrahy's, then, you know, I would have to look at them.
25               So I don't know that it's a motion for clarification.
```

```
 1    I think, Plaintiffs, if you want to present the evidence with
 2    respect to those other experts, I'll hear it, and then the
 3    defendants' argument is going to be don't change; the bases for
 4    the opinion that Judge Kugler rendered with respect to
 5    Dr. Panigrahy applies across the board.  So I don't know how we
 6    get there.  How do we get there so I can resolve it?
 7              MR. SLATER:  I think the way that we get there, and I
 8    think counsel acknowledged that there's no rush because we're
 9    obviously doing a lot of work on the trial right now --
10              CHIEF JUDGE BUMB:  Okay.
11              MR. SLATER:  -- at some point, and I think we should
12    talk about it and then talk to the Court after we've had a
13    chance to speak for a while, because I don't think there's
14    anything imminent on this at all that the Court has to address.
15    We would -- I think that they filed their motion.  It was held;
16    we would then file our opposition and cross-motion, and they, I
17    suppose, could respond and we could decide how many rounds of
18    briefs are needed or what length.  That we could talk about as
19    the parties.  But that's how, I think, the briefing would have
20    to go.  They filed their brief, we would have to respond, and
21    at some point the Court would rule.
22              CHIEF JUDGE BUMB:  I'm just trying -- I don't -- I
23    understand now the bases why it's been filed.  But I think it
24    all hinges upon -- and I think it now switched -- I don't want
25    unnecessary briefing.
```

1          If the plaintiffs can point to something that's

2    different, i.e., the bases for your remaining experts' opinions

3    are different than the bases for Panigrahy's opinion, that's

4    all I'm interested in.  Otherwise, the defendants are likely to

5    persuade me that it applies across the board.

6          So you're going to have to -- the plaintiffs are

7    going to have to present to me why are your other experts other

8    than Panigrahy, why are their opinions based upon data, other

9    information, 702 issues, that were not present for Panigrahy.

10   And if you can't meet that, then why would I -- why would the

11   decision be different?  I think that's a much smoother way to

12   go, less complicates it, and you get to -- the issue gets

13   resolved.

14         So now I understand why the defendants are calling it

15   a motion for clarification.  I think they're just trying to

16   determine that Judge Kugler's opinion applies across the board.

17   But that only applies across the board if each expert's opinion

18   is similar in nature, has the same flaws that Judge Kugler

19   found for Panigrahy.

20         So I don't want unnecessary motions.  So when the

21   time comes -- and if my decision isn't holding up Wave 3

22   issues, great.  But when the time comes, that should be your

23   response to the motion for clarification, okay?

24         MR. SLATER:  Understood, Judge.  And I just want to

25   make sure that I clarify.  I have to go back to the papers.

1    Candidly, I didn't read all the motion papers again before

2    today.

3              CHIEF JUDGE BUMB:  Yeah.

4              MR. SLATER:  Because I do have to make sure about the

5    interaction between Dr. Etminan's opinions and what was

6    available in the literature versus what Dr. Panigrahy said.  I

7    just wanted to make it clear, that's all a factor.  I'm sure

8    you're not limiting us, but I just wanted to say that because I

9    don't want it unnecessarily narrowed, what we're talking about.

10             CHIEF JUDGE BUMB:  No.  That's precisely what you

11   should be doing.

12             MR. SLATER:  Understood.

13             CHIEF JUDGE BUMB:  That's precisely what you should

14   be doing.

15             The defendants are saying that Dr. Panigrahy's

16   opinion suffered the same -- that the flaws that Judge Kugler

17   found for that expert are the same flaws that exist in Expert

18   A, B and C that the plaintiffs want to produce and, therefore,

19   the opinion applies across the board.  And it now turns to the

20   plaintiff to say, no, because these experts differ in the

21   following ways...

22             And I think that's a much more productive way to

23   proceed.  Okay?

24             MR. SLATER:  Understood, Your Honor.  Thank you very

25   much.

```
 1              CHIEF JUDGE BUMB:  And you folks tell me when -- you
 2    folks tee it up.  You tell me when you need a decision.  I
 3    don't want to be the reason to hold up things.  Okay?
 4              MR. SLATER:  Yes.  Thank you.
 5              CHIEF JUDGE BUMB:  Okay.
 6              MS. LOCKARD:  And, Your Honor, for the reason that we
 7    have raised this --
 8              CHIEF JUDGE BUMB:  Yes.
 9              MS. LOCKARD:  -- and continue to raise it is just to
10    make it clear that that is why we cannot -- it is a step on the
11    road to proceeding with Wave 3.  It may be an opportunity to
12    reduce the numbers of Wave 3, but it's something that's out
13    there that needs to be addressed before we get to a real
14    schedule, a meet-and-confer on a real scheduling order for
15    Wave 3.  That was our entire intention simply in bringing this
16    up to the Court.
17              CHIEF JUDGE BUMB:  Yes.  And I understand that.  So
18    you folks control when it's ripe for my decision.  I've given
19    you the guidepost to follow in teeing it up for me, and I'll
20    get you a decision.  So hopefully that helps, okay?
21              MR. SLATER:  It does.  It gives a lot of clarity.
22    Thank you, Judge.
23              CHIEF JUDGE BUMB:  Okay.
24              JUDGE VANASKIE:  Well, is there any reason why you
25    can't proceed to make scheduling plans for the non-NDEA Wave 3
```

1   cases?

2            MR. SLATER:  Judge, there's no reason why we can't

3   start to talk about that.  And I'm glad you asked the question.

4   I didn't want to keep dragging the argument out, and I think

5   Ms. Lockard recognized it.  There's a lot of cases that remain

6   that aren't touched by this issue.  And we also have some

7   thoughts about what we think could be efficient moving forward

8   in terms of how to target cases moving forward.  And we've told

9   the defense that informally in some of our calls, so I think we

10  need to have a real -- probably some multiple discussions with

11  the defense to work through that.

12           But the answer is, yes, there's plenty of cases that

13  have no -- that aren't touched by this issue so they should not

14  be subject to it.

15           JUDGE VANASKIE:  Well, I would suggest that you start

16  the meet-and-confer process at least with respect to the

17  non-NDEA cases.

18           Is there a problem with that, Ms. Lockard?

19           MS. LOCKARD:  No, no, Judge Vanaskie.  I think we can

20  manage that.

21           JUDGE VANASKIE:  Okay.  Great.  Good.

22           So that's the Wave 3 bellwether case item on the

23  agenda letters.

24           CMO 38, product ID deficiencies, what needs to be

25  discussed with respect to that?

1        MR. HARKINS:  Good morning, Your Honor.  This is

2   Steve Harkins --

3        JUDGE VANASKIE:  Hi, Steve.

4        MR. HARKINS:  -- from Greenberg Traurig for the

5   defendants.

6        JUDGE VANASKIE:  Mr. Harkins.

7        MR. HARKINS:  Sorry for interrupting there, Your

8   Honor.

9        JUDGE VANASKIE:  No, go ahead.

10       MR. HARKINS:  Hopefully very little to discuss with

11  the Court this morning on this.  I just wanted to update that

12  since this order has been put in place, this is our first

13  listing of cases on the agenda.  Since we met and conferred

14  with Plaintiffs, we've managed to resolve nearly a dozen cases

15  with voluntary dismissals and obtained sufficient product ID

16  evidence in one additional matter, so we believe the process

17  appears to be working.

18       I do not have any updates for the Court on the cases

19  listed here.  We are continuing to meet and confer with

20  plaintiffs' counsel in the individual matters, to the extent we

21  can potentially resolve them voluntarily or obtain sufficient

22  product ID information and we'll certainly do that.

