# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF APPEARANCE

To the Clerk:

**PLEASE TAKE NOTICE** that undersigned hereby notifies the Court and counsel that she shall appear as counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Paula Zampietro*
KIRKLAND & ELLIS LLP
Paula Zampietro
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
paula.zampietro@kirkland.com
Tel: (305) 432-5600
Fax: (305) 432-5601

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 14, 2025, I electronically filed the foregoing Notice of Appearance of Paula Zampietro with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Paula Zampietro*
Paula Zampietro