# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST

NEW YORK, NY 10001

―――

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-3453
DIRECT FAX
(917) 777-3453
EMAIL ADDRESS
RICHARD.BERNARDO@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
―――
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

April 14, 2025

**VIA CM/ECF**

The Honorable Thomas Vanaskie
Stevens & Lee
1500 Market Street, East Tower
18th Floor
Philadelphia, Pennsylvania 19103

  RE: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-02875 (D.N.J.)

Dear Judge Vanaskie:

  I am writing in response to plaintiffs' April 14, 2025 letter regarding ZHP's production of certificates of analysis and material safety data sheets, as well as the parties' ongoing discussions related to a proposed stipulation regarding retention of custodial files.

  ***First***, with respect to the production of internal inspection records requested by plaintiffs via email on March 20, 2024, ZHP anticipates completing production of those documents as scheduled by tomorrow, April 15, 2025.

  ***Second***, with respect to the certified translations of the retention policies discussed by the Court and the parties during the March 25, 2025 status conference, ZHP provided the Cout and plaintiffs with one translation last week.  As ZHP noted in that

Hon. Thomas Vanaskie
April 14, 2025
Page 2

email, the second translation was incomplete at that time, but was sent to plaintiffs earlier today.

*Third*, ZHP has provided plaintiffs with the industry standards governing the sale of dimethylformamide and triethylamine in China. Like similar standards governing the sale of raw materials in other countries—such as the United States Pharmacopeia reference standards—they are available online and set forth information about the quality of the raw materials being sold.

*Fourth*, ZHP sent plaintiffs a proposed stipulation related to custodial document retention on March 7, 2025. (*See* Exhibit A, March 7, 2025 Email from M. Hansen to A. Slater.) ZHP has not heard back from plaintiffs in over a month as to that proposal.

Very truly yours,

Richard T. Bernardo