# EXHIBIT A

**From:** Hansen, Milli Kanani (WAS) <Milli.Hansen@skadden.com>
**Sent:** Friday, March 7, 2025 4:48 PM
**To:** Adam Slater <aslater@mazieslater.com>
**Cc:** Christopher Geddis <CGeddis@mazieslater.com>; George T. Williamson <gwilliamson@farr.com>; Bernardo, Richard T (NYC) <Richard.Bernardo@skadden.com>; 'Rose, Nina' <nina.rose@kirkland.com>
**Subject:** ZHP -- Custodial Documents Stipulation

Hi Adam –

Attached is our proposal for a stipulation regarding custodial document retention. Once you've had a chance to review, let us know if you'd like to discuss.

Milli

**Milli Kanani Hansen**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7128 | M: +1.214.235.8938
milli.hansen@skadden.com