# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to the TPP Trial Subclasses | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief District Judge<br><br>**[PROPOSED] ORDER ON TPP TRIAL PLAINTIFFS'** ***DAUBERT*** **MOTIONS TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF DR. LAUREN STIROH & DR. WAYNE GIBSON** |

## ORDER

**THIS MATTER,** having been opened to the Court by Plaintiffs for entry of an order excluding certain testimony and opinions from trial of this matter, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this _____ day of, _____, 2025

**ORDERED** as follows:

1. ECF No. 2630, Plaintiffs' *Daubert* Motion to Exclude Testimony of Lauren J. Stiroh, Ph.D., is **DENIED**. (*See* 9/10/24 Tr. 108:2-6)

2. ECF No. 2631, Plaintiffs' *Daubert* Motion to Exclude Opinions of Wayne Gibson, is **DENIED**. (*See* 9/17/2024 Tr. 110:4-8)

_____

Hon. Renee Marie Bumb, U.S.D.J.