# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                              **April 28, 2025**
                                               DATE OF PROCEEDINGS

**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   JOHN KURZ**

Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:   CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.

Time Commenced: 11:00a.m.        Time Adjourned: 12:00p.m.

Total Time:   1 hour

                                                  Lawrence MacStravic
                                                  Deputy Clerk