IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 1:19-md-2875<br><br>Honorable Renée Marie Bumb<br>District Judge |

## WITHDRAWAL OF APPEARANCE OF SARAH E. JOHNSTON

PLEASE TAKE NOTICE that Sarah E. Johnston withdraws her appearance from this MDL on behalf of Defendants Rite Aid Corporation, Walgreen Co., Walmart Inc., and CVS Pharmacy, Inc. in the above-captioned action, and requests that the Clerk of the Court remove undersigned counsel from all mailing lists for this case.

Defendants Rite Aid Corporation, Walgreen Co., Walmart Inc., and CVS Pharmacy, Inc. continue to be represented by other counsel of record at Barnes & Thornburg, LLP.

Dated: April 30, 2025

Respectfully submitted,

 */s/ Sarah E. Johnston*
Sarah E. Johnston, Esq.
BARNES & THORNBURG, LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798
Fax: (310) 284-3894
Email: sjohnston@btlaw.com

*Counsel for Defendants Rite Aid Corporation, Walgreen Co., Walmart Inc., and CVS Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Sarah E. Johnston*
                                                      Sarah E. Johnston, Esq.