IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 1:19-md-2875<br><br>Honorable Renée Marie Bumb<br>District Judge |

## DEFENDANTS' UNOPPOSED MOTION
## TO AMEND CASE MANAGEMENT ORDER NO. 6

Defendants hereby respectfully request that the Court amend Case Management Order No. 6 ("CMO 6") (ECF No. 96) to reflect a change to defense leadership. CMO 6 established the Defendants' Executive Committee. The Court subsequently revised the Defendants' Executive Committee, including by adding Sarah E. Johnston of Barnes & Thornburg LLP to the Defendants' Executive Committee as liaison counsel for the Retail Pharmacy Defendants (ECF No. 313). Ms. Johnston is departing Barnes & Thornburg on April 30, 2025, and she will no longer be involved in this litigation after that date. The undersigned counsel, Kristen L. Richer, respectfully requests that the Court officially substitute her as a member of the Defendants' Executive Committee in place of Ms. Johnston. Ms. Richer is a partner at Barnes & Thornburg and has worked closely with and in coordination of counsel for the various Retail Pharmacy Defendants since the inception of this litigation, and she represents CVS Pharmacy, Inc., Walgreen Co. and Walmart Inc. in these proceedings.

Defendants have conferred with Plaintiffs on this motion, and Plaintiffs do not oppose.

[*Signature page to follow*]

1

Dated: April 30, 2025

                                                    Respectfully submitted,

                                                    */s/ Kristen L. Richer*
Kristen L. Richer, Esq.
BARNES & THORNBURG, LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3896
Fax: (310) 284-3894
Email: kristen.richer@btlaw.com

*Counsel for Defendants Walgreen Co., Walmart Inc., and CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Kristen L. Richer*
                                                      Kristen L. Richer, Esq.