

11 S. Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

Kara M. Kapke
Partner
(317) 231-6491
Kara.Kapke@btlaw.com

May 5, 2025

*Via ECF Only*

Honorable Renée Marie Bumb
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      RE:    ***In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875-RBK-JS***

Dear Judge Bumb:

    We write on behalf of Defendant Rite Aid Corporation ("Rite Aid") regarding the Notice of Permanent Injunction and Discharge filed on September 30, 2024 (ECF No. 2871) and its request that the Court administratively terminate the above-captioned action as to Rite Aid, pursuant to the bankruptcy discharge and injunction referenced therein. *See* ECF Nos. 2871 (Notice of Permanent Injunction and Discharge), 2871-2 (Confirmation Order and Plan), 2871-3 (Notice of Entry of Order and Effective Date); *see also* ECF No. 2514 (Suggestion of Bankruptcy and Notice of Automatic Stay of Proceedings).

    For the Court's consideration, enclosed with this letter is a proposed order reflecting the requested administrative termination as to Rite Aid.[1] We are available to answer any questions or provide any additional information to the Court regarding the order.

                                                    Respectfully submitted,

                                                   Kara M. Kapke

Enclosure
Exhibit A – Proposed Order

---

[1] Exhibit A to the Proposed Order, which reflects the dockets to be administratively terminated, contains additional dockets not reflected in Exhibit A to Rite Aid's Notice of Permanent Injunction and Discharge filed on September 30, 2024 (ECF No. 2871-1), such as cases that have subsequently amended their complaints to name Rite Aid. Rite Aid has conferred with Plaintiffs about these changes, and Plaintiffs do not oppose them.