UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Evon Smalls v. Zhejiang Huahai Pharmaceutical Co. Ltd., et al.*,<br><br>Case No. 1:20-cv-08199-RMB-SAK | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**AMENDED NOTICE OF SECOND VIDEOTAPED**
**DEPOSITION OF PLAINTIFF EVON SMALLS**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 – ECF No. 632), and the Case Management Schedule for the Second Wave of Potential Personal Injury Bellwether Plaintiff Trials (filed March 12, 2025 – ECF No. 2988), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Evon Smalls, on **May 9, 2025, beginning at 10:00 a.m. EDT**, and continuing until completion, at:

Charleston Place Hotel
205 Meeting Street
Charleston, SC 29401

Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology and should notify the attorney contact for the 2 deposition listed below to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

>Nina R. Rose
>Kirkland & Ellis LLP
>1301 Pennsylvania Avenue
>Washington, D.C. 20004
>(202) 289-3394
>nina.rose@kirkland.com

Dated: May 5, 2025                         Respectfully submitted,

>/s/ Nina R. Rose
>KIRKLAND & ELLIS LLP
>Nina R. Rose (DC Bar No. 975927)
>1301 Pennsylvania Avenue
>Washington, D.C. 20004
>nina.rose@kirkland.com
>Tel: (202) 389-3394
>Fax: (202) 389-5200
>
>*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2025, a true and correct copy of the foregoing Amended Notice of Second Videotaped Deposition of Plaintiff Evon Smalls was served upon the below counsel of record by e-mail:

**Madeline Pendley**
Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7003
Fax: (850) 436-6003
mpendley@levinlaw.com

*Attorney for Plaintiff Evon Smalls*

Dated: May 5, 2025                              Respectfully submitted,

/s/ Nina R. Rose
KIRKLAND & ELLIS LLP
Nina R. Rose (DC Bar No. 975927)
1301 Pennsylvania Avenue
Washington, D.C. 20004
nina.rose@kirkland.com
Tel: (202) 389-3394
Fax: (202) 389-5200

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

3