IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS IDENTIFIED IN EXHIBIT A | Civil Action No. 1:19-md-2875<br><br>Honorable Renée Marie Bumb<br>District Judge |

## ORDER

**WHEREAS**, Defendant Rite Aid Corporation filed a Notice of Permanent Injunction and Discharge with this Court on September 30, 2024 (ECF No. 2871);

**WHEREAS,** on October 15, 2023, Defendant Rite Aid Corporation and certain of its affiliates and subsidiaries, including Rite Aid Hdqtrs. Corp. (collectively, "Rite Aid"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, commencing cases in the United States Bankruptcy Court of the District of New Jersey that were jointly administered under the lead case In re Rite Aid Corp. No. 23-18993 (MBK) (the "Chapter 11 Cases"), *see* ECF No. 2514-1 (Voluntary Petition);

**WHEREAS,** on October 17, 2023, Rite Aid filed a Suggestion of Bankruptcy for Rite Aid Corporation and Certain of Its Affiliates and Notice of Automatic Stay of Proceedings, advising that member cases in this MDL litigation in which Rite Aid was a named defendant were automatically stayed as to Rite Aid during the pendency of the Chapter 11 Cases, pursuant to 11 U.S.C. § 362, *see* ECF No. 2514 (Suggestion of Bankruptcy); and

**WHEREAS,** on September 30, 2024, Rite Aid filed a Notice of Permanent Injunction and Discharge, explaining that its approved Plan of Organization went into effect on August 30, 2024 and that, as of that date, the automatic stay was replaced by a discharge injunction as to the

1

reorganized Rite Aid Corporation and certain affiliates and subsidiaries, ECF Nos. 2871 (Notice of Permanent Injunction and Discharge), 2871-2 (Confirmation Order and Plan), 2871-3 (Notice of Entry of Order and Effective Date);

**THEREFORE,** the Court hereby **FINDS** and **ORDERS** that, for good cause shown, the member cases in this MDL litigation in which Rite Aid was a named defendant, which are identified in Exhibit A to this Order, are administratively terminated as to Defendant Rite Aid Corporation.

SO ORDERED, this 6th day of May, 2025.

s/Renée Marie Bumb
Hon. Renée Marie Bumb

## EXHIBIT A

Individual Member Cases in the
*In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation* MDL

| Last Name | First Name | Docket Number |
|---|---|---|
| Abrankian | Madelene | 1:20-cv-01505-RBK-JS |
| Achkov | Boyko | 1:21-cv-10355-RBK-KMW |
| Alarcon | Christian | 1:20-cv-08736-RBK-JS |
| Bailey | Robert Louis | 1:22-cv-01518-RBK-SAK |
| Baptiste | Teresa | 1:21-cv-19626-RBK |
| Bator | Kelley | 1:21-cv-09528-RBK-KMW |
| Battle | Dorothy | 1:20-cv-02218-RBK-JS |
| Bays | Glenn | 1:19-cv-14869-RBK-JS |
| Borkowski | Alphonse | 1:19-cv-06204-RBK-JS |
| Bourne-Boateng | Linda | 1:21-cv-13011-RBK-KMW |
| Bowie | Timmie | 1:20-cv-08001-RBK-JS |
| Braun | Timothy | 1:24-cv-00310-RBK-SAK |
| Cacaccio | Joseph | 1:19-cv-06841-RBK-JS |
| Cacaccio | Joseph | 1:19-cv-08591-RBK-JS |
| Calhoun | John C. | 1:22-cv-05654-RBK |
| Callahan | Gail | 1:21-cv-20203-RBK |
| Campanicki | Geraldine L. | 1:24-cv-01887-RBK-SAK |
| Carter | Jacqueline, | 1:22-cv-05561-RBK-SAK |
| Cleghorn | Eric | 1:24-cv-04427-RBK-SAK |
| Cleveland | Michael | 1:20-cv-00950-RBK-JS |
| Clinton-Wright | Shannon | 1:22-cv-02665-RBK-SAK |
| Cortez | Natalie | 1:19-cv-17454-RBK-JS |
| Donahue | Thomas | 1:21-cv-16348-RBK-KMW |
| Dutton | Christopher | 1:20-cv-08661-RBK-JS |
| Duffy | Elizabeth | 1:19-cv-08591-RBK-JS |
| Duvall | Carol | 1:19-cv-14971-RBK-JS |
| Edwards | Lawrence | 1:19-cv-08591-RBK-JS |
| Enander | Mark | 1:22-cv-06383-RBK-SAK |
| Fields | Tivis | 1:20-cv-00683-RBK-JS |
| Gardner | Patricia | 1:21-cv-12275-RBK-KMW |
| Giambrone | Mary | 1:20-cv-08725-RBK-JS |
| Greene | Allen | 1:21-cv-17553-RBK |
| Hairsine | Miriam | 1:21-cv-18341-RBK |
| Halsey | Talmadge | 1:19-cv-14995-RBK-JS |
| Hardy, Jr. | Dana | 1:21-cv-11898-RBK-KMW |
| Harris | Rosalind Hatcher | 1:25-cv-02063-RMB-SAK |
| Herscher | Doris | 1:22-cv-04802-RBK-SAK |
| Hightower | Lyrik | 1:20-cv-12482-RBK-JS |
| Hill | Regina | 1:23-cv-04125-RBK-SAK |

