**BLANK ROME LLP**
*A Pennsylvania LLP*
TERRY M. HENRY
NAOMI ZWILLENBERG
FIONA STEELE
300 Carnegie Center, Suite 220
Princeton, New Jersey 08540
Phone: (609) 750-7700
Fax: (609) 750-7701
Terry.Henry@BlankRome.com
Naomi.Zwillenberg@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendants*
*Hetero Labs, Ltd. and Hetero Drugs, Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No.: 1:19-md-02875-RMB-SAK |
| | ***Electronically Filed*** |
| This Relates to All Cases | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Terry M. Henry of the law firm Blank Rome LLP appears as counsel for Defendants Hetero Labs, Ltd. and Hetero Drugs, Limited; in the above-captioned matter.

Dated: May 12, 2025

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

/s/ Terry M. Henry
TERRY M. HENRY
NAOMI ZWILLENBERG

FIONA STEELE
300 Carnegie Center, Suite 220
Princeton, New Jersey 08540
Phone: (609) 750-7700
Fax: (609) 750-7701
Terry.Henry@BlankRome.com
Naomi.Zwillenberg@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendants*
*Hetero Labs, Ltd. and Hetero Drugs,*
*Limited*

149864.00002/154074542v.1