**BLANK ROME LLP**
*A Pennsylvania LLP*
TERRY M. HENRY
NAOMI ZWILLENBERG
FIONA STEELE
300 Carnegie Center, Suite 220
Princeton, New Jersey 08540
Phone: (609) 750-7700
Fax: (609) 750-7701
Terry.Henry@BlankRome.com
Naomi.Zwillenberg@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendants*
*Hetero Labs, Ltd. and Hetero Drugs, Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No.: 1:19-md-02875-RMB-SAK |
| | *Electronically Filed* |
| This Relates to All Cases | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Naomi Zwillenberg of the law firm Blank Rome LLP appears as counsel for Defendants Hetero Labs, Ltd. and Hetero Drugs, Limited; in the above-captioned matter.

Dated:  May 12, 2025                              Respectfully submitted,

                                                                            **BLANK ROME LLP**
                                                                            *A Pennsylvania LLP*

                                                                            */s/ Naomi Zwillenberg*
                                                                            TERRY M. HENRY
                                                                            NAOMI ZWILLENBERG

149864.00002/154076572v.1

          Fiona Steele
          300 Carnegie Center, Suite 220
          Princeton, New Jersey 08540
          Phone: (609) 750-7700
          Fax: (609) 750-7701
          Terry.Henry@BlankRome.com
          Naomi.Zwillenberg@BlankRome.com
          Fiona.Steele@BlankRome.com
          *Attorneys for Defendants*
          *Hetero Labs, Ltd. and Hetero Drugs,*
          *Limited*

149864.00002/154076572v.1