[ECF No. 3041]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | |

## CASE MANAGEMENT ORDER NO. 39

This matter having come before the Court upon Defendants' motion [ECF No. 3041]; and Defendants seeking an order amending Case Management Order ("CMO") No. 6 [ECF No. 96], as amended by CMO No. 18 [ECF No. 313]; and there being no opposition to the motion; and good cause existing for the entry of this Order,

**IT IS HEREBY ORDERED** this **13th** day of **May**, **2025**, that the motion [ECF No. 3041] is **GRANTED**.  Kristen L. Richer, Esquire of Barnes & Thornburg LLP is hereby substituted as a member of the Defense Executive Committee in place of Sarah E. Johnston, Esquire.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Renée Marie Bumb, Chief Judge