**BLANK ROME LLP**
*A Pennsylvania LLP*
TERRY M. HENRY
NAOMI ZWILLENBERG
FIONA STEELE
300 Carnegie Center, Suite 220
Princeton, New Jersey 08540
Phone: (609) 750-7700
Fax: (609) 750-7701
Terry.Henry@BlankRome.com
Naomi.Zwillenberg@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendants*
*Hetero Labs, Ltd. and Hetero Drugs, Limited*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No.: 1:19-md-02875-RMB-SAK |
| | *Electronically Filed* |
| This Relates to All Cases | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Fiona Steele of the law firm Blank Rome LLP appears as counsel for Defendants Hetero Labs, Ltd. and Hetero Drugs, Limited; in the above-captioned matter.

Dated:  May 13, 2025                    Respectfully submitted,

                                        **BLANK ROME LLP**
                                        *A Pennsylvania LLP*

                                        */s/ Fiona Steele*
                                        TERRY M. HENRY
                                        NAOMI ZWILLENBERG

149864.00002/154076582v.1

                    Fiona Steele
                    300 Carnegie Center, Suite 220
                    Princeton, New Jersey 08540
                    Phone: (609) 750-7700
                    Fax: (609) 750-7701
                    Terry.Henry@BlankRome.com
                    Naomi.Zwillenberg@BlankRome.com
                    Fiona.Steele@BlankRome.com
                    *Attorneys for Defendants*
                    *Hetero Labs, Ltd. and Hetero Drugs, Limited*

149864.00002/154076582v.1