# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**Smalls v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-08199-RMB-SAK**<br><br>**Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-07957-RMB-SAK**<br><br>**Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd et al.**<br>**Case No. 1:20-cv-06547-RMB-SAK**<br><br>**Lee v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-15324-RMB-SAK** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge<br><br>**ORDER ESTABLISHING AMENDED CASE MANAGEMENT SCHEDULE FOR WAVE 2 BELLWETHER CASES** |

**The Special Master Having Previously Entered** the Order Establishing Case Management Schedule for Wave 2 Bellwether Cases on March 12, 2025 (ECF No. 2988),

**The Parties Having Met and Conferred,** to agree upon the amended case management schedule for the second wave of potential personal injury bellwether plaintiff trials ("Wave 2 BW") in the following matters:

1. Garcia, Robert – 1:20-cv-07957
2. Lee, Robert – 1:20-cv-15324
3. Smalls, Evon – 1:20-cv-08199
4. Suits, James – 1:20-cv-06547

**Having Reviewed** the proposed agreed upon, amended schedule,

**IT IS ORDERED:** the deadlines for the four above matters previously established in ECF No. 2988 are amended and the deadlines for the four above matters are:

| Wave 2 BW Trial Event | Wave 2 BW Trial Date |
|---|---|
| Deadline to amend Plaintiff Fact Sheet | 3/14/2025 |
| Close of case-specific fact discovery | 6/9/2025 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 6/16/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 7/18/2025 |
| Depositions of experts | 7/18/2025 – 8/20/2025 |
| Close of expert discovery | 8/20/2025 |
| Deadline for parties to exchange deposition designations | 9/2/2025 (Completion of rolling exchange) |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 9/10/2025 |

2

| | |
|---|---|
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 9/29/2025 |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 10/13/2025 |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 10/27/2025 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed selection of Wave 2 bellwether trial case | 3 business days after the Court's ruling on Rule 702/MSJs |
| Deadline to file motions in limine | 10/31/2025* |
| Deadline to file oppositions to motions in limine | 11/14/2025* |
| Deadline to submit joint final pretrial order | 11/24/2025* |

\* Dates to be adjusted pending Court's identification of trial start date

Date: 5/14/2025          /s/ Thomas I. Vanaskie
                          Hon. Thomas I. Vanaskie (Ret.)
                          Special Master