# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK) |

## NOTICE OF APPEARANCE

To the Clerk:

**PLEASE TAKE NOTICE** that undersigned hereby notifies the Court and counsel that she shall appear as counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

Dated: May 22, 2025

Respectfully submitted,

*/s/ Jordan Michael Schwartz*
KIRKLAND & ELLIS LLP
Jordan Michael Schwartz
1301 Pennsylvania Ave, N.W.
Washington, D.C., 20004
jordan.schwartz@kirkland.com
Tel: (202) 389-3358
Fax: (202) 389-5200

*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on May 22, 2025, I electronically filed the foregoing Notice of Appearance of Jordan Michael Schwartz with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jordan Michael Schwartz*
Jordan Michael Schwartz