# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>HON. RENÉE MARIE BUMB |
| **THIS DOCUMENT RELATES TO:**<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.*,<br><br>Case No. 1:19-md-02875-RMB-SAK | |

### PLAINTIFFS' NOTICE OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT ANDREW THOMPSON, PH.D.

TO:  Jessica Davidson
   Kirkland & Ellis LLP
   601 Lexington Avenue
   New York, New York 10022
   *Attorneys for Defendants*

**PLEASE TAKE NOTICE** that Plaintiffs shall move before the Honorable Renée Marie Bumb, C.U.S.D.J., at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Precluding the Opinions of Defense Expert Andrew Thompson, Ph.D.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of Adam M. Slater in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

                                          **MAZIE SLATER KATZ & FREEMAN, LLC**
                                          Attorneys for Plaintiffs

                                          By:  /s/ Adam M. Slater

Dated:  May 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**MAZIE SLATER KATZ & FREEMAN, LLC**
Attorneys for Plaintiffs

By:  /s/ Adam M. Slater

Dated: May 22, 2025