Exhibit 6

Confidential Information - Subject to Protective Order

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2

3    *****************************

4    IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
     AND IRBESARTAN PRODUCTS
5    LIABILITY LITIGATION           HON ROBERT B.
                                    KUGLER
6    *****************************

7    THIS DOCUMENT APPLIES TO ALL
     CASES
8
     *****************************
9

10           - CONFIDENTIAL INFORMATION -
            SUBJECT TO PROTECTIVE ORDER
11

12           Remote Videotaped via Zoom

13   Deposition of PENG DONG, commencing at 7:07

14   a.m. Hong Kong time, on the 29th of March,

15   2021, before Maureen O'Connor Pollard,

16   Registered Diplomate Reporter, Realtime

17   Systems Administrator, Certified Shorthand

18   Reporter.

19

20                    - - -

21

         GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
23

24

Confidential Information - Subject to Protective Order

1           (Whereupon, a recess was

2      taken.)

3           THE VIDEOGRAPHER:  The time is

4      8:24 a.m.  Back on the record.

5           (Whereupon, Exhibit Number

6      ZHP-193 was marked for

7      identification.)

8  BY MR. SLATER:

9      Q.     Do you see this exhibit in

10 front of you titled "Guideline for Genotoxic

11 Impurity Evaluation"?

12     A.     I see it.

13     Q.     Look at Section 2, please.

14 This states in part, "All intermediates and

15 APIs produced under GMP conditions must be

16 identified for genotoxic impurities."

17           Do you see that?

18     A.     I see it.  The document does

19 state so.

20     Q.     Identification of genotoxic

21 impurities is part of the risk assessment

22 evaluation, correct?

23     A.     Per the requirements of ICH, we

24 would confirm the quality specifications of

1    API.

2         Q.     This applies to valsartan,

3    correct?

4              Let me reask the question.

5    Hang on.  Let me reask the question.

6              What you just stated would

7    apply to valsartan, correct?

8         A.     For API products, including

9    valsartan API, we would confirm the quality

10   specifications per the requirements of ICH.

11        Q.     Part of evaluating -- rephrase.

12             Part of this process includes

13   identifying all genotoxic impurities,

14   correct?

15        A.     What do you mean by "part of

16   this process"?

17        Q.     The GMP process to ensure the

18   product meets quality requirements.

19        A.     Can you repeat your question by

20   putting what you just said?  I'm sorry.

21        Q.     No.

22             Let's go to Section 4.2.1.  In

23   part, this says, "Sources of genotoxic

24   substances include raw materials, reagents,

Confidential Information - Subject to Protective Order

1    solvents, intermediates, and by-products,"

2    correct?

3          A.      The document does say so in

4    Chinese.

5          Q.      And your company knew that from

6    the time it began to manufacture valsartan,

7    correct?

8          A.      I believe this document should

9    have an effective date.  I'm sorry, I missed

10   the effective date.

11         Q.      My question --

12                 MR. SLATER:  Move to strike.

13         Q.      What I just read in 4.2.1 your

14   company has known from the first day it ever

15   manufactured valsartan, correct?

16         A.      I need to know the effective

17   date of this document.

18         Q.      Do you know if your company

19   knew the sources of genotoxic substances when

20   it first started manufacturing valsartan?

21   Yes or no.

22         A.      We conducted our work based on

23   the requirements of ICH as well as the

24   regulations of our internal SOPs.

Confidential Information - Subject to Protective Order

1          As for those ICH requirements

2     and SOPs, they had certain effective period

3     of time, and that would start with an

4     effective date.

5               MR. SLATER:  Move to strike.

6          Q.    It's a very simple question.

7     The information I read to you in

8     Section 4.2.1, did ZHP know the sources of

9     the genotoxic substances when it first

10    started manufacturing valsartan?  Yes or no.

11    Did it know that list or not?

12         A.    Section 4.2.1 is indeed

13    included in this document.  However, I need

14    to know the effective date of this document.

15              In addition, we conducted our

16    work in developing the manufacturing process

17    of valsartan based on the requirements of ICH

18    then, as well as the internal SOP regulations

19    then.

