# Exhibit 3

**Document Redacted In Its Entirety**