UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DR. WILLIAM R. SAWYER, PH.D.**

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. ("Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Memorandum of Law in Support of Motion to Exclude the Opinions of Dr. William R. Sawyer, Ph.D.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Expert Report of Dr. William R. Sawyer, Ph.D., dated March 10, 2025. ("Sawyer Rep.")

2. Attached hereto as **Exhibit 2** is a true and correct copy of Pottegård, Anton, et al. "Use of N-nitrosodimethylamine (NDMA) contaminated valsartan

1

products and risk of cancer: Danish nationwide cohort study." bmj 362 (2018). ("Pottegard 2018")

3. Attached hereto as **Exhibit 3** is a true and correct copy of Gomm, Willy, et al. "N-Nitrosodimethylamine-contaminated Valsartan and the risk of cancer: A longitudinal cohort study based on German Health Insurance Data." Deutsches Ärzteblatt International 118.21 (2021): 357. ("Gomm 2021")

4. Attached hereto as **Exhibit 4** is a true and correct copy of Mansouri, Imène, et al. "N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users." Journal of the American Heart Association 11.24 (2022): e8067. ("Mansouri 2022")

5. Attached hereto as **Exhibit 5** is a true and correct copy of Deposition Transcript of Dr. William R. Sawyer, Ph.D., dated May 2, 2025. ("Sawyer 5/2/2025 Dep.")

6. Attached hereto as **Exhibit 6** is a true and correct copy of Deposition Transcript of Dr. William R. Sawyer, Ph.D., dated May 1, 2025. ("Sawyer 5/1/2025 Dep.")

7. Attached hereto as **Exhibit 7** is a true and correct copy of In Re Roundup Products Liability Litigation, Case No. 16-md-02741-VC, Amended Pretrial Order No. 201, ECF No. 9142 (N.D. Cal. Jan. 21, 2020).

8. Attached hereto as **Exhibit 8** is a true and correct copy of Hidajat, Mira, et

al. "Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up." Occupational and Environmental Medicine 76.4 (2019): 250-258. ("Hidajat 2019")

9. Attached hereto as **Exhibit 9** is a true and correct copy of Hill, Austin Bradford. "The environment and disease: association or causation?." (1965): 295-300. ("Hill 1965")

10. Attached hereto as **Exhibit 10** is a true and correct copy of Expert Report of Dr. William R. Sawyer, Ph.D., Vosper, et al. v. Monsanto, Case No. 3:16-md-02741-VC, ECF No. 13779-2, dated June 24, 2024.

11. Attached hereto as **Exhibit 11** is a true and correct copy of Howard, John. "Minimum latency & types or categories of cancer." Centers for Disease Control and Prevention (2014): 1-9.

12. Attached hereto as **Exhibit 12** is a true and correct copy of Nadler, Diana L., and Igor G. Zurbenko. "Developing a weibull model extension to estimate cancer latency." International Scholarly Research Notices 2013.1 (2013): 750857. ("Nadler 2013")

13. Attached hereto as **Exhibit 13** is a true and correct copy of Zheng, Jiali, et al. "Dietary N-Nitroso compounds and risk of hepatocellular carcinoma: a USA-based study." Hepatology 74.6 (2021): 3161-3173. ("Zheng 2021")

14. Attached hereto as **Exhibit 14** is a true and correct copy of Second Supplemental Expert Report of Lewis A. Chodosh, M.D., Ph.D., April 10, 2025. ("Chodosh Sec. Supp. Rep.")

15. Attached hereto as **Exhibit 15** is a true and correct copy of IARC, Carcinogenicity of Consumption of Red and Processed Meat, dated October 26, 2015.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2025                                     Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2025, a true and correct copy of the foregoing document was served upon counsel of record via operation of the Court's electronic filing system.

Dated: May 22, 2025                     Respectfully submitted,

/s/ Nina R. Rose
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*