# Exhibit 5

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW JERSEY

3          CASE NUMBER:  1:19-MD-02875 (RBK)(JS)

4                   MDL NO. 2875

5

6     IN RE:

7     VALSARTAN, LOSARTAN, and

8     IRBESARTAN PRODUCTS LIABILITY

9     LITIGATION

10    --------------------------------------------------

11

12       CONTINUED DEPOSITION OF DR. WILLIAM SAWYER, Ph.D.

13                   FRIDAY, MAY 2, 2025

14

15                   Deposition of DR. WILLIAM SAWYER,

16    Ph.D. in the above-mentioned matter before Jomanna

17    DeRosa, a Certified Court Reporter (License No.

18    30XI00188500), and Notary Public of the State of New

19    Jersey, taken via Zoom on Friday, May 2, 2025,

20    commencing at 9:08 a.m. Eastern Standard Time.

21

22

23

24

25

```
                                                    Page 2

 1      A P P E A R A N C E S (via Zoom)

 2

 3      KIRKLAND & ELLIS

 4      BY:  ASHER TRANGLE, ESQ.

 5      601 Lexington Avenue, Floor 50

 6      New York, New York 10022

 7      asher.trangle@kirkland.com

 8

 9      KIRKLAND & ELLIS LLP

10      BY:  AUDREY ASPEGREN, ESQ.

11      1301 Pennsylvania Avenue Northwest

12      Washington, DC 20004

13      (646)444-9164

14      audrey.aspegren@kirkland.com

15

16      NIGH GOLDENBERG RASO & VAUGHN

17      BY:  DANIEL NIGH, ESQ.

18           KATHRYN AVILA, ESQ.

19           STEPHANIE IKEN, LAW CLERK

20      14 Ridge Square Northwest, 3rd Floor

21      Washington, DC 20016

22      (850)600-8090 (DN)

23      (771)210-5557 (KA)

24      (202)978-1188 (SI)

25      dnigh@nighgoldenberg.com
```

```
                                                    Page 3

 1      A P P E A R A N C E S (CONT'D)

 2

 3      kavila@nighgoldenberg.com

 4      siken@nighgoldenberg.com

 5

 6      GREENBERG TRAURIG

 7      BY:  VICTORIA "TORI" LANGTON, ESQ.

 8      Terminus 200

 9      3333 Piedmont Road Northeast, Suite 2500

10      Atlanta, Georgia 30305

11      (678)553-7392

12      langtont@gtlaw.com

13

14      ALSO PRESENT:  NATHANIEL ARMSTRONG, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1

2                          I N D E X

3

4      WITNESS:

5      TYPE OF      EXAMINATION BY                    PAGE

6      EXAMINATION

7      Continued   Mr. Trangle                        7

8      Direct

9      Examination

10     Cross-      Mr. Nigh                          110

11     Examination

12     Redirect    Mr. Trangle                       149

13     Examination

14

15

16                      E X H I B I T S

17

18     EXHIBIT          DESCRIPTION                  PAGE

19     DX-12            Article Bennett 1991         12

20     DX-13            September 2023 Deposition    29

21     DX-14            2019 Cancer Study By Hidajat 36

22     DX-15            Queried PubMed (Tab 10)      47

23     DX-16            Tab 11                       49

24     DX-17            Tab 12                       54

25

Page 5

1    DX-18            search in PubMed                    57
2    DX-19            Free Radical Biology Medicine    62
3                     Journal, Volume 42 Issue 8
4                     from April 2007
5    DX-20            Science Direct Web Page          65
6    DX-21            Toxicology Letters Volume 314    65
7    DX-22            Volume 32, Issue 5 of            68
8                     Carcinogenesis
9    DX-23            PubMed Search,                   71
10   DX-24            Job Exposure Matrix Study        86
11   DX-25            Tab 21, Gomm Study               105
12   PX-26            Mansouri Study,                  117
13   DX-27            Volume 8, Issue 9 of             132
14                    Carcinogenesis
15   DX-28            Article Jackson 2011             158

16

17

18                           R E Q U E S T S

19

20      PAGE    LINE

21       48     23

22       70     1

23      145     2

24      147     9

25      171     3

Page 6

 1              THE VIDEOGRAPHER:  Good morning.  We are
 2      now going on the record and the time is currently
 3      9:08 a.m. Eastern Time on May 2nd, 2025.  Please
 4      note that this deposition is being conducted
 5      virtually.  Quality of the recording depends on the
 6      quality of camera and Internet connection of
 7      participants.  What is seen from the witness and
 8      heard on screen is what will be recorded.  Audio and
 9      video recording will continue to take place unless
10      all parties agree to go off the record.  This is
11      media unit one of the continued deposition of
12      Dr. William Sawyer taken in the matter of In Re
13      Valsartan, Losartan, et al. vs. Zhejiang Huahai
14      Pharmaceutical Company LTD, et al. with Case Number
15      1:19-MD-02875 (RBK)(JS).
16              My name is Nathaniel Armstrong
17      representing Veritext and I'm the videographer.  The
18      court reporter is Jomanna DeRosa from the firm
19      Veritext.  I am not authorized to administer an
20      oath.  I am not related to any party in this action
21      nor am I financially interested in the outcome.
22              If there are any objections to
23      proceeding, please state them at this time.  Hearing
24      none, all counsel will be represented on the
25      stenographic record.  The witness was previously

```
                                        Page 7
 1      sworn.  You may proceed counsel.

 2      CONTINUED DIRECT EXAMINATION

 3      BY MR. TRANGLE:

 4          Q.  Good morning, Dr. Sawyer.

 5          A.  Good morning.

 6          Q.  So since the deposition ended yesterday, did you

 7      meet with counsel last night?

 8          A.  I think we spoke briefly in the, what we

 9      called, the meeting room.

10          Q.  You didn't meet with counsel afterwards?

11          A.  In the meeting room.

12          Q.  About how long did you meet with counsel after

13      the deposition yesterday?

14          A.  Only a few minutes.

15          Q.  Okay.  Did you review any studies last night

16      after the deposition?

17          A.  The only thing I did was follow up on that

18      loose footnote and I now have the correct ATSDR

19      footnote information.

20          Q.  So no -- besides that, no other studies that you

21      looked into or analyzed last night?

22          A.  No, that's the only thing I did.

23          Q.  What about this morning, did you meet with

24      counsel already today?

25          A.  For about one minute, just prior to going on
```

Page 8

1        the Zoom.

2            Q.  And did you review any studies or material

3        related to this case this morning?

4            A.  No.

5            Q.  Okay.  Dr. Sawyer, yesterday we discussed latency

6        periods and studies that sought to quantify the minimum

7        latency periods for certain cancers.  Do you recall

8        that?

9            A.  Yes.

10           Q.  And one of the documents we discussed was the WTC

11       or World Trade Center document?

12           A.  I recall that, yes.

13           Q.  And that document referred to NHL, non-Hodgkin's

14       lymphoma.  Correct?

15           A.  In part, yes.

16           Q.  Let's look at that exhibit, which is Exhibit 4.

17       Let me know when you have that up.  And for your

18       reference, I'd like to move to Page 6.

19           A.  Okay.  I'm showing the exhibits, number,

20       which number?

21           Q.  Exhibit 4.

22           A.  Four, okay.

23           Q.  Yep, Page 6.

24           A.  All right.

25           Q.  All right.  If you look in the first paragraph on

Page 9

1    Section C, which is about lymphoproliferative and
2    hematopoietic -- I definitely butchered that -- cancers.
3           Do you see that paragraph?
4      A.  I'm looking at the paragraph, yes.
5      Q.  Okay.  If we look part way down, it says, the
6    second -- it's the last sentence:  "A minimum latency
7    period of two years has been reported for non-Hodgkin's
8    lymphoma, Bennett, et al. 1991, following treatment of
9    Hodgkin's Disease with chemotherapy and radiotherapy,
10   which is similar to the latency for secondary acute
11   leukemia."
12          Do you see that?
13     A.  Yes.
14     Q.  Is that the portion of this document you were
15   relying on when you cited it in your cases involving
16   glyphosate?
17     A.  Yes.  But I also referenced, either orally or
18   written in my report, studies that show individuals
19   treated with cyclosporine A, that's a treatment for
20   rejection of tissue graphs.  It's very undeveloped
21   NHL is at approximately six months of latency.  But
22   that doesn't --
23     Q.  Okay.  What was that drug?  Sorry.  What was that
24   drug?
25     A.  Cyclosporine A.

```
                                                          Page 10
 1          Q.  Is that different than glyphosate, just to make

 2     sure I understand?

 3          A.  I didn't hear all of your question, I'm

 4     sorry.

 5          Q.  Oh, I'm sorry.  Is cyclosporine, is that a

 6     different chemical than glyphosate?

 7          A.  Yes.  Cyclosporine A is a drug that's used in

 8     tissue graphs to prevent rejection of the tissue.

 9          Q.  I see.

10          A.  For example, an organ transplant.

11          Q.  Okay.  And you're saying that you were also

12     referencing studies on this chemical in your latency

13     assessment for the NHL and glyphosate cases?

14          A.  Yes.  I believe I included that in the number

15     of depositions.  I don't know that it's in my

16     report.

17          Q.  Okay.  If we go back to Exhibit 4 here, this is

18     Bennett, et al. 1991 study.  Here, it looks like these

19     are individuals who have cancer, lymphoma, and then

20     underwent chemotherapy or radiotherapy and then

21     developed NHL at a minimum of two years later.  Is that

22     what this is saying?

23                 MR. NIGH:  Form objection.

24                 THE WITNESS:  Yes.

25
```

```
                                                    Page 11
 1      BY MR. TRANGLE:

 2         Q.  So this is a study of individuals who already had

 3      one form of lymphoma?

 4         A.  I prefer to re-review the study.  I don't

 5      recall.  I think so, but I'm not -- I'm not certain.

 6         Q.  Are you certain whether or not these individuals

 7      were exposed to glyphosate?

 8         A.  No.

 9              MR. TRANGLE:  Okay.  Then, let's mark as

10      Exhibit 12, I think we're at 12, Bennett 1991.

11

12              (Whereupon, Exhibit DX-12 was marked for

13      identification.)

14

15              MR. TRANGLE:  And so, let's refresh.

16      That's Tab 49, Audrey.  Okay.  I see it now.  It

17      just populated for me.

18              If you refresh, it should be there.

19              MR. NIGH:  It's not there for me, yet.

20              MR. TRANGLE:  Okay.  It just loaded for

21      me.

22

23      BY MR. TRANGLE:

24         Q.  Has it loaded for you, Doctor?

25         A.  Yes.
```

Page 12

1        Q.   So this is the article Bennett 1991 on

2     non-Hodgkin's lymphoma provided in patients treated for

3     Hodgkin's disease.   Right?

4        A.   Yes.

5        Q.   And seeing this, do you recall whether or not

6     these individuals were exposed to glyphosate?

7        A.   As applicators or in general public from

8     dietary?

9        Q.   As the exposure of interest considered for

10     latency in this article?

11        A.   No, and I never said it was.   This is a --

12     the first three paragraphs in my table are

13     glyphosate related, not this one.

14        Q.   Okay.

15        A.   I do point out, however, the last two

16     sentences.   "The results suggest that these patients

17     had a propensity of lymphoproliferative disorders,

18     possibly associated with some immune deficiency, and

19     the subsequent development of NHL is not treatment

20     related.   The findings also emphasize how important

21     it is to biopsy recurrent disease."

22        Q.   Okay.   Thank you, Doctor.   I'm going to move to

23     something else.

24            Dr. Sawyer, you attempted to perform a dose

25     extrapolation analysis in your report that converts the

```
                                                    Page 13
  1        amount of NDMA inhaled by the UK rubber factory workers
  2        into a systemic dose.  Is that right?
  3           A.  That's correct.
  4                MR. NIGH:  Form objection.
  5
  6        BY MR. TRANGLE:
  7           Q.  Your extrapolation analysis based, in part, on
  8        two studies by Hidajat, et al. in 2019.  Right?
  9           A.  Based in part on that, using that data, yes.
 10           Q.  One of those is a cancer cohort study in UK --
 11        factory workers.  Is that right?
 12           A.  Yes.
 13           Q.  Can we call that, for today's discussion, Hidajat
 14        2019B?  Is that okay with you?
 15           A.  I would need to see it.
 16           Q.  That's fine.  I'm just trying to find a way to
 17        distinguish as they're both Hidajat 2019.  Would you
 18        prefer I call it Hidajat cancer study versus Hidajat job
 19        exposure matrix?  Would that work?
 20           A.  Yes.  Yes.
 21           Q.  Okay.  So when I say Hidajat cancer study, I'll
 22        be referring to the study on the UK rubber factory
 23        workers.  And when I say job exposure matrix, I'll be
 24        referring to the study that used -- created a job
 25        exposure matrix on different exposures in EU and UK
```

Page 14

1      rubber factory workers.

2            Does that work for you?

3      A.   Yes.

4      Q.   Do you agree that it's important for data

5      underlying your model to be accurate and reliable in

6      order for the outputs and conclusions to be reliable?

7                  MR. NIGH:  Form objection.

8                  THE WITNESS:  Yes.

9

10     BY MR. TRANGLE:

11     Q.   Do you agree that if there are inaccuracies in

12     the inputs into your model, that would mean there would

13     be inaccuracies in the risk estimates that you

14     calculated?

15                 MR. NIGH:  Form objection.

16                 THE WITNESS:  Hypothetically, yes.

17

18     BY MR. TRANGLE:

19     Q.   For example, if there were inaccuracies in the

20     NDMA measurements used in the Hidajat study, would that

21     affect the accuracy of the risk estimates that you're

22     relying on?

23                 MR. NIGH:  Form objection.

24                 THE WITNESS:  Hypothetically, yes.

25

Page 15

1          BY MR. TRANGLE:

2             Q.  Would the same be true of bioavailability from

3          inhalation?

4                      MR. NIGH:  Form objection.

5                      THE WITNESS:  I need a full question.

6

7          BY MR. TRANGLE:

8             Q.  The full question is:  If there are inaccuracies

9          in the data that you used for bioavailability, would

10         those inaccuracies carry over to the output of your

11         extrapolation analysis?

12                     MR. NIGH:  Form objection.

13                     THE WITNESS:  Yes.  However, I used the

14         upper ranges intentionally.  So if there is error,

15         it actually increases the statistically significant

16         threshold cumulative dose measurements.  So the

17         error's in the direction of making the assessment

18         more favorable to defendants.

19

20         BY MR. TRANGLE:

21            Q.  So that was about inaccuracies.  I just want to

22         ask about assumptions used in the model.

23                 So if there are assumptions that are not

24         accurate, that you used in the model, would that affect

25         the reliability of the output of your extrapolation

```
                                                    Page 16

 1      analysis?

 2                  MR. NIGH:  Form objection.

 3                  THE WITNESS:  Hypothetically, yes.

 4

 5      BY MR. TRANGLE:

 6         Q.  For example, if the assumption that you used for

 7      the inhalation rate was inaccurate or was off, that

 8      would carry over to the results of your study?

 9                  MR. NIGH:  Form objection.

10                  THE WITNESS:  Hypothetically, if that

11      were true, yes.

12

13      BY MR. TRANGLE:

14         Q.  If there were issues in the assumption you used

15      for median employment link for workers, would those

16      assumptions also distort the reliability and accuracy of

17      your risk estimates?

18                  MR. NIGH:  Form objection.

19                  THE WITNESS:  Could you repeat that or

20      read it back, whichever?

21

22      BY MR. TRANGLE:

23         Q.  Sure.  If there were issues in the assumption

24      that you used in the median employment link for workers,

25      would that also distort the reliability and accuracy of
```

```
                                                      Page 17

 1      your risk estimates?

 2                  MR. NIGH:  Form objection.

 3                  THE WITNESS:  Hypothetically, it could.

 4

 5      BY MR. TRANGLE:

 6         Q.  Dr. Sawyer, you have never published your dose

 7      extrapolation methodology in any peer-reviewed

 8      scientific journal; have you?

 9                  MR. NIGH:  Form objection.

10                  THE WITNESS:  No.  It's not my

11      methodology.  It's the generally accepted

12      methodology endorsed by peer-reviewed studies and

13      multiple international agencies.

14

15      BY MR. TRANGLE:

16         Q.  Okay.  So it's your testimony here today that the

17      methodology that you used has been published?

18         A.  Yes.

19         Q.  Is it your testimony that pieces of your

20      methodology had been published or your entire

21      methodology, as you did it here, has been published?

22                  MR. NIGH:  Form objection.

23                  THE WITNESS:  It needed to describe

24      which pieces or be more descriptive of the --

25                  MR. TRANGLE:  Okay.  Do you want me to
```

```
                                                      Page 18

  1      ask it differently?

  2                  THE WITNESS:  Yes, so I can understand

  3      it and answer correctly.

  4

  5      BY MR. TRANGLE:

  6         Q.  My understanding of your analysis is that you

  7      rely in part on the U.S. EPA equation.  You also rely on

  8      assessments of particulate matter based on the Monarca

  9      study.  You also rely on methodology for assessing oral

 10      bioavailability and you also rely on different

 11      methodologies for inhalation bioavailability.  And you

 12      also rely on application of data from the Hidajat

 13      studies.

 14            Is it your understanding that all of those pieces

 15      together have been published as a methodology?

 16                  MR. NIGH:  Form objection.

 17                  THE WITNESS:  Published, yes, not in all

 18      one bundle.  Inhalation toxicology is a separate

 19      discipline of toxicology, which focuses on particle

 20      size, distribution, and inhalation of such

 21      particles, and the methodology for determining

 22      bioavailability through inhalation.

 23

 24      BY MR. TRANGLE:

 25         Q.  So it's your testimony that it has been published
```

Page 19

1      where somebody used particulate size to estimate

2      inhalation bioavailability in the exact same manner that

3      you have done so here?

4                  MR. NIGH:  Form objection.

5                  THE WITNESS:  Yes.  It's Basic

6      Toxicology 101.

7

8      BY MR. TRANGLE:

9         Q.  What is the name of the publication that has done

10     it in the way that you have here?

11                 MR. NIGH:  Form objection.

12                 THE WITNESS:  As per the references in

13     my report.

14

15     BY MR. TRANGLE:

16        Q.  Dr. Sawyer, that was about the methods that you

17     used.  I want to ask now about the application of those

18     methods.  Has your application of those methods ever

19     been published in any peer-reviewed scientific journal?

20                 MR. NIGH:  Form objection.

21                 THE WITNESS:  No.  It's too -- too basic

22     of a -- it's the entire basis of inhalation

23     toxicology that the particle size determines where

24     it lands in the respiratory tract, whether it's

25     caught in the nasal epithelium or in the larynx or

Page 20

1    the trachea or the branches within the lung of the

2    bronchials or all the way to the deep lung alveoli.

3    That's basic toxicology, textbook toxicology, and

4    there isn't a study that shows that.  It's too basic

5    to publish.  I could point you to Casarett & Doull's

6    textbook, which I have in my office, and point you

7    to the basic toxicology methodology of particle size

8    distribution.  I included a figure in my report that

9    shows particle size distribution and

10   bioavailability.

11

12   BY MR. TRANGLE:

13       Q.  So your testimony here today is that the Casarett

14   textbook contains the application of the methodology

15   that you outlined in your report, exactly as you have

16   done it in your report?

17                  MR. NIGH:  Form objection.

18                  THE WITNESS:  With respect to particle

19   size distribution and the various levels of

20   bioavailability based on the aerodynamic particle

21   size, yes.

22

23   BY MR. TRANGLE:

24       Q.  Okay.  So does this textbook have a section on

25   route-to-route extrapolation from inhalation to an

Page 21

1        individual's oral ingestion?

2                      MR. NIGH:  Form objection.

3                      THE WITNESS:  There are examples of that

4        in the peer-reviewed literature and there's also

5        sufficient worldwide documentation of the exact

6        methodology published by Federal Institute of

7        Occupational Safety and Health, Freiberg, Germany,

8        the Dutch Expert Committee on, I think MIT's

9        Occupational Safety, and many other agency

10       publications that provide the exact methodology and

11       the various guidelines that are met to ensure its

12       reliability.

13                      MR. TRANGLE:  I'm sorry.

14                      THE WITNESS:  In fact, even if there is

15       pieces of the guideline missing, the methodology

16       actually permits the use of route-to-route

17       extrapolation with factors, safety factors.  Now, I

18       did not need any safety factors because, in this

19       particular case of NDMA, it meets all of the

20       requirements of the methodology to provide an

21       accurate result without any safety factors.

22

23       BY MR. TRANGLE:

24          Q.  So it's your testimony that there is a

25       publication by the Federal Institute of Occupational

Page 22

1      Safety and Health in Germany and the Dutch Expert

2      Committee that have both done the totality of your dose

3      extrapolation methodology in your report?

4              MR. NIGH:  Form objection.

5              THE WITNESS:  No, that's not what I

6      said.  The route-to-route extrapolation methodology

7      has been published.  The inhalation particle size

8      distribution is basic toxicology.  And so, there is

9      no single method that covers everything.  There are

10     methods that, when used in tandem, provide the

11     answer.

12              MR. TRANGLE:  Right.

13

14     BY MR. TRANGLE:

15        Q.  And my point is that the totality of the methods

16     that you used has not been published anywhere, as you

17     have done it.  Right?

18              MR. NIGH:  Form objection.

19              THE WITNESS:  No, I disagree.  The

20     inhalation toxicology methodology is step one.

21              Step two is the extrapolation from human

22     inhalation to human oral absorption and that is

23     well-documented methodology.  And it's unreasonable,

24     your question is unreasonable in that it's assuming

25     there has to be a single method that covers the use

Page 23

1      of these two methodologies.

2

3      BY MR. TRANGLE:

4         Q.  Okay.  So your use of these methodologies as

5      you've done it here has never been subjected to peer

6      review by any toxicologists.  Is that right?

7                  MR. NIGH:  Form objection.

8                  THE WITNESS:  No, the same correction.

9      The methodologies that I just discussed have been

10     thoroughly peer reviewed and endorsed by multiple

11     governmental agencies.

12

13     BY MR. TRANGLE:

14        Q.  As you have done it here?  You're testifying

15     today that the methodologies, as you used them in your

16     report, have been subjected to peer review?

17                  MR. NIGH:  Form objection.

18                  THE WITNESS:  Yes.  I will give you an

19     example.

20                  MR. TRANGLE:  I didn't ask for an

21     example, sorry.

22                  THE WITNESS:  Well, I'm going to give

23     you one unless you want to withdraw the question.

24

25     BY MR. TRANGLE:

Page 24

1              Q.  You know what?  Actually, yes, please give me an

2      example of a publication that uses your methodology

3      verbatim in totality, please?

4                      MR. NIGH:  Form objection.

5                      THE WITNESS:  One of the first prongs of

6      the methodology is the assessment of absorption

7      bioavailability.  That's right in the method itself

8      and it's one of the most important aspects.  Now, to

9      determine bioavailability, that hinges upon OSHA --

10     or not OSHA -- NIOSH, N-I-O-S-H, method, I think

11     it's 0600.  The NIOSH methodology determines the

12     quantities of particulate matter in various

13     groupings, as used in the study which I referenced,

14     the peer-reviewed study I referenced.

15                      Once that particle distribution size is

16     known, then that next methodology is that of the

17     route-to-route extrapolation methodology, which I

18     just referenced.  And those two methodologies

19     together are what I relied upon.  There is no single

20     methodology that covers both in one -- in one step.

21

22     BY MR. TRANGLE:

23             Q.  Your calculations, the numbers that you provided

24     in your dose extrapolation analysis, the numbers, ever

25     been reviewed by another toxicologist?

Page 25

1              MR. NIGH:  Form objection.

2              THE WITNESS:  Possibly, other

3      toxicologists in the current matter is possible, but

4      I certainly don't provide confidential work product

5      to just anyone on the street.

6

7      BY MR. TRANGLE:

8        Q.  The calculations that you've done for converting

9      Hidajat NDMA exposure to systemic doses, have you

10     submitted that for peer review and publication?

11             MR. NIGH:  Form objection.

12             THE WITNESS:  No.  It's already been

13     heavily published and heavily peer reviewed in the

14     toxicological literature as well as endorsed and

15     adopted by various international agencies.

16

17     BY MR. TRANGLE:

18       Q.  How many times have you done your dose

19     extrapolation analysis outside of litigation?

20             MR. NIGH:  Form objection.

21             THE WITNESS:  I have extrapolated dose

22     measurements many times, as my work as a

23     toxicologist.  I can't give a number, but --

24

25     BY MR. TRANGLE:

Page 26

1          Q.   Have you done it from a rubber occupational

2     inhalation exposure study to compare to a single

3     individual's oral ingestion outside of litigation?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:   During my training in

6     inhalation toxicology, I performed various

7     calculations that involved --

8                    MR. TRANGLE:  Were the previous -- I'm

9     sorry.

10                   MR. NIGH:  Hold on.  He's still

11    finishing.

12                   THE WITNESS:   -- that involve particle

13    size and bioavailability.  And what I'm trying to

14    explain to you is that the particle size and

15    bioavailability is step one in -- for example, if

16    you were to review the methodologies that I just

17    discussed, I think the federal methodology in

18    Freiburg, Germany, the Dutch, and many other

19    studies, and they all consistently list in the

20    various guidelines in performing a route-to-route

21    extrapolation that, Number 1, you have to start

22    with, if it is known or can be calculated, the

23    bioavailability for each route, whether it be

24    inhalation or oral.  That's in the methodology.  And

25    the inhalation particle size methodology, which is

Page 27

1     heavily accepted -- I mean, it's been around for as

2     far as I can remember -- is very well documented in

3     textbooks, such as Casarett & Doull and other

4     sources.  The problem with the question as you pose

5     it, you're assuming that there's a method specific

6     to combining those two steps and it's an

7     unreasonable question.

8

9     BY MR. TRANGLE:

10        Q.  Dr. Sawyer, is it your testimony that because

11    portions of your methodology have been published, you

12    can conclude that your overall methodology has been

13    published?

14                MR. NIGH:  Form objection.

15                THE WITNESS:  Yes.  Again, the

16    methodology I followed has been peer reviewed and

17    it's accepted by international agencies.  And if

18    you're trying to invent something that's

19    unreasonable by stating I should have published it

20    or had it peer reviewed, I'm relying on

21    peer-reviewed science.

22

23    BY MR. TRANGLE:

24        Q.  Right.  But just because one piece of something

25    is peer reviewed, doesn't mean that your use and

Page 28

1      application of something that has been peer reviewed has

2      also been peer reviewed.  Right?

3          A.  No.

4                  MR. NIGH:  Form objection.  Hold on.

5      Form objection.  Mischaracterizes testimony.  He can

6      answer.

7                  THE WITNESS:  No, that's not what I

8      said.  It's not a matter of piecemealing.  It's

9      taking a generally accepted methodology, for

10     example, NIOSH 0600 particle size distribution, and

11     then plugging that in to the route-to-route exposure

12     methodology, which the very first question is, or

13     one of the first questions is, is the

14     bioavailability known or can it be calculated?  And

15     that is clearly in the methodology of the

16     route-to-route extrapolations.  So I followed the

17     methodology and you're trying to invent and create

18     something that is unreasonable.

19

20     BY MR. TRANGLE:

21         Q.  Dr. Sawyer, you previously testified that you had

22     not critically analyzed the design of the Hidajat study

23     that you used to derive your dose extrapolation

24     opinions.  Do you recall stating that in a prior

25     deposition?

```
                                                    Page 29

 1                    MR. NIGH:  Form objection.

 2                    THE WITNESS:  It's not what I said.  I

 3          said the internal methodologies in design, that's

 4          what I said, so you misquoted me.

 5                    MR. TRANGLE:  Let's mark as Exhibit 13,

 6          Tab 30.

 7

 8                    (Whereupon, Exhibit DX-13 was marked for

 9          identification.)

10

11          BY MR. TRANGLE:

12             Q.  You were deposed in September of 2023 in a Zantac

13          case.  Do you recall that deposition?

14             A.  Yes.

15             Q.  You were asked:

16                 "QUESTION:  Okay.  So is it fair to say that

17          you're not prepared to offer any opinions about whether

18          the methodology of the Hidajat paper was appropriate

19          with respect to this design issue?

20                    ANSWER:  Yes.  I would defer that to the

21          epidemiologist."

22                    Is it still the case today that you

23          would have to defer to an epidemiologist to offer

24          opinions about the methodology and the design of the

25          Hidajat paper?
```

Page 30

```
 1              MR. NIGH:  Hold on.  Counsel, if you're
 2      going to ask him about prior testimony and then show
 3      him a document with prior testimony, I think you
 4      need to point out the line and page -- the page and
 5      line of the testimony.
 6              MR. TRANGLE:  Okay.  Page 208, Line 16
 7      to Page 209, Line 5.
 8              THE WITNESS:  The problem I have with
 9      your question is that within that deposition, I
10      specifically said "internal design of the
11      meta-analysis and other internal methodologies."  So
12      you're cherry picking.  What you read is a question
13      posed to me, but in that document, you'll find that
14      I've described the process in more detail.
15
16      BY MR. TRANGLE:
17        Q.  Dr. Sawyer, is it no longer the case that you
18      would have to defer to an epidemiologist to offer
19      opinions about whether the methodology of the Hidajat
20      paper was appropriate?
21              MR. NIGH:  Form objection.
22      Mischaracterizes testimony.
23              THE WITNESS:  Again, I will defer
24      internal design of both the Hidajat study or any
25      meta-analyses in the design of the multifactorial
```

Page 31

```
 1        analysis or sensitivity analyses; these are issues,

 2        design issues that I would defer to the

 3        epidemiologist.

 4

 5        BY MR. TRANGLE:

 6            Q.  Are you also deferring to an epidemiology expert

 7        opinions about the strengths or limitations of the

 8        Hidajat study?

 9            A.  I definitely will be speaking in terms of

10        reliability of the study based on basic principles

11        that toxicologists routinely assess.  For example,

12        Type I, Type II error, number of subjects, results

13        of multifactorial analyses for sensitivity,

14        confounding factor analyses, prevalence factoring

15        within the study.  For example, the occurrence of

16        rubber dust at various levels throughout the

17        facility, comparing the dose of N-morpholine to the

18        dose of NDMA in the study.  There are things that

19        affect the strengths or weaknesses of the study that

20        toxicologists examine when reading an

21        epidemiological study.  So simple aspects, as what I

22        just stated, I would certainly feel comfortable

23        discussing as it is part of my training and

24        experience.  But in terms of internal design, I

25        would defer that to the epidemiologist.
```

Page 32

```
 1        Q.  In your report, Dr. Sawyer, you wrote that you:
 2     "Consider other exposures that could potentially serve
 3     as contributing factors to someone's liver cancer, other
 4     than NDMA exposure."
 5           Do you recall writing that?
 6        A.  Yes.
 7        Q.  Is the reason that it's important to consider
 8     other exposures that could be potentially contributing
 9     factors to someone's liver cancer because you must
10     separate potential carcinogenic affects of NDMA from
11     other exposures?
12                   MR. NIGH:  Form objection.
13                   THE WITNESS:  Yes.  I did consider
14     N-morpholine, N-nitrosamine some, and rubber dust,
15     rubber fumes.  I applied the epidemiological
16     methodology in terms of examining the mean and
17     median concentrations of each of those in the
18     various departments of the plant.
19
20     BY MR. TRANGLE:
21        Q.  Did you use a model?
22                   MR. NIGH:  He's not done.  He's not
23     done.
24                   MR. TRANGLE:  A -- model to do your dose
25     extrapolation analysis?
```

Page 33

1            MR. NIGH:  Counsel, he wasn't done

2      finishing the question -- the answer.

3            You can continue, Doctor.

4            THE WITNESS:  Yes.  I then examined the

5      various departments, the materials, preprocessing,

6      curing, vulcanisation, finishing, compared those

7      values for each of the contaminates and discovered

8      that, for example, rubber dust and rubber fumes are

9      primarily in a different department, other than the

10     department where NDMA was at a high level, which was

11     curing and vulcanisation.

12

13     BY MR. TRANGLE:

14        Q.  So, Dr. Sawyer, did you use a multi-pollutant

15     model in your dose extrapolation analysis for separating

16     NDMA from other exposures?

17            MR. NIGH:  Form objection.

18            THE WITNESS:  I relied on the Hidajat

19     assessment.

20

21     BY MR. TRANGLE:

22        Q.  Did the doctor --

23            MR. NIGH:  Hold on, Counsel.  He's still

24     answering.

25            THE WITNESS:  If I recall, the very last

Page 34

 1    paragraphs in Hidajat cancer study, in the results

 2    section, it explains what I just did.  It explains

 3    the -- for example, there was no significant dose

 4    response for rubber dust and rubber fumes.  The

 5    trend analyses, as I recall, are around .3.

 6    Hidajat, if you look at the end of the report,

 7    assessed rubber dust, rubber fumes, and so on, based

 8    on locations in the plant, and found that it did not

 9    at all correlate with NDMA.  NDMA was also measured

10    on a quantitative basis, far higher concentrations

11    than that of N-morpholine.

12

13    BY MR. TRANGLE:

14        Q.  So you're relying on the Hidajat study authors'

15    attempts to separate out exposures?  You didn't

16    independently do anything yourself, apart from what the

17    Hidajat authors did, in terms of separating out NDMA

18    from other exposures?

19            MR. NIGH:  Form objection.  Vague.

20            THE WITNESS:  That's incorrect.  I laid

21    out all of the numbers in the supplement, which

22    provide the actual mean and median for each

23    department, including all departments, and examined

24    the numbers.  And there's certainly no pattern

25    correlating rubber dust or rubber fumes or

Page 35

1        N-morpholine to that of NDMA.

2

3        BY MR. TRANGLE:

4            Q.  Does that data contain data on polycyclic

5        aromatic hydrocarbons?

6            A.  No. No, that --

7            Q.  Did it contain data on phthalates?

8            A.  I'd ask that question -- say it again.

9            Q.  Does it contain data on phthalates,

10       P-H-T-H-A-L-A-T-E-S?

11           A.  Oh, phthalates (pronounced as fthalates).

12           Q.  Sorry, yes.

13           A.  No.

14           Q.  Does it contain data on benzene?

15           A.  No.

16           Q.  Did you use a multi-pollutant model?

17                   MR. NIGH:  Form objection.

18                   THE WITNESS:  I reviewed -- I reviewed

19       the data and made comparisons, but I leave the

20       creation of epidemiologic reports to the

21       epidemiologist.

22

23       BY MR. TRANGLE:

24           Q.  Are you aware that the cancer study only

25       contained job information for the UK cancer study cohort

Page 36

1      for a single year, 1967?

2                  MR. NIGH:  Form objection.

3                  THE WITNESS:  I don't recall if it was

4      only one year.  It could have been.

5                  MR. TRANGLE:  Let's mark as

6      Exhibit DX-14 the 2019 cancer study by Hidajat,

7      which is Tab 27.

8

9                  (Whereupon, Exhibit DX-14 was marked for

10     identification.)

11

12     BY MR. TRANGLE:

13         Q.  It looks like it's already there.

14         A.  Okay.

15         Q.  On Page 251, under "population" -- sorry.  Sorry.

16             On Page 251 under "exposure assessment", in the

17     middle of this paragraph, it says:  "Because only job

18     information in 1967 was available, the primary analyses

19     assumed all subjects remained in the same factory

20     department, i.e., not necessarily in the same job,

21     throughout their careers and were employed until

22     retirement at age 70, death or emigration."

23             Do you see that?

24         A.  I need to blow this up a little.  I had to

25     blow it up some.  It was too small to read.  Okay.

Page 37

1        So which paragraph under "materials and methods"?

2        Q.   "Exposure assessment" where it starts with

3    "because only job information in 1967 was available"?

4        A.   Yes, I see that, but I'm not certain about

5    this "primary analyses assumed all subjects to

6    remain in the same factory department."

7        Q.   So is it your testimony that these authors had

8    more than a single year of job information on the

9    workers in the UK cancer study cohort?

10                MR. NIGH:  Form objection.

11                THE WITNESS:  I'm not sure, because the

12    second sentence under "exposure assessment", it

13    reads:  "Linear mixed effects models with random

14    factory intercepts were used to estimate average

15    exposure in each year between 1915 and 2000 and

16    build a job exposure matrix, et cetera."

17

18    BY MR. TRANGLE:

19        Q.   You're aware that that's referencing a different

20    study, the job exposure matrix.  Right?

21        A.   Yes.

22        Q.   Does the fact that the authors only had a single

23    year of data on the cancer cohort affect or impact the

24    reliability of this study?

25                MR. NIGH:  Objection.  Mischaracterizes

Page 38

1     his position.

2                    THE WITNESS:  I don't really understand

3     the question.

4

5     BY MR. TRANGLE:

6        Q.  Do you believe that the fact that these authors

7     only had a single year of job information data on the UK

8     cohort workers affects the reliability of this study?

9                    MR. NIGH:  Form objection.

10                   THE WITNESS:  Well, I would have to rely

11    on the epidemiologist's opinion.  I know the study

12    included about 36,000 workers, which is a huge

13    database, so whether one year of exposure data may

14    be sufficient, the epidemiologist would have

15    attempted to predict the Type I and Type II error

16    based on using one year, so I would have to defer

17    that to the epidemiologist.

18

19    BY MR. TRANGLE:

20       Q.  Is the fact that they only had one year of job

21    data a weakness of the study?

22       A.  Well, in the view of the 36,000 workers

23    involved and there may have been enough data to

24    provide a very accurate test.  Also, keep in mind

25    that I -- the study is quite clear on the exposure

Page 39

1    levels coming down in time.  So depending on what

2    year that was when the information was gathered, it

3    could actually have underestimated the exposure or

4    overestimated the exposure.  I would have to leave

5    that to the epidemiologist to answer.

6        Q.   The authors assumed here that "the workers were

7    employed until retirement at age 70, death or

8    emigration."

9            Do you know anything about the accuracy of that

10    assumption?

11                MR. NIGH:  Form objection.

12                THE WITNESS:  I don't know where you are

13    in the report.

14                MR. TRANGLE:  Well, it's actually

15    exactly where we were, the exact same page.

16                THE WITNESS:  Okay.  I see it.

17                MR. TRANGLE:  The exact same sentence.

18                THE WITNESS:  Well, that way, that would

19    decrease the overall power to see a change, if it

20    were there.  In other words, it would weaken the

21    study somewhat; but it's a very powerful study to

22    begin with due to it's large number of samples.

23

24    BY MR. TRANGLE:

25        Q.   Do you know what the rate of worker movements to

Page 40

 1     other departments or factories during this study time

 2     period in the cancer cohort study?

 3          A.  No.  I would defer that to the

 4     epidemiologist.

 5          Q.  Is there any information on alcohol use or

 6     hepatitis status of rubber factory workers in the cancer

 7     cohort study?

 8          A.  I don't believe so.

 9          Q.  Do you know if there could be confounding by

10     lifestyle factors or hepatitis status in this study,

11     when it comes to liver cancer?

12               MR. NIGH:  Form objection.

13               THE WITNESS:  I don't have data to

14     assess that.

15

16     BY MR. TRANGLE:

17          Q.  Did the cancer cohort study have information on

18     other exposures outside of the factory and outside of

19     occupational exposure for the workers?

20          A.  No.

21          Q.  Okay.  Would that include any potential

22     carcinogen exposure at any time from 1968 to 2002?

23          A.  No.

24          Q.  It's your testimony that the Hidajat authors had

25     information about non-occupational exposures to other

Page 41

1    carcinogens or these workers between 1968 and 2002?

2        A.  Same answer, no, they did not have such data

3    available.  Keep in mind, these were mortalities.

4    It's difficult to interview a decedent.

5        Q.  The Hidajat study says nothing about the size of

6    NDMA particulates.  Right?

7        A.  No.  That's why I referenced three rubber

8    plants in Italy for particle distribution size.

9        Q.  This study also says nothing about

10   bioavailability of any inhaled NDMA?

11       A.  That's correct.  And that's why I thoroughly

12   assessed the literature and determined what the

13   inhalation bioavailability was and I used the

14   highest possible values, which errored in favor of

15   the defendant.

16               MR. TRANGLE:  Do you want to take a

17   break for five minutes?  I have to use the restroom.

18   We've been going about an hour.

19               MR. NIGH:  Let's do ten minutes.

20               THE VIDEOGRAPHER:  Time is currently

21   10:03.  We are now off the record.  End of unit one.

22

23               (Whereupon, a brief recess was taken off

24   the record.)

25

```
                                                    Page 42

 1                THE VIDEOGRAPHER:  This marks the

 2      beginning of unit two.  The time is currently 10:16.

 3      We're back on the record.  You may proceed.

 4

 5      BY MR. TRANGLE:

 6          Q.  Doctor, can we go back to Exhibit 3.  So this is

 7      the expert report that you authored in this case.

 8      Right?

 9          A.  Yes.

10          Q.  Do you stand by the opinions that are authored in

11      this report?

12          A.  Yes.

13                MR. NIGH:  Form objection.

14

15      BY MR. TRANGLE:

16          Q.  Do you stand by the citations and sources in the

17      report, too?

18                MR. NIGH:  Form objection.

19                THE WITNESS:  Can you repeat that?

20

21      BY MR. TRANGLE:

22          Q.  Yeah.  Do you stand by the sources or sources and

23      citations that you used in the report?

24                MR. NIGH:  Form objection.

25                THE WITNESS:  I'm going to look at my
```

Page 43

1    report.

2

3    BY MR. TRANGLE:

4        Q.  Doctor, I'm not asking you to look at all 90

5    pages of your report right now.  It's a general

6    question.  If you're unable to answer without reading

7    your report, can you let me know and I'll retract the

8    question?

9        A.  Well, I'm looking at my footnotes.  I can't

10   just broadly say yes or no without examining.

11       Q.  Okay.  That's fine.  I'm going to move on if you

12   need to look at everything.  Okay?

13           Did you personally draft the report?

14       A.  Yes.

15       Q.  Did anybody help you with portions of it?

16               MR. NIGH:  Form objection.

17               THE WITNESS:  Jen and Bonnie both

18   proofed it.  Of course, Bonnie helped me with the

19   research and obtaining studies.

20

21   BY MR. TRANGLE:

22       Q.  Okay.  It's your name on this report, so do you

23   stand by all of the work that they have done and endorse

24   it?

25               MR. NIGH:  Form objection.

```
                                                    Page 44
 1              THE WITNESS:  I didn't -- your question
 2        kind of broke up.  I couldn't hear it all.
 3
 4        BY MR. TRANGLE:
 5           Q.  Right.  But this is your report, right, so you're
 6        offering to me and the court that these are your
 7        opinions and sources, even if someone else helped you
 8        with it?
 9           A.  Yes.
10           Q.  Okay.  Okay.  Doctor, look at your report on
11        Page 5.  You have a section here that starts on Page 5
12        called "Overview of N-nitrosodimethylamine".  That's
13        also NDMA.  Right?
14           A.  Yes.
15           Q.  In this section, if we go to Page 6, you outline
16        some potential mechanisms of action of NDMA on this
17        page.  Right?
18           A.  Yes.
19           Q.  Considered it important for you to assess
20        potential mechanisms of action of NDMA for your opinions
21        in this case?
22           A.  Yes.
23           Q.  Helped you ascertain how NDMA might have effects
24        at the molecular level?
25           A.  Yes.
```

Page 45

1          Q.   There's a section here on hepatotoxicity and

2     necrosis where you offer the opinion that NDMA reduces

3     the liver's ability to counteract oxidative stress.  Is

4     that right?

5          A.   That's right.

6          Q.   And for support, you have an article here called

7     "Park, et al. NDMA Metabolism and Liver Toxicity Role of

8     Cyp2E1 Glutathione Depletion".  I believe that's

9     Footnote 5?

10         A.   Yes, Park study, right.

11         Q.   And that was -- it looks like it was from 2020.

12    Is that right?

13         A.   Yes.

14         Q.   It was published in the Journal of Hepatic

15    Research?

16         A.   Correct.

17         Q.   You found this to be a reliable article?

18         A.   I don't recall.  I'll have to open it up and

19    look at it.

20         Q.   Okay.  Is the Journal of Hepatic Research a

21    well-regarded journal, in your opinion?

22         A.   Yes.

23         Q.   You cited it before in other work of yours?

24         A.   I don't recall.

25         Q.   How did you find this article?

Page 46

1        A.   I don't recall.

2        Q.   Did you verify it?

3        A.   I, you know, I typically review, I would

4    approximate ten, on the average, epidemiological or

5    toxicological studies each day.  I think this was

6    over a period since December, I think this was, this

7    report -- no, March.  I reviewed hundreds of

8    studies.  I don't keep an inventory of the strengths

9    or weaknesses or whether the journal is, you know,

10   in the top ten.  So I don't know how to answer your

11   question without looking at the study itself.

12       Q.   Okay.  Well, at the time you wrote this section

13   of your report and cited it, you found the article to be

14   sufficiently reliable and the journal to be sufficiently

15   reliable to add it to your report?

16            MR. NIGH:  Form objection.

17            THE WITNESS:  Yes, but that was not your

18   last question; was it?

19            MR. TRANGLE:  That's fine.

20

21   BY MR. TRANGLE:

22       Q.   Dr. Sawyer, are you aware that there is no

23   journal called the Journal of Hepatic Research?

24       A.   No.

25            MR. TRANGLE:  I'd like to mark as

Page 47

```
 1        Exhibit 15, Tab 10.

 2

 3                    (Whereupon, Exhibit DX-15 was marked for

 4        identification.)

 5

 6        BY MR. TRANGLE:

 7           Q.  Let me know when you see Exhibit 15.  Dr. Sawyer,

 8        I queried PubMed (Tab 10) for Journal of Hepatic

 9        Research and nothing came up.

10              Do you see that in Exhibit 15?

11           A.  All right.

12                    MR. NIGH:  Hold on.  Hold on.

13        Objection.  Counsel is testifying.

14                    THE WITNESS:  Did you put in the

15        author's name and title?  It's possible I misnamed

16        the journal in some fashion.

17

18        BY MR. TRANGLE:

19           Q.  Are you saying that you misnamed the journal and

20        that there is a journal called Hepatic Research that

21        exists?

22                    MR. NIGH:  Form objection.

23                    MR. TRANGLE:  Dr. Sawyer, what are you

24        doing while the question is pending?

25                    THE WITNESS:  Trying to figure out why
```

Page 48

1    this journal is not coming up.

2

3    BY MR. TRANGLE:

4        Q.  Are you searching online right now for the

5    journal?

6        A.  What I searched for was the title.

7        Q.  But are you searching the Internet right now,

8    Doctor?

9        A.  You interrupted my answer.  I said, yes, I'm

10    looking at "NDMA and Metabolism and Liver Toxicity",

11    by title.

12                MR. TRANGLE:  Dr. Sawyer, I'm going to

13    request that you don't search the Internet while

14    you're being deposed and while questions are

15    pending.

16                Counsel?

17                MR. NIGH:  Yes, Dr. Sawyer, don't --

18    he's not asking you to find the article.  Although

19    the line of questioning is pretty odd because of

20    counsel -- opposing counsel couldn't find this

21    article, we would've been happy to give the article

22    to him.

23                MR. TRANGLE:  Please, I would love for

24    you to send this article to us, Counsel.  That would

25    be great.

PageID: 110637

```
                                                      Page 49

 1                    MR. NIGH:  It's been almost a month to

 2        request this article, so, since we've disclosed this

 3        report.  But if that's the request, we can look for

 4        it and give it to you.

 5                    MR. TRANGLE:  That is a request.

 6

 7        BY MR. TRANGLE:

 8           Q.  Dr. Sawyer, are you aware that there is no

 9        article called "NDMA Metabolism and Liver Toxicity:

10        Role of Cyp2E1 and Glutathione Depletion" published in

11        any journal, anywhere?

12                    MR. NIGH:  Form objection.

13                    THE WITNESS:  I will need to use my

14        computer and verify that.  I can't answer it without

15        going online and trying to figure out why it's not

16        there.

17                    MR. TRANGLE:  Okay.  Let's mark as

18        Exhibit DX-16, Tab 11.

19

20                    (Whereupon, Exhibit DX-16 was marked for

21        identification.)

22

23        BY MR. TRANGLE:

24           Q.  Can you please look at Exhibit 16?  I'm going to

25        request that you refrain from searching the Internet.
```

800-227-8440                                                973-410-4040

```
                                                    Page 50

 1         A.   I'm not searching the Internet.  I'm trying

 2    to use Veritext.

 3         Q.   Okay.  That's fine.  I just wanted to request

 4    that you not try to search the Internet while questions

 5    are pending.

 6              Dr. Sawyer, do you see Defense Exhibit 16?

 7         A.   No, I'm still starting over with Veritext,

 8    because the -- I can't find the share function.

 9              MR. TRANGLE:  Do you want to go off the

10    record just for a minute?  Well, actually, I'm happy

11    to go off the record so you can locate it, but I

12    don't want you to go on the Internet while we go off

13    the record.

14              THE WITNESS:  I'm not going through the

15    Internet, but if --

16              MR. TRANGLE:  Do you need to go off the

17    record so you can identify Defense Exhibit 16?  Or

18    is it appearing on your page now?

19              MR. NIGH:  It just showed up for me.

20              MR. TRANGLE:  Okay.

21

22    BY MR. TRANGLE:

23         Q.   Do you see it, Dr. Sawyer?

24         A.   I'm having a problem here trying to find

25    address --
```

```
                                                    Page 51

 1                    MR. TRANGLE:  Okay.  Let's go off the

 2        record so you can find that.

 3                    THE VIDEOGRAPHER:  Time is currently

 4        10:29.  We are now off the record.  End of unit two.

 5

 6                    (Whereupon, a brief recess was taken off

 7        the record.)

 8

 9                    THE VIDEOGRAPHER:  This marks unit

10        three.  Time is currently 10:30.  Back on the

11        record.  You may proceed.

12

13        BY MR. TRANGLE:

14           Q.  This exhibit shows a query in the PubMed website

15        where an article with the title "NDMA Metabolism and

16        Liver Toxicity:  Role of Cyp2E1 and Glutathione

17        Depletion".  Right?

18                    MR. NIGH:  Objection.  Counsel is

19        testifying.

20                    THE WITNESS:  I don't know.  It's cut

21        off at the word -- halfway through the word deplete.

22           Q.  It says:  "The search was processed without

23        automatic term mapping because it retrieved zero

24        results."

25                    Do you see that?
```

```
                                              Page 52

 1        A.  Yes.

 2               MR. NIGH:  Form.

 3

 4   BY MR. TRANGLE:

 5        Q.  Does that mean that the quotations are ignored

 6   and it continues to search for the title?

 7               MR. NIGH:  Form objection.

 8               THE WITNESS:  I don't understand the

 9   question.

10

11   BY MR. TRANGLE:

12        Q.  Do you see above that where it says "no results

13   were found"?

14        A.  Correct.

15        Q.  Dr. Sawyer, did you fabricate the existence of an

16   article by Park, et al. discussing NDMA metabolism and

17   liver toxicity?

18        A.  No.

19        Q.  Okay.  It's your testimony today that this

20   article exists?

21        A.  Yes.

22        Q.  Is it your testimony that the Journal of Hepatic

23   Research also exists?

24               MR. NIGH:  Form objection.

25               THE WITNESS:  I may have misnamed it.
```

```
                                                      Page 53

 1

 2      BY MR. TRANGLE:

 3          Q.  Are you certain that this is not a nonexistent

 4      article?

 5                  MR. NIGH:  Form objection.

 6                  THE WITNESS:  I don't know.  I can't

 7      answer that without researching.

 8

 9      BY MR. TRANGLE:

10          Q.  Let's go back to your report, which is Exhibit 3,

11      Page 6, where we just were.

12              Do you see Page 6?

13          A.  Yes.

14          Q.  You have a section here on metabolic activation

15      in DMA alcoholation?

16          A.  Yes.

17          Q.  Did you draft this section?

18          A.  Yes.

19          Q.  You wrote that:  "A metabolite of NDMA modifies

20      nucleobases in DNA leading to the formation of mutagenic

21      lesions, such as 06-methylguanine."  Right?

22          A.  Yes, that's well-known.

23          Q.  And to support that statement, you cite an

24      article in a footnote by PEG Ab called "DNA Repair and

25      Mutagenesis:  06-Methylguanine and Beyond" published in
```

```
                                            Page 54

1       Mutation Research, Volume 743 in 2012?

2          A.  Yes.

3          Q.  Are you aware there's no such article written by

4       Ab Peg (sic Peg Ab) with that title?

5          A.  No.

6          Q.  Are you aware there's nothing published in 2012

7       by AE Peg (sic Peg Ab) with that title?

8                      MR. NIGH:  Form objection.

9                      THE WITNESS:  No.  And I note that I

10      have a link present with this citation.

11                     MR. TRANGLE:  I'm going to go ahead and

12      mark as Exhibit DX-17, Tab 12.  Can you go back to

13      Exhibit Share, please, and go and look up Exhibit

14      17?

15

16                     (Whereupon, Exhibit DX-17 was marked for

17      identification.)

18

19      BY MR. TRANGLE:

20         Q.  Do you see the exhibit?

21         A.  Yes.

22         Q.  This says "Mutation Research", that's the name of

23      the journal that you cited in this footnote?

24         A.  Yes.

25         Q.  If you look and scroll through this -- if you
```

Page 55

1      look at the very bottom where there's a URL, do you see

2      that URL at the bottom of the page on Page 1?

3          A.   Yes.

4          Q.   Volume slash 743.

5               Do you see that?

6          A.   I'm going to blow this up a little.

7          Q.   Sure.

8          A.   Okay.

9          Q.   Dr. Sawyer, in your report, you cited Pages 11 to

10     20 in Volume 743 as the Peg Ab article.  Is that right?

11         A.   At what pages?

12         Q.   11 to 20 are in Footnote 3 of your report?

13         A.   Yes, I see that.

14         Q.   If we go here on Exhibit 17, it looks like

15     there's no article published by Peg Ab in Volume 743 of

16     Mutation Research on Pages 11 to 20.  Is that right?

17               MR. NIGH:  Objection.  Counsel is

18     testifying.

19               THE WITNESS:  No.  However, I see that

20     my link is different than the link you directed me

21     to.

22               MR. TRANGLE:  Okay.

23

24     BY MR. TRANGLE:

25         Q.   Dr. Sawyer, there is an article published on

Page 56

1          Pages 12 to 25 in Exhibit 17.  Right?

2              A.  No, I don't see it.

3              Q.  On Page 2, there's an article by Sjolund,

4      Senejani & Sweasy on Pages 12 to 25 of this volume,

5      titled "MBD4 and TDG:  Multifaceted DNA glycosylases

6      with ever expanding biological roles."  Right?

7              A.  I see that, yes.

8              Q.  If we look up the very first item here, it says

9      it's published by Kandace Williams and Robert Sobol, no

10     mention of Peg?

11             A.  I see that.

12             Q.  The next publication does not contain the name

13     Peg?

14             A.  Correct.

15             Q.  The next article, also, no mention of Peg?

16             A.  That's correct.

17             Q.  Same with the next article by Nagaria, et al.?

18             A.  Yes.

19             Q.  Dr. Sawyer, there's also no citation to Peg in

20     the next article on Pages 33 to 43 of this volume?

21             A.  Correct.

22             Q.  If you continue scrolling, Peg is not listed on

23     any of these articles in Volume 743.  Is that correct?

24             A.  Correct.  But have you tried clicking on my

25     link?

Page 57

1          Q.  I have, actually, Doctor.  It's a broken link,

2     which I can introduce as an exhibit, if you wish.  Would

3     you like me to introduce that as an exhibit?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  I don't think it's

6     necessary.

7                    MR. TRANGLE:  You don't think that's

8     necessary?

9                    THE WITNESS:  If you state that it is a

10    dysfunctional link, it's possible.

11                    MR. TRANGLE:  I would like to mark and

12    introduce as Exhibit 18, Tab 13.

13

14                    (Whereupon, Exhibit DX-18 was marked for

15    identification.)

16

17    BY MR. TRANGLE:

18         Q.  So if you go back to Exhibit Share and click on

19    Exhibit 18?

20         A.  Yes.

21         Q.  Dr. Sawyer, this is a search in PubMed as

22    presented in DX-18.  Right?

23         A.  Yes.

24         Q.  And what's entered in this search is "DNA repair

25    and mutagenesis 06-methylguanine and beyond".  Right?

```
                                                    Page 58

 1          A.  Yes.

 2          Q.  That's the title of the article that you cited in

 3     your report?

 4          A.  Correct.

 5                  MR. NIGH:  Form objection.

 6

 7     BY MR. TRANGLE:

 8          Q.  Dr. Sawyer, there were four results that showed

 9     up here, it looks like.

10              Do you see that?

11          A.  Yes.

12          Q.  None of those is the article that you cited in

13     your report?

14          A.  Correct.

15          Q.  None of them has an author Peg?

16          A.  Correct.

17          Q.  None are even published in 2012?

18          A.  Correct?

19          Q.  None are published in mutation research?

20          A.  That's right.

21          Q.  Dr. Sawyer, is this another fabricated source

22     that is contained to support your opinions on mechanisms

23     of action in NDMA?

24                  MR. NIGH:  Form action.

25                  THE WITNESS:  No, and I don't appreciate
```

Page 59

1       the assumption of fabrication.

2

3       BY MR. TRANGLE:

4           Q.  Dr. Sawyer --

5           A.  There must be another reason why these aren't

6       showing up, due to I know that there are citations

7       that have disappeared secondary to defunding of

8       certain sections of NIH and other governmental

9       operations.  So it is possible that these were

10      removed from the database as a result of cut in

11      funding.

12          Q.  Would it also disappear from the journal itself?

13              MR. NIGH:  Form objection.

14              THE WITNESS:  No.

15              MR. TRANGLE:  Okay.

16

17      BY MR. TRANGLE:

18          Q.  And we just looked at --

19          A.  But I could explain that the journal is not

20      even coming up or appearing.  For example, with

21      Park, you showed that the Journal of Hepatic

22      Research doesn't even show.

23          Q.  Right.

24          A.  It doesn't make sense.

25          Q.  I agree.  Doctor, let's go back to your report,

```
                                                  Page 60
 1      Page 3, again.
 2          A.  Yes.
 3          Q.  Sorry, Page 6.  Do you see that you have a
 4      section here on oxidative stress and lipid peroxidation?
 5          A.  Yes.
 6          Q.  And did you personally draft the words in this
 7      section?
 8          A.  Not all of it.  Some of it is reference to
 9      Yuan, Y-U-A-N.
10          Q.  So you're saying that some of this is a quote
11      from Yuan?
12          A.  Yes.
13          Q.  So it states here that:  "Metabolic conversion of
14      NDMA also generates reactive oxygen species, ROS, which
15      contribute to oxidative stress and lipid peroxidation."
16      Right?
17          A.  Yes.
18          Q.  And to support this for a quote, you cited an
19      article, Yuan, et al. titled "Oxidative Stress and NDMA
20      Induced Hepatic Injury" published in 2007 in Free
21      Radical Biological Medicine, Volume 42, Issue 8th, on
22      Pages 1203 to 1211?
23          A.  That's right.
24          Q.  Before we go further, can you tell me whether
25      this is a real or fabricated citation?
```

```
                                              Page 61

   1              MR. NIGH:  Form objection.

   2              THE WITNESS:  Again, I don't appreciate

   3       the term "fabrication".  These are real articles I

   4       reviewed.  As I said, I have noticed that in various

   5       searches in PubMed and other search engines, certain

   6       studies pop up as not available and no such thing.

   7       And I believe that has something to do with the

   8       budget cuts that has impacted the journal articles

   9       and the search engine.

  10

  11       BY MR. TRANGLE:

  12          Q.  Right.  And that would not affect whether or not

  13       an existing publication showed up on the journal's

  14       website.  Right?

  15          A.  Could you repeat that?

  16          Q.  Right.  So even if it no longer appears on the

  17       NIH website or the PubMed website, it would still appear

  18       on the journal's website or the journal's volume.

  19       Right?

  20          A.  It should, yes, but not necessarily by

  21       Internet search.

  22          Q.  If I went to Volume 42, Issue 8 of the journal

  23       Free Radical Biology in Medicine to see what was

  24       published on Pages 1203 to 1211, would I find this

  25       article?
```

Page 62

1            MR. NIGH:  Form objection.

2            THE WITNESS:  Yes.  This link that I

3    provided was a functional link that would take you

4    directly to it.

5            MR. TRANGLE:  Okay.

6

7    BY MR. TRANGLE:

8       Q.  Doctor, in fact, there is an article on those

9    pages in that volume/issue that you cited.  I would like

10    to now mark as Exhibit 19, are we up to 19, Tab 14.

11

12            (Whereupon, Exhibit DX-19 was marked for

13    identification.)

14

15            MR. TRANGLE:  Tell me when you see it.

16

17    BY MR. TRANGLE:

18       Q.  Has it appeared for you?

19       A.  Exhibit 19?

20       Q.  Yes.

21       A.  Okay.

22       Q.  This is "Free Radical Biology Medicine Journal,

23    Volume 42 Issue 8 from April 2007".  Is that right?

24       A.  Yes.

25       Q.  If you scroll down to Page 3, do you see there's

Page 63

1     an article published on Pages 1201 to 1210 by first

2     author Favetta?

3          A.   Pages -- name it again.

4          Q.   On Page 3 of the exhibit, on Pages 1201 to 1210

5     of the journal, there's an article by first author

6     Favetta.

7               Do you see that?

8          A.   Yes.

9          Q.   And there's an article subsequent to that,

10    sequentially, on Pages 1211 to 1221 by first author

11    Hong.

12              Do you see that?

13         A.   Yes.

14         Q.   There's no article on Pages 1203 to 1211 by first

15    author Yuan?

16         A.   Correct.

17         Q.   Dr. Sawyer, if I go to the NIH website and search

18    the title of this article as you cited it, would it come

19    up?

20         A.   It should, yes, including my link, which was

21    a functional link.

22         Q.   It's your testimony that this is a real article

23    that you reviewed?

24         A.   Yes, it is.  And the link, have you tried to

25    see if it works?

Page 64

1                MR. TRANGLE:  Are you asking that I

2       introduce as an exhibit, the link from your report

3       to Science Direct?

4                THE WITNESS:  Y-U-A-N study, it's

5       Footnote 4.  There's a link.

6

7       BY MR. TRANGLE:

8          Q.  Okay.  Let's go back to your report, Exhibit 3.

9       If you go to Page 6, there's also a section here on

10      "Apoptotic and Inflammatory Pathways".  Right?

11         A.  Yes.

12         Q.  And did you personally draft this section?

13         A.  Yes.

14         Q.  And you cited an article in Footnote 6 to support

15      the statements in this section.  Is that right?

16         A.  Yes.

17         Q.  And the article that you cited is Kim, et al.,

18      "Mechanisms With NDMA Induced Apoptosis and Hepatic

19      Cells" published in Toxicology Letters in 2019 on Pages

20      25 to 33?

21         A.  Yes, with an active link that should take you

22      right there, if you try it.

23                MR. TRANGLE:  Okay.  That's exactly what

24      we're going to do.  I'd like to mark as Exhibit 20,

25      Tab 15.

Page 65

```
 1

 2                  (Whereupon, Exhibit DX-20 was marked for

 3          identification.)

 4

 5          BY MR. TRANGLE:

 6              Q.  Let me know when you have Exhibit 20 on your

 7          screen.  Dr. Sawyer, do you have Exhibit 20 on your

 8          screen?

 9              A.  Yes.

10              Q.  This is a Science Direct web page.  It says:

11          "Page not found because the page you were looking for

12          does not exist or was moved."?

13              A.  I see that.

14              Q.  Okay.  This is the link that you included in your

15          report?

16              A.  Yes.

17                  MR. TRANGLE:  Dr. Sawyer, I'd now like

18          to move as Exhibit 21, Tab 16.

19

20                  (Whereupon, Exhibit DX-21 was marked for

21          identification.)

22

23                  MR. TRANGLE:  So please go back out to

24          Exhibit Share and let me know when you have

25          Exhibit 21 up.
```

```
                                                    Page 66

 1

 2       BY MR. TRANGLE:

 3          Q.  Do you see it?

 4          A.  Yes.

 5          Q.  It says "Toxicology Letters Volume 314",

 6       published in October of 2019?

 7          A.  Yes.

 8          Q.  Okay.  That's the volume and the journal that you

 9       cited in your report in Footnote 6?

10          A.  Yes, again, with an active link.

11          Q.  Well, we just looked at that link.  Right?

12          A.  Or can.

13              MR. NIGH:  Form objection.

14

15       BY MR. TRANGLE:

16          Q.  Dr. Sawyer, the pages that you cited, 25 to 33,

17       if you scroll down here on to Page 2 of Exhibit 21,

18       there's an article on Pages 27 to 36.

19              Do you see that?

20          A.  Yes.

21          Q.  That's an article by first author Cho?

22          A.  I see that, yes.

23          Q.  And the title of that article is "High-Throughput

24       Screening (HTS)-Based Spectrophotometric Direct Peptide

25       Reactivity Assay (Spectro-DPRA) to Predict Human Skin
```

Page 67

1          Sensitization Potential".

2               Do you see that?

3          A.   Yes.

4          Q.   The article has nothing to do with NDMA, based on

5     the title?

6          A.   Correct.

7          Q.   That article is not authored by Yuan -- sorry,

8     not by Yuan, by Kim?

9          A.   That's correct.

10         Q.   There is no Kim on the location in this volume in

11    the journal of Toxicology Letters that you cited?

12         A.   That's right.

13         Q.   Is it your testimony today that the Kim article

14    that you cited is a real article and not one that has

15    been fabricated?

16         A.   Yes.

17         Q.   Okay.  Let's go back to your report.  If you go

18    back to Exhibit 3, Page 6.  The last section here, it

19    says "Carcinogenic Potential".

20              Do you see that?

21         A.   Yes.

22         Q.   Did you draft the words in this section too?

23         A.   I believe I used some of the wording directly

24    from Footnote 7.

25         Q.   Okay.  So it's your testimony that some of the

```
                                                          Page 68

 1        wording is a direct quote from the article cited in

 2        Footnote 7?

 3            A.  Yes.

 4            Q.  It's written here that:  "The persistence of DNA

 5        adducts, such as 06-MEG can lead to errors in DNA repair

 6        and replication, increasing the likelihood of oncogenic

 7        mutations."  Right?

 8            A.  Yes.

 9            Q.  And there's a citation in Footnote 7 to an

10        article Swenberg, et al., titled "NDMA Exposure in

11        Carcinogenesis", published in 2011 in the Journal of

12        Carcinogenesis?

13            A.  Yes.

14            Q.  Before we go to look at the volume/issue cited in

15        the journal, can you tell me whether or not that's a

16        real article?

17            A.  Yes, it is.

18            Q.  Okay.  Let's go and mark as Exhibit 22, Tab 17.

19

20                    (Whereupon, Exhibit DX-22 was marked for

21        identification.)

22

23        BY MR. TRANGLE:

24            Q.  Let me know when you have that up.

25                Do you see it?
```

Page 69

1         A.  Yes, I have Volume 32, Issue 5 up.

2         Q.  Of Carcinogenesis?

3         A.  Yes.

4         Q.  Okay.  Is that the volume and issue of

5     Carcinogenesis that you cited in your report?

6         A.  I'm sorry, I couldn't hear.

7         Q.  Oh, I said that's the volume and issue that you

8     cited in your report?

9         A.  Yes.

10        Q.  And that citation states that the article by

11    Swenberg was published in Volume 32, Issue 5, on Pages

12    639 to 645.  Right?

13        A.  Yes.

14        Q.  That article does not appear in Volume 32, Issue

15    5 of Carcinogenesis; does it?

16        A.  No.

17        Q.  Okay.  Is this another article that you

18    fabricated?

19             MR. NIGH:  Form objection.

20             THE WITNESS:  Again, I'm insulted and

21    offended by the term "fabricated".  These are

22    studies that I reviewed.  I don't understand why

23    they're not functioning or why -- why there's -- I

24    don't understand what's happening here, but I will

25    figure it out.

Page 70

1           MR. TRANGLE:  Will you agree on the

2      record to produce to us the articles that we just

3      discussed that are cited in your report on Page 6?

4           THE WITNESS:  Yes.

5           MR. TRANGLE:  Okay.

6

7      BY MR. TRANGLE:

8      Q.  Dr. Sawyer, let's go back to Exhibit 3, your

9      report.  This time, I would like to go to Page 79.  It

10     has your Bradford Hill analysis?

11     A.  Okay.

12     Q.  Dr. Sawyer, in your Bradford Hill analysis, on

13     Page 79, there's a Footnote 107 to an article that you

14     cited by Sokolow, et al. called "NDMA Exposure From

15     Dietary Sources Risk Assessment and Dose Response

16     Modelling".

17          Do you see that?

18     A.  Yes.

19     Q.  You cited this article to support your conclusion

20     and interpretation of the consistency of association

21     between NDMA and liver cancer?

22     A.  Yes.

23     Q.  Is it your testimony today that this article that

24     you cited supports that opinion?

25     A.  Yes.

Page 71

1          Q.  Are you aware that there is no article published

2      by first author Sokolow with the title "NDMA Exposure

3      From Dietary Sources Risk Assessment and Dose Response

4      Modelling"?

5          A.  There certainly is.  I recall reviewing it

6      and I included the link, the https link, which was

7      functional.

8                   MR. TRANGLE:  So, first, we'll introduce

9      the PubMed search.  So I'm going to have Exhibit 23

10     be Tab 20.  So let's go back out to Exhibit Share

11     and open up Exhibit 23.

12

13                   (Whereupon, Exhibit DX-23 was marked for

14     identification.)

15

16     BY MR. TRANGLE:

17         Q.  Do you see Exhibit 23, Dr. Sawyer?

18         A.  Yes.

19         Q.  This is a PubMed search, again.  Right?

20         A.  Yes.

21         Q.  And the search is "NDMA exposure from dietary

22     sources" in the title field?

23         A.  I see that.

24         Q.  It says "no results were found"?

25         A.  Yes, I see that.

Page 72

1          Q.  I would now like to ask a couple of questions.

2              Dr. Sawyer, there are a number of citations in

3     your report that do not appear to be to articles that

4     exist.  Do you agree with that?

5                   MR. NIGH:  Form objection.

6     Mischaracterizes testimony.

7                   MR. TRANGLE:  Sorry, what was your

8     answer, Dr. Sawyer?

9                   THE WITNESS:  Could you repeat that

10    question, please?

11

12    BY MR. TRANGLE:

13         Q.  Dr. Sawyer, there are a number of citations in

14    your report that do not appear to be to articles that

15    exist.  Is that right?

16                   MR. NIGH:  Form objection.

17                   THE WITNESS:  It appears that way, yes.

18

19    BY MR. TRANGLE:

20         Q.  Are you familiar with the term "AI

21    hallucinations"?

22         A.  Of course.

23         Q.  What are those?

24         A.  AI.

25         Q.  AI hallucinations?

Page 73

1          A.  Hallucinations, no.  AI, of course.

2          Q.  Is it possible that the reason you cite

3     nonexistent articles is because you used AI to generate

4     parts of your report?

5          A.  I used it to find studies.

6          Q.  So you used AI tools to find studies?

7          A.  Yes.  Yeah, it's very powerful in terms of

8     finding studies.

9          Q.  Which AI tool did you use?

10         A.  I don't know.  Google, I think, through

11    Google.

12         Q.  Is Google an AI tool?

13         A.  Not directly, no.

14         Q.  So you can't recall which tool you used to find

15    these studies?

16         A.  No.

17         Q.  Did you use AI to help with drafting any parts of

18    this report?

19         A.  Only in instances where I referenced the

20    study.

21         Q.  And those sections don't have quotes around them,

22    do they; the portions that you quoted from these

23    articles in your report?

24         A.  No, but footnote citation.

25         Q.  But you testified that it was taken verbatim from

Page 74

1      these articles.  Right?

2          A.  In some cases, yes.

3          Q.  And what tool did you -- so you didn't use a tool

4      to do any of the drafting of the text of the body of

5      your report; that's your testimony today?

6          A.  Could you repeat that, please?

7          Q.  Sure.  Did you use any tools to assist with the

8      drafting of the text of the body of your report?

9          A.  I read the referenced summaries, yes.

10         Q.  Did you use an AI tool to draft, to write any of

11     the text that appears in the body of your report, and

12     not the citations?

13         A.  I'm not sure what you're asking.

14         Q.  There are portions that are written and are above

15     the citation footnotes in your report.  Right?

16         A.  Yes.

17         Q.  Did you use any AI tools to draft any portions of

18     that text?

19         A.  Only if it were directly from the study.

20         Q.  How can I know which portions are taken from

21     these studies, looking at your report?

22         A.  There would be a footnote.

23         Q.  Which citations in your report are real?

24         A.  I'm sorry.

25         Q.  Which citations in your report are real?

Page 75

1         A.  All of them.

2         Q.  Can you go through and tell me which ones are

3    real articles and which ones were generated by the AI

4    tool that you used?

5         A.  As I recall, the AI, I only used that in this

6    introductory section at the beginning of the report

7    to prepare a summary.

8         Q.  You didn't use it in your Bradford Hill section

9    that we just looked at?

10        A.  In part, I downloaded, from my website, the

11   Bradford Hill information.

12        Q.  So is the text of your report that has the

13   Bradford Hill analysis something that you downloaded

14   from a website?

15        A.  My website.  I have a summary of Bradford

16   Hill on my website and, in terms of this listing,

17   the various prongs.

18        Q.  Do you use AI to help you understand the

19   materials that you rely on in this case?

20        A.  No.  As I said, I used it to research and

21   find studies.

22        Q.  How much text in your report and your opinions

23   were cut and pasted from AI?

24        A.  The only portion I used AI on was this

25   initial summary.

Page 76

1          Q.  And then, also in the Bradford Hill analysis

2     section?

3                MR. NIGH:  Form objection.

4                THE WITNESS:  Possibly, but I believe I

5     started by downloading my Bradford Hill list off my

6     website.

7

8     BY MR. TRANGLE:

9          Q.  Dr. Sawyer, how can I tell from looking at this

10    report which citations are to real citations?

11         A.  I believe I only used AI at the beginning of

12    the report for the summary section.

13         Q.  Can you say that with certainty?

14                MR. NIGH:  Form objection.

15                THE WITNESS:  To the best of my recall.

16

17    BY MR. TRANGLE:

18         Q.  How many times have you used AI in the past in

19    helping you find citations that you use in your reports?

20                MR. NIGH:  Form objection.

21                THE WITNESS:  I currently use it to find

22    studies that are difficult to find otherwise.

23                MR. TRANGLE:  All right.

24

25    BY MR. TRANGLE:

Page 77

1      Q.   How many times prior to this report have you used

2   it?

3      A.   Prior to March 10th?

4      Q.   Yes.

5      A.   I would say I never used it until early this

6   year.

7      Q.   Did you use it when authoring other expert

8   reports in other litigation?

9              MR. NIGH:  Form objection.

10             THE WITNESS:  For finding studies, yes.

11   I've never run into this problem with the references

12   not matching.

13

14   BY MR. TRANGLE:

15      Q.   So when you use AI to generate these citations,

16   do you go and look and make sure that these are real?

17      A.   Yeah.  My habit is to click on direct links

18   that you find in my report.  The vast majority of

19   these studies I cite do have active links.

20      Q.   And the ones that don't and the ones we just

21   discussed, you went through -- it's your testimony that

22   you went through and verified to make sure that these

23   were real studies?

24      A.   I generally do click on them.  I don't know

25   what happened at the beginning of the report.  I've

Page 78

1      never run into this before.

2                     MR. TRANGLE:  Let's take a break.

3                     THE VIDEOGRAPHER:  Time is 11:06.  This

4      marks the end of unit three.  Off the record.

5

6                     (Whereupon, a brief recess was taken off

7      the record.)

8

9                     THE VIDEOGRAPHER:  This marks unit four.

10     Time is currently 11:27.  We are back on the record.

11     You may proceed.

12

13     BY MR. TRANGLE:

14        Q.  Dr. Sawyer, before the break, we were talking

15     about citations in your report.  Do you recall that

16     discussion?

17        A.  Yes.

18        Q.  You had said that you used an AI tool.  What was

19     the name of that AI tool that you used?

20        A.  I don't recall.

21        Q.  Do you know if you used an AI tool or Google?

22        A.  I'm sorry?

23        Q.  Was it AI or was it Google that you used to find

24     these citations?

25                     MR. NIGH:  Form objection.

Page 79

```
 1              THE WITNESS:  I believe I found it from

 2      Google.

 3

 4      BY MR. TRANGLE:

 5         Q.  Just regular Google?

 6              MR. NIGH:  Form objection.

 7              THE WITNESS:  I'm not sure what you mean

 8      by "regular Google".

 9

10      BY MR. TRANGLE:

11         Q.  Was it Google or was it like an AI tool by

12      Google?

13         A.  AI tool by Google.

14         Q.  So not a regular search when you go to your web

15      browser and go to Google dot com?

16              MR. NIGH:  Form objection.

17              THE WITNESS:  Well, that's what I

18      generally do, but I attempted to find references for

19      use in the summary and I used the AI tool to find

20      studies.

21

22      BY MR. TRANGLE:

23         Q.  What is the name of the tool, do you know?

24         A.  No.

25         Q.  Dr. Sawyer, are you aware that occupation in the
```

```
                                                    Page 80

 1       rubber manufacturing industry is classified by RARC as a

 2       Class I known human carcinogen?

 3          A.  Yes.

 4          Q.  Do you believe that occupational exposure,

 5       occupational work in the rubber industry as a

 6       profession, is a Class I known human carcinogen?

 7                    MR. NIGH:  Form objection.

 8                    THE WITNESS:  Yes.  However, the

 9       department has been shown to be a critical piece of

10       information in terms of determining the source cause

11       of human malignancies in the rubber industry.

12

13       BY MR. TRANGLE:

14          Q.  How many different potential, probable or known

15       human carcinogens are occupational workers exposed to in

16       rubber manufacturing facilities?

17                    MR. NIGH:  Form objection.

18                    THE WITNESS:  Primarily, what I've

19       already listed earlier in the deposition this

20       morning.

21

22       BY MR. TRANGLE:

23          Q.  There are no more other ones that you're aware of

24       besides the three that we discussed before?

25                    MR. NIGH:  Form objection.
```

Page 81

1                    THE WITNESS:  Well, you didn't let me

2        finish.  I didn't finish my answer.  And other

3        carcinogens that are not relevant to liver cancer,

4        such as benzene, polynuclear aromatic hydrocarbons,

5        known as PAHs.  I believe that there may have been

6        another contaminant that I can't recall and I don't

7        want to speculate.

8

9        BY MR. TRANGLE:

10           Q.  Are there other nitrosamines besides NDMA that

11        workers are exposed to when they are working in rubber

12        factories?

13           A.  Certainly.  And in the Hidajat study, NDMA

14        and nitroso compounds in general, as a sum, were

15        evaluated and tested within the Hidajat study.

16           Q.  Do you believe workers who were exposed to NDMA

17        are not exposed to other nitrosamines when they work in

18        rubber factories?

19           A.  No, but the studies are -- or the Hidajat

20        study is reasonably clear that the primary exposure

21        is via NDMA.

22           Q.  Do you believe who people are exposed to NDMA in

23        rubber factories are not exposed to NMOR?

24           A.  They are.  However, there are several

25        toxicological and epidemiological factors that

Page 82

1      indicate the primary exposure causing malignancy is

2      NDMA.

3          Q.  For the risk assessments identified in the

4      Hidajat cancer study or the columns that deal with NDMA,

5      is it your testimony that that risk is conferred

6      exclusively by exposure to NDMA and nothing else?

7          A.  As I said, primarily NDMA, and this also

8      holds true in dietary studies.

9          Q.  So do you -- so, sorry, you said primarily, so it

10     is not exclusive, this risk that's conferred by NDMA

11     alone?

12                  MR. NIGH:  Form objection.

13                  THE WITNESS:  I don't understand the

14     question clearly.

15

16     BY MR. TRANGLE:

17         Q.  My question is:  The risk estimates in the

18     Hidajat study for cumulative NDMA are not risks that are

19     conferred exclusively from exposure to NDMA.  Is that

20     right?

21                  MR. NIGH:  Form objection.

22                  THE WITNESS:  I don't understand the

23     question clearly.

24

25     BY MR. TRANGLE:

Page 83

1        Q.   Do you know whether the risk estimates in the

2        Hidajat cancer study in the column for NDMA are risks

3        that are conferred exclusively by NDMA?

4        A.   Yes, by ruling out N-morpholine.

5        N-morpholine had elevated levels in other

6        departments, such as preprocessing.  Yeah,

7        preprocessing and assembly, that's where

8        N-morpholine drove the highest dose, not in the

9        curing and vulcanisation area.  There, the

10       N-morpholine levels were lower, with the exception

11       of -- no, in all, actually, in all departments

12       except curing and vulcanisation.  That's where NDMA

13       towered over N-morpholine.  But more importantly,

14       N-morpholine was higher in preprocessing than it was

15       in curing and vulcanisation.  So there's a

16       differential there that's obvious by inspection.

17       Q.   So it's your testimony that the people who are

18       identified in the Hidajat study who have risks that are

19       calculated for the cumulative NDMA exposure are not

20       exposed to other known or potential or probable

21       carcinogens?

22               MR. NIGH:  Form objection.

23       Mischaracterizes testimony.

24               THE WITNESS:  That's correct, because --

25       well, I don't want to say that's correct.  I didn't

Page 84

1    understand your question fully.  NDMA was, clearly,

2    the driving factor in curing and vulcanisation,

3    whereas N-morpholine was the primary feature in

4    preprocessing, not curing and vulcanisation.  And

5    the important thing to understand is that the

6    control group had greater levels of N-morpholine

7    than found in curing and vulcanisation.  So it's

8    evident, based upon the tabulation of the data from

9    the various departments, that N-morpholine did not

10   drive risk in curing and vulcanisation, but rather,

11   it did in preprocessing and assembly.

12

13   BY MR. TRANGLE:

14      Q.  When you say "driving", do you mean exclusive

15   exposure to the substance that you're referring to as

16   driving?

17               MR. NIGH:  Form objection.

18               THE WITNESS:  I could use the term

19   significant.

20               MR. TRANGLE:  My question was about

21   exclusive.

22               MR. NIGH:  Form objection.

23               THE WITNESS:  Exclusive, in the sense

24   that the N-morpholine levels were higher in

25   preprocessing then they were in curing and

Page 85

1    vulcanisation.  Thus, the background comparison

2    between curing and vulcanisation and all departments

3    or preprocessing, the background levels were

4    actually, in many cases, higher there than in curing

5    and vulcanisation.  So this differential is very

6    important in terms of what it essentially does is

7    rule out N-morpholine as the causal factor, but

8    rather NDMA.

9

10   BY MR. TRANGLE:

11       Q.  And when you're talking about this department

12   level information, is that information that you are

13   getting from the job exposure matrix study?

14       A.  Yes, it is, from the supplements.

15       Q.  And it's your testimony that NDMA is the most

16   statistically significant exposure for those in the

17   Curing and Vulcanisation Department?

18       A.  Yes.

19              MR. TRANGLE:  It's

20   V-U-L-C-A-N-I-S-I-N-G.  Which, let's go ahead and

21   mark as Exhibit DX-24, Tab 29.  This is the job

22   exposure matrix study.

23              THE WITNESS:  I'm not there yet, but

24   getting close.  Okay.  So we're looking at 24?

25              MR. TRANGLE:  Yep.

```
                                                    Page 86

 1

 2              (Whereupon, Exhibit DX-24 was marked for

 3      identification.)

 4

 5      BY MR. TRANGLE:

 6          Q.  I would like you to go down to table -- are we

 7      able to rotate in here?  Let's see, Table 1.

 8              Do you see Table 1?

 9          A.  No.  I think you have to turn to it so I can

10      see it.  Right?

11          Q.  You mean, like, rotate the page?

12          A.  Yes.

13          Q.  If you go to the top left, there's a little icon

14      that has a little gear and a page.

15              Do you see that?

16          A.  My Exhibit Share is not showing that.  It's

17      showing a square box, triangle box, minus, plus, a

18      hand, and a square dot.

19          Q.  The triangle box thing, click on that.

20          A.  Okay.  I'll try the triangle thing.  There we

21      go.  Thank you.

22          Q.  Now, are you seeing Table 1?

23          A.  Table 1, yes.

24          Q.  So this is the distributions of different

25      measurements of different -- some of the exposures the
```

Page 87

1    people had in the job exposure matrix.  Right?

2         A.  This is a summary.  If we use the supplement,

3    you'll see the individual data.

4         Q.  Okay.

5         A.  Which tells the story.

6         Q.  And the geometric mean for NDMA in the curing and

7    vulcanisation is 0.16.  Right?

8         A.  Yes.

9         Q.  And the geometric mean of N-nitrosamines overall

10   in curing and vulcanising is 0.72.  Is that right?

11        A.  Yes.

12        Q.  The geometric mean for curing and vulcanising for

13   rubber fumes is 0.34?

14        A.  I'm struggling, because they have the print

15   rather small to fit everything.

16        Q.  If you look on the left side, you see curing and

17   vulcanising.  This first column is rubber dust?

18        A.  Yes, I see that.

19        Q.  At 0.33?

20        A.  Yeah, and the geometric mean is .72.

21        Q.  For N-nitrosamines overall?

22        A.  For curing and vulcanisation N-nitrosamine,

23   some score, yes.

24        Q.  And the geometric mean for curing and vulcanising

25   for rubber fumes is 0.34?

Page 88

1          A.   Yes.

2          Q.   Geometric mean for rubber dust was 0.33 for

3     curing and vulcanising?

4          A.   Yes.

5          Q.   And if we look all the way to the right, the

6     geometric mean for curing and vulcanising for NMOR is

7     0.16?

8          A.   Yes.

9          Q.   And I want to go towards the top in this table

10    where it says NDMA.  It says there were 2,023

11    measurements.  Is that right?

12         A.   Yes.

13         Q.   And below LOD means below the detection limit.

14    Is that right?

15         A.   Yes.

16         Q.   So 88.7 percent of the measurements of NDMA that

17    go into this job exposure matrix are below the detection

18    limit?

19         A.   That's right.  And I should point out that

20    the potency differences do not permit one to simply

21    say, well, the rubber fume was .34, which is higher

22    than .16, therefore, it was an important factor by a

23    factor of two.  That would be incorrect because the

24    toxicologist has to consider the potency of each of

25    these.  For example, NDMA being more potent than

Page 89

1     rubber dust.

2        Q.  What's your basis for saying that NDMA is more

3     potent than rubber dust?

4        A.  Well, in the current matter, the NDMA

5     produced a statistically significant dose response,

6     whereas rubber dust did not.  And the SHRs were

7     higher for NDMA than for rubber dust, for example.

8        Q.  Is it your testimony that rubber dust was

9     something that was examined in the cancer cohort study?

10       A.  Yes.  The SHRs were published along with the

11    T for trend.  But I think what you're forgetting and

12    you're ignoring is the supplement tables.  I

13    remember yesterday you asked me if I reviewed the

14    supplement tables.  Of course, because the

15    supplement tables, if you look at that, you'll see

16    that the actual median scores for N-morpholine, for

17    example, are lower in the Vulcanising Department

18    than in the Preprocessing Department, for example.

19    And the methodology that I follow is that of

20    multivariate regressions, sensitivity analysis is

21    another word for it, stratification, and

22    importantly, propensity scores.  That's part of the

23    methodology that toxicologists rely on.  And when we

24    look at the supplement tables, the propensity scores

25    clearly show that N-morpholine was not at its peak

Page 90

1    levels in vulcanisation, but rather preprocessing,

2    and that the background levels were used in the NDMA

3    analyses.  And the background levels were

4    approximately the same as in NDMA vulcanisation.

5        Q.  And so the reason that you say that rubber dust

6    is more potent than NDMA is because the SHR is higher in

7    the Cantor cohort study for liver cancer for rubber dust

8    than for NDMA?

9              MR. NIGH:  Form objection.

10             THE WITNESS:  Well, I'm not relying just

11   on that.  I'm just pointing out as an observation as

12   a toxicologist, the SHRs are higher in the NDMA at a

13   lower dosage than rubber dust.  And yet, the SHRs

14   are higher for NDMA than rubber dust.  And that

15   there was no statistically significant T for trend

16   for rubber dust or rubber fumes.

17             (Both speaking at same time, inaudible.)

18             MR. NIGH:  Well, excuse me.  He wasn't

19   -- excuse me, he wasn't finished with his answer.

20             THE WITNESS:  So those are important

21   observations that you should not just gloss over.

22

23   BY MR. TRANGLE:

24       Q.  Okay.  So when the authors had a low detection

25   limit, that meant that they could not identify any

Page 91

1    amount or the amount of the NDMA below 0.3 UG.  Is that

2    right?

3        A.  I would need to look that up.  I forget what

4    detection limit was used for NDMA.

5        Q.  Putting aside the actual detection number, limit

6    number, when the author is saying that they could not --

7    it was below the detection limit, that means they

8    couldn't identify whether or how much NDMA was there,

9    below the detection limit threshold.  Right?

10       A.  The question is confusing.  I don't

11   understand it.

12       Q.  Do you understand what it means for something to

13   be below the detection limit?

14       A.  Of course.  I was a laboratory licensed

15   director for many years in different laboratories.

16       Q.  So does that mean that they could not tell how

17   much NDMA was there?

18       A.  Well, the correct reporting is less than.

19       Q.  Could it be zero?

20       A.  Less than the detection limit.

21       Q.  Could it be zero?

22            MR. NIGH:  Form objection.

23            THE WITNESS:  Could it be zero?  Again,

24   it depends on your definition.  Zero is not

25   truthfully theoretically possible in a rubber plant.

Page 92

1      It's really a function of how low the GC mass

2      spectrometer can reliably read at the lowest level

3      of calibration.

4

5      BY MR. TRANGLE:

6          Q.   Do you know what the level is anywhere between 0

7      and 0.3 UG for those 90 percents or 88.7 percent numbers

8      that were below the detection limit?

9          A.   No.   There's no way to know that without

10     achieving a lower detection limit.

11         Q.   Do you know how the authors decided to impute

12     data for the 88.7 percent missing data in this study

13     where they could not detect NDMA?

14         A.   Yes.   I read that in the methodology section.

15         Q.   What did they do?

16         A.   Take me to the section and I'll read it to

17     you.   I'm not going to try to recall exactly what

18     was said.

19         Q.   Dr. Sawyer, did you use an EPA formula to

20     calculate oral bioavailability of NDMA in your dose

21     extrapolation analysis?

22         A.   Yes, it's a very simple equation.

23         Q.   For the oral?

24         A.   Oh, I'm sorry, for oral, no.   I relied upon

25     the peer-reviewed studies and, as I recall, I looked

```
                                                    Page 93

 1        at the range, and the mid-point of the range, and

 2        also, the actual primate level of oral absorption,

 3        which was 49 percent.

 4           Q.  Dr. Sawyer, did you look to see if there is an

 5        oral bioavailability equation from the U.S. EPA to

 6        calculate oral bioavailability for ingested drugs?

 7                   MR. NIGH:  Form objection.

 8                   THE WITNESS:  There is a risk assessment

 9        methodology, but I am not performing a risk

10        assessment, a regulatory risk assessment.  Rather, I

11        rely directly on the peer-reviewed studies.

12

13        BY MR. TRANGLE:

14           Q.  Was the U.S. EPA inhalation formula that you used

15        a risk assessment methodology?

16                   MR. NIGH:  Form objection.

17                   MR. TRANGLE:  Are you going to some

18        document?

19                   THE WITNESS:  Yeah, I'm looking at my

20        report.

21

22        BY MR. TRANGLE:

23           Q.  I'm not asking -- I'm asking you about the U.S.

24        EPA formula that you used, is that a risk assessment

25        methodology?
```

Page 94

1              MR. NIGH:  He's allowed to look at his
2      report for any answer during the deposition.
3              THE WITNESS:  Yeah, I think you're
4      referring to Figure 2.
5              MR. TRANGLE:  I don't know.  You went to
6      some document that I can't see.
7              THE WITNESS:  I'm looking at my report,
8      Page 54.
9              MR. TRANGLE:  No, that's not what I'm
10     referring to.
11             THE WITNESS:  That is what you're
12     referring to or no?
13             MR. TRANGLE:  No.  What I'm referring to
14     is the equation that you cited from U.S. EPA for
15     oral, not so -- for inhalation bioavailability, for
16     inhalation conversion.
17             THE WITNESS:  Yeah, you're referring to
18     Page 58, I believe.
19        Q.  Yeah.  Is that a risk assessment methodology?
20             MR. NIGH:  Form objection.
21             THE WITNESS:  It is if you carry it out
22     and use -- carry out the full risk assessment along
23     with the assumptions.
24
25     BY MR. TRANGLE:

Page 95

1        Q.  You said you didn't --
2              MR. NIGH:  Hold on.  He's finishing the
3        answer.  Go ahead, Dr. Sawyer.
4              THE WITNESS:  I was not using the ADD in
5        that equation.  ADD is an average daily dose.  I
6        simply used the air concentration times the
7        inhalation rate, times the hours per day, frequency
8        per day, and duration in years.
9
10   BY MR. TRANGLE:
11        Q.  So you used part of this study.  Is that --
12              MR. NIGH:  Excuse me.  Dr. Sawyer, were
13        you finished with that answer?
14              THE WITNESS:  No.
15              MR. NIGH:  You can continue.
16              THE WITNESS:  I did not use any
17        extrapolation factors.  I simply used the generally
18        accepted calculation for microgram.
19              MR. TRANGLE:  Are you finished with your
20        answer?
21              THE WITNESS:  No.
22              MR. TRANGLE:  Would you like to finish
23        the answer?
24              MR. NIGH:  Can you stop interrupting
25        him?  He's thinking about it.  It's obvious.  We can

Page 96

1    all see it on the video.

2              MR. TRANGLE:  Respectfully, he's

3    reading.

4              THE WITNESS:  I used the equation, but

5    did not carry it through to a risk assessment, which

6    would have involved a conversion factor of at least

7    ten, or the human equivalent dose, which is

8    generally accepted as HED of approximately 12, where

9    that dosage, for example, from a mouse to a human is

10   12.1.  EPA uses a factor of ten to convert from

11   animal to human.  And then, EPA also uses a factor

12   of approximately ten or 100 for sensitive

13   individuals and another factor as well, in some

14   cases.  I did not do any of that.  I did not carry

15   out a risk assessment.  I used this equation simply

16   to calculate Mr. Roberts, or any employee out of the

17   36,000, that worked for an employment duration of

18   approximately ten years at the 47th percentile with

19   factors, as per the published literature, such as

20   the inhalation rate, during working at a moderate

21   level, using the EPA factors referenced, I believe.

22   Let me see what reference I used.

23              MR. TRANGLE:  Dr. Sawyer, please stop

24   searching your report.

25              THE WITNESS:  Well, I'm answering your

Page 97

1       question.  I did not apply any factors or

2       adjustments for risk assessment.  I simply

3       calculated what the inhalation dose was at 20

4       percent inhalation bioavailability.

5

6       BY MR. TRANGLE:

7           Q.  Okay.  So my question is:  You used pieces and

8       portions of this risk assessment tool as part of your

9       methodology.  Is that right?

10          A.  No, I --

11              MR. NIGH:  Hold on.  Form objection.

12      Mischaracterizes testimony.

13              THE WITNESS:  No, I didn't piece

14      anything.  I used the generally accepted equation

15      for calculating dose in units of microgram per cubic

16      meter, converting it to a microgram per year dose.

17      Nothing I made up.  This is an EPA equation, which

18      can be used in risk assessment if one were to carry

19      out the additional factors I mentioned.

20

21      BY MR. TRANGLE:

22          Q.  Okay.  Dr. Sawyer, is the oral bioavailability of

23      NDMA the same as the oral bioavailability of Valsartan?

24          A.  No.  No, it's not.  That would be 100 percent

25      bioavailability.

Page 98

1      Q.   No.   I'm asking is the oral bioavailability in
2      humans of Valsartan the same as oral bioavailability in
3      humans of NDMA?
4      A.   No, they're two different things.
5      Q.   What is the bioavailability of NDMA in Valsartan,
6      the oral bioavailability in humans?
7      A.   Can you clarify your question?
8      Q.   I honestly don't -- I'll ask it again.   I'm going
9      to try to reword it a little.
10          Is the bioavailability, the oral bioavailability
11     in humans of Valsartan -- sorry, strike that.
12          Is the oral bioavailability of NDMA in Valsartan
13     in humans, what is that?
14     A.   You broke up on the last couple of words.
15     Q.   What is the oral bioavailability in humans of
16     NDMA in Valsartan?
17               MR. NIGH:   Form objection.
18               THE WITNESS:   Based upon the referenced
19     studies, approximately 49 percent.
20
21     BY MR. TRANGLE:
22     Q.   In those referenced studies, was it ingested --
23     actually, strike that.
24          Those referenced studies are animal studies?
25     A.   Primate study.

Page 99

```
 1          Q.  Did you perform a species-to-species

 2      extrapolation between those primates and humans?

 3                    MR. NIGH:  Form objection.

 4                    THE WITNESS:  The studies I referenced

 5      reveal that the 49 percent is a reasonable value for

 6      humans, since it's from a primate.

 7

 8      BY MR. TRANGLE:

 9          Q.  Are there species-to-species extrapolation tools

10      in the field of toxicology?

11                    MR. NIGH:  Form objection.

12                    THE WITNESS:  Not that would impact my

13      calculation.

14

15      BY MR. TRANGLE:

16          Q.  They do exist?

17                    MR. NIGH:  Form objection.  Vague.

18                    THE WITNESS:  What do you mean by

19      "tools"?

20                    MR. TRANGLE:  Methodologies to convert

21      toxicological values from one species to another.

22                    MR. NIGH:  Form objection.  Vague.

23                    THE WITNESS:  There is what I refer to

24      as the HED, the human equivalent dose equation,

25      which I said, for example, in a mouse is 12.1 --
```

Page 100

1    difference.  That is the human being 12.1 times more

2    sensitive.  However, that applies to toxicological

3    effects, not bioavailability.

4

5    BY MR. TRANGLE:

6        Q.  Of the NDMA in the rubber factories that are

7    assessed in the Hidajat cancer study, what percentage is

8    in vapor form and what percentage is in particulate

9    form?

10       A.  I'm looking at my report.

11       Q.  I just want to recall -- to remind you that this

12   question is about the Hidajat cancer study factory?

13              MR. NIGH:  Form objection.

14              THE WITNESS:  I refer to Page 57 of my

15   report with respect to the second paragraph from the

16   bottom regarding vapor.

17

18   BY MR. TRANGLE:

19       Q.  Dr. Sawyer, I have a question.  Are you familiar

20   with multifactorial adjustments or multiplicity testing?

21       A.  I've mentioned the word multifactorial

22   analyses or sensitivity analyses many times in this

23   deposition.

24

25   BY MR. TRANGLE:

Page 101

1          Q.   Sorry, I meant multiplicity testing or testing

2     for multiple hypotheses?

3          A.   I'm sorry, your first word was missing.

4          Q.   Multiplicity.  Are you familiar with the term

5     "multiplicity testing", testing for multiple endpoints?

6          A.   Yes.

7          Q.   What is that?

8          A.   The Hidajat study obviously did test for

9     multiple toxicological endpoints, both in the

10    noncancer study and in the cancer study.

11         Q.   Is the idea of multiplicity testing that you make

12    adjustments when you simultaneously test multiple

13    endpoints to avoid chance findings or false positives?

14         A.   I think that is a very simplistic question.

15    That's not -- it would be difficult to answer that

16    the way you worded it.

17         Q.   Are you familiar with the Bonferroni adjustment

18    or Bonferroni correction?

19         A.   No.

20         Q.   B-O-N-F-E-R-R-O-N-I.  So you're not aware of any

21    adjusting to the multiplicity in the Gomm 2021 study?

22                   MR. NIGH:  Form objection.

23                   THE WITNESS:  I'm going to open up Gomm

24    to answer the question.  Gomm, et al. 1990.

25                   MR. TRANGLE:  It's actually 2021.

Page 102

1

2      BY MR. TRANGLE:

3          Q.  Dr. Sawyer, you're just going into random

4      documents right now on your computer.  It's totally

5      improper.

6          A.  I have opened Gomm.

7          Q.  I'm asking you a question about -- do you know

8      the study Gomm 2021?

9              MR. TRANGLE:  I'll retract my earlier

10     question, Daniel.

11

12     BY MR. TRANGLE:

13         Q.  Do you know the study Gomm 2021, Dr. Sawyer?

14         A.  I believe I have --

15         Q.  Dr. Sawyer, I would request that you stop

16     searching anything on your computer.

17         A.  I'm not searching anything right now.  I'm

18     thinking.

19         Q.  Okay.

20         A.  I believe Gomm is a study that I fully

21     reviewed and authored an assessment on of the

22     strengths and weaknesses of NDMA, which is concluded

23     by Gomm.  But to be certain of that, I would need to

24     check my report.

25         Q.  Is that a study on -- what would the -- do you

Page 103

1          know what the exposure and the outcome was in that

2          study?

3                     MR. TRANGLE:  I'll have the record

4          reflect that he's searching something on his

5          computer.

6                     THE WITNESS:  Yeah, I'm searching my

7          report for Gomm.

8

9          BY MR. TRANGLE:

10            Q.  Without searching your report, do you know?  Do

11         you know?  Do you know?  If you don't know and you have

12         to go to your report, that's fine.  But do you know what

13         that study evaluated for exposure and outcome?

14                    MR. NIGH:  He's allowed to look at his

15         report for any answer.  There doesn't need to be a

16         memory test of whether or not he can remember it

17         before looking at his report.  That's an improper

18         instruction.

19                    MR. TRANGLE:  Let the record reflect

20         that he's searching his report, then, to answer this

21         question.

22                    THE WITNESS:  Yes, it's reference 44 in

23         my report.  So yes, I have assessed it and, I

24         believe, in detail.  Let me see.

25

Page 104

1    BY MR. TRANGLE:

2        Q.  So my original question was did this study

3    perform adjustments for multiplicity or multiple

4    endpoints?

5        A.  This is the study that we discussed yesterday

6    regarding the inadequate number of cases to draw any

7    conclusions.  As far as conversions --

8                MR. TRANGLE:  I move to strike this as

9    completely non-responsive to my question.  I'll

10   repeat the question.

11

12   BY MR. TRANGLE:

13       Q.  The question was:  Did this study perform

14   adjustments for multiplicity or multiple endpoint

15   testing?  Dr. Sawyer, what are you doing?

16       A.  Looking at my report, Gomm 2021.  The authors

17   divided the PZM -- never mind.  I was reading a

18   sentence.  "The authors divided the PZN, which is

19   the pharmaceutical registration number, into,"

20   quote, "possibly", unquote, "contaminated less than

21   75 percent of sold packages, et cetera."

22               So, first of all, the -- there was a problem

23   with this study in terms of whether the study

24   subject was probably contaminated or not

25   contaminated.  As far as statistical analyses, there

Page 105

1    was an adjustment for age and gender, and additional

2    adjustments for hepatitis and other liver diseases

3    with sensitivity analyses with varying degrees of

4    possible or probable NDMA.  So there were -- there

5    were sensitivity analyses performed.

6        Q.  Okay.  Do you know what -- when epidemiologists

7    adjust for multiple endpoints or multiplicity testing or

8    apply a Bonferroni correction?

9                MR. NIGH:  Form objection.

10               THE WITNESS:  There is a formula for

11   that, if there are multiple endpoints.  There is

12   definitely a formula for that.  Whether it was

13   applied or not, I'm not sure.

14

15   BY MR. TRANGLE:

16       Q.  I think you just talked about some possible

17   confounders and adjustment, so I would like to mark as

18   Exhibit DX-25, Tab 21, which is the Gomm study.

19

20               (Whereupon, Exhibit DX-25 was marked for

21   identification.)

22

23   BY MR. TRANGLE:

24       Q.  Dr. Sawyer, is it your testimony that the authors

25   adequately adjusted for alcohol use as a potential

Page 106

1      confounder in this study?

2                    MR. NIGH:  Form objection.

3                    THE WITNESS:  Yes.  "That the hazard

4      ratios were calculated with adjustments for

5      potential confounders, including gender, age, and

6      current prescriptions for five or more different

7      drugs.  Comedications that are known or suspected to

8      affect cancer risk and comorbidities, such as

9      diabetes, COPD, alcohol-related disease, and CHF.

10     Smoking data was not available."

11

12     BY MR. TRANGLE:

13        Q.  And so, these authors adjusted for

14     alcohol-related diseases?

15                    MR. NIGH:  Form objection.

16                    THE WITNESS:  Yes, and I want to make a

17     correction.  I spoke about the problem with the Gomm

18     study of having too few of subjects.  I was mixing

19     that up.  It was not the Gomm study that had too few

20     subjects to detect liver cancer.

21

22     BY MR. TRANGLE:

23        Q.  So if we go down to the section "Covariates",

24     which is on PDF Page 9.  It has a section on covariates.

25                    Do you see that?

Page 107

1        A.   What page?

2        Q.   PDF Page 9?

3        A.   No, I don't see that.   In my report?

4        Q.   No, I'm on the study.   Are you not looking at the

5    study?

6        A.   Well, you didn't say to look at the study.

7        Q.   All right.   I marked it and introduced it as an

8    exhibit, Dr. Sawyer.

9        A.   Open it up.   Okay, Exhibit 25.

10       Q.   Yep.   Then, if you go to PDF Page 9?

11       A.   Okay.

12       Q.   In the covariate section, it says that" "details

13   of ATC and ICD-10 codes are given in eTable 3."

14            Do you see that?   The last sentence of the

15   covariate section?

16       A.   Yes.

17       Q.   If you go down to eTable 3, which is on PDF Page

18   13.

19       A.   Yes.

20       Q.   Dr. Sawyer, do you know what ICD-10 codes are?

21       A.   Did you say ICD codes?

22       Q.   Yep.

23       A.   Yeah, International Classification of

24   Disease.   I use it all the time.

25       Q.   These are diagnostic codes.   Right?

Page 108

1          A.   Yes.

2          Q.   If you go down for comorbidities, these authors

3     use diagnostic codes to assess alcohol-related diseases.

4               Do you see that?

5          A.   Yes.

6          Q.   This means that whether someone was classified as

7     a potential alcohol-related user or having an

8     alcohol-related disease comorbidity, was based on

9     diagnoses contained in insurance records or hospital

10    records.  Is that right?

11         A.   I don't see where it says anything about

12    hospital records.

13         Q.   The ICD-10 code would appear -- do you know where

14    the data comes from in this study?  That should probably

15    be my first question.  Do you know where the data comes

16    from in this heading?

17         A.   I don't understand the question.

18         Q.   This is a study that has data?

19         A.   I'm sorry, your voice blurred.

20         Q.   This is a study with data.  Right?

21         A.   This is a study with data, yes.

22         Q.   Do you know where the data comes from?

23         A.   Which data?

24         Q.   The data right here on alcohol-related disease?

25         A.   Apparently, from these documents listed,

Page 109

1    E244, G31.2, et cetera.

2        Q.  It's your testimony that those are documents, not

3    ICD-10 codes?

4        A.  They probably are ICD-10 codes.

5        Q.  So do you know where the -- was it important to

6    you, when you were assessing this study, to know where

7    the data came from?

8                MR. NIGH:  Form objection.

9                THE WITNESS:  Yes, alcohol-related

10    disease.

11

12    BY MR. TRANGLE:

13        Q.  In general, in this study, was it important to

14    your analysis to know where the data came from?

15        A.  Well, I know it came from ICD-10, which is

16    alcohol-related disease.

17        Q.  ICD-10 is a system for classification.  It's not

18    a database of records.  Is that right?

19        A.  That's correct.

20        Q.  So do you know where the data came from for this

21    study?

22        A.  ICD codes.

23        Q.  From where?

24        A.  From ICD-10.

25        Q.  From what database?

Page 110

1          A.   International classification of disease.

2                    MR. NIGH:  Form objection to the last

3          question.

4                    THE WITNESS:  In fact, Footnote 2

5          actually states just that.

6                    MR. TRANGLE:  Okay, sounds good.  I

7          don't have any further questions.  Daniel?

8                    MR. NIGH:  Okay.  Let's go ahead and

9          take a break.

10                    THE VIDEOGRAPHER:  Let me take us off

11          while we discuss.  Counsel, time is 12:21.  We're

12          now off the record.

13

14                    (Luncheon recess:  12:21 p.m. to

15          1:27 p.m.)

16

17                    THE VIDEOGRAPHER:  Time is now 1:27.  We

18          are back on the record.  This marks the beginning of

19          unit five.  You may proceed.

20

21          CROSS-EXAMINATION

22          BY MR. NIGH:

23          Q.   Good afternoon, Dr. Sawyer.  My name is Dan Nigh.

24          I'm going to ask you some follow-up questions.  Okay?

25          A.   All right.

Page 111

1          Q.  All right.  Doctor, in forming your opinions, did

2     you consider and rely on, in part, all of the general

3     causation expert reports from plaintiffs and defendants

4     in this case?

5                    MR. TRANGLE:  Objection.

6                    THE WITNESS:  Yes.

7

8     BY MR. NIGH:

9          Q.  And one of those expert reports includes Dr.

10    Panigrahy's report.  Correct?

11         A.  Correct.

12         Q.  And Dr. Panigrahy's report included extensive

13    analysis regarding NDMA.  Correct?

14         A.  Yes, several hundred pages, as I recall.

15         Q.  And you relied on his report, in part, on

16    understanding the attributes of NDMA.  Correct?

17         A.  Yes.

18         Q.  And also the ATSDR toxicological profile,

19    published in 2023, on NDMA, you reviewed that as well.

20    Correct?

21         A.  Yes, as it represents a fairly up-to-date

22    summary and detailed references.

23         Q.  And that gives a lot of information on the

24    characteristics and attributes of NDMA as well?

25         A.  That's correct.

Page 112

1      Q.   And you relied on that, in part, for your

2      opinions as well?

3      A.   Yes.

4      Q.   And Doctor, on Page 33 of Dr. Panigrahy's report,

5      discusses in detail how NDMA is a complete carcinogen.

6      Correct?

7      A.   That's right.

8      Q.   And you relied on Dr. Panigrahy's report, in

9      part, as to how NDMA is a complete carcinogen.  Correct?

10      A.   Yes.

11      Q.   What does it mean to be a complete carcinogen?

12      A.   The ability to initiate damaged -- generally,

13      direct damage to DNA as well as promoting the growth

14      of the tumor, including much more rapid growth and

15      vascularization and so forth.  Those are the two

16      primary features.

17      Q.   And is it your opinion that NDMA is a complete

18      carcinogen?

19      A.   Yes.  That's well recognized in the generally

20      accepted studies.

21                MR. NIGH:  Let's go ahead and pull up

22      the Gomm study.  Let's see which exhibit that is.

23      That's Exhibit 25.

24

25      BY MR. NIGH:

Page 113

1          Q.  Doctor, you recall being asked questions about

2     this study?

3          A.  Yes.

4          Q.  Doctor, I want to draw your attention to Page 360

5     of the study, but it's the fourth page, Table 2.

6     Doctor, you recall being asked whether or not alcohol

7     was one of the potential confounders that was analyzed

8     in the Gomm study?

9          A.  Yes.

10         Q.  Doctor, do you see where it says "hazard ratio"

11    in Table 2 and it shows 95 percentile confidence

12    interval and it's got an asterisk with the Number 1.

13         Do you see that?

14              MR. TRANGLE:  Object to form.

15              THE WITNESS:  Table 2 that's on page --

16              MR. NIGH:  The fourth page.

17              THE WITNESS:  Yeah.  All right.  So

18    exposure to NDMA contaminated Valsartan, no

19    exposure, exposure.

20              MR. NIGH:  Right.

21              THE WITNESS:  Okay.  So you're looking

22    at the asterisk one?

23              MR. NIGH:  Yes.

24              THE WITNESS:  Yes, it's lag time one

25    year, fully adjusted, et cetera.

Page 114

1

2      BY MR. NIGH:

3         Q.  And in that list of potential confounders that

4      they adjust for, do you see where it says "and

5      alcohol-related diseases"?

6                     MR. TRANGLE:  Object to form.

7                     THE WITNESS:  Oh, in the footnote, you

8      mean?

9                     MR. NIGH:  Yes.

10

11     BY MR. NIGH:

12        Q.  Doctor, do you see where it says alcohol-related

13     diseases in Footnote 1?

14        A.  Now I do.  I missed that.  It's kind of tiny

15     print on my screen.  Yes.  Heart failure and

16     alcohol-related diseases, yes.

17        Q.  So this study did adjust for the central

18     confounder of alcohol-related diseases.  Correct?

19        A.  Yes, it did.

20        Q.  And do you see under the confidence interval for

21     exposure, under exposure to NDMA contaminated Valsartan,

22     the confidence -- the exposure shows 1.16.  Correct?

23        A.  Right, with a confidence interval of 1.03 to

24     1.31.

25        Q.  Because that confidence interval does not cross

Page 115

1    one, does that mean it's statistically significant?

2       A.  The reverse, actually; it's statistically

3    significant because it crossed one.  It's greater

4    than one.  It's at -- within the 95 percent

5    confidence interval.

6              MR. NIGH:  Okay.  And my question may

7    have been a little unclear.

8

9    BY MR. NIGH:

10      Q.  If -- the confidence interval goes from 1.03 to

11   1.31.  Correct?

12      A.  Yes, it's greater than one.

13      Q.  So one is not within that confidence interval.

14   Correct?

15      A.  That's right.

16      Q.  Okay.  And because one is not within that

17   confidence interval, it's statistically significant.

18   Correct?

19      A.  Yes, one would be right on the 95 percent,

20   but not greater than.

21      Q.  Okay.  So this study shows a 16 percent increased

22   risk based on exposure to NDMA contaminated Valsartan.

23   That is statistically significant.  Correct?

24      A.  Yes.  And keep in mind, this is early in.  It

25   hasn't reached the peak latency.

Page 116

1        Q.   And why is that important?

2        A.   Well, at the peak latency period, the

3    expected hazard ratio would be much higher than it

4    is early in the latency phase.

5        Q.   Doctor, this -- they did a sensitivity analysis

6    for long-term Valsartan use.

7             Do you see that in this table as well?

8        A.   Yes.

9        Q.   And underneath there, it shows Footnote 2 where

10   it defines long-term Valsartan use is defined as

11   "Valsartan prescription in at least nine quarters within

12   the first three years of the study period."

13            Do you see that?

14       A.   I do.

15       Q.   That doesn't necessarily mean only exposure or

16   only no exposure in the sensitivity analysis.  Correct?

17       A.   Right.

18       Q.   Okay.  But even still, long-term Valsartan use or

19   exposure demonstrated a higher risk than the overall

20   analysis of just exposure.  In other words, 16 percent

21   for exposure, but long-term Valsartan use is 22 percent

22   increased risk.  Correct?

23       A.   Right.

24            MR. NIGH:  Okay.  We can go ahead and

25   take this study down.  Let's look at the Mansouri

Page 117

```
 1      study.

 2                  Stephanie, do you have the Mansouri

 3      study?  I don't see that it's been introduced.

 4                  MS. IKEN:  Yes, let me find it.  It

 5      should be Tab 4 of the --

 6

 7                  (Whereupon, a discussion takes place off

 8      the record.)

 9

10                  (Whereupon, Exhibit PX-26 was marked for

11      identification.)

12

13                  MS. IKEN:  Yeah, we'll mark it as PX-26.

14      It should be showing up shortly.  Can everyone see

15      it now?

16                  MR. NIGH:  I can see it.  Doctor, can

17      you see it?

18                  THE WITNESS:  I see Exhibit PX-26.  Is

19      that it?

20                  MR. NIGH:  Yes, if you can open that up.

21                  THE WITNESS:  Okay.  It's loading.  Yes,

22      I have it.

23

24      BY MR. NIGH:

25          Q.  Doctor, if you can go to Table 3, it's Page 8 of
```

Page 118

1    45 of the PDF?

2        A.  All right.

3        Q.  Doctor, do you see where it says:  "Comparison of

4    outcomes between patients exposed and unexposed to NDMA

5    contaminated Valsartan"?

6        A.  Yes.

7        Q.  And if you look below, you can see liver cancer.

8            Do you see that?

9        A.  Yes.

10       Q.  And if you look over to the multivariable IPTW,

11   the HR.

12           Do you see that?

13       A.  I do.

14       Q.  Does this study show a 12 percent increased risk

15   of liver cancer for those exposed to NDMA contaminated

16   Valsartan compared to those unexposed?

17       A.  Yes, and it is statistically significant as

18   well.

19       Q.  Okay.  And there are also supplemental analyses

20   as well.  Correct?

21       A.  Yes.

22       Q.  And Doctor, one of the things you mentioned in

23   your report is that the people -- for the overall

24   analysis, people that took both contaminated and

25   uncontaminated NDMA would have been included in both the

Page 119

1      test and the control.  Correct?

2          A.  Yes, and it would lower the AHR, the hazard

3      risk ratio, considerably.

4          Q.  And why would that -- when you say lower, that

5      would water down the results of the study?

6          A.  Yes.  I mean, if you had -- let's say you had

7      100,000 person years in your control group and

8      200,000 -- or 100,000, rather, subjects in your

9      experimental group, that would be a ratio of, you

10     know, of the same background number in both cases.

11          But as far as liver cancer cases, if you had

12     two in the control group and four in the

13     experimental group, that would be twice as much.

14     But now, if you had three in your control group and

15     four in your experimental group, that ratio would

16     actually be lower, that 1.12 would be lower.  So

17     having any, you know, above background cases in the

18     control group effectively lowers the HR.

19          Q.  Doctor, the study authors did an analysis where

20     they removed those who were exposed to contaminated

21     Valsartan -- NDMA contaminated Valsartan and NDMA

22     uncontaminated Valsartan.  Correct?

23          A.  Yes.

24          Q.  So that would be the analysis that's done in

25     Table S10.  Correct?

Page 120

1      A.  Yes.

2      Q.  And under liver cancer, it would show a 15

3  percent increased risk for liver cancer comparing

4  exposed to unexposed.  Correct?

5            MR. TRANGLE:  Object to form.

6            THE WITNESS:  That's correct and

7  statistically significant.

8

9  BY MR. NIGH:

10     Q.  And the p-value is .003.  Is that correct?

11     A.  Yes, highly significant.

12     Q.  What is the importance of that p-value?

13     A.  Well, a .05 means a 5 percent chance of it

14  occurring by chance alone.  A .003 means that

15  there's really no practical chance of this -- of

16  this occurring by chance.

17     Q.  And this study also -- sorry, strike that.

18          Do you remember being asked questions about

19  whether the Valsartan NDMA epidemiology adjusted for

20  multiplicity?

21     A.  Yes.

22     Q.  One of the ways to adjust for multiplicity is

23  FDR, faults discovery rate, adjustments.  Correct?

24     A.  Yes.

25     Q.  Doctor, do you remember being asked a question

Page 121

1      about Bonferroni?

2          A.  I did.  It's not a generally accepted

3      methodology.

4          Q.  Right.  Bonferroni is rarely used in

5      epidemiological studies for adjusting for multiplicity.

6      Correct?

7          A.  That's right.

8          Q.  False -- FDR, false discovery rate, is much more

9      often used than Bonferroni.  Correct?

10         A.  Yes.

11         Q.  And this study adjusted for multiplicity for

12     liver cancer and the finding was still the p-value was

13     .01 FDR adjusted p.  Correct?

14         A.  Yes, that's a 1 in 100 chance of it being an

15     error.

16         Q.  So even adjusting for multiplicity, according to

17     this study, the liver cancer finding is still

18     statistically significant.  Correct?

19         A.  Yes, highly significant.

20         Q.  And if we take a look at Table S11, do you see

21     that?

22         A.  Yes.

23         Q.  This table, it continues to exclude those who

24     used both contaminated and uncontaminated Valsartan.

25     Correct, the title says that?

Page 122

1           A.   Yes.

2           Q.   And they did an analysis that was broken down

3      between men and women.  Correct, females and males?

4           A.   Yes.

5           Q.   And for males, the odds ratio or the AHR was

6      increased even from the overall analyses.  Correct?

7           A.   Yes.

8           Q.   And men have a 23 percent increased risk when

9      they're exposed -- of liver cancer when they're exposed

10     to contaminated -- NDMA contaminated Valsartan compared

11     to uncontaminated Valsartan in this study.  Correct?

12          A.   Yes.  And again, highly significant,

13     0.0001 --

14          Q.   And it was highly significant -- sorry, I didn't

15     mean to interrupt you.  What did you say?

16          A.   Highly significant with a p-value of 0.0001.

17          Q.   And it was still highly significant even after

18     adjusting for multiplicity?

19          A.   Yes.

20          Q.   And Doctor, this would still be on the front of

21     the bell curve.  Correct?

22          A.   That's right.

23          Q.   And what does that mean?

24          A.   That as time progresses, that number will go

25     up, that adjusted HR value.

Page 123

1      Q.  Doctor, this study also did a further analysis,

2      sensitivity analysis for long-term use of Valsartan.

3      Correct?

4      A.  Yes.

5      Q.  Doctor, if we could turn your attention to

6      Table S22?

7      A.  All right.

8      Q.  Now, Doctor, this table does not state that they

9      excluded the mixed users, those who used both NDMA

10     contaminated Valsartan and NDMA uncontaminated

11     Valsartan.  Correct?

12     A.  Yes.

13     Q.  But even when the users were in the mixed users,

14     those that used both contaminated NDMA -- sorry, strike

15     that.

16          This study is -- I mean, this Table S22 reports

17     results that include mixed users, those who used both

18     contaminated NDMA and uncontaminated NDMA.  Correct?

19     A.  Yes.

20     Q.  And Doctor, at the bottom of this table, you can

21     -- do you see where it says long-term Valsartan users?

22     A.  Yes.

23     Q.  It says:  "Long-term Valsartan users defined as

24     those who filled Valsartan prescriptions during at least

25     three consecutive years of the study period."  Correct?

Page 124

1          A.   Yes.

2          Q.   And Table S22, when looking at long-term use,

3     those who used at least three years of Valsartan, has a

4     higher increased risk than the overall findings.

5     Correct?

6          A.   Right.

7          Q.   They had a 1.22 or a 22 percent increased risk of

8     liver cancer if they were using Valsartan for three or

9     more years.  Correct?

10         A.   Yes.

11         Q.   And that Valsartan could still be, you know, many

12     of the prescriptions could have been uncontaminated and

13     some of them contaminated.  Correct?

14         A.   That's right.

15         Q.   So this table still wouldn't show us the true

16     risk in this study for those who had three or more years

17     of NDMA contaminated Valsartan.  Correct?

18         A.   Correct.

19              MR. NIGH:  We can take that down.  Let's

20     look at the Hidajat job matrix exposure study.

21     Looking for which exhibit that was.  Exhibit 24.

22

23     BY MR. NIGH:

24         Q.   Do you have that, Doctor, Exhibit 24?

25         A.   That's the job exposure matrix study?

Page 125

1      Q.  Yes.

2      A.  Okay.  I have it open.

3      Q.  Doctor, do you recall being asked questions about

4   Table 1 from this study?

5      A.  Yes.

6      Q.  Do you recall being asked questions about

7   arithmetic mean and geometric mean of the various

8   carcinogens listed on this study?

9      A.  Yes.

10     Q.  On Table 1.  Doctor, the Table 1, this is

11  distribution of measurements.  Correct?

12     A.  Correct.  Correct.

13     Q.  This isn't the table that you relied upon to see

14  how much carcinogens the subjects were exposed to in

15  each of the departments.  Correct?

16     A.  That's correct.  I tried to explain that.

17     Q.  You relied on the supplemental tables for that

18  information.  Correct?

19     A.  Yes.

20     Q.  Because that would be where you could actually

21  see the amount of exposure that the subjects had in each

22  of the departments.  Correct?

23     A.  That's right.

24     Q.  Not just the amount of measurements that are

25  occurring in each of the departments.  Correct?

Page 126

1        A.   Right.

2              MR. NIGH:   You can take that one down.

3    Let's look at the second Hidajat study.

4              THE WITNESS:   Let me update because I

5    don't see it.

6              MR. NIGH:   It's Exhibit 14, sorry.

7              THE WITNESS:   Oh, okay, there it is.

8    Okay, I have it open.

9

10   BY MR. NIGH:

11       Q.   Doctor, if we can take a look at Page 629?

12       A.   I'm sorry, I didn't -- correct me.

13       Q.   I'm sorry, 7 of 29.

14       A.   Page?

15       Q.   Table 2 and it's Page 7 of 29.

16       A.   Okay.  I have it open.

17       Q.   Doctor, do you see under "cumulative NDMA" where

18   it shows for liver?

19       A.   Yes.

20       Q.   Is this what you looked at in terms of the

21   increased risk at each quartile?

22       A.   Yes.

23       Q.   And at quartile 3, there is a 96 percent

24   increased risk that's statistically significant.

25   Correct?

```
                                                    Page 127

 1        A.  Yes.

 2        Q.  And at quartile 4, there is an 86 percent

 3   increased risk that is statistically significant.

 4   Correct?

 5             MR. TRANGLE:  Sorry, which page?  I'm

 6   sorry, I'm just lost, sorry, which page of the

 7   exhibit was it?

 8             MR. NIGH:  Page 7.

 9             THE WITNESS:  I believe that would be

10   186 percent.

11             MR. NIGH:  That's correct, I'm sorry,

12   did I say 86 percent?

13             THE WITNESS:  Yes.

14             MR. NIGH:  Yes, 186 percent.

15

16   BY MR. NIGH:

17        Q.  And there's a T for trend score.

18             Do you see that?

19        A.  Yes.

20        Q.  And it's .03.  Correct?

21        A.  Yes, it's statistically significant.

22        Q.  What does that T for trend mean?

23        A.  Simply, indicative of the dose response

24   relationship going from quartile 1 background up to

25   quartile 4.
```

Page 128

```
 1          Q.   And why is that important as you're looking at a
 2      dose response relationship?
 3          A.   That's an important factor under Bradford
 4      Hill in terms of establishing dose response.
 5          Q.   And for liver cancer, did -- was there a T for
 6      trend dose response?
 7          A.   Yes.
 8          Q.   For all nitrosamines, cumulative nitrosamine sum
 9      score, was there a dose response that's statistically
10      significant for T for trend?
11          A.   No.
12          Q.   And what does that -- what does that mean to you?
13          A.   Well, both that statistic and actual numbers
14      of the SHR doesn't show any evidence of a dose
15      response relationship and it is consistent with what
16      I explained before, that the -- one has to look at
17      the actual table that I review and spoke about as
18      propensity scoring methods.  Using a weighted dose
19      is a standard toxicological observation along with
20      multifactorial analyses and dose response.  These
21      are things that are important to the toxicologists.
22          Q.   And, Doctor, when you said the tables that you
23      referred to, you're talking about the supplement tables
24      and the job matrix Hidajat study?
25          A.   Exactly.
```

Page 129

1                MR. NIGH:  Okay.  We can take this study

2     down.

3

4     BY MR. NIGH:

5        Q.  Doctor, there's been mention of other potential

6     carcinogens or carcinogens in the rubber factory.  Do

7     you recall questions about that?

8        A.  Yes.

9        Q.  And do you recall questions about polycyclic

10    aromatics?

11       A.  I do.

12       Q.  And do you recall questions about benzene?

13                MR. TRANGLE:  Objection.

14                THE WITNESS:  Yes.

15

16    BY MR. NIGH:

17       Q.  Okay.  Doctor, is there evidence to suggest that

18    those carcinogens causes a statistically significant

19    increased risk of liver cancer in rubber factories?

20       A.  No.

21       Q.  And why not?

22       A.  The data doesn't -- I have not seen any

23    quantitative data that would come anywhere near the

24    dosage required for benzene induced hematopoietic

25    malignancy.  As study evidence for benzene

Page 130

```
 1        hematopoietic malignancies, especially leukemia,
 2        start around 5 TPM years.  In other words, a person
 3        would have to be exposed for 5.5 TPM for a
 4        cumulative basis of the years or ten years at .5 PPM
 5        and there is no quantitative data showing any
 6        exposures on the -- on that -- at that level.
 7             Q.  And, Doctor, do you recall discussing the Boniol
 8        2017 study?
 9             A.  Yes.
10             Q.  And they looked at the rubber industry and did
11        meta-analyses about studies regarding the rubber
12        industry.  Correct?
13             A.  Yes.  As a mixture of these different
14        substances that we just spoke of, such as NDMA,
15        N-morpholine, et cetera.
16             Q.  That would have included other substances that
17        would be in the toxic substances that would be in the
18        rubber factory industry.  Correct?
19             A.  That's right.
20             Q.  And when they looked at whether or not there was
21        an increased risk of liver cancer in the rubber factory,
22        workers in the rubber factory, they didn't see an
23        increased risk.  Correct?
24             A.  Correct.  But they were not speciating for
25        different departments and specific chemicals as
```

Page 131

1    Hidajat did.

2        Q.  And once you -- once you speciate for NDMA, then

3    there's an increased risk of exposure for those who have

4    more exposure to NDMA compared to those who have less

5    exposure to NDMA.  Correct?

6        A.  Yes.

7        Q.  Doctor, do you recall being asked questions about

8    Footnote 71 in the report, the Sokolow study?

9        A.  Yes.

10       Q.  Okay.  I want you to take a look at that footnote

11   in your report.  Let me know when you've been able to

12   get that footnote.

13       A.  Yeah, just looking for the correct page

14   number.  Do you recall what page number it was?

15       Q.  I'm looking for it here too.

16               MR. TRANGLE:  79, to make it easier.

17               THE WITNESS:  Oh, thank you.

18               MR. NIGH:  55 of 104, the PDF number.

19               THE WITNESS:  79, yes.  Footnote 107,

20   Page 79.

21               MR. NIGH:  Sorry, one second.  My

22   document is freezing up here.

23

24   BY MR. NIGH:

25       Q.  Doctor, on there, there is a website address.

Page 132

1          Correct, the link?

2              A.   That's correct.

3              Q.   And when you click that link -- well, one second.

4                        MR. NIGH:  Let's go -- let's introduce

5          the next exhibit.  It will be Exhibit PX-27.

6

7                        (Whereupon, Exhibit PX-27 was marked for

8          identification.)

9

10                       MR. NIGH:  It doesn't have the 27 on it,

11         though, when I'm looking at the exhibits.

12                       THE WITNESS:  The one that says

13         screenshot, probably.

14                       MR. NIGH:  It's screenshot, yes.  Can

15         you pull that one up?

16                       THE WITNESS:  Yes, it opened.

17

18         BY MR. NIGH:

19             Q.   Doctor, at the top of that, do you see that URL?

20             A.   Yes.  The URL I'm looking at is Exhibit Share

21         Veritext.

22             Q.   No.  I mean at the top of the document.  When you

23         look at exhibit -- when you look at the screenshot, you

24         can see this is a screenshot of -- sorry, strike that.

25                   Doctor, do you remember seeing a lot of

Page 133

1       screenshots that the defense attorney showed you?

2           A.  Yes.

3           Q.  And at the top of the screenshot, can you see the

4       URL that's in there?

5           A.  It's -- oh, I see it, I need to arrow this

6       down a little.  Yes, I see it.

7           Q.  And Doctor, that looks like the URL link, you

8       know, part of the URL link that's in your report.

9       Correct, that you click on?

10          A.  Correct.

11          Q.  Okay.  And this document shows "cancer

12      epidemiology bio markers including prevention".

13              Do you see that?

14          A.  Yes.

15          Q.  And it shows "red meat dietary nitrosamines of

16      hemi iron and risk of bladder cancer in the European

17      perspective investigation into cancer."

18              Do you see that?

19          A.  Yes.

20          Q.  Does this look like the document that you meant

21      to refer to in your report?

22          A.  Yes.

23          Q.  So the beginning part of your citation is

24      incorrect, but when you click, it goes to the correct

25      citation?

Page 134

1      A.  Are you saying to try clicking on this one

2   now?

3      Q.  No.  No.  No.  Does this look like the citation

4   that you meant to refer to?

5      A.  Yes.

6      Q.  Okay.

7          MR. NIGH:  We can take that down.

8

9   BY MR. NIGH:

10     Q.  Doctor, I want to address pages -- your expert

11  report, starting Page 5.  So let's go back to your

12  expert report.

13     A.  All right.  I have it open and let me go to

14  Page 5.  Yes.

15     Q.  And, Doctor, at the bottom here, you have

16  overview of N-nitrosodimethylamine, that's NDMA.

17  Correct?

18     A.  Yes.

19     Q.  And I want to draw your attention to Page 7, the

20  top of Page 7.

21     A.  All right.

22     Q.  You then have U.S. FDA recall of Valsartan.

23  Correct?

24     A.  On Page 7?

25     Q.  On Page 7 of your -- or page -- I'm going to --

Page 135

1    yes, Page 7 of your report, U.S. FDA recall of

2    Valsartan, in the middle of the page?

3        A.  Right, yes.

4        Q.  So between -- and, obviously, when you get to

5    U.S. FDA recall of Valsartan, you're talking about a

6    different issue at that point.  Right?

7        A.  Yes.

8        Q.  So from Pages 5, where you start to talk about

9    overview of NDMA, to Page 7, where you talk about U.S.

10   FDA recall, from Pages 5 to 7, that's where you're --

11   that's where you're giving an overview of NDMA.

12   Correct?

13       A.  Yes.

14       Q.  Doctor, all of the information or the vast

15   majority of the information contained in these couple of

16   pages, there's a much more detailed report on NDMA in

17   Dr. Panigrahy's report.  Correct?

18       A.  There is.

19       Q.  And you relied on a lot of information from Dr.

20   Panigrahy's report in terms of overview of NDMA.

21   Correct?

22       A.  Yes.

23       Q.  And a lot of these attributes are also discussed

24   in the ATSDR toxicological 2023 profile.  Correct?

25       A.  Yes.

Page 136

1    Q.  And you were asked several questions about

2    footnotes that appear in these couple of pages.  Do you

3    remember that?

4    A.  Yes.

5    Q.  And that would have been Footnotes 3 through 7.

6    Do you recall that?

7    A.  Yes.

8    Q.  Okay.  Doctor, other than these Footnotes 3 to 7,

9    did you see any other errors in the footnotes in the

10   rest of the entirety of your report?

11   A.  No.

12   Q.  And we talked about the one that counsel pointed

13   out on Footnote 107, but the URL link goes to the study

14   that you were referring to.  Correct?

15   A.  Right.

16   Q.  And, Doctor, if you take out the footnotes and

17   the cites here, and you just disregard them, Footnotes 3

18   to 7, the information that's contained between Pages 5

19   to 7 would also be supported by Dr. Panigrahy's

20   voluminous expert report.  Correct?

21   A.  It is.  It's redundant.

22   Q.  And so, you could have also relied on his expert

23   report for all of the information and data here that's

24   between Pages 5 to 7.  Correct?

25   A.  Yes.

Page 137

1        Q.   And you did rely, in part, on that information

2    for all the information that's here between Pages 5 to

3    7.  Correct?

4        A.   Yes.

5        Q.   Okay.  So the rest of your opinions, that are

6    spelled out in this report, would also still be

7    accurate, in terms of if you were just relying on, you

8    know, Panigrahy, in terms of Pages 5 to 7.  Correct?

9        A.   Correct.  And for most of these subject

10   headings, I've expanded them further into the paper.

11   This was simply an introduction.  An overview, I

12   call it an overview on Page 5.

13       Q.   Right.  And so, many of these issues that you

14   address here, you address in more fine detail later on

15   in your report as well.  Correct?

16       A.   Yes.

17       Q.   And you give the cites for those specifics where

18   you wanted to address them in more detail as that may

19   have been important in terms of your analysis.  Correct?

20       A.   Yes.

21       Q.   Doctor, you were asked a lot of questions about

22   -- about a risk assessment.  Do you recall that?

23       A.   Yes.

24       Q.   And you were asked questions about a

25   route-to-route extrapolation risk assessment.  Correct?

Page 138

1          A.   Yes.

2          Q.   Doctor, why is the method that you performed not

3     a risk assessment?

4          A.   Because I followed the methodology.  For

5     example, the methodology for route-to-route

6     extrapolations, one of the first principles is can

7     the inhalation and/or oral routes of bioavailability

8     be calculated?  And, if not, a safety factor is

9     employed.  I was able to reasonably calculate the

10    bioavailability, as discussed earlier, for both the

11    oral route and the inhalation route.  That's just

12    one of the many guidance prongs in the methodology.

13    And I went through all of the generally accepted

14    guidelines for conducting a route-to-route

15    extrapolation in this matter.

16         Q.   Doctor, in a risk assessment, when there's

17    uncertainty in a risk assessment, they always -- it's

18    almost the uncertainty drives in favor of needing less

19    of a chemical to reach a safety issue.  Correct?

20              MR. TRANGLE:  Object to form.

21              THE WITNESS:  Yes.  That is what happens

22    when a risk assessment is employed.  Safety factors,

23    or as the Dutch refer to them as tiers, Tier 1,

24    Tier 2, Tier 3.  Tier 1 is the actual conversion,

25    which needs no safety factors added providing that

Page 139

 1          the bioavailability can be either ascertained or

 2          calculated.  And what happens in a risk factor,

 3          there's a number of steps in which various safety

 4          factors are added.  In some cases, there is a factor

 5          of 1,000 added.  I did not perform any risk

 6          assessments.  I did not do anything other than the

 7          actual inhalation to oral extrapolation, which

 8          required no risk, no safety factors, and it is a

 9          reasonably accurate measurement, as referenced in my

10          report to various studies.

11

12          BY MR. NIGH:

13             Q.   Doctor, the EPA commonly does route-to-route

14          extrapolations from animals to humans.  Correct?

15             A.   They do.  A good example would be the benzene

16          example in which inhaled benzene was converted

17          through route-to-route extrapolation to an oral

18          dose, which was used in their risk assessment in

19          which they added various safety factors to arrive at

20          a one in one million safety result.

21             Q.   So a lot of the guidance and factors that the EPA

22          is pointing to are in relation to risk assessment in

23          utilizing the formula.  Correct?

24             A.   Correct.  And I did not perform a risk

25          assessment.

Page 140

1     Q.  And a lot of the factors and guidances that

2     they're pointing to are pointing to recognizing the

3     differences between the animals to humans and their

4     route-to-route extrapolation.  Correct?

5     A.  Yes.  They are simply -- the methodology has

6     a number of guidance factors that, if they're not

7     met, in some cases results in various safety factors

8     added.  In the case of NDMA, all of the guidance

9     factors have been met and I'd be happy to discuss

10    that, if it comes up.

11    Q.  And, Doctor, you performed a human-to-human

12    route-to-route extrapolation.  Correct?

13    A.  Yes.

14    Q.  Well, what does that mean?

15    A.  Simply that one looks at the pharmacokinetics

16    metabolism, whether or not the compound circulates

17    equally to all areas of the body, and that the

18    toxicological cancer endpoints are systemic, not

19    just occurring at the point of entry, for example,

20    oral cancer.  And that there's no critical or

21    substantial first pass effects.  That is, first pass

22    effects should be minimal.  There's other factors

23    one considers, such as an inhalation macrophage in

24    the lung cause metabolism in the lung and that's

25    been ruled out in studies that I've cited.  As long

Page 141

1     as the data is well established in all of these, or

2     most of these, in this case, all of these guidance

3     values are met, then the human inhalation to route

4     extraction or extrapolation is reliable.  That is,

5     the toxicological data, if it's complete, then the

6     extrapolation is considered reliable.

7         Q.  And, Doctor, in a human-to-human extrapolation,

8     why is it important or why is it appropriate to use some

9     animal data for various individual pieces of that

10    calculation or extrapolation?

11        A.  Well, actually, the methodology speaks on

12    that very clearly.  And that is, there are certain

13    toxicological agents that would be unethical to use

14    in a controlled human study and the next closest

15    analog is that of the monkey, which was what I used

16    for the oral dose portion.

17        Q.  And then, also, larger animals would be more

18    acceptable to use in that extrapolation than smaller

19    animals?

20        A.  Correct.

21        Q.  Doctor, human-to-human extrapolations are

22    performed commonly where there may be certain pieces in

23    the calculation that need to rely on animal data.

24    Correct?

25        A.  Yes.  They're used in -- by the

Page 142

1      pharmaceutical industry in Phase II and Phase III,
2      largely the Phase II and Phase III studies for
3      calculating both the safety factor in the Phase II
4      study and the dose factor in the Phase III studies
5      of patches compared to the systemic dose from IV or
6      oral use and, for example, a Nicoderm patch.
7      There's cosmetics that use route-to-route
8      methodologies in the pharmaceutical industry.  And I
9      should point out Phase II and Phase III analyses are
10     performed on a single human when comparing the, for
11     example, the patch dose to an oral dose.
12         Q.  When you say a single human, it would be even
13     more robust if you had many humans in looking at a
14     route-to-route extrapolation?
15         A.  Yes.  But the actual measurements are done in
16     a single person basis.  That is, what does their
17     pharmacokinetics show, the urinary and blood levels
18     show when taken orally and what are those blood
19     levels or urine levels when a patch is administered
20     and calibration of the patch is achieved in such
21     measurements?  So the routes of exposure are used in
22     a variety of different methods.  As I mentioned, the
23     benzene, ATSDR benzene calculation of risk, which
24     includes protection of, whatever it is, 36 billion
25     Americans, it's an important calculation.  And that

Page 143

1    is a risk assessment calculation, but it starts off

2    with an inhalation benzene to oral dose

3    route-to-route extrapolation.  And then, that

4    initial dosage undergoes various levels of tiers or

5    levels of safety factor additions.

6        Q.  Doctor, you mentioned that first pass effects

7    would be important to consider as one of the guidelines

8    or factors in performing a route-to-route analysis.

9    Correct?

10        A.  Yes.

11        Q.  And, Doctor, you considered those first pass

12    effects when you performed your route-to-route analysis.

13    Correct?

14        A.  Yes.  And I refer, for example, to Gomar

15    study in my report, Figure 1, which shows the blood

16    levels when given orally with first pass versus

17    given IV without first pass.  If you look at the

18    curve, they're almost identical.  There's always

19    going to be some minor level of first pass with a

20    drug or a chemical that's metabolized in the liver.

21    But the guidance values for the methodology require

22    first pass effects being minimal and not substantial

23    or critical.  And, clearly, in this case, based upon

24    Gomar -- and I should also point out the new

25    physiologically based pharmacokinetic study that

Page 144

1      just came out in 2024 by Kang on NDMA found the same

2      result that the pharmacokinetics and

3      pharmacodynamics NDMA are very assessed and

4      predictable, so.

5           And another factor is that multiple site

6      cancers have been measured via inhalation in animals

7      and humans in both routes of exposure, in both oral

8      and inhalation.  And animal studies clearly show

9      highly sensitive risk of liver cancer via inhalation

10     as well as .07 part per million at four hours a day

11     for 52 weeks.  So the fact is there is strong

12     evidence that liver cancer occurs systemically, via

13     systemic dosage via inhalation as opposed to only

14     oral.  Now, there is certainly some level of

15     additional first pass effect in the liver because we

16     know the liver converts NDMA at about 21 percent of

17     the dosage to diazonium, formaldehyde, and other

18     genotoxic agents.  So the liver does have a first

19     pass effect, but it's minimal based upon the

20     pharmacokinetic and pharmacodynamic and PVP K

21     studies.  For example, that new PVP K study by Kang,

22     et al. in 2024 and --

23                MR. TRANGLE:  I'm going to stop, just so

24     you're aware, because I've never heard of that

25     study.

Page 145

```
 1              THE WITNESS:  Well, it's new.
 2              MR. TRANGLE:  Well, I'll have some
 3      questions about it.  And I'll need it.  Thanks.
 4
 5      BY MR. NIGH:
 6         Q.  Doctor, any first pass effect that's happening as
 7      you compare first pass effect from orally ingesting
 8      Valsartan versus first pass effects from inhaling NDMA,
 9      there would be -- is there any reason to believe that
10      there would be more first pass effect that would occur
11      in the respiratory track when inhaling compared to in
12      the liver when ingesting NDMA?
13         A.  No.  I referenced the study in my report that
14      indicates that a macrophage is not actively or
15      significantly metabolizing NDMA.  And this is
16      consistent with the Gomar study and the
17      physiologically based pharmacokinetic study of Kang.
18      There is extra hepatic metabolism occurring, but
19      it's not at a single site of action, for example, in
20      the lung.  And that's one of the criteria, actually,
21      in the methodology that the -- that there's no
22      target effect to a single entry organ.  For example,
23      if we saw oral cancer with NDMA from the oral route
24      of exposure, that would indicate a target site,
25      rather than a systemic site.  So that would
```

Page 146

1    invalidate the use of the route-to-route

2    extrapolation, if there were a single site effect,

3    but that's been ruled out very clearly with NDMA.

4        Q.  Doctor, any extra first pass effect that could

5    occur in the liver would only make it more likely

6    that -- sorry, strike that.

7            Doctor, any first pass effects of NDMA that's

8    occurring in the liver when ingesting NDMA would only

9    make it more likely that Mr. Roberts would have had even

10   higher carcinogenic effect, because he had liver cancer,

11   hepatocellular cancer.  Correct?

12       A.  That's right.  And there is, as I say, some

13   low level of first pass effect in the liver.  The

14   studies show that it's not high enough to abolish

15   the systemic effect, but there is some low level

16   effect that it's going to potentiate the liver.

17       Q.  And that first pass effect would be causing

18   metabolism in the liver when NDMA is ingested.  Correct?

19       A.  Yes.

20       Q.  And it's the metabolites of NDMA that are

21   carcinogenic.  Correct?

22       A.  Yes.

23       Q.  So any extra metabolism that's occurring in the

24   liver would only cause more metabolites to be

25   susceptible or to be created in the liver and only

Page 147

1     increase the risk of liver cancer occurring.  Correct?

2       A.  Yes.

3               MR. NIGH:  Let's take a -- let's take a

4     brief break.

5               MR. TRANGLE:  Sorry, Dan, just how much

6     more do you have?

7               MR. NIGH:  I probably don't have much

8     more.  Just need to have a quick discussion.

9               MR. TRANGLE:  Okay.  And I'm going to

10    request these Kang studies that are new to us,

11    because these are things that have never been

12    disclosed or not on his materials considered list

13    that were just discussed for the very first time on

14    redirect.

15              MR. NIGH:  I don't think the Kang study

16  is going to be a necessary part of this.  But that's

17 why we're going to have a conversation, too.

18             THE VIDEOGRAPHER:  Off the record?  Time

19    is currently 2:30.  We are now off the record.  End

20    of unit five.

21

22           (Whereupon, a brief recess was taken off

23    the record.)

24

25             THE VIDEOGRAPHER:  This marks unit six.

Page 148

```
 1      The time is currently 2:43.  We are back on the
 2      record.  You may proceed.
 3
 4      BY MR. NIGH:
 5         Q.  Doctor, you just mentioned the Kang 2024 study.
 6      Do you recall that?
 7         A.  Yes.
 8         Q.  And, Doctor, did you rely on the Kang 2024 study
 9      for your opinions or do you need it in any way?
10         A.  No, and all I have is abstract.  I don't have
11      any opinions regarding the study at this point.
12         Q.  And you spoke -- you spoke about the Kang study
13      as one example showing that NDMA is systematic, both
14      orally and ingested.  Correct?
15                  MR. TRANGLE:  Object to form.
16                  THE WITNESS:  Okay.  So the question is?
17      I kind of lost it with the interruption.
18
19                  (Whereupon, the requested portion of the
20      record was read by the reporter.)
21
22                  THE WITNESS:  Yes, that's right.  I have
23      many other studies that I've thoroughly examined,
24      such as Gomar and others, that demonstrate the
25      systemic action as well as distribution of
```

Page 149

1    pharmacokinetics of NDMA.

2

3    BY MR. NIGH:

4        Q.  So you don't need Kang 2024 in any way whatsoever

5    for your opinions.  Correct?

6        A.  No.  No, I don't need it.

7                MR. NIGH:  Okay.  That's all the

8    questions that I have.

9                MR. TRANGLE:  Okay.  I think -- let's go

10   off the record for a second, just so I can get a

11   time estimate.

12                THE VIDEOGRAPHER:  This marks the end of

13   unit six.  The time is 2:45.  Off the record.

14

15                (Whereupon, a brief recess was taken off

16   the record.)

17

18                THE VIDEOGRAPHER:  This marks unit

19   seven.  Time is currently 2:45.  Back on the record.

20   You may proceed.

21

22   REDIRECT EXAMINATION

23   BY MR. TRANGLE:

24       Q.  Dr. Sawyer, when did you first read the Kang 2024

25   study?

```
                                          Page 150

 1          A.   Yesterday, and I didn't have the whole study,

 2     I only have the abstract.

 3          Q.   When yesterday, before your deposition or after

 4     or during?

 5          A.   After.

 6          Q.   Do you recall that I asked you whether or not you

 7     had spent time doing additional literature review

 8     earlier today?

 9          A.   Yes.

10          Q.   And this is a study that you said is about NDMA

11     pharmacokinetics.   Right?

12          A.   I'm sorry, say again.

13          Q.   This is a study that you said is about

14     pharmacokinetics, right, of NDMA?

15          A.   I didn't understand your question.

16          Q.   This abstract that you looked at yesterday that

17     has not been produced to us and is not on your materials

18     considered list is a study about NDMA pharmacokinetics.

19     Is that right?

20          A.   It's about physiologically-based

21     pharmacokinetics and modelling.

22          Q.   So I understand your testimony is that you didn't

23     use any of this pharmacokinetic data on NDMA in your

24     Hidajat extrapolation analysis.   Right?

25               MR. NIGH:   Form objection.
```

Page 151

1          Mischaracterizes testimony.

2                    THE WITNESS:  I used all of that in my

3          analysis, but not from this abstract.

4

5          BY MR. TRANGLE:

6             Q.   Right.  So you didn't use the pharmacokinetic

7          model or data from this study in your Hidajat analysis.

8          Right?

9             A.   I did not use this abstract in my analysis.

10            Q.   Okay.  Dr. Sawyer, you testified about the Gomm

11         study earlier.  Do you recall that?

12            A.   Actually, not in detail, no.

13            Q.   Okay.  Then I'll skip a little bit.

14                 It's your testimony that the only falsified and

15         fabricated citations in your report are those contained

16         in Footnotes 3 to 7 and Footnote 171?

17                    MR. NIGH:  Objection.  Mischaracterizes

18         testimony.

19                    THE WITNESS:  I'm not -- I can't answer

20         it the way it was worded, because it's a false

21         question.

22

23         BY MR. TRANGLE:

24            Q.   Is your testimony that the only citations in your

25         report that cite two studies that do not exist are the

Page 152

1    citations in Footnotes 3 to 7 and Footnote 171?

2              MR. NIGH:  Form objection.

3              THE WITNESS:  I thought we corrected

4    that footnote that appears in the later section of

5    the report.

6       Q.  So you think there's actually fewer than that

7    that have incorrect citations to nonexistent articles?

8              MR. NIGH:  Form objection.

9    Mischaracterizes testimony.

10             THE WITNESS:  I'm going to look at my

11   report.

12             MR. TRANGLE:  I'm going to retract that

13   question.

14

15   BY MR. TRANGLE:

16      Q.  Dr. Sawyer, without looking at your report, can

17   you tell me with any degree of reasonable certainty

18   whether any of the other citations are to nonexistent

19   articles, other than the citations in Footnotes 3 to 7

20   and 171?

21      A.  The problem I have with your question, I

22   don't know what you're getting at, 171, there is no

23   Footnote 171.

24             MR. TRANGLE:  Sorry, I meant

25   Footnote 107, so I'll repeat the question.

Page 153

1

2      BY MR. TRANGLE:

3          Q.  Can you tell me with any degree of reasonable

4      certainty, without looking at your report, whether any

5      of the other citations are to nonexistent footnotes --

6      are to nonexistent studies, other than Footnotes 3 to 7

7      and Footnote 107?

8                      MR. NIGH:  Form objection.

9                      THE WITNESS:  Well, let's start with

10     107.  We corrected that.  It was a typo.

11

12     BY MR. TRANGLE:

13         Q.  It's your testimony that that's a typo?

14         A.  Yeah, it -- that's not the -- 107 is

15     referring to multiple differential dietary patterns

16     with NDMA as a primary factor as well as the three

17     Valsartan studies.

18         Q.  How did that typo get there?

19         A.  It's the wrong reference.

20         Q.  How did that incorrect typo citation get there?

21         A.  I don't know.

22         Q.  And do you think that you have corrected that

23     today?

24         A.  To studies reported earlier in my report.

25         Q.  Dr. Sawyer, are you aware there are additional

Page 154

1    citations to other studies that are nonexistent in other

2    parts of your report beyond Footnotes 3 to 7 and

3    Footnote 107?

4        A.  No.

5        Q.  Would it surprise you to know that?

6        A.  Yes, it would.

7        Q.  Okay.  Let's go to Page 51 of your report.  Do

8    you see that you have a footnote here, 64?

9        A.  Well, that's Page 51.

10       Q.  On Page 51, there's a Footnote 64.  Right?

11       A.  Yes.

12       Q.  First article is an article by first author

13   Harrington with the title "First Pass Metabolism of

14   N-Nitrosodimethylamine in an Intact Pig" published in

15   1987 in Carcinogenesis Volume 8, Issue 9, Pages 1385 to

16   1390?

17       A.  Yes, I see that.

18               MR. TRANGLE:  I would like to mark as

19   Exhibit, let's see, I guess, 27, Tab 18, Audrey.

20       Q.  Do you have up on your screen, Exhibit 27?  Do

21   you have it on your screen, Dr. Sawyer?

22       A.  Yes, I'm trying to get back to that.

23       Q.  It's Exhibit 27 in the Exhibit Share.

24       A.  Reload.

25       Q.  Should we go off the record so you can get back

Page 155

1      on Exhibit Share?

2          A.  No.  I'm on the Share now and it's showing

3      the wrong -- let's try this again.  I'll go back to

4      the very bottom, 27?

5          Q.  Yes, that's it.

6          A.  All right.  It's loading.

7          Q.  Okay.  So it says here at the top, Volume 8,

8      Issue 9 of Carcinogenesis.

9              Do you see that?

10         A.  Yes.

11         Q.  And it's for the year 1987?

12         A.  Yes.

13         Q.  Okay.

14         A.  Page 1385.

15         Q.  Yep, let's go look at Page 1385.  It looks like

16     there actually is not a Page 1385 anywhere in this

17     issue.  Is that right?

18                 MR. NIGH:  Form objection.

19                 THE WITNESS:  Well, I can't be certain

20     of that.  I see there's a 1363.

21                 MR. TRANGLE:  Right.

22

23     BY MR. TRANGLE:

24         Q.  So there's no article that begins on Page 1385 by

25     Harrington in this volume/issue of Carcinogenesis from

Page 156

1     1987.  Right?

2               MR. NIGH:  Form objection.

3               THE WITNESS:  It appears that way.

4

5     BY MR. TRANGLE:

6          Q.  Sorry, what was your answer?

7          A.  I said it appears that way.

8          Q.  So to be clear, there are additional issues with

9     citations that you put in your report beyond just those

10    that we've already discussed in your cross?

11              MR. NIGH:  Form objection.

12              THE WITNESS:  Well, I agree.  This one

13    is wrong.

14

15    BY MR. TRANGLE:

16         Q.  And I want to go back now to your report on

17    Page 79, so this Exhibit 3.  This is the section where

18    you have Footnote 107 that you said you'd corrected.  Do

19    you remember that?

20         A.  What exhibit should I be looking at?

21         Q.  Exhibit 3, Page 79 of your report?

22         A.  Oh, yes.

23         Q.  Okay.  So in your analysis of consistency of the

24    associations, you say:  "Consistency of the associations

25    is assessed using statistically significant case

Page 157

1    controlled human epidemiological studies that assessed

2    multiple differential dietary patterns with NDMA as the

3    primary factor as well as the three Valsartan studies."

4    Right?

5        A.  Yes.

6        Q.  And that is what is -- that sentence is supported

7    by Footnote 107?

8        A.  Yes.

9        Q.  And is it your opinion that this study in the

10   link that you cited supports the statement that there

11   are consistent associations across different human

12   epidemiological studies, including dietary and human

13   studies in Valsartan?

14       A.  It's -- no.  There shouldn't even be a

15   footnote there.  I'm referring to the studies that

16   I've discussed earlier in the report.

17       Q.  Okay.  So the corrected citation is also

18   incorrect?

19                MR. NIGH:  Form objection.

20                THE WITNESS:  I don't recall what the

21   corrected citation is.

22                MR. TRANGLE:  Well, I do.  So let's mark

23   as Exhibit 28, Tab 19.

24

25

```
                                                    Page 158
 1              (Whereupon, Exhibit DX-28 was marked for

 2        identification.)

 3

 4        BY MR. TRANGLE:

 5           Q.  This is the full article of the exhibit -- of the

 6        abstract that counsel showed you before.  This is an

 7        article Jackson 2011 --

 8           A.  Wait.  Which exhibit are you on?

 9           Q.  This is Exhibit DX-028, 28.

10           A.  D X --

11           Q.  It should be all the way down.

12           A.  All the way down is Exhibit 28, Tab 19.

13           Q.  Right.

14           A.  Is that the correct one?

15           Q.  It is.

16           A.  Yeah, here we go, with the red meat, dietary,

17        yeah.  Yeah, I mean, that's what I'm getting at is

18        that study that I -- studies, actually, that I

19        referenced earlier in the report.

20           Q.  Right.  So the conclusion here on the first

21        page -- actually, let's just look at the results, first.

22        These authors wrote:  "We found no overall association

23        between intake of red meat, nitrosamines or heme iron

24        and bladder cancer risk."  Is that right?

25                   MR. NIGH:  Form objection.
```

Page 159

1                    THE WITNESS:  You read that correctly.

2

3        BY MR. TRANGLE:

4           Q.  Meaning that they did not find association

5        between nitrosamines, including NDMA, and the risk of

6        bladder cancer?

7           A.  That's what's stated.

8           Q.  And their conclusion that their findings do not

9        support an effect of red meat intake, nitrosamines or

10       heme iron intake on bladder cancer risk?

11          A.  That's correct and we discussed this

12       yesterday about the plant-based NDMA versus red

13       meat.

14          Q.  So, Dr. Sawyer, just to be clear, this study does

15       not support the sentence that you have added to in the

16       consistency section of your Bradford Hill.  Right?

17                    MR. NIGH:  Form objection.

18                    THE WITNESS:  I'm looking at the study

19       in more detail.

20                    MR. TRANGLE:  That's actually

21       unnecessary.  I'll retract the question, if you're

22       not able to answer it without reviewing the whole

23       study.

24

25       BY MR. TRANGLE:

Page 160

1        Q.  Are you able to answer it or do you want me to

2    retract it?

3        A.  I don't want to give an answer of guesswork.

4    I'd like to look at the study --

5                MR. TRANGLE:  I'll retract the question.

6

7    BY MR. TRANGLE:

8        Q.  Dr. Sawyer, you testified that you are relying on

9    Dr. Panigrahy's report for your opinions on general

10   causation.  Is that right?

11       A.  Yes, early on.

12               MR. NIGH:  Hold on.  Hold on.  Form

13   objection.

14

15   BY MR. TRANGLE:

16       Q.  Yeah, so did you do an independent analysis of

17   that report to confirm the accuracy --

18               MR. NIGH:  Form objection.

19               MR. TRANGLE:  -- of Dr. Panigrahy's

20   methodology and conclusions?

21               MR. NIGH:  Form objection.

22               THE WITNESS:  That was the purpose of my

23   overview, those three pages.

24               MR. TRANGLE:  Sorry.

25

Page 161

1      BY MR. TRANGLE:

2         Q.  But I'm talking about -- are you relying on the

3      Bradford Hill analysis of Dr. Panigrahy for your general

4      causation opinions?

5                    MR. NIGH:  Form objection.  He doesn't

6      have general causation opinions.

7                    THE WITNESS:  No.

8

9      BY MR. TRANGLE:

10        Q.  You're not relying on that.  You're just relying

11     on the overview section.  That's the only part?

12                   MR. NIGH:  Form objection.

13                   THE WITNESS:  I reviewed, in detail,

14     many sections of his report.  It was very tedious.

15

16     BY MR. TRANGLE:

17        Q.  And which sections, I'm asking.  I'm asking about

18     which sections you're relying on.  And so, I want to

19     know if you're relying on anything other than the

20     overview section you just mentioned for your opinions in

21     this case?

22                   MR. NIGH:  Form objection.

23     Mischaracterizes testimony.

24                   THE WITNESS:  The only way I can

25     accurately answer that is to open up his report and

Page 162

1     go through it and let you know what areas I focused

2     on.

3

4     BY MR. TRANGLE:

5         Q.   Okay.  Did you verify the accuracy of the cited

6     studies in Dr. Panigrahy's report when you first

7     reviewed it or subsequently?

8                    MR. NIGH:  Form objection.

9                    THE WITNESS:  I attempted and actually

10    succeeded in reviewing sections of his report that

11    were very pertinent to my report.

12

13    BY MR. TRANGLE:

14        Q.   What work did you do to verify the reliability of

15    Dr. Panigrahy's analysis?

16        A.   Reviewed to be certain it was consistent with

17    the studies that I've cited.

18        Q.   Are there any parts of Dr. Panigrahy's report

19    that you disagree with?

20        A.   Not that I recall.

21        Q.   What work did you do to ensure the report

22    addressed what you consider to be the universe of

23    relevant literature?

24                    MR. NIGH:  Form objection.

25                    THE WITNESS:  ADME studies, mechanistic

```
                                              Page 163

  1        studies, dietary studies that he referenced.

  2

  3        BY MR. TRANGLE:

  4           Q.  Did you speak with Dr. Panigrahy?

  5           A.  No.

  6           Q.  Have you ever spoken to Dr. Panigrahy?

  7           A.  No.

  8           Q.  Does Dr. Panigrahy have different qualifications

  9        than yourself?

 10                   MR. NIGH:  Form objection.

 11                   THE WITNESS:  I don't recall.

 12

 13        BY MR. TRANGLE:

 14           Q.  Are you qualified to assess the reliability of

 15        the work done in Dr. Panigrahy's report?

 16                   MR. NIGH:  Form objection.

 17                   THE WITNESS:  I did what a good

 18        scientist did.  I collaborated by reviewing his work

 19        and other experts in this case.  You know, I'm not

 20        the -- I guess I would call it the everything

 21        expert.  There's other experts in this case and good

 22        scientists collaborate and read each other's

 23        studies.

 24

 25        BY MR. TRANGLE:
```

Page 164

1          Q.  And your section on Pages 5 to, what was it, 7

2     that we talked about before, you're saying that this

3     came from Dr. Panigrahy?

4                    MR. NIGH:  Form objection.

5     Mischaracterizes testimony.

6                         THE WITNESS:  No, I'm not sure that

7     that's the case, but --

8

9     BY MR. TRANGLE:

10         Q.  So the topics came from Dr. Panigrahy?  I just

11    want to make sure I'm understanding.

12                    MR. NIGH:  Form objection.

13    Mischaracterizes testimony.

14                    THE WITNESS:  The topics I prepared as

15    an overview.

16

17    BY MR. TRANGLE:

18         Q.  When you testified when asked by counsel that the

19    reason this is in your report is because Dr. Panigrahy

20    had it in Dr. Panigrahy's report?

21                    MR. NIGH:  That's not what he testified

22    at all.  Mischaracterizes testimony.

23                    MR. TRANGLE:  I'm going to go back and

24    look at directly what he said, but feel free to

25    answer, Dr. Sawyer, in the meantime.

Page 165

```
 1                    THE WITNESS:  Well, I'll wait till you
 2         look at what you read, because that's clearly not
 3         what was said.
 4                    MR. TRANGLE:  Let's go off the record
 5         for a second, because I want to search this
 6         transcript to get exactly what you said.  Okay?
 7                    MR. NIGH:  I think it's inappropriate to
 8         go off the record for that purpose.
 9                    THE VIDEOGRAPHER:  Time is 3:07.  We are
10         now off the record.
11
12                    (Whereupon, a brief recess was taken off
13         the record.)
14
15                    THE VIDEOGRAPHER:  This marks unit
16         eight.  The time is 3:08.  You are back on the
17         record and may proceed.
18
19         BY MR. TRANGLE:
20            Q.  Doctor, it says here that you relied entirely --
21         it says you did rely on all that information that's
22         reflected here in Pages 5 to 7 that came from Dr.
23         Panigrahy's report.  Right?
24                    MR. NIGH:  Form objection.
25         Mischaracterizes testimony.
```

Page 166

1            THE WITNESS:  I don't believe you're

2      wording is correct there, "that came from".  It did

3      not all come from this report.

4

5      BY MR. TRANGLE:

6          Q.  Did some of it come from his report?

7            MR. NIGH:  Form objection.

8      Mischaracterizes testimony.

9            THE WITNESS:  Probably in part.

10

11     BY MR. TRANGLE:

12         Q.  But you didn't copy and paste from

13     Dr. Panigrahy's report.  Right?

14         A.  I don't believe so.  If I did, I would have

15     quoted it.

16         Q.  So for these topics that you're relying on for

17     Dr. Panigrahy, what you did is you replaced these

18     sections with citations to nonexistent articles?

19            MR. NIGH:  Form objection.  Just

20     mischaracterizes testimony.

21            THE WITNESS:  No.  And Panigrahy didn't

22     prepare an overview like I did.

23

24     BY MR. TRANGLE:

25         Q.  Okay.  But I thought you said all this

Page 167

1       information was coming from Dr. Panigrahy's report?

2                   MR. NIGH:  Form objection.

3       Mischaracterizes testimony.

4                   THE WITNESS:  "All of this information"

5       is incorrect.  I don't know why you're making up

6       stuff.

7

8       BY MR. TRANGLE:

9          Q.  When you say all this information, you mean the

10      stuff in your report?

11         A.  You just said that all the information.  No

12      one ever said that.

13         Q.  Dr. Sawyer, I'm just trying to understand here

14      which parts are coming from Dr. Panigrahy's report,

15      which parts are your own.  And -- 'cause I had no idea

16      that some of this came from Panigrahy's report, it seems

17      like, or something, that's what you were testifying to

18      when counsel asked you.  If that's not correct, please

19      tell me right now.

20                  MR. NIGH:  That's completely

21      mischaracterizes his testimony.

22                  MR. TRANGLE:  So it just -- okay.  None

23      of this is coming -- just so I understand, truly,

24      none of this is coming from Dr. Panigrahy's report,

25      Dr. Sawyer?

Page 168

```
 1              MR. NIGH:  He said all the information
 2       that's contained there.  You can see a lot of that
 3       information is from Dr. Panigrahy's report as well.
 4       It's not cut and pasted.  If you'd just look up and
 5       look at his testimony, you're mischaracterizing it.
 6       You've asked, like, 20 questions on this.
 7              MR. TRANGLE:  That's testifying for the
 8       witness.
 9
10       BY MR. TRANGLE:
11          Q.  Dr. Sawyer, is it -- is it just that you are
12       relying -- all this information is also contained in Dr.
13       Panigrahy's report and you're relying on that?  Is that
14       what you were saying?
15          A.  There are sections of this report which I
16       relied on.  I'll give you an example, Page 81,
17       regarding the liver.
18          Q.  Page 81 of your report, sorry, or
19       Dr. Panigrahy's?
20          A.  Panigrahy's report, last paragraph.
21          Q.  Okay.
22          A.  I know that because I highlighted it.  Page
23       85, the same thing.  First full paragraph.  There
24       are sections in here that I've read and I've relied
25       on and, in many cases, I obtain additional studies
```

Page 169

1    beyond what was in Dr. Panigrahy's report.

2        Q.  And those additional studies are what's in

3    Footnotes 3 to 7.  Is that what you're saying?

4            MR. NIGH:  Form objection.

5    Mischaracterizes testimony.

6                THE WITNESS:  No.  The footnotes are

7    invalid.  They're wrong.  And that had happened due

8    to my use of the AI.

9

10   BY MR. TRANGLE:

11       Q.  And I think that you said that you're relying on

12   Dr. Panigrahy's report for your opinion about NDMA being

13   a complete carcinogen.  Is that right?

14           MR. NIGH:  Form objection.

15   Mischaracterizes testimony.

16               THE WITNESS:  Could you repeat the

17   question, please?

18

19   BY MR. TRANGLE:

20       Q.  Yeah.  I believe that you were answering Daniel

21   when you said that you relied on Dr. Panigrahy's

22   opinions and report for the fact of NDMA being a

23   complete carcinogen.  Is that right?

24           MR. NIGH:  Form objection.

25   Mischaracterizes testimony.

Page 170

1          THE WITNESS:  Not exact and words have

2    meaning.  So I'm not going to answer yes or no,

3    unless you correct the -- the entire question that

4    was asked and answered.

5

6    BY MR. TRANGLE:

7       Q.  Wait.  So then what is the basis for your opinion

8    that NDMA is a complete carcinogen?

9       A.  Primarily, training and experience and it's

10    also corroborated by Dr. Panigrahy.

11       Q.  Did you go and look at all the studies cited by

12    Dr. Panigrahy for the idea that NDMA is a complete

13    carcinogen?

14       A.  No.  I reviewed sections of his report where

15    he discusses it.

16       Q.  I think you talked today about a route-to-route

17    extrapolation involving benzene.  Is that right?

18       A.  Yes.

19       Q.  Is that something that's in your report?

20       A.  Yes -- well, wait.  No, it's not in my

21    report.

22       Q.  Is it on your materials considered list?

23       A.  Yes.  The ATSDR benzene document is on my

24    considered list, yes.

25       Q.  Is it in the NDMA U.S. ATSDR document or a

Page 171

1       different one?

2           A.   The ATSDR benzene document.

3                    MR. TRANGLE:   I'd like to request that

4       be produced because I don't see it anywhere on this

5       materials considered list, Daniel.

6                    MR. NIGH:   I think it has been produced.

7                    MR. TRANGLE:   Okay.

8

9       BY MR. TRANGLE:

10          Q.   Is it your testimony that in that benzene

11      route-to-route extrapolation, the U.S. EPA used the same

12      methodology that you've used in your report?

13          A.   For the --

14                   MR. NIGH:   Hold on.  Hold on.  Form

15      objection.   You can answer.

16                   THE WITNESS:   For the extrapolation, not

17      for the risk assessment factors.   I didn't perform a

18      risk assessment.   And I'm referring to Page 8 of

19      the --

20                   MR. TRANGLE:   I honestly don't have this

21      document, because you guys have -- it's not on your

22      materials considered list.   So I don't know what

23      page you're talking about and what document.   So, I

24      mean, we might have to hold this deposition open so

25      we can get ahold of this document and ask questions

Page 172

 1         about it, because it's not on your reliance list.

 2                    THE WITNESS:  It's just a one page item.

 3         I could provide --

 4                    MR. TRANGLE:  I'm entitled to look at it

 5         and have time to consider it.

 6                    THE WITNESS:  I could provide it right

 7         now.

 8                    MR. TRANGLE:  That's -- Daniel?

 9                    MR. NIGH:  If we want to provide it

10         right now, it's been provided previously, though.

11                    MR. TRANGLE:  It's not on this list.

12                    MR. NIGH:  Yes, it was part of

13         production.  We can send it.

14                    MR. TRANGLE:  Dropbox, is that what

15         you're saying?

16                    MR. NIGH:  I believe so.

17                    MR. TRANGLE:  Okay.  We'll check.  If it

18         is, then no problem, I apologize.  If not, we would

19         like to see it.

20

21         BY MR. TRANGLE:

22            Q.  This benzene analysis, do you know if the U.S.

23         EPA had detailed pharmacokinetic data when they used the

24         route-to-route extrapolation?

25                    MR. NIGH:  Form objection.

Page 173

1              THE WITNESS:  There was insufficient

2     information on Page 8 with respect to the details.

3     It simply indicates that a route-to-route

4     extrapolation from the chronic inhalation was

5     conducted and converted to an oral dosage, which was

6     then underwent uncertainty factors of considerable

7     magnitude.

8              MR. TRANGLE:  Sorry, I'm just looking

9     right now at the materials that were produced on

10    4/30/2025 and I'm not seeing anything here.  Is

11    there an author name?

12             THE WITNESS:  It's in my list as ATSDR

13    2024 toxicological profile for benzene, Page 8 and

14    Page 46.

15

16    BY MR. TRANGLE:

17       Q.  And that's in your report?

18       A.  No, not in my report.

19             MR. TRANGLE:  Okay.  Daniel, it's not in

20    this Dropbox folder.  I have no idea where this is

21    coming from.

22             MR. NIGH:  I sent it to attorney Nigh

23    just a moment ago and he should have it.

24

25    BY MR. TRANGLE:

Page 174

1        Q.   And is this something that you reviewed before

2    today?

3        A.   Yes.

4        Q.   Did you review it before yesterday?

5        A.   Yes.

6        Q.   When did you review it?

7        A.   In the past, probably, past two weeks, I

8    would estimate.

9        Q.   So it was after you authored your report?

10       A.   Yes.

11       Q.   Did it in any way impact or affect your opinions?

12       A.   No, my opinions have not changed.

13            MR. TRANGLE:   Okay.  But we will need

14   this, Daniel.  We might have to hold this open or

15   have more additional time to depose him, because

16   there are at least three articles that you guys

17   apparently have not produced to us or even told us

18   about that he's testified about today and yesterday.

19            MR. NIGH:  I'm sorry, at least three

20   articles, what are you talking about?

21            MR. TRANGLE:   There's Kang 2024.

22   There's the one we just talked about.

23            MR. NIGH:  Which we stated has no

24   bearing on his opinion.

25            MR. TRANGLE:  If I could finish my

Page 175

 1        statement, that would be great.

 2                    MR. NIGH:  Sure.

 3                    MR. TRANGLE:  There's Kang 2024, this

 4        article he's just talking about now, and the one

 5        yesterday, the Boniol study.

 6                    MR. NIGH:  Right.  And he produced the

 7        Boniol study yesterday.

 8                    MR. TRANGLE:  Right.  That's

 9        insufficient time.

10                    MR. NIGH:  I disagree.

11                    MR. TRANGLE:  Okay.

12                    MR. NIGH:  These studies have not

13        changed his opinion and he's made that clear.

14

15        BY MR. TRANGLE:

16           Q.  How many other studies, Doctor, have you reviewed

17        and sent that are not on your materials considered list?

18        Do you have any idea?

19           A.  I don't keep track.

20           Q.  Is there any way for us to know what additional

21        materials you have been considering that might impact

22        your opinions in this case?

23           A.  Well, studies that reveal that defense expert

24        toxicologist is incorrect in many of his opinions or

25        her opinions.

Page 176

```
 1        Q.  Did the Gomm 2021 study apply a false discovery

 2     rate adjustment?

 3        A.  Could you repeat that?  I couldn't hear it

 4     all.

 5        Q.  Did the Gomm 2021 study apply a false discovery

 6     rate adjustment?

 7        A.  Did the study apply a weight adjustment to

 8     what?

 9        Q.  A false discovery rate adjustment.

10        A.  I don't recall.  I'll have to look at the

11     study.

12        Q.  If it did not apply any adjustment for having

13     simultaneously tested multiple endpoints, is that a

14     weakness of the study?

15               MR. NIGH:  Form objection.

16               THE WITNESS:  Can we go back to the

17     question before that, because I didn't hear it

18     properly.

19               MR. TRANGLE:  There's a question pending

20     that I can repeat, but I'd prefer you answer the one

21     that's in front of you now.

22               THE WITNESS:  I can't without knowing

23     what the question was before that.

24

25     BY MR. TRANGLE:
```

Page 177

1          Q.   If the Gomm 2021 study did not apply any

2     adjustment for having simultaneously tested multiple

3     endpoints, would that be a weakness of the study?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Which study?

6                    MR. TRANGLE:  Gomm 2021.

7                    THE WITNESS:  Spell it, please.

8                    MR. TRANGLE:  G-O-M-M.

9                    THE WITNESS:  All right.  Because it

10    sounded like you were saying Cong and I couldn't

11    figure that out.  I'm looking at the study.

12                    MR. TRANGLE:  Do we need to go off the

13    record so you can review it?

14                    THE WITNESS:  Well, I believe that

15    multifactorial analyses were performed.

16

17    BY MR. TRANGLE:

18          Q.   My question is about adjusting for the fact that

19    they tested multiple endpoints simultaneously.  And my

20    question is:  Did they do that in Gomm like you

21    testified they did in Mansouri 2022?

22                    MR. NIGH:  Form objection.

23                    THE WITNESS:  Meaning using the FDR

24    approach.

25

Page 178

1    BY MR. TRANGLE:

2        Q.  Did they do that in Gomm 2021?

3        A.  No, because I don't believe it would be

4    appropriate as they did not find significant results

5    among the ten different cancer outcomes that were

6    studied.

7        Q.  Okay.  But they did apply it in the Mansouri

8    study?

9        A.  Yes.  But I don't believe it would be

10   necessary in the Gomm 2021 study based upon the fact

11   that they did not have multiple statistically

12   significant findings.

13       Q.  Why is it appropriate to do in Mansouri, but not

14   in Gomm?

15               MR. NIGH:  Form objection.

16               THE WITNESS:  Did you use the word

17       "inappropriate" in the question?

18               MR. TRANGLE:  You just told me it was

19       inappropriate to use it in Gomm.  I asked you why it

20       was inappropriate in Gomm, but not in Mansouri.

21               THE WITNESS:  Could you read back my

22       prior answer?  I thought I said unnecessary.

23

24   BY MR. TRANGLE:

25       Q.  Okay.  Why was it necessary in Gomm, but

```
                                              Page 179

 1      necessary in Mansouri?

 2          A.   I never said it was necessary in Mansouri.

 3      It was performed in Mansouri, but I never testified

 4      that it was -- and I don't appreciate you changing

 5      words.  Unnecessary and inappropriate are two

 6      entirely different meanings and to try to trick me

 7      like that is inappropriate.

 8          Q.   So it was unnecessary to do in Gomm 2021.  Right?

 9          A.   Right.

10          Q.   But it was appropriate to do in Mansouri 2022?

11          A.   It was performed in Mansouri.

12          Q.   Was it a strength that Mansouri did that?

13          A.   I need to refresh my memory by looking at

14      Mansouri and determining whether significant

15      cancers, other than liver, were detected.  I don't

16      think they were, but I should verify that before

17      answering the question.

18                    MR. TRANGLE:  While I verify to Daniel,

19      it looks like you sent over a 400-page document?

20                    MR. NIGH:  Yeah.  And I think the

21      witness is saying he cited one page from the

22      400-page document.  I think he said he talked about

23      it on the record and he also said that this document

24      doesn't change his opinions.  It's responsive.

25
```

Page 180

 1      BY MR. TRANGLE:

 2         Q.  Did you figure out whether or not it's a strength

 3      that Mansouri 2022 that they performed this false

 4      discovery or rate adjustment?

 5                      MR. NIGH:  Form objection.

 6                      THE WITNESS:  Yes.

 7

 8      BY MR. TRANGLE:

 9         Q.  What's the answer?

10                      THE WITNESS:  Could you repeat the

11      question that you just read?  I want to make sure

12      it's correct.

13

14      BY MR. TRANGLE:

15         Q.  Is it a strength that Mansouri 2022, that they

16      performed a false discovery rate adjustment?

17         A.  No.  As the only malignancy that was positive

18      was that of liver cancer, there was -- it didn't

19      really add anything to the report or subtract from

20      the report.

21                      MR. TRANGLE:  Okay.  I'm going to need

22      time to analyze this new document you guys sent us,

23      might have to have additional time, so we'll see, to

24      talk about these new documents that have come up

25      today.  There's about ten minutes left, so let's go

Page 181

1    off the record.

2                    THE VIDEOGRAPHER:  The time is currently

3    3:30.  We are now off the record.  End of unit

4    eight.

5

6                    (Whereupon, a brief recess was taken off

7    the record.)

8

9                    THE VIDEOGRAPHER:  This marks unit nine.

10   The time is 3:44.  We are back on the record.  You

11   may proceed.

12                   MR. TRANGLE:  So there's nine minutes

13   remaining.  I'm sorry, I'm done questioning for now.

14   I'll see if I have anything else after Daniel goes.

15                   MR. NIGH:  Okay.  I don't have any

16   further questions.

17                   MR. TRANGLE:  Okay.  Well then, I don't

18   either.  Sounds good.  Much easier.

19                   THE VIDEOGRAPHER:  This concludes

20   today's testimony.  Time is currently 3:45.  We are

21   now off the record and this will consist of nine

22   units.

23                   (Whereupon, the deposition was concluded

24   at 3:45 p.m.)

25

Page 182

1                          CERTIFICATE

2

3

4          I, JOMANNA DEROSA, a Certified Court Reporter

5      and Notary Public of the State of New Jersey, do

6       hereby certify that the foregoing is a true and

7        accurate transcript of the testimony as taken

8       stenographically and digitally at the time, place

9      and on the date hereinbefore set forth, to the best

10                         of my ability.

11

12

13             I DO FURTHER CERTIFY that I am neither a

14       relative nor employee nor attorney nor Counsel of

15        any of the parties to this action, and that I am

16      neither a relative nor employee of such attorney or

17       Counsel, and that I am not financially interested in

18                          the action.

19

20

21

22                  JOMANNA DEROSA, C.C.R.

                    License No. 30XI00188500

23                  Notary Public of the

                    State of New Jersey

24

25

Page 183

1    DANIEL NIGH, ESQ.

2    dnigh@nighgoldenberg.com

3                         May 9, 2025

4    RE:    In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai

           Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)

5         5/2/2025, William Sawyer , Ph.D (#7354024)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 184

1    In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai

     Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)

2    William Sawyer , Ph.D (#7354024)

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   William Sawyer , Ph.D                            Date

25

Page 185

1    In Re: Valsartan, Losartan, Et Al v. Zhejiang Huahai

     Pharmaceutical Co., Ltd., Et Al. (Gaston Roberts)

2    William Sawyer , Ph.D (#7354024)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, William Sawyer , Ph.D, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   William Sawyer , Ph.D                        Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20____.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

[& - 1991]

| & | | | |
|---|---|---|---|
| **&** 2:3,9,16 20:5 27:3 56:4 | **1,000** 139:5 | **117** 5:12 | **149** 4:12 |
| **0** | **1.03** 114:23 115:10 | **11:06** 78:3 | **15** 4:22 47:1,3 47:7,10 64:25 120:2 |
| **0** 92:6 | **1.12** 119:16 | **11:27** 78:10 | **158** 5:15 |
| **0.0001** 122:13 | **1.16.** 114:22 | **12** 4:19,19,24 11:10,10,12 54:12 56:1,4 96:8 118:14 | **16** 4:23 30:6 49:18,20,24 50:6,17 65:18 88:22 115:21 116:20 |
| **0.0001.** 122:16 | **1.22** 124:7 | | |
| **0.16** 88:7 | **1.31.** 114:24 115:11 | **12.1** 99:25 100:1 | |
| **0.16.** 87:7 | **10** 4:22 47:1,8 107:13,20 108:13 109:3,4 109:15,17,24 | **12.1.** 96:10 | **17** 4:24 54:12 54:14,16 55:14 56:1 68:18 |
| **0.3** 91:1 92:7 | | **1201** 63:1,4 | |
| **0.33** 87:19 88:2 | | **1203** 60:22 61:24 63:14 | |
| **0.34** 87:13,25 | **100** 96:12 97:24 121:14 | **1210** 63:1,4 | **171** 5:25 151:16 152:1 152:20,22,23 |
| **0.72.** 87:10 | | **1211** 60:22 61:24 63:10,14 | |
| **003** 120:10,14 | **100,000** 119:7,8 | | **18** 5:1 57:12,14 57:19,22 154:19 |
| **01** 121:13 | **10022** 2:6 | **1221** 63:10 | |
| **028** 158:9 | **101** 19:6 | **12:21** 110:11 110:14 | |
| **02875** 1:3 6:15 | **104** 131:18 | | **186** 127:10,14 |
| **03** 127:20 | **105** 5:11 | **13** 4:20 29:5,8 57:12 107:18 | **19** 5:2 62:10,10 62:12,19 157:23 158:12 |
| **05** 120:13 | **107** 70:13 131:19 136:13 152:25 153:7 153:10,14 154:3 156:18 157:7 | | |
| **06** 53:21,25 57:25 68:5 | | **1301** 2:11 | |
| **0600** 24:11 28:10 | | **132** 5:13 | **1915** 37:15 |
| **07** 144:10 | | **1363** 155:20 | **1967** 36:1,18 37:3 |
| **1** | | **1385** 154:15 155:14,15,16 155:24 | |
| **1** 5:22 26:21 55:2 86:7,8,22 86:23 113:12 114:13 121:14 125:4,10,10 127:24 138:23 138:24 143:15 | **10:03** 41:21 | | **1968** 40:22 41:1 |
| | **10:16** 42:2 | **1390** 154:16 | |
| | **10:29** 51:4 | **14** 2:20 4:21 36:6,9 62:10 126:6 | **1987** 154:15 155:11 156:1 |
| | **10:30** 51:10 | | |
| | **10th** 77:3 | **145** 5:23 | **1990** 101:24 |
| | **11** 4:23 49:18 55:9,12,16 | **147** 5:24 | **1991** 4:19 9:8 10:18 11:10 12:1 |
| | **110** 4:10 | | |

**[1:19 - 42]**                                                                                        Page 2

| | | | |
|---|---|---|---|
| **1:19** 1:3 6:15 | **2019b** 13:14 | **25** 5:11 56:1,4 | 154:2 156:17 |
| **1:27** 110:15,17 | **202** 2:24 | 64:20 66:16 | 156:21 169:3 |
| **2** | **2020** 45:11 | 105:18,20 | **30** 29:6 183:16 |
| | **2021** 101:21,25 | 107:9 112:23 | **30305** 3:10 |
| **2** 1:13,19 5:23 | 102:8,13 | **2500** 3:9 | **30xi00188500** |
| 56:3 66:17 | 104:16 176:1,5 | **251** 36:15,16 | 1:18 182:22 |
| 94:4 110:4 | 177:1,6 178:2 | **26** 5:12 117:10 | **314** 5:6 66:5 |
| 113:5,11,15 | 178:10 179:8 | 117:13,18 | **32** 5:7 69:1,11 |
| 116:9 126:15 | **2022** 177:21 | **27** 5:13 36:7 | 69:14 |
| 138:24 | 179:10 180:3 | 66:18 132:5,7 | **33** 56:20 64:20 |
| **2,023** 88:10 | 180:15 | 132:10 154:19 | 66:16 112:4 |
| **20** 5:5 55:10,12 | **2023** 4:20 | 154:20,23 | **3333** 3:9 |
| 55:16 64:24 | 29:12 111:19 | 155:4 | **34** 88:21 |
| 65:2,6,7 71:10 | 135:24 | **28** 5:15 157:23 | **36** 4:21 66:18 |
| 97:3 168:6 | **2024** 144:1,22 | 158:1,9,12 | 142:24 |
| 185:15 | 148:5,8 149:4 | **2875** 1:4 | **36,000** 38:12,22 |
| **200** 3:8 | 149:24 173:13 | **29** 4:20 85:21 | 96:17 |
| **200,000** 119:8 | 174:21 175:3 | 126:13,15 | **360** 113:4 |
| **2000** 37:15 | **2025** 1:13,19 | **2:30** 147:19 | **3:07** 165:9 |
| **20004** 2:12 | 6:3 183:3 | **2:43** 148:1 | **3:08** 165:16 |
| **20016** 2:21 | **208** 30:6 | **2:45** 149:13,19 | **3:30** 181:3 |
| **2002** 40:22 | **209** 30:7 | **2nd** 6:3 | **3:44** 181:10 |
| 41:1 | **21** 5:6,11 65:18 | **3** | **3:45** 181:20,24 |
| **2007** 5:4 60:20 | 65:20,25 66:17 | | **3rd** 2:20 |
| 62:23 | 105:18 144:16 | **3** 5:25 34:5 | **4** |
| **2011** 5:15 | **210-5557** 2:23 | 42:6 53:10 | |
| 68:11 158:7 | **22** 5:7 68:18,20 | 55:12 60:1 | **4** 8:16,21 10:17 |
| **2012** 54:1,6 | 116:21 124:7 | 62:25 63:4 | 64:5 117:5 |
| 58:17 | **23** 5:9,21 71:9 | 64:8 67:18 | 127:2,25 |
| **2017** 130:8 | 71:11,13,17 | 70:8 107:13,17 | **4/30/2025** |
| **2019** 4:21 13:8 | 122:8 | 117:25 126:23 | 173:10 |
| 13:17 36:6 | **24** 5:10 85:21 | 136:5,8,17 | **400** 179:19,22 |
| 64:19 66:6 | 85:24 86:2 | 138:24 151:16 | **42** 5:3 60:21 |
| | 124:21,24 | 152:1,19 153:6 | 61:22 62:23 |

**[43 - accuracy]**                                                                     Page 3

| | | | |
|---|---|---|---|
| **43**  56:20 | **6** | **7354024**  183:5 | **978-1188**  2:24 |
| **44**  103:22 | **6**  8:18,23 44:15 | 184:2 185:2 | **9:08**  1:20 6:3 |
| **444-9164**  2:13 | 53:11,12 60:3 | **743**  54:1 55:4 | **a** |
| **45**  118:1 | 64:9,14 66:9 | 55:10,15 56:23 | **a.m.**  1:20 6:3 |
| **46**  173:14 | 67:18 70:3 | **75**  104:21 | **ab**  53:24 54:4,4 |
| **4656**  182:21 | **600-8090**  2:22 | **771**  2:23 | 54:7 55:10,15 |
| **47**  4:22 | **601**  2:5 | **79**  70:9,13 | **ability**  45:3 |
| **47th**  96:18 | **62**  5:2 | 131:16,19,20 | 112:12 182:10 |
| **48**  5:21 | **629**  126:11 | 156:17,21 | **able**  86:7 |
| **49**  4:23 11:16 | **639**  69:12 | **8** | 131:11 138:9 |
| 93:3 98:19 | **64**  154:8,10 | **8**  5:3,13 61:22 | 159:22 160:1 |
| 99:5 | **645**  69:12 | 62:23 117:25 | **abolish**  146:14 |
| **5** | **646**  2:13 | 154:15 155:7 | **above**  1:16 |
| **5**  5:7 30:7 | **65**  5:5,6 | 171:18 173:2 | 52:12 74:14 |
| 44:11,11 45:9 | **678**  3:11 | 173:13 | 119:17 183:6 |
| 69:1,11,15 | **68**  5:7 | **81**  168:16,18 | 185:7 |
| 120:13 130:2,4 | **7** | **85**  168:23 | **absorption** |
| 134:11,14 | **7**  4:7 67:24 | **850**  2:22 | 22:22 24:6 |
| 135:8,10 | 68:2,9 126:13 | **86**  5:10 127:2 | 93:2 |
| 136:18,24 | 126:15 127:8 | 127:12 | **abstract**  148:10 |
| 137:2,8,12 | 134:19,20,24 | **88.7**  88:16 92:7 | 150:2,16 151:3 |
| 164:1 165:22 | 134:25 135:1,9 | 92:12 | 151:9 158:6 |
| **5.5**  130:3 | 135:10 136:5,8 | **8th**  60:21 | **acceptable** |
| **5/2/2025**  183:5 | 136:18,19,24 | **9** | 141:18 |
| **50**  2:5 | 137:3,8 151:16 | **9**  5:13,24 | **accepted**  17:11 |
| **51**  154:7,9,10 | 152:1,19 153:6 | 106:24 107:2 | 27:1,17 28:9 |
| **52**  144:11 | 154:2 164:1 | 107:10 154:15 | 95:18 96:8 |
| **54**  4:24 94:8 | 165:22 169:3 | 155:8 183:3 | 97:14 112:20 |
| **55**  131:18 | **70**  5:22 36:22 | **90**  43:4 92:7 | 121:2 138:13 |
| **553-7392**  3:11 | 39:7 | **95**  113:11 | **accuracy**  14:21 |
| **57**  5:1 100:14 | **71**  5:9 131:8 | 115:4,19 | 16:16,25 39:9 |
| **58**  94:18 | **72**  87:20 | **96**  126:23 | 160:17 162:5 |
| | | | 183:9 |

[accurate - al]                                                          Page 4

**accurate** 14:5
15:24 21:21
38:24 137:7
139:9 182:7
**accurately**
161:25
**achieved**
142:20
**achieving**
92:10
**acknowledge...**
185:3
**acknowledg...**
183:12
**action** 6:20
44:16,20 58:23
58:24 145:19
148:25 182:15
182:18
**activation**
53:14
**active** 64:21
66:10 77:19
**actively** 145:14
**actual** 34:22
89:16 91:5
93:2 128:13,17
138:24 139:7
142:15
**actually** 15:15
21:16 24:1
39:3,14 50:10
57:1 83:11
85:4 98:23

101:25 110:5
115:2 119:16
125:20 141:11
145:20 151:12
152:6 155:16
158:18,21
159:20 162:9
**acute** 9:10
**add** 46:15 95:4
95:5 180:19
**added** 138:25
139:4,5,19
140:8 159:15
**additional**
97:19 105:1
144:15 150:7
153:25 156:8
168:25 169:2
174:15 175:20
180:23
**additions** 143:5
185:6
**address** 50:25
131:25 134:10
137:14,14,18
**addressed**
162:22
**adducts** 68:5
**adequately**
105:25
**adjust** 105:7
114:4,17
120:22

**adjusted**
105:25 106:13
113:25 120:19
121:11,13
122:25
**adjusting**
101:21 121:5
121:16 122:18
177:18
**adjustment**
101:17 105:1
105:17 176:2,6
176:7,9,12
177:2 180:4,16
**adjustments**
97:2 100:20
101:12 104:3
104:14 105:2
106:4 120:23
**adme** 162:25
**administer**
6:19
**administered**
142:19
**adopted** 25:15
**ae** 54:7
**aerodynamic**
20:20
**affect** 14:21
15:24 31:19
37:23 61:12
106:8 174:11
**affects** 32:10
38:8

**afternoon**
110:23
**age** 36:22 39:7
105:1 106:5
**agencies** 17:13
23:11 25:15
27:17
**agency** 21:9
**agents** 141:13
144:18
**ago** 173:23
**agree** 6:10 14:4
14:11 59:25
70:1 72:4
156:12
**ahead** 54:11
85:20 95:3
110:8 112:21
116:24
**ahold** 171:25
**ahr** 119:2
122:5
**ai** 72:20,24,25
73:1,3,6,9,12
73:17 74:10,17
75:3,5,18,23,24
76:11,18 77:15
78:18,19,21,23
79:11,13,19
169:8
**air** 95:6
**al** 6:13,14 9:8
10:18 13:8
45:7 52:16

**[al - areas]** Page 5

56:17 60:19
64:17 68:10
70:14 101:24
144:22 183:4,4
184:1,1 185:1
185:1
**alcohol** 40:5
105:25 106:9
106:14 108:3,7
108:8,24 109:9
109:16 113:6
114:5,12,16,18
**alcoholation**
53:15
**allotted** 183:19
**allowed** 94:1
103:14
**alveoli** 20:2
**americans**
142:25
**amount** 13:1
91:1,1 125:21
125:24
**analog** 141:15
**analyses** 30:25
31:1,13,14
34:5 36:18
37:5 90:3
100:22,22
104:25 105:3,5
118:19 122:6
128:20 130:11
142:9 177:15

**analysis** 12:25
13:7 15:11
16:1 18:6
24:24 25:19
30:11 31:1
32:25 33:15
70:10,12 75:13
76:1 89:20
92:21 109:14
111:13 116:5
116:16,20
118:24 119:19
119:24 122:2
123:1,2 137:19
143:8,12
150:24 151:3,7
151:9 156:23
160:16 161:3
162:15 172:22
**analyze** 180:22
**analyzed** 7:21
28:22 113:7
**animal** 96:11
98:24 141:9,23
144:8
**animals** 139:14
140:3 141:17
141:19 144:6
**answer** 18:3
22:11 28:6
29:20 33:2
39:5 41:2 43:6
46:10 48:9
49:14 53:7

72:8 81:2
90:19 94:2
95:3,13,20,23
101:15,24
103:15,20
151:19 156:6
159:22 160:1,3
161:25 164:25
170:2 171:15
176:20 178:22
180:9
**answered**
170:4
**answering**
33:24 96:25
169:20 179:17
**anybody** 43:15
**apart** 34:16
**apologize**
172:18
**apoptosis** 64:18
**apoptotic** 64:10
**apparently**
108:25 174:17
**appear** 61:17
69:14 72:3,14
108:13 136:2
**appeared** 62:18
**appearing**
50:18 59:20
**appears** 61:16
72:17 74:11
152:4 156:3,7

**appended** 185:7
**applicable**
183:8
**application**
18:12 19:17,18
20:14 28:1
**applicators**
12:7
**applied** 32:15
105:13
**applies** 100:2
**apply** 97:1
105:8 176:1,5
176:7,12 177:1
178:7
**appreciate**
58:25 61:2
179:4
**approach**
177:24
**appropriate**
29:18 30:20
141:8 178:4,13
179:10
**approximate**
46:4
**approximately**
9:21 90:4 96:8
96:12,18 98:19
**april** 5:4 62:23
**area** 83:9
**areas** 140:17
162:1

[arithmetic - attributes]                                                    Page 6

**arithmetic**
  125:7
**armstrong**  3:14
  6:16
**aromatic**  35:5
  81:4
**aromatics**
  129:10
**arrive**  139:19
**arrow**  133:5
**article**  4:19
  5:15 12:1,10
  45:6,17,25
  46:13 48:18,21
  48:21,24 49:2
  49:9 51:15
  52:16,20 53:4
  53:24 54:3
  55:10,15,25
  56:3,15,17,20
  58:2,12 60:19
  61:25 62:8
  63:1,5,9,14,18
  63:22 64:14,17
  66:18,21,23
  67:4,7,13,14
  68:1,10,16
  69:10,14,17
  70:13,19,23
  71:1 154:12,12
  155:24 158:5,7
  175:4
**articles**  56:23
  61:3,8 70:2

72:3,14 73:3
73:23 74:1
75:3 152:7,19
166:18 174:16
174:20
**ascertain**  44:23
**ascertained**
  139:1
**asher**  2:4
**asher.trangle**
  2:7
**aside**  91:5
**asked**  29:15
  89:13 113:1,6
  120:18,25
  125:3,6 131:7
  136:1 137:21
  137:24 150:6
  164:18 167:18
  168:6 170:4
  178:19
**asking**  43:4
  48:18 64:1
  74:13 93:23,23
  98:1 102:7
  161:17,17
**aspects**  24:8
  31:21
**aspegren**  2:10
**assay**  66:25
**assembly**  83:7
  84:11
**assess**  31:11
  40:14 44:19

108:3 163:14
**assessed**  34:7
  41:12 100:7
  103:23 144:3
  156:25 157:1
**assessing**  18:9
  109:6
**assessment**
  10:13 15:17
  24:6 33:19
  36:16 37:2,12
  70:15 71:3
  93:8,10,10,15
  93:24 94:19,22
  96:5,15 97:2,8
  97:18 102:21
  137:22,25
  138:3,16,17,22
  139:18,22,25
  143:1 171:17
  171:18
**assessments**
  18:8 82:3
  139:6
**assist**  74:7
**associated**
  12:18
**association**
  70:20 158:22
  159:4
**associations**
  156:24,24
  157:11

**assumed**  36:19
  37:5 39:6
**assuming**  22:24
  27:5
**assumption**
  16:6,14,23
  39:10 59:1
**assumptions**
  15:22,23 16:16
  94:23
**asterisk**  113:12
  113:22
**atc**  107:13
**atlanta**  3:10
**atsdr**  7:18
  111:18 135:24
  142:23 170:23
  170:25 171:2
  173:12
**attached**
  183:11
**attempted**
  12:24 38:15
  79:18 162:9
**attempts**  34:15
**attention**  113:4
  123:5 134:19
**attorney**  133:1
  173:22 182:14
  182:16 183:13
**attributes**
  111:16,24
  135:23

**audio**  6:8
**audrey**  2:10
  11:16 154:19
**audrey.aspeg...**
  2:14
**author**  58:15
  63:2,5,10,15
  66:21 71:2
  91:6 154:12
  173:11
**author's**  47:15
**authored**  42:7
  42:10 67:7
  102:21 174:9
**authoring**  77:7
**authorized**
  6:19
**authors**  34:14
  34:17 37:7,22
  38:6 39:6
  40:24 90:24
  92:11 104:16
  104:18 105:24
  106:13 108:2
  119:19 158:22
**automatic**
  51:23
**available**  36:18
  37:3 41:3 61:6
  106:10 183:6
**avenue**  2:5,11
**average**  37:14
  46:4 95:5

**avila**  2:18
**avoid**  101:13
**aware**  35:24
  37:19 46:22
  49:8 54:3,6
  71:1 79:25
  80:23 101:20
  144:24 153:25

**b**

**b**  4:16 101:20
**back**  10:17
  16:20 42:3,6
  51:10 53:10
  54:12 57:18
  59:25 64:8
  65:23 67:17,18
  70:8 71:10
  78:10 110:18
  134:11 148:1
  149:19 154:22
  154:25 155:3
  156:16 164:23
  165:16 176:16
  178:21 181:10
**background**
  85:1,3 90:2,3
  119:10,17
  127:24
**based**  13:7,9
  18:8 20:20
  31:10 34:7
  38:16 66:24
  67:4 84:8

98:18 108:8
  115:22 143:23
  143:25 144:19
  145:17 150:20
  159:12 178:10
**basic**  19:5,21
  20:3,4,7 22:8
  31:10
**basis**  19:22
  34:10 89:2
  130:4 142:16
  170:7
**bearing**  174:24
**beginning**  42:2
  75:6 76:11
  77:25 110:18
  133:23
**begins**  155:24
**believe**  10:14
  38:6 40:8 45:8
  61:7 67:23
  76:4,11 79:1
  80:4 81:5,16
  81:22 94:18
  96:21 102:14
  102:20 103:24
  127:9 145:9
  166:1,14
  169:20 172:16
  177:14 178:3,9
**bell**  122:21
**bennett**  4:19
  9:8 10:18
  11:10 12:1

**benzene**  35:14
  81:4 129:12,24
  129:25 139:15
  139:16 142:23
  142:23 143:2
  170:17,23
  171:2,10
  172:22 173:13
**best**  76:15
  182:9
**beyond**  53:25
  57:25 154:2
  156:9 169:1
**billion**  142:24
**bio**  133:12
**bioavailability**
  15:2,9 18:10
  18:11,22 19:2
  20:10,20 24:7
  24:9 26:13,15
  26:23 28:14
  41:10,13 92:20
  93:5,6 94:15
  97:4,22,23,25
  98:1,2,5,6,10
  98:10,12,15
  100:3 138:7,10
  139:1
**biological**  56:6
  60:21
**biology**  5:2
  61:23 62:22
**biopsy**  12:21

**bit** 151:13
**bladder** 133:16
158:24 159:6
159:10
**blood** 142:17
142:18 143:15
**blow** 36:24,25
55:6
**blurred** 108:19
**body** 74:4,8,11
140:17
**bonferroni**
101:17,18
105:8 121:1,4
121:9
**boniol** 130:7
175:5,7
**bonnie** 43:17
43:18
**bottom** 55:1,2
100:16 123:20
134:15 155:4
**box** 86:17,17
86:19
**bradford** 70:10
70:12 75:8,11
75:13,15 76:1
76:5 128:3
159:16 161:3
**branches** 20:1
**break** 41:17
78:2,14 110:9
147:4

**brief** 41:23
51:6 78:6
147:4,22
149:15 165:12
181:6
**briefly** 7:8
**broadly** 43:10
**broke** 44:2
98:14
**broken** 57:1
122:2
**bronchials** 20:2
**browser** 79:15
**budget** 61:8
**build** 37:16
**bundle** 18:18
**butchered** 9:2

**c**

**c** 2:1 3:1 9:1
85:20
**c.c.r.** 182:22
**calculate** 92:20
93:6 96:16
138:9
**calculated**
14:14 26:22
28:14 83:19
97:3 106:4
138:8 139:2
**calculating**
97:15 142:3
**calculation**
95:18 99:13

141:10,23
142:23,25
143:1
**calculations**
24:23 25:8
26:7
**calibration**
92:3 142:20
**call** 13:13,18
137:12 163:20
**called** 7:9 44:12
45:6 46:23
47:20 49:9
53:24 70:14
**camera** 6:6
**cancer** 4:21
10:19 13:10,18
13:21 32:3,9
34:1 35:24,25
36:6 37:9,23
40:2,6,11,17
70:21 81:3
82:4 83:2 89:9
90:7 100:7,12
101:10 106:8
106:20 118:7
118:15 119:11
120:2,3 121:12
121:17 122:9
124:8 128:5
129:19 130:21
133:11,16,17
140:18,20
144:9,12

145:23 146:10
146:11 147:1
158:24 159:6
159:10 178:5
180:18
**cancers** 8:7 9:2
144:6 179:15
**cantor** 90:7
**carcinogen**
40:22 80:2,6
112:5,9,11,18
169:13,23
170:8,13
**carcinogenesis**
5:8,14 68:11
68:12 69:2,5
69:15 154:15
155:8,25
**carcinogenic**
32:10 67:19
146:10,21
**carcinogens**
41:1 80:15
81:3 83:21
125:8,14 129:6
129:6,18
**careers** 36:21
**carry** 15:10
16:8 94:21,22
96:5,14 97:18
**casarett** 20:5
20:13 27:3
**case** 1:3 6:14
8:3 21:19

**[case - closest]**                                                    Page 9

29:13,22 30:17
42:7 44:21
75:19 111:4
140:8 141:2
143:23 156:25
161:21 163:19
163:21 164:7
175:22
**cases** 9:15
10:13 74:2
85:4 96:14
104:6 119:10
119:11,17
139:4 140:7
168:25
**caught** 19:25
**causal** 85:7
**causation**
111:3 160:10
161:4,6
**cause** 80:10
140:24 146:24
167:15
**causes** 129:18
**causing** 82:1
146:17
**cells** 64:19
**center** 8:11
**central** 114:17
**certain** 8:7 11:5
11:6 37:4 53:3
59:8 61:5
102:23 141:12
141:22 155:19

162:16
**certainly** 25:4
31:22 34:24
71:5 81:13
144:14
**certainty** 76:13
152:17 153:4
**certificate**
182:1
**certified** 1:17
182:4
**certify** 182:6,13
**cetera** 37:16
104:21 109:1
113:25 130:15
**chance** 101:13
120:13,14,15
120:16 121:14
**change** 39:19
179:24 184:4,7
184:10,13,16
184:19
**changed**
174:12 175:13
**changes** 183:10
185:6
**changing** 179:4
**characteristics**
111:24
**check** 102:24
172:17
**chemical** 10:6
10:12 138:19
143:20

**chemicals**
130:25
**chemotherapy**
9:9 10:20
**cherry** 30:12
**chf** 106:9
**cho** 66:21
**chronic** 173:4
**circulates**
140:16
**citation** 54:10
56:19 60:25
68:9 69:10
73:24 74:15
133:23,25
134:3 153:20
157:17,21
**citations** 42:16
42:23 59:6
72:2,13 74:12
74:23,25 76:10
76:10,19 77:15
78:15,24
151:15,24
152:1,7,18,19
153:5 154:1
156:9 166:18
**cite** 53:23 73:2
77:19 151:25
**cited** 9:15
45:23 46:13
54:23 55:9
58:2,12 60:18
62:9 63:18

64:14,17 66:9
66:16 67:11,14
68:1,14 69:5,8
70:3,14,19,24
94:14 140:25
157:10 162:5
162:17 170:11
179:21
**cites** 136:17
137:17
**clarify** 98:7
**class** 80:2,6
**classification**
107:23 109:17
110:1
**classified** 80:1
108:6
**clear** 38:25
81:20 156:8
159:14 175:13
**clearly** 28:15
82:14,23 84:1
89:25 141:12
143:23 144:8
146:3 165:2
**clerk** 2:19
**click** 57:18
77:17,24 86:19
132:3 133:9,24
**clicking** 56:24
134:1
**close** 85:24
**closest** 141:14

**[code - consist]**                                                      Page 10

**code** 108:13
**codes** 107:13
　107:20,21,25
　108:3 109:3,4
　109:22
**cohort** 13:10
　35:25 37:9,23
　38:8 40:2,7,17
　89:9 90:7
**collaborate**
　163:22
**collaborated**
　163:18
**column** 83:2
　87:17
**columns** 82:4
**com** 79:15
**combining** 27:6
**come** 63:18
　129:23 166:3,6
　180:24
**comedications**
　106:7
**comes** 40:11
　108:14,15,22
　140:10
**comfortable**
　31:22
**coming** 39:1
　48:1 59:20
　167:1,14,23,24
　173:21
**commencing**
　1:20

**committee** 21:8
　22:2
**commonly**
　139:13 141:22
**comorbidities**
　106:8 108:2
**comorbidity**
　108:8
**company** 6:14
**compare** 26:2
　145:7
**compared** 33:6
　118:16 122:10
　131:4 142:5
　145:11
**comparing**
　31:17 120:3
　142:10
**comparison**
　85:1 118:3
**comparisons**
　35:19
**complete** 112:5
　112:9,11,17
　141:5 169:13
　169:23 170:8
　170:12 185:8
**completed**
　183:16
**completely**
　104:9 167:20
**compound**
　140:16

**compounds**
　81:14
**computer**
　49:14 102:4,16
　103:5
**concentration**
　95:6
**concentrations**
　32:17 34:10
**conclude** 27:12
**concluded**
　102:22 181:23
**concludes**
　181:19
**conclusion**
　70:19 158:20
　159:8
**conclusions**
　14:6 104:7
　160:20
**conducted** 6:4
　173:5
**conducting**
　138:14
**conferred** 82:5
　82:10,19 83:3
**confidence**
　113:11 114:20
　114:22,23,25
　115:5,10,13,17
**confidential**
　25:4
**confirm** 160:17

**confounder**
　106:1 114:18
**confounders**
　105:17 106:5
　113:7 114:3
**confounding**
　31:14 40:9
**confusing**
　91:10
**cong** 177:10
**connection** 6:6
**consecutive**
　123:25
**consider** 32:2,7
　32:13 88:24
　111:2 143:7
　162:22 172:5
**considerable**
　173:6
**considerably**
　119:3
**considered**
　12:9 44:19
　141:6 143:11
　147:12 150:18
　170:22,24
　171:5,22
　175:17
**considering**
　175:21
**considers**
　140:23
**consist** 181:21

[consistency - counsel]                                                    Page 11

| | | | |
|---|---|---|---|
| **consistency** | **continued** 1:12 | 52:14 56:14,16 | 137:3,8,9,15,19 |
| 70:20 156:23 | 4:7 6:11 7:2 | 56:21,23,24 | 137:25 138:19 |
| 156:24 159:16 | **continues** 52:6 | 58:4,14,16,18 | 139:14,23,24 |
| **consistent** | 121:23 | 63:16 67:6,9 | 140:4,12 |
| 128:15 145:16 | **contribute** | 83:24,25 91:18 | 141:20,24 |
| 157:11 162:16 | 60:15 | 109:19 111:10 | 143:9,13 |
| **consistently** | **contributing** | 111:11,13,16 | 146:11,18,21 |
| 26:19 | 32:3,8 | 111:20,25 | 147:1 148:14 |
| **cont'd** 3:1 | **control** 84:6 | 112:6,9 114:18 | 149:5 158:14 |
| **contain** 35:4,7 | 119:1,7,12,14 | 114:22 115:11 | 159:11 166:2 |
| 35:9,14 56:12 | 119:18 | 115:14,18,23 | 167:18 170:3 |
| **contained** | **controlled** | 116:16,22 | 180:12 185:8 |
| 35:25 58:22 | 141:14 157:1 | 118:20 119:1 | **corrected** 152:3 |
| 108:9 135:15 | **conversation** | 119:22,25 | 153:10,22 |
| 136:18 151:15 | 147:17 | 120:4,6,10,23 | 156:18 157:17 |
| 168:2,12 | **conversion** | 121:6,9,13,18 | 157:21 |
| **contains** 20:14 | 60:13 94:16 | 121:25 122:3,6 | **correction** 23:8 |
| **contaminant** | 96:6 138:24 | 122:11,21 | 101:18 105:8 |
| 81:6 | **conversions** | 123:3,11,18,25 | 106:17 |
| **contaminated** | 104:7 | 124:5,9,13,17 | **corrections** |
| 104:20,24,25 | **convert** 96:10 | 124:18 125:11 | 185:6 |
| 113:18 114:21 | 99:20 | 125:12,12,15 | **correctly** 18:3 |
| 115:22 118:5 | **converted** | 125:16,18,22 | 159:1 |
| 118:15,24 | 139:16 173:5 | 125:25 126:12 | **correlate** 34:9 |
| 119:20,21 | **converting** | 126:25 127:4 | **correlating** |
| 121:24 122:10 | 25:8 97:16 | 127:11,20 | 34:25 |
| 122:10 123:10 | **converts** 12:25 | 130:12,18,23 | **corroborated** |
| 123:14,18 | 144:16 | 130:24 131:5 | 170:10 |
| 124:13,17 | **copd** 106:9 | 131:13 132:1,2 | **cosmetics** 142:7 |
| **contaminates** | **copies** 183:14 | 133:9,10,24 | **counsel** 6:24 |
| 33:7 | **copy** 166:12 | 134:17,23 | 7:1,7,10,12,24 |
| **continue** 6:9 | **correct** 7:18 | 135:12,17,21 | 30:1 33:1,23 |
| 33:3 56:22 | 8:14 13:3 | 135:24 136:14 | 47:13 48:16,20 |
| 95:15 | 41:11 45:16 | 136:20,24 | 48:20,24 51:18 |

[counsel - defines]                                                    Page 12

| | | | |
|---|---|---|---|
| 55:17 110:11 | **crossed** 115:3 | **daily** 95:5 | **date** 111:21 |
| 136:12 158:6 | **cs** 183:15 | **damage** 112:13 | 182:9 184:24 |
| 164:18 167:18 | **cubic** 97:15 | **damaged** | 185:12 |
| 182:14,17 | **cumulative** | 112:12 | **day** 46:5 95:7,8 |
| 183:14 | 15:16 82:18 | **dan** 110:23 | 144:10 185:15 |
| **counteract** | 83:19 126:17 | 147:5 | **days** 183:16 |
| 45:3 | 128:8 130:4 | **daniel** 2:17 | **dc** 2:12,21 |
| **couple** 72:1 | **curing** 33:6,11 | 102:10 110:7 | **deal** 82:4 |
| 98:14 135:15 | 83:9,12,15 | 169:20 171:5 | **death** 36:22 |
| 136:2 | 84:2,4,7,10,25 | 172:8 173:19 | 39:7 |
| **course** 43:18 | 85:2,4,17 87:6 | 174:14 179:18 | **decedent** 41:4 |
| 72:22 73:1 | 87:10,12,16,22 | 181:14 183:1 | **december** 46:6 |
| 89:14 91:14 | 87:24 88:3,6 | **data** 13:9 14:4 | **decided** 92:11 |
| **court** 1:1,17 | **current** 25:3 | 15:9 18:12 | **declare** 185:4 |
| 6:18 44:6 | 89:4 106:6 | 35:4,4,7,9,14 | **decrease** 39:19 |
| 182:4 | **currently** 6:2 | 35:19 37:23 | **deemed** 185:6 |
| **covariate** | 41:20 42:2 | 38:7,13,21,23 | **deep** 20:2 |
| 107:12,15 | 51:3,10 76:21 | 40:13 41:2 | **defendant** |
| **covariates** | 78:10 147:19 | 84:8 87:3 | 41:15 |
| 106:23,24 | 148:1 149:19 | 92:12,12 | **defendants** |
| **covers** 22:9,25 | 181:2,20 | 106:10 108:14 | 15:18 111:3 |
| 24:20 | **curve** 122:21 | 108:15,18,20 | **defense** 50:6,17 |
| **create** 28:17 | 143:18 | 108:21,22,23 | 133:1 175:23 |
| **created** 13:24 | **cut** 51:20 59:10 | 108:24 109:7 | **defer** 29:20,23 |
| 146:25 | 75:23 168:4 | 109:14,20 | 30:18,23 31:2 |
| **creation** 35:20 | **cuts** 61:8 | 129:22,23 | 31:25 38:16 |
| **criteria** 145:20 | **cyclosporine** | 130:5 136:23 | 40:3 |
| **critical** 80:9 | 9:19,25 10:5,7 | 141:1,5,9,23 | **deferring** 31:6 |
| 140:20 143:23 | **cyp2e1** 45:8 | 150:23 151:7 | **deficiency** |
| **critically** 28:22 | 49:10 51:16 | 172:23 | 12:18 |
| **cross** 4:10 | | **database** 38:13 | **defined** 116:10 |
| 110:21 114:25 | **d** | 59:10 109:18 | 123:23 |
| 156:10 | | 109:25 | **defines** 116:10 |
| | **d** 4:2 158:10 | | |

[definitely - directly]                                                    Page 13

| | | | |
|---|---|---|---|
| **definitely** 9:2 | **deposing** | **details** 107:12 | 163:1 |
| 31:9 105:12 | 183:13 | 173:2 | **difference** |
| **definition** | **deposition** 1:12 | **detect** 92:13 | 100:1 |
| 91:24 | 1:15 4:20 6:4 | 106:20 | **differences** |
| **defunding** 59:7 | 6:11 7:6,13,16 | **detected** | 88:20 140:3 |
| **degree** 152:17 | 28:25 29:13 | 179:15 | **different** 10:1,6 |
| 153:3 | 30:9 80:19 | **detection** 88:13 | 13:25 18:10 |
| **degrees** 105:3 | 94:2 100:23 | 88:17 90:24 | 33:9 37:19 |
| **demonstrate** | 150:3 171:24 | 91:4,5,7,9,13 | 55:20 80:14 |
| 148:24 | 181:23 | 91:20 92:8,10 | 86:24,25 91:15 |
| **demonstrated** | **depositions** | **determine** 24:9 | 98:4 106:6 |
| 116:19 | 10:15 | **determined** | 130:13,25 |
| **department** | **derive** 28:23 | 41:12 | 135:6 142:22 |
| 33:9,10 34:23 | **derosa** 1:17 | **determines** | 157:11 163:8 |
| 36:20 37:6 | 6:18 182:4,22 | 19:23 24:11 | 171:1 178:5 |
| 80:9 85:11,17 | **describe** 17:23 | **determining** | 179:6 |
| 89:17,18 | **described** | 18:21 80:10 | **differential** |
| **departments** | 30:14 | 179:14 | 83:16 85:5 |
| 32:18 33:5 | **description** | **developed** | 153:15 157:2 |
| 34:23 40:1 | 4:18 | 10:21 | **differently** 18:1 |
| 83:6,11 84:9 | **descriptive** | **development** | **difficult** 41:4 |
| 85:2 125:15,22 | 17:24 | 12:19 | 76:22 101:15 |
| 125:25 130:25 | **design** 28:22 | **diabetes** 106:9 | **digitally** 182:8 |
| **depending** 39:1 | 29:3,19,24 | **diagnoses** | **direct** 4:8 5:5 |
| **depends** 6:5 | 30:10,24,25 | 108:9 | 7:2 64:3 65:10 |
| 91:24 | 31:2,24 | **diagnostic** | 66:24 68:1 |
| **deplete** 51:21 | **detail** 30:14 | 107:25 108:3 | 77:17 112:13 |
| **depletion** 45:8 | 103:24 112:5 | **diazonium** | **directed** 55:20 |
| 49:10 51:17 | 137:14,18 | 144:17 | **direction** 15:17 |
| **deponent** | 151:12 159:19 | **dietary** 12:8 | **directly** 62:4 |
| 183:13 185:3 | 161:13 | 70:15 71:3,21 | 67:23 73:13 |
| **depose** 174:15 | **detailed** 111:22 | 82:8 133:15 | 74:19 93:11 |
| **deposed** 29:12 | 135:16 172:23 | 153:15 157:2 | 164:24 |
| 48:14 | | 157:12 158:16 | |

[director - dose]    Page 14

| | | | |
|---|---|---|---|
| **director** 91:15 | 117:7 147:8 | **doctor** 11:24 | 94:6 131:22 |
| **disagree** 22:19 | **disease** 9:9 12:3 | 12:22 33:3,22 | 132:22 133:11 |
| 162:19 175:10 | 12:21 106:9 | 42:6 43:4 | 133:20 170:23 |
| **disappear** | 107:24 108:8 | 44:10 48:8 | 170:25 171:2 |
| 59:12 | 108:24 109:10 | 57:1 59:25 | 171:21,23,25 |
| **disappeared** | 109:16 110:1 | 62:8 111:1 | 179:19,22,23 |
| 59:7 | **diseases** 105:2 | 112:4 113:1,4 | 180:22 |
| **discipline** | 106:14 108:3 | 113:6,10 | **documentation** |
| 18:19 | 114:5,13,16,18 | 114:12 116:5 | 21:5 |
| **disclosed** 49:2 | **disorders** 12:17 | 117:16,25 | **documented** |
| 147:12 | **disregard** | 118:3,22 | 22:23 27:2 |
| **discovered** | 136:17 | 119:19 120:25 | **documents** |
| 33:7 | **distinguish** | 122:20 123:1,5 | 8:10 102:4 |
| **discovery** | 13:17 | 123:8,20 | 108:25 109:2 |
| 120:23 121:8 | **distort** 16:16 | 124:24 125:3 | 180:24 |
| 176:1,5,9 | 16:25 | 125:10 126:11 | **doing** 47:24 |
| 180:4,16 | **distribution** | 126:17 128:22 | 104:15 150:7 |
| **discuss** 110:11 | 18:20 20:8,9 | 129:5,17 130:7 | **dosage** 90:13 |
| 140:9 | 20:19 22:8 | 131:7,25 | 96:9 129:24 |
| **discussed** 8:5 | 24:15 28:10 | 132:19,25 | 143:4 144:13 |
| 8:10 23:9 | 41:8 125:11 | 133:7 134:10 | 144:17 173:5 |
| 26:17 70:3 | 148:25 | 134:15 135:14 | **dose** 12:24 13:2 |
| 77:21 80:24 | **distributions** | 136:8,16 | 15:16 17:6 |
| 104:5 135:23 | 86:24 | 137:21 138:2 | 22:2 24:24 |
| 138:10 147:13 | **district** 1:1,2 | 138:16 139:13 | 25:18,21 28:23 |
| 156:10 157:16 | **divided** 104:17 | 140:11 141:7 | 31:17,18 32:24 |
| 159:11 | 104:18 | 141:21 143:6 | 33:15 34:3 |
| **discusses** 112:5 | **dma** 53:15 | 143:11 145:6 | 70:15 71:3 |
| 170:15 | **dn** 2:22 | 146:4,7 148:5 | 83:8 89:5 |
| **discussing** | **dna** 53:20,24 | 148:8 165:20 | 92:20 95:5 |
| 31:23 52:16 | 56:5 57:24 | 175:16 | 96:7 97:3,15 |
| 130:7 | 68:4,5 112:13 | **document** 8:11 | 97:16 99:24 |
| **discussion** | **dnigh** 2:25 | 8:13 9:14 30:3 | 127:23 128:2,4 |
| 13:13 78:16 | 183:2 | 30:13 93:18 | 128:6,9,14,18 |

[dose - eight]                                                Page 15

| | | | e |
|---|---|---|---|
| 128:20 139:18 | 107:8,20 | **drove** 83:8 | **e** 2:1,1 3:1,1 4:2 |
| 141:16 142:4,5 | 110:23 111:9 | **drug** 9:23,24 | 4:16 5:18,18 |
| 142:11,11 | 111:12 112:4,8 | 10:7 143:20 | 35:10 101:20 |
| 143:2 | 135:17,19 | **drugs** 93:6 | 184:3,3,3 |
| **doses** 25:9 | 136:19 149:24 | 106:7 | **e244** 109:1 |
| **dot** 79:15 86:18 | 151:10 152:16 | **due** 39:22 59:6 | **earlier** 80:19 |
| **doull** 27:3 | 153:25 154:21 | 169:7 | 102:9 138:10 |
| **doull's** 20:5 | 159:14 160:8,9 | **duration** 95:8 | 150:8 151:11 |
| **downloaded** | 160:19 161:3 | 96:17 | 153:24 157:16 |
| 75:10,13 | 162:6,15,18 | **dust** 31:16 | 158:19 |
| **downloading** | 163:4,6,8,15 | 32:14 33:8 | **early** 77:5 |
| 76:5 | 164:3,10,19,20 | 34:4,7,25 | 115:24 116:4 |
| **dpra** 66:25 | 164:25 165:22 | 87:17 88:2 | 160:11 |
| **dr** 1:12,15 6:12 | 166:13,17 | 89:1,3,6,7,8 | **easier** 131:16 |
| 7:4 8:5 12:24 | 167:1,13,14,24 | 90:5,7,13,14,16 | 181:18 |
| 17:6 19:16 | 167:25 168:3 | **dutch** 21:8 22:1 | **eastern** 1:20 |
| 27:10 28:21 | 168:11,12,19 | 26:18 138:23 | 6:3 |
| 30:17 32:1 | 169:1,12,21 | **dx** 4:19,20,21 | **effect** 144:15 |
| 33:14 46:22 | 170:10,12 | 4:22,23,24 5:1 | 144:19 145:6,7 |
| 47:7,23 48:12 | **draft** 43:13 | 5:2,5,6,7,9,10 | 145:10,22 |
| 48:17 49:8 | 53:17 60:6 | 5:11,13,15 | 146:2,4,10,13 |
| 50:6,23 52:15 | 64:12 67:22 | 11:12 29:8 | 146:15,16,17 |
| 55:9,25 56:19 | 74:10,17 | 36:6,9 47:3 | 159:9 |
| 57:21 58:8,21 | **drafting** 73:17 | 49:18,20 54:12 | **effectively** |
| 59:4 63:17 | 74:4,8 | 54:16 57:14,22 | 119:18 |
| 65:7,17 66:16 | **draw** 104:6 | 62:12 65:2,20 | **effects** 37:13 |
| 70:8,12 71:17 | 113:4 134:19 | 68:20 71:13 | 44:23 100:3 |
| 72:2,8,13 76:9 | **drive** 84:10 | 85:21 86:2 | 140:21,22 |
| 78:14 79:25 | **drives** 138:18 | 105:18,20 | 143:6,12,22 |
| 92:19 93:4 | **driving** 84:2,14 | 158:1,9 | 145:8 146:7 |
| 95:3,12 96:23 | 84:16 | **dysfunctional** | **eight** 165:16 |
| 97:22 100:19 | **dropbox** | 57:10 | 181:4 |
| 102:3,13,15 | 172:14 173:20 | | |
| 104:15 105:24 | | | |

**either**  9:17
139:1 181:18
**elevated**  83:5
**ellis**  2:3,9
**emigration**
36:22 39:8
**emphasize**
12:20
**employed**
36:21 39:7
138:9,22
**employee**  96:16
182:14,16
**employment**
16:15,24 96:17
**ended**  7:6
**endorse**  43:23
**endorsed**  17:12
23:10 25:14
**endpoint**
104:14
**endpoints**
101:5,9,13
104:4 105:7,11
140:18 176:13
177:3,19
**engine**  61:9
**engines**  61:5
**ensure**  21:11
162:21
**entered**  57:24
**entire**  17:20
19:22 170:3

**entirely**  165:20
179:6
**entirety**  136:10
**entitled**  172:4
**entry**  140:19
145:22
**epa**  18:7 92:19
93:5,14,24
94:14 96:10,11
96:21 97:17
139:13,21
171:11 172:23
**epidemiologic**
35:20
**epidemiologi...**
31:21 32:15
46:4 81:25
121:5 157:1,12
**epidemiologist**
29:21,23 30:18
31:3,25 35:21
38:14,17 39:5
40:4
**epidemiologi...**
38:11
**epidemiologi...**
105:6
**epidemiology**
31:6 120:19
133:12
**epithelium**
19:25
**equally**  140:17

**equation**  18:7
92:22 93:5
94:14 95:5
96:4,15 97:14
97:17 99:24
**equivalent**  96:7
99:24
**errata**  183:11
183:13,16
**error**  15:14
31:12 38:15
121:15
**error's**  15:17
**errored**  41:14
**errors**  68:5
136:9
**especially**
130:1
**esq**  2:4,10,17
2:18 3:7 183:1
**essentially**  85:6
**established**
141:1
**establishing**
128:4
**estimate**  19:1
37:14 149:11
174:8
**estimates**  14:13
14:21 16:17
17:1 82:17
83:1
**et**  6:13,14 9:8
10:18 13:8

**37:16 45:7
52:16 56:17
60:19 64:17
68:10 70:14
101:24 104:21
109:1 113:25
130:15 144:22
183:4,4 184:1
184:1 185:1,1**
**etable**  107:13
107:17
**eu**  13:25
**european**
133:16
**evaluated**
81:15 103:13
**evidence**
128:14 129:17
129:25 144:12
**evident**  84:8
**exact**  19:2 21:5
21:10 39:15,17
170:1
**exactly**  20:15
39:15 64:23
92:17 128:25
165:6
**examination**
4:5,6,9,11,13
7:2 110:21
149:22
**examine**  31:20
**examined**  33:4
34:23 89:9

**[examined - extensive]**                                            Page 17

| | | | |
|---|---|---|---|
| 148:23 | 42:6 47:1,3,7 | existence 52:15 | exposure 5:10 |
| **examining** | 47:10 49:18,20 | existing 61:13 | 12:9 13:19,23 |
| 32:16 43:10 | 49:24 50:6,17 | exists 47:21 | 13:25 25:9 |
| **example** 10:10 | 51:14 53:10 | 52:20,23 | 26:2 28:11 |
| 14:19 16:6 | 54:12,13,13,16 | **expanded** | 32:4 36:16 |
| 23:19,21 24:2 | 54:20 55:14 | 137:10 | 37:2,12,15,16 |
| 26:15 28:10 | 56:1 57:2,3,12 | **expanding** 56:6 | 37:20 38:13,25 |
| 31:11,15 33:8 | 57:14,18,19 | **expected** 116:3 | 39:3,4 40:19 |
| 34:3 59:20 | 62:10,12,19 | **experience** | 40:22 68:10 |
| 88:25 89:7,17 | 63:4 64:2,8,24 | 31:24 170:9 | 70:14 71:2,21 |
| 89:18 96:9 | 65:2,6,7,18,20 | **experimental** | 80:4 81:20 |
| 99:25 138:5 | 65:24,25 66:17 | 119:9,13,15 | 82:1,6,19 |
| 139:15,16 | 67:18 68:18,20 | **expert** 21:8 | 83:19 84:15 |
| 140:19 142:6 | 70:8 71:9,10 | 22:1 31:6 42:7 | 85:13,16,22 |
| 142:11 143:14 | 71:11,13,17 | 77:7 111:3,9 | 87:1 88:17 |
| 144:21 145:19 | 85:21 86:2,16 | 134:10,12 | 103:1,13 |
| 145:22 148:13 | 105:18,20 | 136:20,22 | 113:18,19,19 |
| 168:16 | 107:8,9 112:22 | 163:21 175:23 | 114:21,21,22 |
| **examples** 21:3 | 112:23 117:10 | **experts** 163:19 | 115:22 116:15 |
| **except** 83:12 | 117:18 124:21 | 163:21 | 116:16,19,20 |
| **exception** | 124:21,24 | **explain** 26:14 | 116:21 124:20 |
| 83:10 | 126:6 127:7 | 59:19 125:16 | 124:25 125:21 |
| **exclude** 121:23 | 132:5,5,7,20,23 | **explained** | 131:3,4,5 |
| **excluded** 123:9 | 154:19,20,23 | 128:16 | 142:21 144:7 |
| **exclusive** 82:10 | 154:23 155:1 | **explains** 34:2,2 | 145:24 |
| 84:14,21,23 | 156:17,20,21 | **exposed** 11:7 | **exposures** |
| **exclusively** | 157:23 158:1,5 | 12:6 80:15 | 13:25 32:2,8 |
| 82:6,19 83:3 | 158:8,9,12 | 81:11,16,17,22 | 32:11 33:16 |
| **excuse** 90:18,19 | **exhibits** 8:19 | 81:23 83:20 | 34:15,18 40:18 |
| 95:12 | 132:11 | 118:4,15 | 40:25 86:25 |
| **exhibit** 4:18 | **exist** 65:12 72:4 | 119:20 120:4 | 130:6 |
| 8:16,16,21 | 72:15 99:16 | 122:9,9 125:14 | **extensive** |
| 10:17 11:10,12 | 151:25 | 130:3 | 111:12 |
| 29:5,8 36:6,9 | | | |

**extra**  145:18
  146:4,23
**extraction**
  141:4
**extrapolated**
  25:21
**extrapolation**
  12:25 13:7
  15:11,25 17:7
  20:25 21:17
  22:3,6,21
  24:17,24 25:19
  26:21 28:23
  32:25 33:15
  92:21 95:17
  99:2,9 137:25
  138:15 139:7
  139:17 140:4
  140:12 141:4,6
  141:7,10,18
  142:14 143:3
  146:2 150:24
  170:17 171:11
  171:16 172:24
  173:4
**extrapolations**
  28:16 138:6
  139:14 141:21

**f**

**f**  101:20
**fabricate**  52:15
**fabricated**
  58:21 60:25

67:15 69:18,21
  151:15
**fabrication**
  59:1 61:3
**facilities**  80:16
**facility**  31:17
**fact**  21:14
  37:22 38:6,20
  62:8 110:4
  144:11 169:22
  177:18 178:10
**factor**  31:14
  84:2 85:7
  88:22,23 96:6
  96:10,11,13
  128:3 138:8
  139:2,4 142:3
  142:4 143:5
  144:5 153:16
  157:3
**factories**  40:1
  81:12,18,23
  100:6 129:19
**factoring**  31:14
**factors**  21:17
  21:17,18,21
  32:3,9 40:10
  81:25 95:17
  96:19,21 97:1
  97:19 138:22
  138:25 139:4,8
  139:19,21
  140:1,6,7,9,22
  143:8 171:17

173:6
**factory**  13:1,11
  13:22 14:1
  36:19 37:6,14
  40:6,18 100:12
  129:6 130:18
  130:21,22
**fails**  183:18
**failure**  114:15
**fair**  29:16
**fairly**  111:21
**false**  101:13
  121:8,8 151:20
  176:1,5,9
  180:3,16
**falsified**  151:14
**familiar**  72:20
  100:19 101:4
  101:17
**far**  27:2 34:10
  104:7,25
  119:11
**fashion**  47:16
**faults**  120:23
**favetta**  63:2,6
**favor**  41:14
  138:18
**favorable**
  15:18
**fda**  134:22
  135:1,5,10
**fdr**  120:23
  121:8,13
  177:23

**feature**  84:3
**features**  112:16
**federal**  21:6,25
  26:17
**feel**  31:22
  164:24
**females**  122:3
**fewer**  152:6
**field**  71:22
  99:10
**figure**  20:8
  47:25 49:15
  69:25 94:4
  143:15 177:11
  180:2
**filled**  123:24
**financially**  6:21
  182:17
**find**  13:16
  30:13 45:25
  48:18,20 50:8
  50:24 51:2
  61:24 73:5,6
  73:14 75:21
  76:19,21,22
  77:18 78:23
  79:18,19 117:4
  159:4 178:4
**finding**  73:8
  77:10 121:12
  121:17
**findings**  12:20
  101:13 124:4
  159:8 178:12

[fine - formula]                                                    Page 19

| fine 13:16 | floor 2:5,20 | forgetting | 91:22 93:7,16 |
|---|---|---|---|
| 43:11 46:19 | focused 162:1 | 89:11 | 94:20 97:11 |
| 50:3 103:12 | focuses 18:19 | form 10:23 | 98:17 99:3,11 |
| 137:14 | folder 173:20 | 11:3 13:4 14:7 | 99:17,22 100:8 |
| finish 81:2,2 | follow 7:17 | 14:15,23 15:4 | 100:9,13 |
| 95:22 174:25 | 89:19 110:24 | 15:12 16:2,9 | 101:22 105:9 |
| finished 90:19 | followed 27:16 | 16:18 17:2,9 | 106:2,15 109:8 |
| 95:13,19 | 28:16 138:4 | 17:22 18:16 | 110:2 113:14 |
| finishing 26:11 | following 9:8 | 19:4,11,20 | 114:6 120:5 |
| 33:2,6 95:2 | footnote 7:18 | 20:17 21:2 | 138:20 148:15 |
| firm 6:18 | 7:19 45:9 | 22:4,18 23:7 | 150:25 152:2,8 |
| first 8:25 12:12 | 53:24 54:23 | 23:17 24:4 | 153:8 155:18 |
| 24:5 28:12,13 | 55:12 64:5,14 | 25:1,11,20 | 156:2,11 |
| 56:8 63:1,5,10 | 66:9 67:24 | 26:4 27:14 | 157:19 158:25 |
| 63:14 66:21 | 68:2,9 70:13 | 28:4,5 29:1 | 159:17 160:12 |
| 71:2,8 87:17 | 73:24 74:22 | 30:21 32:12 | 160:18,21 |
| 101:3 104:22 | 110:4 114:7,13 | 33:17 34:19 | 161:5,12,22 |
| 108:15 116:12 | 116:9 131:8,10 | 35:17 36:2 | 162:8,24 |
| 138:6 140:21 | 131:12,19 | 37:10 38:9 | 163:10,16 |
| 140:21 143:6 | 136:13 151:16 | 39:11 40:12 | 164:4,12 |
| 143:11,16,17 | 152:1,4,23,25 | 42:13,18,24 | 165:24 166:7 |
| 143:19,22 | 153:7 154:3,8 | 43:16,25 46:16 | 166:19 167:2 |
| 144:15,18 | 154:10 156:18 | 47:22 49:12 | 169:4,14,24 |
| 145:6,7,8,10 | 157:7,15 | 52:2,7,24 53:5 | 171:14 172:25 |
| 146:4,7,13,17 | footnotes 43:9 | 54:8 57:4 58:5 | 176:15 177:4 |
| 147:13 149:24 | 74:15 136:2,5 | 58:24 59:13 | 177:22 178:15 |
| 154:12,12,13 | 136:8,9,16,17 | 61:1 62:1 | 180:5 |
| 158:20,21 | 151:16 152:1 | 66:13 69:19 | formaldehyde |
| 162:6 168:23 | 152:19 153:5,6 | 72:5,16 76:3 | 144:17 |
| fit 87:15 | 154:2 169:3,6 | 76:14,20 77:9 | formation |
| five 41:17 | foregoing | 78:25 79:6,16 | 53:20 |
| 106:6 110:19 | 182:6 185:5 | 80:7,17,25 | forming 111:1 |
| 147:20 | forget 91:3 | 82:12,21 83:22 | formula 92:19 |
| | | 84:17,22 90:9 | 93:14,24 |

[formula - going]                                                            Page 20

105:10,12
139:23

**forth**  112:15
182:9

**found**  34:8
45:17 46:13
52:13 65:11
71:24 79:1
84:7 144:1
158:22

**four**  8:22 58:8
78:9 119:12,15
144:10

**fourth**  113:5,16

**free**  5:2 60:20
61:23 62:22
164:24

**freezing**  131:22

**freiberg**  21:7

**freiburg**  26:18

**frequency**  95:7

**friday**  1:13,19

**front**  122:20
176:21

**fthalates**  35:11

**full**  15:5,8
94:22 158:5
168:23

**fully**  84:1
102:20 113:25

**fume**  88:21

**fumes**  32:15
33:8 34:4,7,25
87:13,25 90:16

**function**  50:8
92:1

**functional**  62:3
63:21 71:7

**functioning**
69:23

**funding**  59:11

**further**  60:24
110:7 123:1
137:10 181:16
182:13

---

**g**

---

**g**  85:20 177:8

**g31.2**  109:1

**gaston**  183:4
184:1 185:1

**gathered**  39:2

**gc**  92:1

**gear**  86:14

**gender**  105:1
106:5

**general**  12:7
43:5 81:14
109:13 111:2
160:9 161:3,6

**generally**  17:11
28:9 77:24
79:18 95:17
96:8 97:14
112:12,19
121:2 138:13

**generate**  73:3
77:15

**generated**  75:3

**generates**
60:14

**genotoxic**
144:18

**geometric**  87:6
87:9,12,20,24
88:2,6 125:7

**georgia**  3:10

**germany**  21:7
22:1 26:18

**getting**  85:13
85:24 152:22
158:17

**give**  23:18,22
24:1 25:23
48:21 49:4
137:17 160:3
168:16

**given**  107:13
143:16,17
185:9

**gives**  111:23

**giving**  135:11

**gloss**  90:21

**glutathione**
45:8 49:10
51:16

**glycosylases**
56:5

**glyphosate**
9:16 10:1,6,13
11:7 12:6,13

**go**  6:10 10:17
42:6 44:15
50:9,11,12,12
50:16 51:1
53:10 54:11,12
54:13 55:14
57:18 59:25
60:24 63:17
64:8,9 65:23
67:17,17 68:14
68:18 70:8,9
71:10 75:2
77:16 79:14,15
85:20 86:6,13
86:21 88:9,17
95:3 103:12
106:23 107:10
107:17 108:2
110:8 112:21
116:24 117:25
122:24 132:4
134:11,13
149:9 154:7,25
155:3,15
156:16 158:16
162:1 164:23
165:4,8 170:11
176:16 177:12
180:25

**goes**  115:10
133:24 136:13
181:14

**going**  6:2 7:25
12:22 23:22

**[going - hereto]**                                                    Page 21

30:2 41:18
42:25 43:11
48:12 49:15,24
50:14 54:11
55:6 64:24
71:9 92:17
93:17 98:8
101:23 102:3
110:24 127:24
134:25 143:19
144:23 146:16
147:9,16,17
152:10,12
164:23 170:2
180:21
**goldenberg**
2:16
**gomar** 143:14
143:24 145:16
148:24
**gomm** 5:11
101:21,23,24
102:6,8,13,20
102:23 103:7
104:16 105:18
106:17,19
112:22 113:8
151:10 176:1,5
177:1,6,20
178:2,10,14,19
178:20,25
179:8
**good** 6:1 7:4,5
110:6,23

139:15 163:17
163:21 181:18
**google** 73:10,11
73:12 78:21,23
79:2,5,8,11,12
79:13,15
**governmental**
23:11 59:8
**graphs** 9:20
10:8
**great** 48:25
175:1
**greater** 84:6
115:3,12,20
**greenberg** 3:6
**group** 84:6
119:7,9,12,13
119:14,15,18
**groupings**
24:13
**growth** 112:13
112:14
**gtlaw.com** 3:12
**guess** 154:19
163:20
**guesswork**
160:3
**guidance**
138:12 139:21
140:6,8 141:2
143:21
**guidances**
140:1

**guideline** 21:15
**guidelines**
21:11 26:20
138:14 143:7
**guys** 171:21
174:16 180:22

**h**

**h** 4:16 24:10
35:10,10 184:3
**habit** 77:17
**halfway** 51:21
**hallucinations**
72:21,25 73:1
**hand** 86:18
**happened**
77:25 169:7
**happening**
69:24 145:6
**happens**
138:21 139:2
**happy** 48:21
50:10 140:9
**harrington**
154:13 155:25
**hazard** 106:3
113:10 116:3
119:2
**heading** 108:16
**headings**
137:10
**health** 21:7
22:1

**hear** 10:3 44:2
69:6 176:3,17
**heard** 6:8
144:24
**hearing** 6:23
**heart** 114:15
**heavily** 25:13
25:13 27:1
**help** 43:15
73:17 75:18
**helped** 43:18
44:7,23
**helping** 76:19
**hematopoietic**
9:2 129:24
130:1
**heme** 158:23
159:10
**hemi** 133:16
**hepatic** 45:14
45:20 46:23
47:8,20 52:22
59:21 60:20
64:18 145:18
**hepatitis** 40:6
40:10 105:2
**hepatocellular**
146:11
**hepatotoxicity**
45:1
**hereinbefore**
182:9
**hereto** 185:7

**hidajat** 4:21
13:8,13,17,18
13:18,21 14:20
18:12 25:9
28:22 29:18,25
30:19,24 31:8
33:18 34:1,6
34:14,17 36:6
40:24 41:5
81:13,15,19
82:4,18 83:2
83:18 100:7,12
101:8 124:20
126:3 128:24
131:1 150:24
151:7
**high** 33:10
66:23 146:14
**higher** 34:10
83:14 84:24
85:4 88:21
89:7 90:6,12
90:14 116:3,19
124:4 146:10
**highest** 41:14
83:8
**highlighted**
168:22
**highly** 120:11
121:19 122:12
122:14,16,17
144:9
**hill** 70:10,12
75:8,11,13,16

76:1,5 128:4
159:16 161:3
**hinges** 24:9
**hodgkin's** 8:13
9:7,9 12:2,3
**hold** 26:10 28:4
30:1 33:23
47:12,12 95:2
97:11 160:12
160:12 171:14
171:14,24
174:14
**holds** 82:8
**honestly** 98:8
171:20
**hong** 63:11
**hospital** 108:9
108:12
**hour** 41:18
**hours** 95:7
144:10
**hr** 118:11
119:18 122:25
**hts** 66:24
**https** 71:6
**huahai** 6:13
183:4 184:1
185:1
**huge** 38:12
**human** 22:21
22:22 66:25
80:2,6,11,15
96:7,9,11
99:24 100:1

140:11,11
141:3,7,7,14,21
141:21 142:10
142:12 157:1
157:11,12
**humans** 98:2,3
98:6,11,13,15
99:2,6 139:14
140:3 142:13
144:7
**hundred**
111:14
**hundreds** 46:7
**hydrocarbons**
35:5 81:4
**hypotheses**
101:2
**hypothetically**
14:16,24 16:3
16:10 17:3

**i**

**i.e.** 36:20
**icd** 107:13,20
107:21 108:13
109:3,4,15,17
109:22,24
**icon** 86:13
**idea** 101:11
167:15 170:12
173:20 175:18
**identical**
143:18

**identification**
11:13 29:9
36:10 47:4
49:21 54:17
57:15 62:13
65:3,21 68:21
71:14 86:3
105:21 117:11
132:8 158:2
**identified** 82:3
83:18
**identify** 50:17
90:25 91:8
**ignored** 52:5
**ignoring** 89:12
**ii** 31:12 38:15
142:1,2,3,9
**iii** 142:1,2,4,9
**iken** 2:19 117:4
117:13
**immune** 12:18
**impact** 37:23
99:12 174:11
175:21
**impacted** 61:8
**importance**
120:12
**important**
12:20 14:4
24:8 32:7
44:19 84:5
85:6 88:22
90:20 109:5,13
116:1 128:1,3

128:21 137:19
141:8 142:25
143:7
**importantly**
83:13 89:22
**improper** 102:5
103:17
**impute** 92:11
**inaccuracies**
14:11,13,19
15:8,10,21
**inaccurate** 16:7
**inadequate**
104:6
**inappropriate**
165:7 178:17
178:19,20
179:5,7
**inaudible** 90:17
**include** 40:21
123:17
**included** 10:14
20:8 38:12
65:14 71:6
111:12 118:25
130:16
**includes** 111:9
142:24
**including** 34:23
63:20 106:5
112:14 133:12
157:12 159:5
**incorrect** 34:20
88:23 133:24

152:7 153:20
157:18 167:5
175:24
**increase** 147:1
**increased**
115:21 116:22
118:14 120:3
122:6,8 124:4
124:7 126:21
126:24 127:3
129:19 130:21
130:23 131:3
**increases** 15:15
**increasing** 68:6
**independent**
160:16
**independently**
34:16
**indicate** 82:1
145:24
**indicates**
145:14 173:3
**indicative**
127:23
**individual** 87:3
141:9
**individual's**
21:1 26:3
**individuals**
9:18 10:19
11:2,6 12:6
96:13
**induced** 60:20
64:18 129:24

**industry** 80:1,5
80:11 130:10
130:12,18
142:1,8
**inflammatory**
64:10
**information**
7:19 35:25
36:18 37:3,8
38:7 39:2 40:5
40:17,25 75:11
80:10 85:12,12
111:23 125:18
135:14,15,19
136:18,23
137:1,2 165:21
167:1,4,9,11
168:1,3,12
173:2
**ingested** 93:6
98:22 146:18
148:14
**ingesting** 145:7
145:12 146:8
**ingestion** 21:1
26:3
**inhalation** 15:3
16:7 18:11,18
18:20,22 19:2
19:22 20:25
22:7,20,22
26:2,6,24,25
41:13 93:14
94:15,16 95:7

96:20 97:3,4
138:7,11 139:7
140:23 141:3
143:2 144:6,8
144:9,13 173:4
**inhaled** 13:1
41:10 139:16
**inhaling** 145:8
145:11
**initial** 75:25
143:4
**initiate** 112:12
**injury** 60:20
**inputs** 14:12
**inspection**
83:16
**instances** 73:19
**institute** 21:6
21:25
**instruction**
103:18
**insufficient**
173:1 175:9
**insulted** 69:20
**insurance**
108:9
**intact** 154:14
**intake** 158:23
159:9,10
**intentionally**
15:14
**intercepts**
37:14

| | | | k |
|---|---|---|---|
| **interest**  12:9 | **introduction** | **iv**  142:5 143:17 | **k**  144:20,21 |
| **interested**  6:21 | 137:11 | **j** | **ka**  2:23 |
| 182:17 | **introductory** | | **kandace**  56:9 |
| **internal**  29:3 | 75:6 | **jackson**  5:15 | **kang**  144:1,21 |
| 30:10,11,24 | **invalid**  169:7 | 158:7 | 145:17 147:10 |
| 31:24 | **invalidate** | **jen**  43:17 | 147:15 148:5,8 |
| **international** | 146:1 | **jersey**  1:2,19 | 148:12 149:4 |
| 17:13 25:15 | **invent**  27:18 | 182:5,23 | 149:24 174:21 |
| 27:17 107:23 | 28:17 | **job**  5:10 13:18 | 175:3 |
| 110:1 | **inventory**  46:8 | 13:23,24 35:25 | **kathryn**  2:18 |
| **internet**  6:6 | **investigation** | 36:17,20 37:3 | **kavila**  3:3 |
| 48:7,13 49:25 | 133:17 | 37:8,16,20 | **keep**  38:24 41:3 |
| 50:1,4,12,15 | **involve**  26:12 | 38:7,20 85:13 | 46:8 115:24 |
| 61:21 | **involved**  26:7 | 85:21 87:1 | 175:19 |
| **interpretation** | 38:23 96:6 | 88:17 124:20 | **kim**  64:17 67:8 |
| 70:20 | **involving**  9:15 | 124:25 128:24 | 67:10,13 |
| **interrupt** | 170:17 | **jomanna**  1:16 | **kind**  44:2 |
| 122:15 | **iptw**  118:10 | 6:18 182:4,22 | 114:14 148:17 |
| **interrupted** | **irbesartan**  1:8 | **journal**  5:3 | **kirkland**  2:3,9 |
| 48:9 | **iron**  133:16 | 17:8 19:19 | **kirkland.com** |
| **interrupting** | 158:23 159:10 | 45:14,20,21 | 2:7,14 |
| 95:24 | **issue**  5:3,7,13 | 46:9,14,23,23 | **know**  8:17 |
| **interruption** | 29:19 60:21 | 47:8,16,19,20 | 10:15 24:1 |
| 148:17 | 61:22 62:9,23 | 48:1,5 49:11 | 38:11 39:9,12 |
| **interval**  113:12 | 68:14 69:1,4,7 | 52:22 54:23 | 39:25 40:9 |
| 114:20,23,25 | 69:11,14 135:6 | 59:12,19,21 | 43:7 46:3,9,10 |
| 115:5,10,13,17 | 138:19 154:15 | 61:8,22 62:22 | 47:7 51:20 |
| **interview**  41:4 | 155:8,17,25 | 63:5 66:8 | 53:6 59:6 65:6 |
| **introduce**  57:2 | **issues**  16:14,23 | 67:11 68:11,15 | 65:24 68:24 |
| 57:3,12 64:2 | 31:1,2 137:13 | **journal's**  61:13 | 73:10 74:20 |
| 71:8 132:4 | 156:8 | 61:18,18 | 77:24 78:21 |
| **introduced** | **italy**  41:8 | **js**  1:3 6:15 | 79:23 83:1 |
| 107:7 117:3 | **item**  56:8 172:2 | | |

**[know - liver]** Page 25

92:6,9,11 94:5
102:7,13 103:1
103:10,11,11
103:11,12
105:6 107:20
108:13,15,22
109:5,6,14,15
109:20 119:10
119:17 124:11
131:11 133:8
137:8 144:16
152:22 153:21
154:5 161:19
162:1 163:19
167:5 168:22
171:22 172:22
175:20
**knowing**
176:22
**known**  24:16
26:22 28:14
53:22 80:2,6
80:14 81:5
83:20 106:7

**l**

**l**  35:10 85:20
**laboratories**
91:15
**laboratory**
91:14
**lag**  113:24
**laid**  34:20

**lands**  19:24
**langton**  3:7
**langtont**  3:12
**large**  39:22
**largely**  142:2
**larger**  141:17
**larynx**  19:25
**latency**  8:5,7
9:6,10,21
10:12 12:10
115:25 116:2,4
**law**  2:19
**lead**  68:5
**leading**  53:20
**leave**  35:19
39:4
**left**  86:13 87:16
180:25
**legal**  183:23
**lesions**  53:21
**letters**  5:6
64:19 66:5
67:11
**leukemia**  9:11
130:1
**level**  33:10
44:24 85:12
92:2,6 93:2
96:21 130:6
143:19 144:14
146:13,15
**levels**  20:19
31:16 39:1
83:5,10 84:6

84:24 85:3
90:1,2,3
142:17,19,19
143:4,5,16
**lexington**  2:5
**liability**  1:8
**license**  1:17
182:22
**licensed**  91:14
**lifestyle**  40:10
**likelihood**  68:6
**likely**  146:5,9
**limit**  88:13,18
90:25 91:4,5,7
91:9,13,20
92:8,10
**limitations**
31:7
**line**  5:20 30:4,5
30:6,7 48:19
184:4,7,10,13
184:16,19
**linear**  37:13
**link**  16:15,24
54:10 55:20,20
56:25 57:1,10
62:2,3 63:20
63:21,24 64:2
64:5,21 65:14
66:10,11 71:6
71:6 132:1,3
133:7,8 136:13
157:10

**links**  77:17,19
**lipid**  60:4,15
**list**  26:19 76:5
114:3 147:12
150:18 170:22
170:24 171:5
171:22 172:1
172:11 173:12
175:17
**listed**  56:22
80:19 108:25
125:8
**listing**  75:16
**literature**  21:4
25:14 41:12
96:19 150:7
162:23
**litigation**  1:9
25:19 26:3
77:8
**little**  36:24 55:6
86:13,14 98:9
115:7 133:6
151:13
**liver**  32:3,9
40:11 45:7
48:10 49:9
51:16 52:17
70:21 81:3
90:7 105:2
106:20 118:7
118:15 119:11
120:2,3 121:12
121:17 122:9

124:8 126:18
128:5 129:19
130:21 143:20
144:9,12,15,16
144:18 145:12
146:5,8,10,13
146:16,18,24
146:25 147:1
168:17 179:15
180:18
**liver's** 45:3
**llp** 2:9
**loaded** 11:20
11:24
**loading** 117:21
155:6
**locate** 50:11
**location** 67:10
**locations** 34:8
**lod** 88:13
**long** 7:12 116:6
116:10,18,21
123:2,21,23
124:2 140:25
**longer** 30:17
61:16
**look** 8:16,25
9:5 34:6 42:25
43:4,12 44:10
45:19 49:3,24
54:13,25 55:1
56:8 68:14
77:16 87:16
88:5 89:15,24

91:3 93:4 94:1
103:14 107:6
116:25 118:7
118:10 121:20
124:20 126:3
126:11 128:16
131:10 132:23
132:23 133:20
134:3 143:17
152:10 155:15
158:21 160:4
164:24 165:2
168:4,5 170:11
172:4 176:10
**looked** 7:21
59:18 66:11
75:9 92:25
126:20 130:10
130:20 150:16
**looking** 9:4
43:9 46:11
48:10 65:11
74:21 76:9
85:24 93:19
94:7 100:10
103:17 104:16
107:4 113:21
124:2,21 128:1
131:13,15
132:11,20
142:13 152:16
153:4 156:20
159:18 173:8
177:11 179:13

**looks** 10:18
36:13 45:11
55:14 58:9
133:7 140:15
155:15 179:19
**loose** 7:18
**losartan** 1:7
6:13 183:4
184:1 185:1
**lost** 127:6
148:17
**lot** 111:23
132:25 135:19
135:23 137:21
139:21 140:1
168:2
**love** 48:23
**low** 90:24 92:1
146:13,15
**lower** 83:10
89:17 90:13
92:10 119:2,4
119:16,16
**lowers** 119:18
**lowest** 92:2
**luncheon**
110:14
**lung** 20:1,2
140:24,24
145:20
**lymphoma** 8:14
9:8 10:19 11:3
12:2

**lymphoprolif...**
9:1 12:17

**m**

**m** 177:8,8
**macrophage**
140:23 145:14
**made** 35:19
97:17 175:13
185:5
**magnitude**
173:7
**majority** 77:18
135:15
**make** 10:1
59:24 77:16,22
101:11 106:16
131:16 146:5,9
164:11 180:11
**making** 15:17
167:5
**males** 122:3,5
**malignancies**
80:11 130:1
**malignancy**
82:1 129:25
180:17
**manner** 19:2
**mansouri** 5:12
116:25 117:2
177:21 178:7
178:13,20
179:1,2,3,10,11
179:12,14

180:3,15
**manufacturing**
80:1,16
**mapping** 51:23
**march** 46:7
77:3
**mark** 11:9 29:5
36:5 46:25
49:17 54:12
57:11 62:10
64:24 68:18
85:21 105:17
117:13 154:18
157:22
**marked** 11:12
29:8 36:9 47:3
49:20 54:16
57:14 62:12
65:2,20 68:20
71:13 86:2
105:20 107:7
117:10 132:7
158:1
**markers**
133:12
**marks** 42:1
51:9 78:4,9
110:18 147:25
149:12,18
165:15 181:9
**mass** 92:1
**matching** 77:12
**material** 8:2

**materials** 33:5
37:1 75:19
147:12 150:17
170:22 171:5
171:22 173:9
175:17,21
**matrix** 5:10
13:19,23,25
37:16,20 85:13
85:22 87:1
88:17 124:20
124:25 128:24
**matter** 1:16
6:12 18:8
24:12 25:3
28:8 89:4
138:15
**mbd4** 56:5
**md** 1:3 6:15
**mdl** 1:4
**mean** 14:12
27:1,25 32:16
34:22 52:5
79:7 84:14
86:11 87:6,9
87:12,20,24
88:2,6 91:16
99:18 112:11
114:8 115:1
116:15 119:6
122:15,23
123:16 125:7,7
127:22 128:12
132:22 140:14

158:17 167:9
171:24
**meaning** 159:4
170:2 177:23
**meanings**
179:6
**means** 88:13
91:7,12 108:6
120:13,14
**meant** 90:25
101:1 133:20
134:4 152:24
**measured** 34:9
144:6
**measurement**
139:9
**measurements**
14:20 15:16
25:22 86:25
88:11,16
125:11,24
142:15,21
**meat** 133:15
158:16,23
159:9,13
**mechanisms**
44:16,20 58:22
64:18
**mechanistic**
162:25
**media** 6:11
**median** 16:15
16:24 32:17
34:22 89:16

**medicine** 5:2
60:21 61:23
62:22
**meet** 7:7,10,12
7:23
**meeting** 7:9,11
**meets** 21:19
**meg** 68:5
**memory** 103:16
179:13
**men** 122:3,8
**mention** 56:10
56:15 129:5
**mentioned** 1:16
97:19 100:21
118:22 142:22
143:6 148:5
161:20
**met** 21:11
140:7,9 141:3
**meta** 30:11,25
130:11
**metabolic**
53:14 60:13
**metabolism**
45:7 48:10
49:9 51:15
52:16 140:16
140:24 145:18
146:18,23
154:13
**metabolite**
53:19

[metabolites - multifactorial]                                    Page 28

metabolites
  146:20,24
metabolized
  143:20
metabolizing
  145:15
meter  97:16
method  22:9,25
  24:7,10 27:5
  138:2
methodologies
  18:11 23:1,4,9
  23:15 24:18
  26:16 29:3
  30:11 99:20
  142:8
methodology
  17:7,11,12,17
  17:20,21 18:9
  18:15,21 20:7
  20:14 21:6,10
  21:15,20 22:3
  22:6,20,23
  24:2,6,11,16,17
  24:20 26:17,24
  26:25 27:11,12
  27:16 28:9,12
  28:15,17 29:18
  29:24 30:19
  32:16 89:19,23
  92:14 93:9,15
  93:25 94:19
  97:9 121:3
  138:4,5,12

140:5 141:11
143:21 145:21
160:20 171:12
methods  19:16
  19:18,18 22:10
  22:15 37:1
  128:18 142:22
methylguanine
  53:21,25 57:25
microgram
  95:18 97:15,16
mid  93:1
middle  36:17
  135:2
million  139:20
  144:10
mind  38:24
  41:3 104:17
  115:24
minimal  140:22
  143:22 144:19
minimum  8:6
  9:6 10:21
minor  143:19
minus  86:17
minute  7:25
  50:10
minutes  7:14
  41:17,19
  180:25 181:12
mischaracteri...
  28:5 30:22
  37:25 72:6
  83:23 97:12

151:1,17 152:9
161:23 164:5
164:13,22
165:25 166:8
166:20 167:3
167:21 169:5
169:15,25
mischaracteri...
  168:5
misnamed
  47:15,19 52:25
misquoted  29:4
missed  114:14
missing  21:15
  92:12 101:3
mit's  21:8
mixed  37:13
  123:9,13,17
mixing  106:18
mixture  130:13
model  14:5,12
  15:22,24 32:21
  32:24 33:15
  35:16 151:7
modelling
  70:16 71:4
  150:21
models  37:13
moderate  96:20
modifies  53:19
molecular
  44:24
moment  173:23

monarca  18:8
monkey  141:15
month  49:1
months  9:21
morning  6:1
  7:4,5,23 8:3
  80:20
morpholine
  31:17 32:14
  34:11 35:1
  83:4,5,8,10,13
  83:14 84:3,6,9
  84:24 85:7
  89:16,25
  130:15
mortalities
  41:3
mouse  96:9
  99:25
move  8:18
  12:22 43:11
  65:18 104:8
moved  65:12
movements
  39:25
multi  33:14
  35:16
multifaceted
  56:5
multifactorial
  30:25 31:13
  100:20,21
  128:20 177:15

[multiple - new]                                                    Page 29

| | | | |
|---|---|---|---|
| **multiple**  17:13 | 83:5,8,10,13,14 | 82:2,4,6,7,10 | 170:8,12,25 |
| 23:10 101:2,5 | 84:3,6,9,24 | 82:18,19 83:2 | **near**  129:23 |
| 101:9,12 104:3 | 85:7,20,20 | 83:3,12,19 | **necessarily** |
| 104:14 105:7 | 87:9,21,22 | 84:1 85:8,15 | 36:20 61:20 |
| 105:11 144:5 | 89:16,25 | 87:6 88:10,16 | 116:15 |
| 153:15 157:2 | 101:20,20 | 88:25 89:2,4,7 | **necessary**  57:6 |
| 176:13 177:2 | 130:15 134:16 | 90:2,4,6,8,12 | 57:8 147:16 |
| 177:19 178:11 | 154:14 | 90:14 91:1,4,8 | 178:10,25 |
| **multiplicity** | **nagaria**  56:17 | 91:17 92:13,20 | 179:1,2 185:6 |
| 100:20 101:1,4 | **name**  6:16 19:9 | 97:23 98:3,5 | **necrosis**  45:2 |
| 101:5,11,21 | 43:22 47:15 | 98:12,16 100:6 | **need**  13:15 15:5 |
| 104:3,14 105:7 | 54:22 56:12 | 102:22 105:4 | 21:18 30:4 |
| 120:20,22 | 63:3 78:19 | 111:13,16,19 | 36:24 43:12 |
| 121:5,11,16 | 79:23 110:23 | 111:24 112:5,9 | 49:13 50:16 |
| 122:18 | 173:11 | 112:17 113:18 | 91:3 102:23 |
| **multivariable** | **nasal**  19:25 | 114:21 115:22 | 103:15 133:5 |
| 118:10 | **nathaniel**  3:14 | 118:4,15,25 | 141:23 145:3 |
| **multivariate** | 6:16 | 119:21,21 | 147:8 148:9 |
| 89:20 | **ndma**  13:1 | 120:19 122:10 | 149:4,6 174:13 |
| **mutagenesis** | 14:20 21:19 | 123:9,10,14,18 | 177:12 179:13 |
| 53:25 57:25 | 25:9 31:18 | 123:18 124:17 | 180:21 |
| **mutagenic** | 32:4,10 33:10 | 126:17 130:14 | **needed**  17:23 |
| 53:20 | 33:16 34:9,9 | 131:2,4,5 | **needing**  138:18 |
| **mutation**  54:1 | 34:17 35:1 | 134:16 135:9 | **needs**  138:25 |
| 54:22 55:16 | 41:6,10 44:13 | 135:11,16,20 | **neither**  182:13 |
| 58:19 | 44:16,20,23 | 140:8 144:1,3 | 182:16 |
| **mutations**  68:7 | 45:2,7 48:10 | 144:16 145:8 | **never**  12:11 |
| **n** | 49:9 51:15 | 145:12,15,23 | 17:6 23:5 77:5 |
| | 52:16 53:19 | 146:3,7,8,18,20 | 77:11 78:1 |
| **n**  2:1 3:1 4:2 | 58:23 60:14,19 | 148:13 149:1 | 104:17 144:24 |
| 24:10 31:17 | 64:18 67:4 | 150:10,14,18 | 147:11 179:2,3 |
| 32:14,14 34:11 | 68:10 70:14,21 | 150:23 153:16 | **new**  1:2,18 2:6 |
| 35:1 44:12 | 71:2,21 81:10 | 157:2 159:5,12 | 2:6 143:24 |
| 60:9 64:4 83:4 | 81:13,16,21,22 | 169:12,22 | 144:21 145:1 |

**[new - note]**                                                    Page 30

| | | | |
|---|---|---|---|
| 147:10 180:22 | 59:13 61:1 | 147:15 148:4 | **niosh**  24:10,11 |
| 180:24 182:5 | 62:1 66:13 | 149:3,7 150:25 | 28:10 |
| 182:23 | 69:19 72:5,16 | 151:17 152:2,8 | **nitrosamine** |
| **nhl**  8:13 9:21 | 76:3,14,20 | 153:8 155:18 | 32:14 87:22 |
| 10:13,21 12:19 | 77:9 78:25 | 156:2,11 | 128:8 |
| **nicoderm**  142:6 | 79:6,16 80:7 | 157:19 158:25 | **nitrosamines** |
| **nigh**  2:16,17 | 80:17,25 82:12 | 159:17 160:12 | 81:10,17 87:9 |
| 4:10 10:23 | 82:21 83:22 | 160:18,21 | 87:21 128:8 |
| 11:19 13:4 | 84:17,22 90:9 | 161:5,12,22 | 133:15 158:23 |
| 14:7,15,23 | 90:18 91:22 | 162:8,24 | 159:5,9 |
| 15:4,12 16:2,9 | 93:7,16 94:1 | 163:10,16 | **nitroso**  81:14 |
| 16:18 17:2,9 | 94:20 95:2,12 | 164:4,12,21 | **nitrosodimet...** |
| 17:22 18:16 | 95:15,24 97:11 | 165:7,24 166:7 | 44:12 134:16 |
| 19:4,11,20 | 98:17 99:3,11 | 166:19 167:2 | 154:14 |
| 20:17 21:2 | 99:17,22 | 167:20 168:1 | **nmor**  81:23 |
| 22:4,18 23:7 | 100:13 101:22 | 169:4,14,24 | 88:6 |
| 23:17 24:4 | 103:14 105:9 | 171:6,14 172:9 | **non**  8:13 9:7 |
| 25:1,11,20 | 106:2,15 109:8 | 172:12,16,25 | 12:2 40:25 |
| 26:4,10 27:14 | 110:2,8,22,23 | 173:22,22 | 104:9 |
| 28:4 29:1 30:1 | 111:8 112:21 | 174:19,23 | **noncancer** |
| 30:21 32:12,22 | 112:25 113:16 | 175:2,6,10,12 | 101:10 |
| 33:1,17,23 | 113:20,23 | 176:15 177:4 | **nonexistent** |
| 34:19 35:17 | 114:2,9,11 | 177:22 178:15 | 53:3 73:3 |
| 36:2 37:10,25 | 115:6,9 116:24 | 179:20 180:5 | 152:7,18 153:5 |
| 38:9 39:11 | 117:16,20,24 | 181:15 183:1 | 153:6 154:1 |
| 40:12 41:19 | 120:9 124:19 | **nighgoldenbe...** | 166:18 |
| 42:13,18,24 | 124:23 126:2,6 | 2:25 3:3,4 | **northeast**  3:9 |
| 43:16,25 46:16 | 126:10 127:8 | 183:2 | **northwest**  2:11 |
| 47:12,22 48:17 | 127:11,14,16 | **night**  7:7,15,21 | 2:20 |
| 49:1,12 50:19 | 129:1,4,16 | **nih**  59:8 61:17 | **notary**  1:18 |
| 51:18 52:2,7 | 131:18,21,24 | 63:17 | 182:5,23 |
| 52:24 53:5 | 132:4,10,14,18 | **nine**  116:11 | 185:13,19 |
| 54:8 55:17 | 134:7,9 139:12 | 181:9,12,21 | **note**  6:4 54:9 |
| 57:4 58:5,24 | 145:5 147:3,7 | | 183:10 |

**[noted - okay]**                                                Page 31

| | | | |
|---|---|---|---|
| **noted** 185:7 | 23:17 24:4 | 155:18 156:2 | **occur** 145:10 |
| **noticed** 61:4 | 25:1,11,20 | 156:11 157:19 | 146:5 |
| **nucleobases** | 26:4 27:14 | 158:25 159:17 | **occurrence** |
| 53:20 | 28:4,5 29:1 | 160:13,18,21 | 31:15 |
| **number** 1:3 | 30:21 32:12 | 161:5,12,22 | **occurring** |
| 6:14 8:19,20 | 33:17 34:19 | 162:8,24 | 120:14,16 |
| 10:14 25:23 | 35:17 36:2 | 163:10,16 | 125:25 140:19 |
| 26:21 31:12 | 37:10,25 38:9 | 164:4,12 | 145:18 146:8 |
| 39:22 72:2,13 | 39:11 40:12 | 165:24 166:7 | 146:23 147:1 |
| 91:5,6 104:6 | 42:13,18,24 | 166:19 167:2 | **occurs** 144:12 |
| 104:19 113:12 | 43:16,25 46:16 | 169:4,14,24 | **october** 66:6 |
| 119:10 122:24 | 47:13,22 49:12 | 171:15 172:25 | **odd** 48:19 |
| 131:14,14,18 | 51:18 52:7,24 | 176:15 177:4 | **odds** 122:5 |
| 139:3 140:6 | 53:5 54:8 | 177:22 178:15 | **offended** 69:21 |
| **numbers** 24:23 | 55:17 57:4 | 180:5 | **offer** 29:17,23 |
| 24:24 34:21,24 | 58:5 59:13 | **objections** 6:22 | 30:18 45:2 |
| 92:7 128:13 | 61:1 62:1 | **observation** | **offering** 44:6 |
| **ny** 183:15 | 66:13 69:19 | 90:11 128:19 | **office** 20:6 |
| **o** | 72:5,16 76:3 | **observations** | **oh** 10:5 35:11 |
| | 76:14,20 77:9 | 90:21 | 69:7 92:24 |
| **o** 24:10 101:20 | 78:25 79:6,16 | **obtain** 168:25 | 114:7 126:7 |
| 101:20 177:8 | 80:7,17,25 | **obtaining** | 131:17 133:5 |
| **oath** 6:20 | 82:12,21 83:22 | 43:19 | 156:22 |
| **object** 113:14 | 84:17,22 90:9 | **obvious** 83:16 | **okay** 7:15 8:5 |
| 114:6 120:5 | 91:22 93:7,16 | 95:25 | 8:19,22 9:5,23 |
| 138:20 148:15 | 94:20 97:11 | **obviously** | 10:11,17 11:9 |
| **objection** 10:23 | 98:17 99:3,11 | 101:8 135:4 | 11:16,20 12:14 |
| 13:4 14:7,15 | 99:17,22 | **occupation** | 12:22 13:14,21 |
| 14:23 15:4,12 | 100:13 101:22 | 79:25 | 17:16,25 20:24 |
| 16:2,9,18 17:2 | 105:9 106:2,15 | **occupational** | 23:4 29:16 |
| 17:9,22 18:16 | 109:8 110:2 | 21:7,9,25 26:1 | 30:6 36:14,25 |
| 19:4,11,20 | 111:5 129:13 | 40:19,25 80:4 | 39:16 40:21 |
| 20:17 21:2 | 150:25 151:17 | 80:5,15 | 43:11,12,22 |
| 22:4,18 23:7 | 152:2,8 153:8 | | 44:10,10 45:20 |

[okay - page]                                                    Page 32

46:12 49:17
50:3,20 51:1
52:19 55:8,22
59:15 62:5,21
64:8,23 65:14
66:8 67:17,25
68:18 69:4,17
70:5,11 85:24
86:20 87:4
90:24 97:7,22
102:19 105:6
107:9,11 110:6
110:8,24
113:21 115:6
115:16,21
116:18,24
117:21 118:19
125:2 126:7,8
126:16 129:1
129:17 131:10
133:11 134:6
136:8 137:5
147:9 148:16
149:7,9 151:10
151:13 154:7
155:7,13
156:23 157:17
162:5 165:6
166:25 167:22
168:21 171:7
172:17 173:19
174:13 175:11
178:7,25
180:21 181:15

181:17
**once** 24:15
131:2,2
**oncogenic** 68:6
**ones** 75:2,3
77:20,20 80:23
**online** 48:4
49:15
**open** 45:18
71:11 101:23
107:9 117:20
125:2 126:8,16
134:13 161:25
171:24 174:14
**opened** 102:6
132:16
**operations** 59:9
**opinion** 38:11
45:2,21 70:24
112:17 157:9
169:12 170:7
174:24 175:13
**opinions** 28:24
29:17,24 30:19
31:7 42:10
44:7,20 58:22
75:22 111:1
112:2 137:5
148:9,11 149:5
160:9 161:4,6
161:20 169:22
174:11,12
175:22,24,25
179:24

**opposed** 144:13
**opposing** 48:20
**oral** 18:9 21:1
22:22 26:3,24
92:20,23,24
93:2,5,6 94:15
97:22,23 98:1
98:2,6,10,12,15
138:7,11 139:7
139:17 140:20
141:16 142:6
142:11 143:2
144:7,14
145:23,23
173:5
**orally** 9:17
142:18 143:16
145:7 148:14
**order** 14:6
**organ** 10:10
145:22
**original** 104:2
**osha** 24:9,10
**outcome** 6:21
103:1,13
**outcomes** 118:4
178:5
**outline** 44:15
**outlined** 20:15
**output** 15:10
15:25
**outputs** 14:6
**outside** 25:19
26:3 40:18,18

**overall** 27:12
39:19 87:9,21
116:19 118:23
122:6 124:4
158:22
**overestimated**
39:4
**overview** 44:12
134:16 135:9
135:11,20
137:11,12
160:23 161:11
161:20 164:15
166:22
**own** 167:15
**oxidative** 45:3
60:4,15,19
**oxygen** 60:14

**p**

**p** 2:1,1 3:1,1
35:10 120:10
120:12 121:12
121:13 122:16
**p.m.** 110:14,15
181:24
**packages**
104:21
**page** 4:5,18 5:5
5:20 8:18,23
30:4,4,6,7
36:15,16 39:15
44:11,11,15,17
50:18 53:11,12

**[page - peer]**                                                    Page 33

| | | | |
|---|---|---|---|
| 55:2,2 56:3 | 61:24 62:9 | 168:23 | **parts** 73:4,17 |
| 60:1,3 62:25 | 63:1,3,4,10,14 | **paragraphs** | 154:2 162:18 |
| 63:4 64:9 | 64:19 66:16,18 | 12:12 34:1 | 167:14,15 |
| 65:10,11,11 | 69:11 111:14 | **park** 45:7,10 | **party** 6:20 |
| 66:17 67:18 | 134:10 135:8 | 52:16 59:21 | **pass** 140:21,21 |
| 70:3,9,13 | 135:10,16 | **part** 8:15 9:5 | 143:6,11,16,17 |
| 86:11,14 94:8 | 136:2,18,24 | 13:7,9 18:7 | 143:19,22 |
| 94:18 100:14 | 137:2,8 154:15 | 31:23 75:10 | 144:15,19 |
| 106:24 107:1,2 | 160:23 164:1 | 89:22 95:11 | 145:6,7,8,10 |
| 107:10,17 | 165:22 | 97:8 111:2,15 | 146:4,7,13,17 |
| 112:4 113:4,5 | **pahs** 81:5 | 112:1,9 133:8 | 154:13 |
| 113:15,16 | **panigrahy** | 133:23 137:1 | **past** 76:18 |
| 117:25 126:11 | 137:8 161:3 | 144:10 147:16 | 174:7,7 |
| 126:14,15 | 163:4,6,8 | 161:11 166:9 | **paste** 166:12 |
| 127:5,6,8 | 164:3,10,19 | 172:12 | **pasted** 75:23 |
| 131:13,14,20 | 166:17,21 | **participants** | 168:4 |
| 134:11,14,19 | 170:10,12 | 6:7 | **patch** 142:6,11 |
| 134:20,24,25 | **panigrahy's** | **particle** 18:19 | 142:19,20 |
| 134:25 135:1,2 | 111:10,12 | 19:23 20:7,9 | **patches** 142:5 |
| 135:9 137:12 | 112:4,8 135:17 | 20:18,20 22:7 | **pathways** |
| 154:7,9,10 | 135:20 136:19 | 24:15 26:12,14 | 64:10 |
| 155:14,15,16 | 160:9,19 162:6 | 26:25 28:10 | **patients** 12:2 |
| 155:24 156:17 | 162:15,18 | 41:8 | 12:16 118:4 |
| 156:21 158:21 | 163:15 164:20 | **particles** 18:21 | **pattern** 34:24 |
| 168:16,18,22 | 165:23 166:13 | **particular** | **patterns** |
| 171:18,23 | 167:1,14,16,24 | 21:19 | 153:15 157:2 |
| 172:2 173:2,13 | 168:3,13,19,20 | **particulate** | **pdf** 106:24 |
| 173:14 179:19 | 169:1,12,21 | 18:8 19:1 | 107:2,10,17 |
| 179:21,22 | **paper** 29:18,25 | 24:12 100:8 | 118:1 131:18 |
| 184:4,7,10,13 | 30:20 137:10 | **particulates** | **peak** 89:25 |
| 184:16,19 | **paragraph** | 41:6 | 115:25 116:2 |
| **pages** 43:5 55:9 | 8:25 9:3,4 | **parties** 6:10 | **peer** 17:7,12 |
| 55:11,16 56:1 | 36:17 37:1 | 182:15 | 19:19 21:4 |
| 56:4,20 60:22 | 100:15 168:20 | | 23:5,10,16 |

[peer - polycyclic]                                                          Page 34

24:14 25:10,13
27:16,20,21,25
28:1,2 92:25
93:11
**peg** 53:24 54:4
54:4,7,7 55:10
55:15 56:10,13
56:15,19,22
58:15
**pending** 47:24
48:15 50:5
176:19
**pennsylvania**
2:11
**people** 81:22
83:17 87:1
118:23,24
**peptide** 66:24
**percent** 88:16
92:7,12 93:3
97:4,24 98:19
99:5 104:21
115:4,19,21
116:20,21
118:14 120:3
120:13 122:8
124:7 126:23
127:2,10,12,14
144:16
**percentage**
100:7,8
**percentile**
96:18 113:11

**percents** 92:7
**perform** 12:24
99:1 104:3,13
139:5,24
171:17
**performed** 26:6
105:5 138:2
140:11 141:22
142:10 143:12
177:15 179:3
179:11 180:3
180:16
**performing**
26:20 93:9
143:8
**period** 9:7 40:2
46:6 116:2,12
123:25
**periods** 8:6,7
**permit** 88:20
**permits** 21:16
**peroxidation**
60:4,15
**persistence**
68:4
**person** 119:7
130:2 142:16
**personally**
43:13 60:6
64:12
**perspective**
133:17
**pertinent**
162:11

**ph.d** 183:5
184:2,24 185:2
185:4,12
**ph.d.** 1:12,16
**pharmaceutical**
6:14 104:19
142:1,8 183:4
184:1 185:1
**pharmacodyn...**
144:20
**pharmacodyn...**
144:3
**pharmacokin...**
143:25 144:20
145:17 150:23
151:6 172:23
**pharmacokin...**
140:15 142:17
144:2 149:1
150:11,14,18
150:21
**phase** 116:4
142:1,1,2,2,3,4
142:9,9
**phthalates** 35:7
35:9,11
**physiologically**
143:25 145:17
150:20
**picking** 30:12
**piece** 27:24
80:9 97:13
**piecemealing**
28:8

**pieces** 17:19,24
18:14 21:15
97:7 141:9,22
**piedmont** 3:9
**pig** 154:14
**place** 6:9 117:7
182:8
**plaintiffs** 111:3
**plant** 32:18
34:8 91:25
159:12
**plants** 41:8
**please** 6:3,23
24:1,3 48:23
49:24 54:13
65:23 72:10
74:6 96:23
167:18 169:17
177:7
**plugging** 28:11
**plus** 86:17
**point** 12:15
20:5,6 22:15
30:4 88:19
93:1 135:6
140:19 142:9
143:24 148:11
**pointed** 136:12
**pointing** 90:11
139:22 140:2,2
**pollutant** 33:14
35:16
**polycyclic** 35:4
129:9

**[polynuclear - progresses]**                                          Page 35

**polynuclear**
  81:4
**pop**  61:6
**populated**
  11:17
**population**
  36:15
**portion**  9:14
  75:24 141:16
  148:19
**portions**  27:11
  43:15 73:22
  74:14,17,20
  97:8
**pose**  27:4
**posed**  30:13
**position**  38:1
**positive**  180:17
**positives**
  101:13
**possible**  25:3
  41:14 47:15
  57:10 59:9
  73:2 91:25
  105:4,16
**possibly**  12:18
  25:2 76:4
  104:20
**potency**  88:20
  88:24
**potent**  88:25
  89:3 90:6
**potential**  32:10
  40:21 44:16,20

67:1,19 80:14
83:20 105:25
106:5 108:7
113:7 114:3
129:5
**potentially**
  32:2,8
**potentiate**
  146:16
**power**  39:19
**powerful**  39:21
  73:7
**ppm**  130:4
**practical**
  120:15
**predict**  38:15
  66:25
**predictable**
  144:4
**prefer**  11:4
  13:18 176:20
**prepare**  75:7
  166:22
**prepared**  29:17
  164:14
**preprocessing**
  33:5 83:6,7,14
  84:4,11,25
  85:3 89:18
  90:1
**prescription**
  116:11
**prescriptions**
  106:6 123:24

124:12
**present**  3:14
  54:10
**presented**
  57:22
**pretty**  48:19
**prevalence**
  31:14
**prevent**  10:8
**prevention**
  133:12
**previous**  26:8
**previously**  6:25
  28:21 172:10
**primarily**  33:9
  80:18 82:7,9
  170:9
**primary**  36:18
  37:5 81:20
  82:1 84:3
  112:16 153:16
  157:3
**primate**  93:2
  98:25 99:6
**primates**  99:2
**principles**
  31:10 138:6
**print**  87:14
  114:15
**prior**  7:25
  28:24 30:2,3
  77:1,3 178:22
**probable**  80:14
  83:20 105:4

**probably**
  104:24 108:14
  109:4 132:13
  147:7 166:9
  174:7
**problem**  27:4
  30:8 50:24
  77:11 104:22
  106:17 152:21
  172:18
**proceed**  7:1
  42:3 51:11
  78:11 110:19
  148:2 149:20
  165:17 181:11
**proceeding**
  6:23
**process**  30:14
**processed**
  51:22
**produce**  70:2
**produced**  89:5
  150:17 171:4,6
  173:9 174:17
  175:6
**product**  25:4
**production**
  172:13
**products**  1:8
**profession**  80:6
**profile**  111:18
  135:24 173:13
**progresses**
  122:24

**[promoting - quote]**                                                    Page 36

| | | | |
|---|---|---|---|
| **promoting** 112:13 | **publish** 20:5 | **pzn** 104:18 | 100:12,19 |
| **prongs** 24:5 | **published** 17:6 | | 101:14,24 |
| 75:17 138:12 | 17:17,20,21 | **q** | 102:7,10 |
| **pronounced** 35:11 | 18:15,17,25 | **qualifications** 163:8 | 103:21 104:2,9 |
| **proofed** 43:18 | 19:19 21:6 | **qualified** 163:14 | 104:10,13 |
| **propensity** | 22:7,16 25:13 | **quality** 6:5,6 | 108:15,17 |
| 12:17 89:22,24 | 27:11,13,19 | **quantify** 8:6 | 110:3 115:6 |
| 128:18 | 45:14 49:10 | **quantitative** | 120:25 148:16 |
| **properly** 176:18 | 53:25 54:6 | 34:10 129:23 | 150:15 151:21 |
| **protection** 142:24 | 55:15,25 56:9 | 130:5 | 152:13,21,25 |
| **provide** 21:10 | 58:17,19 60:20 | **quantities** 24:12 | 159:21 160:5 |
| 21:20 22:10 | 61:24 63:1 | **quarters** 116:11 | 169:17 170:3 |
| 25:4 34:22 | 64:19 66:6 | **quartile** 126:21 | 176:17,19,23 |
| 38:24 172:3,6 | 68:11 69:11 | 126:23 127:2 | 177:18,20 |
| 172:9 | 71:1 89:10 | 127:24,25 | 178:17 179:17 |
| **provided** 12:2 | 96:19 111:19 | **queried** 4:22 | 180:11 |
| 24:23 62:3 | 154:14 | 47:8 | **questioning** |
| 172:10 | **pubmed** 4:22 | **query** 51:14 | 48:19 181:13 |
| **providing** 138:25 | 5:1,9 47:8 | **question** 10:3 | **questions** 28:13 |
| **public** 1:18 | 51:14 57:21 | 15:5,8 22:24 | 48:14 50:4 |
| 12:7 182:5,23 | 61:5,17 71:9 | 23:23 27:4,7 | 72:1 110:7,24 |
| 185:19 | 71:19 | 28:12 29:16 | 113:1 120:18 |
| **publication** | **pull** 112:21 | 30:9,12 33:2 | 125:3,6 129:7 |
| 19:9 21:25 | 132:15 | 35:8 38:3 43:6 | 129:9,12 131:7 |
| 24:2 25:10 | **purpose** 160:22 | 43:8 44:1 | 136:1 137:21 |
| 56:12 61:13 | 165:8 | 46:11,18 47:24 | 137:24 145:3 |
| **publications** | **put** 47:14 156:9 | 52:9 72:10 | 149:8 168:6 |
| 21:10 | **putting** 91:5 | 82:14,17,23 | 171:25 181:16 |
| | **pvp** 144:20,21 | 84:1,20 91:10 | **quick** 147:8 |
| | **px** 5:12 117:10 | 97:1,7 98:7 | **quite** 38:25 |
| | 117:13,18 | | **quotations** 52:5 |
| | 132:5,7 | | **quote** 60:10,18 |
| | **pzm** 104:17 | | 68:1 104:20 |

[quoted - redirect]                                                    Page 37

| | | | |
|---|---|---|---|
| **quoted** 73:22 | **ratios** 106:4 | **reasonable** | **recognized** |
| 166:15 | **rbk** 1:3 6:15 | 99:5 152:17 | 112:19 |
| **quotes** 73:21 | **reach** 138:19 | 153:3 | **recognizing** |
| **r** | **reached** 115:25 | **reasonably** | 140:2 |
| **r** 2:1 3:1 5:18 | **reactive** 60:14 | 81:20 138:9 | **record** 6:2,10 |
| 101:20,20 | **reactivity** | 139:9 | 6:25 41:21,24 |
| 184:3,3 | 66:25 | **recall** 8:7,12 | 42:3 50:10,11 |
| **radical** 5:2 | **read** 16:20 | 11:5 12:5 | 50:13,17 51:2 |
| 60:21 61:23 | 30:12 36:25 | 28:24 29:13 | 51:4,7,11 70:2 |
| 62:22 | 74:9 92:2,14 | 32:5 33:25 | 78:4,7,10 |
| **radiotherapy** | 92:16 148:20 | 34:5 36:3 | 103:3,19 |
| 9:9 10:20 | 149:24 159:1 | 45:18,24 46:1 | 110:12,18 |
| **random** 37:13 | 163:22 165:2 | 71:5 73:14 | 117:8 147:18 |
| 102:3 | 168:24 178:21 | 75:5 76:15 | 147:19,23 |
| **range** 93:1,1 | 180:11 183:9 | 78:15,20 81:6 | 148:2,20 |
| **ranges** 15:14 | 185:5 | 92:17,25 | 149:10,13,16 |
| **rapid** 112:14 | **reading** 31:20 | 100:11 111:14 | 149:19 154:25 |
| **rarc** 80:1 | 43:6 96:3 | 113:1,6 125:3 | 165:4,8,10,13 |
| **rarely** 121:4 | 104:17 | 125:6 129:7,9 | 165:17 177:13 |
| **raso** 2:16 | **reads** 37:13 | 129:12 130:7 | 179:23 181:1,3 |
| **rate** 16:7 39:25 | **real** 60:25 61:3 | 131:7,14 | 181:7,10,21 |
| 95:7 96:20 | 63:22 67:14 | 134:22 135:1,5 | **recorded** 6:8 |
| 120:23 121:8 | 68:16 74:23,25 | 135:10 136:6 | **recording** 6:5,9 |
| 176:2,6,9 | 75:3 76:10 | 137:22 148:6 | **records** 108:9 |
| 180:4,16 | 77:16,23 | 150:6 151:11 | 108:10,12 |
| **rather** 84:10 | **really** 38:2 92:1 | 157:20 162:20 | 109:18 |
| 85:8 87:15 | 120:15 180:19 | 163:11 176:10 | **recurrent** |
| 90:1 93:10 | **reason** 32:7 | **receipt** 183:17 | 12:21 |
| 119:8 145:25 | 59:5 73:2 90:5 | **recess** 41:23 | **red** 133:15 |
| **ratio** 113:10 | 145:9 164:19 | 51:6 78:6 | 158:16,23 |
| 116:3 119:3,9 | 183:11 184:6,9 | 110:14 147:22 | 159:9,12 |
| 119:15 122:5 | 184:12,15,18 | 149:15 165:12 | **redirect** 4:12 |
| | 184:21 | 181:6 | 147:14 149:22 |

**reduces**  45:2
**redundant**
  136:21
**refer**  99:23
  100:14 133:21
  134:4 138:23
  143:14
**reference**  8:18
  60:8 96:22
  103:22 153:19
**referenced**  9:17
  24:13,14,18
  41:7 73:19
  74:9 96:21
  98:18,22,24
  99:4 139:9
  145:13 158:19
  163:1 183:6
**references**
  19:12 77:11
  79:18 111:22
**referencing**
  10:12 37:19
**referred**  8:13
  128:23
**referring**  13:22
  13:24 84:15
  94:4,10,12,13
  94:17 136:14
  153:15 157:15
  171:18
**reflect**  103:4,19
**reflected**
  165:22

**refrain**  49:25
**refresh**  11:15
  11:18 179:13
**regarded**  45:21
**regarding**
  100:16 104:6
  111:13 130:11
  148:11 168:17
**registration**
  104:19
**regressions**
  89:20
**regular**  79:5,8
  79:14
**regulatory**
  93:10
**rejection**  9:20
  10:8
**related**  6:20 8:3
  12:13,20 106:9
  106:14 108:3,7
  108:8,24 109:9
  109:16 114:5
  114:12,16,18
**relation**  139:22
**relationship**
  127:24 128:2
  128:15
**relative**  182:14
  182:16
**relevant**  81:3
  162:23
**reliability**
  15:25 16:16,25

21:12 31:10
  37:24 38:8
  162:14 163:14
**reliable**  14:5,6
  45:17 46:14,15
  141:4,6
**reliably**  92:2
**reliance**  172:1
**relied**  24:19
  33:18 92:24
  111:15 112:1,8
  125:13,17
  135:19 136:22
  165:20 168:16
  168:24 169:21
**reload**  154:24
**rely**  18:7,7,9,10
  18:12 38:10
  75:19 89:23
  93:11 111:2
  137:1 141:23
  148:8 165:21
**relying**  9:15
  14:22 27:20
  34:14 90:10
  137:7 160:8
  161:2,10,10,18
  161:19 166:16
  168:12,13
  169:11
**remain**  37:6
**remained**  36:19
**remaining**
  181:13

**remember**  27:2
  89:13 103:16
  120:18,25
  132:25 136:3
  156:19
**remind**  100:11
**removed**  59:10
  119:20
**repair**  53:24
  57:24 68:5
**repeat**  16:19
  42:19 61:15
  72:9 74:6
  104:10 152:25
  169:16 176:3
  176:20 180:10
**replaced**
  166:17
**replication**
  68:6
**report**  9:18
  10:16 12:25
  19:13 20:8,15
  20:16 22:3
  23:16 32:1
  34:6 39:13
  42:7,11,17,23
  43:1,5,7,13,22
  44:5,10 46:7
  46:13,15 49:3
  53:10 55:9,12
  58:3,13 59:25
  64:2,8 65:15
  66:9 67:17

[report - reviewed]                                          Page 39

| | | | |
|---|---|---|---|
| 69:5,8 70:3,9 | 164:19,20 | **require** 143:21 | **results** 12:16 |
| 72:3,14 73:4 | 165:23 166:3,6 | **required** | 16:8 31:12 |
| 73:18,23 74:5 | 166:13 167:1 | 129:24 139:8 | 34:1 51:24 |
| 74:8,11,15,21 | 167:10,14,16 | 185:13 | 52:12 58:8 |
| 74:23,25 75:6 | 167:24 168:3 | **requirements** | 71:24 119:5 |
| 75:12,22 76:10 | 168:13,15,18 | 21:20 | 123:17 140:7 |
| 76:12 77:1,18 | 168:20 169:1 | **research** 43:19 | 158:21 178:4 |
| 77:25 78:15 | 169:12,22 | 45:15,20 46:23 | **retirement** |
| 93:20 94:2,7 | 170:14,19,21 | 47:9,20 52:23 | 36:22 39:7 |
| 96:24 100:10 | 171:12 173:17 | 54:1,22 55:16 | **retract** 43:7 |
| 100:15 102:24 | 173:18 174:9 | 58:19 59:22 | 102:9 152:12 |
| 103:7,10,12,15 | 180:19,20 | 75:20 | 159:21 160:2,5 |
| 103:17,20,23 | **reported** 9:7 | **researching** | **retrieved** 51:23 |
| 104:16 107:3 | 153:24 | 53:7 | **return** 183:13 |
| 111:10,12,15 | **reporter** 1:17 | **respect** 20:18 | 183:16 |
| 112:4,8 118:23 | 6:18 148:20 | 29:19 100:15 | **reveal** 99:5 |
| 131:8,11 133:8 | 182:4 | 173:2 | 175:23 |
| 133:21 134:11 | **reporting** | **respectfully** | **reverse** 115:2 |
| 134:12 135:1 | 91:18 | 96:2 | **review** 7:15 8:2 |
| 135:16,17,20 | **reports** 35:20 | **respiratory** | 11:4 23:6,16 |
| 136:10,20,23 | 76:19 77:8 | 19:24 145:11 | 25:10 26:16 |
| 137:6,15 | 111:3,9 123:16 | **response** 34:4 | 46:3 128:17 |
| 139:10 143:15 | **represented** | 70:15 71:3 | 150:7 174:4,6 |
| 145:13 151:15 | 6:24 | 89:5 127:23 | 177:13 183:7 |
| 151:25 152:5 | **representing** | 128:2,4,6,9,15 | **reviewed** 17:7 |
| 152:11,16 | 6:17 | 128:20 | 17:12 19:19 |
| 153:4,24 154:2 | **represents** | **responsive** | 21:4 23:10 |
| 154:7 156:9,16 | 111:21 | 104:9 179:24 | 24:14,25 25:13 |
| 156:21 157:16 | **request** 48:13 | **rest** 136:10 | 27:16,20,21,25 |
| 158:19 160:9 | 49:2,3,5,25 | 137:5 | 28:1,2 35:18 |
| 160:17 161:14 | 50:3 102:15 | **restroom** 41:17 | 35:18 46:7 |
| 161:25 162:6 | 147:10 171:3 | **result** 21:21 | 61:4 63:23 |
| 162:10,11,18 | **requested** | 59:10 139:20 | 69:22 89:13 |
| 162:21 163:15 | 148:19 | 144:2 | 92:25 93:11 |

**[reviewed - rubber]**                                      Page 40

| | | | |
|---|---|---|---|
| 102:21 111:19 | 102:4,17 107:7 | 93:8,9,10,15,24 | **ros** 60:14 |
| 161:13 162:7 | 107:25 108:10 | 94:19,22 96:5 | **rotate** 86:7,11 |
| 162:16 170:14 | 108:20,24 | 96:15 97:2,8 | **route** 20:25,25 |
| 174:1 175:16 | 109:18 110:25 | 97:18 106:8 | 21:16,16 22:6 |
| **reviewing** 71:5 | 111:1 112:7 | 115:22 116:19 | 22:6 24:17,17 |
| 159:22 162:10 | 113:17,20 | 116:22 118:14 | 26:20,20,23 |
| 163:18 | 114:23 115:15 | 119:3 120:3 | 28:11,11,16,16 |
| **reword** 98:9 | 115:19 116:17 | 122:8 124:4,7 | 137:25,25 |
| **ridge** 2:20 | 116:23 118:2 | 124:16 126:21 | 138:5,5,11,11 |
| **right** 8:24,25 | 121:4,7 122:22 | 126:24 127:3 | 138:14,14 |
| 12:3 13:2,8,11 | 123:7 124:6,14 | 129:19 130:21 | 139:13,13,17 |
| 22:12,17 23:6 | 125:23 126:1 | 130:23 131:3 | 139:17 140:4,4 |
| 24:7 27:24 | 130:19 134:13 | 133:16 137:22 | 140:12,12 |
| 28:2 37:20 | 134:21 135:3,6 | 137:25 138:3 | 141:3 142:7,7 |
| 41:6 42:8 43:5 | 136:15 137:13 | 138:16,17,22 | 142:14,14 |
| 44:5,5,13,17 | 146:12 148:22 | 139:2,5,8,18,22 | 143:3,3,8,8,12 |
| 45:4,5,10,12 | 150:11,14,19 | 139:24 142:23 | 143:12 145:23 |
| 47:11 48:4,7 | 150:24 151:6,8 | 143:1 144:9 | 146:1,1 170:16 |
| 51:17 53:21 | 154:10 155:6 | 147:1 158:24 | 170:16 171:11 |
| 55:10,16 56:1 | 155:17,21 | 159:5,10 | 171:11 172:24 |
| 56:6 57:22,25 | 156:1 157:4 | 171:17,18 | 172:24 173:3,3 |
| 58:20 59:23 | 158:13,20,24 | **risks** 82:18 | **routes** 138:7 |
| 60:16,23 61:12 | 159:16 160:10 | 83:2,18 | 142:21 144:7 |
| 61:14,16,19 | 165:23 166:13 | **road** 3:9 | **routinely** 31:11 |
| 62:23 64:10,15 | 167:19 169:13 | **robert** 56:9 | **rubber** 13:1,22 |
| 64:22 66:11 | 169:23 170:17 | **roberts** 96:16 | 14:1 26:1 |
| 67:12 68:7 | 172:6,10 173:9 | 146:9 183:4 | 31:16 32:14,15 |
| 69:12 71:19 | 175:6,8 177:9 | 184:1 185:1 | 33:8,8 34:4,4,7 |
| 72:15 74:1,15 | 179:8,9 | **robust** 142:13 | 34:7,25,25 |
| 76:23 82:20 | **risk** 14:13,21 | **role** 45:7 49:10 | 40:6 41:7 80:1 |
| 86:10 87:1,7 | 16:17 17:1 | 51:16 | 80:5,11,16 |
| 87:10 88:5,11 | 70:15 71:3 | **roles** 56:6 | 81:11,18,23 |
| 88:14,19 91:2 | 82:3,5,10,17 | **room** 7:9,11 | 87:13,17,25 |
| 91:9 97:9 | 83:1 84:10 | | 88:2,21 89:1,3 |

[rubber - section]                                                        Page 41

89:6,7,8 90:5,7
90:13,14,16,16
91:25 100:6
129:6,19
130:10,11,18
130:21,22
**rule**  85:7
**ruled**  140:25
146:3
**ruling**  83:4
**run**  77:11 78:1

**s**

**s**  2:1 3:1 4:16
5:18,18 24:10
35:10 85:20
184:3
**s10**  119:25
**s11**  121:20
**s22**  123:6,16
124:2
**safety**  21:7,9,17
21:18,21 22:1
138:8,19,22,25
139:3,8,19,20
140:7 142:3
143:5
**samples**  39:22
**saw**  145:23
**sawyer**  1:12,15
6:12 7:4 8:5
12:24 17:6
19:16 27:10
28:21 30:17

32:1 33:14
46:22 47:7,23
48:12,17 49:8
50:6,23 52:15
55:9,25 56:19
57:21 58:8,21
59:4 63:17
65:7,17 66:16
70:8,12 71:17
72:2,8,13 76:9
78:14 79:25
92:19 93:4
95:3,12 96:23
97:22 100:19
102:3,13,15
104:15 105:24
107:8,20
110:23 149:24
151:10 152:16
153:25 154:21
159:14 160:8
164:25 167:13
167:25 168:11
183:5 184:2,24
185:2,4,12
**saying**  10:11,22
47:19 60:10
89:2 91:6
134:1 164:2
168:14 169:3
172:15 177:10
179:21
**says**  9:5 36:17
41:5,9 51:22

52:12 54:22
56:8 65:10
66:5 67:19
71:24 88:10,10
107:12 108:11
113:10 114:4
114:12 118:3
121:25 123:21
123:23 132:12
155:7 165:20
165:21
**science**  5:5
27:21 64:3
65:10
**scientific**  17:8
19:19
**scientist**  163:18
**scientists**
163:22
**score**  87:23
127:17 128:9
**scores**  89:16,22
89:24
**scoring**  128:18
**screen**  6:8 65:7
65:8 114:15
154:20,21
**screening**
66:24
**screenshot**
132:13,14,23
132:24 133:3
**screenshots**
133:1

**scroll**  54:25
62:25 66:17
**scrolling**  56:22
**search**  5:1,9
48:13 50:4
51:22 52:6
57:21,24 61:5
61:9,21 63:17
71:9,19,21
79:14 165:5
**searched**  48:6
**searches**  61:5
**searching**  48:4
48:7 49:25
50:1 96:24
102:16,17
103:4,6,10,20
**second**  9:6
37:12 100:15
126:3 131:21
132:3 149:10
165:5
**secondary**  9:10
59:7
**section**  9:1
20:24 34:2
44:11,15 45:1
46:12 53:14,17
60:4,7 64:9,12
64:15 67:18,22
75:6,8 76:2,12
92:14,16
106:23,24
107:12,15

[section - significant]                                              Page 42

| | | | |
|---|---|---|---|
| 152:4 156:17 | 116:7,13 117:3 | **sent**  173:22 | **showed**  50:19 |
| 159:16 161:11 | 117:14,16,17 | 175:17 179:19 | 58:8 59:21 |
| 161:20 164:1 | 117:18 118:3,7 | 180:22 183:14 | 61:13 133:1 |
| **sections**  59:8 | 118:8,12 | **sentence**  9:6 | 158:6 |
| 73:21 161:14 | 121:20 123:21 | 37:12 39:17 | **showing**  8:19 |
| 161:17,18 | 125:13,21 | 104:18 107:14 | 59:6 86:16,17 |
| 162:10 166:18 | 126:5,17 | 157:6 159:15 | 117:14 130:5 |
| 168:15,24 | 127:18 130:22 | **sentences**  12:16 | 148:13 155:2 |
| 170:14 | 132:19,24 | **separate**  18:18 | **shown**  80:9 |
| **see**  9:3,12 10:9 | 133:3,5,6,13,18 | 32:10 34:15 | **shows**  20:4,9 |
| 11:16 13:15 | 136:9 154:8,17 | **separating** | 51:14 113:11 |
| 36:23 37:4 | 154:19 155:9 | 33:15 34:17 | 114:22 115:21 |
| 39:16,19 47:7 | 155:20 168:2 | **september**  4:20 | 116:9 126:18 |
| 47:10 50:6,23 | 171:4 172:19 | 29:12 | 133:11,15 |
| 51:25 52:12 | 180:23 181:14 | **sequentially** | 143:15 |
| 53:12 54:20 | **seeing**  12:5 | 63:10 | **shr**  90:6 128:14 |
| 55:1,5,13,19 | 86:22 132:25 | **serve**  32:2 | **shrs**  89:6,10 |
| 56:2,7,11 | 173:10 | **set**  182:9 | 90:12,13 |
| 58:10 60:3 | **seems**  167:16 | **seven**  149:19 | **si**  2:24 |
| 61:23 62:15,25 | **seen**  6:7 129:22 | **several**  81:24 | **sic**  54:4,7 |
| 63:7,12,25 | **send**  48:24 | 111:14 136:1 | **side**  87:16 |
| 65:13 66:3,19 | 172:13 | **share**  50:8 | **sign**  183:12 |
| 66:22 67:2,20 | **senejani**  56:4 | 54:13 57:18 | **signature** |
| 68:25 70:17 | **sense**  59:24 | 65:24 71:10 | 182:21 |
| 71:17,23,25 | 84:23 | 86:16 132:20 | **signed**  183:19 |
| 86:7,8,10,15 | **sensitive**  96:12 | 154:23 155:1,2 | **significant** |
| 87:3,16,18 | 100:2 144:9 | **sheet**  183:11 | 15:15 34:3 |
| 89:15 93:4 | **sensitivity**  31:1 | **shortly**  117:14 | 84:19 85:16 |
| 94:6 96:1,22 | 31:13 89:20 | **show**  9:18 30:2 | 89:5 90:15 |
| 103:24 106:25 | 100:22 105:3,5 | 59:22 89:25 | 115:1,3,17,23 |
| 107:3,14 108:4 | 116:5,16 123:2 | 118:14 120:2 | 118:17 120:7 |
| 108:11 112:22 | **sensitization** | 124:15 128:14 | 120:11 121:18 |
| 113:10,13 | 67:1 | 142:17,18 | 121:19 122:12 |
| 114:4,12,20 | | 144:8 146:14 | 122:14,16,17 |

126:24 127:3
127:21 128:10
129:18 156:25
178:4,12
179:14
**significantly**
145:15
**siken** 3:4
**similar** 9:10
**simple** 31:21
92:22
**simplistic**
101:14
**simply** 88:20
95:6,17 96:15
97:2 127:23
137:11 140:5
140:15 173:3
**simultaneously**
101:12 176:13
177:2,19
**single** 22:9,25
24:19 26:2
36:1 37:8,22
38:7 142:10,12
142:16 145:19
145:22 146:2
**site** 144:5
145:19,24,25
146:2
**six** 9:21 147:25
149:13
**size** 18:20 19:1
19:23 20:7,9

20:19,21 22:7
24:15 26:13,14
26:25 28:10
41:5,8
**sjolund** 56:3
**skin** 66:25
**skip** 151:13
**slash** 55:4
**small** 36:25
87:15
**smaller** 141:18
**smoking**
106:10
**sobol** 56:9
**sokolow** 70:14
71:2 131:8
**sold** 104:21
**solutions**
183:23
**somebody** 19:1
**someone's** 32:3
32:9
**somewhat**
39:21
**sorry** 9:23 10:4
10:5 21:13
23:21 26:9
35:12 36:15,15
60:3 67:7 69:6
72:7 74:24
78:22 82:9
92:24 98:11
101:1,3 108:19
120:17 122:14

123:14 126:6
126:12,13
127:5,6,6,11
131:21 132:24
146:6 147:5
150:12 152:24
156:6 160:24
168:18 173:8
174:19 181:13
**sought** 8:6
**sounded**
177:10
**sounds** 110:6
181:18
**source** 58:21
80:10
**sources** 27:4
42:16,22,22
44:7 70:15
71:3,22
**speak** 163:4
**speaking** 31:9
90:17
**speaks** 141:11
**speciate** 131:2
**speciating**
130:24
**species** 60:14
99:1,1,9,9,21
**specific** 27:5
130:25
**specifically**
30:10

**specifics**
137:17
**spectro** 66:25
**spectrometer**
92:2
**spectrophoto...**
66:24
**speculate** 81:7
**spell** 177:7
**spelled** 137:6
**spent** 150:7
**spoke** 7:8
106:17 128:17
130:14 148:12
148:12
**spoken** 163:6
**square** 2:20
86:17,18
**stand** 42:10,16
42:22 43:23
**standard** 1:20
128:19
**start** 26:21
130:2 135:8
153:9
**started** 76:5
**starting** 50:7
134:11
**starts** 37:2
44:11 143:1
**state** 1:18 6:23
57:9 123:8
182:5,23

[stated - study]                                                      Page 44

| | | | |
|---|---|---|---|
| **stated** 31:22 | **stop** 95:24 | 82:8 92:25 | 41:9 45:10 |
| 159:7 174:23 | 96:23 102:15 | 93:11 98:19,22 | 46:11 64:4 |
| **statement** | 144:23 | 98:24,24 99:4 | 73:20 74:19 |
| 53:23 157:10 | **story** 87:5 | 112:20 121:5 | 81:13,15,20 |
| 175:1 | **stratification** | 130:11 139:10 | 82:4,18 83:2 |
| **statements** | 89:21 | 140:25 142:2,4 | 83:18 85:13,22 |
| 64:15 | **street** 25:5 | 144:8,21 | 89:9 90:7 |
| **states** 1:1 60:13 | **strength** | 146:14 147:10 | 92:12 95:11 |
| 69:10 110:5 | 179:12 180:2 | 148:23 151:25 | 98:25 100:7,12 |
| **stating** 27:19 | 180:15 | 153:6,17,24 | 101:8,10,10,21 |
| 28:24 | **strengths** 31:7 | 154:1 157:1,3 | 102:8,13,20,25 |
| **statistic** 128:13 | 31:19 46:8 | 157:12,13,15 | 103:2,13 104:2 |
| **statistical** | 102:22 | 158:18 162:6 | 104:5,13,23,23 |
| 104:25 | **stress** 45:3 60:4 | 162:17,25 | 105:18 106:1 |
| **statistically** | 60:15,19 | 163:1,1,23 | 106:18,19 |
| 15:15 85:16 | **strike** 98:11,23 | 168:25 169:2 | 107:4,5,6 |
| 89:5 90:15 | 104:8 120:17 | 170:11 175:12 | 108:14,18,20 |
| 115:1,2,17,23 | 123:14 132:24 | 175:16,23 | 108:21 109:6 |
| 118:17 120:7 | 146:6 | **study** 4:21 5:10 | 109:13,21 |
| 121:18 126:24 | **strong** 144:11 | 5:11,12 10:18 | 112:22 113:2,5 |
| 127:3,21 128:9 | **struggling** | 11:2,4 13:10 | 113:8 114:17 |
| 129:18 156:25 | 87:14 | 13:18,21,22,24 | 115:21 116:12 |
| 178:11 | **studied** 178:6 | 14:20 16:8 | 116:25 117:1,3 |
| **status** 40:6,10 | **studies** 7:15,20 | 18:9 20:4 | 118:14 119:5 |
| **stenographic** | 8:2,6 9:18 | 24:13,14 26:2 | 119:19 120:17 |
| 6:25 | 10:12 13:8 | 28:22 30:24 | 121:11,17 |
| **stenographic...** | 17:12 18:13 | 31:8,10,15,18 | 122:11 123:1 |
| 182:8 | 26:19 43:19 | 31:19,21 34:1 | 123:16,25 |
| **step** 22:20,21 | 46:5,8 61:6 | 34:14 35:24,25 | 124:16,20,25 |
| 24:20 26:15 | 69:22 73:5,6,8 | 36:6 37:9,20 | 125:4,8 126:3 |
| **stephanie** 2:19 | 73:15 74:21 | 37:24 38:8,11 | 128:24 129:1 |
| 117:2 | 75:21 76:22 | 38:21,25 39:21 | 129:25 130:8 |
| **steps** 27:6 | 77:10,19,23 | 39:21 40:1,2,7 | 131:8 136:13 |
| 139:3 | 79:20 81:19 | 40:10,17 41:5 | 141:14 142:4 |

**[study - tabulation]**                                                    Page 45

| | | | t |
|---|---|---|---|

143:15,25
144:21,25
145:13,16,17
147:15 148:5,8
148:11,12
149:25 150:1
150:10,13,18
151:7,11 157:9
158:18 159:14
159:18,23
160:4 175:5,7
176:1,5,7,11,14
177:1,3,5,11
178:8,10
**stuff** 167:6,10
**subject** 104:24
137:9
**subjected** 23:5
23:16
**subjects** 31:12
36:19 37:5
106:18,20
119:8 125:14
125:21
**submitted**
25:10
**subscribed**
185:14
**subsequent**
12:19 63:9
**subsequently**
162:7
**substance**
84:15

**substances**
130:14,16,17
**substantial**
140:21 143:22
**subtract**
180:19
**succeeded**
162:10
**sufficient** 21:5
38:14
**sufficiently**
46:14,14
**suggest** 12:16
129:17
**suite** 3:9
**sum** 81:14
128:8
**summaries**
74:9
**summary** 75:7
75:15,25 76:12
79:19 87:2
111:22
**supplement**
34:21 87:2
89:12,14,15,24
128:23
**supplemental**
118:19 125:17
**supplements**
85:14
**support** 45:6
53:23 58:22
60:18 64:14

70:19 159:9,15
**supported**
136:19 157:6
**supports** 70:24
157:10
**sure** 10:2 16:23
37:11 55:7
74:7,13 77:16
77:22 79:7
105:13 164:6
164:11 175:2
180:11
**surprise** 154:5
**susceptible**
146:25
**suspected**
106:7
**sweasy** 56:4
**swenberg**
68:10 69:11
**sworn** 7:1
185:14
**system** 109:17
**systematic**
148:13
**systemic** 13:2
25:9 140:18
142:5 144:13
145:25 146:15
148:25
**systemically**
144:12

**t** 4:16 5:18
35:10,10 89:11
90:15 127:17
127:22 128:5
128:10 184:3,3
**tab** 4:22,23,24
5:11 11:16
29:6 36:7 47:1
47:8 49:18
54:12 57:12
62:10 64:25
65:18 68:18
71:10 85:21
105:18 117:5
154:19 157:23
158:12
**table** 12:12
86:6,7,8,22,23
88:9 113:5,11
113:15 116:7
117:25 119:25
121:20,23
123:6,8,16,20
124:2,15 125:4
125:10,10,13
126:15 128:17
**tables** 89:12,14
89:15,24
125:17 128:22
128:23
**tabulation** 84:8

[take - thoroughly]                                                    Page 46

**take** 6:9 41:16
62:3 64:21
78:2 92:16
110:9,10
116:25 121:20
124:19 126:2
126:11 129:1
131:10 134:7
136:16 147:3,3
**taken** 1:19 6:12
41:23 51:6
73:25 74:20
78:6 142:18
147:22 149:15
165:12 181:6
182:7
**takes** 117:7
**talk** 135:8,9
180:24
**talked** 105:16
136:12 164:2
170:16 174:22
179:22
**talking** 78:14
85:11 128:23
135:5 161:2
171:23 174:20
175:4
**tandem** 22:10
**target** 145:22
145:24
**tdg** 56:5
**tedious** 161:14

**tell** 60:24 62:15
68:15 75:2
76:9 91:16
152:17 153:3
167:19
**tells** 87:5
**ten** 41:19 46:4
46:10 96:7,10
96:12,18 130:4
178:5 180:25
**term** 51:23
61:3 69:21
72:20 84:18
101:4 116:6,10
116:18,21
123:2,21,23
124:2
**terminus** 3:8
**terms** 31:9,24
32:16 34:17
73:7 75:16
80:10 85:6
104:23 126:20
128:4 135:20
137:7,8,19
**test** 38:24
101:8,12
103:16 119:1
**tested** 81:15
176:13 177:2
177:19
**testified** 28:21
73:25 151:10
160:8 164:18

164:21 174:18
177:21 179:3
**testifying** 23:14
47:13 51:19
55:18 167:17
168:7
**testimony**
17:16,19 18:25
20:13 21:24
27:10 28:5
30:2,3,5,22
37:7 40:24
52:19,22 63:22
67:13,25 70:23
72:6 74:5
77:21 82:5
83:17,23 85:15
89:8 97:12
105:24 109:2
150:22 151:1
151:14,18,24
152:9 153:13
161:23 164:5
164:13,22
165:25 166:8
166:20 167:3
167:21 168:5
169:5,15,25
171:10 181:20
182:7 183:9,17
185:8
**testing** 100:20
101:1,1,5,5,11
104:15 105:7

**text** 74:4,8,11
74:18 75:12,22
**textbook** 20:3,6
20:14,24
**textbooks** 27:3
**thank** 12:22
86:21 131:17
**thanks** 145:3
**theoretically**
91:25
**thing** 7:17,22
61:6 84:5
86:19,20
168:23
**things** 31:18
98:4 118:22
128:21 147:11
**think** 7:8 11:5
11:10 21:8
24:10 26:17
30:3 46:5,6
57:5,7 73:10
86:9 89:11
94:3 101:14
105:16 147:15
149:9 152:6
153:22 165:7
169:11 170:16
171:6 179:16
179:20,22
**thinking** 95:25
102:18
**thoroughly**
23:10 41:11

**[thoroughly - trangle]**                                          Page 47

148:23
**thought**  152:3
166:25 178:22
**three**  12:12
41:7 51:10
78:4 80:24
116:12 119:14
123:25 124:3,8
124:16 153:16
157:3 160:23
174:16,19
**threshold**
15:16 91:9
**throughput**
66:23
**tier**  138:23,24
138:24,24
**tiers**  138:23
143:4
**till**  165:1
**time**  1:20 6:2,3
6:23 39:1 40:1
40:22 41:20
42:2 46:12
51:3,10 70:9
78:3,10 90:17
107:24 110:11
110:17 113:24
122:24 147:13
147:18 148:1
149:11,13,19
150:7 165:9,16
172:5 174:15
175:9 180:22

180:23 181:2
181:10,20
182:8 183:18
**timeframe**
183:8
**times**  25:18,22
76:18 77:1
95:6,7 100:1
100:22
**tiny**  114:14
**tissue**  9:20 10:8
10:8
**title**  47:15 48:6
48:11 51:15
52:6 54:4,7
58:2 63:18
66:23 67:5
71:2,22 121:25
154:13
**titled**  56:5
60:19 68:10
**today**  7:24
17:16 20:13
23:15 29:22
52:19 67:13
70:23 74:5
150:8 153:23
170:16 174:2
174:18 180:25
**today's**  13:13
181:20
**together**  18:15
24:19

**told**  174:17
178:18
**took**  118:24
**tool**  73:9,12,14
74:3,3,10 75:4
78:18,19,21
79:11,13,19,23
97:8
**tools**  73:6 74:7
74:17 99:9,19
**top**  46:10 86:13
88:9 132:19,22
133:3 134:20
155:7
**topics**  164:10
164:14 166:16
**tori**  3:7
**totality**  22:2,15
24:3
**totally**  102:4
**towards**  88:9
**towered**  83:13
**toxic**  130:17
**toxicity**  45:7
48:10 49:9
51:16 52:17
**toxicological**
25:14 46:5
81:25 99:21
100:2 101:9
111:18 128:19
135:24 140:18
141:5,13
173:13

**toxicologist**
24:25 25:23
88:24 90:12
175:24
**toxicologists**
23:6 25:3
31:11,20 89:23
128:21
**toxicology**  5:6
18:18,19 19:6
19:23 20:3,3,7
22:8,20 26:6
64:19 66:5
67:11 99:10
**tpm**  130:2,3
**trachea**  20:1
**track**  145:11
175:19
**tract**  19:24
**trade**  8:11
**training**  26:5
31:23 170:9
**trangle**  2:4 4:7
4:12 7:3 11:1,9
11:15,20,23
13:6 14:10,18
15:1,7,20 16:5
16:13,22 17:5
17:15,25 18:5
18:24 19:8,15
20:12,23 21:13
21:23 22:12,14
23:3,13,20,25
24:22 25:7,17

[trangle - two]                                                              Page 48

| | | | |
|---|---|---|---|
| 25:25 26:8 | 79:10,22 80:13 | 159:25 160:5,7 | **trend**  34:5 |
| 27:9,23 28:20 | 80:22 81:9 | 160:15,19,24 | 89:11 90:15 |
| 29:5,11 30:6 | 82:16,25 84:13 | 161:1,9,16 | 127:17,22 |
| 30:16 31:5 | 84:20 85:10,19 | 162:4,13 163:3 | 128:6,10 |
| 32:20,24 33:13 | 85:25 86:5 | 163:13,25 | **triangle**  86:17 |
| 33:21 34:13 | 90:23 92:5 | 164:9,17,23 | 86:19,20 |
| 35:3,23 36:5 | 93:13,17,22 | 165:4,19 166:5 | **trick**  179:6 |
| 36:12 37:18 | 94:5,9,13,25 | 166:11,24 | **tried**  56:24 |
| 38:5,19 39:14 | 95:10,19,22 | 167:8,22 168:7 | 63:24 125:16 |
| 39:17,24 40:16 | 96:2,23 97:6 | 168:10 169:10 | **true**  15:2 16:11 |
| 41:16 42:5,15 | 97:21 98:21 | 169:19 170:6 | 82:8 124:15 |
| 42:21 43:3,21 | 99:8,15,20 | 171:3,7,9,20 | 182:6 185:8 |
| 44:4 46:19,21 | 100:5,18,25 | 172:4,8,11,14 | **truly**  167:23 |
| 46:25 47:6,18 | 101:25 102:2,9 | 172:17,21 | **truthfully** |
| 47:23 48:3,12 | 102:12 103:3,9 | 173:8,16,19,25 | 91:25 |
| 48:23 49:5,7 | 103:19 104:1,8 | 174:13,21,25 | **try**  50:4 64:22 |
| 49:17,23 50:9 | 104:12 105:15 | 175:3,8,11,15 | 86:20 92:17 |
| 50:16,20,22 | 105:23 106:12 | 176:19,25 | 98:9 134:1 |
| 51:1,13 52:4 | 106:22 109:12 | 177:6,8,12,17 | 155:3 179:6 |
| 52:11 53:2,9 | 110:6 111:5 | 178:1,18,24 | **trying**  13:16 |
| 54:11,19 55:22 | 113:14 114:6 | 179:18 180:1,8 | 26:13 27:18 |
| 55:24 57:7,11 | 120:5 127:5 | 180:14,21 | 28:17 47:25 |
| 57:17 58:7 | 129:13 131:16 | 181:12,17 | 49:15 50:1,24 |
| 59:3,15,17 | 138:20 144:23 | **transcript** | 154:22 167:13 |
| 61:11 62:5,7 | 145:2 147:5,9 | 165:6 182:7 | **tumor**  112:14 |
| 62:15,17 64:1 | 148:15 149:9 | 183:6,19 185:5 | **turn**  86:9 123:5 |
| 64:7,23 65:5 | 149:23 151:5 | 185:8 | **twice**  119:13 |
| 65:17,23 66:2 | 151:23 152:12 | **transplant** | **two**  9:7 10:21 |
| 66:15 68:23 | 152:15,24 | 10:10 | 12:15 13:8 |
| 70:1,5,7 71:8 | 153:2,12 | **traurig**  3:6 | 22:21 23:1 |
| 71:16 72:7,12 | 154:18 155:21 | **treated**  9:19 | 24:18 27:6 |
| 72:19 76:8,17 | 155:23 156:5 | 12:2 | 42:2 51:4 |
| 76:23,25 77:14 | 156:15 157:22 | **treatment**  9:8 | 88:23 98:4 |
| 78:2,13 79:4 | 158:4 159:3,20 | 9:19 12:19 | 112:15 119:12 |

[two - used]                                                              Page 49

151:25 174:7
179:5
**type**  4:5 31:12
31:12 38:15,15
**typically**  46:3
**typo**  153:10,13
153:18,20

**u**

**u**  5:18 60:9
64:4 85:20
**u.s.**  18:7 93:5
93:14,23 94:14
134:22 135:1,5
135:9 170:25
171:11 172:22
**ug**  91:1 92:7
**uk**  13:1,10,22
13:25 35:25
37:9 38:7
**unable**  43:6
**uncertainty**
138:17,18
173:6
**unclear**  115:7
**uncontaminat...**
118:25 119:22
121:24 122:11
123:10,18
124:12
**under**  36:15,16
37:1,12 114:20
114:21 120:2
126:17 128:3

**underestimated**
39:3
**undergoes**
143:4
**underlying**
14:5
**underneath**
116:9
**understand**
10:2 18:2 38:2
52:8 69:22,24
75:18 82:13,22
84:1,5 91:11
91:12 108:17
150:15,22
167:13,23
**understanding**
18:6,14 111:16
164:11
**underwent**
10:20 173:6
**undeveloped**
9:20
**unethical**
141:13
**unexposed**
118:4,16 120:4
**unit**  6:11 41:21
42:2 51:4,9
78:4,9 110:19
147:20,25
149:13,18
165:15 181:3,9

**united**  1:1
**units**  97:15
181:22
**universe**
162:22
**unnecessary**
159:21 178:22
179:5,8
**unquote**  104:20
**unreasonable**
22:23,24 27:7
27:19 28:18
**update**  126:4
**upper**  15:14
**urinary**  142:17
**urine**  142:19
**url**  55:1,2
132:19,20
133:4,7,8
136:13
**use**  21:16 22:25
23:4 27:25
32:21 33:14
35:16 40:5
41:17 49:13
50:2 73:9,17
74:3,7,10,17
75:8,18 76:19
76:21 77:7,15
79:19 84:18
87:2 92:19
94:22 95:16
105:25 107:24
108:3 116:6,10

116:18,21
123:2 124:2
141:8,13,18
142:6,7 146:1
150:23 151:6,9
169:8 178:16
178:19
**used**  10:7 13:24
14:20 15:9,13
15:22,24 16:6
16:14,24 17:17
19:1,17 22:10
22:16 23:15
24:13 28:23
37:14 41:13
42:23 67:23
73:3,5,6,14
75:4,5,20,24
76:11,18 77:1
77:5 78:18,19
78:21,23 79:19
90:2 91:4
93:14,24 95:6
95:11,17 96:4
96:15,22 97:7
97:14,18 121:4
121:9,24 123:9
123:14,17
124:3 139:18
141:15,25
142:21 151:2
171:11,12
172:23 183:19

**[user - way]** Page 50

| | | | |
|---|---|---|---|
| **user** 108:7 | 157:3,13 183:4 | **veritext** 6:17,19 | **vs** 6:13 |
| **users** 123:9,13 | 184:1 185:1 | 50:2,7 132:21 | **vulcanisation** |
| 123:13,17,21 | **value** 99:5 | 183:14,23 | 33:6,11 83:9 |
| 123:23 | 120:10,12 | **veritext.com** | 83:12,15 84:2 |
| **uses** 24:2 96:10 | 121:12 122:16 | 183:15 | 84:4,7,10 85:1 |
| 96:11 | 122:25 | **versus** 13:18 | 85:2,5,17 87:7 |
| **using** 13:9 | **values** 33:7 | 143:16 145:8 | 87:22 90:1,4 |
| 38:16 95:4 | 41:14 99:21 | 159:12 | **vulcanising** |
| 96:21 124:8 | 141:3 143:21 | **victoria** 3:7 | 87:10,12,17,24 |
| 128:18 156:25 | **vapor** 100:8,16 | **video** 6:9 96:1 | 88:3,6 89:17 |
| 177:23 | **variety** 142:22 | **videographer** | |
| **utilizing** 139:23 | **various** 20:19 | 3:14 6:1,17 | **w** |
| | 21:11 24:12 | 41:20 42:1 | **wait** 158:8 |
| **v** | 25:15 26:6,20 | 51:3,9 78:3,9 | 165:1 170:7,20 |
| **v** 85:20 183:4 | 31:16 32:18 | 110:10,17 | **want** 15:21 |
| 184:1 185:1 | 33:5 61:4 | 147:18,25 | 17:25 19:17 |
| **vague** 34:19 | 75:17 84:9 | 149:12,18 | 23:23 41:16 |
| 99:17,22 | 125:7 139:3,10 | 165:9,15 181:2 | 50:9,12 81:7 |
| **valsartan** 1:7 | 139:19 140:7 | 181:9,19 | 83:25 88:9 |
| 6:13 97:23 | 141:9 143:4 | **view** 38:22 | 100:11 106:16 |
| 98:2,5,11,12,16 | **varying** 105:3 | **virtually** 6:5 | 113:4 131:10 |
| 113:18 114:21 | **vascularization** | **voice** 108:19 | 134:10,19 |
| 115:22 116:6 | 112:15 | **volume** 5:3,6,7 | 156:16 160:1,3 |
| 116:10,11,18 | **vast** 77:18 | 5:13 54:1 55:4 | 161:18 164:11 |
| 116:21 118:5 | 135:14 | 55:10,15 56:4 | 165:5 172:9 |
| 118:16 119:21 | **vaughn** 2:16 | 56:20,23 60:21 | 180:11 |
| 119:21,22 | **verbatim** 24:3 | 61:18,22 62:9 | **wanted** 50:3 |
| 120:19 121:24 | 73:25 | 62:23 66:5,8 | 137:18 |
| 122:10,11 | **verified** 77:22 | 67:10 68:14 | **washington** |
| 123:2,10,11,21 | **verify** 46:2 | 69:1,4,7,11,14 | 2:12,21 |
| 123:23,24 | 49:14 162:5,14 | 154:15 155:7 | **water** 119:5 |
| 124:3,8,11,17 | 179:16,18 | 155:25 | **way** 9:5 13:16 |
| 134:22 135:2,5 | 183:9 | **voluminous** | 19:10 20:2 |
| 145:8 153:17 | | 136:20 | 39:18 72:17 |

[way - work]                                                Page 51

| | | | |
|---|---|---|---|
| 88:5 92:9 | **william**  1:12,15 | 57:5,9 58:25 | 155:19 156:3 |
| 101:16 148:9 | 6:12 183:5 | 59:14 61:2 | 156:12 157:20 |
| 149:4 151:20 | 184:2,24 185:2 | 62:2 64:4 | 159:1,18 |
| 156:3,7 158:11 | 185:4,12 | 69:20 70:4 | 160:22 161:7 |
| 158:12 161:24 | **williams**  56:9 | 72:9,17 76:4 | 161:13,24 |
| 174:11 175:20 | **wish**  57:2 | 76:15,21 77:10 | 162:9,25 |
| **ways**  120:22 | **withdraw** | 79:1,7,17 80:8 | 163:11,17 |
| **we've**  41:18 | 23:23 | 80:18 81:1 | 164:6,14 165:1 |
| 49:2 156:10 | **witness**  4:4 6:7 | 82:13,22 83:24 | 166:1,9,21 |
| **weaken**  39:20 | 6:25 10:24 | 84:18,23 85:23 | 167:4 168:8 |
| **weakness**  38:21 | 14:8,16,24 | 90:10,20 91:23 | 169:6,16 170:1 |
| 176:14 177:3 | 15:5,13 16:3 | 93:8,19 94:3,7 | 171:16 172:2,6 |
| **weaknesses** | 16:10,19 17:3 | 94:11,17,21 | 173:1,12 |
| 31:19 46:9 | 17:10,23 18:2 | 95:4,14,16,21 | 176:16,22 |
| 102:22 | 18:17 19:5,12 | 96:4,25 97:13 | 177:5,7,9,14,23 |
| **web**  5:5 65:10 | 19:21 20:18 | 98:18 99:4,12 | 178:16,21 |
| 79:14 | 21:3,14 22:5 | 99:18,23 | 179:21 180:6 |
| **website**  51:14 | 22:19 23:8,18 | 100:14 101:23 | 180:10 183:8 |
| 61:14,17,17,18 | 23:22 24:5 | 103:6,22 | 183:10,12,18 |
| 63:17 75:10,14 | 25:2,12,21 | 105:10 106:3 | **women**  122:3 |
| 75:15,16 76:6 | 26:5,12 27:15 | 106:16 109:9 | **word**  51:21,21 |
| 131:25 | 28:7 29:2 30:8 | 110:4 111:6 | 89:21 100:21 |
| **weeks**  144:11 | 30:23 32:13 | 113:15,17,21 | 101:3 178:16 |
| 174:7 | 33:4,18,25 | 113:24 114:7 | **worded**  101:16 |
| **weight**  176:7 | 34:20 35:18 | 117:18,21 | 151:20 |
| **weighted** | 36:3 37:11 | 120:6 126:4,7 | **wording**  67:23 |
| 128:18 | 38:2,10 39:12 | 127:9,13 | 68:1 166:2 |
| **went**  61:22 | 39:16,18 40:13 | 129:14 131:17 | **words**  39:20 |
| 77:21,22 94:5 | 42:19,25 43:17 | 131:19 132:12 | 60:6 67:22 |
| 138:13 | 44:1 46:17 | 132:16 138:21 | 98:14 116:20 |
| **whatsoever** | 47:14,25 49:13 | 145:1 148:16 | 130:2 170:1 |
| 149:4 | 50:14 51:20 | 148:22 151:2 | 179:5 |
| **whichever** | 52:8,25 53:6 | 151:19 152:3 | **work**  13:19 |
| 16:20 | 54:9 55:19 | 152:10 153:9 | 14:2 25:4,22 |

**[work - zoom]**                                                    Page 52

| 43:23 45:23 | **x** |
|---|---|
| 80:5 81:17 | **x**  4:2,16 158:10 |
| 162:14,21 | **y** |
| 163:15,18 | |

43:23 45:23
80:5 81:17
162:14,21
163:15,18
**worked**  96:17
**worker**  39:25
**workers**  13:1
13:11,23 14:1
16:15,24 37:9
38:8,12,22
39:6 40:6,19
41:1 80:15
81:11,16
130:22
**working**  81:11
96:20
**works**  63:25
**world**  8:11
**worldwide**  21:5
**would've**  48:21
**write**  74:10
**writing**  32:5
**written**  9:18
54:3 68:4
74:14
**wrong**  153:19
155:3 156:13
169:7
**wrote**  32:1
46:12 53:19
158:22
**wtc**  8:10

**x**

**x**  4:2,16 158:10

**y**

**y**  60:9 64:4
**yeah**  42:22
73:7 77:17
83:6 87:20
93:19 94:3,17
94:19 103:6
107:23 113:17
117:13 131:13
153:14 158:16
158:17,17
160:16 169:20
179:20
**year**  36:1,4
37:8,15,23
38:7,13,16,20
39:2 77:6
97:16 113:25
155:11
**years**  9:7 10:21
91:15 95:8
96:18 116:12
119:7 123:25
124:3,9,16
130:2,4,4
**yep**  8:23 85:25
107:10,22
155:15
**yesterday**  7:6
7:13 8:5 89:13
104:5 150:1,3

150:16 159:12
174:4,18 175:5
175:7
**york**  2:6,6
**yuan**  60:9,11
60:19 63:15
67:7,8

**z**

**zantac**  29:12
**zero**  51:23
91:19,21,23,24
**zhejiang**  6:13
183:4 184:1
185:1
**zoom**  1:19 2:1
8:1

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.