# Exhibit 12

University at Albany, State University of New York

# Scholars Archive

Legacy Theses & Dissertations (2009 - 2024)                     The Graduate School

1-1-2015

# Developing a Weibull model extension to estimate cancer latency times

Diana L. Nadler
*University at Albany, State University of New York*, dnadler@albany.edu

The University at Albany community has made this article openly available.
Please share how this access benefits you.

Follow this and additional works at: https://scholarsarchive.library.albany.edu/legacy-etd

 Part of the Biostatistics Commons

---

Recommended Citation

Nadler, Diana L., "Developing a Weibull model extension to estimate cancer latency times" (2015). *Legacy Theses & Dissertations (2009 - 2024)*. 1471.
https://scholarsarchive.library.albany.edu/legacy-etd/1471

---

This Dissertation is brought to you for free and open access by the The Graduate School at Scholars Archive. It has been accepted for inclusion in Legacy Theses & Dissertations (2009 - 2024) by an authorized administrator of Scholars Archive.
Please see Terms of Use. For more information, please contact scholarsarchive@albany.edu.

Developing a Weibull Model Extension

To Estimate Cancer Latency Times

by

Diana L. Nadler

A Dissertation

Submitted to the University at Albany, State University of New York

in Partial Fulfillment of

the Requirements for the Degree of

Doctor of Philosophy

School of Public Health

Department of Epidemiology and Biostatistics

2015

# Contents

List of Tables ........................................................................................................... iii

List of Figures ......................................................................................................... iv

Acknowledgements Dedication ............................................................................. v

Dedication .............................................................................................................. vii

Abstract ................................................................................................................. viii

Chapter 1:  Background ......................................................................................... 1

   1.1    Introduction ................................................................................................ 1

   1.2    Overview of survival analysis .................................................................... 5

   1.3    Statistical description of survival analysis ................................................ 7

      1.3.1  Censoring and Truncation ............................................................... 11

      1.3.2    Estimating the Survival Curve ................................................ 17

      1.3.3    The Weibull Distribution ........................................................ 20

      1.3.4    Newton-Raphson Technique .................................................. 28

Chapter 2:  Conditional Weibull Model ................................................................. 32

   2.1    Introduction ................................................................................................ 32

   2.2    Statistical Description of Conditional Weibull Model ................................ 35

   2.3    Estimation of Conditional Weibull Model Parameters .............................. 39

      2.3.1    Exact Parameter Estimation ................................................... 39

      2.3.2    Approximate Parameter Estimation ....................................... 50

Chapter 3:  Results and Discussion ...................................................................... 60

   3.1 Data ............................................................................................................ 60

   3.2 Analysis ...................................................................................................... 64

   3.3 Results ........................................................................................................ 65

      3.3.1 Estimation of Survivorship Function ................................................ 65

      3.3.2 Approximate Solution ...................................................................... 69

      3.3.3 Exact Solution .................................................................................. 87

Chapter 4:  Conclusions ........................................................................................ 94

References .............................................................................................................. 97

## List of Tables

Table 1: Approximate Latency Times from Cancer Initiation to Diagnosis by Cancer Site ............ 76

Table 2:  Estimated lag determined by Manton et . al (2009) for select cancer histotypes .......... 79

Table 3:  Grade-specific lag estimates reported by Kravchenko et. al (2011) for breast ductal and lobular carcinomas in Caucasian and African American females ................................................................ 80

Table 4:  Comparison of approximate and exact latency estimates for select cancers by site ..... 90

Table 5:  Evaluating confidence using Monte-Carlo simulations .................................................... 92

# List of Figures

Figure 1:  Line plot in calendar time for seven subjects in hypothetical follow-up study. ............ 13

Figure 2:  Course of cancer events beginning at cancer onset, progressing to a clinical diagnosis and eventually leading to death. ........................................................................................................ 15

Figure 3:  Weibull probability density function for different values of the shape (β) parameter . 23

Figure 4:  An illustration of the Newton-Raphson method for determining the root of an equation ........................................................................................................................................ 30

Figure 5:  Timeline of events which demonstrate the unobserved and observed periods of cancer beginning at the time of disease initiation. ................................................................................ 36

Figure 6:  Flow chart for creation of SEER dataset ........................................................................ 63

Figure 7:  Observed conditional survival plots with Weibull shape parameter for ascending colon, breast, lung and pancreatic cancers ........................................................................................ 67

Figure 8:  Estimating the approximate time of lung cancer initiation using the Weibull model extension ........................................................................................................................................ 73

Figure 9:  Schema of the genetic evolution of pancreatic cancer (Shinichi, Jones, Bozic, Antal, & Leary, 2010) ........................................................................................................................... 78

Figure 10:  Cost of Lung Cancer Care by Phase (National Cancer Institute, 2015) ....................... 86

## Acknowledgements

I would like to express my deepest appreciation and respect to my advisor, Dr. Igor Zurbenko.  Dr. Zurbenko has been a significant source of encouragement and support while challenging me to the best of my abilities and beyond.  He has always given generously of his time and spent countless hours teaching and mentoring me.  Beyond academics, Dr. Zurbenko's life lessons, humble manner and immense wisdom will remain with me for years to come.  I would also like to thank Dr. Gregory DiRienzo and Dr. Jessica Morrison for serving on my committee and helping me along the way.  They have provided indispensable feedback and I feel fortunate for the opportunity to collaborate with each of them.

I owe much thanks to my parents for their unwavering and relentless support.  They believed in me during moments of weakness and always encouraged me to keep going.  They have made many sacrifices to support my endeavors which have not gone unnoticed.  My sister, Erica, has given me lifelong friendship and lovingly spent many hours keeping me on task at the library.

I am indebted to my husband, Seamus, who has been my rock and endured the first-hand effects of dating a PhD student for far too long.  I must say he has become an excellent cook ☺  He is also a wonderful and adoring father to our baby girl, Ella Cait.  Ella has allowed me to experience the privilege of becoming a parent and her unconditional love.  I look forward to the next chapter, watching Ella grow and making many new memories with family and friends.

I must also express gratitude and appreciation to all of my friends, colleagues and mentors who have inspired me and continuously supported me along my journey.  I am thankful for all of the laughs we have shared and the opportunity to never stop learning.

**Dedication**

*This is for my grandfather…*

# Abstract

More than one-third of all Americans will be diagnosed with cancer sometime in their lives. Though their illness may be invisible now, it presents a great, and largely unexamined, opportunity to find and treat their cancers early. Early detection represents one of the most promising approaches to reduce the growing cancer burden by identifying cancer while it is localized and curable, preventing not only mortality, but also reducing morbidity and costs.

Survival analysis statistics in cancer research are frequently reported in terms of individual survival from the time of diagnosis. Ten or more years often pass between exposure to external factors and detectable cancer indicating that a window of opportunity exists for early detection and intervention when the chances of survival are greatly increased. In this paper, we present two mathematical models to approximate the length of time between cancer initiation and diagnosis through the development of a Weibull-like survival model. Based on previous research, the Weibull distribution has been used to describe the mechanisms of cancer development. In contrast to the memoryless exponential distribution, which assumes a constant failure rate, the shape of the Weibull distribution is dependent on past events and preserves a memory of prior survival. This provides a simple but powerful way to characterize how the unobserved cancer experience relates to the observed which can be used to estimate the time between initiation and diagnosis.

Using the proposed Weibull model extension, we account for the assumption of patient survival up to diagnosis and estimate the length of the cancer latency period. The method presented provides useful information to identify cancers with high rates of mortality and prolonged periods of undetected growth to distinguish types of dire public health concern. By providing cancer researchers and policy makers with information about the types of cancers with long latency periods, we identify opportunities for early detection when cancer is most treatable preventing not only mortality, but also reducing morbidity and costs.

# Chapter 1: Background

## 1.1 Introduction

Cancer is the second leading cause of death in the United States and across the world (National Center for Chronic Disease Prevention and Health Promotion, 2013). It is estimated that 13 million Americans are currently living with cancer and 40.8 percent of men and women can expect to be diagnosed with cancer at some point in their lifetime (National Cancer Institute, 2013). In addition to the devastating effects on patients and their families, the economic costs of cancer are enormous, both in terms of direct medical-care resources for its treatment and in the loss of human capital due to early mortality.

Every year, the United States spends billions to save late-stage cancer patients by devising better drugs and chemotherapies (Goetz, 2008). In 2010, cancer care accounted for $124.6 billion in medical care expenditures in the United States and costs are expected to increase at a faster rate relative to other disease conditions due to aging of the population and more expensive targeted treatments are adopted as standards of care (Cancer Trends Progress Report - 2011/2012 Update, August 2012) (Mariotto, Yabroff, Shao, Feuer, & Brown, 2011). Though their illness may be invisible now, it presents a great, and largely unexamined, opportunity to find and treat their cancers early (Goetz, 2008). Early detection represents one of the most promising

approaches to reduce the growing cancer burden by identifying cancer while it is localized and

curable, preventing not only mortality, but also reducing morbidity and costs (Etzioni, et al., 2003).

Mathematical models can be useful tools in exploring population disease trends over time

and can be used to gain insight into the fundamental mechanisms of cancer development.

Survival analysis statistics in cancer research are often reported in terms of individual survival

from the time of diagnosis.  Due to the clinical nature of cancer, the true time the first cell

mutates and turns cancerous is unknown because there is often no indication.  The telltale signs

and symptoms that are characteristic of cancer could be months, if not years, away.  Causal

factors may act in sequence to initiate and promote carcinogenesis and ten or more years often

pass between exposure to external factors and detectable cancer (American Cancer Society,

2010).  This suggests there is a window of time during the "silent" period of cancer growth where

the disease is spreading throughout the body undetected.  By focusing on detecting cancer early,

the odds of survival approach 90 percent for many malignancies and treatment is typically low

risk; however, if cancer is found late, the odds of survival fall precipitously with treatment

requiring infusions of toxic chemicals and blasts of brutal radiation (Goetz, 2009).

In this paper, we describe two mathematical models to approximate the length of time

between cancer initiation and diagnosis through the development of a Weibull-like survival

model.  When the hazard rate changes over time, the probability of failure is dependent on time

and the Weibull distribution allows for a "memory" of previous survival time for an observation

(Bergemann, 2008). The memory property allows us to restore the shape of the curve prior to diagnosis and estimate the length of the hidden growth period.

Using simple linear regression methods, information obtained from observed cancer incidence data is utilized to estimate the length of the cancer latency period. The Weibull model extension provides information-driven, population-level inferences about cancer latency times to help develop effective and practical screening guidelines and identify areas for improvement. By providing cancer researchers and policy makers with information about the types of cancers with long latency periods, we effectively identify opportunities for early detection when cancer is most treatable preventing not only mortality, but also reducing morbidity and costs.

A total of 686,870 malignant primary cancers were used in the analysis using cancer incidence data obtained from the National Cancer Institute's Surveillance, Epidemiology, and End Results (SEER) program. We find that the approximate solution provides a reliable comparison of the latency periods for different types of cancer and has no significant effect on the estimation accuracy, which differs from the exact solution by 5% to 15.5%. Thirty-seven of the 44 cancers in this analysis were found to progress silently for 10 years or longer prior to detection representing 95% of the patients in this analysis. The results of this analysis differentiate cancer types that progress undetected over a period of years to identify new opportunities for early detection which increases the likelihood of successful treatment and alleviates the ever-growing cancer burden.

3

In the first chapter of this dissertation, a statistical description of survival analysis is provided and an introduction to the Weibull distribution is given which are fundamental to the development of the Weibull model extension. The second chapter deals with the development of the conditional Weibull model and gives an overview of the exact and approximate solutions of parameter estimation. The third chapter provides the numerical results of the exact and approximate procedures which were applied to data taken from historic cancer registry records, as well simulated datasets. Finally, a discussion of the results can be found in chapter four.

## 1.2  Overview of survival analysis

The statistical analysis of lifetime, survival time, or failure time data is an important topic in many areas, including the biomedical, engineering, and social sciences (Lawless, 2003).  The study times from a sample of subjects form a distribution, known as a survival distribution, and the use of statistics to reveal characteristics of this survival distribution is the fundamental task of survival analysis (Guo, 2010).  The basic goals of survival analysis are to estimate and interpret survivor and hazard functions from survival data; to compare survivor and hazard functions; and to assess the relationship of explanatory variables to survival time (Kleinbaum & Klein, 2005). Survival analysis can be a useful tool to describe the effect of the predictor variables on survival time and give the relative effect of each predictor on the survival function and can also be used to test the significance of treatment or group effects while accounting for baseline patient characteristics.

Survival analysis generally focuses on time to event data.  To define the time to event or survival time we must define the time of origin, or the time the original event occurs, and the time of failure.  A subject is considered to be "at risk" if the original event has occurred but the final event has not yet happened.  In the simplest case, the final event is death, but may also include the time to onset or relapse of a disease, or the length of a hospital stay.

Other attributes typically encountered in the analysis of survival data are that individuals can enter the study at different times; when the study ends, some may not have experienced the

event yet; and individuals may be lost to follow up, or drop out in the middle of the study. The survival analysis of time to event data is unique because it incorporates information for subjects known to have had an event, as well as those known to be alive, or censored, at the end of the study when estimating model parameters. Survival analysis is convenient for this type of analysis because the underlying distribution is rarely Normal and standard statistical techniques such as ordinary least squares (OLS) regression cannot effectively handle censored observations (Hosmer, Lemeshow, & May, 2008).

In addition, other influencing factors that limit our ability to apply OLS or logistic regression methods to the analysis of failure time data are the presence of time-dependent factors and the constraint that failure times must be positive. The key features of survival analysis are that it successfully incorporates information from observed and unobserved failure times, time-dependent factors, and accounts for the constraint that failure times must be positive. These features make survival analysis the most practical method for this type of analysis.

Before the development of the Weibull model extension is discussed, a detailed background of the mathematical terminology used in the development of the estimators is provided.

## 1.3  Statistical description of survival analysis

The concepts of survival and hazard are essential to understanding survival analysis.  The survival curve expresses the cumulative effect of the risks faced by an individual and the hazard function characterizes the rate of change of the survival function over time.  This indicates that where survival is quickly decreasing, hazard is high; if the survival curve is constant, the hazard is zero (Bull & Spiegelhalter, 1997).

Let us suppose that T is a non-negative, continuous random variable that represents the lifetimes of individuals in some population.  Survival time has a defined start point where the clock begins and an endpoint is reached when the event of interest occurs.  All studies have an established end point when observation ends on all subjects.  Subjects entering the study at different times have variable lengths of follow-up for the observed failure time.  In this paper, survival time is expressed as the time from cancer initiation until cancer-specific death occurs. Information is available from the time the patient is diagnosed with cancer until death occurs; however, we seek to estimate the time from cancer initiation until diagnosis also known as the "latency" period.

Before introducing the core survival and hazard functions, we must first introduce the elementary concepts of the probability density function and cumulative distribution function.  Let $f(t)$ denote the  probability density function (pdf) of T and $F(t)$ be cumulative distribution function

7

(cdf) of T. Together, the probability density function and cumulative distribution function characterize the distribution of the random variable, *T*. Throughout this paper, all functions are defined over the interval [0, ∞] unless stated otherwise. It is also assumed that survival times are independent and the censoring mechanism that occurs is uninformative.

The probability density function characterizes the probability distribution, which is the slope of the cumulative distribution function, and can be defined as:

$$f(t) = \frac{dF(t)}{dt} = -\frac{dS(t)}{dt}$$

The probability density function is the derivative, or slope, of the cumulative distribution function and every continuous random variable has its own density function. The probability $P(a < T < b)$ is the area under the curve between times $a$ and $b$ and is often expressed by an integral since for continuous distributions the probability at a single point is zero.

The cumulative distribution function is the probability that a subject selected at random will have a survival time less than some stated value, *t*, which can be denoted as:

$$F(t) = \Pr(T \le t) = \int_{0}^{t} f(t)dt$$

8

Another convenient way to characterize $T$ is the survivorship function. When the event of interest is the time of death, the survival function provides the probability of surviving beyond some time, $t$:

$$S(t) = 1 - F(t) = \Pr(T \geq t) \text{ for } t > 0$$

The survivor function is a monotone decreasing continuous function where $S(0) = 1$ and $S(\infty) = 0$ (Lawless, 2003). It is assumed that at the start of the study all subjects are alive and the probability of surviving beyond time equal to 0 since none of the study participants have had an event yet. At time equal to $\infty$, the probability of surviving beyond this time is zero since eventually all of the study participants must succumb to death.

The hazard function, denoted by $h(t)$, provides the instantaneous risk of dying at time $t$, given that the event has not yet occurred prior to time $t$. The hazard function is sometimes referred to as the conditional failure rate. The hazard function, or conditional failure rate, can be defined as:

$$h(t) = \lim_{\Delta t \to 0} \frac{P(t \leq T < t + \Delta t | T \geq t)}{\Delta t}$$

The numerator of the hazard function is the conditional probability that the event of interest will occur in the interval $(t, \ t + \Delta t)$, given the event has not yet occurred, and the denominator is

the width of the interval.  Although the hazard function has no upper bound, it cannot be less than 0 (Allison, 2005).

