# Exhibit 13



HEPATOLOGY
HEPATOBILIARY MALIGNANCIES | HEPATOLOGY, VOL. 74, NO. 6, 2021

# Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study

Jiali Zheng,[1,2] Carrie R. Daniel,[2] Rikita I. Hatia,[2] Janice Stuff,[3] Ahmed A. Abdelhakeem ,[4] Asif Rashid,[5] Yun Shin Chun,[6] Prasun K. Jalal,[7] Ahmed O. Kaseb,[4] Donghui Li,[4] and Manal M. Hassan[2]

**BACKGROUND AND AIMS:** N-nitroso compounds (NOCs) are among the most potent dietary carcinogens. N-nitrosodiethylamine (NDEA), N-nitrosodimethylamine (NDMA), and N-nitrosopiperidine (NPIP) are abundant in foods and carcinogenic to the liver. We investigated the relationship between dietary NOCs and HCC risk.

**APPROACH AND RESULTS:** In this large, hospital-based, case-control study of 827 pathologically or radiologically confirmed HCC cases and 1,013 controls, NOC intake was calculated by linking food frequency questionnaire–derived dietary data with a comprehensive NOC concentration database. Multivariable-adjusted ORs and 95% CIs of HCC by quartiles of NOC consumption were estimated using logistic regression models, with the lowest quartile as the referent. We further investigated joint effects of consuming the highest quartile of NOCs that were associated with increased HCC risk and hepatitis, diabetes, or alcohol drinking on HCC risk.

After adjustment for confounding factors, higher intake of NDEA from plant sources ($OR_{Q4\ vs.\ Q1}$ = 1.58; 95% CI = 1.03-2.41), NDMA from plant sources ($OR_{Q4\ vs.\ Q1}$ = 1.54; 95% CI = 1.01-2.34), and NPIP ($OR_{Q4\ vs.\ Q1}$ = 2.52; 95% CI = 1.62-3.94) was associated with increased HCC risk. No association was observed for nitrate or total NOC intake and HCC risk. Higher consumption of HCC-inducing NOCs and positive hepatitis virus status jointly increased the risk of developing HCC.

**CONCLUSIONS:** In conclusion, though some of our findings may indicate the presence of reverse causation owing to lower meat intake among cases with chronic liver diseases before HCC diagnosis, the potent dietary HCC carcinogens, NDEA, NDMA, and NPIP, and their enhanced carcinogenic effects among chronic carriers of hepatitis virus warrant further prospective investigation. (Hepatology 2021;74:3161-3173).

HCC, the most frequently occurring type of primary liver cancer, is the sixth-most common cancer by incidence and the fourth-most common cause of cancer death worldwide.[1] Although the incidence rate of HCC is lower in the USA than in much of East Asia and Sub-Saharan Africa,[2] in recent years it has risen steadily for both men and women and is expected to continue increasing in the upcoming decades.[3,4]

HCC is a unique cancer that often gradually develops as a result of chronic liver diseases, including fatty liver disease and cirrhosis.[5] Although some risk factors for HCC are well recognized, including infection with chronic HBV or HCV, excessive alcohol use, and exposure to aflatoxins, these risk factors cannot fully explain the etiology of HCC in the USA. Therefore,

*Abbreviations: BMI, body mass index; FFQ, food frequency questionnaire; NDBA, N-nitrosodibutylamine; NDEA, N-nitrosodiethylamine; NDMA, N-nitrosodimethylamine; NMAMBA, N-nitroso-N-(1-methylacetonyl)-3-methylbutylamine; NOC, N-nitroso compound; NPIP, N-nitrosopiperidine.*

*Received March 16, 2021; accepted July 4, 2021.*

*Additional Supporting Information may be found at onlinelibrary.wiley.com/doi/10.1002/hep.32046/suppinfo.*

*Supported by the NIH/NCI under award numbers R01CA186566 (to Hassan), P50CA217674 (to Kaseb), CA106458-01 (to Hassan), P30CA016672 (to Hassan), RO1CA98380-05 (to Li), RO3CA137803 (to Li), 2P30CA016672-43 MD Anderson Cancer Center Support Grant (to Daniel, Hassan, and Li), and the Cancer Prevention and Research Institute of Texas Postdoctoral Training Fellowship under grant number RP170259 (to Zheng).*

*© 2021 by the American Association for the Study of Liver Diseases.*
*View this article online at wileyonlinelibrary.com.*
*DOI 10.1002/hep.32046*

*Potential conflict of interest: Dr. Kaseb consults for and received grants from Bristol-Myers Squibb, Merck, Roche/Genentech, Eisai, and Bayer.*

other modifiable risk factors need to be identified to optimize prevention of this malignancy.[6]

Given the central role of the liver in nutritional metabolism, diet is among the most promising modifiable lifestyle factors, with the potential to impact cancer development.[7] Among various dietary factors, N-nitroso compounds (NOCs) have garnered significant attention because of their ability to form mutagenic DNA adducts.[8] Animal studies have provided strong evidence to support the carcinogenicity of NOCs in digestive organs, with liver cancer being reported most consistently.[9,10] Dietary exposure to NOCs, comprising both preformed NOCs from foods or food-processing additives, as well as dietary nitrate and nitrite (precursors of endogenously formed NOCs), comprises the major source of human NOC exposure.[11] However, evidence associating dietary NOCs and liver cancer is scarce. Only one prospective cohort study in the USA assessed the association of nitrate and nitrite with HCC and found no association.[6] In addition, nearly all studies assessing NOC exposure with cancer outcomes focused only on total NOCs, nitrate, and/or nitrite.[12]

Therefore, the purpose of this large, case-control study was to examine the relationship between dietary intake of specific and total NOCs with HCC risk by using a validated and comprehensive NOC concentration database encompassing 21 different individual NOCs as well as nitrate and nitrite. We also assessed whether consuming higher levels of NOCs, which was associated with increased HCC risk in our study, in conjunction with a known and major HCC risk factor (HBV or HCV infection, alcohol use, and diabetes), jointly raised the risk of developing HCC.

## Materials and Methods

### STUDY POPULATION

Cases in this study were histologically or radiologically confirmed incident HCC cases who were treated in The University of Texas MD Anderson Cancer Center's gastrointestinal medical oncology and surgical oncology outpatient clinics. Patients with other types of primary liver cancer (cholangiocarcinoma, fibrolamellar carcinoma, or benign or unknown tumors) or a concurrent or past history of other cancers were excluded from the study. Controls were free of cancer at recruitment and they were spouses of cancer patients who were diagnosed with cancers other than the liver, such as other gastrointestinal, lung, or head and neck cancers; these cancers were excluded to prevent selection bias from shared environmental and genetic HCC risk factors.[13] Cases and controls were recruited simultaneously and consecutively from January 2004 to December 2018, and a total of 855 cases and 1,018 controls were eligible for this study; of these, we removed participants with implausible total energy intake (i.e., 3 interquartiles above the 75th percentile or below the 25th percentile of sex-specific Box-Cox–transformed total energy intake; n = 4), and subjects who left more than half of food items blank on the food frequency questionnaire (FFQ; n = 29), which resulted in a total of 827 cases and 1,013 controls in this analysis. This study was approved by The University of Texas MD Anderson Cancer Center's Institutional Review Board. Written informed consent was obtained from each participant.

**ARTICLE INFORMATION:**

From the [1]Department of Epidemiology and Biostatistics, Shanghai Jiao Tong University School of Medicine, Shanghai, China; [2]Department of Epidemiology, The University of Texas MD Anderson Cancer Center, Houston, TX; [3]USDA Children's Nutrition Research Center, Department of Pediatrics, Baylor College of Medicine, Houston, TX; [4]Department of Gastrointestinal Medical Oncology, The University of Texas MD Anderson Cancer Center, Houston, TX; [5]Department of Pathology, The University of Texas MD Anderson Cancer Center, Houston, TX; [6]Division of Surgery, Department of Surgical Oncology, The University of Texas MD Anderson Cancer Center, Houston, TX; [7]Division of Abdominal Transplantation and Hepatobiliary Surgery, Michael E. DeBakey Department of Surgery, Baylor College of Medicine, Houston, TX.

