# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS | **MDL No. 2875**<br><br>**Honorable Renée Marie Bumb, Chief Judge** |

<u>**Second Supplemental Expert Report of Lewis A. Chodosh, M.D., Ph.D.**</u>

<u>**SCOPE OF REPORT**</u>

This report, prepared for the *Roberts* case, is a supplement to my two prior MDL reports (incorporated herein). My first report in the MDL is titled Expert Report of Dr. Lewis A. Chodosh, M.D., Ph.D., August 2, 2021 ("Chodosh MDL Rep."), and my second report in the MDL is titled Supplemental Expert Report of Lewis A. Chodosh, M.D., Ph.D., January 12, 2022 ("Supp. Chodosh MDL Rep.").

Below I address: (1) the potential association between NDMA in valsartan and the development of liver cancer; and (2) latency/dose considerations related to Mr. Roberts specifically. The opinions that I offer in this report are given to a reasonable degree of scientific and medical certainty.

<u>**METHODOLOGY AND QUALIFICATIONS**</u>

In forming my opinions in this supplemental report, I reviewed the epidemiological literature on NDMA exposure and liver cancer. After identifying the relevant studies on PubMed and Google Scholar, I assessed the strengths and weaknesses in the individual studies and undertook a Bradford Hill analysis (although the literature is sparse, limiting the ability to perform a complete analysis).

Further, in assessing the available evidence, I applied widely recognized medical and scientific principles that are reasonably relied upon by members of the medical profession and

scientific researchers, in addition to my education, training, knowledge and experience as both a clinician and cancer biologist.

I similarly reviewed literature on the latency period for liver cancer as well as animal studies on NDMA exposure and dose as it relates to liver cancer. In addition, I reviewed records regarding Mr. Roberts' use of valsartan and the timing of Mr. Roberts' development of liver cancer. I then applied my experience and training as a cancer biologist and physician to this body of evidence in forming my opinions about the dose of NDMA ingested by Mr. Roberts and the latency period for his liver cancer.

Citations to specific reference material are offered in this report where I believe it necessary to cite a specific source; otherwise, my opinions are derived from a combination of reference sources, my own scientific and clinical experience, and general medical and scientific knowledge. This report is not intended to be an exhaustive recitation of my opinions.

A complete description of my background and qualifications is provided in my MDL report. (Chodosh MDL Rep. at 1-5.) My curriculum vitae is attached as Exhibit A to this report. During the previous 4 years, I have testified as an expert at nine depositions, and I have not testified as an expert in any trials. My testimony list is attached as Exhibit C. My fees charged in connection with this engagement are consistent with my normal practice for such work. My rate for reviewing materials, preparing reports, and providing deposition and trial testimony is $925 per hour.

A list of materials that I considered in rendering the opinions offered in this report is attached as Exhibit B. I reserve the right to supplement this list, as well as to amend and supplement the opinions expressed in this report. I also reserve the right to respond to and rebut any opinions offered by plaintiffs' experts at their depositions or at trial.

## SUMMARY OF OPINIONS

1. The epidemiological evidence addressing use of valsartan contaminated with NDMA and a potential association with liver cancer is comprised of three published studies and data from one preprint article. Two of those studies reported no significant association between valsartan use during the alleged contamination period and liver cancer, two reported a weak association, and none of the studies identified a dose-response effect.

2. After weighing the body of evidence as a whole and applying the Bradford Hill criteria, it is my opinion that the relevant evidence does not support a conclusion that the use of valsartan contaminated with NDMA can cause liver cancer.

3. Liver cancer is a distinct subtype of cancer with its own pathogenesis and risk factors. It takes decades for liver cancer to develop and reach a size large enough to be clinically detected. Consistent with this, the latency period for the development of liver cancer after exposure to known liver carcinogens or carcinogenic viruses is on the order of decades.

4. The period between Mr. Roberts' first use of NDMA-contaminated valsartan and the diagnosis of his liver cancer was less than two years, which is far below the known latency period for liver cancer.

5. The maximum possible dose of NDMA to which Mr. Roberts was exposed from valsartan – accepting the calculations of plaintiffs' expert Dr. William Sawyer – is far below both endogenous levels of NDMA and the lowest level of NDMA known to cause cancer in animals.

6. Dr. Sawyer's report contains numerous methodological errors and unsupported and incorrect scientific assumptions that make his approach to assessing causation in this case invalid.

## BACKGROUND ON LIVER CANCER

7. As explained in my MDL report, "cancer" is an umbrella term that encompasses diverse and unique diseases, each with their own etiology, pathology, and treatment. (Chodosh MDL Rep. at 5.) Although different types of cancers may share some cellular or molecular features, the diverse etiologies, risk factors and pathogenesis of different types of cancer render it medically and scientifically unreliable to directly extrapolate findings regarding one type of cancer to an entirely distinct type of cancer. Relatedly, the fact that cancer developed in one tissue type within the body in response to a stimulus typically does not provide information as to whether cancer would develop in a different tissue type in the body, such as the liver.

8. Among human cancers, liver cancer is a distinct type of carcinoma that can be subclassified into different subtypes of liver cancer. Liver cancer is currently the sixth most commonly diagnosed form of cancer worldwide, although it is less common in the U.S., and the incidence of liver cancer is nearly three times greater in men than women.[1] The incidence rate of liver cancer in the U.S. rose dramatically over the past four decades but has leveled off in recent years.[1]

9. The most common type of liver cancer in adults is hepatocellular carcinoma (HCC), which accounts for approximately 80-90% of all liver cancers. There are many known risk factors for liver cancer, including hepatitis B virus (HBV), hepatitis C virus (HCV), cirrhosis, heavy alcohol use, aflatoxin B1, nonalcoholic steatohepatitis (NASH), cigarette smoking and certain genetic diseases.[2] It has been estimated that approximately 70% of liver cancers are caused by modifiable risk factors, including excess body weight, hepatitis infections, smoking, alcohol consumption and type 2 diabetes.[3]

10. Up to 80% of HCC cases are associated with chronic infection with HBV and/or HCV. Approximately 50% of people with chronic HBV or HCV infections develop chronic liver disease, with 5–20% progressing to cirrhosis over the course of 5–20 years. Ultimately, 1–2% of these patients develop HCC per year.[4,5]

11. Growing evidence indicates that the modifiable risk factors of obesity, non-alcoholic fatty liver disease (NAFLD) – especially its more severe form, NASH – and type 2 diabetes are substantial, independent contributors to the rising incidence of HCC. Obesity is the major factor underlying the development of NASH, as approximately 80% of individuals with NASH are obese. Similarly, obesity is a major risk factor for the development of type 2 diabetes with a linear relationship between the risk of diabetes and increase in

BMI. These conditions each represent separate risk factors that are independently associated with an increased risk of HCC.

12. As explained in detail in my first MDL report, the development of all cancers (including liver cancer) requires a sufficient number of mutations to transform a normal cell into a cancer cell. (Chodosh MDL Rep. at 10-13.) This process is believed to take decades.

13. The development of liver cancer is no different, and current estimates suggest that it typically takes decades for liver cancers to develop.[6] Perhaps the clearest evidence that liver cancer in adults is a disease of aging that requires multiple mutations over a long period of time is the observation that a patient's risk of being diagnosed with liver cancer increases exponentially with age. Incidence rates of liver cancer show that only 1.6% of liver cancer cases occur in persons aged 35-44, 7.4% occur in persons aged 45-54, 29.9% occur in persons aged 55-64 years, and 35.2% occur in those aged 65-74 years.[1] The median age at diagnosis is 67. Since hepatocellular carcinoma commonly develops in the setting of cirrhosis induced by long-standing insults to the liver, such as infection with HBV or HCV, alcohol abuse, or metabolic liver diseases such as NASH, it is most likely the case that the process of tumorigenesis was initiated long before the diagnosis of cirrhosis in those individuals. Even in this setting, however, it may take a decade or more to develop HCC, as reported for individuals with NAFLD.[7]

14. The requirement for multiple mutations to occur before cancer develops is one reason for the long latency period between an exposure to an agent that causes cancer (like ionizing radiation) and clinical detection of the resulting cancer. The long latency period for cancer in humans – typically several decades – is also a result of the fact that an initial cancer cell must proliferate enough times to enable an incipient tumor to accumulate a sufficient number of cancer cells to reach a clinically detectable size. (Chodosh MDL Rep. at 11.)

15. Liver cancer is no different in this regard. Evidence assessing time to diagnosis after exposure to potential carcinogens indicates that the latency period is in excess of ten years.[8,9] Another study that examined occupational cancers resulting from a number of different hazardous exposures in the U.K. estimated the latency period for the development of HCC at between 10 and 25 years.[10]

## EPIDEMIOLOGICAL STUDIES ON NDMA AND LIVER CANCER

16. As explained in my MDL report, although NDMA is known to have carcinogenic effects in laboratory animals, it has not been demonstrated to cause cancer in humans, no regulatory agency has classified it as such, and there is an absence of reliable dose-response information that could be used to demonstrate that NDMA causes cancer in humans. (Chodosh MDL Rep. at 27.) In particular, NDMA has not been demonstrated to be a cause of liver cancer in human beings and exogenous NDMA exposure is not even an accepted risk factor for hepatocellular carcinoma.

17. While observational epidemiological studies can identify the presence of a statistical association between two factors, at a fundamental level, such studies cannot demonstrate

4

a cause-and-effect relationship. In particular, observational epidemiological studies are subject to a variety of errors related to chance, bias, and confounding, which may result in the spurious identification of associations that do not reflect causal relationships. Thus, while epidemiological evidence is an essential part of evaluating cancer causation in human beings, observational epidemiological evidence alone cannot, in principle, demonstrate causality. This follows from the fact that the "output" of evidence derived from observational epidemiology studies comes in the form of associations, and that associations (which risk factors represent) are not causes and cannot be equated with cause-and-effect. Thus, while observational epidemiology studies permit inferences to be drawn regarding causation based upon the identification of consistent, substantial, and robust associations, they cannot demonstrate cause-and-effect directly or in isolation.

18. These considerations notwithstanding, to date, three published epidemiological studies have explored the association between the use of valsartan contaminated with NDMA and the risk of liver cancer (and other site-specific cancers). Two studies, Pottegård et al. and Gomm et al., are addressed in detail in my MDL report. As such, brief recapitulations of those studies are included below with a further focus on their findings specific to liver cancer.

19. Pottegård et al. published a study involving a nationwide Danish cohort based on healthcare system registry data and reported no statistically significant elevated overall risk of cancer (HR 1.09, 95% confidence interval [0.85; 1.41]) after exposure to NDMA-containing valsartan drug products with a median follow-up of 4.6 years.[11] In addition, Pottegård et al. reported that no cases of liver cancer developed in any of the individuals who were exposed to valsartan products with NDMA. Based on this finding, the authors concluded: "A markedly increased risk of liver cancer associated with NDMA exposure thus seems unlikely." The authors also stated that there was no evidence in favor of a "dose-response" relationship between use of valsartan with NDMA and cancer development. The hazard ratio for those exposed to the highest cumulative dose of NDMA was lower (HR 1.14, 95% confidence interval [0.84; 1.54]) than the hazard ratio for those exposed to the lowest cumulative dose of NDMA (HR 1.26, 95% confidence interval [0.92; 1.72]). The authors concluded that "the results do not imply a markedly increased short-term overall risk of cancer in users of valsartan contaminated with NDMA," although they noted uncertainty about single cancer outcomes and the need for longer follow-up. As noted in my MDL report, limitations of this study included a relatively small size of 5,150 patients, reliance on assumptions about NDMA content to ascertain exposure, and the relatively short follow-up. (Chodosh MDL Rep. at 42.) Further, the study failed to adequately control for many risk factors for liver cancer.

20. Gomm et al. reported results from a cohort study based on longitudinal data from a German health insurance provider, which included 780,871 people who had filled a prescription of valsartan between 2012 and 2017.[12] They found no association between exposure to potentially NDMA-containing valsartan (in comparison with exposure to valsartan not believed to contain NDMA) and the overall risk of cancer (adjusted HR 1.00, 95% confidence interval [0.98; 1.02]). The authors did identify a nominally statistically significant association between exposure to valsartan and hepatic cancer (adjusted HR 1.16, 95% confidence interval [1.03; 1.31]), although no dose-dependent

effect on the risk of liver cancer was found for higher exposure to potentially NDMA-containing valsartan. Further, the results were not adjusted for multiple testing despite evaluating associations for 10 individual cancers. Limitations of this study also included the potential for residual confounding, the lack of information regarding important risk factors for cancer such as smoking, alcohol and nutritional habits, missing data on NDMA content contained in individual valsartan tablets, and the limited follow-up time, which was just over 3 years. Importantly, the authors stated that "the present study can only state the existence of a statistical association. Causality cannot be inferred."

21. Mansouri et al. reported results from a cohort study based on French health-related expenses data from the Système National des Données de Santé.[13] Median follow-up was 4.0 years for exposed patients and 3.5 years for unexposed patients. The authors found that use of "NDMA-contaminated valsartan did not increase the overall risk of cancer" (HR 0.99, 95% confidence interval [0.98-1.0]). While the authors noted that their results might suggest a "slight" increase in risk of liver cancer for patients who were exposed to NDMA in valsartan (HR 1.12, 95% confidence interval [1.04-1.22]), these findings were not consistent among demographics. In particular, men and women showed opposing effects, with a trend toward a protective effect on liver cancer diagnosis evident in women using NDMA-contaminated valsartan (HR 0.90, 95% confidence interval [0.75-1.07]). Further, the risk identified for liver cancer was limited to the poorest 20% of the study population (HR 1.35, 95% confidence interval [1.12-1.63]), which suggests there could be concerns regarding generalizability as well as the possibility of residual confounding. No evidence in support of a dose-response relationship between use of valsartan with NDMA (measured as a daily dose) and risk of any site-specific cancer was identified by the authors. Indeed, the results for liver cancer suggested an inverse relationship because there were higher associations found for patients exposed to lower doses. Some of the limitations of this study include the potential for residual confounding and the use of weak proxies such as hospital diagnoses to measure and control for important confounders such as smoking behavior, alcohol abuse, and morbid obesity. Indeed, exposed patients has higher rates of alcohol abuse (2.6% vs. 2.1%). The authors concluded that "[m]ore research is needed to gain further evidence and to understand more deeply the relationship between NDMA exposure and the risks of liver cancer."

22. In addition to the three published studies that focused on valsartan contaminated with NDMA and cancer risk, there are two other less relevant studies discussed below.

23. Jeon et al. reported results from a cohort study based on the National Health Insurance database, which included 153,045 valsartan users taking the medication between 2002 and 2015.[14] The study period covered less than four years (2012-2015) during which there was potential NDMA contamination in valsartan. Further, the authors did not report any associations or data specific to NDMA-contaminated valsartan. When comparing valsartan users to users of other angiotensin II receptor blocker users, the authors found no evidence of an increase in risk for cancer overall. (HR 1.00, 95% confidence interval [0.98–1.02]). Although Jeon et al. reported a "slight" elevation in the risk for liver cancer with use of valsartan (HR 1.09, 95% confidence interval [1.01–1.16]), the authors also observed an inverse dose-response relationship. Specifically, the authors reported that

cancer risk was "higher in the lowest cumulative dose group (<22,400mg) (adjusted HR, 1.06; 95 % CI,1.04–1.09), while the risk was the lowest in the highest cumulative dose group (≥103,200 mg) (adjusted HR, 0.61; 95 % CI, 0.58–0.65)." The authors noted that this inverse dose response relationship "may indicate some protective effect against cancer by the long-term use of valsartan as compared to other ARBs." Limitations of this study included the inability to identify lifestyle factors, the inability to account for patient adherence to medication, the inability to adjust for potential confounders, and the inability to identify any NDMA-contaminated products from the general pool of prescribed valsartan. In the conclusion section, the authors stated that the study's results "support the safety of valsartan" and suggested that providers "should not hesitate to choose this medication." Given the limitations of this study with respect to the time period studied and inability to report segregated associations for contaminated valsartan, I gave this study relatively little weight.

24. Lee et al. is an unpublished, non-peer-reviewed preprint of a study that reported results from a cohort study using data from the National Health Insurance Service of South Korea (NHIS).[15] While I ordinarily would not consider non-peer-reviewed studies in my analysis, I have done so here primarily for the sake of thoroughness, given the few available studies on this topic. This study grouped the population into three categories with respect to those who received valsartan that was: 1) known to be uncontaminated (known uncontaminated); 2) known to be contaminated (known contaminated); and 3) initially believed to be potentially contaminated but later confirmed as uncontaminated (later confirmed uncontaminated). The authors compared the risk of certain cancers for those receiving known contaminated valsartan to those receiving known uncontaminated valsartan in a series of analyses. The authors also utilized data from the later confirmed uncontaminated population as an internal control. Overall, the authors observed a minor increase in risk for any cancer for those known to be exposed to NDMA versus those known not to be exposed to NDMA (HR 1.142, 95% confidence interval [1.1-1.186]), particularly for lung and prostate cancers. However, the authors found no significant increase in risk of liver cancer for those exposed to NDMA in valsartan after adjusting for potential confounders. Additionally, the authors found no dose-response for liver cancer. Study limitations included the existence of "confounding factors, which makes it difficult to draw a definitive conclusion beyond hypothesis generation." I gave this paper substantially less weight because it has not yet been subjected to peer review.

25. Despite significant limitations, particularly the short length of follow-up, the above studies suggest that exposure to valsartan containing NDMA is not associated with a substantial increase in cancer risk generally and liver cancer specifically. The time frame in these studies (approximately 3-5 years) is longer than that claimed by Dr. Sawyer in this litigation to be sufficient for NDMA-induced cancers in human beings. It is also longer than the period between Mr. Roberts' first valsartan prescription and his liver cancer diagnosis.

**Epidemiological studies of ranitidine**

26. Ranitidine is a histamine 2 (H2) receptor antagonist (H2RA) used to treat peptic ulcer disease and gastroesophageal reflux that became widely used as an over-the-counter medication to treat gastroesophageal reflux.

27. In 2019 and 2020, the FDA and European Medicines Agency ("EMA") reported positive testing results for NDMA in certain lots of ranitidine products.[16-19] Given the findings by the FDA and EMA, researchers have performed epidemiological studies to assess potential associations between ranitidine use and the development of cancer. This literature is relevant to the question whether ingestion of NDMA in a pharmaceutical agent is associated with cancer. With respect to NDMA contamination and valsartan, at least one study estimated that the levels of NDMA that were hypothesized to be achieved via degradation of ranitidine under certain conditions are similar to those at issue in the valsartan litigation.[20]

28. Because there are similar issues at play between assessing use of ranitidine or valsartan with NDMA and cancer in humans, it is notable that epidemiological evidence for an association between ranitidine use and human cancer is largely negative despite extremely broad use over many years in large numbers of patients.[21] Indeed, as summarized by a group of FDA scientists: "When considering all cancer types, while each study had limitations (eg, confounding by indication, residual confounding, multiple comparisons), no consistent signals emerged across studies, and studies with comparison to active controls found no association between ranitidine and overall or specific cancer risk."[22]

29. Specifically, no consistent or reliable association in human beings has been identified between ranitidine use and the development of cancer, including bladder cancer, breast cancer, liver cancer, stomach cancer, esophageal cancer, pancreatic cancer, kidney cancer, lung cancer, leukemia, lymphoma, myeloma, melanoma, prostate cancer, ovarian cancer, uterine cancer, and colorectal cancer.[23-53]

30. The aggregate findings from these studies indicate that there is no recognized consistent association – let alone a causal one – between ranitidine and any type of human cancer, including liver cancer.

## BRADFORD HILL ANALYSIS

31. I have been asked to evaluate whether the evidence supports a causal relationship between use of valsartan contaminated with NDMA and liver cancer. Epidemiologists often utilize a set of nine criteria (alternatively called considerations or factors) developed by Sir Bradford Hill to conduct this causal assessment. As I outlined in my MDL report, the Bradford Hill considerations are strength of association, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment, and analogy. (Chodosh MDL Rep. at 56-58.) Below, I apply this framework to assess whether the available evidence is indicative of a causal relationship between valsartan use during the alleged contamination period and the potential risk of liver cancer. In undertaking this analysis, I have carefully considered and weighed all of the evidence available from studies focusing on valsartan use during the alleged contamination period and liver

cancer in humans.

32. It is important to note that Sir Austin Bradford Hill outlined his criteria for the inference of causation from epidemiological studies in 1965 barely a decade after the structure of DNA was elucidated.[54] Our molecular understanding of what causes cancer has advanced exponentially over the past 60 years. Evaluating cancer causation in the present day therefore requires a comprehensive assessment of evidence both in human populations and in the laboratory to determine whether a consistent body of evidence exists that demonstrates causation.

33. Strength: Dr. Hill's consideration of strength of association refers to the strength of association observed in epidemiological studies. Of the three published epidemiological studies that analyzed the relationship between use of valsartan alleged to be contaminated with NDMA and liver cancer, only two identified a significant positive association. An adjusted hazard ratio for overall exposure of 1.16 was the highest risk reported among these studies, which I consider to be weak by any reasonable epidemiological standard. [12,13] Consistent with this understanding, the authors of both studies classified the reported risks as small or slight.[12,13] As I mentioned in my first MDL report, the examples of risk factors that Dr. Hill provided to illustrate "strength" were on the order of 200-times (mortality from scrotal cancer in chimney sweeps), 20-30-times (mortality from lung cancer in heavy cigarette smokers), and 14-times (cholera in those drinking polluted water). (Chodosh MDL Rep. at 56.) The weak associations found in the relevant studies investigating valsartan with NDMA and liver cancer are insufficient to satisfy Hill's strength consideration.

