UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having been brought before the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.'s ("Defendants'") motion for summary judgment, in the above-captioned case, and for good cause shown;

**IT IS** on this _____ day of _____, 2025 hereby

**ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is hereby **GRANTED**;

And

2. All of Plaintiff's claims in the above-captioned case are hereby dismissed **WITH PREJUDICE**.

_____
Honorable Renée Marie Bumb, U.S.D.J.

1