# EXHIBIT C

Page 1

```
 1         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY
 2               CAMDEN VICINAGE
                 MDL NO. 2875
 3
 4   IN RE: VALSARTAN, LOSARTAN,    :
     AND IRBESARTAN PRODUCTS        :
 5   LIABILITY LITIGATION           :
                                    :
 6                                  :
     THIS DOCUMENT RELATES TO       :
 7   Gaston Roberts et al. v.       :
     Zhejiang Huahai                :
 8   Pharmaceutical Co., et al.,    :
                                    :
 9                                  :
     Case No. 1:20-cv-00946-RMB-SAK :
10                                  :
                                    :
11
12
13         Videotaped remote deposition of
14   NADIM MAHMUD, M.D., taken in the above-entitled
15   matter before Suzanne J. Stotz, a Certified
16   Court Reporter (License No. 30XI00184500) and
17   Notary Public of the State of New Jersey,
18   taken on Friday, May 2, 2025, commencing at
19   9:03 a.m. EDT.
20
21
22
23
24
25
```

Page 122

```
 1   something is oftentimes based, first, on
 2   animal studies.  Is there anything
 3   potentially relevant to humans to justify
 4   doing a study.
 5         You know, my recollection is that
 6   there are studies for -- for each of the
 7   things I mentioned, but I -- you know, I
 8   can't -- I can't speak to the strength of
 9   them off the top of my head.  I'd have to
10   review them again.
11   BY MR. VAUGHN:
12     Q.   Do you have an opinion if there's
13   more literature or less literature on benzene
14   causing liver cancer in humans than NDMA?
15         MS. ROSE:  Object to the form.
16         THE WITNESS:  No, I don't have an
17   opinion on that.  I -- I haven't reviewed
18   the literature with respect to benzene
19   inasmuch depth as I have with NDMA as
20   pertain- -- pertaining to this case.
21         But I do recall that there are some
22   studies.  I can't speak to the volume or
23   depth of them.
24   BY MR. VAUGHN:
25     Q.   Okay.  And then on this web page we
```

Page 123

```
 1   were on, it has common liver diseases; and it
 2   has cirrhosis as a link.
 3         MR. VAUGHN:  If you'd go ahead and
 4   drop the cirrhosis one, Kathryn, that will
 5   be Exhibit 5.
 6         (Whereupon, Exhibit 5, Penn
 7   Medicine Cirrhosis - Symptoms and Causes,
 8   was marked for identification.)
 9         MS. AVILA:  Okay.  It should be in
10   there.
11         MR. VAUGHN:  Okay.
12   BY MR. VAUGHN:
13     Q.   And for -- the definition of
14   cirrhosis is scarring of the liver and poor
15   liver function.
16         Do you agree with that definition
17   of cirrhosis?
18     A.   I -- I think it's a very, probably,
19   oversimplified definition of cirrhosis for the
20   purpose of the lay public.
21         I think I've already given you my
22   definition of cirrhosis, but, you know, I think
23   for -- for simplicity and communicating it to a
24   patient who might be visiting this website, I
25   think it's a -- it's a rudimentary layperson
```

Page 124

```
 1   summary.
 2     Q.   And for -- for the layperson, it
 3   would be two things, the scarring of the liver
 4   plus the poor liver function to have cirrhosis,
 5   correct?
 6         MS. ROSE:  Object to the form.
 7         THE WITNESS:  Yes.  So I mean, I --
 8   I disagree a little bit with the
 9   characterization there because, as I've
10   stated before, you can have cirrhosis
11   without having clear evidence of
12   derangement of liver synthetic function.
13   Oftentimes, that is seen later in the
14   progression of cirrhosis.
15         You know, perhaps -- again, I don't
16   know who makes this website or who's
17   responsible for the content, but, you
18   know, I'm not responsible.  I -- I
19   don't -- I don't write this myself.  You
20   know, Penn Medicine -- I have no idea who
21   actually writes this.
22         But I -- I assume it's filtered
23   through a lens to make this very
24   simplistic for patients to just broadly
25   understand what cirrhosis often means.
```

