# EXHIBIT D

# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF NEW JERSEY
 3                    CAMDEN VICINAGE
 4
 5    _____
                                    )
 6    IN RE: VALSARTAN, LOSARTAN,   )
      AND IRBESARTAN PRODUCTS       )
 7    LIABILITY LITIGATION          )
                                    )
 8                                  ) MDL No. 2875
      THIS DOCUMENT RELATES TO:     ) Case No. 1:20-cv-00946-RB-KJS
 9    Gaston Roberts et al., V.     )
      Zheijang Huahai               )
10    Pharmaceutical Co., et al.    )
                                    )
11    _____)
12
13
14
15          REMOTE VIDEOTAPED DEPOSITION OF
16               FAREEHA SIDDIQUI, M.D.
17              Tuesday, April 29, 2025
18                    Volume I
19
20
21
22    Reported by:
      ALEXIS KAGAY
23    CSR No. 13795
24    Job No. 7344551
25    PAGES 1 - 342
```

Veritext Legal Solutions
800-227-8440                                                973-410-4040

Page 190

1  So I think that's why I didn't even put that
2  in, because I put that in later saying that there
3  was a plan to start radiation because when you
4  autopopulate, they're using EMR, they're using
5  electronic medical records, and they're         01:53:42
6  constantly -- they're all autopopulating.
7       So they're not going to go back and ask
8  everything, ask all the exposures, what they do in
9  the limited amount of time that they have -- and
10 they are excellent doctors -- what they do, is they   01:53:59
11 autopopulate and get to what they need to do and the
12 focus of that the day is, this patient is sick, he
13 needs treatment, what do we need to do?
14      So I don't discount anything he's written.
15 All I'm saying is this is exactly happened.  It's an   01:54:09
16 autopopulated past medical history and he doesn't
17 have the benefit that I do of looking at everything.
18 BY MS. ROSE:
19   Q  Doctor, have you spoken with Dr. Jacob in
20 connection with forming your opinions in this case?    01:54:25
21   A  No, I have not.
22   Q  Okay.  And so you don't know that the
23 impression and plan written here in which it is
24 stated that there's a "63-year old CM with HCC
25 arising out of NASH cirrhosis" was something that     01:54:40

Page 191

1  was autopopulated and that Mr. -- Dr. Jacob did not
2  write; is that correct?
3    A  So --
4       MR. NIGH:  Form objection.
5       THE WITNESS:  So I don't know what happened   01:54:50
6  on that day and in this note and by this doctor, but
7  what I do know that is most systems now, especially
8  university systems, use electronic medical records
9  that autopopulate.
10      And most of those -- I can even -- you know,   01:55:03
11 everyone knows what those ERMs are and everyone
12 knows how it's done.  I don't know what happened,
13 but I have a very good guess.  I can -- a very high
14 probability that all these things that you're
15 reading in the impression and plan, even if they're   01:55:16
16 written, even "CM," Caucasian male, right?  Even if
17 that stuff is written by him, and all that stuff is
18 written by him, I can tell you, I'm very confident
19 about it, that the goal for that doctor that day, if
20 we keep it in context, was to treat the sick     01:55:35
21 patient.
22      It was not to go over his entire history from
23 his teenage years to now and look at the risk
24 factors that caused it.  I can tell you that I'm
25 extremely sure of that.  The goal was to treat this   01:55:47

Page 192

1  patient and he did appropriately.
2  BY MS. ROSE:
3    Q  You -- you discount this statement in the
4  medical records that that Mr. Roberts' HCC was
5  arising out of NASH cirrhosis based on an assumption   01:55:59
6  that that phrase was autopopulated and not written
7  by the doctor.  Is that what you're saying?
8    A  No, I'm not --
9       MR. NIGH:  Form objection.  Mischaracterizes
10 testimony, and asked and answered multiple times.   01:56:10
11      You can answer.
12      THE WITNESS:  I do not -- I do not -- sorry,
13 what did you say?  Whatever -- whatever you said, if
14 you could repeat that because I did not say that.
