# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2                  CAMDEN VICINAGE
                  MDL NO. 2875
3

4    IN RE: VALSARTAN, LOSARTAN,    :
    AND IRBESARTAN PRODUCTS         :
5    LIABILITY LITIGATION           :
                                    :
6                                   :

    THIS DOCUMENT RELATES TO        :
7    Gaston Roberts et al. v.       :
    Zhejiang Huahai                 :
8    Pharmaceutical Co., et al.,    :
                                    :
9                                   :

    Case No. 1:20-cv-00946-RMB-SAK:
10                                  :
                                    :
11

12

13           Videotaped remote deposition of

14    NADIM MAHMUD, M.D., taken in the above-entitled

15    matter before Suzanne J. Stotz, a Certified

16    Court Reporter (License No. 30XI00184500) and

17    Notary Public of the State of New Jersey,

18    taken on Friday, May 2, 2025, commencing at

19    9:03 a.m. EDT.

20

21

22

23

24

25

Page 2

1  A P P E A R A N C E S :
2
3    (Via videoconference)
     NIGH, GOLDENBERG, RASO & VAUGHN, PLLC
4    BY:  DANIEL A. NIGH, ESQ.
     BY:  C. BRETT VAUGHN, ESQ.
5    BY:  KATHRYN AVILA, ESQ.
     BY:  STEPHANIE IKEN, ESQ.
6    14 Ridge Square NW, Third Floor
     Washington, D.C. 20016
7    (202) 792-7927
     dnigh@nighgoldenberg.com
8    bvaughn@nighgoldenberg.com
     avila@nighgoldenberg.com
9    siken@nighgoldenberg.com
     Attorneys for the Plaintiffs
10
11
     (Via videoconference)
12   KIRKLAND & ELLIS LLP
     BY:  NINA R. ROSE, P.C.
13   1301 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004
14   (202) 389-3394
     nina.rose@kirkland.com
15   Attorneys for the Defendants
16
17
18
     ALSO PRESENT:
19
     William David Geigert, Videographer
20
21
22
23
24
25

Page 3

1          I N D E X
2
3    EXAMINATION       Page No.
4  NADIM MAHMUD, M.D.
5    BY MR. VAUGHN          8
6
7
8          E X H I B I T S
9
10 Exhibit     Description       Page No.
11 Exhibit 1   Expert Report of Nadim   20
             Mahmud, M.D., M.S.,
12           M.P.H., M.S.C.E.
13 Exhibit 2   Invoice Number INV-01,  30
             dated April 2, 2025
14
     Exhibit 3   PennMedicine.org     106
15           profile of Nadim
             Mahmud, MD, MS, MPH,
16           MSCE
17 Exhibit 4   Penn Medicine Liver    115
             Diseases Program
18
     Exhibit 5   Penn Medicine       123
19           Cirrhosis - Symptoms
             and Causes
20
     Exhibit 6   Penn Medicine       149
21           Non-Alcoholic Fatty
             Liver Disease -
22           Symptoms and Causes
23 Exhibit 8   Medical Record, Bates  240
             labeled Restricted
24           Confidential
             Information
25           GRobertsJr-CA-000659

Page 4

1       I N D E X (Continued)
2
3    E X H I B I T S (Continued)
4
     Exhibit     Description       Page No.
5
     Exhibit 9   Medical Record, Bates  243
6           labeled Restricted
             Confidential
7           Information
             GRobertsJr-AMG-000051
8           through Restricted
             Confidential
9           Information
             GRobertsJr-AMG-000053
10
     Exhibit 10  Case report entitled,  256
11           "Adverse Effects of
             Proton Pump Inhibitors
12           on Platelet Count:  A
             Case Report and Review
13           of the Literature," by
             Subhajit
14           Mukherjee, et al.
15 Exhibit 11  North Baldwin     280
             Pharmacy, pharmacy
16           record for Gaston J.
             Roberts, Jr.
17
     Exhibit 12  Study Entitled,     281
18           "Hydrochlorothiazide-
             Induced
19           Thrombocytopenic
             Purpura," by
20           Kingsley C.
             Okafor, et al.
21
     Exhibit 13  Medical Record, Bates  292
22           labeled Restricted
             Confidential
23           Information
             GRobertsJr-AMG-000040
24
25

Page 5

1       I N D E X (Continued)
2
3    E X H I B I T S (Continued)
4
     Exhibit     Description       Page No.
5
     Exhibit 14  Medical records, Bates  321
6           labeled Restricted
             Confidential
7           Information
             GRobertsJr-AMG-000032
8           through Restricted
             Confidential
9           Information
             GRobertsJr-AMG-000036
10
     Exhibit 15  Medical records, Bates  324
11           labeled Restricted
             Confidential
12           Information
             GRobertsJr-SouCC-
13           000235 through
             Restricted
14           Confidential
             Information
15           GRobertsJr-SouCC-
             000238
16
     Exhibit 16  Document entitled    338
17           "N-
             Nitrosodimethylamine
18           in Drinking-water,
             Background Document
19           for Development of WHO
             Guidelines for
20           Drinking-water
             Quality"
21
     Exhibit 17  Document titled,     359
22           "Toxicological Profile
             for
23           N-Nitrosodimethylamine
             (NDMA)," dated April
24           2023
25

Golkow Technologies,
A Veritext Division

Page 6

```
1        I N D E X (Continued)
2
3        E X H I B I T S (Continued)
4
  Exhibit      Description       Page No.
5
  Exhibit 18   Author manuscript      404
6              entitled,
               "Hepatocellular
7              Carcinoma Tumor Volume
               Doubling Time: A
8              Systemic Review and
               Meta-analysis," by
9              Piyush Nathan, et al.
10
11
12
13     (Exhibits attached to transcript.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1          THE VIDEOGRAPHER:  Good morning.
2    We are now on the record.  My name is Bill
3    Geigert.  I'm a videographer for Golkow, a
4    Veritext Division.  Today's date is May
5    2nd, 2025, and the time is 9:03 a.m.
6          This remote video deposition is
7    being held in the matter of Valsartan,
8    Losartan, and Irbesartan Products
9    Liability Litigation.  The deponent is
10   Dr. Nadim Mahmud.
11         All parties to this deposition are
12   appearing remotely and have agreed to the
13   witness being sworn in remotely.
14         Due to the nature of remote
15   reporting, please pause briefly before
16   speaking to ensure all parties are heard
17   completely.
18         All counsel will be noted on the
19   stenographic record.
20         The court reporter is Suzanne
21   Stotz, and she will now swear in the
22   witness.
23         THE COURT REPORTER:  Could you
24   raise your hand.
25         THE WITNESS:  (Complies with
```

Page 8

```
1    request.)
2        N A D I M   M A H M U D,  M. D.,
3    having first been duly sworn, was examined and
4    testified as follows:
5          THE COURT REPORTER:  Thank you.
6          You may proceed.
7              EXAMINATION
8    BY MR. VAUGHN:
9        Q.   Hello, Doctor.
10         Am I saying your name right,
11   Dr. Mahmud?
12       A.   Yes.  You've got it, Counselor.
13       Q.   Awesome have you ever been deposed
14   before?
15       A.   No.  This is my first time.
16       Q.   Have you ever served as an expert
17   witness before?
18       A.   No, I have not.
19       Q.   Okay.  I want to run through just
20   some of the basic rules.  I'm sure Ms. Rose
21   went over them with you.
22         We'll do our best not to talk over
23   each other.  I'll ask you a question.  Wait a
24   few seconds so Nina can launch an objection if
25   she wants before you respond.  I will do my
```

Page 9

```
1    best to let you fully respond before I ask my
2    next question.  Sometimes with, you know, video
3    or if we get too conversational, we might talk
4    over each other.  So let's try not to do that.
5    If we do, the court reporter will let us know
6    so we can stop so she can get a good record.
7    I'll try to not talk too fast so she can get a
8    good record; I have a tendency to.  So she'll
9    let us know if either of us are talking too
10   fast.
11         If I ask any questions that you
12   don't understand, you can just ask me to ask it
13   again or to rephrase.  Does that make sense?
14       A.   Yes.  That makes sense.
15       Q.   And when you're answering questions
16   let's try and do a yes, no or something that's
17   not a head nod just so that she can transcribe
18   it.  Does that make sense?
19       A.   Yes, it does.
20       Q.   And if you answer a question, we
21   are going to assume that you understood the
22   question.  Does that make sense?
23       A.   Yes, that's fair.
24       Q.   And then I typically take breaks
25   about every hour or so.  I drink quite a bit of
```

3 (Pages 6 - 9)

Page 10

1 coffee while I'm going.
2        If you ever need a break, though,
3 just let me know. As long as we're not, like,
4 mid-document or, like, midline of, questioning,
5 we'll take a break or find the quickest break
6 that we can take. Okay?
7     A.    Sure. That sounds good.
8     Q.    Did you bring any notes with you
9 today?
10    A.    Only my expert report and
11 Dr. Siddiqui's expert report.
12    Q.    Do you have those printed off?
13    A.    I have them on my computer, not
14 printed physically.
15    Q.    Okay. So is there any typed notes
16 that go along with it or just the report?
17    A.    Just the reports.
18    Q.    Do you have any programs open on
19 your computer other than Zoom and whatever
20 you're using to view the reports?
21    A.    I have my Outlook inbox open, but
22 I'm happy to close that if necessary.
23    Q.    Yeah. If you don't mind closing
24 that and no messaging with anyone outside while
25 we're doing the depo.

Page 11

1     A.    Yeah. Okay, that's closed.
2     Q.    Is anyone else with you currently
3 in the room?
4     A.    No. Just me.
5     Q.    And I don't want to know any
6 communications you've had with attorneys, any
7 of the substance, but did you prepare with
8 attorneys prior to this deposition?
9     A.    Yeah. I met with counsel to review
10 aspects of what a deposition is and what to
11 expect and some logistics.
12    Q.    How many times did you meet with
13 counsel?
14    A.    Throughout the entire course of my
15 involvement in the case or just leading up to
16 the deposition?
17    Q.    Leading up to the deposition?
18    A.    Perhaps on three occasions.
19    Q.    And approximately how many total
20 hours?
21    A.    If I have to approximate, maybe on
22 the order of perhaps four hours.
23    Q.    And who all was present at those
24 meetings?
25    A.    My recollection -- so it varied

Page 12

1 depending on the meeting. There was different
2 counsel that attended different meetings, so
3 Ms. Rose was present, Mr. Trangle, Ms. Davidson
4 I believe is her last name. Those are the
5 three that I recall.
6     Q.    And prior to being retained for
7 this litigation, were you familiar with the
8 substance N-Nitrosodimethylamine, which is
9 abbreviated NDMA?
10    A.    Yes, I was familiar with generally
11 what nitrosamines are. We -- during the course
12 of medical education we learn a little bit
13 about nitrosamines. I wasn't intimately
14 familiar with, you know, literature related to
15 NDMA-contaminated Valsartan specifically in any
16 detail.
17    Q.    Were you familiar with NDMA
18 specifically prior to this litigation?
19    A.    Yes.
20    Q.    And what was your understanding of
21 NDMA prior to this litigation?
22    A.    So NDMA, again, is mostly
23 familiarity from medical school. We learn
24 about different nitrosamines, NDMA, other
25 nitrosamines as well, mostly in the context of

Page 13

1 dietary exposures from my recollection. It was
2 many years ago. But that's I think when I was
3 first introduced to what NDMA is.
4     Q.    And what does class do you think
5 you would have been in that introduced you to
6 NDMA?
7     A.    I believe it would have been
8 biochemistry or biochemistry as applicable to
9 medicine type of course. It's one of the first
10 year courses we take in medical school.
11    Q.    And did you have any courses after
12 that first year of medical school --
13        MS. ROSE: Object to the form.
14 BY MR. VAUGHN:
15    Q.    -- in NDMA?
16    A.    It's hard to recall specifically.
17 I don't think -- my recollection is we learned
18 about it in this kind of principles of
19 biochemistry type of class. I couldn't say
20 concretely if we encountered NDMA again in our
21 secondary classes. The program I went to at
22 Stanford we moved relatively quickly into
23 clinics, so there was a lot of clinical
24 exposure. So most of our didactic
25 electro-based content is in the first year.

Page 14

1    Q.    Did you guys review studies of NDMA
2  while you were in medical school?
3    A.    It's likely that they showed us
4  some animal literature.  That class in
5  particular is very basic science focused,
6  talking about, you know, molecular pathways,
7  enzymatic pathways, things of that nature.  And
8  so I think in that context, you know, I expect
9  they showed us some basic science literature
10  from animal studies.
11    Q.    And what was the purpose of
12  learning about NDMA in medical school?
13        MS. ROSE:  Object to the form.
14        THE WITNESS:  Yeah.  I think, you
15    know, broadly speaking, you know, they try
16    to educate us about a wide range of
17    metabolic pathways, enzymatic pathways,
18    and ways in which different substances,
19    different exposures can interact with
20    these metabolic pathways.  Oftentimes
21    there is a heavy focus on enzymatic
22    mechanisms and specific proteins or
23    enzymes that are relevant in different
24    types of pathways.  And so I think that
25    that was likely introduced in that

Page 15

1    context.
2  BY MR. VAUGHN:
3    Q.    And do you recall what metabolic
4  pathways NDMA interacts with in a human or in
5  animals?
6    A.    So, again, I don't recall any
7  specific human data that they might have shared
8  wit us.  Again, this is now well more than a
9  decade ago, so it's hard to recall specifics of
10  what they may have shown us, but it, you know,
11  is likely related to carcinogenesis in animals.
12    Q.    Did they tell you in medical school
13  NDMA was likely carcinogenic in humans?
14    A.    I don't recall hearing that
15  specifically, no.
16    Q.    And you were in medical school to
17  treat humans, not in veterinarian school to
18  treat animals, right?
19        MS. ROSE:  Object to the form.
20        THE WITNESS:  That's true that
21    obviously our primary focus in medical
22    school is ultimately to learn to treat
23    humans, but we are also educated broadly
24    about the scientific literature and where
25    our understanding of molecular mechanisms,

Page 16

1    drug development, things like this that
2    requires a broad knowledge base of, you
3    know, some degree of basic science
4    literature as well.
5        So, yes, I mean obviously I'm not
6    treating animals in my practice, but it's
7    relevant to learn about broad principles
8    of animal research that may or may not be
9    relevant to humans, depending on the
10    particulars of the research question and
11    the study.
12  BY MR. VAUGHN:
13    Q.    In school your teacher was
14  presenting those to you as NDMA, the metabolic
15  pathways in animals, did they think that was
16  relevant for how it might impact humans?
17        MS. ROSE:  Object to the form.
18        THE WITNESS:  I'm not certain.  I
19    don't recall, you know -- I don't recall
20    that professor positing anything specific
21    about that.  I think that professor I
22    think actually was -- I don't think he was
23    a clinician.  I believe he was Ph.D. basic
24    scientist, from my recollection, so he's
25    very focused on the basic science aspects

Page 17

1    of this, not so much that's really direct
2    clinical translation.
3  BY MR. VAUGHN:
4    Q.    And do you recall how long this
5  course was where they were talking about NDMA?
6  Was it a single day or was this like for the
7  entire semester they were discussing NDMA?
8    A.    It was certainly not the entire
9  semester.  I think we covered a wide range of
10  subjects related to biochemistry and biophysics
11  were relevant.  So I don't know, it might have
12  been maybe two lectures at most, but I suspect
13  it was probably just a single lecture and not
14  even an entire lecture dedicated to this.  It
15  was probably discussed in the context of other
16  exposures and other pathways as well, though,
17  again, I can't recall with any real detail
18  because it was -- this was back in like 2008,
19  2009, so it was a long time ago.
20    Q.    So most of what you have learned
21  about NDMA was through this litigation?
22    A.    I think much -- yeah.  So I think
23  in this litigation, certainly as applied to
24  NDMA-contaminated Valsartan, yeah, this is the
25  first time I looked in real detail carefully at

Page 18

1 a lot of the literature from animal studies and
2 human studies. This doesn't really come up in
3 the course of my routine care as a hepatologist
4 really at all. I've never had to posit that
5 NDMA could have been plausibly linked to any
6 liver related outcome in my practice. So, yes,
7 I would say that the deep dive into the
8 literature with respect to the specific
9 question in this case was done in the context
10 of this case.
11        THE COURT REPORTER: I'm sorry,
12    Doctor, if you could slow down a little
13    bit, I would appreciate it. Thank you.
14        THE WITNESS: My apologies.
15 BY MR. VAUGHN:
16    Q.    Approximately what year do you
17 believe you were in medical school when you
18 were going over NDMA?
19    A.    I think I stated it to be the year
20 2008 to 2009. That would have been my first
21 year of medical school at Stanford.
22    Q.    And you submitted an expert report
23 in this litigation, correct?
24    A.    I did, yes.
25    Q.    We are going to drop --

Page 19

1        MS. ROSE: Mr. Vaughn, sorry, I am
2    so sorry to interrupt, and I should stated
3    it right at the beginning of the
4    deposition, but Dr. Mahmud had a
5    typographically correction to something in
6    his report that he wanted to raise at the
7    deposition.
8        MR. VAUGHN: I was just about to
9    ask if he had any corrections.
10        MS. ROSE: Okay, well, perfect.
11        MR. VAUGHN: You beat me to my next
12    question, Nina.
13        MS. ROSE: I'm sorry, I had
14    forgotten to raise it at the very
15    beginning.
16        THE WITNESS: I also did.
17 BY MR. VAUGHN:
18    Q.    Not -- not a problem. We're going
19 to drop that first, the report into the share
20 file. And let me know once you can access
21 that, and I will try and share screen it.
22    A.    All right. I think I'm able to see
23 it as Exhibit 1.
24
25

Page 20

1        (Whereupon, Exhibit 1, Expert
2    Report of Nadim Mahmud, M.D., M.S.,
3    M.P.H., M.S.C.E., was marked for
4    identification.)
5 BY MR. VAUGHN:
6    Q.    All right. And are you able to see
7 it also on my screen where I'm screen sharing?
8    A.    Yes, I can.
9    Q.    If we need it. Is it zoomed in
10 properly or is it zoomed out really far?
11    A.    It's somewhat zoomed out. I can
12 see it. It's very small, but I can see it.
13    Q.    Give me one second. Just play
14 around with it before I get going too far. Is
15 that better or worse?
16    A.    It's a little better.
17    Q.    Okay. I guess first, do you have
18 any corrections that you would like to make to
19 your expert report before we get going?
20    A.    Yes. And thanks for offering the
21 opportunity. There is one correction I'd like
22 to make that I just found yesterday when I was
23 just rereading my report.
24        Let's see, it's on page -- let me
25 search this document. On page 21 at the very

Page 21

1 bottom paragraph that begins with "Fifth." So
2 it says, "Fifth, the cross-sectional imaging
3 performed on Mr. Roberts in April 2016
4 independently confirmed the presence of
5 cirrhosis. On 4/19/2016, Ms. Roberts underwent
6 a CT of the abdomen and pelvis. The treating
7 radiologist's report states:" And then I have
8 a quote there. I erroneously -- so I initially
9 intended to pull a quote from the radiology
10 report that's referenced further up in my
11 expert report during the medical records
12 reviewed portion. And I erroneously put that
13 quote around my own interpretation. That's why
14 it begins with "'My review of this imaging.'"
15 I am intending that to come from me. So "'My
16 review of this imaging demonstrates a very
17 clear nodular contour of the liver,'" that's
18 attributable to my own interpretation of the
19 imaging. The quote that I intended to pull
20 there is found on page 8 where I quote the
21 treating radiologist report of the CT scan.
22 And I am happy to read that into the record.
23 So that report states, "'Peripheral margin of
24 the liver is somewhat lobulated, particularly
25 along the infra aspect of the left lobe.'"

Page 22

1  "'Although nonspecific, findings above may be
2  evidence of liver cirrhosis.'"  That is what I
3  intended to pull down there.  So my apologies
4  for the oversight.
5       Q.    So this part I'm highlighting is
6  what you're talking about?
7       A.    Yes.  Specifically right after --
8  the quote that's given right after the treating
9  radiology -- radiologist's report states.
10      Q.    I'm sorry.  Are you saying that
11 this quote should be different or that the
12 person that it is attributed to should be
13 different?
14      A.    I don't intend to quote that at
15 all, actually.
16      Q.    So you're going to strike this from
17 your report?
18           MS. ROSE:  I don't believe that is
19      what the witness is saying.
20           THE WITNESS:  I'm not saying to
21      strike it from the report.  I'm saying you
22      can attribute what is quoted to me as the
23      expert witness.  I intended --
24 BY MR. VAUGHN:
25      Q.    Okay.  So -- sorry.  As opposed to

Page 23

1  the treating radiologist's reports, it would be
2  your opinion is and then this quote?
3       A.    I intend to insert the treating
4  radiologist's reports quote that is cited -- or
5  that's given on page 8 in my report.  I
6  intended to pull that quote down, but I guess
7  erroneously I forgot to pull the quote down and
8  then I accidentally put the quotes around the
9  statement attributable to me instead.  Does
10 that make sense.
11      Q.    Which quote -- I went to page 8.
12 Which quote is it you're saying, this one right
13 "'The peripheral margin,'" that's what it is
14 supposed to say?
15      A.    Exactly.  I'm supposed to be
16 pulling that whole quote in there from "'The
17 peripheral margin,'" including "the impression:
18 "'Although nonspecific, findings above may be
19 evidence of liver cirrhosis.'"  That's from the
20 treating radiologist's report.  So I intended
21 to pull that quote down to be inserted right
22 after the colon the treating radiologist's
23 reports states and then insert that quote.  The
24 rest of the text --
25      Q.    And then the next sentence is your

Page 24

1  own?  It was just this one here with the quote?
2       A.    Yes, that's right.
3       Q.    Okay.  I understand.  Thank you for
4  that clarification.
5       A.    Thank you.
6       Q.    Are there any other corrections in
7  your report?
8       A.    No.
9       Q.    Okay.  And your purpose as an
10 expert witness was to respond to the opinions
11 offered by Dr. Siddiqui; is that correct?
12      A.    Yes.  My understanding is I'm
13 offering an opinion as to specific causation
14 expert to respond to the plaintiff medical
15 expert witness, Dr. Siddiqui.
16      Q.    And you understand she was a
17 specific causation expert as well, correct?
18      A.    Yes, I do understand that.
19      Q.    And did you review Dr. Siddiqui's
20 report?
21      A.    Yes, I did.
22      Q.    And did you review her supporting
23 citations in the materials considered as well?
24      A.    Yes, I did.
25      Q.    And are you aware that we've

Page 25

1  already had general causation phase of this
2  litigation?
3       A.    Yes, I think I'm aware that there
4  have been depositions related to general
5  causation.
6       Q.    Okay.  And are you aware that the
7  plaintiff's experts are allowed to testify on
8  general causation regarding the levels of NDMA
9  in Valsartan being able to cause liver cancer?
10           MS. ROSE:  Object to the form.
11           THE WITNESS:  Are you referring to
12      specific causation experts commenting on
13      that?
14 BY MR. VAUGHN:
15      Q.    No.  Are you aware that the general
16 causation experts have been allowed by the
17 Court to testify regarding the levels of NDMA
18 in Valsartan being capable of causing liver
19 cancer?
20           MS. ROSE:  Object to the form.
21           THE WITNESS:  I don't know if I
22      discussed that in any great detail with
23      counsel, but that seems reasonable that
24      the general causation experts would talk
25      about the general plausibility of the

Page 26

1    causal link that's allege in the case.
2  BY MR. VAUGHN:
3      Q.    And that the Court has found they
4  have a sufficient basis to make those opinions?
5          MS. ROSE:  Object to the form.  The
6      doctor is not here to comment on the
7      Court's rulings or what it means.
8          THE WITNESS:  I am the not privy to
9      the Court's rulings on that specific
10     matter.
11 BY MR. VAUGHN:
12     Q.    Did you see that Dr. Siddiqui
13 reviewed the plaintiff's general causation
14 report, such as Dr. Panigrahy, the cancer
15 researcher?
16         MS. ROSE:  Object to the form.
17         THE WITNESS:  You have to show me
18     specifically.  I don't recall off the top
19     of my head.  But if that is listed in her
20     list of reviewed materials, then I would
21     take her word for it.
22 BY MR. VAUGHN:
23     Q.    Okay.  But Dr. Panigrahy's report
24 is like 200-some pages.  Do you recall if you
25 reviewed his actual report and the basis of his

Page 27

1  report?
2          MS. ROSE:  Object to the form.
3          THE WITNESS:  Dr. Panigrahy's
4      reports, you would have to probably show
5      me.  I can't recall specifically if I
6      reviewed that one in detail or not.
7  BY MR. VAUGHN:
8      Q.    Okay.  And then your report that
9  you wrote is 42 pages; is that correct?  The
10 signed page is on 42?
11     A.    I think the entire document length
12 is 70 pages.
13     Q.    70 pages, okay.  And the rest of
14 those are like citations and the exhibits, such
15 as your CV?
16     A.    Right, yes.
17     Q.    Okay.  On page 61, Exhibit B, is
18 your materials considered list.  And so these
19 are all studies that you reviewed in forming
20 your opinions in this case?
21     A.    Yes.  These are the articles that I
22 believe I cite these all directly at some point
23 in my expert report, yes, as well as the
24 additional materials I considered.
25     Q.    And you reviewed these materials

Page 28

1  considered?
2      A.    Yes.
3      Q.    And then you note deposition
4  transcripts.  So you reviewed these deposition
5  transcripts as well?
6      A.    Yeah.  The deposition transcripts
7  listed, yes, these ones I have reviewed.
8      Q.    Okay.  And then like some of these
9  you actually cite in your report, like
10 Dr. Hooks' deposition, correct?
11     A.    That's correct.
12     Q.    Did you review any of these in more
13 detail than others?
14     A.    I would say that some of them were
15 more relevant to my opinions.  And so there are
16 certain sections of certain depositions that I
17 found to be more relevant; and those are
18 usually represented by areas that I have cited
19 to support my opinions in the case.  And then
20 some depositions were less relevant.  So, for
21 instance, you know, a detailed deposition
22 history from a pulmonologist is a little bit
23 less relevant to this specific causation case.
24         So, yes, I mean there was variation
25 and which depositions I found to be more or

Page 29

1  less informative to forming my opinions about
2  the case.
3      Q.    Was Dr. Hooks one that you found
4  informative?
5      A.    Yes.  Dr. Hooks was one of the
6  treating radiologists.  And I did find both,
7  you know, his notes and the medical record and
8  his deposition informative.
9      Q.    So you reviewed his deposition in
10 detail?
11     A.    Yes, I would say so.
12     Q.    And then these are the expert
13 reports that you reviewed:  Dr. Mele, Siddiqui,
14 Russo, Sawyer, and Chernyak?
15     A.    Yes.  I think the only additional
16 thing to note would be the deposition
17 transcript from Dr. Siddiqui from this past
18 week which I also reviewed.
19     Q.    And so if an expert is not listed
20 here, you didn't review it, such as Dr.
21 Panigrahy's?
22     A.    That's correct.  I don't recall
23 reviewing Dr. Panigrahy's report.
24     Q.    And then the next section is
25 stamped records.  You reviewed all these

Page 30

1 medical records of the plaintiff, Mr. Roberts?
2    A.    Yes, I did.
3    Q.    The next exhibit is going to be the
4 invoice you produced with the Notice of
5 Deposition -- or in response to the Notice of
6 Deposition. Let me know once you have access
7 to that.
8    A.    I can see it.
9    Q.    One second. All right.
10         So this invoice was on April 2nd,
11 2025?
12    A.    Yes.
13         (Whereupon, Exhibit 2, Invoice
14    Number INV-01, dated April 2, 2025, was
15    marked for identification.)
16 BY MR. VAUGHN:
17    Q.    All right. I see you started
18 drafting your expert report here on 3/8/2025.
19 Do you recall what you initially started
20 drafting in your expert report that first day?
21    A.    I expect I -- you know, I spent a
22 lot of time prior to that reviewing the medical
23 records. And so at that time I believe I was
24 starting to really try to piece together the
25 medical records kind of chronologically and get

Page 31

1 a sense of the timeline. That's where I recall
2 starting.
3    Q.    And at that time did you form an
4 opinion in this case?
5    A.    It's hard to recall exactly on that
6 day if I had already had a formed opinion,
7 because I felt my opinions were being formed in
8 the course of reviewing the records. But, you
9 know, I don't think I had solidified all of the
10 points in my opinion at that point yet. I was
11 still in the process of reviewing records
12 actively, reviewing the literature actively. I
13 was really focused on just getting a clear
14 report of the chronology and gathering the data
15 at that stage. So I think the opinion that,
16 you know, was really formed over the course of
17 many, many more hours on -- in the ensuing week
18 or so.
19    Q.    By the point that you had started
20 drafting your expert report had you determined
21 that NDMA was not a cause of Mr. Roberts'
22 cancer?
23         MS. ROSE: Object to the form.
24         THE WITNESS: You know, I think at
25    that point just going through the record I

Page 32

1 was already identifying other very
2 significant well-established risk factors
3 that I was very concerned were very likely
4 to have been related directly to his
5 hepatocellular carcinoma.
6         Again, I was in the process of
7 forming an opinion about NDMA-contaminated
8 Valsartan. And I think at point I was
9 just beginning to engage shortly after
10 that really was literature to review. So
11 I don't I think I had solidified an
12 opinion about NDMA-contaminated
13 Valsartan's relevance to his particular
14 case at that point.
15         Like I said, at that stage I was
16 mostly getting the chronology together.
17 And then, with my clinical background,
18 obviously as I'm putting together
19 chronology, I identified risk factors that
20 I think are relevant to, for instance,
21 cirrhosis, obesity, diabetes, so I was
22 aware of those things in the chronology.
23 And that wasn't forming my evolving
24 opinion of the case.
25

Page 33

1 BY MR. VAUGHN:
2    Q.    And so at the time you started
3 drafting your expert report on March 8, 2025
4 you had not yet done any literature review on
5 NDMA; is that correct?
6         MS. ROSE: Object to the form.
7         THE WITNESS: I may -- I believe I
8    had looked at, you know, in some fashion
9    some of the human studies, but not in any
10    extreme detail to scrutinize them from a
11    methodologic standpoint.
12         I think I began at least on the
13    invoice four days later I mentioned
14    literature review. And that's the phase
15    where I was very actively looking through
16    the literature and trying to understand
17    strengths and weaknesses of studies.
18         So, like I said, you know, the
19    general process which is -- which
20    parallels I think what a clinician does,
21    you gather information first, you gather
22    the data about the patient, the
23    chronology, the history so you know what
24    salient points to look at when you are
25    interpreting the literature. So that's my

9 (Pages 30 - 33)

Page 34

1    general process. I want to understand the
2    facts of the case and the chronology of
3    the case, the comorbidities, et cetera,
4    first. And then I take that knowledge of
5    the case to help me interpret the
6    literature through the appropriate lens.
7    BY MR. VAUGHN:
8        Q.   So you started drafting your expert
9    report prior to evaluating that NDMA
10   literature, correct?
11           MS. ROSE: Object to the form.
12   This has been asked and answered.
13           THE WITNESS: So there are --
14   obviously my report is very long. The
15   entire document is 70 pages. And there
16   are aspects of the report that are not
17   directly related to the specific medical
18   records. I mean there is also my CV, for
19   instance. There is my summary of my own
20   background qualifications, that is another
21   aspect that I think I was probably
22   drafting early on in addition to the
23   medical records, kind of chronological
24   review. So those aspects of the report,
25   you know, they don't require a detailed

Page 35

1    literature review at that phase. It is
2    really when I am talking about my opinions
3    and supporting that with evidence and
4    literature, that is when the literature
5    review becomes most relevant.
6    BY MR. VAUGHN:
7        Q.   Ad so are you saying that you draft
8    your report and then you find literature to
9    support your opinions; is that correct?
10           MS. ROSE: Object to the form. It
11   misstates what the witness said.
12           THE WITNESS: No, that is not
13   correct. I -- as a clinician and a
14   clinician scientist, hopefully you have
15   seen my background, I'm a clinician
16   scientist, I have a high standard when I
17   review medical records and studies. I
18   maintain an open mind and I evaluate what
19   I view to be strengths and weaknesses of
20   the scientific literature, interpret that
21   in the context of a specific case.
22           So I went into this review with a
23   very open mind to try evaluate the weight
24   of evidence supporting one position and
25   the weight of evidence supporting another

Page 36

1    position to make an informed opinion.
2    BY MR. VAUGHN:
3        Q.   And then Dr. Siddiqui submitted her
4    report on 3/10/2025; does that sound right?
5        A.   I don't recall the exact date, but
6    that sounds roughly correct.
7        Q.   Okay. And so from that point on it
8    looks like you billed 47 hours. Does that look
9    approximately right or do you want to add it
10   up?
11       A.   It looks approximately correct. I
12   will take your word for the math. We can just
13   add it up, but that sounds about right.
14       Q.   Okay. And for that 47 hours that
15   included more review of records, the review of
16   literature, the drafting of your expert report,
17   and communicating with counsel; is that
18   correct?
19       A.   Yes.
20       Q.   Okay. As you said, you had a
21   70-page expert report. So part of that 47
22   hours was drafting your 40 -- or your 70-page
23   expert report, correct?
24       A.   Yes.
25       Q.   Approximately how many of those

Page 37

1    hours do you think were spent drafting your
2    expert report, the 70-page expert report, how
3    many of those 47 hours?
4        A.   I would be approximating, but
5    probably at least 20 of them.
6        Q.   Approximately how many of those
7    hours do you believe were communicating with
8    counsel?
9        A.   Well, so those would be separate.
10   Of the 47 hours, I don't think there was very
11   much communication with counsel during this
12   phase. I have only listed it on one day, on
13   the 14th. You know, I had a meeting with
14   counsel, it was probably no more than two hours
15   I would expect.
16       Q.   Two hours. And out of those 47
17   hours, how many of those hours do you think
18   were reviewing medical records?
19       A.   So, let's see, I've given you 20
20   plus two so far, so that leaves 25 hours to
21   account for. Yeah, so I would say the records
22   review and literature review, a lot of that is
23   happening in tandem as well as kind of
24   simultaneously drafting aspects of the report.
25   It is hard to kind of delineate very

10 (Pages 34 - 37)

1 specifically. It is not like I sat for 20
2 hours and only drafted the report. I
3 oftentimes was drafting while I am also
4 reviewing records and literature. But I would
5 say that, you know, probably an additional five
6 to ten of those hours are really looking at
7 dedicated sections of the records to double
8 check or triple check things or identify
9 additional important points.
10   Q.   So five to ten hours on the medical
11 records during that time probably?
12   A.   Yes. Again, with the caveat that
13 I'm often when I'm -- the hours I have given
14 you when I'm, quote, unquote, "drafting the
15 report," I'm likely also looking back at
16 records as well as some literature. So a lot
17 of these overlapping. I can't put them in
18 boxes so cleanly.
19   Q.   And then would you have an estimate
20 of those 47 hours how many were spent on
21 reviewing literature?
22   A.   I suppose the remainder of the
23 math. So it's 25 minus 5 to 7, so, I don't
24 know, probably 18 to 20-ish hours.
25   Q.   And would you consider most of that

1 literature review was on the various causes of
2 liver cancer or was most of it on researching
3 NDMA?
4       MS. ROSE: Object to the form.
5       THE WITNESS: I was fairly
6 comprehensive in my approach. I tried to
7 identify really as much relevant
8 literature to this case as possible.
9       So I did searches both for NDMA in
10 both animal studies and human studies. In
11 particular, obviously I was interested in
12 NDMA-contaminated Valsartan studies from
13 the human literature, which is most
14 directly relevant to the case. But, yes.
15 And I also reviewed in detail relevant
16 literature that pertained to Mr. Roberts'
17 case and his other comorbidities. So I
18 did include a broad literature review and
19 search of relevant risk factors in his
20 history pertaining to developing
21 hepatocellular carcinoma. That includes
22 looking at major national and
23 international hepatology society
24 guidelines which represent standard of
25 care, state-of-the-art best practice for

1 managing these patients and thinking about
2 these patients.
3       So I would say it was quite broad
4 in terms of literature search. There were
5 searches that were really focused on NDMA.
6 There were searches that were really
7 focused on literature. And I did my best
8 to be comprehensive.
9 BY MR. VAUGHN:
10   Q.   Are you aware of what cumulative
11 dose of NDMA Mr. Roberts was exposed to?
12   A.   Yes. I can't remember the exact
13 number off the top of my head, but, you know, I
14 would be happy to reference it with you.
15       I know in -- I recall in
16 Dr. Sawyer's deposition he outlines it, you
17 know, informed with the different expected
18 ranges of contamination per Valsartan tablet,
19 which my recollection on the high end of the
20 estimate was around 20,000 micrograms
21 potentially per tablet. And then, you know, if
22 you assume with perfect adherence where he took
23 that dose every single day for the exposure
24 period, you know, he arrives at the cumulative
25 dose. But I can't remember the exact number

1 off the top of my head. But I would be happy
2 to review that specific number again with you.
3 But that is the methodology that was used to
4 calculate the cumulative dose.
5   Q.   Does that number appear anywhere in
6 your expert report?
7   A.   I don't recall putting that number
8 in directly into the report.
9   Q.   Did you consider that number in
10 coming to your opinions in this case?
11   A.   Yeah. I certainly considered his
12 exposure, his dose exposure, and cumulative
13 exposure. But there were many other factors in
14 this case that made me very confident that his
15 NDMA Valsartan-contaminated exposure was
16 completely implausibly related to his
17 hepatocellular carcinoma.
18       I focused on the arguments that I
19 thought were really the most relevant and the
20 strongest arguments to clearly articulate that
21 case. And so it was not the most relevant
22 piece to actually add up and calculate his
23 cumulative dose exposure. And nor am I
24 toxicologist. I'm a clinician. He is really
25 trying to assess specific causality in this

11 (Pages 38 - 41)

Page 42

1  case and be responsive to Dr. Siddiqui's expert
2  report.  You know, we don't routinely calculate
3  cumulative dose exposures in this fashion for
4  most patients, except in perhaps very unusual
5  cases.  So I looked at it through that lens in
6  my capacity as a clinician and a clinician
7  scientist; not a toxicologist.
8      Q.    So you are not a toxicologist,
9  correct?
10     A.    Correct, I am not a toxicologist.
11     Q.    And you are not giving any
12  toxicology opinions in this case, correct?
13     A.    No, I am not offering any opinions
14  as a toxicologist because I am not one.  I may
15  have some opinions that may be in some way
16  related to toxicology, again, with my
17  perspective as a clinician primarily.
18     Q.    Have you investigated what dose of
19  NDMA it would take to give a human liver
20  cancer?
21         MS. ROSE:  Object to the form.
22         THE WITNESS:  So my review of the
23     human literature is that it's very much
24     not at all well-established that NDMA is
25     even plausibly capable of causing

Page 43

1      hepatocellular carcinoma specifically in
2      humans.  A lot of this is imputed from the
3      animal literature.  And so I do have a
4      sense from the animal literature of what
5      doses of NDMA were given and observed to
6      be linked with different types of cancers,
7      including liver cancers.  And very briefly
8      they're extremely high doses that are used
9      in general in animal studies, usually on
10     the scale of milligrams per kilogram per
11     day, which are orders of magnitude higher
12     than what is studied or observed in these
13     epidemiologic studies in humans.
14         So to that extent, there is no real
15     human data that very clearly
16     scientifically in a way it's
17     well-established links NDMA in humans
18     specifically to hepatocellular carcinoma.
19     So it's hard to make a statement about
20     what dose could potentially do that.
21         But if you try to impute from the
22     animal literature, animals require
23     extremely high doses relative to what's
24     been studied in humans to observe those
25     effects.

Page 44

1  BY MR. VAUGHN:
2      Q.    And, therefore, you don't believe
3  there is any plausible capability of NDMA
4  causing liver cancer in humans?
5         MS. ROSE:  Object to the form.
6         THE WITNESS:  I have not seen any
7     high quality scientific evidence
8     specifically in humans that
9     NDMA-contaminated Valsartan can cause
10    hepatocellular carcinoma specifically in
11    humans.  So I reserve the right to revise
12    that opinion if there is a new study that
13    comes out that's very well conducted that
14    accounts for potential biases and
15    confounders and limitations to demonstrate
16    from a causal inference standpoint that it
17    is causally linked to HCC, yeah, I would
18    reserve my right to revise the opinion if
19    a new study comes out.
20         But based on the literature I found
21    and reviewed, including that which has
22    been cited by Dr. Siddiqui, I don't find
23    any compelling well-established evidence
24    to show that at the doses that have been
25    studied that there is any well-established

Page 45

1      link with hepatocellular carcinoma in
2      humans.
3  BY MR. VAUGHN:
4      Q.    Did you look at any higher doses?
5  So outside of Valsartan, just NDMA in general,
6  do you have any opinions on what dose it would
7  take to cause liver damage?
8         MS. ROSE:  Object to the form.
9         THE WITNESS:  Yes.  As I said, most
10    of the -- the highest quality evidence for
11    NDMA in carcinogenesis really comes from
12    well controlled experimental settings in
13    animals where the doses that are being
14    used are at a completely different order
15    of magnitude than routine dietary
16    exposures that humans have or even
17    environmental exposures or certainly
18    pharmaceutical level exposures, there are
19    orders of magnitude different.  So I am
20    not comfortable as a clinician and a
21    clinician science translating directly
22    from an animal study, you know, in a very
23    different setting in a totally different
24    model, you know, rodents versus humans,
25    for instance, you really cannot take a

12 (Pages 42 - 45)

Page 46

1  one-to-one translation from an animal
2  study to a human study. So I rely on the
3  human studies to make those ascertainments
4  of what is expected to be observed in
5  humans.
6      The summary I have given you is
7  basically that I don't find any compelling
8  evidence to really demonstrate that link
9  in humans.
10 BY MR. VAUGHN:
11     Q.   And because you are a clinician,
12 not a toxicologist, you don't do that dose
13 conversion from animals to humans, correct?
14     MS. ROSE: Object to the form.
15     THE WITNESS: Like I said, I am not
16 a toxicologist. But as a clinician, I do
17 understand principles of dosing
18 medications. So I do prescribe
19 medications and, you know, I do dose
20 medications appropriately for humans. So
21 I understand principles of doses in
22 concentrations. So that's something that
23 I think any clinician should understand.
24     So there is certain aspects of
25 toxicology that obviously I am not an

Page 47

1  expert on and wouldn't claim to be an
2  expert on, but I do understand
3  concentrations.
4      And so milligrams per kilogram,
5  which is a very commonly used way of
6  thinking about a concentration of
7  something, you can look at what those
8  doses are in animals and compare them to
9  humans. And that is relevant, because
10 obviously, you know, animals, like
11 rodents, are obviously very different in
12 size to humans, so it is relevant to know
13 how many milligrams or nanograms or
14 micrograms per kilogram are given to an
15 animal. It is actually an additional
16 limitation of the human studies that there
17 is no accounting for weight in human
18 patients.
19     So like if you -- just as a brief
20 example, if you look at the FDA's
21 threshold limit of 96 nanograms per day of
22 NDMA, they don't account for kilograms,
23 they don't account for body weight of
24 individuals; but any clinician ought to
25 know that if you give a certain dose of

Page 48

1  something to someone who weighs 250
2  pounds, there is a different expected
3  effect than if you gave the same absolute
4  dose to someone who weighs 120 pounds.
5      So those principles I understand as
6  a clinician in terms of dosing, you know,
7  milligrams or whatever per weight. Those
8  principles are important and I think are
9  translatable to some extent between animal
10 and human studies.
11 BY MR. VAUGHN:
12     Q.   In your opinion is NDMA a mutagen?
13     A.   In my opinion in animal studies
14 NDMA has been plausibly linked to being
15 mutagenic, yes, for DNA in animals.
16     Q.   What do you mean by plausibly
17 linked?
18     A.   I find the evidence from animal
19 studies to be scientifically sound. And,
20 again, I am not a basic scientist myself; but,
21 you know, they have explored some of the
22 potential mechanisms in the basic science
23 literature to understand how it could plausibly
24 lead to DNA damage in mutations. For instance,
25 there is literature that demonstrates that NDMA

Page 49

1  in the basic science setting can act as an
2  alkylating agent for DNA which can lead to DNA
3  mutations. So I accept that in the basic
4  science animal literature NDMA does have this
5  very plausible mechanistic explanation for how
6  it could lead to DNA damage.
7      Q.   Can those DNA damage and mutations
8  then lead to cancer in those animals?
9      A.   Yeah, I do think that that's
10 plausible. And, you know, the scenario of
11 that I think in Dr. Sawyer's deposition -- I'm
12 sorry, his expert report, from my recollection,
13 he does go over some of the mechanisms of how
14 NDMA in the animal basic science setting could
15 act as an initiator and as a promoter in the
16 carcinogenesis pathway. And I think that there
17 is likely sufficient evidence in the animal
18 literature to show that in that particular
19 setting NDMA could -- you know, does have a
20 mechanistic basis for leading to cancer in
21 animals in those basic science animal studies.
22     Q.   Do you believe that NDMA does not
23 cause DNA mutations in humans?
24     MS. ROSE: Object to the form.
25     THE WITNESS: So, again, my

13 (Pages 46 - 49)

Page 50

1  opinions on that in humans are informed by
2  the literature.  And it's not as simple of
3  a question of binary does DNA cause this,
4  yes or no.  You have to consider things
5  like doses.  Many things can potentially
6  have a toxic effect if you give a
7  sufficiently high dose; but at much lower
8  doses or routinely environmentally exposed
9  doses it may not have that toxic effect.
10  So there is more nuance.
11        I mean even something as simple as
12  water, if you were to ask me if water can
13  be toxic, if you drink enough of it, yes,
14  it can be toxic, it can kill you.
15        So it's -- you have to, in my view,
16  really think about the details, not just
17  the binary yes or no does this cause this.
18  It's the details of the exposure, the dose
19  of the exposure, the duration of the
20  exposure, the latency, the biological
21  plausibility of the mechanisms, you have
22  to consider all of these things together
23  when you are making an assessment of
24  whether a particular exposure like NDMA or
25  a particular patient, based on their

Page 51

1  context, could have plausibly led to a
2  cancer like hepatocellular carcinoma.
3        THE COURT REPORTER:  I'm sorry,
4  Doctor, if I could remind you to slow down
5  a little bit.
6        THE WITNESS:  I apologize.
7  BY MR. VAUGHN:
8     Q.   How much water does a human have to
9  consume to kill them?
10    A.   Quite a bit.  You would have to
11  drink quite a bit of water.  I mean I can't
12  recall like off the top of my head exactly how
13  much it might take; but many, many, many liters
14  of water consumed over a relatively short
15  period of time would lead to low sodium levels
16  that could cause basically, you know,
17  neurological issues that could lead to
18  someone's death.  But it can happen.  I mean
19  it's observed to happen.  Individuals do die
20  from this that have issued where they have some
21  sort of mental -- I'm sorry, cognitive
22  pathology that leads them to consume tremendous
23  amounts of water.  So that does happen.  But I
24  can't tell you exactly how many liters to take;
25  it varies from individual to individual based

Page 52

1  on who they are.  But, yeah, I suspect that if
2  I drank ten liters of water today I might get
3  very sick and need to be hospitalized.
4     Q.   In your research you did for this
5  case, did you come across the case studies of
6  humans dying from NDMA ingestion?
7        MS. ROSE:  Object to the form.
8        THE WITNESS:  I did come across
9  case studies where, you know, an
10  individual in a case report, for instance,
11  was allegedly exposed to NDMA and then
12  later, you know, they died and there was
13  an autopsy done.  And, for instance, I
14  recall one specific case report where on
15  the autopsy the patient had cirrhosis and
16  it had some plausible NDMA exposure.  So,
17  yes, I do recall coming case studies of
18  that nature, if that's what you're
19  referring to.
20  BY MR. VAUGHN:
21    Q.   What do you mean by plausible NDMA
22  exposure?  Do you remember how they were
23  exposed?
24    A.   You would have to show me which
25  specific case report you are thinking of.

Page 53

1        The one that I'm trying to recall
2  is there may have been an occupational exposure
3  to some nitrosamine.  I don't remember the
4  specific context, but I think there was a case
5  report I remember seeing that there is some
6  environmental exposure where the individual was
7  exposed to NDMA and likely other exposures as
8  well in sort of an industrial kind of setting.
9  So that's why I say plausible, because it is
10  not likely to be one specific exposure.  There
11  is probably myriad toxins in those settings
12  someone might be exposed to.  But I do recall a
13  case report of that nature where on the autopsy
14  they looked at the liver and there was
15  cirrhosis.  I remember a case report like that.
16    Q.   Have you seen any case studies
17  where someone has intentionally poisoned
18  someone else with NDMA and killed them?
19    A.   It's possible I came across that,
20  but I don't recall that specifically off the
21  top of my head.
22    Q.   Do you know at what level NDMA has
23  been shown to be lethal to humans?
24        MS. ROSE:  Object to the form.
25        THE WITNESS:  Yeah.  So I -- like I

14 (Pages 50 - 53)

Page 54

1    said, I rely on the scientific literature
2    to inform my opinions about the potential
3    of something like NDMA to potentially, you
4    know, in a scientific valid way, cause an
5    adverse outcome in a human.
6         And, generally speaking, case
7    series and case reports are not a valid
8    way scientifically to establish risk
9    factors. By definition those are
10   descriptives -- broadly speaking, like in
11   terms of types of studies there are, there
12   are descriptive studies, there are
13   analytic studies. Descriptive studies do
14   not attempt to draw an association
15   statistically between any exposure and an
16   outcome; they just report what happens.
17        And why that's so relevant is --
18   for instance, you can't estimate a
19   relative risk from a case series or a case
20   report. You need to perform an analytical
21   study. So some observational study or
22   interventional study like a randomized
23   trial.
24        I really I'm speaking fast so I'll
25   slow down again.

Page 55

1         But that's very important because
2    we have a kind of a pyramid of quality of
3    evidence; and case series and case reports
4    are at the very bottom of the totem pole.
5    No scientist will really rely on that to
6    adjudicate a risk factor.
7         So if somebody in a case report was
8    given a high dose of NDMA and then died, I
9    don't know for a fact that that individual
10   died because of the NDMA. They may have
11   had other comorbid conditions or something
12   else that resulted in them dying and it is
13   just a correlation. So that's why you
14   need analytic studies to study individuals
15   who have an exposure and compare them to
16   individuals who don't have the exposure
17   and then account for different types of
18   the confounders to minimize bias to make a
19   very specific association between a
20   potential exposure and an outcome. That's
21   where I kind of rank those case series and
22   case reports when I review literature.
23   BY MR. VAUGHN:
24   Q.   And so you're saying you would need
25   a randomized trial on NDMA in humans before we

Page 56

1    can conclude that it causes cancer in humans?
2         MS. ROSE: Object to the form. It
3    misstates the witness.
4         THE WITNESS: No, I did not say
5    that. I do not think that -- so I don't
6    think it would be ethical necessarily
7    to -- it would not be ethical to perform a
8    randomized control trial where you give
9    individuals NDMA and randomize them to
10   exposed or unexposed. But you can perform
11   very high quality observational studies
12   using methodology that's very well thought
13   out that can support causal inference.
14        I know this from my background as a
15   clinician scientist. I'm a clinical
16   epidemiologist and so those are the types
17   of studies that I perform. I perform
18   observational epidemiologic studies,
19   including, from epidemiologic studies,
20   which can provide very strong evidence if
21   they are well conducted and they account
22   for important biases.
23        So, no, I don't think the standard
24   of evidence would require a randomized
25   trial. I don't think we would ever have a

Page 57

1    randomized trial to demonstrate toxicity
2    of NDMA in humans. That would not be
3    ethical based on the animal literature.
4    If you see a signal in the animal
5    literature that something may have the
6    potential to be carcinogenic in humans, we
7    wouldn't be able to ethically randomize
8    patients to NDMA or not. And that's true
9    of many, you know, potential exposures
10   that, you know, might have a potential
11   harm in humans whether or not they
12   actually do. So that is an ethical
13   principle that's commonly applied in
14   randomized controlled trials.
15   BY MR. VAUGHN:
16   Q.   So it would be unethical to give
17   humans NDMA at the dose that Mr. Roberts was
18   taking, correct?
19        MS. ROSE: Object to the form.
20        THE WITNESS: So I think, if I just
21   kind of read the question properly, if
22   this was a randomized trial -- so Mr.
23   Roberts' exposure was quite different;
24   it's from a contaminated pharmaceutical.
25   Like a randomized trial would be done in

15 (Pages 54 - 57)

Page 58

1  an interventional setting where someone is
2  given just NDMA as an exposure versus a
3  placebo. But, in general, probably at,
4  you know, any dose above the FDA threshold
5  it would be unethical to randomize someone
6  to that daily exposure versus not.
7  BY MR. VAUGHN:
8      Q.    And what is the FDA's reasonably
9  safe threshold?
10     MS. ROSE: Object to the form.
11     THE WITNESS: My recollection of
12  their threshold is 96 nanograms per day.
13  But there is a lot of context around that,
14  that the FDA provides in their own
15  industry guidance.
16     It's -- so the FDA guidance very
17  importantly is 96 nanograms per day over a
18  70-year human lifespan. And they arrive
19  at that threshold imputing a very wide
20  margin of safety from the animal
21  literature to be very conservative, which
22  is I understand to be a typical FDA
23  practice. They want to offer a very
24  conservative wide margin of safety. But
25  they translate from the animal studies to

Page 59

1  a 70-year lifespan of a human. And they
2  arrive at the 96 nanograms per day of
3  daily exposure for 70 years. That would
4  translate to 1 additional cancer per
5  100,000 individuals with that exposure.
6      I provide that context here because
7  I think it's directly relevant to Mr.
8  Roberts' case, because obviously he didn't
9  have a lifetime of exposure, he had less
10  than two years of exposure to NDMA. So it
11  doesn't really match the FDA's assumptions
12  that go into, you know, toxic exposures,
13  which they understand to be -- have a very
14  long latency period, which is why they
15  scale this over an entire human lifespan
16  of 70 years.
17     But that's my understanding of the
18  FDA threshold to answer your question.
19  BY MR. VAUGHN:
20     Q.    Do you agree with the FDA's
21  calculation?
22     A.    So, you know, as a clinician, I'm
23  not a drug regulator, I don't work for the FDA,
24  I don't, you know, independently verify their
25  calculations. I assume that folks in the FDA

Page 60

1  are careful to do this, but, like I said, I
2  understand the general principles of what they
3  do. They look at the animal literature and see
4  what dose the animals may potentially be
5  harmful in humans and then they add a huge
6  layer of margin of safety, because 1 additional
7  a cancer per 100,000 in my view is very, very
8  conservative. When you compare it to the
9  magnitude of risk factors in Mr. Roberts' case
10  where, you know, there is like a 2 percent -- 2
11  to 4 percent annual instance of hepatocellular
12  carcinoma in patients with cirrhosis, they are
13  in completely different universes of risk. So
14  that's just to give you an illustration of how
15  conservative the FDA is.
16     But, to your question, I didn't
17  independently verify what animal study they
18  chose to use to do the math to translate that
19  to this very conservative risk scale for
20  humans, but I have no reason to doubt that they
21  would do that with good scrutiny and rigor.
22     Q.    You said the 96 nanograms that the
23  FDA set, did you do the math to see how many
24  nanograms that would be over a lifetime? You
25  talked about this is over 70 years. Do you

Page 61

1  know what cumulative lifetime dose would be of
2  96 nanograms?
3      A.    I did do the math, actually, when I
4  was thinking about this. I can't recall the
5  number off the top of my head, but I did do the
6  calculation. It's in the millions of nanograms
7  of lifetime exposure over 70 years. Yes, I did
8  do that.
9      Q.    Which is a high exposure, right,
10  millions of nanograms?
11     MS. ROSE: Object to the form.
12     THE WITNESS: I mean it's a large
13  number. I mean whether or not you
14  consider it to be a high exposure, it is
15  still small relative to doses that were
16  used in animal studies. It is still
17  orders of magnitudes smaller than what is
18  used in the animal literature, but yes.
19  So nanograms, obviously there are orders
20  of magnitudes smaller than the milligrams.
21  And, like I said, the animal studies, they
22  are typically dosing animals on the order,
23  you know, in the milligrams scale of
24  concentration. So nanograms is ten to the
25  negative ninth. Milligrams is ten to the

16 (Pages 58 - 61)

Page 62

1  negative third. So they are orders of
2  magnitude different, but that's the math.
3  I mean that's the math the FDA arrives at
4  it is in the range of millions of
5  nanograms over a lifetime.
6  BY MR. VAUGHN:
7      Q.    And do you recall Mr. Roberts'
8  cumulative exposure to NDMA?
9          MS. ROSE: Object to the form.
10          THE WITNESS: I do recall his
11  exposure. Like I said before, I think he
12  is the high end. So if we take the most
13  conservative estimate and assume that he
14  had the maximal possible exposure, which,
15  again, is very conservative from the
16  plaintiff's perspective, that would give
17  him 20,000 micrograms -- I'm sorry, 20,000
18  nanograms per day. 20,000 nanograms per
19  day of exposure.
20          And when I was thinking about the
21  FDA's cumulative lifetime exposure, I did
22  calculate Mr. Roberts' Cumulative exposure
23  over his shorter window of time, because
24  obviously he was getting a daily exposure
25  above the FDA's threshold limit. And his

Page 63

1  lifetime exposure was higher than the
2  FDA's threshold lifetime limit. And when
3  I did the math -- and, again, I would have
4  to -- we could independently do the
5  calculations again if necessary, but off
6  the top of my head my recollection was he
7  was exposed over his window of time to
8  somewhere in the ballpark of 5 to 6 times
9  above the lifetime threshold of the FDA's
10  limit. That's my recollection.
11      Q.    And so the FDA's lifetime limit,
12  Mr. Roberts was exposed to several times higher
13  than that in just a two-year period?
14      A.    Yes.
15          MS. ROSE: Object to the form.
16          THE WITNESS: I'm sorry.
17          Yes. Again, assume, taking the
18  assumptions, all the conservative
19  assumptions, which are likely not to be
20  true, it is unlikely that he truly was
21  getting the maximal NDMA exposure with
22  every single pill and it is unlikely that
23  he was -- we don't even know if he was
24  adherent to taking a pill every day. But
25  if I am taking, again, the most

Page 64

1  conservative scenario where I will just --
2  to take -- to argue the side that he got
3  the maximal exposure for the hypothetical,
4  if he did, in fact, get a high dose every
5  single day for as long as he was
6  prescribed Valsartan, he would have had,
7  from my calculations, probably a five- to
8  six-fold higher exposure than the lifetime
9  exposure limit from the FDA.
10          And the reason why I gave all the
11  context of how he arrives at that is what
12  that would mean for him is he would have
13  had over a lifetime, if there were 100,000
14  people just like Mr. Roberts who had that
15  exposure spread out over a lifetime, 5 to
16  6 of them out of that 100,000 might have
17  developed a liver cancer if we accept
18  hypothetically that there is a
19  well-established link. And, again, my
20  position is that there is not a
21  well-established link demonstrated, but
22  that is me being as charitable as possible
23  to the plaintiff position is at most he
24  would have had, you know, 5 to 6 out of
25  100,000 risk of developing an HCC.

Page 65

1          That's setting aside all the issues
2  of temporality and latency, which I think
3  are bigger problems honestly. It's
4  completely implausible to develop a
5  hepatocellular carcinoma over the time
6  course that Mr. Roberts was exposed.
7          But on the dosing question
8  specifically, that's what I would say.
9  BY MR. VAUGHN:
10      Q.    And so you think because he had 5
11  to 6 times the dose of what the FDA says is a
12  lifetime dose and he had that dose in a
13  two-year period, you think it is just a 5 times
14  higher risk of 5 out of 100,000 or 6 out of
15  100,000; is that your opinion?
16          MS. ROSE: Object to the form.
17          THE WITNESS: So just to clarify,
18  you know, I would be translating that -- I
19  mean for a one-to-one comparison to the
20  FDA's lifetime limit you have to assume a
21  lifetime of chronic exposure for Mr.
22  Roberts as well, which, as you said, he
23  did not have. He had a much more
24  concentrated shorter window exposure.
25          So I'm just giving you the numbers

17 (Pages 62 - 65)

Page 66

1   if he had had that exposure spread out
2   over 70 years you would expect that his
3   risk of developing a cancer, if we were to
4   accept that there is a true causal link,
5   which, again, I don't accept for humans,
6   would be 5 to 6 out of 100,000.
7       I think it's -- my position is that
8   when you additionally account for the fact
9   that he had a very short concentrated
10  exposure, it's even less plausible for him
11  to have developed a hepatocellular
12  carcinoma, because toxic exposures causing
13  solid tumors there is typically a very
14  long latency.  It's usually many, many,
15  many years or decades before somebody
16  would develop a solid tumor from any toxic
17  exposure.  That I think is actually an
18  extremely important point in this case,
19  that he started NDMA and then over a
20  relatively short period of time was then
21  formally diagnosed with hepatocellular
22  carcinoma.
23      The carcinogenesis sequence that I
24  alluded to previously, induction,
25  promotion, aggression, that Dr. Sawyer

Page 67

1   also mentions -- and he really doesn't
2   talk about latency of those periods,
3   unfortunately -- there is a very long
4   latency between these steps.  It takes a
5   long time for a healthy cell to acquire
6   mutations that then lead to
7   carcinogenesis; it's typically decades.
8       So that's I think an additional
9   problematic element to try to make a
10  causal association in this specific case.
11  BY MR. VAUGHN:
12  Q.    Is your opinion based more on the
13  latency than the carcinogenicity of NDMA?
14      MS. ROSE:  Object to the form.
15      THE WITNESS:  No.  So when I make
16  my opinion I try to weigh all the relevant
17  factors.  I'm highlighting -- you know,
18  because you're asking about the dosing of
19  the Valsartan, I'm highlighting aspects of
20  my opinion that are relevant when thinking
21  about that particular question.  But there
22  are other elements of my opinion that are
23  equally, if not more, relevant to my
24  opinion that NDMA-contaminated Valsartan
25  was really not relevant to Mr. Roberts'

Page 68

1   hepatocellular carcinoma.
2       So it is really one of many points,
3   but I'm putting emphasis on it now because
4   that is the area that we are talking
5   about.
6   BY MR. VAUGHN:
7   Q.    In the human -- do you think the
8   human body is able to repair the DNA damage
9   that NDMA causes?
10      MS. ROSE:  Object to the form.
11      THE WITNESS:  So, again, I don't
12  accept that there is -- I don't accept
13  that there is really well-founded
14  literature to demonstrate carcinogenicity
15  of NDMA specifically in humans.  But with
16  that caveat, if I were to hypothetically
17  assume that NDMA could do that, the
18  punitive mechanism in animals is that
19  it's -- that toxic metabolites from NDMA
20  can lead to DNA damage through things like
21  alkylation of the DNA and things like
22  that.
23      Cells are equipped with mechanisms
24  to repair DNA.  There are DNA repair
25  mechanisms, yes.  So cells can do this.

Page 69

1   That's why it's not a guarantee that a
2   cell that has DNA damage, it's not a
3   guarantee that that cell will eventually
4   turn into a cancer.  We have many
5   safeguards in our cells and DNA repair
6   mechanisms to prevent that from happening.
7   It's really only when someone is exposed
8   to very chronically to a carcinogen that
9   provides the right environmental milieu
10  around those types of cells that have
11  acquired DNA damage that they will acquire
12  more DNA damage and mutations over time
13  that serve as precursors to potential
14  cancer down the line.
15      And that is an articulation -- it's
16  important to articulate that demonstrates
17  why it's such a slow process.  I can't
18  think of any specific toxic exposure that
19  could plausibly cause hepatocellular
20  carcinoma over such a short window.  Even
21  the most toxic exposures that I am aware
22  of in my practice as a hepatologist, like
23  aflatoxin or extremely high-dose
24  radiation, the latency period between
25  initial injury and chronic exposure and

18 (Pages 66 - 69)

Page 70

1  hepatocellular carcinoma on the shortest
2  time scale is probably five to ten years.
3      So, yes, I mean, we are equipped
4  with mechanisms in our cells to repair
5  this damage. And it requires very, very
6  chronic long-term exposure to -- you know,
7  repeated chronic exposure to a carcinogen
8  to cause these changes that result in a
9  cancer.
10     MS. ROSE: Mr. Vaughn, we've been
11  going for about an hour. Are you at a
12  good place for a break?
13     If you are in the middle of
14  something, we can certainly keep going for
15  a little bit; but I wanted to raise that.
16     MR. VAUGHN: You're good. Let me
17  ask one question.
18  BY MR. VAUGHN:
19  Q.   Cancer aside, I just want to talk
20  about liver damage real quick, is it your
21  opinion that NDMA cannot cause liver damage in
22  humans?
23     MS. ROSE: Object to the form.
24     THE WITNESS: Yes. So I think my
25  opinion is that there is no well-founded

Page 71

1  scientific literature that demonstrate
2  that NDMA-contaminated Valsartan
3  certainly, there is nothing that really
4  definitely links that in humans with
5  respect to liver damage, no. I think that
6  comes from primarily the animal
7  literature.
8  BY MR. VAUGHN:
9  Q.   Sorry. Just a moment.
10     Setting the Valsartan aside, just
11  NDMA, is it your opinion that NDMA itself
12  cannot cause liver damage in humans?
13  A.   Yeah. I mean, I haven't come
14  across any, like I said, high quality
15  scientific evidence that would demonstrate that
16  NDMA specifically, with or without Valsartan,
17  induces liver injury in humans.
18     I think -- if I'm understanding
19  your question correctly, there is other
20  literature about NDMA primarily from like
21  dietary exposures where they look at an
22  association between dietary NDMA and different
23  types of outcomes, including liver-related
24  outcomes. But I don't find those to be
25  extremely compelling for reasons I'm happy to

Page 72

1  talk about in the future if you want to.
2      But -- you know, but dietary
3  studies are oftentimes fraught with lots of
4  different biases, and I don't find them
5  independently to be, you know, strong
6  scientific evidence of a causal link between
7  NDMA and liver cancer or, you know, liver
8  cirrhosis, no.
9      MR. VAUGHN: Okay. Now's a good
10  time for a break, Nina.
11     MS. ROSE: Great.
12     THE VIDEOGRAPHER: Off the record
13  at 10:10 a.m.
14     (Whereupon, a break was taken.)
15     THE VIDEOGRAPHER: We are back on
16  the record at 10:24 a.m.
17  BY MR. VAUGHN:
18  Q.   Hello, Doctor.
19  A.   Hello.
20  Q.   You're a gastroenterologist,
21  correct?
22  A.   Yes, I am a gastroenterologist, but
23  also a transplant hepatologist.
24  Q.   So you are a hepatologist as well,
25  correct?

Page 73

1  A.   Correct.
2  Q.   Okay. And in practice is that what
3  you're doing is transplant hepatology?
4  A.   Yes. That's my primary practice.
5  Q.   And you are not an oncologist,
6  correct?
7  A.   Correct, I'm not an oncologist.
8  Q.   Do you diagnose cancer?
9  A.   Yes.
10  Q.   And is that once they come to you
11  or -- in what setting are you diagnosing
12  cancer?
13  A.   So in my clinical practice as a
14  transplant hepatologist.
15     Just very briefly to give you the
16  context of what that means. I take care of
17  patients who have chronic liver disease across
18  the entire spectrum of their liver disease. So
19  individuals who don't have cirrhosis but have
20  chronic liver disease, individuals who have
21  cirrhosis, who have compensated cirrhosis,
22  decompensated cirrhosis, who may require a
23  liver transplant; and I take care of them in
24  the post-transplant setting if they require
25  transplant.

19 (Pages 70 - 73)

Page 74

1  I diagnose cancers in the course of
2  my routine care of my patients because every
3  patient with cirrhosis, we have to screen them
4  for liver cancer. So I am the one who is
5  ordering their cancer screening studies,
6  ultrasounds, alpha-fetoprotein, CT scans, MRIs
7  if necessary. I am the one who is following up
8  on those images to -- to determine if there's
9  something concerning or not who's then doing
10 the additional work-up.
11      And then I -- I work at a
12 transplant center, so I participate in
13 multidisciplinary tumor boards. So if I find
14 something on an MRI that's concerning for liver
15 cancer in a patient with cirrhosis, I will -- I
16 will bring that case to our multidisciplinary
17 tumor board to review it with the radiologist,
18 the surgeons, other hepatologists, and medical
19 oncologists who take care of these patients to
20 confirm the diagnosis, make a treatment plan.
21      These things are usually done in a
22 multidisciplinary setting, but I am the
23 primary, you know, provider that is responsible
24 for screening for it and then diagnosing the
25 cancer, hepatocellular carcinoma, and other

Page 75

1  liver cancers in these patients.
2      Q.    Does there have to be a
3  confirmation diagnosis when you make a
4  diagnosis of cancer?
5      A.    I'm not entirely sure as to what
6  you mean by "confirmation diagnosis." Maybe
7  you could clarify.
8      Q.    You said you take it to a -- when
9  you diagnose someone with cancer, you take it
10 to a multidisciplinary board; and then a
11 medical oncologist confirms the diagnosis.
12      Is that always the case, that
13 someone else is going to confirm your cancer
14 diagnosis?
15      MS. ROSE: Object to the form.
16 Misstates the witness's testimony.
17      THE WITNESS: No. I wouldn't
18 summarize it that way. Maybe I can
19 clarify. I order the studies that would
20 di- -- would be relevant to diagnose a
21 potential hepatocellular carcinoma, for
22 instance. And I will look at the images
23 myself.
24      Let's say that if there's a patient
25 that needs an MRI and there is a mass

Page 76

1  there, I will look at the MRI. I will
2  kind of make my own assessment of, you
3  know, is this concerning for
4  hepatocellular carcinoma or not.
5      But, of course, I will rely on the
6  diagnostic radiologist's read. And
7  usually the diagnostic radiologist will be
8  able to make a very clear assessment of
9  the likelihood that this is, in fact,
10 hepatocellular carcinoma by applying the
11 LI-RADS criteria, and that is usually
12 sufficient.
13      If -- if there's a LI-RADS 5
14 lesion, which is basically -- that's
15 regarding to be diagnostic of
16 hepatocellular carcinoma, that diagnosis,
17 I -- I would already been aware of when I
18 bring the case to the tumor board.
19      So the tumor board, sure, we're all
20 confirming that as a board, we agree that
21 there's hepatocellular carcinoma; but I'm
22 not relying on the hemato-oncologists, for
23 instance, to make the diagnosis.
24      The diagnosis is usually made if
25 it's a LI-RADS 5. It's more about

Page 77

1  thinking about the next steps, what -- the
2  best way to treat the patient; and that
3  requires multidisciplinary discussion.
4      I would say that there are also
5  more borderline cases, like if it's a
6  LI-RADS 3 or a LI-RADS 4, that is not
7  independently diagnostic of hepatocellular
8  carcinoma. And so we -- we still may
9  review those images in the tumor board
10 just to agree upon a surveillance
11 strategy, for instance.
12 BY MR. VAUGHN:
13      Q.    And if you think there's cancer and
14 someone on the tumor board says that there's
15 not cancer, such as the oncologist, which
16 opinion trumps?
17      A.    So in that instance where there's
18 disagreement about whether or not a cancer is
19 present, that might arise, let's say, in --
20 it's a pretty rare circumstance.
21      Most of the time, I think, we're a
22 little bit differential to the diagnostic
23 radiologist who has the most expertise in
24 interpreting the cross-sectional images because
25 it's -- it's their dedicated expertise.

20 (Pages 74 - 77)

Page 78

1    So if the radiologist is very
2    confident that something is a LI-RADS 5, we --
3    we accept that as the tumor board, you know,
4    that it's LI-RADS 5 lesion.
5         I can't think of a case where,
6    like, the medical oncologist is, you know,
7    disagreeing with the diagnostic radiology
8    expert about LI-RADS 5 lesion, but there are
9    maybe some scenarios where it might be a
10   LI-RADS 4 and we have a discussion as a group
11   about, you know, what is the urgency to try to
12   confirm that this is or is not hepatocellular
13   carcinoma.
14        And so in that scenario, if there's
15   disagreement, we may pursue biopsy to get
16   further -- to really kind of get, as a gold
17   standard, confirmation of the presence or
18   absence of cancer.
19   Q.    And you said you're not a
20   radiologist, but you do review the actual
21   imaging, correct?
22   A.    Yes.
23   Q.    And in practice if the diagnostic
24   radiologist disagreed with you, you would defer
25   to them?

Page 79

1         MS. ROSE:  Object to the form.
2         THE WITNESS:  It would really
3    depend on the nature of the disagreement.
4    I mean, there have been scenarios where,
5    you know, the initial diagnostic read
6    that's reported, when I look at the
7    imaging, I might identify something that I
8    am concerned about that I think might have
9    been missed in the radiology report; and
10   then I'll have a discussion with the
11   radiologist.
12        And I can recall a couple of
13   scenarios where I've identified something
14   that I think was missed, and then I bring
15   it to the radiologist.  They re-review it
16   and say, oh, okay, yes.  Actually, in
17   retrospect, this does appear to be the
18   case; and they might amend their report.
19        That does happen on occasion, but
20   it's usually if there's a disagreement.
21   Or if I'm concerned about something, I'll
22   just have a conversation with them; and
23   we'll review it together.
24        But overall, yes.  I -- I -- at the
25   end of the day, I primarily trust our

Page 80

1    diagnostic radiologists at -- at my
2    institution.  I think they're very good,
3    and they have much more dedicated
4    expertise in reviewing radiology than I
5    do.  They do it day in and day out as
6    their job.
7         So -- so yes.  I mean, if they feel
8    strongly that -- that their read is
9    accurate and they can show me why, then
10   yes, I'll -- I'll agree with -- with what
11   their opinion is.
12   BY MR. VAUGHN:
13   Q.    Do you agree that the oncologists
14   have more expertise than you do in diagnosing
15   cancer?
16   A.    So that's a very broad statement.
17   I mean, if I were just narrow that down to
18   hepatocellular carcinoma specifically, I would
19   not uniformly agree with that because, like I
20   said, the oncologists are usually not the ones
21   who are making the diagnosis.  They're not the
22   ones who are screening these patients for
23   cancer.
24        The on- -- medical oncologists in
25   the setting of hepatocellular carcinoma are

Page 81

1    most often involved with more advanced
2    late-stage cancers because the medical
3    oncologists will be involved in administering
4    immunotherapy or sometimes systemic
5    chemotherapy, things along those lines that are
6    really treatments more for patients who have
7    very advanced disease.
8         So in the setting specifically for
9    hepatocellular carcinoma, medical oncologists
10   are oftentimes involved very late in the
11   process, and they're -- they're usually not --
12   they don't have a whole lot of primacy in the
13   diagnosis.  And the screening of hepatocellular
14   carcinoma, that's usually the role of the
15   hepatologist.
16   Q.    And is that because liver cancer is
17   typically caught at earlier stages?
18        MS. ROSE:  Object to the form.
19        THE WITNESS:  We tried to -- sorry.
20        MS. ROSE:  Go ahead, Doctor.
21        THE WITNESS:  Apologies.
22        Ideally, we identify patients that
23   require screening.  So any patient with
24   cirrhosis, for instance, should enter a
25   surveillance pipeline for getting imaging

21 (Pages 78 - 81)

Page 82

1    and blood work every six months.
2        And the intention of that is to
3    identify liver cancers early so that we
4    can treat it more effectively and
5    hopefully cure it. Obviously there are
6    patients where, for -- for one reason or
7    another, they're not identified as having
8    cirrhosis or they don't complete their
9    surveillance appropriately, and then
10   cancers may get diagnosed at a later
11   stage; but our -- our aspiration is to try
12   to catch them early.
13   BY MR. VAUGHN:
14       Q.    From the time that there's
15   cirrhosis, how quickly can that turn to HCC?
16       A.    So based on the established
17   literature, you know, and, you know, national
18   and international hepatology society
19   guidelines, our best estimates are that there's
20   an annual risk of somewhere in the range of 1
21   to 8 percent depending on the specific cohort
22   or etiology of liver disease you're looking at.
23   It's -- it's somewhere in that range.
24       I think Dr. Siddiqui in her report
25   acknowledged 2 to 4 percent annual incidence of

Page 83

1    HCC in those patients, which I generally agree
2    with. It's somewhere in that ballpark.
3        Q.    And so you're talking annual
4    incidence, and my question's a little
5    different.
6        From the first time that they have
7    cirrhosis, how quickly can that cirrhosis turn
8    to HCC?
9        A.    So it's -- it's hard to -- it's --
10   I mean, it -- there are many patients who are
11   diagnosed simultaneously with cirrhosis and
12   HCC. I can really only frame it to you in
13   terms of annual risk.
14       You know, 2 to 4 percent of
15   patients will develop a liver cancer within a
16   year of having cirrhosis. So it can happen
17   relatively quickly. It can happen on the time
18   course of a year, but it varies depending on
19   the patient, the -- the cause of the liver
20   disease, and based on some type factors that we
21   don't fully understand. But I can tell you
22   that that's the rate.
23       And because of that, we screen all
24   patients with cirrhosis for liver cancer
25   because they all have a very high risk of

Page 84

1    developing a liver cancer even within one year.
2        So -- but they -- cancers, they
3    have different rates of growth. There's some
4    variation how fast a tumor can grow and thus be
5    detectable. I mean, sometimes you might have a
6    microscopic cancer that we don't see on
7    imaging, but it might be there; but it takes
8    some time for it to grow to the point where
9    it's actually observable microscopically on an
10   ultrasound or an MRI. But that's the best way
11   I can kind of frame the answer.
12       Q.    Do you have an opinion on if
13   cirrhosis to go to HCC within six months?
14       MS. ROSE:  Object to the form.
15       THE WITNESS:  So as I stated, I
16   mean, there are many patients that are
17   simultaneously diagnosed with cirrhosis
18   and HCC, and I do think that a patient
19   with cirrhosis that's -- let's say a
20   patient's diagnosed with cirrhosis. Could
21   they have an HCC six months later?
22   Absolutely.
23       And the reason I say that is
24   because it's possible to have an HCC even
25   in the absence of cirrhosis, especially in

Page 85

1    patients who have MASLD and MASH. It's
2    very well demonstrated in the literature
3    that -- that patients have a real risk of
4    developing an HCC even before their
5    degreeing -- their degree of scarring has
6    progressed to cirrhosis.
7    BY MR. VAUGHN:
8        Q.    And so the diagnosis of HCC
9    wouldn't actually support that someone has
10   cirrhosis alone, correct?
11       A.    There's a very high likelihood that
12   the patient will -- will -- would have
13   cirrhosis. I think somewhere in the ballpark
14   of 80 percent of patients who have an HCC have
15   underlying cirrhosis; but no, it's not a
16   guarantee that if the only you looked at was
17   the HCC, it ' not a guarantee that they have
18   cirrhosis, no.
19       Q.    So you can't say, hey, this person
20   has HCC, therefore, they have cirrhosis,
21   correct?
22       A.    No, you can't say that. You'd have
23   to look at -- you'd have to do an assessment to
24   see if they actually have cirrhosis or not.
25       Q.    And how do you do that assessment?

22 (Pages 82 - 85)

Page 86

1    A.    It's a good question.  So there --
2  there's -- there are a lot of factors that come
3  into consideration; but broadly speaking, there
4  are imaging features that we look for.  There
5  are features on blood work.  There are
6  prediction scores that we calculate from blood
7  work and patient age.
8          And sometimes if there's really
9  advanced cirrhosis, you would may expect
10  certain clinical symptoms or clinical signs;
11  but usually it's a composite of these different
12  data points.
13          You try to assimilate some
14  laboratory prediction modeling data points and
15  imaging data points to come to an assessment.
16    Q.    So you would agree it's not imaging
17  alone that you diagnose cirrhosis?
18          MS. ROSE:  Object to the form.
19          THE WITNESS:  Sorry.
20          MS. ROSE:  Go ahead.  Sorry.
21          THE WITNESS:  I wouldn't agree with
22  it quite in that fashion because in some
23  patients you -- you really can't make the
24  diagnosis.
25          I mean, so, for instance, if you

Page 87

1  were to see, you know, multiple high
2  probability features on a CT scan that
3  are -- that are, you know, that come with
4  cirrhosis, you can generally make that
5  diagnosis.
6          But let's say that you only saw one
7  suggested imaging feature of cirrhosis.  I
8  personally don't rely on that alone.  I --
9  I would look also to laboratory findings
10  and -- and laboratory-based prediction
11  models to add another data point to try to
12  make the assessment.
13  BY MR. VAUGHN:
14    Q.    And what labs are you looking for
15  to make that assessment of cirrhosis?
16    A.    So --
17          MS. ROSE:  Object to the form.
18          THE WITNESS:  So again, you know, I
19  never rely -- I try not to rely
20  exclusively necessarily on -- on labs.
21  It's usually a composite of different data
22  points.
23          There -- there can be some patients
24  that have really overt obvious signs of
25  cirrhosis based on blood work alone where

Page 88

1  it really pushes me in the direction of
2  cirrhosis; but generally speaking, I'm
3  looking at labs, including the AST, the
4  ALT, the platelet count.  I'm looking at
5  the patient age.
6          Those -- those four things together
7  are used to compute prediction score
8  called the FIB-4 score or the fibrosis-4
9  score, which is it's codified in our
10  guidelines that this is a -- a screening
11  tool that we use in patients to stratify
12  individuals into different probabilities
13  of risk of having significant scar in the
14  liver, advanced fibrosis or cirrhosis,
15  or -- or essentially, you know, minimal
16  scar in the liver or something in between.
17          So we compute that for all
18  patients, you know, that have, you know,
19  chronic liver disease, such as MASLD or
20  MASH as an initial assessment; but those
21  are some important labs.
22          Other labs that I look at that are
23  important are so-called liver synthetic
24  function markers.  So in addition to
25  platelet count, that's also albumin.  It's

Page 89

1  also INR that are important liver
2  synthetic function markers, and bilirubin.
3  BY MR. VAUGHN:
4    Q.    Why are those three important --
5  albumin, INR, and bilirubin -- when it comes to
6  liver function?
7    A.    So your liver has a lot of
8  important roles in your body.  My view, it's
9  the most important organ as a biased
10  hepatologist.
11          But one of the -- among the things
12  it does is it's a -- it's a major manufacturing
13  hub for proteins in your body as well as
14  clotting factors.
15          So albumin is the -- is the major
16  protein in the body.  It's the most predominant
17  protein in -- in the body, and it's
18  manufactured in the liver.
19          So if your liver has cirrhosis and
20  a lot of scar, the liver does not function
21  well; and so it's not able to produce albumin
22  as much.  And so in a patient with very
23  advanced cirrhosis, we might start to see the
24  albumin come down gradually because the liver's
25  not functioning well to produce it.

23 (Pages 86 - 89)

Page 90

1      A sim- -- a similar principle
2  applies INR, which is a clotting factor marker.
3  It's a measure of kind of production of
4  clotting factors. Some -- some, but not all,
5  clotting factors are produced in the liver. So
6  if there's cirrhosis, as it gets more advanced,
7  the INR may become abnormal.
8      And the directionality's different.
9  The INR actually goes up as -- as cirrhosis
10 worsens over time; whereas, the albumin goes
11 down. But that's usually the general
12 significance.
13     The bilirubin tends to become
14 elevated usually only in very, very late stages
15 of cirrhosis, really advanced decompensated
16 cirrhosis most of the time.
17     Q.    And so would you agree that
18 typically if the albumin and INR and bilirubin
19 are normal, the patient does not have advanced
20 cirrhosis?
21     MS. ROSE: Object to the form.
22     THE WITNESS: I would not uniformly
23     agree to that. There's a lot of nuance
24     that goes into interpreting these labs.
25     I would say in general, patients

Page 91

1      with advanced decompensated cirrhosis, you
2      do expect to see progressive derangements
3      in those labs. But the issue is that
4      those labs can be altered for other issues
5      oftentimes unrelated to liver disease.
6          So you have to interpret all -- all
7      of this in the context of the particular
8      patient.
9          But the general trends I
10     articulated to you are things you see as
11     cirrhosis becomes more advanced; but it's
12     important to highlight that even if those
13     are normal, it does not rule out the
14     presence of cirrhosis.
15 BY MR. VAUGHN:
16     Q.    Would it rule out the presence of
17 advanced cirrhosis?
18     A.    Not necessarily. I -- I wouldn't
19 say that either. So for instance, it's very
20 common for patients to be on a blood thinner,
21 and the blood thinner can make the INR
22 abnormal. And so we then can't rely on the INR
23 as a marker of synthetic function.
24     Likewise, some of the albumin
25 reduction that can happen over time in

Page 92

1  cirrhosis, that can, to some extent, be
2  overcome with very aggressive nutritional
3  supplementation.
4      So -- so like I said, there's
5  nuance in interpreting these things, and you
6  have to interpret it in a particular patient
7  context.
8      Q.    You were talking about if it was
9  abnormal. I'm talking about if all of those
10 are normal.
11     If all of those labs are normal,
12 does that mean they do not have advanced
13 cirrhosis?
14     A.    If they're all normal and, in
15 particular, like, looking the trends, like, I
16 don't like to rely on, like, an isolated lab
17 trend because sometimes there can be temporary
18 or acute changes that cause things to
19 fluctuate; but I would say it makes it less
20 likely. I would agree it makes it less likely.
21 If those things are all normal, it's less
22 likely that the patient would have very, very
23 advanced cirrhosis, yes.
24     Q.    And did you review the labs,
25 albumin, INR, and bilirubin in Mr. Roberts'

Page 93

1  case.
2      A.    I did. But I should emphasize one
3  other thing that -- you know, the other
4  important lab that I think you're leaving out
5  is platelet count. And that's actually also
6  another one of these synthetic function markers
7  that's -- that's very critical to highlight as
8  well.
9      So that's -- I would throw that in
10 the bucket of important labs to assess when
11 you're looking at progression of liver disease
12 and cirrhosis.
13     So yes, I did review these labs for
14 Mr. Roberts, including his, you know,
15 transaminases, his FIB-4 over time, and his
16 platelet count over time.
17     Q.    But for advanced cirrhosis, you 'e
18 looking at more at the albumin, INR, and
19 bilirubin, correct?
20     MS. ROSE: Object to the form.
21     THE WITNESS: No. I'm looking at
22     the composite of these labs, and I'm --
23     I'm also very carefully looking at the
24     platelet count. The platelet count is
25     actually a very, very important marker of

Page 94

1    progression of cirrhosis between stages --
2    between stages of compensated and
3    decompensated cirrhosis.
4          The platelet count is a very, very
5    important marker of something called
6    portal hypertension. It's elevated
7    pressures kind of, you know, behind the
8    liver in the large vein that's flowing
9    into the liver.
10          And the full hypertension -- the
11    blood pressure in this portal system
12    begins to climb as patient's severity of
13    cirrhosis increases. And the platelet
14    count will begin to decrease gradually as
15    that gets worse.
16          So that is oftentimes a very early
17    indicator that a patient's progressing to
18    more advanced cirrhosis.
19    BY MR. VAUGHN:
20    Q.    How low of a platelet count would
21    you anticipate for advanced cirrhosis?
22          MS. ROSE: Object to the form.
23          THE WITNESS: There's a lot of
24    variability in patients, so I can't give
25    you, like, a -- a concrete cutpoint

Page 95

1    because oftentimes you're looking at the
2    trend.
3          I'll say as a general marker, a
4    platelet count of less than 150 is
5    regarded to be abnormal. That's
6    abnormally low. That's the definition of
7    thrombocytopenia, which just means low
8    platelet count. But the trend is
9    important.
10          So I mean, if someone's baseline is
11    300 and it's been 300 for years and years
12    and then over the past year, I see it's
13    gone down from 300 to 250 to 200 to 155,
14    that ' a concerning trend even though it's
15    still technically above this threshold of
16    less than 150.
17          If a platelet count used to be
18    normal and is now less than 150, that's
19    very concerning to me in a patient that
20    I'm worried about cirrhosis.
21    BY MR. VAUGHN:
22    Q.    Would you consider the platelets
23    one of the most important lab findings for
24    Mr. Roberts in coming to your conclusions?
25    A.    Yes, it's a very important lab

Page 96

1    finding.
2    Q.    And why is that in Mr. Roberts'
3    case?
4    A.    I'd say there's -- there are -- are
5    two important contributors of the platelet
6    count that come to mind in his case. One, it's
7    a component in that FIB-4 calculation. I
8    forget if I gave you the whole formula, but
9    it -- it involves the AST, the ALT, the
10    platelet counts, and the age. So all of those
11    components go into an assessment of the
12    likelihood of cirrhosis. So that that
13    hopefully articulates why the platelet count is
14    an independent important marker of the
15    likelihood of cirrhosis.
16          But in reviewing Mr. Roberts
17    records, you know, his platelet count used to
18    be normal; and then it gradually began to
19    decline.
20          I'm sorry. I'm pulling up my
21    report to just look at the timeline in case
22    that becomes relevant. But off the top of my
23    head, I remember very specifically his, I
24    think, primary care physician Dr. Sanders. He
25    noted on -- on multiple occasions and during

Page 97

1    their visits that the platelet count had become
2    low, and he did not understand why. But that
3    it used to be normal.
4          So Dr. Sanders had identified that
5    as an unusual finding which I think with the
6    benefit of me being able to look at the entire
7    record, I recognize that is clearly an
8    indicator that Mr. Roberts had developed
9    cirrhosis that was becoming more advanced. But
10    that's why it was very relevant.
11          He used to have normal platelet
12    count, and then it trended down during the
13    course of his medical course, which I viewed to
14    be consistent with his diagnosis of cirrhosis.
15    Q.    You say you were looking at the
16    timeline on this.
17          What was the first date that he was
18    actually diagnosed with thrombocytopenia?
19    A.    I'm sorry. Let me just pull up my
20    report. Sorry. Bear with me. I've got my
21    medical timeline here up now. All right.
22          I did try to note down in my review
23    of his record where I saw platelet counts and
24    tried to note that where it was relevant.
25          So let's see. In 2009 it was 174,

Page 98

1  so it was not in the range that I would say is
2  thrombocytopenia at that time.  In -- okay.  So
3  in November, November 4th, 2015, his platelet
4  count was 137.  That is thrombocytopenia.
5      Q.    Was he --
6      A.    That is abnormally low.
7      Q.    Was he diagnosed with
8  thrombocytopenia at that point?
9      A.    The -- the definition of
10  thrombocytopenia is the lab value.  So I don't
11  know if any particular physician directly
12  said -- you know, I don't know if any of his
13  treating physicians articulated it at that
14  time, but that value is the definition of
15  thrombocytopenia.  He had thrombocytopenia on
16  that date at that time.
17      Q.    Are you a hematologist?
18      A.    I'm not a hematologist.
19      Q.    Do you order labs?
20      A.    I order labs all the time, yes.
21      Q.    Do you read labs?
22      A.    I read labs all the time.
23      Q.    How do you know if the labs are out
24  of range?
25      A.    Well, so it's -- generally a normal

Page 99

1  range is reported by -- by a particular lab,
2  and that may vary based on the particular lab
3  where it's obtained.
4          However, there are well-established
5  thresholds in the field of liver disease
6  specifically where there are benchmark values
7  that signify abnormalities that may differ from
8  laboratory-reported reference ranges.  That
9  includes things like AST, ALT, and platelet
10  count.
11          So any hepatologist will tell you
12  that thrombocytopenia is less than 150 because
13  it's codified in our guidelines.  We make
14  decisions from hepatology international and
15  national guidelines that actually use that
16  threshold of the platelet count of less than
17  150.
18          So I always interpret that in that
19  context where a lab may have a reference range,
20  which may vary from lab to lab; but I have
21  numbers that I understand to be abnormal from
22  my perspective as a hepatologist.
23      Q.    Have you ever worked in one of
24  these labs that sets reference ranges?
25      A.    No.  I mean, I -- I've never worked

Page 100

1  in -- in a laboratory that runs, you know,
2  these -- these tests myself, no.
3      Q.    Do you know how they set their
4  reference ranges?
5      A.    I have an understanding for -- it
6  may vary by -- from lab to lab, but I have a
7  general sense of how these are set.  And I
8  actually know this specifically for things like
9  transaminases because understanding the
10  methodology for that comes from is an important
11  lesson for why us as hepatologists have our own
12  set of understood normal versus abnormal
13  ranges.
14          So just I'll be very concise.  AST
15  and ALT, there are normal ranges that are very
16  commonly reported.  Let's say ALT.  You might
17  see a lab that says, you know, up to an ALT of
18  39 might be normal.  To a hepatologist an ALT
19  of 39 is abnormal.
20          The reason why it's -- why we -- we
21  have -- why we say this is when they determine
22  reference ranges for transaminases, oftentimes
23  these were -- were -- were done by taking
24  individuals from the population that were
25  taught to be healthy.  They measured their

Page 101

1  labs.  You get a bell curve.  You get a bell
2  distribution for what the range of labs are,
3  and you can look at, you know, the
4  95th percentiles on either side.  You get a
5  range of where 95 percent of the data fall.
6          And then it could be beyond that,
7  you know.  I'm not saying it's always
8  specifically 95 percent, but they use this
9  principle to determine what is kind of an
10  outline value above or below the normal range
11  for a general population.
12          That's oftentimes how these things
13  are set, but that's important to understand
14  because where a lot of the reference ranges
15  came from for ALT and AST, individuals who were
16  thought to be healthy, many of them had
17  underlying chronic liver disease, including
18  things like Hepatitis C that was not yet
19  diagnosed.
20          So many of the individuals who were
21  used for this calculation from a normal healthy
22  population, in fact, had underlying liver
23  disease that was unrecognized.  So the normal
24  values are skewed from reference ranges at labs
25  to the upside.

26 (Pages 98 - 101)

Page 102

1    It's really kind of more -- more
2  recent literature that demonstrates that if you
3  really isolate the truly healthy patients who
4  don't have any evidence of chronic liver
5  disease, you get a much lower upper limit of
6  the lower value.
7    But yeah. That's my general
8  understanding of how these things are
9  oftentimes developed or reported, but it may
10  vary from lab to lab; and I'm not privy to, you
11  know, how Labcorp or Quest may do it. They may
12  do it differently.
13    Q.   And so you're not aware if there's
14  different sensitivities in the labs that
15  different companies do?
16    A.   Sorry. What do you mean by
17  "sensitivity" in that context?
18    Q.   Things that could make the results
19  different based on how they are doing the test,
20  and so they might have difference reference
21  ranges based on that.
22    Are you aware of that?
23    MS. ROSE: Object to the form.
24    THE WITNESS: You know, like I
25  said, I -- I don't work in, you know, in

Page 103

1  the industry of -- of, you know, kind of
2  running and adjudicating these labs
3  ranges. So I'm not privy to how one lab
4  may do this versus the other one.
5    All I can say is that I understand
6  that reference ranges vary across
7  different labs, but that we have very
8  specific important thresholds when we are
9  applying lab results to patients with
10  liver disease.
11  BY MR. VAUGHN:
12    Q.   Okay. You testified earlier you
13  wouldn't want to rely on just one lab but lab
14  trends.
15    In your practice have you observed
16  different results from one lab to another --
17    MS. ROSE: Object to the form.
18  BY MR. VAUGHN:
19    Q.   -- on the same patient?
20    A.   Not generally. I mean, I -- there
21  are different lab ranges; but, you know, I do
22  have patients -- for instance, I take care of
23  veterans, and they -- they'll get labs done at
24  the VA sometimes, and sometimes they'll get
25  labs done outside at Labcorp or --

Page 104

1    You know, the absolute numbers are
2  generally consistent, I would say. It would be
3  unusual if I see really outliners all through
4  one lab relative to another one. It's usually
5  more the reference range, in my experience,
6  that might be reported as being slightly
7  different.
8    Q.   You work at Penn Medicine, right?
9    A.   Yes.
10    Q.   Okay. I'm going to share the
11  screen.
12    This is your profile on their
13  website, correct?
14    A.   Yes.
15    Q.   And it has here your expertise, and
16  it lists many things.
17    It doesn't actually list HCC, does
18  it?
19    A.   It lists liver cancer --
20    Q.   Okay.
21    A.   -- in the bottom right.
22    MS. ROSE: Mr. Vaughn, I'm sorry.
23    Is this introduced as an exhibit?
24    MR. VAUGHN: No.
25    MS. ROSE: Oh, you're showing him

Page 105

1  something that you're not introducing as
2  an exhibit so we can't see the full --
3    MR. VAUGHN: I can scroll. I'll go
4  through it. I thought you did this just
5  the other day with Siddiqui when you were
6  deposing her.
7    MS. ROSE: No, I didn't. I
8  introduced -- everything I showed her I
9  was introduced as an exhibit. I didn't
10  put anything on the screen, actually.
11    MR. VAUGHN: Oh, okay. Well, if
12  you want me to take a break and print
13  screen it and make it an exhibit, I will.
14    MS. ROSE: I think anything that's
15  shown to the witness and discussed should
16  be introduced as an exhibit. So that --
17    MR. VAUGHN: Okay.
18    MS. ROSE: -- for the benefit of
19  the record, we understand what you're
20  pointing to and what's stated on the
21  document.
22    MR. VAUGHN: All right. Let's take
23  a break.
24    MS. ROSE: Okay. Thanks.
25    THE VIDEOGRAPHER: We're off the

27 (Pages 102 - 105)

Page 106

1    record at 10:56.
2        (Whereupon, a break was taken.)
3        THE VIDEOGRAPHER: We are back on
4    the record at 11:03 a.m.
5    BY MR. VAUGHN:
6    Q.    All right. Doctor, sorry about
7    that.
8    A.    That's okay. No problem.
9    Q.    All right. So I have that web page
10   now as an exhibit. This will be Exhibit 3. It
11   should also be dropped if you need to look at
12   it as the full exhibit.
13       (Whereupon, Exhibit 3,
14       PennMedicine.org profile of Nadim
15       Mahmud, MD, MS, MPH, MSCE, was marked for
16       identification.)
17   BY MR. VAUGHN:
18   Q.    And all right. And earlier I was
19   talking about when it says "liver cancer."
20       And so it doesn't say HCC, but you
21   agree that liver cancer is essentially
22   synonymous with HCC?
23       MS. ROSE: Object to the form.
24       THE WITNESS: I would say that HCC
25   is a type of liver cancer. My expertise

Page 107

1    in liver cancer extends beyond the HCC.
2    It includes other types of liver cancers.
3    For example, bile duct cancers like
4    cholangiocarcinoma.
5    BY MR. VAUGHN:
6    Q.    And so then cirrhosis is not listed
7    on here, is it?
8    A.    I'm looking through here. It's --
9    liver failure I think, you know, is
10   encompassing, you know, aspects of, you know,
11   the progression of chronic liver disease to --
12   to, you know, up to and including cirrhosis.
13   Q.    Okay.
14   A.    And I'm sorry to interrupt. But --
15   and also, you know, while the word "cirrhosis"
16   may not be literally written out here, all of
17   the -- you know, many of the relevant liver
18   diseases are detailed here for expertise, like,
19   alcoholic liver disease, autoimmune hepatitis,
20   Hepatitis C, et cetera. These are all things
21   that cause chronic liver disease and cirrhosis.
22       So that I use that as a clarifying
23   point.
24   Q.    And so this lists many things that
25   can cause cirrhosis?

Page 108

1    A.    Yeah. This lists many things that
2    cause cirrhosis. And It also lists many
3    complications of cirrhosis, you know, for
4    instance, things like ascites, esophageal
5    varices, liver cancer, as well, you know, the
6    relevant therapies that are used for cirrhosis
7    like liver transplantation. I believe those
8    are all listed here.
9    Q.    You know that cirrhosis can cause
10   liver cancer.
11       Can it go the other way as well?
12       Can liver cancer cause cirrhosis?
13   A.    No. No. HCC does not cause
14   cirrhosis.
15   Q.    And why is that?
16   A.    So essentially, cirrhosis is a
17   state where there is a significant amount of
18   scarring, you know, typically throughout the
19   liver that results from chronic inflammation.
20       And so the -- the understood, you
21   know, risk factors, you know, for this are
22   things like alcohol-related liver disease,
23   MASLD and MASH, Hepatitis C. Those things
24   cause chronic inflammation in the liver.
25   Chronic inflammation leads to scar tissue

Page 109

1    formation. And then once a sufficient amount
2    of scar accumulates, that's -- you know, to the
3    point where it's affecting the liver function
4    in some regard, that's -- that's cirrhosis.
5        HCC does not cause inflammation
6    throughout the liver like a chronic liver
7    disease does, nor does it induce scarring of
8    the, you know, throughout the liver, like a
9    form of chronic liver disease does.
10       I mean, I'm not aware of any
11   literature that -- that, you know, that kind of
12   identifies HCC, for instance, as a causal
13   factor for cirrhosis. I've never come across
14   that.
15       The only -- I guess the only
16   scenario where I could see something along the
17   lines of cirrhosis being imputed for someone
18   with a history of HCC is a condition called
19   pseudocirrhosis where someone who has very
20   diffuse HCC in the liver that has been treated
21   many times with different local regional
22   therapies to the point where the liver has
23   taken a lot of damage from the treatments, you
24   can sometimes get a liver that begins to behave
25   as if there is cirrhosis, and that's called

28 (Pages 106 - 109)

Page 110

1  pseudocirrhosis. But that's -- that's a unique
2  case and -- and not what is typically meant
3  when -- when someone says does liver -- does
4  liver cancer cause cirrhosis.
5      Q.   And so cirrhosis is caused by
6  inflammation in the liver?
7      A.   Yeah. That's -- that's understood
8  to be the pathway. It's things that cause
9  chronic inflammation throughout the liver.
10  That leads to scar tissue accumulation over
11  time, and the amount of scar tissue goes
12  through different stages that are usually
13  defined based on biopsies.
14          And if there's a sufficient amount
15  of scar tissue and you see certain features on
16  a biopsy that would be diagnostic of cirrhosis
17  if you were to look at biopsies. I mean, these
18  days we don't need to rely on biopsies because
19  we have very well-validated ways of identifying
20  cirrhosis just based on labs, imaging,
21  prediction models, et cetera.
22      Q.   So it's your opinion that HCC does
23  not cause inflammation within the liver?
24      A.   I mean, it's possible that, you
25  know, with HCC there may be some localized

Page 111

1  inflammation potentially around the -- the
2  tumor, but I -- you know, I -- I don't view HCC
3  to be a very strongly inflammatory tumor.
4      I mean, I know that Dr. Siddiqui
5  made such a comment that HCC is a very
6  aggressive inflammatory tumor. That's --
7  that's not my conception of HCC, and I don't --
8  you know, there's no hepatologist that I know
9  of that would say that HCC would lead to
10  cirrhosis in a patient. It's usually the other
11  way around where cirrhosis is the -- the
12  primary risk factor for why someone has HCC.
13      And HCC certainly does not cause,
14  you know, uniform inflammation throughout the
15  liver like a chronic liver disease would.
16      Q.   Did you do any research for this
17  case on if NDMA caused liver inflammation?
18      A.   Yes, I did. I mean, I came across
19  animal literature, you know, in the course of
20  my literature search that I think was relevant
21  to that question you asked where in the animal
22  literature, you know, where they provide
23  rodents, for instance, with very high doses of
24  NDMA, you know, they would observe things like
25  hepatic fibrosis or scarring in the liver.

Page 112

1  Yes.
2      Q.   Is -- hepatic fibrosis, is that
3  synonymous with cirrhosis, or is there a
4  distinction there?
5      A.   Yeah. Thanks for the question. So
6  I'll clarify that.
7          Fibrosis is just a medical word
8  that means scar. So fibrosis by itself is not
9  synonymous with cirrhosis. You could have a
10  mild amount of scar, or you can have a very
11  advanced degree of scar.
12          So when -- if there's very advanced
13  fibrosis, you know, to -- to a certain degree,
14  that -- that then at some point becomes
15  cirrhosis. But the term itself does not --
16  does not mean cirrhosis.
17      Q.   Can you have advanced fibrosis and
18  still not have cirrhosis?
19      A.   Yes, you can. Advanced fibrosis,
20  the way -- and I admit this is used differently
21  in different literature, but most hepatologists
22  when we use the term "advanced fibrosis," we
23  are referring to two very specific stages of
24  fibrosis.
25          So just to be very clear about

Page 113

1  that, there -- there -- generally there are
2  four stages of fibrosis in the liver that go
3  from F0 to F4. F0 is totally normal. There's
4  no scar, normal healthy liver. F4 is
5  cirrhosis. There's a lot of scar tissue. F3
6  is advanced fibrosis but not quite cirrhosis
7  on -- on a biopsy.
8          So advanced fibrosis usually refers
9  to F3 and F4. So it encompasses cirrhosis, but
10  it also encompasses patients who have F3
11  fibrosis but not quite cirrhosis yet.
12      Q.   Would -- would some clinicians
13  inarticulately call advanced fibrosis
14  cirrhosis?
15          MS. ROSE: Object to the form.
16          THE WITNESS: I mean, I don't know.
17  There -- there may be some clinicians
18  that -- that might use that. I think
19  hepatologists are usually very precise
20  when they use advanced fibrosis or
21  cirrhosis.
22          I mean, but yes. I -- I can't
23  really speak on, you know, on behalf of
24  other physicians. But it's possible that,
25  you know, some physicians who are not

29 (Pages 110 - 113)

Page 114

1    attuned to this nuance, they potentially
2    could use that term incorrectly.
3    BY MR. VAUGHN:
4        Q.    And in your practice, have you ever
5    ran into like a radiologist that might use
6    cirrhosis as opposed to advanced fibrosis?
7        MS. ROSE:  Object to the form.
8        THE WITNESS:  In my experience
9    radiologists, they will use the term
10    cirrhosis.  They -- they don't commonly
11    use the term "advanced fibrosis" because
12    the -- the signs that are observed on
13    imaging like a CT scan or an ultrasound,
14    those are -- those have been studied with
15    respect to cirrhosis not advanced
16    fibrosis.
17        So they're -- they're usually -- yo
18    know, in my experience -- again, I can't
19    speak on behalf of all radiologists out
20    there, but most I'd say well-qualified
21    diagnostic body radiologists they frame
22    things in terms of cirrhosis.
23    BY MR. VAUGHN:
24        Q.    All right.  And then on this web
25    page down here, there's this Penn Liver

Page 115

1    Diseases Program.
2        Are you part of the Penn Liver
3    Diseases Program?
4        A.    You'd have to click on that to show
5    me what that exactly is.
6        Q.    Okay.  And like right here it does
7    say that you are a part of it, right?
8        Dr. Mahmud, is part of the Penn
9    Liver Diseases Program.
10        MR. VAUGHN:  Can you drop that one
11    in, Kathryn?
12        And that'll be Exhibit 4.
13        (Whereupon, Exhibit 4, Penn
14    Medicine Liver Diseases Program, was
15    marked for identification.)
16        MS. AVILA:  Yes.  It's in there.
17        MR. VAUGHN:  Thank you.
18        THE WITNESS:  All right.  There it
19    is.
20        Okay.  I have it up.
21    BY MR. VAUGHN:
22        Q.    There you go.
23        Is that shown on my screen too?
24        Did that change over to the --
25        A.    Yes.  I see it.

Page 116

1        Q.    Okay.  All right.
2        And do you see on here it says,
3    "Liver failure can also occur suddenly when the
4    body is exposed to toxins or poisonous
5    substances that severely compromise liver
6    function"?
7        Do you agree with that?
8        A.    I agree with that in a very
9    specific context.
10        I can tell you exactly what that
11    means actually.  They're --
12        Q.    All right.  Go ahead.
13        A.    So -- yeah.  So liver failure, what
14    they're referring to here is acute liver
15    failure, which is different than cirrhosis.
16    And the acute toxins that cause liver failure
17    are things like Tylenol, like acetaminophen, or
18    a particular type of mushroom, amanita
19    phalloides, or the -- the death cap mushroom.
20    These are substances that can cause a very
21    acute injury that causes widespread death of
22    liver cells, but it's actually -- it's
23    unrelated to cirrhosis.
24        It doesn't cause cirrhosis.  It's
25    causing widespread death of cells.  That

Page 117

1    results in very abrupt failure of the liver
2    that may require transplant.
3        So that's -- that's, you know, what
4    that, I assume, is referring to as a
5    hepatologist.
6        Q.    Would widespread death of liver
7    cells result in cirrhosis?
8        A.    Generally, no.  So the medical term
9    is "hepatic necrosis."  So, you know, if
10    somebody developed -- let's say somebody took a
11    bunch of Tylenol, a very, very high dose of
12    Tylenol.  That can result in widespread hepatic
13    cirrhosis liver death.
14        And if you did a biopsy of that
15    patient, you'd see that there's a lot of dead
16    liver cells.  But the amazing thing is that
17    your -- a previously healthy liver has a very
18    high ability to regenerate.
19        And so if the person survives the
20    acute liver failure episode, we would actually
21    expect that patient to regenerate to the point
22    of having the -- more or less the same baseline
23    liver function that they had before taking all
24    the Tylenol.
25        So no.  It's -- it's a distinct

30 (Pages 114 - 117)

Page 118

1 type of pathologic pathway where it doesn't --
2 it doesn't typically result in cirrhosis
3 independently, no.
4     Q.   It talks up here about liver
5 problems can be genetically inherited, occurred
6 as a result of disease, or be caused by
7 environmental stressors.
8        What are environmental stressors?
9     A.   Sorry.  Which part did you
10 highlight?
11        I just wanted to make sure I see
12 the right section.
13     Q.   Well.  It doesn't highlight well.
14 Right here.
15     A.   Liver problems -- biostressors.
16 Yeah.  So I think this is, you
17 know, most likely referring to -- you know, so
18 they're listing the common chronic liver
19 diseases, you know, in the section below, you
20 know, Hepatitis B, C, et cetera.
21        There are many different
22 environmental stressors that different
23 individuals may be subjected to.
24        You know, NAFLD, which is an
25 outdated term now, but, you know NAFLD -- or

Page 119

1 MASLD or MASH, nonalcohol-related fatty liver
2 disease, just to put it more colloquially, can
3 be regarded to be environmental stressors.
4        It's -- it's related to -- to
5 dietary exposures.  It's much more common in
6 the United States to see MASLD and MASH than
7 in -- in some other countries because we have
8 very particular dietary exposures.
9        Alcohol is an environmental stress
10 or in an environmental stressor, and
11 environmental factor that is very relevant to
12 liver disease and cirrhosis in a lot of
13 patients.
14        So I'd say those are probably the
15 most two predominant relevant ones that
16 contribute to cirrhosis in the United States.
17     Q.   Would carcinogens fall under
18 environmental stressors?
19     A.   I -- I think if there was some
20 carcinogen that was well-demonstrated to -- to
21 cause cirrhosis and cirrhosis comp- --
22 complications, you could regard that to be a
23 relevant environmental stressor, sure.
24     Q.   Excuse me.
25        Are there any carcinogens that you

Page 120

1 think do cause liver cancer in humans?
2     A.   Yes.
3     Q.   Okay.  Can those --
4     A.   So you know, af-- -- you know, for
5 instance, aflatoxin, it's a type of microtoxin
6 that, you know, again, I haven't re- --
7 reviewed the data in great detail, you know,
8 recently; but that is something that, you know,
9 as hepatologists, we recognized as being
10 something that's associated pretty consistently
11 in different studies with -- with a risk of --
12 of liver cancer in humans.
13     Q.   Can you think of any other
14 carcinogens that cause liver cancer?
15     A.   So, you know, there's -- I can -- I
16 can list other ones that I've come across
17 literature in the past.  The strength of the
18 literature I -- I can't immediately comment on.
19 But other exposures that -- that I've seen,
20 there is some association with -- sorry,
21 androgen exposure.
22        So particular types of androgen
23 preparations, like testosterone types of
24 preparations in a particular route of
25 administration.  There is some limited evidence

Page 121

1 that -- that can be associated with
2 hepatocellular carcinoma in humans.
3        I think there's also some very
4 limited data about maybe benzene exposure and
5 some aromatic compounds.  But honestly, there
6 are not that many major carcinogens that come
7 to mind that have been linked -- you know, I
8 think aflatoxin is the one that comes to mind
9 as being one where there might be a little bit
10 more evidence.
11        But for each of these, I would have
12 to review the strength of evidence in more
13 detail to make an assessment of -- of how
14 relevant they are in humans.  I'll say that all
15 of these things are exceptionally rare
16 exposures.
17     Q.   And does that prevent them from
18 being studies of -- studied as much because
19 it's such rare to be supposed?
20     MS. ROSE:  Object to the form.
21     THE WITNESS:  Not necessarily.  I
22 think, you know, many -- many things can
23 be studied using observational studies;
24 and whether or not, you know, a research
25 group chooses to spend time researching

31 (Pages 118 - 121)

Page 122

1  something is oftentimes based, first, on
2  animal studies. Is there anything
3  potentially relevant to humans to justify
4  doing a study.
5      You know, my recollection is that
6  there are studies for -- for each of the
7  things I mentioned, but I -- you know, I
8  can't -- I can't speak to the strength of
9  them off the top of my head. I'd have to
10  review them again.
11 BY MR. VAUGHN:
12  Q.  Do you have an opinion if there's
13 more literature or less literature on benzene
14 causing liver cancer in humans than NDMA?
15      MS. ROSE: Object to the form.
16      THE WITNESS: No, I don't have an
17 opinion on that. I -- I haven't reviewed
18 the literature with respect to benzene
19 inasmuch depth as I have with NDMA as
20 pertain- -- pertaining to this case.
21      But I do recall that there are some
22 studies. I can't speak to the volume or
23 depth of them.
24 BY MR. VAUGHN:
25  Q.  Okay. And then on this web page we

Page 123

1  were on, it has common liver diseases; and it
2  has cirrhosis as a link.
3      MR. VAUGHN: If you'd go ahead and
4  drop the cirrhosis one, Kathryn, that will
5  be Exhibit 5.
6      (Whereupon, Exhibit 5, Penn
7  Medicine Cirrhosis - Symptoms and Causes,
8  was marked for identification.)
9      MS. AVILA: Okay. It should be in
10 there.
11      MR. VAUGHN: Okay.
12 BY MR. VAUGHN:
13  Q.  And for -- the definition of
14 cirrhosis is scarring of the liver and poor
15 liver function.
16      Do you agree with that definition
17 of cirrhosis?
18  A.  I -- I think it's a very, probably,
19 oversimplified definition of cirrhosis for the
20 purpose of the lay public.
21      I think I've already given you my
22 definition of cirrhosis, but, you know, I think
23 for -- for simplicity and communicating it to a
24 patient who might be visiting this website, I
25 think it's a -- it's a rudimentary layperson

Page 124

1  summary.
2      Q.  And for -- for the layperson, it
3  would be two things, the scarring of the liver
4  plus the poor liver function to have cirrhosis,
5  correct?
6      MS. ROSE: Object to the form.
7      THE WITNESS: Yes. So I mean, I --
8  I disagree a little bit with the
9  characterization there because, as I've
10 stated before, you can have cirrhosis
11 without having clear evidence of
12 derangement of liver synthetic function.
13 Oftentimes, that is seen later in the
14 progression of cirrhosis.
15      You know, perhaps -- again, I don't
16 know who makes this website or who's
17 responsible for the content, but, you
18 know, I'm not responsible. I -- I
19 don't -- I don't write this myself. You
20 know, Penn Medicine -- I have no idea who
21 actually writes this.
22      But I -- I assume it's filtered
23 through a lens to make this very
24 simplistic for patients to just broadly
25 understand what cirrhosis often means.

Page 125

1      And so yes, it means scarring of
2  the liver, and it can mean poor liver
3  function; but as I've stated previously,
4  you can have cirrhosis and actually have
5  relatively reserved liver synthetic
6  markers on your blood work.
7  BY MR. VAUGHN:
8      Q.  And so do you disagree with the
9  information that Penn Medical is putting out to
10 the public?
11      MS. ROSE: Object to the form.
12      THE WITNESS: Like I said, I think
13 that my -- my understanding and nuanced
14 understanding of cirrhosis as a clinician
15 goes much more beyond what, you know, this
16 website is communicating to patients.
17      I think that, likely, they're
18 trying to keep things very simple to
19 provide at a high level, you know, some
20 understanding of what these medical terms
21 may generally mean.
22      I don't think their intention is
23 likely to be extremely detailed about the
24 technical definitions of cirrhosis.
25

32 (Pages 122 - 125)

Page 126

1  BY MR. VAUGHN:
2      Q.    So do you think it would be more
3  accurate if it had the word "often" before poor
4  liver function: "Cirrhosis is scaring of the
5  liver and 'often' poor liver function"?
6          Would that be more accurate for
7  you?
8          MS. ROSE: Object to the form.
9          THE WITNESS: Again, like I -- I
10 don't have a role in creating this website
11 or curating it to a particular audience.
12         I think, you know, if -- if I were
13 to -- to generate this myself,
14 hypothetically, I probably would caveat it
15 in some fashion similar to that.  It
16 doesn't have to be invariably associated
17 with, you know, poor liver function, but
18 it -- it often is as it progresses.
19 BY MR. VAUGHN:
20     Q.    Okay.  And symptoms, and those
21 symptoms are -- early symptoms are typically
22 fatigue and loss of energy -- energy.
23         Do you agree with that?
24     A.    I don't uniformly agree with that.
25 That's not -- that is not uniformly seen.  That

Page 127

1  can be seen with some particular etiologies of
2  chronic liver disease, but it is very common
3  for someone to have cirrhosis that is
4  compensated and have no symptoms really at all
5  from the patient perspective.
6      Q.    Okay.  And so would you also
7  disagree that an early symptom of cirrhosis is
8  weight loss?
9      A.    I wouldn't -- so I guess just to
10 explain, I would not agree that someone that
11 has cirrhosis is guaranteed to have any of
12 those symptoms.  They can be associated.  Some
13 patients with cirrhosis may have some of these;
14 many may not.
15         So usually weight loss in the
16 setting of cirrhosis occurs when -- it -- it --
17 it often occurs in my experience is more
18 advanced cirrhosis.  It's not as common of a
19 symptom in early cirrhosis, but there are some
20 patients who do present with progressive weight
21 loss and that are diagnosed with cirrhosis.
22         So -- so yeah.  I mean, I agree
23 that it can be a symptom, but it doesn't mean
24 that you have to have this symptom if you have
25 cirrhosis.

Page 128

1      Q.    And Mr. Roberts wasn't experiencing
2  weight loss prior to 2018, correct?
3      A.    I'd have to review his records in
4  detail, but my recollection is no.  He was in
5  the range of Class 2 obesity quite consistently
6  for much of his medical record history.
7      Q.    And Mr. Roberts didn't have fatigue
8  or loss of energy prior to 2018, correct?
9      A.    You know, I -- I -- I don't recall
10 that being mentioned specifically in -- in his
11 records.  It's -- it's possible that he may
12 have mentioned that as a symptom.  You know, it
13 may or may not have been codified by a
14 clinician that was doing their summary.
15         But that did not come across as
16 being a prominent symptom, you know, during --
17 during -- well, I think once he had cancer, I
18 think he probably did express some of these
19 things; but early in the medical record, I
20 don't think these were very consistent symptoms
21 that were documented.
22     Q.    Were they ever documented?
23     A.    I'd have to review -- I'd have to
24 review the records again to see if there's
25 specific mentions of fatigue or loss of energy.

Page 129

1      Q.    What about small red spiderlike
2  blood vessels on the skin, did you see evidence
3  of that prior to his cancer diagnosis?
4      A.    So that is a specific physical exam
5  finding.  There's telangiectasias that you can
6  see oftentimes in the upper chest on patients.
7         I don't recall off the top of my
8  head seeing that reported in the physical exam,
9  but I also say that it's very common that
10 clinicians will not know to look for it unless
11 they are very cognizant of the risks of
12 cirrhosis.  It's -- it's something that a
13 hepatologist would be more likely to look for.
14         So just because it's not documented
15 by, you know, a -- you know, a primary care
16 physician, for example, in the physical exam,
17 does not mean that that was not there.  It
18 could very well have been present.
19     Q.    Are you speculating?
20         MS. ROSE: Object to the form.
21         THE WITNESS: I'm not specu- -- I'm
22 not saying that it was or was not there.
23 I'm just providing context to interpreting
24 the medical record that it's possible that
25 things might not be reported in a physical

Page 130

1    exam, but it doesn't guarantee that
2    something was not present --
3  BY MR. VAUGHN:
4      Q.    Do you --
5      A.    -- for any given patient.
6      Q.    Do you plan to tell the jury that
7  Mr. Roberts might have had fatigue, loss of
8  energy, poor appetite, or weight loss or spider
9  red-like blood vessels of the skin prior to his
10 diagnosis of the cancer?
11          MS. ROSE:  Object to the form.
12          THE WITNESS:  I plan to communicate
13 very clearly that he had very clear
14 evidence of -- of a diagnosis that
15 shouldn't have been made previously of
16 cirrhosis that, you know, predated his
17 cancer diagnosis by -- by quite sometime.
18          None of that really relies on the
19 symptomatology.  I make that assessment
20 based on his imaging and blood work and --
21 and the prediction scores that I mentioned
22 primarily.  It does not rely on his
23 symptoms.
24 BY MR. VAUGHN:
25     Q.    Okay.  Let me go down to exams and

Page 131

1  tests for cirrhosis on Penn's website.
2          Prior to 2016, did he have a -- or
3  2018, did Mr. Roberts have an enlarged spleen?
4      A.    Yes.  In my view on his -- his
5  April -- let me pull up my report just to -- to
6  give you the right date.  I believe it was
7  April 19.  Let me just check real quick.
8          So on my review of his April 19th,
9  2016, CT scan, my impression is that he had an
10 enlarged spleen; and I believe that was also
11 the impression of the expert radiologists in
12 this case.
13     Q.    What is the normal spleen size for
14 a male -- an adult male?
15     A.    So, you know, I'll -- I'll state
16 that, you know, in general, I -- this is an
17 area of expertise that's more pertinent to a
18 diagnostic radiologist.
19          In general -- and it might vary a
20 little bit based on which study you might refer
21 to, but somewhere in the ballpark of less than
22 12ish centimeters is the number that I -- I
23 have in my mind in terms of kind of a -- a
24 certain -- a certain diameter of measurement of
25 the spleen.  That's oftentimes regarded to be

Page 132

1  an upper limit.
2          I've -- I've heard some
3  radiologists say 13 centimeters, but there are
4  also other ways to assess for an enlarged
5  spleen.  There are ways of doing volume
6  calculations.  Instead of relying on just one
7  axis, some radiologists will do a more detailed
8  assessment where they do measurements in three
9  dimensions on a CT scan to compute a spleen
10 volume.  And off the top of my head, I don't
11 recall, you know, what the upper limit of
12 normal is for that.
13          But when I did my -- my own
14 independent review of the images, I did take
15 the time to do these measurements; and I did
16 reference the upper limits of normal.  Again, I
17 don't recall the exact cutpoints for volume off
18 the top of my head; but that was part of my
19 process when I was evaluating that scan for
20 splenomegaly.
21     Q.    What size was Mr. Roberts' spleen
22 when you looked at it in 2016?
23     A.    I don't recall off the top of my
24 head, but I -- you know, I -- I'm happy to re-
25 review it and recalculate this if necessary.

Page 133

1          But, you know, like I said, I -- I
2  had my impression based on my own read, but I'm
3  very differential to a qualified radiologist to
4  make the -- the assessment.  And like I said, I
5  believe Dr. Mele and Dr. Chernyak both agree
6  that there is splenomegaly.
7          And so ultimately, I find their
8  assessment is likely to be the most valid.
9  But, you know, when I was going through the
10 images myself, my own assessment was -- was
11 consistent with what they found.
12     Q.    In your expert report, you didn't
13 list what size you thought his spleen was when
14 you reviewed the imaging, did you?
15     A.    I don't think I listed a specific
16 measurement, no.
17     Q.    Did you take notes anywhere of what
18 size the spleen was when you were looking at
19 it?
20     A.    I don't believe I took any notes.
21 I mean, usually when you make these
22 measurements, you do it directly on the CT scan
23 images.  And so I had access to the imaging.  I
24 looked through the imaging using an imaging
25 viewer, and there are tools that you can use

34 (Pages 130 - 133)

Page 134

1 when you're scrolling through a CT scan.
2 There's a ruler function, for example, where
3 you can make measurements.
4        So I -- yeah. I remember very
5 specifically going through measurements and --
6 you know, to make my assessment splenomegaly.
7 But yeah. I -- I don't -- I didn't -- I don't
8 think I noted down a specific measurement in my
9 expert report. I just gave the assessment that
10 there was an enlarged spleen.
11    Q.    What program did you use to measure
12 Mr. Roberts' spleen in 2016?
13    A.    You'd have to give me a second to
14 look up the name of the tool. I think it's --
15 it's called B DICOM viewer.
16    Q.    And does it save the results?
17    A.    I don't know if it does, actually.
18 I suspect it doesn't because every time I've
19 loaded up the B DICOM viewer, I have to
20 reimport all the images. So I don't think it
21 saves specific measurements that I -- I've
22 taken.
23    Q.    All right. And so -- so you're not
24 sure if Mr. Roberts' spleen was just a half of
25 centimeter bigger?

Page 135

1        MS. ROSE: Object to the form.
2        THE WITNESS: Like I said, I can't
3    give you the exact measurement in this
4    moment. And -- but, you know, I -- I --
5    you know, if it -- if it's even in
6    question, I would, again, defer to the
7    expert radiologists on both the
8    plaintiffs' and the defense side who
9    report that there is an enlarged spleen.
10        So yes, I can't give you the exact
11    measurements because I don't recall it off
12    the top of my head.
13 BY MR. VAUGHN:
14    Q.    And you're aware that his treating
15 physicians at the time did not diagnose him
16 with an enlarged spleen in 2016, correct?
17    A.    Yes, I'm aware of that.
18    Q.    And do you disagree with his
19 treating physicians?
20    A.    Yes, I disagree with that. I
21 disagree with that.
22        It's -- it's -- it's unfortunately
23 relatively common for -- for there to be
24 variability in radiology reads, and this kind
25 of gets back to prior point about the physical

Page 136

1 exam. Sometimes things may not be a hundred
2 percent accurate in the -- in -- in a
3 particular report. And so you might get some
4 variability from one radiologist looking at it
5 to another.
6        So that's when you have to look at
7 the -- the qualifications of a specific
8 radiologist. And so if there's a -- if there's
9 a diagnostic radiologist who is very accustomed
10 to reading body CTs with respect to liver
11 disease in particular, there's usually very
12 careful attention paid to the spleen.
13        So -- and -- and the reason -- you
14 know, one additional reason I think it's
15 important to highlight is the clinical history
16 also matches with an enlarged spleen size. I
17 believe around that time, he already had a low
18 platelet count.
19        I think I gave you that -- that
20 measurement of thrombocytopenia previously, and
21 I'm happy to explain why it's relevant if -- if
22 you like. I just wanted to find the date of
23 his low platelet count.
24    Q.    Sorry. I'm planning to get to it
25 later if you want to wait. If you want to go

Page 137

1 to it now, you can.
2    A.    Sure. That's okay. We can -- we
3 can save it for later.
4    Q.    Okay. Have you ever diagnosed an
5 enlarged spleen in practice?
6    A.    So I guess you mean -- it depends
7 what you mean by, like, have I ever diagnosed a
8 large spleen.
9        I -- I definitely communicated a
10 diagnosis of a large spleen to patients. But
11 oftentimes -- you know, many aspects of
12 medicine there are -- there are multiple, you
13 know, physicians that have a role in -- in
14 ascertaining a diagnosis.
15        So -- so what I would typically do
16 is I would order imaging for a patient, an
17 ultrasound or a CT scan, whatever it might be.
18 I'll look at the images myself, and then I will
19 read the radiology report.
20        And so if the radiologist reports
21 an enlarged spleen, you know, and it's a
22 radiologist that, you know, that -- that I --
23 that I'm accustomed to working with that I
24 trust their reads, I will convey that diagnosis
25 to the patient.

35 (Pages 134 - 137)

Page 138

1    So it's -- it's a loop where I am
2  ordering the study. I'm interpreting the read.
3  I'm, you know, having discussions with
4  radiologists where relevant to -- to
5  communicate what we think is -- is accurate to
6  the patient.
7    So -- so yeah. It's usually not
8  just based on my own pure assessment. I always
9  refer to the radiology reports to -- to assist
10  with that, given that I'm not a diagnostic
11  radiologist myself.
12    Q.   And so are you relying on the
13  expert opinions either of the plaintiffs or
14  defense in coming to the conclusion that
15  Mr. Roberts had an enlarged spleen in 2016?
16    MS. ROSE: Object to the form.
17    THE WITNESS: I would say that
18  their -- their impressions, which I regard
19  to be valid, given that they are
20  diagnostic radiologists with expertise in
21  this area, I had no reason to doubt that.
22    And my process of looking at
23  images, I -- I like to review the primary
24  images myself just as a -- as a routine so
25  I -- I better understand and contextualize

Page 139

1  what the radiologists are telling me.
2    For instance, if a radiologist said
3  that there's no enlarged spleen and then I
4  take the time to do a measurement and I
5  look up the upper limit of normal, and
6  it's wildly discordant with the
7  radiologists, I'd have a conversation with
8  them just to make sure that I'm not
9  missing something.
10    I -- I do this as a secondary check
11  for my own patients just to make sure --
12  to minimize the probability of errors.
13    But I think the fact that, you
14  know, two expert diagnostic radiologists
15  on the plaintiff and the defense side
16  agree that there's splenomegaly, I -- I
17  put a lot of weight on that. I'll just
18  say that my own independent interpretation
19  is consistent with that as well, though I
20  give -- I give deference to them and put
21  more weight on their reports given their
22  expertise.
23  BY MR. VAUGHN:
24    Q.   And you can't tell us what size
25  Mr. Roberts' spleen was in 2016, correct?

Page 140

1    MS. ROSE: Object to the form.
2    THE WITNESS: Yeah. As I stated
3  previously, I -- I can't give you a
4  specific measurement.
5    MR. VAUGHN: All right. Now's a
6  good time for a break, Nina.
7    MS. ROSE: Okay. Great.
8    THE VIDEOGRAPHER: Off the record
9  at 11:37 a.m.
10    (Whereupon, a break was taken.)
11    THE VIDEOGRAPHER: We are back on
12  the record at 11:53.
13  BY MR. VAUGHN:
14    Q.   All right. Doctor, so I want to
15  stay here on Exhibit 5 where we have on
16  U Penn's website exams and tests for cirrhosis.
17  And we already talked about the spleen.
18    As far as excessive breast tissue,
19  there was no evidence that Mr. Roberts had
20  excessive breast tissue, correct?
21    A.   Not that I'm aware of.
22    Q.   And prior his cancer diagnosis,
23  there was no evidence he had a swollen abdomen
24  as a result of too much fluid, correct?
25    A.   Yes. I agree with that. There's

Page 141

1  no evidence of that prior to the cancer
2  diagnosis.
3    Q.   And prior to Mr. Roberts' cancer
4  diagnosis, there was no evidence of reddened
5  palms, correct?
6    A.   Not that was documented on exam.
7    Q.   And prior to Mr. Roberts' cancer
8  diagnosis, there was no evidence of red
9  spiderlike blood vessels on the skin, correct?
10    A.   Yeah. I think we already talked
11  about that one in the previous one, but I --
12  yeah. I did not see any specific documentation
13  of -- of that.
14    Q.   And for small testicles, was there
15  any evidence that Mr. Roberts' testicles had
16  shrunk prior to his cancer diagnosis?
17    A.   And again, I don't recall seeing
18  that in the medical records specifically.
19    Q.   Did you -- did you look for that?
20    A.   Yeah. I mean, I -- I looked
21  through, you know, the document, exam findings.
22    It's very uncommon for routine
23  office visits to comment on testicular size
24  unless the patient has a particular compliant
25  where they ask the physician to look at the

36 (Pages 138 - 141)

Page 142

1 testees.
2        So yeah.  I don't recall that ever
3 being the case for him where someone looked at
4 him and documented his testees in their
5 physical exam.
6     Q.    If someone suspected him of having
7 cirrhosis, is that part of the exam that they
8 would do?
9        MS. ROSE:  Object to the form.
10        THE WITNESS:  It is not part of the
11 routine exam, no.
12        Sorry.
13 BY MR. VAUGHN:
14     Q.    And so do you disagree with these
15 as far as exams and tests on U Penn's website
16 for cirrhosis?
17     A.    No, I don't disagree with this.  I
18 think these are potential exam findings that
19 may be found, but it's --these things are not
20 required to make a diagnosis of cirrhosis.
21        So I think that's probably why
22 they -- they probably list these things as
23 things your provider may do not that your
24 provider has to do or absolutely will do.
25        I usually don't, you know, examine

Page 143

1 the testees unless the patient has a particular
2 complaint because it's not a diagnostic
3 criterion for cirrhosis, and many patients find
4 it uncomfortable.  So unless there's a specific
5 reason to look for it based on the patient
6 complaint, I won't routinely look at the
7 testees, no.
8     Q.    Okay.  And so this part where it
9 says the provider will do a physical exam to
10 look for these things at U Penn, you don't
11 actually do those things, correct?
12     A.    I do most of these things.  Like I
13 said, the testees -- the testees might be the
14 exception.  I do look for -- just trying to
15 read through this list.
16        Yeah.  I mean, I will assess, you
17 know, spleen size.  I will look for evidence of
18 ascites, which is swollen abdomen.  I look at
19 the palms in all my patients.  I do look at for
20 the -- these telangiectasias, these spiderlike
21 blood vessels in the skin.  I look for -- I do
22 look for widened veins in the abdominal wall,
23 and, of course, I look for yellow skin and
24 jaundice.
25        As I said the only one that I don't

Page 144

1 routinely look for is small testicles.
2     Q.    And Mr. Roberts didn't have any of
3 these prior to 2018 in his medical records,
4 correct?
5     A.    I don't recall seeing any of this
6 documented in his exam, but, you know, I'd have
7 to emphasize these are things that someone with
8 an index of sufficient for cirrhosis would --
9 would look for.  So it's -- it's hard to know
10 if some of these might have been there or not,
11 but they're not documented as such.
12     Q.    And then for tests on liver
13 function patient's complete blood cell count,
14 would that encompass the platelets that you
15 were talking about?
16     A.    Yes.
17     Q.    And then prothrombin time, is that
18 the -- is that similar to the INR time you were
19 discussing?
20     A.    Yes.
21     Q.    Can you explain what those -- is
22 there a difference between those two, or is it
23 the same thing?
24        MS. ROSE:  Object to the form.
25        THE WITNESS:  They're -- they're

Page 145

1 very, very similar.  They're -- you know,
2 the INR is sort of derived by the
3 prothrombin time, but I think in -- in
4 general practice, you'll see clinicians
5 mainly refer to the INR.  But when you
6 order something like the INR, it's -- it's
7 usually listed as the prothrombin
8 time/INR.
9        But, you know, in common just
10 discussion among providers, we'll -- we'll
11 typically talk about what the
12 international normalized ratio -- sorry,
13 international normalized ratio.
14        I'm trying to -- I'll try to slow
15 down for -- for the stenographer.  I
16 apologize.
17        We typically discuss things in
18 terms of the INR, which is used more
19 commonly.
20 BY MR. VAUGHN:
21     Q.    And when you say prothrombin/INR,
22 is that a PT/INR; is that how it is also
23 abbreviated?
24     A.    Yes.  PT/INR is usually -- is
25 referring to prothrombin time/INR.

37 (Pages 142 - 145)

Page 146

1    Q.    Okay.  And Mr. Roberts did not have
2    an abnormal PT/INR prior to his cancer
3    diagnosis, correct?
4        A.    I'd have to review them again in
5    detail, but I don't recall him having an
6    abnormal INR off the top of my head.
7        Q.    On the CB- -- I apologize.
8            On the CBC is there anything you're
9    looking for there besides the platelet count to
10   be abnormal with cirrhosis?
11       A.    Sometimes, yeah.  So I think
12   it's -- it's relevant to look at the hemoglobin
13   and the MCV, the mean corpuscular value.  The
14   MCV is a -- it's a measure of the size of the
15   red blood cell.  I do look at those as well.
16           And I mean, I look at the white
17   blood cell count.  I look at all aspects of the
18   complete blood cell report, but some patients
19   with, you know, more advanced cirrhosis, you
20   may see their hemoglobin or their hematocrit
21   begin to downtrend because they may have
22   bleeding related to their cirrhosis.
23           So I -- I do look at that as well.
24   That's more in the context typically of
25   patients with more, you know, very advanced

Page 147

1    cirrhosis.
2        Q.    Can you have a normal CBC and still
3    have cirrhosis?
4        A.    Yes.
5        Q.    Can you have advanced cirrhosis and
6    still have a normal CBC?
7        A.    Yes.
8            MS. ROSE:  Object to the form.
9    BY MR. VAUGHN:
10       Q.    The liver function test that it's
11   talking about here, is that the AST and ALT you
12   were discussing earlier?
13       A.    The liver function tests typically
14   encompasses a number of different labs.  It
15   includes the AST, the ALT, the total bilirubin,
16   the theophylline phosphatase, the albumin, and
17   usually the total protein is also reported with
18   that.  It's a panel, yeah.
19       Q.    And then the blood albumin levels,
20   you were talking about that as well for
21   advanced cirrhosis, right?
22       A.    Yes.  The blood al- -- yeah.  It's
23   actually -- it's usually encompassed in the
24   liver function tests that you send.  It
25   typically batches those all together.  But yes,

Page 148

1    the albumin is another important lab.
2        Q.    And then it mentions some other
3    tests to check for, which includes a CT, MRI,
4    endoscopy, and ultrasound, correct?
5        A.    Yes.  I see that there on the page.
6        Q.    Okay.  And feel free to look
7    through the exhibit, but they don't mention --
8    Penn Medical, where you work, they don't
9    mention anything about a FIB-4 study to
10   diagnose cirrhosis, correct?
11       A.    I don't see FIB-4 here.  But again,
12   this is a -- like, a public-facing page that I
13   expect patients will go to.
14           If you try to start talking about
15   prediction modeling and FIB-4 scores, I think
16   that is probably needlessly confusing for the
17   patient.  That does not mean that it's -- it is
18   absolutely standard of care best practice for
19   us to use a FIB-4 to help assist with making
20   these diagnoses and understanding the risk of
21   cirrhosis being present or not.
22       Q.    Let's go back to Exhibit 4.
23   There's also a link here to nonfatty alcohol
24   liver disease.
25           MR. VAUGHN:  And if you could drop

Page 149

1    that one next, Kathryn, that would be
2    Exhibit 6.
3            (Whereupon, Exhibit 6, Penn
4    Medicine Non-Alcoholic Fatty Liver
5    Disease - Symptoms and Causes, was marked
6    for identification.)
7            MS. AVILA:  Okay.  It's in there
8    now.
9    BY MR. VAUGHN:
10       Q.    Doctor, what is nonalcoholic fatty
11   liver disease?
12       A.    So nonalcoholic fatty liver
13   disease, I'll -- I'll first say that this is an
14   out- -- outdated term.  So it's -- it's some
15   clear indication that this website -- I don't
16   know how frequently it's updated, but the
17   current term is MASLD, M-A-S-L-D, which is
18   metabolic dysfunction-associated steatotic
19   liver disease.
20           So I may refer to, you know, the
21   same entity as MASLD or NAFLD, where, you know,
22   depending on convenience or referring to
23   other -- other references from Dr. Siddiqui or
24   elsewhere.
25           But what I'm referring to NAFLD or

38 (Pages 146 - 149)

Page 150

1  MASLD is the presence of fat in the liver that
2  is not related to alcohol but is typically
3  related to individuals who have excess body
4  weight who are overweight or obese. It's very
5  commonly associated with other metabolic
6  conditions like high cholesterol, high blood
7  pressure, diabetes. Things like this are
8  oftentimes -- they're very co-associated. They
9  oftentimes present together.
10         But it's a spectrum of liver
11  disease where when fat is present in the liver
12  in that context, the -- the liver doesn't like
13  that. The fat induces inflammation.
14         As I explained previously,
15  inflammation over time leads to scar tissue.
16  When more scar tissue accumulates, eventually
17  it can become cirrhosis.
18         But that's the spectrum generally
19  of what NAFLD and MASLD is.
20    Q.    And do you agree with this part
21  where it says, "NAFLD" -- "For many people,
22  NAFLD causes no symptoms or problems."
23         Do you agree with that?
24    A.    Yeah. I think I would agree with
25  that. I mean, you know, referring specifically

Page 151

1  to the NAFLD, many people won't even know they
2  have it because, you know, fat in the liver by
3  itself doesn't cause symptoms. I mean, it's
4  possible that, like I said, they might have
5  other co-associated metabolic comorbidities,
6  like high blood pressure or diabetes, that they
7  might have symptoms attributable to those
8  conditions. But specifically related to NAFLD,
9  you know, many patients don't have any
10  symptoms.
11    Q.    Okay. And so fat by itself in the
12  liver does not cause symptoms, correct?
13    A.    For the most part, yes. Yeah. I
14  think that's -- that's fair to say. You know,
15  fat by itself generally does not cause
16  symptoms. There might be exceptional cases
17  where someone has extremely high burden of fat
18  to the point where it's causing a lot of liver
19  enlargement, and that -- that may cause mild,
20  you know, kind of abdominal, vague abdominal
21  discomfort by stretching on the capsule around
22  the liver.
23         But for the majority of patients
24  with NAFLD, they likely have no symptoms
25  specifically caused by their fat in the liver,

Page 152

1  unless it progresses, you know, to a very
2  advanced cirrhosis.
3    Q.    And then this notes a more severe
4  form of NAFLD is NASH.
5         What -- what is NASH, and what is
6  the difference between NASH and NAFLD?
7    A.    So here's another instance where
8  I'll introduce maybe two terms because there's
9  also an updated nomenclature for NASH, which is
10  now MASH, M-A-S-H. Which, these entities,
11  again, they refer to the same principle.
12         But NASH, the acronym is
13  nonalcoholic steatohepatitis. And MASH, with
14  an M, is metabolic dysfunction-associated
15  steatohepatitis. It's all very confusing
16  unfortunately in the world the hepatology.
17         But essentially, what this is, it
18  means that in addition to there being fat in
19  the liver related to, you know, being
20  overweight, et cetera, there is also
21  inflammation.
22         Some patients will have NAFLD.
23  They'll have fat in the liver, but it's,
24  quote/unquote, "bland" where there's -- there's
25  fat there, but there's no inflammation.

Page 153

1         NASH and MASH imply that the fat is
2  causing inflammation, and, thus, you know,
3  putting a patient at risk of -- of accumulating
4  scar tissue.
5    Q.    And so would you agree that NAFLD
6  can either have no symptoms or when they do
7  have symptoms, it is fatigue and pain in the
8  upper right abdomen?
9    A.    Yeah. I think I --
10    MS. ROSE: Object to the form.
11    THE WITNESS: Sorry.
12    MS. ROSE: Go ahead. Sorry.
13    THE WITNESS: Yeah. I think I
14  mentioned that. In some generally
15  uncommon cases, if there's a lot of fat in
16  the liver to the point where all the fat
17  infiltration is causing the liver to
18  become enlarged and stretch on the capsule
19  for the surrounding of the liver, that can
20  give you some of this pain that they're
21  referring to, but it's not -- it's not a
22  very common symptom.
23         Fatigue is an extremely general
24  symptom, and some patients may have
25  fatigue or not; but -- but oftentimes,

Page 154

1    it's hard to disassociate is it fatigue
2    related to the fat, or is it related to
3    the other metabolic conditions that many
4    of these patients invariably have, like,
5    you know, diabetes, for instance.
6  BY MR. VAUGHN:
7    Q.    And for the progression of NAFLD to
8  NASH, once you're at NASH symptoms include
9  weakness, loss of appetite, nausea, yellow skin
10 and eyes which is jaundice, itching, fluid
11 buildup and swelling in the legs and abdomen,
12 mental confusion, and GI bleeding, correct?
13   A.    So those are not -- it might be.
14 Those are not specific symptoms to NASH.  Many
15 of those are things you expect to see in
16 patients who have NASH that have progressed to
17 cirrhosis.
18       I think they qualify that there.
19 They say, "In people with NASH who have liver
20 damage (cirrhosis)."
21       You know, many -- many of these
22 symptoms are related to cirrhosis, and some of
23 them are more specific to even more advanced
24 cirrhosis, not necessarily, you know, NASH
25 itself always.

Page 155

1    Q.    And did Mr. Roberts have any of
2  these symptoms prior to his cancer diagnosis in
3  2018?
4    A.    I don't think he had -- he did not
5  have GI bleeding, mental confusion, itching,
6  jaundice.  I -- I can't recall precisely.  He
7  may have articulated nausea at some point.  So
8  I -- that one I'm not a hundred percent sure
9  of.
10      But yeah.  I don't think he had
11 symptoms of advanced decompensated cirrhosis
12 prior to his cancer diagnosis, just to make
13 that simple.
14   Q.    You say he didn't have symptoms of
15 "advanced decompensated cirrhosis."
16      Did he have symptoms of just
17 decompensated cirrhosis?
18   A.    Sorry.  Let me clarify.
19      Decompensated cirrhosis, I'm
20 just -- just for lay terminology, I'm referring
21 to that as the more advanced progression of
22 cirrhosis.
23      The way a hepatologist would
24 discuss this would really just be to think
25 broadly in two different phases of cirrhosis.

Page 156

1  There's compensated and decompensated.
2       I was just trying to the refer to
3  the fact that decompensated cirrhosis is more
4  advanced progression beyond compensated
5  cirrhosis.
6    Q.    And you agree that cirrhosis is a
7  progressionary disease, right?
8    A.    Yeah.  I do agree that -- I mean,
9  the diagnosis of cirrhosis is very much binary,
10 like, we either think it's there or not.  But
11 there is a spectrum within cirrhosis where
12 there can been additional progression of scar
13 where things ultimately evolve from compensated
14 to decompensated cirrhosis.
15   Q.    So I want to make sure I'm clear on
16 this.
17      There's fibrosis.  There's advanced
18 fibrosis, and then there's cirrhosis, correct?
19   A.    Yeah.
20      MS. ROSE:  Object to the form.  I'm
21 sorry.  I didn't mean to interrupt you,
22 Doctor.  I want to get my objection in.
23      THE WITNESS:  I will give you more
24 time.  I apologize.
25      So just to be clear, fibrosis,

Page 157

1  again, is just the medical term that means
2  scar.  So it's not really specific in
3  terms of any implication of how much scar.
4       But it's fair to say that there are
5  kind of -- there's minimal fibrosis with
6  very little scar, moderate fibrosis, and
7  then there's advanced fibrosis, which
8  encompasses cirrhosis.  These are
9  oftentimes used too encompass cirrhosis,
10 but -- but some patients may have advanced
11 fibrosis but not yet cirrhosis.  So they
12 might have F3 scarring, not yet F4
13 scarring.  F4 is cirrhosis.  F3 and F4 are
14 used to refer to advanced fibrosis.
15 BY MR. VAUGHN:
16   Q.    And then once we get to cirrhosis,
17 there's compensated cirrhosis, decompensated
18 cirrhosis, and advanced cirrhosis; is that
19 correct?
20      MS. ROSE:  Object to the form.
21      THE WITNESS:  No.  I would just say
22 there's compensated cirrhosis, and then
23 there's decompensated cirrhosis.
24 BY MR. VAUGHN:
25   Q.    And would you consider

40 (Pages 154 - 157)

Page 158

1  decompensated cirrhosis advanced cirrhosis?
2      A.    Just to -- I'll -- I'll just be
3  very precise about that.
4        I mean, so decompensated cirrhosis
5  is defined based on the manifestation of -- of
6  cardinal symptoms of -- of advanced liver
7  disease or advanced cirrhosis.  And ascites,
8  confusion related to the liver, which is called
9  hepatic encephalopathy in a particular type
10 of -- of GI bleeding from varicose veins in the
11 GI tract.
12       If any of those are present, it's
13 referred to as decompensated cirrhosis.  That's
14 the medical terminology.
15       If I say "advanced cirrhosis," I'm
16 doing that just for the benefit of, I suppose,
17 just being able to communicate the principle
18 more easily without having to rely exclusively
19 on the medical terminology, though, if you
20 prefer, I can -- just refer to that as
21 decompensated cirrhosis.
22     Q.    And I --
23     A.    -- but that's what I mean when I --
24     Q.    I appreciate that.  That's a
25 helpful clarification.

Page 159

1        So for a layperson or to the jury,
2  using the words like "advanced cirrhosis" could
3  be easier to get that message across than just
4  saying "decompensated cirrhosis," correct?
5        MS. ROSE:  Object to the form.
6        THE WITNESS:  Yeah.  I -- I think
7      I -- I can certainly explain decompensated
8      cirrhosis very specifically, but all I'm
9      trying to communicate with the word
10     "advanced" is that there has been
11     progression from a compensated state to a
12     decompensated state.
13 BY MR. VAUGHN:
14     Q.    All right.  Do you see down here on
15 U Penn's website, "A liver biopsy is needed to
16 confirm a diagnosis of NASH, the more severe
17 form of NAFLD"?
18       Do you agree with that?
19     A.    I do agree with that from a
20 technical -- it's a very technical standpoint,
21 and the reason why I say that is if you're
22 being a medical purist, the only way to state
23 that someone has NASH or MASH is to get a liver
24 biopsy because it's a -- it's technically a
25 pathological diagnosis.  You -- it's a -- it's

Page 160

1  a description of the appearance of the liver
2  under a microscope.
3        So by a very technical definition,
4  NASH or MASH, you can really only technically
5  see it if you're looking at the biopsy.
6        That being said, these days we do
7  not commonly perform liver biopsy.  We do in
8  some scenarios, but far less than we used to.
9  We are able to generally infer if a patient has
10 NASH or MASH without subjecting them to a liver
11 biopsy.
12       So yeah.  I think it's -- it's
13 technically true; but in modern practice, we --
14 we don't usually routinely put patients with
15 NAFLD and concern for possible NASH through a
16 biopsy.  We use evidence from their blood work,
17 for instance, and their fibrosis or their FIB-4
18 score to infer that there's MASH or NASH
19 occurring that if we did do a biopsy, we would
20 expect to see it.
21     Q.    And Penn Med's website doesn't
22 mention anything about FIB-4 then when
23 diagnosing NASH, does it?
24     A.    It does not.  But like I said
25 previously, this appears to be a patient-facing

Page 161

1  website.  I don't think this website is
2  comprehensive in describing all aspects of
3  liver disease; but, you know, I can represent
4  to you that, you know, FIB-4 is -- it's, you
5  know, it's codified in, you know, practice
6  guidelines for hepatology and in particular,
7  actually, in surveillance for patients with
8  MASLD or NAFLD, and which terminology you want
9  to use.  You know, FIB-4 is used routinely.
10     Q.    And there was no liver biopsy
11 conducted on Mr. Roberts prior to his cancer
12 diagnosis, correct?
13     A.    That is correct.  I do recall maybe
14 it was Dr. Ives, I believe, one of his -- his
15 gastroenterologists, at some point early in the
16 records, he had offered him a liver biopsy.  I
17 believe he had suspected that -- you know, he
18 had -- he had demonstrated on an ultrasound
19 that there was fat in the liver and in the --
20 in the setting of abnormal AST and ALT and
21 offered Mr. Roberts liver biopsy.  And
22 Mr. Roberts, I think, did not want to pursue
23 that.
24     Q.    And in a liver biopsy, if someone
25 does have NASH as opposed to NAFLD, what --

41 (Pages 158 - 161)

Page 162

1  what are you looking for?
2      MS. ROSE:  Object to the form.
3      THE WITNESS:  So I apologize.
4  Can you repeat the question.
5  BY MR. VAUGHN:
6      Q.   Yeah.  Where -- where it says, "A
7  liver biopsy is needed to confirm the diagnosis
8  of NASH, the more severe form of NAFLD," what
9  is going to be in that liver biopsy to indicate
10 that it is NASH as opposed to NAFLD?
11     A.   I see.  Right.
12         So on a liver biopsy, what you
13 expect to see in someone that has MASLD or
14 NAFLD is you expect to see an increase of fat
15 content inside liver cells.  That's -- that's
16 what the medical term steatosis means.
17 Steatosis just means fat.  You expect to see an
18 abnormal -- abnormal amount of fat in liver
19 cells.
20         The MASH and NASH part of it means
21 that you additionally expect to see markers of
22 inflammation.  You expect to see inflammatory
23 cells, so a certain types of white blood cells.
24 There are also other, you know, particular, you
25 know, kind of pathology-based findings, like

Page 163

1  ballooning, degeneration, and other things that
2  the pathologists may comment on that are also
3  consistent with MASH or NASH.
4          But broadly speaking, you're
5  looking for evidence of inflammation plus fat
6  not just fat alone.
7      Q.   For the diagnosis of NASH, are you
8  also looking for the presence of cirrhosis or
9  just the presence of inflammation?
10     A.   That's a very good question.
11         On the biopsy the pathologists will
12 always perform something called a trichrome
13 stage -- trichrome stain, which is a special
14 way of looking at the amount of scar tissue in
15 the liver.
16         So yeah.  It's very routine where
17 in addition to trying to assess what is the
18 chronic liver disease process that is present
19 on a biopsy, they will also report the stage of
20 fibrosis.
21         So that -- that's where this
22 terminology for F0 to F4 fibrosis comes from.
23 So the pathologists will usually try to make a
24 determination of how much fibrosis or scar
25 tissue is there on a biopsy.

Page 164

1      Q.   So am I right in saying that there
2  does not need to be cirrhosis on the biopsy for
3  a diagnosis of NASH?
4      A.   Oh, yes, that's correct.  Yeah.
5  Many patients might have NASH, but they don't
6  have cirrhosis.
7          So you could have somebody that has
8  NASH but only Stage 1 fibrosis.  You could have
9  someone that has NASH, but they have Stage 3
10 fibrosis.  Then you can have someone that has
11 NASH, and they have overt cirrhosis F4
12 cirrhosis.
13         So you can make -- you can
14 encounter a biopsy across the whole spectrum.
15     Q.   Okay.  So the biopsy for the
16 diagnosis of NASH is primarily looking for the
17 addition of inflammation in the liver to
18 distinguish it from NAFLD?
19     A.   Yes.
20     Q.   Okay.
21     A.   Fat plus inflammation is -- is MASH
22 or NASH.
23     Q.   Okay.  And we do not have a biopsy
24 showing inflammation of Mr. Roberts' liver
25 prior to 2018, correct?

Page 165

1      A.   That's --
2          MS. ROSE:  Object to the form.
3          THE WITNESS:  -- correct.
4          Sorry.
5          MS. ROSE:  That's okay.
6          THE WITNESS:  That's correct.  But
7  as I stated previously, really in this era
8  of practice, we don't routinely perform
9  liver biopsies to demonstrate NASH.  We
10 infer it based on a laboratory evaluation,
11 and it's only in scenarios where there's
12 really diagnostic uncertainty where we
13 might discuss biopsy as being an important
14 diagnostic step for a patient.
15 BY MR. VAUGHN:
16     Q.   All right.  And it lists
17 treatments.
18         And for treatment for NAFLD, it
19 mostly just talks about managing risk factors,
20 correct?
21     A.   So let me scroll through this.
22     Q.   Oh, you're fine.  Take your time.
23     A.   Yeah.  Yeah.
24         It does primarily focus on
25 risk-factor management.  Although, I will say

42 (Pages 162 - 165)

Page 166

1  that this page -- I've already stated it looks
2  like it's outdated because they're using the
3  old nomenclature for NAFLD.
4      But, you know, in the interval --
5  this is not necessarily so relevant to this
6  case -- but there is now a specific, you know,
7  medical treatment for patients with -- with
8  MASH that's not listed here.
9      But setting that aside, okay.  So
10  it's a relatively recent development.  This is
11  otherwise generally accurate.  I mean, the main
12  management for MASLD/MASH is lifestyle changes
13  and working on weight loss in particular.
14      So weight loss is the -- is the
15  primary recommendation.  And so things that are
16  in service of trying to promote weight loss are
17  the primary recommendation because the only way
18  to get the fat out of the liver, essentially,
19  is to -- to lose weight, get fat out of the
20  body; and then fat will start to leave the
21  liver, and the inflammatory process will start.
22      And then, of course, other best
23  practices of management are to not do things
24  that would additionally injure the liver beyond
25  NASH or MASH.

Page 167

1      So that's -- that's where these
2  recommendations of, you know, related to
3  alcohol use and being vaccinated on hepa- --
4  against Hepatitis A and Hepatitis B, these are
5  measures to further protect the liver from
6  injury.
7      Q.   What treatment options are there
8  now for NAFLD that you mentioned?
9      A.   There's a medication that was FDA
10  approved that's called resmetirom.  I'm happy
11  to spell that if you need me to.  Resmetirom,
12  R-E-S-M-E-T-I-R-O-M.  The brand name is
13  Rezdiffra, and it's a medication that's used
14  for a subset of patients with NASH who have
15  Stage 2 or 3 fibrosis.
16      Q.   Oh, so is it just to treat NASH not
17  NAFLD?
18      A.   Yes, it's used to treat NASH.
19      Q.   Okay.
20      A.   Well, I assume NAFLD encompasses
21  NASH.  It's like an umbrella term.  But -- but
22  yes, it's specifically indicated with patients
23  that have NASH.  You wouldn't use it in someone
24  that had fat in the liver but no inflammation.
25      Q.   And when did that medication come

Page 168

1  to market?
2      A.   It came to market after Mr. Roberts
3  had passed away.  I can't recall the exact
4  date.  I believe it was in -- you know, off the
5  top of my head, it was probably in 2023.
6      Q.   And prior to that, for NAFLD
7  specifically, the treatment was to manage risk
8  factors?
9      A.   Yes, I'd say so.  Yeah.
10     Q.   Okay.
11     A.   Again, minimize -- taking steps to
12  minimize alternative causes of liver disease.
13     Q.   And Mr. Roberts was overweight,
14  correct?
15     A.   Well, he was -- he had Class 2
16  obesity.  So overweight is a specific medical
17  term that refers to a BMI between 25 and 30.
18  And then above 30 is obesity.  And then there's
19  different classes of obesity.  There's Class 1,
20  which is 30 to 35.  There's Class 2, which 35
21  to 40, and there's Class 3, which is over 40.
22      So just to be precise, he was
23  fairly consistently in the Class 2 obesity
24  range with a BMI between 35 and 40.
25     Q.   So he was overweight or fat, and

Page 169

1  that then leads to fat in the liver?
2      MS. ROSE:  Object to the form.
3      THE WITNESS:  And again, he had --
4  he had Class 2 obesity.  So it's --
5  it's -- it's multiple degrees above just
6  being overweight.
7      But -- but yes.  I mean, folks who
8  are, you know, are obese and some who are
9  just overweight can have excess fat in
10  their body, and some of that fat goes into
11  the liver and causes this pathology that
12  we've been talking about.
13 BY MR. VAUGHN:
14     Q.   And Mr. Roberts weighed about --
15  what was it about 250 pounds?
16     A.   I don't recall his exact weight in
17  pounds, but I recall his BMI range.  BMI is
18  oftentimes a little more relevant because
19  some -- you know, the height of the patient is
20  very, you know, important to know with respect
21  to interpreting the weight.
22      So his BMI range was very often 37,
23  38.  I think at times it may have been even
24  around 39, but he was very consistently in the
25  range of Class 2 obesity.

43 (Pages 166 - 169)

Page 170

1    Q.    Okay.  And he didn't lose weight
2  prior to being diagnosed with cancer, did he?
3          MS. ROSE:  Object to the form.
4          THE WITNESS:  I mean, he -- he's
5    had -- you know, he had minor fluctuations
6    in his body mass index.  But it's fairly,
7    you know, consistently documented from a
8    lot of his providers that he's been unable
9    to lose weight despite recommendations to
10   lose weight.
11         So, you know, he -- he never had
12   really a strong, sustained trend of being
13   able to lose weight it seems like through
14   his own lifestyle changes.
15 BY MR. VAUGHN:
16   Q.    And did you see in his medical
17 records that he as was attempting most
18 lifestyle changes, such as eating a healthier
19 diet?
20   A.    I don't know to what extent he was,
21 you know, actively operationalizing those
22 recommendations.  I know those recommendations
23 were made to him, but, you know, yeah.  I don't
24 recall, like, much granular detail that the
25 providers were providing in their notes about

Page 171

1  what specific dietary change he was making or
2  what changes to his exercise routine he was --
3  he was making.
4          So I wouldn't be able to give a
5  clear assessment of that based on the records
6  that I recall seeing.
7    Q.    And did you see that he was not
8  drinking alcohol?
9          MS. ROSE:  Object to the form.
10         THE WITNESS:  So from the records,
11   many records say that there's no
12   significant alcohol use; but that was not
13   uniformly the case.
14         I recall specifically -- so I'm
15   just trying to find it really quickly.
16 BY MR. VAUGHN:
17   Q.    Uh-huh.
18   A.    Yeah.  So October 26th of 2012 --
19   Q.    Uh-huh.
20   A.    -- he was with Dr. Bullard in
21 pulmonology clinic for his obstructive sleep
22 apnea.  And in the -- in that documentation
23 Mr. Roberts had been diagnosed with atrial
24 fibrillation, I -- I guess recently prior to
25 that visit.  And so I think was providing some

Page 172

1  context around that.
2          And the quote from the report was
3  he was diagnosed with proximal atrial
4  fibrillation after, quote, "significal [sic] --
5  significant alcohol intake that occurred at his
6  hunting camp.
7          So it's not -- it's not totally
8  accurate to say that he never had any
9  documentation of alcohol use.  That's one that
10 I recall seeing, and I -- and I documented that
11 in my medical record review.
12         So at least on that occasion, you
13 know, he reported significant alcohol use to
14 the point where he was diagnosed with an
15 arrythmia.
16 BY MR. VAUGHN:
17   Q.    And after someone is diagnosed with
18 NAFLD or NASH, they should quit drinking
19 alcohol, correct, or limit alcohol intake?
20   A.    Yeah.  I --
21         MS. ROSE:  Object to the form.
22         THE WITNESS:  Sorry.
23         Yes.  I'd say that there's a little
24   bit of a nuance to that.  If somebody has
25   MASLD or NAFLD and they have absolutely no

Page 173

1    fibrosis, in my view they don't have to
2    strictly abstain from all alcohol.
3          The patient's where it's an
4    absolute recommendation are those who have
5    cirrhosis.  If you have cirrhosis, it's a
6    strict recommendation from physicians that
7    you should not drink alcohol at all.
8          Sorry.  Excuse me.
9          But yes.  In patients that I'm
10   worried have MASH or NASH and are at a
11   high likelihood of progressing to
12   cirrhosis, I will counsel them to ideally
13   avoid alcohol entirely; and, you know, in
14   the very least, they need to -- to limit
15   their alcohol intake to upper limits of --
16   of what's generally thought to be safe for
17   males and females.
18 BY MR. VAUGHN:
19   Q.    And so you found the record in 2012
20 of him drinking on a hunting trip.
21         Do you have any evidence of him
22 drinking after that time point?
23   A.    No.  I don't -- I don't recall
24 seeing any consistent documentation after that
25 where, you know, where -- where clinicians were

44 (Pages 170 - 173)

Page 174

1  thinking that he was drinking a significant
2  amount or nothing that was really reported by
3  him, as best as I can tell.
4      Q.   And did you see in the records of
5  him being physically active, such as going on
6  hunting trips throughout 2012 through his
7  diagnosis of cancer?
8      A.   I recall that instance of the
9  hunting trip, and there might have been a
10  fishing trip mentioned somewhere else. I may
11  be misremembering that, but I don't know. You
12  can -- it's kind of debatable how active a
13  fishing trip or hunting trip are. And, you
14  know, I don't know what regularity Mr. Roberts
15  may have engaged in -- in these types of
16  activities.
17      So it's -- it's tough from the
18  record, in my view, to get a really strong
19  sense of how much physical activity he was
20  engaged with in the course of his kind of
21  routine care during the course of his medical
22  record history.
23      Q.   And he was taking medications to
24  manage his blood pressure and diabetes,
25  correct?

Page 175

1      A.   Yes.
2      Q.   And he did not have Hep A or Hep B,
3  correct?
4      A.   Correct.
5      Q.   Do you know if he was vaccinated
6  against such diseases?
7      A.   Sorry. Let me look at my report.
8      Yes, I do. I just wanted to pull
9  it up because I wrote these labs down. I just
10  wanted to make sure I present it to you
11  accurately.
12      So on July 18th of 2018, a lot of
13  that relevant laboratory data had been sent
14  off, I believe, by Dr. Hooks his -- his
15  gastroenterologist.
16      And so he had some Hepatitis A
17  and B related serology data. So his
18  Hepatitis A antibody was nonreactive. They
19  don't report if that's an IgG or IgM antibody,
20  which would be relevant. But most of the time
21  when a lab reports it that way, it's the IgG
22  antibody that is nonreactive, which would imply
23  that he was not vaccinated against Hepatitis A.
24      However, Hepatitis B he had surface
25  antigen nonreactive, Hepatitis B core antibody

Page 176

1  non reactive; but the Hepatitis B surface
2  antibody was detected at a level of greater
3  than 11.5.
4      So my interpretation of that is he
5  was never infected or exposed to Hepatitis B
6  virus, which is why the surface antigen and the
7  core antibody were negative; but he had
8  immunity. He was -- he was likely vaccinated
9  against Hepatitis B because he had the antibody
10  detected.
11      Q.   And was he on medication to lower
12  his cholesterol and triglyceride levels?
13      MS. ROSE:  Object to the form.
14      THE WITNESS:  Yeah. I -- again, I
15  don't believe for much of his history. I
16  don't recall him being treated with a
17  statin, which is what's typically used for
18  controlling, you know, high LDL levels.
19      But he did carry a diagnosis of
20  hyperlipidemia that was reported in
21  November of 2006, but I don't recall him
22  really being on a lipid-lowering agent
23  certainly later in his medical record
24  history. I don't recall that being really
25  clearly demonstrated even in his early

Page 177

1  medical history.
2  BY MR. VAUGHN:
3      Q.   Did he have elevated cholesterol
4  and trigly- -- triglycerides?
5      A.   Yes. He definitely had an elevated
6  LDL and triglycerides. I wrote down some of
7  those. So for instance, September 20th, 2005,
8  he had a triglyceride value of 390, a
9  cholesterol value of 230.
10      And on November 14th, 2006, he had
11  an LDL that was very clearly elevated at 153.
12      So that's usually -- LDL is what is
13  most commonly used, you know, from my
14  understanding, from primary physicians and
15  cardiologists to make decisions primarily about
16  the need for medications like statins to lower
17  LDL, which is oftentimes referred to be the,
18  quote/unquote, "bad cholesterol."
19      So an LDL of 153 is -- is elevated.
20      Q.   Is Crestor a statin?
21      A.   Crestor is a statin. Yeah.
22      Was he on Crestor?
23      A.   I -- I just can't recall if he was
24  or not. He might have been on -- if he was on
25  Crestor, then that is a statin at that time

Page 178

1  point. I just don't recall seeing that
2  reliably later in his record.
3      Q.   So as far as managing his risk
4  factors for NAFLD, he was basically doing
5  everything except for actually losing the
6  weight, correct?
7      MS. ROSE:  Object to the form.
8      THE WITNESS:  Yeah. I think in
9  terms of managing the comorbid conditions
10 associated with MASLD and NAFLD, which are
11 things like hyperlipidemia, hypertension,
12 diabetes, if you're representing to me
13 that he was on Crestor and that it is just
14 slipping my memory, then I'll take you at
15 your word that he may have been on
16 Crestor. That would be appropriate
17 management for -- for hyperlipidemia.
18     I know he was on medications for
19 hypertension, of course, different ones
20 over time. I think around the time of his
21 hyperlipidemia, he was on Celiprolol and
22 hydrochlorothiazide. And later was -- was
23 switched to different agents.
24     And then later in his history with
25 diabetes, he was on Metformin and another

Page 179

1  medication, a secondary medication for
2  diabetes.
3      So yes, I would agree that
4  generally speaking, he was receiving
5  pharmacologic therapy for those comorbid
6  conditions. However, as I said
7  previously, the most important central
8  aspect of managing MASLD and NAFLD and the
9  only thing that's effective is weight loss
10 and demon-- -- demonstrability to achieve
11 sustained longitudinal weight loss. And
12 without that, the NAFLD and the NASH --
13 the MASLD and the MASH, they won't go
14 away; and they'll continue to cause liver
15 injury and eventually cirrhosis.
16     So the comorbid conditions that --
17 that come along with this is a package
18 oftentimes because weight is the
19 underlying thing that is the central risk
20 factor for all those conditions is the
21 root cause. And I don't think the root
22 cause of all of those things was being
23 managed. I mean, he didn't lose weight,
24 unfortunately.
25     You can almost think of the

Page 180

1  medications as being a Band-Aid on top of
2  the root cause to try to mitigate the
3  injury related diabetes, high blood
4  pressure, high cholesterol. But the root
5  cause is the weight, and that was not
6  addressed successfully really at any point
7  in -- in his history.
8  BY MR. VAUGHN:
9      Q.   Do you think Mr. Roberts got liver
10 cancer because he was overweight?
11     A.   I think that -- again, he was
12 Class 2 obesity, not just overweight.
13     I do think that obesity was part of
14 the picture. I don't think it's the entire
15 explanation. I think it's related to why he
16 developed cirrhosis, and I think it also has
17 some independent contribution to the increased
18 risk of liver cancer.
19     So it's -- it's not an isolated
20 thing. I don't think it's just the Class 2
21 obesity. It's really the process -- the main
22 thing in my view is the process of MASLD and
23 MASH progressing to cirrhosis. Because once
24 there's cirrhosis that -- that is, you know,
25 the best established risk factor for developing

Page 181

1  hepatocellular carcinoma.
2      So insofar as, you know, it's
3  related to causing cirrhosis and has some
4  elevated independent risk beyond that, so it's
5  part of the picture; but it's not the entire
6  explanation.
7      Q.   If Mr. Roberts was not obese, do
8  you believe that he would have developed cancer
9  when he did?
10     MS. ROSE:  Object to the form.
11     THE WITNESS:  So I mean, you're
12 giving me a hypothetical. So -- so, you
13 know, I'll answer that, you know, with
14 that in mind; and I'll -- would you like
15 me to assume that everything else is in
16 the same?
17     So he --
18 BY MR. VAUGHN:
19     Q.   Correct.
20     A.   -- is not obese?
21     Okay. So if you take out. It's a
22 little bit tough to tease out entirely because
23 the obesity is interrelated to things.
24     If he wasn't obese, if he was a
25 completely normal weight, he would be less

Page 182

1  likely to have MASLD.  He'd be less likely to
2  have NASH.  He'd be less likely to have
3  diabetes, high blood pressure, hyperlipidemia,
4  coronary artery disease.
5        So in that hypothetical, he would
6  be a much, much healthier patient.  So it's --
7  it's hard to perfectly project what would have
8  happened.  But if he was a normal weight,
9  there's a very good chance that he would have
10  never developed cirrhosis; and therefore, you
11  know, there's a very good chance that he would
12  have never developed hepatocellular carcinoma.
13  Yes.
14     Q.    And -- and so to be clear, it's
15  because he was overweight, he developed
16  cirrhosis, in your opinion; and then the
17  cirrhosis led to his cancer?
18        MS. ROSE:  Object to the form.
19        THE WITNESS:  That's not what I'm
20  saying.
21        I said that there are multiple
22  important risk factors to consider in this
23  case.  Cirrhosis is one of them.  And
24  there are multiple factors that are
25  related to his developing cirrhosis,

Page 183

1  including Class 2 obesity as well as MASLD
2  and MASH and -- and diabetes for -- for
3  that factor.
4        But, you know, as I state in my
5  expert report, it's not just the
6  cirrhosis.  You know, diabetes, obesity,
7  MASLD, and MASH, those are also
8  independent risk factors for
9  hepatocellular carcinoma.
10       And just to make that really
11  crystal clear, a very good demonstration
12  of that is the fact that many patients
13  with MASH develop hepatocellular carcinoma
14  in the absence of cirrhosis.
15       So cirrhosis is not a prerequisite
16  state.  It's -- it is a very, very high
17  risk state for liver cancer, but the other
18  factors matter too, independently.
19  BY MR. VAUGHN:
20     Q.    On the outlook or prognosis for
21  NAFLD on Penn Med's website it says, "Many
22  people with NAFLD have no health problems and
23  do not go on to develop NASH."
24       Do you agree with that statement?
25     A.    Not really, honestly.  It's a -- I

Page 184

1  think it's maybe -- I'm not sure if they're
2  referring specifically to NAFLD-related health
3  problems, in which case maybe it's a fair
4  statement.
5        My position generally is, as I've
6  stated, many patients with NAFLD, they tend to
7  be overweight.  They tend to be obese, and that
8  puts them at a higher risk of having other
9  problems like diabetes, high blood pressure,
10  high cholesterol.  It's a very, very
11  well-demonstrated association, you know,
12  including features of the metabolic syndrome.
13  These are co-associated.
14       So perhaps what they're referring
15  to there is just NAFLD-related health problems,
16  which I think is fair.  But I think my -- my --
17  my perspective is I probably would have written
18  that a bit of a different way because patients
19  with NAFLD are more likely to have these other
20  important comorbidities.
21     Q.    Do you agree that many people with
22  NAFLD do not go on to develop NASH?
23     A.    Yeah.  I would agree with that.
24  Many patients, you know, have bland fat in the
25  liver and -- and don't develop NASH.  There's a

Page 185

1  subset of patients that do.
2     Q.    Can you give me an approximate
3  percent of people with NAFLD that go on to
4  develop NASH?
5     A.    Yeah.  I don't want to give you the
6  wrong figure.  I mean, I can give you ballpark
7  estimates of some of these things.  But, you
8  know, yeah.  I'd have to really kind of look at
9  the literature again to give you really precise
10  estimates.
11       But roughly a third of individuals
12  in the United States have NAFLD.  We are,
13  unfortunately, a very generally obese country
14  with poor lifestyle habits.  So NAFLD is very,
15  very common.  One in three people have it.
16       You know, NASH develops as a
17  subset.  I don't know exactly know, you know,
18  what proportion may have NASH.  But -- but
19  broadly speaking, there's roughly -- there -- I
20  think of it in terms of kind of -- if I see a
21  patient with NAFLD, I can give you estimates
22  for timeframes of progression to other phases
23  of -- of -- of -- of fibrosis that informs sort of
24  the risks of NASH and then cirrhosis.
25       If you see a patient with -- with

47 (Pages 182 - 185)

Page 186

1  MASLD or NAFLD, they typically will -- you
2  know, there's a risk of progressing to the next
3  stage of fibrosis in about five to seven years.
4        So through that lens, you can sort
5  of get estimates, you know, broadly of how many
6  patients will progress these stages to have
7  significant MASH and then cirrhosis, but I
8  don't have a really precise number of, like,
9  what proportion of patients with NAFLD have
10  NASH. I don't know if we necessarily have
11  really accurate estimates of that honestly.
12    Q.    Would you agree that most people
13  who are obese have NAFLD?
14    A.    That's probably the case that most
15  people who are obese likely have NAFLD or
16  MASLD, yes. I don't know exact -- the exact
17  proportions, but I would expect that most
18  individuals do have fat in the liver if they're
19  obese.
20    Q.    Okay. We were talking about how
21  losing weight can help treat or reverse NAFLD.
22        Does that mean that the fatty
23  deposits within the liver can be reversed?
24    A.    That's a very good question,
25  Counselor.

Page 187

1        I'd -- I'd say that, yes, there's
2  very good evidence that a sufficient amount of
3  weight loss can lead to resolution of fat in
4  the liver.
5        So fat will leave the liver,
6  usually it's -- it's in the ballpark of 7 to
7  10 percent of body weight that needs to be lost
8  to achieve fat coming out of the liver and,
9  therefore, resolution of steatohepatitis or
10  MASH or NASH.
11        But it's important to state that
12  even if fat is -- is gone after significant
13  weight loss, the scar -- any damage that's
14  resulted from the process is still there. The
15  scar does not -- does not reliably go away.
16    Q.    And that was going to be my next
17  question.
18        Is scarring or fibrosis of the
19  liver reversible?
20    A.    So it's actually a very interesting
21  area of -- of -- of research because generally,
22  you know, the canonical thinking was that
23  fibrosis generally was not reversible. And --
24  and for the most part, I think that's still
25  accurate, but I think, you know, we're finding

Page 188

1  that some patients might get a little bit of
2  improvement if -- when they're appropriately
3  managed. You can some reduction in the degree
4  of scar, but typically not total resolution.
5        To give you just an example of
6  where that literature -- excuse me -- comes
7  from or maybe just explain this in a very
8  lay -- lay -- lay terminology really quickly.
9        Scar in the body is very similar to
10  scar that you can see on the outside. So like,
11  if you're a kid and you fall and you cut your
12  knee and you get a scar there, you usually have
13  that scar there your whole life. It's
14  generally the same principle on the inside. So
15  if you have something that causes scar inside
16  an organ, that tends to also stick around your
17  whole life.
18        But -- but we know from some
19  studies -- and this is primarily from the
20  bariatric surgery literature -- where some
21  patients that have NASH or MASH and they've
22  undergone a biopsy in these studies to
23  demonstrate how much scar they've had.
24        So some patients in these studies,
25  they'll have Stage 3 fibrosis on the biopsy.

Page 189

1  They then undergo a bariatric surgery like a
2  Roux-en-Y gastric bypass, which is very
3  effective in causing significant weight loss.
4  Like, a Roux-en-Y gastric bypass patient might
5  lose 30 percent of their body weight over the
6  course of a year. So they -- they definitely
7  achieve that benchmark of 10-percent weight
8  loss.
9        If you take a patient like that and
10  then do a biopsy a year or two after they've
11  lost all that weight, sometimes their fibrosis
12  stage has gone from a three to two.
13        So we know that there's some
14  potential to improve fibrosis if the patient
15  achieves a lot of weight loss. But -- but
16  it's -- it would be very unusual to go from
17  Stage 3 to completely normal. That -- that
18  generally is not seen.
19    Q.    And then the same type of question
20  for cirrhosis.
21        Is cirrhosis reversible to any
22  degree?
23    A.    You're asking very -- really good
24  questions. These are questions that patients
25  ask all the time too.

48 (Pages 186 - 189)

Page 190

1    Historically, we do -- we -- we
2 don't -- usually once we make a diagnosis of
3 cirrhosis, we regard the patient to have
4 cirrhosis moving forward, and we manage them
5 with the assumption that there is cirrhosis.
6    There are some scenarios like very
7 specific scenarios, where patients may have
8 some improvement in their -- their estimated
9 fibrosis, very, very specific scenarios. And
10 one scenario is Hepatitis C virus. That's
11 probably the best studied one where a patient
12 has chronic Hepatitis C. They develop
13 cirrhosis, and then they're treated with a
14 medication that can cure the Hepatitis C
15 entirely.
16    Those medications were, you know,
17 developed in, like 2015, 2016. And so now
18 we're able to cure Hepatitis C, and we've
19 observed over the past decade or so in
20 following these patients, that some of those
21 patients might go from F4, which is cirrhosis,
22 to F3.
23    The reason why I say it's a pretty
24 exceptional circumstance is a lot of those
25 patients the only reason -- the only cause of

Page 191

1 their liver disease was Hepatitis C, and
2 there's a very abrupt -- abrupt and complete
3 removal of that underlying cause of liver
4 disease. So that doesn't really translate
5 to -- to MASLD and MASH for the vast majority
6 of patients where, you know, to achieve that
7 abrupt transition, you need to have substantial
8 and sustained weight loss, which unfortunately,
9 is very tough for patients to the achieve.
10    MR. VAUGHN: Nina, I'm at a great
11 spot for a break if you want to do lunch
12 now.
13    MS. ROSE: Yeah.
14    Does that work for you, Doctor?
15    THE WITNESS: Yeah.
16    THE VIDEOGRAPHER: Off the record,
17 12:45.
18    (Whereupon, a lunch was taken.)
19    THE VIDEOGRAPHER: We are back on
20 the record at 1:25 p.m.
21 BY MR. VAUGHN:
22    Q.    Welcome back, Doctor.
23    A.    How are you doing?
24    Q.    Good. Earlier we were talking
25 about how platelet counts are part of the CBC,

Page 192

1 correct?
2    A.    Yes.
3    Q.    And would thrombocytopenia be an
4 abnormal CBC result?
5    A.    Yes, generally. Yeah. If the
6 platelet count's less than 150, that would be
7 regarded to be an abnormal CBC.
8    Q.    I want to go back to your expert
9 report, which was Exhibit 1. I'll go ahead and
10 screenshare it, but feel free to look at it
11 yourself as well.
12    A.    Okay.
13    Q.    I want to go to page 18 right now.
14 I, first, want to direct you to this part of
15 your opinion, which is, "Cirrhosis refers to
16 significant scar tissue that impairs liver
17 function."
18    You agree with that, correct?
19    A.    Yes.
20    Q.    Okay. And that -- and that is what
21 Penn Medical is saying as well, correct, that
22 it's both the scar tissue plus the impaired
23 liver function?
24    A.    Yes.
25    Q.    Okay. And then you start talking

Page 193

1 about FIB-4.
2    Is that what you were discussing
3 earlier as far as being able to diagnose
4 cirrhosis with?
5    MS. ROSE: Objection to the form.
6    THE WITNESS: Yeah. Not -- not --
7 not in and of itself to diagnose the
8 cirrhosis, but as a tool to risk
9 stratify -- risk stratify patients with
10 chronic liver disease who may require
11 further testing to -- to rule in or rule
12 out cirrhosis.
13 BY MR. VAUGHN:
14    Q.    And within Mr. Roberts' medical
15 records, does it ever mention FIB-4?
16    A.    I did not see any mentions of
17 FIB-4.
18    Q.    And you note that a FIB-4 of less
19 than 1.3 effectively rules out advanced
20 fibrosis.
21    Can you explain that?
22    A.    Sure. So if you calculate the
23 FIB-4 for a patient, again, based on the age,
24 AST, ALT, and platelet count, if you get a very
25 low number, less than 1.3, that -- that patient

49 (Pages 190 - 193)

Page 194

1  is extremely unlikely to have advanced
2  fibrosis.
3       And as I stated previously,
4  advanced fibrosis, that -- I'm referring to F3
5  or F4 fibrosis, which I think I say a little
6  bit higher up in the paragraph.
7     Q.   Understood. And then you note, "A
8  FIB-4 greater than 2.67 has an 80-percent
9  positive predictive value of having cirrhosis."
10      Can you explain that?
11    A.   Sure. So if you calculate the
12  FIB-4 in the same way that I just mentioned, if
13  the value is over 2.67, what I mean by
14  80-positive predicted value of having
15  cirrhosis, if you had 100 patients and all 100
16  had a FIB-4 over 2.67, around 80 of them would,
17  in fact, have cirrhosis.
18    Q.   And you noted, "A FIB-4 above 2.67
19  denotes a very high risk of advanced fibrosis."
20      What is that based on?
21    A.   Right. So that's -- sorry. I'm
22  trying to see exactly where that is on -- on my
23  screen as well.
24      Yeah. Right. So I'm drawing a
25  contrast there between the low FIB-4 value in

Page 195

1  the previous sentence where I'm just trying to
2  put into context what a low FIB-4 means in
3  terms of negative predicted value and then
4  drawing back to the statement I just made that
5  if you have a high FIB-4 that, you know, a high
6  proportion of those patients will have
7  cirrhosis or advanced fibrosis.
8     Q.   And what's your basis for saying
9  that above a 2.67 is very high risk of advanced
10  fibrosis?
11    A.   Yeah. So that's -- this has been
12  studied quite extensively in the context of
13  different liver diseases, so including, you
14  know, things like MASH and MASLD.
15      I, you know, that -- that -- you
16  can look at the National Hepatology Society
17  guidelines that comment on this as well as
18  specific studies where they look at patients,
19  you know, with MASH, MASLD. They cap at the
20  FIB-4s, and they basically correlate that with
21  biopsy findings to see what cutpoints, you
22  know, reliably differentiate patients with
23  really minimal scar versus advanced -- advanced
24  scarring. And that's how they arrived at
25  those -- those types of calculations like

Page 196

1  positive predictive values.
2     Q.   And then you note that FIB-4
3  between 1.3 and 2.67 are an intermediate range
4  for advanced fibrosis and cirrhosis.
5       What is your basis for those
6  numbers?
7     A.   Yeah. That -- that comes from
8  guidelines as well as the literature that I was
9  referring to in my previous response.
10      So basically, the FIB-4, we think
11  of there as being kind of three potential
12  buckets. Either it's very low, in which case
13  you've effectively ruled out advanced fibrosis.
14  It can be very high, in which case the patient
15  has a high risk of having advanced fibrosis or
16  cirrhosis. Or it can be in this indeterminant
17  range in between, which is sort of the gray
18  zone where the patient, you know, they -- they
19  may have cirrhosis. They may have advanced
20  fibrosis, but they need, you know, some
21  additional dedicated testing to clarify how
22  much scar tissue they may have.
23    Q.   Is intermediate risk the same as
24  moderate risk?
25    A.   I'm not saying intermediate. It

Page 197

1  says indeterminate. So it can't be -- it can't
2  concretely stated based on the FIB-4, you know,
3  if they do or do not. They need further
4  evaluation, further testing.
5     Q.   Thanks for clarifying that. I was
6  reading cross-eyed apparently.
7     A.   That's okay.
8     Q.   When did FIB-4 start being used in
9  practice; do you know?
10    A.   I can't give you a really precise,
11  you know, month and year exactly, but it's
12  become much more commonplace in the past
13  several years of practice. I would not have
14  expected to see it, you know, throughout much
15  of Mr. Roberts' medical record.
16      It certainly was not widely used or
17  studied, you know, in 2006, 2007, even, you
18  know, 2010, '15, et cetera. So I'm not
19  surprised that FIB-4 was not computed. It's
20  really in the past couple of years where
21  there's really been much more of a widespread
22  education for primary care physicians to know
23  to screen this, to screen, you know, their
24  patients using FIB-4s to identify patients who
25  may have cirrhosis and need to be referred to a

50 (Pages 194 - 197)

Page 198

1 hepatologist.
2     In the past few years, it's been
3 codified in, you know, in different guidelines.
4 You know, for example, the American College of
5 Gastroenterology -- sorry, American College of
6 Gastroenterology guidelines, you know, includes
7 FIB-4 in the diagnostic algorithm to identify
8 patients who may have cirrhosis or need further
9 evaluation.
10     So -- so I can't give you precise
11 date; but the past few years, it's become much
12 more well-recognized and communicated in
13 guidelines.
14     Q.   And so this is a new methodology?
15     A.   It's relatively new.  I -- I
16 think -- I -- I don't know when this 4 was
17 first published.  I can't recall off the top of
18 my head, you know, when the first -- or
19 deriving this was published.
20     But initially, it was more
21 specifically to the Hepatitis C literature.
22 And the way -- the reason why I say it's more
23 in the past couple of years is because it was
24 subsequently studied in detail in MASLD and
25 MASH patients.

Page 199

1     And given that, you know, MASLD and
2 MASH is a -- is one of the predominant causes
3 of liver disease in the United States now,
4 it's -- it's been a priority to educate, you
5 know, primary care physicians about using the
6 FIB-4.  And somehow systems have gone so far as
7 to integrate it into the medical records system
8 to automatically calculate it and present it to
9 a primary care to -- to prompt them to -- to
10 take action and triage the patients
11 appropriately.
12     Q.   Are there still some facilities
13 that don't do FIB-4?
14     A.   I mean, I'm sure there is -- you
15 know, as with any guideline, there's practice
16 variation, you know, some practitioners that
17 might not be following the literature or best
18 practice state-of-the-art guidance.
19     I have no doubt that there are
20 practitioners out there that don't know about
21 the FIB-4 or don't use the FIB-4; but, you
22 know, nonetheless, it is the state-of-the-art
23 for medical practice.  It's codified in our
24 guidelines.
25     Q.   When did you first learn about

Page 200

1 FIB-4 scoring?
2     A.   I was -- I can't recall the
3 specific year, but, you know, I -- I've
4 certainly been aware of it, you know, as long
5 as I've been a hepatologist.
6     But like I said, it was more
7 originally in the context of more Hepatitis C;
8 and then subsequently when it was studied in
9 the setting of MASLD and MASH -- I mean, it's
10 certainly has been much more prominent I would
11 say in the past two to three years where it's
12 been a central point of -- of our -- our risk
13 management and algorithmic denitrification of
14 cirrhosis at the population level.
15     Q.   When did you start computing FIB-4
16 scores as part of your practice?
17     A.   I see.  I've been routinely for at
18 least a couple of years.
19     Q.   What patient population do you use
20 the FIB-4 score with?
21     A.   I use it broadly, but some of the
22 cutpoints differ a little bit depending on the
23 etiology of liver disease.  You know, most of
24 my patients these days -- in the Veterans
25 Hospital is where I take care of a lot of

Page 201

1 patients.
2     Most of the patients have
3 Hepatitis C alcohol or FIB-4 -- I'm sorry, or
4 MASLD/MASH.  Probably the majority have -- have
5 MASLD and MASH.
6     So those are the -- the settings
7 where I primarily use it, but I'd say
8 predominantly Hepatitis C and MASH.
9     Q.   Do you know how the FIB-4 score was
10 developed?
11     A.   So I can provide you with my
12 recollection.  I mean, I would have to find the
13 seminal studies to look at the methodology in
14 detail, but I can -- I'm happy to provide you
15 with my general recollection of -- of the type
16 of approach.
17     Q.   Great.
18     A.   Yeah.  So similar to what I said,
19 the researchers described this score and
20 similar scores -- there are other scores
21 similar to this that have been developed.
22 Actually -- actually, I can probably be more
23 concrete because I know the person that
24 developed this.  It's Richard Sterling.  He's a
25 hepatologist currently at BCU.  Sorry.  It's

Page 202

1  coming to -- more recollection is coming to me
2  as think about this because I'm remembering
3  conversations that I've had with him.
4          It probably was developed some time
5  ago, but it might even have been, you know, a
6  decade, honestly, when it was first developed.
7  But regardless, Dr. Sterling, if I'm recalling
8  this correctly, he -- he thought about, you
9  know, labs that were plausibly related to
10 cirrhosis first.  AST, ALT, platelet count for
11 some reasons have articulated -- some that I
12 have yet to explain are important when you're
13 re-stratifying patients for cirrhosis.
14         I think I've explained the
15 relevance of platelet count, how that starts to
16 go down when someone develops cirrhosis and
17 elevated pressures in the portal system behind
18 the liver.  So platelets are very important.
19         AST and ALT in the setting of
20 cirrhosis something interesting and unusual
21 happens -- not unusual, but something
22 interesting happens, where they -- the levels
23 can actually start to go down over time.  And
24 the AST in particular will start to rise
25 relative to the ALT.  So the ratio becomes,

Page 203

1  oftentimes, a little bit more skewed towards
2  AST being a little bit higher than the ALT.
3          And so the score -- the formula
4  that's used for this has a ratio of AST and
5  ALT, and then it has platelets as a factor.  I
6  think it's multiplied by that.  The square root
7  is in the formula somewhere, and then age
8  factors in.
9          But that was the plausibility for
10 why those factors were important and they were
11 hypothesized to be this way.
12         So Dr. Sterling and colleagues, you
13 know, they -- they started from that
14 point about what factors were plausibly related
15 and important, and then they, I think, fit a
16 variety of formulas from different types of
17 models, I -- I expect and correlated that
18 against biopsy results in patients.
19         And then they identified -- okay.
20 Let's say they had a patients.  I'm not sure
21 how many they had in their initial study.  But
22 hypothetically, if they had a patients from
23 diverse degrees of scarring, some patients
24 might have F4; some have F1; some have F2,
25 et cetera.  And they look at different

Page 204

1  cutpoints for those patients for FIB-4, and
2  they identify what threshold beyond which are
3  we really well-separating patients that have
4  cirrhosis and what's the opposite case?
5  What -- what low threshold are we really
6  adequately separating patients who clearly
7  don't have cirrhosis.
8          That's the general methodology
9  that -- that I, you know, I think was used in
10 this case.  But, you know, I haven't -- you
11 know, I haven't reviewed that particular study
12 in a long time, and I really can't recall
13 exactly what year it was.  But the more I think
14 about it, it must have been -- gosh, it might
15 even have been a decade ago, if not more.  I'm
16 not sure.
17         Because I -- I had this
18 conversation with Dr. Sterling.  Sorry.  Too
19 much of an aside, but when I was interviewing
20 for hepatology positions -- and that was in
21 2019, 2020, and so at that time I met with him;
22 and we discussed the FIB.
23         So it was clearly in prac- -- it
24 was clearly present at that time and likely for
25 sometime prior.

Page 205

1     Q.    And does it matter how many
2  patients it was initially studied in to be
3  developed to?
4          You he said it might have been a
5  hundred?
6          MS. ROSE:  Object to the form.
7          THE WITNESS:  Yeah.  I mean, sample
8  sizes matter to provide estimates of -- of
9  accuracy, diagnostic and predictive
10 accuracy of any store; but oftentimes,
11 it's more important are subsequent
12 validation studies, where other
13 researchers will take the tool or the
14 formula and apply it in their own cohort
15 of patients or in patients who have
16 different types of liver disease.
17         I alluded to that before that, you
18 know, Hepatitis C was one of the earliest
19 use cases and most important use cases for
20 FIB-4.  But subsequently, there have been
21 a variety of studies where FIB-4 has been
22 studied specifically in patients with
23 MASLD and MASH to identify the cutpoints
24 that I -- that I stated in my expert
25 report.

52 (Pages 202 - 205)

Page 206

1    So -- so yeah.  It's not -- I'm not
2  basing this on one study.  There are a
3  variety of different validation studies
4  across different patient contexts and
5  different patient cohorts that inform the
6  diagnostic accuracy of these tools.
7  BY MR. VAUGHN:
8    Q.    At the time you met with
9  Dr. Sterling, was FIB-4 being used in that
10  MASLD patients, NAFLD patients?
11    A.    I honestly can't recall if it was
12  being used in MASLD and MASH patients at that
13  time.
14    Q.    Was there a time it wasn't being
15  used in those patients?
16    A.    I expect that -- you know, most
17  doctors, you know, practitioners they wait for
18  the studies of external validity or specific
19  validity in different populations.  So I -- I
20  expect that, you know, when it first came
21  out -- and part of my recollection here is
22  challenging because I wasn't a hepatologist at
23  the time it was being used primarily.  So it
24  wasn't part of my practice obviously when I --
25  you know, prior to my hepatology practice.

Page 207

1    But I expect there probably was a
2  time where it was really primarily being used
3  in Hepatitis C.  It was only after, you know,
4  these validation studies in MASLD and MASH
5  patients came out that there was increased
6  confidence and demonstration of cutpoints that
7  can be reliably used in those patients.
8    Q.    And so are you not aware what
9  patient population the FIB-4 index was
10  initially developed with?
11    MS. ROSE:  Object to the form.
12    THE WITNESS:  As I said, you know,
13    I -- I don't recall exactly.  My -- my
14    recollection -- my loose recollection is,
15    you know, I believe it was primarily in
16    Hepatitis C patients, though, I'd have to
17    look back at literature and -- and check.
18    What I can say now in the current
19    state of practice, it is standard to apply
20    this across multiple etiologies liver
21    disease and definitely in patients with
22    MASLD and MASH.
23  BY MR. VAUGHN:
24    Q.    What are the limitations of the
25  FIB-4 index?

Page 208

1    A.    That is a good question.  Some of
2  the limitations of the FIB-4 index are you do
3  need to interpret it in -- in the context of
4  what's happening with the patient.  For
5  instance -- and this is actually relevant in
6  patients with alcohol-related liver disease.
7    If they -- if a patient with
8  alcohol-related liver disease is very heavily
9  drinking, that can cause the AST to rise more
10  than the ALT; and that can impact the validity
11  of the FIB-4 performance.
12    So it's -- it's best -- it's really
13  best applied in scenarios where there's a
14  stable baseline, you know, labs for patients.
15  That obviously is less relevant for MASLD
16  patients because by definition, they don't have
17  significant alcohol exposure.  That's one
18  context.
19    The other context is sometimes the
20  platelet count can be invalidated in some
21  patients where it no longer becomes a good
22  proxy for portal hypertension and -- and liver
23  disease and cirrhosis.
24    The main context for that are
25  things like if someone had their spleen

Page 209

1  removed, the platelet count rises
2  substantially.  And so they'll have a very
3  elevated platelet count.  And so it's no longer
4  reliable to use the FIB-4 in that type of
5  patient.
6    Or a patient that has some specific
7  autoimmune types of conditions that could
8  impact the platelet count.  One instance is
9  something called ITP, idiopathic -- idiopathic
10  thrombocytopenia.
11    So you have to understand, like,
12  the particular patient context to understand if
13  the AST, ALT, and platelets are reliable for
14  the purpose you're trying to apply them.
15  That -- those are the major limitations.  And,
16  of course, you know, interpreting the
17  diagnostic accuracy.  Like I said, it's not a
18  hundred percent accurate for ruling in
19  cirrhosis, which is why further testing and
20  corroboration is needed.
21    But, you know, 80-percent positive
22  predictive value for a screening test is quite
23  good.
24    Q.    And so like you were saying, the
25  platelet count makes a big determination in the

53 (Pages 206 - 209)

Page 210

1  final value of the FIB-4 score, correct?
2      A.   Yes.  I'd say so.
3      Q.   And so it's very important to
4  investigate any causes that might drop or
5  increase someone's platelet count, correct?
6      A.   Yes.  I'd agree with that.
7      Q.   And you mentioned Dr. Sterling is
8  the one who developed the FIB-4 index.
9          Would you defer to him on the
10 specific weaknesses and strengths of the FIB-4
11 index?
12     A.   No, I wouldn't defer to him.  I
13 think that this is so widely used in hepatology
14 practice now that, you know, I -- I was able to
15 kind of articulate to you very clearly, like,
16 multiple specific examples of limitations; and
17 that's informed directly by my clinical
18 experience using the FIB-4.
19         So I think that because so many
20 practitioners have experience using this in
21 practice, we understand the boundaries of, you
22 know, when it's appropriate to apply, when you
23 need to be cautious, and things like that.
24     Q.   Do you believe that -- crashed
25 that.  Sorry.

Page 211

1          So you believe you have more
2  expertise in the FIB-4 index than Dr. Sterling?
3          MS. ROSE:  Object to the form.
4          THE WITNESS:  Well, I'm not sure in
5  what respect you mean that question.
6  Maybe you can clarify, like, what -- what
7  specific element of the expertise?
8          Like, Dr. Sterling certainly is
9  more knowledgeable about the specific
10 design and cohorts that they -- that was
11 used to derive the score than I would be.
12         But I would say that I'm, you know,
13 I'm very comfortable using it in practice
14 and have used it and -- and, you know, am
15 aware of some of these validation studies
16 that have been performed in the context of
17 MASLD and MASH, which is what's relevant
18 to this specific case.
19 BY MR. VAUGHN:
20     Q.   Is age part of the calculation when
21 doing a FIB-4 score?
22     A.   Yes.
23     Q.   Is there any limitations by using
24 age in a FIB-4 score?
25     A.   I would say so, yes.  At the

Page 212

1  extremes of age, patients become a little bit
2  more likely to have higher scores.  And
3  generally, that's appropriate in -- in most
4  instances because, you know, the longer you've
5  been alive, the more likely it is you 'e
6  accumulated more scar.  And that's part of the
7  reason why age is in there is my understanding.
8          But there can be scenarios where if
9  a patient has not really been demonstrated to
10 have longstanding, preexisting chronic liver
11 disease and age is the driving factor for a
12 FIB-4 being elevated.  My suspicion is that
13 it's a little bit less accurate in that
14 setting.
15     Q.   And in this case for Mr. Roberts,
16 how did -- scratch that.  Sorry.  I'm going to
17 get a drink.
18         MS. ROSE:  Your sickness has
19 finally caught up to you.
20         MR. VAUGHN:  No kidding.
21 BY MR. VAUGHN:
22     Q.   In this case for Mr. Roberts, how
23 did you calculate the FIB-4 score?
24     A.   So I took his age at a
25 particular -- at the time the lab was drawn.  I

Page 213

1  took an AST and the ALT and the platelet score,
2  and then I put it into -- yeah.  We have tools
3  that we use in practice to -- that have these
4  formulas in apps on or websites, for instance,
5  to facilitate calculation or computation of the
6  FIB-4.
7          So the app that I most commonly use
8  is something called MDCalc, M-D dash C-A-L-C
9  [sic], very commonly used by lots of folks, not
10 just in hepatology, but across the field of
11 medicine.  It's a repository for lots of
12 prediction scores.
13         And so if you go to MDCalc, you can
14 look up the FIB-4 score.  You can input the
15 age, the AST, the ALT, the platelet count, you
16 know, click on the calculator or computer,
17 whatever the button is; and it gives you the --
18 the score.
19         So that's -- that's my general
20 process.  I looked at his data from particular
21 dates when he had his lab reports reported.  I
22 looked at his age at that time, and I computed
23 his FIB-4.
24     Q.   And did you use the app to do the
25 calculation, or did you use the website?

54 (Pages 210 - 213)

Page 214

1    A.    I don't recall.  I believe they're
2  the same one.  It obviously looks
3  different on -- so I don't have the -- let me
4  see.  I think I can tell you if I have the app
5  on my phone or not.  That might help me answer
6  the question.  That's okay.
7         I do have the app on my phone.
8  There is an app on the phone.  I don't honestly
9  remember if I navigated to the website or if I
10  used the app.  If I had to guess, I probably
11  used the app because I used the app when I see
12  patients.
13        So most likely I used the app, but
14  my understanding is the formula and the
15  computations would be the same if you used the
16  app versus going to the MDCalc website.
17    Q.    All right.  And you wrote your
18  expert report just about a month ago, right?
19    A.    I believe so, yes.  Yeah.
20    Q.    And the website you're referencing
21  that has it, is that Dr. Sterling's website?
22    A.    No, that's not Dr. Sterling's
23  website.  MDCalc is maintained -- I'm not sure
24  exactly maintains it, but it's -- it's some
25  organization that they take well-validated

Page 215

1  scores that are used for prediction models or
2  re-stratification models from many different
3  fields, you know, cardiology, liver disease,
4  you know, oncology, all sorts of different
5  fields.  They identify scores that have been
6  well-studied and validated, and then they
7  typically reach out to authors who published
8  them to get their permission to put there
9  formula onto the site and then the -- you know,
10  code it basically to facilitate a centralized
11  resource to -- to -- to help with broad usage
12  of a validated tool.  That's usually their
13  process.
14    Q.    Understood.  So when you were
15  saying app or website, you meant MDCalc has a
16  website and an app?
17    A.    Yes.
18    Q.    Understood.
19    A.    Yes, yes, yes.  Sorry.  That was
20  unclear.
21         MR. VAUGHN:  All right.  Kathryn,
22  can you drop in the FIB-4 web page for
23  Richard Sterling.
24         MS. AVILA:  Yes.  It should be in
25  there now.

Page 216

1  BY MR. VAUGHN:
2    Q.    I'll share the PDF version of this
3  web page.  It typically has a picture of him,
4  but you can see down here is this the Richard
5  Sterling you are talking about?
6    A.    Yes.
7    Q.    Okay.  And do you see up here at
8  the top where it says, "FIB-4 was developed in
9  patients with HIV and HCV coinfections"?
10    A.    Yes, I see that.
11    Q.    And does that mean that the
12  patients that FIB-4 was developed in had both
13  HIV and HCV?
14    A.    That -- yeah.  That appears to be
15  the case based on that sentence.
16    Q.    Is that what "coinfection" means,
17  you have both infections at the same time?
18    A.    Yeah.  That typically means you
19  have both infections.
20    Q.    And what is HCV?
21    A.    Yeah.  So HCV, that's what I
22  referring to previously.  It stands for
23  Hepatitis C virus HCV I think I mentioned
24  earlier that my recollection was it was
25  initially derived in patients with HCV as their

Page 217

1  chronic liver disease.  So that's what HCV is.
2    Q.    But in actuality, it's people with
3  HCV and HIV at the same time, correct?
4    A.    Sure.  Yeah.  I -- yeah.  I
5  neglected to recall -- I mean, HIV is not a
6  cause of chronic liver disease, so that's why I
7  emphasize the HCV aspect of it.  But yes.
8  Yeah.  I agree.  It says, it was developed in
9  HCV patients who were co infected with HIV.
10    Q.    Does HIV in impact the blood?
11    A.    It can impact blood counts, yes.
12    Q.    Such as platelets?
13    A.    It primar- -- so I'll caveat this
14  by saying that I'm not an infectious disease
15  doctor with specific expertise in HIV but it
16  primarily impacts white blood cells, in
17  particular CD4 blood positive lymphocytes.
18  That's why you may or may not have heard about
19  CD4 counts, but that's the main thing that is
20  tracked for patients with HIV.
21         And that's also what's used to
22  define potential aids.  Acquired
23  immunodeficiency syndrome, AIDS.  That's
24  generally, based on how low the CD4 count gets.
25  So not primary platelet counts being impacted.

55 (Pages 214 - 217)

Page 218

1    Q.    And just to be clear to the jury,
2    HIV is what eventually can turn into AIDS,
3    correct?
4    A.    Yes.  So HIV is human
5    immunodeficiency virus.  And HIV in many
6    patients, if it's untreated, can progress to
7    AIDS, acquired immunodeficiency syndrome.
8    Q.    And Mr. Roberts did not have HIV or
9    AIDS, correct?
10   A.    Correct.  He did not have HIV as
11   far as I know.  He did not have Hepatitis C
12   virus.
13   Q.    Okay.  And then Dr. Sterling has a
14   section here about what perils, pitfalls,
15   and/or tips do you have for users using the
16   FIB-4?
17   A.    Okay.  I see it.
18   Q.    Okay.  And he says, "It was
19   developed in a cohort of subjects that did not
20   include the young or very old, so it might not
21   perform as well in those populations, given
22   that the age is the numerator.  Furthermore,
23   inclusion of age makes it less reliable to
24   loose -- use longitudinally."
25        What does -- what does that mean:

Page 219

1    "Less reliable to use longitudinally"?
2    A.    "Longitudinally" refers to just
3    over time.
4         So I -- I don't know necessarily
5    the full context of what he refers to there.
6    But, you know, if you were to track FIB-4 -- I
7    don't know -- over the course of, like,
8    multiple decades, as someone, you know,
9    progresses into old marriage, perhaps his
10   perception is that it impacts the reliability
11   of it.
12   Q.    And is that because age alone could
13   make your FIB-4 abnormal?
14   A.    Yes.  I think I stated that
15   previously that, you know, someone who is very
16   old, just on -- on -- you know, on the basis of
17   age alone, they can have an elevated FIB-4.
18   Yes.
19   Q.    And then up here he notes that
20   FIB-4 between 0 and 2 is mild fibrosis.
21        Do you agree with that?
22   A.    Sorry.  Let me look back at this
23   again.  Sorry.
24        FIB-4 was developed to correlate
25   with Ishak levels.

Page 220

1         Yes.  I'm okay with that
2    characterization.  Yeah.  So they -- they -- it
3    looks like they use a different schema for
4    classifying fibrosis.  There's -- I've been
5    referring to something called the METAVIR
6    staging, which goes from 0 to 4.  It looks like
7    what he's using is something called the Ishak
8    framework, which ranges from 0 to 6, but it's
9    the same principle that there's progressive
10   fibrosis that you can break into, you know,
11   stages of fibrosis.
12   Q.    But you're saying a FIB-4 score of
13   0 to 2 is mild fibrosis?
14   A.    Oh, I see.
15   Q.    -- above, correct?
16   A.    No, no, no, no.  Let me clarify.
17        That's not what he's saying there.
18   He's not giving you the interpretations of
19   ranges of the FIB-4 score.  He's giving you
20   biopsy pathology stages of fibrosis there.
21   Q.    How do you convert, then, the FIB-4
22   score to the Ishak levels?
23   A.    So when you asked me to describe
24   the process of how they derived the score,
25   this -- what's being described here is actually

Page 221

1    entirely consistent with what I was describing.
2         They did biopsies in patients.
3    They've looked at the liver biopsies of
4    patients, and they used this Ishak scoring
5    criterion to determine how much fibrosis there
6    was on the biopsies, and that's what's shown
7    there in the area you have highlighted.
8         So Ishak levels, Ishak Stage 0 to 2
9    is mild fibrosis.  Ishak stage 3 to 4 is
10   moderate.  Ishak Stage 5 to 6 is severe
11   fibrosis/cirrhosis.
12        So they've gathered that for all
13   the patients in their -- in their study, and
14   then they computed the FIB-4.  And they used
15   the distribution of FIB-4 scores and compared
16   those to the biopsy results to identify, among
17   the patients with severe fibrosis and
18   cirrhosis, what were the ranges of FIB-4 scores
19   that would help segregate those individuals,
20   you know, in -- into a category as best as
21   possible.  They did the same thing for the mild
22   fibrosis side.
23        Does that make sense?
24   Q.    Are you saying the 0 to 2 here is
25   not talking about the FIB-4 score?

Page 222

1    A.    No.  That -- that there is
2  referring to the biopsy fibrosis staging.
3    Q.    And so how do you convert from a
4  FIB-4 score to that?
5    A.    So it might be most clear if you
6  were to literally put numbers into the
7  calculator.
8    Q.    All right.
9    A.    So when you put the numbers into
10 the calculator, you put age, AST, ALT platelet
11 count, it will give you a result.  That result
12 is what the FIB-4 score is, and it will give
13 you an interpretation of, you know, which
14 fibrosis stage that patient is likely to have
15 on the basis of their FIB-4 score?
16         Hopefully, that makes sense.
17         As I am saying, I mean, there --
18 there have been different validation studies
19 done in different etiologies of liver disease.
20 So even though it was developed originally in
21 Hepatitis C population with co-infected HIV.
22 It has subsequently been studied specifically
23 in patients with MASLD and MASH in a similar
24 fashion to identify the relevant cutpoints for
25 FIB-4 in those patients.  And that's what I'm

Page 223

1  citing in my expert report.
2         I site, you know, some specific
3  studies that identify those cutpoints and how
4  you can map the FIB-4 score for MASLD MASH
5  patient to the pathology on -- on biopsy.
6    Q.    I'm going to go to the actual web
7  page right now so we can actually use the
8  calculator and see if it's accurate on
9  Dr. Sterling's web page.
10   A.    Sorry.  I don't mean to interrupt
11 you, but just to clarify, this is not
12 Dr. Sterling's web page.  This is MDCalc.  This
13 is the resource that I was ref- -- that I was
14 telling you about that --
15   Q.    Oh, okay.
16   A.    -- that is -- so whenever they --
17 this is a very, very commonly used application,
18 you know, website for -- for clinicians.  His
19 picture is there because they feature the
20 inventor of the tool; and this -- this -- this
21 formula and site is made in his consent and in
22 collaboration with him.  But Dr. Sterling does
23 not own MDCalc.  There are hundreds and
24 hundreds of prediction scores on this website.
25   Q.    That makes sense.  I see -- I see

Page 224

1  the MDCalc at the top.  I didn't even realize
2  it was the same web page that you were talking
3  about.
4    A.    This was the --
5         MS. ROSE:  Mr. Vaughn, I'm sorry to
6  interrupt.  But if we're going to the --
7  if you're going to ask questions about
8  this website, I'd like it to be introduced
9  as an exhibit so we have a record of it.
10        MR. VAUGHN:  That was -- that was
11 the exhibit I just introduced.  He wanted
12 to do --
13        MS. ROSE:  Oh.
14        MR. VAUGHN:  He wanted to do the
15 calculations, and so I'm using it as a
16 calculator strictly to see if it works.
17 He wanted to see it to do the
18 calculations.
19        MS. ROSE:  Right.  Is this a
20 different page than was previously
21 introduced.
22        MR. VAUGHN:  It's the exact same
23 page I just introduced as an exhibit.
24        MS. ROSE:  Oh, okay.  Apologies.
25 Apologies.

Page 225

1         MR. VAUGHN:  You're okay.
2         MS. ROSE:  It looked like a
3  different page.
4         MR. VAUGHN:  It does look different
5  because when I printed it off, it -- you
6  couldn't see his picture.  So it made it
7  look different.
8         MS. ROSE:  Okay.  Thanks for the
9  clarification.
10        MR. VAUGHN:  You're fine.
11 BY MR. VAUGHN:
12   Q.    All right.  So in your expert
13 report -- this is page 7, I think is the first
14 time I see you doing the FIB-4 score; is that
15 correct?
16   A.    I --
17   Q.    No.  You did some earlier,
18 actually.  You do one on page 6 it looks like.
19   A.    Yes, I did.
20   Q.    Okay.  And do you know how old he
21 would have been at that time in 2009?
22   A.    Sorry.  I'd have to do the math.
23         So he was 64 when he passed away.
24   Q.    56 maybe?
25   A.    We can try that.

57 (Pages 222 - 225)

Page 226

1    Q.    Let's see what the numbers come
2  out.  So 56 and then his AST at this time was
3  69, correct?
4    A.    Yes.
5    Q.    ALT was 112.  And platelet count
6  was 174.
7        MS. ROSE:  Can I ask a question --
8  I'm sorry.  This is for my own
9  clarification.
10        MR. VAUGHN:  Uh-huh.
11        MS. ROSE:  Have these levels that
12  you're putting it in, are you putting it
13  in for a specific date where the --
14        MR. VAUGHN:  Well, if you go --
15  correct.  If you go to page 6 of his
16  expert report --
17        MS. ROSE:  Okay.
18        MR. VAUGHN:  -- towards the bottom
19  he lists the labs out that he used to
20  determine the FIB-4 score.
21        MS. ROSE:  Thank you.  And -- and
22  we've established the age of the patient
23  at this time?
24  BY MR. VAUGHN:
25    Q.    Take your time, Doctor, and let me

Page 227

1  know what age you think I should be entering
2  here.
3    A.    You're probably close.  Well, let's
4  see.  So I -- I -- I -- you know, from my
5  recollection, I got it from, like, the clinical
6  notes at the time so -- but I didn't write it
7  down every single time.
8        So he was 64 when he died in
9  2020 -- 2020.  So how much do I have to
10  subtract from that?
11        This -- this one -- sorry.  I'm
12  just trying to scroll through here.  So this
13  was the value from 2009.  So 11 minus 6 -- 64
14  minus 11, I think 53.  Try 53.  It's either 53
15  or 54 most likely.  Yeah.
16    Q.    Okay.  That -- 53 comes out to the
17  number you've got.  There you go because you've
18  got a FIB-4 of 199.
19        So this is the formula you were
20  using to get there, correct?
21    A.    Exactly.  So that was the exact
22  process I used.  I got his age.  I looked at
23  his labs on a particular date.  I plugged these
24  into this calculator to get the values, and I
25  wrote that in my expert report.

Page 228

1    Q.    Okay.  And right before your
2  expert -- sorry.  Scratch that.
3        In your expert report, the
4  preceding paragraph notes that he had elevated
5  liver levels ever since he was a teenager,
6  correct?
7    A.    Yes.
8    Q.    And then it says probably has fatty
9  liver.
10        My -- is fatty liver more
11  indicative of NAFLD or NASH?
12    A.    So just to -- I think I explained
13  this previously, but just to rehash a little
14  bit, fat in the liver, you'd have to determine
15  why there's fat.  The main reasons for fat to
16  be there are either alcohol or obesity.
17        I think we agreed that he
18  doesn't -- Mr. Roberts doesn't really have any
19  significant, you know, regular alcohol use
20  chronic history.  So it doesn't appear to be
21  from alcohol.
22        So his fat in the liver is almost
23  certainly related to MASLD, but the
24  determination of the MASH part is do we think
25  there's inflammation accompanying the fat in

Page 229

1  the liver.
2        And so the fact that he had
3  elevated liver numbers, AST to ALT, the
4  transaminases, that is the evidence that
5  there's inflammation happening with the fat
6  because when there's inflammation in the liver,
7  that causes some injury to liver cells.
8        AST and ALT are enzymes that are
9  present inside liver cells.  Inflammation
10  causes injury to liver cells, and those AST and
11  the ALT, they spill out of the cells into the
12  blood.
13        So whenever we see AST and ALT
14  elevated, that's an indication that something
15  will is causing inflammation and injury to the
16  liver, but it doesn't tell you what.  You have
17  to do more investigation to figure out what is
18  the thing that is causing the injury.  So you
19  have to rule out Hepatitis C.  You ruled out
20  Hepatitis B.  You have to rule out alcohol.
21        If you think it's MASLD or MASH,
22  you have to demonstrate that there's fat in the
23  liver, and you typically look for other
24  metabolic comorbidities, like diabetes, high
25  blood pressure, high cholesterol, and obesity.

58 (Pages 226 - 229)

Page 230

1  And then you make your assessment through this
2  process of ruling out other explanations for
3  the elevated AST and ALT and then ruling in the
4  likelihood of MASLD.
5      Q.   Can you have elevated AST or ALT
6  without inflammation in the liver?
7      A.   Yes, you can.
8      Q.   And Mr. Roberts had elevated AST
9  and ALT since he was a teenager reportedly,
10  correct?
11      A.   Yes.
12      Q.   Okay.
13      A.   Let me clarify one thing.  I
14  apologize, Counselor.
15          You can have elevated transaminases
16  that separate from inflammation, but that's
17  mostly related to AST.  ALT's actually very
18  specific to the liver.
19          The -- the context there is that
20  AST is also produced in other areas of the
21  body, like in muscle, for example.
22          So in ALT being elevated is very,
23  very strongly associated with inflammation
24  specifically in the liver.  It's really the
25  AST, if that is abnormal, that's not as much of

Page 231

1  a guarantee to be related to the liver.
2          So I just wanted to clarify that.
3  I apologize.
4      Q.   Thank you.  And earlier you were
5  talking about age was a big component of the
6  FIB-4 score, correct?
7          MS. ROSE:  Object to the form.
8          THE WITNESS:  I don't know if I'd
9      say it's a big component, but it is a
10      component of the score.
11  BY MR. VAUGHN:
12      Q.   Okay.  And so if Mr. Roberts would
13  have presented with the exact same labs when he
14  was a teenager, let's say the upper end of
15  being a teenager, 18, his FIB-4 score goes from
16  a 1.99 down to a 0.67, correct?
17      A.   Sure.  Yeah.  I agree with that.
18      Q.   And is a 0.67 indicative of
19  advanced fibrosis?
20      A.   No.  That would essentially exclude
21  advanced fibrosis.
22      Q.   So strictly his age is what is
23  giving that result of fibrosis on the FIB-4
24  score?
25          MS. ROSE:  Object to the form.

Page 232

1          THE WITNESS:  Well, yes.  I mean,
2      it's a composite of all the factors you
3      put in.
4          But I understand what you're saying
5      that the only change you changed was the
6      age, and you see how much the FIB-4 score
7      changes.  But in my -- I guess two things
8      that I think are important to highlight
9      are, one, as you stated to me from
10      Dr. Sterling, this was not specifically
11      studied in very young patients; but this
12      also makes clinical sense because I
13      wouldn't expect an 18-year-old to have had
14      sufficient time to develop advanced
15      fibrosis and cirrhosis in the presence of
16      MASH.  It takes time to get cirrhosis.
17          So it's -- it's appropriate in this
18      regard that a very young patient, they
19      have a very, very low probability of
20      having cirrhosis in the setting of chronic
21      liver disease in general.
22  BY MR. VAUGHN:
23      Q.   But the patient you're talking
24  about, if they had those same labs their entire
25  life, they would eventually show that they have

Page 233

1  fibrosis on the FIB-4 score when they got old
2  enough, correct?
3          MS. ROSE:  Object to the form.
4          THE WITNESS:  Sorry.  Clarify that
5      one more time, Counselor.
6  BY MR. VAUGHN:
7      Q.   So if you have a teenager that has
8  these abnormal labs --
9      A.   Yeah.
10      Q.   -- the FIB-4 score would not show
11  fibrosis, correct?
12          MS. ROSE:  Object to the form.
13          THE WITNESS:  Right.  So if you
14      had -- if you put these labs in -- and
15      again, I don't know if you'd really apply
16      this for than 18-year-old.
17          But if you were to do this and you
18      get this value, this .67 value, I would
19      agree that that would suggest, based on
20      the score, that the patient is unlikely to
21      have advanced fibrosis or cirrhosis, yes.
22  BY MR. VAUGHN:
23      Q.   And so changing only the age --
24      A.   Uh-huh.
25      Q.   -- the 53 gets you to 1.99.

1    So this is really just looking at
2  age as a function of fibrosis, correct?
3    MS. ROSE: Object to the form.
4    THE WITNESS: No, it's not because
5  those -- if you were to take -- if you
6  were to put in, you know, normal AST and
7  ALT and normal platelet values and then do
8  the same thing with age, you would not see
9  the same thing.
10    So I mean, if you were to change
11  the AST here to, I don't know, 23 and the
12  ALT to 25 or something, which are normal
13  values, and give, you know, the platelet
14  count of 230, which are very, very normal
15  range values for an individual, I'd expect
16  you'd have a low FIB-4.
17    So it's not -- it's the entire
18  score. You have to interpret all the
19  inputs together.
20    It -- this makes perfect clinical
21  sense that somebody with those labs, if --
22  if, in fact, someone went from 18 years
23  old with an AST and ALT that were
24  chronically elevated in the 60-to-100
25  range, if they had those labs from age 18

1  to age 53, they would, in fact, have a
2  very high likelihood of having cirrhosis
3  because that chronic liver disease had
4  been present for a long enough amount of
5  time to progress through the fibrosis
6  stages. And that's what this risk score
7  is -- is communicating.
8    That's the main reason why age is
9  in this is because you're more than likely
10  to have had sufficient time to have
11  developed cirrhosis, you know, if -- if
12  you -- if you're older and if you've had a
13  chronic liver disease for a longer period
14  of time.
15    So to me, it just feels
16  appropriate, what we're seeing from the
17  score.
18  BY MR. VAUGHN:
19    Q.  And so the FIB-4 index assumes that
20  your fibrosis is going to get worse over time,
21  correct?
22    MS. ROSE: Object to the form.
23    THE WITNESS: I mean, the FIB-4
24  score, you know, we apply it at a data
25  point in time to rule in the likelihood

1  that someone has cirrhosis or not so we
2  can figure out the next best step and
3  management for that patient, which
4  oftentimes may involve further testing to
5  confirm or deny a diagnosis of cirrhosis.
6    But yes, I think the score -- this
7  score and -- and other types of scores
8  like this rely on the assumption that
9  chronic liver disease takes time to cause
10  injury and scarring in the liver, and you
11  have to progress through the stages.
12  That's just part of the underlying
13  understood physiology of --
14  pathophysiology of how cirrhosis develops.
15  You progress through fibrosis stages to
16  get there, and generally that takes time.
17  BY MR. VAUGHN:
18    Q.  And so that -- I put in age 30 now.
19    So even if he was age 30, he would
20  just be a 1.12 at this time on the FIB-4?
21    A.  I agree. That's what it says.
22    Q.  Okay. If -- and if he goes up to
23  age 40, he's now at 1.5?
24    A.  Yeah.
25    Q.  And at age 50, now he hits the

1  1.87.
2    So at age 50 is when you would
3  think he now has fibrosis; is that correct?
4    A.  Well, like I said, fibrosis it
5  progresses through stages. I mean, he likely
6  had more mild fibrosis earlier in his life.
7  And at this point, you know, based on the
8  hypothetical scenarios you're putting into the
9  calculator now, which currently says age 50,
10  he's in that indeterminate range where he would
11  neat further evaluation.
12    We don't know exactly how much scar
13  he has in his liver based on these hypothetical
14  parameters. He would need further
15  investigation. But we don't have confidence to
16  say that he definitely doesn't have advanced
17  fibrosis or cirrhosis.
18    Q.  And we don't have enough
19  information here to say that he definitely does
20  have fibrosis either, correct?
21    A.  He very likely has fibrosis, but we
22  don't have enough information here to say that
23  he very likely had cirrhosis.
24    Q.  You can say -- okay. So if I take
25  him back to, let's say, 40 years old, and we

Page 238

1  now get a FIB-4 score 1.5, is it likely that he
2  has fibrosis at that time?
3      A.    Yes, it's likely that the patient
4  has fibrosis.  And so actually, if you look at
5  the interpretation just below the 1.50 --
6      Q.    Uh-huh.
7      A.    -- you see that the approximate
8  fibrosis stage is Ishak 2 to 3.  And so that is
9  what corresponds to what you were pointing to
10  previously about 0 to 2, 3 to 4, 5 to 6.
11  That's what you would expect to see.
12        If you were to do a biopsy in this
13  hypothetical patient, you would expect that
14  they would probably have fibrosis somewhere in
15  the intermediate range.
16      Q.    Okay.  So when he was 18, the same
17  labs, would he have fibrosis then based on your
18  assessment?
19      A.    Yeah.  So I mean, based on FIB-4
20  alone, again, I -- you know, we -- we don't
21  rely on FIB-4 exclusively.  We look at the
22  composite of multiple things.
23        But so with that stated, if I were
24  to just look at the FIB-4 here, he's likely to
25  have, you know, minimal to no fibrosis.  I

Page 239

1  mean, so the estimate there is Ishak 0 to 1.
2  So zero would be no fibrosis.  One would be
3  mild fibrosis.  So he might have had some very
4  mild fibrosis at that time.  That's what the
5  FIB-4 score would be telling you based on
6  that -- those values.
7      Q.    All right.  Let's go back to
8  Exhibit 1, your expert report.
9      A.    Okay.
10      Q.    Give me one second.  Okay.
11        On page 7 of your expert report,
12  and so when we were looking earlier at 2009,
13  that platelet count -- actually page 74.
14      MR. VAUGHN:  Kathryn, can you go
15  ahead and drop that in as the Exhibit, the
16  2009 labs.
17      MS. AVILA:  Okay.  They should be
18  in there now.
19  BY MR. VAUGHN:
20      Q.    Doctor, I have that pulled up on
21  the share screen.  So these are the August
22  19th, 2009, labs.
23      MR. VAUGHN:  I believe this is
24  Exhibit 7.
25      MS. ROSE:  I think it's Exhibit 8.

Page 240

1      MR. VAUGHN:  You're right.
2  Exhibit 8.  Thank you, Nina.
3        (Whereupon, Exhibit 8, Medical
4  Record, Bates labeled Restricted
5  Confidential Information
6  GRobertsJr-CA-000659, was marked for
7  identification.)
8  BY MR. VAUGHN:
9      Q.    Do you see this platelet count is
10  174, and the doctor's actually circled the
11  platelet count?
12        Does that mean the doctor is
13  looking specifically to see what his platelet
14  count is?
15      MS. ROSE:  Object to the form.
16      THE WITNESS:  I -- I don't know who
17  circled that or what -- you know, what
18  they would have been thinking when
19  circling it.  So it's impossible for me to
20  say.
21  BY MR. VAUGHN:
22      Q.    Understood.  Is that a normal
23  platelet count, in your opinion?
24      A.    It is on the very low end of
25  normal.

Page 241

1      Q.    And the reference range for this
2  lab for platelets, the bottom end range is 140,
3  correct?
4      A.    That's what the reference range
5  states on the lab report, yes.
6      Q.    Okay.  But you use a reference
7  range of 150, correct?
8      A.    Yeah.  Yeah.  As I stated
9  previously, you know, we regard an abnormally
10  low platelet count to be less than 150; but as
11  I said also, oftentimes, the trend is also
12  important in looking where the platelet
13  baseline was and where it's been going.
14      Q.    And let's go back to your expert
15  report, page 7, you note in 2011 that
16  Mr. Roberts had GERD and was managed with a
17  PPI, proton-pump inhibitor.
18        Is there any relevance to that, in
19  your opinion, to his case?
20      A.    No.  I don't -- I don't rely on
21  anything with proton-pump inhibitors to inform
22  my -- my primary opinions.
23      Q.    So were you just kind of going
24  through his medical history here?
25      A.    I think so.  Yeah.  I think I -- I

Page 242

1  must have just written that down when I was
2  looking through the note. I think I was trying
3  to be comprehensive in -- in accumulating the
4  different comorbidities that he had across the
5  medical record. And so if there was a new
6  diagnosis that was mentioned, I made an effort
7  to write that in just for completeness.
8      So, you know, it's -- it's relevant
9  to know if someone has GERD because it's
10 another thing that is associated with obesity.
11 So, you know, I don't think it's necessarily
12 directly relevant to him developing
13 hepatocellular carcinoma, but it's important in
14 this context to understand that the burden of
15 comorbidity that Mr. Roberts had that was
16 likely associated with his degree of obesity.
17     Q.  Okay. So you didn't need to do any
18 research into proton-pump inhibitors, correct?
19     A.  For the purpose of this case, no, I
20 didn't -- I didn't look in detail at relevance
21 of a proton-pump inhibitor for this case.
22     Q.  And then the next FIB-4 you did, it
23 looks like was at this November 4th, 2015, with
24 the following labs: AST 65, ALT 78, and
25 platelet count 137.

Page 243

1      And you're diagnosing him yourself
2  now as thrombocytopenic, correct?
3      A.  Correct, yes.
4      Q.  Okay.
5          MR. VAUGHN: And, Kathryn, can we
6  go ahead and do those labs now. This will
7  be Exhibit 9.
8          (Whereupon, Exhibit 9, Medical
9  Record, Bates labeled Restricted
10 Confidential Information
11 GRobertsJr-AMG-000051 through Restricted
12 Confidential Information
13 GRobertsJr-AMG-000053, was marked for
14 identification.)
15         MS. AVILA: Yes. It should be in
16 there now.
17 BY MR. VAUGHN:
18     Q.  Doctor, do you see here,
19 August 19th, 2009.
20         Oh, did I do the wrong one?
21     A.  Yeah.
22     Q.  I totally did. Sorry about that.
23     A.  That's all right.
24     Q.  November 4th, 2015, CBC and the
25 platelet count is now 137.

Page 244

1      And do you see how this lab, the
2  low end of the reference range has now dropped
3  to 130 as opposed to 140?
4      A.  Yes, I see that.
5      Q.  And no diagnosis was given for
6  thrombocytopenia at this time by his doctors;
7  is that correct?
8      A.  I don't think -- I don't recall
9  his -- I think Dr. Sanders had been ordering
10 these labs, from my recollection, because I'm
11 looking at my report as well.
12         I don't think at this time the
13 platelet count was discussed with him.
14     Q.  Were you aware when you were
15 writing your expert report that the reference
16 range for this lab was 130 for the low end?
17     A.  Yeah. I did see that.
18     Q.  And you didn't mention -- excuse
19 me.
20         And you didn't mention in your
21 expert report what the reference ranges were
22 for the labs, correct?
23     A.  No, I didn't, but I have already
24 provided you with the context that in the field
25 of hepatology and informed by, you know,

Page 245

1  multiple hepatology guidelines, the platelet
2  count of less than 150 interpreted in the
3  proper context has significance with respect to
4  cirrhosis and elevated portal pressures. And
5  that's why I specifically noted in my report in
6  the parenthetical that thrombocytopenia is
7  defined by platelets less than 150.
8      So I -- I took the time to write
9  that out because I acknowledge that the
10 reference range here would make that appear
11 with -- within the normal range of this lab.
12 It wouldn't get flagged as being low. But to
13 me as a hepatologist, that's clearly abnormal.
14     Q.  And you're using the low platelet
15 count to support your opinion that he had
16 portal hypertension at this time?
17         MS. ROSE: Object to the form.
18         THE WITNESS: It's -- it would be
19 consistent with him developing portal
20 hypertension. Yes.
21         Again, I don't rely on just one
22 data point to make these determinations.
23 I looked at multiple data points wherever
24 possible.
25         So he doesn't have a CT scan, for

62 (Pages 242 - 245)

Page 246

1    instance, at that particular time point.
2    He gets one five months later, which does
3    corroborate that he does have portal
4    hypertension.
5         So in my view, I'm concerned that
6    this patient is developing portal
7    hypertension and may already have, likely
8    already has portal hypertension. But I
9    would have done more investigation. If I
10   was his treating physician at that time, I
11   would have tried to do more investigation
12   to confirm that.
13   BY MR. VAUGHN:
14   Q.    And -- and in writing your report
15   and coming to your expert opinion, did you into
16   any other patient-specific factors specific to
17   Mr. Roberts that could have explained this drop
18   in platelet counts?
19   A.    I did.
20        MS. ROSE:  Object to the form.
21        THE WITNESS:  I'm sorry.
22        MS. ROSE:  No that's okay.  Go
23   ahead.
24        THE WITNESS:  So yes, I did.  So I
25   considered some of the factors that I've

Page 247

1    already mentioned to you.
2         Did he have his spleen removed?  He
3    did not.
4         Did he have immune thrombocytopenic
5    purpura, ITP?  He did not.
6         I've looked at medication-related
7    causes.  I remember specifically looking
8    through Dr. Sanders' medication list.  And
9    because there are some medications that
10   can sometimes cause low platelets, I did
11   not identify any obvious offenders that
12   would -- that be associated with a low
13   platelet count.
14        And then I looked at the overall
15   trend as well because there are some
16   patients that have -- you know, there --
17   there are different types of inborn kind
18   of mutagenic base conditions where they
19   always have a low platelet count, but
20   that's clearly not the case for
21   Mr. Roberts either because his platelet
22   count was normal.  And then it downtrended
23   to the point where it was abnormal.
24        And so I considered all those
25   factors as I would for any patient that I

Page 248

1    take care of.  I think very carefully
2    about the platelet count in particular
3    because I know that you have to be mindful
4    of interpreting that in the context when
5    you compute a FIB-4.
6         And as I mentioned, just to bring
7    back one specific point, a lot of the
8    veterans I had taken care of, alcohol is,
9    unfortunately, a big problem.  And if
10   patients are heavily drinking alcohol,
11   that can suppress the bone marrow, that
12   can suppress the platelet count.
13        So yes.  I consider that too.  And
14   as we've already talked about, Mr. Roberts
15   didn't seem to be a heavy drinker.  You
16   know, there's no consistent mention of him
17   heavily using alcohol.
18        There are other features on his lab
19   tests that make significant alcohol use
20   unlikely too, but yes, I thought about all
21   those different things when I was
22   interpreting his platelet count.
23   BY MR. VAUGHN:
24   Q.    What medications are you aware of
25   that can decrease someone's platelet count?

Page 249

1    A.    There are certain antibiotics.  For
2    instance, you know, one particular one is
3    bactrim or trimethoprim, sulfamethoxazole
4    that's associated with low platelet counts.
5         There are some immunomodulator
6    medications that are -- that are known to
7    suppress the platelet count and impact the CBC
8    generally.  There are things like ASO
9    diaphragms.  There's a range of different ones,
10   but the medications that he was on at the time,
11   which I -- I can't exhaustively tell you the
12   list off the top of my head, but I did review
13   the medications that he was taking to see if
14   they were plausibly linked to his platelet
15   count being low.
16   Q.    When you say you reviewed the
17   medications that he was taking to see if there
18   was a link -- plausible link to his platelet
19   count being low, were you just going off of the
20   current knowledge you had of what medications
21   could lower someone's platelets?
22        MS. ROSE:  Object to the form.
23        THE WITNESS:  Yeah.  I'd say that
24   my current knowledge is informed by the
25   experience using medications and taking

63 (Pages 246 - 249)

Page 250

1    care of patients who are on many of these
2    very common medications. And that's
3    usually based on a review of a resource
4    such as UpToDate, which is a -- a medical
5    resource where you can look up a wide
6    variety things that are pertinent to -- to
7    practitioners across lots of different
8    disciplines, but it includes very detailed
9    summaries of medication profiles, dosing
10   ranges, indications, adverse effects,
11   contraindications, things like this.
12        You know, and that oftentimes
13   includes, you know, for medications, what
14   is the -- the -- what proportion of
15   patients may have issues with blood counts
16   or -- or -- you know, thrombocytopenia
17   things of that nature.
18        So -- so yes, it's based on my
19   knowledge, but my knowledge is informed
20   by, you know, years of that kind of
21   research and interaction with the medical
22   literature and medical resources.
23   BY MR. VAUGHN:
24   Q.    As you were drafting your expert
25   report for Mr. -- scratch that.

Page 251

1        As you were drafting your expert
2    report, did you run each of Mr. Roberts'
3    medications through UpToDate to see if they
4    could have an impact on his platelets?
5    A.    I probably did not run each one
6    through UpToDate. I -- I -- I recall running
7    some of them, the ones that I may have had
8    lesser certainty about.
9        But as I said, a lot of the
10   medications he was on are -- are ones that are
11   very commonly encountered in the setting of
12   patients with MASH -- MASLD and MASH, and
13   diabetes medications, medications for high
14   blood pressure, et cetera.
15        So you know, I -- I relied on my
16   existing familiarity in some sense -- in some
17   sense to -- to make that adjudication. But
18   additionally, like I said, I never in isolation
19   looked at the platelet count. I'm looking at
20   the platelet count in the context of the trend
21   and other corroborating information that help
22   me understand why the platelet count might be
23   dropping. So that's -- that's the way I
24   approached my review of this area of his
25   record.

Page 252

1    Q.    What relevance would there be --
2        MS. ROSE: Mr. Vaughn?
3        MR. VAUGHN: Yeah.
4        MS. ROSE: Sorry. I don't want to
5    interrupt you while you're --
6        MR. VAUGHN: It's okay.
7        MS. ROSE: -- on a role. But I
8    just wanted to note it's been about an
9    hour so if you --
10       MR. VAUGHN: Oh. I'll wrap up very
11   quickly.
12       MS. ROSE: Okay. Great.
13   BY MR. VAUGHN:
14   Q.    If his platelet were to go up at
15   some point later, what would that indicate to
16   you?
17   A.    Well, it's -- it's hard to -- to
18   know. I mean, there's a lot of potential
19   reasons why the platelet count could go up, and
20   so it would be very dependent on the particular
21   context in which it might be elevated. So it's
22   hard to answer that specific hypothetical.
23       I mean, you know, for instance,
24   someone could be actively infected, and, you
25   know, they've been to a hospital and their

Page 253

1    platelet count is low and they get a platelet
2    transfusion. So there's a very specific
3    context understanding what's happening to the
4    platelet count in a patient like that.
5        So yeah. So it's hard to say
6    without kind of more specific details of what a
7    hypothetical might be, but there are so many
8    things that can affect platelet count.
9    Q.    So just specific to Mr. Roberts, no
10   other facts change, but let's say later on his
11   platelet count returns to normal.
12       Would that be indicative of
13   anything to you?
14       MS. ROSE: Objection to form.
15   Incomplete hypothetical.
16       THE WITNESS: Yeah. That's right.
17   I agree. It's a tough hypothetical to
18   answer.
19       But platelet counts fluctuate, and
20   this is why I keep emphasizing the trend.
21   If I were to check someone's platelet
22   count in the morning and then check it the
23   next day, it's not going to be the exact
24   same value. These are always in
25   fluctuation.

64 (Pages 250 - 253)

Page 254

1    So the trend in the platelet count
2    is also important to -- to understand as
3    well as the -- the milieu of other
4    clinical data, imaging data in the patient
5    context, whether or not chronic liver
6    disease is there and -- and what the
7    pretest probability is for cirrhosis.
8    So -- so I'm not overly fixated on
9    the platelet count alone. I'm -- I'm
10   looking at the platelet count and its
11   trend in the context of the entire
12   clinical picture.
13   I understand that the platelet
14   count can fluctuate up and down, but my
15   concern in his history is that his
16   platelet count was trending downwards, and
17   there was really no other alternate
18   explanation besides cirrhosis and portal
19   hypertension, which is, I think,
20   substantiated by multiple other lines of
21   evidence.
22   BY MR. VAUGHN:
23   Q.   After this date 11/4/2015, are you
24   aware of his platelets going back up ever?
25   A.   Let's see. I don't know if I

Page 255

1    exhaustively listed all of his platelet counts.
2    I -- I couldn't -- excuse me -- I couldn't tell
3    you concretely yes or no. I think I may have
4    picked a couple other time points to look at.
5    Q.   Did you only list his only low
6    platelet counts in your report?
7    MS. ROSE: Object to the form.
8    THE WITNESS: Well, clearly not
9    because we already reviewed some of the --
10   the normal range platelet counts from
11   earlier in his medical history.
12   BY MR. VAUGHN:
13   Q.   After the first one that was
14   normal, once it started trending downwards, did
15   you list any of them that were normal?
16   MS. ROSE: Object to the form.
17   THE WITNESS: I would have to
18   review briefly here. I'll take a look.
19   MR. VAUGHN: We can take a break
20   now, Nina.
21   MS. ROSE: Oh, sure. Do you want
22   to take the break right now?
23   MR. VAUGHN: Yeah. Now works.
24   THE VIDEOGRAPHER: Off the record,
25   2:32.

Page 256

1    (Whereupon, a break was taken.)
2    THE VIDEOGRAPHER: We are back on
3    the record at 2:45.
4    BY MR. VAUGHN:
5    Q.   All right. Doctor, I'm going to
6    admit Exhibit 9.
7    MR. VAUGHN: Kathryn can, you drop
8    the 2018 adverse effects of proton-pump
9    inhibitors on platelet count.
10   MS. AVILA: Yes. And I think it's
11   Exhibit 10.
12   MR. VAUGHN: Exhibit 10. Thank
13   you.
14   (Whereupon, Exhibit 10, Case report
15   entitled, "Adverse Effects of Proton Pump
16   Inhibitors on Platelet Count: A Case
17   Report and Review of the Literature," by
18   Subhajit Mukherjee, et al., was marked for
19   identification.)
20   BY MR. VAUGHN:
21   Q.   Doctor, have you seen this case
22   report before?
23   A.   I don't think so, not to my
24   recollection.
25   Q.   Okay. And do you see here it was

Page 257

1    published in 2018?
2    I just want --
3    A.   Yes, I see that.
4    Q.   Okay. I just want to take you to
5    the third page where they note, "Based on the
6    findings from these case reports and from our
7    observation, it appears that PPIs can cause
8    thrombocytopenia."
9    Did I read that correctly?
10   A.   Yes. You read that correctly.
11   Q.   Okay. And as you were forming your
12   opinions in this case, were you aware that PPIs
13   could cause thrombocytopenia?
14   MS. ROSE: Object to the form.
15   THE WITNESS: So you're showing me
16   what appears to be a case series, which
17   I -- I think I articulated previously are
18   not very strong -- sorry. It's a case
19   report, not a case series.
20   This is based on -- this is one
21   case of a 35-year-old female who came in
22   with abdominal pain with a past history of
23   heartburn and treated with PPI.
24   It's very hard to make an inference
25   about one -- from a case report or even a

65 (Pages 254 - 257)

Page 258

1  case series, for that matter, what is the
2  true causal association between something
3  like a PPI and an outcome.
4      This is not robust evidence in my
5  view, and I'll just say that as a
6  gastroenterology, you know, I -- I
7  prescribe PPIs very frequently. Many of
8  my patients with MASLD and MASH are on
9  PPIs. Probably the majority of them are
10 on PPIs, and I can't think of a single
11 case personally where low platelets are
12 attributed to PPIs in this patient cohort.
13     But PPIs more generally are very
14 commonly falsely associated with different
15 medical end points because they're so
16 commonly used for a variety of different
17 conditions.
18     So, you know, I can't comment to
19 the -- the details of all the different
20 case reports that they may be referencing
21 here to form some assessment of a -- a
22 case series, but they -- they report just
23 a small number of case reports that
24 demonstrate this.
25     But like I said, you know, case

Page 259

1  reports are not associational studies.
2  They are not estimating -- they're not
3  performing any analytical statistical
4  analysis to estimate what is the risk of
5  low platelet counts with -- with PPI
6  exposure.
7      So it's really hard to translate
8  this to -- to Mr. Roberts and say with any
9  degree of certainty that PPIs were --
10 would be related to his platelet count.
11 Though in my view, it's almost certainly
12 unrelated.
13 BY MR. VAUGHN:
14     Q.   And you didn't do any research on
15 PPIs causing low platelet counts, correct?
16     MS. ROSE:  Object to the form.
17     THE WITNESS:  So in the course of
18 this particular case, no, I didn't explore
19 any specific associations about PPIs and
20 low platelet counts for the context of
21 this case, but I am familiar broadly with
22 a lot of the PPI-related liter- --
23 literature as pertaining to a wide variety
24 of clinical outcomes.
25     And so I alluded to this for the

Page 260

1  very specific reason that PPIs are
2  oftentimes falsely associated with
3  sometimes very serious clinical end points
4  that are later found to be totally
5  irrelevant and unsubstantiated.
6      If I may just give a very quick
7  example to drive this point home. There
8  were some very big headlines -- media
9  headlines that came out -- I don't know.
10 It was quite a few years ago now that PPIs
11 cause heart attacks, and those were based
12 on associational studies where patients,
13 you know, presenting with chest
14 discomfort, you know, who were then
15 started on proton-pump inhibitors
16 presuming that it was related to gastric
17 reflux.
18     The -- the association is in those
19 studies were that PPIs were then
20 associated with increased risk of having a
21 heart attack shortly after a PPI was
22 started.
23     Very well-controlled studies that
24 subsequently came out that accounted for
25 confounders of coronary artery disease

Page 261

1  demonstrated that the chest discomfort was
2  not from the reflux. It was from heart
3  disease. And the patient's were had very
4  high risk of having an impending heart
5  attack, but PPIs were just started because
6  some clinician thought, okay, maybe this
7  PPI will treat the chest discomfort. So
8  you get this false association between
9  PPIs and heart attacks that's not real.
10     So I -- I highlight that because
11 there are lots of -- you'll find lots of
12 case reports and series alleging that PPIs
13 are linked with all sorts of things.
14     You know, this -- I'm not sure what
15 was going on with this particular patient,
16 you know, when she -- what symptoms she
17 was having and the PPI may have been
18 started for some generic reason when, in
19 fact, something else was going on that was
20 driving the low platelets. But there's no
21 way to say without, you know, a high
22 quality analytic study.
23     So I don't view this to be very
24 strong evidence. And again, you know, in
25 the aggregate of how many patients are on

66 (Pages 258 - 261)

Page 262

1    PPIs, I would expect that there would be
2    very, very strong evidence if this was a
3    real causal association.
4  BY MR. VAUGHN:
5    Q.   Are you familiar with the term
6  de- -- scratch that.  Sorry.
7         Are you familiar with the term
8  "dechallenge"?
9    A.   Sorry.  Dechallenge?
10   Q.   Uh-huh.
11   A.   I -- I may be.  When you -- you
12  take someone off a medication, is that what
13  you're referring to, when you stop a
14  medication?
15   Q.   Right?
16   A.   Yes, yes.  I'm familiar with that
17  term.
18   Q.   Can you explain what a dechallenge
19  is?
20   A.   Yeah.  If I'm understanding what
21  you're referring to correctly, you know,
22  someone who is on the medication, and then you
23  take them off the medication and observe.
24         Is that what you're referring to?
25   Q.   It is what I'm referring to.

Page 263

1    A.   Okay.
2    Q.   Is -- are dechallenges strong
3  evidence?
4         MS. ROSE:  Object to the form.
5         THE WITNESS:  Yeah.  It really
6  depends on the context in which it's being
7  used.  I mean, I think if you, you know,
8  do dechallenge -- dechallenges in the
9  setting of a very-well controlled study
10  with a sufficient sample size looking for
11  some particular outcome, then it may be
12  relevant.
13        But it entirely depends on the
14  research question and how the de- --
15  dechallenge is -- is actually administered
16  and, you know, what the rigor of the
17  surrounding methodology in the study is.
18        So it's hard to answer precisely,
19  but there are many other considerations
20  besides a dechallenge itself that, you
21  know, might be relevant to know.
22  BY MR. VAUGHN:
23   Q.   Does a dechallenge make a case
24  study stronger?
25   A.   Potentially, you know, in a very

Page 264

1  limited sense.  I think if somebody is
2  dechallenged and rechallenged, you -- the issue
3  is that you would also know what other relevant
4  factors may also be changing in a patient.
5         So, you know, if -- I'm trying to
6  look at this figure to understand -- just give
7  me a second to look at this Figure 1 to try to
8  catch up where you're going with this.
9         Yeah.  So this patient, it looks
10  like they're on a PPI.  It is then
11  discontinued.  They are restarted on the PPI.
12  It is then discontinued.
13        So there's a -- there was, it looks
14  like two dechallenges, in this case report.
15        Is that what you're referring to?
16   Q.   Yeah.  And you mentioned a
17  rechallenge.
18        What does that mean?
19        What's a "rechallenge"?
20   A.   Sorry.  A rechallenge, what I mean
21  there is if someone is given a medication
22  again.
23   Q.   And the side effects happen again?
24        MS. ROSE:  Object to the form.
25        THE WITNESS:  Sorry.  The

Page 265

1  rechallenge just refers to reintroducing
2  whatever the exposure is.
3  BY MR. VAUGHN:
4    Q.   And they're -- with the
5  rechallenge, though, are they looking to see if
6  the side effect happens again when the exposure
7  is presented again?
8         MS. ROSE:  Object to the form.
9         THE WITNESS:  Yeah.  So again, in
10  the setting of a case report, this is not
11  being done in an interventional way.  You
12  know, they're -- it's not like she was
13  part of a study where they were going to
14  give her a PPI, observe her, then
15  dechallenge her, observe her, rechallenge
16  her, observe her.  That's not the point of
17  this.
18        It -- my understanding -- most of
19  the time in case reports, and I can read
20  this in more detail to confirm this, but
21  the patient happened to have been given a
22  PPI.  It happened to have been stopped.
23  It happened to have been restarted.  And
24  they're reporting what the observations
25  were.

67 (Pages 262 - 265)

Page 266

1      And it's an important distinction
2  because it's not being done in an
3  experimental setting.  She's not being
4  given this and taken off of it while
5  controlling for myriad other factors that
6  may or may not be relevant.
7      So it's -- it's not -- so -- so
8  even using the term like "dechallenge" and
9  "rechallenge," I don't want to imply that
10  this is being done in an interventional
11  sense because I don't think that's what
12  this is -- this case report is stating.
13  BY MR. VAUGHN:
14   Q.   Are you familiar with the term
15  "double dechallenge"?
16   A.   I don't know if I've used that term
17  previously, but I can infer that you're
18  referring to someone who has been dechallenged
19  twice.
20   Q.   Uh-huh.  Does that provide stronger
21  evidence of a causal link?
22      MS. ROSE:  Object to the form.
23      THE WITNESS:  Yeah.  I think my
24  response is similar, where if it's not
25  done in a very controlled setting in the

Page 267

1  context of some sort of interventional
2  study or very well-adjusted study that is,
3  you know, really designed appropriately to
4  look for potential causal associations,
5  then no.  I mean, it doesn't -- it's
6  not -- I -- I wouldn't be able to
7  translate that to a causal association.
8      It -- you know, all this -- my same
9  previous points, I think, still apply.
10  You're not controlling other aspects of
11  the situation.  I don't know what other
12  co-associated factors may have also
13  changed, you know, at the time that a PPI
14  may have been reintroduced, for instance.
15  BY MR. VAUGHN:
16   Q.   Okay.  And the authors here note
17  that thrombocytopenia attributed to use of PPIs
18  has been described in a few case reports and a
19  retrospective study.
20      Are you aware of what retrospective
21  study they're referencing here?
22   A.   I'd have to see what the citation
23  is.
24   Q.   Okay.
25   A.   If you could maybe show that to me,

Page 268

1  I could -- I could tell you if I've seen it or
2  not.
3   Q.   I don't know what the citation is
4  either.
5   A.   Okay.
6   Q.   I didn't know you were aware of a
7  retrospective study that looked into PPI use
8  being associated with thrombocytopenia before
9  you authored your expert report.
10      MS. ROSE:  Object to the form.
11      THE WITNESS:  And yeah.  I'd really
12  have to know what they're referring to.
13  They don't seem to offer the citation, so
14  I -- I can't really speak to the validity
15  or even the presence of it if it's not
16  referenced or cited.
17  BY MR. VAUGHN:
18   Q.   And you didn't do any searching for
19  PPIs being linked to thrombocytopenia, correct?
20      MS. ROSE:  Object to the form.
21      THE WITNESS:  Yeah.  Like I said,
22  in the context of this specific case, I
23  did not do any dedicated searches for PPI
24  and thrombocytopenia for this.
25      But again, I have to emphasize that

Page 269

1  I'm not really relying exclusively on the
2  platelet count to make my determinations
3  of, you know, presence or absence of
4  cirrhosis in Mr. Roberts' case.  It's
5  myriad factors that I'm using as a
6  composite to arrive at a conclusion.
7  BY MR. VAUGHN:
8   Q.   And you agree that Mr. Roberts'
9  platelet count dropped after he was started on
10  a PPI, correct?
11   A.   Hold on.  Let me take a look at my
12  report for a moment.  Let's see.
13      So I think the problem with the
14  assertion that I think you're -- you're
15  implying was that Mr. Roberts is on a PPI for
16  quite some time.  You know, if you're trying to
17  impute that or suggest that there's a
18  relationship between an exposure and an
19  outcome, obviously the temporal association is
20  relevant.
21      I would agree that if you start
22  someone on a medication and you very quickly
23  see some relevant change in their labs or -- or
24  symptoms, then you -- you dechallenge them and
25  you rechallenge them, and you see that there is

68 (Pages 266 - 269)

Page 270

1  a very close approximation, that is -- you
2  know, that's more evidence than not. I still
3  don't think it's a well-established causal
4  association, but that's not what we're
5  observing in Mr. Roberts. Mr. Roberts was
6  diagnosed with GERD in 2011 and started on a
7  PPI in 2011.
8        So, you know, this case report here
9  is basically showing that, you know, in this
10 patient she was started on a PPI -- sorry.
11 I'll look at the -- the time course again here.
12       And it's over the course of a
13 shorter window of time, you know, when -- when
14 this patient developed a low platelet count and
15 in a much more severe thrombocytopenia than was
16 observed in Mr. Roberts, but these are really
17 being studied over the course of less than a
18 year.
19       Mr. Roberts had been exposed to a
20 PPI for, you know, four years, you know, four
21 years really prior to developing overt
22 thrombocytopenia. So it's -- it's really not
23 plausibly linked in my view to being causal of
24 his low platelet count, especially in light of
25 evidence of he had portal hypertension, which

Page 271

1  fits directly with his low platelet count.
2        So it's a much, much more likely
3  explanation for what's going on with
4  Mr. Roberts than what I think you might be
5  suggesting.
6   Q.   Are you aware of any platelet
7  counts from 2011 when he started the PPI to
8  November 4th, 2015?
9   A.   I don't think I noted those in
10 my -- in my report. So I'm not sure. I can't
11 confirm or deny if there are platelet counts
12 checked in those windows.
13       It looks like the most recently
14 available platelet count prior was the value
15 from 2009. From late 2009 it was -- it was
16 174. I'm not certain if there's another one
17 available from this record between 2011 and
18 2015.
19  Q.   And so we can't tell when his
20 platelets dropped after starting the PPI,
21 correct?
22  A.   Yeah. I think that's fair to say.
23 And based on, you know, my understanding of the
24 record, I don't know if his platelets really
25 tracked so closely.

Page 272

1        But again, I think the -- this case
2  report -- the degree of thrombocytopenia was
3  extremely notable. It dropped, you know, very
4  close to zero. You know, it nattered very low
5  on this -- this chart. That's not really the
6  -- the pattern for Mr. Roberts. It was more of
7  a gradual decline.
8   Q.   And Mr. Roberts only had very mild
9  thrombocytopenia, correct?
10      MS. ROSE: Object to the form.
11      THE WITNESS: I wouldn't -- I
12 wouldn't say that. I'm just saying that
13 the cadence and the pattern that's
14 sergeant in this report that you're
15 showing me is where someone goes from a
16 very normal robust platelet count to
17 practically zero. It's a very extreme
18 oscillation in the platelet count.
19      Whereas, Mr. Roberts, if you were
20 to map out his platelet count, it seems to
21 be dropping gradually, trending downward
22 gradually over time, which is very
23 consistent and expected with the -- the
24 tempo of cirrhosis.
25

Page 273

1  BY MR. VAUGHN:
2   Q.   What is a very normal platelet
3  count?
4   A.   So a normal platelet count is over
5  150. When I say that -- I guess when I say
6  very normal, it's -- it's very close to the --
7  the center of the normal range.
8   Q.   And what is that?
9   A.   So, you know, a normal range is
10 typically, you know, 150 to 400. So someone
11 that's in, you know, the mid-200s is --
12 that's -- that's a very normal platelet count.
13  Q.   Okay. So Mr. Roberts starting off
14 at 175 is starting off on the lower end of
15 normal?
16  A.   Well, I don't --
17      MS. ROSE: Object to the form.
18      THE WITNESS: Sorry.
19      Yeah. I don't know what his --
20 unfortunately, his platelet counts are
21 not, you know, recorded earlier in his
22 adulthood. So I don't actually know
23 where, you know, for instance, where
24 things started out when he was in his
25 teens and 20s and 30s. We just don't have

69 (Pages 270 - 273)

Page 274

1    records, unfortunately.
2        All I can see is where he is
3    starting out is in the normal range in his
4    records. You know, 2009 I think is the
5    first one that I -- I -- I noted when it
6    was 174. So he's normal there, but he's
7    already on the lower end of the normal
8    range. I would acknowledge that.
9    BY MR. VAUGHN:
10       Q.   And back to the study we were
11   looking at, this specific patient they note,
12   "Thrombocytopenia immediately developed after
13   initiation of PPI on two separation occasions
14   and resolved after it's discontinuation."
15       Do you read that to be a double
16   dechallenge with a rechallenge?
17       A.   Yeah. I think, based on the
18   definition of double dechallenge that, you
19   know, you gave me and we discussed, that's what
20   it sounds like, yeah. They took the patient
21   off the medication on two occasions, and they
22   noted what the platelet counts were.
23       Q.   And so was one of your issues with
24   the PPI being associated with Mr. Roberts'
25   thrombocytopenia is that gap -- the temporality

Page 275

1    gap of it starting in 2011 and him presenting
2    with what you call thrombocytopenia in 2015?
3        MS. ROSE: Object to the form.
4        THE WITNESS: That's -- I mean, I '
5    just highlighting that one issue because
6    the case report you're showing me shows
7    very extreme changes over a short time
8    period with this PPI exposure. And I
9    don't think we have any evidence of that
10   in Mr. Roberts. You know, he never got
11   his platelet count close to zero.
12       And, you know -- but moreover, I
13   think that -- again, I'm considering other
14   factors beyond the platelet count to try
15   to understand why it is that it's
16   gradually downtrending in his -- in his
17   case.
18       And, you know, everything I'm
19   reviewing in his history, there's very
20   strong evidence that he has had
21   progressive fibrosis and cirrhosis and
22   then development of portal hypertension,
23   which is the most likely explanation for
24   his declining platelet count and one that
25   is very typical of patients that I see all

Page 276

1    the time in my practice who develop
2    cirrhosis.
3    BY MR. VAUGHN:
4        Q.   And so because portal hypertension
5    is the most likely explanation for most
6    patients, did you not feel it was necessary to
7    do research into other causes of
8    thrombocytopenia specific to Mr. Roberts?
9        MS. ROSE: Object to the form.
10       THE WITNESS: No. I wouldn't say
11   that. I -- you know, I -- I -- I'd be
12   interested certainly to review, you know,
13   in more detail relevant literature
14   pertaining to proton-pump inhibitors and
15   thrombocytopenia to see what the strength
16   of the evidence. And I always reserve my
17   right -- right to revise any aspect of my
18   opinion.
19       But what you're showing me is not
20   compelling evidence for the reasons that
21   I've stated. It's a case report, and they
22   reference other -- other case reports to
23   construct an idea of a case series, but
24   these are not controlled, you know,
25   analytic studies to -- that are capable of

Page 277

1    demonstrating, you know, statistical
2    associations between an exposure and an
3    outcome. They're just case reports.
4        So I don't view them to be strong
5    evidence. You know, they're -- they're
6    and interesting thing that may be the
7    basis for -- for future research in an --
8    in an observational study or a trial
9    setting or whatever it might be. But I
10   don't view that to be well-founded causal
11   associations that are demonstrated to be
12   relevant here.
13       So I -- I rely on the corpus of
14   medical literature that is very
15   well-established, you know, from a
16   cirrhosis standpoint that I think is
17   relevant here that demonstrates that this
18   is the expected trajectory of platelet
19   counts in patients with preexisting
20   chronic liver disease who develop
21   cirrhosis and progress to developing
22   portal hypertension.
23   BY MR. VAUGHN:
24       Q.   You mentioned earlier some other
25   drugs that could cause thrombocytopenia.

70 (Pages 274 - 277)

Page 278

1          Is -- are diuretics a class of
2    drugs that can cause thrombocytopenia?
3        A.    I am not a hundred percent sure.
4    It's possible, I mean depending on the
5    diuretics.  There's a lot of different
6    diuretics that are used.  So I don't
7    immediately know -- I don't immediately know
8    off the top of my head if, you know, if there
9    might be one that is associated with
10   thrombocytopenia to a significant degree.
11       Q.    And you didn't do any research in
12   your -- scratch that.
13            And you didn't do any research in
14   drafting your expert opinion to see if
15   diuretics were a cause of thrombocytopenia,
16   correct?
17       A.    I didn't do any specific research
18   for this expert report specifically looking at
19   the association between diuretics and
20   thrombocytopenia; but, you know, I'd say that
21   in the course of my practice, you know, we use
22   diuretics very frequently in patients with
23   liver disease.  And so I count- -- encounter
24   them all the time, and it's certainly not
25   something that we see in routine practice.

Page 279

1            There -- you know, I don't discount
2    that there might be some exceptional cases
3    where there might be associations or where --
4    where it's posited as an explanation for
5    extreme thrombocytopenia in some patients, but
6    I don't know it to be a strong association in
7    my clinical practice.
8        Q.    Okay.  And did you review
9    Mr. Roberts' pharmacy records to see if any
10   medications were changed right before his
11   platelets dropped for the first time?
12       A.    Yeah.  I mean, I did review -- you
13   know, every time he saw a clinician, I did look
14   through his medical record to -- to try to keep
15   track of big changes; but I couldn't
16   immediately tell you off the top of my head
17   what specific changes might have been made
18   antecedent to, you know, his platelet count in
19   20- -- 2009 or antecedent to 2015 off the top
20   of my head.
21       Q.    Okay.
22            MR. VAUGHN:  Kathryn, can you drop
23   in the pharmacy records as exhibit, I
24   believe, 11.
25

Page 280

1            (Whereupon, Exhibit 11, North
2    Baldwin Pharmacy, pharmacy record for
3    Gaston J. Roberts, Jr., was marked for
4    identification.)
5        MS. AVILA:  Yes.  They are in there
6    now.
7    BY MR. VAUGHN:
8        Q.    Doctor, do you agree that first lab
9    where he had lower platelets?
10           It was 4/2015?
11       A.    Let me see.  Yes, I agree with
12   that.  That's the first time that he had
13   thrombo- -- thrombocytopenia by my definition,
14   yes.
15       Q.    I'm on page 2 here.  All right.
16           So on 7/27/2015, we see he's taking
17   Valsartan, 320 milligrams, correct?
18       A.    Yes.  I see that.
19       Q.    Okay.  And then on 10/8/2015, do
20   you see where they transitioned him now to
21   Valsartan HCTZ?
22       A.    Yeah.
23       Q.    Okay.  And so this would have been
24   approximately two to three weeks before these
25   labs were drawn, correct?

Page 281

1        A.    Yes.  I would agree with that.
2        Q.    Okay.  And what does the "HCTZ"
3    stand for in Valsartan?
4        A.    That's hydro- --
5        Q.    Sorry.
6        A.    It's -- it's hydrochlorothiazide,
7    which is a diuretic medication.
8        Q.    Okay.  Did you do any research into
9    hydrochlorothiazide and thrombocytopenia when
10   coming to your expert opinion?
11       A.    No, I did not specifically look at
12   that association.
13           MR. VAUGHN:  All right.  Kathryn,
14   can we do the 1986 study on
15   hydrochlorothiazide-induced
16   thrombocytopenia.
17           MS. AVILA:  Yes.  And that's
18   Exhibit 12.
19           (Whereupon, Exhibit 12, Study
20   Entitled, "Hydrochlorothiazide-Induced
21   Thrombocytopenic Purpura," by Kingsley C.
22   Okafor, et al., was marked for
23   identification.)
24   BY MR. VAUGHN:
25       Q.    Here we go.  1986

71 (Pages 278 - 281)

Page 282

1  Hydrochlorothiazide-induced -- what is -- what
2  is -- what is this word?
3        Thrombocytopenic purpura, is that
4  how you say it?
5     A.   Yeah.  Thrombocytopenic purpura.
6     Q.   What does that mean?
7     A.   Well, I have to say in 1986, this
8  is quite a long time ago; and sometimes these
9  terms may have been used differently in that
10  era to be quite frank.
11       The purpura generally refers to a
12  bruising that you might see on the skin related
13  to very, very low platelet counts.  You know,
14  because platelets are important to, you know,
15  to help with stopping bleeding.  They're
16  important for forming clots.
17       And so if you have extremely low
18  platelet counts, you can sometimes she some of
19  this spontaneous bruising.  That -- that's how
20  it's commonly used currently.  I'm not sure
21  back in 1986 if that might have had a slightly
22  different connotation.
23     Q.   Okay.  And so back in 1986, they
24  identified that the drug, which is
25  hydrochlorothiazide, was discontinued.  Two

Page 283

1  weeks later the patient's symptoms resolved
2  completely, and his platelet count returned to
3  normal.
4        That's again describing a
5  dechallenge, correct?
6        MS. ROSE:  Object to the form.
7        THE WITNESS:  Let me take a look at
8     that.
9        So the drug was discontinued.  Two
10     weeks later the platelet count was
11     returned to normal.  Let's see.
12        Yeah.  I guess -- yep.  True.  They
13     took him off the medication, which if you
14     want to define that as a dechallenge, then
15     that appears to be what they did, yes.
16  BY MR. VAUGHN:
17     Q.   And then they start talking about
18  thiazide diuretics.
19     HCTZ would qualify as a thiazide
20  diuretic, correct?
21     A.   Yes.
22     Q.   And it says, "Thiazide diuretics
23  have been shown to induce thrombocytopenic
24  purpura."  And that these authors found 26 to
25  71 patients -- percent of patients receiving

Page 284

1  oral diuretics had platelet counts less than
2  100,000; is that correct?
3        MS. ROSE:  Object to the form.
4        THE WITNESS:  I mean, I agree
5     that's what the sentence says.  That's
6     what the -- yeah.  You read it correctly.
7  BY MR. VAUGHN:
8     Q.   And then it talks about when there
9  is thrombocytopenia due to a thiazide diuretic,
10  it's usually a gradual onset, mild rather than
11  severe, and the decrease in platelet count
12  occurs after several days of therapy, correct?
13     A.   Yes.
14     Q.   And would you agree that several
15  days after Mr. Roberts was started on HCTZ, he
16  had a mild drop in his platelet count?
17        MS. ROSE:  Object to the form.
18        THE WITNESS:  Yeah.  So based on
19     the medication logs you showed me for the
20     timing of when the HCTZ was added to his
21     Valsartan, yeah.  His platelet count was
22     a little bit lower on the subsequent check.
23  BY MR. VAUGHN:
24     Q.   And again, a dechallenge would be
25  if they then took him off of it and his

Page 285

1  platelets went back up, correct?
2     A.   I mean, the dechallenge portion of
3  that just refers to stopping the medication.
4     Q.   And then you looked to see if it
5  stops the side effect, correct?
6     A.   Sure.  Yeah.
7        So you take someone off the
8  medication, and then you observe them.  I think
9  that's an okay definition of a dechallenge
10  here.
11     Q.   And that's pretty good evidence of
12  a causal link, correct?
13        MS. ROSE:  Object to the form.
14        THE WITNESS:  Yeah.  I think the
15     same caveats I applied to the previous
16     case report I would apply here.  But
17     again, this is a case report, and this one
18     in particular is -- is from quite some
19     time ago, from, you know, almost 40 years
20     ago.
21        And it's very difficult to know the
22     complete clinical circumstances of -- of
23     the patient in terms of what else might
24     have been going on for co-associations if
25     relevant or other lifestyle factors.

72 (Pages 282 - 285)

Page 286

1    Like, it's -- it's very difficult to know
2    based on an N of one, one patient. You
3    can't really use that to make inferences
4    more broadly about causal links. So --
5    BY MR. VAUGHN:
6    Q.    Did you -- sorry.
7    A.    It's all right. Go ahead.
8    Q.    Do you see here, even though this
9    is a 40-year-old study, they are citing to
10   other studies that have already been done where
11   26 to 71 percent of patients have a decrease in
12   their platelet count when they're on thiazide
13   diuretics, correct?
14        MS. ROSE:  Object to the form.
15        THE WITNESS:  I would have to
16   review those studies. I mean, I'm not
17   familiar, you know, with Kutti and
18   Weinfield's study.
19        But if I just focused on what
20   you're saying, they say that 26 percent of
21   71 patients receiving oral diuretics had
22   platelet counts less than 100,000.
23   They're actually not discussing trends
24   there. They're just saying 26 percent of
25   71 had a platelet count of less than 100.

Page 287

1        The reason why I think it's so
2    dangerous to extrapolate from, you know,
3    from very limited case reports and even
4    case series is why were those patients
5    started on diuretics?
6        Were they started on diuretics
7    because they had evolving liver disease
8    and cirrhosis?
9        Fluid overload is a very common
10   symptom of advanced -- you know, of
11   decompensated cirrhosis, and we start
12   patients on diuretics for that purpose.
13   Or they may develop edema in the lower
14   extremities, and we start patients on
15   diuretics.
16        So unless you are controlling for
17   factors like this, you can't say that, you
18   know, the other comorbid factors are
19   explaining why the platelet count is low.
20   You can't attribute it to the
21   hydrochlorothiazide without very detailed
22   and careful study of potential confounding
23   factors.
24        So I always hesitate to -- to
25   extrapolate from case reports and case

Page 288

1    series. So the ones that you've shown me,
2    these case reports, I don't find them
3    compelling; and I would never extrapolate
4    to say that they were the cause of
5    Mr. Roberts' declining platelet count,
6    especially in light of the very, very
7    well-established scientific and medical
8    basis for platelet counts declining in the
9    setting of cirrhosis and portal
10   hypertension, which we know is present in
11   him.
12        So sometimes you can look at this
13   almost as a weight -- weight of
14   probabilities. You know, we try to
15   determine what's most likely when we look
16   at a patient.
17        I have a preponderance of -- of
18   reasons to suggest that platelet count is
19   declining in Mr. Roberts because of his
20   cirrhosis and portal hypertension. That
21   is further substantiated the deeper you go
22   into the record. You know, the platelet
23   count keeps going down as -- as he
24   progresses toward decompensated cirrhosis
25   in terms of a trend. It trends further

Page 289

1    downward.
2        So I have lots of data points in my
3    mind that that support that balanced
4    against these isolated case reports where
5    this has not been systematically studied.
6    I have no idea what the potential
7    confounders are. This is a very brief
8    case report. This is not even really a
9    full page before they begin to site some
10   references. It's extremely terse.
11        So -- so yeah. And so if I were to
12   weigh the probabilities, you know,
13   cirrhosis and portal hypertension is
14   extremely likely. HCTZ, which we use all
15   the time -- all the time in medicine -- I
16   have so many patients who take HCTZ where
17   we don't observe this. That is very, very
18   low in terms of probability of explaining
19   why his platelet count is declining in my
20   view.
21   BY MR. VAUGHN:
22   Q.    So when you came to your opinions
23   in this case, you didn't consider the thiazide
24   diuretic or the PPI as a cause of his
25   thrombocytopenia, correct?

73 (Pages 286 - 289)

Page 290

1    MS. ROSE:  Object to the form.
2    THE WITNESS:  I looked at his
3  medical list.  I was aware that he was on
4  the PPI.  I was aware that he was exposed
5  to hydrochlorothiazide.
6    In my clinical experience, you
7  know, with these medications that I
8  prescribe personally to many patients,
9  that I manage patients who are frequently
10  on these medications, these are not
11  typical side effects that we observe in
12  clinical practice.
13    Again, I'm not discounting the
14  possibility that a very unusual case could
15  occur where someone does have, you know,
16  low platelets attributable to these
17  things; but it's very, very unlikely and
18  not something that we see in routine
19  clinical practice.
20  BY MR. VAUGHN:
21    Q.    I am going back to your expert
22  report.  I'm on page 8.
23    A.    Okay.  All right.  Page 8.
24    Okay.  I'm there.
25    Q.    On this 4/19/2016 CT scan, you note

Page 291

1  that the radiologist says, "Although
2  nonspecific, the findings above may be evidence
3  of liver cirrhosis."
4    What does that mean, "nonspecific"?
5    A.    So, you know, I'd be speaking on
6  behalf of the radiologists.  So I don't
7  necessarily know what that particular
8  radiologist may have meant by that.
9    But in my experience reading
10  radiology reports and talking to radiologists,
11  they usually mean this to be that there --
12  there might be some uncertainty in their view
13  that there could be cirrhosis.
14    Q.    And then you note 9/19/2016 was
15  when Mr. Roberts was first exposed to
16  NDMA-contaminated Valsartan, correct?
17    A.    Yes.
18    Q.    Okay.  And then 10/17/2016 is the
19  first time his doctors actually diagnosed his
20  thrombocytopenia, correct?
21    A.    Yeah.  That's -- that's my first
22  time I recall seeing a physician specifically
23  mention the issue in -- in their clinical
24  documentation.
25    Q.    All right.

Page 292

1    MR. VAUGHN:  Can we make that
2  exhibit, I think, 13, Kathryn, the
3  10/27/2016.
4    MS. AVILA:  Give me one second.  I
5  lost it.
6    MR. VAUGHN:  You're fine.  And if
7  you need me to drop it to you, let me
8  know.
9    MS. AVILA:  Here it is.
10  Exhibit 13.
11    (Whereupon, Exhibit 13, Medical
12  Record, Bates labeled Restricted
13  Confidential Information
14  GRobertsJr-AMG-000040, was marked for
15  identification.)
16    THE WITNESS:  Okay.  I think I have
17  it.
18  BY MR. VAUGHN:
19    Q.    What was that?
20    A.    I have it.  Sorry.
21    Q.    Okay.  All right.
22    So this is 10/27/2016, and this is
23  Dr. Sanders is saying, "His platelets are low,
24  and I'm not sure why," correct?
25    A.    Yes.  And I remember this.  I think

Page 293

1  I quoted this, a lot of this section
2  specifically because he specifically then says,
3  "He is not on any medications that could be
4  causing this."
5    And in looking back, this was not a
6  problem during his last CBC.
7    Q.    So this is a new prob- -- this is a
8  new onset problem as of 10/27/2016, correct?
9    MS. ROSE:  Objection.
10    THE WITNESS:  Well, you know, as
11  I -- in my view, it's not -- that's the
12  first time that Dr. Sanders is
13  specifically flagging this.
14    But as we've already stated, you
15  know, he had a prior lab in November 2015
16  when he had an abnormally low platelet
17  count in my view.
18  BY MR. VAUGHN:
19    Q.    But his treating physicians didn't
20  look at it as abnormally low, correct?
21    A.    You know, I don't know.  I can't --
22  I can't speak on behalf of the physician.  This
23  is the first time that his primary care doctor
24  specifically mentions it.  Whether or not he
25  took note of it mentally previously and didn't

74 (Pages 290 - 293)

Page 294

1  document something, I can't speak to that.
2     Q.    And just because the doctor's not
3  any medications that could be causing it, that
4  doesn't mean the doctor actually did research
5  into PPIs of HCTZ to see if it could be cause,
6  correct?
7     A.    I mean, I can't really speak to
8  what Dr. Sanders may or may not have done.
9  What I can say is it's clear that he's thought
10 about medications here as being a potential
11 cause, and he's documented that specifically.
12 So I would assume that he looked through the
13 relevant medications that Mr. Roberts was on to
14 make that determination.
15    Q.    Because in clinical practice,
16 that's what you should do, right?
17        You should look through all the
18 medications and see if one of them were the
19 cause?
20        MS. ROSE:  Object to the form.
21        THE WITNESS:  Yeah.  I think in
22 clinical practice, again, you should --
23 you should think about the entire patient
24 context and try to interpret a patient's
25 labs and findings in the entire context.

Page 295

1  So that in some cases may -- may involve
2  looking at the medications with a lot of
3  scrutiny.
4        In other cases, to be quite frank,
5  if a patient has a very obvious reason to
6  have a finding, you may need to spend less
7  time scrutinizing a very unlikely cause
8  and put more of your emphasis on managing
9  and evaluating and treating what's right
10 in front of you.
11        So that -- that's an important
12 clinical principle as well.  You know,
13 we -- as clinicians, we have to dedicate
14 our time with our patients and our medical
15 expertise, we have to put it to the area
16 where it's going to be most beneficial.
17        Where it makes a lot of my sense,
18 in my view, to scrutinize a medical
19 record -- sorry, a medication list in
20 great detail to try to find an explanation
21 for a low platelet count is someone for
22 whom you really have no other explanation.
23        If Mr. Roberts did not have, you
24 know, chronic liver disease for decades
25 and cirrhosis and portal hypertension and

Page 296

1  really no other identifiable condition
2  that would be known to cause low platelets
3  and then seemingly out of nowhere had a
4  low platelet count without any other
5  alternative expla- -- explanation, that's
6  a scenario where you would very deeply
7  scrutinize a medication list to try to
8  understand what is going on.
9        But that's -- that's simply not the
10 case for Mr. Roberts.  He has very obvious
11 explanations for why his platelet count is
12 low in my view.  And so -- you know, so
13 I'm attending to the things that I think
14 are most relevant in this case.
15 BY MR. VAUGHN:
16    Q.    And so is that why you did not need
17 to deeply scrutinize his medication list?
18        MS. ROSE:  Object to the form.
19        THE WITNESS:  Again, I'm not saying
20 I didn't deeply scrutinize the medication
21 list.  As I stated previously, I reviewed
22 his medications that he was on at that
23 time.  I reviewed the medications that he
24 had been on at various points during his
25 medical history.

Page 297

1        But in the context of -- of
2  Mr. Roberts' comorbid medical conditions,
3  imaging, other lab findings, FIB-4, I had
4  a very clear interpretation and
5  understanding for why the platelet count
6  would be declining; and that was
7  substantiated on his imaging that he had
8  shortly after the low platelet count.
9        So in my mind, there really wasn't
10 much uncertainty as to why his platelet
11 count would behave in this way, trending
12 downwards.
13 BY MR. VAUGHN:
14    Q.    And as of 10/27/2016, Mr. Roberts
15 had not been diagnosed with chronic liver
16 disease, correct?
17    A.    Sorry.  As of 10/27...
18    Q.    2016, the date of this record, he
19 had not yet been diagnosed with chronic liver
20 disease, correct?
21    A.    No.  I disagree with that.
22        Chronic liver disease is inclusive
23 of, you know, MASLD, NAFLD, MASH, NASH; and he
24 had been known to have fat in the liver and
25 abnormal transaminases for a long time.

75 (Pages 294 - 297)

Page 298

1    As -- as we've talked about
2 previously, you know, since he was a teenager,
3 he had abnormal transaminases.
4        You know, the definition of chronic
5 liver disease is having transaminases, AST, and
6 ALT that are abnormal for at least six months
7 that are, you know, plausibly attributable to
8 some chronic inflammatory process.
9        Mr. Roberts very clearly met those
10 criteria for a long time prior to 2016, likely
11 since he was a teenager.
12    Q.    As of 10/27/2016, Mr. Roberts had
13 not been diagnosed with cirrhosis, correct?
14    A.    So as of 10/27/2016 -- so again,
15 I'll not that, you know, his CT scan imaging
16 the possibility of cirrhosis was raised on, you
17 know, April 19th, 2016.
18        You know, I would agree that he --
19 it doesn't appear that he was given a formal
20 diagnosis of cirrhosis by his treating
21 physicians until a bit later in his medical
22 history; though, you know, as you know, my view
23 is that he had already had cirrhosis at this
24 point.
25    Q.    As of 10/27/2016, Mr. Roberts had

Page 299

1 not been diagnosed with portal -- portal
2 hypertension, correct?
3    A.    He had not been given a formal
4 diagnosis of portal hypertension at that time
5 point; though, again, in my review of his
6 records, I believe portal hypertension was
7 very, very clearly present as indicated, you
8 know, really confirmed on his CT scan from
9 April of 2016.
10    Q.    And Mr. Sanders, his treating
11 physician, can't figure out why his platelets
12 are low to 10/27/2016, correct?
13    A.    Yes. I would agree. That's --
14 that's his assessment. He said he's not sure
15 why it is low.
16    Q.    And as of 10/27/2016, his treating
17 physician, Dr. Sanders, specifically says,
18 "There is no appreciable splenomegaly,
19 "correct?
20    A.    Yes, yes. He does say that, and
21 what I interpret that to mean is he, on
22 physical exam, does not appreciate an enlarged
23 spleen.
24    Q.    Even though he just had imaging
25 done months prior?

Page 300

1    A.    Yeah. So the -- the physical exam
2 for detecting an enlarged spleen is extremely
3 unreliable. It's a very difficult technique
4 that requires, honestly, a lot of experience
5 and -- and dedicated experience to identify an
6 enlarged spleen reliably on exam.
7        Cross-sectional imaging is vastly
8 superior to the physical exam for identifying
9 an enlarged spleen because you can see the
10 spleen directly and measure the spleen
11 directly.
12        So it's -- there's really no
13 question on a CT scan if it's -- if it's
14 present or not, you know, assuming a qualified
15 radiologist reviews it.
16    Q.    What is your basis that he is
17 saying this based off of a physical exam and
18 not the imaging, or are you speculating?
19        MS. ROSE:  Object to the form.
20        THE WITNESS:  So that's -- that's a
21 good point. I mean, he may have looked --
22 I can't rule out the possibility that he
23 may have looked at the CT scan. I suspect
24 he -- if he did review the imaging, the
25 CT scan, he probably reviewed the

Page 301

1 radiology report, where that particular
2 radiologist did not comment on the spleen
3 being enlarged.
4        So yes. I mean, I -- I -- I'd have
5 to see again his physical exam from that
6 visit to see if he -- maybe he mentions
7 it. I'm not sure. I'm trying to see.
8        Yeah. I -- I guess we just have
9 this one page. I think it would have been
10 on a page above this one, perhaps, where
11 in his documentation of the physical exam,
12 if he specifically says "no splenomegaly,
13 no enlarged spleen on exam," that would
14 make it very clear that he's basing this
15 on his physical exam.
16 BY MR. VAUGHN:
17    Q.    If there was an enlarged spleen on
18 imaging, is the radiologist supposed to note
19 that?
20        MS. ROSE:  Object to form.
21        THE WITNESS:  Yeah. I -- I -- I
22 had mentioned before that there is quite a
23 range in quality and expertise of
24 radiologists, as there are in any field.
25 You know, I mean, I'm sure it's the same

Page 302

1  with lawyers.
2       So you have some radiologists that
3  are extremely good at what they do and
4  some who are -- maybe they're more
5  generalists where they read a wide variety
6  of different types of imaging but they
7  don't specialize in body radiology.
8       And then sometimes they -- they
9  don't -- or they're not really attending
10  to a specific area of the body, or they're
11  really attending to an area in response to
12  the reason for the imaging study.
13       So yes. I think best practice
14  would be to do a detailed review of all
15  the organ systems that you see on, you
16  know, an abdominal CT, for instance, and
17  then to comment accurately on what you
18  think is present or absent.
19       But it is in very common, you know,
20  in my practice, where, you know, a
21  radiology report may not note something
22  that is, in fact, there that is later
23  corrected or identified in retrospect by a
24  more qualified radiologist or after a
25  discussion with another physician who may

Page 303

1  have reviewed it who then discusses it
2  with the radiologist and they would amend
3  the report and say, you know, after
4  re-review there is, in fact, splenomegaly
5  present. That happens all the time.
6  BY MR. VAUGHN:
7       Q.  Do you have any opinion if it was a
8  minor enlargement of the spleen or if there was
9  a significant enlargement of his spleen?
10       A.  So it's usually kind of regarded to
11  be a binary is it enlarged or not in general.
12  And I know we talked about the spleen in -- in
13  some detail before.
14       And actually, if it's okay with
15  you, Counselor Vaughn, while -- while we're on
16  that subject, I had wanted to correct something
17  I said previously about the splenomegaly on
18  this CT scan very briefly. I'll get back to
19  your question.
20       I think I previously stated that
21  both expert radiologists from the plaintiff and
22  the defense side had stated that there was
23  splenomegaly on the CT scan. I looked at my
24  expert report again, you know, during one of
25  the breaks. I was scrolling through that

Page 304

1  section of my report. I think it was only
2  Dr. Mele who commented on the splenomegaly.
3  Dr. Chernyak didn't comment on the spleen at
4  all. They're both in agreement that there's
5  cirrhosis, but only Dr. Mele specifically
6  commented on the spleen size, and he measured
7  it at 16 centimeters.
8       I think I mentioned previously
9  that, you know, above 12 centimeters is
10  regarded to be an abnormally large spleen. So
11  that's -- it's not really close to that
12  threshold. I mean, a 16-centimeter spleen is
13  -- it's -- it's clearly enlarged. It's very
14  clearly enlarged. That's all I can say. It's
15  very clearly enlarged.
16       So I apologize for the -- for that
17  clarification.
18       Q.  You're fine. All right.
19       Going back to your expert report,
20  which is Exhibit 1 --
21       A.  I apologize. Give me just a
22  moment. I -- I accidentally closed the link.
23       Okay. I think I've got it.
24       Q.  Okay. I'm on page 9.
25       A.  Okay.

Page 305

1       Q.  And here on 7/17/2018, his AST
2  spikes to 440 and ALT to 429.
3       What is the significance of that,
4  if any?
5       A.  Yeah. So my -- my opinion of what
6  happened here is I'll -- I'll just draw a
7  contrast because it's very different than
8  Dr. Siddiqui's impression of what the
9  significance of these labs are.
10       I am of the same mind as Dr. Hooks,
11  who is the gastroenterologist that, you know,
12  was -- was seeing Mr. Roberts around this time.
13       When you see the AST and the ALT
14  spike like this very acutely, especially with a
15  bilirubin elevation, which you also see there
16  was four. That's also abnormally elevated, and
17  it was previously normal for -- the bilirubin
18  was previously normal for Mr. Roberts. That is
19  a very strong indicator of a gallstone that may
20  be impacted in the common bile duct.
21       That is what Dr. Hooks was also
22  worried about. Basically, normal -- normally
23  bile will be produced in the liver. It will
24  flow through the bile duct, down into the
25  common bile duct, and out into the intestines.

77 (Pages 302 - 305)

Page 306

1 A gallstone can migrate into the common bile
2 duct and cause a blockage.  And so the bile has
3 nowhere to go.  It can't flow out into the
4 intestines like it would normally.  So it backs
5 up into the liver and causes acute abrupt
6 injury to the liver cells, the hepatocytes.
7 And they spill out a lot of AST and ALT.
8         And the bilirubin also comes up
9 because it's backing up, essentially, into the
10 blood.  So you -- that constellation of
11 findings is very, very, very suggestive of a
12 stone that has become obstructed in the -- it's
13 obstructed in the common bile duct.
14        And that fits his clinical
15 presentation too because he -- Mr. Roberts had
16 gone to the emergency department with abdominal
17 pain radiating to the back, which is a classic
18 description of, you know, gallbladder or bile
19 duct-related pain.  Based on the way the nerves
20 work in the abdomen, they're not very specific
21 in the way that they route pain signals.  So
22 it's very common for patients to experience
23 abdominal pain and back pain when this issue is
24 happening.
25        So to me, this all fits very

Page 307

1 cleanly as the likely explanation.  And
2 Dr. Hooks was so concerned about this, that
3 he -- I believe he pursued an endoscopic
4 ultrasound to look for a gallstone.
5         Yeah.  So I think I've noted that
6 there a couple lines lower on the page.  On
7 7/19 he performed an endoscopic ultrasound and
8 an esophagogastroduodenoscopy.  You know, he
9 did this to look at the bile duct with an
10 ultrasound from the inside to look for a stone.
11 He did not find a stone.  So that's when he
12 says there's no evidence of a
13 choledocholithiasis.
14        What that typically means is that
15 the stone that was there that was causing the
16 obstruction has passed, and that happens very
17 commonly.  These might be transient
18 obstructions.  They cause a big problem.  They
19 cause a lot of pain.  People go to the
20 emergency department because the pain is so
21 bad.  You see these constellation of labs.  And
22 by the time you do the ultrasound, the stone
23 may have spontaneously passed.
24        And what -- what additionally
25 supports to that is the fact that his labs very

Page 308

1 quickly return to their previous baseline.  So
2 his labs on 7/25, they come back down to an AST
3 of 66, ALT of 79, total bilirubin of 1.1, which
4 is in the range of what his previous baseline
5 prior to this issue was.
6         So I think that he had a stone that
7 was transiently obstructing the common bile
8 duct causing his symptoms in these labs that
9 spontaneously passed.  That's the -- excuse
10 me -- that's the assessment that Dr. Hooks has
11 as well.
12        And I apologize for going on about
13 this at such length, but the last thing I'll
14 say is I -- I drew a contrast to -- to what the
15 plaintiff expert witness, Dr. Siddiqui, had
16 stated here.  I mean, she -- she was basically
17 positing in her deposition that these labs in
18 July of 2018 where the AST and the ALT spiked
19 would -- was -- was related to aggressive
20 hepatocellular carcinoma, which I think is an
21 important, you know, landmark to -- an
22 important flag to plant here because she is
23 really imputing that he would have had
24 hepatocellular carcinoma on the basis of his
25 NDMA exposure in a very short time interval.

Page 309

1         I think we had -- we had said that,
2 you know.  So this has been a less -- less than
3 a year of exposure to NDMA-contaminated
4 Valsartan, and she was attributing these labs
5 to hepatocellular carcinoma.
6     Q.     At this point it would have been
7 approximately two years, correct, of exposure?
8     A.     Oh, I'm sorry.  Yes.  I apologize.
9 I -- I misspoke.
10        It's -- yes.  This would have
11 been -- yes.  You're right.  I apologize.  It
12 would have been about two years of exposure.
13     Q.     And you said his labs returned --
14 dropped back down.
15        Which labs are you referencing?
16     A.     So a little bit below the highlight
17 that you have there, so 7/25/18, the labs were
18 AST 66, ALT 77, total bilirubin 1.1.
19     Q.     Up here on 7/18/2018, is this the
20 first time he was actually diagnosed with
21 splenomegaly by one of his treating physicians?
22        MS. ROSE:  Object to the form.
23        THE WITNESS:  This is the first
24     time in the record where splenomegaly, I
25     think, was specifically referenced, I

Page 310

1    think, in a clinical note. I think that
2    is the case.
3    BY MR. VAUGHN:
4      Q.    And even here in 7/18/2018, they're
5    still just saying possible changes of cirrhosis
6    of the liver. Not that he had -- he's still
7    not being diagnosed with cirrhosis as of
8    7/18/2018, correct?
9      A.    So I think this is -- and we could
10    look at Dr. Hooks's clinical note. This is --
11    I don't think this is from a direct imaging
12    report. This is -- I think this was Dr. Hooks
13    paraphrasing the conversation he had had with
14    Mr. Roberts.
15          You know, so -- so what I wrote
16    there was, you know, he, Mr. Roberts, was told
17    that, quote, "he had splenomegaly and possibly
18    changes of cirrhosis of the liver." So I'm
19    assuming that is what maybe Mr. Roberts
20    communicated to Mr. Hooks -- to Dr. Hooks, who
21    then wrote that down in his note. So I think
22    that's where the context in which that -- that
23    quote appears.
24      Q.    Okay. And this was 7/18/2018 that
25    comes from?

Page 311

1      A.    Yes.
2      Q.    And that same day they did a CT
3    where they noted an enlarged spleen of
4    17 centimeters and likely cirrhosis, correct?
5      A.    Yes.
6      Q.    ==And so he still has not actually==
7    ==been diagnosed with cirrhosis as of 7/17/2018,==
8    ==correct?==
9          MS. ROSE: Object to the form.
10          ==THE WITNESS: Yes.== I mean, it
11    really depends on what you mean by
12    "diagnosed with cirrhosis."
13          You know, whether he was
14    definitively told by one of his providers
15    this is cirrhosis, you know, it doesn't
16    appear that that was the case based on his
17    records.
18          But like I said, it doesn't change
19    the fact that cirrhosis is present. I
20    mean, cirrhosis is very clearly present at
21    this time and prior.
22          But, you know, I would agree that I
23    don't -- I don't get he the sense that
24    Mr. Roberts was definitively told, you
25    know, on 7/18/2018 that he definitely had

Page 312

1    cirrhosis.
2    BY MR. VAUGHN:
3      Q.    Do you think it's clear that he had
4    cirrhosis in 2018 than it was in 2016?
5      A.    I think it is as clear then as it
6    was in 2016, yeah. I think in April of 2016,
7    there are multiple features on the imaging
8    that, you know, are really, you know, in the --
9    in this clinical context of an elevated FIB-4,
10    a declining platelet count, plus multiple
11    imaging features of cirrhosis and portal
12    hypertension, it's all entirely consistent with
13    the diagnosis of cirrhosis.
14          If he was my patient at that time,
15    I would have very clearly told him that he had
16    cirrhosis, and I would have enrolled him in a
17    cancer screening protocol for hepatocellular
18    carcinoma as he should have been.
19      Q.    Is it your opinion that
20    Mr. Roberts' cirrhosis did not progress from
21    2016 to 2018?
22          MS. ROSE: Object to the form.
23          THE WITNESS: I -- I wouldn't -- it
24    depends on what you mean by "progress." I
25    mean, he still had a compensated cirrhosis

Page 313

1    physiology at this point. He doesn't have
2    ascites. He doesn't have hepatic
3    encephalopathy.
4          Did he likely accumulate some
5    additional scar in the liver over -- over
6    the kind of ensuing two years? He
7    probably did because he still had MASLD
8    and MASH. He still had elevated AST and
9    ALT, indicating ongoing liver injury. So
10    he probably did have, you know, additional
11    scarring, but, you know, the -- the
12    morphologic features of cirrhosis are very
13    evident equally on both imaging studies.
14    They look very similar from a cirrhosis
15    standpoint.
16    BY MR. VAUGHN:
17      Q.    And you looked at both imaging
18    studies, correct?
19      A.    Yes.
20      Q.    And the imaging in 2018 did not
21    look like the cirrhosis was more severe than in
22    2016 to you?
23      A.    You can't really make a
24    determination, quote/unquote, of how, you know,
25    "severe" the cirrhosis is. You can

Page 314

1 determine -- you can infer how bad the portal
2 hypertension may become. But it's -- it's
3 oftentimes a little bit more binary from a
4 cirrhosis standpoint on -- on imaging.
5     So, you know, his -- there is
6 evidence that his portal hypertension is likely
7 worse in 2018, and the evidence there is that
8 his spleen size is probably a little larger
9 than it was in 2016 when Dr. Mele measured it
10 at 16 centimeters. So in 2018 it was measured
11 at 17.3 centimeters. So that suggests the
12 portal hypertension is likely a little bit
13 worse. But the cirrhosis a-- as s a binary
14 feature, the cirrhosis is present on both
15 imaging studies.
16   Q.   So does the an- -- excuse me.
17     Does your answer change any of the
18 fibrosis?
19     Was Mr. Roberts' fibrosis any worse
20 in the imaging in 2018 versus 2016?
21   A.   So, you know, fibrosis, like I
22 said, you know, the terminal staging of
23 fibrosis is cirrhosis. F4 by the METAVIR
24 staging is -- is cirrhosis. There's no
25 fibrosis staging that goes beyond that.

Page 315

1     So if cirrhosis is present in 2014,
2 by definition he has F4 fibrosis. There can be
3 accumulating fibrosis beyond that; but from a
4 diagnostic standpoint of cirrhosis, there's no
5 additional stage.
6     So -- so yeah. There's nowhere
7 else in the scale to place him. Like, he has
8 cirrhosis in both settings. And then beyond
9 that, the things you're looking for are
10 evolution of worsening portal hypertension.
11     So yeah. So it doesn't really make
12 sense to me, I guess, per se, to say that the,
13 quote/unquote, "the cirrhosis appearance is
14 more severe in one imaging than the other."
15 It's more features of the portal hypertension
16 that become more salient once the cirrhosis is
17 already diagnosed.
18   Q.   And what is the evidence of portal
19 hypertension?
20   A.   So there are multiple lines of
21 portal hypertension. Maybe if I just very
22 briefly explain what it is it'll make it pretty
23 clear hopefully what I'm referring to on the
24 imaging.
25     But basically, there's -- I said

Page 316

1 previously there's a very large vein that goes
2 into the liver called the portal vein, and that
3 drains -- that blood supply kind of drains the
4 intestines and a lot of the gut. So many
5 different veins feed into the portal vein and
6 then go into the liver.
7     In the liver the portal vein, then,
8 branches out into many, you know, microscopic
9 small branches of the portal vein.
10     What happens in cirrhosis is the
11 scarring happens very diffusely, you know,
12 throughout the liver, and the scarring can
13 basically squeeze on those microscopic portal
14 veins. It's almost like a plumbing problem
15 where you can image there's a pipe going
16 through the liver. The scar in the liver is
17 sort of squeezing around the pipe. So you get
18 a pressure backup upstream, you know, of the
19 pipe.
20     So you look for specific signs of
21 enlargement of particular veins that normally
22 would not be abnormally enlarged, and you --
23 and the other thing is the spleen is directly
24 connected to a branch of the portal vein to the
25 liver.

Page 317

1     So the spleen one of the organs
2 that is very directly impacted by this problem.
3 When there's a lot of scar, there's a squeezing
4 of the pipe, the pressure backs up into the
5 spleen, among other areas. The spleen gets
6 congested because of that pressure and begins
7 to enlarge. So that's why the splenomegaly is
8 very relevant.
9     Another very important feature is
10 something called an umbilical vein. This is a
11 feature that both expert radiologists from
12 plaintiff and -- and the defense side both
13 com-- -- acknowledge and comment on is that
14 Mr. Roberts has something called a recanalized
15 umbilical vein. What that means is he has an
16 umbilical vein that is open. You can see that
17 it has blood flowing through it.
18     Normally that does not happen in
19 adults. If the umbilical vein is as -- as the
20 name would suggest, it's -- it's seen in
21 infants when you're first -- when someone is
22 born, they're attached to the mother through
23 the umbilical vein and, you know, the
24 umbilical, you know, artery as well.
25     And so but that as -- as you grow

80 (Pages 314 - 317)

Page 318

1  into -- into, you know, even in pediatrics, it
2  closes up relatively quickly from my
3  recollection. But certainly in an adult that
4  should not be open. It's entirely closed. You
5  only see that open up when there is portal
6  hypertension. It's pathognomonic for portal
7  hypertension.
8         Pathognomonic just means that if
9  you see it, it is -- it is an indication that
10 there's portal hypertension present. You will
11 not see it if there's no -- if there's no
12 portal hypertension.
13        So Mr. Roberts has all of these
14 features in 2016. He has all these features in
15 2018. And the spleen being enlarged, it's --
16 it's also sort of a filter of sorts where it
17 traps platelets. So the larger the spleen
18 gets, the lower the platelet count is expected
19 to get as well, which is why if things tend to
20 trend downward over time as the portal
21 hypertension worsens.
22        So I'm relying on those things.
23 I'm relying on the platelet count, the spleen
24 size, the recanalized umbilical vein. Those
25 are the primary pieces of evidence on these

Page 319

1  scans that there is very clearly portal
2  hypertension present.
3      Q.    And the spleen being enlarged, I
4  think you were just mentioning, that's, like
5  congestion. So, like, fluid is backing up, and
6  there's congestion that makes the spleen
7  enlarged.
8         Is that the correct way to think of
9  it?
10     A.    Yeah. I think, you know, that's --
11 that's a -- yeah. That's a -- that's a very
12 simplistic way is to explain it is, yes, it's
13 under high pressure. The spleen experiences
14 that pressure and will start to enlarge.
15     Q.    And did you continue reviewing
16 Mr. Roberts' labs after he was diagnosed with
17 liver cancer?
18     A.    Yes, I did. I think I -- you know,
19 I highlighted ones along the way that I thought
20 were relevant to his clinical course. You
21 know, certainly, for instance, you know, I
22 highlight some of his tumor-related markers,
23 you know, where I thought was relevant.
24        His alpha-fetoprotein, I think I
25 highlight that on August 22nd, 2018. And, you

Page 320

1  know, I think wherever I was able to calculate
2  a FIB-4, I think I did so.
3         So, you know, in December of 2018,
4  he had the requisite labs sent to calculate a
5  FIB-4; but oftentimes, he might have piecemeal,
6  like, he might have an AST and an ALT sent off,
7  but not the platelet count, so I wasn't able to
8  compute a FIB-4.
9         So, you know, I'm not giving an
10 exhaustive summary of all of his labs, but I'm
11 trying to highlight the ones that were most
12 relevant and pertinent to my opinion.
13        MS. ROSE: Mr. Vaughn, just for the
14 record, we've been going for over an hour.
15 So I just wanted -- wanted to let you know
16 whenever you reach a good stopping point.
17        MR. VAUGHN: I was just about to
18 say, if you would like to take a break,
19 I'm at a good stopping point.
20        MS. ROSE: Doctor, would you like
21 to take a break?
22        THE WITNESS: Sure.
23        THE VIDEOGRAPHER: Off the record
24 at 3:51.
25        (Whereupon, a break was taken.)

Page 321

1         THE VIDEOGRAPHER: We are back on
2  the record at 4:03.
3         MR. VAUGHN: All right. Kathryn,
4  if we could drop in the 6/19/2017 record,
5  I believe this will be Exhibit 14.
6         (Whereupon, Exhibit 14, Medical
7  records, Bates labeled Restricted
8  Confidential Information
9  GRobertsJr-AMG-000032 through Restricted
10 Confidential Information
11 GRobertsJr-AMG-000036, was marked for
12 identification.)
13        MS. AVILA: Yes. It's in there
14 now.
15        THE WITNESS: Okay. I have it up.
16 BY MR. VAUGHN:
17     Q.    This is the 6/19/2017, correct,
18 Doctor?
19     A.    Yes.
20     Q.    And he was having an office visit
21 for the thrombocytopenia?
22     A.    Yes, yes. Well, I guess there's
23 multiple -- multiple diagnosis codes that are
24 there. So among other ones, there's
25 thrombocytopenia there.

81 (Pages 318 - 321)

Page 322

1    Q.    Thank you for that clarification.
2    A.    Okay.
3    Q.    And his doctor notes that he has a
4    history of thrombocytopenia based on his last
5    visit of October 2016, correct?
6    A.    Yes.
7    Q.    Okay.  And October 2016, that's
8    after he started NDMA-contaminated Valsartan,
9    correct?
10    A.    Yes.
11    Q.    Okay.  And if we go to the actual
12    labs he's referencing for thrombocytopenia, it
13    shows a platelet count of 127, correct?
14    A.    I'm scrolling through.
15         Yes.  I see that.  127, yes.
16    Q.    And at reference here, that
17    bottom end of normal, is 130, correct?
18    A.    Yes.  That's the reference range
19    reported by this lab, again, with the same
20    caveats that I provided, you know, previously
21    about my -- my interpretation about the
22    platelet count.
23    Q.    And the lab is noting that the 127
24    this time is abnormal, correct?
25    A.    Yes.

Page 323

1    Q.    And is that the first time that
2    we've seen the lab actually say that his
3    throm- -- that his platelet count was abnormal?
4    A.    I think that's the case.  Yeah.  If
5    I recall -- I'm trying to recall the reference.
6    Yeah.  I think in the November 2015 one we
7    looked at together when it was 137 -- I can't
8    even recall what the reference range was for
9    that lab.
10    Q.    Okay.
11    A.    Was that one 1- -- 140?
12    Q.    That one was 130.  The one where
13    his platelets were 174, the lower limit of
14    normal was 140.
15    A.    Gotcha.  Yes.  Then I would -- I
16    would agree with you.  This is the first time
17    that the lab has flagged this as abnormal.
18    Q.    And the doctor, his treating --
19    scratch that.
20         Mr. Roberts' treating physician is
21    not considering him thrombocytopenic until his
22    lab is actually abnormal, correct?
23    A.    Yeah, that seems to be the case.
24    And perhaps that's why, you know, this is the
25    time when, you know, thrombocytopenia is

Page 324

1    specifically noted in his -- his office note.
2         MR. VAUGHN:  And then, Kathryn, can
3    you drop the 2000 -- the 12/13/2018.  And
4    what exhibit is this going to be?
5         I'm off on my numbers.  I'm sorry.
6         MS. AVILA:  Yes.  This will be
7    Exhibit 15.
8         MR. VAUGHN:  It is 15.  Thank you.
9         (Whereupon, Exhibit 15, Medical
10    records, Bates labeled Restricted
11    Confidential Information
12    GRobertsJr-SouCC-000235 through Restricted
13    Confidential Information
14    GRobertsJr-SouCC-000238, was marked for
15    identification.)
16    BY MR. VAUGHN:
17    Q.    All right.  Doctor, this will be
18    the 12/3/2018 visit for Mr. Roberts, correct?
19    A.    Yes, 12/3/2018, yes.
20    Q.    And at this point, he has been
21    diagnosed with Stage 3A hepatocellular
22    carcinoma, correct?
23    A.    Yes.
24    Q.    What does Stage 3A hepatocellular
25    carcinoma indicate?

Page 325

1    A.    This indicates that he does not
2    have early stage HCC.  This is an HCC that is
3    generally beyond transplant criteria.
4         I'll say that, you know, in our
5    practice we -- we typically use a different
6    staging schema these days.  It's possible
7    that -- you know, I think in 2018, perhaps, a
8    different nomenclature was commonly used.
9         These days we used something called
10    the BCLC staging, the Barcelona Clinic Liver
11    Cancer criteria staging; but I see it's not
12    framed in that fashion here.  This is something
13    called the NCCN staging.
14         So I can't recall, like, the
15    specific delineations of thresholds that move
16    someone from Stage 3A, Stage 3B.  But generally
17    speaking, this is not an early stage
18    hepatocellular carcinoma, and it's not one that
19    can be, you know, generally cured with liver
20    transplantation, unfortunately.
21    Q.    What was the other staging that you
22    talked about that can be used?
23    A.    It's called the BCLC staging.  It's
24    in my expert report.  Just checking to see if
25    I -- yeah.  I reference this on page 16 of my

82 (Pages 322 - 325)

Page 326

1 expert report if it's of interest, but it's
2 called the Barcelona Liver -- sorry, Barcelona
3 Clinic Liver Cancer classification. That is
4 really the state-of-the-art classification
5 schema that's used for -- for staging HCC in
6 the modern era, like the current era of
7 practice. It also helps inform management and
8 treatment of HCCs of different stages.
9     Q.   And when did BCLC become will the
10 common staging to use?
11    A.   Let me tell you. So the most
12 recent iteration of the BCLC, the one that we
13 use currently, it's relatively recent. So this
14 was published in the Journal of Hepatology in
15 2022. The first author is, I think it's Marta
16 Reig, R-E-I-G. It's a 2022 publication with
17 the current -- the current BCLC staging
18 criteria, which I understand postdates this
19 note.
20    Q.   And does Stage 3A correspond to any
21 BCLC?
22    A.   Yeah. I -- I mean, I'd have to
23 look specifically to confirm, but I'm fairly
24 certain that this would correspond to a BCLC
25 Stage B hepatocellular carcinoma.

Page 327

1     Q.   And do you see here where the
2 doctor says, "The CBC results were reviewed,
3 and counts were noted to be within normal
4 limits"?
5     A.   Yes, I see that.
6     Q.   And that -- that would indicate
7 that this physician, his treating physician,
8 believes that his platelets are within normal
9 limits on 12/3/2018, correct?
10    A.   Yeah. That's what this statement
11 says. I would need to see what the CBC
12 actually is. I don't know if they have the
13 platelet count there reported or other values.
14    Q.   Right here, 142.
15         So his treating physician is
16 considering a 142 platelet count from this lab
17 to be normal, correct?
18    A.   That's -- that appears to be their
19 interpretation. It may be the case that this
20 lab similarly has a lower end of normal, maybe
21 140 or something where it doesn't flag it as
22 abnormal. But again, to hepatologists like
23 myself, that is abnormal. It is still
24 thrombocytopenia.
25    Q.   And his platelets have now

Page 328

1 increased a little bit from the last platelet
2 we had at the time of his cancer diagnosis,
3 correct?
4     A.   Yes. It is slightly higher, I
5 think, than the previous one we looked at
6 together.
7     Q.   Do you have any explanation for why
8 it would have increased some at this point?
9     A.   Sure. Sorry. What was the
10 previous -- I'm trying to remember the degree
11 of change. Let's see if I can find that. All
12 right.
13         So it was one -- in 2015 it was
14 that. So ins 2016 it was 127. I think that's
15 the last one we reviewed.
16         Is that your recollection as well?
17         Sorry. I don't mean to interrogate
18 you.
19    Q.   No, no. You're fine. We -- we did
20 review that one, yes.
21    A.   Okay. Regardless, I mean, yes.
22 It's changing on the order of maybe 20 points
23 or so or maybe less.
24         Yeah. So I think I mentioned
25 before that, you know, platelet counts, they

Page 329

1 can fluctuate very commonly based on a lot of
2 different factors.
3         So, you know, for instance, time of
4 day is one factor. I mean, if you check
5 someone's platelet count in the afternoon, it
6 tends to be a little bit higher than in the
7 morning. Things can vary based on your
8 hydration status. So if you're more
9 dehydrated, your platelet count will be usually
10 a little bit higher because of something called
11 hemoconcentration.
12         Or if you have -- if you're
13 infected, that's a stress state that can drive
14 the platelet count a little bit higher. There
15 are certain medications, like, you know,
16 Prednisone that can cause something called
17 demargination that drives the platelet count
18 higher. There's lots and lots of things
19 that -- that can cause platelet counts to
20 fluctuate from one lab test to another, which
21 is why, you know, again, I keep emphasizing the
22 importance of looking at trends in platelet
23 counts and not really relying on one particular
24 instance.
25         You know, to me, this is -- this is

83 (Pages 326 - 329)

Page 330

1  a fluctuation that, to me, is still abnormal.
2  It's still low.  It's not dramatically
3  different, I wouldn't say, from his prior
4  platelet count that we reviewed together; but,
5  you know, at this time he's, you know, he's
6  certainly sicker.  He probably has, you know,
7  some degree of stress response that's occurring
8  in the setting of his somewhat advanced cancer
9  at this stage.  So it's not unusual to see the
10  platelet count come up a little bit in that
11  setting.
12      Q.    So would you consider the 20-point
13  variation to kind of just be in the normal
14  variation that you would see from test to test.
15      A.    Yeah --
16          MS. ROSE:  Object to the form.
17          THE WITNESS:  I'm sorry.
18          Yeah.  It doesn't strike me as
19  unusual.  It doesn't really change any of
20  my opinions about why the platelet count
21  is -- is -- continues to be low in my
22  view.
23          So yeah.  This is -- this is a
24  fluctuation that doesn't really have much
25  clinical significance in my opinion.

Page 331

1  BY MR. VAUGHN:
2      Q.    Would it mean that his portal
3  hypertension is doing better at this point?
4      A.    No, I wouldn't say that.  In
5  fact -- sorry.  This 20- -- this is December
6  2019, right?
7      Q.    Uh-huh.
8      A.    I apologize.  I was looking for one
9  thing in my note.
10          So it's actually -- it's very clear
11  that his portal hypertension is worse at this
12  time because at this point in his history, he
13  has developed decompensated cirrhosis.  He has
14  manifested ascites as a clinical symptom of his
15  cirrhosis, which he --
16          MS. ROSE:  Can I -- I'm -- I'm
17  sorry.  I feel like there's some confusion
18  because I feel like you both just said
19  this was a 2019 record.
20          Are we still looking at -- I'm
21  sorry.  I don't mean to interrupt.
22          But are we still looking at --
23          MR. VAUGHN:  I haven't changed the
24  exhibit.
25          MS. ROSE:  Oh, so it's a 2018

Page 332

1  record, correct?
2          THE WITNESS:  I apologize.
3          MS. ROSE:  I'm sorry.  I just --
4  you said it's a 2019, and then --
5  BY MR. VAUGHN:
6      Q.    I think she was probably
7  interrupting you because you said that he had
8  ascites at this time.
9          Did he have ascites at this time in
10  December of 2018?
11      A.    No, no.  He did not.  I apologize.
12  I got mixed up with the year.  I know in 2019
13  he had ascites, yeah.  Let -- let me -- allow
14  me to correct that.  I apologize.
15          Yeah.  At this time he did not have
16  ascites.  This is -- this is 2018.
17          So yeah.  I mean, it's hard to mean
18  to determination of, you know, is the portal
19  hypertension better or worse.  But I -- he
20  doesn't really have any reasons for it to be
21  better.  So it's likely that his portal
22  hypertension is a little bit worse.  But he is
23  in a higher state of kind of basal stress in
24  the setting of -- of having this cancer.
25          So it's not unusual to see platelet

Page 333

1  fluctuations, you know, in his this range.  And
2  I think that even shortly after this one --
3  this is from 12/3 -- you know, as -- as an
4  illustration he has labs checked on again 12/18
5  of 2018, and his platelet count is 126.
6          So this does fluctuate, and, you
7  know, you're trying to get a sense of the
8  trends and the general range where it is
9  currently.  So I don't read too much into this
10  isolated platelet count bumping a little bit
11  relative to the previous value.
12      Q.    But you do read into it bumping
13  down a little bit when it does?
14      A.    No, I don't.  I don't.  I -- I --
15  like I said, I'm just -- I highlight that just
16  to show you it can fluctuate up and down.  If
17  the trend over time is -- it is gradually
18  dropping lower and lower.  You know, I think
19  126 might have been, for instance, like, a new
20  low value for him.
21          But in my determination, I've
22  already -- it's already established that he has
23  cirrhosis and portal hypertension.  So, you
24  know, to me, perseverating on the platelet
25  count is not as relative as managing the

84 (Pages 330 - 333)

Page 334

1  clinical symptoms and the cancer at this stage.
2      It's not really disputed that he
3  has cirrhosis and portal hypertension by
4  anybody at this point.  And so the platelet
5  count is, you know, it's not really the most
6  important thing in his record in my view.
7      Q.   Are the platelet counts important
8  prior to this diagnosis?
9      A.   Yeah.  I think they're -- they were
10 very important.  I mean, they're important, of
11 course.  I think the area in his record where I
12 think they're probably most important are in
13 facilitating and understanding of when he
14 likely had cirrhosis and what should have
15 helped prompt him to have been evaluated by,
16 ideally, a hepatologist to try to establish the
17 diagnosis.  And then trying to establish, you
18 know, and understand what degree of portal
19 hypertension he may have.
20      At this point it's very clear that
21 he has evidence of portal hypertension, the
22 splenomegaly, the recanalized umbilical vein.
23      So, you know, I have an
24 understanding already of why his platelet count
25 is in this range.  So sure, the platelet count

Page 335

1  may continue to trend down gradually; but if it
2  were to go up a little bit, I wouldn't suddenly
3  say that, okay, his portal hypertension is gone
4  because that's not the way that cirrhosis
5  pathophysiology works.
6      Q.   Did you look in his pharmacy
7  records to see if any medications were dis- --
8  scratch that.
9      Did you review Mr. Roberts'
10 pharmacy records to see if any medications were
11 discontinued right before his platelet count
12 increased?
13      MS. ROSE:  Object to the form.
14      THE WITNESS:  As before, I reviewed
15 his -- his, you know, medications
16 throughout his course.  But, you know, I
17 can't recall specifically if there was a
18 medication that was stopped, you know,
19 prior to this one.  But I'm happy to
20 review that with you.
21 BY MR. VAUGHN:
22      Q.   Okay.  Let's go back to Exhibit 11,
23 which was his pharmacy records.  And let's see
24 here.
25      Would you agree with me that his,

Page 336

1  Mr. Roberts', last dose of NDMA-contaminated
2  Valsartan with HCTZ was filled on 6/13/2018?
3      A.   Yes.  That -- yeah.  That appears
4  to be the case from this document.
5      Q.   And it was a 90-day fill, correct?
6      A.   Yes.
7      Q.   And 90 days after 6/13/2018 would
8  put us somewhere around the middle of September
9  2018?
10      A.   Yes, that sounds about right.
11      Q.   And his next CBC his platelets went
12 up, correct?
13      A.   Yes, his next CBC, the platelets
14 are up a little bit.
15      Q.   And we discussed earlier how HCTZ
16 can impact platelets, correct?
17      MS. ROSE:  Object to the form.
18      THE WITNESS:  You showed me a case
19 report from 40 years ago that, you know,
20 that basically made, you know, the
21 observation that somebody who was started
22 on HCTZ was observed to have a platelet
23 count that went down.  And then they
24 stopped it, and it went back up a little
25 bit.

Page 337

1      And, you know, I apologize.  Just
2  to add one more parenthetical, yeah, as I
3  mentioned a moment ago, the subsequent
4  platelet count that was checked very
5  shortly afterwards was, once again, 126.
6      So, you know, if the implication
7  that you might be suggesting is that
8  stopping the HCTZ is why the platelet
9  count went up by, you know, 15 or 16
10 points, that would not be a viable
11 explanation given that, you know, only,
12 you know, two weeks later the platelet
13 count is back to 126 while he's still off
14 the medication.
15      So I don't -- I don't view that to
16 be, you know, compelling.
17 BY MR. VAUGHN:
18      Q.   Did you do any research in coming
19 to your expert opinions if NDMA could cause the
20 spleen to enlarge?
21      A.   That's a good question.
22      I don't recall coming across
23 studies that specifically were investigating
24 NDMA exposure and spleen size.
25      MR. VAUGHN:  Kathryn, can you drop

85 (Pages 334 - 337)

Page 338

1  in 2008 WHO for Exhibit 16.
2         MS. AVILA:  Yes.  It's in there.
3  It's Exhibit 16.
4         (Whereupon, Exhibit 16, Document
5  entitled "N-Nitrosodimethylamine in
6  Drinking-water, Background Document for
7  Development of WHO Guidelines for
8  Drinking-water Quality", was marked for
9  identification.)
10 BY MR. VAUGHN:
11     Q.  All right.  Doctor, this is from
12 the WHO.
13        Do you know what the WHO is?
14     A.  Yes.  It's the World Health
15 Organization.
16     Q.  Okay.  And they put this out in
17 2008 called N-Nitrosodimethylamine in
18 Drinking-water.
19     A.  Okay.
20     Q.  Have you seen this document before?
21     A.  I'm not sure if I saw this specific
22 one.  I may have.  I did -- I did review
23 some -- I certainly reviewed a number, you
24 know, several different NDMA-related
25 publications from WHO.  I can't immediately

Page 339

1  recall if I saw this specific one.
2     Q.  If we go to page 8, I believe, it's
3  page 16 of the PDF.
4     A.  Okay.  16?
5     Q.  Yeah.  Do you see here where the
6  World Health Organization says, "In addition to
7  effects in the liver, congestion, excessive
8  blood, fluid content in a variety of organs,
9  i.e. kidneys, lung, spleen, and myocardium, has
10 been reported following examination of rats
11 receiving NDMA."
12        Were you aware of that?
13     A.  Yeah.  I don't recall coming across
14 this, you know, specifically.  But just kind of
15 reading the full context here, you know, this
16 looks like it's from an animal study of rats
17 who were receiving what seems like an
18 exceptionally high dose of NDMA of, you know,
19 3.8 milligrams per kilogram per day, which is
20 an extraordinarily high dose relative to
21 exposures, you know, that have been observed in
22 human studies and certainly orders of magnitude
23 higher than what Mr. Roberts was exposed to.
24     Q.  And so are you disagreeing that
25 NDMA can cause the spleen to enlarge?

Page 340

1         MS. ROSE:  Object to the form.
2         THE WITNESS:  Yeah.  So -- so the
3  statement here, it's actually not
4  commenting on enlargement of organs.  It's
5  talking about congestion.  That doesn't,
6  you know, necessarily mean that there's
7  going to be enlargement of an organ.
8         But, you know, I acknowledge, you
9  know, I'd have to review the study, the
10 particles to understand the methodology.
11 But I take them -- I take them at their
12 word in this report that with high dose
13 NDMA exposure, if they see evidence of
14 increased blood flow in different organs,
15 I don't have any intrinsic, you know,
16 reason to doubt that in -- in this study
17 in rodents.
18 BY MR. VAUGHN:
19     Q.  And you say that you would need to
20 review the study.
21        You didn't review this study prior
22 to coming to your expert opinions, correct?
23     A.  I don't recall the specific study.
24 It's very possible that I did come across it,
25 but I'd have to see that study -- I'd have to

Page 341

1  look through it again to jog my memory.
2         There were many different studies,
3  obviously, that I reviewed.  I cited a large
4  number of studies.  It's hard to immediately
5  recall each one of them in detail.
6     Q.  And just a few minutes ago, you
7  testified that splenomegaly was caused by
8  congestion or excessive fluid, correct?
9     A.  Yes.  I did -- I explained that
10 congestion in the setting of elevated portal
11 pressures can lead to growth of the spleen.
12        So I -- I use the term "congestion"
13 to facilitate an understanding of what high
14 pressures can do, but that's not meant to imply
15 that congestion in all cases in the absence of
16 elevated -- elevated pressures may translate to
17 enlargement of the spleen.  I was describing
18 that specifically in the context of portal
19 hypertension and cirrhosis.
20     Q.  And these are rats that they gave
21 NDMA to.  They only gave it to them for 1 to 12
22 weeks, right?
23     A.  Yes.  They gave it to rats for 1 to
24 12 weeks.
25     Q.  And Mr. Roberts was taking NDMA for

86 (Pages 338 - 341)

Page 342

1  approximately two years, correct?
2      MS. ROSE:  Object to the form.
3      THE WITNESS:  Yes, he was taking
4  NDMA for approximately two years.  But the
5  two, I think, important points I -- I
6  would just highlight very briefly are,
7  again, that the magnitude dose exposure
8  is -- is very, very different here; and
9  the second important point that I think
10  actually has not been touched upon in any
11  of the depositions I've reviewed from
12  toxicologists, et cetera, is that the
13  lifespan of a rat is very different than a
14  lifespan of a human.
15      You know, rodent lifespans are on
16  the order of two years.  So one to -- so,
17  you know, three weeks of exposure --
18  sorry.  Three months of exposure 12 weeks
19  to, you know, in a rodent study, that's
20  equivalent to potentially more than a
21  decade of exposure in a human.  So you
22  can't translate time for rodents one to
23  one to humans.
24      Yeah.  At the top of our
25  deposition, I highlighted that the FDA

Page 343

1  understands this; and that's why they
2  frame their dose threshold exposure for
3  NDMA in terms of a lifetime of human
4  exposure over 70 years.
5      So it's -- it's a major fallacy to
6  try to translate a time course of exposure
7  in a rat to being equivalent to a time
8  course of exposure in a human.  Three to
9  six months of exposure in a rat is decades
10  of exposure time in a human.  So I need to
11  make that point really, really clear.
12  BY MR. VAUGHN:
13      Q.    Are you a toxicologist?
14      A.    No.  I've stated multiple times I'm
15  not a toxicologist, but I am a clinician.  I'm
16  a clinician scientist.  You know, I'm
17  acquainted with, you know, reviewing animal
18  literature, you know, to an extent in the
19  course of my, you know, my practice as a
20  clinician and as a clinician scientist.  And I
21  understand these principles.
22      You know, we get educated about
23  these things in medical school, you know, when
24  we learn about animal literature and how --
25  what the context in which animal literature is

Page 344

1  used -- you know, what the role is in the
2  scientific process to understand the relevance
3  of a drug or a new exposure and how that may or
4  may not translate to humans.
5      So I'm relying on my perspective
6  with that background, but -- but that's, you
7  know, that's my understanding of why you cannot
8  simply take a multi-week exposure in -- in a
9  rat and say that the same multi-week exposure
10  should have the impact in a human.
11      Q.    And you didn't give that expert
12  opinion in your report, did you?
13      A.    I did not give that expert opinion
14  in my report.  The reason I bring it up is
15  because I reviewed the deposition of
16  Dr. Siddiqui this week where she offered that
17  opinion.  So I'm trying to be responsive to
18  what the plaintiff expert witness stated in her
19  report.
20      I -- I recall specifically reading
21  her deposition that, you know, she is saying
22  that, you know, in -- in rodents over the
23  course of weeks' long exposure -- and actually,
24  I think that -- my recollection was it's really
25  more in the order of, like, maybe three to six

Page 345

1  months on the earlier side on the animal
2  literature, you might see an association
3  between NDMA and liver cancer.
4      So I'm responding to, you know, the
5  plaintiff expert witness's statement, which,
6  you know, she didn't offer that opinion, to my
7  recollection, in her initial report.  This came
8  out in her deposition.
9      So I'm specifically offering that
10  opinion in response to hers.
11      Q.    And did you produce any literature
12  to support that opinion before this deposition?
13      A.    No, I did not.  I mean, I read her
14  deposition, I think, yesterday; and -- but I'm
15  not relying on literature that hasn't already,
16  you know, been disclosed.  I'm happy to -- to
17  offer that.  If necessary, I'm happy to review
18  this and supply literature if it's helpful.
19      But I'm relying actually on, you
20  know, the FDA-related documents to -- as an
21  illustration of this because the FDA very
22  clearly states in their industry guidance
23  regarding NDMA and the threshold levels that
24  these are the dose exposure levels for a human
25  lifespan over 70 years, where they would expect

87 (Pages 342 - 345)

Page 346

1  to see one additional cancer per 100,000
2  individuals with that exposure. And that's
3  translated from -- from animal studies.
4        So the reason why they extend it
5  over 70 years is because the lifespan of a
6  rodent is about roughly two years, and they
7  basically do calculations, you know, from the
8  dose exposures in animal studies. They set a
9  conservative margin, and they translate that to
10 a human lifespan.
11       So that's why the -- the FDA
12 doesn't say this dose exposure for a period of
13 weeks. It's a period of decades, decades.
14       So I'm trying to contextualize
15 these documents that I think all of us have
16 reviewed related to the FDA.
17    Q.   What was the highest level of NDMA
18 that the FDA was aware of in Valsartan pills?
19       MS. ROSE: Object to the form.
20       THE WITNESS: I'd have to review --
21    you know, we can look at whether the
22    toxicology reports -- I think Dr. Sawyer
23    gave the ranges. You know, I can't, you
24    know, give you off the top of my head,
25    like, what the exact number was for the

Page 347

1    highest.
2        But, you know, it's in the range
3    of, if I'm just trying to recall -- you
4    know, 20 micrograms was one of the higher
5    end estimates for Valsartan pills, you
6    know, for certain pharmaceutical
7    companies. It varied by -- by
8    pharmaceutical company.
9  BY MR. VAUGHN:
10    Q.   Which pharmaceutical company had
11 the highest levels of NDMA in their Valsartan?
12    A.   I believe that it was the -- the
13 defendant company.
14    Q.   The ZHP?
15    A.   Yes, I believe so.
16    Q.   Do you know if ZHP's internal
17 testing showed levels of NDMA higher in
18 Valsartan than the FDA was aware of?
19       MS. ROSE: Object to the form.
20       THE WITNESS: No, I was not privy
21    to, you know, internal company documents
22    or reports, you know, in formulating my
23    specific causation for this -- this --
24    this case.
25

Page 348

1  BY MR. VAUGHN:
2     Q.   Do you know if any of the Valsartan
3  pills that Mr. Roberts ingested had higher
4  levels of NDMA in it than the FDA was aware of?
5        MS. ROSE: Object to the form.
6        (Whereupon, Daniel Nigh joined the
7     deposition.)
8        THE WITNESS: I understand that,
9     you know, Mr. Roberts' alleged exposure in
10    some of the NDMA-contaminated Valsartan
11    pills is above the FDA threshold limit.
12 BY MR. VAUGHN:
13    Q.   It's a- -- they're all -- it's al;
14 above the threshold limit.
15       But are you aware if any of his
16 pills had more NDMA in it than the FDA even
17 realized was in any of the Valsartan pills?
18       MS. ROSE: Object to the form. And
19    it's going outside the scope of his expert
20    report.
21       THE WITNESS: Yeah. Like I said,
22    I'm not privy to, you know, internal
23    company documents from ZHP related to what
24    they did or did not know related NDMA
25    content in their pills.

Page 349

1     So I -- I don't know about that. I
2     haven't reviewed those, you know,
3     pertaining to specific causation for
4     Mr. Roberts.
5  BY MR. VAUGHN:
6     Q.   My question, though, is specific to
7  Mr. Roberts.
8        Are you aware if any of the pills
9  that he ingested had more NDMA in it than the
10 FDA thought was the highest levels in
11 Valsartan?
12       MS. ROSE: Object to the form. And
13    again, this is outside the scope. What
14    the FDA knew or thought --
15       MR. VAUGHN: If he wants to give an
16    opinion on the risk level that the FDA is
17    saying, then it is relevant.
18       MS. ROSE: I -- I don't think
19    that's what he's saying, but okay. I --
20    I -- just don't see how he has any
21    knowledge of this or is offering any
22    opinion.
23       MR. VAUGHN: Then he can say he has
24    no knowledge. That's fine if he says he
25    doesn't know.

88 (Pages 346 - 349)

Page 350

1    THE WITNESS: Yeah. And I mean,
2  that's what I've stated. I'm not privy to
3  these documents. I have no knowledge of
4  that. I know what's been reported in
5  terms of the range of NDMA con- -- you
6  know, contamination. That was
7  potential -- potentially identified in
8  those Valsartan pills.
9    If there was some internal company
10 documents, you know, stating that there
11 was potentially higher exposures, I'm not
12 privy to those documents. I haven't
13 reviewed those.
14 BY MR. VAUGHN:
15   Q.  Okay. Earlier in your answer, you
16 said, "I understand Mr. Roberts' alleged
17 exposure to some NDMA-contaminated Valsartan
18 pills."
19     What do you mean by "alleged
20 exposure"?
21   A.  The exposures that are -- you know,
22 there's -- I say alleged because there's
23 uncertainty in the actual dose exposure of NDMA
24 in a particular pill.
25     You know, I think we acknowledge

Page 351

1  that we don't know specifically what the dose
2  was that he was exposed to, nor do we
3  necessarily know, you know, to what extent he's
4  adherent with medications. There are variables
5  that impact our assessment of what his actual
6  dose exposure was.
7    I don't deny that he filled
8  prescriptions for Valsartan that were
9  NDMA-contaminated based on, you know, the batch
10 lots and things like this. But I don't -- I
11 can't -- there ' a lot of uncertainty in terms
12 of what is his actual cumulative dose exposure.
13   Q.  And ZHP's counsel didn't provide
14 you with any calculations that ZHP did on what
15 those does levels would have been in those
16 pills?
17     MS. ROSE: Object to the form.
18     THE WITNESS: Yeah. You know, the
19 answer's the same. I don't have any
20 internal, you know, company documents
21 related to, you know, what they -- what
22 they thought the NDMA levels were in their
23 pills. Only what --
24 BY MR. VAUGHN:
25   Q.  If those --

Page 352

1    A.  Sorry.
2    Q.  If those levels existed for the
3  pills that Mr. Roberts actually ingested, is
4  that something that you would want to see in
5  coming to your opinions?
6      MS. ROSE: Object to the form.
7      THE WITNESS: So, again, my honest
8  impression of this case is it really would
9  not materially change my opinion and
10 conclusions about the case.
11     You know, I think I have -- you
12 know, there's very clear reasons in my
13 opinion why, NDMA, even if he had
14 hypothetically been exposed to higher
15 doses, could not have been the cause of
16 his hepatocellular carcinoma.
17     So I don't think it is necessarily
18 relevant to the scope of -- of my role as,
19 again, not a toxicologist. I'm
20 commenting -- commenting on the
21 plausibility that NDMA-contaminated
22 Valsartan could have been plausibly been
23 the factor that caused Mr. Roberts to
24 develop HCC.
25     My opinion does not actually

Page 353

1  change depending on even if he was exposed
2  to a higher dose. There are very clear
3  reasons why it could not have been the
4  NDMA.
5      I'm happy to articulate that in
6  more detail if you'd like, but it's in my
7  expert report, of course. But even if I
8  had that data, it would not change my
9  opinion.
10 BY MR. VAUGHN:
11   Q.  So regardless of how much NDMA
12 Mr. Roberts was exposed to, it wouldn't change
13 your opinion?
14     MS. ROSE: Object to the form.
15 Misstates the witness testimony.
16     THE WITNESS: Yeah. What I'm
17 relying on is, you know, my opinion is he
18 likely already had hepatocellular
19 carcinoma when he was first exposed to
20 NDMA. I -- I provide some very clear
21 evidence of this in my expert report. You
22 know, there's multiple ways of looking at
23 this.
24     But among them are just looking at
25 very simple tumor volume doubling times.

89 (Pages 350 - 353)

Page 354

1 You know, we talked about the stage of
2 cancer that he was diagnosed with. It's
3 really important to highlight that when he
4 was diagnosed in, you know, April -- you
5 know, July/April of 2018, he did not have
6 early stage hepatocellular carcinoma. He
7 had multiple lesions. There were two
8 lesions that were clear -- clearly
9 LI-RADS 5 lesions that were, you know,
10 HCC, the largest of which, from my
11 recollection, was 5.8 centimeters in
12 diameter.
13         You don't get a 5.8-centimeter
14 diameter HCC overnight. That does not
15 occur quickly. That takes a long time to
16 get there, to that size. And fortunately,
17 this is something that's been studied in
18 great detail across many studies. There's
19 a lot of interest in understanding growth
20 rates of HCC so we can understand what to
21 expect in patients and how to
22 prognosticate.
23         And in my expert report, you know,
24 I cite the literature, and I give the
25 different ranges, the average tumor volume

Page 355

1 doubling time, the extreme cases of very
2 aggressive growth and -- and very slow
3 growth. And I ran simulations for all of
4 those.
5         And no matter what assumption you
6 take, even if I assumed the most
7 aggressive form of hepatocellular
8 carcinoma with the fastest growth rates
9 that are observed in -- in -- you know, in
10 multiple observational studies,
11 Mr. Roberts would have already had HCC in
12 his liver prior to the time he was first
13 exposed to NDMA-contaminated Valsartan.
14         So there's no plausible way you can
15 say that NDMA, regardless of the dose,
16 could have caused it if it's already
17 there. So the temporality is -- is a
18 really key point in this case and one that
19 we didn't really talk about explicitly.
20         But I have to highlight it in the
21 context of this to explain why my opinion
22 doesn't change. Even if he had,
23 hypothetically, had a higher dose exposure
24 to NDMA, my view is that his cancer was
25 already there.

Page 356

1 BY MR. VAUGHN:
2     Q.    Understood. And I was planning to
3 get to it if we had time in the deposition.
4         What's the fastest growth rate for
5 HCC?
6     A.    Yeah. So, you know, we look at
7 this mostly in terms of tumor volume doubling
8 time. I'm pulling up my report to give you
9 very precise numbers.
10         Okay. So tumor volume doubling
11 time, again, these are -- these estimates are
12 aggregated. It's actually coming from a
13 meta-analysis of many different studies to get
14 as accurate of representation of the range of
15 growth rates as possible.
16         The most -- so if you take the
17 95-percent kind of confidence interval in terms
18 of one extreme to the other, the most sort of
19 aggressive growth rates are on the scale of
20 3.9 months for tumor volume doubling time.
21         And so I have table where I kind of
22 go through these calculations. The average is
23 about 4.6 months for tumor volume doubling
24 times, and the slower one are 5.3 months of
25 tumor volume doubling time.

Page 357

1     Q.    So 3.9 months is the quickest
2 doubling time of HCC?
3     A.    Tumor volume doubling time, yes.
4     Q.    Is it your opinion that NDMA cannot
5 cause cirrhosis?
6     A.    So I think, you know, in -- in
7 animal literature, you know, at a sufficiently
8 high dose, you know, I do think that NDMA can
9 likely cause hepatic fibrosis and likely
10 cirrhosis, you know, in, you know, rodent
11 studies, for instance. But I don't think
12 that's been demonstrated to any sufficient
13 degree in humans.
14     Q.    Did you search for that?
15     A.    Yes.
16     Q.    What -- where -- what did you
17 search?
18     A.    Yeah. So I had a range of
19 different searches. You know, I looked for,
20 you know, NDMA, you know, liver fibrosis,
21 liver, obviously hepatocellular carcinoma. I
22 looked, you know, nitrosamine, you know, liver
23 cirrhosis, hepatocellular carcinoma.
24         I did this specifically because in
25 the -- the plaintiff expert witness report, she

90 (Pages 354 - 357)

Page 358

1　made the claim that NDMA could have caused the
2　cirrhosis. So I -- so I did look into this
3　specifically. Obviously, I first started in
4　the context of NDMA-contaminated Valsartan to
5　try to be as specific to the case as possible,
6　and then, you know, when I didn't really find
7　any scientifically compelling evidence that
8　NDMA-contaminated Valsartan could plausibly
9　cause cirrhosis, I -- I broadened my search to
10　look at different nitrosamine-related studies.
11　　Q.　And on page 20 of your expert
12　report, you said there's no scientific evidence
13　to substantiate that NDMA is a cause of
14　cirrhosis, correct?
15　　A.　All right. Page 28, you said?
16　　Q.　Page 20. Here. I can screen share
17　to help you?
18　　A.　I'm just trying to find the exact
19　quote.
20　　Q.　There we go. Right here: "No
21　scientific evidence to substantiate NDMA causes
22　cirrhosis."
23　　A.　Yes. And it -- the context here
24　I'm referring to -- she's talking about in the
25　context of Mr. Roberts' HCC. So implicit here

Page 359

1　is that I'm talking about the context for a
2　human patient.
3　　Q.　Okay.
4　　A.　Yeah.
5　　　MR. VAUGHN: Kathryn, can we do
6　2023 United States Health and Human
7　Services. This is going to be Exhibit 17.
8　　　(Whereupon, Exhibit 17, Document
9　titled, "Toxicological Profile for
10　N-Nitrosodimethylamine (NDMA)," dated
11　April 2023, was marked for
12　identification.)
13　　　MS. AVILA: It should be in there
14　now.
15　　　MR. VAUGHN: Okay.
16　BY MR. VAUGHN:
17　　Q.　All right. Doctor, this is an
18　April 2023 toxicological profile on NDMA that
19　was put out by the United States Department of
20　Health and Human Services along with the Agency
21　for Toxic Substances and Disease Registry.
22　　　Have you seen this document before?
23　　A.　Yes, I have seen this before.
24　　Q.　And when -- when did you see this?
25　　A.　I believe I saw this -- you know,

Page 360

1　I -- I think I may have scrolled through again
2　sometime in the past, probably, ten days.
3　　Q.　Did you see it before you came to
4　your expert opinions in this case, before you
5　submitted a report?
6　　A.　Yes, I -- i believe I reviewed
7　this, you know, as well as other kind of, you
8　know, kind of regular, you know, documents from
9　other large institutions like the WHO, IARC. I
10　reviewed a lot of that initially in the context
11　of writing my expert report, but I did take
12　another passthrough of elements of this
13　probably, like I said, in the last ten days or
14　so.
15　　Q.　And did you see any evidence in
16　here that NDMA would cause cirrhosis?
17　　A.　You'd have to point me to specific
18　areas to refresh my memory. It's hard to keep
19　track of what was in which document, but...
20　　Q.　No problem. Let me see.
21　　A.　Yeah. I appreciate that.
22　　Q.　All right. So it's -- PDF page 41
23　is where I'm at, where it's talking about
24　hepatic.
25　　　And "hepatic" means liver, correct?

Page 361

1　　A.　Yes.
2　　Q.　Okay.
3　　A.　I'm sorry. You said -- 41, you
4　said? Oh, I'm sorry. 40 -- PDF page 41.
5　　Q.　That's where I'm at now. Sorry.
6　That's where it starts on hepatic. That's
7　where it starts talking about this study called
8　Hidajat.
9　　　You're familiar --
10　　A.　Yes --
11　　Q.　-- with Hidajat?
12　　A.　Yes.
13　　Q.　Okay. If we go down here first,
14　it's talking about -- one second.
15　　　So there's a case of automobile
16　factory workers who were exposed to an unknown
17　level of NDMA, and they became violently ill
18　with jaundice.
19　　　And they talk about some other
20　ones. Five family members who consumed unknown
21　quantities of NDMA and became -- in limine and
22　became ill with nausea, vomiting, serum changes
23　associated wit acute liver disease, as well as
24　bleeding and slight-to-severe thrombocytopenia.
25　　　Do you see that?

91 (Pages 358 - 361)

Page 362

1    A.  Uh-huh.  Yes, I see that.
2    Q.    These are humans that it's talking
3  about, right?
4    A.    Yes.  I do remember reviewing
5  these.  Thank you for showing me because I -- I
6  recall these.  Again, these are case reports
7  from a long time ago.  You know, from the '70s
8  and the '80s.  I think I may have reviewed more
9  than these.
10        And I recall another case report
11  where someone had a toxic exposure to NDMA and
12  likely other things, and on the autopsy there
13  was cirrhosis.  I remember seeing a report
14  along those lines as well.
15        So yeah.  I acknowledge that those
16  are humans that have been reported, but the
17  issue again, you know, with case reports and
18  case studies is that there's no ability to
19  assess associations or magnitude of risk
20  factors.  There's no accounting of potential
21  biases or -- or limitations.
22        It's -- it's purely reporting
23  through the lens of -- of the provider or
24  whoever's running the case report, a series of
25  events.  They say that someone had NDMA

Page 363

1  exposure.  Later they were found to have
2  cirrhosis on autopsy or, you know, or they
3  became ill.  They were found to have jaundice.
4        We know nothing about whether
5  that's attributable to NDMA.  We know nothing
6  about, you know, whether or not they had
7  preexisting cirrhosis or if they had
8  significant alcohol use that led to cirrhosis,
9  if they were taking other substances in
10  addition to being exposed to NDMA.
11        So you have to be very, very
12  cautious in trying to translate something from
13  a case report.  And this is a theme I keep
14  highlighting.  But this is not compelling
15  scientific evidence to establish causality in
16  my view as a clinician -- scientist and a
17  clinician between NDMA exposure and -- and
18  cirrhosis.
19        So that -- that's my view about
20  these case reports.  But yes, I've reviewed
21  these.  I've seen these case reports as well as
22  others.
23    Q.    In your expert report, you said
24  there's no scientific evidence.
25        There's scientific evidence.  You

Page 364

1  just don't think it's strong enough, correct?
2        MS. ROSE:  Object to the form.
3        THE WITNESS:  I believe what I
4  state is there's no scientific evidence to
5  substantiate the claim.  So what I'm
6  referring there is there's no -- there's
7  no -- there's no -- there's no evidence in
8  the literature of sufficient quality to
9  make a causal claim in humans between NDMA
10  and cirrhosis.  I'm not --
11  BY MR. VAUGHN:
12    Q.    And you agree -- sorry.
13    A.    That's good.
14    Q.    And you agree that you can't give
15  it to humans intentionally to study it,
16  correct?
17    A.    Yes, I would agree with that.
18    Q.    And so would there ever be enough
19  evidence for you for this association if you
20  can't actually study it in humans?
21        MS. ROSE:  Object to the form.
22        THE WITNESS:  So it is possible, I
23  think, to do a very high quality study
24  using, you know, high quality causal
25  inference methodology that, if

Page 365

1  demonstrated consistently across multiple
2  studies, that -- that I think could make a
3  sufficient -- could meet a sufficient
4  standard of evidence to make that claim.
5  My opinion, though, is that we don't have
6  such literature in humans to make that
7  claim.
8        But -- but yes.  It would not
9  require a randomized trial.  I mean, I
10  acknowledge that it would not be ethical
11  to do a randomized control trial in
12  humans.  So we are reliant on
13  observational studies, but you have to
14  look at quality of individual
15  observational studies and measure those
16  very carefully when you're making this
17  adjudication of is a causal inference
18  warranted both generally and, of course,
19  as applied specifically in this case to
20  Mr. Roberts is what my -- my primary
21  concern is.
22  BY MR. VAUGHN:
23    Q.    And do you see on the next page
24  where, then, United States Health and Human
25  Services talks about two men who got liver

92 (Pages 362 - 365)

Page 366

1    cirrhosis after just using NDMA in a research
2    laboratory?
3         A.    Yes.  I think that's probably what
4    I was referring to when I was talking about the
5    case where on autopsy, you know, the case
6    reports where there was an NDMA exposure, and
7    then on autopsy there was cirrhosis.
8         But like I said, we don't know if
9    that cirrhosis was already present.  Those --
10   those individuals could have already had
11   cirrhosis from a multitude of different causes.
12   They happened to take NDMA in very, very high
13   doses or potentially other exposures in
14   addition to NDMA.  And -- you know, and then it
15   might be an incidental finding on the autopsy
16   that there is cirrhosis.
17        There's no ability to directly
18   attribute causally that the NDMA in a case
19   report was the reason that these individuals
20   had cirrhosis.  It's just not possible to make
21   that claim.
22        Q.    Okay.  That's the same thing you're
23   saying for Mr. Roberts is he already had
24   cirrhosis, so it couldn't have been NDMA that
25   caused it, right?

Page 367

1         MS. ROSE:  Object to the form.
2         THE WITNESS:  Well, I'm saying
3    multiple things.  I'm saying from the
4    scientific literature, I don't even know
5    if it's -- there's not in any evidence in
6    the scientific literature to -- to
7    demonstrate that it's -- it's -- it's --
8    it's causally linked at all in humans,
9    certainly at that relevant dose exposure,
10   to cause cirrhosis in humans.  So that
11   evidence standard is not met.
12        But certainly in the specific case
13   of Mr. Roberts, as you know, it's very
14   clear that he already has cirrhosis at the
15   time he's first exposed.  So obviously,
16   the NDMA could not have been the cause.  I
17   mean, the cirrhosis was antecedent to his
18   first NDMA exposure.
19   BY MR. VAUGHN:
20        Q.    How much NDMA do you think someone
21   just in the lab doing research would actually
22   be exposed to?
23        MS. ROSE:  Object to the form.
24        THE WITNESS:  There's no way for me
25   to -- to know.  I don't know.  This is,

Page 368

1    like, from the 1950s.  I don't know what
2    type of research laboratory they worked
3    in.
4         Like I said, I'm not a basic
5    scientist, so I have no idea what the
6    specific context of this research lab was.
7    So I don't know.  I don't know what the
8    plausible range was in that, and they
9    don't seem to specify it here.
10        And I think the other case study
11   you mentioned on the page that said an
12   unknown quantity of NDMA.  So it may not
13   even be known.
14        But again, these are extremely old
15   case reports, and you have to be very
16   skeptical of particular very old case
17   reports where the quality of the data and
18   the reporting or what could have been a
19   adjudicated or identified was more -- more
20   limited back then.
21        So it's really, really difficult to
22   really find -- find anything that's really
23   concrete and useful from, you know, a 1954
24   case study.
25

Page 369

1    BY MR. VAUGHN:
2         Q.    Do you know why people research
3    NDMA in the laboratory setting?
4         MS. ROSE:  Object to the form.
5         THE WITNESS:  Yeah.  I mean, in the
6    laboratory setting, you know, as I've
7    already -- I mentioned and I understand,
8    and I concede that in animals, you know,
9    it -- it's demonstrated that NDMA in very
10   high doses can cause hepatic fibrosis, can
11   cause different types of liver cancer, not
12   just HCC, but bile duct cancers as well.
13        And so it's studied in that context
14   for itself carcinogenicity in animals and
15   to help justify -- or I suppose it helps
16   to justify human studies to explore that
17   potential relationship more as potential
18   effects in humans.
19   BY MR. VAUGHN:
20        Q.    And do you see here where they say,
21   "The patient showed improved liver function
22   after three months with no exposure to NDMA"?
23        A.    Sorry.  Yeah.  So I mean, this is
24   another thing that makes me a little bit
25   skeptical of this case report from 1954 where

93 (Pages 366 - 369)

Page 370

1  they say that cirrhosis was discovered during
2  operate, and -- and there was improvement in
3  liver function.
4         I don't know what they mean by
5  "liver function." I'm not sure what labs
6  they're referring to or on what basis they're
7  saying that liver function was improved.
8         As I said before, you know,
9  cirrhosis is generally considered to be binary.
10 You know, if cirrhosis is there -- if cirrhosis
11 is there and you manage the patient as such.
12        So without kind of revisiting that
13 study in more detail to see on what basis
14 they're saying that, I don't necessarily know
15 what they're referring to; but I'm skeptical
16 for those reasons.
17        Because certainly once there's
18 cirrhosis present, there's already a state of
19 liver injury that is ir- -- you know, generally
20 irreversible. So -- so I'm not sure what
21 they're referring to there.
22    Q.   Do you see here where the United
23 States Health and Human Services says,
24 "Hepatotoxicity is the most prominent
25 characteristic systemic effect of NDMA

Page 371

1  resulting in" -- what is this?
2         Central lobular necrosis?
3         Did I say that right?
4     A.  Yeah. Central lobular necrosis.
5     Q.  -- "and hemorrhage, fibrosis,
6  cirrhosis, and ascites."
7         Do you disagree with the United
8  States Health and Human Services on that?
9     A.  So let me take a look.
10 This is page 42, right?
11    Q.  Uh-huh.
12    A.  Yeah. So this again, you know, the
13 preceding sentence is saying this is animal
14 species. So in several animal -- so again,
15 this is from the animal literature.
16        And no, I don't disagree with that
17 from the animal literature. As I've stated, I
18 recognize that high-dose NDMA, you do see these
19 changes in rodents of liver injury, liver
20 fibrosis, and the attendant complications,
21 including HCC.
22        You know, but my -- my broader
23 point is that there -- you have to be very
24 cautious in translating animal study findings
25 to humans. And there's, you know, not that you

Page 372

1  really are questioning, but it's very much
2  related to this, that I have to emphasize that
3  all of these animal studies study animals that
4  have normal livers at baseline. They're
5  exposing normal healthy, you know, rodents or
6  whatever animal model they're using. They have
7  a healthy liver. They're given high-dose NDMA,
8  and they observe what happens.
9         It's important -- it's important to
10 recognize that that is not analogous to
11 Mr. Roberts' case. He already has cirrhosis.
12 Why is that relevant?
13        If you look at Sawyer's expert
14 report, he talks about the mechanism of
15 carcinogenesis attributable to NDMA.
16        NDMA needs to be activated in the
17 liver. It needs to be metabolically activated
18 by enzymes in the liver to toxic metabolites.
19 The NDMA itself is not the issue. It's the
20 toxic metabolites.
21        That's important because if you
22 have a liver that already has cirrhosis, it is
23 not effective. It is not as effective as a
24 healthy liver in metabolizing NDMA to the toxic
25 metabolites. This is another principle that we

Page 373

1  understand as hepatologists that's very
2  relevant because we actually change the way we
3  prescribe certain medications if we think
4  cirrhosis is present. If cirrhosis is present,
5  it will not reliably metabolize things.
6         So there is a highly plausible
7  reason to expect that even if, hypothetically,
8  you know, I were to grant that there is, you
9  know, some concern that NDMA could cause liver
10 cancer in humans, which, again, I don't grant
11 based on the scientific literature we talked
12 about, there's no reason to believe that that
13 would apply to somebody who already has
14 cirrhosis who's unable to reliably metabolize
15 NDMA to the toxic metabolites. There's
16 literally no data in such a patient, animal or
17 human, where they've studied NDMA exposures
18 specifically in a baseline cohort of animals or
19 humans who already have cirrhosis. So --
20    Q.   So it's your -- keep going.
21    A.   That's fine. That's good.
22    Q.   So is it your opinion that
23 Mr. Roberts is at less risk to NDMA because his
24 liver's not functioning as well?
25        MS. ROSE: Object to the form.

94 (Pages 370 - 373)

Page 374

1    THE WITNESS: What I'm saying is
2  that even the animal literature doesn't
3  apply to him. I mean, it's -- it's --
4  it's another cautionary tale of why you
5  can't blindly translate animals studies to
6  humans. There are other independent
7  reasons for that.
8    But specifically bringing it back
9  to the case of Mr. Roberts, he has
10 cirrhosis at the time he's exposed to
11 NDMA; and there's literally no relevant
12 literature that I'm aware of, animal or
13 otherwise, where they look at NDMA
14 exposure in the setting of organisms that
15 already have cirrhosis.
16    So we don't know really anything at
17 all about what to expect in those
18 patients.
19 BY MR. VAUGHN:
20    Q.    And for the mechanisms of
21 hepatoxicity of NDMA, the United States Health
22 and Human Services discusses how NDMA was given
23 to both dogs and rats and has been used as a
24 model for human liver fibrosis and its sequelae
25 of cirrhosis, portal hypertension, and

Page 375

1  hepatocellular carcinoma for nearly 40 years.
2    And so do you -- you disagree that
3  dogs and rats can be used as a model for human
4  fibrosis with NDMA?
5    MS. ROSE: Object to the form.
6    THE WITNESS: So no, I don't
7  disagree that animal models are used in --
8  in this fashion, you know, all the time.
9    The part that I'm trying to clarify
10 and demonstrate my disagreement is that
11 you cannot blindly translate findings from
12 animal research to humans. You need
13 dedicated humans studies, which often take
14 time and long-term follow-up to
15 demonstrate that the same things are
16 observed in humans.
17    I mean, this is a very, you know,
18 well-known phenomena called the
19 translation -- translational gap. You're
20 not guaranteed to see the same things in
21 animal studies as human studies. I mean,
22 there -- there are very famous prominent
23 examples that serve as cautionary tales
24 for doing just that.
25    So yes. In the lab, sure, we use

Page 376

1  these as, you know, the best available
2  model for what could potentially happen in
3  a human; but that doesn't absolve
4  researchers and scientists and clinicians
5  from doing the requisite research and work
6  in humans specifically to see if that
7  translation is warranted.
8  BY MR. VAUGHN:
9    Q.    In the Health and Human Services
10 there has been a great deal of research
11 performed to investigate the molecular
12 mechanisms and pathophysiology of NDMA-related
13 hepatic effects. George, et al. 2019 published
14 a succinct review of this research.
15    Did you review George, et al. 2019
16 in coming to your opinions in this case?
17    A.    I mean, I reviewed a variety of
18 literature related, you know, from the -- this
19 is again from the animal literature.
20    Q.    Uh-huh.
21    A.    So -- so yes. I reviewed a variety
22 of different studies that -- that discuss
23 the -- the -- the mechanisms of hepatoxicity
24 and carcinogenesis of NDMA and animal studies.
25    I don't -- I can't immediately

Page 377

1  recall if George, et al. is one of them, but
2  I'm certain I reviewed, if not that one, then
3  closely related ones that talks about this.
4    Q.    Okay. Because Dr. Siddiqui listed
5  that as one of her materials considered when
6  she was --
7    A.    Okay.
8    Q.    -- saying that NDMA could cause
9  cirrhosis in humans. And you said she had no
10 scientific support for that.
11    Do you retract that statement?
12    MS. ROSE: Object to the form and
13 colloquy.
14    THE WITNESS: No, I don't retract
15 that statement. Again, my statement is
16 that there's no -- that's no, you know,
17 substantiated literature in humans to
18 demonstrate that NDMA is causally linked
19 to cirrhosis, you know, in studies that
20 are scientifically and methodologically
21 sound with sufficient effect sizes and
22 power, et cetera, to -- to demonstrate
23 that conclusively.
24    So I stand by that statement. And
25 I think, you know, if you want to talk

95 (Pages 374 - 377)

Page 378

1    about George, et al., I think you'd have
2    to show it to me again just to jog my
3    memory.
4  BY MR. VAUGHN:
5       Q.   Okay.  So it's not necessarily that
6  there's not any evidence at all out there.
7  It's just not good enough evidence for you,
8  correct?
9          MS. ROSE:  Object to the form.
10         THE WITNESS:  Yeah.  I think I've
11    articulated that a couple of times that,
12    you know, the human literature that is --
13    that is purporting to associate NDMA with
14    something like cirrhosis, they're based on
15    case studies that are from, you know, 80
16    years ago, 70 years ago, where you cannot
17    systemically study NDMA as a risk factor
18    because they're not analytical studies.
19    So no.  That is -- that is not a valid way
20    to determine a risk factor.
21         Really no clinician who understands
22    what a risk factor is would rely on that
23    as evidence to say that NDMA causes this.
24    You need much more high quality evidence
25    to demonstrate that.

Page 379

1  BY MR. VAUGHN:
2       Q.   So you just think there's
3  insufficient evidence of NDMA causing cirrhosis
4  in humans?
5          MS. ROSE:  Object to the form.
6    Asked and answered.
7          THE WITNESS:  I mean, I can restate
8    the same thing I said.  I mean, to my
9    standard, which I think is a commonly held
10    standard for, I think, reputable
11    clinicians and clinician scientists, you
12    want to see high quality medical
13    literature that is an analytic study,
14    right.  So not descriptive analytic.
15    These are high quality observational
16    studies, for instance, or interventional
17    studies, which I agree we can't do in this
18    setting, to demonstrate using causal
19    inference methodology that there is a
20    strong and consistent effect that's
21    observed between NDMA and cirrhosis.  And
22    we don't have that.
23  BY MR. VAUGHN:
24       Q.   Were you aware that NDMA degrades
25  into formaldehyde in the human body?

Page 380

1       A.   Yes.
2       Q.   Okay.  And is formaldehyde a potent
3  hepatotoxin?
4       A.   Formaldehyde I believe in, you
5  know, sufficient concentrations can be -- yeah,
6  it can be a toxin.  Yeah, absolutely.
7       Q.   And at what -- and at what
8  concentration of formaldehyde would you need?
9       A.   I couldn't give you a number off
10  the top of my head.
11      Q.   Okay.  And do you see here where
12  it's talking about initiating events leading to
13  hepatic fibrosis in NDMA-exposed organisms?
14         What -- what's an "organism"?
15      A.   An organism is a living -- it's a,
16  you know, an animal is an organism.  A human is
17  an organism.  It's a living -- it's a living
18  entity, I suppose.
19      Q.   Okay.  So United States Health and
20  Human Services thinks that NDMA and its
21  degradant such as formaldehyde can end up
22  leading to hepatic fibrosis in NDMA-exposed
23  humans, right?
24         MS. ROSE:  Object to the form.
25         THE WITNESS:  So, you know, they're

Page 381

1    not specifying which organisms here.
2    They're not being very specific.  So I
3    mean, this may have been from primarily
4    animal literature.  I'm not certain.  They
5    would have to be more specific and
6    probably cite specific references to
7    clarify what they're saying.
8  BY MR. VAUGHN:
9       Q.   Okay.
10      A.   Organisms is an extremely broad
11  term.
12      Q.   All right.  Can you name me one
13  study in which NDMA has been studied in an
14  animal and was not carcinogenic, one animal,
15  one organism?
16         MS. ROSE:  Object to the form.
17         THE WITNESS:  I mean, off the top
18    of my head, I -- you know, I don't think
19    all the animal studies with NDMA exposures
20    look at that specifically as an end point.
21    I mean, there are -- are I think quite a
22    few animal studies where they're looking
23    at other types of cancers, for instance.
24         So, you know, perhaps what you're
25    asking is in animal studies where they're

96 (Pages 378 - 381)

Page 382

1  intending to study specifically liver
2  effects, I -- you know, I can't name off
3  the top of my head any specific study, you
4  know, to my recollection that did not
5  identify, you know -- you know, some
6  association with hepatic fibrosis or liver
7  cancer with, you know, high-dose NDMA
8  exposure.
9  BY MR. VAUGHN:
10  Q.    And so is it your opinion that
11  humans are the only organisms that aren't going
12  to have hepatic fibrosis as a result of NDMA
13  exposure?
14         MS. ROSE:  Object to the form.
15         THE WITNESS:  No.  That's not my
16  opinion.  I mean, this -- this has been
17  studied in, you know, selected types of
18  organisms; but it's not studied to this
19  degree, you know, with sufficient evidence
20  at the dosing ranges in particular that
21  are used in animal studies.  There's no
22  demonstration that, you know, that we
23  would necessarily see the same thing in
24  humans.
25         So I'm not -- I'm not saying that

Page 383

1  it's not possible that in the future a
2  well-conducted study could -- could
3  demonstrate some potential link between
4  NDMA and some adverse, you know, related
5  event.  That's possible.  It's possible to
6  do a very high quality study.
7         What I'm saying is there's no
8  evidence currently in humans that
9  demonstrates this.  So we, therefore,
10  can't make the conclusion for Mr. Roberts
11  that -- that this could be causally
12  linked.
13         I mean, this, again, setting aside
14  the temporality issues that I've stated
15  previously that -- that they clearly, you
16  know, articulate why it could not have
17  been NDMA.  But based on this line of
18  questioning, that's -- that's what I'd
19  say.  There's insufficient human evidence
20  to demonstrate this.
21  BY MR. VAUGHN:
22  Q.    Do you see here where the United
23  States Health and Human Services said, "In
24  addition to the DNA damage induced by reactive
25  intermediaries [sic] of NDMA metabolism,

Page 384

1  repeated injury and repair induced by these
2  metabolites may also be involved in the
3  mechanism of liver cancer from NDMA exposure."
4         Did I read that correctly?
5  A.    You read that with one word -- I
6  think you might have misstated intermediates.
7  I think you said intermediaries.
8  Q.    Thank you.
9  A.    That's okay.  But aside from that
10  word -- word, yes, you read correctly.
11         But when I read this, this -- I
12  feel like this really substantiates a lot of
13  what I've been saying kind of throughout the
14  deposition.
15         So one thing that's immediately
16  clear -- immediately clear from this statement
17  is the DNA damage induced to animal studies is
18  from the reactive intermediates of DNA
19  metabolism.
20         Farther up the page, you know, if
21  you scroll through, it talks about how the
22  liver and the, you know, the esthetic P chrome
23  50 system is the mechanism by which NDMA gets
24  processed and metabolized into these toxic
25  intermediates, including formaldehyde and, you

Page 385

1  know, methyldiazonium and others.
2         So that's -- that's an important
3  point, which is why I highlighted that it takes
4  a healthy liver to do that.  And if you have
5  cirrhosis, your liver is not healthy.  You do
6  not have normal metabolic activity.  We don't
7  even know if a -- if a cirrhotic liver could
8  actually metabolize NDMA to those reactive
9  intermediaries.  So that's one important point.
10         The second point from this sentence
11  is that the repeated injury and repair induced
12  by this, this gets at what Sawyer's talking
13  about with respect to promotion.  He talks
14  about inducer and promoter.  The third face of
15  carcinogenesis is -- is progression.
16         The promoter part of this requires
17  repeated chronic long-term exposure to a
18  carcinogen in order to develop cancer.  So the
19  repeated injury part's actually very important
20  because the time scale is relevant.  And as I
21  stated previously, you know, a two-year
22  exposure to a potential carcinogen is generally
23  not anywhere close to sufficient to causing a
24  solid tumor in humans.  That would be really
25  extraordinary.  I can't think of a -- of a case

97 (Pages 382 - 385)

Page 386

1  where I've ever seen that. I'm not saying it's
2  totally impossible, but that would be far
3  outside the bounds of what is generally
4  observed with toxic exposures and latency
5  periods for cancers.
6       And the Hidajat study you mentioned
7  previously -- I know we didn't talk about it in
8  detail -- but on -- to the credit of the
9  authors of Hidajat, they understand this. They
10 use an appropriate latency period in their
11 study of 15 years from NDMA potential exposure
12 to looking at cancer-related mortality.
13      They understood that if somebody
14 had a toxic exposure to NDMA and they got a
15 cancer five years later or ten years later,
16 they could not plausibly associate that with
17 the NDMA. It's just not what is observed with
18 the pathway of carcinogenesis.
19      So the repeated injury part there
20 is really, really important, and the chronic
21 exposure needs to generally be sustained for,
22 you know, for a long period of time. And years
23 and years and often decades go by before a
24 cancer develops.
25      So -- so I take something very

Page 387

1  different away from the sentence than it sounds
2  like you're implying; but to me, those are the
3  really important things to -- to drive home.
4       MS. ROSE: Mr. Vaughn, we've been
5       going for over an hour.
6       MR. VAUGHN: I'm close.
7       MS. ROSE: Okay.
8  BY MR. VAUGHN:
9       Q.  So you don't consider, you know,
10 600-plus doses of NDMA at microgram levels to
11 be a repeated injury to someone's liver?
12      A.  I agree it's a repeated exposure.
13 The point I'm articulating is even if I were to
14 grant that those doses -- that dose range in a
15 human could be plausibly linked to a potential
16 cancer, in my view that is not a sufficient
17 latency period for a cancer to develop, for
18 carcinoma to development. That's my -- that's
19 my position.
20      Q.  And based on what you were saying
21 earlier, it's your opinion that someone with
22 liver disease is at a decreased risk from NDMA
23 exposure?
24      MS. ROSE: Object to the form, and
25      also asked and answered.

Page 388

1       THE WITNESS: Yeah. I mean, again
2  I'm -- I'm -- I'm -- I'm not -- you know,
3  I'm talking mechanistically based on what
4  has been defined in the animal literature,
5  right.
6       So the animal literature has done a
7  great job of studying the potential
8  mechanisms of hepatotoxicity and
9  carcinogenesis. And it's very clear --
10 and I don't think it's disputed by really
11 anybody in this case -- that the way in
12 which NDMA is carcinogenic in animals is
13 that NDMA gets metabolized in the liver
14 through the cytochrome P450 enzymatic
15 pathway to toxic intermediates that then
16 cause things like DNA, you know,
17 alkylation that increase the rate of DNA
18 mutations, et cetera, and sets off this
19 cascade, which, again, takes a long type.
20      If you -- if you -- if you just
21 understand what that mechanism means, it
22 necessarily entails that you have a
23 functioning liver to metabolize the NDMA.
24      This -- I mention that, you know,
25 hepatologists, we have to think about this

Page 389

1  when we dose medications. Patients
2  with -- just a very brief articulation of
3  this if it's okay.
4       Patients who have, you know,
5  alcohol -- well, probably a better
6  example, patients who have autoimmune
7  hepatitis, it's one of the potential
8  causes of cirrhosis, we typically treat
9  those patients with an immunosuppressing
10 agent called Prednisone.
11      Prednisone needs to be activated
12 metabolically in the liver to
13 prednisolone, which is the active
14 metabolite that actually suppresses the
15 immune system and helps to manage
16 autoimmune hepatitis.
17      When a patient with autoimmune
18 hepatitis has progressed already to
19 cirrhosis, we don't use predni- --
20 Prednisone anymore. We use prednisolone
21 because we can't rely on the liver
22 metabolize to prednisolone, which is the
23 active intermediate.
24      The same principle applies with --
25 you know, if this is the mechanism that's

98 (Pages 386 - 389)

Page 390

1  hypothesized in demonstrated animals, if
2  we try to translate this to humans and we
3  assume that the same things would apply in
4  humans, you wouldn't need a functioning
5  liver to metabolize NDMA to a toxic
6  intermediate.
7      So -- so yes, it's very plausible
8  that a patient would cirrhosis would
9  actually be relatively protected from, you
10  know, NDMA-related toxicity if, in fact,
11  that were to exit.
12  BY MR. VAUGHN:
13     Q.  You say it's very plausible.
14     Do you have any scientific evidence
15  specific to NDMA on that opinion?
16     A.  I don't because, as I -- as I've
17  stated numerous times, there's really
18  limited -- there's no data in patients with
19  cirrhosis in humans being exposed to NDMA or in
20  animals with preexisting cirrhosis.
21     Q.  Okay.  Let's go to page 94 of this.
22     Do you see here, "Other factors
23  influencing susceptibility"?
24     Read the sentence out loud to the
25  jury from the United States Health and Human

Page 391

1  Services.
2     A.  Sorry.  I'm scrolling to 94.
3     Q.  I have it highlighted if that's
4  easier for you.
5     A.  Okay.  Sure.
6     MS. ROSE:  The doctor should -- if
7  you'd like to look at the document, you
8  can look at the document.
9     THE WITNESS:  Yeah.  I just want to
10  get a sense of the context really quickly
11  to understand what the -- what they're
12  talking about here.
13  BY MR. VAUGHN:
14     Q.  It's under the bolded heading
15  "Other Factors Influencing Susceptibility."
16     A.  Sure.  I see it.
17     Q.  All right.  Can you read the
18  highlighted sentence from the Health and Human
19  Services?
20     A.  Sure.  So it says, "Other factors
21  influencing susceptibility.  Because the liver
22  is the primary target of NDMA toxicity,
23  individuals with liver disease may be at
24  increased risk factors from NDMA exposure."
25     MR. VAUGHN:  We can take a break

Page 392

1  now, Nina.
2     THE VIDEOGRAPHER:  Off the record
3  at 5:14.
4     (Whereupon, a break was taken.)
5     THE VIDEOGRAPHER:  We are back on
6  the record at 5:27.
7  BY MR. VAUGHN:
8     Q.  All right.  Doctor, I want to go
9  back to your expert report, which is Exhibit 1,
10  and I'm going to be on page 33 to start with.
11     A.  Sure.
12     Q.  For your tumor doubling time that
13  we were talking about earlier, you cite to, I
14  believe, it's Nathani Number 95.  Let's see
15  here.
16     95 is Nathani, correct?
17     A.  Yes.
18     Q.  Okay.  And when you were doing this
19  calculation -- can you explain this calculation
20  real quick to me, what you're doing, how it
21  works for tumor volume doubling time?
22     A.  Sure.  So I'm using a method that's
23  are commonly used in these studies where they
24  study tumor volume doubling time.
25     But basically, you start with the

Page 393

1  assumption that a tumor is roughly spherical.
2  So the first thing I'm presenting there is the
3  formula for the volume of a sphere.  So V is --
4  is volume.  That's equal to one-sixth times pie
5  times D cubed where D is the diameter.  So
6  that's the first part.
7     The second part I'm just
8  rearranging and solving for D, which, again, is
9  diameter.  Because oftentimes, you know, we
10  don't typically report the volume of a tumor on
11  a radiology report.  We measure things in terms
12  of diameter.
13     So that's why, you know, for
14  instance, on Mr. Roberts' imaging reports they
15  say, you know, the tumor 5.8 centimeters in
16  diameter.
17     So that's why I'm trying to solve
18  this to put everything in terms of diameter to
19  make it more translatable to what you would see
20  on imaging.
21     Q.  Why is it that you have to assume
22  the spherical shape?
23     A.  Yeah.  You have to make certain
24  assumptions.  Obviously, it's possible for --
25  that tumor's not going to be a perfect sphere.

99 (Pages 390 - 393)

Page 394

1  It might be, you know, a little bit lobulated
2  and -- but you have to make assumptions -- for
3  the purposes of just doing the studies, you
4  make the assumption.
5         They typically are roughly
6  spherical. If you look at tumors, they tend
7  to -- just the way they grow, they grow in all
8  dimensions, and they tend to grow roughly in an
9  spherical shape. But, you know, I acknowledge
10 that that's an approximation that we use.
11        And, you know, we make
12 approximations like this in a lot of areas in
13 medicine to help us understand biological and
14 pathophysiologic processes.
15        So but I like I said, this is a --
16 this is a fairly standard assumption that's
17 used in this type of literature for, you know,
18 tumor volume doubling time.
19    Q.   And so you're making the assumption
20 that it was spherical when it started the
21 cancer, and then it remained spherical
22 throughout it's progression, correct?
23        MS. ROSE: Object to the form.
24        THE WITNESS: Yeah. I'm -- I'm --
25 yeah. Right.

Page 395

1         So I'm basically -- to do these
2  calculations, to simplify the calculations
3  and make things easily translatable, I'm
4  making the assumption that the tumors are
5  roughly spherical, yes.
6  BY MR. VAUGHN:
7    Q.   And did you review the imaging in
8  2018 of Mr. Roberts' cancer?
9    A.   Yes, I did.
10   Q.   And was his cancer spherical?
11   A.   I -- I would have to look at it
12 again in detail. It's sometimes very tough to
13 assess because we -- you, oftentimes, may need
14 a good three-dimensional reconstruction of an
15 image, a CT scan or an MRI.
16        You know, we look at it in terms of
17 slices, typically, you know, in a coronal or a
18 sagittal or a transverse axis. And, you know,
19 we -- I was not presented with any of the
20 three-dimensional reconstructions. So it's --
21 it's tough for me to be able to say confidently
22 is it -- is it spherical or is it not
23 spherical.
24        I doubt it's perfectly spherical;
25 but like I said, this is an assumption that is

Page 396

1  commonly used in these studies to help us
2  understand and approximate tumor volume
3  doubling time.
4    Q.   And so you're assuming that
5  Mr. Roberts' liver cancer was also spherical,
6  correct?
7        MS. ROSE: Object to the form.
8        THE WITNESS: For the purpose of
9  these calculations, you know, I'm assuming
10 that, you know, if Mr. Roberts' had a
11 5.8-centimeter diameter tumor, for the
12 purpose of calculations, I'm assuming it's
13 roughly spherical.
14        I'm not saying that in actuality,
15 it was a perfect sphere. But, you know, to
16 approximate doubling time, we -- we
17 make an assumption that's sphere. You
18 know, the formula you have to try to put
19 together to -- to accurately get the
20 topography of an HCC mathematically would
21 be, you know, extraordinarily complex; and
22 it's -- for that reason, it's not
23 typically done that way.
24        So yes. It's an assumption I make,
25 but I think it's a very reasonable

Page 397

1  assumption. It's a very common assumption
2  used in the medical literature.
3  BY MR. VAUGHN:
4    Q.   And you note here "aggressive
5  growth being 3.9 months," correct?
6    A.   Yes.
7    Q.   And where -- where did you get this
8  definition that aggressive growth is a doubling
9  time -- or doubling every 3.9 months?
10   A.   So in this study that we talked
11 about, Reference Number 95, they -- it's a
12 meta-analysis of many different studies. I
13 can't remember the specific number. It might
14 have been roughly 20 studies, I think. Oh,
15 yeah, it's 20 studies. I state it right there.
16 Sorry.
17        Yeah. On page 33 I state that it's
18 a meta-analysis of 20 different studies, that
19 all were trying to estimate tumor volume
20 doubling time. And what this study did was, it
21 looked at the distribution of growth rates in
22 tumor volume doubling times that were -- that
23 were reported in those studies; and they
24 created -- pulled estimates to arrive at a
25 distribution. And that allowed them to

Page 398

1  compute, based on these 20 different studies,
2  what is the average doubling time, and then
3  what is the 95-percent confidence interval for
4  that estimate.
5       And so what I'm, you know, just for
6  simplicity, I'm describing the range.  So if I
7  take one extreme end, you know, the lower end
8  of the 95-percent confidence interval, that was
9  3.9.
10       So that's, you know, on -- on the
11  extreme end of this bell curve, that would be
12  that growth rate, 3.9, you know, months for a
13  tumor volume doubling time.  That's what I'm
14  calling aggressive growth because it's the
15  fastest rate of growth on the distribution.
16       Whereas, on the other side, 5.3 is
17  the upper bound of the confidence interval,
18  which I'm referring to as slower growth.
19  That's -- that's just a slower tumor volume
20  doubling time.
21       Q.    And so if it was doubling even
22  faster than 3.9 months, what would you call
23  that?
24       Would that be, like,
25  super-aggressive growth?

Page 399

1       MS. ROSE:  Object to the form.
2       THE WITNESS:  Here I'm just using
3  the word "aggressive" to make it very
4  clear what I'm doing, that this from this
5  study was, you know, on the extreme end of
6  the distribution.  So these were generally
7  among the most rapidly growing tumors that
8  were observed across all of these studies.
9       Sure.  There are some tumors that
10  are slightly beyond that, you know, maybe
11  like the 97t, 98th, or 99th percentile
12  would be slightly faster rate of growth
13  than this.  I'd refer to all of those as
14  being aggressively growing tumors.  That's
15  very rapid for HCC to grow.
16  BY MR. VAUGHN:
17       Q.    And you did your math here backing
18  up the doubling time, and you come to 27.3
19  months.  And so he was diagnosed with cancer in
20  2016.
21       So would 27.3 months be
22  approximately April of 2016 when he had this
23  imaging done?
24       A.    Sorry.  I'm just trying to think of
25  the dates again.

Page 400

1       So he was diagnosed with HCC
2  roughly, let's say, August of 2018, right.
3       So 27 months prior to that, yes,
4  that's approximately when he had the -- the CT
5  scan in April of 2016.  That sounds about
6  right.
7       Q.    Okay.  And so your calculation says
8  that his tumor would have been 1.15 centimeters
9  at March of 2016 -- April 2016, correct?
10       A.    Yeah.  Again, this is an
11  approximation based on these formulas with
12  these assumptions, yes.  You'd expect that
13  he -- he might have a tumor roughly in that
14  size range.  It might not be perfectly
15  1.15 centimeters.  Obviously, there's some
16  degree of error.
17       But the point is you would expect
18  him, with all these assumptions, to have a
19  lesion that is likely visible on imaging at
20  that time.
21       Q.    And he didn't have any lesions that
22  were that size at that time in 2016, did he?
23       They were .6 centimeters,
24  .5 centimeters, .5 centimeters, correct?
25       A.    So yes, that's correct that they

Page 401

1  were not exactly 1.15 centimeters in size.
2  But, you know, I've already acknowledged that
3  we make assumptions; and there's some degree of
4  slight variation in error that -- that can be
5  expected for these estimates.  So that's why
6  I'm saying they're estimates.
7       It's possible that maybe he had a
8  slightly more aggressive -- maybe he was in the
9  96th percentile.  I -- I don't know.
10       But the fact is all the projections
11  would predict that he had identifiable lesions
12  on imaging, and he does.  And moreover, you
13  know, one of those lesions in particular is in
14  the same exact location as, you know, his
15  subsequent LI-RADS 5 lesion that's later seen
16  and confirmed in his 2018 imaging.
17       So it's extremely -- it's
18  plausible, and it's supported by this, you
19  know, this -- this body of literature that has
20  studied this in great detail.  It's very
21  consistent with his imaging findings.
22       He had identifiable lesions that
23  were macroscopically visible.  And sure I
24  acknowledged that there's a margin of error in
25  what the exact size is going to be, and that

101 (Pages 398 - 401)

Page 402

1  may be related to the fact that it's not a
2  perfect sphere, as you have already stated.
3      But he had an identifiable lesion.
4  And, you know, from Dr. Chernyak's expert
5  report, she classified it as a LI- -- these are
6  LI-RADS 3 lesions. These have intermediate
7  probabilities at that time of -- of being HCC.
8  And many of these LI-RADS 3 lesions over time
9  will, in fact, declare themselves to be
10 LI-RADS 5 lesions and cancer.
11     Q.    And do you believe that these were
12 LI-RADS 3 lesions, or were you just relying
13 Dr. Chernyak?
14     A.    I'm relying a lot on Dr. Chernyak's
15 assessment here. Again, I'm familiar with the
16 LI-RADS criteria, and I do look for them
17 myself, you know; but, you know, like I said,
18 I'm not a -- I'm not a diagnostic radiologist.
19     And in particular for the smaller
20 lesions where some of the findings are more
21 subtle, I'm more reliant on a diagnostic
22 radiologist with relevant expertise to make
23 this determination.
24     For me, it's -- I'm able to more
25 confidently identify things like LI-RADS 5

Page 403

1  lesions where some of the features are a little
2  bit more obvious to -- to my eye, you know, who
3  doesn't, you know, look at, you know, MRI
4  images every single day all day.
5      So for these particular lesions,
6  I'm -- I'm more differential to Dr. Chernyak,
7  but Dr. Chernyak has the relevant expertise.
8  You know, she works in a liver transplant
9  center. She's an abdominal diagnostic
10 radiologist.
11     And so yes. If she classifies it
12 as LI-RADS 3 and has the appropriate
13 justification, I have no reason to doubt that.
14     Q.    Is aggressive growth synonymous to
15 rapid growth to you?
16     A.    Yeah. So -- so my use of the word
17 "aggressive" here, I'm -- I'm really just
18 trying to -- I'm not trying to imply anything
19 beyond the fact that it's more -- it's the
20 fastest growth rate that I'm studying here
21 informed by that -- by the literature that I've
22 cited.
23     You know, I -- I'm not sure what
24 your trying to get to with respect to, like,
25 aggressive versus rapid. In this distribution,

Page 404

1  it's defined as an extreme value on the 95th
2  percent -- from the 95-percent confidence
3  interval.
4      So, you know, whatever adjective
5  you use to describe it, I mean, that's what I'm
6  referring to. So I'm giving you the very
7  precise definition of what that is. It is
8  the --
9      Q.    I appreciate that.
10     A.    Sure, sure.
11     MR. VAUGHN: Kathryn, can you drop
12 in 2021 Nathani HCC tumor volume doubling
13 time.
14     MS. AVILA: Yes, and it's
15 Exhibit 18.
16     MR. VAUGHN: Thank you for that.
17     (Whereupon, Exhibit 18, Author
18 manuscript entitled, "Hepatocellular
19 Carcinoma Tumor Volume Doubling Time: A
20 Systemic Review and Meta-analysis," by
21 Piyush Nathan, et al., was marked for
22 identification.)
23 BY MR. VAUGHN:
24     Q.    All right. Doctor, and this is the
25 study that you cited, right, by Nathani to

Page 405

1  2021?
2      A.    Yes.
3      Q.    Do you see here where the author
4  defines rapid as a tumor double volume time of
5  less than three months?
6      A.    Sure.
7      Q.    Okay. And that's not the timeframe
8  that you applied, right?
9      You applied 3.9 months, correct?
10     A.    Right. So what I'm -- what I'm
11 doing is I'm taking the results of their
12 studies.
13     You're highlighting something from
14 the methods.
15     Q.    Uh-huh.
16     A.    If you look at the results of what
17 they actually found in terms of tumor volume
18 doubling times in the results section, you'll
19 see that 4.6 months is the pooled average
20 doubling time, with a 95-percent confidence
21 interval of 3.9 to 5.3.
22     So that's the data that I'm using.
23     Q.    Okay. And then on page 2, it does
24 talk about how HCC, it has more aggressive
25 patterns in Asians and Hep B populations.

Page 406

1    Mr. Roberts was not Asian and did
2  not have Hep B, correct?
3    A.    That's true.  He did not have
4  Hep B, and he was not Asian.
5    Q.    Okay.  Let me go to page 6 of this
6  study.
7    Do you see down here -- earlier I
8  asked you what the quickest time was for tumor
9  volume doubling for HCC, and you testified
10  3.9 months.
11    Based on this study, do you see
12  here where it's actually the quickest they note
13  is 2.2 months for doubling?
14    A.    Yeah.  So I think I acknowledged
15  that it's possible for things to be faster.  I
16  did say that it's possible that, you know,
17  there can be doubling times that are beyond the
18  95-percent confidence interval bands.  I
19  acknowledge that.
20    But you look at the -- the range in
21  the distribution of data to identify plausible
22  scenarios.  So yeah.  I -- I acknowledge that
23  it's possible for doubling time to be faster,
24  sure.
25    Q.    And did you model out what it would

Page 407

1  look like if it was doubling every 2.2 months
2  in Mr. Roberts?
3    A.    No, I didn't model that particular
4  case.  I modeled, again, based on the extremes
5  from the distribution.
6    Q.    And if it was 2.2 months, is the
7  right way to do that, then, to be timesing
8  [sic] 2.2 by 7 to figure out how many months
9  earlier he would be at based on your
10  calculations?
11    MS. ROSE:  Object to the form.
12    THE WITNESS:  That does not sound
13    immediately accurate to me.  I think you
14    have to really apply this through the
15    formulas that I laid out.
16  BY MR. VAUGHN:
17    Q.    Can you see the expert -- can you
18  see -- am I back on the expert report screen
19  sharing?
20    A.    Yes.
21    Q.    Okay.  Is 3.9 times 7, 27.3?
22    I can screen share a calculator if
23  I need me to.
24    A.    Sure.  So it's 3.9 times 7.  Yes,
25  that's 27.3.

Page 408

1    Q.    Okay.  And 5.3 times 7, is that
2  37.1?
3    A.    Yes.
4    Q.    Okay.  And so if the tumor volume
5  doubling time was 2.2, would the accurate way
6  to do that be to times it by 7?
7    A.    Yeah.  That appears correct based
8  on what you're showing me, yes, yes.
9    Q.    Which would be 15 -- which would
10  15.4 months?
11    A.    Sure, 15.4 months.
12    Q.    So --
13    A.    But again -- sorry.  Go ahead.  Go
14  ahead.
15    Q.    So if he had the most aggressive
16  form of cancer from that study, it would have
17  started 15 months before his diagnosis,
18  correct?
19    MS. ROSE:  Object to the form.
20    THE WITNESS:  That's not exactly
21    correct.  You'd actually have to extend --
22    let's see.
23    The issue is I think you may need
24    to add more rows of data below this
25    because there would be additional tumor

Page 409

1    diameters and additional rows on this
2    table.  They'd have to -- to model out to
3    see what the diameter would have been at
4    that time.
5  BY MR. VAUGHN:
6    Q.    And does the tumor doubling keep
7  going all the way to zero to the inception of
8  the cancer, or does it stop being a valid
9  formula at 1 centimeter?
10    A.    That's a great question.  I -- you
11  know, I am not immediately sure, you know, to
12  what -- what I'll say is things are very tough
13  to macroscopically visualize on imaging when
14  they're extremely small.
15    You know, when they're, you know,
16  on the range of certainly less than
17  .1 centimeters.  Things are very tough to
18  discern when they're extremely, extremely
19  small.
20    So I presume that that could not be
21  modeled accurately in these studies because you
22  have to be able to measure it on imaging.
23    Q.    What is the --
24    A.    I think --
25    Q.    Sorry.

103 (Pages 406 - 409)

Page 410

1　A.　That's okay. Go ahead.
2　Q.　What does the word "indolent" mean?
3　A.　Sorry. Where are you looking?
4　Q.　I'm not looking at the study.
5　　　Are you familiar with the word
6　"indolent"?
7　A.　Indolent. Yes.
8　Q.　Indolent. Sorry.
9　　　What does that mean?
10　A.　Yeah. Indolent generally means,
11　you know, very slow growing or not -- you know,
12　it's something on that spectrum. Not really --
13　not actively showing significant growth or very
14　slow growing. That's usually how indolent is
15　used.
16　Q.　Can you see here in the study side
17　where they talk about rapidly growing tumors
18　among studies conducted in Asia -- sorry, in
19　recent studies with diverse liver disease
20　etiologies reported more indolent growth among
21　patients with nonviral liver disease.
22　　　What is "nonviral liver disease"?
23　A.　Nonviral means not related to
24　Hepatitis B or Hepatitis C.
25　Q.　And so HCCs that are not related to

Page 411

1　Hep A or -- sorry. Scratch that.
2　　　HCCs that are not related to Hep B
3　or Hep C typically grow slower, correct?
4　A.　Yes. I'd say so.
5　Q.　And the study authors say that's
6　particularly important in the western world.
7　　　That's here in the United States
8　right, the "western world"?
9　A.　Yes.
10　Q.　Where -- where HCC is increasingly
11　related to nonviral etiologies such as NASH and
12　alcohol-related cirrhosis.
13　　　And so is this saying that HCC that
14　is related to NASH is typically slow-growing?
15　A.　Yes. That's --
16　MS. ROSE: Object to the form.
17　THE WITNESS: It's fair to say that
18　HCC in NASH is typically more slow-growing
19　than what you would observe in viral
20　hepatitis-related HCC.
21　BY MR. VAUGHN:
22　Q.　And it's your opinion that
23　Mr. Roberts' HCC is related to NASH, correct?
24　A.　Yes. My opinion is that HCC in
25　Mr. Roberts' case -- well, it's -- it's related

Page 412

1　to -- again, there's multiple risk factors, but
2　I think the primary one is his MASH-related
3　cirrhosis. Yeah.
4　　　So I mean, but -- but I think we
5　were highlighting his -- he's more likely to
6　have a slow-growing tumor. So -- so there's
7　less reason to assume that he would have
8　extremely rapid growth.
9　　　He's more likely to be on the side
10　of the distribution of a slow-growing tumor,
11　which, again, is modeled in that table I showed
12　you. So if we took, you know, the assumption
13　of slow growth, which is 5.3 months, then we
14　absolutely would have expected that he -- you
15　know, he would have had, you know, lesions in
16　the liver at that time.
17　　　So I think that's, once again,
18　consistent with what I'm -- what I'm modeling
19　here.
20　Q.　And so if we go with the slow
21　growth, which would be what you would expect
22　with HCC from someone with NASH, when the
23　radiology report from 4/18/16 was done, he
24　should have nearly a 2-centimeter tumor at that
25　time, right?

Page 413

1　MS. ROSE: Object to the form.
2　THE WITNESS: So look, these are
3　not guaranteed -- guarantees. There's
4　variation in every etiology of liver
5　disease. It's not like every single
6　patient with NASH-related cirrhosis will
7　have a growth rate of 5.3 centimeters.
8　There's inherent variability based on
9　myriad factors.
10　　　So, you know, all this is
11　communicating is that it's more likely
12　than not that he already had
13　hepatocellular carcinoma present in the
14　liver when he was first exposed to NDMA.
15　　　There's going to be variation in
16　what the actual size of the lesions might
17　have been. There's -- and, of course,
18　there's error introduced by the assumption
19　of a sphere.
20　　　So this is not a perfect
21　prediction. But in the plausible ranges
22　of where most patients fit -- and in
23　particular patients with NASH and
24　MASH-related cirrhosis, as you've
25　highlighted, where the tumors grow more

104 (Pages 410 - 413)

Page 414

1  slowly, he's almost guaranteed to have
2  already had hepatocellular carcinoma when
3  he was -- when he was first exposed to
4  NDMA-contaminated Valsartan.
5          MR. VAUGHN:  I pass the witness.
6          MS. ROSE:  Can we take a break just
7  for a second?
8          THE VIDEOGRAPHER:  Off the record,
9  5:49.
10         (Whereupon, a break was taken.)
11         THE VIDEOGRAPHER:  We are back on
12 the record at 6:06.
13         MS. ROSE:  Dr. Mahmud, I want to
14 thank you so much for taking time out of
15 your schedule for this deposition today.
16         I don't have any questions for you
17 at this time, so I think the deposition is
18 concluded.
19         THE WITNESS:  Okay.
20         THE VIDEOGRAPHER:  That concludes
21 today's deposition.  The time is 6:07.
22         (The witness is excused.)
23         (Deposition of Nadim Mahmud, M.D.,
24 concluded at 6:07 p.m. EDT.)
25

Page 415

1          C E R T I F I C A T E
2
3
4          I, SUZANNE J. STOTZ, a Certified
5  Court Reporter, Registered Professional
6  Reporter, Certified Realtime Reporter, and
7  Notary Public in and for the State of New
8  Jersey, do hereby certify that the foregoing is
9  a true and accurate transcript of the
10 stenographic above-captioned matter.
11
12
13  _____
14         SUZANNE J. STOTZ, CCR, RPR, CRR
15            LICENSE NO. 30XI00184500
16
17
18 DATED:  MAY 6, 2025
19
20
21 NOTE:  THE CERTIFICATE APPENDED TO THIS
22 TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23 OF THE SAME BY ANY MEANS, UNLESS UNDER THE
24 DIRECT CONTROL AND/OR DIRECTION OF THE
25 CERTIFYING COURT REPORTER.

105 (Pages 414 - 415)