# EXHIBIT D

Page 1

```
 1           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
 2                 CAMDEN VICINAGE
                      -  -  -
 3
 4   IN RE: VALSARTAN, LOSARTAN,: Honorable Renée
     AND IRBESARTAN PRODUCTS    : Marie Bumb
 5   LIABILITY LITIGATION       : District Court
                                : Judge
 6   THIS DOCUMENT RELATES TO   :
     Gaston Roberts, et al. v.  :
 7   Zhejiang Huahai            :
     Pharmaceutical Co., et al. :
 8   Case No. 1:20-cv-00946-    :
     RMB-SAK                    :
 9
10
                       -  -  -
11
                   MAY 16, 2025
12
                       -  -  -
13
14
15           Remote Videotape Deposition,
16   taken via Zoom, of LEWIS A. CHODOSH,
17   Ph.D., commencing at 8:33 a.m., on the
18   above date, before Amanda
19   Maslynsky-Miller, Certified Realtime
20   Reporter and Court Reporter in and for
21   the State of New Jersey.
22                     -  -  -
23
24
```

Page 2

```
 1  APPEARANCES:
 2
 3
     NIGH GOLDENBERG RASO & VAUGHN, PLLC
 4   BY: DANIEL NIGH, ESQUIRE
     1333 College Parkway
 5   #1049
     Gulf Breeze, Florida 32563
 6   (850) 600-8090
     dnigh@nighgoldenberg.com
 7
     - and -
 8
     BY: BRETT VAUGHN, ESQUIRE
 9   12022 Blue Valley Pkwy
     Suite #1020
10   Overland Park, Kansas 66213
     (913) 800-8518
11   bvaughn@nighgoldenberg.com
12   - and -
13   BY: KATHRYN L. AVILA, ESQUIRE
     14 Ridge Square NW
14   Third Floor
     Washington, D.C. 20016
15   (202) 792-7927
     kavila@nighgoldenberg.com
16   Representing the Plaintiffs
17
18
19
20
21
22
23
24
```

Page 4

```
 1  APPEARANCES: (Continued)
 2
 3      PIETRAGALLO GORDON ALFANO BOSICK &
        RASPANTI, LLP
 4      BY: FRANK H. STOY, IV, ESQUIRE
        One Oxford Centre
 5      301 Grant Street
        38th Floor
 6      Pittsburgh, Pennsylvania 15219
        (412) 263-2000
 7      fhs@pietragallo.com
        Representing Mylan, N.V.
 8
 9
10
11  ALSO PRESENT:
      Phillip Todd, Videographer
12
              - - -
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1  APPEARANCES: (Continued)
 2
 3
     KIRKLAND & ELLIS LLP
 4   BY: ASHER TRANGLE, ESQUIRE
     601 Lexington Avenue
 5   New York, New York 10022
     (212) 446-4800
 6   asher.trangle@kirkland.com
 7   - and -
 8   BY: NINA R. ROSE, ESQUIRE
     1301 Pennsylvania Avenue, N.W.
 9   Washington, D.C. 20004
     (202) 389-5000
10   nina.rose@kirkland.com
     Representing the Defendant,
11   Zhejiang Huahai Pharmaceutical Co., Ltd.
12
13
14
     GREENBERG TRAURIG LLP
15   BY: VICTORIA DAVIS LOCKARD, ESQUIRE
     Terminus 200
16   3333 Piedmont Road NE
     Suite 2500
17   Atlanta, Georgia 30305
     (678) 553-2100
18   lockardv@gtlaw.com
     Representing the Defendants,
19   Teva Pharmaceuticals Industries, Ltd.
20
21
22
23
24
```

