**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE
THE OPINIONS OF DR. FAREEHA SIDDIQUI**

**THIS MATTER** having been brought before the Court by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.'s ("Defendants'") request for an order that excludes the opinions offered by Dr. Fareeha Siddiqui, in the above-captioned case, and for good cause shown;

**IT IS** on this _____ day of _____, 2025 hereby

**ORDERED** as follows:

1.    Defendants' Motion to Exclude the Opinions of Dr. Fareeha Siddiqui is hereby **GRANTED**;

And

2.    Dr. Fareeha Siddiqui's opinions in the above-captioned case are hereby **EXCLUDED**.

1

_____

Honorable Renée Marie Bumb, U.S.D.J.