# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| | Honorable Renée Marie Bumb, Chief Judge |
| This Document Relates to Gaston J. Roberts, Jr., and wife Jan Roberts \| Case No. 1:20-cv-00946-RBK-JS | |

## EXPERT REPORT OF GREGORY DIETTE, MD, MHS

### I.  SCOPE OF REPORT

I was retained by Zhejiang Huahai Pharmaceutical Co. to review the epidemiological literature regarding the hypothesized connection between allegedly NDMA-contaminated valsartan and the development of liver cancer. It is my opinion, to a reasonable degree of scientific certainty, that the science does not support a liver cancer risk from exposure to valsartan products, even if those products contain trace amounts of NDMA.

### II.  MY QUALIFICATIONS

I am a professor of medicine at the Johns Hopkins University School of Medicine. I hold joint appointments in the Departments of Environmental Health Sciences and Epidemiology in the Johns Hopkins Bloomberg School of Public Health.

I received my M.D. from the Temple University School of Medicine. I completed my residency at the Hospital of the University of Pennsylvania and performed a fellowship in pulmonary and critical care medicine at Johns Hopkins. I received my M.H.S. in Epidemiology and Clinical Epidemiology from the Johns Hopkins Bloomberg School of Public Health. Currently, I am an attending physician at the Johns Hopkins Hospital and the Johns Hopkins Bayview Medical Center, practicing both inpatient and outpatient care.

My areas of clinical expertise include internal medicine, pulmonary medicine, and critical care medicine. My areas of research include environmental impacts on lung disease and epidemiology of chronic diseases. I have published more than 200 studies in peer-reviewed

journals on a variety of medical and scientific subjects, including the epidemiological study of disease causation, disease risk factors and gene expression, as well as the health effects of environmental pollutants. In addition, I am a peer reviewer for a number of journals. I have also repeatedly lectured and instructed on advanced research methods in epidemiology.

I currently hold multiple positions related to teaching and clinical research. I am an attending physician at Johns Hopkins and a member of the American Thoracic Society, where I served on the Board of Directors and have participated in a number of its teaching programs, including the Methods in Epidemiologic, Clinical and Operations Research program. I also previously served as the Director of Clinical Research in the Division of Pulmonary and Critical Care Medicine for almost 14 years.

Additional information pertaining to my background and qualifications can be ascertained from my curriculum vitae, which is attached to this report as Exhibit A, together with other required disclosures attached as Exhibit B. I am being compensated at a rate of $600 per hour for my work on this case and $775 per hour for testimony.

## III.    <u>SUMMARY OF OPINIONS</u>

- The body of relevant epidemiological evidence does not support a causal connection between the use of NDMA-contaminated valsartan and liver cancer.

  - There are only a small number of studies that have examined NDMA-contaminated valsartan use and the development of liver cancer.

  - The highest association reported is an ever-exposed odds ratio of 1.16, which is not considered strong by the scientific community and was explicitly deemed "slight" or "small" by the study authors themselves.

  - Because the reported associations are weak and arise from studies using pharmaco-epidemiology designs, well-known limitations indicate that the purported association may be attributed to factors such as confounding, bias, or chance.

- Evidence of a dose-response relationship is lacking. Studies on NDMA-contaminated valsartan use uniformly found no evidence of a dose-response relationship between NDMA-contaminated medications and liver cancer. Multiple studies noted that increased dosages of valsartan led to *decreased* risk of liver cancer. This strongly weighs against causation.

- Temporality problems cast further doubt on any causal association in this case. While the relevant studies are structured to measure exposure that occurred before the outcome of cancer is reported, the epidemiological evidence does not allow for sufficient lag time **between** the relevant exposure and liver cancer outcome. It is not enough to merely measure exposure before the outcome because it takes years for liver cancer to develop after a possible exposure.

- The analogy consideration cannot be satisfied because the analogous counterpart—the NDMA-contaminated ranitidine epidemiology—has not demonstrated that ranitidine increases the risk of (much less could cause) liver cancer.

2

- There are simply not enough published studies to properly evaluate consistency.

- Dr. William Sawyer, an expert for the plaintiffs, produced a report that contains multiple methodological problems that betray a fundamental misunderstanding of epidemiology. While I do not address each and every one of the problems that I identified in his report, I offer a brief response to his more egregious errors below, after detailing my own opinions on the causal questions at issue in this case.

## IV.    APPROACH

### A.    Bradford Hill Framework

Epidemiologists and other scientists are often tasked with determining whether or not an exposure can cause an illness or condition. After an association has been demonstrated, certain considerations articulated by Austin Bradford Hill in a lecture in 1965 are often employed. These Bradford Hill considerations are considered the gold standard for assessing causation based on observed associations. The nine considerations are: consistency, strength of association, specificity, dose-response relationship, temporality, biologic plausibility, coherence of the association, analogy, and experimentation.[1] In applying these considerations, an epidemiologist should consider all available evidence, which can be assessed and graded according to its sufficiency (or lack thereof) to establish a causal link. Evidence typically comes from research studies that involve humans, but it can also include well-designed studies of animals or in vitro systems (toxicological and experimental) to provide supportive evidence, especially for biological plausibility.

Another useful factor for assessing causation is consideration of non-causal explanations for the results of individual studies.[2] As explained further below, these other explanations can come from confounding and/or chance. As an example, consider a study that examines whether or not coffee drinking causes lung cancer. Historically, tobacco smokers have also been frequent coffee drinkers. Looking at the association of coffee drinking and lung cancer, one would find that coffee drinking was more common in those with, than without, lung cancer. One might assume from the association that coffee causes lung cancer (it does not). In this case, though, cigarette smoking is the true cause of lung cancer. A positive association between coffee drinking and lung cancer would be confounded by tobacco smoking because tobacco use is more common in coffee drinkers and tobacco is the true cause of lung cancer. But confounding factors are not always identifiable, even after extended study, and these and other factors can consistently drive statistical associations that are not causal in nature. Such limitations can be quite important, as they can lead to risk estimates that are falsely higher or lower than the actual risk, and they can even lead to the conclusion that an exposure causes a disease when it does not (and vice versa).

---

[1]    Hill AB. The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine.* 1965;58(5):295-300 ("Hill 1965").

[2]    Elwood JM. "The diagnosis of causation." Chapter 8 in *Causal Relationships in Medicine: A Practical System for Critical Appraisal.* (New York, NY: Oxford University Press, 1988). 163-182.

### B.  Methodology

I was asked to assess whether the use of valsartan medication that was allegedly contaminated with trace amounts of NDMA causes liver cancer. Based on my extensive qualifications and experience, review of the available studies and data, and assessment of the Bradford Hill factors, I conclude that the observations and evidence to date are insufficient to find a causal relationship between valsartan use (even assuming contamination of trace amounts of NDMA) and liver cancer.

My opinions are based on a review of the epidemiology literature relevant to the evaluation of the association between NDMA-contaminated valsartan use and liver cancer. Because the accuracy of the findings of observational epidemiologic studies can be influenced by bias and confounders, I carefully considered whether there was any indication that these sorts of errors affected the results. I also assessed the various strengths and additional limitations of each study considered in this body of evidence in reaching my opinions.

In evaluating the epidemiologic data and other scientific evidence under the Bradford Hill framework, I primarily focus on whether the considerations of strength of association, consistency of the association, biologic gradient (or dose-response), analogy and biological plausibility have been met. It is not essential to address every factor under the Bradford Hill framework, particularly when the key considerations are not satisfied.

## V.    GENERAL EPIDEMIOLOGICAL PRINCIPLES

### A.  Study Designs

The purpose of epidemiologic studies is to investigate associations between exposures and outcomes. Epidemiologists can analyze the exposure/outcome relationship by intervening (experimental studies, such as clinical trials) or observing (observational studies). The different types of epidemiologic studies each have their own strengths and weaknesses. However, epidemiologists generally recognize that there is a hierarchy of evidence with respect to human studies. Clinical trials are often considered the strongest type of evidence, followed by observational studies (cohort and case-control). The lowest quality of evidence comes from case reports, case series and descriptive studies.

An experimental study involves a researcher controlling the exposure. In a clinical trial, participants are assigned (often randomly) to an exposure or control group, and the groups are compared to understand the effect of the exposure on the outcome. For ethical reasons, many exposures cannot be tested in human populations by means of a clinical trial.

The two most-used observational studies are cohort studies and case-control studies. Prospective cohort studies consist of identifying a large group of healthy individuals who differ in the key areas being observed and following them forward in time. Based on the data collected, it is determined how the factors of interest—e.g., exposure to NDMA-contaminated valsartan—are associated with a certain outcome or disease. Cohort studies are widely regarded as more reliable than retrospective case-control studies because they are not susceptible to recall bias. Recall bias is the propensity of study subjects with the disease that is being studied to report their

4

exposure to the agent at issue inaccurately, a phenomenon that can generate inflated risk estimates. In case-control studies, individuals with the disease of interest (cases) and those without the disease of interest (controls) are first identified. These two groups are then compared to assess any differences between them regarding a specified exposure.

Case reports, case series and descriptive studies are all individual-level documentations of patients or events. While these types of studies can be helpful tools in generating hypotheses (that can later be tested in experimental or observational studies), they cannot establish causal associations between exposure and outcome because they lack a comparison group.

## B. **Statistical Principles**

In the studies discussed in this report, risk is reported in various ways—as a relative risk ("RR"), odds ratio ("OR"), or hazard ratio ("HR")—typically with a confidence interval ("CI"). A relative risk "of an event is the likelihood of its occurrence after exposure to a risk variable as compared with the likelihood of its occurrence in a control or reference group."[3] An odds ratio is "a comparison of the odds of an event after exposure to a risk factor with the odds of that event in a control or reference situation."[4] A hazard ratio is a type of relative risk that measures "how often a particular event happens in one group compared to how often it happens in another group, over time."[5] In each case, the risk is expressed as a number for which 1 is the denominator. For example, a relative risk of 1.3 would mean that the outcome of interest occurred 1.3 times as often in the exposed group as compared to the control group—a 30% greater incidence. A relative risk of 1.0 would mean there was no difference, or the relationship was null. And a relative risk below 1.0 indicates that the risk of the outcome of interest is lower in the exposed group than for the unexposed group, or that the exposure may have had a protective effect on the outcome. It is important to recognize that a relative risk is not the same as attributable risk; it tells us nothing about how much to attribute the occurrence of a disease in an individual to a given factor, nor what proportion of a disease's population incidence is explained by the risk factor.

In each case, a confidence interval can be calculated to determine statistical significance—in essence, whether the difference between the exposed and unexposed groups is likely to persist if the same study were repeated. When a confidence interval contains 1.0, the result is deemed not to be statistically significant because the possibility that there is no real association is within the expected range of results. It is typical to calculate a 95% confidence interval, expressed in this report as "95% CI," meaning that if the study were repeated, the results would be expected to fall within the confidence interval 95% of the time.

---

[3]      Andrade C. Understanding Relative Risk, Odds Ratio, and Related Terms. *The Journal of Clinical Psychiatry.* 2015;76(7):e857-861.

[4]      *Id.*

[5]      National Cancer Inst., NCI Dictionary of Cancer Terms, "hazard ratio," https://www.cancer.gov/publications/dictionaries/cancer-terms/def/hazard-ratio.

## VI.    BACKGROUND ON CANCER

A brief explanation of the nature of cancer and how it develops is essential background knowledge to interpret and guide any epidemiological assessment of an exposure and cancer.

Cancers, including liver cancer, are diseases that result from the accumulation of multiple genetic mutations. These genetic mutations can occur as a result of either endogenous or exogenous factors. Endogenous factors are those that occur within the body, and these include mutations that are inherited or that develop as the result of natural biologic processes. In contrast, exogenous factors are those that occur outside the body. Examples of exogenous factors that can cause mutations include UV radiation (e.g., from sunlight) and tobacco smoke.

It is now known that the "lion's share of the background rates of human cancers that seem to be formed spontaneously appear to result from the actions of *endogenous* carcinogenic processes."[6] These endogenous carcinogenic processes occur from errors in DNA replication, accidents during cell division, or endogenous mutagenic agents like by-products of metabolism.[7] Studies have even shown that "endogenous biochemical processes usually make far greater contributions to genome mutation than do exogenous mutagens."[8] For instance, endogenous events such as "damage from oxidation, depurination, deamination, and methylation, which together may alter as many as 100,000 bases per cell genome each day, greatly exceeds the amount of damage created by exogenous mutagenic agents in almost all tissues."[9]

This is also the case for the mutagenic potential from cell replication. Cell replication rates are astonishingly high with an estimated 80 billion new cells in our bodies every hour.[10] Recent investigations have helped clinicians and scientists quantify how much cancer risk comes from such errors in cell replication. In a 2015 study, Tomasetti and Vogelstein estimated that about one-third of the variation in cancer risk was attributable to environmental factors and inherited mutations combined, whereas the remaining two-thirds was attributable to random mutations arising during replication in normal, non-cancerous stem cells.[11] In a follow-up study, Tomasetti et al. used data from 69 countries (4.8 billion people, or 2/3 of the world population) and again identified a very high correlation between the lifetime risk of multiple cancers and each tissue's lifetime number of stem cell divisions.[12] The study reported that fully 66% of driver gene mutations that can lead to any cancer were attributable to replication errors, and, 73.8% of

---

[6]    Weinberg, R.A. (2023). Multi-Step Tumorigenesis [Print]. In The Biology of Cancer (3rd ed., p. 418). W. W. Norton & Company.

[7]    *Id.*

[8]    Weinberg, R.A. (2023). Shaping and characterization of cancer genome [Print]. In The Biology of Cancer (3rd ed., p. 491). W. W. Norton & Company.

[9]    *Id.* at 494.

[10]    *Id.* at 479.

[11]    Tomasetti C, Vogelstein B. "Variation in Cancer Risk Among Tissues Can Be Explained by the Number of Stem Cell Divisions." *Science.* 2015;347(6217):78-81.

[12]    Tomasetti C, Li L, Vogelstein B. "Stem Cell Divisions, Somatic Mutations, Cancer Etiology, and Cancer Prevention." *Science.* 2017;355(6331):1330-1334.

driver gene mutations that can lead to liver cancer were estimated to be attributable replication errors.

In sum, it is clear from these studies that replication errors and endogenous factors more generally play an important role in contributing to rates of cancers, even in cancers with historical links to suspected environmental causes.

## VII.    REVIEW OF THE EPIDEMIOLOGICAL DATA

In forming my opinions, I employed search tools, including Medline and Google Scholar, to identify studies that examined the potential association between NDMA-contaminated valsartan use and liver cancer. My reliance list, which is attached to this report as Exhibit C, is comprised of all studies located and assessed specifically for this case. I identified and reviewed three peer-reviewed studies and one manuscript that pertain specifically to NDMA-contaminated valsartan use and cancer and 12 studies that pertain to NDMA-contaminated ranitidine and cancer.

### A.   NDMA-Contaminated Valsartan Epidemiological Studies

Although I identified four studies that specifically addressed NDMA-contaminated valsartan, I gave comparatively less weight to one, Lee 2024, as it has yet to be published. Of the four studies that evaluated the risk of cancer (and site-specific cancers, such as liver cancer) from the use of NDMA-contaminated valsartan, *none* concluded that NDMA-contaminated valsartan use causes cancer. None of the four studies identified any evidence of a dose-response relationship between NDMA-contaminated valsartan and cancer, with two of the studies (Pottegard 2018 and Mansouri 2022) identifying an inverse relationship between increased use and risk of cancer.

While two studies identified a "slight" or "small" increase in the risk of liver cancer with valsartan use (Gomm 2021 and Mansouri 2022), these studies contained notable limitations and inconsistencies that call into question the import of those findings. For example, Gomm 2021 detected "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan," but the 3-year long-term use data showed no statistically significant association with liver cancer. In Mansouri 2022, the authors noted "a slight increased risk of liver cancer . . . in patients exposed to NDMA in regularly taken medications," but the results also suggested that there was a protective effect from NDMA-contaminated valsartan use and liver cancer in women and the entire risk was confined to the poorest 20%. In contrast to those two studies, the data from Lee 2024 show no significant association between NDMA-contaminated valsartan and risk of liver cancer, and the Pottegard 2018 study reported no cases of liver cancer. The small hazard ratios reported in the two studies (Gomm 2021 and Mansouri 2022) are likely attributable to recognized but unaccounted-for confounding, misclassification biases, and limitations arising from the use of pharmaceutical datasets.

Summaries of the three published NDMA-contaminated valsartan studies are included in the table below, and a more detailed assessment of each study follows.

| Study | HR - All Cancer | HR - Liver Cancer | Dose-Response | Conclusion |
|-------|-----------------|-------------------|---------------|------------|
| Pottegard 2018 | HR 1.09 (CI 95%: 0.85-1.41) | No liver cancer reported | "no evidence of a dose-response relation" | "findings suggest that the levels of NDMA exposure achieved through valsartan products do not translate into a substantially increased short-term cancer risk" |
| Gomm 2021 | HR 1.00 (95% CI: 0.98-1.02) | HR 1.16 (95% CI: 1.03-1.31) | "[h]igher exposure to potentially NDMA-contaminated valsartan . . . had no effect on the overall cancer rate" | "[c]ausality cannot be inferred" |
| Mansouri 2022 | HR 0.99 (95% CI: 0.98-1.0) | HR 1.12 (95% CI: 1.04-1.22) | "no evidence of a dose-response relationship" | "[m]ore research is needed to gain further evidence and to understand more deeply the relationship between NDMA exposure and the risks of liver cancer" |

**Pottegard 2018**[13] is a Danish cohort study that examined 5,150 patients who used valsartan from 2012 to 2017 for a median of 4.6 years. The data for the study came exclusively from administrative databases without clinical evaluation of any patients. In addition, patients were not interviewed or asked to complete surveys about their background, health, or social determinants of health (such as diet or smoking). There was no assessment of patients' adherence to the use of medications, including valsartan. There were no physical examinations of patients and no examination of laboratory results, imaging, or histological findings from biopsies. Exposure data was ascertained using unique drug IDs recorded in a national prescription registry that allowed the authors to identify valsartan drug products made with an active pharmaceutical ingredient from ZHP from 2012 to 2018.

The study authors reported no statistically significant elevated overall risk of cancer (HR 1.09 (CI 95%: 0.85-1.41)) from the use of potentially NDMA-contaminated valsartan compared with exposure to valsartan products unlikely to have been contaminated. In addition, no liver cancers occurred in individuals exposed to NDMA-containing valsartan products.[14] The authors also observed "no evidence of a dose-response relation" between valsartan use and development of cancer because the highest cumulative exposure to NDMA had a lower hazard ratio (HR 1.14 (95% CI: 0.84-1.54)) than the lowest cumulative exposure to NDMA (HR 1.26 (95% CI: 0.92-1.72)).[15]

When discussing the concept of a potential biological rationale in the study, the authors discussed findings of tumors in experimental animal studies. The authors commented that "even

---

[13]    Pottegard, Anton, et al., Use of N-nitrosodimethylamine (NDMA) Contaminated Valsartan Products and Risk of Cancer: Danish Nationwide Cohort Study. *BMJ.* 2018; 362:1-7.

[14]    *Id.* at 6.

[15]    *Id.* at 1, 5 tbl 2.

though it is not possible to extrapolate directly from animals to humans, the daily exposure to humans is thus roughly 30 times lower than the lowest dose leading to liver cancer in rats." In sum, Pottegard 2018 concluded that its "findings suggest that the levels of NDMA exposure achieved through valsartan products do not translate into a substantially increased short-term cancer risk."[16] The authors further concluded: "no estimates could be obtained for liver cancer in our study owing to the absence of liver cancer events among those exposed to NDMA. A markedly increased risk of liver cancer associated with NDMA exposure thus seems unlikely."

The authors noted that principal limitations of the study include its limited follow-up and assumptions regarding NDMA content (inability to precisely identify NDMA content in specific dispensed prescriptions).[17] However, the authors stated that "[r]eassuringly, our sensitivity analysis disregarding less certain sources of NDMA returned estimates comparable to those of the main analysis." They also stated that future studies should utilize data on NDMA content in individual valsartan tablets once such information becomes available.

In my opinion, there are a number of other methodological issues that became apparent when examining this study. Importantly, a very limited set of covariates (including potential confounders) was included that appears to have been drawn from administrative codes used by hospitals and insurers. However, this approach to covariate information missed many cancer risk factors. For example, while viral hepatitis is arguably the most important risk for liver cancer, there was no assessment of this potent risk factor in the study. Further, the covariates included were not clearly valid to account for cancer risks. For example, one covariate used was "chronic obstructive pulmonary disease" or COPD, which is likely serving as a proxy for cigarette smoking. But there are significant limitations with using COPD as a proxy because most tobacco users do not develop COPD and not all COPD is caused by tobacco smoking. Thus, if the administrative diagnosis code for COPD is expected to accurately discriminate smokers from non-smokers, this approach is clearly flawed.

**Gomm 2021**[18] is a cohort study that explores the association between NDMA-contaminated valsartan and the risk of cancers using data obtained from a German health insurance provider. A total of 780,871 individuals over 40 years old who filled a prescription for valsartan from 2012 to 2017 were included in the study, with 409,183 patients deemed as exposed to NDMA-containing valsartan. Like Pottegard 2018, the data for the study came exclusively from administrative databases. Also like Pottegard 2018, there were no clinical assessments performed on patients, and patients did not fill out surveys regarding their background or health conditions. Because the investigators could not determine with certainty whether or not the valsartan drug products were contaminated with NDMA, they classified products into those "possibly" or those "probably" contaminated with NDMA.

---

[16]    *Id.* at 6.

[17]    *Id.* at 5-6.

[18]    Gomm, Willy, et al., N-Nitrosodimethylamine- Contaminated Valsartan and the Risk of Cancer. *Medicine*. 2021; 118:357-62 ("Gomm 2021").

Exposure to potentially NDMA-contaminated valsartan was not associated with an increased risk of incident cancer (HR 1.00 (95% CI: 0.98-1.02)).[19] There was also no dose-response relationship identified, with the authors noting that "[h]igher exposure to potentially NDMA-contaminated valsartan, based on defined daily doses (DDDs), had no effect on the overall cancer rate" and "[l]ong-term use showed no association with the change in overall cancer rate."[20]

Although the study authors detected "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan" (HR 1.16 (95% CI: 1.03-1.31)), the 3-year long-term use data showed no statistically significant association with liver cancer (HR 1.22 (95% CI: 0.80-1.89)).[21] The data also showed no dose-response relationship with liver cancer specifically.[22] The authors stated that "[n]o inferential statistical analyses were available on the association between human NDMA exposure and liver cancer." For these reasons, the authors cautioned that "the present study can only state the existence of a statistical association" and "[c]ausality cannot be inferred" from the study's results.[23]

The study authors also described several limitations to their study, including the inability to rule out residual confounding and lack of information on exact NDMA content of individual valsartan tablets. However, like Pottegard 2018, the authors stated that "sensitivity analyses with varying degrees of possible or probable NDMA contamination yielded results comparable to those of the main analysis." Also like Pottegard 2018, a very limited set of covariates (including potential confounders) was included. Specifically, because the data were based on routine health insurance data, there was no way to ascertain and adjust for other risk factors for cancer, including smoking habits, nutritional habits, and genetic predisposition.[24]

There are multiple additional issues with this study that merit further consideration. First, the authors did not correct for multiple testing, which increased the risk that statistically significant findings were simply owing to chance.[25] When testing multiple endpoints, like 10 different kinds of cancer, the possibility of finding a false positive due to chance alone increases. To offset this problem, scientists usually adjust their statistical models or reduce their p-values to a lower threshold for significance. That was not done in this study.

Second, the authors' classification of liver cancer makes the interpretation of these results more difficult. While there are multiple forms of liver cancer, the most common is called

---

[19]    *Id.* at 358.

[20]    *Id.*

[21]    *Id*.

[22]    *Id.* ("no dose-dependent effect on the risk of liver cancer was found for higher exposure to potentially NDMA-contaminated valsartan"); *see also id.* at 360 tbl 2 (noting a HR of 1.15 for the lowest category of dose and HR of 1.13 for the highest category of dose among individuals diagnosed with liver cancer).

[23]    *Id.* at 360.

[24]    *Id.* at 359.

[25]    Under hypothesis testing, assuming a p value of 0.05, it is expected that, on average, 1 of every 20 comparisons will yield a false positive result, that is a result that shows an elevated risk, when no true risk exists.

hepatocellular carcinoma ("HCC"). However, the Gomm study (like others discussed here) used the ICD's administrative code C22 to identify cases of liver cancer, which includes many other forms of liver cancer that each have their own specific risk factors. For example, the tumors collected under C22 include liver cell carcinoma, intrahepatic bile duct carcinoma, hepatoblastoma, angiosarcoma of the liver, and many others. While HCC has risk factors that include viral hepatitis and alcohol use, known causes of liver angiosarcoma include vinyl chloride, thorium dioxide, androgenic steroid use, chronic arsenic ingestion, and radium. Similarly, hepatoblastoma is a rare tumor that mostly affects children and also results from quite distinct risk factors like Aicardi syndrome, Beckwith-Wiedemann syndrome, familial adenomatous polyposis, glycogen storage disease, premature birth, and certain genetic changes.[26] Therefore, using a broad ICD 10 code, such as C22, distorts the association between a putative exposure and liver cancer, as the code for liver cancer does not refer to a single, specific disease.

**Mansouri 2022**[27] "aimed to assess the association between exposure to valsartan products contaminated with NDMA and the risk of cancer" by examining data from the Système National des Données de Santé, a national database that includes all French residents' health-related expenses. A total of 1.4 million residents were included in the study, with 986,126 patients considered exposed to NDMA-contaminated valsartan. Because of potential uncertainty as to whether study participants had truly received contaminated valsartan, the authors created a model to separate individuals into users of "probably" or "possibly" contaminated valsartan. Like the other studies in this body of literature, the data come from administrative databases without clinical evaluation or detailed patient survey information. The same limitations regarding the weak and limited approach to covariates apply with equal force here.

The Mansouri 2022 authors concluded that "[t]he use of the NDMA-contaminated valsartan did not increase the overall risk of cancer" (HR 0.99 (95% CI: 0.98-1.0)).[28] The findings further "suggest[ed] a slight increased risk of liver cancer . . . in patients exposed to NDMA in regularly taken medications" (HR 1.12 (95% CI: 1.04-1.22)).[29] But the results also suggested that there was a protective effect from NDMA-contaminated valsartan use and liver cancer in women (HR 0.90 (95% CI: 0.75-1.07)), and the entire risk is confined to the poorest 20% (social deprivation index quartile 5), with the remaining social deprivation indexes demonstrating non-statistically significant figures.[30] The study authors "found no evidence of a dose–response relationship between the daily dose of valsartan and the risk of any cancer by location" and for liver cancer specifically, the hazard ratios were higher in patients with lower

---

[26]    National Institute of Health, Disease Information, "Hepatoblastoma,"
https://rarediseases.info.nih.gov/diseases/2657/hepatoblastoma.

[27]    Mansouri, Imene, et al. N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A
Nationwide Study of 1.4 Million Valsartan Users. *J. of the Am. Heart Ass'n*. 2022; 11:1-13.

[28]    *Id*. at 1.

[29]    *Id.*

[30]    *Id.* at 10 fig. 3.

doses.[31] This inverse dose-response result is inconsistent with NDMA-contaminated valsartan having a causal relationship with liver cancer risk.

Study limitations included the inability to rule out residual confounding, the use of "proxies to measure smoking behaviors, alcohol abuse, and morbid obesity" in the study population and the inability to ascertain "the number of valsartan packages sold containing impurities to evaluate the extent of nitrosamine contamination."[32] The Mansouri 2022 authors concluded that "[m]ore research is needed to gain further evidence and to understand more deeply the relationship between NDMA exposure and the risks of liver cancer" and "to establish clinically relevant causality."[33]

One of the most notable findings from this study is the confinement of observed risk to those with the least favorable "social deprivation score." According to the World Health Organization ("WHO"), "[t]he social determinants of health (SDH) are the non-medical factors that influence health outcomes. They are the conditions in which people are born, grow, work, live, and age, and the wider set of forces and systems shaping the conditions of daily life."[34] The WHO notes "that the social determinants can be more important than health care or lifestyle choices in influencing health."[35] The importance of socioeconomic and other effects on liver cancer risk has been demonstrated. In a study by Chang et. al.[36] the investigators found that lower socioeconomic status ("SES") had a clear effect on liver cancer risk, with, for example, 24% higher liver cancer rates in Hispanic women and 21% higher rates in Asian men living in lower SES vs higher SES neighborhoods. The authors considered that their findings were "likely explained by differences in known and unknown environmental and behavioral (as opposed to genetic) risk factors for liver cancer." Given these findings, it is clear that potent and complex influences on health outcomes were not accounted for in the Mansouri 2022 study.

**Lee 2024**[37] utilized data from the National Health Insurance Service of South Korea ("NHIS") to assess cancer risk from use of valsartan with NDMA by focusing on 3,231,212 participants who received at least one tablet of valsartan from January 1, 2013 through December 31, 2020. Notably, the study results have only been published as a conference abstract and cannot be found in a peer-reviewed journal (there is a non-peer-reviewed preprint available that

---

[31]     *Id.* at 9 (HR 1.14 (95% CI: 1.02-1.27) in patients treated with 80 mg/day or less and 0.99 (95% CI: 0.71-1.37) in patients treated with more than 160mg/day).

[32]     *Id.* at 11.

[33]     *Id.* at 2, 12.

[34]     World Health Organization, Health Topics, "Social determinants of health," https://www.who.int/health-topics/social-determinants-of-health#tab=tab_1.

[35]     *Id.*

[36]     Chang, Ellen, et al., Disparities in liver cancer incidence by nativity, acculturation, and socioeconomic status in California Hispanics and Asians. *Cancer Epidemiol Biomarkers Prev.* 2010 Dec;19(12):3106-18.

[37]     Lee, Hae-Young, et al.., The Medical Impact of Emergent Banning of N-Nitrosodiumethylamine (NDMA)-Contaminated Antihypertensive Drug: A Nationwide Longitudinal Cohort Study. *J. of Hypertension.* 2024.

provides additional information).[38] Accordingly, I gave less weight to this study report as compared to the other evidence in the literature.

The authors conducted a multitude of analyses, including with and without various propensity matching (a methodological tool intended to reduce bias) as well as analyses that varied the lag time between the exposure and the report of cancer (6 months, 1 year and 2 years). In general, the authors examined three categories of participants. First, the authors looked at those unexposed and exposed to NDMA-contaminated valsartan. Second, the authors also had the unusual opportunity to examine people who were initially thought to be exposed to NDMA-contaminated valsartan but did not actually receive valsartan that was contaminated with NDMA.

The authors determined that valsartan users exposed to NDMA had an increased risk for any cancer versus the NDMA-unexposed population (HR 1.142 (95% CI: 1.1-1.186)).[39] However, the study found no significantly increased risk of liver cancer overall in the NDMA-exposed group as compared to NDMA-unexposed group in any of the different adjusted models (before propensity matching or using either of the two propensity matching methods). In fact, when examining risk of liver cancer before propensity matching, the risk of NDMA-exposed persons was significantly protective (HR 0.954 (95% CI: 0.927-0.981)). Using a 1:1:1 propensity matching model, the authors found no significant increase in liver cancer risk for the NDMA-exposed with a two-year lag time period (HR 1.093 (95% CI: 0.989-1.208)) but did find a significantly elevated risk for those in the eventually non-exposed group compared to the unexposed group (HR 1.205 (95%CI: .086-1.337)), which is inconsistent with a causal relationship between NDMA in valsartan and liver cancer. In general, the authors reported multiple instances where the risk for the eventually non-exposed group was higher than that of the exposed group, which is a key finding of the study. In terms of dose-response, the authors also noted that only three organ-specific cancers (lung, prostate, and uterine cancers) demonstrated evidence of a dose-response relationship.[40]

The Lee 2024 study authors described several limitations to their study, including the existence of "confounding factors, which makes it difficult to draw a definitive conclusion beyond hypothesis generation."[41] The authors also recognized that their lack of significant findings on liver cancer was inconsistent with the result reported in Mansouri 2022.[42]

As I noted discussing Gomm 2021, all of the studies discussed above examined multiple endpoints, with most associations found to be null or very small in a few site-specific cancers. Because few of these studies adjusted for the fact that they simultaneously tested multiple

---

[38]    Ahn, Juhee, et al., The Medical Impact of Emergent Banning of N-nitrosodimethylamine (NDMA) Dontaminated Antihypertensive Drug: A Nationwide Longitudinal Cohort Study. https://www.medrxiv.org/content/10.1101/2023.11.01.23297897v1.

[39]    *Id*. at 27 fig. 2.

[40]    *Id.* at 11.

[41]    *Id.* at 16-17.

[42]    *Id.* at 15.

hypotheses, the possibility of false positives due to chance is increased.[43] This is evident in the various inconsistencies among the studies. For example, association with uterine cancer was found only in Pottegard,[44] melanoma only in Mansouri,[45] and prostate cancer only in Lee.[46] Such findings are not unexpected when running multiple statistical comparisons.

### Consideration of Jeon 2022

In addition to the above studies, I also considered the Jeon study[47] as it was a study of ARBs, and the authors discussed the issue of possible NDMA-contaminated valsartan. As discussed below, however, this study does not allow examination of the question of cancer risk and NDMA-contaminated valsartan. Jeon 2022 is a retrospective cohort study that utilized data from 2002 to 2015 gathered from South Korea's National Health Insurance database. The study included 153,045 valsartan users and examined potential associations between use of valsartan and risk for cancers. No increased risk of overall cancer was observed in valsartan users as compared to other medications in the same category (angiotensin II receptor blocker users) (HR 1.00 (95 % CI: 0.98–1.02)).[48] The study authors noted "a slightly elevated risk of liver" cancer with valsartan use (HR 1.09 (95 % CI: 1.01–1.16)) in a secondary analysis, but the authors explicitly noted that "the incidence rate" was "quite small" and "very low."

An inverse dose-response relationship between valsartan use and cancer was also observed—"the risk of cancer was [] higher in the lowest cumulative dose group (<22,400mg) (adjusted HR, 1.06; 95 % CI,1.04–1.09), while the risk was the lowest in the highest cumulative dose group (≥103,200 mg) (adjusted HR, 0.61; 95 % CI, 0.58–0.65)"[49]—which "may indicate some potential protective effects against cancer by the long-term use of valsartan as compared to other ARBs."[50] This inverse dose-response (less risk with higher doses and longer duration) is the opposite of what would be expected if valsartan use actually caused liver cancer, and is strong evidence against the very small HR reflecting a true causal relationship. The study concluded that despite the finding of a small association with liver cancer, "[t]he results of this study support the safety of valsartan and suggest that physicians should not hesitate to choose this medication among ARBs."[51]

---

[43]    Under hypothesis testing, assuming a p value of 0.05, it is expected that, on average, 1 of every 20 comparisons will yield a false positive result—i.e., a result that shows an elevated risk when no true risk exists.

[44]    Pottegard 2018.

[45]    Mansouri 2022.

[46]    Lee 2024.

[47]    Jeon, Ha-Lim, et al., Cancer Risk Associated with the Use of Valsartan in Korea: A Nationwide Cohort Study. *Cancer Epidemiology*. 2022; 80:1-6.

[48]    *Id.* at 1 ("Compared with other ARBs, valsartan did not increase the risk of overall cancer.").

[49]    *Id.* at 2 ("No increased risk was identified based on duration of exposure and cumulative dose[.]").

[50]    *Id.* at 3-4.

[51]    *Id.*

The study authors noted a number of study limitations, including (1) the inability to identify lifestyle factors, such as physical activity, smoking practices, or nutritional habits; (2) the inability to account for patient adherence to medication; (3) the inability to adjust for potential confounders, including previous viral infections; and (4) the inability to sort NDMA-contaminated products from the general pool of prescribed valsartan, as there was no information on medical product names in the NHHS database.[52] This last issue is a particularly notable limitation if one is considering whether or not NDMA-contaminated valsartan influences the risk of cancers, including liver cancer, as there is no ability to discern which, if any, subjects, with or without cancer, ingested NDMA-contaminated valsartan. Making this issue even more problematic was the inclusion of subjects prescribed valsartan over a ten-year period (January 1, 2006 to December 31, 2015); valsartan was only contaminated with NDMA during four of those ten years.[53] Thus, it is impossible to dissect any relationship of NDMA-contaminated valsartan from this study.

