# EXHIBIT B

Page 1

1          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
2                CAMDEN VICINAGE
                    -  -  -
3
4   IN RE: VALSARTAN, LOSARTAN,: Honorable Renée
    AND IRBESARTAN PRODUCTS    : Marie Bumb
5   LIABILITY LITIGATION       : District Court
                               : Judge
6   THIS DOCUMENT RELATES TO   :
    Gaston Roberts, et al. v.  : Case No.
7   Zhejiang Huahai            :
    Pharmaceutical Co., et al. : 1:20-cv-00946-
8                              : RMB-SAK
9
10                  -  -  -
11              MAY 8, 2025
12                  -  -  -
13
14          Remote Videotape Deposition,
15   taken via Zoom, of GREGORY DIETTE, Ph.D.,
16   commencing at 11:03 a.m., on the above
17   date, before Amanda Maslynsky-Miller,
18   Certified Realtime Reporter and Court
19   Reporter in and for the State of New
20   Jersey.
21
22                  -  -  -
23
24

Page 2

```
 1  APPEARANCES:
 2
 3      NIGH GOLDENBERG RASO & VAUGHN, PLLC
        BY: DANIEL NIGH, ESQUIRE
 4      BY: STEPHANIE IKEN, LAW CLERK
        1333 College Parkway
 5      #1049
        Gulf Breeze, Florida 32563
 6      (850) 600-8090
        dnigh@nighgoldenberg.com
 7      siken@nighgoldenberg.com
        Representing the Plaintiffs
 8
 9
10      KIRKLAND & ELLIS LLP
        BY: JESSICA DAVIDSON, P.C., ESQUIRE
11      601 Lexington Avenue
        New York, New York 10022
12      (212) 446-4800
        jessica.davidson@kirkland.com
13      Representing the Defendant
14
15
        GREENBERG TRAURIG LLP
16      BY: STEVEN M. HARKINS, ESQUIRE
        Terminus 200
17      3333 Piedmont Road NE
        Suite 2500
18      Atlanta, Georgia 30305
        (678) 553-2100
19      harkinss@gtlaw.com
        Representing the Defendants
20
21
22  ALSO PRESENT:
        Bill Geigert, Videographer
23
              - - -
24
```

Page 3

```
 1              - - -
 2          I N D E X
 3              - - -
 4
    Testimony of:  GREGORY DIETTE, Ph.D.
 5
 6  By Attorney Nigh              6
    By Attorney Davidson         154
 7
 8
 9              - - -
10          E X H I B I T S
11              - - -
12
    NO.      DESCRIPTION        PAGE
13
    No exhibits were marked.
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              - - -
 2      DEPOSITION SUPPORT INDEX
 3              - - -
 4
 5  Direction to Witness Not to Answer
 6  Page Line    Page Line    Page Line
 7  None
 8
 9
10  Request for Production of Documents
11  Page Line    Page Line    Page Line
12  None
13
14
15  Stipulations
16  Page Line    Page Line    Page Line
17  5    1
18
19
20  Question Marked
21  Page Line    Page Line    Page Line
22  None
23
24
```

Page 5

```
 1              - - -
 2      (It is hereby stipulated and
 3  agreed by and among counsel that
 4  sealing, filing and certification
 5  are waived; and that all
 6  objections, except as to the form
 7  of the question, will be reserved
 8  until the time of trial.)
 9              - - -
10      VIDEO TECHNICIAN:  Good
11  morning.  We are now on the
12  record.  My name is Bill Geigert.
13  I'm a videographer for Golkow, a
14  Veritext division.  Today's date
15  is May 8th, 2025.  The time is
16  11:03 a.m.
17      This remote video deposition
18  is being held in the matter of
19  Valsartan, Losartan and Irbesartan
20  Products Liability Litigation in
21  the United States District Court
22  for the District of New Jersey.
23  The deponent is Dr. Gregory
24  Diette.
```

2 (Pages 2 - 5)

Page 6

1        All parties to this
2    deposition are appearing remotely
3    and have agreed to the witness
4    being sworn in remotely.
5        Due to the nature of remote
6    reporting, please pause briefly
7    before speaking even to ensure all
8    parties are heard completely.
9        All counsel will be noted on
10   the stenographic record.  The
11   court reporter is Amanda Miller,
12   and she will now swear in the
13   witness.
14           - - -
15       GREGORY DIETTE, Ph.D., after
16   having been duly sworn, was
17   examined and testified as follows:
18           - - -
19       EXAMINATION
20           - - -
21   BY ATTORNEY NIGH:
22       Q.   Good morning, Doctor.  Can
23   you please state your name and spell your
24   last name, please?

Page 7

1        A.   Sure.  It's Gregory Diette,
2    D-I-E-T-T-E.
3        Q.   And, Doctor, you have --
4    you've been in many depositions, correct?
5        A.   I have.
6        Q.   Okay.  I'll just go through
7    a couple of the ground rules.
8            First off, it's not an
9    endurance test.  If you need a break at
10   any time, just let me know and we'll take
11   a break, okay?
12       A.   Sure thing.
13       Q.   And, second, if I ask a
14   question and you don't understand the
15   question, just ask me to repeat it or I
16   can rephrase it for you.
17           But if you answer the
18   question, I'm going to assume that you
19   understood the question.
20           Is that fair?
21       A.   It is fair.
22       Q.   Okay.  Doctor, when did you
23   first start your work in relation to this
24   case?

Page 8

1        ATTORNEY DAVIDSON: So,
2    sorry, Daniel.  I'm not going to
3    object a lot today.  I want to be
4    efficient.
5        When you lean back, your
6    voice becomes a little bit weak.
7    And so it's, like, hard to hear
8    you.
9        ATTORNEY NIGH:  Okay.
10       ATTORNEY DAVIDSON:  I don't
11   know why.  Something about your
12   microphone.  If you can just get,
13   like, a little bit closer to your
14   microphone.
15       And, hopefully, you won't
16   hear for me for a long time after
17   this.
18       ATTORNEY NIGH:  Okay.
19   BY ATTORNEY NIGH:
20       Q.   Doctor, when did you first
21   start your work in this case?
22       A.   It was last calendar year.
23   And I think it was approximately November
24   or so of last year.

Page 9

1        Q.   Okay.  And so November of
2    2024?
3        A.   That's right.
4        Q.   And approximately how many
5    hours have you worked on this case?
6        A.   I don't know if I'd have a
7    good estimate.  I can tell from -- like,
8    I don't know, do you have any, like,
9    invoices or anything?
10       Q.   Without looking at the
11   invoices, do you have any sort of
12   estimate?
13       A.   Not a good one.  No, I
14   think -- I mean, I think the invoices
15   would be, you know, reasonably accurate
16   at least for the -- you know, for the
17   months that there's an invoice.
18       Q.   Do you believe that you've
19   spent more than a total of 100 hours in
20   this case?
21       A.   I don't think it's as much
22   as that.
23       Q.   Do you think you've spent
24   somewhere between 50 to 100 hours?

3 (Pages 6 - 9)

Page 10

1    A.    It would be in that range,
2  yes.
3    Q.    And how much do you bill per
4  hour?
5    A.    It's $600 per hour.
6    Q.    Okay.  And, Doctor, I've
7  reviewed your report.  And other than the
8  case caption, I don't see Mr. Roberts'
9  name anywhere in the report.
10         Does that sound accurate?
11    A.    It does.
12    Q.    Did you review Mr. Roberts'
13  medical records?
14    A.    Not -- not in detail.  I
15  received some, and I just -- I mostly
16  just skimmed a couple of places, I think
17  mostly, actually, in some of the other
18  expert reports, just to get the
19  general -- you know, my -- a general
20  understanding of what the case was about.
21         But I did not scrutinize his
22  medical records.
23    Q.    Did you review any of his
24  prescription records?

Page 11

1    A.    I did not.
2    Q.    Did you review any of the
3  testimony of the treating doctors in this
4  case?
5    A.    No.
6    Q.    Did you review any of the
7  testimony of the prescribing doctors?
8    A.    Isn't that the same thing?
9    Q.    Treating, prescribing,
10  sometimes people call it the same thing.
11    A.    I see.
12         Well, either way.  So
13  neither one.
14    Q.    Okay.  And did you review
15  the transcript of his -- the deposition
16  transcript of his wife?
17    A.    No.
18    Q.    Okay.  Did you give any
19  opinions today that are specific to
20  Mr. Roberts?
21    A.    Not yet.
22    Q.    Okay.  Suffice it to say
23  your opinions are related to general
24  causation, correct?

Page 12

1    A.    Oh, I think -- I'm sorry,
2  I -- I just listened to the tense.  I
3  mean, you said did I, and I don't think
4  I've given any opinions yet.
5         So I just -- that's all.
6  I'm just trying to be literal.
7         I'd say there's one opinion
8  that might be specifically about him.
9  But otherwise, I would say they're all
10  general.
11    Q.    And what is the one opinion
12  specific to him?
13    A.    From looking at the
14  materials, I saw that, you know,
15  different experts estimated his latency
16  from the time of use of the
17  NDMA-contaminated valsartan to be about
18  1.86 years.  And it seemed to me that the
19  latency was shorter than anything I could
20  find, you know, in the scientific
21  literature.
22    Q.    So other than latency, did
23  you give any other opinions that are
24  specific to Mr. Roberts' case?

Page 13

1    A.    I don't plan to.
2    Q.    Doctor, in evaluating
3  epidemiological studies regarding toxic
4  substances, it's important that you
5  understand the characteristics of that
6  toxic substance, correct?
7    A.    To a certain extent, yes.
8    Q.    What research did you
9  undertake to try to understand NDMA?
10    A.    Well, I looked at a variety
11  of sources.  I mean, I'm somewhat
12  familiar with nitrosamines just from, you
13  know, having done some other work.
14         But for NDMA in particular,
15  it wasn't just one source.  And I don't
16  know if I remember them all.
17         But it certainly included,
18  like, IARC monographs, you know, which
19  usually do a nice job of describing what
20  the -- the substance is.  In, you know,
21  each of the epidemiological studies
22  there's usually a little bit of
23  information about what NDMA is as well.
24  I think there's an ATSDR document that

4 (Pages 10 - 13)

Page 14

1 provides information about that as well.
2        I don't know if I'll think
3 on the spot of every single source. But,
4 you know, there's an oncology textbook
5 that I like and refer to. The Weinberg
6 textbook. And they describe it, as well,
7 in relationship to, you know, information
8 about potential carcinogens and so forth.
9        There may be other sources
10 as well.
11    Q.   Did you review the general
12 causation reports submitted in the
13 valsartan case?
14    A.   I guess can you be specific?
15 Because I don't know how many there were.
16    Q.   Other than -- other than
17 Dr. Siddiqui's report, Dr. Zauer's report
18 and Dr. Bruce's report did you review any
19 other expert reports in this case?
20    A.   So expert reports from
21 Dr. Mamood, I think. And I think -- that
22 seemed like it was more specific
23 causation, perhaps, but I think maybe
24 some general causation.

Page 15

1        And then the one other
2 doctor. I don't know if I referred to it
3 in my report. There's another -- another
4 defense expert, the guy at Penn who is a
5 biologist.
6    Q.   Did you review the report of
7 Dr. Panigraphy?
8    A.   Can you say the name again?
9 I'm sorry.
10    Q.   Panigraphy.
11    A.   I may have seen it back
12 months ago, but I don't recall that.
13    Q.   Did you review the report of
14 Dr. Etmanon?
15    A.   Again, I couldn't quite hear
16 the name.
17    Q.   Etmanon?
18    A.   It doesn't sound familiar.
19    Q.   Did you review the report of
20 Dr. Gibbs?
21    A.   If I did, I don't recall.
22    Q.   Doctor, NDMA is a complete
23 carcinogen, correct?
24    A.   I don't know if that's true

Page 16

1 or not, particularly in the context of
2 humans.
3    Q.   What is a complete
4 carcinogen?
5    A.   You may get a different
6 answer from somebody whose, you know,
7 field is cancer biology.
8        But, to me, it's a
9 carcinogen that can either promote,
10 promote -- well, it can do both, it can
11 initiate and then also promote the
12 cancer.
13    Q.   Have you reviewed materials
14 that suggest that NDMA can promote
15 cancers?
16    A.   In humans. I mean, I looked
17 at the ATSDR statement. And, you know,
18 they looked at whether it was a genotoxic
19 agent, for example, and pointed out that
20 with the exception of one case report,
21 that there's not human studies.
22        So, you know, I don't -- I
23 don't know that -- otherwise that it is.
24    Q.   Animal studies have shown

Page 17

1 that NDMA can act as a promoter in
2 animals, correct?
3    A.   That's my understanding.
4 And that's without doing a deep dive into
5 the -- you know, each and every animal
6 study, but looking at other entities that
7 summarize that, such as ATSDR.
8    Q.   Do you have any reason to
9 believe that the -- that if NDMA can act
10 as a promoter in animals that it can't
11 act as a promoter in humans?
12    A.   I -- I can't say one way or
13 the other whether that would be true.
14    Q.   What does it mean for a
15 carcinogen to act as a promoter?
16    A.   Something that essentially
17 can encourage the growth of an existing
18 tumor.
19    Q.   Doctor, have you reviewed
20 key characteristics of carcinogens?
21    A.   Ever in my life? I'm sure.
22    Q.   Do you know what the ten key
23 characteristics of carcinogens are? Does
24 that sound familiar to you?

5 (Pages 14 - 17)

Page 18

1    A.   I know there's a list that
2 IARC uses, and I don't know if it's the
3 same one.  If it is the same list, then
4 I've seen them at one time.  But I can't
5 recite them.
6    Q.   Have you evaluated or
7 considered any materials that look at the
8 key characteristics of NDMA?
9    A.   I have not.
10    Q.   Doctor, in toxicology have
11 you heard of the adage that dose makes
12 the poison?
13    A.   Of course.
14    Q.   And what does that mean?
15    A.   Well, that -- it means a
16 couple of things.  I think, you know,
17 sometimes people use that to refer to
18 something more along the lines of dose
19 response.
20        But I think the more general
21 meaning is that, you know, virtually any
22 substance can be toxic at a sufficient
23 dose, at some high dose.
24        And so it refers to the fact

Page 19

1 that -- you know, that a substance that
2 can cause, you know, harm, for example,
3 at a high dose doesn't necessarily cause
4 it at a low dose.
5    Q.   Doctor, do you know the
6 amount of NDMA that was in valsartan
7 pills?
8    A.   No.  I read different
9 information about it from different
10 expert reports.  But I don't have an
11 opinion about what it is.
12    Q.   Can you describe the amount
13 of NDMA that was in Mr. Roberts' pills?
14    A.   No.  I mean, I could
15 certainly, you know, reread the portions
16 of different expert reports that
17 articulated that.
18        But I haven't tried to
19 commit that to memory.
20    Q.   Can you describe the amount
21 of NDMA that are in valsartan pills in
22 general?
23    A.   I think that's what I was
24 answering in the question before.

Page 20

1        But, again, I could -- I
2 could read it again.  It's in some of the
3 documents I've looked at.  But I have not
4 made any effort to commit it to memory.
5    Q.   Have you looked at the
6 amount of NDMA that's in ranitidine?
7    A.   No, same -- same issue.
8 I've seen, you know, writings about it.
9 But I've not tried to commit it to
10 memory.
11    Q.   Do you know the amount of
12 NDMA that's in nizatidine?
13    A.   I have no idea.
14    Q.   Have you looked to compare
15 the amount of NDMA that's in nizatidine
16 versus the amount of NDMA that's in
17 ranitidine?
18    A.   No.  I can't imagine what
19 purpose it would serve me.  But I
20 certainly haven't done it.
21    Q.   Have you looked to compare
22 the amount of NDMA that's in nizatidine
23 compared to the amount of NDMA that's in
24 valsartan?

Page 21

1    A.   I haven't tried to compare
2 the amount of NDMA in any two different,
3 you know, pills or products.
4    Q.   My next question is, have
5 you attempted to compare the amount of
6 NDMA that's in ranitidine versus the
7 amount of NDMA that's in valsartan?
8    A.   No.  I mean, same answer.
9 I mean, I haven't -- haven't made any
10 effort to try to compare, you know,
11 different types of pills.
12    Q.   Doctor, have you -- you
13 mentioned in your report an unpublished
14 study.
15        Do you recall that?
16    A.   The Lee study?
17    Q.   Yes.
18    A.   Yes, I do.
19    Q.   And did you only review the
20 abstract for that study?
21    A.   No, there's a -- there's a
22 preprint that's available online.  So
23 there's both, like, an abstract and,
24 like, a -- you know, it sort of has the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com

Page 22

1 format of a full-fledged manuscript and
2 so forth.
3        But it's a -- it's, like, a
4 preprint, I think they call it, that has
5 not gone through peer review.
6    Q.    Did you notice any
7 differences between the preprint and the
8 abstract?
9    A.    Well, the abstract I saw was
10 tiny.  I mean, there's, like, so much
11 more information in the -- in the, you
12 know, manuscript version of it.
13    Q.    Did you notice any
14 differences in the preprint manuscript
15 that conflicted with the information
16 provided in the abstract?
17    A.    I don't recall that.
18    Q.    Did you -- did you look to
19 compare those two sources to see if they
20 had conflicting information?
21    A.    Well, no, I didn't hold them
22 side by side.  I read them each and just
23 tried to glean what information each one
24 had.

Page 23

1    Q.    When you gave your opinions,
2 did you rely on the abstract or did you
3 rely on the preprint?
4    A.    So I think the preprint has,
5 like, a -- sort of a more fulsome
6 description of what the methods are and
7 certainly, you know, have more results
8 and they have a -- you know, a discussion
9 section that's longer.
10        It's -- you know, I don't
11 put a lot of stock in either because
12 they're not peer reviewed.  You know,
13 they're just something that exists in the
14 world.
15        So I didn't really compare
16 the weight of one or the other.  But the
17 one that has more information certainly
18 has more information.
19    Q.    And when you say you don't
20 put a lot of "stock in either," what do
21 you mean by that?
22    A.    Oh, because -- because these
23 aren't part of the peer-review
24 literature, right.  So to me -- to me,

Page 24

1 really, the meat of what I would have
2 available to me for understanding the
3 epidemiologic evidence on a topic, you
4 know, would come through the peer-review
5 publication, you know, pipeline.
6        And so far these have not
7 gone through that.
8    Q.    Have you looked to -- or,
9 sorry.  Strike that.
10        Do you know whether or not
11 the Lee paper was submitted in peer
12 review?
13    A.    There's no information about
14 that.
15    Q.    Okay.
16    A.    At least not available to
17 me.
18        But -- I'm sorry, I'm
19 just -- I'm just trying to say, yeah,
20 so I don't -- I don't have any idea,
21 like, whether it's been submitted.
22    Q.    Doctor, did you look or rely
23 upon any abstracts for the ranitidine
24 studies that you looked at?

Page 25

1    A.    And I guess by
2 "abstracts" -- I just -- I just want to
3 make it clear, it's not a big deal, but
4 almost all the peer-review papers have a
5 section called the abstract, right.  So
6 the abstract is kind of baked into a lot
7 of those.
8        I don't -- I don't recall
9 that there were any that were just simply
10 conference proceedings in that sort of
11 abstract.
12    Q.    Did you rely on any
13 unpublished studies in regards to
14 ranitidine?
15    A.    I don't believe so.
16    Q.    Do you know if there were
17 any?
18    A.    I'm not aware.
19    Q.    Did you search for those?
20    A.    Well, I searched for
21 ranitidine studies, and nothing else
22 popped up other than what I -- you know,
23 then what I've provided, you know, in my
24 report.

7 (Pages 22 - 25)

Page 26

1    Q.    Doctor, did you evaluate
2 potential bias of any of the studies that
3 you cited?
4    A.    Of course.
5    Q.    And which studies that you
6 cited to had potential conflicts of
7 interest?
8    A.    Oh, that kind of bias?
9    Q.    Yes.
10    A.    Because bias is an
11 epidemiologic term, right.  So when I
12 answered your question yes, I was talking
13 about biases meaning, like, selection
14 bias, issues with confounding, you know,
15 other -- other sorts of bias.
16        In terms of conflicts of
17 interest, I read that in every paper.
18 But I didn't -- I didn't store, like, a
19 memory of, you know, which ones did or
20 didn't report a conflict of interest.
21    Q.    Do you know if any of the
22 studies that you cited to reported
23 conflicts of interest?
24    A.    I'd have to look at each and

Page 27

1 every one.  I just don't recall.
2    Q.    Do you recall whether or not
3 any of the studies were -- that you cited
4 to were published by manufacturers of --
5 sorry.  Strike that.
6        Doctor, when you look at
7 studies, why is it important to evaluate
8 the amount of follow-up that's included
9 in studies where -- when they're looking
10 at cancer?
11    A.    So the "amount of follow-up"
12 is a little bit vague.  But I'll just
13 tell you how I would -- I would tackle
14 that and you can please just tell me if
15 that's not what you were after.
16        Because the amount can mean
17 the length of time, for example.  It can
18 also mean the proportion of people that
19 entered the study that also provided data
20 at follow-up time periods.
21        And so, you know, each of
22 those is an important concept, right.  If
23 you start a study and, you know,
24 90 percent of the people aren't available

Page 28

1 for you to know what happened to them,
2 you know, that's an issue.
3        The length of time, which
4 for cancer studies, assuming that there's
5 an exposure of interest and the outcome
6 is cancer, then it would get into the
7 issues of latency.  And that would be
8 important as well.
9    Q.    In terms of cancer and the
10 length of time, why would it be important
11 to evaluate the amount of follow-up
12 included in the study?
13    A.    So for the length of time,
14 you know, if it's known or suspected what
15 the latency is between the timing of an
16 exposure and the outcome, meaning, like,
17 the incidence or the diagnosis of cancer,
18 it would be important to have a
19 sufficient amount of time go by in order
20 to find that -- that relationship.
21    Q.    In order to know the true
22 effect or the true point estimate that a
23 carcinogen would have on cancer, is it
24 true that it would be important to have

Page 29

1 follow-up for decades?
2    A.    Well, it could include
3 decades.  It wouldn't automatically have
4 to include, you know, decades for every
5 single sort of cancer.
6        You know, for example, you
7 know, some of the cancers, like leukemia,
8 on average have much shorter latencies.
9        And so, obviously, you could
10 learn more information from a study that
11 had decades of follow-up, but it wouldn't
12 be necessary, you know, in order to learn
13 some information.
14    Q.    Other than blood cancers,
15 would it be important to have decades of
16 follow-up in order to assess the true
17 point estimates for cancer-related
18 carcinogens?
19    A.    I think so.  I mean, it's --
20 you know, so part of it is -- just one of
21 the issues is, I think, for many cancers
22 it's not known what the latency is.
23        And latency is also very
24 specific, right.  So the latency between

Page 30

1 one exposure may not be the same latency
2 between a different exposure and that
3 same cancer.
4         So, you know, if there's
5 knowledge about what that latency is in
6 any of those conditions, you would at
7 least want there to be enough time to go
8 by for that -- for that latency to be
9 reflected.
10        You know, decades would be
11 better. I mean, decades is always
12 better, right, in terms of just being
13 able to have more information.
14     Q.   Doctor, in terms of latency,
15 the latency in a general population is a
16 different -- different analysis than the
17 latency than any individual person can
18 have in terms of getting cancer, correct?
19        ATTORNEY DAVIDSON: I'm
20     sorry. I'm going to object,
21     because I didn't understand the
22     question. Can you restate?
23        THE WITNESS: I was going to
24     say, I didn't quite understand

Page 31

1     either. I apologize.
2 BY ATTORNEY NIGH:
3     Q.   Doctor, in understanding the
4 latency in a population, that is a
5 different analysis than the latency that
6 an individual can have, correct?
7        ATTORNEY DAVIDSON: Still
8     going to object to the question as
9     vague.
10        THE WITNESS: Yeah, I'll
11     take a crack at it. I mean, I
12     guess, I mean, a population study
13     if it's designed properly could
14     give you information on what the
15     average or range of latencies is
16     that can occur in human beings,
17     you know, between the exposure and
18     the development or the recognition
19     of that cancer.
20        For an individual, you could
21     calculate it. But if you wanted
22     to understand it, it would make
23     sense to relate that to what the
24     population-based evidence is for

Page 32

1     latency.
2 BY ATTORNEY NIGH:
3     Q.   And in a population of
4 people, there can be a median time for
5 latency, correct?
6     A.   Exactly.
7     Q.   And then there can be a one
8 standard deviation out from that median,
9 correct?
10     A.   True.
11     Q.   There can be two standard
12 deviations out from that median, correct?
13     A.   Well, there can be any
14 distribution around that median. But,
15 yeah.
16        But it includes, you know,
17 math that you could do along that --
18 along those lines, too.
19     Q.   So when you're discussing
20 latency and cancer, there could be a
21 whole distribution in terms of how long
22 it takes for people to get cancer,
23 correct?
24     A.   Of course.

Page 33

1     Q.   And some people can get
2 cancer much quicker than the median and
3 some people can get it much longer than
4 the median, correct?
5     A.   I don't know. I mean, I
6 would have to consider cancer by cancer
7 and what the evidence is.
8        But certainly there can be a
9 range that includes shorter periods and
10 longer periods.
11     Q.   For liver cancer, have you
12 considered what the first standard
13 deviation would be for latency --
14     A.   I haven't --
15     Q.   -- in a population?
16     A.   So I haven't tried to do it
17 for a standard deviation. I've tried to
18 look and see, you know, what's been
19 published, which is not much on latency.
20        First of all, I don't find
21 anything on latency between
22 NDMA-contaminated valsartan and liver
23 cancer. So that I can't answer.
24        You know, there's -- there's

9 (Pages 30 - 33)

Page 34

1  information about vinyl chloride that
2  looks like it's about 12 years would be
3  the typical distribution.
4         And then, if you'll see, I
5  cited a -- an article, or at least a
6  statement from the CDC, you know, where
7  they were trying to decide who could be
8  compensated for illnesses that could have
9  resulted from participating in the 9/11,
10 you know, cleanup and so forth.  And, you
11 know, they -- they cited that 12 year.
12        They also cited an article
13 where someone had tried to create a
14 distribution of, like, basically, the
15 ranges of cancers that are solid cancers.
16        And in particular, they came
17 up with an estimate -- I think it was,
18 like, about -- it was, like, 10.68 or
19 something, it was -- approximately, like,
20 11 years in general from that.
21        And then I think overall
22 they said that they cited to -- I think
23 it was about, like, 6.8 to, like, 65 or
24 some really long number for solid cancers

Page 35

1  more generally, you know, that wouldn't
2  be specific to liver cancer.
3         So that was the kind of
4  information I was able to find.
5      Q.   For vinyl chloride, were you
6  able to find what the one standard
7  deviation would be in latency?
8      A.   You know, I don't know if
9  that's in the -- in the document.  But I
10 certainly didn't memorize it if it is.
11     Q.   Did you look to see, for
12 vinyl chloride, what two standard
13 deviations was for latency in liver
14 cancer?
15     A.   I can't tell you anything
16 about the distribution in terms of these
17 questions in terms of standard
18 deviations.
19        And, you know, to be frank,
20 I don't even know if it's a bell-shaped
21 curve, which would somehow fit into the
22 standard deviation idea that we're
23 discussing.
24     Q.   Did you -- do you have any

Page 36

1  idea what the distribution curve looks
2  like for liver cancer in terms of
3  latency?
4      A.   No, I don't.  I looked to
5  see what the -- what the reported latency
6  was.  And so, you know, what they
7  reported was 12 years by citing the
8  article in that World Trade Center
9  document.  And then for a different
10 author, they cited the nearly 11 --
11 11 year.
12     Q.   And that 12 years and the
13 11 years, that's the average time in
14 terms of latency for liver cancer,
15 correct?
16     A.   For liver.
17        But they gave a range.  So
18 not -- not a distribution around one
19 median, but they gave a range of
20 latencies for solid cancers in general.
21 And I'd have to look back to get the
22 exact number, but it was something like
23 6.8 all the way up to, like, 50 or 60
24 years.

