UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**PLAINTIFFS' NOTICE OF MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT GREGORY DIETTE, M.D., M.H.S. DUE TO UNTIMELY DISCLOSURE**

**PLEASE TAKE NOTICE** Plaintiffs shall move before the Honorable Renée Marie Bumb, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Precluding the Opinions of Defense Expert Gregory Diette, M.D., M.H.S..

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of Daniel A. Nigh in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

1

|  |  |
|---|---|
|  | **NIGH GOLDENBERG RASO & VAUGHN, PLLC** <br> Attorneys for Plaintiffs |
| Dated: May 22, 2025 | By: <u>*/s/ Daniel A. Nigh*</u> <br> Daniel A. Nigh, Esq. <br> NIGH GOLDENBERG RASO <br> & VAUGHN, PLLC <br> *Attorneys for Plaintiffs* <br> 14 Ridge Square NW Third Floor <br> Washington, D.C. 20016 <br> Tel: 202-792-7927 <br> Fax: 202-792-7927 <br> Email: dnigh@nighgoldenberg.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                                        Attorneys for Plaintiffs

                                        By: */s/ Daniel A. Nigh*