# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

## PLAINTIFFS' NOTICE OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT NADIM MAHMUD M.D., M.S., M.P.H., M.S.C.E

**PLEASE TAKE NOTICE**, Plaintiffs shall move before the Honorable Renée Marie Bumb, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Precluding the Opinions of Defense Expert Nadim Mahmud.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of C. Brett Vaughn in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

1

|  |  |
|---|---|
|  | **NIGH GOLDENBERG RASO & VAUGHN, PLLC**<br>Attorneys for Plaintiffs |
| Dated: May 22, 2025 | By: */s/ C. Brett Vaughn*<br>C. Brett Vaughn, RN, BSN, JD<br>NIGH GOLDENBERG RASO & VAUGHN, PLLC<br>*Attorneys for Plaintiffs*<br>14 Ridge Square NW Third Floor<br>Washington, D.C. 20016<br>Tel: 202-792-7927<br>Fax: 202-792-7927<br>Email: bvaughn@nighgoldenberg.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                                        Attorneys for Plaintiffs

                                        By: */s/ C. Brett Vaughn*