# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO: *Roberts et al. v. Zhejiang Huahai Pharmaceutical Co. Ltd.,* Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

### PLAINTIFFS' NOTICE OF *DAUBERT* MOTION TO PRECLUDE OPINIONS OF DEFENSE EXPERT VICTORIA CHERNYAK, M.D., M.S.

**PLEASE TAKE NOTICE,** Plaintiffs shall move before the Honorable Renée Marie Bumb, U.S.D.J., and the Honorable Thomas I. Vanaskie, Special Master, at the United States District Court for the District of New Jersey, 1 John F. Jerry Plaza, 4th and Cooper Streets, Camden, New Jersey, for an Order Precluding the Opinions of Defense Expert Victoria Chernyak, M.D., M.S..

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Brief and Certification of C. Brett Vaughn RN, BSN, JD in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1.

1

|                        | **NIGH GOLDENBERG RASO & VAUGHN, PLLC** |
|---|---|
|                        | *Attorneys for Plaintiffs* |
| Dated: May 22, 2025    | By: */s/ C. Brett Vaughn* |
|                        | C. Brett Vaughn, RN, BSN, JD |
|                        | NIGH GOLDENBERG RASO & VAUGHN, PLLC |
|                        | *Attorneys for Plaintiffs* |
|                        | 14 Ridge Square NW Third Floor |
|                        | Washington, D.C. 20016 |
|                        | Tel: 202-792-7927 |
|                        | Fax: 202-792-7927 |
|                        | Email: bvaughn@nighgoldenberg.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                              **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                              *Attorneys for Plaintiffs*

                              By: */s/ C. Brett Vaughn*