# KIRKLAND & ELLIS LLP

Jessica Davidson, P.C.
To Call Writer Directly:
+1 212 446 4723
jessica.davidson@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 28, 2025

**VIA ECF**
The Honorable Thomas I. Vanaskie
Special Master for Discovery
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875-RBK-KMW (D.N.J.)

Dear Special Master Vanaskie:

Per the Court's MDL Special Master Order (ECF 3043), this letter provides Defendants' proposed agenda for the May 30, 2025 Case Management Conference.

## I.  PLAINTIFF FACT SHEET DEFICIENCIES

### A.  Cases Addressed at the April 28, 2025 Case Management Conference:

The Court issued three show cause orders returnable at the May 30, 2025 Case Management Conference:

1. *Mark McNall v. Aurobindo, et al.* – 23-cv-21327
2. *Teresa Esrig v. Torrent, et al.* – 22-cv-244
3. *Yolanda Williams v. Hetero, et al.* – 24-cv-7899

The issues in the *Williams* and *Esrig* matter are resolved, and the show cause orders may be withdrawn.

The issues in the *McNall* matter remain unresolved, but the parties agree to an extension of the show cause order until the next case management conference.

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 2

**B.   Second Listing Cases – Order to Show Cause Requested:**

Pursuant to CMO-16, the Plaintiff Fact Sheets in the below cases are substantially incomplete and contain core deficiencies. Each of these cases was previously listed on the agenda for a prior CMC. This list was provided to Plaintiffs' leadership on May 16, 2025, and a meet and confer was held on May 22, 2025. Defendants have also been available for further discussion as needed. Accordingly, Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, directing Plaintiffs to establish why these cases should not be dismissed.

|    | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Sent |
|----|-----------|------------------|----------|--------------|-----------------|
| 1. | James Doherty v. Aurobindo, et al. | 25-cv-956 | Bernstein Liebhard | No PFS Filed | PFS Due – 4/3/25 |
| 2. | Ladawn Banks v. Aurobindo, et al. | 25-cv-1159 | Stark & Stark | No PFS Filed | PFS Due – 4/11/25 |
| 3. | Roger Fast v. Aurobindo, et al. | 25-cv-1192 | Stark & Stark | No PFS Filed | PFS Due – 4/12/25 |
| 4. | Ronald Gies v. Hetero Drugs, et al. | 25-cv-1186 | Bernstein Liebhard | No PFS Filed | PFS Due – 4/21/25 |
| 5. | Michael Anderson v. Aurobindo et al. | 24-cv-10799 | Levin Papantonio | Uploaded photo of a valsartan container is not of the valsartan relevant to the basis of the claim (X.9.) | 2/19/25 |

# KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 3

### C.  First Listing Cases – Remaining Core Deficiencies:

The following Plaintiff Fact Sheets contain core deficiencies which remain unresolved. This list was provided to Plaintiffs' leadership on May 16, 2025, and a meet and confer was held on May 22, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

|    | **Plaintiff** | **Civil Action No.** | **Law Firm** | **Deficiencies** | **Deficiency Sent** |
|---|---|---|---|---|---|
| 1. | Joseph Schubert v. ZHP, et al. | 25-cv-1911 | Peiffer Wold | Authorizations need ink signature. | 5/12/25 |
| 2. | Joan Howard v. ZHP, et al. | 25-cv-1191 | Nigh Goldenberg | No medical records. | 5/12/25 |
| 3. | Randy Harris v. ZHP, et al. | 25-cv-1562 | Levin Papantonio | No documents supporting esophageal cancer diagnosis.<br><br>Missing medical expense records.<br><br>Authorizations must be undated. | 5/13/25 |
| 4. | Oscar Jarquin v. ZHP, et al. | 24-cv-11515 | Levin Papantonio | Missing medical expense records. | 5/6/25 |

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 4

| 5. | Robert O'Neill v. Aurobindo Pharma, Ltd. | 25-cv-1657 | Stark & Stark | No PFS Filed | PFS Due – 5/7/25 |
|---|---|---|---|---|---|
| 6. | Michael Kopinetz v. Hetero Drugs, Ltd. | 25-cv-1899 | Nigh Goldenberg | No PFS Filed | PFS Due – 5/17/25 |
| 7. | William Floyd v. Aurobindo Pharma, Ltd. | 25-cv-2150 | Nigh Goldenberg | No PFS Filed | PFS Due – 5/28/25 |

## II. PRODUCT IDENTIFICATION DEFICIENCIES

### A. Cases Addressed at the April 28, 2025 Case Management Conference:

The Court issued twenty nine show cause orders returnable at the May 30, 2025, Case Management Conference:

| Plaintiff | Docket | Attorney | Entity(ies) to be Dismissed |
|---|---|---|---|
| 1. John Avjian **WITHDRAW** | 24-cv-09463 | Kendra Goldhirsch Chaffin Luhana LLP | Mylan Laboratories Ltd., Mylan N.V., and Mylan Pharmaceuticals Inc. |
| 2. Dixie Buxton **WITHDRAW** | 23-cv-02933 | David Hobbs Fleming, Nolen & Jez, L.L.P. | Mylan Pharmaceuticals Inc., Mylan N.V., and Mylan Laboratories Ltd. |
| 3. Edward Jackson | 20-cv-6589 | David Hobbs Fleming, Nolen & Jez, L.L.P. | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. |

