### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                   ___**May 30, 2025**___
                                                         **DATE OF PROCEEDINGS**


**CHIEF JUDGE RENÉE M. BUMB**

**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:   SHARON RICCI**

                                        Docket # 19-md-2875 (RMB)(SAK)

**TITLE OF CASE**:

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
As stated on the record.

**NATURE OF PROCEEDINGS:     CASE MANAGEMENT CONFERENCE**

Case Management Conference held on the record via Teams videoconference.
Ordered case management conference set for June 30, 2025 at 10:00AM.



Time Commenced: 10:10a.m.        Time Adjourned: 10:15a.m.


Total Time:   5 minutes

                                        Lawrence MacStravic
                                         Deputy Clerk