UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the TPP Trial | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**DECLARATION OF NINA ROSE IN SUPPORT OF TPP TRIAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO REOPEN EXPERT RECORD**

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of TPP Trial Defendants' Opposition to Plaintiffs' Motion for Leave to Reopen Expert Record.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Parties' Joint Final Pretrial Order dated Mar. 14, 2024.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2025                                  Respectfully submitted,

1

        */s/ Nina R. Rose*
        Nina R. Rose, P.C. (*pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        1301 Pennsylvania Avenue
        Washington, D.C. 20004
        Tel: (202) 389-3394
        Fax: (202) 389-5200
        nina.rose@kirkland.com

        *Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2025, a true and correct copy of the foregoing document was served upon counsel of record via operation of the Court's electronic filing system.

Dated: June 2, 2025

Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
Fax: (202) 389-5200
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*