```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
_____
                              :  CIVIL ACTION NUMBER:
                              :  1:19-md-02875-RMB-SAK
IN RE:  VALSARTAN, LOSARTAN, and :
IRBESARTAN PRODUCTS LIABILITY :  Case Management
LITIGATION                    :  Conference
                              :
_____

     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets
     Camden, New Jersey 08101
     May 30, 2025
     Commencing at 10:11 a.m.


B E F O R E:      THE HONORABLE RENÉE MARIE BUMB,
                  CHIEF UNITED STATES DISTRICT JUDGE, AND
                  THE HONORABLE THOMAS I. VANASKIE (RET.),
                  SPECIAL MASTER


A P P E A R A N C E S:


     MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
     BY:  CHRISTOPHER GEDDIS, ESQUIRE
     103 Eisenhower Parkway
     Roseland, New Jersey  07068
     For the Plaintiffs


     HONIK LLC
     BY:  RUBEN HONIK, ESQUIRE
     1515 Market Street, Suite 1100
     Philadelphia, Pennsylvania  191032
     For the Plaintiffs




     Sharon Ricci, CRR, RMR, Official Court Reporter
              Sharon.ricci.usdcnj@gmail.com
                     (267) 249-8780

  Proceedings recorded by mechanical stenography; transcript
         produced by computer-aided transcription.
```

*United States District Court*
*District of New Jersey*

```
 1   A P P E A R A N C E S:  (Continued)

 2       KANNER & WHITELEY, LLC
         BY:  CONLEE S. WHITELEY, ESQUIRE
 3       BY:  DAVID J. STANOCH, ESQUIRE
         701 Camp Street
 4       New Orleans, Louisiana  70130
         For the Plaintiffs
 5
         NIGH GOLDENBERG RASO & VAUGHN
 6       BY:  DANIEL A. NIGH, ESQUIRE
              C. BRETT VAUGHN, ESQUIRE
 7       14 Ridge Square NW, Third Floor
         Washington, D.C. 20016
 8       For the Plaintiffs

 9       FARR, FARR, EMERICH, HACKETT, CARR & HOLMES
         BY:  GEORGE T. WILLIAMSON, ESQUIRE
10       99 Nesbit Street
         Punta Gorda, Florida 33950
11       For the Plaintiffs

12       PRETI FLAHERTY BELIVEAU & PACHIOS LLP
         BY:  JOHN J. CRONAN, III, ESQUIRE
13       One City Center
         Portland, Maine 04101
14       For the Plaintiffs

15       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
         BY:  MILLI HANSEN, ESQUIRE
16       1440 New York Avenue, N.W.
         Washington, DC 20005
17       For the Defendants Zhejiang Huahai Pharmaceutical Co.,
         Ltd., Huahai U.S., Inc, Prinston Pharmaceutical, Inc., and
18       Solco Healthcare U.S. LLC (Collectively ZHP)

19       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
         BY:  JASON M. REEFER, ESQUIRE
20       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania  15219
21       For the Defendant Mylan Pharmaceuticals, Inc.

22       GREENBERG TRAURIG LLP
         BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
23       BY:  STEVEN M. HARKINS, ESQUIRE
         3333 Piedmont Road, NE, Suite 2500
24       Atlanta, Georgia  30305
         Counsel for Defendants Teva Pharmaceutical Industries,
25       Ltd., Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis
         Pharma, Inc. (Collectively Teva)
```

```
 1   A P P E A R A N C E S:   (Continued)

 2       GREENBERG TRAURIG LLP
         BY:  GREGORY E. OSTFELD, ESQUIRE
 3       77 West Wacker Drive, Suite 3100
         Chicago, Illinois 60601
 4       Counsel for Defendants Teva Pharmaceutical Industries,
         Ltd., Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis
 5       Pharma, Inc. (Collectively Teva)

 6       MORGAN, LEWIS & BOCKIUS, LLP
         BY:  JOHN P. LAVELLE, JR.
 7       502 Carnegie Center
         Princeton, New Jersey  08540
 8       Counsel for Defendants Aurolife Pharma LLC and
         Aurobindo Pharma USA, Inc.
 9
         ARCHER & GREINER, P.C.
10       BY:  MAUREEN T. COGHLAN, ESQUIRE
         1025 Laurel Oak Road
11       Voorhees, New Jersey 08043
         Counsel for the Mylan Defendants
12
         KIRKLAND & ELLIS LLP
13       BY:  ALEXIA R. BRANCATO, ESQUIRE
         601 Lexington Avenue
14       New York, New York 10022
         For the Defendants Torrent Pharma, Inc. (Torrent)
15
         KIRKLAND & ELLIS LLP
16       BY:  NINA R. ROSE, ESQUIRE
         1301 Pennsylvania Avenue, N.W.
17       Washington, D.C. 20004
         For the Defendants Torrent Pharma, Inc. (Torrent)
18
         FALKENBERG IVES LLP
19       BY:  KIRSTIN B. IVES, ESQUIRE
         230 W. Monroe Street, Suite 2220
20       Chicago, Illinois 60606
         Counsel for Defendant Humana
21
         WALSH PIZZI O'REILLY FALANGA LLP
22       BY:  LIZA M. WALSH, ESQUIRE
         CHRISTINE I. GANNON, ESQUIRE
23       Three Gateway Center, 100 Mulberry Street, 15th Floor
         Newark, New Jersey 07102
24       Counsel for Defendants Teva Pharmaceutical Industries,
         Ltd., Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis
25       Pharma, Inc. (Collectively Teva)
```

```
 1   A P P E A R A N C E S:   (Continued)

 2       BARNES & THORNBURG, LLP
         BY:  KRISTEN L. RICHER, ESQUIRE
 3       2029 Century Park East, Suite 300
         Los Angeles, California  90067
 4       Counsel for Retailer Defendants and CVS Pharmacy, Inc.,
         and Walmart, Walgreens
 5
         BARNES & THORNBURG, LLP
 6       BY:  KARA KAPKE, ESQUIRE
         11 S. Meridian Street
 7       Indianapolis, Indiana 46204
         Counsel for Retailer Defendants and CVS Pharmacy, Inc.,
 8       and Walmart, Walgreens

 9       ULMER & BERNE LLP
         BY:  JEFFREY D. GEOPPINGER, ESQUIRE
10       600 Vine Street, Suite 2800
         Cincinnati, Ohio 445202
11       For the Wholesaler Defendants and AmerisourceBergen

12       NORTON ROSE FULBRIGHT US LLP
         BY:  D'LESLI DAVIS, ESQUIRE
13            ELIZABETH NORRIS, ESQUIRE
         2200 Ross Avenue, Suite 3600
14       Dallas, Texas 75201
         For the Defendant McKesson Corporation
15
         HUNCH BLACKWELL LLP
16       BY:  ABRAHAM JAMES SPUNG, ESQUIRE
         1801 Wewatta Streeet, Suite 1000
17       Denver, Colorado 80202
         For the Defendants Cigna Corporation, Express Scripts
18       Holding Company, and Express Scripts, Inc.

19

20   ALSO PRESENT:

21
         Larry Macstravic, Courtroom Deputy
22
         Clarissa Lintner, Esquire, Career Law Clerk to the
23       Honorable RENÉE Marie Bumb, Chief Judge

24

25
```

