**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Civil Case No. 19-md-2875 (RMB)(SAK) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE,** by the undersigned, that Kelly A. Waters, Esq., formerly of Wood, Smith, Henning & Berman LLP, is no longer with the firm and we request that the Clerk of Court remove her from the mailing list for dismissed Peripheral Defendant Preferred Pharmaceuticals, Inc.

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, the undersigned respectfully requests that the appearance of Spenser F. Frieri, Esq. of Wood Smith Henning & Berman, 400 Connell Drive, Suite 1100, Berkeley Heights, NJ 07922, on behalf of dismissed Peripheral Defendant Preferred Pharmaceuticals, Inc. please be entered in connection with the above-referenced matter.

**WOOD SMITH HENNING BERMAN, LLP**
400 Connel Drive, Suite 1100
Berkeley Heights, NJ 07922
T: (973) 265-9901
F: (973) 265-9925
*Attorneys for Defendant,*
*Preferred Pharmaceuticals, Inc.*

By:*/s/ Spenser F. Frieri*
    Spenser F. Frieri, Esq.

Dated: June 5, 2025

## CERTIFICATE OF SERVICE

  I hereby certify that on June 5, 20225, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the foregoing Notice of Withdrawal and Notice of Appearance to all parties of record. Parties may access the filing through the Court's system.

                **WOOD SMITH HENNING BERMAN, LLP**
                400 Connel Drive, Suite 1100
                Berkeley Heights, NJ 07922
                T: (973) 265-9901
                F: (973) 265-9925
                *Attorneys for Defendant,*
                *Preferred Pharmaceuticals, Inc.*


              By:*/s/ Spenser F. Frieri*
                Spenser F. Frieri, Esq.

Dated: June 5, 2025

38198964.1:10589-0049