# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. RENÉE MARIE BUMB** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

## NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:  **Jessica Davidson**
**Kirkland & Ellis LLP**
**601 Lexington Avenue**
**New York, New York 10022**
*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and through their counsel, will take the videotaped deposition of a corporate representative of Zhejiang Huahai Pharmaceutical Co, Ltd., on July 9 and 10, 2025, beginning at 7:00 pm eastern time, and continuing until completion, via Zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632). The deposition shall address the Federal Rule of Civil Procedure 30(b)(6) topics listed

on Exhibit A attached hereto.  The witness shall produce the documents requested at Exhibit B, attached hereto, at least five days in advance of the deposition.

Pursuant to the meet and confer between the parties, ZHP will provide a translator.

**TAKING ATTORNEY FOR PLAINTIFFS:**

ADAM M. SLATER, ESQ.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com

The videotaped deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

June 11, 2025

                                       **PLAINTIFFS' CO-LEAD COUNSEL**

                                       By: /s/Adam M. Slater
                                              ADAM M. SLATER
                                              Mazie Slater Katz & Freeman, LLC
                                              103 Eisenhower Parkway
                                              Roseland, NJ 07068
                                              Telephone: 973-228-9898
                                              Fax: 973-228-0303
                                              aslater@mazieslater.com

# **EXHIBIT A**

## **30(B)(6) TOPICS**

1. The certificates of analysis provided to ZHP by its suppliers of DMF, TEA, and TEA HCL from the beginning of development of the Valsartan API manufacturing processes in which those solvents were used, through manufacturing for marketing until the recall in the United States. The witness will be asked to testify to the contents and interpretation of the documents, and the use and distribution of the documents.

2. The material safety data sheets provided to ZHP by its suppliers of DMF, TEA, and TEA HCL from the beginning of Valsartan API manufacturing development of the processes in which those solvents were used, through manufacturing for marketing until the recall in the United States. The witness will be asked to testify to the contents and interpretation of the documents, and the use and distribution of the documents.

3. The Chinese standards identified and produced by ZHP with regard to the contents of the certificates of analysis provided to ZHP by its suppliers of DMF, TEA, and TEA HCL from the beginning of development of the Valsartan API manufacturing processes in which those solvents were used, through manufacturing for marketing until the recall in the United States. The witness will be asked to testify

to the contents and interpretation of the standards and documents produced, and the use and distribution of the documents.

4. ZHP's inspection documents, including all analysis, inclusive of all chromatography, produced by ZHP with regard to the certificates of analysis provided to ZHP by its suppliers of DMF, TEA, and TEA HCL, from the beginning of development of the Valsartan API manufacturing processes in which those solvents were used, through manufacturing for marketing until the recall in the United States. The witness will be asked to testify to the identity and role of the employees who were involved, the contents and interpretation of the documents, including but not limited to the chromatography and calculations of the content of the Dimethylamine and other substances identified, and the use and distribution of the documents.

# EXHIBIT B

## DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for the designated witness.

2. The complete production of the designated witness's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. RENÉE MARIE BUMB** |
| **THIS DOCUMENT RELATES TO ALL CASES** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            PLAINTIFFS' CO-LEAD COUNSEL

                                            By:   /s/Adam M. Slater
                                                   ADAM M. SLATER
                                                   Mazie Slater Katz & Freeman, LLC
                                                   103 Eisenhower Parkway
                                                   Roseland, NJ 07068
                                                   Telephone: 973-228-9898
                                                   Fax: 973-228-0303
                                                   aslater@mazieslater.com