UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>Civil Case No. 19-md-2875 (RMB)(SAK) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE,** by the undersigned, that Kelly A. Waters, Esq., formerly of Wood, Smith, Henning & Berman LLP, is no longer with the firm and we request that the Clerk of Court remove her from the mailing list for dismissed Peripheral Defendant Preferred Pharmaceuticals, Inc.

**WOOD SMITH HENNING BERMAN, LLP**
400 Connel Drive, Suite 1100
Berkeley Heights, NJ 07922
T: (973) 265-9901
F: (973) 265-9925
*Attorneys for Defendant,*
*Preferred Pharmaceuticals, Inc.*


By:*/s/ Spenser F. Frieri*
     Spenser F. Frieri, Esq.

Dated: June 11, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 20225, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the foregoing Notice of Withdrawal to all parties of record. Parties may access the filing through the Court's system.

        **WOOD SMITH HENNING BERMAN, LLP**
        400 Connel Drive, Suite 1100
        Berkeley Heights, NJ 07922
        T: (973) 265-9901
        F: (973) 265-9925
        *Attorneys for Defendant,*
        *Preferred Pharmaceuticals, Inc.*

By:*/s/ Spenser F. Frieri*
     Spenser F. Frieri, Esq.

Dated: June 11, 2025