# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**Smalls v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-08199-RMB-SAK**<br><br>**Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-07957-RMB-SAK**<br><br>**Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd et al.**<br>**Case No. 1:20-cv-06547-RMB-SAK**<br><br>**Lee v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-15324-RMB-SAK** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge<br><br>**REVISED ORDER ESTABLISHING AMENDED CASE MANAGEMENT SCHEDULE FOR WAVE 2 BELLWETHER CASES** |

**The Special Master Having Previously Entered** the Order Establishing Amended Case Management Schedule for Wave 2 Bellwether Cases on May 14, 2025 (ECF No. 3054),

**The Parties Having Met and Conferred,** to agree upon the second amended case management schedule for the second wave of potential personal injury bellwether plaintiff ("Wave 2 BW") trials in the following matters:

1. Garcia, Robert – 1:20-cv-07957

2. Lee, Robert – 1:20-cv-15324

3. Smalls, Evon – 1:20-cv-08199

4. Suits, James – 1:20-cv-06547

**Having Reviewed** the proposed, agreed-upon, second amended schedule,

**IT IS ORDERED:** the deadlines for the four above matters previously established in ECF No. 3054 and ECF 2988 are amended and the deadlines for the four above matters are:

| Wave 2 BW Trial Event | Wave 2 BW Trial Date |
| --- | --- |
| Deadline to amend Plaintiff Fact Sheet | 3/14/2025 |
| Close of case-specific fact discovery | 6/23/2025 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 6/30/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 8/15/2025 |
| Depositions of experts | 8/15/2025 – 9/19/2025 |
| Close of expert discovery | 9/19/2025 |
| Deadline for parties to exchange deposition designations | 9/30/2025 (Completion of rolling exchange) |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 10/8/2025 |

| | |
|---|---|
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 10/27/2025 |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 11/10/2025 |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 11/24/2025 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed selection of Wave 2 bellwether trial case | 3 business days after the Court's ruling on Rule 702/MSJs |
| Deadline to file motions in limine | 12/15/2025* |
| Deadline to file oppositions to motions in limine | 1/12/2026* |
| Deadline to submit joint final pretrial order | 1/15/2026* |

\* Dates to be adjusted pending Court's identification of trial start date

June 17, 2025

/s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master