# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>**Smalls v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-08199-RMB-SAK**<br><br>**Garcia v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-07957-RMB-SAK**<br><br>**Suits v. Zhejiang Huahai Pharmaceutical Co., Ltd et al.**<br>**Case No. 1:20-cv-06547-RMB-SAK**<br><br>**Lee v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.**<br>**Case No. 1:20-cv-15324-RMB-SAK** | MDL No. 2875<br><br>Honorable Renée Marie Bumb, Chief Judge<br><br>**ORDER ESTABLISHING AMENDED CASE MANAGEMENT SCHEDULE FOR WAVE 2 BELLWETHER CASES** |

**The Special Master Having Previously Entered** the Revised Order Establishing Amended Case Management Schedule for Wave 2 Bellwether Cases on June 17, 2025 (ECF No. 3089),

**The Parties Having Met and Conferred,** to agree upon the third amended case management schedule for the second wave of potential personal injury bellwether plaintiff trials ("Wave 2 BW") in the following matters:

1. Garcia, Robert – 1:20-cv-07957
2. Lee, Robert – 1:20-cv-15324
3. Smalls, Evon – 1:20-cv-08199
4. Suits, James – 1:20-cv-06547

**Having Reviewed** the proposed, agreed-upon, third amended schedule,

**IT IS ORDERED:** Counsel representing any fact witnesses whose depositions were previously noticed, but which have not been completed, are ordered to promptly provide dates for the depositions of those witnesses to take place before the close of fact discovery on July 11, 2025.

**IT IS ORDERED:** the deadlines for the four above matters previously established in ECF No. 3089 are amended and the deadlines for the four above matters are:

| Wave 2 BW Trial Event | Wave 2 BW Trial Date |
|---|---|
| Close of case-specific fact discovery | 7/11/2025 |
| Deadline for Plaintiff to designate experts and serve expert report(s) | 8/1/2025 |
| Deadline for Defendants to designate experts and serve expert report(s) | 9/16/2025 |
| Depositions of experts | 9/16/2025 – 10/21/2025 |

| Wave 2 BW Trial Event | Wave 2 BW Trial Date |
|---|---|
| Close of expert discovery | 10/21/2025 |
| Deadline for parties to exchange deposition designations | 11/3/2025 (Completion of rolling exchange) |
| Deadline to file: (i) Rule 702 motions; and (ii) summary judgment motions | 11/10/2025 |
| Deadline to submit deposition designations, objections, and counter-designations to the Court | 12/1/2025 |
| Deadline to file oppositions to: (i) Rule 702 motions; and (ii) summary judgment motions | 12/12/2025 |
| Deadline to file replies in further support of: (i) Rule 702 motions; and (ii) summary judgment motions | 12/26/2025 |
| Parties to submit (joint or separate if no agreement) position statement(s) to Court on proposed selection of Wave 2 bellwether trial case | 3 business days after the Court's ruling on Rule 702/MSJs |
| Deadline to file motions in limine | 1/16/2026* |
| Deadline to file oppositions to motions in limine | 2/13/2026* |
| Deadline to submit joint final pretrial order | 2/17/2026* |

\* Dates to be adjusted pending Court's identification of trial start date

/s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master