UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**HON. RENÉE MARIE BUMB** |
| **THIS DOCUMENT RELATES TO:**<br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.*,<br>Case No. 1:20-cv-00946 | |

**CERTIFICATION OF ADAM M. SLATER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' EXPERT JOHN RUSSO, M.D.**

**ADAM M. SLATER**, hereby certify as follows:

1. I am an attorney at law within the State of New Jersey and a partner with the law firm of Mazie Slater Katz & Freeman, LLC, and serve as Plaintiffs' Co-Lead Counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' opposition to Defendants' motion to exclude the liability opinion of John Russo, M.D.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of an excerpt of the transcript of Hai Wang's March 10, 2021 deposition.

                                        **MAZIE SLATER KATZ & FREEMAN, LLC**
                                        Attorneys for Plaintiffs

                                        By:   /s/ Adam M. Slater

Dated: June 26, 2025