# Exhibit 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2

 3   ****************************
                                     MDL No. 2875
 4   IN RE:  VALSARTAN, LOSARTAN,
     AND IRBESARTAN PRODUCTS          HON ROBERT B.
 5   LIABILITY LITIGATION             KUGLER
 6   ****************************
 7   THIS DOCUMENT APPLIES TO ALL
     CASES
 8
     ****************************
 9            - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
10
11            Remote Videotaped via Zoom
12   Deposition of HAI WANG, commencing at 9:03
13   a.m., on the 10th of March, 2021, before
14   Maureen O'Connor Pollard, Registered
15   Diplomate Reporter, Realtime Systems
16   Administrator, Certified Shorthand Reporter.
17
18                     - - -
19
              GOLKOW LITIGATION SERVICES
20       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
21
22
23
24
```

1    Q.    The third bullet point says,
2    "June 18, 2018: Prinston, as the drug product
3    application holder of Valsartan Tablets and
4    Valsartan-HCTZ Tablets, submitted a
5    face-to-face or teleconference meeting
6    request to FDA via e-mail communications and
7    eCTD submission."
8          That's what's indicated, right?
9    A.    That's correct.
10   Q.    When between June 9, 2018 and
11   June 18, 2018 was Prinston notified by ZHP of
12   this NDMA issue?
13   A.    Yeah, Prinston was notified, I
14   think, right around the June 19 time frame.
15   That's when I received the notification from
16   Jun Du, and we decided to stop the
17   distribution product immediately.
18   Q.    Did you say June 19?
19   A.    Either June 18 or June 19,
20   yeah.
21   Q.    Do you agree with me that you
22   needed to notify the FDA immediately after
23   learning of this issue?
24         MR. GOLDBERG:  Objection to the

Confidential Information Subject to Protective Order

1        form.
2        A.    This is regulatory's call.
3   Once they've been notified, yes, immediately
4   notify the FDA.
5   BY MR. SLATER:
6        Q.    This indicates in the fourth
7   bullet point, "June 19, 2018: The
8   manufacturer stopped release of all Valsartan
9   drug substance and issued a notice to all
10  customers, including Prinston, informing them
11  to put on hold Valsartan drug substance
12  pending further notice from Huahai."
13            That's again something that you
14  told the FDA based on what ZHP told you,
15  correct?
16            MR. GOLDBERG:  Objection to
17       form.
18       A.    That's correct.
19  BY MR. SLATER:
20       Q.    Do you know why it is that ZHP
21  waited between June 9 when they confirmed the
22  NDMA was in the valsartan and waited till
23  June 19th to send out this notification?
24            MR. GOLDBERG:  Objection to the