UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF NADIM MAHMUD, M.D., M.S., M.P.H., M.S.C.E.**

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Opposition to Plaintiff's Motion to Exclude Opinions of Nadim Mahmud, M.D., M.S., M.P.H., M.S.C.E..

1. Attached hereto as **Exhibit 1** is a true and correct copy of GRobertsJr-UABHIM-MD-000082-90 [FILED UNDER SEAL].

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Fareeha Siddiqui, M.D., dated Mar. 10, 2025.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Richard K. Sterling et al., *AASLD Practice Guideline on noninvasive liver disease assessment of portal hypertension*, 81 Hepatology 1060 (2024).

4. Attached hereto as **Exhibit 4** is a true and correct copy of Perry J. Pickhardt et al., *Multiparametric CT for Noninvasive Staging of Hepatitis C Virus-Related Liver Fibrosis*, 212 AJR 547 (2019).

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Deposition Transcript of Christopher Mele, dated May 8, 2025.

6. Attached hereto as **Exhibit 6** is a true and correct copy of GRobertsJr-CA-000656-663 [FILED UNDER SEAL].

7. Attached hereto as **Exhibit 7** is a true and correct copy of Fasiha Kanwal et al., *Metabolic dysfunction–associated steatotic liver disease: Update and impact of new nomenclature on the American Association for the Study of Liver Diseases practice guidance on nonalcoholic fatty liver disease*, 79 Hepatology 1212 (2024).

8. Attached hereto as **Exhibit 8** is a true and correct copy of Jong Kwan Kim et al., *Tumor volume doubling time as a dynamic prognostic marker for patients with hepatocellular carcinoma*, 62 Digestive Diseases & Sciences 2923 (2017).

9. Attached hereto as **Exhibit 9** is a true and correct copy of Chansik An et al., *Growth rate of early-stage hepatocellular carcinoma in patients with chronic liver disease*, 21 Clinical & Molecular Hepatology 279 (2015).

10. Attached hereto as **Exhibit 10** is a true and correct copy of Martin J. Gardner & Douglas G. Altman, *Confidence intervals rather than P values: estimation rather than hypothesis testing*, 292 Br. Med. J. 746 (1986).

11. Attached hereto as **Exhibit 11** is a true and correct copy of GRobertsJr-TH-MD-000938-955 [FILED UNDER SEAL].

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2025

Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*