23       To the extent they're not resolved by the next case

24  management conference, we will list these cases again and

25  potentially request orders to show cause.  But there's nothing

1    that the defendants are requesting from the Court at this time.

2            JUDGE VANASKIE:  Okay.  And I take it there's nothing

3    for the Court at this time with respect to the pending orders

4    for show-cause?

5            MR. HARKINS:  Apologies, Your Honor.  Just for

6    clarification, on Agenda Item 2, or on the PFS deficiencies

7    orders to show cause?  I just want to make sure.

8            JUDGE VANASKIE:  Agenda Item 2.

9            MR. HARKINS:  Yes, that's correct, Your Honor.

10           On Agenda Item 2 there are no pending orders to show

11   cause and no orders to show cause are being requested today.

12           JUDGE VANASKIE:  All right.  And now the remaining

13   agenda item, as I understand it, that's just the first listing

14   of cases; is that correct?

15           MR. HARKINS:  And, Your Honor, just to be clear, and

16   I know our agenda letter has gotten a little long here with the

17   two tables, the Agenda Item 3 on PFS deficiencies and orders to

18   show cause which begins on page 13 and then the table starting

19   on page 14 of Defendants' agenda letter --

20           JUDGE VANASKIE:  All right.  Let me get to that.

21           MR. HARKINS:  -- turning to that agenda item, we do

22   not have any pending orders to show cause at this time.

23   However, there is a list of second listing cases beginning on

24   page 14.

25           JUDGE VANASKIE:  Gotcha.

1        MR. HARKINS:  The defendants are requesting orders to

2   show cause returnable at the next case management conference in

3   each of these eleven matters.

4        JUDGE VANASKIE:  All right.  So what you're looking

5   for are orders to show cause on those eleven cases?

6        MR. HARKINS:  That's correct, Your Honor.

7        JUDGE VANASKIE:  All right.  Does anybody want to

8   address this issue on the plaintiffs' side?

9        MR. NIGH:  Your Honor, we have two of those cases.

10  And we don't have any objection to the order to show cause.

11       JUDGE VANASKIE:  All right.  And which two are they?

12       MR. NIGH:  I don't recall the names, but I just knew

13  we --

14       JUDGE VANASKIE:  Okay.

15       MR. NIGH:  I can get those for you, though.

16       JUDGE VANASKIE:  We'll have orders to show cause

17  issued for the eleven cases and take it from there.

18       Is there anything else, Mr. Harkins, on the

19  show-cause process?

20       MR. HARKINS:  The only other item on page 16 of our

21  letter is a single additional case that is a first listing.  No

22  action is being requested with regard to that case at this

23  time.  To the extent it's not resolved, we'll continue to list

24  it for the next case management conference.

25       JUDGE VANASKIE:  Very well.

1           All right.  Anything else?

2           MR. SLATER:  Nothing for the plaintiffs.

3           MR. HARKINS:  Nothing for the defendants, Your Honor.

4           JUDGE VANASKIE:  All right.  So can you submit to us

5   the proposed show-cause orders for those eleven cases?

6           MR. HARKINS:  We can, Your Honor.  In prior

7   submissions, Loretta had handled preparation of it.  I have a

8   sample of that that we can provide if the Court would like to

9   take it from there, or the defendants prepare individual

10  show-cause orders --

11          JUDGE VANASKIE:  Yes.  Provide a sample and we'll

12  take it from there.  Yes.  Provide a sample and we'll take it

13  from there, all right?

14          MR. HARKINS:  Thank you, Your Honor.  Will do.

15          JUDGE VANASKIE:  All right.  Anything else on the

16  defense side?

17          MR. HARKINS:  Nothing, Your Honor.

18          JUDGE VANASKIE:  All right.  And nothing on the

19  plaintiffs' side.

20          All right.  Well, thank you all very much.

21          MR. SLATER:  Thank you, Judge.

22          JUDGE VANASKIE:  Judge Bumb, you'll be able to get to

23  your meeting now.

24          CHIEF JUDGE BUMB:  Thank you all very much.

25          JUDGE VANASKIE:  Thank you.

1          MR. HARKINS:  Thank you, Judge.

2          MR. SLATER:  Have a nice weekend.

3          JUDGE VANASKIE:  Thanks.  Bye-bye.

4          CHIEF JUDGE BUMB:  Bye-bye.

5          (Proceedings concluded at 9:56 a.m.)

6          - - - - - - - - - - - - - - - - - - - - -
        **FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE**
7          - - - - - - - - - - - - - - - - - - - - -

8          I certify that the foregoing is a correct transcript

9   from the record of proceedings in the above-entitled matter.

10

11

12  /S/John J. Kurz, RDR-RMR-CRR-CRC          March 29, 2025

13  Court Reporter/Transcriber

14

15

16

17

18

19

20

21

22

23

24

25