| Last Name | First Name | Docket Number |
|---|---|---|
| Hinrichs | Scott | 1:21-cv-13735 |
| Huston | Carl | 1:21-cv-20758-RBK-SAK |
| Johnson | Darlene | 1:21-cv-06953-RBK-KMW |
| Johnson | Regina | 1:22-cv-01881-RBK |
| Kadish | Denise | 1:21-cv-16239-RBK-KMW |
| Kaplan | Dennis | 1:18-cv-16067-RBK-JS |
| Kaplan | William | 1:21-cv-20159-RBK |
| Lampley | David | 1:21-cv-18259-RBK |
| Lassiter | James | 1:20-cv-08110-RBK-JS |
| Lewis | Della | 1:20-cv-03086-RBK-JS |
| Love | William | 1:19-cv-15030-RBK-JS |
| Machuga | David | 1:20-cv-14958-RBK-JS |
| Mantalis | Stelios | 1:23-cv-14463-RBK-SAK |
| Mashrique | Perwana | 1:20-cv-10857-RBK-JS |
| Matthews | Neal | 1:21-cv-10282-RBK-KMW |
| Mayle | Carol | 1:20-cv-08103-RBK-JS |
| McElheny | Shawn | 1:24-cv-06971-RMB-SAK |
| McKelvy Bird | Robert | 1:21-cv-13830-RBK-KMW |
| McVeigh | Christopher | 1:21-cv-13783-RBK-KMW |
| Miller | Richard | 1:20-cv-08950-RBK-JS |
| Montz | Andrew | 1:21-cv-13474-RBK-KMW |
| Morgan | Darrell | 1:24-cv-08894-RMB-SAK |
| Moss | Charles | 1:20-cv-16512-RBK-JS |
| Mullins | James | 1:19-cv-15043-RBK-JS |
| Nelson | Gerald | 1:19-cv-06847-RBK-JS |
| Pauley | David W. | 1:22-cv-05469-RBK-SAK |
| Peyton | Katherine Delores | 1:21-cv-09063-RBK-KMW |
| Phillips | Terry | 1:21-cv-11155-RBK-KMW |
| Preston | Joyce | 1:20-cv-08198-RBK-JS |
| Quezada | Insoka | 1:22-cv-00151-RBK-SAK |
| Iniguez | Margarita | 1:21-cv-16249-RBK-KMW |
| Richards | Mary | 1:21-cv-17150-RBK-KMW |
| Righteous | Worikeena | 1:20-cv-04144-RBK-JS |
| Rocuskie | Sherry | 1:20-cv-04362-RBK-JS |
| Shepherd, Jr. | Kelly | 1:19-cv-12038-RBK-JS |
| Strozewski | Terence | 1:20-cv-01423-RBK-JS |
| Thompson | Donald | 1:20-cv-07988-RBK-JS |
| Thornton | Latisha | 1:20-cv-16078-RBK-JS |
| Tolley | Margaret | 1:21-cv-10130-RBK-KMW |
| Troxell | Frederick | 1:20-cv-04408-RBK-JS |
| Tsakalas | Deborah | 1:22-cv-06294-RBK-SAK |
| Turrey | Jimmy | 1:20-cv-06111-RBK-JS |
| Walker | Maudline, | 1:22-cv-01372-RBK-SAK |
| Wallaert | Jacqueline M. | 1:22-cv-01526-RBK-SAK |

| Last Name | First Name | Docket Number |
|---|---|---|
| Washington | Dianne | 1:20-cv-06001-RBK-JS |
| Williams | Mary M. | 1:20-cv-08728-RBK-JS |