20              MR. SLATER:  Move to strike.

21         Q.    I'm going to ask you a question

22    not referring to this document to try to get

23    you to answer responsively.

24              From the time ZHP began to

Confidential Information - Subject to Protective Order

1    manufacture valsartan, did it know that the

2    sources of genotoxic substances included raw

3    materials, reagents, solvents, intermediates,

4    and by-products?  Yes or no.

5         A.    When ZHP first started to

6    manufacture valsartan, they conducted the

7    work based on the requirement of ICH then, as

8    well as the regulations of the internal SOP

9    then.

10              When I mentioned ICH and SOP, I

11    was referring to the documents then.

12              MR. SLATER:  Move to strike.

13         Q.    Can you just answer with a yes

14    or no, please, the actual question I asked?

15         A.    What was your original question

16    again?

17              MR. SLATER:  Go off the record.

18              THE VIDEOGRAPHER:  All right.

19         The time is 8:40 a.m.  Off the record.

20              (Off the record discussion.)

21              THE VIDEOGRAPHER:  The time is

22         8:41 a.m.  Back on the record.

23    BY MR. SLATER:

24         Q.    I am told that this document

Confidential Information - Subject to Protective Order

```
1    was created in 2011.

2                MR. BALL:  Objection to form.

3                MR. SLATER:  What's the

4         objection?

5                MR. BALL:  Foundation.  You

6         were told, Adam?

7                MR. SLATER:  You're really

8         having a fun time over there, Rick,

9         aren't you?

10               MR. BALL:  You know, Adam, I'm

11        going to make my objections.  You

12        asked me what my objection was, and I

13        just told you.

14               MR. SLATER:  I hadn't even

15        finished my sentence, but --

16               MR. BALL:  Okay.

17               MR. SLATER:  -- keep having a

18        grand time over there.  It's fine.

19   BY MR. SLATER:

20        Q.    I'm told that the metadata for

21   this document shows that it was created in

22   2011.  Do you know whether that's correct or

23   not?

24               MR. BALL:  Objection to form.
```

Confidential Information - Subject to Protective Order

```
1          A.      Can you show me the time?  I
2    cannot find that time in this document.
3    BY MR. SLATER:
4          Q.      I asked you if you know.
5    Either the answer is yes or no.
6                  MR. BALL:  Objection to form.
7          A.      Judging from what is shown to
8    me on the screen, it is impossible for me to
9    tell when this document was created, nor
10   could I tell that -- what the effective date
11   of this document is.
12   BY MR. SLATER:
13         Q.      Have you ever seen this
14   document --
15                 MR. SLATER:  Move to strike.
16         Q.      Have you ever seen this
17   document --
18                 MR. BALL:  Oppose the motion.
19                 MR. SLATER:  I'm going to start
20         over.
21   BY MR. SLATER:
22         Q.      Have you ever seen this
23   document before?
24         A.      When you said have I seen this
```

Confidential Information - Subject to Protective Order

1    document before, what time frame are you

2    referring to?

3         Q.    Ever in your life before today.

4         A.    To the best of my recollection,

5    I have seen this document before.  It seems

6    so.

7         Q.    Have you ever used this

8    document in your work?

9         A.    In the course of my employment,

10   we conducted our work based on the

11   requirements of ICH and SOP then.

12              MR. SLATER:  Move to strike.

13              MR. BALL:  Oppose the motion.

14   BY MR. SLATER:

15        Q.    Mr. Dong, did I ask you about

16   ICH?  No, I didn't.

17              Did I ask you about any other

18   SOPs?  No, I didn't.

19              I would appreciate, like I

20   asked you up front, to be courteous and

21   comply with your obligations under the United

22   States Federal Rules of Civil Procedure and

23   answer the questions I actually ask you.  I

24   would really appreciate that.  It would make

Confidential Information - Subject to Protective Order

1    things go a lot smoother for everybody.

2              MR. BALL:  Objection to form.

3         I don't even know if that was a

4         question.

5              MR. SLATER:  No.  It was a

6         request for the witness to actually

7         make some minimal effort to be

8         responsive.