The hazard function describes the way the risk of failure varies with time and is a useful tool to help understand how the shape of the hazard function influences the shape of the survival curve and the underlying distribution of survival times (Hosmer, Lemeshow, & May, 2008).  For continuous $T$, the relationship between the hazard function, cumulative distribution function, and survival function can be described as:

$$h(t) = -\frac{d}{dt}[1 - F(t)] = -\frac{d}{dt}\ln S(t)$$

The hazard function is the derivative, or rate of change, of the log-survival function over time and provides a useful tool to understand the distribution of survival times.  For example, if $T$ denotes the time from cancer initiation until cancer-specific death, the corresponding hazard function, h($t$), decreases over time.  This indicates that the conditional probability of dying from cancer decreases each month the patient survives, given patient survival up to the time of interest.

If the shape of the hazard function, h($t$), increases as $t$ increases, the conditional probability of dying from cancer will increase each additional month the patient survives.  In contrast, if the hazard function remains constant over time, the conditional probability the patient will die each month will be the same at month 1 as it is at year 10, given survival up to

the point of interest. This *memoryless* or *anti-aging* property uniquely characterizes the exponential distribution. Therefore, if the hazard function is not constant over time, the conditional probability of dying from cancer at time $t$ is dependent on how long the patient survived up to that point and the distribution retains a memory of the prior survival experience.

### 1.3.1 Censoring and Truncation

A key characteristic that differentiates survival analysis from other areas of statistics is that time to event data are usually censored (Kwan-Moon, Elashoff, & Afifi, 1997). Due to the limited period of follow-up, survival analysis successfully incorporates information from censored, or incomplete, observations. Censoring, which is a nearly universal feature of survival data, comes in many forms and there are several ways in which censoring arises. The three types of censoring schemes in survival analysis are right, left, and interval censoring.

The most common form of censoring is right censoring which occurs when an individual leaves the study before the event of interest occurs. Right censoring occurs when we have information about an individual's survival time, but it is only known that the individual's lifetime time exceeds the observation time (Kleinbaum & Klein, 2005). It is assumed that $T$ represents the true event time and $c$ represents the observed survival time for some individual. Here, it is only known that the event time exceeds the observed time and we observe $Y_i = \min\{T_i, c\}$.

11

There are generally three situations where right censoring may occur and these include: a person does not experience the event before the study ends; a person is lost to follow-up or withdraws from the study during the study period; a person withdraws from the study because of death or other reasons unrelated to the event of interest. For instance, it is common in analyses measuring the length of survival after diagnosis of cancer for some individuals to remain alive at the end of the study period. In this case, it is only known that the individual survived beyond the follow-up period.

In Figure 1, right censoring is graphically illustrated and describes the experience of seven people followed over time. Person 1 enters the study at year three and is followed until having the event at year four; there is no censoring here so the survival time is one year. Person 2 enters the study at year two and is followed until year four, when the study ends; Person 2 has a censored time of two years. Person 3 is followed from the start of the study until they are lost to follow-up at year 2.5; this person's survival time is censored after 2.5 years. Person 4 enters the study shortly after the start of the study and is followed until getting the event at year three; the survival time is 2.75 years. Person 5 enters the study shortly after year two and is followed until the end of the study period with a survival time of approximately 2.25 years. Person 6 enters the study in year two and dies shortly before the start of year three. The survival time for Person 6 is 0.75 years. Person 7 enters the study after Year Two and is followed until they are lost to follow-up prior to the end of the study follow-up. Person 7 has a survival time of 2.5 years.

12



**Figure 1:  Line plot in calendar time for seven subjects in hypothetical follow-up study.**


        Another less common censoring mechanism that occurs in the analysis of survival times

is left censoring which occurs randomly at the subject level.  Left-censoring occurs when some of

the individuals may have already experienced an event before the study occurs, but it is not

exactly known when.  The defining characteristic of left censored data is that the event is known

to have occurred and the observed time is larger than the survival time.

13

When analyzing time-to-event cancer registry data, the event of interest is death from cancer; however, the true time of cancer initiation is likely unknown because it is often pre-symptomatic. This is an intrinsic characteristic of any disease registry by nature since information is collected after a positive diagnosis is made. An analysis involving a time variable that depends on the confirmed diagnosis of cancer will be incomplete since we do not know the zero value when we begin observing a subject. This type of observation may also be subject to right-censoring. Klein and Moeschberger (2003) refer to this type of incomplete observation as doubly censored.

Figure 2 demonstrates the progression of cancer events which begins at disease initiation and the onset of the cancer. As the disease progresses, signs and symptoms may become noticeable and the disease is clinically diagnosed once medical care is sought. The time period between the onset of cancer and the clinical diagnosis is also known as the *latency* period, which we will refer to throughout this manuscript. At the time of disease diagnosis, the study observation period begins. Observations are doubly censored since the observed failure time begins at the time of diagnosis and patients are followed until the end of the study or until death from cancer occurs, whichever occurs first.



**Figure 2:  Course of cancer events beginning at cancer onset, progressing to a clinical diagnosis and eventually leading to death.**

Therefore, the survival function is inherently conditioned on the assumption the individual survived up to the time of cancer diagnosis which indicates the beginning of the collection of survival times by the local disease registry.  This important assumption is incorporated into the Weibull model extension by utilizing the mathematical property of conditional probability.  For the Weibull model extension, it is assumed that the survival function is dependent on the patient's survival up to the time of diagnosis to be incorporated into the study.

An important assumption for the majority of statistical methods for failure time data assume that censoring occurs independently of failure time.  We define non-informative censoring to mean that the probability of being censored for any subject is the risk set at time $t$ does not depend on that subject's prognosis for failure at time $t$.  Informative censoring can bias

the survival estimates to overestimate the true survival probability if a large proportion of censored subjects actually failed at time $t$.

The weakest assumption required to obtain this common likelihood is that the censoring mechanism does not provide any information with regards to the prospect of that particular individual surviving beyond the censoring time. Therefore, all of the censoring schemes lead to essentially the same likelihood function. For the purpose of the Weibull model extension, we assume the censoring mechanism is non-informative and the reason the individual was removed from the study is unrelated to the event and does not bias the parameter estimates and statistical inference. In order to alleviate any potential biases, individuals who were known to have died of causes other than cancer were assumed to be censored. Only patients with a cancer-specific death were assumed to have an event.

### 1.3.2  Estimating the Survival Curve

To estimate the survival function, the Kaplan-Meier product-limit estimator method can be used.  The Kaplan-Meier method is a nonparametric maximum likelihood estimator of the survival function and is widely used to estimate and graph survival probabilities as a function of time.  This method is favorable since it makes no assumption about the underlying distribution of the survival times and has become the most commonly used approach to survival analysis in medicine (Hosmer & Lemeshow, 1999) (Jekel, 2007).  When available, the Kaplan-Meier method is preferable as it provides a more accurate estimate of the survival curve than the life table method (Compton, et al., 2012).

The Kaplan-Meier method works by estimating the survival probability at each interval using the number of patients that survived, divided by the number of patients at risk.  This estimator also incorporates information from censored and uncensored observations by considering survival to any point in time as a series of steps defined by the observed survival and censored times.     At each interval, patients are considered to be "at risk" if they have not yet experienced the event.  Patients lost to follow-up, or right-censored, are excluded from the "at risk" pool.  Finally, the probability of surviving to any point in time is estimated using the cumulative probability of surviving each of the preceding time intervals.

The survival function, $S(t)$, represents the probability that an individual will have a lifetime exceeding $t$, on the condition the individual was present at the start of the time interval.  To

17

estimate the survival function, we assume a sample of *n* independent observations with available survival times, denoted by $t_i$.  The underlying survival time variable, *T,* is a continuous non-negative random variable that represents the failure time of an arbitrary individual. Letting $t_{(1)} <$ $t_{(2)} < ... < t_{(r)}$ be the ordered failure times, then the Kaplan-Meier estimator can be expressed as:

$$S(t) = \prod_{t_i < t} \frac{n_i - d_i}{n_i}$$

In the survival function S(t) presented above, $n_i$ represents the number of individuals at risk of dying just before time $t_i$, including those who will die at time $t_{(i)}$, and $d_i$ is the number of deaths observed at time $t_{(i)}$. At any specified time point, the observed probability of death is $d_i/n_i$. The nonparametric Kaplan-Meier estimates of the survivorship function are used to develop a log-survival time model and a log-log survival time model.

In order for the Kaplan-Meier estimates to give unbiased results, there are six important assumptions that are required to obtain valid estimates. (Hosmer, Lemeshow, & May, 2008). Failure to meet these assumptions can lead to false conclusions being drawn about the survival distributions.  The first assumption is that the event status consists of two mutually exclusive and collectively exhaustive states:  "censored" or "event" (failure).  At the end of the study period, all subjects must be classified as either censored or that the event occurred.  The second assumption is that the survival time must be clearly defined and precisely measured.  The starting and ending points must be defined  (days, weeks, months, etc.) and the event studied actually occurred at

18

the specified time $t$; the incorrect recording of this time will inflate or deflate the true value of the survival function. The third assumption indicates that when possible, left-censoring should be minimized or avoided. Left censoring occurs when the starting point of an event is not easily identifiable. For example, the moment a patient develops pancreatic cancer is likely unknown; therefore, we measure the survival time from the moment the participant was diagnosed with pancreatic cancer. The fourth assumption requires that censored individuals have the same prospect of survival as those who are not censored, or that censoring occurs independently of the event of interest. This assumption cannot be tested and can lead to a bias that artificially reduces the survival estimates. The fifth assumption states that there should be no time-dependent, or secular, trends. For example, if we are evaluating the survival times for skin cancer and the availability of screening tests changed dramatically over our study period, we must be conscious of these changes as they may affect the likelihood of the event and introduce bias into our study. The sixth assumption is that patients have a similar amount and pattern of censorship per group throughout the study period.

The nonparametric Kaplan-Meier estimates of the survivorship function were used to develop a log-survival time model and a log-log survival time model. The parameter values obtained for these models were used to determine the approximate parameter estimates for the Weibull model extension which is further discussed in Section 0.

19

### 1.3.3    The Weibull Distribution

Parametric models are often preferred in survival analysis since they provide insight into the characteristics of failure times and hazard functions that may not be available with nonparametric methods (Wahed, Luong, & Jeong, 2009). Parametric methods assume that the underlying distribution of the survival times follow certain known probability distributions. Model parameters are often estimated using an appropriate modification of maximum likelihood estimation.   Popular models include the exponential, Weibull, Gamma and lognormal distributions. The use of statistical models in survival analysis provide valuable insight by allowing us to assess the survival process, describe the distribution of survival times, and estimate the strength of the effect with respect to survival for several predictors of interest simultaneously.

The Weibull distribution has long been the most popular parametric model in biostatistical literature (Allison, 2005).  Its popularity can be attributed to its relatively simple expressions for the probability density function, survivor and hazard functions, and also because it is both an accelerated failure time (AFT) model and a proportional hazards model.  The Weibull model is the only model that is simultaneously a member of both of the accelerated failure time and proportional hazard models.

20

The two-parameter Weibull distribution is frequently used in biomedical sciences survival analysis to describe age-specific mortality and failure rates (Frank, 2007).  Because the Weibull distribution makes no assumptions about the form of the underlying hazard distribution, combined with its flexibility to model increasing and decreasing hazard functions, it has been used successfully in many applications as a purely empirical model, even in cases when there is little or no theoretical justification (Paterno, 2004).

Research performed by Manton, Akushevich and Kravchenko (2009) and Kravchenko et. al (2011) utilized a five-parameter version of the Armitage-Doll frailty model with a Weibull hazard baseline to characterize the mechanisms of carcinogenesis, one of which was the *lag* period between the occurrence of the first malignant cell and the date of cancer initiation for select histotypes.  Mdzinarishvili and Sherman (2010) also used the Armitage-Doll model and concluded that cancer incidence rate data is consistent with a Weibull model of carcinogenesis adjusted for age of initial exposure.  Therefore, the two-parameter Weibull model was used as a platform for the development of the Weibull model extension to quantify the length of time from cancer initiation to diagnosis, which is unavailable to researchers through cancer registry data since the true time of disease origination is unknown.

Let us assume that observations are available on the independent failure time of $n$ individuals. Here, $T$ is a continuous, non-negative Weibull random variable representing the

failure time of an arbitrary individual. The two-parameter Weibull distribution can be described by the probability density function (probability density function), $f(t)$:

$$f(t; \lambda, \beta) = \begin{cases} \beta \lambda^{\beta} t^{\beta-1} e^{-(t\lambda)^{\beta}}, & t \geq 0, \beta > 0, \lambda > 0 \\ 0, & t < 0 \end{cases}$$

The two-parameters characterizing the distribution are the scale parameter which is denoted by $\lambda$, and the shape parameter as denoted by $\beta$. The scale parameter, $\lambda$, can take on positive values such that, $0 < \lambda < \infty$, and determines the scale or dispersion of values along the *x*-axis. The shape parameter, $\beta$, determines the shape or curvature of the distribution and can also assume all positive values such that $0 < \beta < \infty$. An important attribute of the Weibull distribution is how the values of the shape parameter, $\beta$, and the scale parameter, $\lambda$, affect the distribution and shape of the probability density function, cumulative distribution function, as well as the survival and hazard functions. The effects for different values of $\lambda$ are a change in scale on the horizontal (*t*) axis, and not the basic shape of the curve (Lawless, 2003).

In Figure 3, different forms of the probability density functions observed for different values of the shape parameter, $\beta$, are demonstrated. Typical $\beta$ values vary depending upon the application; however, distributions with $\beta$ in the range of 0.5 to 3 are appropriate (Lawless, 2003).

22



**Figure 3:  Weibull probability density function for different values of the shape (β) parameter**

If T is a random variable that arises from a two parameter Weibull distribution, the cumulative distribution function (cumulative distribution function) of $T$ , $F(t)$ , can be characterized as:

$$F(t) = \Pr(T \leq t) = 1 - e^{-(\lambda t)^{\beta}}; t \geq 0$$

The cumulative distribution function gives the probability the variable $T$ will be less than or equal to any value $t$ that we choose.  Properties of the cumulative distribution function are that $F(t)$

23

is bound by 0 and 1 (ie. $0 < F(t) < 1$); $F(t)$ is a non-decreasing function of $t$; the limit as n goes

to infinity is 1 (ie. $\lim_{n \to \infty} F(t) \to 1$); and that the cumulative distribution function can be denoted

as the complement of the survival function $F(t) = 1 - S(t)$. Since time is measured on a

continuum, this implies that the probability of an event at a single point in time is zero (Smith &

Smith, 2005).

Two functions that are of particular interest in survival analysis are the survival function

and the hazard function. As previously stated in the properties of the cumulative distribution

function, the survival function can be characterized as the complement of the cumulative

distribution function. The unconditional survival function of the two-parameter Weibull

distribution, which represents the probability of surviving beyond time $t$, can be written such

that:

$$S(t) = \Pr(T > t) = e^{-(\lambda t)^{\beta}}, t > 0$$

The survival function describes the relationship between the probability of survival and time. The

properties of $S(t)$ are that the function is bound by zero and one (ie. $0 < S(t) < 1$); $S(t)$ is a

non-decreasing function of $t$; the probability of survival at time $\infty$ is 0 since all individual must

eventually die (ie. $\lim_{n \to \infty} S(t) \to 0$); the probability at time 0 is 1 since all individuals are alive at the

study start point (ie. $S(0) = 1$); and the survival function can be denoted as the complement of

the cumulative distribution function $S(t) = 1 - F(t)$; $-S'(t) = f(t)$ (Smith & Smith, 2005).

The hazard function is also widely used in survival analysis and is defined to be the instantaneous probability of failure in the next instant of time. The hazard function for the two-parameter Weibull distribution takes the form:

$$h(t) = \beta \lambda^{\beta} t^{\beta-1}$$

Different values of the shape parameter, β, can have a significant effect on the behavior of the distribution and even cause the Weibull distribution to reduce to those of other distributions (Lawless, 2003). For the Weibull distribution, the shape of the probability density function and hazard function depends only on β. When the shape parameter takes on a value of 1, the distribution reduces to that of the Exponential distribution which is marked by a constant hazard rate over time and the memoryless property. The memoryless property indicates that a future event, measured from any instant in time, is expected to occur in time *t* regardless of when the last event occurred (Giachetti, 2010).

In the context of survival analysis, when the shape parameter is less than 1 (ie. 0 < β < 1), the failure rate is monotone decreasing over time. This can be interpreted as negative aging, indicating that the rate of failure gets lower as the lifetime of the individual increases. A monotone increasing hazard function, characterized by a shape parameter greater than one (ie.