**ADDRESS CORRESPONDENCE AND REPRINT REQUESTS TO:**

Manal M. Hassan, MB. BCh., M.P.H., Ph.D.
UT MD Anderson Cancer Center
1155 Pressler Street
Unit 1340
Houston, TX 77030
E-mail: mhassan@mdanderson.org
Tel.: +1-713-794-5452

## DATA COLLECTION

Validated and structured questionnaires were used by trained interviewers to collect information regarding demographics, lifestyle factors, family histories of cancers among first- and second-degree relatives, and personal medical histories from cases and controls.[13] No proxy interviews were conducted. We defined ever-alcohol drinkers as participants who had consumed at least four alcoholic drinks (e.g., beer, wine, and liquor) each month for ≥6 months in their lifetime. We further classified ever-alcohol drinkers into two groups (≤60 and >60 mL/d) according to their daily intake of ethanol. We used 60 mL of ethanol per day as the cutoff because this amount has been shown to be the threshold at which HCC risk increases.[14] Participants self-reported their current heights and body weights and the heights and weights they had had at different ages. Body mass index (BMI; weight [kg]/height [m]$^2$) was calculated and categorized based on the World Health Organization criteria.[15] Because obesity in early adulthood is a significant risk factor for HCC in this study population,[13,16] we used BMI reported when aged in the thirties in our analyses.

HCC patients' clinical variables were retrieved from their medical records. Underlying cirrhosis was determined by pathological findings (diagnostic biopsies) and CT scans. Blood samples from cases and controls were tested for HBV and HCV. HCV antibodies, HBsAg, and antibodies to HBcAg were detected with a third-generation ELISA (Abbott Laboratories, North Chicago, IL).

## DIETARY ASSESSMENT

Usual dietary intake over the past year was self-reported from cases and controls with two different (original and updated) versions of the Harvard semiquantitative FFQ in our study. The original and updated FFQs covered 84 and 131 food items, respectively, and the most commonly consumed American foods were on both questionnaires.[17] A total of 1,257 persons (301 cases and 956 controls) completed the original version of the FFQ, and 583 persons (526 cases and 57 controls) completed the updated version. On both questionnaires, participants reported their frequency of intake (ranging from never, less than once per month, to six or more times per day) for a specified portion of each food item. The validity of the original Harvard FFQ questionnaire was computed by comparing participants' FFQ-derived dietary intake with four 1-week diet records in a small sample of the Nurses' Health Study, and the validity of the updated FFQ was tested against two 1-week diet records in the Health Professionals Follow-up Study.[17,18] For both questionnaires, reproducibility was tested by estimating the correlation between diet intake collected from the same version of the FFQ at two time points in 1 year apart.[17,18] The results indicated that both original and updated questionnaires were reproducible, and the self-reported dietary intake from FFQs had modest correlation coefficients with those derived from diet records. Specifically, $r$ ranged from 0.36 to 0.75 for the original version and from 0.28 to 0.86 for the updated version of the FFQ.[17,18]

## CALCULATION OF NOC INTAKE

To calculate participants' dietary NOC intake, we linked data from a validated and relatively comprehensive database of the concentrations of 21 NOCs, nitrate, and nitrite in 500 foods to diet data derived from the FFQ. To facilitate this linkage, 39 food subgroups were formed by aggregating the 500 foods based on their common usage and nutrient composition; each food subgroup received the same NOC concentration values.[19] Details of the development of the NOC database have been described.[19] Briefly, the database was constructed through a comprehensive internet search of food assays, publications, and government reports on the NOC content of foods. Because of assay complexities, assays for NOCs were not available for all foods, and no food had complete data for all the NOCs.[19] The validity of this database was assessed in a previous cross-sectional study of 98 healthy controls where the NOC database was linked to a modified Block FFQ[20] and 7-day food records, which identified modest agreement between dietary NOC intake derived from these two dietary instruments.[21]

To estimate our participants' dietary intake of NOCs, nitrate, and nitrite, we initially translated portion sizes to weights (in grams) for each food item and multiplied the weights by the frequency of intake to derive the amount of food consumed per day.[22] FFQ-specific calculations were conducted to account for differences in portion-to-gram translations and

food items between the two FFQ versions.[12,22] We then calculated each participant's daily consumption of individual NOCs, nitrate, and nitrite by multiplying the daily amount of each food item by the NOC concentration values listed for each food item based on the food subgroup value in the NOC database and summing over all the food items. Daily total NOC intake was the sum of the values for all 21 NOCs plus nitrate and nitrite.

## STATISTICAL ANALYSIS

Demographic characteristics and HCC risk factors were described for cases and controls and compared using the chi-square test in Table 1. The multivariable-adjusted association between each factor in Table 1 and the risk of HCC was calculated using unconditional logistic regression models after mutual adjustment for other factors. We categorized dietary intake of total NOC, each of the 21 NOCs, nitrite, and nitrate according to FFQ-specific, log-transformed, energy-adjusted quartile distributions of the control group. Unconditional logistic regression was used to estimate the multivariable-adjusted ORs and 95% CIs of HCC for participants in the higher versus those in the lowest quartiles of NOCs intake as the referent group, with adjustment for confounders including total calorie intake, age, sex, race, education level, BMI when aged in the thirties, alcohol drinking, history of diabetes, smoking status, and family history of liver cancer. These confounding variables were selected *a priori* based on previous HCC epidemiological studies in this population, and a category of missing values was created for each of these confounders in the model to deal with the missing data issue.[13,23] Multivariable-adjusted associations for NOCs from plant foods and animal foods were investigated separately. To control confounding from plant versus animal food sources, total dietary intake of red and processed meat was adjusted for in the analysis of NOCs from plant foods; and dietary intake of fruits and vegetables was adjusted for in the analysis of NOCs from animal foods. Linear trend of HCC risk across quartiles was assessed by using the median value of each quartile in the multivariable-adjusted model, after linearity was confirmed by the restricted cubic spline function within the logistic model.[24] If linearity did not hold ($P_{nonlinearity} < 0.05$), we did not report linear trend $P$ values, but noted the significant nonlinearity.

Because we did not find a significant sex difference in the NOCs and HCC associations, we performed all of our association analyses for men and women combined. In the main analyses, we focused on the associations of HCC with the intake of total NOCs, N-nitrosodiethylamine (NDEA), N-nitrosodimethylamine (NDMA), N-nitrosodibutylamine (NDBA), N-nitrosodipropylamine, N-nitroso-N-(1-methylacetonyl)-3-methylbutylamine (NMAMBA), N-nitrosopyrrolidine, N-nitrosopiperidine (NPIP), nitrate, and nitrite. Associations between HCC and other NOCs that did not have clear evidence of potential carcinogenicity, or consumed in very limited amounts by participants, or found in very few foods are listed in Supporting Table S1.[11,12,25] We also identified the top five food groups contributing to NOC consumption among cases and controls separately by ranking the Spearman correlation coefficients between energy-adjusted NOC intakes and the food groups in the NOC database. For those NOCs that were found to have significant positive associations with HCC in this study, we further calculated the multivariable-adjusted ORs with 95% CIs of HCC according to quartiles of consumption of major food contributors to these NOCs. to examine the main effects of these foods on HCC development.