34. Consistency: Dr. Hill's consideration of consistency refers to the consistency of association observed across epidemiological studies. As set forth above, only three published studies have directly addressed the question of NDMA-contaminated valsartan and a potential association with liver cancer. One of those studies found no cases of liver cancer in exposed individuals; the other two additional studies detected a "small" or "slight" association.[11,12,13] Given the small number of studies, it is not possible to conclude that consistency is satisfied, particularly given the small magnitude of the effects reported.

35. Specificity: This consideration refers to whether the association of an agent with cancer is limited to specific sites or types of disease. This consideration is clearly not met for NDMA, which has not been convincingly demonstrated to be associated with any type of cancer in humans.

36. Temporality: In this body of literature, 2012 is the earliest date of possible exposure to NDMA-contaminated valsartan, and the epidemiological studies only included cancer diagnoses through 2020. This allows for a maximum eight-year latency period, which is far shorter than the known latency period for liver cancer. As a result, temporality cannot reasonably be met.

37. Biological gradient: This consideration refers to the presence of a dose-response effect in epidemiological studies. The Gomm 2021 authors stated that "no dose-dependent effect

on the risk of liver cancer was found for higher exposure to potentially NDMA-contaminated valsartan."[12][13] The Mansouri 2022 study similarly "found no evidence of a dose–response relationship between the daily dose of valsartan and the risk of any cancer by location."[13] Because the studies examining the association between use of valsartan contaminated with NDMA and liver cancer each concluded that there was no evidence of dose response, this consideration is not met.

38. Plausibility: In my MDL report, I explained the plausibility consideration in detail and noted that plaintiff's experts' theory that short-term exposure to NDMA containing valsartan products can cause the development of cancers in human beings within a period of months, or a few years, violates basic, well-established, universally accepted facts regarding cancer biology and the natural history of human cancer. As such, this proposition cannot reasonably be considered to be plausible. In addition, while the mechanism of action of NDMA as an alkylating agent is a plausible mechanism to cause cancer at a sufficiently high dose, the notion that NDMA causes cancer at doses that are orders of magnitude lower than the lowest dose observed to cause cancer in experimental animals makes this theory decidedly implausible. Thus, based on the weight of evidence, I conclude that this consideration is not met.

39. Coherence: Dr. Hill explains that this consideration is predicated on the axiom that "the cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease."[54] As I explained in my first MDL report, the ability of NDMA to cause cancer in experimental animals when administered at sufficiently high doses can be taken as some evidence of coherence. However, other evidence cited above, particularly with respect to latency, dose, and biological plausibility, persuasively argues against coherence. Thus, I conclude that this consideration is not met.

40. Experiment: This consideration asks whether direct experimental evidence such as prospective studies comparing double-blinded participants indicates that a lack of exposure would have a protective effect. No such evidence exists in this body of literature.

41. Analogy: The analogy consideration assesses whether similar exposures are known to cause the same outcome. Given that epidemiological studies of ranitidine, which has the potential to degrade to NDMA under specific conditions, failed to demonstrate a reliable association with any human cancer, this consideration is not met.

42. Accordingly, after applying the above nine Bradford Hill considerations I conclude that the available epidemiologic literature addressing a potential association between exposure to NDMA in valsartan and the development of liver cancer does not support a causal inference.

43. Importantly, according to Bradford Hill, "none of [his] nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non. What they can do, with greater or less strength, is to help us make up our minds on the fundamental question – is there any other way of explaining

the set of facts before us, is there any other answer equally, or more, likely than cause and effect?" In my opinion, the answer to this summary question for NDMA is "yes"; there are other more straightforward ways of explaining the set of facts at hand. In this case in particular, the straightforward explanation is that Mr. Roberts' liver cancer had already developed after a long latency period, but was too small to be detected, at the time of his exposure to NDMA-containing valsartan products because liver cancer arises as a consequence of aging coupled with the presence of NASH, cirrhosis, obesity, type II diabetes, and potentially other factors unrelated to exogenous NDMA exposures.

44. My causation opinion is further supported by the fact that the doses and duration of NDMA to which Mr. Roberts was conceivably exposed are far too low and far too brief, respectively, to have plausibly caused his liver cancer, as I explain below.

## MR. ROBERTS' CLAIMED DOSAGE AND LATENCY

45. In addition to performing the above Bradford Hill assessment of whether use of valsartan contaminated with NDMA can cause liver cancer, I have also examined: (1) whether the timing of Mr. Roberts' liver cancer further precludes a conclusion that it was caused by exposure to NDMA in valsartan products; and (2) whether Mr. Roberts could possibly have been exposed to more NDMA than known endogenous NDMA levels or more NDMA than the lowest NDMA levels known to cause cancer in animal studies.

**The claimed latency for Mr. Roberts' liver cancer is too short to be plausibly related to NDMA exposure due to valsartan products**

46. As discussed above, liver cancer is generally believed to develop over a period of decades. The entirety of the epidemiological literature available to assess whether valsartan use during the alleged contamination period can cause liver cancer in a given individual contains a fundamental limitation in that none of the studies account for the long latency period for liver cancer.

47. By report, Mr. Roberts began taking valsartan containing NDMA in September 2016 and was diagnosed with liver cancer on July 18, 2018. This means that the time from initiation of use of potentially NDMA-containing valsartan to tumor diagnosis was less than two years.

48. On its face, for the reasons discussed in this report, the approximately two years between Mr. Roberts' first exposure to potentially NDMA-containing valsartan products and his diagnosis with liver cancer is far too short a period to be plausibly related to his use of NDMA-containing valsartan products. There is simply no credible body of evidence demonstrating that human liver cancer can develop in less than two years after an exposure to a carcinogen. Consequently, it is almost certainly the case that Mr. Roberts' liver cancer was already present, but had not yet been clinically detected, prior to his first exposure to NDMA-containing valsartan products.

**Mr. Roberts' NDMA exposure is too low to have caused his liver cancer**

49. Accepting the calculations of plaintiffs' expert, Dr. Sawyer, the highest amount of NDMA to which Mr. Roberts could possibly have been exposed due to ingestion of valsartan products is more than **three orders of magnitude** lower than the lowest dose associated with a detectable increase in cancer in rats. It is also two to three orders of magnitude lower than estimates of endogenous NDMA production.

50. In his report, Dr. Sawyer calculates Mr. Roberts' theoretical maximum NDMA exposure from valsartan using two datasets: 1) data from the FDA and 2) data from defendants.

51. *FDA Data.* Using FDA data, Dr. Sawyer calculates the maximum amount of NDMA that Mr. Roberts could have conceivably received as 20 µg per valsartan tablet for a daily systemic dose of 9.8 µg/d assuming bioavailability of 49%, which translates to a cumulative NDMA dose of 6,674 µg given Mr. Roberts' 681 days of exposure (one pill per day for 681 days). (Sawyer Rep. at 74-75.)

52. *Defendants' Data.* Using defendants' data, which he summarizes in Table 6, Dr. Sawyer first calculated the maximum cumulative amount of NDMA that Mr. Roberts could conceivably have ingested as 25,243.80 µg for a maximum cumulative dose of 12,369.5 µg, factoring in 49% oral bioavailability. He also calculated a maximum daily systemic dose of 19.15 µg per day. (Sawyer Rep. at 75-76.)

53. *Endogenous Exposure Data.* In my MDL report, I analyzed studies reporting on the levels of endogenous NDMA formation. (Chodosh MDL Rep. at 22-24.) Based on my analysis of data from the Hrudey (2013) study, I calculated the average daily exposure to endogenously produced NDMA as 1,050 µg/d with a cumulative exposure of 26.8 grams (26,800 mg) of NDMA over a 70-year lifetime.[64] (Chodosh MDL Rep. at 23.) I also noted that a 1980 study from Tannenbaum et al. and a 1998 study from Vermeer et al. reported estimates of the same order of magnitude.[55,56] (Chodosh MDL Rep. at 23.)

54. As set forth above, Dr. Sawyer calculates Mr. Roberts' maximum theoretical daily exposure to NDMA from ingestion of ZHP valsartan products to be either 10 µg/d or 19.15 µg/d, which is 105-times or 55-times lower than the average estimate of endogenous daily NDMA production. Thus, even ignoring exogenous exposure to NDMA due to diet, the theoretical amount of NDMA in ZHP valsartan products to which Mr. Roberts might have been exposed represents just 0.95-1.82% of the amount of NDMA that is estimated to be produced endogenously each day.

55. Total lifetime exposure is a more accurate measure of lifetime cancer risk than daily exposure. As noted above, the theoretical total exposure to NDMA to which Mr. Roberts could conceivably have been exposed due to ingesting ZHP valsartan products was calculated by Dr. Sawyer as either 6,674 µg (FDA) or 12,369 µg (Defendants' Data). By contrast, estimates of cumulative lifetime endogenous NDMA production based on Hrudey et al. correspond to 26.8 *grams* or 26,800,000 µg of NDMA over a 70-year lifetime. This level of NDMA exposure due to endogenous production is 4,016-times or 2,167-times higher than the maximum theoretical total exposure to NDMA due to

ingestion of valsartan products. Thus, the theoretical cumulative exposure to NDMA from valsartan products represents – at most – just 0.025-0.046% of estimated total lifetime exposure to NDMA produced endogenously. Moreover, as discussed in my MDL report, only a small fraction of ingested NDMA molecules are likely to result in DNA damage, much less mutations, and there is a threshold below which NDMA exposure likely does not result in mutations. (Chodosh MDL Rep. at 25-26, 37.)

56. The table below illustrates the differences between Mr. Roberts' maximum NDMA from valsartan as calculated by Dr. Sawyer and the level of NDMA to which Mr. Roberts was exposed endogenously.

| Mr. Roberts' Maximum Daily NDMA Dose (FDA Data) | Mr. Roberts' Maximum Daily NDMA Dose (Defendants' Data) | Endogenous Daily NDMA Exposure | Mr. Roberts' Maximum Cumulative NDMA Dose (FDA Data) | Mr. Roberts' Maximum Cumulative NDMA Dose (Defendants' Data) | Endogenous Cumulative Lifetime NDMA Exposure |
|---|---|---|---|---|---|
| 10 µg/d | 19.15 µg/d | **1,050 µg/d** | 6,674 µg | **12,369 µg** | 26,800,000 µg |

57. It is also useful to compare Mr. Roberts' maximum possible exposure to NDMA from valsartan to the lowest levels shown to cause cancer in animal studies. In Peto 1991, the lowest dose of NDMA demonstrated to detectably increase the incidence of cancer in rats corresponds to 2,380 µg/d NDMA for a 70 kg person. (Chodosh MDL Rep. at 38.) This daily amount of NDMA determined by Peto is 238-times or 124-times higher than the highest daily dose of NDMA for Mr. Roberts calculated by Dr. Sawyer. Similarly, the lifetime exposure to NDMA in rats in this study would correspond to an exposure of 60,850,650 µg over a 70-year lifetime for a 70 kg person. By comparison, the maximum theoretical total exposure to NDMA to which Mr. Roberts could conceivably have been exposed due to ingestion of ZHP valsartan products was 6,674 µg or 12,369 µg. This amount is 9,118 or 4,920-fold lower than the lowest dose of NDMA shown to cause a detectable increase in cancer in rats.

58. Consistent with this, as articulated in my report, the lowest daily dose of NDMA required to induce a detectable increase in mutations in rat livers was 2,000 mg/kg/d, which corresponds to 140,000,000 µg per day of NDMA for a 70 kg person. This amount is more than 7,000-fold higher than the maximum daily NDMA dose of 19.15 µg per day that Dr. Sawyer calculates. (Chodosh MDL Rep. at 25-26.)

59. The table below illustrates the differences between Mr. Roberts' maximum NDMA from valsartan as calculated by Dr. Sawyer and the lowest level of NDMA shown to appreciably increase the incidence of cancer in rats from the Peto 1991 study.

| Mr. Roberts' Maximum Daily NDMA Dose (FDA Data) | Mr. Roberts' Maximum Daily NDMA Dose (Defendants' Data) | Lowest Daily NDMA Exposure Level Causing Cancer (Peto 1991) | Mr. Roberts' Maximum Cumulative NDMA Dose (FDA Data) | Mr. Roberts' Maximum Cumulative NDMA Dose (Defendants' Data) | Lowest Cumulative NDMA Exposure Level Causing Cancer (Peto 1991) |
|---|---|---|---|---|---|
| 10 µg/d | 19.15 µg/d | **2,380 µg/d** | 6,674 µg | **12,369 µg** | 60,850,650 µg |

60. For these reasons, too, I conclude that exposure to NDMA in valsartan, at the doses to which Mr. Roberts was potentially exposed, and for the durations to which Mr. Roberts was potentially exposed, does not cause cancer in human beings, including liver cancer. Additionally, exposure during the time frames to which Mr. Roberts was potentially exposed could not have caused his cancer.

## RESPONSE TO REPORT OF DR. WILLIAM SAWYER

61. I was also asked to review the expert opinions of Dr. Sawyer. After reviewing Dr. Sawyer's report, I conclude that his approach to assessing causality fails to meet a minimum threshold for scientific rigor. Below I address, by way of example, some of the methodological flaws in Dr. Sawyer's report.

**Latency**

62. Dr. Sawyer states that the 1.86 years between Mr. Roberts' first taking valsartan with NDMA and his diagnosis with liver cancer was a sufficient latency period for the NDMA exposure to have caused Mr. Roberts' liver cancer. (Sawyer Rep. at 82.) I find Dr. Sawyer's conclusion to be quite extraordinary, as it contradicts multiple fundamental tenets of cancer biology in human beings. I am not aware of any medical professional organization that would agree with Dr. Sawyer that liver cancers require less than a two-year latency period to develop after a potential exposure to a known carcinogenic agent. It must also be pointed out that while Dr. Sawyer frequently relies upon the *cumulative* effect of Mr. Roberts' NDMA exposure (Sawyer Rep. at 75, 82), much of that NDMA exposure occurred even closer to his date of diagnosis than 1.86 years. Based on the overwhelming weight of medical and scientific evidence, it is almost certainly the case that Mr. Roberts' liver cancer was already present, though too small to be clinically detected, at the time that Mr. Roberts began taking valsartan products contaminated with NDMA.

63. Dr. Sawyer suggests, based on animal studies, that the "promotor abilities of NDMA" induce a shortened latency period, which he claims could explain how valsartan caused Mr. Robert's liver cancer. (Sawyer Rep. at 80.) However, Dr. Sawyer does not cite any studies (human or animal) concluding that NDMA promotes already-existing malignancies. Dr. Sawyer does reference the U.S. ASTDR National Toxicology Program's profile for NDMA, which he cites as stating it is a "fact" that NDMA promotes quiescent malignancies. (Sawyer Rep. at 10.) There is no statement that NDMA promotes existing malignancies anywhere in that NTP document. Nor does Dr. Sawyer

14

point to any animal study that compares tumor progression between animals exposed and not exposed to NDMA in animals that previously developed malignancies. Contrary to Dr. Sawyer's claims, I am not aware of any body of medical or scientific evidence supporting the opinion that exposure to NDMA at levels to which Mr. Roberts could conceivably have been exposed as a consequence of ingesting valsartan products accelerates the growth of existing cancers. Nor am I aware of any body of medical or scientific evidence supporting the notion that hepatocellular carcinoma exists in a "quiescent" (i.e., not growing) state.

64. Importantly, it is a misconception to assume that the amount of time that it takes to develop a cancer in a human being can be inferred from the amount of time that it takes to develop a cancer in a mouse or a rat. One way to envision this is that "time" is dramatically accelerated in mice and rats compared to human beings. To illustrate this fact, it is worth noting that mice live for two to three years (rather than the typical 70 to 80-year life span in humans), their gestational period is 18.5 days (rather than 280 days in humans), and they reach sexual maturity in 28 days (rather than the 13 years required in children). For these reasons and others, there is no scientifically reliable method for estimating the latency of a disease process in humans based upon the latency for a potentially related disease process in laboratory animals.

**Epidemiological studies on NDMA-contaminated valsartan and liver cancer**

65. In his report, Dr. Sawyer considered three published epidemiological studies that reported on use of valsartan contaminated with NDMA and liver cancer. (Sawyer Rep. at 35-44.) Dr. Sawyer provides a number of critiques of the three studies he examined, but these criticisms are largely divorced from the data and the study authors' conclusions as I explain below.

66. *Pottegard et al. 2018.* Dr. Sawyer criticizes the authors' statement that "[a] markedly increased risk of liver cancer associated with NDMA exposure thus seems unlikely" because he believes data from the U.S. SEER cancer database demonstrate the study had low statistical power. (Sawyer Rep. at 42-44.) But the fact that no cases of liver cancer were found does in fact mean – mathematically speaking – that there could not be a "markedly increased risk" of liver cancer from NDMA-contaminated valsartan, since such cases would otherwise have been observed in the data. Dr. Sawyer's statement is also misleading because he draws on general population statistics from the U.S. for his conclusion that the study was not sufficiently powered to detect cases from the background rate of liver cancer. However, unlike the SEER data cited by Dr. Sawyer, the study population focused on Danish valsartan users 40 years and older. Because Danish patients who are being treated with valsartan cannot reasonably be equated with the overall U.S. population in terms of liver cancer risk, the basis for Dr. Sawyer's criticism is not grounded scientifically.

67. Dr. Sawyer also states that the NDMA content varied among valsartan pills, which he believes renders the lack of dose-response findings uninformative. (Sawyer Rep. at 42-43.) Regardless of any criticism of the study authors' methods, it must be noted that no affirmative evidence from any study shows a dose response between increasing NDMA

exposure from valsartan and the risk of liver cancer. Contrary to Dr. Sawyer's belief, the absence of evidence on dose response does not provide evidence in support of cancer causation.

68. Dr. Sawyer also states that the authors' methodological choice to limit the study period to June 2017 without including data through the 2018 recall date means the authors missed a significant portion of the known period of NDMA contamination. (Sawyer Rep. at 43.) This is a complete misreading of the study's methodology. The authors did not exclude individuals who *filled* valsartan prescriptions from 2017-2018. Instead, the authors excluded those who *initiated* use of valsartan after June 2017 because that would have led to an even more truncated latency period with any cancers developing in these individuals clearly unrelated to exposure from the study.

69. Finally, the authors found a slightly higher risk of cancer for those who started or "initiated" valsartan use after 2012 (the year that NDMA contamination may have begun) compared to those who were already regular users prior to 2012. Dr. Sawyer points to these sub-group findings as evidence of effects specific to NDMA, but the risk of cancer for those who initiated valsartan use after 2012 was not statistically significant.[11] In addition, the authors concluded that they did not have the data that would allow them to fully assess any of the preliminary sub-group findings that they further suggested might be due to chance alone.[11]

70. *Gomm et al. 2021.* Dr. Sawyer agrees that the study failed to account for significant confounders like smoking or genetic predisposition but states that there is little reason to believe unmeasured risk factors differ between exposed and non-exposed. (Sawyer Rep. at 36.) However, the data from Table 1 shows that for some risk factors actually measured, there were differences between those exposed and non-exposed. For example, greater frequencies of COPD, diabetes, co-morbidities, statin use, and polypharmacy were found for those exposed compared to those unexposed.[12]

71. Dr. Sawyer also criticizes the dose-response findings from the study on the ground that it conflates a high dose of valsartan with a high dose of NDMA. (Sawyer Rep. at 37-38.) First, it warrants mention that the FDA assessed the risk of NDMA-contaminated valsartan by reference to the highest dose of valsartan (not NDMA) possibly received by patients. In 2019, then-FDA Commissioner Dr. Scott Gottlieb published a statement that "[o]verall, the risk to individual patients remains very small" because "FDA scientists estimate that if 8,000 people took the highest daily valsartan dose (320 mg) that contained NDMA, for four years . . . there may be one additional case of cancer beyond the average cancer rate among those 8,000 Americans."[57] Second, while different lots of valsartan API may have contained different amounts of NDMA, it would still be the case that for an individual taking a given API, a higher dose would correspond to a higher amount of NDMA. While this would not erase the potential confounding effect that Dr. Sawyer refers to, such an effect would not necessarily obviate the ability to detect a dose-response.

72. *Mansouri et al 2022.* Dr. Sawyer takes issue with the Mansouri et al. study by claiming

16

that the authors included those who took both contaminated and uncontaminated valsartan in both the control and case category. (Sawyer Rep. at 40.) However, evaluation of the supplemental data reveals that the risk did not meaningfully change in a sensitivity analysis that excluded those who took both contaminated and uncontaminated valsartan (aHR of 1.12 and aHR of 1.15).[13] Dr. Sawyer's reference on this point to a significant hazard ratio of 1.38 with a confidence interval of 1.02-1.46 is incorrect, as to my reading this number is not included in Table S11 or anywhere in the supplemental data.

73. Dr. Sawyer also makes the same criticism as above regarding Mansouri et al.'s findings on the lack of a dose-response, but Dr. Sawyer again provides no data showing that if one performed his preferred dose-response analysis, the risk for liver cancer would increase along with increased exposure to NDMA in valsartan medications.

**Epidemiological studies on dietary NDMA and cancer**

74. In my first MDL report, I extensively articulated why reliance on dietary studies of NDMA is inherently imprecise and unreliable. (Chodosh MDL Rep. at 27-29.)

75. In addition to this fundamental limitation, there is a further issue with relying on the body of dietary NDMA studies in this case specifically. All but one of the studies assessing dietary NDMA intake and cancer risk focus on site-specific cancers other than liver cancer. When examining the carcinogenic potential of a given chemical, it is important to keep in mind that the specific mutations in genes that cause cancer *differ* based on the tissue type at issue.[58] In other words, the carcinogenic potential of a given chemical is generally considered to be tissue-specific, which means that a given chemical will not cause all cancer types in all parts of the body. Evidence suggesting an exposure can cause cancer in the esophagus or stomach, for example, does not tell us whether the same exposure would cause cancer in liver tissue. From this standpoint, it is notable that the overwhelming majority of dietary epidemiology studies do not evaluate liver cancer as an endpoint.