Page 125

```
 1         And so yes, it means scarring of
 2   the liver, and it can mean poor liver
 3   function; but as I've stated previously,
 4   you can have cirrhosis and actually have
 5   relatively reserved liver synthetic
 6   markers on your blood work.
 7   BY MR. VAUGHN:
 8     Q.   And so do you disagree with the
 9   information that Penn Medical is putting out to
10   the public?
11         MS. ROSE:  Object to the form.
12         THE WITNESS:  Like I said, I think
13   that my -- my understanding and nuanced
14   understanding of cirrhosis as a clinician
15   goes much more beyond what, you know, this
16   website is communicating to patients.
17         I think that, likely, they're
18   trying to keep things very simple to
19   provide at a high level, you know, some
20   understanding of what these medical terms
21   may generally mean.
22         I don't think their intention is
23   likely to be extremely detailed about the
24   technical definitions of cirrhosis.
25
```

Page 190

1  Historically, we do -- we -- we
2  don't -- usually once we make a diagnosis of
3  cirrhosis, we regard the patient to have
4  cirrhosis moving forward, and we manage them
5  with the assumption that there is cirrhosis.
6       There are some scenarios like very
7  specific scenarios, where patients may have
8  some improvement in their -- their estimated
9  fibrosis, very, very specific scenarios.  And
10 one scenario is Hepatitis C virus.  That's
11 probably the best studied one where a patient
12 has chronic Hepatitis C.  They develop
13 cirrhosis, and then they're treated with a
14 medication that can cure the Hepatitis C
15 entirely.
16      Those medications were, you know,
17 developed in, like 2015, 2016.  And so now
18 we're able to cure Hepatitis C, and we've
19 observed over the past decade or so in
20 following these patients, that some of those
21 patients might go from F4, which is cirrhosis,
22 to F3.
23      The reason why I say it's a pretty
24 exceptional circumstance is a lot of those
25 patients the only reason -- the only cause of

Page 191

1  their liver disease was Hepatitis C, and
2  there's a very abrupt -- abrupt and complete
3  removal of that underlying cause of liver
4  disease.  So that doesn't really translate
5  to -- to MASLD and MASH for the vast majority
6  of patients where, you know, to achieve that
7  abrupt transition, you need to have substantial
8  and sustained weight loss, which unfortunately,
9  is very tough for patients to the achieve.
10     MR. VAUGHN:  Nina, I'm at a great
11 spot for a break if you want to do lunch
12 now.
13     MS. ROSE:  Yeah.
14     Does that work for you, Doctor?
15     THE WITNESS:  Yeah.
16     THE VIDEOGRAPHER:  Off the record,
17 12:45.
18     (Whereupon, a lunch was taken.)
19     THE VIDEOGRAPHER:  We are back on
20 the record at 1:25 p.m.
21 BY MR. VAUGHN:
22  Q.  Welcome back, Doctor.
23  A.  How are you doing?
24  Q.  Good.  Earlier we were talking
25 about how platelet counts are part of the CBC,

Page 192

1  correct?
2  A.  Yes.
3  Q.  And would thrombocytopenia be an
4  abnormal CBC result?
5  A.  Yes, generally.  Yeah.  If the
6  platelet count's less than 150, that would be
7  regarded to be an abnormal CBC.
8  Q.  I want to go back to your expert
9  report, which was Exhibit 1.  I'll go ahead and
10 screenshare it, but feel free to look at it
11 yourself as well.
12 A.  Okay.
13 Q.  I want to go to page 18 right now.
14 I, first, want to direct you to this part of
15 your opinion, which is, "Cirrhosis refers to
16 significant scar tissue that impairs liver
17 function."
18     You agree with that, correct?
19 A.  Yes.
20 Q.  Okay.  And that -- and that is what
21 Penn Medical is saying as well, correct, that
22 it's both the scar tissue plus the impaired
23 liver function?
24 A.  Yes.
25 Q.  Okay.  And then you start talking

Page 193

1  about FIB-4.
2       Is that what you were discussing
3  earlier as far as being able to diagnose
4  cirrhosis with?
5       MS. ROSE:  Objection to the form.
6       THE WITNESS:  Yeah.  Not -- not --
7  not in and of itself to diagnose the
8  cirrhosis, but as a tool to risk
9  stratify -- risk stratify patients with
10 chronic liver disease who may require
11 further testing to -- to rule in or rule
12 out cirrhosis.
13 BY MR. VAUGHN:
14 Q.  And within Mr. Roberts' medical
15 records, does it ever mention FIB-4?
16 A.  I did not see any mentions of
17 FIB-4.
18 Q.  And you note that a FIB-4 of less
19 than 1.3 effectively rules out advanced
20 fibrosis.
21     Can you explain that?
22 A.  Sure.  So if you calculate the
23 FIB-4 for a patient, again, based on the age,
24 AST, ALT, and platelet count, if you get a very
25 low number, less than 1.3, that -- that patient