15 BY MS. ROSE:                            01:56:22
16   Q  Okay.  Well, we can leave it at that.  All
17 right.  So Doctor, I just want to follow-up on
18 cirrhosis.
19      So I believe that it's your opinion that it
20 doesn't make sense that the features of cirrhosis    01:56:41
21 identified on the April 2016 scan could progress to
22 HCC in the time period from April 2016 to
23 August 2018; is that correct?
24   A  So based on my review of Mr. Roberts, a
25 thorough review of his medical notes, his past      01:57:08

Page 193

1  medical history, based on the literature that I
2  read, Mr. Roberts didn't have any aggressive risk
3  factors.
4       The risk factors that he had, which I listed,
5  would have been captured on that 2016 CAT scan as    01:57:24
6  that cirrhosis, that was mild enough not even to be
7  called cirrhosis.
8    Q  Did you agree that, Dr. Mele, plaintiff's
9  expert in this case, states that on the 20 --
10 sorry -- on the April 2016 CT scan, there was      01:57:47
11 features of cirrhosis present; correct?
12   A  Oh, yes.  I'm not discounting that.  I'm not
13 discounting what the radiologists are saying.
14 They're excellent radiologists and they said that.
15      Now, however, again, I would say cirrhosis is   01:58:00
16 an evolution and is a dynamic chronic disease and
17 ==even if there were signs of cirrhosis in the liver==
18 ==radiologically, physically, he did not have those==
19 ==signs and he was, in fact -- I would again state==
20 ==that everything put together was, in my opinion, so==   01:58:22
21 ==mild that he wasn't even given a diagnosis of==
22 ==cirrhosis at that time, even with those findings on==
23 ==the scans.==
24   Q  I want to talk about some of the other risk
25 factors for HCC that you say you ruled out as       01:58:35

Page 242

1  So I'm asking the follow-up question, if
2  Mr. Roberts had diabetes in 2007, is there any basis
3  to rule out that -- his diabetes as potential cause
4  of his HCC?
5      MR. NIGH:  Form objection.                   03:28:37
6      THE WITNESS:  So this is how I would look at
7  it, in my opinion.
8      So if I have these -- what's presented --
9  what's presented to me and it's a hypothetical --
10  hypothetical question, it's completely -- and      03:28:48
11  hypothetically and everything else is the same;
12  right?
13  Q  Oh, I -- I don't think this is really a
14  hypothetical question because there is an indication
15  of diabetes, so I'm asking if you said that this    03:28:58
16  note could be interpreted multiple ways, I believe.
17  A  Yes.
18  Q  So if this note indicates that Mr. Roberts
19  had been diagnosed with diabetes in 2007, what is
20  your basis to rule out his diabetes as a potential  03:29:11
21  cause of his HCC?
22  A  I see.  Okay.
23      MR. NIGH:  Form objection.
24      THE WITNESS:  So 2007 -- 2007, we have a note
25  pointing towards diabetes mellitus, we also have    03:29:24

Page 243

1  another note questioning diabetes mellitus and we
2  have no evidence of medication usage.
3      So if we make the assumption based on that
4  one note that says "DM" that there was diabetes
5  mellitus, we can also make the assumption then that 03:29:36
6  it was low-grade diabetes mellitus or diabetes
7  mellitus that was not treated because he wasn't put
8  on medication.
9      At least that's my understanding of it.
10     And then in 2016, we fast forward to 2016,  03:29:47
11  where we talk about the fact that he had recently
12  been diagnosed with diabetes mellitus and started on
13  Metformin, et cetera.
14     Ultimately, whenever he was diagnosed with
15  the diabetes, if we are looking at diabetes in the  03:30:02
16  context of hepatocellular carcinoma, the way -- and
17  we looked at it in the studies that you also shared
18  with me.