Page 5

```
 1          - - -
 2         I N D E X
 3          - - -
 4
     Testimony of:  LEWIS A. CHODOSH, Ph.D.
 5
 6    By Attorney Nigh            8, 238
      By Attorney Trangle         233
 7
 8
 9          - - -
10       E X H I B I T S
11          - - -
12
    NO.      DESCRIPTION           PAGE
13
      No exhibits were marked.
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 - 5)

Page 86

1    ATTORNEY TRANGLE:
2    Objection. Asked and answered.
3        ATTORNEY NIGH: I didn't get
4    an answer.
5        THE WITNESS: So you're
6    asking me with respect to this --
7    with this case?
8  BY ATTORNEY NIGH:
9    Q.   Yes.
10   A.   I did not perform a
11 calculation of tumor volume doubling
12 time, nor would that have been helpful to
13 me in this case.
14       And that's, in my
15 experience, not how tumor volume doubling
16 times are used.
17   Q.   Why would that not have been
18 helpful for you in this case?
19   A.   Because tumor volume
20 doubling times are generally used
21 across -- well, in the clinical
22 setting -- clinical research setting or
23 human studies setting, tumor volume
24 doubling time studies are generally

Page 87

1  studies of multiple individuals with a
2  particular type of cancer at a particular
3  stage that's consistent in attempting to
4  arrive at some kind of estimates, across
5  that population, of what tumor volume
6  doubling time might be.
7        Whereas it's not
8  typically -- not typically something
9  that's done on an individual patient
10 basis. And very commonly it's because
11 there aren't sufficient data to do that
12 in the great majority of oncology cases.
13       Again, nor would it be
14 helpful.
15   Q.   You mentioned that tumor
16 volume doubling time studies are
17 generally studies of multiple individuals
18 with a particular type of cancer at a
19 particular stage that's consistent, and
20 attempting to arrive at some kind of
21 estimates across that population of what
22 tumor volume doubling time might be.
23       Why can that not be useful
24 in applying to an individual?

Page 88

1    ATTORNEY TRANGLE:
2    Objection. Form.
3        THE WITNESS: Because it
4    would not serve a purpose.
5  BY ATTORNEY NIGH:
6    Q.   Why wouldn't it serve a
7  purpose?
8    A.   I -- I cannot think of a
9  clinically relevant reason for a patient
10 to be able to tell them, oh, this is what
11 we think your tumor volume doubling time
12 has been.
13       It's a research metric, it's
14 not a clinical metric, at least for the
15 types of solid tumors that I am thinking
16 of right now.
17   Q.   Doctor, there are varying
18 degrees of aggressiveness of HCC tumor
19 growth, correct?
20   A.   You would -- I would need
21 you to clarify what it is you mean about
22 aggressive.
23       What do you mean by that
24 word? That's a very general word.

Page 89

1    Q.   Doctor, when referring to
2  tumor volume doubling time, have you seen
3  the terminology of aggressiveness?
4        ATTORNEY TRANGLE:
5    Objection. Form.
6        THE WITNESS: So this is --
7    so this is an area, both as a
8    physician, as a cancer researcher,
9    we've certainly thought a lot
10   about it.
11       So the word "aggressive,"
12   particularly as it's used by --
13   well, oncologists, physicians,
14   it's a little bit like
15   progression, in that it can mean
16   all sorts of things to different
17   people.
18       And the notion that it is --
19   that a tumor is either -- it would
20   always have to be with respect to
21   an actual measurable metric. So
22   there's no assay that measures
23   aggressiveness. There's no
24   quantifiable nature of -- of

23 (Pages 86 - 89)

Page 90

1  aggressiveness, just like there
2  isn't of progression.
3      It's, well, what -- what
4  element of tumor biology is it
5  that you're referring to?  And
6  then we can talk about what that
7  scale is.
8      But aggressiveness, per se,
9  is not a -- while oncologists may
10  use that term in certain settings,
11  that's not a -- very difficult to
12  have a meaningful discussion about
13  what that means from a cancer
14  biology perspective, which is, I
15  believe, what you're asking me.
16  BY ATTORNEY NIGH:
17    Q.  Tumor volume growth
18  aggressiveness; is that a better term?
19    A.  Unfortunately --
20  unfortunately not.  I've never -- I've
21  never heard that term.  This is a -- this
22  is a first.
23    Q.  Have you heard of the term
24  that there's a range of tumor volume

Page 91

1  aggressiveness; the more aggressive the
2  tumor, the quicker it doubles in volume
3  compared to a less aggressive tumor
4  growth?
5    A.  Are -- if what you're asking
6  me is, have I ever heard one of the
7  oncologists that I work with or cancer
8  biologists say, tumor volume doubling
9  aggressiveness, no, I never have.
10      I have no recollection of
11  ever hearing a phrase like that.  And
12  it's a -- it's not a phrase that has
13  meaning for me.
14      If you want to talk about
15  specific characteristics of tumors,
16  I'm -- I'm happy to do that.  But I
17  don't -- I don't know what somebody --
18  I've never heard somebody use that phrase
19  nor would I know, if they used it, what
20  they meant by that.  And I would ask them
21  for clarification, just in the same way
22  I'm asking you for clarification.
23    Q.  Doctor, do you believe that
24  some tumors grow quicker in some

Page 92

1  individuals and some tumors -- that same
2  type of tumor can grow slower in some
3  individuals?
4    A.  So I understand that -- that
5  sounds like a simple question.
6      So the accurate answer that
7  I can give you, which is still a
8  simplification, is, ==cancer growth rates==
9  ==are a function of time.  They are not --==
10  ==even in a patient, they are not==
11  ==necessarily constant, and almost==
12  ==certainly are not constant.  So it's a==
13  ==function of time.==
14      ==And cancer -- even the==
15  ==notion of cancer type is fundamentally==
16  ==dependent on our ability to classify and==
17  ==subclassify cancers, because at some==
18  ==level every cancer is different based on==
19  ==the mutations that are present and a==
20  ==number of host features.==
21      If what you're asking is, if
22  you made a point measurement in time for,
23  let's say, the percentage of Ki67
24  positive tumor cells in a tumor at a

Page 93

1  particular point in time as a measure of
2  proliferation rate; if what you're asking
3  me is, might it be the case that two
4  different patients, each of which have a
5  pathological diagnosis of hepatocellular
6  carcinoma, is it possible that the
7  percentage of Ki67 positive cells would
8  be different in those two point
9  estimates, yes, that's -- that's entirely
10  possible.
11      That would be a gradation.
12  It doesn't -- it doesn't necessarily tell
13  me what happens a week after that or what
14  was happening a week before that.  It
15  doesn't tell me about cell death.
16  There's lots of things it doesn't tell
17  me.
18      So of course there's
19  biological variability across populations
20  and across tumors.
21    Q.  Doctor, did you do any
22  research for this case as to the varying
23  factors that would cause a hepatocellular
24  carcinoma to grow more quickly or more