Like the other studies in this body of literature, Jeon et al. used a flawed strategy of surrogate indicators for known risks of liver cancer. For example, the use of certain codes for alcohol-related diseases is not an appropriate proxy for alcohol use and will miss all of the many people who consume alcohol and do not have (or have not yet developed) these diseases. Further, while a disease such as cirrhosis of the liver can come from alcohol use, there are a multitude of other causes of cirrhosis that may not be captured, but that contribute to risk for liver disease. Likewise, accounting for use of nicotine replacement therapy (NRT) is not adequate to account for smoking. At any given time, most current smokers are not trying quit smoking (let alone by use of NRT).[54] And NRT is available over the counter and provided free through public health sources, so ascertainment via pharmacy dispensation records is clearly inadequate.

## B.  Additional Literature On NDMA-Contaminated Valsartan Use

Apart from the primary data studies, there are two additional articles that sought to identify reporting trends associated with valsartan (Al-Kindi 2019) and to assess the duration of use of NDMA-contaminated valsartan products (Eworuke 2024).

Using the Food and Drug Administration Adverse Events Reporting System ("FAERS"), the **Al-Kindi 2019**[55] study identified important trends in adverse event reporting associated with valsartan and similar medications (called ARBs) between January 1, 2017 and December 31, 2018. The authors identified 11,112 adverse events associated with ARBs reported to the FDA, with 5,151 reports regarding valsartan and 5,961 reports regarding other ARBs.

---

[52]    *Id.* at 4.

[53]    Gomm 2021 at 1.

[54]    Hammond D, Reid JL, Driezen P, Cummings KM, Borland R, Fong GT, McNeill A. Smokers' use of nicotine replacement therapy for reasons other than stopping smoking: findings from the ITC Four Country Survey. Addiction. 2008 Oct;103(10):1696-703. doi: 10.1111/j.1360-0443.2008.02320.x. Erratum in: Addiction. 2008 Dec;103(12):2075. PMID: 18821877; PMCID: PMC4605436.

[55]    Al-Kindi, Sadeer, Oliveira, Guilherme, Abrupt Increase in Reporting of Neoplasms Associated with Valsartan After Medication Recall. *Circulation: Cardiovascular Quality and Outcomes*. 2019; 12(7): 1-2.

Prior to the recall of valsartan products in July 2018, 5.3% of all reported ARB-related adverse events were attributed to valsartan. In contrast, following the 2018 recall, this percentage increased to 23.4%. Cancer adverse events increased from a pre-recall OR of 1.7 (95% CI: 1.3-2.2) to a post-recall OR of 7.1 (95% CI: 5.7-8.9). The authors described "an abrupt and biologically implausible rise in valsartan-associated neoplasms . . . after a drug recall that attracted extensive national media coverage."[56] The authors attributed this rise in adverse event reports to "problems related to inherent shortcomings of the [FAERS] data," citing "inaccurate, voluntary, and delayed reporting" as some examples.[57] The authors also noted that "relying on passive pharmacovigilance analytics to identify risk may result in false signals, especially when relying on reporting by consumers."[58]

**Eworuke 2024**[59] is a retrospective cohort study that utilized administrative healthcare data from the US FDA Sentinel System, four Canadian provinces that contribute to the Canadian Network for Observational Drug Effect Studies, and the Danish National Prescription Registry to "assess[] the extent and duration of use of valsartan products with a nitrosamine impurity in the United States, Canada, and Denmark." The authors determined that "approximately 70% of valsartan treatment episodes included products containing nitrosamine impurities, however, the average duration of exposure" was "relatively short[,]" at "around 4 months in the United States and Denmark and around 8 months in Canada."[60] The Eworuke 2024 study authors further concluded that"[t]he short duration of exposure to valsartan products containing nitrosamine impurities was probably unlikely to increase risk of gastrointestinal and liver cancers."[61]

## C. Ranitidine Epidemiological Studies

Select lots of ranitidine were found to contain nitrosamines,[62] and studies have reported on the risks of cancer (including liver cancer) with NDMA exposure from ranitidine use. Although I find the studies that examined NDMA-contaminated valsartan use the most relevant to my causation analysis because they studied the medication at issue in this litigation, I also considered the ranitidine epidemiology because these studies similarly analyzed potentially NDMA-contaminated medication. Summaries of 12 such ranitidine studies are included below.

---

[56]     *Id.*

[57]     *Id.*

[58]     *Id.*

[59]     Eworuke, Efe, et al., Exposure to Valsartan Products Containing Nitrosamine Impurities in the United States, Canada, and Denmark. *Pharmacoepidemiology and Drug Safety*. 2024; 33:1-8.

[60]     *Id.* at 2.

[61]     *Id.*; *see id.* at 5 ("Based on the findings of previous FDA investigations, and the duration of exposure found in our study, an increased risk of liver or gastrointestinal cancers from the nitrosamine impurities is probably unlikely.").

[62]     Braunstein, Lior Z., et al. "Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses." medRxiv (2021): 2021-01 at 2 ("Recent laboratory analyses have demonstrated that ranitidine may yield the probable carcinogen, N-Nitrosodimethylamine (NDMA).").

| Study | HR - All Cancer | HR - Liver Cancer | Dose-Response | Conclusion |
|---|---|---|---|---|
| Iwagami 2020 | HR 1.02 (95% CI: 0.99-1.07) | N/A | "results were similar in . . . people with larger cumulative doses." | "no evidence of an increased risk of cancer diagnosis in people receiving ranitidine" |
| McGwin 2020 | PRR 3.66 (95% CI: 3.19-4.20) | PRR 2.64 (95% CI: 1.76-3.96) | N/A | "a causal relationship between the reported medication(s) and adverse event(s) in any given report could not be inferred" |
| Kantor 2021 | HR 1.01 (95% CI: 0.93-1.09) | Compared to non-use HR 1.91 (95% CI: 1.09-3.36)<br><br>In active comparator analysis: HR 1.15 (95% CI: 0.58-2.26) | N/A | "exploratory positive association with liver cancer" was "compelling for hypothesis generation" that "need[s] follow up" and "merit[s] confirmation in other populations" |
| Kim 2021 | N/A | HR 0.39 (95% CI: 0.36-0.41) compared to famotidine and HR 0.81 (95% CI: 0.76-1.86) compared to omeprazole | N/A | "[u]se of ranitidine was not associated with an increased odds of developing" cancer |
| Yoon 2021 | HR 0.99 (95% CI: 0.91–1.07) | HR 0.85 (95% CI: 0.69-1.05) | No difference in risk when analyzed according to the cumulative duration | "we found no evidence that exposure to NDMA through ranitidine increases the risk of cancer" "no statistical difference in the overall cancer risk between the ranitidine and famotidine groups" |
| Adami 2021 | N/A | HR 0.79 (95% CI: 0.43-1.44) compared to other H2RBs and HR 0.61 (95% CI: 0.35-1.08) compared to PPIs | "no evidence of higher risk . . . in association with long-term use of ranitidine" | "results . . . do not support any carcinogenic effect on esophagus, stomach, liver or pancreas" |
| Cardwell 2021 | OR 1.22 (95% CI 1.06-1.40) (bladder cancer) | N/A | Risk increased with over 3 years of ranitidine use | "[t]here was evidence of an increased risk of bladder cancer in ranitidine users, compared with nonusers" |
| McDowell 2021 | OR 1.37 (95 % CI: 1.10-1.70) (pancreatic cancer) | N/A | "no definitive exposure-response relationships between [ranitidine] and cancer risk w[as] observed" | "[t]he association between ranitidine and pancreatic cancer is yet to be determined" |

17

| Study | HR - All Cancer | HR - Liver Cancer | Dose-Response | Conclusion |
|-------|-----------------|-------------------|---------------|------------|
| Kumar 2021 | Non-ranitidine H2RB vs. ranitidine users HR 1.83 (95% CI: 1.36-2.48) | N/A | non-ranitidine users were more likely to develop gastric cancer than ranitidine users | "no demonstrable association between ranitidine use and future gastric cancer" |
| Juong 2022 | HR 0.95 (95% CI: 0.83-1.09) | HR 0.82 (95% CI: 0.53-1.27) | "[t]he higher cumulative exposure to ranitidine did not increase the cancer risk" | "[t]he use of ranitidine was not associated with the overall cancer risk and major individual cancers" |
| Wang 2022 | HR 1.10 (95% CI: 1.06-1.15) | HR 1.22 (95% CI: 1.09-1.36) | increasing risk of liver cancer corresponded with an increased daily dosage | "to elucidate the underlying mechanisms of [a] causal association, further studies are necessary" |
| You 2023 | HR 1.04 (95% CI: 0.97-1.12) | HR 1.00 (95% CI: 0.86-1.15) | no significant difference in risk estimates between a follow-up duration of 5 years or longer and less than 5 years | "ranitidine use was not associated with an increased risk of cancer" |

The **Iwagami 2020**[63] authors studied a total of 113,745 individuals who used ranitidine and 503,982 users of other H2 blockers from 2005 through 2018 from a Japan Medical Data Center claims database. They "found no evidence of an increased risk of cancer diagnosis in people receiving ranitidine and nizatidine compared with people receiving other H2 blockers" (HR 1.02 (95% CI: 0.99-1.07)).[64] They examined ICD-10 codes C00-C96, which included C22 (liver cancer). No separate analysis was conducted for liver cancer specifically. The study further demonstrated the absence of a dose-response relationship: "The results were similar in several sensitivity and additional analyses, notably among people with larger cumulative doses."[65] The Iwagami 2020 authors concluded that "[t]hese results may alleviate concerns of patients exposed to ranitidine/nizatidine."[66] Study limitations included limited information about older people, potential for outcome misclassification, uncertainty about cumulative medication doses, and unmeasured confounding factors.

Also in 2020, the **McGwin 2020** study[67] authors performed an analysis of events reported from 2013 through the first quarter of 2020 to the FAERS that were associated with the use of PPIs and H2 antagonists, including ranitidine. A total of 141,963 reports were selected for the analysis, with 13,856 (9.8%) adverse event reports for ranitidine monotherapy. Proportionate

---

[63]    Masai Iwagami et al., Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Safety*. 2020; 44:361-371.

[64]    *Id*. at 366.

[65]    *Id*.; *see id.* at 370 ("no evidence of an increased risk of cancer in people receiving ranitidine and nizatidine compared with people receiving other H2 blockers overall, by follow-up length [or] by cumulative dose").

[66]    *Id.* at 370.

[67]    McGwin, Gerald, The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2020.

Reporting Ratios ("PRRs") were reported for digestive system cancers for ranitidine compared to H2 antagonists/PPIs. PRRs were statistically significantly increased for several cancers, including all digestive cancers (PRR 3.66 (95% CI: 3.19-4.20)) and liver cancer (PRR 2.64 (95% CI: 1.76-3.96)). Cancers of the mouth, anus, and gallbladder had non-statistically significant increased PRRs. The authors noted that while they believed "the elevated PRR for liver cancer observed in the current study was not surprising" because "[t]he liver plays a prominent role in the metabolism of nitrosamines," they also recognized that "prior studies have failed to document a significant association between NDMA exposure or ranitidine use and liver cancer."[68] The McGwin 2020 authors cautioned that there are "well-known limitations of the FAERS data," including that "[a]ll information was self-reported and not subject to validation."[69] Because of the limitations, the authors recognized that "a causal relationship between the reported medication(s) and adverse event(s) in any given report could not be inferred." The authors ultimately concluded that "[t]he results of the current study provided direct support for the assertion that NDMA contaminated ranitidine is associated with the occurrence of gastrointestinal cancer," but "[i]n order to more fully understand the nature of this relationship, future observational studies should address issues related to the magnitude and duration of exposure, informed by research regarding NDMA levels in ranitidine products."[70]

In the **Kantor 2021** study,[71] the authors analyzed data on 8,844 regular ranitidine users from the United Kingdom Biobank cohort. They concluded that regular ranitidine use was not associated with overall cancer (HR 1.01 (95% CI: 0.93-1.09)) or cancers of the breast, prostate, lung, or colorectum.[72] While the authors indicated that in "exploratory analyses, regular ranitidine use (yes/no) was associated with 91% higher risk of liver cancer" when compared to non-ranitidine users (HR 1.91 (95% CI: 1.09-3.36)), "no association was observed in active comparator analyses" (HR 1.15 (95% CI: 0.58-2.26)—i.e., when ranitidine users were compared to omeprazole users, the association was erased.[73] The authors noted that these results "may reflect residual confounding by indication" or alternatively "the association may have attenuated in active comparator analyses if omeprazole independently increases liver cancer risk."[74] In fact, these study findings are an excellent demonstration of confounding by indication. As acid-blocking drugs are prescribed for conditions that themselves increase the risk of cancer, confounding by indication is best examined with an active comparator, by which the cancer-causing effects of acid hypersecretion are at least partially accounted for in the analysis. This study shows what is only an apparent risk when ranitidine uses are compared to people without the same risks from acid hypersecretion, and the risk disappears when a more appropriate control group is examined. Additional limitations of the study included the use of self-reported data

---

[68]     *Id.* at 6.

[69]     *Id.*

[70]     *Id.* at 8.

[71]     Kantor, Elizabeth, et al., Ranitidine Use and Cancer Risk: Results from UK Biobank. *Gastroenterology J.* 2021; 160:1856-1859.

[72]     *Id.* at 1856.

[73]     *Id.*

[74]     *Id.* at 1858.

captured at only one time point, the inability to determine associations by dose or duration of use, a short-term follow-up period, and residual confounding.[75]

The **Kim 2021** study[76] authors conducted a population-based study using data from the IBM Explorys database, a private, cloud-based data store that provides deidentified electronic medical record data for more than 73 million patients in the United States. The researchers compared 581,028 identified ranitidine users to more than 3 million people who consumed either a competing H2-blocker (famotidine) or PPI drug (omeprazole). The Kim 2021 authors concluded that "[u]se of ranitidine was not associated with increased odds of developing" cancer compared to the other H2-blocker and the PPI, including for liver cancer (HR 0.39 (95% CI: 0.36-0.41) compared to famotidine and HR 0.81 (95% CI: 0.76-1.86) compared to omeprazole)).[77] The authors also noted that "the overall incidence of gastrointestinal cancers in patients taking ranitidine were low (<0.5%) over a 10-year period."[78] Study limitations included lack of information on medication adherence, use of over-the-counter medications and lack of certain information on potential confounders.

The **Yoon 2021** study[79] is an observational population-based cohort study that utilized data from the Health Insurance Review and Assessment Database in South Korea. The authors identified 88,416 ranitidine users and then compared the risks of developing 11 different cancers from ranitidine use to the use of another H2-blocker (famotidine). The Yoon 2021 study authors concluded that "[t]here was no statistical difference in the overall cancer risk between the ranitidine and famotidine groups" (HR 0.99 (95% CI: 0.91–1.07)).[80] Additionally, "no significant differences were observed in 11 single cancer outcomes between the two groups," including for liver cancer (HR 0.85 (95% CI: 0.69-1.05)).[81] And "[w]hen analyz[ing] according to the cumulative duration of ranitidine and famotidine intake, there was again no difference in the overall cancer risk" for the 11 cancers.[82] Study limitations included potential for confounding, lack of information on medication adherence and lack of measurement of NDMA.

The **Adami 2021** study[83] utilized the nationwide Danish Prescription Registry to identify a cohort of ranitidine users compared to users of other histamine-2 receptor blockers ("H2RB")

---

[75]    *Id*.

[76]    Kim, Yeseong D., et al., No Association Between Chronic Use of Ranitidine, Compared with Omeprazole or Famotodine, and Gastrointestinal Malignancies. *Alimentary Pharmacology & Therapeutics*. 2021; 54:606-615.

[77]    *Id*. at 606, 612, 614 tbl 3.

[78]    *Id*. at 606, 611; *see id.* at 614 ("[O]ur study demonstrates that the incidence of GI malignancies is low in patients who were chronically taking ranitidine, famotidine, or omeprazole, and that the odds of developing cancers while taking ranitidine are not elevated.").

[79]    Yoon, Hong Jin, et al., Risk of Cancer Following the Use of N-nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea, *J. Clinical Med*. 2021.

[80]    *Id.* at 1.

[81]    *Id.* at 4-5 tbl 3.

[82]    *Id.* at 5.

[83]    Adami, Hans-Olov, et al., Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiology Biomarkers Preven*. 2021; 30(12) 2302-2308.

and users of proton pump inhibitors ("PPI"). All Danish adults with a first prescription of ranitidine, other H2RBs, or PPIs in 1996 through 2008 were followed for incidence of esophageal, stomach, liver, and pancreatic cancers. The Adami 2021 study authors concluded that when compared to use of other H2RBs or PPIs, there was "no consistent evidence of increased HRs or excess 10-year cumulative risk of any upper gastrointestinal cancer following ranitidine use." Non-statistically significant protective risk estimates were found for hepatocellular carcinoma [HR 0.79 (95% CI: 0.43-1.44) compared to other H2RBs and HR 0.61 (95% CI: 0.35-1.08) compared to PPIs]. The authors stated that their "results, which do not support any carcinogenic effect on esophagus, stomach, liver or pancreas, should be reassuring for millions of concerned past users of ranitidine."[84] The authors also "found no evidence of higher risk for esophageal, stomach, or pancreatic cancer in association with long-term use of ranitidine versus other H2RBs or PPIs," though case numbers were too limited to estimate the risk of liver cancer after more than ten years of follow-up.[85] Noted limitations included lack of information on over-the-counter medications, medication compliance, and information on confounders.

In the **Cardwell 2021** study,[86] the authors analyzed data from the Primary Care Clinical Informatics Unit Research database in Scotland. The researchers studied a possible link between ranitidine users and bladder cancer and concluded that "[t]here was evidence of an increased risk of bladder cancer in ranitidine users, compared with non-users" (OR 1.22 (95% CI 1.06-1.40)), which increased with use for over 3 years of ranitidine (OR 1.43 (95% CI: 1.05-1.94)).[87] Notwithstanding a finding of an association between ranitidine and bladder cancer, the Carwell 2021 authors noted that their "smoking and alcohol [data] were incomplete . . . and consequently, there remains the possibility of residual confounding."[88] The researchers further recommended additional studies "to attempt to replicate [their] finding[s]."[89] This study did not examine risk of liver cancer.

The **McDowell 2021** study[90] researchers used the same database as the Cardwell 2021 study—the Primary Care Informatics Unit Research database in Scotland—but focused their research on pancreatic cancer. The McDowell 2021 authors noted a statistically significant association between ranitidine use and pancreatic cancer when ranitidine users were compared to non-users (OR 1.37 (95 % CI: 1.10-1.70)), but found that "no definitive exposure-response relationships between [ranitidine] and cancer risk were observed" because the OR for the highest category of ranitidine usage was less (and not statistically significant) (OR 1.28 (95% CI: 0.95-

---

[84]   *Id.* at 2302, *id.* at fig. 2.

[85]   *Id.* at 2305, *id.* at fig. 2.

[86]   Cardwell, Chris R., et al., Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterology*. 2021.

[87]   *Id.* at 4.

[88]   *Id.* at 17.

[89]   *Id.*

[90]   McDowell, R.D., et al., The Effect of Medications Associated with Drug-Induced Pancreatic Cancer Risk: A Nested Case-Control Study of Routine Scottish Data. *Cancer Epidemiology*. 2021.

1.73)) than for ranitidine users in the smallest usage category (OR 1.61 (95% CI: 1.22-2.12)).[91]
Given study limitations and the lack of any dose-response, the McDowell 2021 authors
concluded that "[t]he association between ranitidine and pancreatic cancer is yet to be
determined."[92] This study did not examine risk of liver cancer.

Utilizing data from the Veterans Health Administration office, the **Kumar 2021** study[93]
is a cohort that identified 279,505 patients with long-term prescriptions for acid suppression
medications and compared ranitidine users to other H2-blocker users and PPI users. All study
subjects had infection with H. Pylori (HP), a bacteria that is a risk factor for gastric cancer. The
Kumar 2021 authors concluded that "[t]here is no demonstrable association between ranitidine
use and future gastric cancer"; indeed, the study demonstrated that non-ranitidine users were
more likely to develop gastric cancer than ranitidine users (HR 1.83 (95% CI: 1.36-2.48)).[94]
Noted limitations included the retrospective nature of the study design, selection bias by
restricting to HP patients and inability to ascertain medications prescribed from other health
systems.

The **Juong 2022** study[95] is a cohort study using the National Health Insurance
Service-National Sample Cohort data from South Korea. Data from 25,360 patients aged 40 or
above who used ranitidine or other histamine-2 receptor antagonist were analyzed, and the Juong
2022 authors concluded that "[t]he use of ranitidine was not associated with the overall cancer
risk and major individual cancers" (HR 0.95 (95% CI: 0.83-1.09)) and "[t]he higher cumulative
exposure to ranitidine did not increase the cancer risk."[96] Similarly, the use of ranitidine was not
associated with an increased risk of liver cancer (HR 0.82 (95% CI: 0.53-1.27)).[97] Limitations
were noted pertaining to the follow-up period duration, potential variation and inaccurate
exposure in NDMA levels, and limited information on confounding, comorbidities and
comedication use.

Using the Taiwan National Health Insurance Research Database, the **Wang 2022**[98]
authors conducted a population-based cohort study. A total of 55,110 eligible patients who
received ranitidine between January 2000 and December 2018 were enrolled. The median
follow-up duration was 8.3 years. The authors determined that ranitidine use was associated with
overall cancer (HR 1.10 (95% CI: 1.06-1.15)), liver cancer (HR 1.22 (95% CI: 1.09-1.36)),

---

[91]    *Id.* at 1.

[92]    *Id.* at 7.

[93]    Kumar, Shria, et al., Ranitidine Use and Gastric Cancer Among Persons with Helicobacter Pylori. *Digestive Diseases and Scis*. 2022 May;67(5):1822-1830.

[94]    *Id.* at 1822.

[95]    Juong, Kyung-In, et al., Association Between Ranitidine Use with Potential NDMA Impurities and Risk of Cancer in Korea. *Nature Scientific Reports*. 2022; 10:1-8.

[96]    *Id.* at 1, 6 tbl 2.

[97]    *Id.* at 6 tbl 2.

[98]    Wang, Chun-Hsiang, et al., Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Intl J. of Environ. Research and Public Health*. 2022; 19:1-16.

gastric cancer (HR 1.26 (95% CI: 1.05-1.52)), pancreatic cancer (HR 1.35 (95% CI: 1.03-1.77)), and lung cancer (HR 1.17 (95% CI: 1.05-1.31)) compared with non-ranitidine use.[99] No significant associations were observed for the 14 other cancers studied. The authors also noted an increasing risk of liver cancer corresponded with an increased daily dosage.[100] However, the Wang 2022 authors described the available science as "conflicting," which "underlie[s] the lack of concrete evidence supporting the role of ranitidine in cancer development."[101] They also ultimately concluded: "[T]he clinically meaningful results of this large-scale, longitudinal population-based cohort study using an excellent prescription and cancer database provide concrete evidence with very convincing long-term follow-up information for exploring the causative role of ranitidine in increasing the risk of carcinogenic effects on the liver, which was primarily caused by increasingly heavier ranitidine usage. However, to elucidate the underlying mechanisms of its causal association, further studies are necessary."[102] Limitations included substantial bias based on the study design, no data on key confounders (e.g., smoking and alcohol use), no accurate estimate of NDMA levels, no information on compliance, limited information on over-the-counter medication use, lack of laboratory information and potential for misdiagnoses.

The **You 2023** study[103] authors examined the comparative risk of cancer associated with the use of ranitidine versus other H2RAs by pulling data from three health claims and nine electronic health record databases from the US, the United Kingdom, Germany, Spain, France, South Korea, and Taiwan. Cohort participants included patients at least 20 years of age with no history of cancer who used H2RAs for more than 30 days from January 1986 to December 2020. 909,168 individuals were identified as new users of ranitidine, and 274,831 individuals were identified as new users of other H2RAs. The study authors concluded that "ranitidine use was not associated with an increased risk of cancer compared with the use of other H2RAs."[104] In the primary meta-analysis of the results from 4 databases, the hazard of cancer was not statistically significant (HR 1.04 (95% CI: 0.97-1.12)).[105] No significant difference was observed between ranitidine users and other H2RA users for liver cancer (HR 1.00 (95% CI: 0.86-1.15)).[106] The You 2023 authors also noted the absence of evidence of a dose-response relationship, explaining that in a subgroup meta-analysis, there was no "significant difference in the risk of primary outcome between ranitidine users and other H2RA users, regardless of whether the follow-up duration was 5 years or longer" (HR 1.08 (95% CI: 0.99-1.17)) or less than 5 years (HR 1.02 (95% CI: 0.96-1.08)) and "there was no interaction between the cumulative dose of H2RAs and

---

[99]     *Id.* at 6-7.

[100]    *Id.* at 9 tbl. 3.

[101]    *Id.* at 2.

[102]    *Id.* at 13.

[103]    You, Seng Chan, et al., Ranitidine Use and Incident Cancer in a Multinational Cohort. *Jama Network Open*. 2023; 6(9):1-14.

[104]    *Id.* at 1.

[105]    *Id.* at 5; *see id.* at 11 ("The findings of this large international new-user active comparator cohort study found that despite known NDMA contamination in ranitidine, there was no statistically significant evidence that exposure to this drug was associated with increased risk of cancer.").

[106]    *Id.* at 9 tbl 2.

the comparative risk of the primary outcome between ranitidine vs other H2RAs users."[107] Limitations included lack of data regarding actual use of medications and lack of measurement of NDMA from dietary sources.[108]

### D.    Limitations Of NDMA-Contaminated Valsartan and Ranitidine Studies

####    1.    *Confounding.*

In epidemiology analyses, potential confounding factors must always be assessed. Confounding is a misrepresentation of the true effect of an exposure on a disease when another factor—i.e., the confounder—is associated with the exposure and influences the disease outcome. For NDMA-contaminated valsartan studies and ranitidine studies specifically, confounding factors may have affected the results of the select studies that found a small estimated risk pertaining to NDMA-contaminated valsartan use and liver cancer. Indeed, the studies have recognized that "confounding factors . . . make[] it difficult to draw a definitive conclusion beyond hypothesis generation."[109] This issue is especially concerning when it comes to liver cancer risk because even studies that attempt to account for known confounders likely do not account for most of the known or unknown risks.

Several known factors increase the risk of liver cancer, including (1) other medical conditions and diseases—such as hepatitis B or C infection, cirrhosis, certain inherited metabolic diseases, type 2 diabetes, and certain rare diseases (tyrosinemia, alpha1-antitrypsin deficiency, porphyria cutanea tarda, glycogen storage diseases and Wilson's disease, and obesity); (2) lifestyle factors—such as heavy alcohol use, smoking, and anabolic steroid use; and (3) exposure to substances—such as aflatoxins, vinyl chloride, and thorium dioxide.[110] The authors of NDMA-contaminated valsartan studies and ranitidine studies have repeatedly noted the potential for residual confounding, which would occur if the studies to date have not sufficiently accounted for potential confounders.[111] For example, the Gomm 2021 study explicitly could not

---

[107]     *Id.* at 5.

[108]     There is also an unpublished study, Braunstein 2021, in which the authors sought to "characterize[] the kinetics of NDMA production from ranitidine under various simulated gastric conditions" and conduct an "epidemiologic analysis to evaluate potential associations between ranitidine use and various cancer presentations." In the epidemiological portion of their study, the authors observed an association between ranitidine use and cancers of the breast, thyroid, bladder, and prostate, but they also noted inverse associations with cancers of the brain and colorectum and no association for cancers of the lung, kidney, skin (melanoma), blood (leukemias and lymphomas), ovary or endometrium. The authors did not mention liver cancer in their unpublished analysis.

[109]     Lee 2024.

[110]     American Cancer Society, "Liver Cancer Risk Factors," https://www.cancer.org/cancer/types/liver-cancer/causes-risks-prevention/risk-factors.html.

[111]     *See, e.g.*, Mansouri 2022 at 11 (authors noting that study was limited by the use of "proxies to measure smoking behaviors, alcohol abuse, and morbid obesity in our study population. . . . residual confounding may still be present"); Adami ("Research on ranitidine use in relation to risk of cancers of the esophagus, stomach, pancreas, and liver has been inconclusive. This lack of clarity stems in part from potential confounding by indication and reverse causality, which favor spurious positive association."); Iwagami 2020 at 369 ("[B]ecause this was an observational study, unmeasured confounding factors almost certainly exist. For example, the database did not include information on lifestyle-related factors (e.g., smoking, diet, alcohol intake, and body mass index), exposure to dietary NDMA

*(cont'd)*

"rule out residual confounding" because "some risk factors for cancer, such as smoking habits, nutritional habits, and genetic predisposition" were not available in their dataset and thus "could not be integrated into the analysis."[112] In attempting to reconcile the inconsistent findings between the Lee 2024 study's findings of no relationship between NDMA-contaminated valsartan and liver cancer with the Mansouri 2022 study's finding of "a slight increased risk of liver cancer . . . in patients exposed to NDMA in regularly taken medications,"[113] the Lee 2024 study authors explicitly noted that for liver cancer, "the majority causes are hepatitis B (74%) and C (9%) viral related."[114] While the Mansouri 2022 study authors adjusted for hepatotoxic medications, their study did not discuss hepatitis B or C as potential confounders. Similarly, in Kim 2021, the authors reasoned that their finding of "reduction in the odds of patients on ranitidine developing GI consistencies compared to famotidine" and omeprazole was due to the ranitidine cohort "consistently display[ing] lower prevalence of risk factors for gastrointestinal malignancies"[115]—i.e., the other known risk factors could have previously accounted for findings of gastrointestinal malignancies in prior studies.

The authors of NDMA-contaminated valsartan studies have also repeatedly raised the possibility of confounding by indication,[116] which would occur if individuals with other conditions associated with liver cancer are also more likely to use valsartan—i.e., a risk factor for a disease is associated with the exposure of interest (here, NDMA-contaminated valsartan) in the population from which the cases derive.[117] The purpose of valsartan is to lower blood pressure. Individuals who suffer from high blood pressure (and therefore require antihypertensives such as valsartan) are also more likely to be obese, have diabetes, smoke, and use alcohol, all of which, as set forth above, are factors that are independently associated with a positive increase in the risk of liver cancer. Such confounding would undoubtedly create "the potential for reverse causality" and "complicat[e] determinations of causality."[118] Thus, if these confounding variables are not accounted for in an epidemiological study, they will skew the results. For example, in the Kantor 2021 study, the authors indicated that in "exploratory analyses, regulator ranitidine use (yes/no) was associated with 91% higher risk of liver cancer"

---

(which is probably carcinogenic to humans), exposure to other carcinogens, or the use of over- the-counter drugs."); McDowell 2021 ("We were unable to control for body mass index or other risk factors (such as genetic risk factors) as these were not recorded for the majority of PCCIUR patients, and some of the associations observed may be due to residual confounding.").

[112]    Gomm 2021 at 359.

[113]    Mansouri 2022.

[114]    Lee 2024 ("Regarding individual cancers, the French study showed a higher risk of liver cancer and melanoma, but this study did not show a significant increase of them.").

[115]    Kim 2021 at 613.

[116]    See, e.g., Kantor 2021 at 1858 (noting study findings "may reflect residual confounding by indication (or another jointly related factor)"); Braunstein 2021 at 10 ("[W]e deliberately excluded gastric and esophageal cancers from our analyses due to the potential for reverse causality and confounding by indication. Those with gastroesophageal reflux have both a higher likelihood of receiving an H2-blocker and of developing overt gastroesophageal malignancies, thereby complicating determinations of causality.").

[117]    Salas, M, Confounding by Indication: An Example of Variation in the Use of Epidemiologic Terminology. Am. J. Epidem. 1999; 149(11): 981-983.

[118]    Braunstein 2021 at 10.

when compared to non-ranitidine users, but when ranitidine users were compared to omeprazole users, the association vanished.[119] The authors indicated that these results "may reflect residual confounding by indication"—i.e., the true association lies in a factor(s) associated with the use of omeprazole (or omeprazole itself).[120]

### 2. Misclassification Bias

Plaintiffs have alleged in this case that exposure to NDMA *in valsartan* can cause liver cancer. But "exposure to NDMA in medicines constitutes a highly complex issue because [NDMA] is a known environmental contaminant found routinely in processed meat, tobacco, and alcohol."[121] Known dietary sources of NDMA exposure include beer, fish and fish products, dairy products, powdered infant formula, dried milk products, meat and cured meats, cereals, and vegetables.[122] And "NDMA . . . [is] known to be a by-product in various industries—for example, the manufacture of pesticides, rubber t[i]res, alkylamines, and dyes."[123] The mere assumption that any alleged NDMA exposure occurred from the use of valsartan, or that is was of quantitative or qualitative importance, relative to the extensive other exogenous and endogenous sources of nitrosamines, can result in a misclassification bias that can skew the results of epidemiological studies.[124] And even more problematic for a causation analysis, even assuming it could be shown that NDMA causes liver cancer (as opposed to the other known risk factors for liver cancer), it would be impossible to pinpoint alleged NDMA contamination in valsartan as the actual cause of liver cancer (as opposed to environmental or endogenous NDMA exposure).[125]

### 3. Pharmacoepidemiology Studies.

Many of the studies examining NDMA-contaminated valsartan use and/or ranitidine use and cancer are termed pharmacoepidemiology studies, which are a subset of epidemiology studies that differ in their design. Pharmacoepidemiology studies have arisen largely from the rapidly increasing availability of large pharmaceutical and insurance databases of dispensed

---

[119]    *Id*.

[120]    Kantor 2021 at 1858.

[121]    Mansouri 2022 at 11; ATSDR Toxicological Profile at 1 ("N-Nitrosodimethylamine (NDMA) is a volatile nitrosamine that occurs widely in the environment due to its ready formation from commonly found precursors. For most people, the largest source of exposure to NDMA is through endogenous production (within the body) from precursors (presence of nitrite in foods including drinking water) that occur naturally in the body or in the diet. External sources of NDMA exposure include foods and malt beverages, water, cigarette smoke, and to a lesser extent rubber products, toiletry and cosmetic products, and pesticides.").

[122]    Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55. doi: 10.2166/wh.2007.030. PMID: 17878549.

[123]    Pottegard 2018 at 1.

[124]    Wang 2020 at 13 (describing inaccurate estimates of NDMA levels in ranitidine as a study limitation).

[125]    Juong 2022 at 7 ("Confounding is a specific challenge in nutritional epidemiological research because dietary components are correlated, making it difficult to distinguish their impacts.").

medications.[126] Potential benefits of such studies stem primarily from the large number of subjects available for study and the efficiencies of examining data that have already been collected for other purposes (usually administrative). However, pharmacoepidemiology studies also have many limitations.

An overview article by Wise examined the risks and benefits of pharmacoepidemiology and noted that it "is a fascinating branch of epidemiology where it can be reasonably argued that confounding may be more important and more difficult to control than in many other branches of the discipline."[127] The author further noted that "within certain circles pharmacoepidemiology studies have been treated with caution or even disbelief." Wise concludes that given the limitations of pharmacoepidemiology, "an important consequence is the need for study authors to be moderate in their claims following from study results."

Along these lines, a review of bias in pharmacoepidemiology studies was performed by Prada-Ramallal and colleagues.[128] They noted that the use of administrative databases "present[s] inherent limitations which may render them prone to new biases." In their review of 117 studies, they found that confounding was the most commonly reported bias, followed by selection and measurement biases, as well as confounding by indication, unmeasured/residual confounding, outcome misclassification, and immortal time bias. The authors noted that "many researchers recommend caution and warn against the high risk of biases when using these databases." They also stated: "Adequate control of confounding poses a challenge in studies that use health care databases since these were not designed for undertaking epidemiologic studies. The absence or poor quality of data on possible confounding factors in secondary databases (e.g., over-the-counter drugs, frailty of the subject, smoking habit) is a frequent phenomenon, which renders it difficult or even impossible to adjust for such factors, in order to control for confounding."

Administrative database studies, such as those discussed above, provide no ascertainment of patient-reported symptoms or health risks, no findings from clinician examinations, and no validation or confirmation of the studied diagnoses, including no medical chart information, no laboratory test results, and no review of pathologic specimens. This can lead to serious methodological shortcomings in pharmacoepidemiology studies.