Page 37

1         So that was --
2      Q.   Do you recall -- sorry, go
3  ahead.  I didn't realize you weren't
4  done.
5      A.   No.  That's okay.
6         So that was the range of
7  latencies that they were reporting.
8      Q.   And that range of latencies,
9  do you recall the percentiles that they
10 were reporting?
11     A.   I don't know what that
12 means.
13     Q.   Well, the top -- was it the
14 25 percent, 75 percentile, in that range
15 that they reported?
16     A.   I don't think that's the way
17 that they reported it.
18        I think -- I think they
19 were -- well, what they were after,
20 right, was the range of plausible
21 latencies.  You know, they weren't --
22 this wasn't an exercise in plotting
23 distributions, right.
24        The idea was, who's going to

10 (Pages 34 - 37)

Page 38

1 get compensated for a tumor, right. And
2 so they -- they used the information they
3 could find for the few tumors where it
4 was available to see what the range of
5 plausible -- what the range of plausible
6 latencies was.
7         And then they chose four for
8 solid tumors. And I think, although they
9 didn't articulate it, it seemed to be
10 that was an effort to try to, you know,
11 if anything, err on the low side so that
12 people would get compensated from the
13 World Trade Center fund.
14    Q.   Right. And that range of
15 plausible plausibility, do you know what
16 that range covered? Do you think that it
17 covered the entire distribution of
18 latency that they looked at?
19    A.   I think it likely would,
20 from the way that they wrote that
21 statement.
22    Q.   Okay. So you don't believe
23 that that range of distribution that they
24 were looking at was looking at a

Page 39

1 percentile or only a portion of cancers
2 in the center of the distribution?
3    A.   I'm not aware that that
4 happened. And it wouldn't make sense,
5 you know, given the exercise that they
6 were -- that they were performing.
7         Because they were trying to
8 make sure, you know, that they didn't
9 fail to compensate people who had a
10 plausible latency. Really, that's what
11 the exercise is about.
12    Q.   Did you compare the
13 differences in the key characteristics of
14 NDMA versus the key characteristics of
15 the carcinogens that were involved in the
16 World Trade Center?
17    A.   I don't -- I don't know how
18 to do that. I mean, how do you compare
19 them?
20    Q.   Did you compare the key
21 characteristics between NDMA with animal
22 studies and the key characteristics of
23 the carcinogens in animal studies for the
24 World Trade Center?

Page 40

1    A.   I wouldn't -- I wouldn't
2 know where to begin to do what you're
3 asking.
4    Q.   Did you compare the
5 aggressiveness of NDMA, in terms of
6 initiating and promoting tumors, versus
7 the aggressiveness of the carcinogens
8 that were involved in the World Trade
9 Center?
10    A.   Everything we're talking
11 about is about human beings. And I'm not
12 aware of studies that document something
13 that's so-called aggressiveness for NDMA
14 and liver cancer.
15    Q.   Did you compare the
16 aggressiveness of NDMA in initiating and
17 promoting tumors in animal studies versus
18 the aggressiveness of the carcinogens
19 that were involved in the World Trade
20 Center in animal studies?
21    A.   So I don't know if
22 aggressiveness is a technical term.
23         But in any case, I mean, if
24 we're talking about looking at

Page 41

1 characteristics of animal studies, I
2 think that belongs to a different type of
3 scientist than myself.
4    Q.   Okay. Did you review any of
5 the reports that looked at those
6 comparisons in this case?
7    A.   In which comparisons?
8    Q.   The comparisons between NDMA
9 and the carcinogens that were involved in
10 the World Trade Center?
11    A.   I don't recall seeing
12 anything along those lines.
13    Q.   Do you have any expert
14 reports or opinions that you can rely on
15 for that sort of exercise?
16    A.   I don't think so. I mean,
17 if you pointed me to one and it's
18 something that I've read, I'd be happy to
19 reread it. But I don't -- I don't recall
20 seeing that.
21    Q.   Doctor, the time or latency
22 can be different in humans depending on
23 the type of carcinogen, correct?
24    A.   Yes, of course.

11 (Pages 38 - 41)

Page 42

1    Q.   Did you do anything to
2 understand or look to see how the time
3 may be different, in terms of latency,
4 for NDMA versus other carcinogens?
5    A.   There's nothing to look at.
6 There are no studies of NDMA that show
7 what the latency is with liver cancer.
8 So there's literally nothing to examine.
9    Q.   Did you look at animal
10 studies in any way for that information?
11   A.   No.  And that's a different
12 field.  That's not -- I mean, you have
13 not asked me yet what kinds of
14 backgrounds I have and don't have.
15       But I think if you asked me
16 if I'm a toxicologist, which maybe you'll
17 get to, I'll tell you I'm not a
18 toxicologist.  I don't do animal
19 research.
20       So there's a couple of -- a
21 couple of things that point to a
22 different type of expert that may have
23 the capacity to do that.  I'm not sure if
24 they do.  But that's not my capacity.

Page 43

1    Q.   So in terms of evaluating
2 NDMA versus the other carcinogens that
3 you looked at in terms of latency, you
4 wouldn't have any information to evaluate
5 those differences, correct?
6    A.   There's nothing to look at
7 because there's no information about
8 latency in humans and NDMA.  So there's
9 literally nothing to compare it with.
10   Q.   You wouldn't be able to do
11 that comparison in terms of looking at
12 animal studies, correct?
13   A.   I just -- I think I just
14 explained that that's not my capacity.
15       And it's -- and -- you know,
16 and, to be frank, you know, if we're
17 talking about rats, you know, rats aren't
18 humans.  And so I don't know what that
19 would teach me.  Rats don't live 70
20 years.  They live two years, right.
21       So timing issues in rats,
22 you know, wouldn't really tell me in
23 particular much about what the human
24 experience is.

Page 44

1    Q.   Do you have any idea in
2 which animals they've measured latency
3 for NDMA?
4    A.   No.  I've read a little bit
5 of information that mostly comes from
6 other treatises.  But I haven't made any
7 study of that.
8    Q.   Doctor, you previously
9 explained loss of follow-up.
10       What does that mean?
11   A.   In a cohort study, that
12 people who are enrolled at a particular
13 point in time -- and we're talking about
14 cohorts here, for the most part.
15       In a cohort study, it would
16 be people that either can't be located
17 or, for whatever reason, didn't
18 participate in the follow-up in the
19 study.
20   Q.   In terms of loss of
21 follow-up, what are some of the
22 shortcomings when utilizing insurance
23 claims databases for epidemiological
24 studies?

Page 45

1    A.   In terms of loss of
2 follow-up or was that more general about
3 the shortcomings?
4    Q.   In terms of loss of
5 follow-up.
6    A.   Well, I think they would be
7 generic, I mean, in the sense if there
8 were people that you couldn't ascertain
9 what their outcome was, you wouldn't have
10 information about them, at least up until
11 the point when they were lost to
12 follow-up.
13       You know, you would
14 certainly have information -- because
15 there's a stream of time going by, right,
16 from the initial moment that you create
17 the cohort concept, and then people can
18 contribute data for many years and then
19 maybe not contribute at the end of the
20 study.
21       So you -- you just wouldn't
22 have information, you know, one way or
23 the other, about their outcome.
24   Q.   Doctor, in the United

12 (Pages 42 - 45)

Page 46

1  States, insurance that people have is
2  oftentimes tied to their jobs, correct?
3      A.   So there's -- employer-based
4  insurance is one -- one format.
5      Q.   And if -- in the U.S., if
6  people switch jobs, they may switch
7  insurances as well, correct?
8      A.   That's my understanding.
9      Q.   One of the shortcomings in
10  utilizing claims -- insurance databases
11  in the United States, may be that when
12  people switch jobs, they would switch
13  insurances and then you would have loss
14  of follow-up in the studies, correct?
15      A.   If that happens and there's
16  no other way to sort of, like, you know,
17  sort of bolt-on information from a
18  separate insurance database, because
19  because it might be feasible.
20          But in general I agree.
21  Like, for whatever reason, whether it's
22  switching jobs or, you know, that there's
23  a different insurance company involved,
24  if the data only resides with that

Page 47

1  particular source, then, sure, it's a
2  shortcoming if you can't keep following
3  people.
4      Q.   And that also happens in
5  other -- other -- not just the United
6  States, but other countries as well,
7  correct?
8      A.   So I would only be guessing
9  about that.  I mean, I don't -- I'm not
10  an, you know, expert in insurance
11  policies and so forth in other countries.
12      Q.   Do you know if that happens
13  in Germany?
14      A.   I have no idea.  I think --
15  I mean, I don't -- I don't know for sure
16  which -- you know, which countries have,
17  for example, you know, uniform government
18  insurance, which doesn't vary, you know,
19  versus having private insurance.
20          So if it became important, I
21  might be able to figure that out.  But I
22  certainly don't hold, you know, myself as
23  an expert in insurance policies by
24  country.

Page 48

1      Q.   When you evaluated the
2  studies that you looked at, did you
3  evaluate that concept?
4      A.   Whether they changed
5  insurance companies?
6      Q.   Right.  Per country, the --
7  how often they change -- they change
8  insurances and, therefore, you would have
9  loss of follow-up due to that issue?
10      A.   I didn't track in particular
11  if that was the reason.
12          But just that I think in
13  these studies, which were relatively
14  short-term studies, I don't think the
15  authors of the studies, for the most
16  part, articulated that there was -- that
17  that was a problem.
18          So I --
19      Q.   Do you know --
20      A.   I'm sorry.
21          I just didn't see that
22  reported as a problem by the authors of
23  the studies.
24      Q.   Do you know which countries

Page 49

1  are known for having the least -- the
2  least loss of follow-up due to change of
3  insurances?
4      A.   No.
5      Q.   When evaluating cancer,
6  that's an important issue to look at, in
7  terms of loss of follow-up due to
8  insurance, correct?
9      A.   Any -- any outcome would be.
10      Q.   But outcomes that have
11  longer latency, that would be an
12  important issue to look at, correct?
13      A.   I'm not sure what that
14  means.  I'm sorry.
15      Q.   The longer the latency, the
16  more there is an issue -- the longer the
17  latency of the outcome that you're
18  evaluating, the more there's an issue in
19  terms of loss of follow-up due to an
20  insurance switch?
21      A.   Yeah.  Sure.  It could be.
22  I understand now.  Thank you.
23          So, yeah, if you have an
24  exposure and an outcome that you're

13 (Pages 46 - 49)

Page 50

1 tracking and there needs to be sufficient
2 latency, and if loss to follow-up occurs,
3 you know, within that latency time --
4 within the latency that you believe that
5 you need in order to make the study have
6 the information, then, sure, it would
7 have an impact.
8     Q.   And that sort of loss of
9 follow-up due to switching of insurances,
10 that would normally leave to Type II
11 bias, correct?
12    A.   If -- well, type -- it's not
13 a bias. I mean, Type II refers to an
14 error, right. It's not a bias.
15         And there's an error that
16 can occur because you failed to
17 demonstrate the -- the risk that might be
18 there. But it's not a bias as much as it
19 is an error.
20    Q.   Loss of follow-up due to
21 switching jobs and, therefore, switching
22 insurances, that would lead toward bias
23 toward the null, correct, more often than
24 not?

Page 51

1     A.   You know, in theory, it
2 could. But the truth of it is you
3 wouldn't know. You know, it could work
4 either way.
5     Q.   Have you looked at studies
6 that evaluated whether or not loss of
7 follow-up due to insurance issues more
8 likely leads to bias toward the null
9 versus false positive biases?
10    A.   I don't -- I don't recall
11 ever seeing a study that made that
12 their -- you know, their topic.
13         But I may have seen
14 something, you know, years ago.
15    Q.   Have you reviewed any
16 position papers that discuss that issue?
17    A.   Not in recent times. I
18 don't know if I have in the past. But,
19 you know, definitely not recently.
20    Q.   Do you have any reason to
21 believe that loss of follow-up due to
22 insurance switching would not more often
23 lead to bias toward the null versus false
24 positive bias?

Page 52

1     A.   Well, so false positives
2 aren't a bias, right, they're an error,
3 right. So you wouldn't expect to get a
4 false positive from loss to follow-up,
5 right. That wouldn't be the reason.
6         The positive signal you got
7 would occur prior to the person leaving
8 the cohort. So if it's a false positive,
9 that's a completely different issue and,
10 I don't think, has anything to do with
11 switching, you know, per se.
12         Unless, you know, you're
13 switching in and out of one group that
14 has, you know, better and worse quality
15 data. But otherwise, I don't -- I don't
16 think that's -- that's not something you
17 really compare.
18    Q.   Non-differential
19 misclassification generally leads toward
20 bias toward the null, correct?
21    A.   That's the general belief,
22 yes. But it's not a guarantee. It's a
23 supposition.
24    Q.   And one type of

Page 53

1 non-differential misclassification could
2 be loss of follow-up due to switching
3 insurances; is that correct?
4     A.   Well, I don't know. Only in
5 the sense that it could be. You know,
6 but the -- but, you know, when you're
7 talking about, you know, things that bias
8 towards the null and that have
9 non-differential, then it makes an
10 assumption that the reason for switching
11 is not informative, right. And so you
12 would need that information, too.
13         If there's an informative
14 reason for switching, then that might
15 work the other way.
16    Q.   Loss of insurance due to
17 switching jobs generally leads to
18 non-differential misclassification that
19 leads towards bias toward the null,
20 correct?
21    A.   No. And I -- if some of
22 these questions are meant to be
23 different, I'm not sure I'm hearing the
24 exact difference in them.

14 (Pages 50 - 53)

Page 54

1    I think I've kind of covered
2 it in terms of the best answers I can
3 give to these topics so far.
4    But if I'm missing what's
5 different about that last question, I'm
6 happy to take another crack at it.
7    Q.   The difference between the
8 last question versus the question I asked
9 before is the reason for switching
10 insurances.
11    So people are switching
12 jobs, that would tend to lead to
13 non-differential misclassification that
14 would lead toward bias --
15    A.   No, I wouldn't agree with
16 that. I mean, you need to know more. I
17 mean, why are they switching jobs? You
18 know, there might be a lot of information
19 on why they're switching jobs.
20    Maybe they're sick. Maybe
21 they're sick and they can't keep working
22 in the same job. Maybe they were fired
23 because they come to work drunk, you
24 know, and they get moved another place.

Page 55

1    So when you switch jobs,
2 it's not a random event, usually, right.
3 There's a reason for it. And so that
4 information could have a big impact on,
5 you know, what happens to the study.
6    Q.   You just talked about a lot
7 of maybes and this could happen.
8    But I was asking -- my
9 question was generally, as you look at
10 the range of ways that people switch jobs
11 in a whole, in a population, doesn't that
12 generally lead to non-differential
13 misclassification that leads towards bias
14 towards the null?
15    A.   Yeah, I can't endorse that.
16 I don't -- I don't think I have enough
17 information to endorse that.
18    Q.   Have you reviewed any
19 studies that -- that look at this issue
20 as to whether or not switching jobs and,
21 therefore, switching insurances would
22 tend to lead toward bias toward the null?
23    A.   No. I think you asked that
24 also. And I still don't -- I mean, I

Page 56

1 haven't -- I haven't done that. I mean,
2 I'm not aware.
3    I may have seen something
4 years ago. But I'm not aware of anything
5 recently that I have seen.
6    Q.   So you would not have
7 considered that in your opinions that you
8 gave here today, correct?
9    ATTORNEY DAVIDSON: I'm
10    going to object. Like, I feel
11    like you're just asking and
12    answering the same questions over
13    and over.
14    ATTORNEY NIGH: They're not
15    the same questions. That's a
16    different question.
17 BY ATTORNEY NIGH:
18    Q.   Doctor, you can answer.
19    A.   Sure.
20    ATTORNEY NIGH: And that's
21    an inappropriate objection, by the
22    way.
23 BY ATTORNEY NIGH:
24    Q.   You can answer, Doctor.

Page 57

1    A.   Sure. Thank you.
2    So, I mean, what it links to
3 is that -- what I said earlier that I
4 didn't see that the authors of the
5 studies, you know, detected that as a
6 particular concern in their studies.
7    You know, I looked for
8 what -- you know, including what the
9 authors of the studies found to be
10 concerns in the studies that we're
11 talking about.
12    So it's not that I didn't
13 consider it. I just didn't see that it
14 was an issue that was raised as important
15 enough to change these studies.
16    Q.   Do you have any way of
17 knowing, in these various studies, which
18 studies that would have affected more,
19 that people would have switched
20 insurances and, therefore, had loss of
21 follow-up?
22    ATTORNEY DAVIDSON: I'm
23    going to object. The question
24    lacks foundation.

15 (Pages 54 - 57)

Page 58

1      THE WITNESS:  If it's
2  written in there, I have a way to
3  find out, which is for us to look
4  at the studies again.
5      But I don't recall, you
6  know, something off the top of my
7  head that would let me answer that
8  question.
9  BY ATTORNEY NIGH:
10     Q.   But if you're looking at
11  each individual study versus a systematic
12  review of the studies, how would you do
13  the comparison?
14     A.   Just trying to answer your
15  question.  I mean, I wouldn't have
16  planned to do it in any case.  I mean,
17  not to rank order that way.
18     I'm literally just
19  responding to a question that doesn't
20  really make a lot of sense to me.  But
21  I'm just -- I'm just thinking -- since
22  you asked it, I'm just trying to answer
23  it.
24     Q.   In your systematic review,

Page 59

1  did you evaluate which studies would have
2  been more likely to have
3  misclassification bias due to switching
4  of insurances versus which studies would
5  have been less likely to have that bias?
6      A.   Yeah, I mean, my answer is
7  going to be the same over and over again
8  here.
9      Like, I didn't track that
10  they saw that as a problem.  I have the
11  skill set to go back and look at the
12  specific question, if you believe that
13  there's something there for us to look at
14  that would be fruitful.
15     But I certainly didn't
16  memorize anything about these few studies
17  that would tell me how to rank order
18  them.
19     Q.   What other non-differential
20  misclassification biases did you
21  consider?
22     A.   I'd have to look back and
23  look at each article to think -- to think
24  that through.

Page 60

1      I mean, as I looked through
2  each article, I looked for sort of
3  strength and weaknesses.  I don't know if
4  I saw a lot of others that would be
5  non-differential.
6      I know that the authors
7  sometimes talk about things that they're
8  hopeful for, you know, which is that
9  they're hoping that confounders might be
10  distributed similarly between groups.
11     But when I considered that,
12  I actually saw evidence to the contrary,
13  right.  So when they would talk about,
14  you know, important confounders, they
15  often were not distributed the same
16  between, like, for example, the
17  contaminated user group and the
18  non-contaminated user group.  So I saw
19  suppositions about things like that.
20     But it didn't seem like it
21  held up when you actually look at the
22  findings.
23     Q.   Doctor, if users of both
24  contaminated valsartan and uncontaminated

Page 61

1  valsartan were -- were included in both
2  the test and control groups, that would
3  also lead toward bias toward the null,
4  correct?
5      A.   So let me just correct you.
6      I know Dr. Sawyer referred
7  to things as a test group.  There were no
8  test groups in these studies, right.  A
9  test group is a group that's experimented
10  upon.  And none of these were
11  experiments.
12     But if you're talking
13  about -- and then can you say the rest of
14  it again?  Because I'm sort of stuck on
15  the -- like, the kind of misuse of the
16  terminology.
17     Q.   No problem.
18     Doctor, if studies evaluated
19  users that were both exposed and
20  unexposed and put them into both groups
21  in the -- in the analysis, that would
22  lead toward bias toward the null,
23  correct?
24     A.   And to clarify, so you're

16 (Pages 58 - 61)

Page 62

1 talking about, like, the same individual
2 was in both categories at different time
3 periods?
4     Q.   No.  The same individuals in
5 both categories, period.  Not at
6 different time periods.
7     A.   Oh, well, how could that
8 work?  I mean, you can only take one --
9 one medicine at a time, right, of the
10 same type?
11          So you're saying people
12 were, like, doubling up and taking
13 uncontaminated and contaminated valsartan
14 in the same time period?
15     A.   Doctor, if a person took
16 exposed medication one month and the next
17 month they took unexposed medication,
18 that person would be -- was included in
19 both groups in the Gomm study and
20 Mansouri study, correct?
21     A.   That's what I was saying.
22 That's how I was answering before when
23 you asked it.
24     Q.   Right.  And that -- that

Page 63

1 leading of including that same person in
2 both groups could -- could lead toward
3 bias toward the null, correct?
4     A.   It could.
5     Q.   Did you look at any analyses
6 where they excluded them from both
7 groups?
8     A.   I think -- I'll have to look
9 at each study to remember.  I think there
10 was at least a study -- one study that
11 did, like, a sensitivity analysis and
12 looked at people who were in different of
13 the groups of the type that you're
14 talking about.
15          But I think that the -- I
16 think that the overarching analyses for
17 these studies was basically people
18 divided into users versus non-users.
19          And I'm talking specifically
20 about NDMA-contaminated valsartan.
21     Q.   Doctor, have you reviewed
22 any studies that show how conflict of
23 interest of authors can affect results?
24     A.   So studies that examine that

Page 64

1 phenomenon and show how it can -- I don't
2 think I've seen a study.
3          I mean, I'm generally
4 familiar with the concept and my own
5 understanding and my colleagues'
6 understandings generally about the topic.
7          I don't know if I've read an
8 article that -- that's about that.
9     Q.   Have you -- in forming your
10 opinions in this case, did you consider
11 any studies that looked at systematic
12 reviews of papers published by authors
13 who had conflict of interest versus
14 papers that were published by authors who
15 did not have conflict of interest?
16     A.   So I don't -- you know, I
17 don't recall, one by one, which, if any,
18 had reported, you know, potential or
19 actual conflicts of interest.
20          I read that at the time that
21 I looked at each study.  But I can't --
22 you know, I can't recall enough, you
23 know, sitting here without looking at
24 them to answer your exact question.

Page 65

1     Q.   Doctor, what is the
2 hierarchy of evidence?
3     A.   Are we talking about
4 epidemiological evidence?
5     Q.   Yes.
6     A.   So in general terms, it
7 refers to different study designs that
8 have, you know, more prominence than
9 others.
10     Q.   And what would be at the top
11 of the hierarchy of epidemiological
12 evidence?
13     A.   So for primary studies,
14 clinical trials would.  In some schemes,
15 then, there are also, you know, like,
16 pooling-type studies, so meta-analyses,
17 for example, can get ranked higher than
18 clinical trials if they're pooling --
19 pooling those studies.
20     Q.   After clinical trials and
21 meta-analyses, what would be the next
22 highest level in the hierarchy?
23     A.   So then you get into
24 observational epidemiologic studies and

17 (Pages 62 - 65)

1 then cohort studies and then
2 case-controlled studies.
3      Q.   So for observational
4 studies, that would include cohort and
5 case-controlled studies, correct?
6      A.   That's correct.
7      Q.   And cohort studies would be
8 higher in the hierarchy of evidence than
9 case-controlled studies?
10     A.   For some people, including
11 myself.  But they -- they occupy, like, a
12 similar band, if you will.
13          You know, they're sort of,
14 like, clustered together within -- you
15 know, within the hierarchy.
16     Q.   Why would you include cohort
17 studies as higher than case-controlled
18 studies in the hierarchy of evidence?
19     A.   They have advantages.  And,
20 you know, the advantages that are
21 important to me are, you know,
22 ascertaining the exposure status prior to
23 the development of the outcome.
24          And so they -- they're able

1 to eliminate one very important bias,
2 which is recall bias, which
3 case-controlled studies are susceptible
4 to.
5      Q.   And recall bias can lead
6 towards --
7          (Reporter clarification.)
8 BY ATTORNEY NIGH:
9      Q.   -- a Type I error?
10     A.   Yeah.  So finding a signal
11 that is reported that isn't -- isn't the
12 truth.  That's right.
13     Q.   Doctor, you're not aware of
14 any clinical trials that looked and
15 assessed NDMA and valsartan, correct?
16     A.   I have not seen any.
17     Q.   Without the clinical trials,
18 the next highest level of evidence in the
19 hierarchy of evidence would be cohort
20 observational studies, correct?
21     A.   That's right.
22     Q.   And there were multiple
23 cohort studies conducted of looking at
24 NDMA and valsartan, correct?

1      A.   There were three, if we just
2 count the peer-reviewed -- the
3 peer-reviewed publications.
4      Q.   And the Pottegård study
5 didn't have any liver cancer cases in the
6 exposed or unexposed valsartan groups,
7 correct?
8      A.   That is correct.
9      Q.   So you don't believe that
10 was sufficiently powered to assess
11 whether or not NDMA caused liver cancer,
12 right?
13     A.   It's not just an issue of
14 power.  You know, they had a short -- a
15 short follow-on, you know, period.
16          I mean, it's -- you know,
17 when people -- I think people misuse the
18 term not having enough power to find
19 something.  Because, certainly, small
20 studies can find things.  And it's not
21 impossible to find liver cancer even in a
22 smaller study.
23          But, you know, the smaller
24 size and short duration of follow-up

1 would make it more challenging in order
2 to -- you know, to be able to confidently
3 exclude a risk from anything they were
4 looking at.
5      Q.   Any time a study has zero
6 outcomes for both the exposed and
7 unexposed, that would call into question
8 the sufficiency of the power of the
9 study, correct?
10     A.   No, it doesn't have to.  It
11 may well be that there just aren't any of
12 that outcome in the population that's
13 being studied.
14          So it's not a guarantee that
15 it's -- that it's not sufficiently
16 powered.
17     Q.   There's no way to perform a
18 power calculation when there's zero
19 subjects in both an exposed and unexposed
20 for a particular outcome, correct?
21     A.   It depends upon what you
22 mean.  I mean, there's some people that
23 oversimplify the concept of a post hoc
24 power calculation and what data you need.

18 (Pages 66 - 69)

Page 70

1      But you can certainly
2  provide an estimate. I mean, if you had
3  an estimate of what you thought the
4  prevalence of the disease was in one
5  group and what you expected it to be in
6  the other group, you could provide an
7  estimate of what a study of that size
8  would be -- you know, what the power
9  would be.
10     Q.   In terms of trying to do
11 that sort of power calculation, you have
12 to come up with an estimate that's
13 outside of the study, correct?
14     A.   It would be -- right. It
15 would be information that you -- that you
16 already know or believe to be true.
17     And, again, you're talking
18 about a post hoc calculation, coming in
19 after the fact and doing the math.
20     Q.   Doctor, it would be
21 unethical to knowingly give people
22 valsartan contaminated with NDMA in a
23 clinical trial, correct?
24     A.   I would say likely so.