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 5

| Plaintiff | Docket | Attorney | Entity(ies) to be Dismissed |
|---|---|---|---|
| **WITHDRAW** | | | |
| 4. Priscilla Kleinman | 19-cv-7152 | Watts Law Firm LLP | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc. |
| 5. Christopher Lang  **WITHDRAW** | 24-cv-8254 | Kendra Goldhirsch Chaffin Luhana LLP | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc. |
| 6. Shylaine Louissaint | 21-cv-7797 | Andrew O'Conner Nagel Rice | Mylan Laboratories Ltd. |
| 7. Kevin Russell  **WITHDRAW** | 25-cv-00278 | Nigh Goldenberg Raso & Vaughn | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. |
| 8. Janet Snipe  **WITHDRAW** | 24-cv-04013 | Kendra Goldhirsch Chaffin Luhana LLP | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. |
| 9. Diane Troiano  John Troiano | 20-cv-2341 | Michael Schafle Green & Schafle LLC | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V.  Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. |

# KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 6

| Plaintiff | Docket | Attorney | Entity(ies) to be Dismissed |
|---|---|---|---|
| 10. Catherine Worsham **WITHDRAW** | 22-cv-00002 | Morgan and Morgan | Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Mylan N.V. |
| 11. Bykowski, Leslie | 20-cv-14248 | Watts Guerra | Arrow Pharm (Malta) Ltd. |
| 12. Ernsbarger, Loren **WITHDRAW** | 20-cv-18796 | Fleming, Nolen & Jez, LLP | Arrow Pharm (Malta) Ltd. and Teva Pharmaceuticals USA, Inc. |
| 13. Franklin, Jerry (Est. of Billye) | 20-cv-7860 | Michael Brady Lynch Firm | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc.; Arrow Pharm (Malta) Ltd. |
| 14. Montalbano, Annette | 23-cv-22904 | The Barnes Firm | Arrow Pharm (Malta) Ltd.. |
| 15. Mottie, Maurice **WITHDRAW** | 22-cv-06304 | Fleming, Nolen & Jez, LLP | Teva Pharmaceuticals USA, Inc. |
| 16. Peyton, Katherine | 21-cv-09063 | DeGaris | Teva Pharmaceutical Industries, Ltd. |
| 17. Polita, Adelaide o/b/o Frank Annunziato | 20-cv-7879 | Michael Brady Lynch Firm | Arrow Pharm (Malta) Ltd. |

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 7

| **Plaintiff** | **Docket** | **Attorney** | **Entity(ies) to be Dismissed** |
|---|---|---|---|
|  |  |  |  |
| 18. Sanders, Ada | 20-cv-7884 | Michael Brady Lynch Firm | Teva Pharmaceuticals USA, Inc. |
| 19. Smoot, Lee | 20-cv-7994 | Michael Brady Lynch Firm | Arrow Pharma (Malta) Ltd. |
| 20. Stiles, Debra <br><br>**WITHDRAW** | 22-cv-1987 | Pittman Dutton | Arrow Pharm (Malta) Ltd. |
| 21. Taggart, Joyce <br><br>**WITHDRAW** | 20-cv-8802 | Fleming, Nolen & JEZ, LLP | Teva Pharmaceuticals USA, Inc.; Arrow Pharm (Malta) Ltd. |
| 22. Taylor, Barbara <br><br>**WITHDRAW** | 21-cv-19430 | Fleming, Nolen & JEZ, LLP | Teva Pharmaceuticals USA, Inc. |
| 23. Thomas, Jason <br><br>**WITHDRAW** | 20-cv-15091 | Scott Morgan | Teva Pharmaceuticals USA, Inc. |
| 24. Thornton, Ricky | 20-cv-16078 | Watts Guerra | Arrow Pharm (Malta) Ltd. |

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 8

| Plaintiff | Docket | Attorney | Entity(ies) to be Dismissed |
|---|---|---|---|
| 25. Tippett, Gary **WITHDRAW** | 22-cv-00826 | Pittman Dutton | Arrow Pharm (Malta) Ltd., Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA, Inc. |
| 26. Tolley, Margaret | 21-cv-10130 | DeGaris | Teva Pharmaceuticals USA, Inc. |
| 27. Torghele, Daniel | 19-cv-21034 | Shrager, Spivey & Sachs | Arrow Pharm (Malta) Ltd. |
| 28. Vindigni, Richard **WITHDRAW** | 21-cv-02361 | Julian Bailey | Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc. |
| 29. Williams, Ernestine | 21-cv-6946 | Douglas & London | Teva Pharmaceuticals USA, Inc. |

The issues in the following 15 matters are either resolved, or a stipulation of dismissal has been entered, and the show cause orders may be withdrawn as moot. The numbers in the list below reflect the case's placement on the chart above for reference.