        (PROCEEDINGS held via Teams videoconferencing before the Honorable Renée Marie Bumb, Chief United States District Judge, and the Honorable Thomas I. Vanaskie (Ret.), Special Master, at 10:11 a.m.)

        JUDGE BUMB:  Good morning.

        So do you need me?  Here I am.

        JUDGE VANASKIE:  Okay.  We're ready to go then.  I didn't want to start without you.

        JUDGE BUMB:  I kept you waiting, I apologize.  So if you need me, here I am.  If you don't need me, I'm going back on the bench so --

        JUDGE VANASKIE:  Counsel, let me ask Mr. Slater first.  It's a very brief agenda.

        What do we need to present to Judge Bumb today?

        MR. SLATER:  Good morning, Your Honor.  The only issues that I think might be for Your Honor are the order to show cause type deficiency issues.  I think that the other scheduling of the depositions clearly Judge Vanaskie can handle.  So I think it's just really the order to show cause process.

        JUDGE BUMB:  Okay.  And you have those?  You folks have agreed on them, right?

        JUDGE VANASKIE:  I think they are agreed to, aren't they, Mr. Harkins?

        MR. HARKINS:  Your Honor, more or less.  There are a

```
 1  few updates from what was submitted in our agenda.  But unless
 2  individual counsel appear with new argument that we're unaware
 3  of, I believe these are largely agreed to, yes.
 4              JUDGE BUMB:  Okay.  So those will be issued.  I'll get
 5  those out.
 6              JUDGE VANASKIE:  Okay.  Anything else for Judge
 7  Bumb?
 8              (No response.)
 9              JUDGE BUMB:  Is there an agreement as to the briefing
10  schedule?
11              A lot of motions came in.  That's all taken care of,
12  yes?
13              MR. HARKINS:  Your Honor, are you referring to the
14  briefing schedule for summary judgement?
15              JUDGE BUMB:  All of them really, to been honest.
16              MR. HARKINS:  And I believe from the defendants'
17  perspective we took Your Honor's statements on the record last
18  time as setting those deadlines, so we have calendared those as
19  60 days from the last case management conference, 30 days for
20  oppositions, and then I believe 21 days for reply.  But we have
21  taken those as the deadlines that we're operating under from
22  the defendants' perspective.
23              JUDGE BUMB:  Sure.  And there's no issue with them is
24  all I'm asking, so that's good.
25              MR. SLATER:  Correct, Your Honor.
```

```
 1                JUDGE BUMB:  Okay.  Good.
 2                JUDGE VANASKIE:  Well, I think, Judge Bumb, we can let
 3   you get back on the bench, and I'll talk about these scheduling
 4   issues.
 5                JUDGE BUMB:  Thank you, Judge Vanaskie.  Thank you.
 6   And if something comes up, my clerk is on and she can get a
 7   message to me.
 8                All right.  Thank you all.  Have a good weekend.
 9                JUDGE VANASKIE:  Thank you.
10                MR. SLATER:  Thank you, Judge.
11                (Judge Bumb exits Teams conference.)
12                JUDGE VANASKIE:  Where do we stand, Mr. Slater, on the
13   deposition schedule?
14                MR. SLATER:  It was summarized in the letters.
15   We're waiting to hear back from ZHP on firm dates.  We had
16   wanted to do it earlier, the dates weren't matching.
17                But the dates that we're looking for based on when
18   defense said they could do it would be the 9th and 10th of
19   July.  We don't want to go anywhere past that because we have
20   other things we have to do and we're going to start bleeding
21   into the final trial prep.
22                So we're hopeful, and I think the defense knows
23   that, and we were willing to compromise on the June dates
24   that we asked for in our notice and we can't go any later than
25   that.
```