**CHIEF JUDGE BUMB: [28]**
**JUDGE VANASKIE: [36]**
**MR. HARKINS: [16]** 21/1 21/4 21/7 21/10 22/5 22/9 22/15 22/21 23/1 23/6 23/20 24/3 24/6 24/14 24/17 25/1
**MR. NIGH: [3]** 23/9 23/12 23/15
**MR. SLATER: [29]**
**MS. LOCKARD: [13]** 5/24 6/2 6/8 6/18 8/2 10/25 11/13 12/13 12/24 15/5 19/6 19/9 20/19
**THE COURT: [1]** 10/11

**/**
**/S/John [1]** 25/12

**0**
**07068 [1]** 1/16
**07102 [1]** 3/17
**08043 [1]** 3/7
**08101 [1]** 1/8
**08540 [2]** 2/24 3/3

**1**
**100 [1]** 3/17
**10001 [1]** 2/12
**10022 [1]** 2/20
**1025 [1]** 3/6
**103 [1]** 1/15
**11 [1]** 3/21
**12 [1]** 11/19
**12212 [1]** 2/6
**128 [1]** 2/12
**13 [1]** 22/18
**1301 [1]** 2/16
**14 [3]** 2/3 22/19 22/24
**15141 [1]** 2/6
**15219 [1]** 3/10
**153 [1]** 11/19
**15th [1]** 3/17
**16 [1]** 23/20
**18 [1]** 7/7
**19 [1]** 11/19
**1976 [1]** 10/25
**1:19-md-02875-RMB-SA K [1]** 1/4

**2**
**20004 [1]** 2/16
**20016 [1]** 2/3
**20036 [1]** 4/13
**2022 [3]** 6/23 7/7 11/18
**2024 [1]** 7/15
**2025 [2]** 1/8 25/12
**2050 [1]** 4/13
**207 [1]** 1/15
**21 [1]** 2/23
**2200 [1]** 4/7
**2220 [1]** 4/10
**230 [1]** 4/10
**2500 [1]** 3/13

**28 [1]** 1/8
**2800 [1]** 4/3
**29 [2]** 7/15 25/12

**3**
**30305 [1]** 3/13
**3333 [1]** 3/13
**33950 [1]** 2/9
**3600 [1]** 4/7
**38 [1]** 20/24
**38th [1]** 3/9

**4**
**42-128 [1]** 2/12
**45202 [1]** 4/4
**46204 [1]** 3/21
**4th [1]** 1/7

**5**
**502 [1]** 3/3
**576-7094 [1]** 1/22

**6**
**600 [1]** 4/3
**601 [1]** 2/20
**60606 [1]** 4/10

**7**
**701 [1]** 1/18
**70130 [1]** 1/19
**702 [3]** 15/2 15/19 17/9
**7094 [1]** 1/22
**75201 [1]** 4/7

**8**
**856 [1]** 1/22

**9**
**99 [1]** 2/9
**9:30 [1]** 1/9
**9:30 a.m [1]** 5/4
**9:56 a.m [1]** 25/5

**A**
**a.m [3]** 1/9 5/4 25/5
**able [1]** 24/22
**above [1]** 25/9
**above-entitled [1]** 25/9
**acknowledged [1]** 16/8
**across [6]** 14/23 16/5 17/5 17/16 17/17 18/19
**Actavis [4]** 3/14 3/14 3/18 3/18
**action [2]** 1/3 23/22
**actual [2]** 13/18 15/13
**actually [4]** 9/25 10/1 10/10 14/11
**ADAM [1]** 1/14
**additional [2]** 21/16 23/21
**address [5]** 9/16 10/10 12/19 16/14 23/8
**addressed [4]** 7/11 7/14 7/16 19/13
**addressing [4]** 5/17 5/22 6/3 6/5
**affects [1]** 7/21

**after [1]** 16/12
**again [4]** 10/7 10/15 18/1 21/24
**agenda [12]** 5/18 6/9 20/23 21/13 22/6 22/8 22/10 22/13 22/16 22/17 22/19 22/21
**agreed [1]** 10/8
**ahead [1]** 21/9
**aided [1]** 1/24
**Albany [1]** 2/6
**ALEXIA [1]** 2/19
**ALFANO [1]** 3/8
**all [31]**
**allowed [1]** 12/14
**almost [1]** 14/13
**also [6]** 4/15 7/10 9/23 13/11 13/21 20/6
**although [1]** 14/11
**am [1]** 13/21
**AmerisourceBergen [1]** 4/4
**analysis [1]** 14/16
**analyzed [2]** 9/25 10/3
**animals [1]** 14/10
**another [1]** 10/17
**answer [1]** 20/12
**any [8]** 9/2 10/9 11/4 11/7 19/24 21/18 22/22 23/10
**anybody [1]** 23/7
**anyone [1]** 5/9
**anything [5]** 15/16 16/14 23/18 24/1 24/15
**Apologies [1]** 22/5
**apparently [1]** 11/24
**Appearances [1]** 3/24
**appears [1]** 21/17
**applies [6]** 14/23 16/5 17/5 17/16 17/17 18/19
**apply [1]** 12/3
**ARCHER [1]** 3/5
**are [28]**
**aren't [2]** 20/6 20/13
**argue [2]** 12/5 13/2
**argument [3]** 9/24 16/3 20/4
**ARPS [1]** 2/11
**articles [2]** 14/2 14/3
**ask [1]** 10/17
**asked [1]** 20/3
**asks [1]** 7/8
**association [1]** 11/22
**Atlanta [1]** 3/13
**Aurobindo [2]** 3/4 7/22
**Aurolife [1]** 3/4
**available [2]** 11/24 18/6
**Avenue [3]** 2/16 2/20 4/7

**B**
**back [3]** 9/23 11/17 17/25
**background [1]** 10/20
**BARNES [1]** 3/20
**based [2]** 12/4 17/8
**bases [7]** 15/18 15/19 15/22 16/3 16/23 17/2 17/3

**basis [3]** 9/20 14/13 15/1
**because [21]** 7/9 8/16 10/7 10/13 10/22 11/23 12/4 12/13 12/17 13/25 14/3 14/5 14/7 14/15 14/21 15/6 16/8 16/13 18/4 18/8 18/20
**been [5]** 8/8 10/3 14/10 16/23 21/12
**before [7]** 5/1 6/19 7/12 7/18 7/20 18/1 19/13
**beginning [1]** 22/23
**begins [1]** 22/18
**being [2]** 21/3 23/22
**believe [6]** 7/11 8/9 9/23 12/12 14/22 21/16
**bellwether [2]** 7/12 20/22
**BERNARDO [1]** 2/11
**BERNE [1]** 4/2
**between [2]** 11/23 18/5
**bit [2]** 15/8 15/9
**bladder [1]** 12/1
**board [6]** 14/23 16/5 17/5 17/16 17/17 18/19
**BOCKIUS [1]** 3/2
**BOGDAN [1]** 2/5
**BOSICK [1]** 3/8
**both [1]** 14/12
**Box [1]** 2/6
**BRANCATO [1]** 2/19
**brief [5]** 6/10 8/10 12/6 13/5 16/20
**briefed [1]** 8/16
**briefing [3]** 8/11 16/19 16/25
**briefs [2]** 10/9 16/18
**bringing [1]** 19/15
**broad [1]** 15/15
**broader [1]** 15/9
**Building [1]** 1/7
**BUMB [4]** 1/10 4/17 5/2 24/22
**bye [4]** 25/3 25/3 25/4 25/4
**Bye-bye [2]** 25/3 25/4

**C**
**calling [1]** 17/14
**calls [1]** 20/9
**Camden [1]** 1/8
**came [2]** 13/15 13/15
**Camp [1]** 1/18
**can [18]** 5/5 5/24 6/1 7/7 7/23 9/10 10/20 10/24 11/22 13/21 16/6 17/1 20/19 21/21 23/15 24/4 24/6 24/8
**can't [6]** 14/13 15/13 15/20 17/10 19/25 20/2
**cancer [12]** 8/7 8/15 9/2 9/16 9/18 10/14 10/20 11/23 12/1 13/9 13/11 14/9
**cancers [4]** 7/5 7/10 8/4 10/2
**Candidly [1]** 18/1
**cannot [2]** 11/24 19/10

**carcinogenicity [1]** 7/4
**Career [1]** 4/17
**Carnegie [1]** 3/3
**CARR [1]** 3/3
**case [8]** 1/5 10/7 20/22 21/23 23/2 23/21 23/2 23/24
**cases [28]**
**causation [8]** 7/2 7/3 8/4 9/4 9/5 9/17 13/10 14/14 