9              MR. BALL:  Objection.

10        Harassment.

11             Go ahead and translate it.

12        A.    I will tell you the truth.

13   BY MR. SLATER:

14        Q.    Look at Section 4.2.3.  It says

15   in part, "After product pilot, genotoxic

16   impurities should be preliminarily determined

17   and included in the development report."

18   Correct?

19             MR. BALL:  Objection to form.

20        A.    According to this document, it

21   says in this section, "After the research and

22   development of the product pilot, genotoxic

23   impurities should be preliminarily determined

24   and included in the development report."

Confidential Information - Subject to Protective Order

```
 1    That's what it says in Chinese.

 2    BY MR. SLATER:

 3         Q.     Look at 4.2.4.  That says, "The

 4    identification of genotoxic impurities should

 5    include confirmed structure of genotoxic

 6    impurities and confirm analysis method and

 7    residual limit of the impurity."  Correct?

 8              MR. BALL:  Objection to form.

 9         A.     According to this document, the

10    Chinese statement does say so in

11    Section 4.2.4.

12    BY MR. SLATER:

13         Q.     Let's go to Section 4.3.1.

14    This section says, "The technical department

15    organizes relevant departments to evaluate

16    all raw materials, reagents, solvents,

17    intermediates, and by-products of the product

18    and evaluate whether they contain genotoxic

19    substances."  Correct?

20              MR. BALL:  Objection to form.

21         A.     In Section 4.3.1 of this

22    document, the Chinese version says, "The

23    technical department should organize relevant

24    departments to evaluate all raw materials,
```

Confidential Information - Subject to Protective Order

1    reagents, solvents, intermediates, and

2    by-products of the product, and evaluate

3    whether there are any genotoxic substances in

4    them."  That's what the Chinese says.

5    BY MR. SLATER:

6        Q.    The technical department is the

7    department that you work in, correct?

8            MR. BALL:  Objection to form.

9        A.    Do you mean the technical

10   department described in this document when

11   you say "technical department"?

12   BY MR. SLATER:

13       Q.    Is the technical department

14   referenced in 4.3.1 the department you work

15   in?

16           MR. BALL:  Objection to form.

17       A.    The technical departments

18   referred in this document under Section 4.3.1

19   refer to all the technical departments in

20   ZHP's facilities.  My department is only one

21   of them.

22   BY MR. SLATER:

23       Q.    This instruction to the

24   technical departments would also apply to

Confidential Information - Subject to Protective Order

1    your technical department, the one you work

2    in, correct?

3                    MR. BALL:  Objection to form.

4    BY MR. SLATER:

5        Q.    Let me stop.  Let me stop.  Let

6    me withdraw the question.

7                    There's a technical department

8    for the Chuannan facility where the valsartan

9    API was manufactured, correct?

10                   MR. BALL:  Objection to form.

11       A.    There is a technical department

12   at the Chuannan facility of ZHP.

13   BY MR. SLATER:

14       Q.    This guideline applies to that

15   technical department, correct?

16                   MR. BALL:  Objection to form.

17       A.    Are you referring to this SOP

18   by "this guideline"?

19   BY MR. SLATER:

20       Q.    Yes.

21       A.    Can you repeat the pending

22   question?  I'm sorry.

23       Q.    This guideline that is on the

24   screen applies to the technical department in

Confidential Information - Subject to Protective Order

```
 1    Chuannan, correct?
 2              MR. BALL:  Objection -- sorry.
 3         Objection to form.
 4         A.    The technical department in
 5    Chuannan should conduct their work based on
 6    the current SOP.
 7    BY MR. SLATER:
 8         Q.    When Section 4.3.1 refers to
 9    the "technical departments" plural, that
10    includes the technical department at
11    Chuannan, correct?
12              MR. BALL:  Objection to form.
13         A.    After this SOP became
14    effective, all the technical departments
15    referred to under Section 4.1 point --
16              THE INTERPRETER:  The
17              interpreter's correction.
18         A.    -- under Section 4.3.1,
19    including the technical department in
20    Chuannan, need to conduct their work based on
21    the effective SOP at that time.
22    BY MR. SLATER:
23         Q.    Look at 4.4.1.  The first part
24    says, "Genotoxic substances are potentially
```

Confidential Information - Subject to Protective Order

1    destructive to DNA at any intake level, and

2    this damage may lead to tumors."  Correct?