25

$1 > \beta < \infty$), represents a failure rate that increases over time. An increasing hazard function is synonymous with the concept of aging, where the probability of failure increases with age.

A distribution is said to have a constant hazard rate, as indicated by $\beta = 1$, when the hazard function does not increase or decrease over time. A distribution that displays a constant hazard rate displays what is known as the *memoryless property*. This indicates that the risk of failure is constant over time and does not depend on the time $t$. As previously discussed, the *memoryless* property is a unique and important property specific to the exponential distribution. If the random variable $T$ is exponentially distributed, the following condition holds:

$$P(T > s + t | T > s) = \Pr(T > t) \text{ for all } s, t \geq 0$$

Therefore, the conditional probability that an event occurs at time (*s+t)*, given survival up to *s,* is equivalent to the probability the event occurs at time $t$ for a new item*.*

An example that is commonly used to demonstrate the memoryless property is when the exponential distribution is used to model the failure times of manufactured light bulbs. It is understood that the exponential distribution "forgets" the past. Given that the light bulb has survived $s$ units of time, the chance it survives an additional $t$ units is the same probability that a new light bulb survives $t$ units of time. It must be acknowledged that all living organisms go

26

through an aging process and preserve a memory of the past; thus, their lifetimes often cannot be characterized using the exponential distribution or expressed in terms of the memoryless property.

When the hazard rate is not constant over time, the probability of failure at each successive point in time is dependent on survival up to that point; thus the distribution retains a "memory" of prior survival history pre-diagnosis. The hazard rate for cancer decreases over time which has been attributed to weaker individuals perishing quickly, leaving stronger individuals to persevere. Therefore, when the hazard rate is not constant the probability of survival at each successive $t_i$ is dependent on prior survival and the distribution retains a "memory" of prior survival times. This implies the shape of the distribution for the observed failure times after diagnosis is dependent on the shape of the distribution prior to diagnosis. This fundamental and crucial characteristic, known as the *memory* property, provides the foundation of the methodology presented.

In this analysis, the shape parameter for all cancers included in the study was strictly less than one with an approximate median value of 0.5 indicating a decreasing hazard. This indicates the shape of the distribution for the observed survival failure times is a function of the underlying distribution for the unobserved survival times. This allows us to retrace the unobserved survival histories for individuals using information obtained only after the cancer diagnosis was made and

permits us to estimate the length of time from cancer initiation until diagnosis, also known as the

latency period


Next, we introduce the Newton-Raphson technique which is an iterative process for root-

finding that was used in the calculation of the exact solution as discussed in Section 2.3.1.3..


### 1.3.4    Newton-Raphson Technique


The Newton-Raphson technique is an extremely powerful technique that can be used to

find the numerical solution of a system of non-linear equations.  It is one of the most widely used

methods for root finding and can be used to maximize multi-parameter log-likelihood functions

$l(\theta)$ for $\theta$ lying in a parameter space $\Omega$ (Lawless, 2003).  It is common that we can verify the

existence of the maximum likelihood estimator, but the solution $l'(\hat{\theta}) = 0$ cannot be obtained

in closed form.  For such situations, the Newton-Rhapson iterative method can be utilized to find

the root of some function and also exhibits rapid quadratic convergence (Hogg, McKean, & Craig,

2005).  Another convenient feature of the Newton-Rhapson method is the error function can be

estimated using a quadratic approximation.


Many likelihood functions have a unique maximum value at the point $\hat{\theta}$, which satisfies

the equation $\frac{\partial l}{\partial \theta} = 0$.  To maximize the likelihood function, the Newton-Raphson method begins

with an initial estimation of the location of the root, $\theta_0$, which should be reasonably close to the true root. The method then finds the tangent to the function and extrapolates it to the horizontal intercept of the tangent line to receive $\theta_1$. The point of intersection, $\theta_1$, is taken as the new approximation to the root. This iterative process is continued until the succession of points $\theta_1$, $\theta_2$, $\theta_3$… converges to $\hat{\theta}$, when possible. Iteration leads to rapid convergence given that the initial root estimate is located close to the exact root. Mathematically, the $k^{\text{th}}$ iteration of the Newton-Rhapson algorithm for evaluating the root of some function can be obtained using the formula:

$$\theta_{j+1} = \theta_j - H(\theta_j)^{-1} U(\theta_j) \text{ for } j\text{=1,2,…}$$

In the formula, the current estimate of the root is $\theta_j$ and $\theta_{j+1}$ is the extrapolated value of the new root. The vector $U(\theta)$ is the first-derivative vector such that $U(\theta) = \frac{\partial l}{\partial u}$ and $H(\theta)$ is the second derivative, or Hessian matrix, $H(\theta) = \frac{\partial^2 l}{\partial \theta \partial \theta'}$ for $l(\theta)$. By evaluating the function and its derivative at the estimated root, the Newton-Raphson method extrapolates to an improved estimate. The Newton-Raphson iterative process of determining the root of an equation is illustrated in Figure 4. In this example, the initial estimation of the location of the root, $x_j$, is used to find the tangent to the curve at the point $x_j$. The new root, $x_{j+1}$, is found by extrapolating the tangent line to the intercept of the x-axis.

29



**Figure 4:  An illustration of the Newton-Raphson method for determining the root of an equation**

To determine the rate of change, or fractional accuracy, between iterations we can utilize the simple formula:

$$e = \frac{(x_j - x_{j+1})}{x_{j+1}}$$

If the fractional accuracy is less than some predetermined value, the algorithm is considered to have converged.  A more definitive way to determine convergence is to test the function's value slightly above and below the estimated root to evaluate a change in sign, which could be indicative of a global maximum.  A poor initial estimate can give rise to situations where the

Newton-Raphson algorithm does not converge or converges slowly (Morgan, 2000).  In Chapter

2, we introduce the Conditional Weibull model extension which builds upon the concepts

presented in this chapter.

# Chapter 2:   Conditional Weibull Model

## 2.1   Introduction

Utilizing conditional probability theory and the popular two-parameter Weibull model as our framework, we develop a mathematical model that accounts for the assumption of individual survival up to the time of diagnosis.  Because the Weibull model retains a memory of prior survival times, we can solve for the unknown model parameter of the Weibull model extension that characterizes the length of time from cancer initiation to diagnosis.  The biological motivation for this model follows the concepts discussed in Chapter 1 that living organisms go through an aging process and cells preserve a memory of the past.

The Weibull model is widely applied in survival analysis and The Weibull distribution has been used to describe the mechanisms of cancer development in previous research.  Pike (1966) and Peto and Lee (1973) gave a theoretical motivation for the application of the Weibull model to fit data involving the time until the appearance of a tumor or death in animals subject to carcinogenic insults over time (Klein & Moeschberger, 2003).

One of the first contributions to the understanding of cancer incubation periods came about in the 1930's and 1940's when Blum *et al.* reported that the incubation periods of skin cancer following ultraviolet radiation exposure in mice were log-normally distributed (Blum,

Grady, & Kirby-Smith, Limits of accuracy in experimental carcinogenesis as exemplified by tumor induction with ultraviolet radiation, 1942) (Blum, Grady, & Kirby-Smith, Relationships Between Dosage and Rate of Tumor Induction by Ultraviolet Radiation, 1942).   Blum *et al.* also determined that the "distribution does not vary systematically with dosage of radiation, interval between exposures, intensity of radiation or age" which was one of the first statements about the potential robustness of the incubation period in relation to the dose of exposure (Armenian, 1987).

Research performed by Kravchenko et. al (2011) and Manton, Akushevich and Kravchenko (2009) utilized a five-parameter version of the Armitage-Doll frailty model with a Weibull baseline to characterize the mechanisms of carcinogenesis, including the *lag* period which they defined as the period between the occurrence of the first malignant cancer cell and the date of cancer initiation for select cancer histotypes.  The researchers employed the model to study factors associated with disease heterogeneity and breast carcinogenesis mechanisms. Mdzinarishvili and Sherman (2010) also used the Armitage-Doll model and concluded that cancer incidence rate data is consistent with a Weibull model of carcinogenesis adjusted for age of initial exposure.   Utilizing these studies as the basis for the development of the Weibull model extension, the Weibull model will serve as the underlying framework for this analysis.

Assuming cancer patient survival times follow a Weibull distribution with shape parameter, $\beta$, strictly less than 1 and frequently equal to ½, we find the hazard function decreases

over time and the distribution has a strong memory of prior survival times. This mathematical property is crucial because it allows us to restore what we cautiously believe to be the length of time between cancer initiation and diagnosis using information known only after a positive diagnosis was made.

The main advantages of the Weibull model extension are the simplicity of its application and its ability to promote research of relevant medical issues through mathematical modeling on a population scale. One well-defined practical application of the study of cancer latency periods is the etiological investigation of cancer which is important in the management of past and future risk assessment for the community and patients (Armenian, 1987). This information can also be advantageous as a means for determining the estimated time of exposure in a patient's life (Cobb, Miller, & Wald, 1959).

## 2.2    Statistical Description of Conditional Weibull Model

As previously stated, we assume that all survival times are independent and any censoring that occurs is uninformative. Each $t_i$ represents the length of time the patient was observed on the study beginning at the date of cancer diagnosis and is a double-censored survival variable. Now, let $u$ represent the length of time between cancer initiation and diagnosis where the patient is not observed on the study and is the unknown, fixed parameter of interest we seek to estimate. The *total* time a patient had malignant cancer cells in the body can be characterized by the time from the initiation of cancer until death, $(u + t)$, which is also assumed to follow a Weibull distribution.

To illustrate the course of events for cancer registry data, refer to Figure 5 which presents a diagram of the succession of cancer events. The first event is the initiation and onset of disease which begins at time $u$=0 and occurs at some unknown point prior to disease diagnosis. The second event is the time at which a person has a positive clinical diagnosis of cancer and the case is reported to the local cancer registry, represented by $t$=0. It is at the time of cancer diagnosis that information is known about the patient's survival experience until death or the study end point, whichever occurs first. Therefore, it is assumed that we only have information on individuals that survived up to the time of cancer diagnosis. The length of time between cancer initiation and diagnosis is known as the *latency period*, characterized by the parameter $u$, which

35

we seek to estimate. The individual's true lifetime can be represented by the total survival time defined by the time beginning at cancer initiation until cancer-specific death.



**Figure 5: Timeline of events which demonstrate the unobserved and observed periods of cancer beginning at the time of disease initiation.**

Let $u + t_1, u + t_2, \dots, u + t_n$ denote a random sample of $n$ independent and identically distributed (iid) observations from a population with Weibull-distributed survival times. Using the survival function from the 2-parameter Weibull model $S(t) = e^{-(\lambda t)^\beta}$ as a basis, we apply the conditional probability property that $P(A|B) = \frac{P(A \cap B)}{P(B)}$ and find the Weibull random variable (U+T) can be characterized by the conditional survival function:

$$S(u + t|u) = \frac{e^{-[\lambda(u+t)]^{\beta}}}{e^{-(\lambda u)^{\beta}}} = e^{-\lambda^{\beta}[(u+t)^{\beta} - u^{\beta}]}; \ 0 < t$$

This function represents the probability of surviving beyond time $(u + t)$, given patient survival up to the time of diagnosis. In this model, the length of the unknown latency period is designated by the parameter, $u$. The shape parameter is designated by β and the scale parameter is designated by λ. Each $t_i$ represents the time an individual was observed on the study post-cancer diagnosis where the study follow-up ends at death or is right-censored to the study end point.

By introducing the additional latency parameter, $u$, and utilizing the memory property of the Weibull distribution, we restore what we cautiously believe to be the time between cancer initiation and diagnosis. Using information from observed incidence data available from cancer registries, the data showed the Weibull shape parameter, β, was strictly less than 1 for all cancers. Because the hazard function decreases over time, the distribution has a strong memory of prior survival times which is an essential factor in this analysis.

Using the property $f(u + t|u) = -S'(u + t|u)$, we find the random sample arises from a distribution with probability density function:

37

$$f(u+t|u) = \begin{cases} \lambda^\beta \beta (u+t)^{\beta-1} \cdot e^{-\lambda^\beta [(u+t)^\beta - u^\beta]}, & 0 \le t < \infty, 0 < u, \beta > 0, \lambda > 0 \\ 0, & t < 0 \end{cases}$$

The cumulative distribution function (cumulative distribution function) of $(U+T)$, $F(u+t|u)$, can be characterized as:

$$F(u+t|u) = \Pr(U+T \le u+t) = 1 - e^{-\lambda^\beta [(u+t)^\beta - u^\beta]}$$

In the next section we discuss the estimation of Weibull model extension parameters and how these parameters are used to determine the length of the cancer latency period.

38

## 2.3  Estimation of Conditional Weibull Model Parameters

### 2.3.1  Exact Parameter Estimation

Maximum Likelihood Estimation (MLE) is the most popular method of estimation and is considered to be one of the most versatile and reliable methods (Rinne, 2009).  It is one of the most important techniques in statistics and econometrics used for estimation (Henningsen & Toomet, 2011).  Researchers can develop new models and estimate these non-standard statistical model parameters by implementing statistical computing software that utilizes Maximum Likelihood Estimation.

Maximum Likelihood Estimation copes with all types of samples, whether censored or uncensored, grouped or not (Rinne, 2009).  Advantages of parametric models include simplicity, the availability of likelihood-based inference procedures, and ease of use for description, comparison, prediction, or decision (Lawless, 2003).  Additional desirable properties of MLE include: MLEs are consistent; MLEs are asymptotically unbiased, although they may be biased in finite samples; MLEs are asymptotically efficient; MLEs are sufficient statistics; and MLEs are asymptotically normally distributed.  When fitting a parametric model, the survival times are assumed to follow some statistical distribution.

Let $u + t_1, u + t_2, \ldots, u + t_n$ be a random sample of size $n$ drawn from a distribution characterized by the probability distribution function $f(u + t | u; \theta)$ where $\theta$ represents the vector of parameters $\beta$, $\lambda$, and $u$ which are the unknown shape, scale, and *latency* parameters, respectively. The probability distribution function (probability density function) of the three-parameter Weibull model extension takes the form:

$$f(u + t | u; \theta) = \begin{cases} \lambda^\beta \beta (u + t)^{\beta - 1} \cdot e^{-\lambda^\beta [(u+t)^\beta - u^\beta]}, & t > 0, \beta > 0, \lambda > 0 \\ 0, & t < 0 \end{cases}$$

The likelihood function of the random sample is the joint density of the *n* random variables and is a function of the unknown parameters. Because the elements of T are independent, the likelihood function can be written as the product of the individual marginal distributions. Thus, we can express the likelihood function for the Weibull model extension as:

$$L(t, \lambda, \beta, u) = \prod_{i=1}^{n} f(t; u, \lambda, \beta) = \prod_{i=1}^{n} \lambda^\beta \beta (u + t_i)^{\beta - 1} \cdot e^{-\lambda^\beta [(u+t_i)^\beta - u^\beta]}$$

The Maximum Likelihood Estimators of $\lambda$, $\beta$, and $u$ are the values that maximize the likelihood equation, , $L(t, \lambda, \beta, u)$, or equivalently, the logarithm of $L$, $l(L(t, \lambda, \beta, u))$. We denote the maximum likelihood solution $\hat{\theta} = \frac{\partial}{\partial \theta} l(\theta) = 0$. For mathematical convenience, we can take

the natural log-transform of the likelihood equation and sacrifice no information since the logarithm function is one-to-one. Therefore, the maximum obtained for the likelihood equation is equivalent to the maximum obtained for the log-likelihood equation so either function can be used (Hogg, McKean, & Craig, 2005). Expressing the log-likelihood as the joint likelihood function at observed time $t_i$, we find:

$$l(\theta) = \ln(L(t, \lambda, \beta, u)) = \sum_{i=1}^{n} f(t_i; \theta)$$

$$= \sum_{i=1}^{n} \beta \ln(\lambda) + \ln(\beta) + (\beta - 1)\ln(u + t_i) - \lambda^{\beta}[(u + t_i)^{\beta} - u^{\beta}]$$

The log-likelihood function simplifies to:

$$l(\theta) = n\beta \ln(\lambda) + n \ln(\beta) + (\beta - 1) \sum_{i=1}^{n} \ln(u + t_i) - \lambda^{\beta} \sum_{i=1}^{n} (u + t_i)^{\beta} + n\lambda^{\beta} u^{\beta}$$

To maximize the log-likelihood function, we find the parameter values where the partial derivate, or gradient equations, are equal to zero. To obtain the gradients of the log-likelihood equations, we take the partial derivative of the log-likelihood function, $\ln(L(t, \lambda, \beta, u))$, with respect to the unknown parameters $\lambda$, $\beta$, and $u$. The estimating equations with respect to $\lambda$, $\beta$, and $u$ are defined below:

41

$$\frac{\partial \ln(L(t,\lambda,\beta,u))}{\partial \lambda} = \frac{n\beta}{\lambda} - \frac{\beta\lambda^\beta}{\lambda}\sum_{i=1}^{n}(u+t_i)^\beta + \frac{n\beta\lambda^\beta}{\lambda}u^\beta = n - \lambda^\beta\sum_{i=1}^{n}(u+t_i)^\beta + n\lambda^\beta u^\beta$$

$$\frac{\partial l}{\partial \beta} = n\cdot\ln(\lambda) + \frac{n}{\beta} + \sum_{i=1}^{n}\ln(u+t_i) - \lambda^\beta\sum_{i=1}^{n}(u+t_i)^\beta \cdot \ln\left[\sum_{i=1}^{n}\lambda(u+t_i)\right] + n\lambda^\beta u^\beta \ln(\lambda u)$$

$$= n\cdot ln(\lambda) + \frac{n}{\beta} + \sum_{i=1}^{n}ln(u+t_i) - \lambda^\beta\sum_{i=1}^{n}(u+t_i)^\beta \cdot \left\{ln(\lambda) + ln\left[\sum_{i=1}^{n}(u+t_i)\right]\right\}$$

$$+ n\lambda^\beta u^\beta[ln(\lambda) + ln(u)]$$

$$\frac{\partial l}{\partial u} = \frac{(\beta-1)}{\sum_{i=1}^{n}(u+t_i)} - \beta\lambda^\beta\sum_{i=1}^{n}(u+t_i)^{\beta-1} + n\beta\lambda^\beta u^{\beta-1}$$

Taking the estimating equations presented above, we define the 3-dimensional gradient vector of the log-likelihood function as:

$$Grad\ \log(L(t,\lambda,\beta,u))$$
$$= \left(\frac{\partial\log(L(t,\lambda,\beta,u))}{\partial\lambda}, \frac{\partial\log(L(t,\lambda,\beta,u))}{\partial\beta}, \frac{\partial\log(L(t,\lambda,\beta,u))}{\partial u}\right)$$

The gradient of the log-likelihood provides the formulas to numerically calculate the values of the maximum likelihood parameter estimates using the observed survival times, $t_i$, which are available through public data.  Statistically, we must find the values $\hat{\lambda}$, $\hat{\beta}$, and $\hat{u}$ that maximize the likelihood function based on the given experiment.