We further evaluated the potential joint effects of consuming the highest quartile of any NOC that was significantly associated with increased HCC risk in the main analysis in conjunction with known and major HCC risk factors, including HBV and/or HCV infection, alcohol use, or history of diabetes, using the joint-effect approach, given that these risk factors may impact liver metabolism and enhance NOCs' carcinogenic effects. Specifically, we calculated the expected OR for the joint effect of two independent risk factors and compared this value with the observed OR for the joint association, under the null hypothesis that the observed OR would be less than or equal to the expected OR. The expected ORs were calculated as the product of the two independent effects derived from the multivariable-adjusted model. The observed ORs were calculated by comparing the odds of HCC among participants having both risk factors versus those who had neither factor.[26]

**TABLE 1. Demographics and Risk Factors of HCCs for 827 Cases and 1,013 Controls in the Case-Control Study**

| Demographic/Risk Factors | Cases (n = 827) N (%) | Controls (n = 1,013) N (%) | P Value* | Multivariable OR (95% CI)† |
|---|---|---|---|---|
| Age groups (years) | | | <0.0001 | |
|   <50 | 74 (8.95) | 174 (17.18) | | 1.00 |
|   50-59 | 188 (22.73) | 292 (28.83) | | 0.92 (0.51-1.66) |
|   60-69 | 304 (36.76) | 349 (34.45) | | 1.77 (1.03-3.06) |
|   ≥70 | 261 (31.56) | 198 (19.54) | | 3.71 (2.10-6.55) |
| Race | | | <0.0001 | |
|   White | 607 (73.40) | 907 (89.54) | | 1.00 |
|   Black | 63 (7.62) | 29 (2.86) | | 2.36 (0.92-6.05) |
|   Hispanic | 110 (13.30) | 69 (6.81) | | 1.32 (0.76-2.30) |
|   Others‡ | 47 (5.68) | 8 (0.79) | | 16.47 (5.78-46.95) |
| Sex | | | <0.0001 | |
|   Males | 594 (71.83) | 579 (57.16) | | 1.00 |
|   Females | 233 (28.17) | 434 (42.84) | | 0.99 (0.70-1.42) |
| Educational level§ | | | <0.0001 | |
|   ≤High school | 309 (37.36) | 218 (21.52) | | 1.00 |
|   <College/vocational school | 253 (30.59) | 316 (31.19) | | 0.65 (0.44-0.97) |
|   College graduate | 137 (16.57) | 294 (29.02) | | 0.53 (0.34-0.82) |
|   Postgraduate | 127 (15.36) | 183 (18.07) | | 0.59 (0.37-0.96) |
| BMI status at age thirties | | | <0.0001 | |
|   Normal (18.5-24.9 kg/m$^2$) | 360 (43.53) | 406 (40.08) | | 1.00 |
|   Underweight (<18.5 kg/m$^2$) | 17 (2.06) | 24 (2.37) | | 0.69 (0.24-1.99) |
|   Overweight (25.0-29.9 kg/m$^2$) | 195 (23.58) | 208 (20.53) | | 0.98 (0.66-1.46) |
|   Obese (≥30 kg/m$^2$) | 77 (9.31) | 42 (4.15) | | 2.86 (1.53-5.36) |
|   Missing | 178 (21.52) | 333 (32.87) | | 0.27 (0.18-0.41) |
| History of diabetes mellitus∥ | | | <0.0001 | |
|   No diabetes history | 295 (35.67) | 906 (89.44) | | 1.00 |
|   Shorter duration (2-5 years) | 94 (11.37) | 48 (4.74) | | 7.23 (4.37-11.95) |
|   Longer duration (≥6 years) | 196 (23.70) | 50 (4.94) | | 13.64 (8.72-21.35) |
|   ≤1-year duration | 242 (29.26) | 9 (0.89) | | 132.5 (60.89-288.31) |
| Cigarette smoking status§ | | | <0.0001 | |
|   Nonsmokers | 276 (33.37) | 545 (53.80) | | 1.00 |
|   ≤20 pack-years smoking | 244 (29.50) | 228 (22.51) | | 1.23 (0.83-1.83) |
|   >20 pack-years smoking | 307 (37.12) | 238 (23.49) | | 1.10 (0.75-1.60) |
| Alcohol drinking status | | | <0.0001 | |
|   Never drinking | 237 (28.66) | 446 (44.03) | | 1.00 |
|   ≤60 g of ethanol per day | 426 (51.51) | 516 (50.94) | | 1.92 (1.34-2.76) |
|   >60 g of ethanol per day | 164 (19.83) | 51 (5.03) | | 3.90 (2.18-6.99) |
| HCV status¶ | | | <0.0001 | |
|   Negative | 542 (65.54) | 789 (77.89) | | 1.00 |
|   Positive | 272 (32.89) | 6 (0.59) | | 71.74 (29.71-173.23) |
|   Missing | 13 (1.57) | 218 (21.52) | | 0.09 (0.01-0.75) |
| HBV status# | | | <0.0001 | |
|   Negative | 664 (80.29) | 770 (76.01) | | 1.00 |
|   Positive | 146 (17.65) | 25 (2.47) | | 3.14 (1.66-5.97) |
|   Missing | 17 (2.06) | 218 (21.52) | | 0.62 (0.08-5.13) |
| Family history of liver cancer§ | | | <0.0001 | |
|   No | 786 (95.04) | 1,000 (98.72) | | 1.00 |
|   Yes | 41 (4.96) | 11 (1.09) | | 3.50 (1.17-10.50) |

*Chi-square test was used to compare the distribution of factors between cases and controls, and P value was calculated.
†For each variable, multivariable-adjusted OR and 95% CIs were calculated from the multiple unconditional logistic regression with all the other variables in this table included.
‡Other races include Asian, American Indian, and other race/ethnicities.
§Data were missing on the variables of education level for 1 case and 2 controls, smoking status for 2 controls, and family history of liver cancer for 2 controls.
∥Percentages may not add up to 100% because of rounding.
¶HCV status was determined by serum anti-HCV.
#HBV status was determined by antibodies to HbcAg and HBsAg.

Several sensitivity analyses were performed. To account for the potential effects caused by diet modification and viral infection, we restricted main analyses to persons without a history of diabetes and to persons without HBV and/or HCV infection, respectively. Because some patients did not experience cirrhosis in their clinical progression to HCC, we also assessed associations between NOCs and noncirrhotic HCC risk where cases were persons who did not experience cirrhosis in their clinical progression to HCC. In addition, we performed the analyses among Whites only to see whether the inclusion of participants of other races could have impacted our overall findings. To demonstrate how two different FFQs would have impacted the results, we calculated FFQ-specific multivariable-adjusted relationships for HCC and NOCs in the study among subjects who completed the original FFQ, given that the sample size of control subjects who had completed updated FFQs was not adequate (n < 15) to generate stable estimates in the quartile analysis. We also conducted the interaction analyses between versions of the FFQ and each individual NOC with $P$ values for interactions reported. Finally, we ran all analyses excluding participants with any missing data. All statistical analyses were conducted using SAS software (version 9.4; SAS Institute Inc., Cary, NC). All tests were two-sided, with $P$ values < 0.05 considered to be statistically significant if not otherwise noted.

# Results

Compared to controls, HCC cases were more likely to be older, male, non-White, overweight or obese when aged in their thirties, current or former smokers, less educated, and to have a history of diabetes, HBV or HBC infection, and a family history of liver cancer. After adjusting for confounders, older age (≥60), races other than White, Black, and Hispanic, education less than high school, obesity when aged in the thirties, having diabetes (regardless of duration), ever-alcohol use, positive HBV or HCV status, and having a family history of liver cancer were all risk factors for HCC in this population (Table 1).