76. Despite these limitations, Dr. Sawyer nonetheless focuses his report heavily on the dietary NDMA studies. (Sawyer Rep. at 11-33.)

77. Setting aside the fundamental issue of relevance to liver cancer, it is important to note that the findings from the dietary studies are inconsistent in terms of both significance of associations found and dose-response. For instance, one study cited by Dr. Sawyer, Larsson et al. 2006, found a single statistically significant association between dietary NDMA at the highest exposure level and risk of stomach cancer in a dose-response manner (p-trend of 0.02).[59] The exact opposite findings appeared in Knekt et al. 1999 where the authors found no statistically significant association between dietary NDMA and stomach cancer at any level of exposure with decreasing associations as the exposure increased by quartile (p-trend of 0.39).[60]

78. Even within studies, results are inconsistent and trend towards partial, site-specific associations. For example, the Keszei et al. 2013 study on dietary NDMA intake found a single statistically significant association between the highest amount of NDMA and

esophageal squamous cell carcinoma in men.[61] However, no significant associations were found between NDMA intake and the three other cancers examined (esophageal adenocarcinoma, gastric cardia adenocarcinoma, and gastric non-cardia adenocarcinoma) in men at any level of NDMA. Similarly, the authors reported no statistically significant association for any of the four cancers examined in women, and there was no dose-response for seven of the eight associations examined. In my opinion, while the dietary studies are of minimal relevance, the inconsistent findings further render them unsupportive of an association between NDMA in valsartan and risk of any cancer. Indeed, Dr. Sawyer acknowledges that the dietary studies "were less consistent." (Sawyer Rep. at 79.)

79. There has only been a single dietary study that examined NDMA intake and liver cancer: Zheng et al. 2021. Zheng et al. is a hospital-based case-control study that investigated the relationship between dietary nitrosamines and HCC risk in 827 patients.[62] NDMA consumption was estimated in diagnosed patients through the use of food questionnaires. The study found that overall NDMA consumption was not positively associated with HCC cancer risk (OR 0.80, 95% confidence interval [0.53; 1.21]). There was also no significant association when NDMA consumption was limited to animal-based foods (OR 1.26, 95% confidence interval [0.83; 1.91]), but the association became statistically significant when NDMA consumption was limited to plant-based foods (OR 1.54, 95% confidence interval [1.01; 2.34]). A dose response was also lacking, and the authors reported that the highest OR identified came from the lowest quartile of NDMA intake. Due to the speculative nature of the reported results, the authors concluded that the association between N-Nitroso compounds and HCC "warrant further prospective investigation." Thus, contrary to Dr. Sawyer's opinion, I do not find that this study furnishes any basis to conclude that dietary NDMA exposure causes liver cancer.

80. Dr. Sawyer also relies on a study by Song et al. published in 2015 that is a meta-analysis on dietary NDMA exposure and risk of gastric cancer.[63] The authors examined 22 case-control and cohort studies that looked at dietary nitrates, nitrites and NDMA intake and risk of gastric cancer. According to the authors, comparing the risk for gastric cancer for the highest versus the lowest intake of NDMA foods showed a small significant increase (pooled RR 1.34, 95% confidence interval [1.02-1.76]). When restricted to seven cohort studies, the significant risk disappeared (pooled RR 1.09, 95% confidence interval [0.89-1.33]). Similarly, as the authors noted, the risk was lower and non-significant when restricting the analysis to high-quality studies alone (pooled RR 1.30, 95% confidence interval [0.97-1.75]). There was a non-linear trend for NDMA and gastric cancer risk. The authors noted that "significant heterogeneity was detected for NDMA, even after we confined to the stratified analysis, heterogeneity still existed in the subgroups." Unfortunately, only three of the 22 studies controlled for *Heliobacter pylori* infection, a known risk factor for gastric cancer. Ultimately, the authors concluded that "[c]onsidering the limitations and confounding factors, we could not absolutely confirm the reliability of these findings," and "[m]ore well-designed large prospective studies are needed to help us understand these substances in the etiology of gastric cancer."

81. For these reasons, the studies on dietary NDMA intake upon which Dr. Sawyer relies do not demonstrate a consistent association with cancer overall or liver cancer specifically.

**Dr. Sawyer's reliance on the Hidajat et al. occupational study is unfounded**

82. Dr. Sawyer focuses on the study by Hidajat et al. of occupational exposures to a variety of dusts and chemicals in rubber factory workers as a basis for his opinions on the carcinogenicity of valsartan containing NDMA in human beings. These studies involved exposures to levels of NDMA by a different route of exposure (inhalation rather than ingestion), and the Hidajat authors studied subjects who were simultaneously exposed to multiple potentially carcinogenic agents (rubber dust, rubber fumes, other nitrosamines) to which Mr. Roberts was not exposed, each of which has been reported to cause a similar set of cancers. It is therefore highly unlikely that workers' exposure to NDMA in the context of occupational studies such as Hidajat et al. could be isolated and accurately distinguished from their exposure to the other agents reported, or that each individual exposure could have been accurately measured, particularly in light of the claim that different exposures may be associated with increased risks for a similar set of cancers. Moreover, basic and essential factors in this study are unknown, including smoking history and history of alcohol use along with other potentially important confounding risk factors. In my opinion, these problems preclude reliable inferences regarding the effects of oral consumption of valsartan or oral exposure to the doses of NDMA at issue in this case.

83. Beyond the above problems with relying on the Hidajat study, Dr. Sawyer's attempt to convert the amount of NDMA inhaled in the Hidajat study to an amount of NDMA that would be orally ingested is both speculative and unreliable. I therefore strongly disagree with Dr. Sawyer's claim that "*the Hidajat study serves as a reference to understand the potential health implications of NDMA exposure,*" as it relates to this litigation. (Sawyer Rep. at 4.) I also find it odd for Dr. Sawyer to criticize (published) estimates of endogenous NDMA levels as "unreliable" because they are based on "assumptions and uncertainties," given his willingness to attempt to convert findings from an occupational inhalation study of multiple different chemical exposures to the ingestion of NDMA contained within a medication.

**Dr. Sawyer's Bradford Hill Analysis**

84. Dr. Sawyer uses a Bradford Hill analysis to assess the evidence between NDMA and liver cancer. (Sawyer Rep. at 78-80.) First, I fundamentally disagree with Dr. Sawyer's analysis insofar as he relies heavily on dietary and occupational NDMA studies that either do not relate to liver cancer or involve exposures that cannot reliably be extrapolated to oral ingestion of a prescribed medication. It is inappropriate to draw causal conclusions based on dietary NDMA studies, the overwhelming majority of which do not address liver cancer. While this methodological flaw alone makes Dr. Sawyer's Bradford Hill analysis unreliable, I detail multiple other misstatements and methodological flaws in his analysis below.

85. When assessing the strength of association consideration, Dr. Sawyer states that there are "numerous studies with findings in excess of the 95% confidence interval." (Sawyer Rep. at 79.) This reflects a basic misunderstanding or mischaracterization of the strength consideration. The fact that there could be a significant finding does not demonstrate the

19

strength of that signal. Across the epidemiological studies of valsartan, the overall effect estimates for NDMA-contaminated valsartan and liver cancer do not exceed 1.16, which cannot reasonably be considered to be strong, or even moderate.

86. When examining the consistency of associations identified, Dr. Sawyer applies results from a single occupational study of industrial rubber production industry workers that he believes demonstrates "reasonable consistency" to selected findings from studies of valsartan, while simultaneously noting the lack of consistency with dietary NDMA studies (Sawyer Rep. at 79.) However, as set forth above, occupational levels of exposure to a mixture of agents via inhalation cannot reliably be extrapolated to oral exposure to NDMA from a medication.

87. In his biologic gradient section, Dr. Sawyer claims NDMA exposures "at various doses within human studies have revealed statistically significant dose-response effects with respect to malignant end points." (Sawyer Rep. at 79.) None of the studies on valsartan use during the contamination period showed a dose-response relationship to liver cancer risk. In addition, as I noted above, there are inconsistent findings from the dietary NDMA studies, which do not even focus on liver cancer, further making a dose-response inference impossible. (Sawyer Rep. 79.)

88. In discussing temporality, Dr. Sawyer claims that human and animal studies have demonstrated that there is a "short latency period" because of the promotor abilities of NDMA. (Sawyer Rep. at 80.) However, as I discussed above, Dr. Sawyer does not actually provide evidence from any studies showing that NDMA is a cancer "promotor" or that it decreases the latency period of liver cancer. Nor can it conceivably be considered reliable to extrapolate latencies for liver cancer in mice and rats to human beings, as Dr. Sawyer attempts.

89. Dr. Sawyer believes coherence is satisfied because NDMA is first metabolized by the liver. (Sawyer Rep. at 80.) Similarly, he asserts that biological plausibility is satisfied because NDMA at high exposures has been demonstrated to cause cancer in laboratory animals. However, Dr. Sawyer's assessment that short-term exposure to NDMA-containing valsartan products can cause the development of cancers in human beings within 1.86 years violates basic, well-established, universally accepted facts regarding cancer biology and the natural history of human cancer, as does his opinion that NDMA can cause cancer at doses that are orders of magnitude lower than the lowest dose observed to cause cancer in experimental animals.

**Dr. Sawyer's Endogenous NDMA Opinions**

90. While Dr. Sawyer agrees that NDMA forms endogenously in our bodies, he believes this source of NDMA can be entirely discounted. First, Dr. Sawyer claims that endogenous NDMA can be ignored because the studies quantifying endogenous NDMA yield different estimates for the levels of endogenous NDMA. (Sawyer Rep. at 47-48.) However, the fact that studies estimate different levels of endogenous NDMA is not a scientifically appropriate reason to entirely discount this source of NDMA. For the reasons articulated in my first MDL report, I considered the Hrudey study to be the most

reliable methodology to adduce levels of endogenous NDMA; I also noted estimates from
other laboratory groups that arrived at estimates of the same order of magnitude.
(Chodosh MDL Rep. at 23.)

91. Second, Dr. Sawyer believes endogenous NDMA levels can be discounted because his
preferred studies show such low levels of endogenous NDMA that it is irrelevant to his
analysis. Specifically, he believes that results from Zeilmaker 2010 and Krul 2004
showing much lower endogenous levels of NDMA are more reliable estimates of
endogenous NDMA levels. (Sawyer Rep. at 47-48.) However, these two studies are not
as reliable as the methods used by Hrudey. As the Hrudey authors pointed out, the Krul
2004 study was based on an *in vitro* model that only captured endogenous NDMA
formation in the stomach, which "is substantially lower than the estimates that are
derived from the studies of urinary elimination of NDMA and is not an appropriate basis
for estimating NDMA formation in the entire body."[64] Similarly, the Zeilmaker 2010
study also relied on an *in vitro* model confined to the stomach, whereas the Hrudey
authors actually measured NDMA levels in blood and urine.

92. Third, Dr. Sawyer also says that any endogenous formation would be "background
levels" in the epidemiologic literature on valsartan. (Sawyer Rep. at 48-49.) But the
extremely high levels of NDMA produced endogenously are important to consider as
context in evaluating the extent to which exogenous NDMA exposures would ever reach
a level that could contribute to cancer. The reason for this is that our bodies possess
multiple natural mechanisms that are specifically designed to detect and repair damage to
DNA that might result from NDMA exposure, particularly since this is an endogenously
produced chemical to which every cell in our body is exposed on a daily basis. (Chodosh
Rep. at 25.) These homeostasis mechanisms are adapted to handle levels of NDMA far in
excess of those produced endogenously in our bodies, which is consistent with the fact
that the threshold level of NDMA required for mutagenicity is orders of magnitude
higher than the levels of NDMA detected in valsartan. (Chodosh Rep. at 25.) This is why
it is critical to evaluate the minimum level of NDMA needed to cause cancer and
compare it to total NDMA levels (endogenous and exogenous).

## CONCLUSIONS

93. As a general matter, cancer is a heterogeneous collection of distinct, multifactorial
diseases with distinct etiologies and numerous associated risk factors. Liver cancer is a
particular form of cancer with its own etiology, risk factors, and treatment. It is not
appropriate to extrapolate conclusions from studies not focused on liver cancer to an
analysis of NDMA exposure and liver cancer.

94. Applying the Bradford Hill criteria, the only existing epidemiological data to examine
human exposure to valsartan containing NDMA does not support a causal conclusion.
The associations found in a few of these studies are weak, and they lack biological
plausibility given the short follow-up in each study. In addition, the studies did not
control for other risk factors for liver cancer, which could have rendered the results
statistically insignificant. No dose-dependent effect was observed in any study. Most
importantly, none of the authors concluded that their studies supported causality.

95. The maximum theoretical total amount of NDMA to which Mr. Roberts could conceivably have been exposed through valsartan as calculated by Dr. Sawyer is approximately 2,000- to 4,000 times lower than the amounts of NDMA produced endogenously. In addition, the maximum theoretical total amounts of NDMA to which Mr. Roberts could have conceivably been exposed through valsartan are approximately 5,000- to 9,000-times lower, respectively, than the lowest doses shown to cause cancer in animal studies.

96. The known latency period associated with liver cancer is also far too long for Mr. Roberts to have developed liver cancer within 2 years of having been exposed to NDMA-contaminated valsartan.

## References Cited

[1] U.S. SEER Data, Cancer Stat Facts: Liver and Intrahepatic Bile Duct Cancer, https://seer.cancer.gov/statfacts/html/livibd html.

[2] National Cancer Institute, Liver Cancer Causes, Risk Factors, and Prevention, https://www.cancer.gov/types/liver/what-is-liver-cancer/causes-risk-factors.

[3] American Cancer Society, 2024 Facts and Figures, https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2024/2024-cancer-facts-and-figures-acs.pdf.

[4] Arzumanyan A, Reis HM, Feitelson MA. 2013. Pathogenic mechanisms in HBV- and HCV-associated hepatocellular carcinoma. *Nat Rev Cancer* **13**: 123-135.

[5] D'Souza S, Lau KC, Coffin CS, Patel TR. 2020. Molecular mechanisms of viral hepatitis induced hepatocellular carcinoma. *World J Gastroenterol* **26**: 5759-5783.

[6] National Toxicology Program. Report on Carcinogens Monograph on Trichloroethylene: RoC Monograph 05 [Internet]. Research Triangle Park (NC): National Toxicology Program; 2015 Jan. 6, Liver Cancer. Available from: https://www.ncbi.nlm.nih.gov/books/NBK575891/.

[7] Best J, Bechmann LP, Sowa JP, et al. GALAD Score Detects Early Hepatocellular Carcinoma in an International Cohort of Patients With Nonalcoholic Steatohepatitis. 2020. *Clin Gastroenterol Hepatol* **18**: 728-735.

[8] Sadakane A, French B, Brenner AV, Preston DL, Sugiyama H, Grant EJ, Sakata R, Utada M, Cahoon EK, Mabuchi K et al. 2019. Radiation and Risk of Liver, Biliary Tract, and Pancreatic Cancers among Atomic Bomb Survivors in Hiroshima and Nagasaki: 1958-2009. *Radiat Res* **192**: 299-310.

[9] Chen JG, Kensler TW, Zhu J, Zhu YR, Wang JB, Lu JH, Munoz A, Groopman JD. 2025. Profound primary prevention of liver cancer following a natural experiment in China: A 50-year perspective and public health implications. *Int J Cancer* **156**: 756-763.

[10] Bevan, R., Young, C., Holmes, P. et al. 2012. Occupational cancer in Britain. *Br J Cancer* **107** (Suppl 1): S33–S40.

[11] Pottegard A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of Nnitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. *BMJ.* 2018;362:k3851.

[12] Gomm W, Röthlein C, Schüssel K, et al. 2021. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. *Dtsch Arztebl Int.* **118(21)**: 357-362.

[13] Mansouri I, Botton J, Semenzato L, Haddy N, Zureik M. 2022. N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. *J Am Heart Assoc.***11(24)**: e8067.

[14] Jeon HL, Lee SH, Nam JH, Shin JY. 2022. Cancer risk associated with the use of valsartan in Korea: A nationwide cohort study. *Cancer Epidemiol.* **80**: 102245.

[15] Juhee Ahn, Sungho Won, Jong-Heon Park, Daichi Shimbo, Hae-Young Lee. 2023. The Medical Impact of Emergent Banning of N-nitrosodimethylamine (NDMA)-contaminated Antihypertensive Drug: A nationwide longitudinal cohort study. *medRxiv.*

[16] FDA. 2019b. Laboratory analysis of ranitidine and nizatidine products.

[17] FDA. 2019a. FDA statement on new testing results, including low levels of impurities in ranitidine drugs.

[18] FDA. 2020. FDA requests removal of all ranitidine products (Zantac) from the market.

[19] EMA. 2020a. EMA confirms recommendation to suspend all ranitidine medicines in the EU.

[20] Abe Y, Yamamoto E, Yoshida H, Usui A, Tomita N, Kanno H, Masada S, Yokoo H, Tsuji G, Uchiyama N et al. 2020. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. *Chem Pharm Bull (Tokyo)* **68**: 1008-1012.

[21] Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. 1997. The safety of ranitidine in over a decade of use. *Aliment Pharmacol Ther* **11**: 129-137.

[22] Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG et al. 2021. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. *JAMA* **326**: 240-249.

[23] La Vecchia C, Negri E, D'Avanzo B, Franceschi S. 1990. Histamine-2-receptor antagonists and gastric cancer risk. *Lancet* **336**: 355-357.

[24] La Vecchia C, Negri E, Franceschi S, D'Avanzo B. 1992. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. *Nutrition* **8**: 177-181.

[25] Johnson AG, Jick SS, Perera DR, Jick H. 1996. Histamine-2 receptor antagonists and gastric cancer. *Epidemiology* **7**: 434-436.

[26] Farrow DC, Vaughan TL, Sweeney C, Gammon MD, Chow WH, Risch HA, Stanford JL, Hansten PD, Mayne ST, Schoenberg JB et al. 2000. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. *Cancer Causes Control* **11**: 231-238.

[27] Habel LA, Levin TR, Friedman GD. 2000. Cimetidine use and risk of breast, prostate, and other cancers. *Pharmacoepidemiol Drug Saf* **9**: 149-155.

[28] Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. 2000. Cimetidine use and risk of prostate and breast cancer. *Cancer Epidemiol Biomarkers Prev* **9**: 319-323.

[29] La Vecchia C, Tavani A. 2002. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. *Eur J Cancer Prev* **11**: 117-123.

[30] Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. 2005. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. *Cancer Epidemiol Biomarkers Prev* **14**: 1012-1015.

[31] Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. 2008. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. *Cancer Epidemiol Biomarkers Prev* **17**: 67-72.

[32] Tan MC, El-Serag HB, Yu X, Thrift AP. 2018. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. *Aliment Pharmacol Ther* **48**: 469-477.

[33] Tran KT, McMenamin UC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. 2018. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. *Aliment Pharmacol Ther* **48**: 55-64.

[34] Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM et al. 2020. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. *Br J Cancer* **123**: 844-851.

[35] Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, Nugent K, Rakvit A, Islam E, Islam S. 2020. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. *QJM* **113**: 100-107.

[36] Liu P, McMenamin UC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. 2020. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. *Br J Cancer* **123**: 307-315.

[37] Song HJ, Jeon N, Squires P. 2020. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. *Eur J Clin Pharmacol* **76**: 1437-1456.

Case 1:19-md-02875-RMB-SAK    Document 3060-16    Filed 05/22/25    Page 26 of 72
PageID: 111413

[38] Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. 2021. Ranitidine use and risk of upper gastrointestinal cancers. *Cancer Epidemiol Biomarkers Prev* **30**: 2302-2308.

[39] Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. 2021. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am J Gastroenterol* **116**: 1612-1619.

[40] Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. 2021. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Saf* **44**: 361-371.

[41] Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. 2021. Ranitidine Use and Cancer Risk: Results From UK Biobank. *Gastroenterology* **160**: 1856-1859 e1855.

[42] Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. 2021a. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. *Healthcare (Basel)* **9**.

[43] Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. 2021b. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. *Aliment Pharmacol Ther* **54**: 606-615.

[44] Kumar S, Goldberg DS, Kaplan DE. 2021. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. *Dig Dis Sci*.

[45] McDowell RD, Hughes C, Murchie P, Cardwell C. 2021a. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. *BMC Med* **19**: 22.

[46] McDowell RD, Hughes CM, Murchie P, Cardwell CR. 2021b. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. *Cancer Epidemiol* **71**: 101880.

[47] Yoo IK, Marshall DC, Cho JY, Yoo HW, Lee SW. 2021. N-Nitrosodimethylamine-contaminated ranitidine and risk of cancer in South Korea: a nationwide cohort study. *Life Cycle* **1:e1**.

[48] Yoon HJ, Kim JH, Seo GH, Park H. 2021. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. *J Clin Med* **10**.

[49] Joung KI, Hwang JE, Oh IS, Cho SI, Shin JY. 2022. Association between ranitidine use with potential NDMA impurities and risk of cancer in Korea. *Sci Rep* **12**: 22396.

[50] Norgaard M, Andersen IT, Heide-Jorgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. 2022. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. *Cancer Epidemiol Biomarkers Prev* **31**: 45-50.

[51] Wang CH, Chen, II, Chen CH, Tseng YT. 2022. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Int J Environ Res Public Health* **19**.

[52] Kang H, Nam CM, Choi DW, Park S. 2023. Effects of ranitidine and nizatidine on the risk of gastrointestinal cancer. *Front Oncol* **13**: 1182174.