Page 354

1  You know, we talked about the stage of
2  cancer that he was diagnosed with. It's
3  really important to highlight that when he
4  was diagnosed in, you know, April -- you
5  know, July/April of 2018, he did not have
6  early stage hepatocellular carcinoma. He
7  had multiple lesions. There were two
8  lesions that were clear -- clearly
9  LI-RADS 5 lesions that were, you know,
10 HCC, the largest of which, from my
11 recollection, was 5.8 centimeters in
12 diameter.
13     You don't get a 5.8-centimeter
14 diameter HCC overnight. That does not
15 occur quickly. That takes a long time to
16 get there, to that size. And fortunately,
17 this is something that's been studied in
18 great detail across many studies. There's
19 a lot of interest in understanding growth
20 rates of HCC so we can understand what to
21 expect in patients and how to
22 prognosticate.
23     And in my expert report, you know,
24 I cite the literature, and I give the
25 different ranges, the average tumor volume

Page 355

1  doubling time, the extreme cases of very
2  aggressive growth and -- and very slow
3  growth. And I ran simulations for all of
4  those.
5      And no matter what assumption you
6  take, even if I assumed the most
7  aggressive form of hepatocellular
8  carcinoma with the fastest growth rates
9  that are observed in -- in -- you know, in
10 multiple observational studies,
11 Mr. Roberts would have already had HCC in
12 his liver prior to the time he was first
13 exposed to NDMA-contaminated Valsartan.
14     So there's no plausible way you can
15 say that NDMA, regardless of the dose,
16 could have caused it if it's already
17 there. So the temporality is -- is a
18 really key point in this case and one that
19 we didn't really talk about explicitly.
20     But I have to highlight it in the
21 context of this to explain why my opinion
22 doesn't change. Even if he had,
23 hypothetically, had a higher dose exposure
24 to NDMA, my view is that his cancer was
25 already there.

Page 356

1  BY MR. VAUGHN:
2     Q.  Understood. And I was planning to
3  get to it if we had time in the deposition.
4     What's the fastest growth rate for
5  HCC?
6     A.  Yeah. So, you know, we look at
7  this mostly in terms of tumor volume doubling
8  time. I'm pulling up my report to give you
9  very precise numbers.
10    Okay. So tumor volume doubling
11 time, again, these are -- these estimates are
12 aggregated. It's actually coming from a
13 meta-analysis of many different studies to get
14 as accurate of representation of the range of
15 growth rates as possible.
16    The most -- so if you take the
17 95-percent kind of confidence interval in terms
18 of one extreme to the other, the most sort of
19 aggressive growth rates are on the scale of
20 3.9 months for tumor volume doubling time.
21    And so I have table where I kind of
22 go through these calculations. The average is
23 about 4.6 months for tumor volume doubling
24 times, and the slower one are 5.3 months of
25 tumor volume doubling time.

Page 357

1     Q.  So 3.9 months is the quickest
2  doubling time of HCC?
3     A.  Tumor volume doubling time, yes.
4     Q.  Is it your opinion that NDMA cannot
5  cause cirrhosis?
6     A.  So I think, you know, in -- in
7  animal literature, you know, at a sufficiently
8  high dose, you know, I do think that NDMA can
9  likely cause hepatic fibrosis and likely
10 cirrhosis, you know, in, you know, rodent
11 studies, for instance. But I don't think
12 that's been demonstrated to any sufficient
13 degree in humans.
14    Q.  Did you search for that?
15    A.  Yes.
16    Q.  What -- where -- what did you
17 search?
18    A.  Yeah. So I had a range of
19 different searches. You know, I looked for,
20 you know, NDMA, you know, liver fibrosis,
21 liver, obviously hepatocellular carcinoma. I
22 looked, you know, nitrosamine, you know, liver
23 cirrhosis, hepatocellular carcinoma.
24    I did this specifically because in
25 the -- the plaintiff expert witness report, she