19     If we look at diabetes in the context of
20  hepatocellular carcinoma, it's a chronic disease in 03:30:15
21  progression.  Diabetes, under an umbrella of
22  metabolic syndrome or MASLD, that then leads to
23  increased insulin resistance, increased cytokine,
24  mediated inflammation, increased -- basically
25  proinflammatory markers, which then leads to        03:30:37

Page 244

1  fibrosis, which then can over time lead to
2  cirrhosis, which then over nearly a decade as I had
3  mentioned, can lead to HCC.
4      And all of that, all of that, again, I would
5  say would have been picked up in 2016, so if we     03:30:53
6  start looking in 2016, again, we have in -- with
7  ==this plaintiff, we have a 2016 scan that does not==
8  ==diagnose it -- diagnose him with cirrhosis; yes?==
9  ==There are markers of, you know, radiological markers==
10 ==of cirrhosis, but there's no clinical marker of==    03:31:15
11 ==cirrhosis.==
12      So whenever the diagnosis was of diabetes and
13  whenever treatment started, the fact is that in
14  2016, he didn't have any clinical -- any clinical
15  signs of cirrhosis.  He didn't.  Which then, again, 03:31:30
16  calls into question the fact that within 2 years,
17  for 2016, 2018, he then had obvious signs of
18  cirrhosis and multiple huge liver lesions consistent
19  with aggressive HCC.
20      So for me, no, it would not change -- I would 03:31:51
21  still rule the IBTs out as a risk factor for this
22  patient, for Mr. Roberts, for this plaintiff.  I
23  assume -- of course, IBT, there's a risk factor
24  for -- you know, in general we can discuss that, but
25  for Mr. Roberts, I would rule it out as a risk      03:32:09

Page 245

1  factor based on what I just explained.
2  Q  You just mentioned clinical markers of
3  cirrhosis.  What are the clinical markers of
4  cirrhosis?
5  A  I think I -- I didn't say -- I think I said   03:32:21
6  clinically.  If I said clinical markers, what I
7  meant was clinically.
8  Q  Okay.  I am reading the transcript.  You
9  said, "The fact is that in 2016, he didn't have any
10  clinical -- any clinical signs of cirrhosis."  Hold 03:32:43
11  on, I think you said something earlier.
12      You also said, "We have a 26 scan, that does
13  not diagnose it -- diagnose him with cirrhosis, yes.
14  There are markers of, you know, radiological markers
15  of cirrhosis, but there's no clinical marker of     03:33:04
16  cirrhosis."
17      So I wanted to know what are the clinical
18  markers of cirrhosis?
19  A  Sorry --
20      MR. NIGH:  Form objection.                   03:33:11
21      THE WITNESS:  So let me just -- let me
22  just -- I think I -- I wasn't specifically -- when I
23  was explaining it to you, I wasn't specifically
24  talking about clinical markers, I was talking about
25  clinically, he doesn't have it.  So yeah, I wasn't  03:33:24

| | Page 314 | | Page 316 |
|---|---|---|---|
| 1 | MR. NIGH: Form objection. | 1 | A "For the purposes of this report, I reviewed |
| 2 | BY MS. ROSE: | 2 | the general causation report of Dr. Hecht, |
| 3 | Q I was trying to verify. I was asking if you | 3 | Dr. Plunkett, Dr. Etminan, Dr. Madigan, Dr. Lagan, |
| 4 | had the belief that HCC caused -- sorry, if you had | 4 | Dr. Najafi and Dr. Panigrahy, and the specific |
| 5 | the belief that NDMA caused HCC as of November 2024.  05:28:47 | 5 | causation report of Dr. Sawyer and Dr. Mele."  06:02:10 |
| 6 | MR. NIGH: Form objection. | 6 | Q Okay. Does this help refresh your memory as |
| 7 | THE WITNESS: I'm not sure about the dates | 7 | to whether or not you reviewed these reports before |
| 8 | and the timings because these are thought processes | 8 | submitting your final report? |