This body of literature is in line with all the concerns expressed above. Because the records only contain prescription data and do not incorporate any patient questionnaires, the data are devoid of any information pertaining to known confounders, including "lifestyle-related factors (e.g., smoking, diet, alcohol intake, and body mass index)" as well as exposure to dietary

---

[126]    *See, e.g.*, Gomm 2021; Jeon 2022; Mansouri 2022; Lee 2024; Iwagami 2020; Yoon 2021.

[127]    Wise L. Risks and benefits of (pharmaco)epidemiology. Ther Adv Drug Saf. 2011 Jun;2(3):95-102. doi: 10.1177/2042098611404920. PMID: 25083205; PMCID: PMC4110815.

[128]    Prada-Ramallal G, Takkouche B, Figueiras A. Bias in pharmacoepidemiologic studies using secondary health care databases: a scoping review. BMC Med Res Methodol. 2019 Mar 11;19(1):53. doi: 10.1186/s12874-019-0695-y. PMID: 30871502; PMCID: PMC6419460.

NDMA, exposure to known carcinogens, or the use of OTC drugs.[129] As explained, these confounders all independently increase the risk of liver cancer, and thus, the complete absence of any reliable information regarding these factors can account for any small association detected in the epidemiological literature.

The use of medical claims data in the medication-containing NDMA studies also presents significant limitations because there is no way to ascertain patient adherence to medical prescriptions—i.e., it is impossible to determine whether the patients actually took the medicine they were prescribed, or in the manner it was prescribed to them.[130] As a result, many studies were forced to use assumptions or proxies for vital data, such as whether the patient actually took the prescribed medicine and the duration of use of the medicine,[131] which further undermines the ability of the studies to detect an association. The dose of medications assumed to have been consumed may have little relationship to actual medication consumption.

One partial solution reported by Prada-Ramallal to the design limitations in pharmacoepidemiology studies is the use of information external to the database (such as medical records). Notably, with the studies of valsartan discussed above, there were no attempts to strengthen the approach by inclusion of external information that could have provided information about potential confounders.

### E. Inapplicability of NDMA Food and Rubber Studies

Researchers have conducted studies on NDMA-rich foods and air, analyzing the risks of health malignancies with the consumption of processed meats and inhalation of fumes in rubber factories. While it may be tempting to rely on these studies because they address NDMA and its potential carcinogenic effects, doing so would not be scientifically proper, for many reasons.

*First*, NDMA food and rubber studies suffer from unique limitations that call into question the reliability of their results. For the NDMA food studies, "the self-administered tools for dietary NDMA exposure measurements, such as food frequency questionnaires, have a high

---

[129]    Iwagami 2020 at 369; Jeon 2022 at 4 ("As the database used in the study was constructed based on medical claims, we could not identify lifestyle factors, such as physical activity, smoking practices, or nutritional habits."); Gomm 2021 at 359 ("Because the study is based on observational health insurance claims data (i.e., on non-randomized data), we cannot rule out residual confounding."; "[S]ome risk factors for cancer, such as smoking habits, nutritional habits, and genetic predisposition" were "not available in routine health insurance data and, therefore, could not be integrated into the analysis."); McDowell 2021 at 7 ("We were unable to control for body mass index or other risk factors (such as genetic risk factors) as these were not recorded for the majority of PCCIUR patients, and some of the associations observed may be due to residual confounding.").

[130]    Jeon 2022 at 4; Wang 2022 at 13 (describing as a study limitation that "the patients' medication compliance cannot be detected from the" dataset).

[131]    *See, e.g.*, McDowell 2021 at 7 (having to use "a proxy for longer-term use" because the authors did "not know the extent to which patients took their medicines"); Braunstein 2010 at 10 ("exposure information was ascertained from self-reported histories with no available data regarding dose or duration of use"); Kantor 2021 at 1859 ("Exposure was self-reported and we were unable to examine associations by dose or distinguish long- vs short-term use.").

risk of recall bias."[132] It is understandably difficult for individuals to recall what they have eaten over the course of their lifetime.

"Studies on occupational NDMA exposure and cancer risk," which involve inhalation (as opposed to ingestion) and evoke "exposure measures based on airborne concentrations and plant-specific conditions are far" removed from the relevant facts here.[133] For example, in the Hidajat 2019 occupational study,[134] associations were reported between NDMA exposure and multiple cancers in workers between 1967 and 2015. However, the study used measures of airborne NDMA, several other nitrosamines, rubber dust, and rubber fume exposures from a database of measurements taken in European rubber factories. These measures were used to create a job-exposure matrix that estimated average exposures. And because job information was only available for the singular year of 1967, the authors were forced to assume that all individual subjects remained in the same department throughout their careers. The use of a job-exposure matrix to estimate exposures and the assumption that employees did not move departments introduces misclassification biases if the employees experienced different exposures in different areas. Nor did the authors have data on key liver cancer confounders like alcohol use, tobacco use, or hepatitis status. These—and other shortcomings—severely limit the reliability of this study and other rubber occupational studies. Further, studies that examine the effect of an inhaled substance do not apply directly to the estimated effects of ingestion. For example, occupational inhalational exposure to certain mineral dusts (e.g., silica) can significantly increase the risk of lung diseases and lung cancer, but no such relationship exists for ingestion of the same dust. Thus, it is scientifically inappropriate to presume that studies of inhalational exposures would have any bearing on the impact of ingestion of the same substance.

*Second*, NDMA food and rubber studies involve many other carcinogens beyond NDMA. For example, heterocyclic amines ("HCAs"), which are formed in large amounts when cooking meat as chemical reactions of naturally occurring molecular species, are "undoubtedly carcinogenic" in animals and have been shown to induce colon and breast cancers in rats and lymphomas in mice.[135] Indeed, IARC classifies processed meats as a Group 1 carcinogen— "carcinogenic to humans"—and red meat as Group 2A —"probably carcinogenic to humans."[136]

These "additional confounding effects [] complicate our ability to establish direct connections between foodstuffs and cancer incidence."[137] For this reason, even after finding a positive association between processed meat consumption and cancer, the authors of nitrosamine food studies could only conclude that "[d]ietary nitrosamines might be responsible for the

---

[132]    Juong 2022 at 7; Zheng, J., et al., Dietary N-nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study, 74 *J. Hepatology* 2021; 74:3161 at 10 ("Case-control studies have inherent study design-related biases, including recall biases and reverse causality biases, and this is particularly true in a case-control study focusing on the relationship between gastrointestinal cancer and diet in which diets were modified during the assessment period due to patients' cancer-related symptoms.").

[133]    Juong 2022 at 7.

[134]    Hidajat, Mira, et al., Lifetime Exposure to Rubber Dusts, Fumes and N-nitrosamines and Cancer Mortality in a Cohort of British Rubber Workers with 49 Years Follow-up. *Occup. Environ. Med.* 2019; 76(4): 250-258.

[135]    Weinberg, R.A. (2023). Shaping and characterization of cancer genome at 499.

[136]    IARC, Carcinogenicity of Consumption of Red and Processed Meat (Oct. 26, 2015).

[137]    Weinberg, R.A. (2023). Shaping and characterization of cancer genome at S12.3.

positive association."[138] Weinberg similarly explained in "The Biology of Cancer" that "compelling evidence of a direct connection between an agent—nitrites—with human cancer incidence is lacking, even though the connection between processed meats and cancer drawn from epidemiology is clear and undeniable."[139] For this reason, it is not possible to conclude that compounds such as nitrosamines in cooked food, even if associated with cancer risk in human dietary epidemiology studies, or in experimental animal studies, cause human cancer.

Similarly, rubber factories lead to the creation of many different carcinogens, with the carcinogens being so prolific in the workplace that IARC has classified the rubber industry as a Group 1 carcinogen—"carcinogenic to humans."[140] These other known carcinogens will invariably present confounding issues that call into serious question the reliability of food and rubber studies to support causal inferences.[141]

For these reasons, I did not analyze the NDMA food and rubber studies as part of my causal analysis, and I believe that any reliance on these studies to demonstrate causation due to trace amounts of NDMA in valsartan medication is misplaced and demonstrates a conclusion-focused methodology.

## VIII.    BRADFORD HILL ANALYSIS

### A.    Strength Of Association

The first Bradford Hill consideration, strength of the association, refers to the magnitude of the risk of developing a given outcome in the presence of a measured risk factor. While there is no absolute cutoff to define a large versus a small relative risk, Dr. Hill provided examples of large risks, including the 200 times risk of scrotal cancer in chimney sweeps, an estimate of 9-10 times risk of lung cancer in smokers and 20-30 times risk of lung cancer in heavy smokers. As an example of a low risk, Dr. Hill used death from coronary thrombosis in smokers, which he described as "no more than twice, probably less" than the death rate in non-smokers ["twice" would be reflected as a relative risk of 2.0]. Dr. Hill further explained:

"Though there is good evidence to support causation it is surely much easier in this case to think of some features of life that may go hand-in-hand with smoking - features that might conceivably be the real underlying cause or, at the least, an important contributor, whether it be lack of exercise, nature of diet or other factors. But to explain the pronounced excess in cancer of the lung in any other

---

[138]    Larsson, et al., Processed Meat Consumption, Dietary Nitrosamines and Stomach Cancer Risk in a Cohort of Swedish Women. Int'l J. Cancer. 2006; 199(4): 915-19; *see also* Weinberg, R.A. (2023). Shaping and characterization of cancer genome at 299 ("[A]lthough HCAs are clearly carcinogenic, their actual contributions to human cancer incidence are still the subject of great debate.").

[139]    Weinberg, R.A. (2023). Shaping and characterization of cancer genome at 299.

[140]    IARC, The Rubber Industry; *see also id.* Appendix 1 (listing "some chemicals that have been used in the rubber industry and of some formed as by-products during manufacturing processes").

[141]    Juong 2022 at 7 ("Confounding is a specific challenge in nutritional epidemiological research because dietary components are correlated, making it difficult to distinguish their impacts.").

environmental terms requires some feature of life so intimately linked with cigarette smoking and with the amount of smoking that such a feature should be easily detectable."[142]

What this passage from Hill means is that low observed risks are more likely to be non-causal than higher risk ratios because the effects of distorting factors (such as confounders and bias) have a greater chance of being the true explanation for the observations. Because very small risks are highly susceptible to distorting effects in observational studies, further evidence is required to demonstrate that the purported association did not arise from confounding, bias, or chance alone.

Of the three published epidemiologic studies that analyzed the alleged relationship between NDMA-contaminated valsartan, two reported a positive association between the development of liver cancer and valsartan use, with a 1.16 odds ratio being the *highest* overall risk reported.[143] This is considered a very weak association by the scientific community, as demonstrated by the authors of the three studies, who uniformly described the reported risk between liver cancer and NDMA-contaminated valsartan use as "small" or "slight."[144] Any effort to categorize these reported risks as strong (or even moderate) is not credible and would be contrary to the authors' own published analyses. Additionally, both studies found no association between the use of NDMA-contaminated valsartan and all cancers.[145]

The lack of strength of association is highlighted by conclusions reached by the authors of the NDMA-contaminated medication studies that reported increased risks:

- Despite noting "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan," the Gomm 2021 authors concluded that "the present study can only state the existence of a statistical association" and "[c]ausality cannot be inferred" from the study's results.[146]

- The Mansouri 2022 authors concluded that "[m]ore research is needed to gain further evidence and to understand more deeply the relationship between NDMA exposure and the risks of liver cancer" and "to establish clinically relevant causality."[147]

---

[142]    Hill 1965 at 296.

[143]    Gomm 2021 (HR 1.16 (95% CI: 1.03-1.31)); Jeon 2022 (HR 1.09 (95 % CI: 1.01–1.16)); Mansouri 2022 (HR 1.12 (95% CI: 1.04-1.22)).

[144]    Gomm 2021 at 358 (describing "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan"); Jeon 2022 at 1 (describing "a slightly elevated risk of liver" cancer with valsartan use in a secondary analysis that the authors explicitly stated "was small"); Mansouri 2022 at 1 (noting "a slight increased risk of liver cancer . . . in patients exposed to NDMA in regularly taken medications").

[145]    Gomm 2021 (HR 1.00 (95% CI: 0.98-1.02)); Mansouri 2022 (HR 0.99 (95% CI: 0.98-1.0)).

[146]    Gomm 2021 at 358, 360.

[147]    Mansouri 2022 at 12.

### B. **Consistency**

Although two studies analyzing the alleged relationship between NDMA-contaminated valsartan use and liver cancer detected a "small" or "slight" association, there is not a sufficient body of literature to evaluate whether this consideration is satisfied. Moreover, the two studies are inconsistent in other regards. As noted above, for example, Gomm 2021 detected "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan," but the 3-year long-term use data showed no statistically significant association with liver cancer.[148] And in Mansouri 2022, the authors noted "a slight increased risk of liver cancer . . . in patients exposed to NDMA in regularly taken medications," but the results also suggested that there was a protective effect from NDMA-contaminated valsartan use and liver cancer in women and the entire risk was confined to the poorest 20%.[149]

Further, the data from Lee 2024 (the unpublished paper) show no significant association between NDMA-contaminated valsartan and liver cancer risk. In addition, the Pottegard 2018 authors similarly found no cases of liver cancer in their study at all. In fact, the lack of consistent findings in NDMA-contaminated valsartan epidemiology for liver cancer has been expressly noted. For instance, the Lee 2024 study reported that the authors did not find a significant increased risk of liver cancer, which they recognized was inconsistent with the result reported in Mansouri 2022.[150]

### C. **Dose-Response**

Evidence of dose-response—i.e., whether the risk of developing liver cancer increases with increased valsartan exposure—is one of the most important factors to consider in evaluating causation. The epidemiological literature studying NDMA-contaminated valsartan has uniformly failed to show a dose-response relationship. Specifically:

- The Pottegard 2018 authors observed "no evidence of a dose-response relation" between NDMA-contaminated valsartan use and development of cancer because the highest cumulative exposure to NDMA had a lower hazard ratio (HR 1.14 (95% CI: 0.84-1.54)) than the lowest cumulative exposure to NDMA (HR 1.26 (95% CI: 0.92-1.72)).[151]

- The 2021 Gomm study noted that "[h]igher exposure to potentially NDMA-contaminated valsartan, based on defined daily doses (DDDs), had no effect on the overall cancer rate" and "[l]ong-term use showed no association with the change in overall cancer rate."[152] And although the study authors detected "a slight elevation in the risk of liver cancer with the use of potentially NDMA-contaminated valsartan," that significant association was erased in the

---

[148]    Gomm 2021 at 358.

[149]    Mansouri 2022 at 1, 3-4.

[150]    Lee 2024 at 15 ("[T]he French study showed a higher risk of liver cancer and melanoma, but this study did not show a significant increase of them.").

[151]    Pottegard 2018 at 1, 3, 5 tbl 2.

[152]    Gomm 2021 at 358.

3-year long-term use data (HR 1.22 (95% CI: 0.80-1.89)).[153] These data demonstrated that "no dose-dependent effect on the risk of liver cancer was found for higher exposure to potentially NDMA-contaminated valsartan."[154]

- The Mansouri 2022 study authors "found no evidence of a dose-response relationship between the daily dose of valsartan and the risk of any cancer by location."[155] And in liver cancer patients, the hazard ratio was higher in patients who received the lowest dose (HR 1.14 (95% CI: 1.02-1.27)) than patients who received the highest dose (HR 0.99 (95% CI: 0.71-1.37)).[156]

- Mansouri 2022 also noted a complicating factor generally: "exposure to NDMA in medicines constitutes a highly complex issue because it is a known environmental contaminant found routinely in processed meat, tobacco and alcohol, which may result in increased exposure and hence may affect the accuracy of the dose-response relationship."

The lack of any dose-response evidence is compelling in the case of NDMA-contaminated valsartan use because, as a recent study concluded, "the average duration of exposure" to NDMA-contaminated valsartan was "relatively short": approximately "4 months in the United States and Denmark and around 8 months in Canada."[157] This "short duration of exposure to valsartan products containing nitrosamine impurities was probably unlikely to increase risk of gastrointestinal and liver cancers."[158] Because it is a fundamental tenet of toxicology that the dose makes the poison, a cancer-causing dose of NDMA-contaminated valsartan must be ascertained.

In sum, there is no evidence of a dose-response relationship between NDMA-contaminated medications and liver cancer. Indeed, multiple studies noted that increased dosages of valsartan actually *decreased* the risk of liver cancer.[159] This fact strongly weighs against causation and is some of the most compelling evidence against a true causal relationship between NDMA and liver cancer.

### D. Temporality

To satisfy temporality, the exposure of interest has to be measured prior to the occurrence of the studied outcome. The relevant studies here (predominantly of pharmacoepidemiology design) assess the dispensation of valsartan prior to the report of the cancer outcomes. However,

---

[153]    *Id.*

[154]    *Id.*; *see id.* at 360 tbl 2 (noting a HR of 1.15 for the lowest category of dose and HR of 1.13 for the highest category of dose among individuals diagnosed with liver cancer).

[155]    Mansouri 2022 at 9.

[156]    *Id.*

[157]    Eworuke 2024 at 2.

[158]    *Id.* at 5 ("Based on the findings of previous FDA investigations, and the duration of exposure found in our study, an increased risk of liver or gastrointestinal cancers from the nitrosamine impurities is probably unlikely.").

[159]    Jeon 2022; Mansouri 2022; *see also* McDowell 2021; Kumar 2021.

it is not sufficient to simply measure the exposure prior to the assessed outcome; rather, a sufficient amount of time has to pass to allow the outcome to be plausibly linked to the exposure. The relevant concept is latency, which refers to the time it takes for the outcome to occur (in this case, liver cancer), following the studied exposure (in this case, NDMA-contaminated valsartan). Scientists generally understand that liver cancer has a latency period in excess of 10 years.[160] This means that it would take at least 10 years after potentially carcinogenic exposures for any cancer to develop to a point that reaches clinical detection. The available epidemiological studies assessing a potential association between ingestion of valsartan with NDMA and the development of liver cancer all collect data on cancer outcomes that developed with far shorter latency periods. Any suggestion that liver cancer could develop in a much shorter time after ingestion of NDMA-contaminated valsartan is contrary to what is understood in the scientific community about cancer biology. Thus, this consideration is not satisfied.

### E.  **Analogy**

While NDMA-contaminated ranitidine epidemiology may be analogous to NDMA-contaminated valsartan in the sense that both sets of literature address NDMA-contaminated medication for related medical conditions, the ranitidine body of literature is inadequate to demonstrate that ranitidine can cause liver cancer. As set forth in detail above, five studies demonstrated no association between ranitidine use and liver cancer or reported an inverse association. And while three studies reported a statistically significant relationship between ranitidine use and liver cancer, Wang 2022 reported an HR of only 1.22 (95% CI: 1.09-1.36), which is not considered strong by the scientific community. Additionally, the extreme outlier risk ratios reported in McGwin 2020 and Kantor 2021 are rooted in the unreliability of FAERS data and uncorrected confounding.

Considering dose-response, the ranitidine studies, similar to the valsartan studies, present compelling evidence against the finding of any dose-response relationship between NDMA-contaminated medication and liver cancer, with almost all studies noting the absence of any evidence of dose-response.[161] Wang 2022 is the only NDMA-contaminated medication study to assess liver cancer and note evidence of a dose-response relationship, and it reported non-

---

[160]    CDC, "Minimum Latency & Types or Categories of Cancer", https://www.cdc.gov/wtc/pdfs/policies/WTCHP-Minimum-Cancer-Latency-PP-01062015-508.pdf (referencing a 12-year latency period between exposure to vinyl chloride and the development of liver cancer).

[161]    Iwagami 2020 at 366 ("The results [of no association] were similar in several sensitivity and additional analyses, notably among people with larger cumulative doses."); Yoon 2021 at 5 ("[w]hen analyz[ing] according to the cumulative duration of ranitidine and famotidine intake, there was [] no difference in the overall cancer risk"); Adami 2021 at 2305 ("no evidence of higher risk . . . in association with long-term use of ranitidine"); McDowell 2021 at 1 ("no definitive exposure-response relationships between [ranitidine] and cancer risk w[as] observed" because the OR for the highest category of ranitidine usage was less (and not statistically significant) (OR 1.28 (95% CI: 0.95-1.73)) than for ranitidine users in the smallest usage category (OR 1.61 (95% CI: 1.22-2.12))); Kumar 2021 (describing that non-ranitidine users were more likely to develop gastric cancer than ranitidine users); Juong 2022 at 1 ("[t]he higher cumulative exposure to ranitidine did not increase the cancer risk"); You 2023 at 5 (no "significant difference in the risk of primary outcome between ranitidine users and other H2RA users, regardless of whether the follow-up duration was 5 years or longer" (HR 1.08 (95% CI: 0.99-1.17)) or less than 5 years (HR 1.02 (95% CI: 0.96-1.08))).

statistically significant risk ratios for all daily dosage categories except the highest one (over 360 daily doses).[162]

Finally, and also as described above, the NDMA food and rubber epidemiology is not analogous to NDMA-contaminated valsartan because: (1) the serious limitations of the studies call into question the reliability of their results; and (2) the inclusion of other carcinogens besides NDMA create serious confounding issues.

In short, the analogy factor cannot be satisfied because the analogous counterpart—the NDMA-contaminated ranitidine epidemiology—has not demonstrated that ranitidine increases the risk of liver cancer, much less can cause liver cancer.

## E.  **Biologic Plausibility**

With respect to biologic plausibility, those hypothesizing on carcinogenicity appear to rely on animal studies. For example, the Eworuke 2024 authors described "the limited evidence of carcinogenicity in humans[,] but the established evidence in animal studies."[163] The Gomm 2021 authors similarly noted that NDMA "is carcinogenic in the tissues of experimental animal species," but that "epidemiological studies investigating the association between explicit dietary NDMA exposure and cancer yielded inconclusive results."[164] And the Adami 2021 authors noted that while "NDMA is an animal carcinogen, decades of research have not documented a causal association with any human cancer type or site[.]"[165] But as epidemiologic studies have also recognized, "it is impossible to apply the results of animal experiments directly to humans[.]"[166] This is particularly true because "estimates of the carcinogenicity of NDMA in humans based on levels established for rodents can be inaccurate."[167] Thus, we cannot extrapolate the biologic findings from animal studies to the human population. In short, as noted by Weinberg, "compelling evidence of a direct connection between an agent—nitrites—with human cancer incidence is lacking[.]"[168]

## F.  **The Remaining Bradford Hill Factors Do Not Support A Causal Association.**

Specificity is not met, as there are many other causes of liver cancer. In addition, the epidemiological literature has not demonstrated an association with any specific type of cancer— much less liver cancer—but rather demonstrates spurious results across cancer types. For

---

[162]    Wang 2022 at 9 tbl. 3.

[163]    Erowuke 2024 at 5.

[164]    Gomm 2021 at 360.

[165]    Adami 2021 at 2302.

[166]    Yoon 2021 at 6.

[167]    Mansouri 2022 at 11; *see* Yoon 2021 at 6 ("[T]he daily exposure of NDMA from ranitidine in humans is much lower than the lowest NDMA dose leading to cancer in rodents.").

[168]    Weinberg, R.A. (2023). Shaping and characterization of cancer genome at S12.3.

example, and as set forth in detail above, uterine cancer was found only in Pottegard,[169] melanoma only in Mansouri,[170] and prostate cancer only in Lee.[171]

Coherence is not met, because no available ecological studies show supportive time trends, nor, for example, biospecimens in humans showing valsartan-related effects related to the development of liver cancer.

Experiment is not met because there are no experimental studies in humans, including randomized, controlled double-blinded designs.

## IX. RESPONSE TO THE REPORT OF DR. WILLIAM SAWYER

After reviewing the report of Dr. William Sawyer, it is my opinion that the methods used to reach his conclusions are not based on sound scientific principles. Specifically:

- Dr. Sawyer did not appear to appreciate the significance of the limitations inherent in pharmacoepidemiology studies, especially the problems with relying on an extremely limited set of covariates from administrative data that cannot capture true potential for bias or confounding.

- Dr. Sawyer places improper emphasis and weight on dietary studies of NDMA without adequately examining the problems in translating those studies to the oral medication ingestion context or the incoherent results within that body of literature. For instance, it is unclear why Dr. Sawyer largely ignores the lack of significant findings from Zheng 2021, the only dietary NDMA study to examine liver cancer, in favor of mixed findings from other site-specific cancers.

- This same flaw is evident in Dr. Sawyer's treatment of the findings from the occupational rubber study, Hidajat 2019. That study involved a completely different mode of exposure to multiple, inseparable carcinogens based on job positions in certain European factories. As for Dr. Sawyer's attempt to extrapolate the authors' findings, Dr. Robyn Prueitt explains in her expert report that the methods Dr. Sawyer utilized are scientifically unreliable.

- In his Bradford Hill assessment, Dr. Sawyer never grapples with the very weak associations identified in only a subset of the relevant studies. In his evaluation of "strength of association," he does not discuss the strength of associations from the valsartan studies; nor does he acknowledge the very weak associations reported in these studies. It is not clear if Dr. Sawyer believes that this consideration is satisfied despite the low associations identified or simply is seeking to ignore the question, which further casts doubt on the reliability of his Bradford Hill process.

---

[169]    Pottegard 2018.

[170]    Mansouri 2022.

[171]    Lee 2024.

- In Dr. Sawyer's assessment of specificity, it is once again unclear if he believes this consideration has been satisfied. He simply asserts that "NDMA has been shown to have multiple carcinogenic endpoints," an assertion which, if true, rules out specificity.

- When evaluating dose-response, Dr. Sawyer stated that "many of the studies revealed statistically significant dose-response effects with respect to malignant end points." This statement is misleading, as it is untrue with regard to every single study of valsartan and liver cancer. The valsartan studies showed either no dose-response or an *inverse* dose-response, the latter of which is compatible with a *protective effect* of valsartan. The dose-response findings from the valsartan studies are incompatible with a causal relationship between NDMA-contaminated valsartan, and a reliable analysis would acknowledge these findings.

- Dr. Sawyer's evaluation of coherence included the use of "coherently" in a sentence, but the meaning of the sentence is unclear. He states that "the prevalence of certain human malignancies, including liver cancer from NDMA exposures has also been generally accepted coherently in different settings with the same statistically significant outcomes of multiple malignant sites including liver cancer." It is possible that Dr. Sawyer means there has been some degree of repeatability of certain study findings, which is a different issue. "Generally accepted" in science or medicine would typically refer to an agreement about a concept within a community of scientists and physicians. While such acceptance is not evidence of "coherence," there is no cited evidence of such a consensus, and I am not aware of any general consensus that NDMA-contaminated valsartan causes liver cancer.

- Dr. Sawyer's evaluation of temporality seems to depend on the theory of activation of "quiescent tumors," which seems odd and misplaced in an evaluation of whether or not NDMA-contaminated valsartan can *cause* liver cancer. None of the epidemiologic studies of valsartan examined or discussed activation of quiescent tumors.

- In evaluating the experiment consideration, Dr. Sawyer references animal experiments. Animal experiments can provide information of biologic plausibility, but are not a substitute for human experiments (of which there are none). It is misleading to suggest that the experiment consideration has been satisfied when there have been no human experiments.

- Dr. Sawyer's discussion of analogy is mostly a discussion of NDMA itself. He does refer to NDEA as an analogous substance, but does not state that NDEA has been shown to cause liver cancer in humans. As a result, it is not clear if he believes that the analogy consideration has been satisfied, particularly with regard to the central issue of whether or not NDMA-contaminated valsartan can cause liver cancer in humans.

## X.    CONCLUSION

It is my opinion, based on my qualifications and my extensive review of the available epidemiology studies and scientific literature, that there is not sufficient evidence to conclude that there is a causal relationship between NDMA-contaminated valsartan use and liver cancer. The epidemiologic literature shows a non-existent association, or, at most, a small association between NDMA-contaminated valsartan use and cancer, including liver cancer, that constitutes

only weak epidemiologic evidence that can be attributed to confounding, bias and/or chance. The lack of dose-response, analogy, specificity, and temporality in the relevant literature further supports the conclusion that any reported association likely results from confounding or chance.

All of the opinions in this report are stated to a reasonable degree of scientific certainty.


Date: April 10, 2025                    _____

                                        Dr. Gregory B. Diette, M.D., M.H.S.

# Exhibit A

**CURRICULUM VITAE**
**The Johns Hopkins University School of Medicine**

_____
**GREGORY B. DIETTE, MD, MHS**

**DEMOGRAPHIC AND PERSONAL INFORMATION**

**Current Appointment:**

| | |
|---|---|
| *University:* | Professor of Medicine |
| | Division of Pulmonary and Critical Care Medicine |
| | The Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| | |
| | Division of General Internal Medicine |
| | The Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| | |
| | Department of Epidemiology |
| | The Johns Hopkins University Bloomberg School of Public Health |
| | Baltimore, MD |
| | |
| | Department of Environmental Health and Engineering |
| | Johns Hopkins University Bloomberg School of Public Health |
| | Baltimore, MD |

**Personal Data:**

*Business Address:*

Division of Pulmonary and Critical Care Medicine
The Johns Hopkins University School of Medicine
1830 East Monument Street, 5th Floor
Baltimore, MD  21205

**Education and Training:**

| | | |
|---|---|---|
| 1981-1986 | B.S. | The University of Pennsylvania Wharton School, Philadelphia, PA. BS degree in economics. Concentration: Management of Entrepreneurship |
| 1981-1986 | B.A. | The University of Pennsylvania School of Arts and Sciences Philadelphia, PA. English; Minor in Chemistry |
| 1986-1990 | M.D. | Temple University School of Medicine, Philadelphia, PA |
| 1995-1997 | M.H.S. | Johns Hopkins University, School of Hygiene and Public Health Epidemiology; Clinical Epidemiology |

**Post-Doctoral Training**

| | |
|---|---|
| 1990-1993 | Intern-Resident, Department of Internal Medicine, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1994-1995 | Clinical Fellow, Division of Pulmonary and Critical Care, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1995-1998 | Research Fellow, Division of Pulmonary and Critical Care, Johns Hopkins University School of Medicine, Baltimore, MD |

**Professional Experience:**

| | |
|---|---|
| 1991-1993 | Assistant Clinical Instructor, University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1993-1994 | Clinical Instructor, University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1993-1994 | Attending Physician, Full-time, Department of Emergency Medicine, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1996-1999 | Senior Physician Scientist, Quality Assessment and Improvement Systems Division, Covance Health Economics and Outcomes Services. Washington, D.C. |
| 1998-2000 | Instructor, Departments of Medicine and Epidemiology, Johns Hopkins University, Baltimore, MD |
| 1998-present | Attending Physician, Department of Medicine, Johns Hopkins Hospital and Johns Hopkins Bayview Medical Center, Baltimore, MD Duties include outpatient practice devoted to adult asthma and general pulmonary medicine; inpatient care in acute care hospital and intensive care units. |
| 1998-2005 | Core Faculty, Program for Medical Practice and Technology Assessment, Johns Hopkins University, Baltimore, MD |
| 2000-2005 | Assistant Professor of Medicine, Departments of Medicine and Epidemiology, Johns Hopkins University, Baltimore, MD |

2005-2011     Associate Professor of Medicine, Departments of Medicine and Epidemiology, Johns Hopkins University, Baltimore, MD

2001-2015     Director of Clinical Research, Division of Pulmonary and Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, MD.

2011-Present     Professor of Medicine, Schools of Medicine and Public Health, Johns Hopkins University, Baltimore, MD

2011-Present     Director, Obstructive Lung Disease Program, Division of Pulmonary and Critical Care Medicine, Johns Hopkins University, Baltimore, MD

## RESEARCH ACTIVITIES
### Original Research

1. Grasso M, Weller WE, Shaffer TJ, **Diette GB**, Anderson GF. Capitation, Managed Care, and Chronic Obstructive Pulmonary Disease. American Journal of Respiratory and Critical Care Medicine 1998;158:133-138.

2. **Diette GB**, White P, Terry P, Jenckes M, Wise RA, Rubin H. Quality Assessment through Patient Self-Report of Symptoms Pre- and Post- Fiberoptic Bronchoscopy. Chest 1998;114:1446-1453.

3. **Diette GB**, Wiener CM, White P. The Higher Risk of Bleeding in Lung Transplant Recipients from Bronchoscopy is Independent of Traditional Bleeding Risks: Results of a Prospective Cohort Study. Chest 1999;115:397-402.

4. **Diette GB**, Wu AW, Skinner EA, Clark R, Markson L, McDonald R, Huber M, Markson L, Steinwachs D. Treatment Patterns Among Adult Asthmatics: Factors Associated with Overuse of Inhaled β-Agonists and Underuse of Inhaled Corticosteroids. Archives of Internal Medicine 1999;159: 2697-2704.

5. Nguyen TT, Rubin HR, **Diette GB,** Skinner EA, Markson L, Algatt-Bergstrom P, Clark RD, WU AW. Can Processes of Pediatric Asthma Care Explain Differences in Parent Satisfaction by Physician Specialty? *Pediatric Research.* 1999;45(4).

6. Barr LF, Campbell SE, **Diette GB**, Gabrielson EW, Kim S, Shim H, Dang CV. C-Myc Suppresses the Tumorigenicity of Lung Cancer Cells and Down-regulates Vascular Endothelial Growth Factor Expression. Cancer Research 2000; 60:143-9.

7. **Diette GB**, White P, Terry P, Jenckes M, Rosenthal D, Rubin HR. Utility of On-site Cytopathology Assessment for Bronchoscopic Evaluation of Lung Masses and Adenopathy. Chest 2000; 117:1186-1190.

8. Lechtzin N, Rubin HR, Jenckes M, White P, Zhou L, Thompson DA, **Diette GB**. Predictors of Pain Control in Patients Undergoing Flexible Bronchoscopy. American Journal of Respiratory and Critical Care Medicine 2000; 162:440-445.

9. **Diette GB**, Markson L, Skinner EA, Nguyen TTH, Algatt-Bergstrom P, Clark R, Wu AW. Nocturnal Asthma in Children Affects School Attendance, School Performance and Parents' Work Attendance. Archives of Pediatric and Adolescent Medicine 2000;154:923-928.

10. **Diette GB**, Skinner EA, Markson L, Algatt-Bergstrom P, Nguyen TTH, Clark RD, Wu AW. Consistency of Care with National Guidelines for Children with Asthma in Managed Care. Journal of Pediatrics 2001;138:59-64.

4

11. Lechtzin N, Wiener CM, Clawson L, Chaudhry V, **Diette GB**. Hospitalization in amyotrophic lateral sclerosis: Causes, Costs and Outcomes. Neurology 2001;56:753-757.

12. Krishnan JA, **Diette GB**, Skinner EA, Clark BD, Steinwachs D, Wu AW. Race and Sex Differences in Consistency of Care with National Asthma Guidelines in Managed Care Organizations. Archives of Internal Medicine 2001;161:1660-1668.

13. Krishnan JA, **Diette GB**, Rand CS. Disparities in outcomes from chronic disease. BMJ. 2011;323(7319);950.

14. **Diette GB**, Skinner EA, Nguyen TTH, Markson L, Clark BD, Wu AW. Comparison of Quality of Care of Specialist and Generalist Physicians as Usual Source of Asthma Care for Children. Pediatrics 2001;108: 432-437.

15. Wu AW, Young Y, Skinner EA, **Diette GB**, Vogeli C, Huber M, Peres A, Steinwachs D. Quality of Care and Outcomes of Adult Asthmatics Treated by Specialists and Generalists in Managed Care. Archives of Internal Medicine 2001;161:2554-2560.

16. Rubin HR, Pronovost P, **Diette GB**. From a Process of Care to a Measure: The Development and Testing of a Quality Indicator. International Journal for Quality in Health Care 2001; 13: 489-496.

17. Rubin HR, Pronovost P, **Diette GB**. The advantages and disadvantages of process-based measures of health care quality. International Journal for Quality in Health Care 2001; 13: 469-474.

18. Lechtzin N, Wiener CM, Shade DM, Clawson L, **Diette GB**. Spirometry in the supine position improves the detection of diaphragmatic weakness in ALS. Chest 2002; 121: 436-442.

19. Wolfenden LL, **Diette GB**, Skinner EA, Steinwachs DM, Wu AW. Gaps in Asthma Care of the Oldest Adults. Journal of the American Geriatrics Society 2002; 50: 877-883.