Page 71

1      It depends, though, right.
2  What's unethical -- because -- I mean,
3  I -- I'm trying to anticipate, like, what
4  the reason is for your question, right.
5      So if an investigator
6  believed that the NDMA in the valsartan
7  was sufficient to raise the risk for
8  cancer and you were trying to study
9  whether or not, you know, people
10 developed cancer, that would clearly be
11 unethical.
12     Q.   Doctor, the valsartan
13 epidemiological studies that you've
14 reviewed, they measured the outcome in
15 terms of diagnosis of liver cancer,
16 correct?
17     A.   That's right.
18     Q.   Okay.
19     A.   Well, I mean, diagnosis
20 might be generous. It's the reporting in
21 administrative database.
22     I mean, to me -- but I get
23 your point. I am not trying to quibble.
24 But I just mean, you know, a diagnosis,

Page 72

1  to me, comes from clinicians, for
2  example.
3      And these were not clinician
4  diagnoses, per se. These were -- these
5  were based on codes that were reported in
6  an administrative database.
7      Q.   In order to report an ICD9
8  rescue type code, there would need to be
9  some basis that liver cancer was
10 detected, correct?
11     A.   Hopefully. I mean,
12 although, you know, it's not a guarantee,
13 right.
14     And the reason I just say
15 that is, is that, you know -- and I don't
16 know who -- you know, who produced the
17 information in these studies to choose
18 the ICD9 or ICD10 codes.
19     But, you know, sometimes it
20 could be as simple as, you know, a
21 trained coder looking for the words
22 "liver cancer." And, you know, I've seen
23 examples, even in my own clinic, where
24 you put, like, rule-out, you know,

Page 73

1  something and somebody picks up the thing
2  you're trying to rule out as the -- as
3  the thing, right.
4      So it's just not a
5  guarantee. But you hope that, on
6  average, that it does reflect, you know,
7  some truth about somebody -- somebody
8  somewhere in the clinical environment
9  having made that diagnosis.
10     Q.   What you just described,
11 the -- somebody picking up rule-out, you
12 know, to that degree, that's a sort of
13 bias or error that would generally lead
14 toward non-differential misclassification
15 bias, correct?
16     A.   I don't know. I mean, it
17 depends. But it -- but it certainly
18 could.
19     Q.   Do you have any reason to
20 believe that that sort of error would
21 occur more often in a group of exposed
22 individuals compared to unexposed in a
23 cohort study?
24     A.   Well, I don't know how many

19 (Pages 70 - 73)

Page 74

1 different programs there are, for
2 example. Like, you know, some of these
3 are national databases. And so errors,
4 if there are errors, you know, could be
5 confined to a particular, you know,
6 center or particular region.
7           And so, you know, you could
8 get quite a distortion from errors that
9 aren't necessarily, you know,
10 system-wide, you know, meaning across,
11 you know, the entire country, like the
12 whole country of Germany, for example.
13           So, you know, I mean, if
14 there's errors that have something to do
15 with who is doing the coding or where
16 the -- the patients are that are
17 receiving the codes, you know, there
18 could be, you know, differential or
19 non-differential bias.
20      Q.   Do you have any reason to
21 believe that that sort of error would
22 have occurred more often with the exposed
23 group compared to the unexposed group?
24      A.   I mean, not based on these

Page 75

1 studies. There's no information provided
2 within the studies that could -- could
3 inform that.
4      Q.   The NDMA epidemiological
5 studies also measured the diagnosis of
6 liver cancer, or attempted to, correct?
7      A.   Correct. They attempted to.
8      Q.   And the NDMA occupational
9 study of Hidajat measured, as the
10 outcome, death due to liver cancer, or
11 attempted to, correct?
12      A.   That's correct.
13      Q.   Okay. In none of those
14 valsartan or NDMA epidemiological studies
15 did they attempt to assess whether
16 undiagnosed patients actually had cancer
17 but just were not diagnosed yet, correct?
18      A.   So this I understand.
19           I mean, at a -- at a high
20 level they didn't do any validation,
21 right. They didn't do any further
22 inquiry into any medical record or any
23 other source, right. They had no other
24 information about the accuracy or the

Page 76

1 validity of the diagnoses that they
2 thought they were recording.
3           But, I guess, you know, what
4 you're suggesting is a different study,
5 which none of these authors articulated,
6 which would be -- in order to find what
7 you're talking about, you know, you'd
8 have to, for example, you know, do a scan
9 or, you know, do whatever diagnostic
10 testing is required to detect
11 not-yet-diagnosed cancer.
12           So none of those described a
13 methodology like that. They are passive
14 recipients of whatever the coders, you
15 know, put into the administrative active
16 database.
17      Q.   Right. There are other
18 diseases and outcomes where they attempt
19 to do that sort of study, where they --
20 even on asymptomatic patients that may
21 have some sort of outcome that they're
22 assessing, by drawing blood or doing
23 scans, correct?
24      A.   Oh, yeah. There's all sorts

Page 77

1 of studies where you can -- you can look
2 for not-yet-clinically reported, you
3 know, diagnoses. There's screening
4 tests, for example.
5      Q.   For example, when assessing
6 what percentage of the population may
7 have celiac disease, they drew blood of
8 all patients, even those who were
9 asymptomatic, to assess what percentage
10 of the population has celiac disease,
11 correct?
12      A.   I believe you. I don't know
13 the study you're referring to. But I
14 believe you.
15      Q.   Okay. But that didn't occur
16 here with NDMA and valsartan for the NDMA
17 epidemiological studies, correct?
18      A.   There was no -- there was no
19 attempt, in any of these studies, to link
20 any person-level clinical information
21 to -- you know, to the study database.
22      Q.   Doctor, when you were
23 assessing the ranitidine studies, many of
24 those studies had active comparator

20 (Pages 74 - 77)

Page 78

1 designs, correct?
2    A.   They did.
3    Q.   Do you pronounce that as
4 comparator or comparator?
5    A.   I would say comparator.  But
6 I'm not sure I'm right.  But that's --
7 that's the way I would say it.
8    Q.   Okay.  In looking at the
9 active comparator studies, it would be
10 important -- or what -- sorry.  Strike
11 that.
12        What's the purpose of an
13 active comparator in design?
14    A.   It's -- it's a very
15 important, you know, issue, because --
16 particularly for medications that treat
17 symptoms, you know, for example.
18        And if those symptoms are
19 indicative of a disease that's in the
20 causal pathway, right, to the outcome
21 that you're looking at, then one of the
22 ways to try to account for the risk of
23 developing a disease would be to look at
24 people who are on a similar medicine,

Page 79

1 which would treat the same symptoms which
2 would have something to do with the risk
3 of the disease you're studying.
4        And I can be specific if it
5 helps because -- or maybe.  Or not.  I'll
6 just wait for the question.
7    Q.   Well, when comparing an
8 active comparator, it would be important
9 that one of the -- that the active
10 comparator would have a similar disease
11 profile compared to the drug that you're
12 testing, correct?
13    A.   You would hope so.
14        And, again, you're not
15 testing, it, right.  You're not testing
16 the drug.
17    Q.   Measuring?
18    A.   Sure.  No, I'm sorry, I'm
19 just -- I'm just listening to the
20 questions, and I'm just trying to -- I'm
21 just trying to make sure I'm answering
22 what you're asking.
23    Q.   I understand.  I understand.
24        So in -- Doctor, most of the

Page 80

1 ranitidine studies that had an active
2 comparator compared ranitidine with
3 famotidine, correct?
4    A.   They had -- yeah.
5 Famotidine is one.  And then some of them
6 also had proton pump -- proton pump
7 inhibitors as well.
8    Q.   Did you assess whether or
9 not the users of famotidine were a more
10 diseased population than users of
11 ranitidine?
12    A.   Whether they were more
13 diseased?
14    Q.   Yes.
15    A.   In what way?
16    Q.   In many ways.
17        Did you assess that in any
18 way?
19    A.   I may have at the time I was
20 reading them.  But I think that the main
21 issue is just that they -- you know, that
22 they're indications -- I mean, the
23 assumptions the authors made, on average,
24 is that the indications for the drugs,

Page 81

1 you know, wouldn't differ, you know,
2 between ranitidine and famotidine --
3 famotidine and also the proton pump
4 inhibitors.
5        So, I mean, that was an
6 assumption, I think, rather than a fact.
7    Q.   Did you assess any of the
8 studies to see that famotidine users were
9 more likely to use alcohol than
10 ranitidine users?
11    A.   If I saw it at the time, I
12 don't recall it today.
13    Q.   Do you recall if the studies
14 demonstrated that famotidine users were
15 more likely to have serious liver
16 diseases than ranitidine users?
17    A.   I don't recall that.  But
18 I'm happy to look at the -- at the
19 studies again.
20    Q.   And those sorts of outcomes
21 could affect the results of those
22 studies, correct?
23    A.   So if -- if one of the
24 groups had more sort of already existent

21 (Pages 78 - 81)

Page 82

1  disease, it could affect the outcomes.
2      Q.   Did you do that same
3  assessment for PPI users versus
4  ranitidine users?
5      A.   Well, I didn't separate it.
6  I just looked to see what the active
7  comparators were in the studies and the
8  rationale for it.
9      Q.   Doctor, when doing a
10 systematic review, it's important not to
11 cherry-pick the results that favor one
12 conclusion and ignore the results that go
13 against that conclusion, correct?
14     A.   Yes.  I like that concept.
15     Q.   Doctor, nearly all
16 observational studies have limitations,
17 correct?
18     A.   Yeah.  Every study -- every
19 study has limitations.
20     Q.   And in nearly every study,
21 the study authors in observational
22 studies nearly always point out
23 limitations in their studies, correct?
24     A.   Most of them do.  And they

Page 83

1  post that -- they point out some, but not
2  always all.
3          ATTORNEY NIGH:  We've been
4  going for about an hour.  Do you
5  want to take a break at this
6  point?
7          THE WITNESS:  That would be
8  great.  Just, like, five minutes
9  or something just to refill the
10 coffee.
11         VIDEO TECHNICIAN:  Off the
12 record, 12:11.
13             - - -
14     (Whereupon, a brief recess
15 was taken.)
16             - - -
17         VIDEO TECHNICIAN:  We are
18 back on the record at 12:41 p.m.
19 BY ATTORNEY NIGH:
20     Q.   Doctor, I want to talk about
21 your past testimony, okay?
22     A.   Sure thing.
23     Q.   In the past four years, you
24 have testified over 60 times either in

Page 84

1  deposition or at trial, correct?
2      A.   I don't know the number.
3  But, I mean, if you have some testimony
4  list and that's the count you made, I
5  don't disagree with you.
6      Q.   Okay.  Does that sound
7  accurate or in the ballpark?
8      A.   Yeah, I would have estimated
9  a little lower than that.  But, I mean,
10 you know, not -- not tremendously lower.
11     Q.   Okay.  And in those -- in
12 the last four years, have you ever
13 testified on behalf of plaintiffs?
14     A.   Yes.
15     Q.   Okay.  And in which of those
16 cases did you testify on behalf of
17 plaintiffs?
18     A.   I'd have to look at the --
19 at the list, which I don't have in front
20 of me.
21         But, like, there was, like,
22 one -- one that I can think of was a
23 woman who had indoor mold and dampness in
24 her home that led to worsening of her

Page 85

1  lung disease.
2          And there was at least one
3  other case.  I don't know if I can recall
4  which one it was.
5          But I think there's -- I
6  think there's at least two in terms of
7  testimony for the last four years.
8      Q.   Do you have your expert
9  report in front of you?
10     A.   I do.
11     Q.   But you don't have your
12 prior testimony?
13     A.   That's right.  Yeah, I mean,
14 I just -- I have, like, a printout, like,
15 a hard copy of my report.
16     Q.   No problem.
17         Okay.  Do you recall what
18 the second case was where you testified
19 on behalf of plaintiffs?
20     A.   Oh, no.  I mean, I'm trying
21 to say, like, I would need to look at the
22 list, you know, to see.
23     Q.   Approximately -- or, I'm
24 sorry.  Strike that.

22 (Pages 82 - 85)

Page 86

1    When did you start doing
2  consulting work for litigation?
3       A.    At least -- at least 20
4  years ago, I think, was, like, the first
5  case.
6       Q.    Okay.  And what percentage
7  of your work would you -- in terms of
8  litigation consulting in the past ten
9  years would you say was on behalf of
10  plaintiffs versus on behalf of
11  defendants?
12       A.    It's hard to -- so in
13  aggregate, it's hard -- the math is hard.
14       But by category, I'd say
15  that, like, where it's medical
16  malpractice cases, it's been about half
17  and half.  You know, there -- there --
18  for certain topics, like indoor dampness
19  and mold, I'd say it's probably also
20  50/50, maybe with a slight -- maybe
21  slightly more for plaintiffs.
22       For, you know, separate
23  issues -- like you'll see talc-related
24  cases on there, it's always for

Page 87

1  defendants.
2       So it depends upon the --
3  you know, the topic and what the
4  specifics of the case are.
5       Q.    So in terms of -- have you
6  ever been an expert in medical device
7  cases?
8       A.    I don't think so.  You mean,
9  where there's like -- yeah, I don't -- I
10  don't think so.
11       Q.    Like a hip or bladder,
12  implant or those sorts of things?
13       A.    No, I don't -- I don't think
14  I've come across anything like that.
15       Q.    So you spoke about talc.
16       In terms of cases that
17  involved manufacturers of substance,
18  whether it be, you know, drug
19  manufacturers or other substances, how
20  often do you testify on behalf of
21  plaintiffs versus on behalf of
22  defendants?
23       A.    If it's manufacturers, I'd
24  say -- and you mentioned -- like, I can't

Page 88

1  think back before ten years ago,
2  necessarily.
3       But for the last ten years,
4  I can't think of a case where I've
5  testified for the plaintiffs.
6       Q.    Approximately how much money
7  have you earned in the past four years
8  for litigation consulting work?
9       A.    So I'd say it kind of varies
10  year to year.  I'm just going to try to
11  do it roughly.
12       It's not the same every
13  year.  But I would say in a typical year
14  between 300 and 5 or $600,000.
15       Q.    Which pharmaceutical
16  manufacturers or manufacturers of
17  substances have you testified on behalf
18  of?
19       A.    So I don't -- like, I don't
20  know about pharmaceutical.  Like, maybe
21  none, with the exception of Johnson &
22  Johnson.  Although, like, it's not in the
23  role of what their pharmaceutical are,
24  right, because we're talking about talc

Page 89

1  in those cases.
2       So, I mean, if you took
3  Johnson & Johnson, obviously they're --
4  they're a pharmaceutical company also.
5  But I -- I haven't testified, you know,
6  on my matter relating to a
7  pharmaceutical.
8       And I don't think that
9  there's anything -- anything on that list
10  that you would have that's about a
11  pharmaceutical, you know, issue.
12       Q.    What about in terms of toxic
13  substances, which companies have you
14  testified on behalf of in terms of toxic
15  substances?
16       A.    I think -- I mean, the best
17  way to do it is to kind of read through
18  that list that you have, because
19  that's -- that's a list of testimony.
20       So I won't do a complete
21  job, you know, just from memory.
22       But, like, Colgate,
23  Palmolive, for example, Avon.  I think,
24  like, a couple of -- did you say

23 (Pages 86 - 89)

Page 90

1 manufacturers?  Is that what you said?
2    Q.    Companies or manufacturers.
3    A.    Okay.  Yeah.  There's been a
4 couple of, like, talc suppliers that I've
5 been, like, co-retained some certain of
6 those cases, like IMI Fabi, Incorporated.
7 And there was another one some years ago
8 that went bankrupt.
9        But whatever -- whatever is
10 on the list that we provided is accurate.
11 So the ones I'm not saying out loud are,
12 you know, still true if they're on that
13 list.
14    Q.    I understand.  I only have a
15 list for four years.  So I'm just asking
16 you just, in your history of testifying,
17 which companies.
18    A.    Yeah.  Well, it's the ones
19 that are on that list.  And off the top
20 of my head, I can't think of ones that
21 aren't on that list.
22    Q.    Okay.  So in the -- prior to
23 the last four years, you can't think of
24 any companies or manufacturers that you

Page 91

1 testified on behalf of?
2    A.    I can't.  I mean, it doesn't
3 mean there aren't any.  But I'm not -- I
4 can't think of any that wouldn't be on
5 that list from the last four years.
6    Q.    Okay.  Doctor, what is a
7 confounding factor?
8    A.    As a term in epidemiology,
9 it sometimes is -- and that's what we're
10 talking about, right, epidemiology?
11    Q.    Yeah.  What is a confounding
12 factor in epidemiology?
13    A.    Thank you.  No, I'm sorry.
14 Because I know some people use words in
15 English that, you know, mean something
16 else --
17    Q.    No problem.
18    A.    -- from my field.
19        So, like, a confounder or a
20 confounding factor, it's, in -- in some
21 schemes is considered a bias.  And it's a
22 factor that distorts the relationship
23 between the two -- the true exposure and
24 the outcome that you're studying.

Page 92

1    Q.    What is a potential
2 confounding factor?
3    A.    It's the same thing.
4 Although potential would have to do with
5 the -- like, the investigator or the
6 scientist, you know, based on what their
7 knowledge is or their belief.
8        So something that's a
9 potential might be one that hasn't been
10 shown but might be suspected to be a
11 confounder.
12    Q.    Nearly all observational
13 studies have potential confounding
14 factors that are not able to be addressed
15 in the study results, correct?
16    A.    That's right.
17    Q.    And just because some
18 potential confounding factors are not
19 ruled out, this does not necessarily make
20 the study findings unreliable, correct?
21    A.    Not just because some.  I
22 mean, there's -- there's a hierarchy in
23 some ways, you know,  some are more
24 important than others.

Page 93

1    Q.    How would you describe that
2 hierarchy of which are more important
3 than others?
4    A.    Oh.  So, like, an example
5 would be -- it may be in my report.
6        But if you look at -- you
7 know, if you look back -- back years ago,
8 a lot of people who drank coffee also
9 smoked cigarettes, right.  So if you did
10 a study of coffee drinkers and looked at
11 lung cancer incidence, you would almost
12 certainly find that coffee drinkers have
13 a higher incidence of lung cancer.
14        But, you know, we know
15 pretty confidently that coffee doesn't
16 cause lung cancer.  And we know pretty
17 confidently that tobacco smoke does.  And
18 so if your study didn't account for
19 tobacco, that would be an example of an
20 important confounder, you know, if you
21 missed that, since that's the true cause
22 of the outcome you're looking at.
23    Q.    And, generally, a
24 confounding factor would be -- in the

24 (Pages 90 - 93)

Page 94

1 example you gave, would be people who
2 drank coffee would more often smoke than
3 people who did not drink coffee, correct?
4      A.   In that example, that's
5 right.
6      Q.   And, generally speaking,
7 when looking -- when looking at
8 confounding factors, that would --
9 generally would be what is needed, that
10 the one group more often has exposure to
11 something than the other group, correct?
12      A.   In order for it to function
13 that way, that's right.  There would be
14 more of that actual cause in one group
15 than another.
16      Q.   For any of the valsartan
17 studies that you analyzed, did you find
18 any confirmed confounding factors?
19      A.   So "confirmed" meaning that
20 they affirmatively looked at known or
21 suspected confounders that did influence
22 the results?
23      A.   Yes.
24      Q.   Well, they don't break it

Page 95

1 down that way, right.  I mean, I'd say in
2 general, right, that -- you know, for
3 example, like, some of the analyses were
4 adjusted for, say, you know, age and sex.
5 And, you know, older age is clearly a
6 risk factor for most cancers, you know,
7 just given the accumulation of time.
8           And so the -- you know, age
9 would be a potential confounder.  And
10 then if you've accounted for it, then
11 you've done a good job of sort of
12 eliminating age as the -- as an actual
13 confounder in the study.
14           But the -- I didn't see,
15 like, enough detail in the reports to
16 say, you know, how much each and every
17 one of the studied confounders, whether
18 potential or not, influenced the results.
19      Q.   Okay.  So you did not find
20 any confirmed confounding factors for any
21 of the valsartan studies that you
22 analyzed, correct?
23      A.   Not -- not individually.  I
24 mean, to the extent that you see that,

Page 96

1 like, a hazard ratio, after adjustment,
2 is a different value, then you know that
3 the -- you know, when you compare it to
4 the unadjusted result, the adjusted
5 result, if it's different, will have
6 accounted for those confounders.
7           But I didn't -- I didn't see
8 an analysis where they isolated a
9 particular confounder where we could say,
10 yeah, that one mattered or that one
11 didn't matter.
12      Q.   For any of the NDMA dietary
13 studies that you analyzed, did you find
14 any confirmed confounding factors?
15      A.   None specific in that way
16 that I'm describing, you know, where they
17 isolated a particular -- a particular
18 item.
19      Q.   For the Hidajat study, did
20 you find any confirmed confounding
21 factors?
22      A.   I don't know if I saw any.
23 I mean -- I mean, what I mostly noticed
24 was the -- you know, the absence of

Page 97

1 consideration of some of the most
2 important confounding factors.
3           But, you know, again, I
4 didn't see, you know, like, the sort of
5 granular detail you'd need to say, okay
6 this -- this particular factor was
7 clearly a confounder because it was
8 studied, you know, in isolation or one by
9 one.
10      Q.   And when you mention the
11 confounding factors in Hidajat you mean
12 the potential confounding factors in
13 Hidajat?
14      A.   What I was referring to?  Is
15 that what you're asking?
16      Q.   Yes.
17      A.   Oh, yeah.  So what they said
18 in the paper is that they -- you know,
19 they couldn't account for lifestyle
20 factors, for example.
21           So since it was a study
22 looking at liver cancer, among other
23 things.  They had no information about
24 alcohol use.  They didn't have tobacco

25 (Pages 94 - 97)

Page 98

1 use. So, I mean, as examples, those are
2 two important confounders.
3          And then, you know, even
4 though the preamble talks about multiple
5 carcinogens being in the environment of
6 the rubber workers, they only measured a
7 modest number of the exposures, right.
8 So that the other -- the other ones are
9 left hanging out there as potential
10 confounders, because they didn't measure
11 them and they didn't account for them.
12    Q.   So for the alcohol and
13 smoking, those would be potential
14 confounding factors in the Hidajat study,
15 correct?
16    A.   So not the way that I said
17 initially. I guess it's a matter of
18 semantics. And I just want to kind of
19 clarify it. And if I am not answering
20 it, please let me know and I'll try to --
21 try to do, you know, better.
22          So when I was talking about
23 potential before, you know, an example
24 might -- there might be, like, in

Page 99

1 general, like, let's say somebody
2 wondered if eating chocolate bars was a
3 risk factor. They don't know it, but it
4 might be and maybe they have some good
5 reason for thinking about it. So it's a
6 potential confounder. It doesn't mean
7 it's going to be. That's how I meant
8 that particular issue.
9          So alcohol use clearly is a
10 confounding factor in a study of liver
11 cancer, you know, if you believe that
12 alcohol use is a risk factor for -- for
13 liver cancer. The -- so that's how I'm
14 using it. It's a actual confounding
15 factor.
16          But it can't be -- it can't
17 be studied in the Hidajat study because
18 they didn't -- they didn't measure it.
19    Q.   When you use the terminology
20 that it is a con -- that alcohol is a
21 confounding factor in the study, you mean
22 that alcohol is a risk factor?
23    A.   That's the way that one
24 functions. That's exactly right.

Page 100

1          So alcohol is a risk factor.
2 That risk factor -- because it can cause
3 or be on the causal pathway to the
4 outcome, which is liver cancer, and it
5 wasn't accounted for, it's still a
6 confounder. We just can't know what the
7 effect of it is in that study because
8 they didn't -- they didn't measure it.
9    Q.   But there's nothing
10 suggesting that -- that people exposed
11 to -- in the fourth quartile of NDMA
12 would have drank more alcohol than people
13 exposed in the first quartile of the NDMA
14 in the Hidajat study, correct?
15    A.   We can't know -- we can't
16 know one way or the other.
17          I mean, I would say that,
18 you know, just in general that, you know,
19 workers that have kind of the most or the
20 worst exposures often have clustering of
21 other unfavorable factors.
22          And so that might be, you
23 know, true in that study. But we
24 don't -- we don't have information to say

Page 101

1 one way or the other.
2    Q.   Do you have any reason to
3 believe that people who would work in the
4 vulcanizing department would drink more
5 alcohol than people who worked in other
6 departments in the factory?
7    A.   Yeah. And not as a fact,
8 right. But in -- I've seen in multiple
9 worker studies where the people who are
10 in the worst environment -- and I would
11 assume the vulcanizing environment is not
12 very good, it must smell terrible and it
13 seems like it's a -- generally speaking,
14 from the way that the descriptions are in
15 that series of papers, you know, it
16 doesn't sound like the one people would
17 sort of work their way up to. You know,
18 it might be the -- kind of the most
19 menial or the most -- you know, for lack
20 of a better word, most disgusting, right.
21          So it's -- and then people
22 that are in those jobs often are of the
23 lowest socioeconomic status or have the
24 least power in the -- in the -- you know,

26 (Pages 98 - 101)

Page 102

1 in the company. And some habits go along
2 with that, you know, including smoking,
3 drinking and so forth.
4     Q.   So is your belief that the
5 people who worked in the curing and
6 vulcanizing department were in the
7 nastiest part of the factory compared to
8 the other parts of the factory?
9     A.   I don't know how to rank
10 order them. But it certainly -- it
11 certainly sounds like one that would be
12 an undesirable place to work.
13         Especially early on, like,
14 back before they lowered the -- the
15 levels of the different chemicals.
16     Q.   Well, how would you -- did
17 you try to do any sort of analysis
18 comparing curing and vulcanizing compared
19 to the other departments in the factory?
20     A.   No, I can't do that.
21     Q.   Do you know whether or not
22 other departments in the factory where --
23 the workers were exposed to more of other
24 carcinogens than in the curing --

Page 103

1     A.   Than --
2     Q.   -- and vulcanizing
3 department?
4     A.   Sorry. I didn't mean to cut
5 you off.
6         No, I don't think they
7 reported that.
8     Q.   Do you know whether or not
9 other departments in the rubber industry
10 were exposed to more rubber dust and
11 rubber fumes than the vulcanizing --
12 vulcanizing and curing department?
13     A.   I don't recall seeing it
14 broken down that way.
15     Q.   Do you know whether or not
16 other departments in the factory were
17 exposed to more of the carcinogen in more
18 than the curing and vulcanizing
19 department?
20     A.   I don't know that. I don't
21 know if it's in the paper that we can
22 look at.
23         But I don't recall that.
24     Q.   Is it something that you

Page 104

1 looked for?
2     A.   I wasn't trying to compare
3 the different departments.
4         I mean, really, my answer to
5 your question was just about what I know
6 about, you know, occupations and who
7 works in certain -- you know, certain
8 types of occupation and some unfavorable
9 factors that go along with it.
10     Q.   Have you seen any sort of
11 suggestion that -- that shows that,
12 actually, other departments in the rubber
13 industry were exposed to more carcinogens
14 than the curing and vulcanizing
15 department?
16     A.   I don't know anything about
17 that.
18     Q.   Doctor, you mentioned that
19 workers in the rubber industry were
20 exposed to several carcinogens other than
21 NDMA.
22         Do you recall this?
23     A.   I do.
24     Q.   Which of those carcinogens

Page 105

1 do you believe are a risk factor for
2 liver cancer?
3     A.   So I'd have to see the list
4 again. It's in the preamble.
5         I don't know off the top of
6 my head. Because I know they mentioned,
7 I think, benzene and heavy metals and a
8 few others. And I'm not aware that those
9 are risk factors for liver cancer, per
10 se.
11         But there may be others.
12 I'm not sure.
13     Q.   Do you believe that workers
14 in the rubber industry have an overall
15 increased risk of liver cancer compared
16 to those who do not work in the rubber
17 industry?
18     A.   I'd say maybe. I mean,
19 based on that -- that one study, you
20 know, they do calculate an elevated risk.
21         So I'd say, you know, if
22 that's all the information that we have,
23 that it's -- that it's possible.
24         You know, there was a

27 (Pages 102 - 105)

Page 106

1 meta-analysis that preceded that that --
2 you know, that looked at cancer risk
3 across rubber workers and multiple
4 studies, and it didn't show an elevation.
5          So I guess if we somehow
6 hierarchically decide this one study is
7 more important than the ones captured in
8 the meta-analysis, then maybe it's true.
9     Q.   When you say the one study,
10 you're talking about the Hidajat study
11 that showed an increased risk of liver
12 cancer when exposed to NDMA?
13    A.   That's right.  That's the
14 one we're talking about.
15    Q.   And when you talk about the
16 meta-analysis, I believe you're referring
17 to the Boniol study in 2017?
18    A.   Yeah, '17 or '18.  But,
19 yeah, the Boniol study.
20    Q.   Do you recall, did you ever
21 do any sort of systematic review to see
22 if there were other meta-analyses or
23 other studies that showed that workers in
24 the rubber industry did not have an

Page 107

1 increased risk of liver cancer?
2     A.   I have not done any
3 systematic review on rubber workers.
4 I think that, you know,
5 my -- given my task here about NDMA, I
6 think I understand that the Hidajat study
7 that we're talking about is the one that,
8 you know, measured and discussed NDMA.
9     Q.   When you're considering
10 whether or not exposure to all these
11 other carcinogens that people would have
12 in a rubber factory and whether or not
13 that might be a risk factor for liver
14 cancer, wouldn't you want to look at
15 studies that look at overall exposure of
16 workers in the rubber factory compared to
17 people who didn't work in the rubber
18 factory for liver cancer?
19    A.   It could be helpful.  But,
20 you know, the authors are doing their
21 job, you know, of trying to inform the
22 reader.
23          I mean, you know, the
24 purpose of an epidemiologic study is to

Page 108

1 communicate a lot of things.  And in the
2 introduction, the authors chose to inform
3 the readers that there are many other
4 carcinogens in the environment.  And they
5 also made it clear that they didn't
6 measure those.
7          And then in their
8 discussion, they also make clear that
9 they didn't -- they didn't create any
10 multi-pollutant models.  So it's very
11 hard to know whether they isolated the
12 effect of anything that they're
13 reporting, including NDMA or rubber dust
14 or rubber fumes or the rest.
15    Q.   And I believe when you say
16 "they" in your prior answer, you're
17 referring to the Hidajat study authors?
18    A.   That's the study I believe
19 we're talking about, yeah.  I'll try to
20 say otherwise, if I think we're talking
21 about a different study.
22    Q.   I'm asking about carcinogens
23 in a rubber factory altogether.
24          There's not a -- there's not

Page 109

1 a demonstration that shows that overall
2 exposure to working in the rubber factory
3 leads to an increased risk of liver
4 cancer, correct?
5     A.   Not according to the
6 meta-analysis that I saw.
7          And, you know, just -- and
8 to remind you that I said no, I've not
9 done a systematic review to find other
10 studies.
11    Q.   And if this exposure to
12 carcinogens in a rubber factory were
13 actually leading to an increased risk in
14 liver cancer, wouldn't those sorts of
15 meta-analyses be the studies that you
16 would look at to see whether exposure to
17 those carcinogens was a risk factor for
18 liver cancer?
19    A.   Sure.  I mean, they would be
20 helpful.  But they would also, then,
21 create the sense of a surprise that a
22 single study did find it.
23          So why would one study find
24 a risk when all the rest of them didn't?