1) John Avjian
2) Dixie Buxton
3) Edward Jackson
5) Christopher Lang
7) Kevin Russell
8) Janet Snipe
10) Catherine Worsham
12) Loren Ernsbarger

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 9

- 15) Maurice Mottie
- 20) Debra Stiles
- 21) Joyce Taggart
- 22) Barbara Taylor
- 23) Jason Thomas
- 25) Gary Tippett
- 28) Richard Vindigni

The issues in the below 14 matters remain, and the Requesting Manufacturer Defendants request that the listed entities be dismissed from these matters with prejudice. Numbers in the below list reflect the case's placement on the chart above for reference.

- 4) Priscilla Kleinman
- 6) Shylainne Louissant
- 9) Diane Troiano
- 11) Leslie Bykoswki
- 13) Jerry Franklin
- 14) Annette Montalbano
- 16) Katherine Peyton
- 17) Adelaide Polita
- 18) Ada Sanders
- 19) Lee Smoot
- 24) Ricky Thornton
- 26) Margaret Tolley
- 27) Daniel Torghele
- 29) Ernestine Williams

### B. Second Listing Cases – Order to Show Cause Requested:

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on May 14, 2025, and a meet and confer was held on May 22, 2025. Defendants have also been available for further discussion as needed. This is the second time these cases have been listed on this agenda. Accordingly, the Requesting Manufacturer Defendants request that an Order to Show Cause be entered in each of these cases, returnable at the next case management conference, directing Plaintiffs to establish why the listed entities should not be dismissed from these cases.

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 10

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Cleveland, Michael | 20-cv-00950 | Morgan & Morgan | Only Teva product identified is 1 year post-diagnosis of colon cancer. | Teva Pharmaceuticals USA, Inc. | 3/28/25 |
| 2. Keller, Theodore | 20-cv-6918 | Shrager & Sachs | No Teva Product | Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Actavis, LLC; Actavis Pharma, Inc. | 3/31/25 |
| 3. Lang, Christopher | 24-cv-8254 | Chaffin Luhana LLP | No Teva Product | Teva Pharmaceutical Industries, Ltd. | 3/31/25 |
| 4. Stern, Jeannette | 24-cv-9402 | Bernstein Liebhard LLP | No Teva Product | Arrow Pharm (Malta) Ltd. | 4/1/25 |

**C.　First Listing Cases – Remaining Product Identification Deficiencies:**

The following product identification issues remain unresolved. This list was provided to Plaintiffs' leadership on May 14, 2025, and a meet and confer was held on May 22, 2025. Defendants have also been available for further discussion as needed. This is the first time these cases have been listed on this agenda. Accordingly, Defendants are not requesting orders to show cause with respect to any of the below cases at this time and will continue to meet and confer to resolve these deficiencies.

# KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 11

| Plaintiff | Docket | Attorney | Deficiency | Entity(ies) to be Dismissed | Prior Dismissal Request(s) |
|---|---|---|---|---|---|
| 1. Gilchrist, Gregory | 25-cv-1091 | Chaffin Luhana LLP | No Teva Product | Teva Pharmaceuticals USA, Inc. | 5/12/25 |
| 2. Wesley, Mary | 20-cv-8587 | Vogelzang Law | No Teva Product | Arrow Pharm (Malta) Ltd. | 2/28/25 |
| 3. Williams, Jeffrey | 21-cv-16345 | Heninger Garrison Davis, LLC | No Teva Product | Arrow Pharm (Malta) Ltd. | 5/12/25 |

### III. WAVE 2 DFS AMENDMENTS

The parties continue to meet and confer, including most recently on May 28, 2025, to finalize the information that will be included in the amended Defendant Fact Sheets for the Wave 2 Bellwether cases. No action by the Court is required at this time.

### IV. 30(b)(6) DEPOSITION ON ZHP CERTIFICATES OF ANALYSIS AND RELATED DOCUMENTS

ZHP has agreed to tender a corporate witness to testify with respect to the topics noticed by Plaintiffs related to certificates of analysis and material safety data sheets. The parties are continuing to discuss dates for the deposition. The dates initially noticed by Plaintiffs (June 18 & 19, 2025) are not workable for ZHP and Plaintiffs' counsel has indicated that Plaintiffs are not available between June 23 & July 8, 2025. As a result, ZHP expects that the deposition will occur after July 8, 2025.

## KIRKLAND & ELLIS LLP

The Honorable Thomas I. Vanaskie
May 28, 2025
Page 12

Sincerely,

*Jessica Davidson*

Jessica Davidson, P.C.