*1*   JUDGE VANASKIE: Ms. Hansen, are you addressing this
*2* issue?
*3*   MS. HANSEN: Yes, Judge Vanaskie. And I agree with
*4* Mr. Slater. Defense wasn't available the week of June 16th, as
*5* plaintiffs have proposed. We understand plaintiffs aren't
*6* available the following two weeks until July 9th, and so we're
*7* going to talk to our client about July 9th and 10th for that
*8* deposition.
*9*   JUDGE VANASKIE: All right. Can you get back to me by
*10* Monday of next week?
*11*   MS. HANSEN: Yes.
*12*   JUDGE VANASKIE: Or Wednesday. Just so we can get
*13* this scheduled. It's important that we not let it slip.
*14*   MS. HANSEN: Yes, we can get back to you. Judge, are
*15* you suggesting on June 4th or June 9th?
*16*   JUDGE VANASKIE: I want you to get back to me by
*17* June 6th.
*18*   MS. HANSEN: Absolutely. That sounds good.
*19*   JUDGE VANASKIE: Anything else then for us to discuss
*20* today?
*21*   MR. SLATER: I don't believe so from plaintiffs,
*22* unless I'm overlooking something.
*23*   MR. HARKINS: Your Honor, I do have some updates
*24* with respect to the specific plaintiff fact sheet and product
*25* ID deficiencies, which we can provide, in addition to most of

1  them being agreed.
2          JUDGE VANASKIE:  All right.  Did you want to
3  do that now, Mr. Harkins, or you want to send it by way of a
4  letter?
5          MR. HARKINS:  I believe if it is simply a question of
6  the updates, I'm happy to provide just the two updates that I
7  have for the record, and then we can confirm with the Court the
8  specific orders that need to be entered.
9          JUDGE VANASKIE:  Very well.  Go ahead.
10         MR. HARKINS:  Your Honor, turning first to the
11 plaintiff fact deficiencies, the cases are agreed as listed in
12 our agenda letter, with one exception.  On part C, under the
13 first listing cases that begins on page 3 of our letter, I have
14 one update.
15         Case Number 7, William Floyd, we have received the
16 plaintiff fact sheet and that case will not be listed on the
17 next agenda.  We will review that fact sheet and list the case
18 again separately, if necessary.
19         But no other updates or information that I'm aware of
20 with respect to the other cases.
21         The issues in the McNall case, which are listed on
22 page 1 of our letter, can be extended until the next case
23 management conference.  And as confirmed there, the Williams
24 and Esrig matters are resolved and the orders to show cause may
25 be withdrawn.

```
 1                JUDGE VANASKIE:  All right.
 2                MR. SLATER:  And, Your Honor, I didn't realize, there
 3   was one --
 4                JUDGE VANASKIE:  Go ahead, Mr. Slater.
 5                MR. SLATER:  I was going to say, I do realize there's
 6   one other issue on the agenda.  It's more by way of update
 7   about the DFS amendment process that we're trying to work
 8   through with Teva.
 9                We're hoping that we could get some finality on that
10   really soon.  If not, we may have to reach out to the Court.
11                JUDGE VANASKIE:  All right.  And what do you mean by
12   "really soon"?
13                MR. SLATER:  The people that are involved in the
14   negotiations on this issue are on this Zoom, so I would leave
15   it to them to tell us, but I would hope that we could get this
16   resolved by the end of next week, at least to know what we're
17   going to do one way or the other.
18                Unless somebody disagrees, it would seem that June 6th
19   would be a good time to try to get back to the Court on that as
20   well.
21                MR. HARKINS:  And Your Honor, from the Teva
22   defendants' perspective, we met and conferred with them on this
23   two days ago.  I fully expect we would be able to get this
24   resolved in the manner that we did in the Roberts case.  We are
25   providing some additional information.
```