14/14
**cause [15]** 9/22 21/25 22/4 22/7 22/11 22/11 22/18 22/22 23/2 23/5 23/10 23/16 23/19 24/5 24/10
**Center [2]** 3/3 3/17
**Centre [1]** 3/9
**certain [1]** 7/17
**certainly [4]** 6/13 8/10 11/10 21/22
**CERTIFICATE [1]** 25/6
**certify [1]** 25/8
**challenge [1]** 10/13
**chance [3]** 8/10 12/6 16/13
**change [1]** 16/3
**Chicago [1]** 4/10
**CHIEF [3]** 1/10 4/17 5/2
**CHRISTINE [1]** 3/16
**CHRISTOPHER [1]** 1/15
**Cincinnati [1]** 4/4
**CIVIL [1]** 1/3
**clarification [13]** 6/23 7/7 8/1 8/16 10/13 11/1 11/8 12/11 13/17 15/25 17/15 17/23 22/6
**clarify [1]** 17/25
**Clarissa [1]** 4/17
**clarity [1]** 19/21
**Class [2]** 1/19 2/4
**clear [6]** 12/7 12/12 12/22 18/7 19/10 22/15
**Clerk [1]** 4/17
**CMO [1]** 20/24
**Co [5]** 1/16 1/19 2/4 2/13 2/17
**Co-Lead [3]** 1/16 1/19 2/4
**COGHLAN [1]** 3/6
**Cohen [1]** 1/7
**collectively [5]** 2/14 2/18 2/21 3/15 3/19
**colorectal [1]** 11/25
**Columbia [1]** 13/12
**come [1]** 15/20
**comes [3]** 10/9 17/21 17/22
**Commencing [1]** 1/9
**common [1]** 14/7
**commonly [2]** 14/8 14/8
**compelling [1]** 9/24
**complicates [1]** 17/12
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concerned [1]** 14/21
**concluded [1]** 25/5

**C**

**conclusion [3]** 8/5 15/2 15/21
**confer [3]** 19/14 20/16 21/19
**conference [4]** 1/5 21/24 23/2 23/24
**conferred [1]** 21/13
**conferring [1]** 6/11
**confident [1]** 13/22
**CONLEE [1]** 1/18
**consent [1]** 8/21
**considered [1]** 14/5
**continue [2]** 19/9 23/23
**continued [4]** 2/1 3/1 3/24 4/1
**continuing [1]** 21/19
**contra [1]** 13/18
**control [1]** 19/18
**Cooper [1]** 1/7
**COREY [1]** 4/12
**Corp [1]** 4/8
**corporate [1]** 14/4
**correct [6]** 6/12 11/21 22/9 22/14 23/6 25/8
**correction [1]** 15/5
**correctly [1]** 8/13
**could [7]** 7/19 11/2 13/1 16/17 16/17 16/18 20/7
**counsel [21]** 1/16 1/19 2/4 2/10 2/13 2/17 2/21 2/24 3/4 3/7 3/10 3/14 3/18 3/22 4/4 4/8 4/11 13/2 14/14 16/8 21/20
**couple [1]** 11/8
**course [2]** 6/18 9/12
**COURT [24]** 1/1 1/21 6/22 7/8 7/12 7/14 7/18 8/9 11/9 12/7 12/19 14/25 15/20 16/12 16/14 16/21 19/16 21/11 21/18 22/1 22/3 24/8 25/6 25/13
**Court's [1]** 12/3
**Courthouse [1]** 1/7
**Courtroom [1]** 4/16
**CRC [1]** 25/12
**cross [3]** 8/25 9/8 16/16
**cross-motion [1]** 16/16
**cross-move [1]** 8/25 9/8
**CRR [1]** 25/12
**currently [1]** 6/25
**CVS [1]** 3/22

**D**

**D'LESLI [1]** 4/6
**D.C [2]** 2/3 2/16
**Dallas [1]** 4/7
**dangerous [1]** 14/6
**DANIEL [1]** 2/2
**data [2]** 11/23 17/8
**Daubert [4]** 9/1 13/6 13/18 15/8
**DAVIS [2]** 3/12 4/6
**DC [1]** 4/13
**deal [1]** 10/1
**decide [1]** 16/17
**decided [1]** 7/17

**decision [14]** 9/5 9/20 10/3 10/5 10/18 10/19 15/8 15/15 15/18 17/11 17/21 19/2 19/18 19/20
**decisions [3]** 13/8 15/7 15/7
**deeply [1]** 14/10
**Defendant [4]** 3/10 4/8 4/11 4/14
**defendants [26]**
**defendants' [2]** 16/3 22/19
**defense [9]** 5/21 5/23 6/4 8/20 8/23 13/16 20/9 20/11 24/16
**deficiencies [3]** 20/24 22/6 22/17
**deficiency [2]** 5/17 6/5
**definitive [2]** 12/16 12/22
**deliberately [1]** 14/9
**Deputy [1]** 4/16
**described [1]** 8/23
**determine [2]** 15/1 17/16
**did [8]** 9/6 9/16 9/18 12/11 13/8 13/11 13/12 15/3
**didn't [3]** 9/21 18/1 20/4
**dietary [1]** 14/3
**differ [2]** 12/18 18/20
**different [5]** 15/21 15/22 17/2 17/3 17/11
**disagree [1]** 11/16
**disagreement [1]** 12/18
**disciplines [1]** 13/20
**discuss [1]** 21/10
**discussed [1]** 20/25
**discussions [1]** 20/10
**dismissals [1]** 21/15
**dismissed [1]** 8/6
**dispute [1]** 8/17
**disputing [1]** 8/15
**DISTRICT [4]** 1/1 1/1 1/10 5/2
**does [3]** 14/5 19/21 23/7
**doesn't [5]** 7/17 11/9 13/2 14/8 14/25
**doing [4]** 14/16 16/9 18/11 18/14
**done [4]** 6/16 6/19 7/19 13/6
**down [2]** 7/19 14/2
**dozen [1]** 21/14
**Dr. [19]** 9/4 9/9 9/21 9/25 10/2 13/9 13/12 13/13 13/16 13/17 13/19 13/19 13/25 14/23 15/24 16/5 18/5 18/6 18/15 18/6
**Dr. Etminan [1]** 13/25
**Dr. Etminan's [1]** 18/5
**Dr. Hecht [2]** 13/13 13/19
**Dr. Lagana [2]** 13/12 13/19
**Dr. Panigrahy [8]** 9/4 9/21 13/9 13/16 13/17 14/23 16/5 18/6
**Dr. Panigrahy's [5]** 9/9

9/25 10/2 15/24 18/15
**dragging [1]** 20/4
**Drugs [1]** 2/24

**E**

**each [2]** 17/17 23/3
**early [1]** 5/21
**ECF [3]** 7/7 10/24 10/25
**Economic [2]** 1/19 2/4
**efficient [1]** 20/7
**Eisenhower [1]** 1/15
**either [1]** 13/14
**eleven [4]** 23/3 23/5 23/17 24/5
**ELIZABETH [1]** 4/6
**ELLIS [2]** 2/15 2/19
**else [3]** 23/18 24/1 24/15
**EMERICH [1]** 2/8
**end [1]** 9/23
**endeavor [1]** 6/18
**entire [2]** 8/21 19/15
**entitled [1]** 25/9
**epidemiologist [2]** 13/25 14/15
**esophageal [1]** 11/25
**ESQUIRE [22]** 1/14 1/15 1/18 2/2 2/5 2/8 2/11 2/15 2/19 2/23 3/6 3/9 3/12 3/12 3/16 3/20 4/2 4/6 4/6 4/9 4/12 4/17
**essence [4]** 9/20 10/16 15/4 15/6
**essentially [2]** 7/8 8/2
**Etminan [1]** 13/25
**Etminan's [1]** 18/5
**even [1]** 12/6
**everyone [1]** 5/8
**evidence [5]** 12/4 16/1 21/16
**examine [1]** 14/25
**except [3]** 6/10 7/5 15/17
**excluding [1]** 7/4
**exclusion [1]** 8/3
**exist [1]** 18/17
**expand [1]** 9/17
**expect [1]** 6/15
**expert [8]** 7/3 9/15 