3              It says that in part, correct?

4              MR. BALL:  Objection to form.

5         A.    One sentence under

6    Section 4.4.1 of this document does say that

7    "Genotoxic substances are potentially

8    destructive to DNA at any intake level, and

9    this damage may lead to tumors."

10             This sentence is only within

11   this paragraph under Section 4.4.1.

12   BY MR. SLATER:

13        Q.    Go to Section 4.4.11.  This

14   indicates that "Genotoxic impurities and

15   their residual limits as found by the company

16   are found in Appendix A."  Correct?

17             MR. BALL:  Objection to form.

18        A.    In this document under

19   Section 4.4.11, the sentence in Chinese does

20   say, "The genotoxic impurities and their

21   residual limits as determined by the company

22   are found in Appendix A."

23             In addition, could you please

24   scroll up this document a little bit?  It

Confidential Information - Subject to Protective Order

1    makes me feel tired when I have to look down

2    at this paragraph.  I'm sorry.

3              MR. SLATER:  I don't

4         understand.  Move to strike the last

5         part.

6              MR. BALL:  Oppose the motion.

7    BY MR. SLATER:

8         Q.    Mr. Dong, if you look in the

9    top left, it says number "API-R&D-002."

10             Do you see that?

11             MR. BALL:  Objection to form.

12        A.    As shown on the screen, on this

13   document at the upper left corner, there is

14   indeed a number "API-R&D-002."

15   BY MR. SLATER:

16        Q.    By -- rephrase.

17             Since it says "002," this is

18   version 2 of this guideline, correct?

19             MR. BALL:  Objection to form.

20        A.    This is a document number.

21   BY MR. SLATER:

22        Q.    That's your answer?

23             MR. BALL:  Objection to form.

24        A.    I'm sorry.  I don't understand

Confidential Information - Subject to Protective Order

1    your question.  Are you asking me whether I'm

2    done with responding to the previous

3    question?

4    BY MR. SLATER:

5        Q.    Because it says "002," that

6    means it's the second version.  You know how

7    your documents are written in your company,

8    right?

9            MR. BALL:  Objection to form.

10        Harassment.

11        A.    I need to review the whole

12    document before responding to the opposing

13    counsel's question.

14    BY MR. SLATER:

15        Q.    We can go off the record if you

16    want to read the whole document.

17            MR. BALL:  No, we won't.  He

18        can read it on the record.  He will

19        take the time, your time, to do that.

20            MR. SLATER:  I'm sorry, but

21        we're not going to.  I'm not going to

22        sit while he reads the whole document.

23        I don't know what he's reading for.

24        The date of the document is not on it,

Confidential Information - Subject to Protective Order

1          so I don't know what he's looking for.

2                    MR. BALL:  Well, then, I don't

3          know what he's looking for either.

4          Why don't you ask him.  But we're not

5          going off the record.

6                    MR. SLATER:  This isn't how

7          we're going to do this.

8                    MR. BALL:  We're not going off

9          the record.

10                   MR. SLATER:  I've got a

11         different way of asking it, Mr. Ball.

12    BY MR. SLATER:

13         Q.    Mr. Dong, do you know if this

14    is the only version of this document or not?

15    Yes or no.  It's a simple yes-or-no question.

16                   MR. BALL:  Objection to form.

17         A.    In order to provide an accurate

18    answer, I need to review the whole document.

19    BY MR. SLATER:

20         Q.    Okay.  Well, you can do that on

21    your own time.

22                   MR. SLATER:  Let's go to

23         Appendix A.  Perfect.

24         Q.    This is Appendix A, correct?

Confidential Information - Subject to Protective Order

1            MR. BALL:  Objection to form.

2       A.    It says here after "Attachment

3    A," "List of genotoxic impurities by ZHP."

4    That's what it says.

5    BY MR. SLATER:

6       Q.    In line 7, line 9, and line 10,

7    the product in the right-hand column is

8    valsartan, correct?