42

The estimating equations presented cannot be solved simultaneously because they are a system of non-linear equations where the closed-form solution does not exist.  In cases where a closed solution does not exist, the iterative Newton-Raphson method allows us to calculate the maximum likelihood estimates.  Newton-Raphson is one of the most widely used methods for root finding and can be used to maximize multi-parameter log-likelihood functions.

*2.3.1.1  Newton-Raphson Algorithm*

The Newton-Raphson algorithm is one of the best iterative methods because it is fast and the error is known to be a quadratic approximation.  The Newton-Raphson algorithm can be applied to the Weibull model extension using the formula defined below:

$$\begin{bmatrix} \lambda_{j+1} \\ \beta_{j+1} \\ u_{j+1} \end{bmatrix} = \begin{bmatrix} \lambda_j \\ \beta_j \\ u_j \end{bmatrix} - J_j^{-1} \begin{bmatrix} f_1(\lambda) \\ f_1(\beta) \\ f_1(u) \end{bmatrix}; \quad j = 0,1,2$$

In the Newton-Raphson algorithm, the **score vector**, $\begin{bmatrix} f_1(\lambda) \\ f_1(\beta) \\ f_1(u) \end{bmatrix}$, represents the first derivative of the log-likelihood function with respect to the unknown parameters $\lambda$, $\beta$, and $u$. The score vector equations $f_1(\lambda)$, $f_1(\beta)$, and $f_1(u)$ defined by each dimension of the gradient vector, are represented by the equations below:

$$f_1(\lambda) = \frac{\partial l}{\partial \lambda} = \text{n} - \lambda^\beta \sum_{i=1}^{n} (u + t_i)^\beta + \text{n}\lambda^\beta u^\beta$$

44

$$f_1(\beta) = \frac{\partial l}{\partial \beta} = n \cdot ln(\lambda) + \frac{n}{\beta} + \sum_{i=1}^{n} ln(u + t_i) - \lambda^\beta \sum_{i=1}^{n} (u + t_i)^\beta \cdot ln\left[\lambda \sum_{i=1}^{n} (u + t_i)\right]$$

$$+ n\lambda^\beta u^\beta \, ln(\lambda u)$$

$$= n \cdot ln(\lambda) + \frac{n}{\beta} + \sum_{i=1}^{n} ln(u + t_i) - \lambda^\beta \sum_{i=1}^{n} (u + t_i)^\beta$$

$$\cdot \left\{ ln(\lambda) + ln\left[\sum_{i=1}^{n} (u + t_i)\right] \right\} + n\lambda^\beta u^\beta [ln(\lambda) + ln(u)]$$

$$f_1(u) = \frac{\partial l}{\partial u} = \frac{(\beta - 1)}{\sum_{i=1}^{n}(u + t_i)} - \beta\lambda^\beta \sum_{i=1}^{n} (u + t_i)^{\beta-1} + n\beta\lambda^\beta u^{\beta-1}$$

The Jacobian matrix, $J_j$, is the joint probability distribution function of the random variables which must be a non-singular symmetric matrix so that its inverse can be found. The Jacobian matrix is defined as:

$$J_j = \begin{bmatrix} \frac{\partial f_1(\lambda)}{\partial \lambda} & \frac{\partial f_1(\lambda)}{\partial \beta} & \frac{\partial f_1(\lambda)}{\partial u} \\ \frac{\partial f_1(\beta)}{\partial \lambda} & \frac{\partial f_1(\beta)}{\partial \beta} & \frac{\partial f_1(\beta)}{\partial u} \\ \frac{\partial f_1(u)}{\partial \lambda} & \frac{\partial f_1(u)}{\partial \beta} & \frac{\partial f_1(u)}{\partial u} \end{bmatrix} = \begin{bmatrix} \frac{\partial^2 ln(L)}{\partial \lambda^2} & \frac{\partial^2 ln(L)}{\partial \lambda \partial \beta} & \frac{\partial^2 ln(L)}{\partial \lambda \partial u} \\ \frac{\partial^2 ln(L)}{\partial \beta \partial \lambda} & \frac{\partial^2 ln(L)}{\partial \beta^2} & \frac{\partial^2 ln(L)}{\partial \beta \partial u} \\ \frac{\partial^2 ln(L)}{\partial u \partial \lambda} & \frac{\partial^2 ln(L)}{\partial u \partial \beta} & \frac{\partial^2 ln(L)}{\partial u^2} \end{bmatrix}$$

The Jacobian matrix can be described as the first derivative of the functions $f_1(\lambda)$, $f_1(\beta)$, and $f_1(u)$ with respect to $\lambda$, $\beta$, and $u$, or the second partial derivative of the log-likelihood function with respect to the unknown parameters.  The first partial derivatives $f_1(\lambda)$, $f_1(\beta)$, and $f_1(u)$ defined previously are used to determine the vector coordinates of the Jacobian matrix.  For simplicity, we refer to the vector coordinates of the Jacobian as *a, b, c, d, e* and *f*:

$$J_j = \begin{bmatrix} \dfrac{\partial f_1(\lambda)}{\partial \lambda} & \dfrac{\partial f_1(\lambda)}{\partial \beta} & \dfrac{\partial f_1(\lambda)}{\partial u} \\[2mm] \dfrac{\partial f_1(\beta)}{\partial \lambda} & \dfrac{\partial f_1(\beta)}{\partial \beta} & \dfrac{\partial f_1(\beta)}{\partial u} \\[2mm] \dfrac{\partial f_1(u)}{\partial \lambda} & \dfrac{\partial f_1(u)}{\partial \beta} & \dfrac{\partial f_1(u)}{\partial u} \end{bmatrix} = \begin{bmatrix} a & b & c \\ d & e & f \\ g & h & i \end{bmatrix}$$

The Jacobian vector components are represented by the series of equations below:

$$a = \frac{\partial f_1(\lambda)}{\partial \lambda} = -\beta\lambda^{\beta-1} \sum_{i=1}^{n}(u+t_i)^\beta + n\beta\lambda^{\beta-1}u^\beta = -\sum_{i=1}^{n}(u+t_i)^\beta + nu^\beta$$

$$b = \frac{\partial f_1(\lambda)}{\partial \beta} = -\lambda^\beta \cdot \sum_{i=1}^{n}(u+t_i)^\beta * \ln\left(\lambda \cdot \sum_{i=1}^{n}(u+t_i)\right) + nu^\beta\lambda^\beta \cdot \ln(u\beta)$$

$$= -\sum_{i=1}^{n}(u+t_i)^\beta * \left[\ln(\lambda) + \ln\left(\sum_{i=1}^{n}(u+t_i)\right)\right] + nu^\beta \cdot [\ln(u) + \ln(\beta)]$$

46

$$c = \frac{\partial f_1(\lambda)}{\partial u} = -\beta\lambda^\beta \sum_{i=1}^n (u+t_i)^{\beta-1} + n\beta\lambda^\beta u^{\beta-1} = -\sum_{i=1}^n (u+t_i)^{\beta-1} + nu^{\beta-1}$$

$$d = \frac{\partial f_1(\beta)}{\partial \lambda} = \frac{n}{\lambda} - \beta\lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta \cdot \ln\left[\sum_{i=1}^n (u+t_i)\right] - \beta\lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta \cdot \ln(\lambda)$$

$$- \lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta + n\beta\lambda^{\beta-1}u^\beta \ln(\lambda) + n\lambda^{\beta-1}u^\beta + n\beta\lambda^{\beta-1}u^\beta \cdot \ln(u)$$

$$= \frac{n}{\lambda} - \beta\lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta \cdot \ln\left[\sum_{i=1}^n (u+t_i)\right] - \beta\lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta \cdot \ln(\lambda)$$

$$- \lambda^{\beta-1} \sum_{i=1}^n (u+t_i)^\beta + n\beta\lambda^{\beta-1}u^\beta[\ln(\lambda) + \ln(u)] + n\lambda^{\beta-1}u^\beta$$

$$e = \frac{\partial f_1(\beta)}{\partial \beta} = -\ln(\lambda)\lambda^\beta \sum_{i=1}^n (u+t_i)^\beta \ln(u+t_i) - \lambda^\beta \sum_{i=1}^n (u+t_i)^\beta \ln^2(u+t_i)$$

$$+ n\lambda^\beta u^\beta \ln^2(\lambda) + n\lambda^\beta u^\beta \ln(u)\ln(\lambda) + n\ln(u)[\lambda^\beta u^\beta \ln(\lambda) + \lambda^\beta u^\beta \ln(u)]$$

$$f = \frac{\partial f_1(\beta)}{\partial u} = -\beta\lambda^\beta \sum_{i=1}^n (u+t_i)^{\beta-1} \ln(u+t_i) - \lambda^\beta (u+t_i)^{\beta-1} + n\beta\lambda^\beta \ln(\lambda)\, u^{\beta-1}$$

$$+ n\lambda^\beta u^{\beta-1}[\beta\ln(u) + 1]$$

$$g = \frac{\partial f_1(u)}{\partial \lambda} = -\beta^2 \lambda^{\beta-1} \sum_{i=1}^{n}(u+t_i)^{\beta-1} + n\beta^2\lambda^{\beta-1}u^{\beta-1} = -\sum_{i=1}^{n}(u+t_i)^{\beta-1} + nu^{\beta-1}$$

$$h = \frac{\partial f_1(u)}{\partial \beta} = \frac{1}{\sum_{i=1}^{n}(u+t_i)} - \lambda^\beta \sum_{i=1}^{n}(u+t_i)^{\beta-1}\left[\beta\ln\left(\sum_{i=1}^{n}\lambda(u+t_i)\right)+1\right]$$

$$+ n\lambda^\beta u^{\beta-1}[\beta\ln(\lambda u)+1]$$

$$i = \frac{\partial f_1(u)}{\partial u} = \frac{-(\beta-1)}{\sum_{i=1}^{n}(u+t_i)^2} - \beta(\beta-1)\lambda^\beta \sum_{i=1}^{n}(u+t_i)^{\beta-2} + n\beta(\beta-1)\lambda^\beta u^{\beta-2}$$

$$= \frac{-1}{\sum_{i=1}^{n}(u+t_i)^2} - \beta\lambda^\beta \sum_{i=1}^{n}(u+t_i)^{\beta-2} + n\beta\lambda^\beta u^{\beta-2}$$

To begin implementing the Newton-Raphson method, "trial" values of the unknown parameters $\lambda_0$ , $\beta_0$ , and $u_0$ are used in the equation below to obtain an improved estimate.

48

$$\begin{bmatrix} \lambda_{j+1} \\ \beta_{j+1} \\ u_{j+1} \end{bmatrix} = \begin{bmatrix} \lambda_j \\ \beta_j \\ u_j \end{bmatrix} - J_j^{-1} \begin{bmatrix} f_1(\lambda) \\ f_1(\beta) \\ f_1(u) \end{bmatrix}; \quad j = 0,1,2$$

This process is repeated until the differences between successive estimates are sufficiently close

to zero, or until the elements of the vector, $\begin{bmatrix} f_1(\lambda) \\ f_1(\beta) \\ f_1(u) \end{bmatrix}$, of the first partial derivatives are sufficiently

close to zero.

The Newton-Raphson method is used to estimate the parameter values of $\lambda$, $\beta$ and $u$ of

the exact solution.  To determine the starting point, or "trial" values, of the Newton-Raphson

algorithm, we use the methods to estimate the approximate parameter values,  $\lambda_o$, $\beta_o$ and $u_o$,

which are provided in detail in the next section.

49

### 2.3.2    Approximate Parameter Estimation

Utilizing the methods presented by Nadler and Zurbenko, the approximate parameter values can be estimated using simple linear regression methods (Nadler & Zurbenko, Model prediction of the length of Cancer prior to diagnosis with application to Cancer registry data, 2010) (Nadler & Zurbenko, Developing a Weibull Model Extension to Estimate Cancer Latency, 2013) (Nadler & Zurbenko, 2014). Given that the conditional Weibull model is a parametric model, we are able to use likelihood-based inference to determine an approximate estimate for the length of time between cancer initiation and diagnosis. Linear regression methods are preferred to estimate the Weibull model parameters because of their computational simplicity and ease of graphical interpretation (Murthy, Bulmerc, & Eccleston, 2004) (Zhang, Xie, & Tang, Bias Correction for the Least Squares Estimator of Weibull Shape Parameter With Complete and Censored Data, 2006) (Zhang, Xie, & Tang, A Study of Two Estimation Approaches for Parameters of Weibull Distribution Based on WPP, 2007). A linear regression model can be used to estimate the slope, $\beta$, because the Weibull model has the key property that the log of the negative log of the estimated survivor function against log time is linear where the regression equation has slope, $\beta$, and intercept, $\beta \ln(\lambda)$ (Kleinbaum & Klein, 2005) (Rodriguez, 2007).

To determine the solution of the maximum likelihood estimator of $u$, denoted as $\hat{u}$, we must find the value that maximizes that log-likelihood function. As previously stated, we let $u +$

$t_1, u + t_2, \ldots, u + t_n$ be a random sample of size $n$ drawn from a distribution characterized by the probability distribution function:

$$f(u + t | u; \theta) = \begin{cases} \lambda^\beta \beta (u+t)^{\beta-1} \cdot e^{-\lambda^\beta [(u+t)^\beta - u^\beta]}, & t > 0 \\ 0, & t \leq 0 \end{cases}$$

Here, θ represents the vector of parameters β, λ, and $u$ which are the unknown Weibull shape, scale, and latency parameters, where all parameters are assumed to be greater than 0. As discussed in Section 2.2, $u$ represents the time from cancer initiation until diagnosis and $t$ represents the time from cancer diagnosis to cancer-specific death.

The survival function that characterizes the probability of survival beyond time ($u$+$t$) given survival up to time, $u$, can be expressed as:

$$S(u + t | u) = e^{-\lambda^\beta [(u+t)^\beta - u^\beta]}; \ 0 < t$$

The Kaplan-Meier method was used to estimate the survival probabilities, S*(t)*, which were used as the outcome variable in the model.