The highest versus lowest quartile of NDEA from plant sources ($OR_{Q4\ vs.\ Q1}$ = 1.58; 95% CI = 1.03-2.41), NDMA from plant sources ($OR_{Q4\ vs.\ Q1}$ = 1.54; 95% CI = 1.01-2.34), NMAMBA from plant sources ($OR_{Q4\ vs.\ Q1}$ = 1.54; 95% CI = 1.01-2.35), and NPIP, which was entirely from animal sources ($OR_{Q4\ vs.\ Q1}$ = 2.52; 95% CI = 1.62-3.94; $P$ trend = 0.0001), were associated with increased HCC risk, although associations appeared to be nonlinear for NDEA, NDMA, and NMAMBA from plant sources (all $P_{nonlinearity}$ < 0.05; Table 2). Higher intakes of NDBA ($OR_{Q4\ vs.\ Q1}$ = 0.39; 95% CI = 0.25-0.61; $P$ trend, <0.001) and nitrite ($OR_{Q4\ vs.\ Q1}$ = 0.57; 95% CI = 0.37-0.86), two NOCs largely coming from animal sources, were associated with lower HCC risk. Correlations between food groups and NOCs are presented in Supporting Table S2. As expected, red and processed meats, including beef, cured lunch meats, and bacon, were the greatest dietary contributors of nitrite and NDBA in this population. For NDEA, NDMA, and NMAMBA from plant sources, which were positively associated with HCC risk in this study, the most important dietary contributors were grains (not contained in vegetables, fruits, nachos, or mixed dishes), and roots (e.g., yams, potato), tofu, and vegetables were secondary important contributors. Cured lunch meats, fresh dairy products, and fermented cheese were highly correlated with NPIP consumption in this population. Based on the multivariable-adjusted associations between major food contributors to NDEA, NDMA, NMAMBA, NPIP, and HCC, cases consumed a higher level of grains than controls ($OR_{Q4\ vs.\ Q1}$ = 1.60; 95% CI = 1.04-2.45), contributing to the observed positive associations of NDEA, NDMA, and NMAMBA from plant sources with HCC. As a major food group contributor to NPIP, a greater amount of fresh dairy products was consumed by cases than controls ($OR_{Q4\ vs.\ Q1}$ = 4.98; 95% CI = 3.20-7.77; Supporting Table S3). No associations were observed for NDEA, NDMA, and NMAMBA consumption from animal and plant sources combined or from animal sources only, nitrate, or total consumption of 23 NOC-related compounds (from either animal or plant sources) with HCC risk. Positive associations for NDEA, NDMA, and NMAMBA from plant sources with the risk of noncirrhotic HCC were somewhat attenuated, whereas NPIP consumption remained significantly associated with noncirrhotic HCC risk (Supporting Table S4). Compared to the NOCs and HCC associations we observed among total subjects, the associations among those completing the original FFQ were generally weakened and became nonsignificant with wider 95% CIs, mainly attributable to the

TABLE 2. Multivariable-Adjusted ORs and 95% CIs of HCC Risk According to Quartiles of Dietary Intake of NOCs (μg/1,000 kcal/d)*

| NOCs From Dietary Sources | Quartiles of Intake† | | | | P Trend‡ |
| --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | |
| Total NOCs§ | | | | | |
| Mean (range) | 21.44 (0.07-30.20) | 35.11 (28.72-41.10) | 46.13 (38.34-54.30) | 78.48 (48.35-329.65) | |
| Case/control (n) | 257/254 | 181/253 | 145/253 | 244/253 | |
| Multivariable-adjusted OR (95% CI)∥ | 1.00 | 0.91 (0.59-1.38) | 0.61 (0.39-0.95) | 1.16 (0.77-1.75) | 0.78 |
| Plant sources | | | | | |
| Case/control (n) | 251/254 | 179/253 | 160/253 | 237/253 | |
| Multivariable-adjusted OR (95% CI)¶ | 1.00 | 0.94 (0.61-1.45) | 0.66 (0.42-1.04) | 1.13 (0.75-1.71) | 0.91 |
| Animal sources | | | | | |
| Case/control (n) | 303/254 | 144/253 | 160/253 | 220/253 | |
| Multivariable-adjusted OR (95% CI)# | 1.00 | 0.44 (0.28-0.68) | 0.42 (0.27-0.65) | 0.72 (0.48-1.08) | * |
| NDEA | | | | | |
| Mean (range) | 0.04 (<0.001-0.050) | 0.06 (0.05-0.07) | 0.08 (0.06-0.09) | 0.12 (0.09-0.32) | |
| Case/control (n) | 164/254 | 163/253 | 235/253 | 265/253 | |
| Multivariable-adjusted OR (95% CI)∥ | 1.00 | 0.70 (0.44-1.11) | 1.34 (0.88-2.03) | 1.10 (0.72-1.69) | 0.32 |
| Plant sources | | | | | |
| Case/control (n) | 168/254 | 150/253 | 190/253 | 319/253 | |
| Multivariable-adjusted OR (95% CI)¶ | 1.00 | 0.86 (0.55-1.35) | 0.84 (0.54-1.31) | **1.58 (1.03-2.41)** | * |
| Animal sources | | | | | |
| Case/control (n) | 213/254 | 170/253 | 205/253 | 239/253 | |
| Multivariable-adjusted OR (95% CI)# | 1.00 | 0.75 (0.48-1.16) | 0.70 (0.45-1.08) | 0.92 (0.60-1.41) | 0.58 |
| NDMA | | | | | |
| Mean (range) | 0.28 (0.05-0.46) | 0.46 (0.35-0.68) | 0.61 (0.47-0.96) | 1.20 (0.63-9.84) | |
| Case/control (n) | 252/254 | 191/253 | 174/253 | 210/253 | |
| Multivariable-adjusted OR (95% CI)∥ | 1.00 | 0.89 (0.59-1.34) | 0.67 (0.43-1.05) | 0.80 (0.53-1.21) | 0.22 |
| Plant sources | | | | | |
| Case/control (n) | 175/254 | 158/253 | 170/253 | 324/253 | |
| Multivariable-adjusted OR (95% CI)¶ | 1.00 | 0.87 (0.56-1.37) | 0.87 (0.56-1.37) | **1.54 (1.01-2.34)** | * |
| Animal sources | | | | | |
| Case/control (n) | 216/254 | 219/253 | 146/253 | 246/253 | |
| Multivariable-adjusted OR (95% CI)# | 1.00 | 1.10 (0.72-1.69) | 0.84 (0.53-1.33) | 1.26 (0.83-1.91) | 0.39 |
| NDBA** | | | | | |
| Mean (range) | 0.75 (<0.001-1.360) | 1.73 (1.27-2.23) | 2.65 (1.94-3.48) | 4.57 (2.95-12.27) | |
| Case/control (n) | 306/254 | 182/253 | 205/253 | 134/253 | |
| Multivariable-adjusted OR (95% CI)∥# | 1.00 | 0.52 (0.34-0.79) | 0.71 (0.47-1.08) | **0.39 (0.25-0.61)** | <0.001 |
| NDPA** | | | | | |
| Mean (range) | 0.04 (<0.001-0.070) | 0.08 (0.06-0.11) | 0.13 (0.10-0.19) | 0.32 (0.17-1.84) | |
| Case/control (n) | 259/254 | 170/253 | 205/253 | 193/253 | |
| Multivariable-adjusted OR (95% CI)∥# | 1.00 | 0.53 (0.34-0.83) | 0.94 (0.61-1.44) | 0.88 (0.56-1.39) | 0.74 |
| NMAMBA | | | | | |
| Mean (range) | 0.006 (<0.001-0.010) | 0.01 (0.008-0.014) | 0.015 (0.01-0.02) | 0.024 (0.013-0.065) | |
| Case/control (n) | 181/254 | 144/253 | 221/253 | 281/253 | |
| Multivariable-adjusted OR (95% CI)∥ | 1.00 | 0.64 (0.41-1.01) | 1.18 (0.78-1.80) | 1.24 (0.81-1.87) | 0.20 |
| Plant sources | | | | | |
| Case/control (n) | 171/254 | 137/253 | 211/253 | 308/253 | |
| Multivariable-adjusted OR (95% CI)¶ | 1.00 | 0.80 (0.51-1.27) | 0.98 (0.63-1.51) | **1.54 (1.01-2.35)** | * |
| Animal sources | | | | | |