[53] You SC, Seo SI, Falconer T, Yanover C, Duarte-Salles T, Seager S, Posada JD, Shah NH, Nguyen PA, Kim Y et al. 2023. Ranitidine Use and Incident Cancer in a Multinational Cohort. *JAMA Netw Open* **6**: e2333495.

[54] Hill AB. 1965. The Environment and Disease: Association or Causation? *Proc R Soc Med* **58**: 295-300.

[55] Tannenbaum SR. A model for estimation of human exposure to endogenous Nnitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

[56] Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

[57] FDA Statement on the FDA's ongoing investigation into valsartan and ARB class impurities and the agency's steps to address the root causes of the safety issues, January 25, 2019. https://www.fda.gov/news-events/press-announcements/fda-statement-fdas-ongoing-investigation-valsartan-and-arb-class-impurities-and-agencys-steps.

[58] Bianchi JJ, Zhao X, Mays JC, Davoli T. 2020. Not all cancers are created equal: Tissue specificity in cancer genes and pathways. *Curr Opin Cell Biol.* 2020 **63**: 135-143.

[59] Larsson SC, Bergkvist L, Wolk A. 2006. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. *Int J Cancer.* **119(4)**: 915-9.

[60] Knekt P, Järvinen R, Dich J, Hakulinen T. 1999. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. *Int J Cancer.* **80(6)**:852-6.

[61] Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. 2013. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. *Am J Clin Nutr.* **97(1)**:135-46.

[62] Zheng J, Daniel CR, Hatia RI, Stuff J, Abdelhakeem AA, Rashid A, Chun YS, Jalal PK, Kaseb AO, Li D, Hassan MM. 2021. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. *Hepatology.* **74(6)**: 3161-3173.

[63] Song P, Wu L, Guan W. 2015. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. *Nutrients.* **7(12)**: 9872-95.

[64] Hrudey SE, Bull RJ, Cotruvo JA, Paoli G, Wilson M. 2014. Drinking water as a proportion of total human exposure to volatile N-nitrosamines. *Risk Anal.* **33(12)**: 2179-208.

**Date:** April 10, 2025

_____

Lewis A. Chodosh, M.D., Ph.D.

# Exhibit A

UNIVERSITY OF PENNSYLVANIA – SCHOOL OF MEDICINE
Curriculum Vitae

Date: February 15, 2025

Lewis A. Chodosh, M.D., Ph.D.

Home Address:     1671 Hunters Circle
                  West Chester, PA  19380

Office Address:   614 Biomedical Research Building II/III
                  421 Curie Boulevard
                  Philadelphia, PA  19104-6160

If you are not a U.S. citizen or holder of a permanent visa, please indicate the type of visa you have:
                  None (U.S. citizen)

Education:        1977-81    B.S.    Yale University (Molecular Biophysics and Biochemistry)
                  1981-89    M.D.    Harvard Medical School
                  1983-88    Ph.D.   Massachusetts Institute of Technology (Biochemistry)
                                     Laboratory of Dr. Phillip Sharp

Postgraduate Training and Fellowship Appointments:
                  1989-90    Intern in Medicine, Massachusetts General Hospital, Boston, MA
                  1990-91    Resident in Medicine, Massachusetts General Hospital, Boston, MA
                  1991-94    Clinical Fellow in Endocrinology, Endocrine Division,
                             Massachusetts General Hospital, Boston, MA
                  1991-94    Clinical Fellow in Medicine, Harvard Medical School, Boston, MA
                  1992-94    Research Fellow in Endocrinology, Endocrine Division,
                             Massachusetts General Hospital, Boston, MA
                  1992-94    Research Fellow in Medicine,
                             Harvard Medical School, Boston, MA
                  1992-94    Postdoctoral Research Fellowship, Department of Genetics,
                             Harvard Medical School, Boston, MA
                             Laboratory of Dr. Philip Leder

Military Service
                  [none]

Faculty Appointments:
                  1994-2000  Assistant Professor of Molecular and Cellular Engineering
                             University of Pennsylvania School of Medicine
                  1994-2000  Assistant Professor of Medicine (secondary)
                             Division of Endocrinology, Diabetes and Metabolism
                             University of Pennsylvania School of Medicine
                  2000-02    Associate Professor with Tenure
                             Department of Molecular and Cellular Engineering
                             University of Pennsylvania School of Medicine

1

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 2

| | |
|---|---|
| 2000-06 | Associate Professor with Tenure, Department of Medicine<br>Division of Endocrinology, Diabetes and Metabolism (secondary)<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2002-06 | Associate Professor with Tenure<br>Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Medicine (secondary)<br>Division of Endocrinology, Diabetes and Metabolism<br>University of Pennsylvania School of Medicine |
| 2006- | Professor, Department of Cell & Developmental Biology (secondary)<br>University of Pennsylvania School of Medicine |
| 2007-08 | Interim Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2008-12 | J. Samuel Staub, M.D. Endowed Professor<br>University of Pennsylvania School of Medicine |
| 2008- | Chairman, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2018- | Perelman Professor in Cancer Biology (Endowed Chair)<br>University of Pennsylvania |

Hospital and Administrative Appointments:

| | |
|---|---|
| 1994- | Member, Abramson Cancer Center,<br>University of Pennsylvania School of Medicine |
| 1995- | Staff Physician,<br>Hospital of the University of Pennsylvania |
| 2000- | Member, Center for Developmental Biology,<br>University of Pennsylvania School of Medicine |
| 2002- | Associate Investigator and Investigator, The Leonard and Madlyn<br>Abramson Family Cancer Research Institute at the<br>University of Pennsylvania Cancer Center |
| 2002-07 | Vice Chair, Department of Cancer Biology<br>University of Pennsylvania School of Medicine |
| 2004-08 | Founding Co-Director, University of Pennsylvania Small Animal<br>Imaging Facility |
| 2004- | Director, NCI-UPENN Mouse Models for Human<br>Cancers Consortium |
| 2005-13 | Program co-Leader, Breast Cancer Program<br>Abramson Cancer Center |
| 2005-16 | Director, Cancer Genetics<br>Abramson Family Cancer Research Institute |
| 2016- | Director, Tumor Biology<br>Abramson Family Cancer Research Institute |
| 2005-10 | Director, UPENN DOD Breast Cancer Center of Excellence |
| 2005- | Executive Committee<br>Abramson Family Cancer Research Institute |

Lewis A. Chodosh, M.D., Ph.D.                                                      Page 3

|        |        |
|--------|--------|
| 2005-    | Executive Committee, Abramson Cancer Center |
| 2006-    | Associate Director for Basic Science, Abramson Cancer Center |
| 2007-08  | Interim Chairman, Department of Cancer Biology |
| 2008-    | Chairman, Department of Cancer Biology |
| 2012-    | Co-Director, 2-PREVENT Translational Center of Excellence |

Medical Licensure:                  Massachusetts and Pennsylvania

Specialty Certification:

|           |           |
|-----------|-----------|
| 1992-2002 | Diplomate in Internal Medicine, American Board of Internal Medicine |
| 1997-2007 | Diplomate in Endocrinology and Metabolism, American Board of Internal Medicine |

Awards, Honors and Membership in Honorary Societies:

|           |           |
|-----------|-----------|
| 1977      | National Merit Scholar |
| 1977      | Cornell Ingenuity in Mathematics and Science Award |
| 1977      | Harvard Book Prize |
| 1977      | Bausch and Lomb Honorary Science Award |
| 1981      | *Summa cum laude*, Yale University |
| 1981      | Phi Beta Kappa, Yale University |
| 1981      | Distinction in Molecular Biophysics and Biochemistry Yale University |
| 1981      | Emerson Tuttle Cup for Distinguished Academic Achievement Yale University |
| 1983-89   | Medical Scientist Training Program, Harvard Medical School |
| 1985      | Leland Fikes Foundation fellow |
| 1989      | Leon Reznick Memorial Prize for Excellence in Research Harvard Medical School |
| 1989      | Soma Weiss Research Assembly Award, Harvard Medical School |
| 1989      | *Magna cum laude*, Harvard Medical School |
| 1992-94   | Merck Research Laboratories MD-PhD Fellowship |
| 1996-99   | Charles E. Culpeper Foundation Scholarship in the Medical Sciences |
| 1998-2002 | U.S. Army Breast Cancer Research Program Career Development Award |
| 2002      | AACR-Sidney Kimmel Symposium for Cancer Research Scholar Award |
| 2002      | American Society for Clinical Investigation |
| 2005-10   | Director, DOD-UPENN Breast Cancer Center of Excellence |
| 2008      | Member, Interurban Clinical Club |
| 2008      | Association of American Physicians |
| 2009-12   | J. Samuel Staub, M.D. Endowed Professor |
| 2013      | Dept of Cancer Biology Award for Excellence in Teaching |
| 2017      | National Academy of Medicine |
| 2018      | Perelman Professor in Cancer Biology |

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 4

Memberships in Professional and Scientific Societies:

        National Societies:
                American Society for Clinical Investigation
                Association of American Physicians
                National Academy of Medicine
                American College of Physicians
                American Association for Cancer Research
                Endocrine Society
                American Association for the Advancement of Science
                Society for Developmental Biology
                American Society for Microbiology
                FASEB

        Local Societies:
                Massachusetts Medical Society

        National Scientific Committees:
                Electorate Nominating Committee, American Association for the
                Advancement of Science (2020 - )

        Scientific Committees:
                Nurses' Health Study I and II, Harvard Medical School, Boston, MA
                    External Advisory Committee (1998-2016)
                Breast Cancer Program Project Grant, Baylor College of Medicine
                    External Advisory Committee (2002-2007)
                CNGI Center Grant, University of Alabama, Birmingham
                    External Advisory Committee (2002-2004)
                Georgetown Cancer Center, Breast Cancer Program Project Grant
                    External Advisory Committee (2003-2004)
                Fox Chase Cancer Center, Breast Cancer and Environmental Research
                    Center, External Advisory Committee (2003-2007)
                Dana Farber/Harvard Cancer Center Scientific Advisory Board
                    (2013-2022)

Editorial Positions:
        1999-2000    Editorial Board, *Breast Cancer Research*
        2001-2012    Editorial Board, *Journal of Mammary Gland Biology and Neoplasia*
        2003-2014    Associate Editor, *Cancer Biology & Therapy*
        2001-2004    Deputy Editor, *Breast Cancer Research*
        2005-2008    Senior Editor, *Breast Cancer Research*
        2008-present  Editor-in-Chief, *Breast Cancer Research*
        2010-2013    Senior Editor, *Cancer Research*
                       Ad Hoc Reviewer:
                       *Nature, Cell, Science, New England Journal of Medicine, Cancer*
                       *Discovery, Journal of Clinical Investigation, Nature Genetics, Nature*
                       *Medicine, Cancer Cell, Science Translational Medicine, Molecular &*
                       *Cellular Biology, Proceedings of the National Academy of Sciences*
                       *USA, Lancet,*

Lewis A. Chodosh, M.D., Ph.D.                                                                  Page 5

*Cancer Research, Development, Human Molecular Genetics*
*Developmental Biology, Molecular Endocrinology, Oncogene*

Peer Review Panels:

| | |
|---|---|
| 1995, 96, 98 | U.S. Army Breast Cancer Research Program - |
| 1997, 98, 2000 | Susan G. Komen Breast Cancer Foundation |
| 1998, 99 | Concert for the Cure |
| 2000 | Massachusetts Dept of Public Health Breast Cancer Research Program |
| 2001, 2004 | California Breast Cancer Research Program (Chair, 2004) |
| 2009-2012 | Cancer Prevention Research Institute of Texas (CPRIT) |
| 2015-2017 | AACR Breast Cancer Research Grants Scientific Review Committee |
| 2018 | Stand Up To Cancer Canada Metastatic Breast Cancer Peer Review Committee |
| 2019-2020 | AACR Outstanding Investigator Award Selection Committee |
| 2024 | Breast Cancer Now Dormancy and Late Recurrence Committee |

Academic Committees at the University of Pennsylvania and Affiliated Hospitals:

| | |
|---|---|
| 1994-1996 | Internal Advisory Committee, Institute for Human Gene Therapy |
| 1994-1998 | Hematology/Immunology Faculty Search Committee, Institute for Human Gene Therapy |
| 1995-1996 | Departmental Review Committee - Department of Pediatrics |
| 1995- | Admissions Committee, Combined Degree Program |
| 1997-1998 | Departmental Review Committee, Department of Pathology and Laboratory Medicine |
| 1999-2000 | Short Term Experience in Research Advisory Committee |
| 1999 | Internal Advisory Committee, Cancer Clinical Epidemiology Training Grant, Clinical Center for Epidemiology and Biostatistics |
| 1999-2000 | Review Committee, Graduate Group in Neuroscience |
| 2000 | LCME Basic Science Task Force |
| 2000-present | Mentoring Program, Combined Degree Program |
| 2002-03 | Chair, Cancer Center Working Group on Animal Imaging |
| 2003-2005 | Committee on Academic Freedom and Responsibility |
| 2004-2005 | Faculty Search Committee for Chair Department of Radiation Oncology |
| 2004-2006 | Faculty Search Committee for Chief, Division of Nuclear Medicine |
| 2007 | Faculty Search Committee for Chair, Department of Medicine |
| 2008 | Faculty Search Committee for Chief, Division of Hematology/Oncology |
| 2010 | Faculty Search Committee for Director, Abramson Cancer Center |
| 2010 | Faculty Search Committee for Chair, Department of Pathology and Laboratory Medicine |
| 2010-2011 | Chair, Review Committee Department of Radiation Oncology |
| 2011-2012 | Faculty Search Committee for Chair, |

Lewis A. Chodosh, M.D., Ph.D.                                                            Page 6

|  | Department of Radiology |
|---|---|
| 2011-2012 | Chair, Faculty Search Committee for Director, Penn Institute for Immunology |
| 2015-2016 | Faculty Search Committee for Chair, Department of Biophysics and Biochemistry |
| 2016-2017 | Chair, Faculty Search Committee for Chair, Department of Systems Pharmacology and Translational Therapeutics |
| 2016 | President's Consultative Review Committee on the Reappointment of the Dean of the Perelman School of Medicine |
| 2016- | APAC, University of Pennsylvania |
| 2019-2021 | Celgene, Joint Advisory Committee (Ben Garcia) |
| 2020-2021 | Patent Policy Advisory Working Group University of Pennsylvania |
| 2020-2024 | Undergraduate Medical Education Committee Perelman School of Medicine, University of Pennsylvania |
| 2025- | Chair, Faculty Search Committee for Chair, Department of Neuroscience |

<u>Major Teaching and Clinical Responsibilities at the University of Pennsylvania</u> :

1. Attending Physician, Hospital of the University of Pennsylvania (1992-present)
   Endocrine consult service - one month per year (1996-2005)
2. Supervision of graduate students performing thesis research
   Heather Perry Gardner  (1996-00)
   Celina D'Cruz  (1996-00)
   Stephen Master (Combined Degree Program)  (1995-01)
   Gerald Wertheim (Combined Degree Program)  (1998-03)
   Susan Moody (Combined Degree Program)  (1999-03)
   Robert Boxer (Combined Degree Program)  (1999-03)
   Christopher Sarkisian  (1998–04)
   Douglas Stairs  (1998–04)
   Thomas Yang  (1999-05)
   Collin Blakely (Combined Degree Program)  (2002-05)
   Joanne Jang (Combined Degree Program)  (2002-06)
   Zhandong Liu  (2005-10)
   Dania Daye  (Combined Degree Program) (2010-12)
   Jason Jung  (2008-13)
   Samantha Eberle  (2007-13)
   Daniel Abravanel  (Combined Degree Program) (2009-13)
   Ania Payne  (2010-14)
   Jason Ruth  (2010-14)
   Lauren Smith Pferdehirt  (2010-15)
   Sam Getchell  (2010-16)
   Matthew Paul  (2015-20)
   Takashi Nakamura  (2016-21)
   Saisai Chen  (Combined Degree Program) (2019-22)
   Katherine Huang  (2018- )
   Brian Benz  (2019- )
   Emily Shea  (Combined Degree Program) (2021- )

Lewis A. Chodosh, M.D., Ph.D.                                                      Page 7

                Hamza Turkistani  (2022- )
                Ashvathi Raghavakaimal  (2022- )
                Morgan Kuczler  (2023- )
                Sarah Acolatse  (2023- )

3. Supervision of postdoctoral trainees
                Man Wang, Ph.D.  (1995-96)
                Edward Gunther, M.D.  (1997-98; 1999-02)
                L. Julie Huber, Ph.D.  (1997-01)
                Eunkyung A. Kauh, M.D., Ph.D.  (1999-05)
                Charles Bailey, M.D., Ph.D.  (2002-07)
                Min Wang, Ph.D.  (2002-07)
                Xiaoping Yang, Ph.D.  (2003-07)
                Suzanne Bakewell, Ph.D.  (2005-09)
                James Alvarez, Ph.D.  (2005-09)
                Chien-Chung Chen, Ph.D.  (2004-09)
                Elizabeth Yeh, Ph.D.  (2006-13)
                Yi Feng, Ph.D.  (2006-14)
                Ann Vernon-Grey, Ph.D.  (2006-14)
                Heather Martin, Ph.D.  (2007-18)
                Beth Chislock, Ph.D.  (2014-19)
                Brett Ecker, M.D.  (2016-18)
                Francesco Marino, Ph.D.  (2017-20)
                Matias Escobar, Ph.D.  (2017-20)
                Amulya Sreekumar, Ph.D.  (2017- )
                Adetutu Egunsola, Ph.D.  (2018-20)
                Matthew Lawrence-Paul  (2021- )

4. Supervision of undergraduate trainees
                Alexander Golant (2001-02)
                Lilangi Ediwickirema (2002-06)
                Srujan Peddapaidi (2005-09)
                Kristi Chakrabarti (2006-10)
                Sanjee Baksh (2012-14)
                Gabriella Puig (2013-16)
                Joseph Kim (2015-17)
                Aaron Solomon (2016-17)
                Alice Zhou (2018-20)
                John Koga (2019-21)
                Michelle Lu (2019-22)
                Daphne Nie (2021-22)
                Ray Lozano (2022-23)
                Emily Chung (2024 - )
                Uzair Bilal (2024 - )

5. Supervision of masters students
                Alexander Stoddard (2000-01)
                Congzhou Liu (2004-07)
                Elise Giantomaso (2008-09)

6. Supervision of graduate students in laboratory rotations
                1-2 students per semester

7. Supervision of undergraduate students in laboratory rotations

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 8

                    1-2 students per year
8.  Thesis committee member:
             Dongsheng Duan (Ph.D., 1997)
             Hongbing Zhang (Ph.D., 1998)
             Matthew Waterman (Ph.D., 1998)
             Hongtao Zhang (Ph.D., 1999)
             Christopher Wong (Ph.D., 2001)
             Meredith Unger (Ph.D., 2002; Chair)
             Oana Tomescu (Ph.D., 2002)
             Joanna Sax (Ph.D., 2003)
             Michael Keeley (Ph.D., 2005)
             Andrew Gladden (Ph.D., 2005)
             Phillip Le (Ph.D., 2005)
             Rebekah O'Donnell (Ph.D., 2005)
             Jagruti Patel (Ph.D., 2006)
             Monica Buzzai (Chair; Ph.D., 2006)
             Dara Ditsworth (Chair, Ph.D., 2008)
             Karen Urtishak (Ph.D., 2009)
             David Schoppy (Ph.D., 2011)
             Derek Oldridge (Chair; Ph.D., 2016)
             William Rothwell (Chair; Ph.D., 2017)
             Emily Fernandez Garcia (Chair; )
             Nicholas Perkins (Ph.D., 2020)
             Chi-Yun Wu (Ph.D., 2022)
             Austin Pantel (M.S.T.R., 2020)
9.  Preliminary examination committee member
             Holly Kurzawa (1995)
             Christopher Wong (1996)
             Praveen Raju (1996)
             Gregory Heuer (1998)
             Hongbing Zhang (1996)
             Michael Gee (1998)
             Elizabeth Higbee (2014)
             Heide Norton (2015)
             Jessica Hsu (2016)
             Sofya Osharovich (2017)
             Hannah Richter (2017)
             Alex Chan (2020)
             Hau Truong (2021)
10. Continuing Medical Education
             Sacred Heart Hospital, Allentown PA – 1995
             Women's Health Research Conference – 1996, 1997
             American College of Physicians, Philadelphia, PA

Teaching Lectures:
      1995     Ethics in Biomedical Research (faculty facilitator)
      1996     CAMB 605 Mammalian Differentiation and Development
             Course co-director (12 classes)

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 9

| 1996 | Mammary Development and Breast Cancer Risk |
| | Wistar Institute Cancer Biology Training Course |
| 1997 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1997 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1997 | Tumor Suppressor Gene Strategies for Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1997 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1997 | The Molecular Basis of Epidemiological Observations |
| | Center for Clinical Epidemiology Training Course |
| 1998 | Ethics in Biomedical Research (faculty facilitator) |
| 1998 | Anatomy, Development and Physiology of the Breast |
| | Module 1: Brain, Behavior, Endocrine/Reproduction |
| 1998 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1998 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1998 | Tumor Suppressor Gene strategies for Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1998 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Anatomy, Development and Physiology of the Breast |
| | Module 1: Brain, Behavior, Endocrine/Reproduction |
| 1999 | The Molecular Basis of Epidemiological Observations |
| | Center for Clinical Epidemiology Training Course |
| 1999 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Tumor Suppressor Gene strategies for Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy (course co-director) |
| 1999 | Development and Cancer Susceptibility |
| | CAMB 620 Developmental Biology |
| 2000 | Anatomy, Development and Physiology of the Breast |
| | Module 1: Brain, Behavior, Endocrine/Reproduction |
| 2000 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2000 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2000 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2001 | Breast Cancer Genetics and Genomics |
| | CAMB 512 Cancer Genetics |