Page 410

```
 1   A.   That's okay.  Go ahead.
 2   Q.   What does the word "indolent" mean?
 3   A.   Sorry.  Where are you looking?
 4   Q.   I'm not looking at the study.
 5        Are you familiar with the word
 6   "indolent"?
 7   A.   Indolent.  Yes.
 8   Q.   Indolent.  Sorry.
 9        What does that mean?
10   A.   Yeah.  Indolent generally means,
11   you know, very slow growing or not -- you know,
12   it's something on that spectrum.  Not really --
13   not actively showing significant growth or very
14   slow growing.  That's usually how indolent is
15   used.
16   Q.   Can you see here in the study side
17   where they talk about rapidly growing tumors
18   among studies conducted in Asia -- sorry, in
19   recent studies with diverse liver disease
20   etiologies reported more indolent growth among
21   patients with nonviral liver disease.
22        What is "nonviral liver disease"?
23   A.   Nonviral means not related to
24   Hepatitis B or Hepatitis C.
25   Q.   And so HCCs that are not related to
```

Page 411

```
 1   Hep A or -- sorry.  Scratch that.
 2        HCCs that are not related to Hep B
 3   or Hep C typically grow slower, correct?
 4   A.   Yes.  I'd say so.
 5   Q.   And the study authors say that's
 6   particularly important in the western world.
 7        That's here in the United States
 8   right, the "western world"?
 9   A.   Yes.
10   Q.   Where -- where HCC is increasingly
11   related to nonviral etiologies such as NASH and
12   alcohol-related cirrhosis.
13        And so is this saying that HCC that
14   is related to NASH is typically slow-growing?
15   A.   Yes.  That's --
16        MS. ROSE:  Object to the form.
17        THE WITNESS:  It's fair to say that
18   HCC in NASH is typically more slow-growing
19   than what you would observe in viral
20   hepatitis-related HCC.
21   BY MR. VAUGHN:
22   Q.   And it's your opinion that
23   Mr. Roberts' HCC is related to NASH, correct?
24   A.   Yes.  My opinion is that HCC in
25   Mr. Roberts' case -- well, it's -- it's related
```

Page 412

```
 1   to -- again, there's multiple risk factors, but
 2   I think the primary one is his MASH-related
 3   cirrhosis.  Yeah.
 4        So I mean, but -- but I think we
 5   were highlighting his -- he's more likely to
 6   have a slow-growing tumor.  So -- so there's
 7   less reason to assume that he would have
 8   extremely rapid growth.
 9        He's more likely to be on the side
10   of the distribution of a slow-growing tumor,
11   which, again, is modeled in that table I showed
12   you.  So if we took, you know, the assumption
13   of slow growth, which is 5.3 months, then we
14   absolutely would have expected that he -- you
15   know, he would have had, you know, lesions in
16   the liver at that time.
17        So I think that's, once again,
18   consistent with what I'm -- what I'm modeling
19   here.
20   Q.   And so if we go with the slow
21   growth, which would be what you would expect
22   with HCC from someone with NASH, when the
23   radiology report from 4/18/16 was done, he
24   should have nearly a 2-centimeter tumor at that
25   time, right?
```

Page 413

```
 1        MS. ROSE:  Object to the form.
 2        THE WITNESS:  So look, these are
 3   not guaranteed -- guarantees.  There's
 4   variation within every etiology of liver
 5   disease.  It's not like every single
 6   patient with NASH-related cirrhosis will
 7   have a growth rate of 5.3 centimeters.
 8   There's inherent variability based on
 9   myriad factors.
10        So, you know, all this is
11   communicating is that it's more likely
12   than not that he already had
13   hepatocellular carcinoma present in the
14   liver when he was first exposed to NDMA.
15        There's going to be variation in
16   what the actual size of the lesions might
17   have been.  There's -- and, of course,
18   there's error introduced by the assumption
19   of a sphere.
20        So this is not a perfect
21   prediction.  But in the plausible ranges
22   of where most patients fit -- and in
23   particular patients with NASH or
24   MASH-related cirrhosis, as you've
25   highlighted, where the tumors grow more
```

104 (Pages 410 - 413)