| 9 | and you're going and reading through so much. Also, | 9 | A Yes, I reviewed them before submitting my |
| 10 | as far as testimony, it's a very high intense thing  05:29:04 | 10 | final report.  06:02:27 |
| 11 | and if I say not currently, that means right there | 11 | Q And doctor, you mentioned many times during |
| 12 | and then I can't think of an answer for him. | 12 | questions that that's your holistic approach in this |
| 13 | However, I have been reading for years, I've | 13 | case, do you remember that? |
| 14 | been going over medical histories for years, so I've | 14 | A I do. |
| 15 | been basing -- whatever we've talked about today is  05:29:23 | 15 | Q And part of the support in your case would be  06:02:34 |
| 16 | based on years of treating HCC. It's based on a | 16 | the review of these expert reports; correct? |
| 17 | thorough literature review. It's based on a | 17 | MS. ROSE: Object to the format. |
| 18 | thorough animal study review and EP review. And I | 18 | THE WITNESS: It is. |
| 19 | believe that Mr. Roberts' HCC was caused by NDMA. | 19 | BY MR. NIGH: |
| 20 | Q And did you have that belief as of  05:29:45 | 20 | Q Now doctor, part of your support of your  06:02:45 |
| 21 | November 2024? | 21 | opinions would be the review of these general |
| 22 | MR. NIGH: Form objection. | 22 | causation of expert and specific causation expert |
| 23 | THE WITNESS: I can't recall that. | 23 | reports that are listed in this paragraph; correct? |
| 24 | MS. ROSE: Okay. All right. I don't have | 24 | MS. ROSE: Object to the format. |
| 25 | any more questions, thank you Dr. Siddiqui.  05:29:58 | 25 | THE WITNESS: Correct.  06:02:57 |

| | Page 315 | | Page 317 |
|---|---|---|---|
| 1 | THE WITNESS: Thank you. | 1 | BY MR. NIGH: |
| 2 | MR. NIGH: Okay. Will do -- we need to take | 2 | Q Doctor, you were asked questions about |
| 3 | a break here. | 3 | surveillance for cirrhosis and guidelines for this, |
| 4 | THE VIDEOGRAPHER: Okay. The time is | 4 | do you remember that? |
| 5 | 5:29 p.m. We're going off the record.  05:30:07 | 5 | A Yes.  06:03:06 |
| 6 | (Recess.) | 6 | Q And doctor, generally speaking, those |
| 7 | THE VIDEOGRAPHER: The time is 6 o'clock p.m. | 7 | guidelines would be for patients who are diagnosed |
| 8 | and we are back on the record. | 8 | with cirrhosis; correct? |
| 9 | BY MR. NIGH: | 9 | MS. ROSE: Object to the form. |
| 10 | Q Hi, Doctor. My -- my name is Daniel Nigh. I  06:01:23 | 10 | THE WITNESS: Correct.  06:03:17 |
| 11 | wanted to ask you a few questions. | 11 | BY MR. NIGH: |
| 12 | A Thank you. | 12 | Q Doctor, I want to talk about cirrhosis. You |
| 13 | Q At the beginning of the deposition, you were | 13 | were asked a lot of questions about cirrhosis and |
| 14 | asked if you reviewed Dr. Mele's report. | 14 | the radiologist's opinions, do you recall that? |
| 15 | Do you remember that?  06:01:36 | 15 | A I do.  06:03:36 |
| 16 | A Yes. | 16 | Q Okay. And doctor, when you're looking at |
| 17 | Q And you weren't sure of the exact date that | 17 | cirrhosis, you considered both the radiological |
| 18 | you had reviewed Dr. Mele's report. | 18 | signs and the clinical symptoms; correct? |
| 19 | Do you remember that? | 19 | MS. ROSE: Object to the form. |
| 20 | A Yes.  06:01:41 | 20 | THE WITNESS: Correct.  06:03:47 |
| 21 | Q Okay. Doctor, I want to turn your attention | 21 | BY MR. NIGH: |
| 22 | to page 1 of your expert report, underneath "Heading | 22 | Q And why is that? |
| 23 | of Specific Causation." | 23 | A Because everything has to be taken in |
| 24 | A Yes. | 24 | totality. The radiological signs and the physical |
| 25 | Q Can you read the last sentence there?  06:01:52 | 25 | or clinical signs have to be put together to make a  06:04:02 |