20. **Diette GB**, Krishnan J, Dominici F, Haponik E, Skinner EA, Steinwachs D, Wu AW. Asthma in older patients: Factors associated with hospitalization. Archives of Internal Medicine 2002;162:1123-1132.

21. Lechtzin N, Rothstein J, **Diette GB**, Wiener CM. Amyotrophic Lateral Sclerosis: Evaluation and Treatment of Respiratory Impairment. Amyotrophic Lateral Sclerosis and Other Motor Neuron Diseases 2002;3:5-13.

22. Allen-Ramey FC, Clawson L, **Diette GB**, McDonald RC, Skinner EA, Steinwachs DM, Wu AW. Methods Aimed at Improving Asthma Care and Outcomes Management. Disease Management & Health Outcomes 2002;10(8):495-503.

23. Lechtzin N, Rubin HR, Jenckes M, White P, **Diette GB**. Patient satisfaction with bronchoscopy. American Journal of Respiratory and Critical Care Medicine 2002;166: 1326-1331.

24. Scatarige JD, **Diette GB**, Merriman B, Haponik EF, Fishman EK. Availability, Requesting Practices, and Barriers to Referral for High-Resolution Computed Tomography of the Lungs: Results of a Survey of U.S. Pulmonologists. Academic Radiology 2002;9:1370-1377.

25. Srinivasan A, Wolfenden LL, Song X, Hartsell T, Jones HD, **Diette GB**, Orens JB, Yung RC, Ross TL, Mackie K, Merz W, Scheel PJ, Haponik EF, Perl TM. An outbreak of Pseudomonas aeruginosa associated with flexible bronchoscopes. New England Journal of Medicine 2003 Jan 16;348: 221-7.

26. Wolfenden LL, **Diette GB**, Krishnan JA, Skinner EA, Steinwachs DM, Wu AW. Lower physician estimate of underlying asthma severity leads to under-treatment. Archives of Internal Medicine 2003; 163:231-6.

27. Scatarige JD, **Diette GB**, Merriman B, Haponik EF, Fishman EK. Utility of High-resolution CT for Management of Patients with Diffuse Lung Disease: Results of a Survey of U.S. Pulmonary Physicians. Academic Radiology 2003; 10:167-175.

5

28. Scatarige JD, **Diette GB**, Merriman B, Fishman EK. Physician Satisfaction with HRCT Services Provided by Radiologists: Results of a Nationwide Survey of American Pulmonary Sub-specialists. American Journal of Roentgenology 2003; 180:585-589.

29. **Diette GB**, Lechtzin N, Haponik E, Devrotes A, Rubin HR. Distraction Therapy with Nature Sights and Sounds Reduces Pain During Flexible Bronchoscopy: A Complementary Approach to Routine Analgesia. Chest 2003; 123(3):941-948.

30. Patil S, Krishnan JA, Lechtzin N, **Diette GB**. In-Hospital Mortality Following Acute Exacerbation of Chronic Obstructive Pulmonary Disease. Archives of Internal Medicine 2003 May 26;163(10): 1180-6.

31. Hehn BT, Haponik E, Rubin HR, Lechtzin N, **Diette GB**. The Relationship of Age to Process of Care and Patient Tolerance of Bronchoscopy. Journal of the American Geriatrics Society 2003 51:917-922.

32. Krishnan JA, Parce PB, Martinez T, **Diette GB**, Brower RG. Caloric Intake in Medical Intensive Care Unit Patients: Consistency of Care with Guidelines and Relationship to Clinical Outcomes. Chest 2003; 124:297-305.

33. Rubinson L, Wu AW, Haponik EF, **Diette GB**. Internists' Adherence to Guidelines for Prevention of Intravascular Catheter Infections. JAMA 2003;290(21):2802.

34. Alberg AJ, **Diette GB**, Ford JG. Invited Commentary: Attendance and Absence as Markers of Health Status – The Example of Active and Passive Cigarette Smoking. Am J Epidemiol 2003; 157:870-873.

35. Lechtzin N, Wiener CM, Clawson L, Davidson MC, Anderson F, Gowda N, **Diette GB** and the ALS CARE Study Group. Use of noninvasive ventilation in patients with amyotrophic lateral sclerosis. ALS and Other Motor Neuron Disorders 2004;5(1):9-15.

36. Rubinson L, **Diette GB**, Song X. Brower RG, Krishnan JA. Low Caloric Intake is Associated with Nosocomial Blood Stream Infections in Patients in the Medical Intensive Care Unit. Critical Care Medicine 2004;32(2)350-357.

37. Rubinson L, **Diette GB**. Best practices for insertion of central venous catheters in intensive-care units to prevent catheter-related bloodstream infections. Journal Laboratory Clinical Medicine. 2004;143(1):5-13.

38. Hansel NN, Wu AW, Chang B, **Diette GB**. Quality of Life in Tuberculosis: Patient and Provider Perspectives. Quality of Life Research 2004;13:639-652.

39. Yurk R, **Diette GB**, Skinner EA, Steinwachs DM, Wu AW. Predicting Patient Reported Asthma Outcomes for Adults in Managed Care. American Journal of Managed Care 2004;10:321-328.

40. Swartz LJ, Callahan KA, Butz AM, Rand CA, Kanchanaraksa S, **Diette GB**, Krishnan JA, Breysse PN, Buckley TJ, Mosley AM, Eggleston PA. Methods and Issues in Conducting a Community-Based Environmental Randomized Trial. Environmental Research 2004 June;95(2):156-65.

41. Matsui EC, Krop EJM, **Diette GB**, Aalberse RC, Smith AL, Eggleston PA. Mouse Allergen Exposure and Immunologic Responses: IgE-Mediated Mouse Sensitization, Mouse-Specific IgG and IgG4. Annals of Allergy, Asthma and Immunology 2004; 93(2):171-8.

42. Hansel NN, Merriman B, Haponik EF, **Diette GB**. Hospitalizations for Tuberculosis in the United States in 2000: Predictors of In-hospital Mortality. Chest 2004; 126(4):1079-86.

43. Okelo S, Wu AW, Krishnan J, Rand CS, Skinner EA, **Diette GB**. Emotional Quality of Life and Outcomes in Adolescents with Asthma. Journal of Pediatrics 2004; 145(4):523-9.

44. Chang B, Wu AW, Hansel NN, **Diette GB**. Quality of life in tuberculosis: A review of the English language literature. Quality of Life Research 2004; 13:1633-1642.

45. **Diette GB**, Krishnan JA, Wolfenden LL, Skinner EA, Steinwachs DM, Wu AW. Relationship of Physician Estimate of Underlying Asthma Severity to Asthma Outcomes. Annals of Allergy, Asthma and Immunology 2004; 93(6):546-52.

46. Huang I, **Diette GB**, Dominici F, Frangakis C, Wu AW. Variations of Physician Group Profiling Indicators for Asthma Care. Am J Managed Care. 2004;10:38-44.

47. Skinner EA, **Diette GB**, Algatt-Bergstrom P, Nguyen TTH, Clark B, Markson LE, Wu AW. The Asthma Therapy Assessment Questionnaire (ATAQ) for Children and Adolescents. Disease Management. 2004;7:305-313.

48. Allan SH, Borja MC, Orens JB, Yang SC, **Diette GB**, Conte J. Does induction therapy have a significant impact on survival in lung transplantation? A prospective, randomized, controlled study comparing Zenapax, Thymoglobulin and no induction. *The Journal of Heart and Lung Transplantation*. 2005;24(2).

49. Huang I, Dominici F, Frangakis C, **Diette GB**, Damberg CL, Wu AW. Is risk-adjustor selection more important that statistical approach for provider profiling? Asthma as an example. Medical Decision Making. 2005 Jan-Feb 25(1):20-34.

50. Sapkota A, Symons JM, Kleissl J, Wang L, Parlange MB, Ondov J, Breysse PN, **Diette GB**, Eggleston PA, and Buckley TJ. Impact of the 2002 Canadian forest fires on particulate matter air quality in Baltimore city. Environmental Science Technology 2005 Jan 1;39(1):24-32.

51. Huang I, Frangakis C, Dominici F, **Diette GB**, Wu, AW. Application of a propensity score approach for risk adjustment in profiling multiple physician groups on asthma care. Health Services Research. 2005;40(1):253-278.

52. **Diette GB**, Scatarige JC, Haponik EF, Merriman B, Fishman EK. Do High-Resolution CT Findings of Usual Interstitial Pneumonitis Obviate Lung Biopsy? Respiration. 2005;72:134-141.

53. Breysse PN, Buckley TJ, Williams D, Beck CM, Kanchanaraksa S, Swartz LJ, Callahan KA, Butz AM, Rand CS, **Diette GB**, Krishnan JA, Moseley AM, Curtin-Brosnan J, Durkin NB, Eggleston PA. Indoor Exposures to Air Pollutants and Allergens in the Homes of Asthmatic Children in Inner-City Baltimore. Environmental Research. 2005;98:167-176.

54. Hansel NN, Hilmer SC, Georas SN, Cope LM, Guo J, Irizarry RA, **Diette GB**. Oligonucleotide Microarray Analysis of Peripheral Blood Lymphocytes in Severe Asthma. Journal of Laboratory and Clinical Medicine 2005 May;145(5):263-274.

55. Girgis RE, Champion HC, **Diette GB**, Johns RA, Permutt S, Sylvester JT. Decreased Exhaled Nitric Oxide in Pulmonary Arterial Hypertension: Response to Bosentan Therapy. American Journal of Respiratory and Critical Care Med Medicine 2005;172(3):352-7.

56. Rubinson L, Wu AW, Haponik EF, **Diette GB**. Why is it that internists do not follow guidelines for preventing intravascular catheter infections? Infection Control Hospital Epidemiology 2005;26(6):525-533.

57. Wanner TJ, Gerhardt SG, **Diette GB**, Orens JB. The Utility of Cytopathology Testing in Lung Transplant Recipients. J Heart and Lung Transplant. 2005;24(7):870-874.

58. Matsui EC, **Diette GB**, Krop EJM, Aalberse RC, Smith AL, Curtin-Brosnan J, Eggleston PA. Mouse allergen-specific immunoglobulin G and immunoglobulin G4 and allergic symptoms in immunoglobulin E-sensitized laboratory animal workers. Clin Exp Allergy. 2005;35:1347-1353.

59. Eggleston PA, **Diette GB**, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles R, Lanphear B, Miller R, Krishnan J. Lessons Learned for the Study of Childhood Asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Perspect. 2005;113(10):1430-1436.

7

60. Eggleston PA, Butz A, Rand C, Curtin-Brosnan J, Kanchanaraksa S, Swartz L, Breysse P, Buckley T, **Diette GB**, Merriman B, Krishnan J. Home environmental intervention in inner-city asthma: a randomized controlled clinical trial. Ann Allergy Asthma and Immunology. 2005;95(6):496-497.

61. Weiss CR, Scatarige JC, **Diette GB**, Haponik EF, Merriman B, Fishman, EK. CT Pulmonary Angiography is the First-Line Imaging Test for Acute Pulmonary Embolism: A Survey of US Clinicians. Academic Radiology. 2006 Apr; 13(4):434-46.

62. Colom AJ, Teper AM, Vollmer WM, **Diette GB**. Risk Factors for the Development of Bronchiolotis Obliterans in Children with Bronchiolitis. Thorax. 2006 Jun; 61(6):462-3.

63. Scatarige JC, Weiss CR, **Diette GB**, Haponik EF, Merriman B, Fishman EK. Scanning Systems and Protocols used during imaging for Acute Pulmonary Embolism: How Much do our Clinical Colleagues Know? Academic Radiology. 2006; 13:678-685.

64. Matsui EC, **Diette GB**, Krop EJM, Aalberse RC, Smith AL, Eggleston PA. Mouse Allergen-specific Immunoglobulin G4 and risk of mouse skin test sensitivity. Clin Exper Allergy. 2006;36(8): 1097-103.

65. Krishnan V, **Diette GB**, Rand CS, Bilderback AL, Merriman BJ, Hansel NN, Krishnan JA. Mortality in patients hospitalized for asthma exacerbations in the United States. Am J Resp Crit Care Med. 2006 Jun 15;174(6):633-8.

66. Lechtzin N, John M, Irizarry R, Merlo C, **Diette GB**, Boyle MP. Outcomes of Adults with Cystic Fibrosis Infected with Antibiotic Resistant Pseudomonas aeruginosa. Respiration. 2006;73(1):27-33.

67. Hansel NN, Eggleston PA, Krishnan JA, Curtin-Brosnan J, Rand CS, Patino CM, **Diette GB**. Asthma-Related Health Status Determinants of Environmental Control Practices for Inner-City Pre-School Children. Annals of Allergy, Asthma & Immunology. 2006 Sep; 97(3):409-17.

68. Matsui EC, Eggleston PA, Buckley TJ, Krishnan JA, Breysse P, Rand C, **Diette GB**. Household Mouse Allergen Exposure and Asthma Morbidity in Inner-City Pre-School Children. Annals of Allergy, Asthma & Immunology. 2006; 97(4): 514-20.

69. Hansel NN, Rand CS, Krishnan JA, Okelo S, Breysse PN, Eggleston PA, Matsui E, Curtin-Brosnan J, **Diette GB**. Influence of Caregiver's Health Beliefs and Experiences on their Use of Environmental Control Practices in Homes of Pre-School Children with Asthma. Pediatric Asthma, Allergy & Immunology. 2006;19(4):231-242.

70. Hansel NN, **Diette GB**. Gene expression profiling in human asthma. Proc Am Thoracic Society. 2007;4(1):32-36.

71. Matsui EC, Eggleston PA, Breysse P, and **Diette GB**. Mouse Allergen levels vary over time in inner-city homes. Journal of Allergy and Clinical Immunology. 2007;120(4):956-959.

72. Matsui EC, Eggleston PA, Breysse PN, Rand CS, **Diette GB**. Mouse allergen-specific antibody responses in inner-city children with asthma. Journal of Allergy and Clinical Immunology 2007;119(4):910-5.

73. Schmier JK, Manjunath R, Halpern MT, Jones ML, Thompson K, **Diette GB**. The impact of inadequately controlled asthma in urban children on quality of life and productivity. Annals of Allergy Asthma Immunology 2007;98(3):245-251.

74. Okelo SO, Wu AW, Merriman B, Krishnan JA, **Diette GB**. Are Physician Estimates of Asthma Severity Less Accurate in Black than in White Patients? Journal of General Internal Medicine 2007;22(7):976-81.

75. Han MK, Kim MG, Mardon R, Renner P, Sullivan S, **Diette GB**, Martinez FJ. Spirometry utilization for COPD? How do we measure up? Chest. 2007;132(2):403-9.

76. **Diette GB**, Patino CM, Merriman B, Paulin L, Okelo S, Thompson K, Krishnan JA, Quartey R, Perez-Williams D, Rand C. Patient Factors that Physicians Use to Assign Asthma Treatment. Archives of Internal Medicine. 2007;167(13):1360-6.

77. Sharma HP, Matsui EC, Eggleston PA, Hansel NN, Curtin-Brosnan J, **Diette GB**. Does current asthma control predict future health care use among black preschool-aged inner-city children? Pediatrics. 2007 Nov;120(5):e1174-81.

78. Sharma HP, Hansel NN, Matsui E, **Diette GB**, Eggleston P, Breysse P. Indoor environmental influence on children's asthma. Pediatr Clin North AM. 2007; 54(1): 103-120.

79. **Diette GB**, Hansel NN, Buckley TJ, Curtin-Brosnan J, Eggleston PA, Matsui EC, McCormack MC, Williams DL, Breysse PN. Home indoor pollutant exposures among inner-city children with and without asthma. Environmental Health Perspectives. 2007 Nov;115(11):1665-9.

80. **Diette GB**, McCormack MC, Hansel NN, Breysse PN, Matsui EC. Environmental issues in managing asthma. Respiratory Care. 2008;53(5):602-615.

81. Matsui EC, Hansel NN, McCormack MC, Rusher R, Breysse PN, **Diette GB**. Asthma in the inner city and the indoor environment. Immunology Allergy Clinical North America. 2008;28(3):665-686.

82. Weiss CR, **Diette GB**, Haponik EF, Merriman B, Scatarige JC, Fishman EK. Pretest risk assessment in suspected acute pulmonary embolism. Academic Radiology. 2008 Jan;15(1):3-14.

83. Hansel NN, Cheadle C, **Diette GB**, Wright J, Thompson KM, Barnes KC, Georas SN. Analysis of CD4+T cell gene expression in allergic subjects using two different microarray platforms. Allergy. 2008;63:366-369.

84. Okelo SO, Patino CM, Hansel NN, Eggleston PA, Krishnan JA, Rand CS, **Diette GB**. Use of Asthma Specialist Care in High-Risk Inner-City Black Children. Pediatric Asthma Allergy & Immunology. 2007;20(4):255-262.

85. Okelo SO, Patino CM, Riekert K, Merriman B, Bilderback BS, Hansel NN, Thompson K, Thompson J, Quartey R, Rand CS, **Diette GB**. Patient Factors that Pediatricians Use to Assign Asthma Treatment. Pediatrics, 2008;122(1):e195-201.

86. Tonorezos ES, Breysse PN, Matsui EC, McCormack MC, Curtin-Brosnan J, Williams D'Ann, Hansel NN, Eggleston PA, **Diette GB**. Does neighborhood violence lead to depression among caregivers of children with asthma? Social Science Medicine. 2008;67(10):31-7.

87. Hansel NN, Breysse PN, McCormack MC, Matsui EC, Curtin-Brosnan J, Williams DL, Moore JL, Cuhran JL, **Diette GB**. A longitudinal study of indoor nitrogen dioxide levels and respiratory symptoms in inner-city children with asthma. Environmental Health Perspectives 2008;116(10):1428-32.

88. Kim S, Aung T, Berkeley E, **Diette GB**, Breysse P. Measurement of Nicotine in Household Dust. Environmental Research. 2008;108(3):289-93.

89. Curtin-Brosnan J, Matsui EC, Breysse PN, McCormack MC, Hansel NN, Tonorezos ES, Eggleston PA, Williams D'Ann, **Diette GB**. Parent Report of Pests and Pets and Indoor Allergen Levels in Inner City Homes. Annals of Allergy, Asthma and Immunology. 2008;101(5):517-23.

90. Patino, CM, Okelo SO, Rand CS, Riekert KA, Krishnan JA, Thompson K, Quartey RI, Perez-Williams D, Bilderback A, Merriman B, Paulin L, Hansel N, **Diette GB**. The Asthma Control and Communication Instrument: a clinical tool developed for ethnically diverse populations. Journal of Allergy and Clinical Immunology. 2008;122(5):936-943.e6.

91. McCormack MC, Breysse PN, Hansel NN, Matsui EC, Tonorezos E, Curtin-Brosnan J, Eggleston PA, **Diette GB**. Common Household Activities are Associated with Elevated Particulate Matter

9

Concentrations in Bedrooms of Inner-City Baltimore Preschool Children. Environmental Research, 2008;106(2):148-55.

92. McCormack MC, Breysse PN, Matsui EC, Hansel NN, Williams D, Curtin-Brosnan J, Eggleston P, **Diette GB**. In-home particle concentrations and childhood asthma morbidity. Environ Health Perspect. 2009;117(1):294-8.

93. O'Brien Jr JM, Aberegg SK, Ali NA, **Diette GB**, Lemeshow S. Results from the National Sepsis Practice Survey: predictions about mortablity and morbidity and recommendations for limitation of care orders. Crit Care, 2009;13(3):R96.

94. Clerisme-Beaty E, Karam S, Rand C, Patino CM, Bilderback A, Riekert KA, Okelo SO, **Diette GB**. Does higher body mass index contribute to worse asthma control in an urban population? J Allergy Clin Immunol, 2009;124(2):207-12.

95. Clerisme-Beaty EM, Rand C, **Diette GB**. Reply to Farah. Journal of Allergy Clinical Immunology. 2010; 125(3):770.

96. Mathias RA, Grant AV, Rafaels N, Hand T, Gao L, Vergara C, Tsai YJ, Yang M, Campbell M, Foster C, Gao P, Togias A, Hansel NN, Diette G, Adkinson NF, Liu MC, Faruque M, Dunston GM, Watson HR, Bracken MB, Hoh J, Maul P, Maul T, Jedlicka AE, Murray T, Hetmanski JB, Ashworth R, Ongaco CM, Hetrick KN, Doheny KF, Pugh EW, Rotimi CN, Ford J, Eng C, Burchard EG, Sleiman PM, Hakonarson H, Forno E, Raby BA, Weiss ST, Scott AF, Kabesch M, Liang L, Abecasis G, Moffatt MF, Cookson WO, Ruczinski I, Beaty TH, Barnes KC. A genome-wide association study on African-ancestry populations for asthma. J Allergy Clin Immunol. 2010 Feb;125(2):336-346.e4.

97. Castro M, Rubin AS, Laviolette M, Fiterman J, De Andrade Lima M, Shah PL, Fiss E, Olivenstein R, Thomson NC, Niven RM, Pavord ID, Simoff M, Duhamel DR, McEvoy C, Barbers R, Ten Hacken NH, Wechsler ME, Holmes M, Phillips MJ, Erzurum S, Lunn W, Israel E, Jarjour N, Kraft M, Shargill NS, Quiring J, Berry SM, Cox G, and AIR2 Trial Study Group. Effectiveness and safety of bronchial thermoplasty in the treatment of severe asthma: a multicenter, randomized, double-blind, sham-controlled clinical trial. Am J Respir Crit Care Med. 2010;181(2):116-24.

98. **Diette GB**, Sajjan SG, Skinner EA, Weiss TW, Wu A, Markson LE. Using the pediatric Asthma Therapy Assessment Questionnaire to measure asthma control and health care utilization in children. The Patient: Patient-Centered Outcomes Research. 2009; 2 (4), 233-241

99. **Diette GB**, Orr P, McCormack MC, Gandy W, Hamar N. Is Pharmacologic Care of COPD Consistent with Guidelines? Population Health Manage. 2010 Feb;13(1):21-6.

100. Demissie SM, Okelo S, Riekert KA, Eakin M, Rand CS, **Diette GB**. Effects of patients' clinical factors on physician ratings of asthma control, asthma severity and treatment recommendations. American Thoracic Society. New Orleans 2010, May 14-19.

101. Drummond MB, Shade DM, Berry C, McCormack MC, Hansel N, **Diette GB,** Wise R. Respiratory symptoms do not differ when defining COPD by fixed ratio or lower limit of normal. *American Thoracic Society*. New Orleans 2010, May 14-19.

102. Breysse PN, **Diette GB**, Matsui EC, Butz AM, Hansel NH, and McCormack MC. Indoor Air Pollution and Asthma in Children. Proceedings of the American Thoracic Society. 2010 May (2):102-106.

103. Lechtzin N, Busse AM, Smith MT, Grossman S, Nesbitt S, Diette GD. A randomized trial of nature scenery and sounds vs. urban scenery and sounds to reduce pain in adults undergoing bone marrow aspirate and biopsy. Journal Altern Complement Med 2010 Sep (9):965-972. PMCID:PMC3110836

104. O'Brien JM Jr, Aberegg SK, Ali NA, Diette GD, Lemeshow S. Results from the National Sepsis Practice Survey: Use of drotrecogin alfa (activated) and other therapeutic decisions. Journal of Critical Care 2010 25(4):658.e7-658.e15. PMCID: PMC2978258

105. Murphy A, Chu JH, Xu M. Carey VJ, Lazarus R, Liu A, Szefler SJ, Strunk R, Demuth K, Castro M, Hansel NN, **Diette GB**, Vonakis BM, Adkinson Jr, FN, Klanderman BJ, Senter-Sylvia J, Ziniti J, Lange C, Pastinen T, Raby BA. Mapping of numerous disease associated expression polymorphisms in primary peripheral blood CD4+ lymphocytes. Hum Mol Genet 2010;19(23):4745-57. PMCID: PMC2972694

106. Bollinger ME, **Diette GB**, Chang C-L, Stephenson JJ, Sajjan S, Fan T, Allen-Ramey FC. Patient characteristics and prescription fill patterns for allergic rhinitis medications, with a focus on montelukast, in a commercially-insured population. Clinical Therapeutics 2010 32(6):1093-1102.

107. Butz AM, Breysse P, Rand C, Curtin-Brosnan J, Eggleston P, **Diette GB**, Williams D, Bernert JT, Matsui EC. Household smoking behavior: Effects of indoor air quality and health in urban children with asthma. Matern Child Health J 15:460-468, 2011. PMCID: PMC3113654

108. Castaldi PJ, Cho MH, Litonjua AA, Bakke P, Gulsvik A, Lomas DA, Anderson W, Beaty TH, Hokanson JE, Crapo JD, Laird N, Silverman EK, COPDGene and Eclipse Investigators. The association of genome-wide significant spirometric loci with chronic obstructive pulmonary disease susceptibility. American Journal of Resiratory, Cellular, and Molecular Biology. 2011;45(6) 1147-1153.

109. Kim DK, Hersh CP, Washko GR, Hokanson JE, Lynch DA, Newell JD, Murphy JR, Crapo JD, Silverman EK; COPD Gene Investigators. Epidemiology, radiology, and genetics of nicotine dependence in COPD. Respiratory Res. 2011;12(1):9.

110. McCormack MC, Breysse PN, Matsui EC, Hansel NN, Peng RD, Curtin-Brosnan J, Williams DL, Wills-Karp M, Diette GD. Indoor Particulate Matter Increases Asthma Morbidity in Children with Non-Atopic and Atopic Asthma. Ann of Allergy Asthma Immunol 106(4):308-315, 2011. PMCID: PMC3118306

111. Noel S, Saams J, Ong MJ, Breysse P, Diette G, Biswal S, Matsui EC. Opposing effects of nasal epithelial NAD(P)H dehydrogenase quinine 1 and heme oxygenase 1 expression on upper and lower airway symptoms in adolescents with asthma. Journal of Allergy and Clinical Immunology. 2011; 128(2):422-424.

112. Siedlinski M, Cho MH, Bakke P, Gulsvik A, Lomas DA, Anderson W, Kong X, Rennard SI, Beaty TH, Hokanson JE, Crapo JD, Silverman EK, COPDGENe Investigators; ECLIPSE Investigators. Genome-wide association study of smoking behaviors in patients with COPD. Thorax. 2011;66(10):894-902.

113. Sharma S, Murphy A, Howrylak J, Himes B, Cho M, Chu JH, Hunninghake G, Fuhlbrigge A, Klandermann B, Ziniti J, Senter-Sylvia J, Liu A, Szefler SJ, Strunk R, Castro M, Hansel NN, **Diette GB**, Vonakis BM, Adkinson Jr, NF, Carey VJ, Raby BA. The impact of race in epidemiologic studies of gene expression. Genetic Epidemiology, 2011;35(2):93-101.

114. **Diette GB**, Fuhlbrigge A, Allen-Ramey F, Hopper A, Sajjan S, Markson LE. Asthma severity in patients initiating controller monotherapy versus combination therapy. J Asthma 2011;48(3): 304-310.

115. Torgerson DG, Ampleford EJ, Chiu GY, Gauderman WJ, Gignoux CR, Graves PE, Himes BE, Levin AM, Mathias RA, Hancock DB, Baurley JW, Eng C, Stern DA, Celedón JC, Rafaels N, Capurso D, Conti DV, Roth LA, Soto-Quiros M, Togias A, Li X, Myers RA, Romieu I, Berg DJ, Hu D, Hansel NN, Hernandez RD, Israel E, Salam MT, Galanter J, Avila PC, Avila L, Rodriquez-Santana JR, Chapela R, Rodriguez-Cintron W, **Diette GB**, Adkinson NF, Abel RA, Ross KD, Shi M, Faruque MU, Dunston GM, Watson HR, Mantese VJ, Ezurum SC, Liang L, Ruczinski I, Ford JG, Huntsman S, Chung KF, Vora H, Li X, Calhoun WJ, Castro M, Sienra-Monge JJ, Del Rio-Navarro B, Deichmann KA, Heinzmann A, Wenzel SE, Busse WW, Gern JE, Lemanske RF Jr, Beaty TH, Bleecker ER, Raby BA,

Meyers DA, London SJ; Children's Health Study (CHS) and HARBORS study, Gilliland FD; Genetics of Asthma in Latino Americans (GALA) Study, the Study of Genes-Environment and Admixture in Latino Americans (GALA2) and the Study of African Americans, Asthma, Genes & Environments (SAGE), Burchard EG; Childhood Asthma Research and Education (CARE) Network, Martinez FD; Childhood Asthma Management Program (CAMP), Weiss ST; Study of Asthma Phenotypes and Pharmacogenomic Interactions by Race-Ethnicity (SAPPHIRE), Williams LK; Genetic Research on Asthma in the African Diaspora (GRAAD) Study, Barnes KC, Ober C, Nicolae DL. Meta-analysis of genome-wide association studies of asthma in ethnically diverse North American populations. Nat Genet. 2011 Jul 31;43(9):887-92. PMCID: PMC3445408.

116. Mahajan AK, **Diette GB**, Hatipoglu U, Bilderback A, Ridge A, Walker Harris V, Dalapathi V, Badlani S, Lewis S, Charbeneau JT, Naureckas ET, Krishnan JA. High frequency chest wall oscillation for asthma and chronic obstructive pulmonary disease exacerbations: A randomized sham-controlled clinical trial. Respir Res, 2011; 12(1): 120

117. Maziqiue D, **Diette GB**, Breysse PN, Matsui EC, McCormack MC, Curtin-Brosnan J, Williams D, Peng RD, Hansel NN. Predictors of airborne endotoxin concentrations in inner city homes. Environ Res 111(4):614-617, 2011. PMCID: PMC3085396

118. Lung volumes and emphysema in smokers with interstitial lung abnormalities. Washko GR, Hunninghake GM, Fernandez IE, Nishino M, Okajima Y, Yamashiro T, Ross JC, Estépar RS, Lynch DA, Brehm JM, Andriole KP, Diaz AA, Khorasani R, D'Aco K, Sciurba FC, Silverman EK, Hatabu H, Rosas IO; COPDGene Investigators. New England Journal of Medicine. 2011; 364(10):987-906.

119. Williams DL, Breysse PN, McCormack MC, **Diette GB**, McKenzie S, Geyh AS. Airborne cow allergen, ammonia and particulate matter at homes vary with distance to industrial scale dairy operations: An exposure assessment. Environ Health 2011;10(1): 72. PMCID:PMC3184623.

120. Han MK, Kazerooni EA, Lynch DA, Liu LX, Murray S, Curtis JL, Criner GJ, Kim V, Bowler RP, Hanania NA, Anzueto AR, Make BJ, Hokanson JE, Crapo JD, Silverman EK, Martinez FJ, Washko GR, COPDGene Investigators. Chronic obstructive pulmonary disease exacerbations in the COPDGene study: associated radiologic phenotypes. Radiology. 2011; 261(1) 274-282.

121. Hansel NN, Matsui EC, Rusher R, McCormack MC, Curtin-Brosnin J, Peng RG, Mazique D, Breysse PN, **Diette GB**. Predicting future asthma morbidity in preschool inner city children. J of Asthma 2011, 48(8):797-803. PMID: 21861602.

122. Hardin M, Silverman EK, Barr RG, Hansel NN, Schroeder JD, Make BJ, Crapo JD, Hersh CP; COPDGene Investigators. The clinical features of the overlap between COPD and asthma. Respiratory Res. 2011;12(1):127.

123. Sharma S, Murphy A, Howrylak J, Himes B, Cho MH, Chu JH, Hunninghake GM, Fuhlbrigge A, Klanderman B, Ziniti J, Senter-Sylvia J, Liu A, Szefler SJ, Strunk R, Castro M, Hansel NN, **Diette GB**, Vonakis BM, Adkinson NF Jr, Carey VJ, Raby PA. The impact of self-identified race on epidemiologic studies of gene expression. Genet Epidemiol 2011;35(2)93-101.

124. Torgerson DG, Ampleford EJ, Chiu GY, Gauderman WJ, Gignoux CR, Graves PE, Himes BE, Levin AM, Mathias RA, Hancock DB, Baurley J, Eng C, Stern DA, Celedón JC, Rafaels N, Capurso D, Conti DV, Roth LA, Soto-Quiros M, Togias A, Li X, Myers RA, Romieu I, Van den Berg DJ, Hu D, Hansel NN, Hernandez RD, Israel E, Salam MT, Galanter J, Avila PC, Avila L,. Rodriquez-Santana JR, Rocio Chapela V R, Rodriguez-Cintron W, **Diette GB**, Adkinson NF, Abel RA, Ross KD, Shi M, Faruque WMU, Dunston GM, Watson HR, Mantese VJ, Ezurum SC, Liang L, Ruczinski I, Ford JG, Huntsman S, Chung KF, Vora H, Li X, Calhoun WJ, Castro M, Sierra-Monge JJ, del Rio-Navarro B, Deichmann KA, Heinzmann A, Wenzel SE et al. Meta-analysis of genomewide association studies of asthma in ethnically diverse North American populations. Nat Genet. 2011 Jul 31;43(9):887-92.

125. Butz AM, Matsui EC, Breysse P, Curtin-Brosnan J, Eggleston P, Diette G, Williams D, Yuan J, Bernert JT, Rand C. A randomized trial of air cleaners and a health coach to improve indoor air quality for inner-city children with asthma and secondhand smoke exposure. Arch Pediatr Adolesc Med. 2011 Aug;165(8):741-8.

126. Davis MF, Baron P, Price LB, Williams D, Jeyaseelan S, Hambleton I, **Diette GB**, Breysse PN, McCormack MC. Dry collection and culture methods for recovery of methicillin-susceptible and methicillin-resistant Staphylococcus aureus from indoor home environments. Appl Environ Microbiol. 2012 Apr;78(7):2474-2476. PMCID:PMC3306591

127. Miranda JJ, Bernabe-Oritz a, Smeeth L, Gilman RH, Checkley; CRONICAS Cohort Study Group. Antonio Bernabé-Ortiz, Juan P Casas, George Davey Smith, Shah Ebrahim, Raúl Gamboa, Héctor H García, Robert H Gilman, Luis Huicho, Germán Málaga, J Jaime Miranda, Víctor M Montori, Liam Smeeth; Chronic Obstructive Pulmonary Disease: William Checkley, Gregory B Diette, Robert H Gilman, Luis Huicho, Fabiola León-Velarde, María Rivera, Robert A Wise; Training & Capacity Building: William Checkley, Héctor H García, Robert H Gilman, J Jaime Miranda, Katherine Sacksteder. CRONICAS Cohort Study :Cardiovascular Disease. BMJ Open 2012 Jan 11; 2(1):e000610.

128. Demissie S, Riekert KA, Eakin MN, Bilderback A, **Diette GB**, Okelo SO. How do perceptions of asthma control and severity relate to indicators of asthma status and treatment recommendations by pediatricians? Pediatr Allergy Immunol Pulmonol. 2012 Mar;25(1):17-23. PMCID:PMC3306591

129. **Diette GB**, Accinelli RA, Balmes JR, Buist AS, Checkley W, Garbe P, Hansel NN, Kapil V, Gordon S, Lagat DK, Yip F, Mortimer K, Perez-Padilla R, Roth C, Schwaninger JM, Punturieri A, Kiley J. Obstructive lung disease and exposure to burning biomass fuel in the indoor environment. Global Heart J 2012:7(3)265-270.

130. Foreman MG, Zhang L, Murphy J, Hansel NN, Make B, Hokanson JE, Washko G, Regan EA, Crapo JD, Silverman EK, DeMeo DL, COPDGene Investigators. Early-onset chronic obstructive pulmonary disease is associated with female sex, maternal factors, and African American race in the COPDGene Study. American Journal of Respiratory Critical Care Medicine. 2011;184(4):414-420.

131. Mahajan AK, **Diette GB**, Hatipoglu U, Bilderback A, Ridge A, Harris VS, Dalapathi V, Badlani S, Lewis S, Charbeneau JT, Naureckas ET, Krishnan JA. High frequency chest wall oscillation for asthma and chronic obstructive pulmonary disease exacerbations: A randomized sham-controlled clinical trial. Respir Res. 2011 Sept 10;12:120. PMCID:PMC3179725

132. Torjusen EN, **Diette GB**, Breysse PN, Curtin-Brosnan J, Aloe C, Matsui EC. Dose-response relationships between mouse allergen exposure and asthma morbidity among urban children and adolescents. Indoor Air. 2013 Aug 23; (4):268-74.