28 (Pages 106 - 109)

Page 110

1    Q.    Well -- sorry. Go ahead.
2    A.    No, I was going to say --
3  that's it. I mean, that's a sufficient
4  answer.
5    Q.    Hidajat was actually looking
6  at exposure to NDMA and whether or not
7  varying exposures to NDMA led to an
8  increased risk of liver cancer, correct?
9    A.    So they included NDMA.
10        But my point is if you --
11  you know, it wasn't because they didn't
12  find an elevated risk of liver cancer,
13  right. I mean, regardless of what the
14  substance was, if studies are looking at
15  the industry and they don't find it,
16  right, it's baked into it, whatever those
17  exposures are.
18        This -- the Hidajat study is
19  the one that made an attempt to relate
20  estimates of NDMA and, in a handful of
21  other exposures, you know, to the risk of
22  multiple cancers, including liver cancer.
23    Q.    The meta-analyses,
24  they're -- they were -- like Boniol,

Page 111

1  they're looking at overall exposure to
2  working inside of a rubber industry
3  compared to those who don't work in the
4  rubber industry, correct?
5    A.    That's right.
6    Q.    They did not analyze whether
7  or not increased exposure to NDMA versus
8  lesser exposure to NDMA in the rubber
9  factory led to an increased risk of
10  cancer, correct?
11    A.    That is correct.
12    Q.    Only the Hidajat study looks
13  at increased risk -- increased exposure
14  to NDMA versus decreased risk of
15  exposure, and then the decreased exposure
16  of NDMA leads to an increased risk of
17  liver cancer, correct?
18    A.    And I just -- just for me to
19  answer it as correct, I would have to
20  change "leads to" to "associated with."
21        But otherwise, I agree with
22  your -- your question.
23    Q.    Other than the qualitative
24  description that you gave about the

Page 112

1  vulcanizing and curing department
2  previously, do you have any information
3  that would suggest that people exposed to
4  higher amounts of NDMA in the Hidajat
5  study were exposed to higher amounts of
6  other carcinogens compared to those who
7  were exposed to lower amounts of NDMA?
8    A.    We can't know, which is an
9  incredibly important flaw in the study
10  and an incredibly important flaw if we're
11  trying to reach the judgment that NDMA is
12  the culprit, right.
13        Because if you look at the
14  way they said they were going to do their
15  analyses, they did separate models for
16  rubber dust, for example, and for rubber
17  fumes, as another example. And then one
18  other nitrosamine.
19        And by doing each one at a
20  time, they're doing single-pollutant
21  models that don't take into account the
22  correlation between each of those either
23  substances or circumstances.
24        And that's why, you know, at

Page 113

1  the end, when they finish with, you know,
2  we didn't do multi-pollutant models and
3  they didn't even think that they had the
4  right statistical techniques to do it, it
5  leaves one wondering.
6        I mean, this could be as
7  simple as my example with coffee and lung
8  cancer, right. They found something
9  that's associated with an elevated risk,
10  but they haven't been able to isolate it
11  from the other -- other substances that
12  they looked at.
13    Q.    How did Hidajat address
14  whether or not there were issues related
15  to multi-pollutant?
16    A.    They mentioned that if -- at
17  the end, they said that you might want to
18  do it, or something, I'm paraphrasing
19  because I don't have it in front of me.
20        But they brought up the
21  issue that it might be done but that
22  they -- they themselves, I think, didn't
23  have the current statistical capacity to
24  do that sort of modeling.

29 (Pages 110 - 113)

Page 114

1    Q.   Are you aware of whether or
2  not they did any sort of analyses related
3  to multi pollutants?
4    A.   I think they studied
5  multiple pollutants.  But I can't tell
6  from the study that they actually
7  accounted for multiple pollutants in any
8  one particular model.
9        So, for example, you know,
10  they looked at an elevated risk related
11  to rubber fumes, but I don't -- I can't
12  tell from the analysis that that accounts
13  for what the NDMA was and vice versa.
14    Q.   Doctor, there were two
15  Hidajat studies, correct?
16    A.   So there's -- there may be
17  more, but there's two I'm aware of.  One
18  had to do with, I guess, application of
19  the job exposure matrix.  But one was
20  sort of, like, the main results of the --
21  you know, of the cancer risk.
22        If those -- if those are the
23  two you're thinking of, that's what I'm
24  thinking of.

Page 115

1    Q.   Did you look at the -- did
2  you analyze the study related to the job
3  exposure?
4    A.   I did.  And there's another
5  one that, like, pre -- precedes that,
6  that's also cited in Hidajat, which is
7  really the -- it's really the source of
8  the job exposure matrix.
9        So that study -- and I'd
10  have to look, but I'm blanking on the
11  first author, but it's not Hidajat for
12  that study.  But I did -- I did read the
13  other Hidajat study, if it's the one
14  that -- if we're talking about the same
15  thing.
16    Q.   Doctor, do you believe that
17  the Hidajat studies did not do any
18  analysis to determine multi-pollutant
19  issues?
20    A.   Well, I can't tell that they
21  did.  If you look at the -- if you look
22  at their method section, there's a
23  part -- and, again, I'm going to have to
24  visualize it in my mind, because I don't

Page 116

1  have the paper in front of me -- but
2  where they talk about the models, for
3  example, for NDMA and, like, rubber dust
4  and rubber fumes.  And they use the word
5  "or."  They said they adjusted for things
6  and it said each of those "or," so not
7  "and."
8        So if they -- if they had
9  said that they adjusted for those --
10  like, you know, one factor, another
11  factor "and" the third factor, that could
12  imply, you know, multi-pollutant models.
13        But they said "or," which
14  told me it was individual models all by
15  themselves.
16    Q.   So you don't recall any
17  multi-pollutant analyses performed by
18  Hidajat?
19    A.   Not of the types we're
20  talking about.
21        I mean, if they included
22  something else in their models that might
23  have been, you know, interesting.  But
24  they certainly didn't include the -- you

Page 117

1  know, the carcinogens that they mention
2  at the beginning that they didn't
3  measure.
4        And yeah -- I mean, I'll
5  leave it at that.
6        I mean, I saw that, you
7  know, ATSDR when they evaluated the
8  study, too, you know, also mentioned, you
9  know, the absence of multi-pollutant
10  models.
11    Q.   And when you say "not of the
12  type" that -- that we mentioned or were
13  discussing, do you recall any
14  multi-pollutant analyses or any analyses
15  regarding whether or not multiple
16  pollutants were having an affect on their
17  outcomes?
18    A.   I don't.  But I'm just
19  wondering -- I mean, if you're looking at
20  something that shows one of the
21  pollutants that we're not as interested
22  in, maybe that's in one of the models.  I
23  just don't recall.
24        But I'm talking about the

30 (Pages 114 - 117)

Page 118

1 models that include the topics of
2 interest, you know, which are rubber dust
3 and rubber fumes and the different
4 nitrosamines.
5        And I know they had a
6 separate, like, category where they
7 summed together -- they had, like, a sum
8 score for nitrosamines more generally.
9        But that also is not
10 accounting for multiple pollutants. It's
11 just pooling -- you know, pooling a few
12 of a certain category into one analysis.
13    Q.   So you don't recall any
14 analyses that looked at whether or not
15 multiple pollutants -- multiple
16 pollutants were having an affect on NDMA?
17    A.   No, I don't. But, you know,
18 again, I don't have the papers in front
19 of me. And I wish I had a memory where I
20 could memorize every detail of every
21 paper.
22        But I've read it, and I just
23 don't recall it.
24    Q.   Your opinion states that

Page 119

1 there is no multi-pollutant analyses or
2 any analyses that shows whether or not
3 any other carcinogen had an effect on
4 NDMA, correct?
5    A.   Well, or whether it modified
6 the effect of NDMA. I mean, that's in
7 particular what we're talking about,
8 whether it's NDMA in isolation,
9 accounting for the other pollutants of
10 interest, whether or not it alone is the
11 explanation for the elevated risk that's
12 been calculated.
13        And I'm just taking that
14 from their -- their methods section, from
15 their discussion where they talk about
16 it. And then also, you know, ATSDR sort
17 of reiterating that.
18        ATTORNEY DAVIDSON: Dr.
19    Diette, do you need the article to
20    talk about it? Because you are
21    entitled to look at it. This is
22    not a memory test.
23        THE WITNESS: I could do
24    that. Or, you know, if Mr. Nigh

Page 120

1    just wants to show me what he's
2    talking about, I mean, I can react
3    to it. But I --
4 BY ATTORNEY NIGH:
5    Q.   It's not a memory test. But
6 I can ask these questions based on your
7 opinions.
8        So we don't have to show --
9 I don't have to produce articles here in
10 your deposition.
11    A.   I can locate it, though.
12        I'm just saying -- and I'll
13 just say this just to get it out there.
14 Like, if it's an important issue and we
15 need to solve it now, that's fine.
16        I mean, having said this and
17 if we go to trial, I'll be sure to look
18 at it and I'll answer your question more
19 deliberately if I don't have a chance to
20 do it today.
21    Q.   But in your -- in forming
22 your opinions, you don't recall looking
23 at any sort of multi-pollutant analyses
24 or analyses that looked at whether other

Page 121

1 carcinogens may have had an effect on the
2 NDMA analyses, correct?
3    A.   Yeah. And we're talking
4 about in the Hidajat study that reports
5 the risks of different cancers, right?
6 That particular one?
7    Q.   Yes.
8    A.   Yeah. No, I don't -- I
9 don't recall that.
10    Q.   Okay. Doctor,
11 hepatocellular tumors are capable of
12 being promoted in numerous ways, correct?
13    A.   I imagine that is possible.
14        We're talking about human
15 beings here?
16    Q.   In human beings, yes.
17    A.   I imagine that is possible.
18 But that's not really my field. So I
19 don't -- you know, I don't know to the
20 extent to which that's true.
21    Q.   Do you know whether some
22 carcinogens are capable of promoting
23 hepatocellular tumors?
24    A.   I don't.

31 (Pages 118 - 121)

Page 122

1    Q.   And that's not something
2  that you sought out to research, correct?
3    A.   No.  It wouldn't have
4  informed my opinions for this case.
5    Q.   Doctor, are you aware of a
6  recent body of literature concerning --
7  regarding cancer that focuses on when and
8  how subclinical tumors progress to
9  clinical diagnoses?
10    A.   Well, I don't know about --
11  what you mean by "recent" literature.
12       I mean, there's -- you know,
13  one of the most fundamental, you know,
14  discoveries in the, you know, timespan of
15  my career has been, you know, looking at
16  colon polyps, for example, which are a
17  precursor lesion that progress, you know,
18  over a decade or more to become a
19  carcinoma.
20       So that's not recent, I
21  mean, but that's -- that's one of the
22  earliest that I'm aware of.
23    Q.   Doctor, did you -- did you
24  look at any or research any literature

Page 123

1  that discusses how hepatocellular
2  carcinomas go from being subclinical
3  tumors to progressing to clinical
4  diagnoses?
5    A.   No, no.  That's not my
6  expertise and not my field.
7    Q.   Did you consider that
8  literature when making your opinions in
9  this case?
10    A.   Well, I don't know what
11  literature you're referring to.
12       But as a concept, you know,
13  we're talking about epidemiologic
14  literature that as an endpoint of an
15  actually discovered tumor.
16       So, you know, that's what I
17  was focused on, which is what
18  epidemiologic studies look at, you know,
19  which is something that you can measure.
20       I guess if there were -- if
21  there were some different body of
22  literature looking at what we could call
23  subclinical, maybe pre-diagnosed, you
24  know, that might be interesting.

Page 124

1       But it wasn't -- that topic
2  is not part of the body of literature
3  that was relevant for this -- you know,
4  for this case.
5    Q.   So in forming your opinions,
6  you did not consider literature that
7  looked at when and how subclinical
8  hepatocellular carcinomas progressed to
9  clinical diagnoses?
10    A.   I didn't.  And it
11  wouldn't -- it wouldn't help me.
12    Q.   Doctor, carcinogens that
13  have the ability to promote can also
14  promote liver tumors, correct?
15    A.   I don't know what that
16  means.  I mean, you're using "promote"
17  twice in the same question.
18    Q.   Yes.
19       Carcinogens that have
20  promoter capabilities can also promote
21  liver tumors, correct?
22    A.   Well, I don't know if that's
23  a generalization.  I mean, it -- I mean,
24  it's such a broad question.

Page 125

1       I mean, if you're saying,
2  for example, that something that's
3  capable of promoting growth of a skin
4  cancer could automatically do that for a
5  liver cancer, I certainly don't know that
6  to be true.
7    Q.   My question is focusing on
8  liver tumors, not skin tumors.
9       So my question is, Doctor,
10  are you aware of whether or not
11  carcinogens that have promoter
12  capabilities can also promote liver
13  tumors in humans?
14    A.   Yeah, but my answer is
15  exactly correct for the way you're asking
16  the question.
17       Because a carcinogen is
18  something that's capable of causing a
19  cancer in some part of the body under
20  certain circumstances, which doesn't mean
21  that it can do that in any part of the
22  body under any circumstances.
23       So if you're asking a
24  general question about a promoter, and

32 (Pages 122 - 125)

Page 126

1 let's say we agree that it's a promoter,
2 because it's been found in some other
3 context, you know, that wouldn't -- that
4 wouldn't relate automatically to liver --
5 liver tumors.
6      Q.  Doctor, are you aware that
7 carcinogen -- are you aware of whether or
8 not carcinogens can promote liver tumors
9 in humans?
10     A.  I think I answered that
11 before.  I don't have that knowledge.
12     Q.  And are you aware of whether
13 or not carcinogens can promote
14 hepatocellular tumors in humans?
15     A.  Yeah, same -- same answer.
16        ATTORNEY DAVIDSON:
17     Objection.  These questions are
18     overbroad.
19        ATTORNEY NIGH:  Jessica,
20     please object to form.
21 BY ATTORNEY NIGH:
22     Q.  Doctor, I'm sorry.  I didn't
23 get your answer.
24        ATTORNEY DAVIDSON:  This is,

Page 127

1     like, literally exactly how you
2     guys object.  But we don't need to
3     argue.  You and I get along.
4        Let's move on.
5        ATTORNEY NIGH:  Okay.
6        THE WITNESS:  I said it was
7     the same answer to -- like, to the
8     prior question.
9 BY ATTORNEY NIGH:
10     Q.  Got it.
11     Doctor, there were multiple
12 dose response analyses -- sorry.  Strike
13 that.
14        Doctor, there were dose
15 response analyses in the Gomm study and
16 the Mansouri study, correct?
17     A.  That's correct.
18     Q.  In terms of milligram dosage
19 per manufacturer of valsartan with NDMA
20 or NDEA, do you have any idea what the
21 market share was per manufacturer per
22 dosage of milligram of valsartan with
23 NDMA or NDEA was?
24     A.  How would I know that?  The

Page 128

1 answer is no.  The short answer is no.
2      Q.  Doctor, who is ZHP in this
3 case?
4      A.  My understanding is that
5 they are a pharmaceutical manufacturer.
6      Q.  And ZHP, that's Zhejiang
7 Huahai Pharmaceuticals?
8      A.  Yes.
9      Q.  What is ZHP's role in this
10 litigation?
11     A.  I assume they're a
12 defendant.
13     Q.  Do you know why ZHP is
14 involved in this litigation?
15     A.  Not factually, no.
16     Q.  Did you review any of
17 plaintiff's complaints in this
18 litigation?
19     A.  The complaints?
20     Q.  Yes.
21     A.  I don't recall doing that.
22 I don't know if I received a complaint,
23 but I don't recall reviewing it.
24     Q.  Doctor, what is an active

Page 129

1 pharmaceutical ingredient?
2      A.  I'll give you my answer,
3 which might not be the same as, you know,
4 a pharmacologist or, you know, a Ph.D.,
5 you know, with a pharmacy background.
6        But, to me, it's the
7 component, you know, within a dosage of a
8 medication that has the activity that
9 you're -- you know, you're looking to use
10 for the effect.
11     Q.  Doctor, do you know whether
12 ZHP is an active pharmaceutical
13 ingredient manufacturer?
14     A.  I do not know that.
15     Q.  What is a finished-dose
16 manufacturer?
17     A.  I don't know that
18 terminology.
19     Q.  Doctor, do you know which
20 finished-dose manufacturers manufacture
21 their valsartan using active
22 pharmaceutical ingredients manufactured
23 by ZHP?
24     A.  I can't answer it because I

33 (Pages 126 - 129)

Page 130

1 don't know the -- I don't know what that
2 first term in that question means.
3    Q.   Doctor, have you ever heard
4 that finished-dose manufacturers utilize
5 active pharmaceutical ingredients in
6 manufacturing the pill?
7    A.   I suppose if I knew what
8 that term meant I might have an answer.
9 But since I don't know what the term is,
10 I don't see how I could answer a question
11 like that.
12    Q.   Do you know which
13 manufacturers utilized ZHP's active
14 pharmaceutical ingredients in their
15 pills?
16    A.   I have no idea.
17       ATTORNEY DAVIDSON:
18    Objection.  Asked and answered.
19 BY ATTORNEY NIGH:
20    Q.   Doctor, did you compare the
21 levels of NDMA and NDEA in the valsartan
22 of those manufacturers who used active
23 pharmaceutical ingredients manufactured
24 by ZHP with the levels of NDMA or NDEA of

Page 131

1 those manufacturers who did not use
2 active pharmaceutical ingredients
3 manufactured by ZHP?
4    A.   And the first verb was what?
5 Did I analyze that?
6    Q.   Yes.
7    A.   I don't have that capacity.
8 I mean, if there was a report you wanted
9 to show me, I could maybe read it.  But I
10 don't have the capacity to do an analysis
11 of that.
12    Q.   Did you compare those levels
13 in any way?
14    A.   No.  I'm not even sure what
15 we're talking about.
16    Q.   Do you have any idea of how
17 the levels of NDMA and NDEA in the
18 valsartan manufactured using the active
19 pharmaceutical ingredients manufactured
20 by ZHP compare with the levels of NDMA
21 and NDEA of manufacturers of other
22 valsartan pills?
23    A.   I don't have any capacity to
24 answer that question.

Page 132

1       And I'm not asking you to
2 reword it, because I don't know what
3 you're talking about.
4    Q.   Doctor, do you have any idea
5 of which manufacturers of valsartan had
6 higher levels of NDMA and NDEA in their
7 valsartan?
8    A.   I have -- I have no
9 awareness one way or the other.
10    Q.   Doctor, do you have any idea
11 as to the magnitude of how much higher
12 the levels of NDMA and NDEA were for some
13 manufacturers of valsartan compared to
14 other manufacturers of valsartan?
15    A.   I don't know whether there
16 were differences and some were higher.
17 But I don't -- I don't have any basis to
18 answer that question.
19    Q.   Would you have any basis to
20 answer whether or not some manufacturers
21 had hundreds of times higher amounts of
22 NDMA and NDEA in their products compared
23 to other manufacturers of valsartan?
24    A.   Not sitting here now based

Page 133

1 on what I know.
2    Q.   Doctor, do you know whether
3 manufacturers of valsartan that contain
4 much higher levels of NDMA and NDEA had a
5 higher market share of lower valsartan
6 dosages compared to the manufacturers of
7 valsartan that contained much lower
8 levels of NDMA and NDEA?
9    A.   Absolutely not.  I don't
10 even know how to begin to answer a
11 question like that.
12    Q.   Wouldn't -- wouldn't that
13 information be important in assessing
14 dose response sought out by Gomm and
15 Mansouri when they looked at milligrams
16 of valsartan use in assessing dose
17 response?
18    A.   Not a bit.  I mean, it's --
19 I'm -- I'm left with the publication that
20 they have presented through peer review,
21 and I can analyze the results of that
22 publication.
23       But if there's other
24 differences you're talking about, I think

34 (Pages 130 - 133)

Page 134

1 that's for somebody else to ask and
2 potentially answer.
3        But I -- you know, the paper
4 as it is, is complete, at least for the
5 sake of me being able to analyze it.
6    Q.   But, Doctor, if -- if the
7 manufacturers who had much higher levels
8 of NDMA and NDEA, had a much higher
9 market share of 40 milligrams, for
10 example, than the manufacturers of --
11 that had lower levels, much lower levels
12 of NDMA and NDEA, wouldn't that affect
13 the dose response analysis?
14        ATTORNEY DAVIDSON:
15    Objection.  Improper hypothetical.
16        THE WITNESS:  I mean,
17    there's so much missing from that
18    for me.  Like, I don't even know
19    what you're implying.  Like,
20    whether you're implying that there
21    are some -- some of the pills in
22    this study -- or that the study
23    didn't capture certain pills from
24    other manufacturers.

Page 135

1        I don't know if that's what
2    you're saying.  I don't know if
3    you're saying within the study
4    there were different
5    manufacturers.
6        I have no idea.  I mean,
7    literally, as an epidemiologist,
8    the only thing I can do is look at
9    the results as they're presented
10    by the investigators that have
11    been through the peer-review
12    process and interpret what they've
13    written.
14 BY ATTORNEY NIGH:
15    Q.   But you're doing a
16 systematic review.
17        So you can actually
18 compare -- you can look at other
19 literature and other sources of
20 information when you compare results
21 within a single study, correct?
22    A.   No.  I mean, a systematic
23 review, as you describe it, is a review
24 of the actual other epidemiologic study.

Page 136

1        A systematic review doesn't
2 include looking at all of the different
3 scientific issues, you know -- and,
4 particularly, I don't even know if these
5 are scientific issues.  These sound like
6 product issues or something to do with,
7 you know, somebody who knows something
8 about different manufacturing processes
9 or who knows what.
10        But it's -- all of these
11 things pertain to something that's not in
12 my field.
13    Q.   But dose response analyses
14 that were performed in Gomm and Mansouri,
15 they're looking at the amount dose of
16 valsartan not the amount of NDMA that
17 people ingested in those studies,
18 correct?
19    A.   So they're starting with
20 that.  But they made some assumptions
21 about what they believed that the NDMA
22 dose would be.
23        But they're -- but they
24 literally have, because this is -- I

Page 137

1 mean, for better or worse, this is what
2 you're left with in a
3 pharmacoepidemiology study, right, is you
4 have dispensations of a product, and
5 that's their exposure information.  Their
6 dispensations.  So whatever is in those
7 dispensation is baked into it, right.
8        I didn't see that either
9 study did an analysis of individual pills
10 to see what's in it or not.  They are,
11 you know, it's -- whether it's a weakness
12 or not, it's something that isn't
13 available in a pharmacoepidemiology study
14 where you just literally look at pharmacy
15 dispensations.
16    Q.   Doctor, the Gomm and
17 Mansouri studies also looked at whether
18 or not using valsartan for three or more
19 years led to an increased risk comparing
20 exposure to unexposed, correct?
21    A.   So Gomm three -- I mean,
22 you're combining the two, right, so it's
23 Gomm three and the Mansouri, you know,
24 more than three.

35 (Pages 134 - 137)

Page 138

1    So it's correct, if you --
2  if you phrase it that way.
3    Q.   Okay.  And when they looked
4  at three or more than three they found a
5  higher increased risk compared to
6  overall -- their overall analyses,
7  correct?
8    A.   So in one of the studies
9  there was a numerically higher hazard
10  that was no longer statistically
11  significant.  So I think one could
12  appropriately argue they found no risk
13  with the longer duration.
14    Q.   Okay.  You believe that just
15  because it's not statistically
16  significant that that can be argued that
17  no risk was found?
18    A.   Yeah.  I think -- you know,
19  the thing is with a study is that, you
20  know, hopefully, they're not just
21  providing statistical significance for no
22  reason whatsoever, right.
23    I mean, the information
24  about the 95 percent confidence intervals

Page 139

1  and the P value is there, right.  It's
2  required by most journals, and most
3  people know how to interpret it.
4    So conventionally if you
5  have a risk that's not statistically
6  significant, you don't automatically say
7  you've identified a risk factor for
8  something.  You would say I found a
9  non-significant elevation or a
10  non-significant decrease.
11    But that's not the same
12  thing as finding a statistically
13  significant one.
14    Q.   But even a non-statistically
15  significant increased risk is still an
16  increased point estimate, correct?
17    A.   An increased?
18    Q.   Point estimate.
19    A.   Well, the point estimate can
20  be elevated.  But it's not the same as
21  saying that you've identified a risk.
22    Q.   And even a non-statistically
23  significant increased risk is still an
24  increased risk?

Page 140

1    A.   No.  No, that's incorrect.
2    And I think you could wish
3  for that to be true.  But it would be
4  chaos.  It would be absolutely chaos if
5  we just cherry-picked every single
6  finding from every study that supported
7  some idea that was pointing in one
8  direction or another that didn't reach
9  statistical significance.  It would be
10  chaos.  How do you interpret that, then?
11    Q.   A non-statistically
12  significant increased risk would still be
13  an increased risk that could be due to
14  chance, correct?
15    A.   Whether it's statistically
16  significant or not, it can be due to
17  chance, right; either one can be due to
18  chance.
19    But this -- that would be
20  one that failed the significance testing,
21  which is part of doing epidemiologic
22  studies.
23    Q.   Doctor, you rely on
24  non-statistically significant risk in

Page 141

1  your report, correct?
2    A.   Did I rely or did I report
3  on?
4    Q.   You report on.
5    A.   Well, sure, I tried to
6  include what I find from the actual
7  studies.  Like, I'm trying to include the
8  information and summarize it.
9    Q.   So when you report that the
10  Mansouri study found a protective effect
11  for liver cancer in women, that was
12  non-statistically significant, correct?
13    A.   That's exactly right.
14    Q.   And yet you still reported
15  that finding; you didn't say there's no
16  risk of liver cancer, you said protective
17  risk -- or protective of liver cancer --
18    A.   That's --
19    Q.   -- correct?
20    A.   That's the direction that it
21  points.  It was 0.9, which is less than
22  1.  So it's -- it's even stronger
23  evidence against there being a value
24  that's above 1.

36 (Pages 138 - 141)

Page 142

1    But I wouldn't -- you know,
2 if you ask the next question, about
3 whether I would, then, interpret that as
4 that women should start taking this to
5 protect themselves against the risk of
6 liver cancer, I wouldn't, and, in part,
7 because that is not a statistically
8 significant increase.
9    But that --
10    Q.   So would --
11    A.   I'm sorry.
12    Q.   Sorry.  I didn't mean to
13 interrupt you.
14    A.   I'm just saying that would
15 only be one of many reasons that I
16 wouldn't interpret it as truly finding
17 that this -- that administration of that
18 drug would be protective.
19    But -- but part of the
20 information would be a non-statistically
21 significant decrease below 1.
22    Q.   When you use the terminology
23 "protective," what would be your
24 terminology on the other side, above 1?