*1*      And regardless, our goal is to obtain an agreed-upon
*2* calculation of the impurity levels sufficient for plaintiffs to
*3* use in their expert reports.  We will do everything we can to
*4* get that to them as quickly as possible and get them the
*5* confirmation that they need to avoid any further delay or the
*6* need for a 30(b)(6) deposition.
*7*      JUDGE VANASKIE:  Very well.  Please provide to me a
*8* status report on this issue by June 6th.
*9*      MR. SLATER:  Thank you, Judge.
*10*     MR. HARKINS:  Thank you, Your Honor.
*11*     JUDGE VANASKIE:  Anything else for today then?
*12*     MR. HARKINS:  Your Honor, the only update that
*13* I have with respect to the second item on our agenda, the
*14* product identification deficiencies -- and this is the first
*15* time that we have had these ripe for actual dismissal -- is
*16* just to outline for the Court that we have identified a number
*17* of matters on page 8 of our letter, 15 that have either been
*18* resolved or where a stipulation of dismissal has been entered
*19* so there's no action by the Court required to resolve the
*20* issues in those cases.
*21*     There are 14 matters also identified, beginning on
*22* page 9, where there is an order to show cause pending and
*23* we do believe that entry of dismissal with respect to the
*24* entities identified in the "entities to be dismissed" column in
*25* our position statement is appropriate.

1    The only update that I have with respect to that list
2 is case number 11, Leslie Bykowski, simply to confirm that I
3 spoke with plaintiffs' counsel for that plaintiff yesterday and
4 he confirmed that there is no objection to the entry of a
5 dismissal with respect to the Arrow Pharm Malta entity
6 indicated under the "entities to be dismissed" column on our
7 list.
8    JUDGE VANASKIE:  All right.  Now, how do you
9 want to proceed here, Mr. Harkins, with respect to these
10 matters?  Do you want to submit proposed orders to the
11 Court?
12    MR. HARKINS:  Your Honor, we're happy to
13 submit proposed orders for each of the cases.  We had
14 previously in the order to show cause submitted a template.
15 If the Court would prefer us to prepare the actual orders with
16 case information for, for example, each of the 14 listed
17 here, defendants are certainly willing to do that, and we
18 can send that to Ms. Lintner, if that would be the
19 preference.
20    JUDGE VANASKIE:  Yes, I think that might be the
21 easiest way to handle it, and I would suggest that we follow
22 that route.
23    MR. HARKINS:  That's absolutely fine, Your Honor.  I
24 will make sure that we send those so that plaintiffs can see
25 what we are proposing to submit before sending them to the

1  Court, but we should be able to get them to the Court by early
2  next week.
3             JUDGE VANASKIE:  Very well.  Thanks.
4             Anything else for today?
5             MR. SLATER:  Nothing for plaintiffs, Your Honor.
6             MR. HARKINS:  Nothing from defendants.
7             JUDGE VANASKIE:  All right.  Thank you all very much.
8  Let's schedule our next CMC.
9             The last Friday in June is June 27th.  Is that all
10 right with everyone?
11            MR. SLATER:  That works for plaintiffs.
12            MS. LINTNER:  Judge Bumb is going to be out of
13 chambers that day.  She should be back, though, Monday, the
14 30th, if that works.
15            JUDGE VANASKIE:  Is Monday the 30th all right?
16            MR. SLATER:  Yes.
17            JUDGE VANASKIE:  And for defendants?
18            MR. HARKINS:  Yes.
19            JUDGE VANASKIE:  All right.  We'll have Larry
20 Macstravic issue a text order scheduling the next case
21 management conference for Monday, June 30th at 10:00 a.m.
22            Anything else?
23            MR. SLATER:  Not for plaintiffs.
24            MR. HARKINS:  Nothing from defendants.  Thank you very
25 much.

```
 1         JUDGE VANASKIE:  Thank you very much.  Take care.
 2         (Matter adjourned at 10:22 a.m.)
 3         - - - - - - - - - - - - - - -
 4
 5         I certify that the foregoing is a correct transcript
 6   from the record of proceedings in the above-entitled matter.
 7
 8   /S/ Sharon Ricci, RMR, CRR
     Official Court Reporter
 9
10   May 30, 2025
           Date
11
```