10/18 11/20 12/13 13/21 18/17 18/17
**expert's [1]** 17/17
**experts [16]** 9/1 9/3 9/4 9/6 9/17 9/22 13/11 13/20 13/24 14/24 15/1 15/19 15/23 16/2 17/7 18/20
**experts' [1]** 17/2
**exposure [1]** 11/25
**express [2]** 11/22 11/24
**extent [3]** 21/20 21/23 23/23

**F**

**face [2]** 8/3 12/2
**factor [1]** 18/7
**facts [1]** 15/22
**FALANGA [1]** 3/16
**FALKENBERG [1]** 4/9
**far [1]** 15/3

**FARR [2]** 2/8 2/8
**FEDERAL [1]** 25/6
**felt [1]** 12/19
**file [5]** 10/9 11/5 12/11 12/14 16/16
**filed [6]** 6/23 7/6 8/19 8/23 11/1 11/4 11/7 16/15 16/20 16/23
**first [3]** 21/12 22/13 23/21
**flaws [3]** 17/18 18/16 18/17
**FLOM [1]** 2/11
**Floor [3]** 2/3 3/9 3/17
**Florida [1]** 2/9
**focus [3]** 9/5 9/21 9/21
**focused [1]** 6/25
**folks [3]** 19/1 19/2 19/18
**follow [1]** 19/19
**following [3]** 8/25 18/21
**follows [1]** 5/4
**foregoing [1]** 25/8
**form [1]** 14/8
**forms [1]** 15/19
**forward [3]** 12/17 20/7 20/8
**found [2]** 17/19 18/17
**FREEMAN [1]** 1/14
**Friday [1]** 1/8
**front [1]** 13/22
**FULBRIGHT [1]** 4/5
**fully [1]** 8/8
**future [1]** 10/10

**G**

**GANNON [1]** 3/16
**Gateway [1]** 3/17
**GEDDIS [1]** 1/15
**general [9]** 7/2 7/3 8/3 9/3 9/4 9/5 9/22 13/10 14/14
**GEOPPINGER [1]** 4/2
**GEORGE [1]** 2/8
**Georgia [1]** 3/13
**gets [1]** 17/12
**getting [1]** 9/19
**gist [2]** 15/12 15/14
**give [4]** 10/20 10/24 14/4 14/9
**given [1]** 19/18
**gives [1]** 19/21
**glad [1]** 20/3
**GOLDENBERG [1]** 2/2
**good [8]** 5/5 5/7 5/8 5/13 5/24 8/18 20/21 21/1
**Gorda [1]** 2/9
**GORDON [1]** 3/8
**Gotcha [1]** 22/25
**gotten [1]** 22/16
**great [3]** 10/1 17/22 20/21
**GREENBERG [2]** 3/11 21/4
**GREINER [1]** 3/5
**guess [1]** 12/10
**guidepost [1]** 19/19

**H**

**HACKETT [1]** 2/8
**handled [1]** 24/7
**happened [2]** 13/4 13/18
**HARDING [1]** 2/5
**HARKINS [5]** 3/12 6/5 21/2 21/6 23/18
**has [5]** 6/19 16/14 17/18 21/12 22/16
**hasn't [1]** 8/8
**have [31]**
**haven't [3]** 6/16 8/10 12/5
**he [19]** 9/16 9/21 9/25 11/17 11/18 11/19 11/20 11/22 11/24 13/8 13/11 13/11
**Healthcare [2]** 2/14 2/18
**hear [3]** 5/5 5/24 16/2
**hearing [6]** 5/11 11/17 13/8 13/14 13/18 15/10
**hearings [2]** 13/6 15/8
**Hecht [2]** 13/13 13/19
**held [2]** 5/1 16/15
**helps [2]** 14/19 19/20
**here [3]** 13/19 21/19 22/16
**Hetero [2]** 2/24 2/24
**Hi [1]** 21/3
**HILL [1]** 2/22
**him [1]** 13/11
**hinges [1]** 16/24
**his [5]** 9/20 10/12 10/18 11/17 13/8
**hold [2]** 8/9 19/3
**holding [2]** 10/24 17/21
**HOLMES [1]** 2/8
**Honor [19]** 5/17 5/25 6/13 8/18 10/17 10/25 18/24 19/6 21/1 21/8 22/5 22/9 22/15 23/6 23/9 24/3 24/6 24/14 24/17
**HONORABLE [5]** 1/10 1/11 4/17 5/2 5/3
**hope [1]** 14/19
**hopefully [2]** 19/20 21/19
**host [1]** 14/2
**However [1]** 22/23
**Huahai [4]** 2/13 2/13 2/17 2/17
**Humana [1]** 4/11
**humans [1]** 14/5
**hung [2]** 10/16 12/10

**I**

**I'd [1]** 13/3
**I'll [4]** 5/20 11/18 16/2 19/19
**I'm [13]** 8/12 9/13 10/15 12/10 13/22 13/24 13/24 14/21 15/13 16/22 17/4 18/7 20/3
**I've [1]** 19/18
**i.e [1]** 17/2
**ID [3]** 20/24 21/15 21/22
**Illinois [1]** 4/10
**imminent [1]** 16/14

**I**

imminently [1] 7/17
impacted [2] 11/11 11/14
important [1] 9/7
impurity [3] 6/24 7/1 7/1
Inc [13] 2/13 2/13 2/17
2/17 2/21 3/4 3/10 3/14
3/15 3/18 3/19 3/22 4/14
including [1] 7/22
inconsistent [1] 15/9
Indianapolis [1] 3/21
individual [2] 21/20 24/9
individualized [1] 15/1
Industries [2] 3/14 3/18
informally [1] 20/9
information [2] 17/9
21/22
intention [1] 19/15
interaction [1] 18/5
interested [1] 17/4
interesting [1] 14/1
interpretations [1] 12/18
interrupt [1] 9/10
interrupting [1] 21/7
involve [1] 11/10
involves [2] 6/24 8/14
involving [2] 8/14 14/23
IRBESARTAN [1] 1/4
isn't [1] 17/21
issue [12] 6/21 7/9 7/11
7/18 10/10 10/21 12/8
14/21 17/12 20/6 20/13
23/8
issued [1] 23/17
issues [9] 5/16 5/21 6/3
6/6 6/24 14/1 15/14 17/9
17/22
item [8] 20/22 22/6 22/8
22/10 22/13 22/17 22/21
23/20
its [1] 8/3
IVES [2] 4/9 4/9

**J**

JASON [1] 3/9
JEFFREY [1] 4/2
JERSEY [6] 1/1 1/8 1/16
2/24 3/3 3/17
John [4] 1/21 1/22 3/2
25/12
JR [1] 3/2
JUDGE [35]
Judge Kugler [1] 8/21
judgment [1] 12/15
jump [1] 7/23
just [20] 7/16 8/23 9/10
9/13 10/22 12/21 13/1
15/7 16/22 17/15 17/24
18/7 18/8 19/9 21/11 22/5
22/7 22/13 22/15 23/12

**K**

KANNER [1] 1/17
KAPKE [1] 3/20
KARA [1] 3/20
KATZ [1] 1/14
keep [1] 20/4

KIRKLAND [2] 2/15
2/19
KIRSTIN [1] 4/9
knew [1] 23/12
know [15] 7/17 8/10
10/23 11/2 11/12 11/15
11/16 12/2 12/13 12/21
13/2 15/24 15/25 16/5
22/16
knowledge [1] 11/4
Kugler [11] 8/21 9/15
9/25 10/4 10/17 11/17
13/7 15/3 16/4 17/18
18/16
Kugler's [5] 7/2 8/2 11/6
15/18 17/16
Kurz [3] 1/21 1/22 25/12

**L**

laboratory [1] 14/10
Labs [1] 2/24
Lagana [2] 13/12 13/19
Larry [1] 4/16
last [1] 7/15
launch [1] 7/12
Laurel [1] 3/6
LAVELLE [1] 3/2
Law [1] 4/17
Lead [3] 1/16 1/19 2/4
least [3] 5/12 5/16 20/16
leave [1] 13/3
length [1] 16/18
less [2] 12/14 17/12
Let [2] 14/20 22/20
letter [4] 7/14 22/16
22/19 23/21
letters [2] 6/9 20/23
LEWIS [1] 3/2
Lexington [1] 2/20
LIABILITY [1] 1/5
light [2] 7/6 10/18
like [4] 10/11 10/21 13/3
24/8
likely [2] 14/20 19/11