9            MR. BALL:  Objection to form.

10       A.    In line 7, line 9, and line 10

11    of this document, in the right-hand column,

12    the product in Chinese is valsartan.

13    BY MR. SLATER:

14       Q.    The left-hand column is the

15    list of impurities.

16            Do you see that?

17            MR. BALL:  Objection to form.

18            MR. SLATER:  What's your

19       objection, Counsel?

20            MR. BALL:  My objection is, why

21       don't you -- never mind.  I don't --

22       my objection is that's vague, first

23       off.

24            MR. SLATER:  Are you just

Confidential Information - Subject to Protective Order

1    objecting to form to --

2            MR. BALL:  You haven't laid a

3    foundation.  You haven't laid a

4    foundation.

5            MR. SLATER:  Okay.  I think

6    you're objecting to form every time

7    you can't read the language, just

8    to -- just for the heck of it.  I

9    mean --

10            MR. BALL:  As far as I know,

11    Adam, you don't read Chinese.

12            MR. SLATER:  No, I don't.

13            MR. BALL:  So I'm not relying

14    on your translation of it.

15            MR. SLATER:  Okay.  So you're

16    objecting to the form in case the

17    translation is wrong?

18            MR. BALL:  I'm objecting to

19    the -- I'm objecting that you did not

20    lay a foundation for what the

21    left-hand column says.

22            MR. SLATER:  Okay.  That's what

23    that question was, actually.

24            MR. BALL:  No, it wasn't.  It

Confidential Information - Subject to Protective Order

1        was "The left-hand column

2        says...correct?"  Which is you

3        translating the left-hand column and

4        asking my witness if that's what it

5        says.

6                MR. SLATER:  Yes.  Right.  And

7        then if it's -- and then -- all right.

8        And then if he's -- all right.

9        Whatever.  You know what?  Nice.

10       Good.

11    BY MR. SLATER:

12       Q.    The left-hand column, the title

13    is "List of impurities," correct?

14                MR. BALL:  Objection to form.

15       A.    In this list, the second column

16    at the top says in Chinese "Names of the

17    impurities of genotoxicity."  That's what it

18    says in Chinese.

19    BY MR. SLATER:

20       Q.    Next to number 7 in that

21    column, it says "azide," correct?

22                MR. BALL:  Objection to form.

23    BY MR. SLATER:

24       Q.    I'll ask it differently.

Confidential Information - Subject to Protective Order

1             How about we'll do it this way.

2    On line 7 in the impurities column that you

3    just read the title for, what is the impurity

4    that's listed there?

5         A.     In this table under the second

6    column in line 7, it says "azide" here.

7         Q.     What does it say in line 9 in

8    that column for valsartan?

9         A.     What do you mean by "line 9 in

10   that column for valsartan"?  Are you asking

11   me to read aloud the content of the whole

12   line 9?

13        Q.     In the column that's titled

14   "Names of the impurities," next to the number

15   9, what does it say for the impurity?

16        A.     In the table as shown on the

17   screen, under column 2 in line 9, it says

18   "Bromo OBTN."

19        Q.     What does it say directly

20   beneath that on line 10 in that column?

21        A.     In the table shown on the

22   screen, under column 2 in line 10, it says

23   "Bromo OBTN tetrazole."

24        Q.     Let's go to the prior page.

Confidential Information - Subject to Protective Order

1           Looking at the top of this

2    page, does this tell you whether this is the

3    first version of this guideline or not?

4           A.    According to what's shown on

5    the screen, it says here in Chinese, "This

6    document is a new document."  Based on that,

7    I can determine that this document is a first

8    version.

9               MR. BALL:  I didn't hear what

10          you said.  You "can determine" or you

11          "can't determine"?

12              I'm asking the translator what

13          he said.

14              THE INTERPRETER:  The

15          interpreter would repeat.

16          A.    I can, C-A-N, determine this is

17    a first version.

18    BY MR. SLATER:

19          Q.    To your recollection, has --

20    we'll rephrase.