51

Expressing the log-likelihood as the joint likelihood function at observed time $t_i$, we find:

$$l(\theta) = \ln L(\theta) = \sum_{i=1}^{n} f(t_i; \theta) = \sum_{i=1}^{n} \beta \ln(\lambda) + \ln(\beta) + (\beta-1)\ln(u+t_i) - \lambda^\beta \left[(u+t_i)^\beta - u^\beta\right]$$

Therefore, the log-likelihood function can be simplified as:

$$l(\theta) = n\beta \ln(\lambda) + n \ln(\beta) + (\beta-1)\sum_{i=1}^{n} \ln(u+t_i) - \lambda^\beta \sum_{i=1}^{n}(u+t_i)^\beta + n\lambda^\beta u^\beta$$

To determine the solution of the MLE of $u$, denoted as $\hat{u}$, we find the value of $u$ that maximizes the log-likelihood function so that $\hat{u} = Argmax\ l(\theta)$. To determine the solution of the maximum likelihood estimator, $\hat{u}$, we let the partial derivative of the log-likelihood with respect to $u$ equal 0:

$$\frac{\partial l(u)}{\partial u} = 0 = \frac{\partial}{\partial u}\left\{\sum_{i=1}^{n} \beta \ln(\lambda) + \ln(\beta) + (\beta-1)\cdot\ln(u+t_i) - \lambda^\beta\left[(u+t_i)^\beta - u^\beta\right]\right\}$$

$$= \sum_{i=1}^{n} \frac{(\beta-1)}{(u+t_i)} - \beta\lambda^\beta\left[(u+t_i)^{\beta-1} - u^{\beta-1}\right]$$

$$= \sum_{i=1}^{n} \frac{(\beta-1)}{(u+t_i)} - \beta\lambda^\beta\left[\frac{(u+t_i)^\beta}{(u+t_i)} - \frac{u^\beta}{u}\right]$$

To find the approximate maximum likelihood estimate solution, we assume $u$ is large and $t$ is small such that when we evaluate the integral below, we find the following term to be small:

$$\int_{t=0}^{\Delta} \frac{\beta - 1}{u + t_i} dt = (\beta - 1)\ln(u + t) \Big|_{t=0}^{\Delta}$$

$$= (\beta - 1)[\ln(u + \Delta) - \ln(u + 0)]$$

$$= (\beta - 1)[f'(t)] \approx (\beta - 1)u^{-1}$$

We further simplify the approximating equation by substituting the linear regression parameters $a$ and $b$ obtained by regressing the log-transform of the Kaplan-Meier product-limit survival estimates on the observed study times for a given sample. The log-survival model takes the form:

$$\ln \hat{S}(u + t | u) = -\lambda^{\beta}\big[(u + t_i)^{\beta} - u^{\beta}\big] = a + b(u + t_i)$$

Applying these properties to the log-likelihood function, we find the approximate solution of the latency estimate, $\hat{u}$, by maximizing the estimating equation for $u$:

53

$$\frac{\partial l(u)}{\partial u} = 0 = \sum_{i=1}^{n} u \cdot \left\{ \frac{(\beta - 1)}{(u + t_i)} - \beta \lambda^\beta \left[ \frac{(u + t_i)^\beta}{(u + t_i)} - \frac{u^\beta}{u} \right] \right\}$$

$$= \sum_{i=1}^{n} \cancel{u} \cdot \left\{ \frac{(\beta - 1)}{\cancel{u}} - \beta \lambda^\beta \left[ \frac{(u + t_i)^\beta}{\cancel{u}} - \frac{u^\beta}{\cancel{u}} \right] \right\}$$

$$= \sum_{i=1}^{n} (\beta - 1) - \beta \underbrace{\lambda^\beta \left[ (u + t_i)^\beta - u^\beta \right]}_{a + b(u + t_i)}$$

$$= \sum_{i=1}^{n} (\beta - 1) + \beta [a + b(u + t_i)]$$

$$\frac{-(\beta - 1)}{\beta} = a + b(u + t_i)$$

Letting let the partial derivative of the log-likelihood function with respect to $u$ equal 0, we find the approximate estimate of the length of the latency period at the time of cancer diagnosis where $t_i$ is equal to 0 as:

$$\hat{u} = \frac{\frac{-(\beta - 1)}{\beta} - a}{b} - t_i$$

54

Since we are interested in determining the length of the latency period from cancer initiation to diagnosis, where the value of time $t_i$ is equal to 0, the value of the MLE solution, $\hat{u}$, can be approximated at the time of cancer diagnosis as:

$$\hat{u} = \frac{\frac{-(\beta - 1)}{\beta} - a}{b}$$

This function represents the time where the log-transformed survival estimate, $\ln(S(t))$, regressed on $t$, equals the correction factor $[-(\beta - 1) / \beta]$.

The Weibull model has the key property that the log negative log of the survival estimates are linear with log of the observed study times and the regression equation has slope, $\beta$, and intercept, $\beta \ln(\lambda)$ (Kleinbaum & Klein, 2005) (Rodriguez, 2007). To obtain the value of the Weibull shape parameter, $\beta$, the slope of the linear regression line is found by regressing the log negative log of the Kaplan-Meier product-limit survival estimates on the log of the observed study times for a given sample:

$$\ln\left[-\ln\hat{S}(u + t \mid u)\right] = \underbrace{-\beta \ln(\lambda)}_{intercept} + \underbrace{\beta}_{slope} \ln(u + t_i)$$

55

To determine model parameters $a$ and $b$, the log-transformed conditional Kaplan-Meier estimates are regressed on time with intercept, $a$, and slope, $b$:

$$\ln \hat{S}(u + t | u) = a + b(u + t_i)$$

To determine if the approximate solution of the MLE is a global maximum, we take the second partial derivative of the log-likelihood function with respect to $u$:

$$\frac{\partial^2 l(u)}{\partial u^2} = \frac{\partial l(u)}{\partial u}\{(\beta - 1) - \beta\lambda^\beta[(u + t_i)^\beta - u^\beta]\} = -\beta\lambda^\beta(\beta)(-1)[(u + t_i)^{\beta-1} - u^{\beta-1}]$$

$$= \beta^2\lambda^\beta[(u + t_i)^{\beta-1} - u^{\beta-1}] < 0$$

This function is strictly negative when the Weibull shape parameter, β, is less than one. This indicates a decreasing risk over time such that $[(u + t_i)^{\beta-1} - u^{\beta-1}] < 0$; therefore, we confirm that $\hat{u}$ is a global maximum.

Applying these properties, we present a Theorem that can be used to estimate the time from cancer initiation to diagnosis denoted as the *latency* period.

**Theorem 1:**

Suppose $u+t_1$, $u+t_2$,..., $u+t_n$ is a random sample of failure times from a population characterized by a conditional Weibull distribution with probability density function:

$$f(u + t|u; \theta) = \begin{cases} \lambda^\beta \beta (u + t)^{\beta-1} \cdot e^{-\lambda^\beta[(u+t)^\beta - u^\beta]}, & t > 0 \\ 0, & t \leq 0 \end{cases}$$

The survival times can be described by the conditional survival function:

$$S(u + t|u) = e^{-\lambda^\beta[(u+t)^\beta - u^\beta]}; \; 0 < t$$

Here, θ represents the vector of parameters $\beta$, $\lambda$, and $u$ which are the unknown shape, scale, and *latency* parameters, respectively. The model parameters are all assumed to be greater than zero. The parameter, $u$, denotes the length of time from cancer initiation to diagnosis and is the unknown *latency* parameter of interest we seek to estimate.

By assuming $u$ is large and $t$ is small, the length of the latency period, $\hat{u}$, can be approximated by the time at which the log-survival regression line equals the correction factor, $-\left(\frac{\beta-1}{\beta}\right)$, such that:

Equation 1:  $$\hat{u} = \frac{\frac{-(\beta-1)}{\beta}-a}{b}$$

The shape parameter, $\beta$, used in the approximate solution is estimated by the slope of the linear regression equation:

Equation 2: $$\ln\left[-\ln\hat{S}(u+t|u)\right] = \underbrace{-\beta\ln(\lambda)}_{\text{intercept}} + \underbrace{\beta}_{\text{slope}}\ln(u+t_i)$$

The log-linear regression model parameters $a$ and $b$ used in the approximate solution can be estimated by regressing the log transform of the Kaplan-Meier product-limit survival estimates on the observed survival times for a given sample:

Equation 3:  $$\ln\hat{S}(u+t|u) = \underbrace{a}_{\text{intercept}} + \underbrace{b}_{\text{slope}}(u+t_i)$$

This approximation provides a simple and efficient way to evaluate the latency period in comparison to the exact numerical solution.  The accuracy of the approximate solution will be calculated numerically as compared to the exact solution and will also be evaluated through simulations.


Linear regression methods were used to estimate the Weibull model parameters because of their computational simplicity and ease of graphical interpretation (Murthy, Bulmerc, & Eccleston, 2004) (Zhang, Xie, & Tang, A Study of Two Estimation Approaches for Parameters of Weibull Distribution Based on WPP, 2007) (Zhang, Xie, & Tang, Bias Correction for the Least Squares Estimator of Weibull Shape Parameter With Complete and Censored Data, 2006). Ordinary Least Squares regression methods are familiar to many making this method useful and easily applicable to researchers of many different backgrounds.

# Chapter 3:  Results and Discussion

In this section, we present the exact and approximate solutions of the application of the Weibull model extension.  Using publicly available cancer survival data, we provide numerical estimates of the period between the biological initiation of cancer and the medical diagnosis, denoted as the *latency* period.  We also provide a comparison of the exact numerical and approximate solutions, report on these results and conduct a simulation study where the true values of the data parameters are known.  It is important to note these estimates are for all stages of cancer combined and have not been adjusted for individual patient characteristics such as age, race and gender.  By combining all stages by cancer type, we can generalize the cancer latency estimates to the population level.

## 3.1  Data

A retrospective cohort study design was used to study the survival patterns of cancer patients.  Cancer incidence and survival data from January 1, 1973 through December 31, 2008 were obtained from the Surveillance, Epidemiology, and End Results (SEER) program.  SEER is a national registry for cancer that is commissioned by the National Cancer Institute which began maintaining records of patients with cancer in 1973 (Surveillance, Epidemiology, and End Results (SEER) Program Research Data, 2011). The SEER registries currently collect an estimated 97% of incident cancers within the SEER regions.  The SEER regions include approximately 26% of the

United States population and are considered to be a representative sample of the United States population (Fairfield, 2011) (Yang, Weidong, & Sakamoto, 2013). From this dataset, the site of the cancer, date of diagnosis, summary stage, tumor sequence number, cause of death and vital status were used in the analysis.

Patients were included in the analysis if they were diagnosed with their first primary malignancy between 1973 and 1990 from the SEER database for public use. Although some information was lost by excluding cases diagnosed after 1990, these cases were excluded in order to allow a minimum of 18 years of patient follow-up and alleviate potential biases on the latency estimates due to the impact of differing lengths of follow-up. Patients diagnosed with multiple malignant tumors over their lifetime were excluded from the cohort. Invasive malignant neoplasms, as considered by SEER where the stage is localized, regional, or distant, were included and all in situ cases were excluded. Patients in the cohort were observed for vital status until the earliest of the following dates: death; date of last contact if before December 31, 2008; or December 31, 2008 if the date of the last contact was after 2008. If a patient died of causes other than cancer, they were assumed to be censored in order to obtain cause-specific survival estimates.

Other exclusion criteria for this study included patients who were less than 18 years of age at the time of primary tumor diagnosis, the patient's age was unknown, or the length of the survival time was unknown. Cancers that were diagnosed by an autopsy or death certificate only

61

were also excluded from the study population.  Finally, patients with a SEER cause of death record

stating that a death certificate was unavailable and no cause of death was recorded or the cause

of death was unknown, missing, or invalid were excluded from the cohort.


The types of cancer chosen for this analysis were restricted to those with high mortality

rates and the limited availability of effective treatment options.  We chose to focus solely on

cancers known to have limited treatment options so the natural course of disease is able to

progress without, or with limited, intervention which minimizes the impact of bias due to the

potential change in the distribution of the survival times.  By selecting cancers with high mortality

rates, we maximize the amount of information known to the researcher allowing for more precise

estimates.  After the inclusions and exclusion criteria were fulfilled, the study cohort was

comprised of 686,870 patients representing 44 different types of cancer.  Figure 6 presents the

sample sizes after applying the inclusion and exclusion criteria to create the SEER dataset.



**Figure 6:  Flow chart for creation of SEER dataset**

## 3.2 Analysis

From this dataset, the nonparametric survival estimates were calculated for each cancer type using the Kaplan-Meier survivorship function as defined in Section 1.3.2. As long as the specified Weibull parametric model is an appropriate characterization of the underlying distribution of the failure times, the nonparametric estimates should provide a relatively close estimate of the true parameter values. To evaluate if the Weibull model is appropriate for the distribution of survival times, a graphical plot of the log negative log of the estimated survivor function plotted against the log of time should be approximately linear (Lawless, Statistical Models and Methods for Lifetime Data, 2003). We can extend this property to the Weibull model extension such that a plot of the conditional log negative log survival estimates versus the log of time should also be approximately linear. This graphical test is easy to implement and can help determine if the distribution of the survival times can be characterized using a parametric Weibull distribution.

## 3.3 Results

### 3.3.1  Estimation of Survivorship Function

For the purpose of this analysis, the origin of the event time begins at cancer initiation and the event of interest is death.  Using the SEER dataset, the survival time for patients diagnosed with cancer is available from the time of cancer diagnosis until death, or the end of the study, whichever occurred first.  For patients who were alive at the end of the study, it is only known their lifetime exceeded the end of the study time frame.  Due to the nature of the study design, patients were followed for different lengths of time depending on the patient's date of cancer diagnosis.  As previously stated, patients diagnosed after 1990 were excluded from the study to allow for sufficient follow-up time on the study.

To estimate the survivorship function used in the estimation of the exact and approximate solutions, we assume we have a sample of $n$ independent observations with available *observed* survival times, which are denoted by $t$.  Each $t_i$ represents the time an individual was observed on the study post-diagnosis where study follow-up ends at death or is right-censored to the study end point.  We assume the observation, $t$, is conditioned on patient survival up to the time of cancer diagnosis, $u$, which represents the length of the *unobserved* lag period from the time of cancer initiation to the time of cancer diagnosis.  Therefore, the patients total survival time is represented by ($u + t_i$).  The underlying survival time variable, $T$, is a continuous non-negative

65

random variable that represents the *observed* failure time of an arbitrary individual. Here, $n_i$ represents the number of individuals at risk of dying at time ($u+t_i$), $d_i$ is the number of deaths observed, and $c_i$ is the number of censored individuals. At any specified time point after diagnosis, the observed probability of death is $d_i/n_i$. The survivorship function was estimated using the equation:

$$S(u + t|u) = \prod_{t_i < t} \frac{n_i - d_i}{n_i}$$

In Figure 7, the observed survival functions were plotted for breast, melanoma, lung, and pancreatic cancers. The survival curves for the four cancer types presented decrease and then stabilize over time indicating that the Weibull shape parameter, $\beta$, is less than one for all cancer types. When the shape parameter is less than one, this indicates a decreasing risk of failure which can be attributed to weaker individuals perishing quickly after the cancer diagnosis and stronger individuals surviving for long periods of time.

In Figure 7, melanoma has the highest five year survival rate with 92% percent of patients surviving five years after diagnosis. Breast cancer has second the highest five-year survival rate with 85% of patients surviving five years. Lung cancer has a grim prognosis with only 5.5% surviving five years post-diagnosis. Pancreatic cancer has the poorest survival rate with 98.6% of patients dying within five years of diagnosis as the cancer is notoriously hard to diagnose in its early stages (PressTV, 2010). Since the shape parameter is strictly less than one for all cancer

66

types in this anlaysis, this verifies that the Weibull distribution does, in fact, retain a memory of prior survival.



**Figure 7:  Observed conditional survival plots with Weibull shape parameter for ascending colon, breast, lung and pancreatic cancers**

The collection of SEER data began in 1973 and the availability of screenings and treatment options for breast and melanoma cancers have increased over the last twenty years.  Earlier diagnosis of cancers can occur from increased and more advanced screening practices and can alter the natural course of disease where the disease progresses untreated.  In some cases, routine screenings can also bring to light lesions in patients who may otherwise have never been diagnosed in their lifetime.  These biases known as lead time bias and over-diagnosis bias can

interfere with our ability to generalize results from the sample to the population.  To avoid the impact of these potential biases on our analysis cancers with high rates of censoring and low rates of death, such as melanoma cancer, were excluded from our analysis.  Although it is known that the availability of screenings and treatment for breast cancer have greatly increased over the last twenty years, breast cancer was included in the analysis because the results obtained as they were consistent with publicly available literature.

The nonparametric Kaplan-Meier estimates of the survivorship function were used as the basis of our model to obtain the conditional Weibull regression parameters used in the calculation of the exact and approximate solutions are discussed in detail in Sections 3.3.2 and 3.3.3.

### 3.3.2 Approximate Solution

Utilizing the methods presented by Nadler and Zurbenko (2010)(2013)(2014), the approximate parameter value of the latency period can be estimated using simple linear regression methods.  Given that the conditional Weibull model is a parametric model, we are able to use likelihood based inference to determine an approximate estimate for the length of time between cancer initiation and diagnosis.  Linear regression methods are preferred to estimate the Weibull model parameters because of their computational simplicity and ease of graphical interpretation (Murthy, Bulmerc, & Eccleston, 2004) (Zhang, Xie, & Tang, Bias Correction for the Least Squares Estimator of Weibull Shape Parameter With Complete and Censored Data, 2006) (Zhang, Xie, & Tang, A Study of Two Estimation Approaches for Parameters of Weibull Distribution Based on WPP, 2007).  A linear regression model can be used to estimate the slope, $\beta$, and shape parameter, $\lambda$, because the Weibull model has the key property that the log of the negative log of the estimated survivor function against log time is linear where the regression equation has slope, $\beta$, and intercept, $\beta \ln (\lambda)$ (Kleinbaum & Klein, 2005) (Rodriguez, 2007).