3167

TABLE 2. CONTINUED

| NOCs From Dietary Sources | Quartiles of Intake[†] | | | | P Trend[‡] |
| --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | |
| Case/control (n) | 280/294 | 198/213 | 201/253 | 148/253 | |
| Multivariable-adjusted OR (95% CI)[#] | 1.00 | 1.09 (0.67-1.76) | 1.37 (0.91-2.06) | 0.83 (0.53-1.28) | 0.93 |
| NPYR | | | | | |
| Mean (range) | 0.09 (0.02-0.11) | 0.13 (0.10-0.14) | 0.16 (0.14-0.19) | 0.25 (0.19-0.79) | |
| Case/control (n) | 237/254 | 200/253 | 229/253 | 161/253 | |
| Multivariable-adjusted OR (95% CI)[ǁ] | 1.00 | 1.12 (0.73-1.72) | 1.38 (0.90-2.10) | 0.89 (0.58-1.37) | 0.76 |
| Plant sources | | | | | |
| Case/control (n) | 270/254 | 160/253 | 182/253 | 215/253 | |
| Multivariable-adjusted OR (95% CI)[¶] | 1.00 | 0.81 (0.53-1.24) | 0.92 (0.61-1.41) | 0.75 (0.49-1.16) | 0.24 |
| Animal sources | | | | | |
| Case/control (n) | 228/254 | 191/253 | 186/253 | 222/253 | |
| Multivariable-adjusted OR (95% CI)[#] | 1.00 | 1.11 (0.73-1.71) | 1.11 (0.71-1.74) | 1.04 (0.68-1.59) | 0.88 |
| NPIP** | | | | | |
| Mean (range) | 0.005 (<0.001-0.007) | 0.008 (0.006-0.010) | 0.01 (0.009-0.015) | 0.02 (0.01-0.09) | |
| Case/control (n) | 132/254 | 167/253 | 157/253 | 371/253 | |
| Multivariable-adjusted OR (95% CI)[ǁ#] | 1.00 | 1.56 (0.97-2.51) | 0.98 (0.59-1.63) | **2.52 (1.62-3.94)** | 0.0001 |
| | | | | | |
| Nitrate ($NO_3$)* | | | | | |
| Mean (range) | 20.53 (0.06-29.43) | 34.10 (27.77-40.10) | 45.03 (37.03-53.44) | 77.40 (47.37-329.04) | |
| Case/control (n) | 257/254 | 175/253 | 148/253 | 247/253 | |
| Multivariable-adjusted OR (95% CI)[ǁ] | 1.00 | 0.89 (0.58-1.36) | 0.59 (0.38-0.92) | 1.19 (0.79-1.79) | 0.70 |
| Plant sources | | | | | |
| Case/control (n) | 251/254 | 179/253 | 160/253 | 237/253 | |
| Multivariable-adjusted OR (95% CI)[¶] | 1.00 | 0.96 (0.62-1.47) | 0.67 (0.43-1.04) | 1.14 (0.76-1.73) | 0.87 |
| Animal sources | | | | | |
| Case/control (n) | 313/254 | 144/253 | 171/253 | 199/253 | |
| Multivariable-adjusted OR (95% CI)[#] | 1.00 | 0.41 (0.26-0.65) | 0.56 (0.37-0.86) | 0.71 (0.47-1.08) | * |
| Nitrite ($NO_2$)*,** | | | | | |
| Mean (range) | 0.36 (0.0001-0.6500) | 0.71 (0.56-0.84) | 0.99 (0.82-1.18) | 1.52 (1.09-4.38) | |
| Case/control (n) | 281/254 | 155/253 | 172/253 | 219/253 | |
| Multivariable-adjusted OR (95% CI)[ǁ#] | 1.00 | 0.49 (0.32-0.75) | 0.51 (0.33-0.79) | **0.57 (0.37-0.86)** | * |

*Units for means and ranges of all NOC consumption in this table are μg/1,000 kcal/d, except three compounds: total NOCs, nitrate, and nitrite, which used the unit of mg/1,000 kcal/d. Range values of four quartiles were overlapped because of intake from two FFQs.
[†]Quartile cut-off points were set as the energy-adjusted log-transformed FFQ-specific value based on control's distribution.
[‡]$P$ trend was calculated by using the median value of each quartile of NOC consumption as a continuous variable in the multivariable-adjusted model. $P$ trend was noted as an asterisk ("*"), if the linearity assumption was not met after assessing it with the restricted cubic spline function within the logistic model ($P_{nonlinearity} < 0.05$).
[§]Intake of total NOCs capture all the 23 compounds in the N-nitroso database, that is, 21 individual NOCs plus nitrite and nitrate.
[ǁ]The model was adjusted for age, total calorie, sex (males and females), race (Whites, Blacks, Hispanics, or others), education level (less than high school/no formal education, high school graduate, some college/technical or vocational school, college graduate, and postgraduate), BMI status (underweight, normal, overweight, obese, or missing), alcohol level (never drinkers, current or past drinkers with <=60g of ethanol per day, or current or past drinkers with >60 g of ethanol per day), history of diabetes and duration combined (no diabetes, have diabetes history with duration <6 years, have diabetes history with duration >=6 years, or have diabetes history with unknown duration), smoking status and dose combined (nonsmokers, current or former smokers with <=20 pack-years of smoking, or current or former smokers with >20 pack years of smoking), family history of liver cancer (yes, no), HCV status (negative, positive, or missing), and HBV status (negative, positive, or missing).
[¶]Multivariable-adjusted model for NOCs from plant sources was additionally adjusted for red and processed meat intake.
[#]Multivariable-adjusted model for NOCs from animal sources was additionally adjusted for total vegetable and fruit intake.
**Total NOC consumption was all from animal sources.

reduced sample size. None of the interaction analyses between versions of the FFQ and each individual NOC on the odds of HCC were significant, except NMAMBA ($P$ interaction = 0.02), but NMAMBA either from a plant source or from an animal source did not significantly interaction analyses between versions of the FFQ, indicating that individual NOC consumption and HCC association were not significantly different between two FFQs (Supporting Table S5). ORs did not change materially, and there was no change in significance in any other sensitivity analyses (data not shown).

In the joint-effect analyses, our results suggested that consuming the highest quartile of NOCs associated with significantly elevated HCC risk in this population (i.e., highest quartile of NDEA, NDMA, or NMAMBA from plant sources or NPIP) and having HBV and/or HCV infection jointly increased the risk of developing HCC. This was reflected by observed ORs that were more pronounced than the expected ORs for these two independent effects (i.e., 46.47 > 2.72 × 12.86 = 34.98; Table 3). However, there was no evidence to support a significant joint effect of NOCs and ever-alcohol drinking (i.e., 6.38 < 3.09 × 2.6; Table 3) or diabetes history (48.57 < 2.87 × 23.02; Table 3), although the effect of having both exposures was greater than that of having only one of these risk factors.

# Discussion

In this large, case-control study assessing dietary NOC exposure and HCC, we observed that greater intake of NDEA, NDMA, and NMAMBA from plant sources and NPIP from animal sources was associated with a higher risk of HCC. Higher intake of NDBA and nitrite was associated with lower risk of HCC, and no significant association was observed for nitrate and total NOC intake. The risk of developing HCC was highest among persons with high NOC intake and hepatitis infection, suggesting a potential joint or synergistic effect of these two conditions on HCC development.