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 10

| | |
|---|---|
| 2001 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2001 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2001 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2001 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2002 | Mammary Development and Cancer: Part 1 |
| | CAMB 665 Cancer and Development |
| 2002 | Mammary Development and Cancer: Part 2 |
| | CAMB 665 Cancer and Development |
| 2002 | Mammary Development and Cancer: Part 3 |
| | CAMB 665 Cancer and Development |
| 2002 | Breast Cancer |
| | CAMB 512 Cancer Genetics |
| 2002 | Cancer Genomics |
| | CAMB 512 Cancer Genetics |
| 2002 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2002 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2002 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2002 | Strategies for Cancer Gene Therapy |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2003 | Mammary Development and Cancer: Part 1 |
| | CAMB 665 Cancer and Development |
| 2003 | Mammary Development and Cancer: Part 2 |
| | CAMB 665 Cancer and Development |
| 2003 | Mammary Development and Cancer: Part 3 |
| | CAMB 665 Cancer and Development |
| 2004 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2004 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2004 | Oncogene Addiction and Targeted Therapies |
| | CAMB 542 Topics in Molecular Medicine |
| 2005 | Molecular Basis of Cancer: Part 1 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2005 | Molecular Basis of Cancer: Part 2 |
| | CAMB 610 Molecular Basis of Gene Therapy |
| 2005 | CML, BCR-ABL, and the Philadelphia Chromosome |
| | FRO 514 Frontiers in Cancer Research |
| 2005 | Kinase Inhibition: A Paradigm for Molecularly Targeted Therapies |
| | FRO 514 Frontiers in Cancer Research |
| 2006 | Breast Cancer Genetics and Genomics: Part 1 |
| | CAMB 512 Cancer Genetics |
| 2006 | Breast Cancer Genetics and Genomics: Part 2 |

Lewis A. Chodosh, M.D., Ph.D.                                                                                Page 11

|      |      |
|------|------|
|      | CAMB 512 Cancer Genetics |
| 2006 | Molecular Basis of Cancer: Part 1 |
|      | CAMB 610 Molecular Basis of Gene Therapy |
| 2006 | Molecular Basis of Cancer: Part 2 |
|      | CAMB 610 Molecular Basis of Gene Therapy |
| 2006 | Oncogene Addiction |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2006 | Molecularly Targeted Therapies |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2006 | Cancer Stem Cells |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2007 | Molecular Basis of Cancer: Part 1 |
|      | CAMB 610 Molecular Basis of Gene Therapy |
| 2007 | Molecular Basis of Cancer: Part 2 |
|      | CAMB 610 Molecular Basis of Gene Therapy |
| 2007 | Oncogene Addiction |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2007 | Molecularly Targeted Therapies |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2007 | Cancer Stem Cells |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2008 | Personalized Medicine, Molecularly Targeted Therapies and Oncogene Addiction |
|      | Internal Medicine Core Clerkship |
| 2008 | Oncogene Addiction |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2008 | Molecularly Targeted Therapies |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2008 | Cancer Stem Cells |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2009 | Cancer Epidemiology |
|      | BIOM 502/Mechanisms of Disease and Therapeutic Intervention |
| 2009 | Cancer: Part 1 |
|      | BIO 015 Biology of Human Disease |
| 2009 | Cancer: Part 2 |
|      | BIO 015 Biology of Human Disease |
| 2009 | Cancer: Part 3 |
|      | BIO 015 Biology of Human Disease |
| 2009 | Cancer: Part 4 |
|      | BIO 015 Biology of Human Disease |
| 2009 | Oncogene Addiction |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2009 | Molecularly Targeted Therapies |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2009 | Cancer Stem Cells |
|      | FRO 514 Frontiers in Cancer Research (course director) |
| 2010 | Cancer Epidemiology |
|      | BIOM 502/Mechanisms of Disease and Therapeutic Intervention |
| 2010 | Cancer: Part 1 |
|      | BIO 015 Biology of Human Disease |

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 12

2010     Cancer: Part 2
     BIO 015 Biology of Human Disease
2010     Cancer: Part 3
     BIO 015 Biology of Human Disease
2010     Cancer: Part 4
     BIO 015 Biology of Human Disease
2010     Oncogene Addiction
     FRO 514 Frontiers in Cancer Research (course director)
2010     Molecularly Targeted Therapies
     FRO 514 Frontiers in Cancer Research (course director)
2010     Cancer Stem Cells
     FRO 514 Frontiers in Cancer Research (course director)
2010     Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
     BIOM 502 Mechanisms of Disease and Clinical Applications
2010     Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
     BIOM 502 Mechanisms of Disease and Clinical Applications
2011     Cancer Epidemiology
     BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2011     Cancer: Part 1
     BIO 015 Biology of Human Disease
2011     Cancer: Part 2
     BIO 015 Biology of Human Disease
2011     Cancer: Part 3
     BIO 015 Biology of Human Disease
2011     Cancer: Part 4
     BIO 015 Biology of Human Disease
2011     Oncogene Addiction
     FRO 514 Frontiers in Cancer Research (course director)
2011     Molecularly Targeted Therapies
     FRO 514 Frontiers in Cancer Research (course director)
2011     Cancer Stem Cells
     FRO 514 Frontiers in Cancer Research (course director)
2011     Breast Cancer: Personalized Medicine and Targeted Therapies: Part 1
     BIOM 502 Mechanisms of Disease and Clinical Applications
2011     Breast Cancer: Personalized Medicine and Targeted Therapies: Part 2
     BIOM 502 Mechanisms of Disease and Clinical Applications
2012     Cancer Biology
     BIO 121 Molecular Biology of Life
2012     Cancer Epidemiology
     BIOM 502/Mechanisms of Disease and Therapeutic Intervention
2012     Cancer: Part 1
     BIO 015 Biology of Human Disease
2012     Cancer: Part 2
     BIO 015 Biology of Human Disease
2012     Cancer: Part 3
     BIO 015 Biology of Human Disease
2012     Cancer: Part 4
     BIO 015 Biology of Human Disease
2012     Oncogene Addiction

Lewis A. Chodosh, M.D., Ph.D.                                                      Page 13

|      |                                                                    |
|------|--------------------------------------------------------------------|
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2012 | Molecularly Targeted Therapies                                     |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2012 | Cancer Stem Cells                                                  |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2013 | Cancer Epidemiology                                                |
|      | BIOM 502/Mechanisms of Disease and Therapeutic Intervention       |
| 2013 | Cancer: Part 1                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2013 | Cancer: Part 2                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2013 | Cancer: Part 3                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2013 | Cancer: Part 4                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2013 | Cancer: Part 5                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2013 | Oncogene Addiction                                                 |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2013 | Molecularly Targeted Therapies                                     |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2013 | Cancer Stem Cells                                                  |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2014 | Cancer Epidemiology                                                |
|      | BIOM 502/Mechanisms of Disease and Therapeutic Intervention       |
| 2014 | Cancer: Part 1                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2014 | Cancer: Part 2                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2014 | Cancer: Part 3                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2014 | Cancer: Part 4                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2014 | Cancer: Part 5                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2014 | Oncogene Addiction                                                 |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2014 | Molecularly Targeted Therapies                                     |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2014 | Cancer Stem Cells                                                  |
|      | FRO 514 Frontiers in Cancer Research (course director)             |
| 2015 | Cancer Epidemiology                                                |
|      | Mechanisms of Disease and Therapeutic Intervention                |
| 2015 | Cancer: Part 1                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2015 | Cancer: Part 2                                                     |
|      | BIO 015 Biology of Human Disease                                  |
| 2015 | Cancer: Part 3                                                     |
|      | BIO 015 Biology of Human Disease                                  |

Lewis A. Chodosh, M.D., Ph.D.                                             Page 14

2015        Cancer: Part 4
                    BIO 015 Biology of Human Disease
2015        Cancer: Part 5
                    BIO 015 Biology of Human Disease
2015        Cancer Epidemiology
                    Medical Student Core Curriculum – Module 1
2015        Cancer Biology, Treatment and Natural History
                    Medical Student Core Curriculum – Module 1
2015        CAMB 512: Cancer Biology and Genetics
                    Metastasis
2016        Cancer: Part 1
                    BIO 015 Biology of Human Disease
2016        Cancer: Part 2
                    BIO 015 Biology of Human Disease
2016        Cancer: Part 3
                    BIO 015 Biology of Human Disease
2016        Cancer: Part 4
                    BIO 015 Biology of Human Disease
2016        Cancer: Part 5
                    BIO 015 Biology of Human Disease
2016        Cancer Epidemiology
                    Medical Student Core Curriculum – Module 1
2016        Cancer Biology, Treatment and Natural History
                    Medical Student Core Curriculum – Module 1
2017        Cancer: Part 1
                    BIO 015 Biology of Human Disease
2017        Cancer: Part 2
                    BIO 015 Biology of Human Disease
2017        Cancer: Part 3
                    BIO 015 Biology of Human Disease
2017        Cancer: Part 4
                    BIO 015 Biology of Human Disease
2017        Cancer: Part 5
                    BIO 015 Biology of Human Disease
2017        Cancer Epidemiology
                    Medical Student Core Curriculum – Module 1
2017        Cancer Biology, Treatment and Natural History
                    Medical Student Core Curriculum – Module 1
2018        CAMB 512: Cancer Biology and Genetics
                    Metastasis
2018        Cancer Epidemiology
                    Medical Student Core Curriculum – Module 1
2018        Cancer Biology, Treatment and Natural History
                    Medical Student Core Curriculum – Module 1
2019        Tissue Growth and Renewal
                    Medical Student Core Curriculum – Module 1
2019        Cell Cycle Control
                    Medical Student Core Curriculum – Module 1
2019        Director, Cancer Biology Module

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 15

|      | |
|------|-----|
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Epidemiology |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Biology, Treatment and Natural History |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Cell Hallmarks, Heterogeneity and Metastasis |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Oncogenic Signaling Pathways: RAS and PI3K |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Cell Metabolism |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Molecular Basis of Targeted Therapies |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Other Hallmarks of Cancer and Role of Stromal Cells |
|      | Medical Student Core Curriculum – Module 1 |
| 2019 | Cancer Biology, Treatment and Natural History |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Tissue Growth and Renewal |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Cell Cycle Control |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Director, Cancer Biology Module |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Epidemiology |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Biology, Treatment and Natural History |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Cell Hallmarks, Heterogeneity and Metastasis |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Oncogenic Signaling Pathways: RAS and PI3K |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Cancer Cell Metabolism |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Molecular Basis of Targeted Therapies |
|      | Medical Student Core Curriculum – Module 1 |
| 2020 | Other Hallmarks of Cancer and Role of Stromal Cells |
|      | Medical Student Core Curriculum – Module 1 |
| 2021 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2022 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2023 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2024 | Cancer Therapeutics, American Cancer Society Summer Healthcare Experience |
| 2024 | Introduction to Cancer, Teachers Institute of Philadelphia Fall Workshop |
| 2024 | Cancer Epidemiology |
|      | Medical Student Core Curriculum – Module 1 |
| 2024 | Cancer Biology, Treatment and Natural History |
|      | Medical Student Core Curriculum – Module 1 |

Lectures by Invitation (past 10 years):

Lewis A. Chodosh, M.D., Ph.D.                                                          Page 16

| | |
|---|---|
| January, 2013 | "Pathways in Tumor Dormancy and Recurrence" AACR Tumor Invasion and Metastasis Special Conference, San Diego, CA |
| February, 2013 | "Mechanisms of Breast Cancer Recurrence" UMDNJ, Newark, NJ |
| March, 2013 | "Mechanisms of Breast Cancer Progression" Duke University, Durham, NC |
| March, 2013 | "Pathways in Tumor Dormancy and Recurrence" Medical University of South Carolina, Charleston, SC |
| April, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" AACR Annual Meeting, Washington, DC |
| June, 2013 | "Breast Cancer Recurrence via Escape from Par-4-dependent Multinucleation and Arrest" Mammary Gland Biology Gordon Research Conference, Stowe, VT |
| September, 2013 | "Dormant Tumor Cell Survival and Recurrence" International Symposium on Minimal Residual Disease, Paris, France |
| October, 2013 | "Mechanisms of Breast Cancer Dormancy and Recurrence" AACR Advances in Breast Cancer Research, San Diego, CA |
| October, 2013 | "Minimal Residual Disease and Breast Cancer Recurrence" Breast Cancer Research Foundation, New York, NY |
| November, 2013 | "Mechanisms of Tumor Dormancy and Recurrence" Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| December, 2013 | "Basic Science: The Year in Review" San Antonio Breast Cancer Symposium, San Antonio, CA |
| February, 2014 | "Tumor Initiating Cells and Minimal Residual Disease" Keystone Symposium on Stem Cells and Cancer, Banff, Alberta |
| June, 2014 | "Probing Tumor Dormancy and Recurrence" NCI Mouse Models for Human Cancers Consortium, Gaithersburg, MD |
| November, 2014 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" GlaxoSmithKline Delaware Valley Biology Day, Collegeville, PA |
| November, 2014 | "Tumor Dormancy and Breast Cancer Recurrence" Vanderbilt-Ingram Cancer Center, Nashville, TN |
| January, 2015 | "Tumor Dormancy and Recurrence" Breast Cancer Symposium, George Town, Cayman Islands |
| April, 2015 | "Tumor Dormancy and Recurrence" AACR Annual Meeting, Philadelphia, PA |
| August, 2015 | Keynote speaker 11th Annual Breast Cancer Research and Education Program, Baylor College of Medicine, Montgomery, TX |
| October, 2015 | "Tumor Dormancy and Recurrence" Fourth International AACR Conference on Frontiers in Basic Cancer Research, Philadelphia, PA |
| March, 2016 | "Impact of Obesity, Exercise and Caloric Restriction on Breast Cancer Recurrence in Mice" Transdisciplinary Research on Energetics and Cancer, National Cancer Institute, Rockville, MD |
| April, 2016 | "Tumor Dormancy and Recurrence: Novel Biology and Therapeutic Opportunities" MD Anderson Cancer Center, Houston, TX |
| November, 2016 | "Breast Cancer Recurrence: When the Dragon Awakes" 2016 Jensen Symposium on Breast Cancer University of Cincinnati, Cincinnati, OH |
| June, 2017 | "Tumor Dormancy as a Window to Prevent Metastatic Recurrence" Gordon Research Conference on Mammary Gland Biology |

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 17

|                  | Stowe, VT |
|------------------|-----------|
| October, 2017    | "Tumor Dormancy and Breast Cancer Recurrence" University of Pittsburgh, Pittsburgh, PA |
| October, 2017    | "Tumor Dormancy and Breast Cancer Recurrence" Symposium on Biology of Cancer: Microenvironment and Metastasis" Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| October, 2017    | "Breast Cancer Recurrence: Slaying the Sleeping Dragon" Carol M. Baldwin Distinguished Lecture SUNY Upstate Medical University, Syracuse, NY |
| October, 2017    | "Breast Cancer Recurrence: When the Dragon Awakes" Symposium on Metastatic Breast Cancer Jayne Koskinas Ted Giovanis Foundation for Health and Policy Bethesda, MD |
| May, 2018        | "Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence" 11th International Symposium on Minimal Residual Cancer Montpelier, France |
| November, 2018   | "Tumor Dormancy and Metastatic Breast Cancer Recurrence" 5th Annual Metastatic Breast Cancer Conference Johns Hopkins University, Baltimore, MD |
| December, 2018   | "Tumor Dormancy and Cancer Recurrence" Salk Institute Cancer Symposium Salk Institute, La Jolla, CA |
| December, 2018   | "Tumor Dormancy and Late Recurrence" San Antonio Breast Cancer Symposium 2018 San Antonio, TX |
| April, 2019      | "Therapeutic Opportunities: Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence" AACR Annual Meeting, Atlanta, GA |
| June, 2019       | "Minimal Residual Disease, Tumor Dormancy and Cancer Recurrence: Therapeutic Opportunities" Keynote Speaker, Annual Research Symposium, Karmanos Cancer Institute, Wayne State University, Detroit, MI |
| July, 2019       | "Tumor Dormancy and Metastatic Breast Cancer Recurrence" 34th Aspen Cancer Conference, Aspen, CO |
| October, 2019    | "Tumor Cell Dormancy and Breast Cancer Recurrence" British Association for Cancer Research, Newcastle Gateshead, UK |
| January, 2020    | "Tumor Cell Dormancy, Minimal Residual Disease and Breast Cancer Recurrence", Department of Medicine, Department Pediatrics, Division of Hematology/Oncology, Herman B. Wells Center for Pediatric Research, and Simon Cancer Center, Indiana University, Indianapolis, IN |
| January, 2020    | "When the Dragon Awakes: Preventing Breast Cancer Recurrence" Grand Rounds, Simon Cancer Center, Indiana University, Indianapolis, IN |
| March, 2020      | "Minimal Residual Disease and Breast Cancer Recurrence" Cold Spring Harbor Laboratory, Cold Spring Harbor, NY [cancelled due to COVID-19] |
| July, 2020       | "Detecting and Targeting Dormant Tumor Cells to Prevent Death from Recurrent Cancer" Emerson Collective Virtual Symposium |
| October, 2020    | "Changing the Paradigm to Prevent Breast Cancer Recurrence" Yale Alumni Health Network Virtual Symposium |
| December, 2020   | "Dormancy" San Antonio Breast Cancer Symposium Educational Session |

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 18

| March 2023 | "Breast Cancer Dormancy and Recurrence", Dana Farber Cancer Institute, Harvard Medical School, Boston, MA |
| November 2024 | Targeting Tumor Dormancy to Prevent Breast Cancer Recurrence, Forbeck Forum on Cellular Quiescence and Tumor Dormancy, Inverness, CO |

Organizing Roles in Scientific Meetings:

| April, 2001 | Co-Chair, NCI Workshop on BRCA1 Function National Cancer Institute, Bethesda, MD |
| October, 2003 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research, Huntington Beach, CA |
| June, 2004 | Chair, Scientific Symposium: "Preclinical Models and Molecular Therapeutics in Cancer" - 2004 ASCO Annual Meeting, New Orleans, LA |
| April, 2005 | "Stem Cells, Metastasis, and Residual Disease: Integrating New Findings in Breast Cancer Research" - Symposium Co-Chair, AACR 96th Annual Meeting, Anaheim, CA |
| September, 2005 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, La Jolla, CA |
| April, 2006 | Program Committee, Chair: Animal Models Subsection AACR 97th Annual Meeting, Washington, DC |
| October, 2007 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| December, 2008 | SABCS Program Planning Committee, 2008 AACR-CRTC San Antonio Breast Cancer Meeting |
| October, 2009 | Conference Co-Chair, AACR Special Conference in Cancer Research: Advances in Breast Cancer Research: Genetics, Biology, and Clinical Applications, San Diego, CA |
| November, 2012 | NCI Breast Cancer Models Summit, University of Pennsylvania, Philadelphia, PA |

Bibliography:

Research Publications, peer reviewed (print or other media):

Smith BL, Anisowicz A, Chodosh LA and Sager R.  DNA transfer of focus- and tumor-forming ability into non-tumorigenic CHEF cells.  *Proceedings of the National Academy of Sciences, USA* 79:1964-1968, 1982.

Carthew RW, Chodosh LA and Sharp PA.  An RNA polymerase II transcription factor binds to an upstream element in the adenovirus major late promoter. *Cell* 43:439-448, 1985.

Chodosh LA, Carthew RW and Sharp PA.  A single polypeptide possesses the binding and transcription activities of the adenovirus major late transcription factor.  *Molecular and Cellular Biology*  6:4723-4733, 1986.

Lewis A. Chodosh, M.D., Ph.D.                                                          Page 19

Chodosh LA, Carthew RW, Morgan JG, Crabtree GR and Sharp PA. The adenovirus major late transcription factor activates the rat γ-fibrinogen promoter. *Science* 238:684-688, 1987.

Carthew RW, Chodosh LA and Sharp PA. The major late transcription factor binds to and activates the mouse metallothionein I promoter. *Genes and Development* 1:973-980, 1987.

Chodosh LA, Baldwin AS, Carthew RW and Sharp PA. Human CCAAT-binding proteins have heterologous subunits. *Cell* 53:11-24, 1988.

Chodosh LA, Olesen J, Hahn S, Baldwin AS, Guarente L and Sharp PA. A yeast and a human CCAAT-binding protein have heterologous subunits that are functionally interchangeable. *Cell* 53:25-35, 1988.

Morgan JG, Courtois G, Fourel G, Chodosh LA, Cambell L, Evans E and Crabtree GR. SP1, a CAAT-binding factor and the adenovirus major late transcription factor interact with functional regions of the γ-fibrinogen promoter. *Molecular and Cellular Biology* 8:2628-2637, 1988.

Chodosh LA, Buratowski S and Sharp PA. A yeast protein possesses the DNA-binding properties of the adenovirus major late transcription factor. *Molecular and Cellular Biology* 9:820-822, 1989.

Chodosh LA, Fire A, Samuels M and Sharp PA. DRB inhibits elongation of transcription by RNA polymerase II in vitro. *Journal of Biological Chemistry* 264:2250-2257, 1989.

Chodosh LA, Lifson LE and Tabin C. On catching a ball skillfully. *Science*, 268:1682-1683, 1995.

Marquis ST, Rajan JV, Wynshaw-Boris A, Xu J, Yin G, Abel KJ, Weber BL and Chodosh LA. The developmental pattern of *Brca1* expression implies a role in differentiation of the breast and other tissues. *Nature Genetics* 11:17-26, 1995.

Rajan JV. Wang M, Marquis ST and Chodosh LA. *Brca2* is coordinately regulated with *Brca1* during proliferation and differentiation in mammary epithelial cells. *Proceedings of the National Academy of Sciences, USA* 93:13078-13083, 1996.