133. Cho MH, Castaldi PJ, Wan ES, Siedlinski M, Hersh CP, Demeo DL, Himes BE, Sylvia JS, Klanderman BJ, Ziniti JP, Lange C, Litonjua AA, Sparrow D, Regan EA, Make BJ, Hokanson JE, Murray T, Hetmanski JB, Pillai SG, Kong X, Anderson WH, Tal-Singer R, Lomas DA, Coxson HO, Edwards LD, MacNee W, Vestbo J, Yates JC, Agusti A, Calverley PM, Celli B, Crim C, Rennard S, Wouters E, Bakke P, Gulsvik A, Crapo JD, Beaty TH, Silverman EK, ICGN Investigators, ECLIPSE Investigators, COPDGene Investigators. A genome-wide association study of COPD identifies a susceptibility locus on chromosome 19q13. Human Molecular Genetics. 2012;21(4):947-57.

134. Kim DK, Cho MH, Hersh CP, Lomas DA, Miller BE, Kong X, Bakke P, Gulsvik A, Agusti A, Woulters E, Celli B, Coxson H, Vestbo J, MacNee W, Yates JC, Rennard S, Litonjua, Qiu W, Beaty TH, Crapo JD, Riley JH, Tal-Singer R, Silverman EK, ECLIPSE, ICGN, and COPDGene Investigators. Genome-wide association analysis of blood biomarkers in chronic obstructive pulmonary disease. American Journal of Respiratory Critical Care Medicine. 2012; 186(12):1238-1247.

13

135. Lin J, Matsui W, Aloe C, Peng RD, **Diette GB**, Breysse PN, Matsui EC. Relationships between Folate and inflammatory features of asthma. J Allergy Clin Immunol. 2012 Mar; 131(3):918-920.

136. Martinez CH, Chen YH, Westgate PM, Liu LX, Murray S, Curtis JL, Make BJ, Kazerooni EA, Lynch DA, Marchetti N, Washko GR, Martinez FJ, Han MK, COPDGene Investigators. Relationship between quantitative CT metrics and health status and BODE in chronic obstructive pulmonary disease. Thorax. 2012;67(5):399-406.

137. Wells JM, Washko GR, Han MK, Abbas N, Nath H, Mamary AJ, Regan E, Bailey WC, Martinez FJ, Westfall E, Beaty TH, Curran-Everett D, Curtis JL, Hokanson JE, Lynch DA, Make BJ, Crapo JD, Silverman EK, Bowler RP, Dransfield MT; COPDGene Investigators; ECLIPSE Study Investigators. Pulmonary arterial enlargement and acute exacerbations of COPD. New England Journal of Medicine. 2012;367(10):913-21.

138. Zach JA, Newell JD Jr, Schroeder J, Murphy JR, Curran-Everett D, Hoffman EA, Westgate PA, Han MK, Silverman EK, Crapo JD, Lynch DA, COPDGene Investigators. Quantitative computed tomography of the lung and airways in healthy nonsmoking adults. Investigative Radiology. 2012;47(10):596-602.

139. Paulin LM, Williams D, Oberweiser C, **Diette GB**, Breysse PN, McCormack C, Matsui EC, Peng R, Metts TA, Hansel NN. Indoor air quality in central Appalachia homes impacted by wood and coal use. J Environ Protection 2013;4:67-71.

140. Bose S, Jun J, **Diette G**. High frequency chest wall oscillation successful in controlling refractory asthma. J Asthma. 2013 Mar; 50(2):219-221.

141. Okelo SO, Butz AM, Sharma R, **Diette GB**, Pitts SI, King TM, Linn ST, Reuben M, Chelladurai Y, Robinson KA. Interventions to modify health care provider adherence to asthma guidelines: a systematic review. Pediatrics. 2013; 132(3):517-534.

142. Okelo SO, Eakin MN, Patino CM. Teodoro AP, Bilderback AL, Thompson DA, Loiaza-Martinez A, Rand CS, Thyne S, **Diette GB**, Riekert KA. The pediatric asthma control and communication instrument asthma questionnaire: for use in diverse children of all ages. J Allergy Clin Immunol 2013 Jul;132(1)55-62.

143. Lu KD, Breysse PN, **Diette GB**, Curtin-Brosnan J, Aloe C, William DL, Peng RD, McCormack MC, Matsui EC. Being overweight increases susceptibility to indoor pollutants among urban children with asthma. J Allergy Clin Immunol 131(4):1017-1023. 2013. PMCID: PMC3889705

144. McCormack M. Matsui E, Diette GD, Breysse P, Aloe C, Curtin-Brosnan J. Guideline-recommended fractional exhaled nitric oxide is a poor predictor of health care use among inner-city children and adolescents receiving usual asthma care. Chest 2013 Sep;144(3):923-9. PMCID: PMC3760744

145. Jassal MS, **Diette GB**, Dowdy DW. Cost Consequence Analysis of Multimodal Interventions with Environmental Components for Pediatric Asthma in the State of Maryland. J Asthma. 2013;50(6):672-80.

146. Jamieson DB, Matsui EC, Belli A, McCormack MC, Peng E, Pierre-Louis S, Curtin-Brosnan J, Breysse PN, **Diette GB**, Hansel NN. Effects of Allergic Phenotype on Respiratory Symptoms and Exacerbations in Patients with COPD. Am J Respir Crit Care Med. 2013 Jul 15;188(2):187-92. PMCID: PMC3778754

147. Hansel NN, McCormack MC, Belli A, Matsui EC, Peng RD, Aloe C, Paulin L, Williams DL, **Diette GB**. In-home air pollution is linked to respiratory morbidity in former smokers with COPD. Am J Crit Care Med. 2013 May 15;187(10):1085-90. PMCID: PMC3734614

148. Ahluwalia SK, Peng RD, Breysse P, **Diette GB**, Curtin-Brosnan J, Aloe C, Matsui EC. Mouse allergen is the major allergen of public health relevance in Baltimore. J Allergy Clin Immunol 2013 Oct: 123(4):830-835. PMCID: PMC3800085

149. Bose S, Breysse PN, McCormack M, Hansel NN, Rusher RR, Matsui E, Peng R, Curtin-Brosnan J, **Diette GB**. Outdoor exposure and vitamin D levels in urban children with asthma. Nutrition J, 2013 Jun 12;12(1)81.

150. Cho MH, McDonald ML, Zhou X, Mattheisen M, Castaldi PJ, Hersh CP, Demeo DL, Sylvia JS, Ziniti J, Laird NM, Lange C, Litonjua AA, Sparrow D, Casaburi R, Barr RG, Regan EA, Make BJ, Hokanson JE, Lutz S, Dudenkov TM, Farzadegan H, Hetmanski JB, Tal-Singer R, Lomas DA, Bakke P, Gulsvik A, Crapo JD, Silverman EK, Beaty TH; NETT Genetics, ICGN, ECLIPSE and COPDGene Investigators. Risk loci for chronic obstructive pulmonary disease : a genomic-wide association study and meta-analysis. Lancet Respiratory Medicine. 2014;2(3):214-225.

151. Hansel NN, Washko GR, Foreman MG, Huang MK, Hoffman EA, DeMeo DL, Barr RG, Van Beek EJ, Kazerooni EA, Wise RA, Brown RH, Black-Shinn J, Hokanson JE, Hanania NA, Make B, Silverman EK, Crapo JD, Dransfield MT; COPDGene Investigators. Racial difference in CT phenotypes in COPD. COPD. 2013; 10(1):20-27.

152. Hersh CP, Washko GR, Estépar RS, Lutz S, Friedman PJ, Han MK, Hokanson JE, Judy PF, Lynch DA, Make BJ, Marchetti N, Newell JD Jr, Sciurba FC, Crapo JD, Silverman EK; COPDGene Investigators. Paired inspiratory-expiratory chest CT scan to assess for small airways disease in COPD. Respiratory Res. 2013;14(1):42.

153. Martin WJ 2nd, Glass RI, Araj H, Balbus J, Collins FS, Curtis S, **Diette GB**, Elwood WN, Falk H, Hibbert PL, Keown SE, Mehta S. Patrick E, Rosenbaum J, Sapkota A, Tolunay HE, Bruce NG. Household air pollution in low-and middle-income countries: health risks and research priorities. PLoS Med. 2013 Jun;10(6):e1001455.

154. Matsui EC, Hansel NN, Aloe C, Schiltz AM, Peng RD, Rabinovitch N, Ong MJ, Williams DL, Breysse PN, **Diette GB**, Liu AH. Indoor pollutant exposures modify the effect of airborne endotoxin on asthma in urban children. Am J Respir Crit Care Med 2013 Nov 15;188(10)1210-5. PMCID: PMC3863732

155. Okelo SO, Butz AM, Sharma R, **Diette GB**, Pitts SI, King TM, Linn ST, Reuben M, Chelladurai Y, Robinson KA. Interventions to Modify Health Care Provider Adherence to Asthma Guidelines [Internet]. Agency for Healthcare Research and Quality (US). 2013; Report No.:13-EHC022-EF.

156. Painschab MS, Davila-Roman VG, Gilman RH, Vasquez-Villar AD, Pollard SL, Wise RA, Miranda JJ, Checkley W, CRONICAS Cohort Study Group. Chronic exposure to biomass fuel is associated with increased carotid artery intima-media thickness and a higher prevalence of atherosclerotic plaque. Heart. 2013; 99(14);984-991.

157. Ravenel JG, Tanner NT, Vachani A, **Diette GB,** Aggarwal J, Mathews C, Kearney P, Fang K, Silvestri G. A Multicenter, community based chart review of the management of small (8-15 mm) nodules by pulmonologists. Conference: Radiological Society of North America 2013 Scientific Assembly and Annual Meeting. 2013.

158. Siedlinski M, Tngley D, Lipman PJ, Cho MH, Litonjua AA, Sparrow D, Bakke P, Gulsvik A, Lomas DA, Anderson W, Kong X, Rennard SI, Beaty TH, Hokanson JE, Crapo JD, Lange C, Silverman EK, COPDGene and ECLIPSE Investigators. Dissecting direct and indirect genetic effects on chronic obstructive pulmonary disease (COPD) susceptibility. Human Genetics. 2013;132(4):431-441.

159. Tanner NT, **Diette GB,** Vachani A, Aggarwal J, Gross T, Kearney P, Fang K, Silvestri G. A Multicenter, community-Based Chart Review of the Evaluation and Management of Lung Nodules by Pulmonologists. *Chest*. 2013;144:649A.

160. Hobbs BD, Foreman MG, Bowler R, Jacobson F, Make BJ, Castaldi PJ, San José Estépar R, Silverman EK, Hersh CP; COPDGene Investigators. Pneumothorax risk factors in smokers with and without chronic obstructive pulmonary disease. Annals of American Thoracic Society. 2014;11(9):1387-1394.

161. Lee JH, Cho MH, McDonald ML, Hersh CP, Castaldi PJ, Crapo JD, Wan ES, Dy JG, Chang Y, Regan EA, Hardin M, DeMeo DL, Silverman EK; COPDGene Investigators. Phenotypic and genetic heterogeneity among subjects with mild airflow obstruction in COPDGene. Respiratory Medicine. 2014;108(10):1469-1480.

162. McDonald ML, Cho MH, Sørheim IC, Lutz SM, Castaldi PJ, Lomas DA, Coxson HO, Edwards LD, MacNee W, Vestbo J, Yates JC, Agusti A, Calverley PM, Celli B, Crim C, Rennard SI, Wouters EF, Bakke P, Tal-Singer R, Miller BE, Gulsvik A, Casaburi R, Wells JM, Regan EA, Make BJ, Hokanson JE, Lange C, Crapo JD, Beaty TH, Silverman EK, Hersh CP; Evaluation of COPD Longitudinally to Identify Predictive Surrogate Endpoints and COPDGene Investigators. Common genetic variants associated with resting oxygenation in COPD. American Journal of Cellular Molecular Biology. 2014;51(5):678-687.

163. Okelo SO, Eakin MN, Riekert KA, Teodoro AP, Bilderback AL, Thompson DA, Loiaza-Martinez A, Rand CS, Thyne S, **Diette GB**, Patino CM. Validation of parental reports of asthma trajectory, burden, and risk by using the pediatric asthma control and communication instrument. J Allergy Clin Immunol Pract 2014 Mar-Apr; 2(2):186-192.

164. Okelo SO, Riekert KA, Eakin M, Bilderback A, Rand CS, **Diette GB**, Yenokyan G. Pediatrician qualifications and asthma management behaviors and their association with patient race/ethnicity. J Asthma 2014 Mar;51(2):155-161.

165. Sharma S, Zhou X, Thibault DM, Himes BE, Liu A, Szefler SJ, Strunk R, Castro M, Hansel NN, **Diette GB**, Vonakis BM, Adkinston NF Jr, Avila L, Soto-Quiros M. Barraza-Villareal A, Lemanske RF Jr, Solway J, Krishnan J, White SR, Cheadle C, Berger SAE, Fan J. Boorgula MP, Nicolae D, Gilliland F, Barnes K, London SJ, Martinez F, Ober C, Celedon JC, Carey VJ, Weiss ST, Raby BA. A genome-wide survey of CD4 lymphocyte regulatory genetic variants identifies novel asthma genes. J Allergy Clin Immunol 2014; 134(5): 1153-1162.

166. **Diette GB**, Rand C. The contributing role of health-care communication to health disparities for minority patients with asthma. Chest. 2007; 132 (5 Suppl):802S-809S.

167. Lee JH, Cho MH, Hersh CP, McDonald ML, Wells JM, Dransfield MT, Bowler RP, Lynch DA, Lomas DA, Crapo JD, Silverman EK; COPDGene and ECLIPSE Investigators. IREB2 and GALC are associated with pulmonary artery enlargement in chronic obstructive pulmonary disease. American Journal of Respiratory Cellular Molecular Biology. 2015;52(3):365-376.

168. Peng RD, Butz A, Hacksta A, Williams DL, **Diette GB**, Breysse P, Matsui E. Estimating the health benefit of reducing indoor air pollution in a randomized environmental intervention. J Royal Statistical Society. 2015; 178(2): 425-443.

169. Ruiz-Grosso P, Bernabe-Ortiz A, Diez-Canseco F, Gilman RH, Checkley W, Bennett IM, Miranda JJ; CRONICAS Cohort Study Group.Depressive mood among within-county migrants in periurban shantytowns of Lima, Peru. Journal of Immigrant Minor Health. 2015;17(6)1635-1642.

170. Williams DL, McCormack M, Matsui EC, **Diette GB**, McKenzie SE, Geyh AS, Breysse PN. Cow allergen (Bos d 2) and Endotoxin Concentrations are higher in the settled dust of homes proximate to industrial scale dairy operations. Journal of Exposure Science & Environmental Epidemiology. Advance online publication] DOI: JES.2014.57, 2014

171. Hersh CP, Make BJ, Lynch DA, Barr RG, Bowler RP, Calverley PM, Castaldi PJ, Cho MH, Coxson HO, DeMeo DL, Foreman MG, Han MK, Harshfield BJ, Hokanson JE, Lutz S, Ramsdell JW, Regan

EA, Rennard SI, Schroeder JD, Sciurba FC, Steiner RM, Tal-Singer R, van Beek E Jr, Silverman EK, Crapo JD, COPDGene and ECLIPSE Investigators. Non-emphysematous chronic obstructive pulmonary disease is associated with diabetes mellitus. BMC Pulm Med. 2014; 14: 164.

172. Kim V, Desai P, Newell JD, Make BJ, Washko GR, Silverman EK, Crapo JD, Bhatt SP, Criner GJ, COPDGene Investigators. Airway wall thickness is increased in COPD patients with bronchodilator responsiveness. Respir Res. 2014; 15:84.

173. Vachani A, Tanner NT, Aggarwal J, Mathews C, Kearney P, Fang KC, Silvestri G, **Diette GB**. Factors that influence physician decision making for indeterminate pulmonary nodules. Annals of American Thoracic Society. 2014; 11(10): 1586-1591.

174. Kaji DA, Belli AJ, McCormack MC, Matsui EC, Williams DL, Paulin L, Putcha N, Peng RD, **Diette GB**, Breysse PN, Hansel NN. Indoor pollutant exposure is associated with heightened respiratory symptoms in atopic compared to non-atopic individuals with COPD. BMC Pulm Med. 2014; 14:147.

175. Hackstadt AJ, Matsui EC, Williams DL, **Diette GB**, Breysse PN, Butz AM, Peng RD. Inference for environmental intervention studies using principal stratification. Stat Med. 2014; 33(28): 4919-4933.

176. Lee JH, McDonald ML, Cho MH, Wan ES, Castaldi PJ, Hunninghake GM, Marchetti N, Lynch DA, Crapo JD, Lomas DA, Coxson HO, Bakke PS, Silverman EK, Hersh CP; COPDGene and ECLIPSE Investigators. DNAH5 is associated with total lung capacity in chronic obstructive pulmonary disease. Respir Res. 2014; 15:97.

177. Paulin LM, **Diette GB**, Scott M, McCormack MC, Matsui EC, Curtin-Brosnan J, Williams DL, Kidd-Taylor A, Shea M, Breysse PN, Hansel NN. Home interventions are effective at decreasing indoor nitrogen dioxide concentrations. Indoor Air. 2014;24(4):416-424.

178. Wan ES, Castaldi PJ, Cho MH, Hokanson JE, Regan EA, Make BJ, Beaty TH, Han MK, Curtis JL, Curran-Everett D, Lynch DA, DeMeo DL, Crapo JD, Silverman EK; COPDGene Investigators. Epidemiology, genetics, and subtyping of preserved ratio impaired spirometry (PRISm) in COPDGene. Respir Res. 2014; 15:89.

179. Brigham EP, Kolahdooz F, Hansel N, Breysse PN, Davis M, Sharma S, Matsui EC, **Diette GB**, McCormack M. Association Between Western Diet Pattern and Adult Asthma: A Focused Review. Annals of Allergy, Asthma & Immunology. 2015; 114(4): 273-80.

180. Paulin LM, **Diette GB**, Blanc PD, Putcha N, Eisner MD, Kanner RE, Belli AJ, Christenson S, Tashkin DP, Han M, Barr RG, Hansel NN, SPIROMETRICS Research Group. Occupational Exposures are Associated with Worse Morbidity in Patients with COPD. Am J Respir Crit Care Med. 2015; 191(5): 557-565.

181. Jaganath D, Miranda JJ, Gilman RH, Wise RA, **Diette GB**, Miele CH, Bernabe-Ortiz A, Checkley W, CHONICAS Cohort Study Group. Prevalence of chronic obstructive pulmonary disease and variation in risk factors across four geographically diverse resource-limited settings in Peru. Respiratory Research. 2015; 16(1):40.

182. Kolahdooz F, Butler JL, Chrisiansen K, **Diette GB**, Breysse PN, Hansel NN, McCormack MC, Sheehy T, Gittelsohn J, Sharma S. Food and Nutrient Intake in African American Children and Adolescents Aged 5 to 16 Years in Baltimore City. Journal of the American College of Nutrition. 2015; 9:1-12.

183. **Diette GB**, Dalal AA, D'Souza Ao, Lunacsek OE, Nagar SP. Treatment patterns of chronic obstructive pulmonary disease in employed adults in the United States. International Journal of Chronic Obstructive Pulmonary Disease. 2015; 10:415-22.

184. McCormack MC, Belli AJ, Kahi DA, Matsui EC, Brigham EP, Peng RD, Sellers C, Williams DL, **Diette GB**, Breysse PN, Hansel NN. Obesity as a susceptibility factor to indoor particulate matter health effects in COPD. Eur Respir J. 2015; 45(5): 1248-57.

185. Bose S, Hansel NN, Tonorezos ES, Williams DL, Bilderback A, Breysse PN, **Diette GB**, McCormack MC. Indoor particulate matter associated with systemic inflammation in COPD. Journal of Environmental Protection. 2015; 6: 566-72.

186. Sussan T, Gajghate S, Chatterjee S, Mandke P, McCormick S, Sudini K, Kumar S, Breysse P, **Diette GB**, Sidhaye V, Biswal S. Nrf2 reduces allergic asthma in mice through enhanced airway epithelial cytoprotective function. American Journal of Lung Cell Mol Physiol. 2015; 309(1):L27-36.

187. Lerner AG, Bernabé-Ortiz A, Ticse R, Hernandez A, Huaylinos Y, Pinto ME, Málaga G, Checkley W, Gilman RH, Miranda JJ; CRONICAS Cohort Study Group. Type 2 diabetes and cardiac autonomic neuropathy screening using dynamic pupillometry. Diabet Med. 2015 Nov; 32(11): 1470-8.

188. Schwartz NG, Rattner A, Schwartz AR, Mokhlesi B, Gilman RH, Bernabe-Ortiz A, Miranda JJ, Checkley W; CRONICAS Cohort Study Group. Sleep Disordered Breathing in Four Resource-Limited Settings in Peru: Prevalence, Risk Factors, and Association with Chronic Diseases. Sleep. 2015 Sept; 38(9): 1451-9.

189. Tanner NT, Aggarwal J, Gould MK, Kearney P, Diette G, Vachani A, Fang KC, Silvestri GA. Management of Pulmonary Nodules by Community Pulmonologists: A Multicenter Observational Study. Chest. 2015; 148(6):1405-14.

190. Bazo-Alvarez JC, Quispe R, Peralta F, Poterico JA, Valle GA, Burroughs M, Pillay T, Gilman RH, Checkley W, Malaga G, Smeeth L, Bernabé-Ortiz A, Miranda JJ; PERU MIGRANT Study; CRONICAS Cohort Study Group. Agreement Between Cardiovascular Disease Risk Scores in Resource-Limited Settings: Evidence from 5 Peruvian Sites. Crit Pathw Cardiol. 2015; 14(2): 74-80.

191. Francis ER, Kuo CC, Bernabe-Ortiz A, Nessel L, Gilman RH, Checkley W, Miranda JJ, Feldman HI; CRONICAS Cohort Study Group. Burden of chronic kidney disease in resource-limited settings from Peru: a population-based study. BMC Nephrol. 2015; 16:114.

192. Benziger CP, Bernabé-Ortiz A, Gilman RH, Checkley W, Smeeth L, Málaga G, Miranda JJ; CRONICAS Cohort Study group. Metabolic Abnormalities Are Common among South American Hispanics Subjects with Normal Weight or Excess Body Weight: The CRONICAS Cohort Study. PLoS One. 2015; 10(11): e0138968.

193. Kim V, Crapo J, Zhao H, Jones PW, Silverman EK, Comellas A, Make BJ, Criner GJ; COPDGene Investigators. Comparison between an alternative and the classic definition of chronic bronchitis in COPDGene. Annals of Americal Thoracic Society. 2015;12(3): 332-339.

194. Lutz SM, Cho MH, Young K, Hersh CP, Castaldi PJ, McDonald ML, Regan E, Mattheisen M, DeMeo DL, Parker M, Foreman M, Make BJ, Jensen RL, Casaburi R, Lomas DA, Bhatt SP, Bakke P, Gulsvik A, Crapo JD, Beaty TH, Laird NM, Lange C, Hokanson JE, Silverman EK; ECLIPSE Investigators.; COPDGene Investigators. A genome-wide association study identifies risk loci for spirometric measures among smokers of European and African ancestry. BMC Genet. 2015; 16:138.

195. Peng RD, Butz AM, Hackstadt AJ, Williams DL, **Diette GB**, Breysse PN, Matsui EC. Estimating the health benefit of reducing indoor air pollution in a randomized environmental intervention. JR Stat Soc Ser A Stat Soc. 2015; 178(2):425-443.

196. Bernabé-Ortiz A, Carrillo-Larco RM, Gilman RH, Checkley W, Smeeth L, Miranda JJ; CRONICAS Cohort Study Group. Contribution of modifiable risk factors for hypertension and type-2 diabetes in Peruvian resource-limited settings. J Epidemiol Community Health. 2016; 70(1): 49-55.

197. Quispe R, Bazo-Alvarez JC, Burroughs Peña MS, Poterico JA, Gilman RH, Checkley W, Bernabé-Ortiz A, Huffman MD, Miranda JJ; PERU MIGRANT Study.; CRONICAS Cohort Study Group. Distribution of Short-Term and Lifetime Predicted Risks of Cardiovascular Diseases in Peruvian Adults. J Am Heart Assoc. 2015; 4(8): e002112.

198. Bernabé-Ortiz A, Carrillo-Larco RM, Gilman RH, Miele CH, Checkley W, Wells JC, Smeeth L, Miranda JJ, **CRONICAS Cohort Study Group**. Geographical variation in the progression of type 2 diabetes in Peru: The CRONICAS Cohort Study. *Diabetes Research and Clinical Practice*. 2016;121:135-145.

199. Miele CH, Jaganath D, Miranda JJ, Bernabe-Ortiz A, Gilman RH, Johnson CM, **Diette GB**, Wise RA, Checkley W; CRONICAS Cohort Study Group. Urbanization and Daily Exposure to Biomass Fuel Smoke Both Contribute to Chronic Bronchitis Risk in a Population with Low Prevalence of Daily Tobacco Smoking. COPD. 2016; 13(2): 186-95.

200. Ruiz-Grosso P, Miranda JJ, Gilman RH, Walker BB, Carrasco-Escobar G, Varela-Gaona M, Diez-Canseco F, Huicho L, Checkley W, Bernabe-Ortiz A; CRONICAS Cohort Study Group. Spatial distribution of individuals with symptoms of depression in a periurban area in Lima: an example from Peru. Ann Epidemiol. 2016; 26(2): 93-9.

201. Gaviola C, Miele CH, Wise RA, Gilman RH, Jaganath D, Miranda JJ, Bernabe-Ortiz A, Hansel NN, Checkley W; CRONICAS Cohort Study Group. Urbanisation but not biomass fuel smoke exposure is associated with asthma prevalence in four resource-limited settings. Thorax. 2016; 71(2): 154-60.

202. Kolahdooz F, Butler JL, Christiansen K, **Diette GB**, Breysse PN, Hansel NN, McCormack MC, Sheehy T, Gittelsohn J, Sharma S. Food and nutrient intake in African American children and adolescents aged 5 to 16 years in Baltimore City. Journal of American College Nutrition. 2016;35(3):205-216.

203. Sulaiman I, Mac Hale E, Holmes M, Hughes C, D'Arcy S, Taylor T, Rapcan V, Doyle F, Breathnach A, Seheult J, Murphy D, Hunt E, Lane SJ, Sahadevan A, Crispino G, **Diette G**, Killane I, Reilly RB, Costello RW. A protocol for a randomised clinical trial of the effect of providing feedback on inhaler technique and adherence from an electronic device in patients with poorly controlled severe asthma. BMJ Open. 2016; 6(1): e009350.

204. Engelgau MM, Sampson UK, Rabadan-Diehl C, Smith R, Miranda J, Bloomfield GS, Belis D, Narayan KM; National Health, Lung, and Blood Institute–UnitedHealth Global Health Centers of Excellence Collaborators. Tackling NCD in LMIC: Achievements and Lessons Learned From the NHLBI-UnitedHealth Global Health Centers of Excellence Program. Glob Heart. 2016; 11(1): 5-15.

205. Zavala-Loayza JA, Benziger CP, Cárdenas MK, Carrillo-Larco RM, Bernabé-Ortiz A, Gilman RH, Checkley W, Miranda JJ; CRONICAS Cohort Study Group. Characteristics Associated With Antihypertensive Treatment and Blood Pressure Control: A Population-Based Follow-Up Study in Peru. Glob Heart. 2016; 11(1): 109-19.

206. Quispe R, Benziger CP, Bazo-Alvarez JC, Howe LD, Checkley W, Gilman RH, Smeeth L, Bernabé-Ortiz A, Miranda JJ; CRONICAS Cohort Study Group. The Relationship Between Socioeconomic Status and CV Risk Factors: The CRONICAS Cohort Study of Peruvian Adults. Glob Heart. 2016; 11(1): 121-130.e2.

207. Sudini K, **Diette GB**, Breysse PN, McCormack MC, Bull D, Biswal S, Zhai S, Brereton N, Peng RD, Matsui EC. A Randomized Controlled Trial of the Effect of Broccoli Sprouts on Antioxidant Gene Expression and Airway Inflammation in Asthmatics. J Allergy Clin Immunol Pract. 2016; 4(5): 932-40.

208. McCormack MC, Belli AJ, Waugh D, Matsui EC, Peng RD, Williams DL, Paulin L, Saha A, Aloe CM, **Diette GB**, Breysse PN, Hansel NN. Respiratory Effects of Indoor Heat and the Interaction with Air Pollution in Chronic Obstructive Pulmonary Disease. Ann Am Thorac Soc. 2016; 13(12): 2125-2131.

209. Williams DA, McCormack MC, Matsui EC, **Diette GB**, McKenzie SE, Geyh AS, Breysse PN. Cow allergen (Bos d2) and endotoxin concentrations are higher in the settled dust of homes proximate to industrial-scale dairy operations. Journal of Expo Science Environmental Epidemiology. 2016;26(1):42-47.

210. Carrillo-Larco RM, Miranda JJ, Gilman RH, Medina-Lezama J, Chirinos-Pacheco JA, Munoz-Retamozo PV, Smeeth L, Checkley W, Bernabe-Ortiz A, **CRONICAS Cohort Study Group.** Risk score for first-screening of prevalent undiagnosed chronic kidney disease in Peru: the CRONICAS-CKD risk score. *BMC Nephrology.* 2017;18:343.

211. Lazo-Porras M, Bernabe-Ortiz A, Quispe R, Malage G, Smeeth L, Gilman RH, Checkley W, Miranda JJ, **CRONICAS Cohort Study Group.** Urbanization, mainly rurality, but not altitude is associated with dyslipidemia profiles. *Journal of Clinical Lipidology.* 2017;11:1212-1222.

212. Peters KO, Williams AL, Abubaker S, Curtin-Brosnan J, McCormack MC, Peng R, Breysse PN, Matsui EC, Hansel NN, **Diette GB**, Strickland PT. Predictors of polycyclic aromatic hydrocarbon exposure and internal dose in inner city Baltimore children. J Expo Sci Environ Epidemiol. 2017; 27(3): 290-298.

213. Ludwig S, Jimenez-Bush I, Brigham E, Bose S, **Diette G**, McCormack MC, Matsui EC, Davis MF. Analysis of home dust for Staphylococcus aureus and staphylococcal enterotoxin genes using quantitative PCR. Sci Total Environ. 2017; 581-582: 750-755.

214. Bernabé-Ortiz A, Carrillo-Larco RM, Gilman RH, Checkley W, Smeeth L, Miranda JJ; CRONICAS Cohort Study Group. Impact of urbanisation and altitude on the incidence of, and risk factors for, hypertension. Heart. 2017; 103(11):827-833.

215. Brigham EP, Steffen LM, London SJ, Boyce D, **Diette GB**, Hansel NN, Rice J, McCormack MC. Diet Pattern and Respiratory Morbidity in the Atherosclerosis Risk in Communities Study. *Annals of the American Thoracic Society.* 2018; 15(6):675-682.

216. Brigham EP, Matsui EC, Appel LJ, Bull DA, Curtin-Brosnan J, Zhai S, White K, Charleston JB, Hansel NN, **Diette GB**, McCormack MC. A pilot feeding study for adults with asthma: The healthy eating better breathing trial. *PLOS ONE.* 2017; 12(7).

217. Carrillo-Larco RM, Miranda JJ, Gilman RH, Checkley W, Smeeth L, Bernabe-Ortiz, **CRONICAS Cohort Study Group.** Trajectories of body mass index and waist circumference in four Peruvian settings at different level of urbanisation: the CRONICAS Cohort Study. *Journal of Epidemiology and Community Health.* 2018;72:397-403.

218. Cloutier MM, Salo PM, Akinbami LJ, Cohn RD, Wilkerson JC, **Diette GB**, Williams S, Elward KS, Mazurek JM, Spinner JR, Mitchell TA, Zeldin DC. Clinician Agreement, Self-Efficacy, and Adherence with the Guidelines for the Diagnosis and Management of Asthma. *The Journal of Allergy and Clinical Immunology: In Practice.* 2018; 6(3): 886-894.

219. Lin SY, Azar A, Suarez -Cuervo C, **Diette GB**, Brigham E, Rice J, Ramanathan M, Gayleard J, Robinson KA. The Role of Immunotherapy in the Treatment of Asthma. *AHRQ Comparative Effectiveness Reviews, No. 196.* 2018.

220. Lin SY, Azar A, Suarez-Cuervo C, **Diette GB**, Brigham E, Rice J, Ramanathan Jr. M, Robinson KA. Role of sublingual immunotherapy in the treatment of asthma: An updated systematic review. *International Forum of Allergy and Rhinology.* 2018; 8(9): 982-992.

221. McCormack MC, Paulin LM, Gummerson CE, Peng RD, **Diette GB**, Hansel NN. Colder temperature is associated with increased COPD morbidity. *European Respiratory Journal.* 2017; 49(6).

20

222. Miele CH, Grigsby MR., Siddharthan T, Gilman RH, Miranda JJ, Bernabe-Ortiz A, Wise RA, Checkley W, **CRONICAS Cohort Study Group.** Environmental exposures and systemic hypertension are risk factors for decline in lung function. *Thorax.* 2018;73(12):1120-1127.

223. Nnodum BN, McCormack MC, Putcha N, Hwang S, Paulin LM, Brigham EP, Fawzy A, Romero K, **Diette GB**, Hansel NN. Impact of Physical Activity on Reporting of Childhood Asthma Symptoms. *Lung.* 2017; 195(6): 693-698.

224. Paulin LM, Williams DL, Peng R, **Diette GB**, McCormack MC, Breysse P, Hansel NN. 24-h Nitrogen dioxide concentration is associated with cooking behaviors and an increase in rescue medication use in children with asthma. *Environmental Research.* 2017; 159: 118-123.

225. Benziger CP, Zavala-Loayza JA, Bernabe-Ortiz A, Gilman RH, Checkley W, Smeeth L, Malaga G, Miranda JJ, **CRONICAS Cohort Study Group.** Low prevalence of ideal cardiovascular health in Peru. *Heart.* 2018;104(15):1251-1256.

226. Rice JL, **Diette GB**, Suarez-Cuervo C, Brigham EP, Lin SY, Ramanathan Jr. M, Robinson KA, Azar A. Allergen-Specific Immunotherapy in the Treatment of Pediatric Asthma: A Systematic Review. *Pediatrics.* 2018; 141(5).

227. Rice JL, Brigham E, Dineen R, Muqueeth S, O'Keefe G, Regenold S, Koehler K, Rule A, McCormack M, Hansel NN, **Diette GB**. The feasibility of an air purifier and secondhand smoke education intervention in homes of inner city pregnant women and infants living with a smoker. *Environmental Research. 2018;* 160: 524-530.

228. Sulaiman I, Greene G, MacHale E, Seheult J, Mokoka M, D'Arcy S, Taylor T, Murphy DM, Hunt E, Lane SJ, **Diette GB**, FitzGerald JM, Boland F, Bhreathnach AS, Cushen B, Reilly RB, Doyle F, Costello RW. A randomized clinical trial of feedback on inhaler adherence and technique in patients with severe uncontrolled asthma. *European Respiratory Journal.* 2018; 51(1).

229. Wu TD, Eakin MN, Rand CS, Brigham EP, **Diette GB**, Hansel NN, McCormack MC. In-Home Secondhand Smoke Exposure Among Urban Children With Asthma: Contrasting Households With and Without Residential Smokers. *Journal of Public Health Management and Practice.* 2019; 25(2): E7-E16.

230. Wu TD, Brigham EP, Peng R, Koehler K, Rand C, Matsui EC, **Diette GB**, Hansel NN, McCormack MC. Overweight/obesity enhances associations between secondhand smoke exposure and asthma morbidity in children. *The Journal of Allergy and Clinical Immunology: In Practice.* 2018; 6(6): 2157-2159.

231. Bose S, **Diette GB**, Woo H, Koehler K, Romero K, Rule AM, Detrick B, Brigham E, McCormack MC, Hansel NN. Vitamin D Status Modifies the Response to Indoor Particulate Matter in Obese Urban Children with Asthma. *The Journal of Allergy and Clinical Immunology: In Practice.* 2019;7(6):1815-1822.