Page 143

1    A.   Elevated.
2    Q.   Elevated.  Okay.
3    So, Doctor, would you agree,
4 then, that a -- for example, a 1.2
5 non-statistically significant result
6 would be an elevated risk?
7    A.   So the -- yeah.  The
8 estimate is elevated, that's right,
9 above 1.
10    Q.   And, Doctor, in the Mansouri
11 study where you report the protective
12 findings for women for liver cancer, they
13 found an even higher elevated risk for
14 liver cancer in men, correct?
15    A.   Yeah.  When you separate men
16 from women, that's right.  Because their
17 initial analysis pooled the two, so it's
18 a weighted average of both men and women
19 together.
20    So for the women's value to
21 go down, the men's value has to go up.
22    Q.   Doctor, the Mansouri study
23 doesn't report the increased risk of
24 liver cancer in men when mixed users,

Page 144

1 those who use both exposed -- are both
2 exposed to contaminated product and
3 uncontaminated product, it doesn't report
4 that -- that increased risk, correct --
5 or that risk?
6    A.   I think so.  But it's
7 testing my memory.  But I think what
8 you're saying sounds right.
9    Q.   Doctor, what are -- what are
10 multiplicity analyses?
11    A.   It's a little off from the
12 term I would use.
13    But multiple comparison
14 analysis, is that -- does that sound like
15 what you're asking me?
16    Q.   It does.
17    What's the terminology you
18 would use since --
19    A.   Yeah.  I would take -- I'm
20 sorry.
21    I would just say accounting
22 for multiple comparisons.
23    Q.   Okay.  And what would the
24 FDR test be in terms of comparing for

Page 145

1 multiple comparisons?
2    A.   There's different
3 techniques.  And you're referring to a
4 false discovery rate, right.
5    So it's -- but there's
6 different techniques to be used in order
7 to change the level of significance
8 you're willing to accept by accounting
9 for the number of different comparisons
10 that you're making.
11    Q.   There's different sections,
12 one of those would be false discovery
13 rate.  Another would be Bonferroni,
14 correct?
15    A.   Bonferroni is an example.
16 It accounts for a false discovery rate.
17 I just --
18    Q.   More --
19    A.   I think the general --
20    Q.   Go ahead.
21    A.   I'm sorry.  I apologize.
22    I just -- I just think the
23 general concept is you're trying to
24 reduce the risk of false discovery.  And

37 (Pages 142 - 145)

Page 146

1  so Bonferroni is one technique that can
2  be used.
3      Q.   But there's also a technique
4  called FDR, correct?
5      A.   No, I don't think so.  I
6  mean, to me, that's -- that's the
7  concept, right.
8          I think one of these studies
9  used -- there was a technique by Hochberg
10  and another colleague and -- which was
11  another way to do the same thing.  Like,
12  there isn't just one way to do it.
13          But the concept is false
14  discovery which means, you know, you've
15  done so many tests that just by chance
16  you're going to pop up positive ones that
17  really aren't telling you the truth.
18          So you want to limit the
19  chance of that happening by lowering the
20  risk of false discovery.
21      Q.   Doctor, the Bonferroni
22  technique is rarely used in
23  epidemiological studies assessing safety
24  risk, correct?

Page 147

1      A.   So I saw Dr. Sawyer say
2  that.  But I don't know that he's
3  correct.
4          I mean, I've used it in
5  studies.  I don't know if it's fair to
6  characterize it as rare.  I mean, when I
7  was initially, you know, being trained in
8  biostatistics, it was really a very
9  common one for people to describe.
10          And I have no idea what, you
11  know, the prevalence of the use is.  But
12  it's still -- it's still out there to be
13  used.
14      Q.   Doctor, have you reviewed
15  any papers that suggest the Bonferroni
16  technique is inappropriate to use when
17  assessing safety risk?
18      A.   I don't know how it would
19  pertain particularly to safety risk.
20      Q.   And have you reviewed any
21  papers that suggest that the Bonferroni
22  technique is rarely used in
23  epidemiological studies assessing safety
24  risk in the past 20 years?

Page 148

1      A.   I've not seen a paper that
2  says that.  I haven't sought one.  The
3  only -- the only information I have is
4  from Dr. Sawyer saying that.  And I don't
5  know that he's correct.
6      Q.   Doctor, have you analyzed
7  whether or not the Bonferroni technique
8  is rarely used in epidemiological studies
9  assessing safety risk in the past 20
10  years?
11      A.   Same kind of answer.  I'm
12  just -- I don't -- I don't know where I
13  would go to find out what the prevalence
14  is of the use of Bonferroni.
15          But I'm not aware that the
16  qualifier "rare" would be true.  I just
17  don't know.
18      Q.   Doctor, do you know whether
19  or not other experts in this valsartan
20  litigation have testified that the
21  Bonferroni technique is rarely used in
22  epidemiological studies assessing safety
23  risk?
24      A.   I don't know.  I don't know

Page 149

1  the testimony of other -- other experts.
2      Q.   Are you aware of whether or
3  not other experts on behalf of defendants
4  have testified that the Bonferroni
5  technique is rarely used in
6  epidemiological studies assessing safety
7  risk?
8      A.   So --
9          ATTORNEY DAVIDSON:
10          Objection.  Asked and answered.
11          THE WITNESS:  Yeah.  Sorry.
12          I still don't have awareness
13      of what they've testified to.
14  BY ATTORNEY NIGH:
15      Q.   Do you have any reason to
16  disagree with them?
17      A.   I mean, if -- I don't have
18  any reason to disagree in the sense that
19  if they can cite something, I would be
20  happy to look at it.  But it's not
21  something I'm aware of I.
22          I mean, my colleagues still
23  talk about using it, you know.  So I
24  don't know where the rareness idea comes

38 (Pages 146 - 149)

Page 150

1 from.
2    Q.    When you say your colleagues
3 still talk about using it, they talk
4 about using it in assessing safety risk
5 in epidemiological studies?
6    A.    No. So here we're talking
7 about, I guess, a pharmacoepidemiology
8 study.
9        So I don't know about the
10 state of, you know, what the preferred
11 false discovery rate techniques are for
12 safety studies.
13        But I'm talking about
14 epidemiologic studies in general where
15 the concept is generally the same, right.
16 You do a lot of tests, you're going to
17 get a lot of wrong answers. And you want
18 to minimize the chance that that's
19 happening.
20    Q.    Bonferroni is assessing the
21 chances of whether or not one or more of
22 the results in a study may have been --
23 may have led to a false discovery or a
24 false positive rate, correct?

Page 151

1    A.    I don't accept that, no. I
2 think -- I think it's a technique that's
3 used to reduce the risk of that.
4        And so that what it does is
5 it helps you to create a P value. So
6 instead of the conventional .05, which is
7 the 5 percent Type I error rate that
8 you're baking into your study, it makes
9 it something much smaller than .05. It's
10 not just one specific number.
11    Q.    So you think -- do you think
12 it would be appropriate, in assessing
13 safety risk, if there are 100 outcomes
14 analyzed in an epidemiological study that
15 you would divide the P value of .05
16 divided by 100?
17    A.    I don't think that's the
18 right technique. I don't think it's
19 simple math like that.
20        There's -- there's other
21 weighting that goes into it. And I don't
22 conduct those analyses myself. So I
23 can't describe to you in detail how the
24 technique is actually applied.

Page 152

1        But I don't know. I mean, I
2 don't know what opinion we're -- we're
3 trying to augment here about something
4 about safety.
5        I mean, I guess if the
6 issue -- if the issue is about getting
7 the truth, then you ought to take some
8 care. If you don't care about the truth
9 and you're willing to have a lot of false
10 positives, and that somehow feeds into
11 some idea about safety, I guess go for
12 it, right.
13        But it's -- it doesn't -- it
14 certainly doesn't enhance your ability to
15 find the truth.
16    Q.    So you don't believe that
17 the way in which you find a Bonferroni
18 score is to divide the P value divided by
19 the number of outcomes assessed in the
20 study?
21    A.    I just don't -- I don't
22 remember. I don't -- I don't conduct
23 that part. Like, I work with
24 biostatisticians in our studies. And so

Page 153

1 I don't -- that's not part of my work is
2 to conduct it.
3        ATTORNEY DAVIDSON: A good
4 time for a break?
5        ATTORNEY NIGH: I think so.
6        ATTORNEY DAVIDSON: You just
7 seem to be --
8        ATTORNEY NIGH: No, now is
9 no problem. I am moving to
10 something different.
11        So let's take a ten-minute
12 break.
13        VIDEO TECHNICIAN: Off the
14 record, 1:43.
15        - - -
16        (Whereupon, a brief recess
17 was taken.)
18        - - -
19        VIDEO TECHNICIAN: We are
20 back on the record at 2:00 p.m.
21        ATTORNEY NIGH: Doctor, I do
22 not have any other questions.
23 Thank you.
24        THE WITNESS: Thank you.

39 (Pages 150 - 153)

Page 154

1      ATTORNEY DAVIDSON:  Sorry.
2  I don't think I heard you.
3      ATTORNEY NIGH:  I don't have
4  any other questions.
5      ATTORNEY DAVIDSON:  Okay.
6  Let's just take a five-minute
7  break.  I think I might have one
8  question, max.
9      VIDEO TECHNICIAN:  Off the
10  record, 2:00 p.m.
11      - - -
12      (Whereupon, a brief recess
13  was taken.)
14      - - -
15      VIDEO TECHNICIAN:  We are
16  back on the record at 2:02 p.m.
17      - - -
18      EXAMINATION
19      - - -
20  BY ATTORNEY DAVIDSON:
21      Q.  Dr. Diette, you were asked a
22  couple of questions earlier today about
23  my client, ZHP.
24      Do you generally understand

Page 155

1  what ZHP's role is in this lawsuit?
2      A.  Well, yeah, I mean, I know
3  they're -- they're a pharmaceutical
4  company, obviously, from -- from China.
5      And I understand one of
6  their products is valsartan that was
7  contaminated with NDMA.
8      ATTORNEY DAVIDSON:  I don't
9  have any other questions.
10      ATTORNEY NIGH:  Okay.  No
11  questions here.  Thank you.
12      VIDEO TECHNICIAN:  That
13  concludes today's deposition.  The
14  time is 2:03 p.m.
15      - - -
16      (Whereupon, the deposition
17  concluded at 2:03 p.m.)
18      - - -
19
20
21
22
23
24

Page 156

1      CERTIFICATE
2
3
   I, Amanda Maslynsky-Miller, Certified
4  Realtime Reporter, do hereby certify that
   prior to the commencement of the examination,
5  GREGORY DIETTE, Ph.D., was remotely sworn by
   me to testify to the truth, the whole truth
6  and nothing but the truth.
7
   I DO FURTHER CERTIFY that the foregoing is a
8  verbatim transcript of the testimony as taken
   stenographically by me at the time, place and
9  on the date hereinbefore set forth, to the
   best of my ability.
10
11  I DO FURTHER CERTIFY that I am neither a
   relative nor employee nor attorney nor
12  counsel of any of the parties to this action,
   and that I am neither a relative nor employee
13  of such attorney or counsel, and that I am
   not financially interested in the action.
14
15
   _____
16  Amanda Miller
17  Certified Realtime Reporter
   Dated: May 9, 2025
18
19
   (The foregoing certification of this
20  transcript does not apply to any reproduction
   of the same by any means, unless under the
21  direct control and/or supervision of the
   certifying reporter.)
22
23
24

Page 157

1      INSTRUCTIONS TO WITNESS
2
3      Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8      After doing so, please sign
9  the errata sheet and date it.
10      You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14      It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

40 (Pages 154 - 157)

Page 158

```
1          - - - - - -
        E R R A T A
2          - - - - - -
3 PAGE  LINE  CHANGE
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
```

Page 160

```
1        LAWYER'S NOTES
2 PAGE  LINE
3   ____  ____  _____
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
```

Page 159

```
1     ACKNOWLEDGMENT OF DEPONENT
2
         I,_____, do
3  hereby certify that I have read the
   foregoing pages,  1 - 155, and that the
4  same is a correct transcription of the
   answers given by me to the questions
5  therein propounded, except for the
   corrections or changes in form or
6  substance, if any, noted in the attached
   Errata Sheet.
7
8  _____
   GREGORY DIETTE, Ph.D.          DATE
9
10
   Subscribed and sworn
11 to before me this
   _____ day of _____, 20_____.
12
   My commission expires:_____
13
14 _____
   Notary Public
15
16
17
18
19
20
21
22
23
24
```

41 (Pages 158 - 160)

**[& - accurate]**                                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&** 2:3,10 88:21 89:3 | | | |

**1:20** 1:7
**1:43** 153:14

**50/50** 86:20
**553-2100** 2:18

113:10 134:5
**above** 1:16 141:24 142:24 143:9

| **0** | **2** | **6** |
|---|---|---|

**0.9** 141:21
**00946** 1:7
**05** 151:6,9,15

**20** 86:3 147:24 148:9 159:11
**200** 2:16
**2017** 106:17
**2024** 9:2
**2025** 1:11 5:15 156:17
**212** 2:12
**25** 37:14
**2500** 2:17
**2:00** 153:20 154:10
**2:02** 154:16
**2:03** 155:14,17

**6** 3:6
**6.8** 34:23 36:23
**60** 36:23 83:24
**600** 10:5
**600,000** 88:14
**600-8090** 2:6
**601** 2:11
**65** 34:23
**678** 2:18

**absence** 96:24 117:9
**absolutely** 133:9 140:4
**abstract** 21:20 21:23 22:8,9 22:16 23:2 25:5,6,11
**abstracts** 24:23 25:2

**1**

**1** 4:17 141:22 141:24 142:21 142:24 143:9 159:3
**1.2** 143:4
**1.86** 12:18
**10.68** 34:18
**100** 9:19,24 151:13,16
**10022** 2:11
**1049** 2:5
**11** 34:20 36:10 36:11,13
**11:03** 1:16 5:16
**12** 34:2,11 36:7 36:12
**12:11** 83:12
**12:41** 83:18
**1333** 2:4
**154** 3:6
**155** 159:3
**17** 106:18
**18** 106:18

**7**

**70** 43:19
**75** 37:14

**accept** 145:8 151:1
**account** 78:22 93:18 97:19 98:11 112:21
**accounted** 95:10 96:6 100:5 114:7
**accounting** 118:10 119:9 144:21 145:8
**accounts** 114:12 145:16
**accumulation** 95:7
**accuracy** 75:24
**accurate** 9:15 10:10 84:7 90:10 157:20

**3**

**30** 157:16
**300** 88:14
**30305** 2:18
**31605** 156:15
**32563** 2:5
**3333** 2:17

**8**

**8** 1:11
**850** 2:6
**8th** 5:15

**9**

**9** 156:17
**9/11** 34:9
**90** 27:24
**95** 138:24

**4**

**40** 134:9
**446-4800** 2:12

**a**

**a.m.** 1:16 5:16
**ability** 124:13 152:14 156:9
**able** 30:13 35:4 35:6 43:10 47:21 66:24 69:2 92:14

**5**

**5** 4:17 88:14 151:7
**50** 9:24 36:23

**acknowledg...**
159:1
**act** 17:1,9,11,15
**action** 156:12
156:13
**active** 76:15
77:24 78:9,13
79:8,9 80:1
82:6 128:24
129:12,21
130:5,13,22
131:2,18
**activity** 129:8
**actual** 64:19
94:14 95:12
99:14 135:24
141:6
**actually** 10:17
60:12,21 75:16
104:12 109:13
110:5 114:6
123:15 135:17
151:24
**adage** 18:11
**address** 113:13
**addressed**
92:14
**adjusted** 95:4
96:4 116:5,9
**adjustment**
96:1
**administration**
142:17

**administrative**
71:21 72:6
76:15
**advantages**
66:19,20
**affect** 63:23
81:21 82:1
117:16 118:16
134:12
**affected** 57:18
**affirmatively**
94:20
**age** 95:4,5,8,12
**agent** 16:19
**aggregate**
86:13
**aggressiveness**
40:5,7,13,16,18
40:22
**ago** 15:12
51:14 56:4
86:4 88:1 90:7
93:7
**agree** 46:20
54:15 111:21
126:1 143:3
**agreed** 5:3 6:3
**ahead** 37:3
110:1 145:20
**al** 1:6,7
**alcohol** 81:9
97:24 98:12
99:9,12,20,22
100:1,12 101:5

**altogether**
108:23
**amanda** 1:17
6:11 156:3,16
**amount** 19:6,12
19:20 20:6,11
20:15,16,22,23
21:2,5,7 27:8
27:11,16 28:11
28:19 136:15
136:16
**amounts** 112:4
112:5,7 132:21
**analyses** 63:5
63:16 65:16,21
95:3 106:22
109:15 110:23
112:15 114:2
116:17 117:14
117:14 118:14
119:1,2 120:23
120:24 121:2
127:12,15
136:13 138:6
144:10 151:22
**analysis** 30:16
31:5 61:21
63:11 96:8
102:17 106:1,8
106:16 109:6
114:12 115:18
118:12 131:10
134:13 137:9
143:17 144:14

**analyze** 111:6
115:2 131:5
133:21 134:5
**analyzed** 94:17
95:22 96:13
148:6 151:14
**animal** 16:24
17:5 39:21,23
40:17,20 41:1
42:9,18 43:12
**animals** 17:2
17:10 44:2
**answer** 4:5
7:17 16:6 21:8
33:23 56:18,24
58:7,14,22
59:6 64:24
104:4 108:16
110:4 111:19
120:18 125:14
126:15,23
127:7 128:1,1
129:2,24 130:8
130:10 131:24
132:18,20
133:10 134:2
148:11
**answered**
26:12 126:10
130:18 149:10
**answering**
19:24 56:12
62:22 79:21
98:19

**[answers - awareness]** Page 3

answers 54:2
150:17 159:4
anticipate 71:3
apologize 31:1
145:21
appearances
2:1
appearing 6:2
application
114:18
applied 151:24
apply 156:20
appropriate
151:12 157:6
appropriately
138:12
approximately
8:23 9:4 34:19
85:23 88:6
argue 127:3
138:12
argued 138:16
article 34:5,12
36:8 59:23
60:2 64:8
119:19
articles 120:9
articulate 38:9
articulated
19:17 48:16
76:5
ascertain 45:8
ascertaining
66:22

asked 42:13,15
54:8 55:23
58:22 62:23
130:18 149:10
154:21
asking 40:3
55:8 56:11
79:22 90:15
97:15 108:22
125:15,23
132:1 144:15
assess 29:16
68:10 75:15
77:9 80:8,17
81:7
assessed 67:15
152:19
assessing 76:22
77:5,23 133:13
133:16 146:23
147:17,23
148:9,22 149:6
150:4,20
151:12
assessment
82:3
associated
111:20 113:9
assume 7:18
101:11 128:11
assuming 28:4
assumption
53:10 81:6

assumptions
80:23 136:20
asymptomatic
76:20 77:9
atlanta 2:18
atsdr 13:24
16:17 17:7
117:7 119:16
attached
157:12 159:6
attempt 75:15
76:18 77:19
110:19
attempted 21:5
75:6,7,11
attorney 3:6,6
6:21 8:1,9,10
8:18,19 30:19
31:2,7 32:2
56:9,14,17,20
56:23 57:22
58:9 67:8 83:3
83:19 119:18
120:4 126:16
126:19,21,24
127:5,9 130:17
130:19 134:14
135:14 149:9
149:14 153:3,5
153:6,8,21
154:1,3,5,20
155:8,10
156:11,13
157:16

augment 152:3
author 36:10
115:11
authors 48:15
48:22 57:4,9
60:6 63:23
64:12,14 76:5
80:23 82:21
107:20 108:2
108:17
automatically
29:3 125:4
126:4 139:6
available 21:22
24:2,16 27:24
38:4 137:13
avenue 2:11
average 29:8
31:15 36:13
73:6 80:23
143:18
avon 89:23
aware 25:18
39:3 40:12
56:2,4 67:13
105:8 114:1,17
122:5,22
125:10 126:6,7
126:12 148:15
149:2,21
awareness
132:9 149:12

[b - cancer]                                                        Page 4

| **b** | 149:3 | 59:5 61:3,22 | **boniol**  106:17 |
|---|---|---|---|
| **b**  3:10 | **beings**  31:16 | 63:3 67:1,2,5 | 106:19 110:24 |
| **back**  8:5 15:11 | 40:11 121:15 | 73:13,15 74:19 | **break**  7:9,11 |
| 36:21 59:11,22 | 121:16 | 91:21 | 83:5 94:24 |
| 83:18 88:1 | **belief**  52:21 | **biases**  26:13 | 153:4,12 154:7 |
| 93:7,7 102:14 | 92:7 102:4 | 51:9 59:20 | **breeze**  2:5 |
| 153:20 154:16 | **believe**  9:18 | **big**  25:3 55:4 | **brief**  83:14 |
| **background** | 17:9 25:15 | **bill**  2:22 5:12 | 153:16 154:12 |
| 129:5 | 38:22 50:4 | 10:3 | **briefly**  6:6 |
| **backgrounds** | 51:21 59:12 | **biologist**  15:5 | **broad**  124:24 |
| 42:14 | 68:9 70:16 | **biology**  16:7 | **broken**  103:14 |
| **baked**  25:6 | 73:20 74:21 | **biostatisticians** | **brought**  113:20 |
| 110:16 137:7 | 77:12,14 99:11 | 152:24 | **bruce's**  14:18 |
| **baking**  151:8 | 101:3 105:1,13 | **biostatistics** | **bumb**  1:4 |
| **ballpark**  84:7 | 106:16 108:15 | 147:8 | **c** |
| **band**  66:12 | 108:18 115:16 | **bit**  8:6,13 13:22 | |
| **bankrupt**  90:8 | 138:14 152:16 | 27:12 44:4 | **calculate**  31:21 |
| **bars**  99:2 | **believed**  71:6 | 133:18 | 105:20 |
| **based**  31:24 | 136:21 | **bladder**  87:11 | **calculated** |
| 46:3 72:5 | **bell**  35:20 | **blanking** | 119:12 |
| 74:24 92:6 | **belongs**  41:2 | 115:10 | **calculation** |
| 105:19 120:6 | **benzene**  105:7 | **blood**  29:14 | 69:18,24 70:11 |
| 132:24 | **best**  54:2 89:16 | 76:22 77:7 | 70:18 |
| **basically**  34:14 | 156:9 | **body**  122:6 | **calendar**  8:22 |
| 63:17 | **better**  30:11,12 | 123:21 124:2 | **call**  11:10 22:4 |
| **basis**  72:9 | 52:14 98:21 | 125:19,22 | 69:7 123:22 |
| 132:17,19 | 101:20 137:1 | **bolt**  46:17 | **called**  25:5 |
| **beginning** | **bias**  26:2,8,10 | **bonferroni** | 40:13 146:4 |
| 117:2 | 26:14,15 50:11 | 145:13,15 | **camden**  1:2 |
| **behalf**  84:13,16 | 50:13,14,18,22 | 146:1,21 | **cancer**  16:7,12 |
| 85:19 86:9,10 | 51:8,23,24 | 147:15,21 | 27:10 28:4,6,9 |
| 87:20,21 88:17 | 52:2,20 53:7 | 148:7,14,21 | 28:17,23 29:5 |
| 89:14 91:1 | 53:19 54:14 | 149:4 150:20 | 29:17 30:3,18 |
| | 55:13,22 59:3 | 152:17 | 31:19 32:20,22 |

33:2,6,6,11,23
35:2,14 36:2
36:14 40:14
42:7 49:5 68:5
68:11,21 71:8
71:10,15 72:9
72:22 75:6,10
75:16 76:11
93:11,13,16
97:22 99:11,13
100:4 105:2,9
105:15 106:2
106:12 107:1
107:14,18
109:4,14,18
110:8,12,22
111:10,17
113:8 114:21
122:7 125:4,5
125:19 141:11
141:16,17
142:6 143:12
143:14,24
**cancers** 16:15
29:7,14,21
34:15,15,24
36:20 39:1
95:6 110:22
121:5
**capabilities**
124:20 125:12
**capable** 121:11
121:22 125:3
125:18

**capacity** 42:23
42:24 43:14
113:23 131:7
131:10,23
**caption** 10:8
**capture** 134:23
**captured** 106:7
**carcinogen**
15:23 16:4,9
17:15 28:23
41:23 103:17
119:3 125:17
126:7
**carcinogens**
14:8 17:20,23
29:18 39:15,23
40:7,18 41:9
42:4 43:2 98:5
102:24 104:13
104:20,24
107:11 108:4
108:22 109:12
109:17 112:6
117:1 121:1,22
124:12,19
125:11 126:8
126:13
**carcinoma**
122:19
**carcinomas**
123:2 124:8
**care** 152:8,8
**career** 122:15

**carefully** 157:4
**case** 1:6 7:24
8:21 9:5,20
10:8,20 11:4
12:24 14:13,19
16:20 40:23
41:6 58:16
64:10 66:2,5,9
66:17 67:3
85:3,18 86:5
87:4 88:4
122:4 123:9
124:4 128:3
**cases** 68:5
84:16 86:16,24
87:7,16 89:1
90:6
**categories** 62:2
62:5
**category** 86:14
118:6,12
**causal** 78:20
100:3
**causation**
11:24 14:12,23
14:24
**cause** 19:2,3
93:16,21 94:14
100:2
**caused** 68:11
**causing** 125:18
**cdc** 34:6
**celiac** 77:7,10

**center** 36:8
38:13 39:2,16
39:24 40:9,20
41:10 74:6
**certain** 13:7
86:18 90:5
104:7,7 118:12
125:20 134:23
**certainly** 13:17
19:15 20:20
23:7,17 33:8
35:10 45:14
47:22 59:15
68:19 70:1
73:17 93:12
102:10,11
116:24 125:5
152:14
**certificate**
156:1
**certification**
5:4 156:19
**certified** 1:18
156:3,17
**certify** 156:4,7
156:11 159:3
**certifying**
156:21
**challenging**
69:1
**chance** 120:19
140:14,17,18
146:15,19
150:18

**[chances - compared]**                                Page 6

chances   150:21
change   48:7,7
   49:2 57:15
   111:20 145:7
   158:3
changed   48:4
changes   157:11
   159:5
chaos   140:4,4
   140:10
characteristics
   13:5 17:20,23
   18:8 39:13,14
   39:21,22 41:1
characterize
   147:6
chemicals
   102:15
cherry   82:11
   140:5
china   155:4
chloride   34:1
   35:5,12
chocolate   99:2
choose   72:17
chose   38:7
   108:2
cigarettes   93:9
circumstances
   112:23 125:20
   125:22
cite   149:19
cited   26:3,6,22
   27:3 34:5,11

34:12,22 36:10
   115:6
citing   36:7
claims   44:23
   46:10
clarification
   67:7
clarify   61:24
   98:19
cleanup   34:10
clear   25:3
   108:5,8
clearly   71:10
   95:5 97:7 99:9
clerk   2:4
client   154:23
clinic   72:23
clinical   65:14
   65:18,20 67:14
   67:17 70:23
   73:8 77:20
   122:9 123:3
   124:9
clinically   77:2
clinician   72:3
clinicians   72:1
closer   8:13
clustered   66:14
clustering
   100:20
code   72:8
coder   72:21
coders   76:14

codes   72:5,18
   74:17
coding   74:15
coffee   83:10
   93:8,10,12,15
   94:2,3 113:7
cohort   44:11,15
   45:17 52:8
   66:1,4,7,16
   67:19,23 73:23
cohorts   44:14
colgate   89:22
colleague
   146:10
colleagues   64:5
   149:22 150:2
college   2:4
colon   122:16
combining
   137:22
come   24:4
   54:23 70:12
   87:14
comes   44:5
   72:1 149:24
coming   70:18
commencem...
   156:4
commencing
   1:16
commission
   159:12
commit   19:19
   20:4,9

common   147:9
communicate
   108:1
companies   48:5
   89:13 90:2,17
   90:24
company   46:23
   89:4 102:1
   155:4
comparator
   77:24 78:4,4,5
   78:9,13 79:8
   79:10 80:2
comparators
   82:7
compare   20:14
   20:21 21:1,5
   21:10 22:19
   23:15 39:12,18
   39:20 40:4,15
   43:9 52:17
   96:3 104:2
   130:20 131:12
   131:20 135:18
   135:20
compared
   20:23 73:22
   74:23 79:11
   80:2 102:7,18
   105:15 107:16
   111:3 112:6
   132:13,22
   133:6 138:5