limit [4] 10/19 13/9 13/11
13/12
limitation [1] 13/15
limited [8] 9/2 9/3 9/6
9/16 10/14 13/17 14/15
15/16
limiting [1] 18/8
lines [1] 11/19
Lintner [1] 4/17
list [3] 21/24 22/23 23/23
listed [1] 21/19
listing [5] 6/10 21/13
22/13 22/23 23/21
literature [4] 14/3 14/12
14/16 18/6
litigation [2] 1/5 6/20
little [5] 10/20 11/21 15/9
21/10 22/16
liver [1] 11/25
LLC [7] 1/14 1/17 2/14
2/18 3/4 3/14 3/18
LLP [13] 2/11 2/15 2/19

2/22 3/2 3/8 3/11 3/16
3/20 4/2 4/5 4/9 4/12
LOCKARD [7] 3/12 6/2
6/17 7/25 13/23 20/5
20/18
long [1] 22/16
look [2] 10/18 15/24
looked [2] 8/19 15/15
looking [1] 23/4
Loretta [1] 24/7
LOSARTAN [1] 1/3
Loss [2] 1/19 2/4
lot [5] 14/10 15/7 16/9
19/21 20/5
Louisiana [1] 1/19
LP [1] 2/5
Ltd [5] 2/13 2/17 2/21
3/14 3/18
lung [1] 12/1

**M**

Macleods [1] 4/14
MacStravic [1] 4/16
made [1] 11/17
make [8] 9/13 12/7 17/25
18/4 18/7 19/10 19/25
22/7
manage [1] 20/20
managed [1] 21/14
management [4] 1/5
21/24 23/2 23/24
Manhattan [1] 2/12
many [2] 7/9 16/17
March [5] 1/8 6/23 7/7
11/17 25/12
March 18 [1] 7/7
March 18th of [1] 6/23
MARIE [3] 1/10 4/17 5/2
MASTER [2] 1/11 5/4
matter [2] 21/16 25/9
matters [3] 5/23 21/20
23/3
MAUREEN [1] 3/6
may [2] 10/3 19/11
MAZIE [1] 1/14
MAZZOTTI [1] 2/5
Mckesson [1] 4/8
md [1] 1/4
MDL [1] 1/16
me [15] 5/24 8/17 9/14
10/12 10/24 12/22 13/22
14/20 14/22 17/5 17/7
19/1 19/2 19/19 22/20
MEAGHER [1] 2/11
mean [2] 8/15 11/18
means [1] 12/16
mechanical [1] 1/23
meet [4] 17/10 19/14
20/16 21/19
meeting [2] 6/11 24/23
Meridian [1] 3/21
met [1] 21/13
meta [1] 14/16
meta-analysis [1] 14/16
might [1] 9/17
mislead [1] 11/9
misperception [1] 13/3

Mitchell [1] 1/7
modify [1] 10/19
Monroe [1] 4/10
more [6] 10/9 12/13
13/24 14/10 14/21 18/22
MORGAN [1] 3/2
morning [7] 5/5 5/7 5/8
5/24 8/18 21/1 21/11
mostly [1] 14/3
motion [22] 6/23 7/6 8/9
8/19 8/19 8/23 8/25 10/12
11/1 11/1 11/5 11/5 11/7
12/5 12/11 13/2 15/25
16/15 16/16 17/15 17/23
18/1
motions [2] 12/14 17/20
move [2] 8/25 9/8
moving [2] 20/7 20/8
Mr [2] 9/11 21/6
Mr. [5] 5/15 6/14 8/17
12/25 23/18
Mr. Harkins [1] 23/18
Mr. Slater [4] 5/15 6/14
8/17 12/25
Ms. [5] 6/17 7/25 13/23
20/5 20/18
Ms. Lockard [5] 6/17
7/25 13/23 20/5 20/18
much [6] 14/12 17/11
18/22 18/25 24/20 24/24
Mulberry [1] 3/17
multiple [1] 20/10
MURTHA [1] 2/23
my [3] 11/4 17/21 19/18
Mylan [3] 3/7 3/10 7/22

**N**

N.W [1] 2/16
names [1] 23/12
narrow [1] 10/6
narrowed [1] 18/9
natural [1] 8/5
nature [2] 14/8 17/18
NDEA [18] 6/24 7/1 7/4
7/9 8/4 8/6 8/14 9/1 9/16
10/19 11/10 11/21 11/23
11/25 14/7 14/12 19/25
20/17
NDMA [6] 7/1 7/10
11/10 14/2 14/5 14/9
NE [1] 3/13
nearly [1] 21/14
need [7] 6/15 7/18 8/11
10/10 12/13 19/2 20/10
needed [3] 12/15 12/19
16/18
needs [4] 7/11 8/16 19/13
20/24
Nesbit [1] 2/9
NEW [12] 1/1 1/8 1/16
1/19 2/6 2/12 2/12 2/20
2/20 2/24 3/3 3/17
Newark [1] 3/17
next [4] 3/24 21/23 23/2
23/24
nice [1] 25/2
NIGH [2] 2/2 2/2

NINA [1] 2/15
nitrosamine [1] 14/7
nitrosamines [1] 13/14
NJ [1] 3/7
njd.uscourts.gov [1] 1/22
no [13] 5/10 14/25 16/8
18/10 18/20 20/2 20/13
20/19 20/19 21/9 22/10
22/11 23/21
non [2] 19/25 20/17
non-NDEA [2] 19/25
20/17
none [3] 5/11 13/23 14/13
NORRIS [1] 4/6
NORTON [1] 4/5
not [33]
nothing [6] 21/25 22/2
24/2 24/3 24/17 24/18
now [11] 6/25 8/8 10/17
13/17 16/9 16/23 16/24
17/14 18/19 22/22 24/10
number [4] 1/3 7/7 9/6
11/13
numbers [2] 10/24 19/12
NW [2] 2/3 4/13

**O**

O'REILLY [1] 3/16
Oak [1] 3/6
objection [1] 23/10
obtain [1] 21/21
obtained [1] 21/15
obviously [3] 11/15 14/15
16/9
October [2] 7/15 7/15
October 29 [1] 7/15
off [1] 5/20
Official [2] 1/21 25/6
Ohio [1] 4/4
okay [16] 5/14 5/22 6/7
11/12 14/18 15/3 16/10
17/23 18/23 19/3 19/5
19/20 19/23 20/21 22/3
23/14
one [11] 2/12 3/9 9/2 9/6
9/7 9/15 11/20 12/3 13/10
14/1 21/16
only [8] 8/6 8/14 8/24 9/2
11/9 11/23 17/17 23/20
opinion [11] 8/17 11/22
11/24 12/12 14/22 16/4
17/3 17/16 17/17 18/16
18/19
opinions [7] 7/4 8/4 9/6
10/2 17/2 17/8 18/5
opportunity [1] 19/11
oppose [1] 8/24
opposed [1] 7/10
opposition [1] 16/16
order [5] 13/15 13/20
19/14 21/12 23/10
orders [12] 21/25 22/3
22/7 22/10 22/11 22/17
22/22 23/1 23/5 23/16
24/5 24/10
Orleans [1] 1/19
other [16] 7/1 7/10 9/5

**O**

**other... [13]** 9/17 9/17 9/22 10/2 13/20 13/20 15/19 15/23 16/2 17/7 17/7 17/8 23/20

**Otherwise [1]** 17/4

**our [16]** 7/14 8/25 9/3 9/3 9/22 12/18 13/4 13/10 13/25 14/15 16/16 19/15 20/9 21/12 22/16 23/20

**out [5]** 12/7 13/15 13/16 19/12 20/4

**outstanding [1]** 6/22

**overlooked [2]** 10/3 10/5

**own [1]** 14/4

**Oxford [1]** 3/9

**P**

**P.C [1]** 3/5

**page [6]** 3/24 11/19 22/18 22/19 22/24 23/20

**page 13 [1]** 22/18

**page 14 [2]** 22/19 22/24

**page 153 [1]** 11/19

**page 16 [1]** 23/20

**pancreatic [9]** 7/5 8/4 8/7 8/15 9/16 10/14 10/20 11/23 13/11

**Panigrahy [13]** 9/4 9/21 13/9 13/16 13/17 14/23 15/3 15/18 16/5 17/8 17/9 17/19 18/6

**Panigrahy's [6]** 9/9 9/25 10/2 15/24 17/3 17/18/15

**papers [2]** 17/25 18/1

**Parkway [1]** 1/15

**part [1]** 9/23

**particularly [1]** 7/21

**parties [4]** 8/22 10/8 11/15 16/19

**parts [1]** 5/17

**Party [2]** 1/19 2/4

**pathologist [1]** 13/4

**Payor [2]** 1/19 2/4

**pending [3]** 22/3 22/10 22/22

**Pennsylvania [2]** 2/16 3/10

**perhaps [2]** 6/22 11/2

**perspective [1]** 13/4

**persuade [1]** 17/5

**PFS [2]** 22/6 22/17

**Pharma [6]** 2/21 3/4 3/4 3/14 3/18 4/14

**Pharmaceutical [6]** 2/13 2/13 2/17 2/17 3/14 3/18

**Pharmaceuticals [4]** 2/21 3/10 3/14 3/18

**Pharmacy [1]** 3/22

**Phase [1]** 6/25

**Piedmont [1]** 3/13

**PIETRAGALLO [1]** 3/8

**Pittsburgh [1]** 3/10

**PIZZI [1]** 3/16

**place [1]** 21/12

**plaintiff [1]** 18/20

**plaintiffs [18]** 1/16 2/7

2/10 5/15 8/8 8/9 8/15 11/4 12/5 12/18 14/24 14/25 16/1 17/1 17/6 18/18 21/14 24/2