21              When the process change

22    occurred to include zinc chloride in the

23    process, was this guideline applied by ZHP?

24          A.    I'm sorry.  Since I did not see

Confidential Information - Subject to Protective Order

1    the effective date of this document, I cannot

2    provide an accurate response to your

3    question.

4         Q.    I can scroll -- rephrase.

5              There is no effective date on

6    the document.  Not written on it.

7              MR. BALL:  Objection to form.

8    I don't know if there's a question.

9    BY MR. SLATER:

10        Q.    Here's the question.  You --

11   we'll rephrase.

12             Was this guideline applied to

13   the zinc chloride process change for

14   valsartan?  Yes or no.

15             MR. BALL:  Objection to form.

16        A.    During the process change for

17   valsartan, we conducted our work based on the

18   ICH and SOP requirements at that time.

19             MR. SLATER:  Move to strike.

20   BY MR. SLATER:

21        Q.    Is the answer yes?

22             MR. BALL:  Oppose the motion.

23             MR. SLATER:  Move to strike.

24             ///

Confidential Information - Subject to Protective Order

1    BY MR. SLATER:

2          Q.    Is the answer --

3                MR. BALL:  Oppose the motion.

4                MR. SLATER:  I'm just saying it

5          because you talked over me.

6    BY MR. SLATER:

7          Q.    Is the answer yes or no?

8    Please answer.

9                MR. BALL:  Objection to form.

10         A.    Could you repeat the question?

11   BY MR. SLATER:

12         Q.    How did I know you were going

13   to ask me that?  I'll try it for the third

14   time.

15               Was this guideline applied and

16   used when the process change to the zinc

17   chloride process for valsartan was made?

18               MR. BALL:  Objection to form.

19   BY MR. SLATER:

20         Q.    Yes or no.

21               MR. BALL:  Objection to form.

22         A.    During the process change for

23   valsartan, we conducted corresponding work

24   based on the requirements of ICH then, as

Confidential Information - Subject to Protective Order

1    well as the requirements of the SOP at that

2    time.

3                    MR. SLATER:  Move to strike.

4                    MR. BALL:  Oppose the motion.

5                    MR. SLATER:  Mr. Ball, he

6           hasn't answered the question.

7                    MR. BALL:  I believe he has, at

8           least six or seven times.

9                    MR. SLATER:  Tell me what I'm

10          missing about the -- is the answer yes

11          or no, then?  Was this actually

12          utilized with the process change?

13          Because I can't figure it out from his

14          answer.

15              Would you tell me what that

16          answer is?

17                   MR. BALL:  Are you asking me or

18          are you asking the witness?

19                   MR. SLATER:  I'm asking you,

20          because you keep saying his answer is

21          responsive.  So tell me whether or not

22          the answer was yes or no.

23                   MR. BALL:  I'm not going to --

24          I'm not here to answer questions,

Confidential Information - Subject to Protective Order

```
1        Adam.  I'm sorry you don't like the

2        answer you're getting from the

3        witness.

4              MR. SLATER:  I don't not like

5        the answer.  He won't answer the

6        question.

7              MR. BALL:  Adam, I'm sorry you

8        don't like the answer.  Again, you can

9        take it up with the Court.

10             MR. SLATER:  Is that what you

11       want me to do?

12             MR. BALL:  I want you to -- I

13       don't want you to keep asking that

14       same question over and over again

15       because you don't like the answer

16       you're given.

17             MR. SLATER:  It's not that I

18       don't like it.  It's that he won't

19       answer the question, and I can't

20       understand what he's saying.  He's not

21       addressing what I'm asking.

22             I mean, I think there's some

23       obligation by a lawyer to tell their

24       client to be responsive in a federal
```

Confidential Information - Subject to Protective Order

1          proceeding.

2                    MR. BALL:  Adam, I believe he

3          is being responsive.  He's answering

4          the question to the best of his

5          ability.

6                    MR. SLATER:  Really?

7                    MR. BALL:  Yes.

8                    MR. SLATER:  Okay.  We'll try

9          it one last time, and then we'll have

10         our nice record.