To determine the solution of the maximum likelihood estimate (MLE) of $u$, denoted as $\hat{u}$, we find the value of $u$ that maximizes the log-likelihood function by letting the partial derivative of the log-likelihood with respect to $u$ equal 0.

$$\frac{\partial \log(L(t,\lambda,\beta,u))}{\partial u} = 0 = \sum_{i=1}^{n} \frac{(\beta-1)}{(u+t_i)} - \beta\lambda^\beta \left[ (u+t_i)^{\beta-1} - u^{\beta-1} \right] = \sum_{i=1}^{n} \frac{(\beta-1)}{(u+t_i)} - \beta\lambda^\beta \left[ \frac{(u+t_i)^\beta}{(u+t_i)} - \frac{u^\beta}{u} \right]$$

To find the approximate MLE solution, we assume $u$ is large and $t$ is small such that when we evaluate the integral below, we find the following term to be small:

$$\int_{t=0}^{\Delta} \frac{\beta-1}{u+t_i} dt = (\beta-1)ln(u+t) \Big|_{t=0}^{\Delta} = (\beta-1)[ln(u+\Delta) - ln(u+0)] = (\beta-1)[f'(t)] \approx (\beta-1)u^{-1}$$

We further simplify the approximating equation of $u$ by substituting the linear regression parameters $a$ and $b$ obtained by regressing the log-transform of the Kaplan-Meier product-limit survival estimates on the observed study times for a given sample. The log-survival model takes the form:

$$log\,\hat{S}(u+t|u) = -\lambda^\beta \left[ (u+t_i)^\beta - u^\beta \right] = a + b(u+t_i)$$

Applying these properties to the log-likelihood function, we find the approximate solution of the latency estimate, $\hat{u}$, by maximizing the equation:

$$\frac{\partial \log(L(t, \lambda, \beta, u))}{\partial u} = 0$$

$$= \sum_{i=1}^{n} u \cdot \left\{ \frac{(\beta - 1)}{(u + t_i)} - \beta \lambda^{\beta} \left[ \frac{(u + t_i)^{\beta}}{(u + t_i)} - \frac{u^{\beta}}{u} \right] \right\}$$

$$= \sum_{i=1}^{n} (\beta - 1) - \beta \underbrace{\lambda^{\beta} \left[ (u + t_i)^{\beta} - u^{\beta} \right]}_{a + b(u + t_i)}$$

$$\Rightarrow \frac{-(\beta - 1)}{\beta} = a + b(u + t_i)$$

Letting the partial derivative of the log-likelihood with respect to $u$ equal to zero, we find the approximate estimate of the length of the latency period at the time of cancer diagnosis, where $t_i$ is equal to 0 as:

$$\hat{u} = \frac{\frac{-(\beta - 1)}{\beta} - a}{b}$$

This function represents the time where the log-transformed survival estimate, $S(u+t|u)$, regressed on $t$, equals the correction factor $[-(\beta-1)/\beta]$. By plotting the log of the negative log of the Kaplan-Meier survival estimates against the natural log of time, we can easily determine the shape parameter, β, by the slope of the linear regression equation:

71

$$\ln\left[-\ln\widehat{S}(u+t|u)\right] = \underbrace{-\beta\ln(\lambda)}_{intercept} + \underbrace{\beta}_{slope}\ \ln(u+t_i)$$

To determine the model parameters *a* and *b,* the log-transformed conditional Kaplan-Meier estimates were regressed on time with intercept, *a*, and slope, *b*:

$$\ln\hat{S}(u+t|u) = a + b(u+t_i)$$

In Figure 8, a graphical representation of the method where approximate estimation is used to determine the length of time between the initiation of lung cancer initiation and diagnosis for all stages of the disease combined. This estimate was obtained by developing a linear regression model to capture the relationship between the log-transformed Kaplan-Meier survival estimates and the ordered survival times such that $\ln\hat{S}(u+t|u) = a + b(u+t_i)$. The shape parameter, obtained by regressing the log- negative log transformed Kaplan-Meier survival estimates on the log-transformed ordered survival times, such that $\ln\left[-\ln\hat{S}(u+t|u)\right] = -\beta\ln(\lambda) + \beta\ln(u+t_i)$. The slope of this regression line is equivalent to the shape parameter of the Weibull distribution. The regression line was extended to the point at which it was equal to the value $\left[\frac{-(\beta-1)}{\beta}\right]$.

We found that lung cancer had a shape parameter of 0.56 and the value of the correction factor was $\left[\frac{-(0.56-1)}{0.56}\right] = 0.79$.  By extending the linear regression line to this point 0.79 on the y-axis, we estimate the length of the latency period from the time of cancer initiation to diagnosis for lung cancer to be 16.1 years.



**Figure 8:  Estimating the approximate time of lung cancer initiation using the Weibull model extension**

Applying the Weibull model extension to a subset of cancer types in the SEER data, we determine the total sample size, 5-year survival rate, approximate time from cancer initiation to diagnosis and the median age at cancer initiation by cancer site.  The approximate estimates include all invasive cancer stages combined to determine the average length of time from initiation to diagnosis for the entire population.  These estimates are stratified by cancer type;

73

however, they include all cancer stages combined. Therefore, patients diagnosed with Stage IV cancer have not been distinguished from patients diagnosed with Stage I cancer. The model can be further stratified as necessary, so long as the sample sizes remain large.

These estimates depend on the totality of cancer treatment and are dependent on the health system infrastructure, availability of resources and overall health of the population; therefore, the methods presented can be used with other data sources but results may differ due to these factors. The information presented in Table 1 can be used to determine types of cancer where early detection is most impactful -- those with a high case volume, poor survival rate, and the growth of the cancer goes undetected for an extended period of time. This information is intended to raise questions rather than to answer them. It is important to understand at the outset that the availability of scientific literature assessing the minimum latency period for specific types of cancer is scarce (Howard, 2013). To evaluate the validity of our model estimates and conclusions made by the researchers, we review existing literature involving the biological and statistical estimation of the length of cancer latency periods.

In total, 37 of the 44 cancers presented progress for 10 years *or more* prior to detection representing 95% of the 686,870 total malignancies in this analysis. These results are extremely encouraging as they identify a multitude of opportunities for new research on early detection and preventative screening. It is also useful to reference the median age at initiation to determine when the cancer initiated to advise effective screening guidelines and practices which is valuable information for public health professionals.

74

| Cancer Site | Sample size | 5-year survival rate | Years from initiation to diagnosis | Median age at cancer onset |
|---|---|---|---|---|
| Acute Lymphocytic Leukemia | 1,469 | 14.6% | 41.0 | 3.0 |
| Acute Monocytic Leukemia | 481 | 2.3% | 6.3 | 58.7 |
| Acute Myeloid Leukemia | 7,394 | 7.0% | 23.0 | 42.0 |
| Aleukemic, subleukemic and NOS | 783 | 12.6% | 20.4 | 52.6 |
| Ascending Colon | 11,846 | 40.5% | 66.8 | 6.2 |
| Brain | 16,160 | 7.9% | 22.4 | 35.6 |
| Breast | 144,012 | 47.0% | 26.1 | 35.9 |
| Cecum | 20,689 | 32.6% | 63.7 | 9.3 |
| Chronic Lymphocytic Leukemia | 10,213 | 14.2% | 3.3 | 66.7 |
| Chronic Myeloid Leukemia | 4,655 | 4.1% | 3.8 | 60.2 |
| Descending Colon | 7,251 | 38.0% | 58.7 | 10.3 |
| Esophagus | 11,291 | 3.5% | 10.1 | 54.9 |
| Floor of Mouth | 2,975 | 30.5% | 24.5 | 36.5 |
| Gallbladder | 4,155 | 7.6% | 33.1 | 38.9 |
| Gum and Other Mouth | 4,780 | 34.3% | 31.0 | 32.0 |
| Hypopharynx | 2,832 | 4.2% | 10.1 | 52.9 |
| Kidney and Renal Pelvis | 19,261 | 26.0% | 52.8 | 11.2 |
| Large Intestine, NOS | 4,179 | 19.3% | 41.0 | 32.0 |
| Larynx | 11,326 | 42.3% | 40.8 | 22.2 |
| Liver | 6,054 | 2.2% | 13.3 | 52.7 |
| Lung and Bronchus | 160,731 | 5.5% | 16.1 | 48.9 |
| Myeloma | 13,676 | 2.6% | 4.1 | 64.9 |
| NHL – Nodal | 26,980 | 21.3% | 25.8 | 38.2 |
| Nasopharynx | 1,879 | 26.0% | 32.1 | 23.9 |
| Nose, Nasal Cavity and Middle Ear | 1,814 | 27.1% | 28.3 | 34.7 |
| Oropharynx | 783 | 14.4% | 13.1 | 48.9 |
| Other Biliary | 3,733 | 6.0% | 22.3 | 47.7 |
| Other Digestive Organs | 741 | 4.4% | 3.7 | 67.3 |
| Other Myeloid/Monocytic Leukemia | 961 | 7.5% | 6.4 | 65.6 |
| Other Oral Cavity and Pharynx | 938 | 11.5% | 16.4 | 46.6 |
| Ovary | 22,104 | 24.2% | 44.1 | 17.9 |
| Pancreas | 29,021 | 1.4% | 10.4 | 58.6 |
| Peritoneum, Omentum and Mesentery | 537 | 9.6% | 22.0 | 41.0 |
| Pleura | 2,084 | 2.0% | 5.9 | 61.1 |
| Rectosigmoid Junction | 14,712 | 30.8% | 42.4 | 25.6 |
| Rectum | 27,754 | 28.4% | 35.6 | 32.4 |
| Retroperitoneum | 1,134 | 9.5% | 28.4 | 32.6 |

| Cancer Site | Sample size | 5-year survival rate | Years from initiation to diagnosis | Median age at cancer onset |
|---|---|---|---|---|
| Sigmoid Colon | 34,495 | 38.9% | 61.6 | 7.4 |
| Small Intestine | 2,616 | 19.7% | 27.4 | 36.6 |
| Splenic Flexure | 3,351 | 26.4% | 46.8 | 23.2 |
| Stomach | 27,678 | 9.4% | 24.1 | 44.9 |
| Tongue | 5,600 | 25.8% | 28.7 | 33.3 |
| Tonsil | 2,769 | 18.0% | 21.1 | 39.9 |
| Transverse Colon | 8,973 | 32.6% | 67.2 | 3.8 |

Table 1: Approximate Latency Times from Cancer Initiation to Diagnosis by Cancer Site

Overall, we found the Weibull regression model fit the data remarkably well with an average r-square value of 93.3 indicating a strong dependence between the independent and dependent variables. The model residuals were also randomly distributed about the regression line suggesting no underlying trends. We also found that the estimated time between cancer initiation and diagnosis to be highly correlated with the median stage at cancer diagnosis with a nonparametric Spearman correlation coefficient of 0.546 and corresponding p-value of 0.005, indicating statistical significance. This positive relationship suggests that as the length of time between cancer initiation and diagnosis increases, stage at diagnosis increases and accounts for 54.6% of the variability in cancer stage at diagnosis. We found the approximate estimates obtained from the Weibull model extension for the cancer latency period to be synonymous with information published in scholarly literature.

As a biological benchmark, we reference a study published in *Nature* collected genetic materials from 7 patients who died of end-stage pancreatic cancer and determined the timing of

carcinogenesis which is demonstrated in Figure 9 (Shinichi, Jones, Bozic, Antal, & Leary, 2010). Researchers found that it took 11.7 ± 3.1 years on average for a mature pancreatic tumor to form after the appearance of the first cancer-related mutation in a pancreatic cell. Another 6.8 ± 3.4 years passed on average before the primary tumor sent out a metastatic lesion to another organ. From that point, the patient died in 2.7 ± 1.2 years on average. In total, more than 20 years elapsed between the appearance of the first mutated pancreatic cell and death (Shinichi, Jones, Bozic, Antal, & Leary, 2010) (Pancreatic Cancer Grows Over 20 Years, 2010) (Parker, 2010) (Vogelstein, 2010).

The estimate obtained using the approximate Weibull model extension solution indicates that on average 10.4 years passed from the time of cancer initiation to diagnosis for patients diagnosed with invasive all-stage pancreatic cancers combined.  Shinichi et. al (2010) estimated that the average time for a mature pancreatic tumor to form after the appearance of the first cancer-related mutation in a pancreatic cell and to then send out a metastatic lesion to another organ ranged from 12 to 25 years for patients who died of advanced pancreatic cancer.  Although it is difficult to make a direct comparison of these results due to the difference in periods measured and because our results include all invasive stages of cancer, our results fall within the ranges provided by Shinichi et. al (2010).



**Figure 9:  Schema of the genetic evolution of pancreatic cancer (Shinichi, Jones, Bozic, Antal, & Leary, 2010)**

As referenced in Section 1.3.3, Manton et. al (2009) and Kravchenko et. al (2011) utilized a five-parameter version of the frailty model with a Weibull baseline to investigate the relationship between the heterogeneity in age-related patterns of cancer incidence and the mechanisms of carcinogenesis. The estimates obtained by Manton et. al (2009) for the "lag" period between the occurrence of the first malignant cancer cell and the date of cancer initiation for selected cancer histotypes are shown in Table 2.  Alternatively, the estimated lag periods for breast lobular and ductal carcinomas for Caucasian and African American women as reported by Kravchenko et. al (2011) are shown in Table 3.

| Cancer Type | Lag |
|---|---|
| Breast 850 | 24.2±2.9 |
| Liver 817 | 21.2±2.3 |
| Lung and Bronchus 804 | 19.8±5.8 |
| Lung and Bronchus 807 | 15.3±6.2 |
| Lung and Bronchus 814 | 19.3±4.0 |
| Pancreas 814 | 14.8±9.4 |

**Table 2:  Estimated lag determined by Manton et . al (2009) for select cancer histotypes**

| Grade | Ductal Carcinoma | | Lobular Carcinoma | |
|---|---|---|---|---|
| | Caucasian | African-American | Caucasian | African-American |
| G1 | 24.3±1.5 | 24.9±2.8 | 28.1±2.4 | 35.3±1.2 |
| G2 | 23.2±0.9 | 19.0±1.5 | 23.9±2.2 | 24.3±3.5 |
| G3 | 19.2±0.6 | 14.9±1.8 | 22.2±1.5 | 28.3±1.2 |

**Table 3:  Grade-specific lag estimates reported by Kravchenko et. al (2011) for breast ductal and lobular carcinomas in Caucasian and African American females**

Overall, our approximate estimates are consistent with those obtained by Manton et. al (2009) and Kravchenko et. al (2011).  Again, the exact comparison of estimates is not possible since the researchers provide estimates specific to select cancer histotypes and our results include all histotypes combined for each site. Another factor that makes it difficult to make an exact comparison is that the "lag" referred to by Manton et. al (2009) and Kravchenko et. al (2011) is the period between the occurrence of the first malignant cancer cell and cancer initiation and we are estimating the period between cancer initiation and diagnosis, which may or may not be equivalent.

For breast cancer, our results fall within the estimates provided in Table 2 and Table 3. We estimated that 26 years passed on average from the occurrence of the first malignant cancer cell to diagnosis for all histotypes and races combined. The results obtained by Manton et. al (2009) indicate a range of 24.2 ± 2.9 years for breast cancer histotype 850 and Kravchenko et. al (2011) indicate a minimum lag of 14.9 ± 1.8 years for African Americans grade G3 ductal

carcinomas to a maximum lag of 35.3 ± 1.2 years for African Americans grade G1 lobular carcinomas.

For invasive adenocarcinoma pancreatic cancer, Manton et. al (2009) estimate 14.8 ± 9.4 years passed on average between the occurrence of the first malignant cancer cell and cancer initiation and we estimated that approximately 10.4 years passed between the occurrence of the first malignant cancer cell and diagnosis which falls within the range proposed by Manton et. al (2009). The approximate estimate for lung cancer of 16.1 years from the time of cancer initiation to diagnosis also fell within the ranges for the three different histotypes of lung cancer provided by Manton et. al (2009) which rangde from a lag of 15.3±6.2, 19.3±4.0 years and 19.8±5.8 years for lung cancer histotypes 804, 807 and 814. The approximate estimate obtained for all histotypes of liver cancer was 13.3 years which fell below the ranges of 21.2±2.3 years for hepatocellular liver carcinoma provided by Manton et. al (2009). This difference may be due to the select histotypes reported by the authors and may also be due to the differences in the measurement period as referenced above.