NDEA and NDMA are the most prevalent NOCs identified in foods and are classified as class 2A carcinogens (those probably carcinogenic to humans) by the International Agency for Research on Cancer.[25] These NOCs require metabolic activation by cytochrome P450 enzymes to form an electrophilic alkylating product that covalently binds to DNA to form a mutation-inducing DNA adduct.[9] The liver usually has a higher capacity for metabolizing NOCs than extrahepatic tissues.[27] The largest dose-response investigation on nitrosamines, by Peto et al.,[28] indicated that NDMA and NDEA cause liver tumors in experimental animals. DNA adduct formation has also been detected in both animal and human livers after exposure to NDMA or NDEA.[27,29,30] NPIP, a less potent class 2B carcinogen (possibly carcinogenic to humans), has induced liver tumors in some animals, including monkeys, through a similar DNA-damaging mechanism as NDEA and NDMA.[31,32] Compared to NDEA, NDMA, and NPIP, NMAMBA is not abundant in foods and its carcinogenicity is not clear.[11] Our finding for NDEA, NDMA, and NMAMBA from plant sources and NPIP are in line with our earlier findings for pancreatic cancer, another gastrointestinal cancer that shares pathophysiological characteristics with HCC,[12] providing additional human evidence to support NOCs' carcinogenicity in liver and other tumor types.

In this study, we found that cured meats (such as salami and kielbasa), fresh dairy, and fermented cheese were major contributors of dietary NPIP. Among these, fresh dairy products, which referred to milk and ice cream in this study, were consumed at a higher level by cases than controls, contributing to the observed significant positive association between NPIP consumption and HCC. The positive link between fresh dairy products and HCC we observed was also supported by two large, prospective cohort studies: Participants in the highest tertile of milk intake had a 1.51-fold significantly increased HCC risk compared to the lowest tertile group ($P$ trend = 0.05) in the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort study,[33] and in the Nurses' Health Study (NHS) and Health Professionals Follow-Up Study (HPFS) where a total of 164 HCC cases were identified during up to 32 years of follow-up, higher dairy product intake was associated with an increased HCC risk (HR$_{T3\ vs.\ T1}$ = 1.85; 95% CI = 1.19-2.88; $P$ trend = 0.009).[34] On the other hand, as the most significant contributor to plant sources of NDEA, NDMA and NMAMBA, grains intake (contributed primarily by rice and pasta in this population) was found to be positively linked with HCC, which was

TABLE 3. Joint Effects of Highest-Quartile Consumption of NOCs Associated With Increased HCC Risk and Hepatitis Virus Infection, Alcohol Use, or History of Diabetes on HCC Risk

| | Dietary Intake of Highest Quartile of NOCs Associated With Increased HCC Risk* | No. of Cases/Controls | OR (95% CI)† | P Value‡ |
|---|---|---|---|---|
| Hepatitis virus§ | | | | <0.0001 |
| Negative | No | 141/421 | 1.00 | |
| Negative | Yes | 333/343 | 2.72 (1.93-3.84) | |
| Positive | No | 97/17 | 12.86 (6.52-25.40) | |
| Positive | Yes | 243/14 | 46.47 (23.98-90.05) | |
| Alcohol drink | | | | <0.0001 |
| Never | No | 66/218 | 1.00 | |
| Never | Yes | 171/228 | 3.09 (1.80-5.28) | |
| Ever | No | 176/338 | 2.60 (1.50-4.51) | |
| Ever | Yes | 414/229 | 6.38 (3.77-10.82) | |
| Diabetes history | | | | <0.0001 |
| No | No | 78/502 | 1.00 | |
| No | Yes | 217/404 | 2.87 (1.94-4.23) | |
| Yes | No | 164/54 | 23.02 (13.82-38.35) | |
| Yes | Yes | 368/53 | 48.57 (29.99-78.68) | |

*Based on results from Table 2, If a subject consumed the highest quartile of NDEA from plant foods, NDMA from plant foods, NMAMBA from plant foods, or NPIP, which were associated with increased risk of HCC in our study, they are coded as "yes" otherwise "no" for this variable.
†In addition to all the variables we included in the multivariable-adjusted model, we adjusted for whether or not consuming the highest quartile of NOCs that decreased HCC risk significantly based on results from Table 2 (i.e., yes, no).
‡P value was calculated by adding the cross-product of two joint-effect factors into the multivariable-adjusted model.
§Positive HBV status and/or positive HCV status was defined as positive hepatitis virus; neither positive HBV or positive HCV status was defined as negative hepatitis virus status.

in line with two previous case-control studies and a cohort study that identified significantly higher HCC risk in association with a higher level of intake of rice or pasta,[35-37] with relative risks of HCC ranging from 1.21 for brown rice[37] to 4.34 for total rice consumption.[35] The observed positive associations between NDEA, NDMA, and NMAMBA from plant sources and NPIP with HCC risk should be further investigated in a prospective cohort study. A deeper understanding of the mechanisms of exposure to NMAMBA and HCC development is also needed.

No associations between nitrate and total NOC intake and HCC risk were observed in this study. Consistent with our finding for nitrate, in the USA's largest diet and health prospective cohort study (the National Institutes of Health–American Association of Retired Persons [NIH-AARP] study), the only known cohort study of NOC intake and HCC risk in the literature, Freedman et al.[6] also found that nitrate was not associated with HCC risk, although they identified significant positive associations between red meat and saturated fat intake and HCC.

The inverse associations we observed for NDBA and nitrite derived exclusively from animal foods with HCC paralleled with our previous observations in the pancreatic cancer study.[12] In both case-control studies, subjects were asked to recall their diets in the previous year of their cancer diagnosis. Preexisting medical conditions, such as diabetes or chronic liver diseases, may impair digestive or metabolic function and cause symptoms, such as decreased appetite, jaundice, and abdominal pain, which force patients to limit their fat intake.[38-40] Thus, cases could have lower consumption levels of nitrite and some individual NOCs that come entirely from animal foods, especially meat-related foods, than did disease-free controls, driving the observed inverse associations. Such reverse causality phenomena are commonly observed in epidemiological studies of diet and gastrointestinal cancers and were even detected in a prospective cohort study in which diet change attributable to underlying diseases occurred several years before cancer diagnosis.[41] In our study, however, we could not completely exclude the possibility that nitrite consumption reduces the

chance of developing HCC.[42] A growing body of animal and clinical data suggests that nitrite can protect against various cardiovascular diseases by increasing blood flow, reducing inflammation, and reversing endothelial dysfunction. In addition, long-term dietary nitrate treatment has been shown to reverse metabolic syndrome in nitrogen oxide–deficient mice, and this function depends on the nitrate/nitrite/nitrogen oxide pathway.[42,43]

Our epidemiological study investigates the interactions between potentially carcinogenic NOCs (defined in our study as those associated with increased HCC risk) and hepatitis infection, alcohol use, and diabetes in HCC development. Our results indicated that HBV or HCV infection could significantly enhance NOCs' carcinogenic effects on HCC, but that alcohol use or diabetes history did not act synergistically with carcinogenic NOCs to increase the likelihood of developing HCC. In the NIH-AARP study, stratified analyses consistently showed that HCC risk estimates for baseline red meat intake did not vary by stratum of alcohol use and diabetes (both $P$ interaction, >0.05), but no interaction analyses for viral hepatitis were performed because hepatitis data were unavailable.[6] Earlier case-control studies in Thailand, where the high incidence of liver cancer was not associated with common risk factors, such as hepatitis B infection or aflatoxin intake, suggested that endogenous nitrosamine from tobacco or preserved food may act as an HCC-inducing carcinogen, especially when acting synergistically with HBV or liver fluke infection.[44] In addition, woodchuck studies have shown that nitrate and nitrosamine synthesis was enhanced in woodchucks that were chronic carriers of the hepatitis virus.[45] In addition to alcohol use, hepatitis infection, and diabetes history, some dietary factors modify endogenous nitrosation and play a role in modifying NOCs' carcinogenic effects in humans. Dietary intake of vitamins C and E and other micronutrients may inhibit nitrosation whereas the intake of red and processed meat may promote it.[46] Because of data availability in our study, we analyzed the interactions between red and processed meat and NOCs, but detected no significant interactions (data not shown). Gastric acidic conditions (e.g., gastric ulcers) or inflammatory conditions (e.g., inflammatory bowel disease) promote endogenous nitrosation.[47] However, data on participants' existing diseases were not available in our study for interaction analyses. Tobacco products and prescribed drugs represent another major source of exogenous NOCs,[27] but we did not find that smoking status modified the NOC and HCC associations (data not shown). Future studies with adequate sample sizes are needed to confirm the findings of our joint-effect analyses and explore other possible interactions with additional exposures.