Rajan JV, Marquis ST, Gardner HP and Chodosh LA. Developmental expression of *Brca2* colocalizes with *Brca1* and is associated with proliferation and differentiation in multiple tissues. *Developmental Biology* 184:385-401, 1997.

Deckard-Janatpour K, Muller WJ, Chodosh LA, Gardner HP, Marquis ST, Coffey R and Cardiff RD. Differential expression of the *neu* transgene in murine mammary tissues. *International Journal of Oncology* 11:235-241, 1997.

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 20

Radice GL, Ferreira-Cornwell C, Robinson SD, Rayburn H, Chodosh LA, Takeichi M and Hynes RO.  Precocious mammary gland development in P-cadherin-deficient mice.  *Journal of Cell Biology* 139:1025-1032, 1997.

Jensen DE, Proctor M, Marquis ST, Gardner HP, Ha SI, Chodosh LA, Ishov AM, Tommerup N, Vissing H, Sekido Y, Minna J, Borodovsky A, Schultz DC, Wilkinson KD, Maul GG, Barlev N, Berger SL, Prendergast G and Rauscher FJ III.  BAP1: A novel ubiquitin hydrolase which binds to the BRCA1 RING finger and enhances BRCA1-mediated tumor suppression.  *Oncogene* 16:1097-1112, 1998.

Stairs DB, Gardner HP, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA and Chodosh LA.  Cloning and characterization of *Krct*, a member of a novel subfamily of serine/threonine kinases.  *Human Molecular Genetics* 7:2157-2166, 1998.

Chodosh LA, D'Cruz CM, Gardner HP, Ha SI, Marquis ST, Rajan JV, Stairs DB, Wang JY and Wang M.  Mammary gland development, reproductive history and breast cancer risk.  *Cancer Research* 59:1765s-1772s, 1999.

Gardner HP, Wertheim GB, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA.  Cloning and characterization of *Hunk,* a novel mammalian SNF1-related protein kinase.  *Genomics* 63:46-59, 2000.

Gardner HP, Rajan JV, Ha SI, Copeland NG, Gilbert DJ, Jenkins NA, Marquis ST and Chodosh LA.  Cloning, characterization, and chromosomal localization of *Pnck*, a calcium/calmodulin-dependent protein kinase.  *Genomics* 63:279-288, 2000.

Chodosh LA*, Gardner HP, Rajan JV, Stairs DB, Marquis ST and Leder P.  Protein kinase expression during murine mammary gland development.  *Developmental Biology,* 219:259-276, 2000.  (* corresponding author)

Gardner HP, Belka GK, Wertheim GBW, Hartman JL, Ha SI, Gimotty PA, Marquis ST and Chodosh LA.  Developmental role of the SNF1-related kinase Hunk in pregnancy-induced changes in the mammary gland.  *Development* 127:4493-4509, 2000.

Gardner HP, Ha SI, Reynolds C and Chodosh LA.  The CaM kinase, *Pnck*, is spatially and temporally regulated during murine mammary gland development and may identify an epithelial cell subtype involved in breast cancer.  *Cancer Research*, 60:5571-5577, 2000.

D'Cruz CM, Gunther EJ, Hartman J, Sintasath L, Moody SE, Boxer RB, Cox JD, Ha SI, Belka GK, Golant A, Cardiff RD and Chodosh LA.  MYC induces mammary tumorigenesis by means of a preferred pathway involving spontaneous *Kras2* mutations.  *Nature Medicine*, 7:235-239, 2001.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 21

Huber LJ, Yang TW, Sarkisian CJ, Master SR, Deng CX and Chodosh LA.  Impaired
      DNA damage response in cells expressing a naturally occurring murine
      Brca1 variant lacking exon 11.  *Molecular & Cellular Biology*, 21:4005-
      4015, 2001.

Unger MA, Rishi M, Clemmer VB, Hartman JL, Keiper EA, Greshock JD, Chodosh
      LA, Liebman M and Weber BL.  Characterization of adjacent breast tumors
      using oligonucleotide microarrays.  *Breast Cancer Research*, 3:336-341,
      2001.

Sarkisian CJ, Master SR, Huber LJ, Ha SI and Chodosh LA.  Analysis of murine
      Brca2 reveals conservation of protein-protein interactions but differences in
      nuclear localization signals.  *Journal of Biological Chemistry*, 276:37640-
      37648, 2001.

Gunther EJ, Belka GK, Wertheim GBW, Wang JY, Hartman JL, Boxer RB and
      Chodosh LA.  A novel doxycycline-inducible system for the transgenic
      analysis of mammary gland biology.  *FASEB Journal*, 16:283-292, 2002.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ.  Gene expression
      profiling of HeLa cells in G1 or G2 phases.  *Oncogene*, 21:1934-1942, 2002.

Master SR, Hartman JL, D'Cruz CM, Moody SE, Keiper EA, Ha SI, Belka GK and
      Chodosh LA.  Functional microarray analysis of mammary development
      reveals a novel role in adaptive thermogenesis.  *Molecular Endocrinology*,
      16:1185-1203, 2002.

Mullen AC, Hutchins AS, High FA, Lee HW, Sykes KJ, Chodosh LA and Reiner SL.
      Hlx is induced by and genetically interacts with T-bet to promote heritable
      $T_H1$ gene induction.  *Nature Immunology*, 3:652-658, 2002.

Li C, Fox CJ, Master SR, Bindokas VP, Chodosh LA and Thompson CB.  Bcl-$X_L$
      affects $Ca^{2+}$ homeostasis by altering expression of inositol 1,4,5-triphosphate
      receptors.  *Proceeding of the National Academy of Sciences, USA*, 99:9380-
      9385, 2002.

D'Cruz CM, Moody SE, Master SR, Hartman JL, Keiper EA, Imielinski MB, Cox JD,
      Wang JY, Ha SI, Keister BA and Chodosh LA.  Persistent parity-induced
      changes in growth factors, TGF-ß3, and differentiation in the rodent
      mammary gland.  *Molecular Endocrinology*, 16:2034-2051, 2002.

Moody SE, Sarkisian CJ, Hahn KT, Gunther EJ, Pickup S, Dugan KD, Innocent N,
      Cardiff RD, Schnall MD and Chodosh LA.  Conditional activation of Neu in
      the mammary epithelium of transgenic mice results in reversible pulmonary
      metastasis.  *Cancer Cell*, 2:451-461, 2002.

Carmody RJ, Hilliard B, Maguschak K, Chodosh LA and Chen YH.  Genomic scale
      profiling of autoimmune inflammation in the central nervous system: The

Lewis A. Chodosh, M.D., Ph.D.                                                                    Page 22

nervous response to inflammation.  *Journal of Neuroimmunology*, 133:95-107, 2002.

Gunther EJ, Moody SE, Belka GK, Hahn KT, Innocent N, Dugan KD, Cardiff RD and Chodosh LA.  Impact of *p53* loss on reversal and recurrence of conditional Wnt-induced tumorigenesis.  *Genes & Development*, 17:488-501, 2003.

Chaudhry MA, Chodosh LA, McKenna WG and Muschel RJ.  Gene expression profile of human cells irradiated in G1 and G2 phases of the cell cycle.  *Cancer Letters* 195:221-233, 2003.

Rylski M, Welch JJ, Chen YY, Letting DL, Diehl JA, Chodosh LA, Blobel GA and Weiss MJ.  GATA-1-mediated proliferation arrest during erythroid maturation.  *Molecular & Cellular Biology*, 23:5031-5042, 2003.

Sax JK, Stoddard A, Murphy ME, Chodosh LA and El-Deiry WS.  Microarray expression profiling of p53-dependent transcriptional changes in an immortalized mouse embryo fibroblast cell line.  *Cancer Biology & Therapy*. 2:416-430, 2003.

Fox CJ, Hammerman PS, Master SR, Chodosh LA and Thompson CB.  The serine/threonine kinase PIM-2 is a transcriptionally-regulated apoptotic inhibitor.  *Genes & Development*, 17:1841-1854, 2003.

Hu CJ, Wang LY, Chodosh LA, Keith B and Simon MC.  Differential roles of HIF–1$\alpha$ and HIF–2$\alpha$ in hypoxic gene regulation.  *Molecular & Cellular Biology*, 23:9361-9374, 2003.

Xu H, Lee SJ, Suzuki E, Dugan KD, Stoddard A, Li HS, Chodosh LA and Montell C.  A lysosomal tetraspanin associated with retinal degeneration identified via a genome-wide screen.  *EMBO J.*, 23:811-822, 2004.

Wang JW, Gamsby JJ, Highfill SL Mora LB, Bloom GC, Yeatman TJ, Pan TC, Ramne AL, Chodosh LA, Cress WD, Chen J and Kerr WG.  Deregulated expression of LRBA facilitates cancer cell growth.  *Oncogene,* 23:4089-97, 2004.

Welch JJ, Watts JA, Vakoc CR, Yao Y, Wang H, Hardison RC, Blobel GA, Chodosh LA and Weiss MJ.  Global regulation of erythroid gene expression by transcription factor GATA-1.  *Blood,* 104:3136-3147, 2004.

Kim SS, Cao L, Li C, Xu X, Huber LJ, Chodosh LA and Deng CX.  Uterus hyperplasia and increased carcinogen induced tumorigenesis in mice carrying targeted mutation of Chk2 phosphorylation site in Brca1.  *Molecular & Cellular Biology*, 24:9498-9507, 2004.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 23

Sgagias MK, Wagner KU, Hamik B, Stoeger S, Spieker R, Huber LJ, Chodosh LA and Cowan KH. Brca1-deficient murine mammary epithelial cells have increased sensitivity to CDDP and MMS.  *Cell Cycle*. 2004.

Boxer RB, Jang JW, Sintasath L and Chodosh LA.  Lack of sustained regression of c–MYC-induced mammary adenocarcinomas following brief or prolonged MYC inactivation.  *Cancer Cell*, 6:577-586, 2004.

Muraoka RS, Kurokawa H, Koh Y, Forbes JT, Roebuck LR, Barcellos-Hoff MH, Moody SE, Chodosh LA and Arteaga CL.  Conditional overexpression of active transforming growth factor ß1 in vivo accelerates metastases of transgenic mammary tumors.  *Cancer Research*, 64:9002-9011, 2004.

Frech MS, Halama ED, Tilli MT, Sing B, Gunther EJ, Chodosh LA, Flaws JA and Furth PA.  Deregulated Estrogen Receptor alpha expression in mammary epithelial cells of transgenic mide results in the development of ductal carcinoma in situ.  Cancer Research 65:681-685, 2005.

Master SR, Stoddard AJ, Bailey LC, Pan TC, Dugan KD and Chodosh LA.  Genomic analysis of early murine mammary gland development using novel probe-level algorithms.  *Genome Biology*, 6,  2005.

Blakely CM, Sintasath L, D'Cruz CM, Master SR, Hahn KT, Belka GK and Chodosh LA.  Developmental stage determines the effects of c-MYC in the mammary epithelium.  *Development*, 1132:1147-1160, 2005.

Huber LJ and Chodosh LA.  Dynamics of DNA repair suggested by the subcellular localization of Brca1 and Brca2 proteins. *Journal of Cellular Biochemistry*, 96:47-55, 2005.

Moody SE, Perez D, Pan TC, Sarkisian CJ, Portocarrero C, Sterner CJ, Notorfrancesco K, Cardiff RD and Chodosh LA.  The transcriptional repressor, Snail, promotes mammary tumor recurrence.  *Cancer Cell* 8:197-209, 2005.

Stairs DB, Notarfrancesco KL and Chodosh LA.  The serine/threonine kinase, Krct, affects endbud morphogenesis during murine mammary gland development.  *Transgenic Research* 14:919-940, 2005.

Ponomareva ON, Ma H, Vock VM, Ellerton EL, Moody SE, Dakour R, Chodosh LA and Rimer M. Defective neuromuscular synaptogenesis in mice expressing constitutively active ErbB2 in skeletal muscle fibers.  *Mol Cell Neurosci*, 31:334-345, 2005.

Hu CJ, Iyer S, Sataur A, Covello KL, Chodosh LA and Simon MC.  Differential regulation of the transcriptional activities of Hypoxia-inducible Factor 1 Alpha (HIF-1$\alpha$) and HIF-2$\alpha$ in stem cells.  *Molecular and Cellular Biology* 26:3514-3526, 2006.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 24

Wang X, Bo J, Bridges T, Dugan KD, Pan TC, Chodosh LA and Montell DJ. Analysis of cell migration using whole-genome expression profiling of migratory cells in the Drosophila ovary. *Developmental Cell* 10:483-495, 2006.

Vargo-Gogola T, Heckman BM, Gunther EJ, Chodosh LA and Rosen JM. P190-B RhoGAP overexpression disrupts ductal morphogenesis and induces hyperplastic lesions in the developing mammary gland. *Molecular Endocrinology*, 20:1391-1405, 2006.

Blakely CM, Stoddard AJ, Belka GK, Dugan KD, Notarfrancesco KL, Moody SE, D'Cruz CM and Chodosh LA. Hormone-induced protection against mammary tumorigenesis is conserved in multiple rat strains and identifies a core gene expression signature induced by pregnancy. *Cancer Research*, 66:6421-6431, 2006.

Shen Q, Zhang Y, Uray IP, Hill JL, Kim HT, Lu C, Young MR, Gunther EJ, Hilsenbeck SG, Chodosh LA, Colburn NH and Brown PH. The AP-1 transcription factor regulates postnatal mammary gland development. *Developmental Biology*, 295:589-603, 2006.

Hayworth CR, Moody SE, Chodosh LA, Krieg P, Rimer M and Thompson WJ. Induction of neuregulin signaling in mouse Schwann cells in vivo mimics responses to denervation. *Journal of Neuorscience*, 26:6873-6884, 2006.

Wang M, Master SR and Chodosh LA. Computational expression deconvolution in a complex mammalian organ. *BMC Bioinformatics*, 7:328-341, 2006.

Jang JW, Boxer RB and Chodosh LA. Isoform-specific Ras Activation and Oncogene Dependence in MYC and Wnt-induced Mammary Tumorigenesis. *Molecular and Cellular Biology*, 26:8109-8121, 2006.

Sutherland KD, Vaillant F, Alexander WS, Wintermantel TM, Forrest NC, Holroyd SL, McManus EJ, Schutz G, Watson CJ, Chodosh LA, Lindeman GJ and Visvader JE. c-myc as a mediator of accelerated apoptosis and involution in mammary glands lacking Socs3. *EMBO J.*, 25:5805-5815, 2006.

Boxer RB, Stairs DB, Dugan KD, Notarfrancesco KL, Portacarrero CP, Keister BA, Belka GK, Cho H, Rathmell J, Thompson CB, Birnbaum MJ and Chodosh LA. Isoform-specific requirement for Akt1 in the developmental regulation of cellular metabolism during lactation. *Cell Metabolism*, 4:475-490, 2006.

Jones RA, Campbell CI, Gunther EJ, Chodosh LA, Petrik JJ, Khokha R and Moorehead RA. Transgenic overexpression of IGF-IR disrupts mammary ductal morphogenesis and induces tumor formation. *Oncogene,* 26:1636-1644, 2007.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 25

Sarkisian CJ, Keister BA, Stairs DB, Boxer RB, Moody SE and Chodosh LA. Dose-dependent oncogene-induced senescence *in vivo* and its evasion during mammary tumorigenesis. *Nature Cell Biology*, 9:493-505, 2007.

Cowling WH, D'Cruz CM, Chodosh LA and Cole MD. c-Myc transforms mammary epithelial cells through repression of the Wnt inhibitors DKK1 and SFRP1. *Molecular and Cellular Biology*, 27:5135-5146, 2007.

Whiteaker JR, Zhand H, Zhao L, Wang P, Kelly-Spratt KS, Ivey R, Piening BD, Feng LC, Kasarda E, Gurley KE, Eng JK, Chodosh LA, Kemp CJ, McIntosh MW and Paulovich AG. Integrated pipeline for mass spectrometry-based discovery and confirmation of biomarkers demonstrated in a mouse model of breast cancer. *Journal of Proteome Research*, 6:3962-3975, 2007

Debies MT, Gestl SA, Mathers JL, Mikse O, Leonard TL, Moody SE, Chodosh LA, Cardiff RD and Gunther EJ. Tumor escape in a Wnt1-dependent mouse breast cancer model is enabled by p19Arf/p53 pathway lesions but not p16 Ink4a loss. *Journal of Clinical Investigation*, 118:51-63, 2008.

Orwig KE, Ryu BY, Master S, Phillips BT, Mack M, Avarbock MR, Chodosh LA and Brinster RL. Genes involved in post-transcriptional regulation are overrepresented in stem/progenitor spermatogonia of cryptorchid mouse testes. *Stem Cells*, 26:927-938, 2008.

Oakes SR, Naylor MJ, Asselin-Labat ML, Blazek DK, Gardiner-Garden M, Hilton HN, Kazlauskas M, Pritchard MA, Chodosh LA, Pfeffer PL, Lindeman GJ, Visvader JE and Ormandy CJ. The Ets transcription factor Elf5 specifies alveolar cell fate. *Genes & Development*, 22:581-586, 2008.

Liu Z, Wang M, Alvarez JV, Bonney ME, Chen CC, D'Cruz C, Pan TC, Tadesse MG and Chodosh LA. Singular value decomposition-based regression identifies activation of endogenous signaling pathways in vivo. *Genome Biology*, 9:R180, 2008.

Shen Q, Uray IP, Li Y, Zhang Y, Hill J, Xu XC, Young MR, Gunther EJ, Hilsenbeck SG, Colburn NH, Chodosh LA and Brown PH. Targeting the activator protein 1 transcription factor for the prevention of estrogen receptor-negative mammary tumors. *Cancer Prev Res* 1:45-55, 2008.

Fiore F, Estebe B, Gibier P, Orsoni JC, Courbard JR, Chodosh LA, Birnbaum D and Delapeyrière O. Abnormal Mammary Gland Development in MMTV-CBLC Transgenic Mouse. *In Vivo* 23:225-228, 2009.

Muraoka-Cook RS, Sandahl MA, Strunk KE, Miraglia LC, Husted C, Hunter DM, Elenius K, Chodosh LA and Earp HS 3rd. ErbB4 splice variants Cyt1 and Cyt2 differ by sixteen amino acids and exert opposing effects on the mammary epithelium in vivo. *Molecular & Cellular Biology*, 18:4935-4848, 2009.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 26

McCoy EL, Iwanaga R, Jedlicka P, Abbey NS, Chodosh LA, Heichman KA, Welm AL and Ford HL. Six1 expands the mammary stem/progenitor cell pool and induces mammary tumors that undergo EMT. *Journal of Clinical Investigation*, 119:2663-2677, 2009.

Castilho RM, Squarize CH, Chodosh LA, Williams BO and Gutkind JS. mTOR mediates Wnt-induced epidermal stem cell exhaustion and aging. *Cell Stem Cell*, 5:279-289, 2009.

Wertheim GBW, Yang TW, Pan TC, Ramne A, Liu Z, Gardner HP, Dugan KD, Kristel P, Kreike B, Vijver MJ, Cardiff RD and Chodosh LA. The Snf1-related kinase, Hunk, is essential for mammary tumor metastasis. *Proceedings of the National Academy of Sciences USA*, 106:15855-60, 2009.

Hens J, Dann P, Hiremath M, Pan TC, Chodosh L and Wysolmerski J. Analysis of gene expression in PTHrP-/- mammary buds supports a role for BMP signaling and MMP2 in the initiation of ductal morphogenesis. *Developmental Dynamics*, 238:2713-2724, 2009.

Connelly L, Barham W, Pigg R, Saint-Jean L, Sherrill T, Cheng D-S, Chodosh LA, Blackwell TS and Yull FE. Activation of nuclear factor-kappa B in mammary epithelium promotes milk loss during mammary development and infection. *Journal of Cell Physiology*, 222:73-81, 2010.

Zeng X, Shaikh FY, Harrison MK, Adon AM, Trimboli AJ, Carroll KA, Sharma N, Timmers C, Chodosh LA, Leone G and Saavedra HI. The Ras oncogene signals centrosome amplification in mammary epithelial cells through cyclin D1/Cdk4 and Nek2. *Oncogene,* 29:5103-5112, 2010.

Mazumdar J, Hickey MM, Pant DK, Durham AC, Sweet-Cordero A, Vachani A, Jacks T, Chodosh LA, Kissil JL, Simon MC and Keith B. HIF-2{alpha} deletion promotes Kras-driven lung tumor development. *Proceedings of the National Academy of Sciences USA*, 107:14182-87, 2010.

Chen CC, Boxer RB, Stairs DB, Portocarrero CP, Horton RH, Alvarez JV, Birnbaum MJ and Chodosh LA. Akt is required for Stat5 activation and mammary differentiation. *Breast Cancer Research,* 12:R72, 2010.

McHenry PR, Sears JC, Herrick MP, Chang P, Heckman-Stoddard BM, Rybarczyk M, Chodosh LA, Gunther EJ, Hilsenbeck SG, Rosen JM and Vargo-Gogola T. P190B RhoGAP has pro-tumorigenic functions during MMTV-Neu mammary tumorigenesis and metastasis. *Breast Cancer Research*, 12:R73, 2010.

Connelly L, Barham W, Onishko HM, Sherrill T, Chodosh LA, Blackwell TS and Yull FE. Inhibition of NF-kappa B activity in mammary epithelium increases tumor latency and decreases tumor burden. *Oncogene*, 30:1402-1412, 2011.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 27

Schoenherr R, Kelly-Spratt K, Lin C, Whiteaker J, Liu T, Holzman T, Coleman I, Feng LC, Lorentzen T, Krasnoselsky A, Wang P, Liu Y, Gurley K, Amon L, Schepmoes A, Moore R, Camp D, Chodosh L, Smith R, Nelson P, McIntosh M, Kemp C and Paulovich A.  Proteome and transcriptome profiles of a Her2/Neu-driven mouse model of breast cancer.  *Proteomics Clin Appl*, 5:179-188, 2011.