232. Brigham EP, Woo H, McCormack M, Rice J, Koehler K, Vulcain T, Wu T, Koch A, Sharma S, Kolahdooz F, Bose S, Hanson C, Romero K, **Diette G**, Hansel NN. Omega-3 and Omega-6 Intake Modifies Asthma Severity and Response to Indoor Air Pollution in Children. *American Journal of Respiratory and Critical Care Medicine.* 2019;199(12):1478-1486.

233. Carrillo-Larco RM, Miranda JJ, Gilman RH, Narvaez-Guerra O, Herrera-Enriquez K, Medina-Lezama, Smeeth L, Checkley W, Bernabe-Ortiz A, **CRONICAS Cohort Study Group.** Urbanization and Altitude Are Associated with Low Kidney Function in Peru. *High Altitude Medicine & Biology.* 2019;20(2):133-140.

234. Huynh TT, Liesching TN, Cereda M, Lei Y, Frazer MJ, Nahouraii MR., **Diette GB.** Efficacy of Oscillation and Lung Expansion in Reducing Postoperative Pulmonary Complication. *Journal of the American College of Surgeons.* 2019;229(5):458-466.

235. Koch AL, Brown RH, Woo H, Brooker AC, Paulin LM, Schneider H, Schwartz AR, **Diette GB,** Wise RA, Hansel NN, Putcha N. Obstructive Sleep Apnea and Airway Dimensions in COPD. *Annals of the American Thoracic Society*. 2020;17(1):116-118.

236. Salo PM, Akinbami LJ, Cloutier MM, Wilkerson JC, Feinstein L, Elward KS, Mazurek JM, **Diette GB,** Mitchell TA, Williams S, Zeldin DC. Environmental Management of Asthma in clinical Practice: Results from the National Ambulatory Medical Care Survey. *Journal of Allergy and Clinical Immunology*. 2019; 143(2).

237. Tsou PY, McCormack MC, Matsui EC, Peng RD, **Diette GB**, Hansel NN, Davis MF. The effect of dog allergen exposure on asthma morbidity among inner-city children with asthma. *Pediatric Allergy Immunology*. 2020;31(2):210-213.

238. Putcha N, Fawzy A, Matsui EC, Liu M, Bowler RP, Woodruff P, O'Neal WK, Comellas AP, Han MK, Dransfield M, Wells JM, Lugogo N, Gao L, Talbot CC Jr, Hoffman E, Cooper CB, Paulin LM, Kanner RE, Criner G, Ortega VE, Barr RG, Krishnan JA, Martinez FJ, Drummond MB, Wise RA, **Diette GB**, Hersh CP, Hansel NN. Clinical Phenotypes of Atopy and Asthma in COPD: A meta-analysis of SPIROMICS and COPDGene. *Chest*. 2020; 158(6): 2333-2345.

239. Cloutier MM, Akinbami LJ, Salo PM, Schatz M, Simoneau T, Wilkerson JC, **Diette G**, Elward KS, Kuhlbrigge, Mazurek JM, Feinstein L, Williams S, Zeldin DC. Use of National Asthma Guidelines by Allergists and Pulmonologists: A National Survey. *Journal of Allergy and Clinical Immunology In Practice*. 2020 Oct;8(9): P3011-3020.E2. doi: 10.1016/j.jaip.2020.04.026.

240. Waugh DW, He Z, Zaitchik B, Peng RD, **Diette GB**, Hansel NN, Matsui EC, Breysse PN, Breysse DH, Koehler K, Williams D, McCormack MC. Indoor heat exposure in Baltimore: does outdoor temperature matter? International Journal of Biometeorology. 2021 Apr;65(4):479-488. doi: 10.1007/s00484-020-02036-2.

241. Hansel NN, Putcha N, Woo H, Peng R, **Diette GB**, Fawzy A, Wise RA, Romero K, Davis, MF, Rule AM, Eakin MN, Breysse PN, McCormack MC, Koehler K. Randomized Clinical Trial of Air Cleaners to Improve Indoor Air Quality and COPD Health: Results of the CLEAN AIR STUDY. Am J Respir Crit Care Med. 2022 Feb 15;205(4):421-430. doi: 10.1164/rccm.202104-0604OC.

242. Putcha N, Woo H, McCormack MC, Fawzy A, Romero K, Davis MF, Wise RA, **Diette GB**, Koehler K, Matsui EC, Hansel NN. Home Dust Allergen Exposure is Associated with Outcomes Among Sensitized Individuals with COPD. Am J Respir Crit Care Med. 2022 Feb 15;205(4):412-420. doi: 10.1164/rccm.202103-0583OC.

**EXTRAMURAL FUNDING:**

| | |
|---|---|
| 09/01/2015-08/31/2019 | Obesity Enhances Susceptibility to Pollutant Effects in Asthma |

09/01/2015-08/31/2019     Obesity Enhances Susceptibility to Pollutant Effects in Asthma
NIH/NIEHS P50ES018176
Annual Direct: $1,051,797
PI: Hansel
Role: Co-Director, 25%
OBesity Enhances Susceptibility to Pollutant Effects in Asthma (OBESE ASTHMA), will study mechanisms by which obesity leads to enhanced susceptibility to pollutants (particulate matter with aerodynamic diameter < 2.5 μm (PM2.5) and ultrafine particles (UFP)) leading to increased asthma morbidity in children.

07/01/2015-06/30/2020     Comparing Urban and Rural Effects of Poverty on COPD (CURE COPD)
NIH/NIEHS P50ES026096
Annual Direct: $693,432
PI: Hansel
Role: Co-Director, 5%
Comparing Urban and Rural Effects of Poverty on COPD (CURE COPD)
Annual Direct Cost: $693,432 Principal Investigator, 23% effort The aim of our Center, Comparing Urban and Rural Effects of poverty on COPD (CURE COPD), is to understand these interactive effects (high indoor air pollution, obesity and pro-inflammatory diets) in both urban (Project 1) and rural (Project 2) low income communities, both of which suffer disproportionate prevalence and morbidity from COPD.

09/01/2012-08/31/2017     K-24 Mentoring and Patient Oriented Research in Asthma
NIH/NIEHS K24ES021098
Annual Direct: $182,540.00
Grant Number 1133451
PI: Diette
Role: Principal Investigator, 6.0 calendar months
A major focus of this proposal will be to expand the present research program from inner city children to also include inner city adults with asthma. With this expansion in the research program, the candidate will provide the foundation for future trials in adults of home-based multi-component environmental interventions, goals which are concordant with the career goals of current mentees and will establish the infrastructure for future mentees with a research interest in adult asthma

09/01/2009-07/31/2015     Title: Mechanisms of asthma-dietary interventions against environmental triggers (No cost extension)
P01 ES018176
NIH/NIEHS/EPA
Total Direct $4,999,821 ($970,685 Year 3)
PI/PD: Diette
Roles: Program Director, Administrative Core Leader, Project 1 Leader. 3.0 calendar months

23

Goals: The long-term goal of the **ASTHMA-DIET** (**A S**tudy to understand
**T**he **M**echanisms of **A**sthma--**D**ietary **I**nterventions to protect against
**E**nvironmental **T**riggers) Program is to understand how diet influences the
asthmatic response to indoor and outdoor airborne pollutants and allergens,
with the expectation of translating these findings into practical dietary strategies
to improve pediatric asthma health.

09/07/2010-04/30/2015    Genetic susceptibility to asthma and indoor air pollution in Peru
R01 ES018845
NIH/NIEHS
Annual Direct Cost: $433,836
PI: Hansel
Role: Co-Investigator, 1.20 calendar months
The goal of this proposal is to examine the contribution of genetic
susceptibility to the adverse effects of indoor air pollution (particulate matter
and nitrogen dioxide) on asthma health in a Hispanic population.

02/18/2011-12/31/2015    Statistical methods for complex environmental health data.
R01 ES019560
NIH/NIEHS
Annual Direct: $243,746
PI: Peng
Role: Co-Investigator, 0.60 calendar months
This project will develop a spatial-temporal Bayesian hierarchical multivariate
receptor model for identifying sources of air pollution chemical mixtures and
estimating their effect on population health outcomes. Innovation focuses on
(a) conducting an integrated national assessment of the health effects of
pollution sources; (b) the use of spatial-temporal models for source
apportionment; and (c) the introduction of national databases on source
profiles and emissions to inform model development and parameter
estimation. These methods will be applied to data from a national study of air
pollution and health outcomes, the Medicare Cohort Air Pollution Study, to
(a) estimate short-term population health effects of PM sources on a
national, regional, and local scale; (b) estimate short- and long-term health
effects of PM constituents and identify the sources of toxic constituents

09/14/2007-08/31/2013    SCCOR: Mechanisms and Treatment of COPD Progression
(NCE)    1P50HL084945-01
NIH/NHLBI
Annual Direct $1,957,399
Program Director: Wise
Role:  Core C Leader, 1.2 calendar months
The overall goal of this SCCOR program is to understand the complex
interplay of mechanisms that promote the progression of COPD and to
translate that understanding into treatments that can benefit persons who
suffer from COPD.

09/29/2007-06/30/2013    Center for Childhood Asthma in the Urban Environment

(NCE)

The Role of Particulate Matter and Allergens in Oxidative Stress in Asthma (DISCOVER)
1P50ES015903
NIH/NIEHS
Annual Direct $ 1,607,733
PI/PD: Breysse
Roles:  Co-Program Director;  Project Leader, Project 1 (1.2 calendar months); Co-Investigator, Administrative Core (1.8 calendar months)
The long-term goals of this Center are to examine how exposures to environmental pollutants and allergens may relate to airway inflammation and respiratory morbidity in children with asthma living in the inner city of Baltimore, and to search for new ways to reduce asthma morbidity by reducing exposure to these agents.

07/01/2008-06/30/2013

The Impact of Indoor Particulate Matter Exposure on Non-allergic Asthma
5K23 ES016819
NIH/NIEHS
Total Direct: $755,875
PI: McCormack
Role: Mentor, no salary support
K23 Mentored Patient-Oriented Research Career Development Award
The goal of this project is to examine adverse effects of coarse indoor PM. Using a study design that combines a longitudinal panel study and an exposure challenge model the research will demonstrate a causal relationship between indoor coarse PM exposure and exacerbation of asthma status.

07/01/2010-06/30/2012

Vitamin D and Susceptibility to Inhaled Pollutants in Urban Children with Asthma
NIH
Total Direct: $187,645
PI: Bose
Role: Primary Mentor
NRSA.  The goal of this study is to identify the role of vitamin D upon the effects of inhaled pollutants upon asthma severity in inner-city children.

07/01/2011-09/24/2012

Interventions to Modify Adherence to Asthma Guidelines
HHSA 290 2007 10061 I
Agency: AHRQ
Annual Direct Costs: $260,643
PI: Eric Bass
Role: Co-PI
The objective of this CER is to determine the comparative effectiveness of interventions to modify the adherence of health care providers to asthma guidelines.

12/15/2008-12/14/2011

Intervention trial to reduce nitrogen dioxide and carbon monoxide concentrations in Baltimore City homes
FR-5200-N-01A
HUD
Annual Direct $271,415

PI: Hansel
Role: Co-Investigator, 0.96 calendar months
The purpose of this research is to conduct a randomized intervention trial aimed at reducing indoor nitrogen dioxide and carbon monoxide concentrations in homes.

07/08/2009-06/30/2011    Effect of Fenzian treatment on symptoms, pulmonary function and Albuterol use in patients with mild persistent asthma: A multi-center, sham-controlled clinical trial
Fenzian, Inc. (Formerly Eumedics)
Annual Direct: $88,433
PI: Diette, 1.20 calendar months
The purpose of the study is to test the efficacy of Fenzian treatment over five weeks to improve asthma control, pulmonary function, symptoms and bronchodilator use.

07/01/2006-06/30/2011    Mouse Allergen and Inner-City Asthma
1R01 A1070630-01
NIH/NIAAD
Annual Direct $225,000
PI: Matsui
Role: Co-Investigator, 0.60 calendar months
The primary aims of this project are (1) to examine the link between household mouse allergen exposure and asthma morbidity, and (2) to determine the diagnostic utility of allergy skin testing in predicting allergic airways responses to mouse allergen.

12/26/2003-01/30/2011    Evaluation of home automated tele-management in COPD.
R01 AI070630
NIH
Annual Direct: $225,000
PI: Finkelstein
Role: Co-Investigator, 0.60 calendar months
The goal of this project is to evaluate the impact of home tele-management in COPD patients.

12/01/2005-11/30/2010    A Multicenter Randomized Clinical Trial:  Asthma Intervention Research (AIR2 Trial)
Asthmatix, Inc
Annual Direct $313,504
PI: Yung
Role: Co-Investigator, 0.12 calendar months
The goal of this trial is to assess the safety and effectiveness of the Alair system for the treatment of asthma.

11/1/2003-10/31/2009    Center for Childhood Asthma in the Urban Environment
P01 R-826724/P01 ES09606 (Breysse)
NIH/EHS/EPA
Annual Direct $918,780
PI: Breysse

Roles: Deputy Program Director; PI of Epidemiology Component, Co-Investigator, 1.5 calendar months
The long term goals of this Center were to examine how exposures to environmental pollutants and allergens might relate to airway inflammation and respiratory morbidity in children with asthma living in the inner city of Baltimore, and to search for new ways to reduce asthma morbidity by reducing exposure to these agents.

09/30/2003-06/30/2009     SCCOR:  Ventilator associated lung injury: Molecular approaches
P50 HL073944-03 (Brower)
NIH/NHLBI
Annual Direct $2,790,934
PI/PD: Brower
Role:  Core Leader, Core B, Data Management Core, 0.60 calendar months
This SCCOR was focused on understanding the complex interplay between mechanical ventilation and the increased morbidity and mortality associated with acute lung injury.  The application had interactive Cores using state of the art approaches to provide understanding of critical pathobiologic processes in ventilator-associated lung injury and to define key genetic determinants relevant to acute lung injury.

09/30/2004-08/31/2009     Genetics of Asthma Severity and Lung Function Decline
K23 HL76322 -02
NIH/NHLBI
Annual Direct $148,250
PI: Hansel
Role: Primary Mentor, effort as needed
The goal of this study was to identify genetic polymorphisms that mark high risk individuals for early intervention to decrease asthma morbidity.

09/10/2001-08/31/2006     Improving physician adherence to asthma guidelines
K23 HL04266
NIH
Annual Direct $146,772
Role: Principal Investigator, 9.0 calendar months
Provide mentored training and research period for early career development.
Improve physician adherence to national asthma guidelines

09/01/2002-07/31/2007     Baltimore Asthma Severity Study
R01 HL67905  (Ford)
NIH
Annual Direct $443,417
PI: Ford
Role: Co-Investigator, 0.6 calendar months
The objective of this study was to provide insight into the genes controlling susceptibility to human asthma and promote the development of novel therapeutics.

9/01/2002-08/31/2007     Improving Respiratory Outcomes in ALS

K23 HL67887 (Lechtzin)
NIH
Annual Direct $121,750
PI: Lechtzin
Role: Advisor (effort as needed)
The overall theme of this award is to study various aspects of non-invasive positive pressure ventilation in patients with ALS with the goal of improving respiratory management of these patients.

| | |
|---|---|
| 2007-2008 (NCE) | Howard/Hopkins Center for Reducing Asthma Disparities |

2007-2008 (NCE)    Howard/Hopkins Center for Reducing Asthma Disparities
HL072455
NIH/NHLBI
Annual Direct $513,475
PI: Rand
Role:  Leader, Project 1, 1.5 calendar months, no cost extension
This application presents four research projects designed to collaboratively investigate factors associated with the disproportionate burden of asthma experienced by inner-city, African-American children and adults.

09/30/2004-06/30/2008    Improving asthma care for minority children in Head Start
R18 HL73833
NIH
Annual Direct $625,506
PI: Rand
Role: Co-Investigator, 0.6 calendar months
The goal of this project is to study the effect communication intervention on asthma-related morbidity and mortality among low-income African American children.

02/23/2004-12/31/2006    A randomized, sham-controlled, double-blinded pilot study to assess the effect of high frequency chest wall oscillation therapy in patients with chronic bronchitis
Advanced Respiratory
PI: Diette, 0.12 calendar months

10/01/2007-09/30/2009    Randomized clinical trial
Protocol #: CQAB149B2335S
Novartis
Total Direct Costs: $161,368
PI: Diette, 1.20 calendar months
A 26-week treatment, multicenter, randomized, double-blind, double dummy, placebo-controlled, adaptive, seamless, parallel-group study to assess the efficacy, safety and tolerability of two doses of indacaterol (selected from 75, 150, 300 & 600 ug o.d.) in patients with chronic obstructive pulmonary disease using blinded formoterol (12 ug b.i.d.) and open label tiotropium (18 ug o.d.) as active controls.

## EDUCATIONAL ACTIVITIES

### Educational Publications

### Invited Review Articles

1. Rubinson L, Diette GB. Best Practices for Insertion of Central Venous Catheters in Intensive Care Units to Prevent Catheter-Related Bloodstream Infections. Journal of Laboratory and Clinical Medicine 2004;143:5-13.

2. Sharma HP, Hansel NN, Matsui EC, Diette GB, Eggleston PA, Breysee PN. Indoor Environmental Influences on Children's Asthma. Pediatric Clinics North America. 2007;54:103-120

3. Hansel NN and Diette GB. Gene Expression Profiling in Human Asthma. Proc Am Thorac Soc. 2007; 4(1):32-6.

4. **Diette GB**, Rand C. The Contributing Role of Health-Care Communication to Health Disparities for Minority Patients with Asthma. Chest. 2007 Nov;132(5 Suppl):802S-9S.

5. **Diette GB**, McCormack MC, Hansel NN, Breysee PN, Matsui EC. Environmental issues in managing asthma. Respiratory Care. 2008;53(5):602-15; discussion 616-7.

6. Matsui EC, Hansel NN, McCormack MC, Rusher R, Breysse P, **Diette GB**. Asthma in the Inner City and the Indoor Environment. Immunology Allergy Clinics North America. 2008;28:665-686.

7. Okelo SO, Butz AM, Sharma R, **Diette GB**, Pitts SI, King TM, Linn ST, Reuben M. Chelladurai Y, Robinson KA. Interventions to modify health care provider adherence to asthma guidelines: A systemic review. Pediatrics. 2013 Sep;132(3):517-34.

### Editorials

1. Krishnan JA, **Diette GB**, Rand CS. Disparities in Outcomes from Chronic Disease: Impaired Patient-Physician Partnerships May Be an Important Cause in Minorities. British Medical Journal 2001;323:950.

2. Alberg A, **Diette GB**, Ford J. Attendance and absence as markers of health status: The example of active and passive cigarette smoking. American Journal of Epidemiology 2003 May 15;157(10):870-3.

3. **Diette GB**, Clinical Commentary: Overuse of β2-agonists. *J Resp Diseases* 2000;21:721.

### Case Reports

None.

### Letters

1. Patil S**,** Krishnan JA, Lechtzin N, **Diette GB**. In-hospital mortality following acute exacerbation of chronic obstructive pulmonary disease. *Archives of Internal Medicine.* 2004 Jan 26;164:222-223.

2. **Diette GB**, Wu AW. Elderly asthmatic patients. *Archives of Internal Medicine.* 2003 Jan 13;163;1:122.

3.   Clerisme-Beaty EM, Rand C, **Diette GB.**  Reply to Farah. Weight loss in asthma: More evidence is needed. Reply to Farah.Journal of Allergy and Clinical Immunology 2010 125(3):770. PMCID: PMC2908807.

**Book Chapters:**

1.   **Diette G**, Brower R.  Traditional Invasive Ventilation.  In, <u>Pulmonary Respiratory Therapy Secrets,</u> 2nd Edition, Parsons P and Heffner J, Eds., Philadelphia, Hanley & Belfus, 2002.

2.   **Diette G**, Brower R.  Traditional Invasive Ventilation.  In, <u>Pulmonary Respiratory Therapy Secrets,</u> Parsons P and Heffner J, Eds., Philadelphia, Hanley & Belfus, 1997.

3.   **Diette G.**  Pleural Effusion. In, Mosby's Success in Medicine Specialty Clinical Sciences, Donnelly JL, Ed., Mosby, 1996.

4.   **Diette G.**  Pneumothorax. In, Mosby's Success in Medicine Specialty Clinical Sciences, Donnelly JL, Ed., Mosby, 1996.

4.   **Bose S, Diette GB.** Health disparities related to environmental air quality.  In: Health Disparities in Respiratory Medicine.  Eds: Gerald L and Berry C.  Springer.  In press.

**Internet:**

**Diette GB**, Liu MC. Disease Update on Asthma. Medcast Networks. [Released March 1, 1999]

Okelo SO, Butz AM, Sharma R, **Diette GB**, Pitts SI, King TM, Linn ST, Reuben M, Chelladurai Y, Robinson KA.  Interventions to modify health care provider adherence to asthma guidelines [Internet].  Rockville, MD: Agency for Healthcare Research and Quality (US); 2013 May.

## TEACHING

**Classroom Instruction**

1993-1994     Instructor, Course on Clinical Management in the Emergency Department, University of Pennsylvania Department of Emergency Medicine

12/1993     Instructor, First Aid for First Year Medical Students, University of Pennsylvania School of Medicine

1996 & 1999   Clinical Faculty for Human Anatomy Discussion Group, Heart and Lungs, Johns Hopkins University School of Medicine

1997-2000     Instructor, Evidence-Based Medicine Rotation for Medical Interns, Chronic Obstructive Pulmonary Diseases, Department of Medicine, Johns Hopkins Bayview Medical Center

1997 & 2000   Discussion Leader, Organ Systems Course, Pulmonary Physiology Section, Johns Hopkins University School of Medicine

1997          Teaching Assistant, The Science of Clinical Investigation: Design of Clinical Studies.  Johns

Hopkins University School of Hygiene and Public Health

1998   Lecturer, Clinical Skills Course: The Pulmonary Examination, Johns Hopkins University School of Medicine

1999 & 2000   Discussion Leader, Pathophysiology Course, Pathophysiology of Shock, Johns Hopkins University School of Medicine

1999   Lecturer, Advanced Research Methods, International Respiratory Epidemiology Course, American Thoracic Society, Cusco, Peru

1999-2002   Co-Director. The Science of Clinical Investigation: Design of Clinical Studies. Johns Hopkins University School of Hygiene and Public Health

2000-2003   Lecturer, Patient Outcomes and Quality of Care Course, Department of Health Policy and Management, Johns Hopkins University School of Hygiene and Public Health

2000   Lecturer, Advance Research Methods, International Respiratory Epidemiology Course, American Thoracic Society, Quinamavida, Chile

2001   Discussion Leader, Clinical Epidemiology, Department of Epidemiology, Johns Hopkins University, April 2001.

2003   Co-Director. Advanced Research Methods, International Respiratory Epidemiology Course, American Thoracic Society, Buenos Aires, Argentine

2004   Director. Advanced Research Methods, Method in Epidemiologic, Clinical and Operations Research, American Thoracic Society, Punta del Este, Uruguay

2005   Faculty. Methods in Clinical Research. ERS/ATS School Course. Prague, Czech Republic,

2005   Director. Advanced Research Methods, Methods in Epidemiologic, Clinical and Operations Research, American Thoracic Society, Quito, Ecuador

2006   Director. Advanced Research Methods, Methods in Epidemiologic, Clinical and Operations Research, American Thoracic Society, Alphaville, Brazil.

2007-Present   Attending Physician, the Barker Firm, Johns Hopkins University School of Medicine


**Continuing Medical Education**

2010   Managed care strategies used in the successful treatment of asthma. National Asthma Education and Prevention Program.  Medical Communications Media, Inc.

**Mentoring (pre- and post-doctoral):**

**Advisees**

2012-Present    Emily Brigham, MD
                Assistant Professor, Division of Pulmonary and Critical Care Medicine

2011-2018       Laura M. Paulin, MD
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine

2012-Present    Jessica Rice, MD
                Assistant Professor, Department of Pediatrics

2010-2014       Niru Putcha, MD
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine

2010-2011       Daniel Jamieson, MD
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine

2009-2018       Sonali Bose, MD, MPH
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine
                Research Theme:  Vitamin D levels in urban black children with asthma
                Current Position: Instructor of Medicine, Pulmonary and Critical Care Medicine

2009-2010       Marisha Cook, MD
                Post-doctoral Fellow, Division of Allergy and Clinical Immunology
                Research Theme: Dietary pattern differences by race in asthma
                Current Position: Post-doctoral Fellow, Allergy & Clinical Immunology

2008-2009       Timothy Scialla, MD
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine
                Research Theme:  Inner City Diet and Asthma
                Current Position: Assistant Professor of Medicine, University of Miami, Miami, Florida

2006-2007       Sabine Karem, MD
                Post-doctoral Fellow, Division of Pulmonary and Critical Care Medicine
                Research Theme:  Asthma Control in African-Americans
                Current Position: Internal Medicine Resident, Montifiore Hospital, Bronx, NY

2005-2006       Lindsey Kim
                MPH student, School of Hygiene and Public Health
                Thesis:  Outcomes Study on Environmental Control Practices on Health of Inner-City
                Children with Asthma

2005-2007       Emily Smith Tonorezos
                Post-Doctoral Fellow, Division of General Internal Medicine
                Research Theme:  Diabetes as a modifying factor on the effect of particulate matter in
                COPD
                Current Position: Assistant Professor of Medicine, Memorial Sloan Kettering, New York.

2005-2008    Meredith C. McCormack, MD, MHS
             Post-Doctoral Fellow, Division of Pulmonary and Critical Care Medicine
             Awarded Chest Foundation Award for Women's Studies, Loan Repayment Program, NIH
             K-23 Award, Johns Hopkins Bloomberg School of Public Health Faculty Grant in Global
             Health, and Pearl M. Stetler Research Fund
             Research Theme:  Particulate Matter Effects on Asthma and COPD
             Current Position: Assistant Professor of Medicine, Johns Hopkins University, Baltimore,
             Maryland

2004-2006    Amit Rahman
             Medical Student, Johns Hopkins University, School of Medicine
             Research Theme: Co-Morbidity COPD Outcomes

2004-2005    Alan Salas
             Under-represented Minority Summer Research Program
             Undergraduate Student, Johns Hopkins University, Baltimore, MD
             Research Theme: Early Life Exposures and Risk of Asthma

2002-2003    Deanna Perez Williams
             Community Health Scholars Program, Kellogg Foundation
             Research Theme: Development of a Culturally-Sensitive, Patient-Focused Asthma
             Communication Instrument Designed to Enhance Provider-Patient Communication in
             Hispanics in Baltimore
             Current Position: Howard University

2002-2004    Elizabeth C. Matsui, MD
             Post-Doctoral Fellow, Division of Allergy and Immunology, Department of Pediatrics,
             Johns Hopkins University
             Research Theme: Mouse allergen exposure, antibody responses, prick skin test response and
             allergy symptoms in laboratory workers
             Current Position:  Associate Professor of Pediatrics. Division of Allergy and Immunology,
             Department of Pediatrics, Johns Hopkins University

2002-2004    Necole Streeper, MD
             Minority Summer Research Program
             Research Theme: Physician Underestimation of Self-Management Ability of African-
             Americans with Asthma
             Current Position:  Resident, Dept of Urology, University of Texas HSC, San Antonio, TX

2002-2004    James Lee, MD
             Housestaff, Internal Medicine, Johns Hopkins Hospital
             Research Theme:  Gender Differences in Childhood Asthma
             Current Position:  Assistant Professor of Medicine, Division of Pulmonary, Allergy and
             Critical Care Medicine, Hospital of the University of Pennsylvania, Philadelphia, PA

2002-2007    Cecilia Patino, MD
             Research Associate, Division of Pulmonary and Critical Care Medicine
             Research Theme: (1) Physician Adherence to Asthma Guidelines; (2) Validation of Survey
             Methods of Environmental Assessment

Current Position: Assistant Professor, Department of Preventive Medicine, University of Southern California, Los Angeles, CA

2001-2003    Marianelle Platon, MD
Under-represented Minority Summer Research Program
Research Theme: Validation of Physician Reported Adverse Events during Bronchoscopy
Current Position: Physician, National Navel Medical Center, Bethesda, Maryland

2001-2004    Lucian Davis, MD
Housestaff, Internal Medicine, Johns Hopkins Hospital
Research Theme: Predictors of New-Onset Dyspnea in COPD
Current Position: Assistant Adjunct Professor, Division of Pulmonary and Critical Care Medicine, University of California, San Francisco, San Francisco.

2001-2005    Susan Gerhardt, MD
Post-Doctoral Fellow, Division of Pulmonary and Critical Care Medicine
Awarded Pearl M. Stetler Research Grant
Research Theme: Treatment of Bronchiolitis Obliterans in Lung Transplant Rejection
Current Position: Private Practice, Pennsylvania

2000-2005    Lewis J. Rubinson, MD
Post-Doctoral fellow, Division of Pulmonary and Critical Care Medicine
Research theme: National Guidelines and Central Venous Catheter Infections in the Intensive Care Unit
Current Position: Assistant Professor, Division of Pulmonary and Critical Care Medicine, University of Washington, Seattle.

2000-2003    Sande Okelo, MD
Post-Doctoral fellow, Division of Pediatric Pulmonary Medicine
Research theme: Emotional Function and Asthma Morbidity in Children
Awarded NIEHS Minority Supplement Award
Awarded ATS Minority Travel Award
Current Position: Assistant Professor, Department of Pediatrics, David Geffen School of Medicine at UCLA, Mattel Children's Hospital UCLA, Los Angeles, CA

2000-2004    Nadia N. Hansel, MD, MHS
Post-Doctoral fellow, Division of Pulmonary and Critical Care Medicine
Awarded Howard C. and Jane R. Goodman Award
Awarded the Bauerrnschmidt Fellowship Award from Eudowood Foundation
Awarded Chest Foundation Award for Women's Studies
Awarded American Thoracic Society Underrepresented Minority Travel Award
Research themes: 1) Quality of Life in Tuberculosis; 2) Th1/Th2 phenotype in tuberculosis and asthma.
Current Position: Professor of Medicine, Johns Hopkins University

1999-2001    Edward Cox, Jr., MD, MPH
MPH student, School of Hygiene and Public Health
Project: Association of Hospital Volume and In-Hospital Mortality among Patients with Community-Acquired Pneumonia

Current Position: Director, Office of Antimicrobial Products (OAP) Food and Drug Administration, Rockville, Maryland

1999-2001    Noah Lechtzin, MD, MPH
             Post-Doctoral fellow, Division of Pulmonary and Critical Care Medicine
             Awarded Travel Award for Poster Presentation at 2001 American Thoracic Society
             International Meeting
             Research theme: Respiratory manifestations of ALS: 1. Measures of disease burden;
             2. Improving patient outcomes.
             Current Position: Associate Professor of Medicine, Johns Hopkins University.

1998-2001    Jerry A. Krishnan, MD, PhD
             Post-Doctoral fellow, Division of Pulmonary and Critical Care Medicine.
             Awarded Chest Foundation Research Award for "Assessment of Gender and Race
             Differences in Quality of Care and Clinical Outcomes from Asthma."
             Research theme: Quality of care and outcomes for asthma by gender and race
             Current Position: Professor of Medicine, University of Illinois, Chicago.

1998-1999    Su Wang
             MPH student, School of Hygiene and Public Health
             Thesis: Nocturnal Symptoms in Pediatric Asthma: Clinical Features and Health Care
             Utilization in a Managed Care Setting
             Current Position:  Unknown.

1997-2002    Lindy Wolfenden, MD
             Housestaff, Internal Medicine, Johns Hopkins Hospital
             Post-Doctoral Fellow, Division of Pulmonary and Critical Care Medicine
             Research Theme: Older Adults and Asthma
             (Deceased.)


**Thesis committees**

07/2014    Kamau Peters, Doctoral Candidate in Environmental Health Scoenvces.
           Role: Thesis Advisor and Final Oral Examination Committee Member.

04/2013    María Fernanda Cely-García, Doctoral Candidate, Universidad de Los Andes,
           Bogotá Columbia (*Personal exposures to asbestos and respiratory health of automotive mechanics in
           Bogotá, Columbia*)
           Role: Thesis advisor and Final Oral Defense Committee Member

04/2010    Deanna M. Green, Doctoral Candidate in Environmental Health Sciences
           Role: Thesis Advisor and Final Oral Defense Committee Member

10/2008    Maura Dwyer, Doctoral Candidate in Environmental Health Sciences
           Role: Final Oral Defense Committee Member

10/2007    Juan Ramos Bonilla, Doctoral Candidate in Environmental Health Sciences
           Role: Final Oral Defense Committee Member

Case 1:19-md-02875-RMB-SAK  Document 3070-2  Filed 05/22/25  Page 75 of 109
PageID: 114286

35

| 12/2006 | Sorina Eftin, Doctoral Candidate in Environmental Health Sciences |
| | Role:  Thesis Committee Chair |

| 04/2005 | Laura LaRosa, Doctoral Candidate in Environmental Health Engineering |
| | Role: Final Oral Defense Committee Member |

| 11/2005 | Kannika Taenkhum, Doctoral Candidate in Environmental Health Engineering |
| | Role: Preliminary Orals Committee Member |

| 12/2005 | Sande Okele, Doctoral Candidate in Graduate Training Program in Clinical Investigation |
| | Role: Final Oral Defense Committee Member |

| 09/2004 | Lewis Rubinson, Doctoral Candidate in Epidemiology |
| | Role: Final Oral Defense Committee Member |

| 03/2003 | Ichan Huang, Doctoral Candidate in Health Policy and Management |
| | Role: Thesis Committee Chair |

| 03/2002 | Ichan Huang, Doctoral Candidate in Health Policy and Management |
| | Role: Preliminary Orals Committee Member |

| 10/2001 | Erika Tang, Doctoral Candidate in Epidemiology |
| | Role: Preliminary Orals Committee Member |

## Editorial Activities

### Peer review activities

### Editorial Boards
2010- Present   Member, *Clinical Respiratory Journal*
2013-Present    Member, *Journal of Pollution Effects & Control*

### Peer Reviewer
*American Journal of Respiratory and Critical Care Medicine*
*Archives of Internal Medicine*
*Archives of Pediatric and Adolescent Medicine*
*Cancer Epidemiology, Biomarkers & Prevention*
*Chest*
*Epidemiology*
*Expert Opinion on Pharmacotherapy*
*Health Services Research*
*Journal of Allergy and Clinical Immunology*
*Journal of Clinical Outcomes Management*
*Journal of General Internal Medicine*
*Journal of Respiratory Diseases*
*Medical Care*
*Pediatrics*
*Preventative Medicine in Managed Care*
*Quality of Life Research*
*Thorax*

## CLINICAL ACTIVITIES:

**Certification:**
**MEDICAL LICENSURE**     Maryland       D-47616

**BOARD CERTIFICATION**
1991              National Board of Medical Examiners
1993              American Board of Internal Medicine
1996, 2006, 2016
                  American Board of Internal Medicine, Pulmonary
                  Medicine

**Service Responsibilities (specialty, role, time commitment):**

Intensive Care Medicine, Attending Physician,
Oncology Center, Pulmonary and Critical Care Service, Attending Physician
Pulmonary Inpatient Medicine, Attending Physician
Barker Inpatient Internal Medicine, Attending Physician
Outpatient Pulmonary Clinic, Attending Physician

## SYSTEM INNOVATION AND QUALITY IMPROVEMENT ACTIVITIES

**System Innovation and Quality Improvement Publications**

Please see original research citation numbers  2, 3, 4, 6, 7, 9, 11, 12, 13, 14, 15, 17, 20, 21, 22, 23, 24, 26, 27, 29, 30, 31, 34, 36, 42, 43, 44, 45, 47, 52, 59, 68, 69, 70, 73, 75,76, 81, 84, 88, 89, 92, 93, 95 and 99.