**[comparing - correct]**                                   Page 7

| | | | |
|---|---|---|---|
| **comparing** 79:7 102:18 137:19 144:24 | **concerns** 57:10 | 100:6 | 70:22 144:2 155:7 |
| **comparison** 43:11 58:13 144:13 | **concluded** 155:17 | **confounders** 60:9,14 94:21 95:17 96:6 98:2,10 | **context** 16:1 126:3 |
| **comparisons** 41:6,7,8 144:22 145:1,9 | **concludes** 155:13 | **confounding** 26:14 91:7,11 91:20 92:2,13 92:18 93:24 94:8,18 95:20 96:14,20 97:2 97:11,12 98:14 99:10,14,21 | **contrary** 60:12 |
| **compensate** 39:9 | **conclusion** 82:12,13 | | **contribute** 45:18,19 |
| **compensated** 34:8 38:1,12 | **conditions** 30:6 | | **control** 61:2 156:21 |
| **complaint** 128:22 | **conduct** 151:22 152:22 153:2 | | **controlled** 66:2 66:5,9,17 67:3 |
| **complaints** 128:17,19 | **conducted** 67:23 | | **conventional** 151:6 |
| **complete** 15:22 16:3 89:20 134:4 | **conference** 25:10 | **consider** 33:6 57:13 59:21 64:10 123:7 124:6 | **conventionally** 139:4 |
| **completely** 6:8 52:9 | **confidence** 138:24 | | **copy** 85:15 |
| **component** 129:7 | **confidently** 69:2 93:15,17 | **consideration** 97:1 | **correct** 7:4 11:24 13:6 15:23 17:2 30:18 31:6 32:5,9,12,23 33:4 36:15 41:23 43:5,12 46:2,7,14 47:7 49:8,12 50:11 50:23 52:20 53:3,20 56:8 61:4,5,23 62:20 63:3 66:5,6 67:15 67:20,24 68:7 68:8 69:9,20 70:13,23 71:16 72:10 73:15 |
| **con** 99:20 | **confined** 74:5 | **considered** 18:7 33:12 56:7 60:11 91:21 | |
| **concept** 27:22 45:17 48:3 64:4 69:23 82:14 123:12 145:23 146:7 146:13 150:15 | **confirmed** 94:18,19 95:20 96:14,20 | | |
| | **conflict** 26:20 63:22 64:13,15 | **considering** 107:9 | |
| | **conflicted** 22:15 | **consulting** 86:2 86:8 88:8 | |
| | **conflicting** 22:20 | **contain** 133:3 | |
| | **conflicts** 26:6 26:16,23 64:19 | **contained** 133:7 | |
| **concern** 57:6 | **confounder** 91:19 92:11 93:20 95:9,13 96:9 97:7 99:6 | **contaminated** 12:17 33:22 60:17,18,24 62:13 63:20 | |
| **concerning** 122:6 | | | |

**[correct - depending]**                                                    Page 8

75:6,7,11,12,17
76:23 77:11,17
78:1 79:12
80:3 81:22
82:13,17,23
84:1 92:15,20
94:3,11 95:22
98:15 100:14
109:4 110:8
111:4,10,11,17
111:19 114:15
119:4 121:2,12
122:2 124:14
124:21 125:15
127:16,17
135:21 136:18
137:20 138:1,7
139:16 140:14
141:1,12,19
143:14 144:4
145:14 146:4
146:24 147:3
148:5 150:24
159:4
**corrections**
157:5,7 159:5
**correlation**
112:22
**counsel**  5:3 6:9
156:12,13
**count**  68:2 84:4
**countries**  47:6
47:11,16 48:24

**country**  47:24
48:6 74:11,12
**couple**  7:7
10:16 18:16
42:20,21 89:24
90:4 154:22
**course**  18:13
26:4 32:24
41:24
**court**  1:1,5,18
5:21 6:11
157:20
**covered**  38:16
38:17 54:1
**crack**  31:11
54:6
**create**  34:13
45:16 108:9
109:21 151:5
**culprit**  112:12
**curing**  102:5,18
102:24 103:12
103:18 104:14
112:1
**current**  113:23
**curve**  35:21
36:1
**cut**  103:4
**cv**  1:7

**d**

**d**  3:2 7:2
**dampness**
84:23 86:18

**daniel**  2:3 8:2
**data**  27:19
45:18 46:24
52:15 69:24
**database**  46:18
71:21 72:6
76:16 77:21
**databases**
44:23 46:10
74:3
**date**  1:17 5:14
156:9 157:9
159:8
**dated**  156:17
**davidson**  2:10
3:6 8:1,10
30:19 31:7
56:9 57:22
119:18 126:16
126:24 130:17
134:14 149:9
153:3,6 154:1
154:5,20 155:8
**day**  159:11
**days**  157:16
**deal**  25:3
**death**  75:10
**decade**  122:18
**decades**  29:1,3
29:4,11,15
30:10,11
**decide**  34:7
106:6

**decrease**
139:10 142:21
**decreased**
111:14,15
**deemed**  157:19
**deep**  17:4
**defendant**  2:13
128:12
**defendants**
2:19 86:11
87:1,22 149:3
**defense**  15:4
**definitely**  51:19
**degree**  73:12
**deliberately**
120:19
**demonstrate**
50:17
**demonstrated**
81:14
**demonstration**
109:1
**department**
101:4 102:6
103:3,12,19
104:15 112:1
**departments**
101:6 102:19
102:22 103:9
103:16 104:3
104:12
**depending**
41:22

[depends - distortion]                                            Page 9

**depends**  69:21
  71:1 73:17
  87:2
**deponent**  5:23
  159:1
**deposing**
  157:16
**deposition**  1:14
  4:2 5:17 6:2
  11:15 84:1
  120:10 155:13
  155:16 157:3
  157:13,17,19
**depositions**  7:4
**describe**  14:6
  19:12,20 93:1
  135:23 147:9
  151:23
**described**
  73:10 76:12
**describing**
  13:19 96:16
**description**
  3:12 23:6
  111:24
**descriptions**
  101:14
**design**  78:13
**designed**  31:13
**designs**  65:7
  78:1
**detail**  10:14
  95:15 97:5
  118:20 151:23

**detect**  76:10
**detected**  57:5
  72:10
**determine**
  115:18
**developed**
  71:10
**developing**
  78:23
**development**
  31:18 66:23
**deviation**  32:8
  33:13,17 35:7
  35:22
**deviations**
  32:12 35:13,18
**device**  87:6
**diagnosed**
  75:17 76:11
  123:23
**diagnoses**  72:4
  76:1 77:3
  122:9 123:4
  124:9
**diagnosis**  28:17
  71:15,19,24
  73:9 75:5
**diagnostic**  76:9
**dietary**  96:12
**diette**  1:15 3:4
  5:24 6:15 7:1
  119:19 154:21
  156:5 159:8

**differ**  81:1
**difference**
  53:24 54:7
**differences**
  22:7,14 39:13
  43:5 132:16
  133:24
**different**  12:15
  16:5 19:8,9,16
  21:2,11 30:2
  30:16,16 31:5
  36:9 41:2,22
  42:3,11,22
  46:23 52:9
  53:23 54:5
  56:16 62:2,6
  63:12 65:7
  74:1 76:4 96:2
  96:5 102:15
  104:3 108:21
  118:3 121:5
  123:21 135:4
  136:2,8 145:2
  145:6,9,11
  153:10
**differential**
  52:18 53:1,9
  53:18 54:13
  55:12 59:19
  60:5 73:14
  74:18,19
**direct**  156:21
**direction**  4:5
  140:8 141:20

**disagree**  84:5
  149:16,18
**discovered**
  123:15
**discoveries**
  122:14
**discovery**
  145:4,12,16,24
  146:14,20
  150:11,23
**discuss**  51:16
**discussed**  107:8
**discusses**  123:1
**discussing**
  32:19 35:23
  117:13
**discussion**  23:8
  108:8 119:15
**disease**  70:4
  77:7,10 78:19
  78:23 79:3,10
  82:1 85:1
**diseased**  80:10
  80:13
**diseases**  76:18
  81:16
**disgusting**
  101:20
**dispensation**
  137:7
**dispensations**
  137:4,6,15
**distortion**  74:8

**[distorts - elevated]**                              Page 10

**distorts**  91:22
**distributed**
  60:10,15
**distribution**
  32:14,21 34:3
  34:14 35:16
  36:1,18 38:17
  38:23 39:2
**distributions**
  37:23
**district**  1:1,1,5
  5:21,22
**dive**  17:4
**divide**  151:15
  152:18
**divided**  63:18
  151:16 152:18
**division**  5:14
**dnigh**  2:6
**doctor**  6:22 7:3
  7:22 8:20 10:6
  13:2 15:2,22
  17:19 18:10
  19:5 21:12
  24:22 26:1
  27:6 30:14
  31:3 41:21
  44:8 45:24
  56:18,24 60:23
  61:18 62:15
  63:21 65:1
  67:13 70:20
  71:12 77:22
  79:24 82:9,15

83:20 91:6
104:18 114:14
115:16 121:10
122:5,23
124:12 125:9
126:6,22
127:11,14
128:2,24
129:11,19
130:3,20 132:4
132:10 133:2
134:6 137:16
140:23 143:3
143:10,22
144:9 146:21
147:14 148:6
148:18 153:21
**doctors**  11:3,7
**document**  1:6
  13:24 35:9
  36:9 40:12
**documents**
  4:10 20:3
**doing**  17:4
  70:19 74:15
  76:22 82:9
  86:1 107:20
  112:19,20
  128:21 135:15
  140:21 157:8
**dosage**  127:18
  127:22 129:7
**dosages**  133:6

**dose**  18:11,18
  18:23,23 19:3
  19:4 127:12,14
  129:15,20
  130:4 133:14
  133:16 134:13
  136:13,15,22
**doubling**  62:12
**dr**  5:23 14:17
  14:17,18,21
  15:7,14,20
  61:6 119:18
  147:1 148:4
  154:21
**drank**  93:8
  94:2 100:12
**drawing**  76:22
**drew**  77:7
**drink**  94:3
  101:4
**drinkers**  93:10
  93:12
**drinking**  102:3
**drug**  79:11,16
  87:18 142:18
**drugs**  80:24
**drunk**  54:23
**due**  6:5 48:9
  49:2,7,19 50:9
  50:20 51:7,21
  53:2,16 59:3
  75:10 140:13
  140:16,17

**duly**  6:16
**duration**  68:24
  138:13
**dust**  103:10
  108:13 112:16
  116:3 118:2

**e**

**e**  3:2,10 7:2,2
  158:1
**earlier**  57:3
  154:22
**earliest**  122:22
**early**  102:13
**earned**  88:7
**eating**  99:2
**effect**  28:22
  100:7 108:12
  119:3,6 121:1
  129:10 141:10
**efficient**  8:4
**effort**  20:4
  21:10 38:10
**either**  11:12
  16:9 23:11,20
  31:1 44:16
  51:4 83:24
  112:22 137:8
  140:17
**elevated**  105:20
  110:12 113:9
  114:10 119:11
  139:20 143:1,2
  143:6,8,13


**[elevation - experience]**                                        Page 11

| | | | |
|---|---|---|---|
| **elevation** 106:4 | 150:14 | **estimated** | **example** 16:19 |
| 139:9 | **epidemiologi...** | 12:15 84:8 | 19:2 27:17 |
| **eliminate** 67:1 | 13:3,21 44:23 | **estimates** 29:17 | 29:6 47:17 |
| **eliminating** | 65:4,11 71:13 | 110:20 | 60:16 65:17 |
| 95:12 | 75:4,14 77:17 | **et** 1:6,7 | 72:2 74:2,12 |
| **ellis** 2:10 | 146:23 147:23 | **etmanon** 15:14 | 76:8 77:4,5 |
| **employee** | 148:8,22 149:6 | 15:17 | 78:17 89:23 |
| 156:11,12 | 150:5 151:14 | **evaluate** 26:1 | 93:4,19 94:1,4 |
| **employer** 46:3 | **epidemiologist** | 27:7 28:11 | 95:3 97:20 |
| **encourage** | 135:7 | 43:4 48:3 59:1 | 98:23 112:16 |
| 17:17 | **epidemiology** | **evaluated** 18:6 | 112:17 113:7 |
| **endorse** 55:15 | 91:8,10,12 | 48:1 51:6 | 114:9 116:3 |
| 55:17 | **err** 38:11 | 61:18 117:7 | 122:16 125:2 |
| **endpoint** | **errata** 157:6,9 | **evaluating** 13:2 | 134:10 143:4 |
| 123:14 | 157:12,15 | 43:1 49:5,18 | 145:15 |
| **endurance** 7:9 | 159:6 | **event** 55:2 | **examples** 72:23 |
| **english** 91:15 | **error** 50:14,15 | **evidence** 24:3 | 98:1 |
| **enhance** 152:14 | 50:19 52:2 | 31:24 33:7 | **except** 5:6 |
| **enrolled** 44:12 | 67:9 73:13,20 | 60:12 65:2,4 | 159:5 |
| **ensure** 6:7 | 74:21 151:7 | 65:12 66:8,18 | **exception** |
| **entered** 27:19 | **errors** 74:3,4,8 | 67:18,19 | 16:20 88:21 |
| **entire** 38:17 | 74:14 | 141:23 | **exclude** 69:3 |
| 74:11 | **especially** | **exact** 36:22 | **excluded** 63:6 |
| **entities** 17:6 | 102:13 | 53:24 64:24 | **exercise** 37:22 |
| **entitled** 119:21 | **esquire** 2:3,10 | **exactly** 32:6 | 39:5,11 41:15 |
| **environment** | 2:16 | 99:24 125:15 | **exhibits** 3:13 |
| 73:8 98:5 | **essentially** | 127:1 141:13 | **existent** 81:24 |
| 101:10,11 | 17:16 | **examination** | **existing** 17:17 |
| 108:4 | **estimate** 9:7,12 | 6:19 154:18 | **exists** 23:13 |
| **epidemiologic** | 28:22 34:17 | 156:4 | **expect** 52:3 |
| 24:3 26:11 | 70:2,3,7,12 | **examine** 42:8 | **expected** 70:5 |
| 65:24 107:24 | 139:16,18,19 | 63:24 | **experience** |
| 123:13,18 | 143:8 | **examined** 6:17 | 43:24 |
| 135:24 140:21 | | | |

**experimented**
61:9
**experiments**
61:11
**expert** 10:18
14:19,20 15:4
19:10,16 41:13
42:22 47:10,23
85:8 87:6
**expertise** 123:6
**experts** 12:15
148:19 149:1,3
**expires** 159:12
**explained**
43:14 44:9
**explanation**
119:11
**exposed** 61:19
62:16 68:6
69:6,19 73:21
74:22 100:10
100:13 102:23
103:10,17
104:13,20
106:12 112:3,5
112:7 144:1,2
**exposure** 28:5
28:16 30:1,2
31:17 49:24
66:22 91:23
94:10 107:10
107:15 109:2
109:11,16
110:6 111:1,7

111:8,13,15,15
114:19 115:3,8
137:5,20
**exposures** 98:7
100:20 110:7
110:17,21
**extent** 13:7
95:24 121:20

**f**

**fabi** 90:6
**fact** 18:24
70:19 81:6
101:7
**factor** 91:7,12
91:20,22 92:2
93:24 95:6
97:6 99:3,10
99:12,15,21,22
100:1,2 105:1
107:13 109:17
116:10,11,11
139:7
**factors** 92:14
92:18 94:8,18
95:20 96:14,21
97:2,11,12,20
98:14 100:21
104:9 105:9
**factory** 101:6
102:7,8,19,22
103:16 107:12
107:16,18
108:23 109:2

109:12 111:9
**factually**
128:15
**fail** 39:9 157:18
**failed** 50:16
140:20
**fair** 7:20,21
147:5
**false** 51:9,23
52:1,4,8 145:4
145:12,16,24
146:13,20
150:11,23,24
152:9
**familiar** 13:12
15:18 17:24
64:4
**famotidine**
80:3,5,9 81:2,3
81:8,14
**far** 24:6 54:3
**favor** 82:11
**fdr** 144:24
146:4
**feasible** 46:19
**feeds** 152:10
**feel** 56:10
**field** 16:7 42:12
91:18 121:18
123:6 136:12
**figure** 47:21
**filing** 5:4
**financially**
156:13

**find** 12:20
28:20 33:20
35:4,6 38:3
58:3 68:18,20
68:21 76:6
93:12 94:17
95:19 96:13,20
109:9,22,23
110:12,15
141:6 148:13
152:15,17
**finding** 67:10
139:12 140:6
141:15 142:16
**findings** 60:22
92:20 143:12
**fine** 120:15
**finish** 113:1
**finished** 129:15
129:20 130:4
**fired** 54:22
**first** 7:8,23
8:20 33:12,20
86:4 100:13
115:11 130:2
131:4
**fit** 35:21
**five** 83:8 154:6
**flaw** 112:9,10
**fledged** 22:1
**florida** 2:5
**focused** 123:17
**focuses** 122:7

**focusing** 125:7
**follow** 27:8,11
  27:20 28:11
  29:1,11,16
  44:9,18,21
  45:2,5,12
  46:14 48:9
  49:2,7,19 50:2
  50:9,20 51:7
  51:21 52:4
  53:2 57:21
  68:15,24
**following** 47:2
**follows** 6:17
**foregoing**
  156:7,19 159:3
**form** 5:6
  126:20 159:5
**format** 22:1
  46:4
**forming** 64:9
  120:21 124:5
**forth** 14:8 22:2
  34:10 47:11
  102:3 156:9
**found** 57:9
  113:8 126:2
  138:4,12,17
  139:8 141:10
  143:13
**foundation**
  57:24
**four** 38:7 83:23
  84:12 85:7

88:7 90:15,23
  91:5
**fourth** 100:11
**frank** 35:19
  43:16
**front** 84:19
  85:9 113:19
  116:1 118:18
**fruitful** 59:14
**full** 22:1
**fulsome** 23:5
**fumes** 103:11
  108:14 112:17
  114:11 116:4
  118:3
**function** 94:12
**functions** 99:24
**fund** 38:13
**fundamental**
  122:13
**further** 75:21
  156:7,11

**g**

**gaston** 1:6
**geigert** 2:22
  5:12
**general** 10:19
  10:19 11:23
  12:10 14:11,24
  18:20 19:22
  30:15 34:20
  36:20 45:2
  46:20 52:21

65:6 95:2 99:1
  100:18 125:24
  145:19,23
  150:14
**generalization**
  124:23
**generally** 35:1
  52:19 53:17
  55:9,12 64:3,6
  73:13 93:23
  94:6,9 101:13
  118:8 150:15
  154:24
**generic** 45:7
**generous** 71:20
**genotoxic**
  16:18
**georgia** 2:18
**germany** 47:13
  74:12
**getting** 30:18
  152:6
**gibbs** 15:20
**give** 11:18
  12:23 31:14
  54:3 70:21
  129:2
**given** 12:4 39:5
  95:7 107:5
  159:4
**glean** 22:23
**go** 7:6 28:19
  30:7 37:2
  59:11 82:12

102:1 104:9
  110:1 120:17
  123:2 143:21
  143:21 145:20
  148:13 152:11
**goes** 151:21
**going** 7:18 8:2
  30:20,23 31:8
  37:24 45:15
  56:10 57:23
  59:7 83:4
  88:10 99:7
  110:2 112:14
  115:23 146:16
  150:16
**goldenberg** 2:3
**golkow** 5:13
**gomm** 62:19
  127:15 133:14
  136:14 137:16
  137:21,23
**good** 5:10 6:22
  9:7,13 95:11
  99:4 101:12
  153:3
**government**
  47:17
**granular** 97:5
**great** 83:8
**greenberg** 2:15
**gregory** 1:15
  3:4 5:23 6:15
  7:1 156:5
  159:8

**ground**  7:7
**group**  52:13
  60:17,18 61:7
  61:9,9 70:5,6
  73:21 74:23,23
  94:10,11,14
**groups**  60:10
  61:2,8,20
  62:19 63:2,7
  63:13 68:6
  81:24
**growth**  17:17
  125:3
**gtlaw.com**  2:19
**guarantee**
  52:22 69:14
  72:12 73:5
**guess**  14:14
  25:1 31:12
  76:3 98:17
  106:5 114:18
  123:20 150:7
  152:5,11
**guessing**  47:8
**gulf**  2:5
**guy**  15:4
**guys**  127:2

**h**

**h**  3:10
**habits**  102:1
**half**  86:16,17
**handful**  110:20

**hanging**  98:9
**happen**  55:7
**happened**  28:1
  39:4
**happening**
  146:19 150:19
**happens**  46:15
  47:4,12 55:5
**happy**  41:18
  54:6 81:18
  149:20
**hard**  8:7 85:15
  86:12,13,13
  108:11
**harkins**  2:16
**harkinss**  2:19
**harm**  19:2
**hazard**  96:1
  138:9
**head**  58:7
  90:20 105:6
**hear**  8:7,16
  15:15
**heard**  6:8 18:11
  130:3 154:2
**hearing**  53:23
**heavy**  105:7
**held**  5:18 60:21
**help**  124:11
**helpful**  107:19
  109:20
**helps**  79:5
  151:5

**hepatocellular**
  121:11,23
  123:1 124:8
  126:14
**hereinbefore**
  156:9
**hidajat**  75:9
  96:19 97:11,13
  98:14 99:17
  100:14 106:10
  107:6 108:17
  110:5,18
  111:12 112:4
  113:13 114:15
  115:6,11,13,17
  116:18 121:4
**hierarchically**
  106:6
**hierarchy**  65:2
  65:11,22 66:8
  66:15,18 67:19
  92:22 93:2
**high**  18:23 19:3
  75:19
**higher**  65:17
  66:8,17 93:13
  112:4,5 132:6
  132:11,16,21
  133:4,5 134:7
  134:8 138:5,9
  143:13
**highest**  65:22
  67:18

**hip**  87:11
**history**  90:16
**hoc**  69:23
  70:18
**hochberg**  146:9
**hold**  22:21
  47:22
**home**  84:24
**honorable**  1:4
**hope**  73:5
  79:13
**hopeful**  60:8
**hopefully**  8:15
  72:11 138:20
**hoping**  60:9
**hour**  10:4,5
  83:4
**hours**  9:5,19,24
**huahai**  1:7
  128:7
**human**  16:21
  31:16 40:11
  43:23 121:14
  121:16
**humans**  16:2
  16:16 17:11
  41:22 43:8,18
  125:13 126:9
  126:14
**hundreds**
  132:21
**hypothetical**
  134:15

| i | | | |
|---|---|---|---|
| **iarc**  13:18 18:2 | 29:15 47:20 | **incorrect**  140:1 | **influence**  94:21 |
| **icd10**  72:18 | 49:6,12 57:14 | **increase**  142:8 | **influenced** |
| **icd9**  72:7,18 | 60:14 66:21 | **increased** | 95:18 |
| **idea**  20:13 | 67:1 78:10,15 | 105:15 106:11 | **inform**  75:3 |
| 24:20 35:22 | 79:8 82:10 | 107:1 109:3,13 | 107:21 108:2 |
| 36:1 37:24 | 92:24 93:2,20 | 110:8 111:7,9 | **information** |
| 44:1 47:14 | 97:2 98:2 | 111:13,13,16 | 13:23 14:1,7 |
| 127:20 130:16 | 106:7 112:9,10 | 137:19 138:5 | 19:9 22:11,15 |
| 131:16 132:4 | 120:14 133:13 | 139:15,16,17 | 22:20,23 23:17 |
| 132:10 135:6 | **impossible** | 139:23,24 | 23:18 24:13 |
| 140:7 147:10 | 68:21 | 140:12,13 | 29:10,13 30:13 |
| 149:24 152:11 | **improper** | 143:23 144:4 | 31:14 34:1 |
| **identified** | 134:15 | **incredibly** | 35:4 38:2 |
| 139:7,21 | **inappropriate** | 112:9,10 | 42:10 43:4,7 |
| **ignore**  82:12 | 56:21 147:16 | **index**  4:2 | 44:5 45:10,14 |
| **ii**  50:10,13 | **incidence**  28:17 | **indications** | 45:22 46:17 |
| **iken**  2:4 | 93:11,13 | 80:22,24 | 50:6 53:12 |
| **illnesses**  34:8 | **include**  29:2,4 | **indicative** | 54:18 55:4,17 |
| **imagine**  20:18 | 66:4,16 116:24 | 78:19 | 70:15 72:17 |
| 121:13,17 | 118:1 136:2 | **individual** | 75:1,24 77:20 |
| **imi**  90:6 | 141:6,7 | 30:17 31:6,20 | 97:23 100:24 |
| **impact**  50:7 | **included**  13:17 | 58:11 62:1 | 105:22 112:2 |
| 55:4 | 27:8 28:12 | 116:14 137:9 | 133:13 135:20 |
| **imperative** | 61:1 62:18 | **individually** | 137:5 138:23 |
| 157:14 | 110:9 116:21 | 95:23 | 141:8 142:20 |
| **implant**  87:12 | **includes**  32:16 | **individuals** | 148:3 |
| **imply**  116:12 | 33:9 | 62:4 73:22 | **informative** |
| **implying** | **including**  57:8 | **indoor**  84:23 | 53:11,13 |
| 134:19,20 | 63:1 66:10 | 86:18 | **informed**  122:4 |
| **important**  13:4 | 102:2 108:13 | **industry**  103:9 | **ingested**  136:17 |
| 27:7,22 28:8 | 110:22 | 104:13,19 | **ingredient** |
| 28:10,18,24 | **incorporated** | 105:14,17 | 129:1,13 |
|  | 90:6 | 106:24 110:15 | **ingredients** |
|  |  | 111:2,4 | 129:22 130:5 |

**[ingredients - know]**                                                     Page 16

130:14,23
131:2,19
**inhibitors** 80:7
81:4
**initial** 45:16
143:17
**initially** 98:17
147:7
**initiate** 16:11
**initiating** 40:6
40:16
**inquiry** 75:22
**inside** 111:2
**instructions**
157:1
**insurance**
44:22 46:1,4
46:10,18,23
47:10,18,19,23
48:5 49:8,20
51:7,22 53:16
**insurances**
46:7,13 48:8
49:3 50:9,22
53:3 54:10
55:21 57:20
59:4
**interest** 26:7,17
26:20,23 28:5
63:23 64:13,15
64:19 118:2
119:10
**interested**
117:21 156:13

**interesting**
116:23 123:24
**interpret**
135:12 139:3
140:10 142:3
142:16
**interrupt**
142:13
**intervals**
138:24
**introduction**
108:2
**investigator**
71:5 92:5
**investigators**
135:10
**invoice** 9:17
**invoices** 9:9,11
9:14
**involved** 39:15
40:8,19 41:9
46:23 87:17
128:14
**irbesartan** 1:4
5:19
**isolate** 113:10
**isolated** 96:8
96:17 108:11
**isolation** 97:8
119:8
**issue** 20:7 28:2
48:9 49:6,12
49:16,18 51:16
52:9 55:19

57:14 68:13
78:15 80:21
89:11 99:8
113:21 120:14
152:6,6
**issues** 26:14
28:7 29:21
43:21 51:7
86:23 113:14
115:19 136:3,5
136:6
**item** 96:18

**j**

**jersey** 1:1,20
5:22
**jessica** 2:10
126:19
**jessica.david...**
2:12
**job** 13:19 54:22
89:21 95:11
107:21 114:19
115:2,8
**jobs** 46:2,6,12
46:22 50:21
53:17 54:12,17
54:19 55:1,10
55:20 101:22
**johnson** 88:21
88:22 89:3,3
**journals** 139:2
**judge** 1:5