**plaintiffs' [5]** 5/13 7/3 21/20 23/8 24/19

**plans [1]** 19/25

**plenty [1]** 20/12

**PLLC [2]** 2/2

**PO [1]** 2/6

**point [5]** 11/16 12/15 16/11 16/21 17/1

**points [1]** 11/8

**position [1]** 8/14

**potentially [3]** 10/19 21/21 21/25

**precisely [2]** 18/10 18/13

**preparation [1]** 24/7

**prepare [1]** 24/9

**present [7]** 4/15 9/24 10/4 15/23 16/1 17/7 17/9

**presented [1]** 14/22

**pretty [3]** 12/22 12/22 13/22

**Princeton [2]** 2/24 3/3

**Prinston [2]** 2/13 2/17

**prior [1]** 24/6

**probably [3]** 5/17 5/20 20/10

**problem [1]** 20/18

**proceed [4]** 6/7 6/19 18/23 19/25

**proceeding [1]** 19/11

**proceedings [4]** 1/23 5/1 25/5 25/9

**process [5]** 8/21 10/9 20/16 21/16 23/19

**produce [1]** 18/18

**produced [1]** 1/24

**product [3]** 20/24 21/15 21/22

**productive [1]** 18/22

**PRODUCTS [1]** 1/4

**proposed [1]** 24/5

**prostate [1]** 12/1

**prove [1]** 14/13

**provide [3]** 24/8 24/11 24/12

**Punta [1]** 2/9

**put [2]** 8/9 21/12

**Q**

**question [1]** 20/3

**R**

**raise [1]** 19/9

**raised [2]** 5/21 19/7

**RASO [1]** 2/2

**RASPANTI [1]** 3/8

**RDR [1]** 25/12

**RDR-RMR-CRR-CRC [1]** 25/12

**re [2]** 1/3 10/4

**re-present [1]** 10/4

**reaches [1]** 15/2

**read [3]** 11/18 12/21 18/1

**reading [1]** 14/14

**ready [1]** 6/7

**real [3]** 19/13 19/14 20/10

**realize [1]** 13/1

**really [3]** 9/4 9/21 10/12

**reason [5]** 10/23 19/3 19/6 19/24 20/2

**reasons [2]** 8/25 10/6

**recall [1]** 23/12

**recognized [1]** 20/5

**record [4]** 6/3 13/6 13/7 25/9

**recorded [1]** 1/23

**reduce [1]** 19/12

**REEFER [1]** 3/9

**regard [2]** 13/13 23/22

**regarding [3]** 7/3 7/4 8/3

**REIN [1]** 4/12

**relate [2]** 7/9 7/10

**related [1]** 6/24

**remain [2]** 8/6 20/5

**remainder [1]** 7/20

**remaining [3]** 14/24 17/2 22/12

**remind [1]** 6/22

**rendered [2]** 15/8 16/4

**renowned [1]** 13/13

**RENÉE [3]** 1/10 4/17 5/2

**rep [1]** 14/4

**report [2]** 10/1 14/11

**Reporter [2]** 1/21 25/13

**REPORTER'S [1]** 25/6

**Reporter/Transcriber [1]** 25/13

**reports [1]** 10/18

**request [2]** 12/16 21/25

**requested [2]** 22/11 23/22

**requesting [2]** 22/1 23/1

**researcher [2]** 13/10 13/13

**resolve [3]** 16/6 21/14 21/21

**resolved [3]** 17/13 21/23 23/23

**resources [1]** 7/20

**respect [9]** 7/5 9/15 11/20 15/18 16/2 16/4 20/16 20/25 22/3

**respond [2]** 16/17 16/20

**response [2]** 5/10 17/23

**RET [2]** 1/11 5/3

**Retailer [1]** 3/22

**returnable [1]** 23/2

**revisit [2]** 10/11 10/12

**revisitation [1]** 11/6

**RICHARD [1]** 2/11

**RIDDELL [1]** 2/5

**Ridge [1]** 2/3

**ripe [2]** 8/11 19/18

**RMB [1]** 1/4

**RMR [1]** 25/12

**road [4]** 2/23 3/6 3/13 19/11

**ROSE [2]** 2/15 4/5

**Roseland [1]** 1/16

**ROSEMARIE [1]** 2/5

**Ross [1]** 4/7

**Roszel [2]** 2/23

**rounds [1]** 16/17

**rule [3]** 15/2 15/19 16/21

**ruled [3]** 9/15 13/7 15/9

**ruling [10]** 7/3 8/3 8/24 10/12 10/13 11/6 11/17 12/3 12/16 12/24

**rulings [1]** 7/2

**rush [1]** 16/8

**S**

**said [6]** 11/18 11/19 11/20 13/2 14/4 18/6

**SAK [1]** 1/4

**same [5]** 15/2 15/19 17/18 18/16 18/17

**sample [3]** 24/8 24/11 24/12

**say [7]** 9/18 10/4 10/14 14/13 14/25 18/8 18/9

**saying [2]** 9/14 18/15

**schedule [1]** 19/14

**scheduling [2]** 19/14 19/25

**scientific [1]** 12/4

**second [3]** 9/9 9/11 22/23

**see [1]** 15/20

**seek [1]** 11/5

**seeking [2]** 8/1 8/24

**seems [3]** 8/16 9/14 12/22

**selections [1]** 7/12

**semantics [2]** 9/20 10/16

**seminal [1]** 14/11

**she [1]** 13/2

**should [10]** 8/5 8/6 12/3 12/17 14/25 16/11 17/22 18/11 18/13 20/13

**shouldn't [1]** 10/14

**show [15]** 9/24 21/25 22/4 22/7 22/10 22/11 22/18 22/22 23/2 23/5 23/10 23/16 23/19 24/5 24/10

**show-cause [4]** 22/4 23/19 24/5 24/10

**side [4]** 5/13 23/8 24/16 24/19

**significant [1]** 11/13

**similar [1]** 17/18

**simply [1]** 19/15

**since [2]** 21/12 21/13

**single [1]** 23/21

**SKADDEN [1]** 2/11

**SLATE [1]** 2/11

**SLATER [7]** 1/14 1/14 5/15 6/14 8/17 9/11 12/25 smoother [1]** 17/11

**so [45]**

**Solco [2]** 2/14 2/18

**some [10]** 5/16 5/21 6/3 11/6 12/17 16/11 16/21

20/6 20/9 20/10