11    BY MR. SLATER:

12         Q.    Mr. Dong, was this guideline

13    utilized as part of the evaluation of

14    potential genotoxic impurities for the zinc

15    chloride process change?  Yes or no.

16                    And I'm asking you to either

17    say yes or no.

18                    MR. BALL:  Objection.

19                    You don't get to tell the

20         witness how to answer a question,

21         Adam.

22                    Objection to form.

23         A.    Your question is quite long.  I

24    just heard from the interpreter that this

Confidential Information - Subject to Protective Order

1    guideline is part of the SOP.  I want to find

2    out, which part are you referring to?

3                    MR. SLATER:  Mr. Interpreter, I

4          don't understand that.  He's now

5          saying that he doesn't understand your

6          interpretation, and he's asking me to

7          fix your interpretation?

8                    What's going on here?  I mean,

9          is that what he actually just said?

10   A.      Your question was translated by

11   the interpreter, but it was very long.

12   Through the interpreter, I heard that you

13   referred to this guideline as part of the

14   SOP, so I just wonder, which part of the SOP

15   are you referring to?

16                    MR. SLATER:  Move to strike all

17         this nonresponsive evasion.

18                    MR. BALL:  Oppose the motion.

19   BY MR. SLATER:

20   Q.      Was this guideline utilized in

21   connection with the zinc chloride process

22   change?  Yes or no.

23                    MR. BALL:  Objection to form.

24   A.      During the zinc chloride

Confidential Information - Subject to Protective Order

1    process change, we conducted the

2    corresponding work based on the requirements

3    of ICH at that time, as well as the

4    requirements of the SOP at that time.

5    BY MR. SLATER:

6          Q.    Was this guideline one of those

7    SOPs that was utilized?

8          A.    Judging from what is shown on

9    the screen, I cannot tell the effective date

10   of this SOP.  I need to review the whole

11   document in order to understand this SOP.

12              MR. SLATER:  Let's go off the

13         record.  I think it's time for a

14         break, right?

15              MR. BALL:  It is time for a

16         break.

17              THE VIDEOGRAPHER:  The time is

18         9:35 a.m.  Off the record.

19              (Whereupon, a recess was

20         taken.)

21              THE VIDEOGRAPHER:  The time is

22         9:49 a.m.  Back on the record.

23   BY MR. SLATER:

24         Q.    The metadata for this document

Confidential Information - Subject to Protective Order

1    says it was modified on June 17, 2011.  I'm

2    just telling you what the metadata says

3    provided by your lawyer.

4              Knowing that and looking at the

5    document, you can look at it and tell me

6    whether or not this guideline was applied to

7    the zinc chloride process change for

8    valsartan.

9              MR. BALL:  Objection to form.

10   A.        Judging from what has been

11   shown on the screen, I cannot give you an

12   accurate answer.

13             As for the process change for

14   valsartan, we conducted the corresponding

15   work based on the requirements of ICH then

16   and the requirements of SOP then.

17             MR. SLATER:  Move to strike

18        from "as for" forward.

19             MR. BALL:  Oppose the motion.

20   BY MR. SLATER:

21   Q.        What do you need to see in

22   order to answer the question?

23   A.        What is your question?

24             MR. SLATER:  I'm going to take

Confidential Information - Subject to Protective Order

```
 1        that as the witness has been asked

 2        enough times, he's going to refuse to

 3        answer and/or he's unprepared as a

 4        30(b)(6).

 5               We're going to move to the next

 6        document, and that's how we're going

 7        to conduct ourselves today.

 8               MR. BALL:  Objection.

 9               MR. SLATER:  Take the document

10        down.  We've made a full record on

11        that issue with that document.  I

12        think that's sufficient to establish

13        what's going on here.

14               Now, what we're going to do

15        next is pull up -- I'm going to be

16        working with two documents.  We have

17        an English version and we have a

18        Chinese version, both of which were

19        provided by ZHP.  I'm letting counsel

20        know so they know what's going on.

21               So I'm going to put on the

22        screen -- what's the next exhibit?

23        193 or 194?

24               I'm asking the court reporter,
```