A recent journal article identified an alarming national surge in the number of cases of oropharyngeal cancers in people under the age of 45 and the human papillomavirus, or HPV, may be what's causing the increase (Gayar, 2014). Historically, oropharyngeal cancers have been predominant in elderly people with a prolonged history of heavy smoking or drinking with a typical latency period of 25 years (Kleinsmith, 2005) (Nichols, et al., 2013). Gayar *et al.* (2014) state that the predominance of oropharyngeal cancers in patients under 45 "suggests either non-

sexual modes of HPV transfer at a younger age or a shortened latency period between infection and development of cancer" (Gayar, 2014).  The results in Table 1 support this finding and indicate a 13.1 year latency period for oropharyngeal cancer and 16.4 years for other oral cavity and pharynx cancers suggesting that a shortened latency period may be partly to blame for this sudden epidemic.

Ovarian cancer, which is the fifth leading cause of cancer death in women aged 35 to 74 years,  is usually found at an advanced stage causing the survival rate to be lower than other types of cancer that are easier to detect at an early stage (Torpy, Burke, & Golub, 2011). Ovarian cancer has a reasonably long latency period between initiation and manifestation of established disease which is exacerbated by the late detection of the disease which has been estimated to be approximately 30-40 years for advanced ovarian cancer (Purdie, D.M., et al., Ovulation and Risk of Epithelial Ovarian Cancer, 2003).  Another source cites that the risk of ovarian cancer due to acute radiation exposure at age 10 is approximately three times greater than exposure at age 50 and the latency period for solid tumors can range from 5 to 40 years, with a period of expression longer than 50 years for some cancers which coincides with the approximated latency estimate of 44.1 years for ovarian cancer found in Table 1 (Bushberg, Seibert, Leidholdt, Jr., & Boone, 2012).

Colorectal cancer is another commonly diagnosed cancer in both men and women and is the third leading cause of cancer death.  The American Cancer Society states that the majority of colorectal cancers and deaths could be prevented by applying existing knowledge about

cancer prevention and increasing the use of established screening tests (American Cancer Society, 2011).  There has been sufficient evidence established to conclude that smoking causes colorectal cancer which appears to be stronger for rectal cancer than for colon cancer with a particularly long latency period (American Cancer Society, 2011) (Liang, Chen, & Giovannucci, 2009).  The Health Professionals and Nurses' Health study showed an association of at least three to four decades between tobacco exposure and colorectal cancer diagnosis (Giovannucci, An updated review of the epidemiological evidence that cigarette smoking increases risk of colorectal cancer, 2001) (Giovannucci & Martinez, Tobacco, colorectal cancer, and adenomas: a review of the evidence, 1996)  It is believed that previous research had difficulty identifying this association due to the long latency period and also because that the association due to the extensive time lag between smoking and the occurrence of an adenocarcinoma (Lüchtenborg, White, & Wilkens, 2007).  The latency estimates provided in Table 1 range from 35.6 years for rectal cancer to 67.2 years for traverse colon cancer.  These results complement existing research in the medical field and indicate that often pass before cancer exhibits detectable symptoms that prompt a diagnosis.

        To assess the public health impact of our results, we determine a rough estimation of the population risk for "hidden" lung cancers using the estimated latency period.  In 2010, lung cancer patients ages 60 to 75 years of age were diagnosed with 4,489 primary malignancies representing 51% of all lung cancer cases diagnosed.  Therefore, this high-risk age group has a 1.78% chance of lung cancer diagnosis.  The SEER-9 dataset represents a total of 9.4% of the

total United States population so this was also taken into account when calculating the

population risk (Surveillance, Epidemiology, and End Results Program, 2011).

Using the estimated latency period for lung and bronchus cancers, 16.1 years, we apply

the population risk for lung cancer to members of the population ages 44 to 59 years to

determine the magnitude of 'hidden' lung cancers after accounting for the general population

reduction factor between these two age bands due to all causes of death.  The total United

States population for the age band 44 to 59 years was 4,660,295 based on the 2010 United

States Census Summary File 1 (U.S. Bureau of Census).  By applying the population risk factor

for lung cancer between the ages of 60 and 75 years of age and adjusting for a 57.52%

population reduction factor, we estimate a total of 130,774 adults are carriers of lung cancer

between the ages of 44 to 59 years old.  Using the SEER-9 data, we determine that

approximately 47,755 cases were diagnosed for patients aged 44 to 59 years old in 2010.  By

taking the difference between the estimated number of lung cancer carriers and patients

diagnosed between ages 44 to 59, we determine that 83,019 cases of hidden cancer in adults

age 44 to 59 years of age.

These results reiterate the importance of early screening practices to reduce the cost of

cancer care by shifting the distribution of cancers diagnosed as late-stage, given that the 5-year

survival for lung cancer is 5.5% for all stages combined.  Using the cost of care projection tool

provided by the National Cancer Institute, we graphed the cost of cancer care by phase of care

for lung cancer assuming a 3% risk in medical costs per year based on 2010 dollars.  In this graph, we see that the total cost of care will increase by $6.9 billion dollars from 2010 to 2020. Though the number of lung cancer cases is not depicted in this graph, the poor 5-year survival rate indicates to us that there are many fewer cases in the last phase of care as compared to the initial phase of care, yet the dollars spent are comparable.

"The average cost to screen high-risk individuals for developing lung cancer with low-dose computed tomography (LDCT) plus the average cost of curative intent treatment, like surgery, is lower than the average cost to treat advanced stage lung cancer, which quite rarely results in a cure" (Cressman, et al., 2014). Therefore, the additional cost of lung cancer screening in adults ages 44 to 59 can be supported by the potential change in healthcare costs by shifting the diagnosis of these patients to a lower stage.



**Figure 10:  Cost of Lung Cancer Care by Phase (National Cancer Institute, 2015)**

### 3.3.3  Exact Solution

Using the SEER dataset, the approximate solutions are compared with the exact numerical solutions for lung, pancreatic and stomach cancers.  Since no closed-form solution exists for the system of estimating equations, we use the Newton-Raphson method to iteratively calculate the values of the maximum likelihood estimates. There are free, publicly available software packages such as the R package maxLik that allow researchers to implement maximum likelihood estimation for non-standard models or the development of new estimators (Henningsen & Toomet, 2011).

To optimize the log-likelihood function, researchers must provide the log-likelihood function and a numerical matrix of the starting points for the initial parameter estimates at a minimum.  Researchers also have the option to provide the gradient vector and Hessian matrix for faster convergence.  If the analytical gradient is not provided by the user, the gradient and Hessian are calculated using the functions numericGradient and numericHessian, which are also included in the maxLik package (Henningsen & Toomet, 2011).  The maximization of these functions for simple models works well; however, this may not be the case for complex models so the authors of the maxLik package recommend providing these functions to obtain reliable estimates (Henningsen & Toomet, 2011).  To determine the initial starting points for $\lambda_0$, $\beta_0$, and $u_0$, we used the approximate parameter estimation method detailed in Section 2.3.2.  The function numericGradient was used to calculate the numeric value of the gradient and evaluate

the convergence of the log-likelihood function at successive iterations of the Newton-Raphson algorithm.

To determine the numerical values of the exact solution, we iteratively solve for the maximum likelihood estimates, $\hat{\lambda}$, $\hat{\beta}$, and $\hat{u}$ using the Newton-Raphson algorithm because the closed form solutions for these estimates does not exist. As a starting point, we may use any reasonable estimate of the parameters, $\lambda_0$, $\beta_0$, and $u_0$. For these values, we chose to use the approximate parameter estimates. By regressing the log Kaplan-Meier estimates on the observed study times for a given sample, we find the intercept and slope of the linear regression line to find the estimates for *a* and *b*. We also regress the log negative log Kaplan-Meier survival estimates on the natural log of time to determine the slope and shape parameters of the Weibull model, $\beta_0$ and $\lambda_0$ respectively. To determine the initial starting point for the latency parameter, $u_0$, we extend the log-linear regression line to the point on the y-axis at which it is equal to the value $\left[\frac{-(\beta-1)}{\beta}\right]$.

Using the starting values of the parameters, $\lambda_0$, $\beta_0$, and $u_0$, the Newton-Raphson algorithm was used to determine the next starting point, $\lambda_{NR(1)}$, $\beta_{NR(1)}$, and $u_{NR(1)}$. We find the Newton-Raphson algorithm to be unstable when the starting values of the parameters $\lambda_0$ and $\beta_0$ are close to zero. Since the initial values of the parameters β and λ are close to 0, the Newton-Raphson algorithm was searching for values less than zero which was causing the algorithm to not

88

converge as expected. Although users have the ability to force a parameter value to be equal to some constant when using maxLik, there was no option to force the lower boundary of the parameter to be greater than or equal to zero.

In order to receive a better approximation of the parameters, we used a combination of the Newton-Raphson algorithm and the method of steepest descent, also known as the gradient descent method to optimize the log-likelihood function. The gradient is a vector that is directed towards the maximum value of the likelihood equation so the gradient descent method searches along the steepest descent direction until the function converges to a stationary point. To validate that the steepest descent method is working correctly, we also verified the value of the log-likelihood function decreased at each iteration.

To determine the maximum likelihood estimates, we use the values $\lambda_{NR(1)}$, $\beta_{NR(1)}$, and $u_{NR(1)}$ as the starting point for the gradient method. At each successive iteration, the direction of the gradient is calculated and followed to the peak of the likelihood function expecting that at each iteration, the values of the gradient vector decrease. By definition, the maximum likelihood values occur at the point at which the vector is zero.

The accuracy of the estimates provided can be improved only by increasing the study sample size to decrease the variability of the estimate, $\frac{\sigma}{\sqrt{n}}$; therefore, the preciseness of our estimates

89

are constrained by the sample size of the available data.  We may find that after several iterations of the gradient method we must stop iterating because the parameter estimates are the most precise we are able to obtain out of the available sample size.  The approximate and exact solutions for lung, pancreatic and stomach cancers are provided in Table 4:

| Cancer Site | Exact Latency Period (years) | Approximate Latency Period (years) | % Difference |
|---|---|---|---|
| Lung | 13.6 | 16.1 | 15.5% |
| Pancreas | 9.5 | 10.4 | 8.7% |
| Stomach | 22.9 | 24.1 | 5.0% |

**Table 4:  Comparison of approximate and exact latency estimates for select cancers by site**

We find that the exact solutions are very close to the approximate solutions which differ by approximately 5% to 15%.  The exact latency estimate for lung cancer indicates 13.6 years as compared to the approximate estimate which indicates 16.1 years, with an overall difference of 15.5%.  The exact estimate for pancreatic cancer is 9.5 years where the approximate difference is 10.4 years for a total difference of 8.7%.  Stomach cancer has the smallest percent difference between the exact and approximate estimates which are 22.9 and 24.1 years, respectively.  The key feature of the approximate solution is that it provides a reliable solution that is obtainable using simple linear regression which is the most widely used of all statistical techniques.  It is important to mention that it is always possible to obtain the exact solution when considered necessary; however, determining the exact solution is very complex, time consuming, and not easily automatable.

90

To be useful, a statistical model must be both internally and externally valid. Internal validity is said to exist if the model closely resembles the distribution of the observed survival times. To be externally valid, the model must also be applicable to other groups in the population, or generalizable. To judge the effectiveness of a particular estimation method, it is beneficial to sample data taken from a distribution with known parameters. This can be achieved by employing a form of Monte Carlo simulation where numbers are randomly sampled from a Weibull distribution.

A simulation study was performed to test the performance of the Weibull model extension under known conditions. To assess the validity of the Weibull model extension, Monte Carlo simulations were used to generate random samples from the probability distribution where the censoring mechanism and model parameters are known. Monte Carlo simulation allows us to test the underlying model assumptions and evaluate the variation in precision of the parameter estimates for varying sample sizes, censoring schemes, and death rates similar to those observed in the actual data.

A typical Monte Carlo simulation involves generating $S$ independent data sets under the conditions of interest, computing the numerical value of the estimator for each data set $D_1, D_2,...,$ $D_S$. The summary statistics across the independent data sets should be good approximations to the true sampling properties of the estimator under the conditions of interest. The survival times,

$T_i$, will be generated from a Weibull distribution with known parameters $u$, $\lambda$ and $\beta$. The censoring mechanism, $C_i$, will be generated as both an independent and dependent variable on the survival times to test the performance of the model when the non-informative censoring assumption is not met. The survival time used in the analysis, $X_i$, will be the minimum of the observed and censored survival times such that $X_i = \min(T_i, C_i)$.

| Cancer Site | Mean (Latency Period) | SD (Latency Period) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|---|
| Pancreas | 8.14 | 0.71 | 6.75 | 9.51 |

**Table 5:  Evaluating confidence using Monte-Carlo simulations**

When simulating the Weibull distribution under known parameters obtained for pancreatic cancer, we find a mean latency period of 8.13 years and a standard deviation of 0.71 years. The 95% confidence interval for our estimate has a lower bound of 6.75 and an upper bound of 9.51 years which contains our exact estimate of 9.5 years provided in Table 4 validating the results of the Weibull model extension.

To determine the confidence intervals for our estimates, we can use bootstrapping as a measure of accuracy for our sample estimates. This technique can be done by performing repeated samples with replacement from the study sample to create a number of "phantom" or bootstrap samples. Once the bootstrap samples are complete, we calculate the value of our sample statistics for each of the bootstrap samples. In order to measure the variability amongst the estimators and determine the prediction error for our estimates, we use the bootstrap percentile method to find the confidence limits of the corresponding statistics. To determine the upper and lower bounds for the confidence limits, we take the $\alpha/2$ and $1-\alpha/2$ percentiles from the lower and upper end of the bootstrap estimators. Here, $\alpha$ corresponds to our level of confidence, which is typically 5% ($\alpha=0.05$).

# Chapter 4:  Conclusions

In this paper, a new algorithm was presented that utilizes survival information obtained strictly after a positive cancer diagnosis is made to approximate what we cautiously believe to be the time between cancer initiation and diagnosis where cancer growth is silent and often undetected.  The ability to retrace the progression of prior survival histories is dependent on the shape of the Weibull hazard distribution increasing or decreasing over time.   The main advantages of the conditional Weibull model are its simplicity utilizing only simple linear regression methods and ability to permit further research of medical issues through mathematical modeling.  The proposed model is efficient, easily built and interpreted, and most importantly, makes accurate predictions.

Overall, our quantitative analysis indicates there is a large window of opportunity for diagnosis while the disease is still in the curative stage.  To alleviate the ever-growing cancer burden, it is vital we understand the genesis of cancer because early detection is the key to stopping cancer before it spreads to other major organs where treatment options are limited, very costly, and the chances of survival are greatly reduced.   Although the Weibull model extension may not provide exact estimates because it is an approximate solution, it undoubtedly allows the medical community to identify cancer types by increasing risk to identify the "silent killers" with long, undetected periods of growth and a high risk of death. We find that the approximate solution provides a very good comparison between the latency periods for different types of cancer and has no significant effect on the estimation accuracy.   The exact and

approximate solutions for the selected cancer sites provided differ by 5% to 15%. We also found that the 95 percent confidence interval for the simulated results contains the exact estimate of the cancer latency period. Therefore, we can conclude that these small differences do not affect key scientific inferences. When required, the exact solution is always obtainable through the methods described in this paper. This prediction method is recommended for cancer types with a large number of patients and a high mortality so the true shape of the survival distribution is known and reduces the potential for bias.

Quantifying the length of cancer's silent growth period provides researchers and clinicians vital information to identify opportunities for new research on improved screening and detection methods which facilitates early diagnosis of cancers when they are most treatable. In total, thirty-five of the 44 cancers in this analysis were found to progress silently for 10 years or longer prior to detection representing 95% of the patients in this analysis. Model results can also be interpreted as age-at-initiation to determine the median age at which the initiation of cancer began to provide a practical basis for the age at which routine screenings should begin.

Generally, cancer treatment is most effective when the disease is found early which greatly improves the prognosis of cancer (American Cancer Society, 2011). These findings are an important step in the race to find cures for cancer by advancing the medical community's understanding of cancer's slow, undetected progression over a period of years, if not decades, to determine types that would benefit most from early detection. Early detection increases the

likelihood of successfully treatment potentially alleviating the ever-growing global cancer burden.

The results also have implications for researchers and policy makers when appropriating resources.  The approximate solution can also provide a scientific basis for screening guidelines and diagnostic tests.  It is important to remember that cancers may be silent and not associated with any symptoms until late-stage cancer develops which is why screening and early detection are so important.  Patients often report non-specific symptoms, delaying the diagnosis of the root cause of cancer which greatly decreases the chance of survival.  The results indicate that malignant cells are present in the body for decades but may be undetectable using currently available technologies which identify a number of opportunities for new research on early detection and preventative screening.  The cost of cancer care in the United States is substantial and expected to increase due to population changes alone and early detection provides one of the most promising approaches to reducing the growing cancer burden (Etzioni, et al., 2003) (Mariotto, Yabroff, Shao, Feuer, & Brown, 2011).  By providing cancer researchers and policy makers with information about the types of cancers with long latency periods, we identify opportunities for early detection when cancer is most treatable preventing not only mortality, but also reducing morbidity and costs.