Our study has several strengths. First, it had enough HCC cases to enable us to investigate the main associations between each individual NOC and HCC risk and conduct important two-factor joint-effect analyses. Second, HCC was clearly defined and accurately ascertained in our study. Third, we used validated FFQs containing foods commonly consumed in the USA and linked the FFQ data to a validated and relatively comprehensive NOC concentration database of 23 individual NOC-related compounds. This allowed us to conduct a relatively comprehensive assessment of dietary NOC intake. Fourth, our findings for NDEA and NDMA were supported by experimental studies of carcinogenic mechanisms and were consistent with findings from our case-control study on NOCs and pancreatic cancer. Fifth, our discovery that the hepatitis virus can act synergistically with the consumption of higher levels of HCC-inducing NOCs to enhance NOCs' carcinogenic effects has important clinical implications for high-risk liver cancer patients who have been infected with hepatitis. Our findings show that there is a critical need to inform these persons with hepatitis of their increased likelihood of developing HCC and instigate dietary interventions to reduce added risk by carcinogenic NOCs. Finally, detailed information on HCC risk factors, including important clinical features, allowed for careful adjustment in the analyses. Because we had detailed information about the presence of cirrhosis in our HCC patients, we performed a restricted analysis of HCC cases without cirrhosis.

This study also had some limitations. Case-control studies have inherent study design-related biases, including recall biases and reverse causality biases, and this is particularly true in a case-control study focusing on the relationship between gastrointestinal cancer and diet in which diets were modified during the assessment period because of patients' cancer-related symptoms. Although we cannot completely eliminate the possibility that some NOCs reduce the risk of developing HCC, the fact that food contributors to these NOCs were mostly red and processed

meat provided a consistent indication of the presence of reverse causality. Despite our case-control study design, no proxy responses were used in this study, and we carefully controlled selection bias by selecting controls from populations with similar demographic and socioeconomic features as cases and by avoiding control selection related to HCC risk factors. However, cases who come to MD Anderson Cancer Center for diagnosis and treatment generally have a high socioeconomic status, so our study results may have limited generalizability. In addition, incomplete coverage of food items and NOCs in the NOC database, our method of grouping foods in the database to assess NOC intake, FFQ-related measurement errors, and our use of a one-time assessment of diet may have contributed to inaccurate NOC intakes. However, this could have led to nondifferential misclassifications of NOC exposures and driven the association estimates toward null. Finally, as we mentioned previously, we lacked data on some potential effect modifiers, such as existing comorbidities, dietary nitrosamine inhibitors, drinking water, and medication use, and this prevented adjustment of these factors in the model and examination of their interactions with NOCs. All these possible effect modifiers as well as other exposure pathways are partially responsible for the failure in identifying some individual NOCs as risk factors for HCC.

In summary, in this large, hospital-based, case-control study, we found positive associations between three potent dietary and liver carcinogens—NDEA, NDMA, and NPIP—and HCC risk. We also found that higher consumption of these NOCs and hepatitis infection synergistically increased the risk of developing HCC; this finding may inform clinical practice related to dietary interventions for high-risk liver cancer patients. These findings need to be replicated in future large, prospective cohort studies involving a comprehensive list of foods containing NOCs and allowing sufficient time between diet assessments and the development of HCC early symptoms to largely avoid the possibility of reverse causality.

*Acknowledgment:* We acknowledge the University of Texas MD Anderson Cancer Center's gastrointestinal medical oncology and surgical oncology outpatient clinics for their recruitment of patients and the staff and students who helped with patient and control recruitment, logistics, data collection, and management. We also acknowledge Scientific Editing Services in the Research Medical Library at MD Anderson Cancer Center for their service in language editing and improvement of this article.

*Author Contributions:* J.Z. and M.M.H. designed the study and drafted the manuscript. J.Z. conducted the analyses. J.Z., J.S., C.R.D., D.L., and M.H. contributed to the design of the analyses and interpretation of results. J.S. designed the N-nitroso compound concentration database. D.L. and R.I.H. contributed to dietary data collection, management, and initial data cleaning. D.L. contributed to control recruitment. A.O.K., P.K.J., and Y.S.C. contributed to patient recruitment. R.I.H. interviewed cancer patients for all the environmental factors and contacted patients for retrieving the diet questionnaires. A.R. contributed to the pathological definition of cirrhosis and to virus testing. A.A.A. reviewed the radiology and pathology reports of patients for evidence of cirrhosis. All authors critically reviewed, revised, and approved the manuscript.

## REFERENCES

1) Bray F, Ferlay J, Soerjomataram I, Siegel RL, Torre LA, Jemal A. Global cancer statistics 2018: GLOBOCAN estimates of incidence and mortality worldwide for 36 cancers in 185 countries. CA Cancer J Clin 2018;68:394-424.
2) Venook AP, Papandreou C, Furuse J, de Guevara LL. The incidence and epidemiology of hepatocellular carcinoma: a global and regional perspective. Oncologist 2010;15(Suppl. 4):5-13.
3) Massarweh NN, El-Serag HB. Epidemiology of hepatocellular carcinoma and intrahepatic cholangiocarcinoma. Cancer Control 2017;24:1073274817729245.
4) Siegel RL, Miller KD, Jemal A. Cancer statistics, 2019. CA Cancer J Clin 2019;69:7-34.
5) Wallace MC, Preen D, Jeffrey GP, Adams LA. The evolving epidemiology of hepatocellular carcinoma: a global perspective. Expert Rev Gastroenterol Hepatol 2015;9:765-779.
6) Freedman ND, Cross AJ, McGlynn KA, Abnet CC, Park Y, Hollenbeck AR, et al. Association of meat and fat intake with liver disease and hepatocellular carcinoma in the NIH-AARP cohort. J Natl Cancer Inst 2010;102:1354-1365.
7) World Cancer Research Fund International/American Institute for Cancer Research. Continuous Update Project Report. Food, Nutrition, Physical Activity, and the Prevention of Pancreatic Cancer. London, UK: World Cancer Research Fund International; 2012.
8) Shephard S, Schlatter C, Lutz WK. Assessment of the risk of formation of carcinogenic N-nitroso compounds from dietary precursors in the stomach. Food Chem Toxicol 1987;25:91-108.
9) Tricker AR, Preussmann R. Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential. Mutat Res 1991;259:277-289.
10) NCTR Liver Cancer Database (NCTRlcdb) Database of 999 chemicals developed based on liver-specific carcinogenicity. https://www.fda.gov/science-research/bioinformatics-tools/nctr-liver-cancer-database-nctrlcdb. Accessed October 10, 2020.
11) Lijinsky W. N-Nitroso compounds in the diet. Mutat Res 1999;443:129-138.

12) Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis 2018;40:254-262.
13) Hassan MM, Abdel-Wahab R, Kaseb A, Shalaby A, Phan AT, El-Serag HB, et al. Obesity early in adulthood increases risk but does not affect outcomes of hepatocellular carcinoma. Gastroenterology 2015;149:119-129.
14) Donato F, Tagger A, Gelatti U, Parrinello G, Boffetta P, Albertini A, et al. Alcohol and hepatocellular carcinoma: the effect of lifetime intake and hepatitis virus infections in men and women. Am J Epidemiol 2002;155:323-331.
15) World Health Organization. Obesity and overweight. Geneva, Switzerland: World Health Organization; 2021. https://www.who.int/dietphysicalactivity/childhood_what/en/.
16) Heymsfield SB, Waki M, Reinus J. Are patients with chronic liver disease hypermetabolic? HEPATOLOGY 1990;11:502-505.
17) Rimm EB, Giovannucci EL, Stampfer MJ, Colditz GA, Litin LB, Willett WC. Reproducibility and validity of an expanded self-administered semiquantitative food frequency questionnaire among male health professionals. Am J Epidemiol 1992;135:1114-1126; discussion, 27-36.
18) Willett WC, Sampson L, Stampfer MJ, Rosner B, Bain C, Witschi J, et al. Reproducibility and validity of a semiquantitative food frequency questionnaire. Am J Epidemiol 1985;122:51-65.
19) Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. Construction of an N-nitroso database for assessing dietary intake. J Food Compost Anal 2009;22(Suppl. 1):S42-S47.
20) Block G, Coyle LM, Hartman AM, Scoppa SM. Revision of dietary analysis software for the Health Habits and History Questionnaire. Am J Epidemiol 1994;139:1190-1196.
21) Stuff JE, Goh ET, Barrera SL, Bondy ML, Forman MR. N-nitroso compounds: assessing agreement between food frequency questionnaires and 7-day food records. J Am Diet Assoc 2009;109:1179-1183.
22) Harvard T.H. Chan School of Public Health. Harvard T.H. Chan School of Public Health Nutrition Department's File download site. https://regepi.bwh.harvard.edu/health/FFQ/files. Accessed July 26, 2021.
23) Hassan MM, Hwang LY, Hatten CJ, Swaim M, Li D, Abbruzzese JL, et al. Risk factors for hepatocellular carcinoma: synergism of alcohol with viral hepatitis and diabetes mellitus. HEPATOLOGY 2002;36:1206-1213.
24) Desquilbet L, Mariotti F. Dose-response analyses using restricted cubic spline functions in public health research. Stat Med 2010;29:1037-1057.
25) International Agency for Research on Cancer (IARC). IARC Monographs on the Identification of Carcinogenic Hazards to Humans. Agents Classified by the IARC Monographs, Volumes 1-125. Geneva, Switzerland: WHO; 2019.
26) De Gonzalez AB, Cox DR. Interpretation of interaction: a review. Ann Appl Stat 2007;1:371-385.
27) Bartsch H, Montesano R. Relevance of nitrosamines to human cancer. Carcinogenesis 1984;5:1381-1393.
28) Peto R, Gray R, Brantom P, Grasso P. Nitrosamine carcinogenesis in 5120 rodents: chronic administration of sixteen different concentrations of NDEA, NDMA, NPYR and NPIP in the water of 4440 inbred rats, with parallel studies on NDEA alone of the effect of age of starting (3, 6 or 20 weeks) and of species (rats, mice or hamsters). IARC Sci Publ 1984;57:627-665.
29) Kimbrough RD. Pathological changes in human beings acutely poisoned by dimethylnitrosamine. Banbury Report (USA) 1982;12:25-36.
30) Lijinsky W. Life-span and cancer: the induction time of tumors in diverse animal species treated with nitrosodiethylamine. Carcinogenesis 1993;14:2373-2375.
31) Flaks B, Challis BC. Fine structure of rat liver during chronic intoxication with two heterocyclic N-nitrosamines: N-nitrosopiperidine and the non-carcinogen, 2,2',6,6'-tetramethyl-N-nitrosopiperidine. Carcinogenesis 1980;1:961-974.
32) Wong HL, Murphy SE, Wang M, Hecht SS. Comparative metabolism of N-nitrosopiperidine and N-nitrosopyrrolidine by rat liver and esophageal microsomes and cytochrome P450 2A3. Carcinogenesis 2003;24:291-300.
33) Duarte-Sales T, Fedirko V, Stepien M, Trichopoulou A, Bamia C, Lagiou P, et al. Dairy products and risk of hepatocellular carcinoma: the European Prospective Investigation into Cancer Nutrition. Int J Cancer 2014;135:1662-1672.
34) Yang W, Sui J, Ma Y, Simon TG, Chong D, Meyerhardt JA, et al. A prospective study of dairy product intake and the risk of hepatocellular carinoma in U.S. men and women. Int J Cancer 2020;146:1241-1249.
35) Shawon MA, Yousuf MAK, Raheem E, Ahmed S, Dipti TT, Hoque MR, et al. Epidemiology, clinical features, and impact of food habits on the risk of hepatocellular carcinoma: a case-control study in Bangladesh. PLoS One 2020;15:e0232121.
36) Talamini R, Polesel J, Montella M, Maso LD, Crispo A, Tommasi LG, et al. Food groups and risk of hepatocellular carcinoma: a multicenter case-control study in Italy. Int J Cancer 2006;119:2916-2921.
37) Yang W, Ma Y, Liu Y, Smith-Warner SA, Simon TG, Chong DQ, et al. Association of intake of whole grains and dietary fiber with risk of hepatocellular carcinoma in US adults. JAMA Oncol 2019;5:879-886.
38) Ricco G, Cavallone D, Cosma C, Caviglia GP, Oliveri F, Biasiolo A, et al. Impact of etiology of chronic liver disease on hepatocellular carcinoma biomarkers. Cancer Biomark 2018;21:603-612.
39) Canbay A, Bechmann L, Gerken G. Lipid metabolism in the liver. Z Gastroenterol 2007;45:35-41.
40) Mandato C, Di Nuzzi A, Vajro P. Nutrition and liver disease. Nutrients 2017;10:9.
41) Zheng J, Merchant AT, Wirth MD, Zhang J, Antwi SO, Shoaibi A, et al. Inflammatory potential of diet and risk of pancreatic cancer in the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Trial. Int J Cancer 2018;142:2461-2470.
42) Tang Y, Jiang H, Bryan NS. Nitrite and nitrate: cardiovascular risk-benefit and metabolic effect. Curr Opin Lipidol 2011;22:11-15.
43) Milkowski A, Garg HK, Coughlin JR, Bryan NS. Nutritional epidemiology in the context of nitric oxide biology: a risk-benefit evaluation for dietary nitrite and nitrate. Nitric Oxide 2010;22:110-119.
44) Mitacek EJ, Brunnemann KD, Suttajit M, Martin N, Limsila T, Ohshima H, et al. Exposure to N-nitroso compounds in a population of high liver cancer regions in Thailand: volatile nitrosamine (VNA) levels in Thai food. Food Chem Toxicol 1999;37:297-305.
45) Liu RH, Jacob JR, Tennant BC, Hotchkiss JH. Nitrite and nitrosamine synthesis by hepatocytes isolated from normal woodchucks (*Marmota monax*) and woodchucks chronically infected with woodchuck hepatitis virus. Cancer Res 1992;52:4139-4143.
46) Lunn JC, Kuhnle G, Mai V, Frankenfeld C, Shuker D, Glen RC, et al. The effect of haem in red and processed meat on the endogenous formation of N-nitroso compounds in the upper gastrointestinal tract. Carcinogenesis 2007;28:685-690.
47) Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr 2013;97:135-146.

## Supporting Information

Additional Supporting Information may be found at onlinelibrary.wiley.com/doi/10.1002/hep.32046/suppinfo.