Brown RL, Reinke L, Damerow M, Perez D, Chodosh LA, Yang J and Cheng C.  CD44 splice isoform switching is essential for epithelial-mesenchymal transition and breast cancer progression.  *Journal of Clinical Investigation*, 121:1064-1074, 2011.

Yeh, ES, Yang TW, Jung JJ, Gardner HP, Cardiff RD and Chodosh LA.  Hunk is required for HER2/neu-induced mammary tumorigenesis.  *Journal of Clinical Investigation*, 121:866-879, 2011.

Pitteri SJ, Kelly-Spratt KS, Gurley KE, Kennedy J, Busald Buson T, Chin A, Wang H, Zhang Q, Wong CH, Chodosh LA, Nelson PS, Hanash SM and Kemp CJ.  Tumor microenvironment-derived proteins dominate the plasma proteome response during breast cancer induction and progression.  *Cancer Research*, 71:5090-5100, 2011.

Whiteaker JR, Lin C, Kennedy J, Hou L, Trute M, Sokal I, Yan P, Schoenherr RM, Zhao L, Voytovich UJ, Kelly-Spratt KS, Krasnoselsky A, Gafken PR, Hogan JM, Jones LA, Wang P, Amon L, Chodosh LA, Nelson PS, McIntosh MW, Kemp CJ and Paulovich AG.  A targeted proteomics-based pipeline for verification of biomarkers in plasma.  <u>*Nature Biotechnology*,</u> 29:625-34, 2011.

Yori JL, Seachrist DD, Johnson E, Lozada KL, Abdul-Karim FW, Chodosh LA, Schiemann WP and Keri RA.  Krüppel-like Factor 4 Inhibits Tumorigenic Progression and Metastasis in a Mouse Model of Breast Cancer.  <u>*Neoplasia*,</u> 13:601-10, 2011.

Markosyan N, Chen E, Ndong V, Yao Y, Sterner CJ, Chodosh LA, Lawson JA, Fitzgerald GA and Smyth EM.  Deletion of cyclooxygenase 2 in mouse mammary epithelial cells delays breast cancer onset through augmentation of type 1 immune responses in tumors.  *Carcinogenesis*, 32:1441-1449 2011.

Lieberman BP, Ploessl K, Wang L, Qu W, Zha Z, Wise DR, Seidel H, Belka G, Chodosh LA, Thompson CB and Kung HF.  PET imaging of glutaminolysis in tumors by [18F]*(2S,4R)*4-fluoro-glutamine.  *Journal of Nuclear Medicine*, 52:1947-1955, 2011.

Zhang XY, Pfeiffer HK, Mellert HS, Stanek TJ, Sussman RT, Kumari A, Yu D, Rigoutsos I, Thomas-Tikhonenko A, Seidel HE, Chodosh LA, Packham G, Baserga R and McMahon SB.  Inhibition of the single downstream target BAG1 activates the latent apoptotic potential of MYC.  *Molecular and Cellular Biology*, 31:5037-5045, 2011

Qu W, Oya S, Lieberman BP, Ploessl K, Wang L, Wise DR, Divgi CR, Chodosh L, Thompson CB and Kung HF.  Preparation and characterization of L-[5-11C]-Glutamine for metabolic imaging of tumors.  *Journal of Nuclear Medicine,* 53:98-105, 2012.

Magnitsky S, Belka GK, Sterner C, Pickup S, Chodosh LA and Glickson JD.  Lactate detection in inducible and orthotopic Her2/neu mammary gland tumours in mouse models.  *NMR in Biomedicine,* 26:35-42, 2012.

Chen CC, Stairs DB, Boxer RB, Belka GK, Horseman ND, Alvarez JV and Chodosh LA.  Autocrine prolactin induced by the Pten-Akt pathway is required for lactation initiation and provides a direct link between the Akt and Stat5 pathways.  *Genes & Development*, 26:2154-2168, 2012.

Chitnis NS, Pytel D, Bobrovnikova-Marjon E, Pant D, Zheng H, Maas NL, Frederick B, Kushner JA, Chodosh LA, Koumenis C, Fuchs SY and Diehl JA.  miR-211 is a prosurvival microRNA that regulates chop expression in a PERK-dependent manner.  *Molecular Cell,* 48:353-364, 2012.

Theil AT, Feng Z, Pant DK, Chodosh LA and Hua X.  The trithorax protein partner menin acts in tandem with EZH2 to suppress C/EBPα and differentiation in MLL-AF9 leukemia.  *Haematologica*, 98:918-27, 2013.

Li LZ, Kadlecek S, Xu HN, Daye D, Pullinger B, Profka H, Chodosh LA and Rizi R.  Ratiometric analysis in hyperpolarized NMR (I): test of the two-site exchange model and the quantification of reaction rate constants.  *NMR in Biomedicine,* 26:1308-1320, 2013.

Patterson RE, Colditz GA, Hu FB, Schmitz KH, Ahima RS, Brownson RC, Carson KR, Chavarro JE, Chodosh LA, Gehlert S, Gill J, Glanz K, Haire-Joshu D, Herbst KL, Hoehner CM, Hovmand PS, Irwin ML, Jacobs LA, James AS, Jones LW, Kerr J, Kibel AS, King IB, Ligibel JA, Meyerhardt JA, Natarajan L, Neuhouser ML, Olefsky JM, Proctor EK, Redline S, Rock CL, Rosner B, Sarwer DB, Schwartz JS, Sears DD, Sesso HD, Stampfer MJ, Subramanian SV, Taveras EM, Tchou J, Thompson B, Troxel AB, Wessling-Resnick M, Wolin KY, Thornquist MD.  The 2011-2016 Transdisciplinary Research on Energetics and Cancer (TREC) initiative: rationale and design.  *Cancer Causes Control*, 4:695-704, 2013.

Yeh ES, Belka GK, Vernon AE, Chen CC, Jung JJ and Chodosh LA.  Hunk negatively regulates c-myc to promote Akt-mediated cell survival and mammary tumorigenesis induced by loss of Pten.  *Proceedings of the National Academy of Sciences USA,* 110:6103-6108, 2013.

Bean GR, Ganesan YT, Dong Y, Takeda S, Liu H, Chan PM, Huang Y, Chodosh LA, Zambetti GP, Hsieh JJ and Cheng EH.  PUMA and BIM are required for oncogene inactivation-induced apoptosis.  *Science Signaling,* 6:ra20, 2013.

Alvarez JV, Pan TC, Ruth J, Feng Y, Zhou AY, Pant D, Grimley JS, Wandless TJ, DeMichele A, I-SPY 1 Trial Investigators and Chodosh LA.  Par-4 down-regulation promotes breast cancer recurrence by preventing multinucleation following targeted therapy.  *Cancer Cell*, 24:30-44, 2013.

Rao T, Ranger JJ, Smith HW, Lam SH, Chodosh L and Muller WJ.  Inducible and coupled expression of the polyomavirus middle T antigen and Cre recombinase in transgenic mice: an in vivo model for synthetic viability in mammary tumour progression.  *Breast Cancer Research* 16:R11, 2014.

Searleman AC, Iliuk AB, Collier TS, Chodosh LA, Tao WA and Bose R.  Tissue phosphoproteomics with PolyMAC identifies potential therapeutic targets in a transgenic mouse model of HER2 positive breast cancer.  *Electrophoresis* 2014.

Lee JV, Carrer A, Shah S, Snyder NW, Wei S, Venneti S, Worth AJ, Yuan ZF, Lim HW, Liu S, Jackson E, Aiello NM, Haas NB, Rebbeck TR, Judkins A, Won KJ, Chodosh LA, Garcia BA, Stanger BZ, Feldman MD, Blair IA and Wellen KE.  Akt-dependent metabolic reprogramming regulates tumor cell histone acetylation.  *Cell Metabolism* 20:306-319, 2014.

Feng Y, Pan TC, Chakrabarti KR, Perez D, Pant D and Chodosh LA.  SPSB1 promotes breast cancer recurrence by potentiating c-MET signaling.  *Cancer Discovery* 4:790-803, 2014.

Payne AW, Pant DK, Pan TC and Chodosh LA. Ceramide kinase promotes tumor cell survival and mammary tumor recurrence.  *Can Res* 74:6352-6363, 2014.

Alvarez JV, Belka GK, Pan TC, Chen CC, Blankemeyer E, Alavi A, Karp JS and Chodosh LA.  Oncogene pathway activation in mammary tumors dictates FDG-PET uptake.  *Cancer Research* 74:7583-98, 2014.

Abravanel DL, Belka GK, Pan TC, Pant DK, Collins MA, Sterner CJ and Chodosh LA.  Notch promotes recurrence of dormant tumor cells following HER2/neu-targeted therapy. *Journal of Clinical Investigation* 125:2484-2496, 2015.

Boulay PL, Mitchell L, Turpin J, Huot-Marchand JÉ, Lavoie C, Sanguin-Gendreau V, Jones L, Mitra S, Livingstone JM, Campbell S, Hallett M, Mills GB, Park M, Chodosh L, Strathdee D, Norman JC and Muller WJ.  Rab11-FIP1C Is a Critical Negative Regulator in ErbB2-Mediated Mammary Tumor Progression.  *Cancer Research* 76:2662-2674, 2016.

Turpin J, Ling C, Crosby EJ, Hartman ZC, Simond AM, Chodosh LA, Rennhack JP, Andrechek ER, Ozcelik J, Hallett M, Mills GB, Cardiff RD, Gray JW, Griffith OL and Muller WJ.  The ErbB2ΔEx16 splice variant is a major oncogenic driver in breast cancer that promotes a pro-metastatic tumor microenvironment.  *Oncogene* 35:6053-6064, 2016.

Lewis A. Chodosh, M.D., Ph.D.                                                                                Page 30

Oran AR, Adams CM, Zhang XY, Gennaro VJ, Pfeiffer HK, Mellert HS, Seidel HE, Mascioli K, Kaplan J, Gaballa MR, Shen C, Rigoutsos I, King MP, Cotney JL, Arnold JJ, Sharma SD, Martinez-Outschoorn UE, Vakoc CR, Chodosh LA, Thompson JE, Bradner JE, Cameron CE, Shadel GS, Eischen CM, McMahon SB. Multi-focal control of mitochondrial gene expression by oncogenic MYC provides potential therapeutic targets in cancer. *Oncotarget* 7:72395-72414, 2016.

Yee SS, Lieberman DB, Blanchard T, Rader J, Zhao J, Troxel AB, DeSloover D, Fox AJ, Daber RD, Kakrecha B, Sukhadia S, Belka GK, DeMichele AM, Chodosh LA, Morrissette JJ, Carpenter EL. A novel approach for next-generation sequencing of circulating tumor cells. *Mol Genet Genomic Med* 4:395-406, 2016.

Maxwell KN, Soucier-Ernst D, Tahirovic E, Troxel AB, Clark C, Feldman M, Colameco C, Kakrecha B, Langer M, Lieberman D, Morrissette JJD, Paul MR, Pan TC, Yee S, Shih N, Carpenter E, Chodosh LA, DeMichele A. Comparative clinical utility of tumor genomic testing and cell-free DNA in metastatic breast cancer. *Breast Cancer Res Treat* 164:627-638, 2017.

Winkels RM, Sturgeon KM, Kallan MJ, Dean LT, Zhang Z, Evangelisti M, Brown JC, Sarwer DB, Troxel AB, Denlinger C, Laudermilk M, Fornash A, DeMichele A, Chodosh LA and Schmitz KH. The women in steady exercise research (WISER) survivor trial: The innovative transdisciplinary design of a randomized controlled trial of exercise and weight-loss interventions among breast cancer survivors with lymphedema. *Contemp Clin Trials* 61:63-72, 2017.

Sreekumar A, Toneff MJ, Toh E, Roarty K, Creighton CJ, Belka GK, Lee DK, Xu J, Chodosh LA, Richards JS and Rosen JM. Wnt-mediated regulation of FOXO1 constitutes a critical axis maintain pubertal mammary stem cell homeostasis. *Developmental Cell* 43:436-448, 2017.

Gattelli A, Gardia Sola ME, Roloff TC, Cardiff RD, Kordon EC, Chodosh LA and Hynes NE. Chronic expression of wild-type Ret receptor in the mammary gland induces luminal tumors that are sensitive to Ret inhibition. *Oncogene* 37:4046-4054, 2018. doi: 10.1038/s41388-018-0235-y

Ecker BL, Lee JY, Sterner CJ, Solomon AC, Pant DK, Shen F, Peraza J, Vaught L, Mahendra S, Belka GK, Pan TC, Schmitz KH, Chodosh LA. Impact of obesity on breast cancer recurrence and minimal residual disease. *Breast Cancer Research*, 21:41, 2019. PMCID: PMC6416940

Schmitz KH, Troxel AB, Dean LT, DeMichele A, Brown JC, Sturgeon K, Zhang Z, Evangelisti M, Spinelli B, Kallan MJ, Denlinger C, Cheville A, Winkels RM, Chodosh LA and Sawyer DB. Effect of home-based exercise and weight loss programs on breast cancer-related lymphedema outcomes among overweight breast cancer survivors: The WISER Survivor randomized clinical trial. *JAMA Oncol* 5:1605-1613, 2019. PMCID: 6696732

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 31

Tsao LC, Crosby EJ, Trotter TN, Agarwal P, Hwang BJ, Acharya C, Shuptrine CW, Wang T, Wei J, Yang X, Lei G, Liu CX, Rabiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC.  CD47 blockade augmentation of Trastuzumab antitumor efficacy dependent upon antibody-dependent-cellular-phagocytosis. *JCI Insight* pii:131882, 2019.  PMCID: PMC6975273

Paul MR, Pan TC, Pant DK, Shih NN, Chen Y, Harvey KL, Solomon A, Lieberman D, Morrissette JJD, Soucier-Ernst D, Goodman NG, Stavropoulos SW, Maxwell KN, Clark C, Belka GK, Feldman M, DeMichele A and Chodosh LA.  Genomic landscape of metastatic breast cancer identifies preferentially dysregulated pathways and targets. *Journal of Clinical Investigation* 130(8):4252-4265, 2020.  doi.org/10.1172/JCI129941.  PMCID: PMC7410083

Crosby EJ, Acharya CR, Haddad AF, Rabiola CA, Lei G, Wei JP, Yang XY, Wang T, Liu CX, Wagner KU, Muller WJ, Chodosh LA, Broadwater G, Hyslop T, Shepherd JH, Hollern DP, He X, Perou CM, Chai S, Ashby BK, Vincent BG, Snyder JC, Force J, Morse MA, Lyerly HK and Hartman ZC.  Stimulation of Oncogene-Specific Tumor-Infiltrating T Cells through Combined Vaccine and αPD-1 Enable Sustained Antitumor Responses against Established HER2 Breast Cancer. *Clin Cancer Res* 26:4670-4681, 2020.  PMCID: PMC7483405

Ruth JR, Pant DK, Pan TC, Seidel HE, Baksh SC, Keister BA, Singh R, Sterner CJ, Bakewell SJ, Moody SE, Belka GK and Chodosh LA.  Cellular dormancy in minimal residual disease following targeted therapy. *Breast Cancer Research* 23:63, 2021. doi: 10.1186/s13058-021-01416-9.  PMCID PMC8178846

Vallone SA, Garcia-Sola M, Schere-Levy C, Meiss RP, Hermida GN, Chodosh LA, Kordon EC, Hunes NE and Gattelli A.  Aberrant RET expression affects normal mammary gland post-lactation transition, enhancing cancer potential. *Dis Model Mech* 15:dmm049286, 2022.  Doi: 10.1242/dmm.049286.  PMCID: PMC8990024

Tsao LC, Crosby EJ, Trotter TN, Wei J, Wang T, Yang X, Summers AN, Lei G, Ragiola CA, Chodosh LA, Muller WJ, Lyerly HK and Hartman ZC.  Trastuzumab/pertuzumab combination therapy stimulates antitumor responses through complement-dependent cytotoxicity and phagocytosis. *JCI Insight* 7:e155636, 2022.  doi:10.1172/jci.insight.155636.  PMCID: PMC8986081

Grinman DY, Boras-Granic K, Takyar FM, Dann P, Hens JR, Marmol ZC, Lee J, Choi J, Chodosh LA, Sola MEG and Wysolmerski JJ.  PTHrP induces STAT5 activation, secretory differentiation and accelerates mammary tumor development. *Breast Cancer Research* 24:30, 2022. doi: 10.1186/s13058-022-01523-1.  PMCID: PMC9020078

Roy R, Yang J, Shimura T, Merritt L, Alluin J, Man E, Daisy C, Aldakhlallah R, Dillon D, Pories S, Chodosh LA and Moses MA. Escape from breast tumor dormancy: the convergence of obesity and menopause. *Proc Natl Acad Sci USA* 119:e2204758119, 2022. doi: 10.1073/pnas.2204758119.

Magbanua MJM, van 't Veer L, Clark AS, Chien AJ, Boughey JC, Han HS, Wallace A, Beckwith H, Liu MC, Yau C, Wileyto EP, Ordonez A, Solanki TI, Hsiao F, Lee JC, Basu A, Brown Swigart L, Perlmutter J, Delson AL, Bayne L, Deluca S, Yee SS, Carpenter EL, Esserman LJ, Park JW, Chodosh LA, and DeMichele A. Outcomes and clinicopathologic characteristics associated with disseminated tumor cells in bone marrow after neoadjuvant chemotherapy in high-risk early stage breast cancer: the I-SPY SURMOUNT study. *Breast Cancer Research and Treatment* 198:383-390, 2023.

Chen S, Paul MR, Sterner CJ, Belka GK, Wang D, Xu P, Sreekumar A, Pan TC, Pant DK, Makhlin I, DeMichele A, Mesaros C and Chodosh LA. PAQR8 promotes breast cancer recurrence and confers resistance to multiple therapies. *Breast Cancer Research* 25:1, 2023. doi:10.1186/s13058-022-01559-3.

Sreekumar A, Lu M, Choudhury B, Pan TC, Pant DK, Lawrence-Paul MR, Sterner CJ, Belka GK, Toriumi T, Benz B, Escobar-Aguirre E, Marino FE, Esko JD and Chodosh LA. B3GALT6 promotes dormant breast cancer cell survival and recurrence by enabling heparan sulfate-mediated FGF signaling. *Cancer Cell* 42:52-69.e7, 2024. doi: 10.1016/j.ccell.2023.11.008.

Lawrence-Paul MR, Pan TC, Pant DK, Shih NC, Chen Y, Belka GK, Feldman M, DeMichele A, and Chodosh LA. Rare subclonal sequencing of breast cancers indicates putative metastatic driver mutations are predominately acquired after dissemination. *Genome Medicine* 16(1):26, 2024. doi: 10.1186/s13073-024-01293-9.

Dwyer S, Ruth J, Seidel HE, Raz AA, and Chodosh LA. Autophagy is required for mammary tumor recurrence by promoting dormant tumor cell survival following therapy. *Breast Cancer Research*, 26(1):143, 2024. doi: 10.1186/s13058-024-01878-7.

Gu Y, Taifour T, Bui T, Zuo D, Pacis A, Poirier A, Attalla S, Fortier AM, Sanguin-Gendreau V, Pan TC, Papavasiliou V, Lin NU, Hughes ME, Smith K, Park M, Tremblay ML, Chodosh LA, Jeselsohn R, and Muller WJ. Osteopontin is a therapeutic target that drives breast cancer recurrence. *Nature Communications* 15(1):9174, 2024. doi: 10.1038/s41467-024-53023-9.

McDonald ES, Pan TC, Pant DK, Troester MA, Kossenkov AV, Mankoff DA, Mach RH, and Chodosh LA. Ternary complex components responsible for rapid LDL internalization as biomarkers for breast cancer associated with

Lewis A. Chodosh, M.D., Ph.D.                                                          Page 33

proliferation and early recurrence. *Cancer Research Communications*, 5:226-239, 2025. doi: 10.1158/2767-9764.

Research Publications, peer-reviewed reviews

Sharp PA, Carthew RW and Chodosh LA. Sequence-specific DNA-binding proteins and transcription in mammalian cells. In *RNA Polymerase and the Regulation of Transcription*. Reznikoff WS, ed. pp. 313-322, 1987.

Chodosh LA and Daniels GH. Addison's disease. *The Endocrinologist* 3:166-181, 1993.

Chodosh LA. *BRCA1* and *BRCA2* expression in normal and neoplastic cells. *Journal of Mammary Gland Biology and Neoplasia* 3:389-402, 1998.

Master SR and Chodosh LA. Large-scale transcriptional profiling of murine mammary development. *Breast Disease*, 19:47-57, 2004.

Dalla E, Sreekumar A, Aguirre-Ghiso J and Chodosh LA. Dormancy in breast cancer. *Cold Spring Harbor Perspectives in Medicine,* 2023. doi: 19,1101/cshperspect.a041331.

Agudo JA, Aguirre-Ghiso JA, Bhatia M, Chodosh LA, Correia AL, Klein CA. Viewpoint: Targeting cancer cell dormancy. *Nature Reviews Cancer* 24:97-104, 2024. doi: 10.1038/s41568-023-00642-x.

Contribution to peer-reviewed clinical research publications, participation cited but not by authorship:

[none]

Research Publications, non-peer reviewed:

[none]

Abstracts:

Editorials, Reviews, Chapters, including participation in committee reports (print or other media):

Chodosh LA. Science and the Secret of Life. *Prism* 2:13-18, 1984.