**System Innovation and Quality Improvement efforts within JHM:**

1996-2006     **Initiator and Director**, Bronchoscopy Quality Improvement Project (BRONCHQI), Johns Hopkins Medical Institutions, Baltimore, MD
This highly successful project had many findings, including:
1. Documentation of unsafe dosing of lidocaine, which led to a reduction in the strength used from 2% to 1%. Documented no loss of analgesia with the change.
2. Identified risk of bleeding complications with lung biopsy
3. Documented diagnostic utility of having on-site cytopathology services during needle biopsy cases
4. Identified factors associated with patient satisfaction
5. Identified excessive pain and reasons for pain during the procedure
6. Performed a clinical trial of distraction therapy to reduce pain during the procedure
7. Identified predictors of positive diagnostic findings in immune-compromised patients
8. Demonstrated benefits of use of atropine pre-procedure to prevent adverse events

1997-2000     **Member**, Committee for Procedure Review, Pulmonary and Critical Care Medicine Procedures, Johns Hopkins Bayview Medical Center, Baltimore, MD

**System Innovation and Quality Improvement efforts outside JHM:**

| | |
|---|---|
| 1996-1999 | Senior Physician Scientist, Quality Assessment and Improvement Systems Division, Covance Health Economics and Outcomes Services. Washington, D.C. |

Dialysis Outcomes Quality Initiative (DOQI): Co-investigator, Medical consultant, NCQA HEDIS hypertension measure: Co-investigator on measure validation

2003  **Member,** Howard County Comprehensive Health Improvement Plan for the Year 2010, Howard County Health Department, Columbia, MD

**National Committee for Quality Assurance**

2003             Member, COPD Technical Subgroup
2004-Present  Member, Clinical Expert Panel
2008             Member, National Committee for Quality Assurance (NCQA) Advisory Panel.  HEDIS Trends Publication Expert Advisory Panel.

**Production of guidelines and/or protocols:**

2002   American Healthways/Johns Hopkins
2nd Annual Disease Management Outcomes Summit:  Standard Outcome Metrics and Evaluation Methodology for Disease Management Programs, November 7-10, 2002, Palm Desert, CA.
Role: Physician Steering Committee. The outcome metrics remain intact to date.

**System Innovation and Quality Improvement Program Building/Leadership:**

N/A

**System Innovation and Quality Improvement Extramural Funding**

| | |
|---|---|
| 12/26/2003-01/30/2011 | Evaluation of home automated tele-management in COPD.
R01 AI070630
NIH
Annual Direct: $225,000
PI: Finkelstein
Role: Co-Investigator, 0.60 calendar months |
| 09/10/2001-08/31/2006 | Improving physician adherence to asthma guidelines
K23 HL04266
NIH
Annual Direct $146,772
Role: Principal Investigator, 9.0 calendar months
Provide mentored training and research period for early career development.
Improve physician adherence to national asthma guidelines |
| 9/01/2002-08/31/2007 | Improving Respiratory Outcomes in ALS
K23 HL67887 (Lechtzin)
NIH
Annual Direct $121,750
PI: Lechtzin
Role: Advisor (effort as needed)
The overall theme of this award is to study various aspects of non-invasive |

positive pressure ventilation in patients with ALS with the goal of improving respiratory management of these patients.

| | |
|---|---|
| 2007-2008 (NCE) | Howard/Hopkins Center for Reducing Asthma Disparities |
| | HL072455 |
| | NIH/NHLBI |
| | Annual Direct $513,475 |
| | PI: Rand |
| | Role: Leader, Project 1, 1.5 calendar months, no cost extension |
| | This application presents four research projects designed to collaboratively investigate factors associated with the disproportionate burden of asthma experienced by inner-city, African-American children and adults. |

| | |
|---|---|
| 09/30/2004-06/30/2008 | Improving asthma care for minority children in Head Start |
| | R18 HL73833 |
| | NIH |
| | Annual Direct $625,506 |
| | PI: Rand |
| | Role: Co-Investigator, 0.6 calendar months |
| | The goal of this project is to study the effect communication intervention on asthma-related morbidity and mortality among low-income African American children. |

## ORGANIZATIONAL ACTIVITIES

### Institutional Administrative Appointments

| | |
|---|---|
| 1995-1997 | **Initiator and Coordinator**, Pulmonary and Critical Care Epidemiology Seminar, Johns Hopkins University, Baltimore, MD |
| 1996-present | **Initiator and Director**, Bronchoscopy Quality Improvement Project (BRONCHQI), Johns Hopkins Medical Institutions, Baltimore, MD |
| 1997-2000 | **Member**, Committee for Procedure Review, Pulmonary and Critical Care Medicine Procedures, Johns Hopkins Bayview Medical Center, Baltimore, MD |
| 1999-present | **Member,** Education Committee, Pulmonary and Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999-present | **Member,** Research Committee, Pulmonary and Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999-2006 | **Chair,** Conference Committee, Pulmonary and Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 1999-present | **Member**, Internship Selection Committee, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |

| 1999-present | **Member**, Fellowship Selection Committee, Division of Pulmonary and Critical Care Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
|---|---|
| 2001-present | **Member,** Fellow Review Committee, Division of Pulmonary and Critical Care Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2003 | **Member,** Howard County Comprehensive Health Improvement Plan for the Year 2010, Howard County Health Department, Columbia, MD |
| 2003-present | **Member**, Faculty Development Committee, Division of Pulmonary and Critical Care Medicine, Department of Medicine, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2005 | **Member**, Curriculum Reform Committee Meeting, Johns Hopkins School of Medicine, Baltimore, MD |
| 2009-present | **Member**, Planning Committee, CME Activity – Medical Grand Rounds, Johns Hopkins School of Medicine, Baltimore, MD |
| 2011-present | **Director**, Obstructive Lung Disease Program, Division of Pulmonary and Critical Care Medicine |
| 2013 | Member, Panel Presentation/Discussion: "writing a successful career development application. Johns Hopkins Professional Development Office, September 25. 2013. |
| 2014 | *Ad hoc* Committee for a Department of Biostatistics faculty member's promotion to Associate Scientist. |

## Professional Societies

Associate, American College of Physicians (ACP)
Fellow, American College of Chest Physicians (ACCP)
Member, American Thoracic Society (ATS)
Member, American Federation for Clinical Research (AFCR)
Member, Central Society for Clinical Research (CSCR)
Member, International Society of Environmental Epidemiology

## Committee Memberships

### American Academy of Allergy, Asthma and Immunology
2003-Present   Member, Genetics and Epidemiology

### American Thoracic Society
1999-2006   Course Faculty Member, Education: Methods in epidemiologic, clinical and operations research (MECOR).
2002-Present   Member, Behavioral Science Assembly Long Range Planning Committee
2003-2012   Member, Behavioral Science Assembly Program Committee

40

| 2003-2004 | Chair Elect, Behavioral Science Assembly Program Committee |
| 2003 | Member, IRE/MECOR Planning Retreat Committee |
| 2004-2005 | Chair, Behavioral Science Assembly Program Committee |
| 2006-2008 | Chair, Behavioral Science Assembly |
| 2006-2008 | Member, ATS Board of Directors |
| 2008-2009 | Chair, Behavioral Science Assembly Nominating Committee |
| 2008-2010 | Member, Environmental and Occupational Heath Assembly, Clinical Research Committee |
| 2008-2010 | Member, Environmental and Occupational Heath Assembly Program Committee |
| 2008-2010 | Member, Environmental and Occupational Health Assembly Working Group on Epidemiology |
| 2008-2009 | Mentor Member, Members in Transition and Training Committee |
| 2009-2011 | Member, Grant Review Committee for ATS Foundation-Tobacco-dependence research fund grant. |
| 2010-2015 | Member, Drug/Device Discovery and Development Committee |
| 2019-present | Vice Chair, Drug/Device Discovery and Development Committee |
| 2013-2014 | Member, Behavioral Science Assembly Planning Committee |
| 2013-2014 | Member, Behavioral Sciences and Health Services Research Assembly Nominating Committee |

**National Committee for Quality Assurance**
| 2003 | Member, COPD Technical Subgroup |
| 2004-Present | Member, Clinical Expert Panel |

**Pennsylvania Department of Health**
| 2004 | Member, Grant Review Committee, Centers of Excellence for Research on Lung Disease Review Panel. Washington, DC. |
| 2010-2011 | Member, Pennsylvania Final Performance Review, Master Tobacco Settlement for the Pennsylvania Department of Health, 09-10 Cycle B |

**State of Maryland**
| 2006-2007 | Member, Governor-elect Martin O'Malley's Transition Committee, State of Maryland, Department of Health and Mental Hygiene, December, 2006 to January, 2007. |

**Clinical Trials & Surveys Corp (C-TASC)**
| 2009-present | Member, Institutional Review Board |

**Qatar National Research Fund**
| 2010-present | Reviewer, National Priorities Research Program |

**Netherlands Asthma Foundation**
| 2012-present | Member, Grant Review Section |

**Conference Organizer, Session Chair** (see also Classroom Instruction, pages 19-20)

| 2003 | Chair, American Thoracic Society International Conference Session: Assessing Patient Health, Healthcare and Outcomes: Limits of Physician Estimation |

Facilitator, American Thoracic Society International Conference Session: Environmental and Genetic Risk Factors for Pediatric Lung Disease.

Chair, American Thoracic Society International Conference Symposium: Impact of Psychosocial Factors on Respiratory Health.

2004    Chair, American Thoracic Society International Conference Symposium: Assessing Asthma Severity and Asthma Control According to National Guidelines: Are our Assessments Working?

Chair, American Thoracic Society International Conference Symposium:  Diagnosis and Outcomes in Pediatric Asthma.

Chair, American Thoracic Society International Conference Symposium: Pediatric Asthma.

2005    Chair, American Thoracic Society International Conference Symposium: Health Disparities: Understanding and Addressing Them through Research and Practice.

Chair, American Thoracic Society International Conference Symposium: Implementation of Asthma Severity Measurements in the Real World of Clinical Practice: What Are We Doing Now and What Should Come Next?

2006    Chair, American Thoracic Society International Conference Symposium: The Complex Interaction of Race, Stress and Neighborhood on Respiratory Disease. May 21, 2006.

2007    Chair, American Thoracic Society International Conference Symposium: Current Methods for the Respiratory and Environmental Researcher: A Toolkit for Clinical Investigation

Chair, American Thoracic Society International Conference Symposium: Scientific Writing: How to Publish for Academic Success.

Chair, American Thoracic Society International Conference: Assembly on Behavioral Science Membership Meeting.

2008    Chair, American Thoracic Society International Conference Symposium: Introduction to Data Analysis: Exploring the Great Unknown.

Chair, American Thoracic Society International Conference Symposium: Asthma Severity Versus Asthma Control: What Should We Use in Clinical Practice?

2009    Chair, American Thoracic Society International Conference Symposium: Measuring and Improving the Quality of Care in Lung Disease.

Facilitator, American Thoracic Society International Conference Symposium: Developing Surveys that Measure or Predict.

Facilitator, American Thoracic Society International Conference Symposium: Asthma in the Inner City: A Unique Mix of Allergen and Pollutant Exposures.

2010    Chair, American Thoracic Society International Conference, Poster Session Discussion, New Orleans

Chair, American Thoracic Society International Conference, Scientific Symposium: Individual susceptibility to air pollution.

Chair, American Thoracic Society International Conference, Scientific Symposium: Asthma disparities: Root causes and global solution

2013    Chair, American Thoracic Society International Conference, EOH Program Committee

2013    Chair/Moderator, American Thoracic Society International Conference, Poster Session Discussion, Pollution Effects, Philadelphia

2013    Discussant, American Thoracic Society International Conference, Poster Session Discussion, Obesity: Impact on lung function and disease, Philadelphia

2013    Chair, Scientific Symposium: Developmental origins of asthma and allergies: Environment, modifiers and mediators, American Thoracic Society International Meeting, Philadelphia, May 2013.

2015    Chair, Scientific Symposium: Advances in Understanding and Reducing Asthma Disparities, American Thoracic Society International Meeting, San Diego, May 2015.

## Advisory Committees, Review Groups

2001-2006    American Lung Association
             Member, National Grants Review Award Selection Committee

2002         American Healthways/Johns Hopkins 2nd Annual Disease Management
             Outcomes Summit:  Standard Outcome Metrics and Evaluation Methodology
             for Disease Management Programs, November 7-10, 2002, Palm Desert, CA,
             Role: Physician Steering Committee

2003         American Healthways/Johns Hopkins 3rd Annual Disease Management Outcomes Summit:
             Defining the Patient-Physician Relationship for the 21st Century, October, 2003, Phoenix,
             AZ.  Role: Physician Steering Committee

             Member, Aventis AVE0547 HE Asthma Advisory Board

2004         American Healthways/Johns Hopkins 4th Annual Disease Management Outcomes Summit:
             Outcomes-Based Compensation: Pay-for-Performance Design Principles, November 11-14,
             2004, Rancho Mirage, CA, Role: Physician Steering Committee

             Member, DEY, LP, Managed Care Advisory Board, Napa, CA.

2005         American Healthways/Johns Hopkins 5th Annual Disease Management Outcomes ummit:
             Improving Care Coordination through Physician-Disease Management Collaboration,
             November 10-13, 2005, Fort Lauderdale, Florida, Role: Physician Steering Committee

             Invited Faculty representing ATS, National Workshop to Reduce Asthma Disparities,
             Chicago, Illinois

2006 American Healthways/Johns Hopkins 6th Annual Disease Management Outcomes Summit: Embracing Health: Tools and Systems for Health Promotion and Disease Prevention, November, 2006, JW Marriott Starr Pass Resort, Tucson, AZ , Role: Physician Steering Committee

Member, NIH/NHLBI Grant Review Award Selection Committee

Member, NHLBI Strategic Planning Process Committee

2007 American Healthways/Johns Hopkins 7th Annual Disease Management Outcomes Summit: Integrated Medicine: Complementary Approaches, November 8-11, 2007, Austin, Texas, Role: Physician Steering Committee

2008 Reviewer, *ad hoc*, Deuthsche Forschungsgemeinschaft (German Research Foundation).

Member, Cancer, Cardiovascular and Pulmonary Disease (CCPD) program. The Amendment 25 Program Evaluation Group.

Member, National Committee for Quality Assurance (NCQA) Advisory Panel. HEDIS Trends Publication Expert Advisory Panel.

2008-present Member, EXPORT's P60 Advisory Board, University of Puerto Rico (UPR)/CHA Research Center of Excellence: Making a Difference for Latino Health. San Juan, Puerto Rico.

2008-2009 Chair, The Donaghue Program for Research Leadership, Hartford, CT.

2009-2011 Member, NIH/NHLBI Study Section for Patient Oriented Research (K23, 24, and 25).

2009 Member, NIH/NIAID Review Panel for Special Emphasis Study Section ZAI1-RRS-I-M1.

2010 Discussant, NIH/NIAID, Asthma, Allergy and Inflammation Branch: Asthma Outcomes Workshop, Bethesda, MD.

2011 Member, NIH/NHLBI Review Panel for Small Business Respiratory Sciences, Special Emphasis Study Section, ZRG1 CVRS-H (10) B (K12)

2011 Member, NIH/NHLBI Review Panel for NHLBI Career Development Programs in Emergency Medicine Research (K12).

2011 Chair, NIH/NHLBI Review Panel for RFA-HL-12-011, Development and testing of a case finding methodology in COPD (R01), Washington, DC

2012 Discussant, Webinar Presentation, NIEHS, Virtual Forum: Childhood Obesity and the Environment, November 2012. Research Triangle Park, NC

# RECOGNITION

## Awards, honors

1986    English Degree awarded with Honors, University of Pennsylvania

1986    BA, *Magna cum Laude*, University of Pennsylvania

1986    BS, *Magna cum Laude*, University of Pennsylvania

1997    Delta Omega Public Health Honor Society

2000    Solo Cup Clinician Scientist Award

2001    GlaxoSmithKline Development Partners' Junior Faculty Award

2009    Qforma's List of Most Influential Doctors, created for USA Today.

2010    Pfizer Visiting Professorship in Pulmonology.
        East Tennessee State University College of Public Health.


## Invited Talks, Panels

1993    The Special Value of Undergraduate Research.  Presented at the 64th Annual Meeting
        of the Eastern Psychological Association.  Arlington, Virginia.

        PSA as a Screening Test? Medical Management Conference.  Department of Internal Medicine,
        University of Pennsylvania.

1994    Carbon Monoxide Poisoning, Medical Management Conference, Department of Internal Medicine,
        University of Pennsylvania.

        Invited Discussant, Morbidity and Mortality Conference, Department of Internal Medicine,
        University of Pennsylvania.

1996    Vitamins and the Risk of Lung Cancer: Randomized Clinical Trials as a Gold-Standard, Longcope
        Attending Rounds, Department of Internal Medicine, The Johns Hopkins University School of
        Medicine.

        PSA and DRE Screening for Prostate Cancer: Principles of Screening, Longcope Attending Rounds,
        Department of Internal Medicine, Johns Hopkins University School of Medicine.

1997    Predictors of overuse of inhaled β-agonists, underuse of inhaled corticosteroids, and of nocturnal
        symptoms in adult asthmatics.  Outcomes research group, Merck & Co., Inc., West Point, PA.

        Associations of misuse of asthma medications in adult asthmatics enrolled in managed care.
        Managed Care Health Care Consortium, Washington, DC.

45

Misuse of corticosteroid and β-agonist metered dose inhalers (MDIs) among adult asthmatics in managed care (MCOs), Maryland Thoracic Society Annual Research Dinner, Baltimore, MD.

1998    Treatment patterns among adult asthmatics: Overuse of inhaled beta-agonists, underuse of inhaled corticosteroids, Division of Pulmonary and Critical Care Medicine, Yale University School of Medicine, New Haven, CT.

Treatment patterns among adult asthmatics: Overuse of inhaled beta-agonists, underuse of inhaled corticosteroids, Division of General Internal Medicine, Case Western University School of Medicine, Cleveland, OH.

Misuse of corticosteroid and β-agonist metered dose inhalers (MDIs) among adult asthmatics in managed care (MCOs), Combined Allergy and Immunology Meeting, Palm Beach, FL.

Future HEDIS Measures for Asthma.  Glaxo-Wellcome Asthma Managed Care Consultants Program. Naples, FL.

Asthma Therapy Assessment Questionnaire: Results of a Validation Study, Blue Plus, Minneapolis, MN.

1999    Bronchoscopy Quality Improvement Project: A Hospital Based Cohort Study. Health Services Research and Development Research Seminar.

Lesson Learned from Studies of Asthma in Managed Care. Best Practices Symposium sponsored by the Pacific Business Group on Health, Oakland, California.

Quality of Care and Guidelines: Management of Asthma. Practice Guidelines Workshop. Johns Hopkins Medical Services Corporation, Baltimore, MD, November 1999 and May 2000.

2000    Asthma Care by Asthma Specialists. Department of Medicine Grand Rounds. Greater Baltimore Medical Center, Baltimore, MD.

Predictors of Outcomes in Asthma. Frontiers in Research and Clinical Management of Asthma and Allergy Conference. Johns Hopkins Asthma & Allergy Center, Baltimore, MD.

Update in Asthma. Update in Pulmonary and Critical Care Medicine, Johns Hopkins University, Santa Fe, NM.

Fine-tuning your Bronchoscopy Practice. Bronchoscopy Workshop. Johns Hopkins University, Santa Fe, NM.

Underuse of Inhaled Corticosteroids in Asthma. Department of Medicine Grand Rounds, Johns Hopkins University, Baltimore, MD.

Nocturnal Asthma: Impact on Children and Their Parents. Research Conference of the Center  for Childhood Asthma in the Urban Environment, Johns Hopkins University, Baltimore, MD.

Bronchoscopy Quality Improvement Project: Design Issues and Results.  Robert Wood Johnson Clinical Scholars Program, Johns Hopkins University, February 1998 and April 2000.

2001    COPD- The Role of Steroids. Maryland Thoracic Society 41st Annual Meeting and Scientific Session, Pulmonary and Critical Care Medicine: State-of-the-Art, Baltimore, MD.

Update in Asthma. Johns Hopkins Bayview Medical Center, Department of Medicine, Baltimore, MD.

Severity, Control and Nocturnal Symptoms of Asthma in Children. Research Conference, Division of Pediatric Pulmonary Medicine, Johns Hopkins University. Baltimore, MD.

2002    Non-pharmacologic pain control with Bedscapes for Bronchoscopy. American Red Cross, Arlington, VA.

2003    Annual High Sierra Critical Care Conference; Update in Asthma Management for 2003.

Annual High Sierra Critical Care Conference; How to get the most from your bronchoscopy practice.

Office of Community Health, Community Chats 2002-2003.

Burnt Pizza and Near-Death from Asthma. Department of Internal Medicine Grand Rounds, Johns Hopkins Bayview Medical Center, Baltimore, Maryland.

Using Functional Genomics to Understand Complex Lung Disease, ATS/NHLBI.

Aligning Asthma Care with Assessment of Severity, Healthcare Quality and Safety Research Seminar Series, JHU.

Asthma Epidemiology, World Allergy Organization (WAO), Vancouver.

Aligning Asthma Care with Assessment of Severity. Pulmonary and Critical Care Grand Rounds, Oregon Health Services University.

2004    Office of Community Health, Community Chats 2003-2004; Impact of Night Time Asthma on Children and their Families Effective Asthma Medication.

The Role of the Indoor Home Environment in Childhood Asthma. Johns Hopkins-Barbados Genetic Epidemiology of Obstructive Lung Disease Research Conference, Almond Bay, Hastings, Christ Church, Barbados.

Environmental Factors Impacting Respiratory and Immunologic Disease. Gulf Coast Pediatric Environmental Health Symposium, Baylor College of Medicine, Houston, Texas.

Aligning Asthma Care with Estimates of Asthma Severity: Development of the Asthma Communication Instrument. Research Conference, Division of Pulmonary and Critical Care Medicine, Department of Pediatrics, Johns Hopkins University, Baltimore, Maryland.

Epidemiology as a Tool for Understanding Respiratory Disease: Case-Control Studies, American Thoracic Society, Orlando, Florida.

Standardizing the Care of the Patient with COPD: Is the Quality of Care Truly Improved? American Thoracic Society, Orlando, Florida.

Getting the Most Out of Bronchoscopy Services, 6th Annual Update, Pulmonary and Critical Care Medicine, Santa Rosa, California.

Severe Asthma: Current and Future Management, 6th Annual Update, Pulmonary and Critical Care Medicine, Santa Rosa, California.

2005    Office of Community Health, Community Chats 2005-2006. The Growing Child and Other Health Issues: Impact of Night-Time Asthma on Children and Their Families

Office of Community Health, Community Chats 2005-2006; Lung Disease: Making the Home Safer for Asthmatics.

Health Care Communications and Cultural Competency, National Workshop to Reduce Asthma Disparities, Chicago, Illinois.

The Home Environment of East Baltimore Preschool Children With and Without Asthma, Department of Physiology, Bloomberg School of Public Health, Johns Hopkins University.

COPD: A Pragmatic Approach to Improving Outcomes. Baltimore, Maryland.

COPD: A Pragmatic Approach to Improving Outcomes. COPD Exchange, Pittsburgh, Pennsylvania.

COPD: Evolving Concepts of Therapy. COPD Exchange, Baltimore, Maryland.

Aligning Asthma Care with Assessment of Severity and Control in Practice. Department of Internal Medicine, York Hospital, York, Pennsylvania.

Office of Community Health, Community Chats 2005-2006; Treating Asthma in Children, New Psalmist Christian School, Baltimore, Maryland.

The Role of the Indoor Home Environment in Childhood Asthma. Johns Hopkins-Barbados Asthma Conference, Almond Bay, Hastings, Christ Church, Barbados.

Is it Smart to Prescribe Long-Acting β-Agonists for Patients with Asthma? Division of Allergy and Clinical Immunology, Johns Hopkins University. December 2, 2005; and Rush University, Chicago, Illinois.

Aligning Asthma Care with Assessment of Severity and Control in Practice. Primary Care Conference, Baltimore, Maryland, February 24, 2006;
Ohio State Pulmonary Grand Rounds, April 7, 2006; and
Hospital of the University of Pennsylvania. January 25, 2008.

2006    Aligning Asthma Care with Assessment of Severity and Control in Practice. American Lung Association, Chicago, Illinois.

48

Should We Still use Long-acting Beta-Agonists in Patients with Asthma? Johns Hopkins University, School of Medicine, Department of Medicine Grand Rounds.

Development of the Asthma and Control Communication Instrument. University of Maryland, Pulmonary Research Conference, Baltimore, MD.

Update in COPD. Baltimore-Washington Hospital, Department of Medicine Grand Rounds. Glen Burnie, Maryland.

Issues Related to Beta-2 Agonist Therapy; Polymorphisms/Clinical Outcomes/Adverse Events Profile. 20th Annual Update. Frontiers in Research and Clinical Management of Asthma and Allergy: From Bench to Bedside. Johns Hopkins University School of Medicine, Division of Allergy and Clinical Immunology, Johns Hopkins Asthma & Allergy Center at Johns Hopkins Bayview Medical Center, Baltimore, Maryland.

2007    Office of Community Health, Community Chats 2007-2008; Asthma:  How Asthmatics Can Make Their Home Safer; Effective Asthma Medication.

Hyperinflation in COPD Linking Physiology to Patient Experience. Boehringer-Ingelheim Pharmaceuticals, Inc, Christiana Care Hospital, Newark, Delaware.

Environmental Issues in Managing Asthma. 41st Respiratory Care Journal Conference. Scottsdale, Arizona, September 28, 2007.

Translational Science Think Tank. Collaborative Research Bridging Basic, Clinical and Health Services Domains: Challenges and Opportunities." University of Connecticut Health Center, Farmington, CT, December 6, 2007.

2008    NCQA On-line Program: Best Practices in COPD Treatment. Course Faculty. December 2007-December 2008.

Approaching and Garnering the Support of Community Partners for Community-Based Research. American Thoracic Society International Meeting.

Logistic Regression. American Thoracic Society International Meeting Post-graduate Course.

Assessing Control is Good, But Not Sufficient for Management of Asthma. American Thoracic Society International Meeting Scientific Symposium.

The Death of Primary Care. Barker Grand Rounds, Johns Hopkins University, Baltimore, Maryland.

Is Genetic Polymorphism important in response to asthma therapy? Johns Hopkins 21st Update Frontiers in Research and Clinical Management of Asthma and Allergy. Johns Hopkins Asthma and Allergy Center, Baltimore, Maryland.

Joint Indo-US Workshop on Environmental Risks of Respiratory Disease. Prevalence of Respiratory Disease in India. Chandigarh, India.

49

Bridging the Evidence-to-Practice Gap in Asthma and Chronic Obstructive Pulmonary Disease from a National and International Perspective: An Update. American Thoracic Society International Meeting, San Diego, CA.

2009    Diet and inner city asthma: Is there a connection? Department of Medicine Grand Rounds, Johns Hopkins University, Baltimore, MD.

Role of indoor pollutants in respiratory disease.  Fellows Orientation Conference, Division of Allergy and Clinical Immunology, Johns Hopkins University, Baltimore, MD.

Susceptibility determinants of childhood asthma.  Session: Contributing factors that influence the relationship between environmental exposures and children's health.  Pediatric Academic Societies Annual Meeting, Baltimore, MD.

Scientific Advisory Committee, Merck Childhood Asthma Network, Washington, DC.

Pediatric Asthma Roundtable meeting-Improve lives of children with asthma in the Baltimore area. National Asthma Campaign, Baltimore, MD.

2010    Topics in Clinical Medicine 2010.  Session: Meet the Professor—Pulmonary.  Johns Hopkins University Annual Topics in Clinical Medicine, Baltimore, MD.

Validated questionnaires in the management of allergic disorders: Applications and interpretation. Johns Hopkins Community Physicians, Baltimore, MD.

Validated questionnaires in the management of allergic disorders: Effective Use in an Allergy Practice Setting. Session: State-of-the-Art Session 2525: American Academy of Allergy, Asthma and Immunology International Meeting, New Orleans, LA.

Indoor environmental exposures and asthma disparities. Scientific Symposium: Asthma disparities: Root cause and global solution. American Thoracic Society International Meeting, New Orleans, LA.

2010    Speaker: Environmental Issues in Managing Asthma. Post-Graduate Respiratory Medicine Meeting, Irish Lung Foundation, Dublin, Ireland. June 2010.

Speaker, Asthma Update Seminar.  Eastern Shore AHEC, Hyatt Regency Chesapeake Bay, Cambridge, Maryland. August 2010.

Academy of Industrial Hygiene, PCIH 2010. Fort Worth, Texas, October 7-8, 2010
21st Century Toxicity Testing and Human Health Risk Assessment for Environmental Agents.
Speaker:  (1) "Lung responses to environmental toxins"
Speaker:  (2) "Environmental residential exposures to allergens and irritant gases"
Speaker:  (3) "Role of Pulmonary and Respiratory Irritants in Asthma, COPD, and Bronchiolitis Obliterans"

Speaker:  "Is diet driving the asthma epidemic?"  NIEHS/EPA Conference, Protecting children's health for a lifetime: Environmental health research meets clinical practice and public policy conference, October 19-20, Washington, DC

Speaker: Environmental Health Department Doctoral Seminar, Boston University, October 22, 2010.  "The role of indoor pollutants and allergens and asthma in inner city children: Some of the bad ingredients in a toxic stew."

Participant, Workshop: Task Force for the Asthma Disparities Working Group/Federal Task Force on Environmental Health Risks and Safety Risks to Children Steering Committee,  "Developing a coordinated federal action plan to reduce asthma disparities." NIH-NHLBI/EPA/HUD. Washington, DC. December 16-17, 2010.

2011    Visiting Professor, Leading Voices in Public Health Lecture Series. "The mouse, the house and the hamburger: Making sense of the asthma epidemic."  The College of Public Health and the Public Health Student Association, East Tennessee State University, March 3, 2011.

Lecturer, Teaching Course entitled Health Care Organization and Delivery: "Indoor environmental exposures and asthma disparities." East Tennessee State University, March 3, 2011.

Lecturer, Teaching Course entitled Introduction to Air Pollution: "Asthma and Air Pollution." East Tennessee State University, March 4, 2011.

Invited Speaker: U.S. Congress Briefing, Preventing Breast Cancer and Pediatric Asthma:  Links to the Environments of Women and Children, Rayburn House Office Building B-354 NIH/NIEHS. "The Mouse, the House and the Hamburger: Making Sense of the Asthma Epidemic." April 21, 2011.

Invited Speaker-Panelist: Clearing the Air, Addressing asthma disparities in Maryland.
Session A-3: "Asthma Interventions: Research into Practice," and
Session B-4: "The human side of asthma: Educating patients to make health decisions—overcoming barriers to medication adherence." Linthicum, MD.  June 2011.

Invited Speaker: National Healthy Homes Conference.  Track 7: Just the Facts.  Session 7H-2. "Nanoparticles and nitrogen dioxide from stoves: Health effects and strategies to reduce exposure and improve asthma control." Denver, CO. June 2011.

2012    Visiting Professor, Division of Pulmonary Medicine, Allergy and Immunology Children's Hospital of Pittsburgh of UPMC, Pittsburgh, PA, January 5, 2012.

Invited Speaker, Pediatric Pharmacology Division, National Jewish Health. "The house, the mouse and the hamburger: Making sense of the asthma epidemic." Denver, CO, June 2012.

Invited Speaker, Johns Hopkins Bloomberg School of Public Health/The Maryland Department of Health and Mental Hygiene/The mid-Atlantic Public Health Training Center.  "Reducing asthma disparities in children:  A model program with promising results. Baltimore, MD, June 2012.

Invited Speaker, EPA/NIEHS Children's Centers 2012 Webinar Series, Protecting children's health for a lifetime. "Role of home environment and diet on childhood asthma." December 2012.

2013    Visiting Professor, "The house, the mouse and pizza: Explaining the asthma epidemic." Universidad de Los Andes, Bogota, Columbia, April 2013.

51

Invited Speaker, Scientific Symposium: Developmental origins of asthma and allergies: Environment, modifiers and mediators, "Indoor exposures and ETS." American Thoracic Society International Meeting, Philadelphia, PA. May 2013.

Invited Speaker, Congressional Briefing, Health and Medicine Counsel of Washington. "Protecting children's health for a lifetime: How the environment influences health and development," hosted by Senator Kirsten E. Gillibrand, 385 Russell Senate Office Building. Sponsored by Friends of NIEHS, the American Academy of Pediatrics, and the Children's Environmental Health Network. October 2013.

Invited Lecturer, Johns Hopkins University School of Nursing, "Diagnosis, Symptom, and Illness Management I – Adult Course." Topic: Asthma. December 2013.

2014    Invited Lecturer and participant, NIH – MOST Clinical and Translational Science Workshop, NIH Campus, Stone House, Bethesda, MD, July 21-22, 2014.

Invited Speaker, Respiratory Expert Forum Ireland, "Beat the Professor" Case Studies on treating difficult airways disease, Dublin, Ireland, October 17-18, 2014.

2015    Invited Speaker, The Children's Environmental Health Network's 2015 CEHN Pediatric Research Conference Children: Food and Environment, "Prevention and Treatment of Asthma with Diet: Progress and Promise." The University of Texas at Austin, Austin, TX. February 4-6, 2015.

Invited Speaker, Scientific Symposium: Advances in Understanding and Reducing Asthma Disparities, "Indoor Exposures and Asthma Disparities." American Thoracic Society International Meeting, San Diego, CA. May 2015.

Office of Community Health, Community Chats 2015-2016; Asthma: "How People With Asthma Can Make Their Homes Safer."

Office of Community Health, Community Chats 2015-2016; Asthma: "Does Diet Affect Asthma?"