**judgment**
112:11

**k**

**keep** 47:2 54:21
**key** 17:20,22
18:8 39:13,14
39:20,22
**kind** 25:6 26:8
35:3 54:1
61:15 88:9
89:17 98:18
100:19 101:18
148:11
**kinds** 42:13
**kirkland** 2:10
**kirkland.com**
2:12
**knew** 130:7
**know** 7:10 8:11
9:6,8,15,16
10:19 12:14,20
13:13,16,18,20
14:2,4,7,15
15:2,24 16:6
16:17,22,23
17:5,22 18:1,2
18:16,21 19:1
19:2,5,15 20:8
20:11 21:3,10
21:24 22:12
23:7,8,10,12
24:4,5,10
25:16,22,23

**[know - lead]**                                                                              Page 17

| | | | |
|---|---|---|---|
| 26:14,19,21 | 73:6,12,16,24 | 116:10,12,23 | **knowledge** |
| 27:21,23 28:1 | 74:2,4,5,7,9,10 | 117:1,7,8,9 | 30:5 92:7 |
| 28:2,14,21 | 74:11,13,17,18 | 118:2,5,11,17 | 126:11 |
| 29:4,6,7,12,20 | 76:3,7,8,9,15 | 119:16,24 | **known** 28:14 |
| 30:4,10 31:17 | 77:3,12,21 | 121:19,19,21 | 29:22 49:1 |
| 32:16 33:5,18 | 78:15,17 80:21 | 122:10,12,13 | 94:20 |
| 33:24 34:6,10 | 81:1,1 84:2,10 | 122:14,15,17 | **knows** 136:7,9 |
| 34:11 35:1,8,8 | 85:3,22 86:17 | 123:10,12,16 | **l** |
| 35:19,20 36:6 | 86:22 87:3,18 | 123:18,24 | |
| 37:11,21 38:10 | 88:20 89:5,11 | 124:3,15,22 | **lack** 101:19 |
| 38:15 39:5,8 | 89:21 90:12 | 125:5 126:3 | **lacks** 57:24 |
| 39:17 40:2,21 | 91:14,15 92:6 | 127:24 128:13 | **latencies** 29:8 |
| 43:15,16,17,18 | 92:23 93:7,14 | 128:22 129:3,4 | 31:15 36:20 |
| 43:22 45:13,22 | 93:14,16,20 | 129:5,7,9,11,14 | 37:7,8,21 38:6 |
| 46:16,22 47:10 | 95:2,4,5,6,8,16 | 129:17,19 | **latency** 12:15 |
| 47:12,15,16,17 | 96:2,3,16,22,24 | 130:1,1,9,12 | 12:19,22 28:7 |
| 47:18,22 48:19 | 97:3,4,8,18 | 132:2,15 133:1 | 28:15 29:22,23 |
| 48:24 50:3 | 98:3,20,21,23 | 133:2,10 134:3 | 29:24 30:1,5,8 |
| 51:1,3,3,12,14 | 99:3,11 100:6 | 134:18 135:1,2 | 30:14,15,17 |
| 51:18,19 52:11 | 100:15,16,18 | 136:3,4,7 | 31:4,5 32:1,5 |
| 52:12,14 53:4 | 100:18,23 | 137:11,23 | 32:20 33:13,19 |
| 53:5,6,7 54:16 | 101:15,17,19 | 138:18,20 | 33:21 35:7,13 |
| 54:18,24 55:5 | 101:24 102:2,9 | 139:3 142:1 | 36:3,5,14 |
| 57:5,7,8 58:6 | 102:21 103:8 | 146:14 147:2,5 | 38:18 39:10 |
| 60:3,6,8,14 | 103:15,20,21 | 147:7,11,18 | 41:21 42:3,7 |
| 61:6 64:7,16 | 104:5,6,7,16 | 148:5,12,17,18 | 43:3,8 44:2 |
| 64:18,22,23 | 105:5,6,20,21 | 148:24,24 | 49:11,15,17 |
| 65:8,15 66:13 | 105:24 106:2 | 149:23,24 | 50:2,3,4 |
| 66:15,20,21 | 107:4,8,20,21 | 150:9,10 152:1 | **law** 2:4 |
| 68:14,15,16,23 | 107:23 108:11 | 152:2 155:2 | **lawsuit** 155:1 |
| 69:2 70:8,16 | 109:7 110:11 | **knowing** 57:17 | **lawyer's** 160:1 |
| 71:9,24 72:12 | 110:21 112:8 | **knowingly** | **lead** 50:22 |
| 72:15,16,16,19 | 112:24 113:1 | 70:21 | 51:23 54:12,14 |
| 72:20,22,24 | 114:9,21 | | 55:12,22 61:3 |

61:22 63:2
67:5 73:13
**leading** 63:1
109:13
**leads** 51:8
52:19 53:17,19
55:13 109:3
111:16,20
**lean** 8:5
**learn** 29:10,12
**leave** 50:10
117:5
**leaves** 113:5
**leaving** 52:7
**led** 84:24 110:7
111:9 137:19
150:23
**lee** 21:16 24:11
**left** 98:9 133:19
137:2
**length** 27:17
28:3,10,13
**lesion** 122:17
**lesser** 111:8
**leukemia** 29:7
**level** 65:22
67:18 75:20
77:20 145:7
**levels** 102:15
130:21,24
131:12,17,20
132:6,12 133:4
133:8 134:7,11
134:11

**lexington** 2:11
**liability** 1:5
5:20
**life** 17:21
**lifestyle** 97:19
**likely** 38:19
51:8 59:2,5
70:24 81:9,15
**limit** 146:18
**limitations**
82:16,19,23
**line** 4:6,6,6,11
4:11,11,16,16
4:16,21,21,21
158:3 160:2
**lines** 18:18
32:18 41:12
**link** 77:19
**links** 57:2
**list** 18:1,3 84:4
84:19 85:22
89:9,18,19
90:10,13,15,19
90:21 91:5
105:3
**listened** 12:2
**listening** 79:19
**literal** 12:6
**literally** 42:8
43:9 58:18
127:1 135:7
136:24 137:14
**literature**
12:21 23:24

122:6,11,24
123:8,11,14,22
124:2,6 135:19
**litigation** 1:5
5:20 86:2,8
88:8 128:10,14
128:18 148:20
**little** 8:6,13
13:22 27:12
44:4 84:9
144:11
**live** 43:19,20
**liver** 33:11,22
35:2,13 36:2
36:14,16 40:14
42:7 68:5,11
68:21 71:15
72:9,22 75:6
75:10 81:15
97:22 99:10,13
100:4 105:2,9
105:15 106:11
107:1,13,18
109:3,14,18
110:8,12,22
111:17 124:14
124:21 125:5,8
125:12 126:4,5
126:8 141:11
141:16,17
142:6 143:12
143:14,24
**llp** 2:10,15

**locate** 120:11
**located** 44:16
**long** 8:16 32:21
34:24
**longer** 23:9
33:3,10 49:11
49:15,16
138:10,13
**look** 18:7 22:18
24:22 26:24
27:6 33:18
35:11 36:21
42:2,5,9 43:6
49:6,12 55:9
55:19 58:3
59:11,13,22,23
60:21 63:5,8
77:1 78:23
81:18 84:18
85:21 93:6,7
103:22 107:14
107:15 109:16
112:13 115:1
115:10,21,21
119:21 120:17
122:24 123:18
135:8,18
137:14 149:20
**looked** 13:10
16:16,18 20:3
20:5,14,21
24:8,24 36:4
38:18 41:5
43:3 48:2 51:5

**[looked - mean]**                                              Page 19

57:7 60:1,2
63:12 64:11,21
67:14 82:6
93:10 94:20
104:1 106:2
113:12 114:10
118:14 120:24
124:7 133:15
137:17 138:3
**looking**  9:10
12:13 17:6
27:9 38:24,24
40:24 43:11
58:10 64:23
67:23 69:4
72:21 78:8,21
93:22 94:7,7
97:22 110:5,14
111:1 117:19
120:22 122:15
123:22 129:9
136:2,15
**looks**  34:2 36:1
111:12
**losartan**  1:4
5:19
**loss**  44:9,20
45:1,4 46:13
48:9 49:2,7,19
50:2,8,20 51:6
51:21 52:4
53:2,16 57:20
**lost**  45:11

**lot**  8:3 23:11,20
25:6 54:18
55:6 58:20
60:4 93:8
108:1 150:16
150:17 152:9
**loud**  90:11
**low**  19:4 38:11
**lower**  84:9,10
112:7 133:5,7
134:11,11
**lowered**  102:14
**lowering**
146:19
**lowest**  101:23
**lung**  85:1 93:11
93:13,16 113:7

**m**

**m**  2:16
**made**  20:4 21:9
44:6 51:11
73:9 80:23
84:4 108:5
110:19 136:20
157:7
**magnitude**
132:11
**main**  80:20
114:20
**make**  25:3
31:22 39:4,8
50:5 58:20
69:1 79:21

92:19 108:8
157:4
**makes**  18:11
53:9 151:8
**making**  123:8
145:10
**malpractice**
86:16
**mamood**  14:21
**mansouri**
62:20 127:16
133:15 136:14
137:17,23
141:10 143:10
143:22
**manufacture**
129:20
**manufactured**
129:22 130:23
131:3,18,19
**manufacturer**
127:19,21
128:5 129:13
129:16
**manufacturers**
27:4 87:17,19
87:23 88:16,16
90:1,2,24
129:20 130:4
130:13,22
131:1,21 132:5
132:13,14,20
132:23 133:3,6
134:7,10,24

135:5
**manufacturing**
130:6 136:8
**manuscript**
22:1,12,14
**marie**  1:4
**marked**  3:13
4:20
**market**  127:21
133:5 134:9
**maslynsky**  1:17
156:3
**materials**  12:14
16:13 18:7
**math**  32:17
70:19 86:13
151:19
**matrix**  114:19
115:8
**matter**  5:18
89:6 96:11
98:17
**mattered**  96:10
**max**  154:8
**maybes**  55:7
**mean**  9:14 12:3
13:11 16:16
17:14 18:14
19:14 21:8,9
22:10 23:21
27:16,18 29:19
30:11 31:11,12
33:5 39:18
40:23 41:16

**[mean - mold]** Page 20

42:12 44:10
45:7 47:9,15
50:13 54:16,17
55:24 56:1
57:2 58:15,16
59:6 60:1 62:8
64:3 68:16
69:22,22 70:2
71:2,19,22,24
72:11 73:16
74:13,24 75:19
80:22 81:5
84:3,9 85:13
85:20 87:8
89:2,16 91:2,3
91:15 92:22
95:1,24 96:23
96:23 97:11
98:1 99:6,21
100:17 103:4
104:4 105:18
107:23 109:19
110:3,13 113:6
116:21 117:4,6
117:19 119:6
120:2,16
122:11,12,21
124:16,23,23
125:1,20 131:8
133:18 134:16
135:6,22 137:1
137:21 138:23
142:12 146:6
147:4,6 149:17

149:22 152:1,5
155:2
**meaning**  18:21
26:13 28:16
74:10 94:19
**means**  18:15
37:12 49:14
124:16 130:2
146:14 156:20
**meant**  53:22
99:7 130:8
**measure**  98:10
99:18 100:8
108:6 117:3
123:19
**measured**  44:2
71:14 75:5,9
98:6 107:8
**measuring**
79:17
**meat**  24:1
**median**  32:4,8
32:12,14 33:2
33:4 36:19
**medical**  10:13
10:22 75:22
86:15 87:6
**medication**
62:16,17 129:8
**medications**
78:16
**medicine**  62:9
78:24

**memorize**
35:10 59:16
118:20
**memory**  19:19
20:4,10 26:19
89:21 118:19
119:22 120:5
144:7
**men**  143:14,15
143:18,24
**men's**  143:21
**menial**  101:19
**mention**  97:10
117:1
**mentioned**
21:13 87:24
104:18 105:6
113:16 117:8
117:12
**meta**  65:16,21
106:1,8,16,22
109:6,15
110:23
**metals**  105:7
**method**  115:22
**methodology**
76:13
**methods**  23:6
119:14
**microphone**
8:12,14
**miller**  1:17
6:11 156:3,16

**milligram**
127:18,22
**milligrams**
133:15 134:9
**mind**  115:24
**minimize**
150:18
**minute**  153:11
154:6
**minutes**  83:8
**misclassificat...**
52:19 53:1,18
54:13 55:13
59:3,20 73:14
**missed**  93:21
**missing**  54:4
134:17
**misuse**  61:15
68:17
**mixed**  143:24
**model**  114:8
**modeling**
113:24
**models**  108:10
112:15,21
113:2 116:2,12
116:14,22
117:10,22
118:1
**modest**  98:7
**modified**  119:5
**mold**  84:23
86:19

**[moment - november]**                                              Page 21

**moment**  45:16
**money**  88:6
**monographs**
  13:18
**month**  62:16,17
**months**  9:17
  15:12
**morning**  5:11
  6:22
**move**  127:4
**moved**  54:24
**moving**  153:9
**multi**  108:10
  113:2,15 114:3
  115:18 116:12
  116:17 117:9
  117:14 119:1
  120:23
**multiple**  67:22
  98:4 101:8
  106:3 110:22
  114:5,7 117:15
  118:10,15,15
  127:11 144:13
  144:22 145:1
**multiplicity**
  144:10

                    **n**

**n**  3:2
**name**  5:12 6:23
  6:24 10:9 15:8
  15:16

**nastiest**  102:7
**national**  74:3
**nature**  6:5
**ndea**  127:20,23
  130:21,24
  131:17,21
  132:6,12,22
  133:4,8 134:8
  134:12
**ndma**  12:17
  13:9,14,23
  15:22 16:14
  17:1,9 18:8
  19:6,13,21
  20:6,12,15,16
  20:22,23 21:2
  21:6,7 33:22
  39:14,21 40:5
  40:13,16 41:8
  42:4,6 43:2,8
  44:3 63:20
  67:15,24 68:11
  70:22 71:6
  75:4,8,14
  77:16,16 96:12
  100:11,13
  104:21 106:12
  107:5,8 108:13
  110:6,7,9,20
  111:7,8,14,16
  112:4,7,11
  114:13 116:3
  118:16 119:4,6
  119:8 121:2

  127:19,23
  130:21,24
  131:17,20
  132:6,12,22
  133:4,8 134:8
  134:12 136:16
  136:21 155:7
**ne**  2:17
**nearly**  36:10
  82:15,20,22
  92:12
**necessarily**
  19:3 74:9 88:2
  92:19
**necessary**
  29:12 157:4
**need**  7:9 50:5
  53:12 54:16
  69:24 72:8
  85:21 97:5
  119:19 120:15
  127:2
**needed**  94:9
**needs**  50:1
**neither**  11:13
  156:11,12
**new**  1:1,19 2:11
  2:11 5:22
**nice**  13:19
**nigh**  2:3,3 3:6
  6:21 8:9,18,19
  31:2 32:2
  56:14,17,20,23
  58:9 67:8 83:3

  83:19 119:24
  120:4 126:19
  126:21 127:5,9
  130:19 135:14
  149:14 153:5,8
  153:21 154:3
  155:10
**nighgoldenbe...**
  2:6,7
**nitrosamine**
  112:18
**nitrosamines**
  13:12 118:4,8
**nizatidine**
  20:12,15,22
**non**  52:18 53:1
  53:9,18 54:13
  55:12 59:19
  60:5,18 63:18
  73:14 74:19
  139:9,10,14,22
  140:11,24
  141:12 142:20
  143:5
**normally**  50:10
**notary**  159:14
**noted**  6:9
  157:11 159:6
**notes**  160:1
**notice**  22:6,13
**noticed**  96:23
**november**  8:23
  9:1

**[null - paper]**                                                                 Page 22

**null**  50:23 51:8
  51:23 52:20
  53:8,19 55:14
  55:22 61:3,22
  63:3
**number**  34:24
  36:22 84:2
  98:7 145:9
  151:10 152:19
**numerically**
  138:9
**numerous**
  121:12

**o**

**object**  8:3
  30:20 31:8
  56:10 57:23
  126:20 127:2
**objection**  56:21
  126:17 130:18
  134:15 149:10
**objections**  5:6
**observational**
  65:24 66:3
  67:20 82:16,21
  92:12
**obviously**  29:9
  89:3 155:4
**occupation**
  104:8
**occupational**
  75:8

**occupations**
  104:6
**occupy**  66:11
**occur**  31:16
  50:16 52:7
  73:21 77:15
**occurred**  74:22
**occurs**  50:2
**oftentimes**  46:2
**oh**  12:1 23:22
  26:8 62:7
  76:24 85:20
  93:4 97:17
**okay**  7:6,11,22
  8:9,18 9:1 10:6
  11:14,18,22
  24:15 37:5
  38:22 41:4
  71:18 75:13
  77:15 78:8
  83:21 84:6,11
  84:15 85:17
  86:6 90:3,22
  91:6 95:19
  97:5 121:10
  127:5 138:3,14
  143:2 144:23
  154:5 155:10
**older**  95:5
**oncology**  14:4
**ones**  26:19
  90:11,18,20
  98:8 106:7
  146:16

**online**  21:22
**opinion**  12:7,11
  19:11 118:24
  152:2
**opinions**  11:19
  11:23 12:4,23
  23:1 41:14
  56:7 64:10
  120:7,22 122:4
  123:8 124:5
**order**  28:19,21
  29:12,16 50:5
  58:17 59:17
  69:1 72:7 76:6
  94:12 102:10
  145:6
**original**  157:15
**ought**  152:7
**outcome**  28:5
  28:16 45:9,23
  49:9,17,24
  66:23 69:12,20
  71:14 75:10
  76:21 78:20
  91:24 93:22
  100:4
**outcomes**  49:10
  69:6 76:18
  81:20 82:1
  117:17 151:13
  152:19
**outside**  70:13
**overall**  34:21
  105:14 107:15

  109:1 111:1
  138:6,6
**overarching**
  63:16
**overbroad**
  126:18
**oversimplify**
  69:23
**own**  64:4 72:23

**p**

**p**  139:1 151:5
  151:15 152:18
**p.c.**  2:10
**p.m.**  83:18
  153:20 154:10
  154:16 155:14
  155:17
**page**  3:12 4:6,6
  4:6,11,11,11,16
  4:16,16,21,21
  4:21 158:3
  160:2
**pages**  159:3
**palmolive**
  89:23
**panigraphy**
  15:7,10
**paper**  24:11
  26:17 97:18
  103:21 116:1
  118:21 134:3
  148:1

**papers**  25:4
  51:16 64:12,14
  101:15 118:18
  147:15,21
**paraphrasing**
  113:18
**parkway**  2:4
**part**  23:23
  29:20 44:14
  48:16 102:7
  115:23 124:2
  125:19,21
  140:21 142:6
  142:19 152:23
  153:1
**participate**
  44:18
**participating**
  34:9
**particular**
  13:14 34:16
  43:23 44:12
  47:1 48:10
  57:6 69:20
  74:5,6 96:9,17
  96:17 97:6
  99:8 114:8
  119:7 121:6
**particularly**
  16:1 78:16
  136:4 147:19
**parties**  6:1,8
  156:12

**parts**  102:8
**passive**  76:13
**past**  51:18
  83:21,23 86:8
  88:7 147:24
  148:9
**pathway**  78:20
  100:3
**patients**  74:16
  75:16 76:20
  77:8
**pause**  6:6
**peer**  22:5 23:12
  23:23 24:4,11
  25:4 68:2,3
  133:20 135:11
**penn**  15:4
**people**  11:10
  18:17 27:18,24
  32:4,22 33:1,3
  38:12 39:9
  44:12,16 45:8
  45:17 46:1,6
  46:12 47:3
  54:11 55:10
  57:19 62:11
  63:12,17 66:10
  68:17,17 69:22
  70:21 71:9
  78:24 91:14
  93:8 94:1,3
  100:10,12
  101:3,5,9,16,21
  102:5 107:11

  107:17 112:3
  136:17 139:3
  147:9
**percent**  27:24
  37:14 138:24
  151:7
**percentage**
  77:6,9 86:6
**percentile**
  37:14 39:1
**percentiles**
  37:9
**perform**  69:17
**performed**
  116:17 136:14
**performing**
  39:6
**period**  62:5,14
  68:15
**periods**  27:20
  33:9,10 62:3,6
**person**  30:17
  52:7 62:15,18
  63:1 77:20
**pertain**  136:11
  147:19
**ph.d.**  1:15 3:4
  6:15 129:4
  156:5 159:8
**pharmaceutical**
  1:7 88:15,20
  88:23 89:4,7
  89:11 128:5
  129:1,12,22

  130:5,14,23
  131:2,19 155:3
**pharmaceutic...**
  128:7
**pharmacoepi...**
  137:3,13 150:7
**pharmacologist**
  129:4
**pharmacy**
  129:5 137:14
**phenomenon**
  64:1
**phrase**  138:2
**pick**  82:11
**picked**  140:5
**picking**  73:11
**picks**  73:1
**piedmont**  2:17
**pill**  130:6
**pills**  19:7,13,21
  21:3,11 130:15
  131:22 134:21
  134:23 137:9
**pipeline**  24:5
**place**  54:24
  102:12 156:8
**places**  10:16
**plaintiff's**
  128:17
**plaintiffs**  2:7
  84:13,17 85:19
  86:10,21 87:21
  88:5

**plan** 13:1
**planned** 58:16
**plausibility**
  38:15
**plausible** 37:20
  38:5,5,15
  39:10
**please** 6:6,23
  6:24 27:14
  98:20 126:20
  157:3,8
**pllc** 2:3
**plotting** 37:22
**point** 28:22
  29:17 42:21
  44:13 45:11
  71:23 82:22
  83:1,6 110:10
  139:16,18,19
**pointed** 16:19
  41:17
**pointing** 140:7
**points** 141:21
**poison** 18:12
**policies** 47:11
  47:23
**pollutant**
  108:10 112:20
  113:2,15
  115:18 116:12
  116:17 117:9
  117:14 119:1
  120:23

**pollutants**
  114:3,5,7
  117:16,21
  118:10,15,16
  119:9
**polyps** 122:16
**pooled** 143:17
**pooling** 65:16
  65:18,19
  118:11,11
**pop** 146:16
**popped** 25:22
**population**
  30:15 31:4,12
  31:24 32:3
  33:15 55:11
  69:12 77:6,10
  80:10
**portion** 39:1
**portions** 19:15
**position** 51:16
**positive** 51:9
  51:24 52:4,6,8
  146:16 150:24
**positives** 52:1
  152:10
**possible** 105:23
  121:13,17
**post** 69:23
  70:18 83:1
**potential** 14:8
  26:2,6 64:18
  92:1,4,9,13,18
  95:9,18 97:12

98:9,13,23
  99:6
**potentially**
  134:2
**pottegård** 68:4
**power** 68:14,18
  69:8,18,24
  70:8,11 101:24
**powered** 68:10
  69:16
**ppi** 82:3
**pre** 115:5
  123:23
**preamble** 98:4
  105:4
**preceded** 106:1
**precedes** 115:5
**precursor**
  122:17
**preferred**
  150:10
**preprint** 21:22
  22:4,7,14 23:3
  23:4
**prescribing**
  11:7,9
**prescription**
  10:24
**present** 2:22
**presented**
  133:20 135:9
**pretty** 93:15,16
**prevalence**
  70:4 147:11

148:13
**previously** 44:8
  112:2
**primary** 65:13
**printout** 85:14
**prior** 52:7
  66:22 85:12
  90:22 108:16
  127:8 156:4
**private** 47:19
**probably** 86:19
**problem** 48:17
  48:22 59:10
  61:17 85:16
  91:17 153:9
**proceedings**
  25:10
**process** 135:12
**processes** 136:8
**produce** 120:9
**produced**
  72:16
**product** 136:6
  137:4 144:2,3
**production**
  4:10
**products** 1:4
  5:20 21:3
  132:22 155:6
**profile** 79:11
**programs** 74:1
**progress** 122:8
  122:17

**[progressed - read]**                                                                Page 25

**progressed**
124:8
**progressing**
123:3
**prominence**
65:8
**promote** 16:9
16:10,11,14
124:13,14,16
124:20 125:12
126:8,13
**promoted**
121:12
**promoter** 17:1
17:10,11,15
124:20 125:11
125:24 126:1
**promoting** 40:6
40:17 121:22
125:3
**pronounce**
78:3
**properly** 31:13
**proportion**
27:18
**propounded**
159:5
**protect** 142:5
**protective**
141:10,16,17
142:18,23
143:11
**proton** 80:6,6
81:3

**provide** 70:2,6
**provided** 22:16
25:23 27:19
75:1 90:10
**provides** 14:1
**providing**
138:21
**public** 159:14
**publication**
24:5 133:19,22
**publications**
68:3
**published** 27:4
33:19 64:12,14
**pump** 80:6,6
81:3
**purpose** 20:19
78:12 107:24
**put** 23:11,20
61:20 72:24
76:15

**q**

**qualifier**
148:16
**qualitative**
111:23
**quality** 52:14
**quartile** 100:11
100:13
**question** 4:20
5:7 7:14,15,18
7:19 19:24
21:4 26:12

30:22 31:8
54:5,8,8 55:9
56:16 57:23
58:8,15,19
59:12 64:24
69:7 71:4 79:6
104:5 111:22
120:18 124:17
124:24 125:7,9
125:16,24
127:8 130:2,10
131:24 132:18
133:11 142:2
154:8
**questions** 35:17
53:22 56:12,15
79:20 120:6
126:17 153:22
154:4,22 155:9
155:11 159:4
**quibble** 71:23
**quicker** 33:2
**quite** 15:15
30:24 74:8

**r**

**r** 158:1,1
**raise** 71:7
**raised** 57:14
**random** 55:2
**range** 10:1
31:15 33:9
36:17,19 37:6
37:8,14,20

38:4,5,14,16,23
55:10
**ranges** 34:15
**ranitidine** 20:6
20:17 21:6
24:23 25:14,21
77:23 80:1,2
80:11 81:2,10
81:16 82:4
**rank** 58:17
59:17 102:9
**ranked** 65:17
**rare** 147:6
148:16
**rarely** 146:22
147:22 148:8
148:21 149:5
**rareness**
149:24
**raso** 2:3
**rate** 145:4,13
145:16 150:11
150:24 151:7
**rather** 81:6
**ratio** 96:1
**rationale** 82:8
**rats** 43:17,17
43:19,21
**reach** 112:11
140:8
**react** 120:2
**read** 19:8 20:2
22:22 26:17
41:18 44:4

**[read - reported]**                                                        Page 26

64:7,20 89:17
115:12 118:22
131:9 157:3
159:3
**reader**  107:22
**readers**  108:3
**reading**  80:20
**realize**  37:3
**really**  23:15
24:1 34:24
39:10 43:22
52:17 58:20
104:4 115:7,7
121:18 146:17
147:8
**realtime**  1:18
156:4,17
**reason**  17:8
44:17 46:21
48:11 51:20
52:5 53:10,14
54:9 55:3 71:4
72:14 73:19
74:20 99:5
101:2 138:22
149:15,18
157:5
**reasonably**
9:15
**reasons**  142:15
**recall**  15:12,21
21:15 22:17
25:8 27:1,2
37:2,9 41:11

41:19 51:10
58:5 64:17,22
67:2,5 81:12
81:13,17 85:3
85:17 103:13
103:23 104:22
106:20 116:16
117:13,23
118:13,23
120:22 121:9
128:21,23
**receipt**  157:17
**received**  10:15
128:22
**receiving**  74:17
**recent**  51:17
122:6,11,20
**recently**  51:19
56:5
**recess**  83:14
153:16 154:12
**recipients**
76:14
**recite**  18:5
**recognition**
31:18
**record**  5:12
6:10 75:22
83:12,18
153:14,20
154:10,16
**recording**  76:2
**records**  10:13
10:22,24