**somebody [1]** 10/24

**something [5]** 7/16 12/6 12/19 17/11 19/12

**Sorry [1]** 21/7

**sort [2]** 11/6 14/16

**sounds [1]** 10/11

**South [1]** 3/21

**speak [1]** 16/13

**SPECIAL [2]** 1/11 5/3

**specifically [1]** 11/18

**spend [1]** 7/20

**spoke [1]** 8/20

**spokesperson [1]** 5/15

**Square [1]** 2/3

**start [2]** 20/3 20/15

**starting [2]** 5/20 22/18

**STATES [3]** 1/1 1/10 5/2

**stay [1]** 10/8

**stayed [1]** 8/21

**stenography [1]** 1/23

**step [1]** 19/10

**Steve [3]** 6/5 21/2 21/3

**STEVEN [1]** 3/12

**still [1]** 12/10

**stomach [1]** 11/25

**Street [8]** 1/18 2/6 2/9 3/17 3/21 4/3 4/10 4/13

**Streets [1]** 1/7

**studied [1]** 14/10

**studies [1]** 14/10

**study [1]** 14/11

**styled [1]** 11/2

**subject [1]** 20/14

**submissions [1]** 24/7

**submit [1]** 24/4

**submitted [1]** 7/15

**subscribe [1]** 15/13

**such [1]** 11/7

**suffered [1]** 18/16

**sufficient [2]** 21/15 21/21

**suggest [1]** 20/15

**suggested [2]** 10/8 11/5

**Suite [5]** 1/15 3/13 4/3 4/7 4/10

**Suites [1]** 2/12

**sum [1]** 14/20

**summary [1]** 12/14

**support [1]** 10/2

**suppose [1]** 16/17

**sure [5]** 9/13 17/25 18/4 18/7 22/7

**sweep [1]** 13/20

**switched [1]** 16/24

**T**

**table [1]** 22/18

**tables [1]** 22/17

**take [9]** 6/11 7/8 8/2 10/17 22/22 23/17 24/9 24/12 24/12

**taking [2]** 8/13 12/2

**talk [4]** 16/12 16/12 16/18 20/3

**talked [1]** 9/1

**talking [2]** 13/23 18/9

**target [1]** 20/8

## T

**Teams [2]** 1/6 5/1
**tee [1]** 19/2
**teeing [1]** 19/19
**tell [6]** 8/17 11/16 13/4 13/21 19/1 19/2
**terms [1]** 20/8
**test [1]** 14/5
**testimony [2]** 10/1 13/9
**Teva [7]** 3/14 3/14 3/15 3/18 3/18 3/19 7/22
**Texas [1]** 4/7
**thank [9]** 18/24 19/4 19/22 24/14 24/20 24/21 24/24 24/25 25/1
**Thanks [1]** 25/3
**them [2]** 15/24 21/21
**themselves [1]** 12/12
**therefore [1]** 18/18
**THERESA [1]** 3/6
**these [7]** 7/10 7/19 10/2 10/6 18/20 21/24 23/3
**they're [2]** 17/15 21/23
**thing [3]** 9/7 9/9 14/17
**things [2]** 10/24 19/3
**think [37]**
**Third [3]** 1/19 2/3 2/4
**Third-Party [2]** 1/19 2/4
**this [30]**
**THOMAS [2]** 1/11 5/3
**THORNBURG [1]** 3/20
**though [4]** 11/8 11/21 15/17 23/15
**thought [1]** 9/7
**thoughts [1]** 20/7
**three [4]** 3/17 13/23 14/24 15/1
**threshold [4]** 6/21 7/11 7/18 12/8
**through [5]** 6/20 7/20 9/1 14/3 20/11
**till [1]** 10/9
**time [10]** 7/2 10/9 12/5 13/8 17/21 17/22 22/1 22/3 22/22 23/23
**today [2]** 18/2 22/11
**told [1]** 20/8
**too [1]** 10/5
**Torrent [3]** 2/21 2/21 2/21
**touched [2]** 20/6 20/13
**toxicologist [1]** 13/10
**Transcriber [1]** 25/13
**transcript [4]** 1/23 11/19 13/22 25/8
**transcription [1]** 1/24
**transcripts [1]** 13/7
**TRAURIG [2]** 3/11 21/4
**trial [1]** 16/9
**try [1]** 13/19
**trying [3]** 6/21 16/22 17/15
**turning [1]** 22/21
**turns [1]** 18/19
**two [4]** 8/25 22/17 23/9 23/11
**types [1]** 9/17

## U

**U.S [5]** 1/7 2/13 2/14 2/17 2/18
**ULMER [1]** 4/2
**ultimately [1]** 8/20
**under [3]** 13/20 15/2 15/19
**understand [4]** 16/23 17/14 19/17 22/13
**understanding [2]** 8/13 9/14
**Understood [3]** 17/24 18/12 18/24
**unethical [1]** 14/4
**UNITED [3]** 1/1 1/10 5/2
**unnecessarily [1]** 18/9
**unnecessary [2]** 16/25 17/20
**up [10]** 7/8 10/16 10/24 12/10 14/20 17/21 19/2 19/3 19/16 19/19
**update [1]** 21/11
**updates [1]** 21/18
**upon [2]** 16/24 17/8
**us [3]** 4/5 18/8 24/4
**USA [4]** 3/4 3/14 3/18 4/14
**used [3]** 14/8 14/9 14/11

## V

**VALSARTAN [1]** 1/3
**value [1]** 12/2
**VANASKIE [3]** 1/11 5/3 20/19
**various [1]** 11/3
**VAUGHN [1]** 2/2
**vehicle [1]** 12/15
**versus [1]** 18/6
**very [8]** 6/10 9/24 11/21 18/24 21/10 23/25 24/20 24/24
**via [2]** 1/6 5/1
**VICTORIA [2]** 3/12 6/2
**videoconferencing [2]** 1/6 5/1
**Vine [1]** 4/3
**voluntarily [1]** 21/21
**voluntary [1]** 21/15
**Voorhees [1]** 3/7

## W

**wait [1]** 10/9
**waiting [1]** 5/9
**Walgreens [1]** 3/22
**Wall [1]** 2/6
**WALLACK [1]** 2/22
**Walmart [1]** 3/22
**WALSH [1]** 3/16
**want [20]** 9/13 10/12 10/22 10/23 11/5 11/9 12/5 13/1 13/2 13/3 16/1 16/24 17/20 17/24 18/9 18/18 19/3 20/4 22/7 23/7
**wanted [6]** 12/7 13/16 13/19 18/7 18/8 21/11
**Washington [3]** 2/3 2/16 4/13

**wasn't [1]** 11/2
**Wave [12]** 6/12 7/9 7/20 8/14 9/18 11/9 17/21 19/11 19/12 19/15 19/25 20/22
**Wave 3 [1]** 19/15
**way [4]** 9/2 16/7 17/11 18/22
**ways [2]** 11/3 18/21
**we'll [5]** 21/22 23/16 23/23 24/11 24/12
**we've [3]** 16/12 20/8 21/14
**weekend [1]** 25/2
**WEINSTEIN [1]** 4/12
**went [2]** 8/20 9/1
**West [1]** 2/12
**whether [1]** 15/2
**while [2]** 9/15 16/13
**WHITELEY [2]** 1/17 1/18
**who's [2]** 13/10 13/25
**whole [1]** 14/2
**Wholesaler [1]** 4/4
**why [13]** 10/23 11/15 12/10 15/20 16/23 17/7 17/8 17/10 17/10 17/14 19/10 19/24 20/2
**WILEY [1]** 4/12
**will [8]** 5/14 5/22 6/3 6/5 6/18 11/16 21/24 24/14
**WILLIAM [1]** 2/23
**WILLIAMSON [1]** 2/8
**winnow [1]** 7/19
**without [1]** 9/19
**won't [1]** 5/17
**work [2]** 16/9 20/11
**working [1]** 21/17
**workup [1]** 7/13
**written [1]** 13/15
**wrong [2]** 13/24 13/25

## Y

**yeah [2]** 15/20 18/3
**yes [13]** 6/8 6/15 6/18 7/24 10/25 12/25 19/4 19/8 19/17 20/12 22/9 24/11 24/12
**yet [1]** 11/7
**York [5]** 2/6 2/12 2/12 2/20 2/20
**you [52]**
**you'd [1]** 10/21
**you'll [1]** 24/22
**you've [1]** 13/17

## Z

**Zhejiang [2]** 2/13 2/17
**ZHP [2]** 2/14 2/18
**ZHP's [1]** 14/4