# References

Al-Kanani, I. H., & Jasim, S. A. (2011). Estimate Survival Function for the Brain Cancer Disease by Using Three Parameters Weibull Distribution. *Journal of Basrah Researches (Sciences), 37*(4), 108-121.

Allison, P. D. (2005). *Survival Analysis Using SAS: A Practical Guide.* Cary, NC: SAS Institute Inc.

American Cancer Society. (2010). *Cancer Facts and Figures 2010.* Retrieved April 4,2011, http://www.cancer.org/acs/groups/content/@epidemiologysurveilance/documents/document/acspc-026238.pdf

American Cancer Society. (2011). *Cancer Facts & Figures 2011.* Atlanta: American Cancer Society.

American Cancer Society. (2011). *Colorectal Cancer Facts & Figures 2011-2013.* Atlanta, Georgia: American Cancer Society.

Armenian, H. K. (1987). Incubation Periods of Cancer: Old and New. *J Chron Dis, 15*, 9S-15S.

Bergemann, T. (2008). *Extended Survival Methods*. Retrieved May 21, 2012, http://www.biostat.umn.edu/~tracyb/ph7402/notes/Lecture17.pdf

Blum, H. F., Grady, H. G., & Kirby-Smith, J. S. (1942). Limits of accuracy in experimental carcinogenesis as exemplified by tumor induction with ultraviolet radiation. *J Natl Cancer Inst, 3*(1), 83-89.

Blum, H. F., Grady, H. G., & Kirby-Smith, J. S. (1942). Relationships Between Dosage and Rate of Tumor Induction by Ultraviolet Radiation. *J Natl Cancer Inst, 3*(1), 91-97.

Bull, K., & Spiegelhalter, D. J. (1997). Tutorial in Biostatistics: Survival Analysis in Observational Studies. *Statistics in Medicine, 16*, 1041-1074.

Bushberg, J. T., Seibert, J. A., Leidholdt, Jr., E. M., & Boone, J. M. (2012). *The Essential Physics of Medical Imaging* (3rd ed.). Philadelphia, PA: Lippincott Williams & Wilkins.

*Cancer Trends Progress Report - 2011/2012 Update.* (August 2012). Bethesda, MD: National Cancer Institute, NIH, DHHS. http://progressreport.cancer.gov

Cobb, S., Miller, M., & Wald, N. (1959). On the estimation of the incubation period in malignant disease: the brief exposure case, leukemia. *J Chron Dis, 9*, 385-393.

Compton, C. C., Byrd, D. R., Garcia-Aguilar, J., Kurtzmann, S. H., Olawaiye, A., & Washington, M. K. (2012). *AJCC Cancer Staging Atlas: A Companion to the Seventh Editions of the AJCC Cancer Staging Manual and Handbook* (2nd ed.). Springer New York. http://www.springer.com/978-1-4614-2079-8

Cressman, S., Lam, S., Tammemagi, M. C., Evans, W. K., Leighl, N. B., & Regier, D. A. (2014). Resource Utilization Costs During Initial Years of Lung Cancer Screening with Computed Tomography in Canada. *Journal of Thoracic Oncology, 9*(10), 1449.

Despa, S. (June 30, 2010). *What is Survival Analysis?* Retrieved April 29, 2012, Cornell Statistical Consulting Unit: http://www.cscu.cornell.edu/news/statnews/stnews78.pdf

Etzioni, R., Urban, N., McIntosh, M., Schwartz, S., Reid, B., Radich, J., Hartwell, L. (2003). The Case for Early Detection. *Nat Rev Cancer, 3*(4), 243-52.

Fairfield, K. M. (2011). Completion of Adjuvant Chemotherapy and Use of Health Services for Older Women With Epithelial Ovarian Cancer. *Journal of Clinical Oncology*.

Fayed, L. (April 4, 2011). *Colon Cancer Symptoms*. Retrieved April 10, 2011, http://cancer.about.com/od/coloncancer/p/colonsymptoms.htm

Frank, S. A. (2007). *Dynamics of Cancer: Incidence Inheritance, and Evolution.* Princeton, NJ: Princeton University Press. http://www.ncbi.nlm.nih.gov/books/NBK1574/

Gayar, O. H. (2014). Oropharyngeal Carcinoma in Young Adults: An Alarming National Trend. *Otolaryngol Head Neck Surg*.

Giachetti, R. E. (2010). *Design of Enterprise Systems: Theory, Architecture, and Methods.* Boca Raton, Florida: CRC Press.

Giovannucci, E. (2001). An updated review of the epidemiological evidence that cigarette smoking increases risk of colorectal cancer. *Cancer Epidemiol Biomarkers Prev, 10*, p. 725-31.

Giovannucci, E., & Martinez, M. E. (1996). Tobacco, colorectal cancer, and adenomas: a review of the evidence. *J Natl Cancer Inst, 88*, p. 1717-1730.

Goetz, T. (December 20, 2008). *Why Early Detection Is the Best Way to Beat Cancer*. Retrieved April 20, 2012, WIRED MAGAZINE: 17.01: http://www.wired.com/medtech/health/magazine/17-01/ff_cancer?currentPage=allhttp://www.wired.com/medtech/health/magazine/17-01/ff_cancer?currentPage=all

Goetz, T. (2009). *Cancer and the New Science of Early Detection*. Wired Magazine:
http://www.wired.com/images/press/pdf/cancer.pdf

Guo, S. (2010). *Survival Analysis.* Oxford University Press.

Henningsen, A., & Toomet, O. (2011). maxLik: A package for maximum likelihood estimation in
R. *Comput Stat*, 443-458.

Hogg, R. V., McKean, J. W., & Craig, A. T. (2005). *Introduction to Mathematic Statistics.* Upper
Saddle River, NJ: Pearson Prentice Hall.

Hosmer, D. W., & Lemeshow, S. (1999). *Applied Survival Analysis: Regression Modeling of Time
to Event Data.* New York, NY: Wiley Series in Probability and Statistics.

Hosmer, D. W., Lemeshow, S., & May, S. (2008). *Applied Survival Analysis: Regression Modeling
of Time to Event Data.* Hoboken, New Jersey: John Wiley & Sons, Inc.

Hosmer, D. W., Lemeshow, S., & May, S. (2011). *Applied Survival Analysis: Regression Modeling
of Time to Event Data.* John Wiley & Sons.

Howard, J. (2013). *Minimum Latency & Types or Categories of Cancer.* World Trade Center
Health Program.

Hui P Zhu, X. X. (2011). Application of Weibull Model for Survival of Patients With Gastric
Cancer. *BMC Gastroenterology, 11*(1).

Jekel, J. F. (2007). *Epidemiology, Biostatistics, and Preventive Medicine.* Philadelphia,
Pennsylvania: Elsevier, Inc.

Kaplan, E. L., & Meier, P. (1958). Nonparametric Estimation from Incomplete Observations.
*Journal of the American Statistical Association, 53*(282), 457-481.

Klein, J. P., & Moeschberger, M. L. (2003). *Survival Analysis: Techniques for Censored and
Truncated Data* (2nd ed.). New York, NY: Springer Science + Business Media.

Klein, M. (2005). *Survival Analysis: A Self-Learning Text* (2nd ed.). New York, NY: Springer
Science+Business Media, Inc.

Kleinbaum, D. G., & Klein, M. (2005). *Survival Analysis: A Self-Learning Text* (2nd ed.). New York,
NY: Spring Science + Business Media.

Kleinsmith, L. J. (2005). *Principles of Cancer Biology.* San Francisco, CA: Pearson Benjamin
Cummings.

Kravchenko, J., Akushevich, I., Seewaldt, V. L., Abernethy, A. P., & Lyerly, H. K. (2011). Breast cancer as hetergeneous disease: contributing factors and carcinogenesis mechanisms. *Breast Cancer Res. Treat, 128*, 483-493.

Kwan-Moon, L., Elashoff, R. M., & Afifi, A. A. (1997). Censoring Issues in Survival Analysis. *Annu. Rev. Public Health, 18*, 83-104.

Lawless, J. F. (2003). *Statistical Models and Methods for Lifetime Data.* Hoboken: John Wiley & Sons, Inc.

Lawless, J. F. (2003). *Statistical Models and Methods for Lifetime Data.* Hoboken, New Jersey: John Wiley & Sons, Inc.

Liang, P. S., Chen, T. Y., & Giovannucci, E. (2009). Cigarette smoking and colorectal cancer incidence mortality: systematic review and meta-analysis. *Int. J. Cancer, 124*, p. 2406-2415.

Lüchtenborg, M., White, K. L., & Wilkens, L. (2007). Smoking and Colorectal Cancer: Different Effects by Type of Cigarettes? *Cancer Epidemiol Biomarkers Prev, 16*, p. 1341.

Manton, K. G., Akushevich, I., & Kravchenko, J. (2009). *Cancer Mortality and Morbidity Patters in the U.S. Population.* New York, NY: Springer Science+Business Media.

Mariotto, A. B., Yabroff, R., Shao, Y., Feuer, E. J., & Brown, M. L. (2011). Projections of the Cost of Cancer Care in the United States: 2010-2020. *J Natl Cancer Inst, 103*(2), 117-128.

Mdzinarishvili, T., & Sherman, S. (2010). Weibull-like Model of Cancer Development in Aging. *Cancer Informatics, 9*, 179-188.

Morgan, S. L. (2000). *Acid-base equilibria: solving the cubic equation by the Newton-Raphson method*. Retrieved May 10, 2012, http://www.chem.sc.edu/faculty/morgan/resources/acidbase/nrdoc.html

Murthy, D. P., Bulmerc, M., & Eccleston, J. A. (2004). Weibull Model Selection for Reliability Modelling. *Reliability Engineering and System Safety, 3*, 257-267.

Nadler, D. L., & Zurbenko, I. G. (2010). Model prediction of the length of Cancer prior to diagnosis with application to Cancer registry data. *JSM Proceedings, Biometrics Section* (pages 5404-5414). Miami Beach, FL, USA: American Statistical Association.

Nadler, D. L., & Zurbenko, I. G. (2013). Developing a Weibull Model Extension to Estimate Cancer Latency. *ISRN Epidemiology, 2013*. doi:10.5402/2013/750857

Nadler, D. L., & Zurbenko, I. G. (2014). Estimating Cancer Latency Times Using a Weibull Model. *Advances in Epidemiology, 2014*, 8 pages. doi:10.1155/2014/746769

National Cancer Institute. (2013). *SEER Stat Fact Sheets: All Cancer Sites.*

National Cancer Institute. (2015). Cancer Prevalence and Cost of Care Projections: http://costprojections.cancer.gov/graph.php#

National Cancer Institute. (s.f.). *Screening and Testing to Detect Cancer*. Retrieved June 25, 2014, http://www.cancer.gov/cancertopics/screening

National Center for Chronic Disease Prevention and Health Promotion. (January 11, 2013). *Leading Causes of Death*. http://www.cdc.gov/nchs/fastats/lcod.htm

*Newton-Raphson Technique*. (s.f.). Retrieved March 27, 2012, http://web.mit.edu/10.001/Web/Course_Notes/NLAE/node6.html

Nichols, A. C., Palma, D. A., Dhaliwal, S. S., Tan, S., Theuer, J., Chow, W., . . . Barrett, J. W. (2013). The epidemic of human papillomavirus and oropharyngeal cancer in a Canadian population. *Curr Oncol, 20*(4), 212-219.

NYSDOH and the American Cancer Society. (January 26, 2004). Retrieved April 8, 2011, The New York State Comprehensive Cancer Control Plan: www.nyscancerconsortium.org/.../NYS_Comprehensive_Cancer_Control_ Plan.pdf

*Pancreatic Cancer Grows Over 20 Years*. (October 28, 2010). Retrieved April 11, 2011,  PressTV: http://www.presstv.ir/detail/148667.html

Parker, R. (October 27, 2010). *Pancreatic Cancer Develops For 20 Years Before Killing*. Retrieved April 9, 2011, FuturePundit: http://www.futurepundit.com/archives/007604.html

Paterno, M. (February 13, 2004). *On Random-Number Distributions for C++0x.* Retrieved February 12, 2011, http://www.open-std.org/jtc1/sc22/wg21/docs/papers/2004/n1588.pdf

Peto, R., & Lee, P. (1973). Weibull Distribution for Continuous-Carcinogenesis Experiments. *Biometrics, 29*, 457-470.

Pike, M. C. (1966). A Method of Analysis of a Certain Class of Experiments in Carcinogenesis. *Biometrics, 22*, 142-161.

PressTV. (October 28, 2010). *Pancreatic Cancer Grows Over 20 Years*. Retrieved April 22, 2011, http://www.presstv.ir/detail/148667.html

Purdie, D.M., et al., Ovulation and Risk of Epithelial Ovarian Cancer. (2003). *Int. J. Cancer, 104*, p. 228-232.

Rinne, H. (2009). *The Weibull distribution: A handbook.* Boca Raton, Florida: CRC Press.

Rodriguez, G. (2007). *Lecture Notes on Generalized Linear Models*. Retrieved May 22, 2012, http://data.princeton.edu/wws509/notes/c7.pdf

Shalkow, J. (October 1, 2009). *Colorectal Carcinoma Genetics (Defects in Mismatch Recognition and Repair)*. Retrieved April 11, 2011, Medscape: http://emedicine.medscape.com/article/993370-overview

Shinichi, Y., Jones, S., Bozic, I., Antal, T., & Leary, R. (October 28, 2010). Distant metastasis occurs late during the genetic evolution of pancreatic cancer. *Nature, 467*, 1114-1118.

Smith, T., & Smith, B. (2005). *Graphing the Probability of Event as a Function of Time Using Survivor Function Estimates and the SAS System's PROC PHREG.* Retrieved March 23, 2011, Lex Jansen: http://www.lexjansen.com/wuss/2005/hands_on_workshops/how_graphing_the_probability.pdf

St. John, T. M. (2009). Retrieved April 4, 2011, With Every Breath: A Lung Cancer Guidebook: http://www.lungcancerguidebook.org/lcguidebook_aug05/lcguidebook_all_0805.pdf

Surveillance, Epidemiology, and End Results (SEER) Program Research Data. (2011). *(1973–2008). National Cancer Institute, DCCPS, Surveillance Research Program, Cancer Statistics Branch*. http://www.seer.cancer.gov/

Surveillance, Epidemiology, and End Results Program. (2011). *Number of Persons by Race and Hispanic Ethnicity for SEER Participants (2010 Census Data)*. Retrieved March 27, 2015, http://seer.cancer.gov/registries/data.html

Therneau, T. M., & Patricia, G. M. (2000). *Modeling Survival Data.* New York, NY: Springer Science + Business Media.

Torpy, J. M., Burke, A. E., & Golub, R. M. (2011). Ovarian Cancer. *JAMA, 305*(23), 2484.

U.S. Bureau of Census. (2010). *Census 2010, Summary File 1.*

Vogelstein, B. (October 27, 2010). *Revising the Timeline for Deadly Pancreatic Cancer*. Retrieved April 9, 2011, Howard Hughes Medical Institute: http://www.hhmi.org/news/vogelstein20101027.html

Wahed, S. W., Luong, T. M., & Jeong, J. H. (2009). A new generalization of Weibull distribution with application to a breast cancer data set. *Statist. Med., 28*, 2077-2094.

Wang, S. J., Fuller, C. D., Emery, R., & Thomas, C. R. (2007). Conditional Survival in Rectal Cancer: A SEER Database Analysis. *Gastrointest Cancer Res, 1*, 84–89.

*What Is Cancer?* (July 12, 2010). Retrieved April 4, 2011, National Cancer Institute: http://www.cancer.gov/cancertopics/cancerlibrary/what-is-cancer

Yachida, S., Jones, S., & Bozic, I. (2010). Distant metastasis occurs late during the genetic evolution of pancreatic cancer. *Nature, 467*(7319), p. 1114-1117.

Yang, L., Weidong, S., & Sakamoto, N. (2013). Population-Based Study Evaluating and Predicting the Probability of Death Resulting From Thyroid Cancer and Other Causes Among Patients With Thyroid Cancer. *Journal of Clinical Oncology, 31*(4), 468-474.

Zhang, L. F., Xie, M., & Tang, L. C. (2006). Bias Correction for the Least Squares Estimator of Weibull Shape Parameter With Complete and Censored Data. *Reliability Engineering and System Safety, 8*, 930-939.

Zhang, L. F., Xie, M., & Tang, L. C. (2007). A Study of Two Estimation Approaches for Parameters of Weibull Distribution Based on WPP. *Reliability Engineering and System Safety, 8*, 360-368.