Chodosh LA. Mobility shift DNA-binding assay. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.2.1-12.2.10. John Wiley & Sons, 1988.

Chodosh LA. UV crosslinking of proteins to nucleic acids. In *Current Protocols in Molecular Biology*. Ausubel FM et al., eds. pp. 12.5.1-12.5.8. John Wiley & Sons, 1988.

Chodosh LA. Purification of DNA-binding proteins using biotin/streptavidin affinity systems. In *Current Protocols in Molecular Biology*. Ausubel, F.M. et al., eds. pp. 12.6.1-12.6.9. John Wiley & Sons, 1988.

Lewis A. Chodosh, M.D., Ph.D.                                                    Page 34

Chodosh LA and Buratowski S.  Purification of DNA-binding proteins using biotin/streptavidin affinity systems.  In *Current Protocols in Protein Science*.  Coligan JE. et al., eds.  pp. 9.7.1-9.7.13.  John Wiley & Sons, 1998.

Chodosh LA.  My Life As a Dog:  Chronicles of the M.D.-Ph.D. graduate.  *Harvard Medical Alumni Bulletin*  71:38-45, 1998.

Chodosh LA.  Breast cancer: Molecular genetics, pathogenesis, and therapeutics.  *New England Journal of Medicine*.  341:1244, 1999.

Chodosh LA and Buratowski S.  Mobility shift DNA-binding assay using gel electrophoresis.  In *Current Protocols in Pharmacology*.  Taylor G, ed.  Unit 6.8.  John Wiley & Sons, 2001.

Wysolmerski JJ and Chodosh LA.  Endocrine influences on mammary development and breast cancer risk.  *Journal of Mammary Gland Biology and Neoplasia*, 7:1-2, 2002.

Chodosh LA.  The reciprocal dance between cancer and development.  *New England Journal of Medicine* 347:134-136, 2002.

Master SR and Chodosh LA.  Evolving views of involution.  *Breast Cancer Research*, 6:89-92, 2004.

Chodosh LA.  Modeling human cancers in mice.  *Cancer Biology & Therapy,* 4:255-256, 2005.

Chodosh LA and Cardiff RD.  In vivo imaging of the mammary gland: the shape of things to come.  *Journal of Mammary Gland Biology and Neoplasia*, 11:101-102, 2006.

Alvarez JV, Perez D and Chodosh LA.  mILC-ing the mouse mammary gland: a model for invasive lobular carcinoma.  *Cancer Cell*, 10:347-349, 2006.

Vernon AE, Bakewell SJ and Chodosh LA.  Deciphering the molecular basis of breast cancer metastasis with mouse models.  *Reviews in Endocrine and Metabolic Disorders*, 8:199-213, 2007.

Alvarez JV, Yeh ES, Feng Y and Chodosh LA. Oncogene addiction: mouse models and clinical relevance for molecularly targeted therapies. In: *Genetically-engineered Mice for Cancer Research: design, analysis, pathways, validation and pre-clinical testing*, 2011.

Chodosh LA. Breast cancer: current state and future promise.  *Breast Cancer Research*, 13:113, 2011.

Yeh ES, Vernon-Grey A, Martin H and Chodosh LA. Tetracyline-regulated mouse models of cancer.  In: Mouse Models of Cancer: A Laboratory Manual.

Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 8:125-142, 2014.

DeMichele A and Chodosh LA.  "Braking" the cycle of resistance in endocrine therapy for breast cancer.  *Clinical Cancer Research* 21:4999-5001, 2015.

Books:
Mouse Models of Cancer: A Laboratory Manual.  Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY. Abate-Shen C, Politi K, Chodosh LA and Olive KP, eds. 2014.

Alternative Media:
[none]

Patents:
Chodosh, LA: U.S. entitled: "Hormonally Up-Regulated, Neu-Tumor-Associated Kinase".  Patent Nos.: 7,119,185 and 7,368,113.

Chodosh, LA: U.S. entitled: "Pregnancy, Up-Regulated Non-Ubiquitous CaM Kinase".  Patent Nos.: 7,041,495 and 7,741,111.

Chodosh, LA and Chislock E. entitled: "Flow Cytometry-Based Platform for the Detection, Enumeration, and Isolation of Disseminated Tumor Cells in Bone Marrow Aspirates".  Patent No.12111317.

# Exhibit B

**EXHIBIT B**

**MATERIALS CONSIDERED IN THE
SECOND SUPPLEMENTAL EXPERT REPORT OF LEWIS A. CHODOSH, M.D., PH.D.**

**ARTICLES:**

- Abe Y, Yamamoto E, Yoshida H, Usui A, Tomita N, Kanno H, Masada S, Yokoo H, Tsuji G, Uchiyama N et al. 2020. Temperature-Dependent Formation of N-Nitrosodimethylamine during the Storage of Ranitidine Reagent Powders and Tablets. Chem Pharm Bull (Tokyo) 68: 1008-1012.

- Adami HO, Andersen IT, Heide-Jorgensen U, Chang E, Norgaard M, Sorensen HT. 2021. Ranitidine use and risk of upper gastrointestinal cancers. Cancer Epidemiol Biomarkers Prev 30: 2302-2308.

- Ahn, J, et al. 2023. The Medical Impact of Emergent Banning of N-nitrosodimethylamine (NDMA)-contaminated Antihypertensive Drug: A nationwide longitudinal cohort study. *medRxiv*.

- Arzumanyan A, Reis HM, Feitelson MA. 2013. Pathogenic mechanisms in HBV- and HCV-associated hepatocellular carcinoma. Nat Rev Cancer 13: 123-135.

- Babic A, Zhang X, Morales-Oyarvide V, Yuan C, Khalaf N, Khalili H, Lochhead P, Chan AT, Ogino S, Wolpin BM et al. 2020. Acid-suppressive medications and risk of colorectal cancer: results from three large prospective cohort studies. Br J Cancer 123: 844-851.

- Best, Jan, et al. "GALAD score detects early hepatocellular carcinoma in an international cohort of patients with nonalcoholic steatohepatitis." Clinical gastroenterology and hepatology 18.3 (2020): 728-735.

- Bevan, Ruth, et al. "Occupational cancer in Britain." British journal of cancer 107.1 (2012): S33-S40.

- Bianchi, Joy J., et al. "Not all cancers are created equal: Tissue specificity in cancer genes and pathways." Current opinion in cell biology 63 (2020): 135-143.

- Cardwell CR, McDowell RD, Hughes CM, Hicks B, Murchie P. 2021. Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. Am J Gastroenterol 116: 1612-1619.

- Chen JG, Kensler TW, Zhu J, Zhu YR, Wang JB, Lu JH, Munoz A, Groopman JD. 2025. Profound primary prevention of liver cancer following a natural experiment in China: A 50-year perspective and public health implications. Int J Cancer 156: 756-763.

- Coogan PF, Zhang Y, Palmer JR, Strom BL, Rosenberg L. 2005. Cimetidine and other histamine2-receptor antagonist use in relation to risk of breast cancer. Cancer Epidemiol Biomarkers Prev 14: 1012-1015.

- D'Souza S, Lau KC, Coffin CS, Patel TR. 2020. Molecular mechanisms of viral hepatitis induced hepatocellular carcinoma. World J Gastroenterol 26: 5759-5783.

- Farrow DC, Vaughan TL, Sweeney C, Gammon MD, Chow WH, Risch HA, Stanford JL, Hansten PD, Mayne ST, Schoenberg JB et al. 2000. Gastroesophageal reflux disease, use of H2 receptor antagonists, and risk of esophageal and gastric cancer. Cancer Causes Control 11: 231-238.

- Florian J, Matta MK, DePalma R, Gershuny V, Patel V, Hsiao CH, Zusterzeel R, Rouse R, Prentice K, Nalepinski CG et al. 2021. Effect of Oral Ranitidine on Urinary Excretion of N-Nitrosodimethylamine (NDMA): A Randomized Clinical Trial. JAMA 326: 240-249.

- GlaxoSmithKline, Inc. 2015. Product monograph: Zantac (rantidine tavblets uSP, 150 mg, 300 mg; ranitide injection USP, 25 mg/ml) [Monograph], GlaxoSmithKline Inc.
- Gomm, Willy, et al. "N-Nitrosodimethylamine-contaminated Valsartan and the risk of cancer: A longitudinal cohort study based on German Health Insurance Data." Deutsches Ärzteblatt International 118.21 (2021): 357.
- Habel LA, Levin TR, Friedman GD. 2000. Cimetidine use and risk of breast, prostate, and other cancers. Pharmacoepidemiol Drug Saf 9: 149-155.
- Hidajat, Mira, et al. "Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up." Occupational and Environmental Medicine 76.4 (2019): 250-258.
- Hill, Austin Bradford. "The environment and disease: association or causation?." (1965): 295-300.
- Hrudey, Steve E., et al. "Drinking water as a proportion of total human exposure to volatile N-nitrosamines." Risk Analysis 33.12 (2013): 2179-2208.
- Iwagami M, Kumazawa R, Miyamoto Y, Ito Y, Ishimaru M, Morita K, Hamada S, Tamiya N, Yasunaga H. 2021. Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. Drug Saf 44: 361-371.
- Jeon, Ha-Lim, et al. "Cancer risk associated with the use of valsartan in Korea: A nationwide cohort study." Cancer Epidemiology 80 (2022): 102245.
- Johnson AG, Jick SS, Perera DR, Jick H. 1996. Histamine-2 receptor antagonists and gastric cancer. Epidemiology 7: 434-436.
- Joung KI, Hwang JE, Oh IS, Cho SI, Shin JY. 2022. Association between ranitidine use with potential NDMA impurities and risk of cancer in Korea. Sci Rep 12: 22396.
- Kang H, Nam CM, Choi DW, Park S. 2023. Effects of ranitidine and nizatidine on the risk of gastrointestinal cancer. Front Oncol 13: 1182174.
- Kantor ED, O'Connell K, Du M, Mendelsohn RB, Liang PS, Braunstein LZ. 2021. Ranitidine Use and Cancer Risk: Results From UK Biobank. Gastroenterology 160: 1856-1859 e1855.
- Keszei, András P., et al. "Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study." The American journal of clinical nutrition 97.1 (2013): 135-146.
- Kim S, Lee S, Hong J, Ko I, Kim JY, Kim DK. 2021a. Effect of Ranitidine Intake on the Risk of Gastric Cancer Development. Healthcare (Basel) 9.
- Kim YD, Wang J, Shibli F, Poels KE, Ganocy SJ, Fass R. 2021b. No association between chronic use of ranitidine, compared with omeprazole or famotidine, and gastrointestinal malignancies. Aliment Pharmacol Ther 54: 606-615.
- Knekt, Paul, et al. "Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study." International journal of cancer 80.6 (1999): 852-856.
- Krul, C. A., Zeilmaker, M. J., Schothorst, R. C. & Havenaar, R. Intragastric formation and modulation of Nnitrosodimethylamine in a dynamic in vitro gastrointestinal model under human physiological conditions. Food Chem Toxicol 42, 51-63, (2004).
- Kumar S, Goldberg DS, Kaplan DE. 2021. Ranitidine Use and Gastric Cancer Among Persons with Helicobacter pylori. Dig Dis Sci.

2

- Larsson, Susanna C., Leif Bergkvist, and Alicja Wolk. "Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women." International Journal of Cancer 119.4 (2006): 915-919.
- La Vecchia C, Negri E, D'Avanzo B, Franceschi S. 1990. Histamine-2-receptor antagonists and gastric cancer risk. Lancet 336: 355-357.
- La Vecchia C, Negri E, Franceschi S, D'Avanzo B. 1992. Histamine-2-receptor antagonists and gastric cancer: update and note on latency and covariates. Nutrition 8: 177-181.
- La Vecchia C, Tavani A. 2002. A review of epidemiological studies on cancer in relation to the use of anti-ulcer drugs. Eur J Cancer Prev 11: 117-123.
- Laoveeravat P, Thavaraputta S, Vutthikraivit W, Suchartlikitwong S, Mingbunjerdsuk T, Motes A, Nugent K, Rakvit A, Islam E, Islam S. 2020. Proton pump inhibitors and histamine-2 receptor antagonists on the risk of pancreatic cancer: a systematic review and meta-analysis. QJM 113: 100-107.
- Lee, Hae-YOUNG, and Myung-Chan Cho. "The Medical Impact of Emergent Banning of N-nitrosodimethylamine (NDMA)-contaminated Antihypertensive Drug: A nationwide longitudinal cohort study." Journal of Hypertension 42.Suppl 1 (2024): e45-e46.
- Liu P, McMenamin UC, Johnston BT, Murchie P, Iversen L, Lee AJ, Vissers PAJ, Cardwell CR. 2020. Use of proton pump inhibitors and histamine-2 receptor antagonists and risk of gastric cancer in two population-based studies. Br J Cancer 123: 307-315.
- Mathes RW, Malone KE, Daling JR, Porter PL, Li CI. 2008. Relationship between histamine2-receptor antagonist medications and risk of invasive breast cancer. Cancer Epidemiol Biomarkers Prev 17: 67-72.
- Mansouri, Imène, et al. "N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users." Journal of the American Heart Association 11.24 (2022): e8067.
- McDowell RD, Hughes C, Murchie P, Cardwell C. 2021a. A systematic assessment of the association between frequently prescribed medicines and the risk of common cancers: a series of nested case-control studies. BMC Med 19: 22.
- McDowell RD, Hughes CM, Murchie P, Cardwell CR. 2021b. The effect of medications associated with drug-induced pancreatitis on pancreatic cancer risk: A nested case-control study of routine Scottish data. Cancer Epidemiol 71: 101880.
- Mills JG, Koch KM, Webster C, Sirgo MA, Fitzgerald K, Wood JR. 1997. The safety of ranitidine in over a decade of use. Aliment Pharmacol Ther 11: 129-137.
- Norgaard M, Andersen IT, Heide-Jorgensen U, Erichsen R, Rees JR, Karagas MR, Sorensen HT. 2022. Ranitidine and Risk of Bladder and Kidney Cancer: A Population-Based Cohort Study. Cancer Epidemiol Biomarkers Prev 31: 45-50.
- Peto, Richard, et al. "Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study." Cancer research 51.23_Part_2 (1991): 6415-6451.
- Pottegård, Anton, et al. "Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study." bmj 362 (2018).
- Rossing MA, Scholes D, Cushing-Haugen KL, Voigt LF. 2000. Cimetidine use and risk of prostate and breast cancer. Cancer Epidemiol Biomarkers Prev 9: 319-323.
- Sadakane A, French B, Brenner AV, Preston DL, Sugiyama H, Grant EJ, Sakata R, Utada M, Cahoon EK, Mabuchi K et al. 2019. Radiation and Risk of Liver, Biliary Tract, and

Pancreatic Cancers among Atomic Bomb Survivors in Hiroshima and Nagasaki: 1958-2009. Radiat Res 192: 299-310.

- Song HJ, Jeon N, Squires P. 2020. The association between acid-suppressive agent use and the risk of cancer: a systematic review and meta-analysis. Eur J Clin Pharmacol 76: 1437-1456.

- Song, Peng, Lei Wu, and Wenxian Guan. "Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: a meta-analysis." Nutrients 7.12 (2015): 9872-9895.

- Tan MC, El-Serag HB, Yu X, Thrift AP. 2018. Acid suppression medications reduce risk of oesophageal adenocarcinoma in Barrett's oesophagus: a nested case-control study in US male veterans. Aliment Pharmacol Ther 48: 469-477.

- Tannenbaum SR. A model for estimation of human exposure to endogenous Nnitrosodimethylamine. *Oncology.* 1980;37(4):232-235.

- Tran KT, McMenamin UC, Hicks B, Murchie P, Thrift AP, Coleman HG, Iversen L, Johnston BT, Lee AJ, Cardwell CR. 2018. Proton pump inhibitor and histamine-2 receptor antagonist use and risk of liver cancer in two population-based studies. Aliment Pharmacol Ther 48: 55-64.

- U08-3111-01. 1981. Ranitidine hydrochloride: 2 year oral tumorigenicity study in mice (CAR 009).

- U08-3112-01. 1981. Ranitidine hydrochloride: 114 week oral tumorigenicity study in mice (CAR 010).

- U08-3113-01. 1981. Ranitidine hydrochloride: Potential tumorigenicity of ranitidine hydrochloride in long term (life span) dietary administration to rats (125-129 weeks)  (A&H 88/801075).

- Vermeer IT, Pachen DM, Dallinga JW, Kleinjans JC, van Maanen JM. Volatile N-nitrosamine formation after intake of nitrate at the ADI level in combination with an amine-rich diet. *Environ Health Perspect.* 1998;106(8):459-463.

- Wang CH, Chen, II, Chen CH, Tseng YT. 2022. Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. Int J Environ Res Public Health 19.

- Yoo IK, Marshall DC, Cho JY, Yoo HW, Lee SW. 2021. N-Nitrosodimethylamine-contaminated ranitidine and risk of cancer in South Korea: a nationwide cohort study. Life Cycle 1:e1.

- Yoon HJ, Kim JH, Seo GH, Park H. 2021. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med 10.

- You SC, Seo SI, Falconer T, Yanover C, Duarte-Salles T, Seager S, Posada JD, Shah NH, Nguyen PA, Kim Y et al. 2023. Ranitidine Use and Incident Cancer in a Multinational Cohort. JAMA Netw Open 6: e2333495.

- Zeilmaker MJ, Bakker MI, Schothorst R, Slob W. Risk assessment of Nnitrosodimethylamine formed endogenously after fish-with-vegetable meals. *Toxicol Sci.* 2010;116(1):323-335.

- Zheng, Jiali, et al. "Dietary N-Nitroso compounds and risk of hepatocellular carcinoma: a USA-based study." Hepatology 74.6 (2021): 3161-3173.

**EXPERT REPORTS:**
- Expert Report of Lewis A. Chodosh, M.D., Ph.D. with Exhibits, dated August 2, 2021
- Expert Report of Lewis A. Chodosh, M.D., Ph.D. with Exhibits, dated January 12, 2022
- Expert Report of Fareeha Siddiqui, M.D. with Exhibits, dated March 10, 2025
- Expert Report of William R. Sawyer, Ph.D. with Exhibits, dated March 10, 2025

**WEBSITES:**
- American Cancer Society, 2024 Facts and Figures, https://www.cancer.org/content/dam/cancer-org/research/cancer-facts-and-statistics/annual-cancer-facts-and-figures/2024/2024-cancer-facts-and-figures-acs.pdf
- European Medicines Agency, EMA Confirms recommendation to suspend all rantidine medicines in the EU, May 1, 2020, https://www.ema.europa.eu/en/medicines/human/referrals/ranitidine-containing-medicinal-products#:~:text=EMA%20confirms%20recommendation%20to%20suspend,N%2Dnitrosodimethylamine%20(NDMA).
- European Medicines Agency, Assessment Report, Referral under Article 31 of Directive 2001/83/EC; INN: ranitidine; Procedure number: EMEA/H/A-31\1491, https://www.ema.europa.eu/en/documents/referral/ranitidine-article-31-referral-assessment-report_en.pdf
- National Cancer Institute, "Liver Cancer Causes, Risk Factors, and Prevention", May 15, 2024, https://www.cancer.gov/types/liver/what-is-liver-cancer/causes-risk-factors
- National Toxicology Program. Report on Carcinogens Monograph on Trichloroethylene: RoC Monograph 05 [Internet]. Research Triangle Park (NC): National Toxicology Program; January 6, 2015, Liver Cancer, https://www.ncbi.nlm.nih.gov/books/NBK575891/
- U.S. Food & Drug Administration, FDA Statement on the FDA's ongoing investigation into valsartan and ARB class impurities and the agency's steps to address the root causes of the safety issues, January 25, 2019, https://www.fda.gov/news-events/press-announcements/fda-statement-fdas-ongoing-investigation-valsartan-and-arb-class-impurities-and-agencys-steps
- U.S. Food & Drug Administration, FDA Statement, Statement on new testing results, including low levels of impurities in ranitidine drugs, https://www.fda.gov/news-events/press-announcements/statement-new-testing-results-including-low-levels-impurities-ranitidine-drugs
- U.S. Food & Drug Administration, FDA News Release: FDA requests removal of all ranitidine products (Zantac) from the market, April 1, 2020, https://www.fda.gov/news-events/press-announcements/fda-requests-removal-all-ranitidine-products-zantac-market
- U.S. Food & Drug Administration, Laboratory Test | Ranitidine, Laboratory analysis of ranitidine and nizatidine products, November 1, 2019, https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-ranitidine
- U.S. SEER Data, Cancer Stat Facts: Liver and Intrahepatic Bile Duct Cancer, https://seer.cancer.gov/statfacts/html/livibd.html

# Exhibit C

Testimony List – Lewis A. Chodosh, M.D., Ph.D.
4/6/2021 – 4/5/2025

1. Valsartan Products Liability Litigation, MDL 2875 (deposition) – 9/29/2021-9/30/2021

2. Valsartan Products Liability Litigation, Medical Monitoring Class Action Complaint (deposition) – 3/10/2022

3. Willowbrook Ethylene Oxide Litigation, (IL) (deposition) - 5/5/2022

4. Ranitidine Products Liability Litigation, MDL 2924 (deposition) – 5/12/2022

5. In re Zantac (Ranitidine) Bayer, et al., v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., (IL) (deposition) – 6/24/2022

6. In re Zantac (Ranitidine) Litigation (Superior Court of Delaware) (deposition) – 10/23/2023

7. McLendon v. Becton, Dickinson and Company (Gwinnett County, GA) (deposition) – 3/29/2024

8. Walker v. Becton, Dickinson and Company (Gwinnett County, GA) (deposition) – 12/6/2024

9. Sadler v. Banner Supply Co., et al. (Miami-Dade, FL) (deposition) – 12/30/2024

DR. LEWIS CHODOSH 000294