Expert Testimony of Gregory D. Dlette, MD, MHS

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 18-Aug-2021 | Rosalino Reyes III, Pltf., v. Johnson & Johnson, et al., Dfts. (Kazan, McClain, Satterly & Greenwood; Joseph D. Satterly and Justin Bosl) | Superior Court of the State of California, Alameda County. Case No.: RG20052391 | Deposition (Johnson & Johnson; Johnson & Johnson Consumer Inc.; Johnson & Johnson International) |
| 27-Aug-2021 | Robert Manz, Plaintiff, v. Brenntag North Americal, et al., Dfts. (Weitz & Luxenberg, P.C.) | United States District Court for the District of New Jersey. Docket No.: 3:18-CV-14083 | Deposition (Johnson & Johnson, Johnson & Johnson Consumer Inc.) |
| 10, 14, & 15-Sept-2021 | Ellen and Yury Kleiner, Pltfs., v. Rite Aid Corporation, et al., Dfts. (Eisenberg, Rothweiler, Winkely, Eisenberg & Jeck, P.C.) | Court of Common Pleas, Philadelphia County, Pennsylvania. No.: 2505 | Trial (Johnson & Johnson, Johnson & Johnson Consumer Inc.) |
| 21-Sep-2021 | Hilary Harrington, et al., Pltfs., v. Habitat America LLC, et al., Defendants. (Santoni, Vocci & Ortega, LLC) | Circuit Court for Howard County, Maryland. Case No.: C-13-CV-19-001210 | Deposition (Habitat America LLC, J Kirby Development LLC, Riverwatch Elkridge, LLLP) |
| 23, 24-Sept-2021 | Victoria Giese, et al., Plaintiffs, v. Johnson & Johnson, et al., Defendants. | Circuit Court of the City of St. Louis, Missouri. Case No.: 1522-CC00419-02 | Trial |
| 19-Nov-2021 | Mae K. Moore, Plaintiff, v. Johnson & Johnson, et al., Defendants. | Superior Court of the State of California for the County of Los Angeles, Central District. Case No.: 21STCV05513 | Deposition (Colgate-Palmolive Company) |
| 23-Dec-2021 | Wendy Williams, et al., Plaintiff vs. Huntington Ingalls Inc, et al., Defendants. | United States District Court, Eastern District of Louisiana. Civil Case No.: 2:19-cv-01218 | Deposition (Huntington Ingalls, Inc.) |
| 28-Jan-2022 | Lynne L. Roy, Plaintiff, v. Colgate-Palmolive Company, et al., Defendants. (Dean Omar Branham Shirley, LLP; Mark J. Buha and Landry & Swarr, LLC; Mickey P. Landry & Matthew C. Clark) | Civil District Court for the Parish of Orleans, State of Louisiana. Case No.: 2020-02718 | Deposition (Colgate-Palmolive Company) |

Expert Testimony of Gregory Diette, MD, MHS
Page 60 of 18.0

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 9-Mar-2022 | Pamela Duff Mundy, Administrator of the Estate of James Melvin Duff, Deceased, et al., pltfs. v. Centrome, Inc. DBA Advanced, dfts. (Torhoerman Law LLC; Jacob W. Plattenberger, PHV, & Kenneth J. Brennen, PHV and Robbins, Kelly, Patterson & Tucker, LPA; Michael A. Galasso & Jarrod M. Mohler) | Court of Common Pleas, Warren County, Ohio. Case No.: 17 CV 090268 | Deposition (O'Laughlin Industries, Inc.; Mane, Inc.) |
| 25-Mar-2022 | Irene Ray, individually an as successor in interest to Robert Ray, deceased; Sage Ray, an individual; Sean Ray, an individual, Plaintiffs, v. Air & Liquid Systems Corp., et al., Defendants. (Weitz & Luxenberg, P.C.) | Superior Court of the State of California for the County of Los Angeles. Case No.: JCCP4674/ 19STCV24126 | Deposition (E.I. du Pont de Nemours & Company, "DuPont") |
| 27-May-2022 | William Sallee and Constance Sallee, Plaintiffs, v. A.W. Chestertno Co., et al., Defendants. (Wylder Corwin Kelly, LLP) | State of Illinois in the Circuit Court of the Eleventh Judicial Circuit County of McLean. Case No.: 18-L-104 | Deposition (Lincoln Electric) |
| 10-Aug-2022 | Pamela Duff Mundy, Administrator of the Estate of James Melvin Duff, Deceased, et al., pltfs. v. Centrome, Inc. DBA Advanced, dfts. (Torhoerman Law LLC; Jacob W. Plattenberger, PHV, & Kenneth J. Brennen, PHV and Robbins, Kelly, Patterson & Tucker, LPA; Michael A. Galasso & Jarrod M. Mohler) | Court of Common Pleas, Warren County, Ohio. Case No.: 17 CV 090268 | Trial (Mane, Inc.) |
| 19-Aug-2022 | Lana Waguespack, Plaintiff v. Huntington Ingalls Incorporated, et al., Defendants. (Philip C. Hoffman, LLC.) | United States District Court, Eastern District of Louisiana. Civil Action No.: 2:20-cv-1986. | Deposition (Huntington Ingalls, Inc.) |

Expert Testimony of Gregory Diette, MD, MHS    Page 90 of 105

| Date | Case Name | Case Number | Deposition or Trial |
|---|---|---|---|
| 16-Sep-2022 | Rita-Ann Chapman and Gary Chapman, Plaintiffs, v. Avon Products, Inc., et al., Defendants. (Dean Omar Branham Shirley, LLP; Benjamin H. Adams, Esq.; Tyson B. Gamble, Esq.; Conor Nideffer, Esq.) | Superior Court of the State of California for the County of Los Angeles, Central District. Case No.: 22STCV05968 | Deposition (Colgate-Palmolive & Avon Products, Inc.) |
| 21-Oct-2022 | Ingrid T. Coiffard, individually and as the Administratrix of the Estate of Marc Coiffard, deceased, Plaintiff, v. Ford Motor Company, et al., Defendants. (Anne M. Dieruf and Kyle R. Wright; Kademenos, Wisehart, Hines, Dolyk & Wright CO. LPA) | In the Common Pleas Court, Erie County, Ohio. Case No.: 2020CV0343 | Deposition (Ford Motor Company & Robert Bosch LLC) |
| 17, 18-Nov-2022 | Rita-Ann Chapman and Gary Chapman, Plaintiffs, v. Avon Products, Inc., et al., Defendants. (Dean Omar Branham Shirley, LLP; Benjamin H. Adams, Esq.; Tyson B. Gamble, Esq.; Conor Nideffer, Esq.) | Superior Court of the State of California for the County of Los Angeles, Central District. Case No.: 22STCV05968 | Trial (Avon Products, Inc.) |
| 23-Nov-2022 | Frances Coit, Plaintiff, v. Avon Products, Inc., et al., Defendants. (Kazan McClain, Satterly & Greenwood; Joseph D. Satterley, Esp.; Ian A. Rivamonte, Esq.) | Superior Court of the State of California, Alameda County. Case No.: 22CV010805 | Deposition (Avon Products, Inc., Colgate-Palmolive Company, Whittaker, Clark & Daniels, Inc.) |
| 29-Nov-2022 | Rita-Ann Chapman and Gary Chapman, Plaintiffs, v. Avon Products, Inc., et al., Defendants. (Dean Omar Branham Shirley, LLP; Benjamin H. Adams, Esq.; Tyson B. Gamble, Esq.; Conor Nideffer, Esq.) | Superior Court of the State of California for the County of Los Angeles, Central District. Case No.: 22STCV05968 | Trial (Avon Products, Inc.) |
| 9-Dec-2022 | Joan Lee Beck, Plaintiff, v. Ralph Grocery Company, et al., Defendants. (Water Kraus & Paul; Camille Hunt) | Superior Court of the State of California for the County of Los Angeles. Case No.: 22STCV04682 | Deposition (Colgate-Palmolive Company) |

Expert Testimony of Gregory Diette, MD, MHS

| Date | Case Name | Case Number | Deposition or Trial |
|---|---|---|---|
| 13-Jan-2023 | Meredith Egli, Plaintiff, v. Johnson & Johnson, et al., Defendants. (Kazan McClain, Satterly & Greenwood; Joseph D. Satterley, Esp.; Ian A. Rivamonte, Esq.) | Superior Court of the State of California, Alameda County. Case No.: RG20075272 | Deposition (Colgate-Palmolive Company) |
| 3-Feb-2023 | Sarah J. Plant, Plaintiff, v. Avon Products, Inc., et al., Defendants (Jordan L. Bollinger & David C. Humen, Dean Omar Branham Shirley, LLP; Theile B. McVey, Kassel McVey) | Court of the Common Pleas for the Fifth Judicial Circuit, State of South Carolina, County of Richland C/A No. 2022-CP-40-1265 | Deposition (Colgate Palmolive & Whittaker, Clark & Daniels, Inc.) |
| 3-Feb-2023 | Shelby Payne, Plaintiff, v. 3M Company, et al., Defendants (Jordan L. Bollinger & David C. Humen, Dean Omar Branham Shirley, LLP; Theile B. McVey, Kassel McVey) | Court of the Common Pleas for the Fifth Judicial Circuit, State of South Carolina, County of Richland C/A No. 2022-CP-40-1281 | Deposition (Colgate-Palmolive, Avon, and Mennen) |
| 10-Feb-2023 | Gina Anderson, Plaintiff, v. Avon Products, Inc., et al., Defendants (Robert A. Green, Simon Greenstone Panatier, P.C.) | In the Superior Court of the State of Washington In and For the County of King Case No.: 21-2-14042-1 SEA | Deposition (Mennen) |
| 1-Mar-2023 | Hutchins, Ronald, et al., Plaintiffs, v. Danisco USA Inc., et., Defendants (Torhoerman Law LLC; Tor A. Hoerman, Jacob W. Plattenberger, Kenneth J. Brennan, Tyler Schneider) | In the Circuit Court of the City of St. Louis State of Missouri Case No.: 1722-CC01186 | Trial (Elan Chemical Company) |
| 15-Mar-2023 | Frank P. Ragusa, Jr., Plaintiff, v. Louisiana Insurance Guaranty Assocaiation, et al., Defendants (Roussel & Clement; Gerolyn P. Roussel, Perry J. Roussel, Jr., Jonathan B. Clement, Lauren R. Clement, Benjamin P. Dinehart) | United States District Court Eastern District of Louisiana                                                     C/A No.: 2:21-cv-01971 | Deposition (Caterpillar Global Mining, LLC) |

**Expert Testimony of Gregory Diette, MD, MHS**

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 17-Mar-2023 | Donnasue Ortiz, Indivdually and as the Representative of the Estate of Caroline Dotson, Deceased; Helen Hildebrand, Lynette Chaparro and Eddie Thomason, Plaintiffs, v. Colgate-Palmolive Company., et al., Defendants (Albert Oganesyan, Simon Greenstone Panatier, P.C.) | Superior Court of the State of California for the County of Los Angeles          LASC Case No.: 19STCV31844 | Deposition (Colgate-Palmolive Company) |
| 21-Apr-2023 | Juanita C. Gibson, Plaintiff, v. Avon Products, Inc., et al., Defendants (Maune Raichle Hartley French & Mudd, LLC; David L. Amell, Tyler S. Summers) | Superior Court of the State of California, Alameda County. Case No.: 22CV019473 | Deposition (Colgate-Palmolive, Avon, and Whittaker, Clark & Daniels) |
| 16-Jun-2023 | Mary Pichierri and John Pichierri, Plaintiff, v. Avon Products, Inc., et al., Defendants (Shepard Law, P.C.; Erika A O'Donnell, Michael C. Shepard, Michael J. McCann) | Commonwealth of Massachusetts Middlesex Superior Court          C/A No.: 20-2681 | Deposition (Colgate-Palmolive and Estee Lauder) |
| 6-Oct-2023 | Diane H. Fowler and Clinton Fowler, Plaintiffs, v. Merle Norman Cosmetics, Inc.; and Does 1 through 400 Inclusive, et al., Defendants (Frost Law Firm, PC; Andrew Seitz) | Superior Court of the State of California for the County of Los Angeles          Case No.: 21STCV23555 | Deposition (Johnson & Johnson) |
| 11-Oct-2023 | Stephen Lanzo III and Kendra Lanzo, Plaintiff, v. Johnson & Johnson, et al., Defendants. (Levy Konigsberg, LLP; Moshe Maimon, Esq.) | Superior Court of New Jersey Law Division, Middlesex County Docket No.: MID-L-7385-16 | Deposition (Johnson & Johnson) |

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 27-Oct-2023 | Jenna Rose Longoria, Individually, and as Personal Representatives of the Estate of Dominic Lecroissette, Deceased, Plaintiffs, vs. Village Medical Plaza, LTD d/b/a Village Medical Group, f/k/a Village Family Practice, Julit Toll, MD, and Thrive on Wirt, LLC, d/b/a Thrive Drip Spa, Defendants. (Hampton & King; Christopher G. King) | In the District Court of Harris County, Texas 55th Judicial District Cause No.: 2022-06797 | Deposition (Jenna Rose Longoria, Individually, and as Personal Representatives of the Estate of Dominic Lecroissette, Deceased) |
| 15-Dec-2023 | Philippe Matthey, as personal representative for the Estate of Patricia A. Matthey, Pltf., v. Johnson & Johnson, et al., Dfts. (Englander Fischer LLP; Kent G. Whittemore and Motley Rice, LLC; Lance v. Oliver) | Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. Case No.: 2018-CA-4809-NC | Deposition (Johnson & Johnson) |
| 21-Dec-2023 | Jeannine Henderson vs. Taylor-Seidenbach, Inc., et al. (Philip C. Hoffman, LLC; Philip C. Hoffman, Dayal S. Reddy, J.D. McMullen and Dean Omar Branham Shirley, LLP; Jessica M. Dean, Esq., Samuel I. Iola, Esq.) | Civil District Court for the Parish Of Orleans State of Louisiana Case No.: 2022-10279 | Deposition (Johnson & Johnson and Avon) |
| 4-Jan-2024 | Luyu Ding and Kevin Grannen, Plaintiffs, vs. Estee Lauder Companies, et al., Defendants (Maune Raichle Hartley French & Mudd, LLC; David L. Amell) | Superior Court of the State of California County of Alameda Case No.: 22CV009063 | Deposition (Estee Lauder) |
| 18-Jan-2024 | Sharon Hofmaister, Plaintiff, vs. Johnson & Johnson, et al., Defendants (Kazan McClain, Satterly & Greenwood; Joseph D. Satterley, Esp.; Michael Reid, Esq.) | Superior Court of the State of California County of Alameda Case No.: 23CV033743 | Deposition (Avon Products, Inc.) |
| 18-Jan-2024 | Shelly Yerkes and Thomas Yerkes, Plaintiffs, v. Avon Products, Inc., et al., Defendants (Kazan McClain, Satterly & Greenwood; Michael Reid, Esq.) | Superior Court of the State of California County of Alameda Case No.: 23CV032102 | Deposition (Avon Products, Inc.) |

Expert Testimony of Gregory Diette, MD, MHS
Page CG.01.B.09

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 26-Jan-2024 | Sherrye Ketchepaw and Jim Ketchepaw, Plaintiffs, vs. Akebono Brake Corporation, et al., Defendants (Maune Raichle Hartley French & Mudd, LLC; David L. Amell, Esq.) | Superior Court of the State of California County of Alameda<br>Case No.: 22CV012680 | Deposition (Avon Products, Inc., Maybelline, and Estee Lauder) |
| 14-Feb-2024 | Cipriano Ramirez and Maria Ramirez, his wife, Plaintiffs, v. Avon Products, Inc., Merck & Co. Inc., Pfizer Inc., Walgreen Co., Defendants (Simmons Hanley Conroy; Taylor L. Kerns, Kenneth P. Danzinger, Philip E. Proud.) | In the Circuit Court of Cook County, Illinois County Department, Law Division<br>Case No.: 2023L004386 | Deposition (Avon Products, Inc.) |
| 23-Feb-2024 | Steven A. Eisenberg, Personal Representative of the Estate of Stephen Scheinberg, Deceased, et al., Plaintiffs, vs. Colgate-Palmolive Company, Defendant (Kelley Ferraro, LLC; Shawn M. Acton, Brian R. Herberth, William D. Mason, Jr.) | In the Court of Common Pleas Cuyahoga County, Ohio<br>Case No.: 964151 | Deposition (The Mennen Co.) |
| 29-Feb-2024 | Talisha Bray, Plaintiff, v. Centrome, Inc., DairyChem Laboratories, Inc., David Michael & Co., Inc., FONA International, Inc., Gamay Food Ingredients, LLD, Mother Murphy's Laboratories, Inc., Symrise, Inc., The Edlong Corporation, Ungerer & Company, and Vigon International, Inc., Defendants. (Motley Rice LLC; Meredith K. Clark, John E. Herrick. and Mallery, SC; Andrew Frank.) | State of Wisconsin Circuit Court Milwaukee County                              Case No.: 19-CV-3991 | Deposition (Ungerer & Company) |

Expert Testimony of Gregory Diette, MD, MHS

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 11, 12-Apr-2024 | Philippe Matthey, as personal representative for the Estate of Patricia A. Matthey, Pltf., v. Johnson & Johnson, et al., Dfts. (Englander Fischer LLP; Kent G. Whittemore and Motley Rice, LLC; Lance v. Oliver) | Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida. Case No.: 2018-CA-4809-NC | Trial (Johnson & Johnson) |
| 19-Apr-2024 | Andrew Wolfe, Individually and as Successor-in-Interest of the Estate of Myrla Charlene Wolfe, Deceased, Plaintiff., vs. Avon Products, Inc., et al., Defendants (Simon Greenstone Panatier, PC; Erica L. Falkner) | Superior Court of the State of California for the County of Los Angeles                          Case No.: 22STCV35680 | Deposition (Avon Products, Inc.) |
| 26-Apr-2024 | Kayme A. Clark and Dustin W. Clark, Plaintiffs, v. Johnson & Johnson, et al., Defendant. (The Early Law Firm, LLC; Mark Bibro, Esq. and Dean Omar Branham Shirley, LLP; Benjamin D. Braly.) | Superior Court of New Jersey Law Division-Middlesex County Docket No.: MID-L-03809-18 | Deposition (Johnson & Johnson) |
| 10-May-2024 | Roger D. Langford, Plaintiff (s), vs. A.W. Chesteron Company, et al., Defendants. (Cooney & Conway; David Barrett) | In the Circuit Court of Cook County, Illinois County Department, Law Division Case No.: 2023L004570 | Deposition (Caterpillar Global Mining, LLC) |
| 19-Jun-2024 | In RE Johnson & Johnson MDL NO. 16-2738 (MAS) (RLS) Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation (Ashcraft & Gerel, LLP; Michelle A. Parfitt, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; P. Leigh O'Dell and Cohen Placitella Roth, PC; Christopher M. Placitella) | United States District Court District of New Jersey MDL NO. 16-2738 (MAS) (RLS) | Deposition (Johnson & Johnson) |
| 28-Jun-2024 | Janice Paluzzi, Plaintiff, v. Johnson & Johnson; et al., Defendants. (Dean Omar Branham Shirley, LLP; Aaron D. Chapman and Early, Lucarelli, Sweeney & Meisenkothen, LLC; Brian P. Kenney) | Commonwealth of Massachusetts Superior Court Department of the Trial Court Civil Action No.: 2181-cv-02109 | Deposition (Johnson & Johnson and Stop & Shop) |

Expert Testimony of Gregory B. Diette, MD, MHS

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 3-Jul-2024 | Michael L. Perry and Lonnie L. Long, Plaintiffs, v. American International Industries, et al., Defendants. (Dean Omar Branham Shirley, LLP; Rachel A. Gross and Kassel McVey Attorneys at Law; Theile B. McVey) | In the Court of Common Pleas for the Fifth Judicial Circuit State of South Carolina, County of Richland                                    C/A No.: 2023-CP-40-04072 | Deposition (Avon Products, Inc and Johnson & Johnson) |
| 23-Jul-2024 | Cipriano Ramirez and Maria Ramirez, his wife, Plaintiffs, v. Avon Products, Inc., Merck & Co. Inc., Pfizer Inc., Walgreen Co., Defendants (Simmons Hanley Conroy; Taylor L. Kerns, Kenneth P. Danzinger, Philip E. Proud.) | In the Circuit Court of Cook County, Illinois County Department, Law Division Case No.: 2023L004386 | Trial (Avon Products, Inc.) |
| 2-Aug-2024 | Deborah Ward and Douglas Ward, Plaintiffs, vs. General Electric Company., et al., Defendants. (Dean Omar Branham Shirley, LLP; Benjamin D. Braly, Esq., Sarah E. Gilson, Esq., Samuel I. Iola, Esq.) | Superior Court of the State of California for the County of Alameda                                Case No.: 22CV016505 | Deposition (Johnson & Johnson) |
| 9-Aug-2024 | Andrew Wolfe, Individually and as Successor-in-Interest of the Estate of Myrla Charlene Wolfe, Deceased, Plaintiff., vs. Avon Products, Inc., et al., Defendants (Simon Greenstone Panatier, PC; Stuart Purdy and Erica L. Falkner) | Superior Court of the State of California for the County of Los Angeles                                Case No.: 22STCV35680 | Deposition (Avon Products, Inc. and Chanel) |
| 20-Sep-2024 | Dorothy J. Goode-Evans and Herbert W. Evans, Plaintiffs, v. Avon Products, Inc., et al., Defendants. (Dean Omar & Branham, LLP; Aaron D. Chapman, Esq.; Thornton Law Firm LLP; Leslie-Anne Taylor, Esq.) | Commonwealth of Massachusetts Superior Court Department of the Trial Court          Civil Action No.: 2381CV02731 | Deposition (Johnson & Johnson and Demoulas) |

| Date | Case Name | Case Number | Deposition or Trial |
|---|---|---|---|
| 11-Oct-2024 | John Doomey and Elizabeth Doomey, Plaintiffs, v. Albertsons Companies, Inc., et al., Defendants (Dean Omar Branham Shirley, LLP; Jordan Blumenfeld-James) | Superior Court of the State of California for the County of Los Angeles                 Case No.: 21STCV47286 | Deposition (Johnson & Johnson) |
| 1-Nov-2024 | Mary Catherine McNamee, Plaintiff vs. Barretts Minerals Inc., et al., Defendants. (Maune Raichle Hartley French & Mudd, LLC; David L. Amell, Esq.) | Superior Court of the State of California for the County of Alameda Case No.: 23CV030500 | Deposition (Chanel) |
| 8-Nov-2024 | James J. Graham, Plaintiff, v. Givaudan Flavors Corporation., Defendant. (Ketchmark & McCreight, P.C.; Ben H. Fadler) | In the Circuit Court of Marion County 10th Judicial Circuit State of Missouri Case No.: 20MM-CV00011 | Deposition (Givaudan) |
| 13-Nov-2024 | Glenda Pierce, Plaintiff, v. Richard Vidoni, Defendant. (Poole Law Group; Andrew A. Serafini, Jr., Esquire) | In the Circuit Court for Washington County, Maryland                     Case No.: C-21-CV-22-000456 | Deposition (Glenda Pierce) |
| 20-Nov-2024 | James J. Graham, Plaintiff, v. Givaudan Flavors Corporation., Defendant. (Ketchmark & McCreight, P.C.; Ben H. Fadler) | In the Circuit Court of Marion County 10th Judicial Circuit State of Missouri Case No.: 20MM-CV00011 | Trial (Givaudan) |
| 19-Dec-2024 | Michelle F. Felton, Executrix of the Estate of Michaeleen Lee, Deceased, Plaintiff v. Acme Markets, Inc., et al., Defendant. (Dean Omar Branham Shirley, LLP; Cori J. Kapusta, Esq.; Jordan L. Bollinger, Esq.) | In the Court of Common Pleas of Allegheny County, Pennsylvania No.: GD 23-008055 | Trial (Johnson & Johnson) |
| 17-Jan-2025 | Timothy E DuBois and Linda DuBois, Plaintiffs, v. 3M Company, et al. Defendants. (Dobs & Farinas; David C. Humen) | Marion County Superior Court Civil Division Room No. 13 Cause No.L 49D13-2404-CT-015028 | Deposition (Johnson & Johnson) |

**Expert Testimony of Gregory Diette, MD, MHS**
Page 98 of 113

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 27-Feb-2025 | Jeannine Henderson vs. Taylor-Seidenbach, Inc., et al. (Philip C. Hoffman, LLC; Philip C. Hoffman, Dayal S. Reddy, Kelly A. Ross and Dean Omar Branham Shirley, LLP; Jessica M. Dean, Esq., Dana C. Simon, Esq.) | Civil District Court for the Parish Of Orleans State of Louisiana Case No.: 2022-10279 | Deposition (Johnson & Johnson) |
| 7-Mar-2025 | Verda Haney, Plaintiff vs. Advance Stores Company Incorporated., et al., Defendants. (Dobs & Farinas; David C. Humen, Kathleen A. Farinas, Todd Barnes, Sarah Broderick) | Marion County Superior Court Civil Division Room No. 13 Case No.: 49D13-2404-CT-019200 | Deposition (Johnson & Johnson) |
| 12-Mar-2025 | Gloria Whalen, Plaintiff, v. E.I. DuPont de Nemours and Company, et al., Defendants. (Jacobs & Crumplar, P.A.; Thomas J. Crumplar) | In the Superior Court of the State of Delaware C.A. No. N23C-09-059 ASB | Deposition (E.I. DuPont de Nemours and Company "DuPont") |
| 12-Mar-2025 | Howard B. Altena, et al., Plaintiffs, v. E.I. DuPont de Nemours and Company, et al., Defendants. (Jacobs & Crumplar, P.A.; Thomas J. Crumplar) | In the Superior Court of the State of Delaware C.A. No. N23C-09-107 ASB | Deposition (E.I. DuPont de Nemours and Company "DuPont") |
| 14-Mar-2025 | Marlene Phelan, Plaintiff, vs. Arkema, Inc., et al. Defendants. (Dean Omar Branham Shirley, LLP; Sarah E. Gilson and Early, Lucarelli, Sweeney & Meisenkothen; Brian P. Kenney) | Superior Court J.D. of Fairfield at Bridgeport Docket No. FBT-CV-23-6124450S | Deposition (Johnson & Johnson, IMI-Fabi, CVS, Walgreens, and Walmart) |

Expert Testimony of Gregory B. Diette, MD, MHS
Page Count 18.1D

| Date | Case Name | Case Number | Deposition or Trial |
|------|-----------|-------------|---------------------|
| 24-Mar-2021 | Vernon Eggers, Individually and as the Personal Representative of the Estate of Barbara Eggers, Deceased, Plf., v. Colgate-Palmolive Company, et al., Dfts. (Dean Omar Branham Shirley, LLP; Ben D. Braly and Zelbst, Holmes & Butler; John Zelbst) | District Court of Oklahoma County, State of Oklahoma. Case No.: CJ-2018-4739 | Deposition (Johnson & Johnson, Colgate-Palmolive Company) |
| 9-Apr-2021 | Wendi J. Hirshberg and Richard Hirshberg, Wife and Husband, Pltfs. V. Johnson & Johnson, et al., Dfts. (Dean Omar Branham Shirley, LLP; Benjamin H. Adams and Weinstein Caggiano PLLC; Brian D. Weinstein and Alexandra B. Caggiano) | Superior Court of the State of Washington, King County. Case No.: 20-2-05603-1 SEA | Deposition (Johnson & Johnson, Johnson & Johnson Consumer Inc., Johnson & Johnson International) |
| 7-May-2021 | Cheryl A. Downs, et al., Linda Huntley, and Jason Thiele, Pltfs. v. BASF Corp., et al., Dfts. (Scott Hall, Esq.; Motley Rice, LLC.) | United States District Court for the Northern District of Iowa. Case No.: 1:18-cv-00033-RP-CFB & Case No.: 5:18-cv-04081 ITS | Deposition (Givaudan Flavors Corporation) |
| 18-Jun-2021 | John Hurley, Special Administrator of the Estate of Leanne Hurley, Deceased, Pltf., v. Avon Products, Inc. et al., Dfts. (Phillips & Paolicelli, LLP; Shaina Weissman, and Cooney and Conway; Judy Conway) | Circuit Court of Cook County, Illinois. Case No.: 2020 L 004159 | Deposition (Johnson & Johnson; Johnson & Johnson Consumer Inc.; Johnson & Johnson International) |
| 25-Jun-2021 | Nedelka Vanklive, Pltf., v. Johnson & Johnson, et al., Dfts. (Kazan, McClain, Satterly & Greenwood; Joseph D. Satterly and Ian A. Rivamonte) | Superior Court of the State of California, Alameda County. Case No.: RG20062734 | Deposition (Johnson & Johnson; Johnson & Johnson Consumer Inc.; Johnson & Johnson International) |

# Exhibit B

**LITERATURE CONSIDERED, REPORTS REVIEWED AND OTHER RELIANCE MATERIALS.**

A Weinberg, R. (2023). The Biology of Cancer. W. W. Norton & Company.

Adami, Hans-Olov, et al., Ranitidine Use and Risk of Upper Gastrointestinal Cancers. *Cancer Epidemiology Biomarkers Preven*. 2021; 30(12) 2302-2308.

Ahn, Juhee, et al., The Medical Impact of Emergent Banning of N-nitrosodimethylamine (NDMA) Dontaminated Antihypertensive Drug: A Nationwide Longitudinal Cohort Study. https://www.medrxiv.org/content/10.1101/2023.11.01.23297897v1.

Ajayi F, Jan J, Singal AG, et al. "Racial and Sex Disparities in Hepatocellular Carcinoma in the USA." *Current Hepatology Reports.* 2020;19:462-469.

Al-Kindi, Sadeer, Oliveira, Guilherme, Abrupt Increase in Reporting of Neoplasms Associated with Valsartan After Medication Recall. *Circulation: Cardiovascular Quality and Outcomes*. 2019; 12(7): 1-2. (with supplementary materials)

American Cancer Society, "Liver Cancer Risk Factors," https://www.cancer.org/cancer/types/liver-cancer/causes-risks-prevention/risk-factors.html.

Andrade C. Understanding Relative Risk, Odds Ratio, and Related Terms. *The Journal of Clinical Psychiatry.* 2015;76(7):e857-861.

Braunstein, Lior Z., et al. "Ranitidine use, N-Nitrosodimethylamine (NDMA) production and variations in cancer diagnoses." medRxiv (2021).

Cardwell, Chris R., et al., Exposure to Ranitidine and Risk of Bladder Cancer: A Nested Case-Control Study. *Am. J. Gastroenterology*. 2021.

CDC, "Minimum Latency & Types or Categories of Cancer", https://www.cdc.gov/wtc/pdfs/policies/WTCHP-Minimum-Cancer-Latency-PP-01062015-508.pdf

Chang, Ellen, et al., Disparities in liver cancer incidence by nativity, acculturation, and socioeconomic status in California Hispanics and Asians. *Cancer Epidemiol Biomarkers Prev*. 2010 Dec;19(12):3106-18.

Elwood JM. "The diagnosis of causation." Chapter 8 in *Causal Relationships in Medicine: A Practical System for Critical Appraisal.* (New York, NY: Oxford University Press, 1988). 163-182.

Eworuke, Efe, et al., Exposure to Valsartan Products Containing Nitrosamine Impurities in the United States, Canada, and Denmark. *Pharmacoepidemiology and Drug Safety*. 2024; 33:1-8.

Freeman, ND, et al. Association of Meat and Fat Intake With Liver Disease and Hepatocellular Carcinoma in the NIH-AARP Cohort." *Journal of the National Cancer Institute.* 2010;102(17):1354-1365.

Fristachi A, Rice G. Estimation of the total daily oral intake of NDMA attributable to drinking water. J Water Health. 2007 Sep;5(3):341-55. doi: 10.2166/wh.2007.030. PMID: 17878549.

Gomm, Willy, et al., N-Nitrosodimethylamine- Contaminated Valsartan and the Risk of Cancer. *Medicine*. 2021; 118:357-62 ("Gomm 2021").

Hammond D, Reid JL, Driezen P, Cummings KM, Borland R, Fong GT, McNeill A. Smokers' use of nicotine replacement therapy for reasons other than stopping smoking: findings from the ITC Four Country Survey. Addiction. 2008 Oct;103(10):1696-703. doi: 10.1111/j.1360-0443.2008.02320.x. Erratum in: Addiction. 2008 Dec;103(12):2075. PMID: 18821877; PMCID: PMC4605436.

Hidajat, Mira, et al., Lifetime Exposure to Rubber Dusts, Fumes and N-nitrosamines and Cancer Mortality in a Cohort of British Rubber Workers with 49 Years Follow-up. *Occup. Environ. Med.* 2019; 76(4): 250-258.

Hill AB. The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine.* 1965;58(5):295-300 ("Hill 1965").

IARC, Carcinogenicity of Consumption of Red and Processed Meat (Oct. 26, 2015).

IARC. The rubber industry. IARC Monogr Eval Carcinog Risk Chem Hum. 1982

Iwagami M, et al., Risk of Cancer in Association with Ranitidine and Nizatidine vs Other H2 Blockers: Analysis of the Japan Medical Data Center Claims Database 2005-2018. *Drug Safety*. 2020; 44:361-371.

Jeon, Ha-Lim, et al., Cancer Risk Associated with the Use of Valsartan in Korea: A Nationwide Cohort Study. *Cancer Epidemiology*. 2022; 80:1-6.

Joshi S, Song YM, Kim TH, et al. "Socio-economic status and the risk of liver cancer mortality: A prospective study in Korean men." *Public Health.* 2008;122:1144-1151.

Juong, Kyung-In, et al., Association Between Ranitidine Use with Potential NDMA Impurities and Risk of Cancer in Korea. *Nature Scientific Reports*. 2022; 10:1-8.

Kantor, Elizabeth, et al., Ranitidine Use and Cancer Risk: Results from UK Biobank. *Gastroenterology J*. 2021; 160:1856-1859.

Kim, Yeseong D., et al., No Association Between Chronic Use of Ranitidine, Compared with Omeprazole or Famotidine, and Gastrointestinal Malignancies. *Alimentary Pharmacology & Therapeutics*. 2021; 54:606-615.

Kumar, Shria, et al., Ranitidine Use and Gastric Cancer Among Persons with Helicobacter Pylori. *Digestive Diseases and Scis*. 2022 May;67(5):1822-1830.

Larsson, et al., Processed Meat Consumption, Dietary Nitrosamines and Stomach Cancer Risk in a Cohort of Swedish Women. Int'l J. Cancer. 2006; 199(4): 915-19.

Lee, Hae-Young, et al., The Medical Impact of Emergent Banning of N-Nitrosodiumethylamine (NDMA)-Contaminated Antihypertensive Drug: A Nationwide Longitudinal Cohort Study. *J. of Hypertension*. 2024.

Mansouri, Imene, et al. N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. *J. of the Am. Heart Ass'n*. 2022; 11:1-13.

McDowell, R.D., et al., The Effect of Medications Associated with Drug-Induced Pancreatic Cancer Risk: A Nested Case-Control Study of Routine Scottish Data. *Cancer Epidemiology*. 2021.

McGwin, Gerald, The Association between Ranitidine Use and Gastrointestinal Cancers. *Cancers (Basel)*. 2020.

National Cancer Inst., NCI Dictionary of Cancer Terms, "hazard ratio," https://www.cancer.gov/publications/dictionaries/cancer-terms/def/hazard-ratio.

National Institute of Health, Disease Information, "Hepatoblastoma," https://rarediseases.info.nih.gov/diseases/2657/hepatoblastoma.

Pottegard, Anton, et al., Use of N-nitrosodimethylamine (NDMA) Contaminated Valsartan Products and Risk of Cancer: Danish Nationwide Cohort Study. *BMJ*. 2018; 362:1-7.

Prada-Ramallal G, Takkouche B, Figueiras A. Bias in pharmacoepidemiologic studies using secondary health care databases: a scoping review. BMC Med Res Methodol. 2019 Mar 11;19(1):53. doi: 10.1186/s12874-019-0695-y. PMID: 30871502; PMCID: PMC6419460.

Salas, M, Confounding by Indication: An Example of Variation in the Use of Epidemiologic Terminology. *Am. J. Epidem*. 1999; 149(11): 981-983.

Schwartz JM, and Carithers, RL. "Epidemiology and risk factors for hepatocellular carcinoma." *UpToDate*. Last updated 26 January 2024.

Tomasetti C, Li L, Vogelstein B. "Stem Cell Divisions, Somatic Mutations, Cancer Etiology, and Cancer Prevention." *Science*. 2017;355(6331):1330-1334.

Tomasetti C, Vogelstein B. "Variation in Cancer Risk Among Tissues Can Be Explained by the Number of Stem Cell Divisions." *Science*. 2015;347(6217):78-81.

U. S. Environmental Protection Agency (EPA). "Six-Year Review 3 Technical Support Document for Nitrosamines." Office of Water (4607M). EPA 810-R-16-009. December 2016.

U.S. Food and Drug Administration (FDA). "Control of Nitrosamine Impurities in Human Drugs: Guidance for Industry." *U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER).* September 2020.

U.S. Food and Drug Administration (FDA). "Control of Nitrosamine Impurities in Human Drugs: Guidance for Industry." *U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER).* February 2021. Revision 1.

U.S. Food and Drug Administration (FDA). "Control of Nitrosamine Impurities in Human Drugs: Guidance for Industry." *U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER).* September 2024. Revision 2.

U.S. Food and Drug Administration (FDA). "FDA updates table of interim limits for nitrosamine impurities in ARBs." *FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan).* Updated 28 February 2019. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan#6750e29811dd9

U.S. Food and Drug Administration (FDA). "Recommended Acceptable Intake Limits for Nitrosamine Drug Substance-Related Impurities (NDSRIs): Guidance for Industry." *U.S. Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER).* August 2023.

U.S. Food and Drug Administration (FDA). "UPDATE - FDA presents interim limits of nitrosamines, in currently marketed ARBs." *FDA Updates and Press Announcements on Angiotensin II Receptor Blocker (ARB) Recalls (Valsartan, Losartan, and Irbesartan).* Updated 19 December 2018. https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan#6750e29811dd9

Wang, Chun-Hsiang, et al., Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *Intl J. of Environ. Research and Public Health.* 2022; 19:1-16.

Wise L. Risks and benefits of (pharmaco)epidemiology. Ther Adv Drug Saf. 2011 Jun;2(3):95-102. doi: 10.1177/2042098611404920. PMID: 25083205; PMCID: PMC4110815.

World Health Organization, Health Topics, "Social determinants of health," https://www.who.int/health-topics/social-determinants-of-health#tab=tab_1

Yoon, Hong Jin, et al., Risk of Cancer Following the Use of N-nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea, *J. Clinical Med*. 2021.

You, Seng Chan, et al., Ranitidine Use and Incident Cancer in a Multinational Cohort. *Jama Network Open*. 2023; 6(9):1-14.

Zavala VA, Bracci PM, Carethers JM, et al. "Cancer health disparities in racial/ethnic minorities in the United States." *British Journal of Cancer*. 2021;124:315-332.

Zheng, J., et al., Dietary N-nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study, 74 *J. Hepatolog*y 2021; 74:3161.

Expert Report of Dr. William R. Sawyer, Ph.D., with Exhibits dated March 10, 2025

Expert Report of Dr. Fareeha Siddiqui, M.D. with Exhibits, dated March 10, 2025

Expert Report of Robyn Prueitt, Ph.D., DABT, with Exhibits dated April 6, 2025