**reduce**  145:24
151:3
**refer**  14:5
18:17
**referred**  15:2
61:6
**referring**  77:13
97:14 106:16
108:17 123:11
145:3
**refers**  18:24
50:13 65:7
**refill**  83:9
**reflect**  73:6
**reflected**  30:9
**regarding**  13:3
117:15 122:7
**regardless**
110:13
**regards**  25:13
**region**  74:6
**reiterating**
119:17
**relate**  31:23
110:19 126:4
**related**  11:23
29:17 86:23
113:14 114:2
114:10 115:2
**relates**  1:6
**relating**  89:6
**relation**  7:23
**relationship**
14:7 28:20

91:22
**relative**  156:11
156:12
**relatively**  48:13
**relevant**  124:3
**rely**  23:2,3
24:22 25:12
41:14 140:23
141:2
**remember**
13:16 63:9
152:22
**remind**  109:8
**remote**  1:14
5:17 6:5
**remotely**  6:2,4
156:5
**renée**  1:4
**repeat**  7:15
**rephrase**  7:16
**report**  10:7,9
14:17,17,18
15:3,6,13,19
16:20 21:13
25:24 26:20
72:7 85:9,15
93:5 131:8
141:1,2,4,9
143:11,23
144:3
**reported**  26:22
36:5,7 37:15
37:17 48:22
64:18 67:11

72:5 77:2
103:7 141:14
**reporter**  1:18
1:19 6:11 67:7
156:4,17,21
**reporting**  6:6
37:7,10 71:20
108:13
**reports**  10:18
14:12,19,20
19:10,16 41:5
41:14 95:15
121:4
**representing**
2:7,13,19
**reproduction**
156:20
**request**  4:10
**required**  76:10
139:2
**reread**  19:15
41:19
**rescue**  72:8
**research**  13:8
42:19 122:2,24
**reserved**  5:7
**resides**  46:24
**responding**
58:19
**response**  18:19
127:12,15
133:14,17
134:13 136:13

**rest**  61:13
108:14 109:24
**restate**  30:22
**result**  96:4,5
143:5
**resulted**  34:9
**results**  23:7
63:23 81:21
82:11,12 92:15
94:22 95:18
114:20 133:21
135:9,20
150:22
**retained**  90:5
**return**  157:15
**review**  10:12
10:23 11:2,6
11:14 14:11,18
15:6,13,19
21:19 22:5
23:23 24:4,12
25:4 41:4
58:12,24 82:10
106:21 107:3
109:9 128:16
133:20 135:11
135:16,23,23
136:1
**reviewed**  10:7
16:13 17:19
23:12 51:15
55:18 63:21
68:2,3 71:14
147:14,20

**reviewing**
128:23
**reviews**  64:12
**reword**  132:2
**right**  9:3 23:24
25:5 26:11
27:22 29:24
30:12 37:20,23
38:1,14 43:20
45:15 48:6
50:14 52:2,3,5
53:11 55:2
60:13 61:8
62:9,24 67:12
67:21 68:12
70:14 71:1,4
71:17 72:13
73:3 75:21,23
76:17 78:6,20
79:15 85:13
88:24 91:10
92:16 93:9
94:5,13 95:1,2
98:7 99:24
101:8,20
106:13 110:13
110:16 111:5
112:12 113:4,8
121:5 137:3,7
137:22 138:22
139:1 140:17
141:13 143:8
143:16 144:8
145:4 146:7

150:15 151:18
152:12
**risk**  50:17 69:3
71:7 78:22
79:2 95:6 99:3
99:12,22 100:1
100:2 105:1,9
105:15,20
106:2,11 107:1
107:13 109:3
109:13,17,24
110:8,12,21
111:9,13,14,16
113:9 114:10
114:21 119:11
137:19 138:5
138:12,17
139:5,7,15,21
139:23,24
140:12,13,24
141:16,17
142:5 143:6,13
143:23 144:4,5
145:24 146:20
146:24 147:17
147:19,24
148:9,23 149:7
150:4 151:3,13
**risks**  121:5
**rmb**  1:8
**road**  2:17
**roberts**  1:6
10:8,12 11:20
12:24 19:13

**[role - shown]**                                                     Page 28

role  88:23
  128:9 155:1
roughly  88:11
rubber  98:6
  103:9,10,11
  104:12,19
  105:14,16
  106:3,24 107:3
  107:12,16,17
  108:13,14,23
  109:2,12 111:2
  111:4,8 112:16
  112:16 114:11
  116:3,4 118:2
  118:3
rule  72:24 73:2
  73:11
ruled  92:19
rules  7:7

**s**

s  3:10
safety  146:23
  147:17,19,23
  148:9,22 149:6
  150:4,12
  151:13 152:4
  152:11
sak  1:8
sake  134:5
saw  12:14 22:9
  59:10 60:4,12
  60:18 81:11
  96:22 109:6

117:6 147:1
sawyer  61:6
  147:1 148:4
saying  62:11,21
  90:11 120:12
  125:1 135:2,3
  139:21 142:14
  144:8 148:4
says  148:2
scan  76:8
scans  76:23
schemes  65:14
  91:21
scientific  12:20
  136:3,5
scientist  41:3
  92:6
score  118:8
  152:18
screening  77:3
scrutinize
  10:21
se  52:11 72:4
  105:10
sealing  5:4
search  25:19
searched  25:20
second  7:13
  85:18
section  23:9
  25:5 115:22
  119:14
sections  145:11

see  10:8 11:11
  22:19 33:18
  34:4 35:11
  36:5 38:4 42:2
  48:21 57:4,13
  81:8 82:6
  85:22 86:23
  95:14,24 96:7
  97:4 105:3
  106:21 109:16
  130:10 137:8
  137:10
seeing  41:11,20
  51:11 103:13
seem  60:20
  153:7
seemed  12:18
  14:22 38:9
seems  101:13
seen  15:11 18:4
  20:8 51:13
  56:3,5 64:2
  67:16 72:22
  101:8 104:10
  148:1
selection  26:13
semantics
  98:18
sense  31:23
  39:4 45:7 53:5
  58:20 109:21
  149:18
sensitivity
  63:11

separate  46:18
  82:5 86:22
  112:15 118:6
  143:15
series  101:15
serious  81:15
serve  20:19
set  59:11 156:9
several  104:20
sex  95:4
shaped  35:20
share  127:21
  133:5 134:9
sheet  157:7,9
  157:12,15
  159:6
short  48:14
  68:14,15,24
  128:1
shortcoming
  47:2
shortcomings
  44:22 45:3
  46:9
shorter  12:19
  29:8 33:9
show  42:6
  63:22 64:1
  106:4 120:1,8
  131:9
showed  106:11
  106:23
shown  16:24
  92:10

**[shows - states]**

shows  104:11
   109:1 117:20
   119:2
sick  54:20,21
siddiqui's
   14:17
side  22:22,22
   38:11 142:24
sign  157:8
signal  52:6
   67:10
signature
   156:15
significance
   138:21 140:9
   140:20 145:7
significant
   138:11,16
   139:6,9,10,13
   139:15,23
   140:12,16,24
   141:12 142:8
   142:21 143:5
signing  157:10
siken  2:7
similar  66:12
   78:24 79:10
similarly  60:10
simple  72:20
   113:7 151:19
simply  25:9
single  14:3 29:5
   109:22 112:20
   135:21 140:5

sitting  64:23
   132:24
size  68:24 70:7
skill  59:11
skimmed  10:16
skin  125:3,8
slight  86:20
slightly  86:21
small  68:19
smaller  68:22
   68:23 151:9
smell  101:12
smoke  93:17
   94:2
smoked  93:9
smoking  98:13
   102:2
socioeconomic
   101:23
solid  34:15,24
   36:20 38:8
solve  120:15
somebody  16:6
   73:1,7,7,11
   99:1 134:1
   136:7
somewhat
   13:11
sorry  8:2 12:1
   15:9 24:9,18
   27:5 30:20
   37:2 48:20
   49:14 78:10
   79:18 85:24

91:13 103:4
   110:1 126:22
   127:12 142:11
   142:12 144:20
   145:21 149:11
   154:1
sort  9:11 21:24
   23:5 25:10
   29:5 41:15
   46:16,17 50:8
   60:2 61:14
   66:13 70:11
   73:12,20 74:21
   76:19,21 81:24
   95:11 97:4
   101:17 102:17
   104:10 106:21
   113:24 114:2
   114:20 119:16
   120:23
sorts  26:15
   76:24 81:20
   87:12 109:14
sought  122:2
   133:14 148:2
sound  10:10
   15:18 17:24
   84:6 101:16
   136:5 144:14
sounds  102:11
   144:8
source  13:15
   14:3 47:1
   75:23 115:7

sources  13:11
   14:9 22:19
   135:19
space  157:6
speaking  6:7
   94:6 101:13
specific  11:19
   12:12,24 14:14
   14:22 29:24
   35:2 59:12
   79:4 96:15
   151:10
specifically
   12:8 63:19
specifics  87:4
spell  6:23
spent  9:19,23
spoke  87:15
spot  14:3
standard  32:8
   32:11 33:12,17
   35:6,12,17,22
start  7:23 8:21
   27:23 86:1
   142:4
starting  136:19
state  1:19 6:23
   150:10 157:5
statement
   16:17 34:6
   38:21
states  1:1 5:21
   46:1,11 47:6
   118:24

**[statistical - suffice]**                                              Page 30

| | | | |
|---|---|---|---|
| **statistical** | **studies** 13:3,21 | 123:18 136:17 | 110:18 111:12 |
| 113:4,23 | 16:21,24 24:24 | 137:17 138:8 | 112:5,9 114:6 |
| 138:21 140:9 | 25:13,21 26:2 | 140:22 141:7 | 115:2,9,12,13 |
| **statistically** | 26:5,22 27:3,7 | 146:8,23 147:5 | 117:8 121:4 |
| 138:10,15 | 27:9 28:4 | 147:23 148:8 | 127:15,16 |
| 139:5,12,14,22 | 39:22,23 40:12 | 148:22 149:6 | 134:22,22 |
| 140:11,15,24 | 40:17,20 41:1 | 150:5,12,14 | 135:3,21,24 |
| 141:12 142:7 | 42:6,10 43:12 | 152:24 | 137:3,9,13 |
| 142:20 143:5 | 44:24 46:14 | **study** 17:6 | 138:19 140:6 |
| **status** 66:22 | 48:2,13,14,15 | 21:14,16,20 | 141:10 143:11 |
| 101:23 | 48:23 51:5 | 27:19,23 28:12 | 143:22 150:8 |
| **stenographic** | 55:19 57:5,6,9 | 29:10 31:12 | 150:22 151:8 |
| 6:10 | 57:10,15,17,18 | 44:7,11,15,19 | 151:14 152:20 |
| **stenographic...** | 58:4,12 59:1,4 | 45:20 50:5 | **studying** 79:3 |
| 156:8 | 59:16 61:8,18 | 51:11 55:5 | 91:24 |
| **stephanie** 2:4 | 63:17,22,24 | 58:11 62:19,20 | **subclinical** |
| **steven** 2:16 | 64:11 65:13,16 | 63:9,10,10 | 122:8 123:2,23 |
| **stipulated** 5:2 | 65:19,24 66:1 | 64:2,21 65:7 | 124:7 |
| **stipulations** | 66:2,4,5,7,9,17 | 68:4,22 69:5,9 | **subject** 157:10 |
| 4:15 | 66:18 67:3,20 | 70:7,13 71:8 | **subjects** 69:19 |
| **stock** 23:11,20 | 67:23 68:20 | 73:23 75:9 | **submitted** |
| **store** 26:18 | 71:13 72:17 | 76:4,19 77:13 | 14:12 24:11,21 |
| **stream** 45:15 | 75:1,2,5,14 | 77:21 82:18,19 | **subscribed** |
| **strength** 60:3 | 77:1,17,19,23 | 82:20,21 92:15 | 159:10 |
| **strike** 24:9 27:5 | 77:24 78:9 | 92:20 93:10,18 | **substance** 13:6 |
| 78:10 85:24 | 80:1 81:8,13 | 95:13 96:19 | 13:20 18:22 |
| 127:12 | 81:19,22 82:7 | 97:21 98:14 | 19:1 87:17 |
| **stronger** | 82:16,22,23 | 99:10,17,21 | 110:14 159:6 |
| 141:22 | 92:13 94:17 | 100:7,14,23 | **substances** |
| **stuck** 61:14 | 95:21 96:13 | 105:19 106:6,9 | 13:4 87:19 |
| **studied** 69:13 | 101:9 106:4,23 | 106:10,17,19 | 88:17 89:13,15 |
| 95:17 97:8 | 107:15 109:10 | 107:6,24 | 112:23 113:11 |
| 99:17 114:4 | 109:15 110:14 | 108:17,18,21 | **suffice** 11:22 |
| | 114:15 115:17 | 109:22,23 | |

**[sufficiency - tend]**                                          Page 31

sufficiency
  69:8
sufficient   18:22
  28:19 50:1
  71:7 110:3
sufficiently
  68:10 69:15
suggest   16:14
  112:3 147:15
  147:21
suggesting   76:4
  100:10
suggestion
  104:11
suite   2:17
sum   118:7
summarize
  17:7 141:8
summed   118:7
supervision
  156:21
suppliers   90:4
support   4:2
supported
  140:6
suppose   130:7
supposition
  52:23
suppositions
  60:19
sure   7:1,12
  17:21 39:8
  42:23 47:1,15
  49:13,21 50:6

53:23 56:19
57:1 78:6
79:18,21 83:22
105:12 109:19
120:17 131:14
141:5
surprise   109:21
susceptible
  67:3
suspected
  28:14 92:10
  94:21
swear   6:12
switch   46:6,6
  46:12,12 49:20
  55:1,10
switched   57:19
switching
  46:22 50:9,21
  50:21 51:22
  52:11,13 53:2
  53:10,14,17
  54:9,11,17,19
  55:20,21 59:3
sworn   6:4,16
  156:5 159:10
symptoms
  78:17,18 79:1
system   74:10
systematic
  58:11,24 64:11
  82:10 106:21
  107:3 109:9
  135:16,22

136:1

**t**

t   3:10 7:2,2
  158:1
tackle   27:13
take   7:10 31:11
  54:6 62:8 83:5
  112:21 144:19
  152:7 153:11
  154:6
taken   1:15
  83:15 153:17
  154:13 156:8
takes   32:22
talc   86:23
  87:15 88:24
  90:4
talk   60:7,13
  83:20 106:15
  116:2 119:15
  119:20 149:23
  150:3,3
talked   55:6
talking   26:12
  40:10,24 43:17
  44:13 53:7
  57:11 61:12
  62:1 63:14,19
  65:3 70:17
  76:7 88:24
  91:10 98:22
  106:10,14
  107:7 108:19

108:20 115:14
116:20 117:24
119:7 120:2
121:3,14
123:13 131:15
132:3 133:24
150:6,13
talks   98:4
task   107:5
teach   43:19
technical   40:22
technician   5:10
  83:11,17
  153:13,19
  154:9,15
  155:12
technique
  146:1,3,9,22
  147:16,22
  148:7,21 149:5
  151:2,18,24
techniques
  113:4 145:3,6
  150:11
tell   9:7 27:13
  27:14 35:15
  42:17 43:22
  59:17 114:5,12
  115:20
telling   146:17
ten   17:22 86:8
  88:1,3 153:11
tend   54:12
  55:22

**[tense - tobacco]**                                                    Page 32

**tense**   12:2
**term**   26:11
    40:22 48:14
    68:18 91:8
    130:2,8,9
    144:12
**terminology**
    61:16 99:19
    129:18 142:22
    142:24 144:17
**terminus**   2:16
**terms**   26:16
    28:9 30:12,14
    30:18 32:21
    35:16,17 36:2
    36:14 40:5
    42:3 43:1,3,11
    44:20 45:1,4
    49:7,19 54:2
    65:6 70:10
    71:15 85:6
    86:7 87:5,16
    89:12,14
    127:18 144:24
**terrible**   101:12
**test**   7:9 61:2,7,8
    61:9 119:22
    120:5 144:24
**testified**   6:17
    83:24 84:13
    85:18 88:5,17
    89:5,14 91:1
    148:20 149:4
    149:13

**testify**   84:16
    87:20 156:5
**testifying**   90:16
**testimony**   3:4
    11:3,7 83:21
    84:3 85:7,12
    89:19 149:1
    156:8
**testing**   76:10
    79:12,15,15
    140:20 144:7
**tests**   77:4
    146:15 150:16
**textbook**   14:4,6
**thank**   49:22
    57:1 91:13
    153:23,24
    155:11
**theory**   51:1
**thing**   7:12 11:8
    11:10 73:1,3
    83:22 92:3
    115:15 135:8
    138:19 139:12
    146:11
**things**   18:16
    42:21 53:7
    60:7,19 61:7
    68:20 87:12
    97:23 108:1
    116:5 136:11
**think**   8:23 9:14
    9:14,21,23
    10:16 12:1,3

13:24 14:2,21
14:21,23 18:16
18:20 19:23
22:4 23:4
29:19,21 34:17
34:21,22 37:16
37:18,18 38:8
38:16,19 41:2
41:16 42:15
43:13 45:6
47:14 48:12,14
52:10,16 54:1
55:16,23 59:23
59:23 63:8,9
63:15,16 64:2
68:17 75:18
80:20 81:6
84:22 85:5,6
86:4 87:8,10
87:13 88:1,4
89:8,16,23
90:20,23 91:4
103:6 105:7
107:4,6 108:20
113:3,22 114:4
126:10 133:24
138:11,18
140:2 144:6,7
145:19,22
146:5,8 151:2
151:2,11,11,17
151:18 153:5
154:2,7

**thinking**   58:21
    99:5 114:23,24
**third**   116:11
**thirty**   157:16
**thought**   70:3
    76:2
**three**   68:1
    137:18,21,23
    137:24 138:4,4
**tied**   46:2
**time**   5:8,15
    7:10 8:16
    12:16 18:4
    27:17,20 28:3
    28:10,13,19
    30:7 32:4
    36:13 41:21
    42:2 44:13
    45:15 50:3
    62:2,6,9,14
    64:20 69:5
    80:19 81:11
    95:7 112:20
    153:4 155:14
    156:8
**times**   51:17
    83:24 132:21
**timespan**
    122:14
**timing**   28:15
    43:21
**tiny**   22:10
**tobacco**   93:17
    93:19 97:24

**today** 8:3 11:19
  56:8 81:12
  120:20 154:22
**today's** 5:14
  155:13
**together** 66:14
  118:7 143:19
**told** 116:14
**took** 62:15,17
  89:2
**top** 37:13 58:6
  65:10 90:19
  105:5
**topic** 24:3
  51:12 64:6
  87:3 124:1
**topics** 54:3
  86:18 118:1
**total** 9:19
**toward** 50:22
  50:23 51:8,23
  52:19,20 53:19
  54:14 55:22,22
  61:3,3,22,22
  63:2,3 73:14
**towards** 53:8
  53:19 55:13,14
  67:6
**toxic** 13:3,6
  18:22 89:12,14
**toxicologist**
  42:16,18
**toxicology**
  18:10

**track** 48:10
  59:9
**tracking** 50:1
**trade** 36:8
  38:13 39:16,24
  40:8,19 41:10
**trained** 72:21
  147:7
**transcript**
  11:15,16 156:8
  156:20 157:17
  157:19
**transcription**
  159:4
**traurig** 2:15
**treat** 78:16
  79:1
**treating** 11:3,9
**treatises** 44:6
**tremendously**
  84:10
**trial** 5:8 70:23
  84:1 120:17
**trials** 65:14,18
  65:20 67:14,17
**tried** 19:18
  20:9 21:1
  22:23 33:16,17
  34:13 141:5
**true** 15:24
  17:13 28:21,22
  28:24 29:16
  32:10 70:16
  90:12 91:23

93:21 100:23
  106:8 121:20
  125:6 140:3
  148:16
**truly** 142:16
**truth** 51:2
  67:12 73:7
  146:17 152:7,8
  152:15 156:5,5
  156:6
**try** 13:9 21:10
  38:10 78:22
  88:10 98:20,21
  102:17 108:19
**trying** 12:6
  24:19 34:7
  39:7 58:14,22
  70:10 71:3,8
  71:23 73:2
  79:20,21 85:20
  104:2 107:21
  112:11 141:7
  145:23 152:3
**tumor** 17:18
  38:1 123:15
**tumors** 38:3,8
  40:6,17 121:11
  121:23 122:8
  123:3 124:14
  124:21 125:8,8
  125:13 126:5,8
  126:14
**twice** 124:17

**two** 21:2 22:19
  32:11 35:12
  43:20 85:6
  91:23 98:2
  114:14,17,23
  137:22 143:17
**type** 41:2,23
  42:22 50:10,12
  50:13 52:24
  62:10 63:13
  65:16 67:9
  72:8 117:12
  151:7
**types** 21:11
  104:8 116:19
**typical** 34:3
  88:13

**u**

**u.s.** 46:5
**unadjusted**
  96:4
**uncontaminat...**
  60:24 62:13
  144:3
**under** 125:19
  125:22 156:20
**understand**
  7:14 13:5,9
  30:21,24 31:22
  42:2 49:22
  75:18 79:23,23
  90:14 107:6
  154:24 155:5

**[understanding - vulcanizing]**                                    Page 34

| | | | |
|---|---|---|---|
| **understanding** | 116:4 129:9 | **validation** | **verbatim** 156:8 |
| 10:20 17:3 | 131:1 133:16 | 75:20 | **veritext** 5:14 |
| 24:2 31:3 46:8 | 142:22 144:1 | **validity** 76:1 | **versa** 114:13 |
| 64:5 128:4 | 144:12,18 | **valsartan** 1:4 | **version** 22:12 |
| **understandings** | 147:11,16 | 5:19 12:17 | **versus** 20:16 |
| 64:6 | 148:14 | 14:13 19:6,21 | 21:6 39:14 |
| **understood** | **used** 38:2 | 20:24 21:7 | 40:6,17 42:4 |
| 7:19 | 130:22 145:6 | 33:22 60:24 | 43:2 47:19 |
| **undertake** 13:9 | 146:2,9,22 | 61:1 62:13 | 51:9,23 54:8 |
| **undesirable** | 147:4,13,22 | 63:20 67:15,24 | 58:11 59:4 |
| 102:12 | 148:8,21 149:5 | 68:6 70:22 | 63:18 64:13 |
| **undiagnosed** | 151:3 157:20 | 71:6,12 75:14 | 82:3 86:10 |
| 75:16 | **user** 60:17,18 | 77:16 94:16 | 87:21 111:7,14 |
| **unethical** 70:21 | **users** 60:23 | 95:21 127:19 | **vice** 114:13 |
| 71:2,11 | 61:19 63:18,18 | 127:22 129:21 | **vicinage** 1:2 |
| **unexposed** | 80:9,10 81:8 | 130:21 131:18 | **video** 5:10,17 |
| 61:20 62:17 | 81:10,14,16 | 131:22 132:5,7 | 83:11,17 |
| 68:6 69:7,19 | 82:3,4 143:24 | 132:13,14,23 | 153:13,19 |
| 73:22 74:23 | **uses** 18:2 | 133:3,5,7,16 | 154:9,15 |
| 137:20 | **using** 99:14 | 136:16 137:18 | 155:12 |
| **unfavorable** | 124:16 129:21 | 148:19 155:6 | **videographer** |
| 100:21 104:8 | 131:18 137:18 | **value** 96:2 | 2:22 5:13 |
| **uniform** 47:17 | 149:23 150:3,4 | 139:1 141:23 | **videotape** 1:14 |
| **united** 1:1 5:21 | **usually** 13:19 | 143:20,21 | **vinyl** 34:1 35:5 |
| 45:24 46:11 | 13:22 55:2 | 151:5,15 | 35:12 |
| 47:5 | **utilize** 130:4 | 152:18 | **virtually** 18:21 |
| **unpublished** | **utilized** 130:13 | **varies** 88:9 | **visualize** |
| 21:13 25:13 | **utilizing** 44:22 | **variety** 13:10 | 115:24 |
| **unreliable** | 46:10 | **various** 57:17 | **voice** 8:6 |
| 92:20 | **v** | **vary** 47:18 | **vulcanizing** |
| **use** 12:16 18:17 | | **varying** 110:7 | 101:4,11 102:6 |
| 81:9 91:14 | **v** 1:6 | **vaughn** 2:3 | 102:18 103:2 |
| 97:24 98:1 | **vague** 27:12 | **verb** 131:4 | 103:11,12,18 |
| 99:9,12,19 | 31:9 | | 104:14 112:1 |

**[wait - years]**                                          Page 35

| w | | | |
|---|---|---|---|
| **wait** 79:6 | **we've** 83:3 | **wondered** 99:2 | **worst** 100:20 |
| **waived** 5:5 | **weak** 8:6 | **wondering** | 101:10 |
| **want** 8:3 25:2 | **weakness** | 113:5 117:19 | **writings** 20:8 |
| 30:7 83:5,20 | 137:11 | **word** 101:20 | **written** 58:2 |
| 98:18 107:14 | **weaknesses** | 116:4 | 135:13 |
| 113:17 146:18 | 60:3 | **words** 72:21 | **wrong** 150:17 |
| 150:17 | **weight** 23:16 | 91:14 | **wrote** 38:20 |
| **wanted** 31:21 | **weighted** | **work** 7:23 8:21 | **x** |
| 131:8 | 143:18 | 13:13 51:3 | **x** 3:2,10 |
| **wants** 120:1 | **weighting** | 53:15 54:23 | **y** |
| **way** 11:12 | 151:21 | 62:8 86:2,7 | **yeah** 24:19 |
| 17:12 36:23 | **weinberg** 14:5 | 88:8 101:3,17 | 31:10 32:15 |
| 37:16 38:20 | **went** 90:8 | 102:12 105:16 | 49:21,23 55:15 |
| 42:10 45:22 | **whatsoever** | 107:17 111:3 | 59:6 67:10 |
| 46:16 51:4 | 138:22 | 152:23 153:1 | 76:24 80:4 |
| 53:15 56:22 | **wide** 74:10 | **worked** 9:5 | 82:18 84:8 |
| 57:16 58:2,17 | **wife** 11:16 | 101:5 102:5 | 85:13 87:9 |
| 69:17 78:7 | **willing** 145:8 | **worker** 101:9 | 90:3,18 91:11 |
| 80:15,18 89:17 | 152:9 | **workers** 98:6 | 96:10 97:17 |
| 94:13 95:1 | **wish** 118:19 | 100:19 102:23 | 101:7 106:18 |
| 96:15 98:16 | 140:2 | 104:19 105:13 | 106:19 108:19 |
| 99:23 100:16 | **witness** 4:5 6:3 | 106:3,23 107:3 | 117:4 121:3,8 |
| 101:1,14,17 | 6:13 30:23 | 107:16 | 125:14 126:15 |
| 103:14 112:14 | 31:10 58:1 | **working** 54:21 | 138:18 143:7 |
| 125:15 131:13 | 83:7 119:23 | 109:2 111:2 | 143:15 144:19 |
| 132:9 138:2 | 127:6 134:16 | **works** 104:7 | 149:11 155:2 |
| 146:11,12 | 149:11 153:24 | **world** 23:14 | **year** 8:22,24 |
| 152:17 | 157:1 | 36:8 38:13 | 34:11 36:11 |
| **ways** 55:10 | **woman** 84:23 | 39:16,24 40:8 | 88:10,10,13,13 |
| 78:22 80:16 | **women** 141:11 | 40:19 41:10 | **years** 12:18 |
| 92:23 121:12 | 142:4 143:12 | **worse** 52:14 | 34:2,20 36:7 |
| | 143:16,18 | 137:1 | 36:12,13,24 |
| | **women's** | **worsening** | 43:20,20 45:18 |
| | 143:20 | 84:24 | |

**[years - zoom]**    Page 36

51:14 56:4
83:23 84:12
85:7 86:4,9
88:1,3,7 90:7
90:15,23 91:5
93:7 137:19
147:24 148:10
**york**   2:11,11

**z**

**zauer's**   14:17
**zero**   69:5,18
**zhejiang**   1:7
128:6
**zhp**   128:2,6,13
129:12,23
130:24 131:3
131:20 154:23
**zhp's**   128:9
130:13 155:1
**zoom**   1:15