# Exhibit 3

Received: 27 February 2024 | Accepted: 27 February 2024

DOI: 10.1097/HEP.0000000000000844

# Practice Guideline



## AASLD Practice Guideline on noninvasive liver disease assessment of portal hypertension

## PURPOSE AND SCOPE

Chronic liver disease (CLD) leads to liver fibrosis, which leads to an estimated two million annual deaths worldwide with an enormous healthcare burden.[1,2] The majority of liver-related outcomes, such as hepatic decompensation and complications from portal hypertension (variceal bleeding, hepatic encephalopathy, and ascites) and hepatocellular carcinoma (HCC), occur almost exclusively in those with cirrhosis. Therefore, it is critical to identify patients with fibrosis, especially those with significance to advanced fibrosis. Over the past few decades, multiple noninvasive blood biomarkers and imaging modalities or tests, termed here noninvasive liver disease assessments (NILDAs), have been developed to determine the presence and severity of liver fibrosis, steatosis, and clinically significant portal hypertension (CSPH).

NILDAs can generally be categorized as blood based and imaging based. The American Association for the Study of Liver Diseases (AASLD) Practice Guidelines Committee commissioned a diverse group of experts across multiple disciplines in the field of adult and pediatric liver disease to develop a systematic review and

guideline to rigorously evaluate and address the use of NILDAs to identify CSPH. Specific clinically focused questions ("patient, intervention, comparison, and outcome" [PICO]) were examined (Table 1). Each blood-based[3] and imaging-based[4] NILDA to detect fibrosis and steatosis are discussed in separate guidelines.

## RATIONALE FOR USE OF NILDAS TO DETECT PORTAL HYPERTENSION

Accurate assessment of portal hypertension is important in predicting prognosis and making treatment recommendations in patients with CLD. The reference standard for assessing portal hypertension in adults is direct hepatic venous pressure measurements, usually via the transjugular approach, to calculate the hepatic venous pressure gradient (HVPG), an indirect surrogate of portal pressure.[5,6] However, as with liver biopsy, HVPG measurement is invasive and carries risks. HVPG measurement is also limited by the need for adequate experience, skill, and utilization of standardized measurement techniques. In the last 20 years, noninvasive methods for assessing

**Richard K. Sterling**[1]
**Sumeet K. Asrani**[2]
**Deborah Levine**[3]
**Andres Duarte-Rojo**[4]
**Keyur Patel**[5]
**Maria Isabel Fiel**[6]
**Daniel H. Leung**[7]
**Bachir Taouli**[8]
**Mouaz Alsawas**[9]
**M. Hassan Murad**[9]
**Jonathan A. Dranoff**[10,11]
**Tamar H. Taddei**[10,11]
**Don C. Rockey**[12]

[1]Section of Hepatology, Virginia Commonwealth University, Richmond, Virginia, USA
[2]Baylor University Medical Center, Dallas, Texas, USA
[3]Department of Radiology, Beth Israel Lahey Health, Harvard Medical School, Boston, Massachusetts, USA
[4]Division of Gastroenterology and Hepatology, Northwestern Medicine and Feinberg School of Medicine, Northwestern University, Chicago, Illinois, USA
[5]Division of Gastroenterology and Hepatology, University Health Network University of Toronto, Toronto, Ontario, Canada
[6]Department of Pathology, Molecular and Cell-Based Medicine, Icahn School of Medicine at Mount Sinai, New York, New York, USA
[7]Division of Gastroenterology, Hepatology and Nutrition, Department of Pediatrics, Baylor College of Medicine, Texas Children's Hospital, Houston, Texas, USA
[8]Department of Diagnostic, Molecular, and Interventional Radiology, Icahn School of Medicine at Mount Sinai, New York, New York, USA
[9]Mayo Clinic Evidence-based Practice Center, Mayo Clinic, Rochester, Minnesota, USA
[10]Section of Digestive Diseases, Yale School of Medicine, New Haven, Connecticut, USA

---

**Abbreviations**: ALD, alcohol-associated liver disease; APRI, aspartate aminotransferase–platelet ratio index; ARFI, acoustic radiation force impulse; AUROC, area under the receiver operating characteristic curve; CI, confidence interval; CLD, chronic liver disease; CSPH, clinically significant portal hypertension; CT, computerized tomography; DAA, direct-acting antiviral; ELF, enhanced liver fibrosis; FIB-4, Fibrosis 4 index; GRADE, Grading of Recommendations, Assessment, Development, and Evaluations; HBV, hepatitis B virus; HCC, hepatocellular carcinoma; HCV, hepatitis C virus; HR, hazard ratio; HVPG, hepatic venous pressure gradient; LSM, liver stiffness measurement; LSPS, LSM-to-spleen/platelet score; MASLD, metabolic dysfunction-associated steatotic liver disease; MRE, magnetic resonance elastography; NFS, NAFLD fibrosis score; NILDA, noninvasive liver disease assessment; NPV, negative predictive value; PBC, primary biliary cholangitis; PICO, patient, intervention, comparison, and outcome; PPV, positive predictive value; RR, relative risk; SSM, spleen stiffness measurement; SVR, sustained virologic response; SWE, shear wave elastography; TE, transient elastography; US, ultrasound.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Copyright © 2024 American Association for the Study of Liver Diseases.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

[11]Veterans Affairs Connecticut Healthcare System, West Haven, Connecticut, USA
[12]Digestive Disease Research Center, Medical University of South Carolina, Charleston, South Carolina, USA

**Correspondence**
Richard K. Sterling, Section of Hepatology, Virginia Commonwealth University, 1200 E Broad Street, West Hospital, Rm 1478, Richmond, VA 23298-0341, USA.
Email: Richard.sterling@vcuhealth.org

portal hypertension utilizing blood- and imaging-based methods have been developed to reduce the need for invasive liver assessment procedures.

NILDAs are attractive to noninvasively assess portal hypertension for several reasons. First, because the presence and degree of portal hypertension is typically associated with poor clinical outcomes such as decompensation and death, the ability to use widely applicable noninvasive methods is critical to the management of patients with CLD. Moreover, NILDAs are most accurate in the detection of advanced forms of fibrosis (especially cirrhosis),[3,4] and because portal hypertension is typically associated with more severe fibrosis, including cirrhosis, it follows that NILDAs should readily detect portal hypertension, especially CSPH. However, the correlation between fibrosis and portal hypertension is often not exact; that is to say that some patients with advanced fibrosis may not have portal hypertension. Moreover, when NILDAs have been used to predict the presence of esophageal varices, which is not addressed in this guideline (see de Franchis et al.[7] for review), the additional confounder—variation in the propensity to develop esophageal varices in the setting of portal hypertension—is difficult to overcome. Finally, the pathogenesis of severe portal hypertension is complex, and there are clinical settings in which the extent of

fibrosis and degree of portal hypertension may not correlate.

# METHODOLOGY

## Overall approach

The guideline writing group consisted of a multidisciplinary panel of experts in both adult and pediatric hepatology, pathology, and radiology, as well as experts in systematic review and Grading of Recommendations, Assessment, Development, and Evaluations (GRADE; see below framework) evidence assessment methodology. Two complementary approaches were taken to answer the PICO questions. The first approach depended on a commissioned systematic review[8] conducted independently by the Mayo Clinic Evidence-Based Practice Center; this led to graded recommendations following the GRADE framework detailed in Table 2. The systematic review was performed following a priori protocol developed by the clinical practice guideline writing group designated by AASLD. The reporting of this systematic review followed the Preferred Reporting Items for Systematic Reviews and Meta-Analyses Statements. The databases included Ovid MEDLINE and ePub Ahead of Print, In-Process and Other Non-Indexed Citations, and Daily, Ovid EMBASE, Ovid Cochrane Central Register of Controlled Trials, Ovid Cochrane Database of Systematic Reviews, and Scopus. The search strategy was designed and conducted by an experienced librarian with input from the study investigators. Controlled vocabulary supplemented with keywords was used to search for studies of NILDAs (the strategy utilized is available in the Appendix). These recommendations are followed by a section that describes the quality of evidence and other considerations. The writing group members also monitored the literature for studies published after the three systematic reviews' search date and included relevant studies through April 22, 2022.

To address several other important clinical questions that could not be answered by a systematic review due to sparse and/or indirect evidence, the second approach involved a thorough narrative review by the writing group to develop ungraded guideline statements. These statements considered this additional review and the clinical experience of the authors with regards to noninvasive assessments of portal hypertension. Because of the rapid evolution of the field and predetermined quality of studies incorporated in our systematic reviews, we did not include every published study on the topic. Studies with smaller sample size (< 50 subjects in any one type of liver disease), those that did not have HVPG as the reference standard to assess CSPH, and studies with mixed etiologies of liver

---

**TABLE 1**  PICO questions in NILDAs

**Imaging based with or without being blood based for portal hypertension in adults**

| | |
|---|---|
| PICO 1 | In adult patients with chronic liver diseases, what is the diagnostic performance of noninvasive methods (blood and/or imaging based) for predicting the presence and/or severity of portal hypertension, including CSPH (based on HVPG)? |
| PICO 2 | In adult patients with CLD and clinically significant portal hypertension, what is the prognostic performance of noninvasive assessments of liver fibrosis for predicting liver-related clinical outcomes (decompensation and transplant-free survival) compared with HVPG? |

Abbreviations: CLD, chronic liver disease; CSPH, clinically significant portal hypertension; HVPG, hepatic venous pressure gradient; NILDA, noninvasive liver disease assessment; PICO, patient, intervention, comparison and outcome.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 2**    GRADE system approach[a]

| 1. Rating the quality of evidence | | | |
| --- | --- | --- | --- |
| Study design | Initial rating of quality of evidence | Rate down when there is | Rate up when there is |
| RCT | | | Large effect size (e.g., RR 0.5) |
| Observational | High | Risk of bias | Very large effect (e.g., RR 0.2) |
| | Moderate | Inconsistency | Dose response gradient |
| | Low | Imprecision | All plausible confounding that would increase the association |
| | Very low | Indirectness | |
| | | Publication bias | |

**2. Determinants of strength of a recommendation**

Quality of evidence
Balance of benefits and harms
Patient values and preferences
Resources and costs

**3. Implications of the strength of a recommendation**

Strong
Population: most people in this situation would want the recommended course of action and only a small proportion would not.
Healthcare workers: most people should receive the recommended course of action.
Policy makers: the recommendation can be adopted as policy in most situations.
Conditional
Population: the majority of people in this situation would want the recommended course of action, but many would not.
Healthcare workers: be prepared to help patients make a decision that is consistent with their values using decision aids and shared decision making.
Policy makers: there is a need for substantial debate and involvement of stakeholders

[a]This table was modified from Guyatt et al.[9]
Abbreviations: GRADE, Grading of Recommendation Assessment, Development and Evaluation; RCT, randomized controlled trial; RR, relative risk.

disease (except for hepatitis C virus [HCV] with co-existing human immunodeficiency virus [HIV]) or overlapping diseases were excluded.

## ASSESSMENT OF DIAGNOSTIC PERFORMANCE OF NONINVASIVE MARKERS

We used several statistical tests and indices in our assessment of the performance of blood- and imaging-based NILDAs for prediction of CSPH (Table 3). Although several studies report test characteristics such as sensitivity and specificity at selected cutoffs (low to rule out and high to rule in CSPH), the positive predictive values (PPVs) and negative predictive values (NPVs) of the test are dependent on the prevalence of the condition (e.g., CSPH) in the population being studied.[10] The diagnostic odds ratio (DOR) is the ratio of the odds of disease in those that test positive to the odds of disease in those that test negative (i.e., summarizing the odds of fibrosis in those with a positive test relative to those with a negative test) and provides a reliable estimate of a test's accuracy that is independent of the prevalence of the condition being tested. The area under the receiver operating characteristic curve (AUROC) analysis and c-statistic are other effective ways to summarize the overall diagnostic accuracy of the test. It takes values from 0 to 1, in which a value of 0 indicates a perfectly inaccurate

test and a value of 1 reflects a perfectly accurate test. In general, an AUROC or c-statistic of 0.5 suggests no discrimination (i.e., inability to diagnose patients with and without the disease or condition based on the test), 0.7–0.8 is considered acceptable, 0.8–0.9 is considered good, and more than 0.9 is considered excellent.

## TYPES OF NONINVASIVE BIOMARKERS

### Blood-based biomarkers

Blood-based markers have received extensive attention for the assessment of fibrosis,[3] and a limited number of studies have examined blood-based markers for assessment of portal hypertension. For assessment of CSPH, the blood-based marker that has received the most attention is the platelet count by virtue of the fact that portal hypertension causes splenomegaly, which in turn leads to platelet sequestration, and thrombocytopenia. However, blood-based tests (Table 4), including platelets, are limited by a variety of clinical factors (i.e., infection, splenectomy, bone marrow suppression, etc.; Table 5). Use of the platelet count to estimate the severity of portal hypertension may be particularly affected by systemic disorders that affect platelets, such as primary bone marrow diseases, which may also lead to thrombocytopenia. A detailed description of blood-based NILDA tests as well as variables affecting

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 3**    Diagnostic performance indices used in NILDAs

| Diagnostic index | Calculation | Comments |
|---|---|---|
| Sensitivity | TP/(TP + FN) | Usually independent on the prevalence of the disease. Correctly detects patients who have the condition; does not miss the disease |
| Specificity | TN/(TN + FP) | Usually independent on the prevalence of the disease. A high specificity means a test is useful for ruling in disease and does not falsely assign the disease |
| Accuracy | (TP + TN)/($P$ + N) | — |
| PPV | TP/(TP + FP)×100 | Used to "rule in" disease |
| NPV | TN/(TN + FN)×100 | Important for screening studies to not miss disease |
| AUROC | Graph values of test performance from 0 (a perfectly inaccurate test) to 1 (a perfect test). Plots the diagnostic ability of a binary classifier system as its discrimination threshold is varied | Summarizes the overall diagnostic accuracy of a test. In general, an AUROC of 0.5 suggests no discrimination (i.e., ability to diagnose patients with and without the disease or condition based on the test), 0.7–0.8 is considered acceptable, 0.8–0.9 is considered excellent, and >0.9 is considered outstanding |
| c-statistic | The probability that a randomly selected subject who experienced the outcome will have a higher predicted probability of having the outcome occur than a randomly selected subject who did not experience the outcome | A value of 0.5 means that the model is no better than predicting an outcome than random chance. Values >0.7 indicate a good model. Values >0.8 indicate a strong model |

The ratio of odds of positivity of those with disease relative to odds of positivity in those without disease is demonstrated. The higher the diagnostic odds ratio, the better the test.

Abbreviations: AUROC, area under the receiver operating characteristic curve; FN, false negative; FP, false positive; N, all negative; NILDA, noninvasive liver disease assessment; NPV, negative predictive value; $p$, all positive; PPV, positive predictive value; TN, true negative; TP, true positive.

their accuracy are discussed in the AASLD guideline document on blood-based assessment of NILDAs.[42]

## Imaging techniques

Imaging techniques have been utilized for many years in the evaluation of CLD; some basic characteristics across commercially available elastography techniques are summarized in Table 6. In clinical practice and in large epidemiologic studies, standard two-dimensional B-mode (grayscale) ultrasound (US) is frequently used to identify features of cirrhosis.[43] Features of general imaging studies to diagnose cirrhosis and portal hypertension include a nodular liver, dilated portal vein (>12 mm) or presence of collaterals, recanalization of the umbilical vein, splenomegaly (frequently defined as ≥13 cm but varies depending on patient sex, body habitus, and morphology), and (in the proper clinical setting) ascites. Importantly, routine imaging methods such as computed tomography (CT) and MRI, though they may identify features of portal hypertension, generally cannot reliably estimate the severity of portal hypertension (unless varices or hepatofugal flow are present). There has been an explosion of information about the use of elastography for liver stiffness measurement (LSM) and spleen stiffness measurement (SSM) to assess for portal hypertension. Transient elastography (TE; FibroScan, Echosens, Paris, France) uses M-mode US to track the speed of propagation of a mild-amplitude and low-frequency (50 Hz) elastic wave produced by a mechanical vibrator included in the probe. Acoustic radiation force impulse techniques and shear wave elastography (SWE) assess liver stiffness based on tissue displacement from acoustic compression pulses. Magnetic resonance elastography (MRE) uses propagating mechanical shear waves generated with an acoustic passive plastic driver placed over the upper right quadrant. Similar to US-based techniques, the speed of propagation of the shear wave determines tissue stiffness. Further details about the different elastography techniques and variables affecting the accuracy and general considerations important for interpreting imaging-based NILDAs are discussed in the systematic review and practice guideline on the use of imaging tests in CLD.[3,44]

In patients with portal hypertension, the abnormal pressure in the splenic circulation stimulates the spleen to undergo remodeling with enhanced angiogenesis and fibrogenesis,[45] along with lymphoid hyperplasia, and results in splenomegaly and increased spleen stiffness. Thus, SSM is particularly attractive as a tool to assess portal hypertension. Further, SSM is also able to capture portal hypertension that is due to presinusoidal or prehepatic causes that may not be detected by LSM.[46,47] An additional potential benefit of SSM in the assessment of portal hypertension is that because spleen injury and fibrosis are likely to be driven primarily by pressure mechanics, changes in the hepatic parenchyma caused by variation in the underlying biology of liver disease (e.g., the severity of inflammation) or elimination of injurious agents are less likely to affect SSM than LSM

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 4** Components of blood-based biomarker algorithms for fibrosis and portal hypertension[a]

| References | Study cohort | Clinical variables | Indirect markers | Direct markers | Model algorithm |
|---|---|---|---|---|---|
| APRI,[11] | HCV | — | AST, platelets | — | [(AST level/ULN)/platelet count ($10^9$/L)]×100 |
| FIB-4,[12] | HIV-HCV | Age | AST, ALT, platelets | — | Age (y)×AST (U/L)/platelet count ($10^9$/L)×√ALT (U/L) |
| NFS,[13] | NAFLD | Age, BMI, IFG/diabetes | AST, ALT, platelets, albumin | — | −1.675 + (0.037×age) + (0.094×BMI) + 1.13×IFG/diabetes (yes = 1, no = 0) + 0.99×(AST/ALT ratio) − (0.013×platelets) − (0.66×albumin) |
| FibroTest,[14] | HCV | — | α2M, GGT, total bilirubin, haptoglobin, ApoA-I | — | Proprietary |
| ELF,[15] | Mixed | Age | — | HA, PIIINP, TIMP-1 | Proprietary |
| FibroSpect II,[16] | HCV | — | α2M | HA, TIMP-1 | Proprietary |
| FibroMeter,[17] | Mixed | Age | Platelets, prothrombin index, urea, AST, α2M | HA | Proprietary |

[a]Original study cohorts are referenced.

Abbreviations: α2M, α2-macroglobulin; ALT, alanine aminotransferase; APoA-1, apolipoprotein A-1; APRI, aspartate aminotransferase–platelet ratio index; AST, aspartate aminotransferase; BMI, body mass index; ELF, enhanced liver fibrosis; FIB-4, Fibrosis 4 index; GGT, gamma-glutamyl transferase; HA, hyaluronic acid; IFG, impaired fasting glucose; NFS, NAFLD fibrosis score; PIIINP, amino-terminal propeptide of type III procollagen; TIMP-1, tissue inhibitor matrix metalloproteinase 1; ULN, upper limit of normal.

and confound the relationship between intrahepatic biology and portal hypertension. On the other hand, splenic remodeling and fibrosis dynamics are poorly understood, and it remains unclear how these affect SSM, and clinical experience suggests that splenomegaly in the setting of portal hypertension resolves slowly or not at all after elimination of portal hypertension. Finally, it is important to recognize that SSM has a number of practical limitations–including the failure to obtain valid measurements in a significant number of patients (particularly with probes in which the spleen is not well visualized) and a lack of widespread operator experience.

## Guideline framework

We adopted the GRADE approach to develop guidelines (Table 2).[48,49] The quality of evidence for each recommendation was rated as high, moderate, low, or very low. This was based on study design, risk of bias, precision and consistency of estimates, directness of evidence, and publication bias. We rated down for risk of bias if the majority of studies in a particular analysis had a high risk of bias. We rated down for imprecision when the confidence intervals (CIs) of sensitivity and specificity estimates overlapped at an arbitrary cutoff of 0.75. Strength of recommendations was based on the quality of evidence, balance of benefits and harms, burden of testing (access and financial), and feasibility of the recommended action. The "strength of recommendation" determination assumed that performing tests with good (>80%) or excellent (>90%) diagnostic accuracy is associated with improved patient outcomes. Accordingly, AASLD recommendations were graded as either strong (they apply to most patients with minimal variation and can be adapted as policy in most situations) or conditional (they apply to a majority of patients, but variation in care is acceptable). Because patient representation was not included in developing these guidelines, patient values and preferences beyond the experiences of the panel were not specifically addressed. Technical remarks and supporting evidence are included with recommendations to help reconcile the level of the recommendation with the quality of the evidence and to facilitate implementation.

## Consensus process

For all guideline statements, we pursued a modified Delphi approach to define the final set of recommendations[50] using previously described methodology and also adapted by the AASLD practice metrics committee.[51] In the first round, each member rated the candidate statement independently based on the level of evidence.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 5**    Clinical factors affecting performance of blood- and imaging-based noninvasive assessment of portal hypertension and fibrosis

| Clinical condition | Tools affected | Comments |
|---|---|---|
| Obesity[18–23] | TE MRE pSWE/2D-SWE | Although an XL probe can remediate TE-LSM failure in most cases with skin-to-(liver) capsule distance ≥ 25 mm, extreme obesity (BMI ≥ 40 kg/m$^2$) can result in TE-LSM failure. Depending on body frame, extreme obesity can also affect transmission of mechanical wave leading to MRE failure. SWE acoustic signal transmission can also be affected by obesity, resulting in failure |
| Narrow intercostal space | TE | If not corrected by repositioning, this can lead to failure or falsely elevated LSM estimation |
| Ascites[19] | TE pSWE | Transmission of vibration and mechanical signals are affected, leading to failure |
| Splenectomy | APRI FIB-4 FibroIndex FibroMeter NFS SSE | As these tools use platelets as a biomarker of portal hypertension, attenuated thrombocytopenia from splenectomy gives a falsely higher fibrosis estimation. Spleen stiffness cannot be assessed after splenectomy. |
| Thrombocytopenia (not related to portal hypertension) | APRI FIB-4 FibroIndex FibroMeter NFS | Thrombocytopenia from other conditions gives a falsely higher estimation of the degree of portal hypertension |
| Iron overload[24] | MRE | T2 signaling is affected, leading to failure |
| Steatosis[25–27] | TE SWE | Although its clinical impact is unclear, moderate to severe steatosis causes TE-LSM to overestimate LSM |
| Active alcohol use[28] | FibroTest Hepascore | GGT increases, leading to falsely elevated fibrosis estimation |
| Hepatic venous outflow tract obstruction[29] | TE MRE pSWE/2D-SWE | Retrograde vascular congestion results in increased stiffness of hepatic parenchyma and falsely elevated LSM estimation |
| Obstructive cholestasis[30] | TE MRE pSWE/2D-SWE | Large bile duct obstruction results in increased stiffness of hepatic parenchyma and falsely elevated LSM estimation |
| Hepatic infiltration[31] | TE MRE pSWE/2D-SWE | Amyloid or tumoral infiltration results in increased stiffness of hepatic parenchyma and falsely elevated LSM estimation |
| Elevated ALT and/or AST (inflammatory hepatitis)[28,32,33] | APRI FIB-4 FibroIndex FibroMeter TE NAFLD fibrosis score | Elevated aminotransferases occurring in relation to acute or acute-on-chronic hepatitis lead to falsely elevated fibrosis and/or LSM estimation |
| Chronic kidney disease[34–36] | FibroIndex APRI FIB-4 FibroMeter TE | Elevated urea levels can result in falsely lower fibrosis estimation. Patients with hemodialysis tend to have lower ALT and AST levels, resulting in falsely lower fibrosis estimation. Hemofiltration can result in higher stiffness in patients with baseline fluid overload |
| Malnutrition | NFS | Albumin reduction that is disproportionate to liver dysfunction results in falsely elevated fibrosis estimation |
| Inflammatory condition | FibroTest FibroIndex Hepascore FibroMeter | Can result in increased α2-macroglobulin levels and falsely elevated FibroTest, and increased α-globulin and falsely elevated FibroIndex. |
| Hemolysis | FibroTest | Haptoglobin levels are decreased and total bilirubin is increased, leading to falsely elevated fibrosis estimation |
| Gilbert syndrome and other cholestatic diseases | FibroTest Hepascore | Increased total bilirubin and falsely elevated fibrosis estimation can occur |
| Postprandial[37] | TE NFS | Liver stiffness increases of up to 26% have been described for TE-LSM 2 hours after a meal. |

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 5.** (continued)

| Clinical condition | Tools affected | Comments |
|---|---|---|
| | | A rise in postprandial glucose (> 110 mg/dl) falsely elevates NAFLD fibrosis score. Similar effects are expected with other forms of liver stiffness measurement (SWE and MRE) |
| Gastrectomy[38] | FibroSpect Hepascore ELF | Increases in hyaluronic acid result in falsely elevated fibrosis estimation |
| Extrahepatic fibrosing conditions[39] | FibroMeter FibroSpect ELF | Conditions such as interstitial lung disease can increase collagen turnover markers, resulting in falsely elevated fibrosis estimation |
| Acute sickle cell crisis[40] | FibroTest TE | The results are related to hemolysis (as above). Acute vaso-occlusive crisis increases LSM |
| Critically ill[41] | TE | Deceased liver donors in the ICU may have falsely elevated LSM, which is potentially related to fluid overload and nonspecific or ischemia-related elevations in aminotransferases |

Abbreviations: 2D, two-dimensional; ALT, alanine aminotransferase; APRI, aspartate aminotransferase–platelet ratio index; AST, aspartate aminotransferase; BMI, body mass index; ELF, enhanced liver fibrosis; FIB-4, Fibrosis 4 index; GGT, gamma-glutamyl transferase; ICU, intensive care unit; LSM, liver stiffness measurement; MRE, magnetic resonance elastography; NFS, NAFLD fibrosis score; pSWE, point shear wave elastography; SSE, spleen stiffness elastography; SWE, shear wave elastography; TE, transient elastography; XL, extra large.

Candidate statements were ranked on a five-point scale (1, strongly disagree; 2, disagree; 3, neither agree nor disagree; 4, agree; and 5, strongly agree). Statements reaching $\geq$ 75% agreement for either 4 (agree) or 5 (strongly agree) were considered as acceptance of the statement. In the second round (video conference), the experts' rating (both individual and group) for each statement was discussed and then rerated. Statements with <75% agreement were rediscussed and included the following considerations: (i) review of the scores, (ii) discussion to identify the reasons for variation, (iii) revision of suboptimally worded statements for accuracy by consensus, (iv) deletion of statements that were deemed problematic or irrelevant by consensus, and (v) identification of additional statements deemed necessary for inclusion in the list of statements. Any new statement after discussion with $\geq$ 75% agreement for 4 (agree) or 5 (strongly agree) was considered as acceptance of the statement. Guidance statements were not included in cases of continued disagreement, but the pertinent evidence and discussion were summarized in the text. The accompanying systematic review supports the guideline statements.[8]

## TARGET AUDIENCE

These guidelines and guidance statements are intended primarily for adult healthcare providers who care for patients with CLD. Additionally, this document may inform policy decisions and payers regarding use of NILDAs in the evaluation and management of those with CLD. The key PICO questions developed focus on using blood-based tests, imaging-based tests, or the two combined to assess for portal hypertension (Table 1). Although HVPG measurement has been shown to be feasible and safe in children with severe liver disease,[52] its use in pediatrics is uncommon. Therefore, there is insufficient literature in children regarding the diagnostic performance of noninvasive methods for predicting the degree of portal hypertension based on the HVPG, hence the absence of a portal hypertension PICO assessment in children within this document.

## GUIDELINE RECOMMENDATIONS

PICO 1: in adult patients with CLDs, what is the diagnostic performance of noninvasive methods (blood and/or imaging based) for predicting the presence and/or severity of portal hypertension, including CSPH (based on HVPG)?

Guideline statements:

1. In adults with CLD, AASLD advises against using the currently available blood-based markers or thrombocytopenia alone for the detection of CSPH (defined as HVPG $\geq$ 10 mmHg; conditional recommendation, low-quality evidence).

2. In adults with CLD, AASLD suggests using the combination of LSM and platelet count to assess for the presence of CSPH (conditional recommendation, low-quality evidence).

3. In adults with CLD, AASLD suggests against using LSM to quantify higher degrees of portal hypertension (HVPG $\geq$ 12 mmHg; conditional recommendation, low-quality evidence).

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 6** Operational characteristics of imaging-based techniques for assessment of fibrosis and portal hypertension

| Method | Availability | Cost | Evidence | ROI size | ROI placement | Failure rate | Reasons for failure | Units |
|---|---|---|---|---|---|---|---|---|
| TE | Widespread in hepatology offices | Low | Well validated | Small | Restricted—no guidance | <5%–15% | High BMI (M probe) ascites | Young's modulus (kPa) |
| ARFI methods | Moderate | Low | Moderate validation | Small (pSWE) Medium (2D-SWE) | Flexible up to 8-cm depth with US guidance | <5%–15% | High BMI | SWE: Young's modulus (kPa) pSWE: wave speed (ms$^{-1}$) |
| MRE | Limited | High | Limited validation | Large | Whole organ coverage | <5% | Liver iron deposition, large ascites, high BMI, 3T (for 2D GRE) | Shear modulus (kPa) |

Abbreviations: 2D, two-dimensional; ARFI, acoustic radiation force impulse; BMI, body mass index; GRE, gradient recalled echo; MRE, magnetic resonance elastography; pSWE, point shear wave elastography; ROI, region of interest; SWE, shear wave elastography; TE, transient elastography; US, ultrasound; 3T, 3 Tesla.

4. AASLD suggests that serial LSM and platelet count levels may be followed over time to monitor for progression to CSPH in adults with CLD without baseline CSPH, in whom the underlying etiology of cirrhosis is active/uncontrolled (ungraded statement).

5. In adults with cirrhosis who are receiving treatment for their liver disease or known portal hypertension, AASLD suggests caution around the use of LSM or SSM to detect longitudinal changes in portal hypertension (i.e., HVPG; conditional recommendation, low-quality evidence).

## Technical remarks

- The most accurate single NILDA for the detection of CSPH in most etiologies of CLD appears to be LSM; further, LSM values of $\geq 25$ kPa or $\leq 15$ kPa can be used to rule in or rule out CSPH, respectively.

- In adults with CLD, combining the platelet count and the LSM value likely provides greater accuracy for ruling in or out CSPH than use of LSM alone and is most useful in patients with LSM values between 15 and 25 kPa. For example, an LSM $\geq 15$ kPa and platelet count <110,000/mcl suggests the presence of CSPH but requires clinical judgement.

- SSM is rapidly evolving, and in adults with CLD, SSM $> 40$ kPa may be used to detect CSPH.

- In adults with CLD, although thrombocytopenia (platelets <150,000/mcl) has been recommended as a threshold for assessing for the presence of varices, the performance of platelet count and other blood-based NILDAs to detect CSPH is poor.

- In adults with CLD, and particularly in those with cirrhosis, studies of blood- and/or imaging-based NILDAs to predict CSPH are rapidly emerging in the setting of each (1) uncontrolled primary liver disease and (2) treated primary liver disease (i.e., eradicated HCV), and additional data are anticipated.

- Additional details on use of NILDAs in the treatment/management of CSPH can be found in the AASLD Guidance: Risk Stratification and Management of Portal Hypertension and Varices in Cirrhosis.[53]

- The use of imaging-based NILDAs to detect meaningful changes in portal hypertension (CSPH) following treatment of the underlying liver disease is currently poorly defined.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

## Background

The pathogenesis of portal hypertension is complex. In general, portal pressure increases progressively over time as a result of cellular and molecular derangement in the intrahepatic sinusoids, followed by increases in blood flow as the disease progresses. It is commonly accepted that portal pressure increases in proportion to the degree of fibrosis in relatively linear fashion over time, although the evidence to support this notion is weak. Nonetheless, in patients with cirrhosis and portal hypertension, HVPG is the reference standard technique to measure portal pressure and assess portal hypertension. Portal hypertension is defined as being present at an HVPG >5 mmHg, and CSPH is defined by a level of $\geq 10$ mmHg.

HVPG is well established as an effective and valuable predictor of outcome.[54,55] Further, in patents with compensated cirrhosis, HVPG predicts the risk of developing portal hypertension-related complications,[56] and patients with compensated cirrhosis and CSPH have a higher risk of clinical decompensation and death.[57] Additionally, it has been established that in compensated cirrhosis, an HVPG reduction of 10% or more after therapy is associated with a decreased risk of first variceal hemorrhage.[58,59]

## Evidence and rationale

Of all the types of clinical information available in patients with cirrhosis, HVPG is the single best predictor of outcome.[54,55,60] Unfortunately, the clinical use of HVPG measurement is limited by its invasiveness, availability, technical requirements, and cost. Therefore, the use of noninvasive methods to identify the presence of CSPH is an important area in contemporary hepatology practice. It should be noted that the presence of gastroesophageal varices on endoscopy, portosystemic collaterals, or hepatofugal flow on imaging is sufficient to diagnose CSPH, and in this clinical setting, noninvasive testing is not necessary.

The utilization of noninvasive techniques to assess portal pressure is limited by two major factors. First, although evidence suggests that esophageal varices develop only at an HVPG >10 mmHg, not all patients with this degree of portal hypertension develop esophageal varices. Furthermore, assessment of the presence and size of esophageal varices is subject to substantial interobserver variability. Secondly. much of the currently available data have been derived in patients with active HCV (viremic), and it is not entirely clear whether portal hypertension in this disease is the same as in other forms of liver disease, such as NASH.

We acknowledge that there has been a recent multisociety endorsement of a nomenclature change from NAFLD to metabolic dysfunction–associated

steatotic liver disease (MASLD). Although this is an important change that will impact of future of the study of this entity, all data utilized to develop these guideline statements were based on prior literature that utilized the previous NAFLD definition. Therefore, NAFLD is the term used throughout this document when referring to the existing literature. Current evidence indicates >98% overlap between patients who meet criteria for diagnosis of NAFLD/NASH and the new criteria for MASLD/ metabolic dysfunction–associated steatohepatitis (MASH) in large cohort studies, indicating that the analyses and recommendations provided in these Guidelines for patients with NAFLD/NASH are likely to pertain to patients characterized by the new nomenclature of MASLD and MASH.

The topic of variceal screening was viewed to be beyond the scope of this guidance document and is intentionally not addressed here (see de Franchis et al.[7] and AASLD writing group[53] for review).

## Blood-based NILDAs

### Thrombocytopenia

Portal hypertension frequently leads to splenomegaly,[61] and due to splenic sequestration of platelets, platelets have been used as a surrogate marker for portal hypertension. Lower platelet count is significantly associated with HVPG.[62] However, a platelet count of <100,000 mcl had a sensitivity of only 78% for detection of CSPH, and a platelet count of >100,000 mcl had very poor specificity for exclusion of CSPH.[62] Consequently, thrombocytopenia alone is not a good marker for CSPH.

*Blood-based biomarkers.* A limited number of NILDAs have been studied in the assessment of CSPH in patients with advanced fibrosis and cirrhosis.[63] For example, in a study of 130 patients with various types of liver disease (including 71% with cirrhosis), there was a weak but significant correlation between FibroTest (Table 4) and HVPG in cirrhosis (Pearson correlation coefficient = 0.24), although the correlation in patients with less advanced fibrosis was stronger.[64] Of note, correlation between FibroTest and HVPG was significantly higher when there was severe portal hypertension (HVPG $\geq 12$ mmHg). However, AUROCs for the diagnosis of severe portal hypertension were similar for platelets and Child-Turcotte-Pugh score. In a small study of 30 patients (including 21 with portal hypertension), the enhanced liver fibrosis (ELF) score correlated well with the entire population but did not correlate with HVPG in the subgroup of patients with CSPH.[65] In a study of 219 patients with compensated ($N = 88$) and decompensated ($N = 131$) alcohol-associated cirrhosis, the AUROC of aspartate aminotransferase–platelet ratio index (APRI) and Fibrosis 4 index (FIB-4) for the detection of CSPH were 0.64

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 7**  Estimation of CSPH using LSM

| References | Liver disease[a] | Technique | Total N | Cirrhosis, N (%) | CSPH, N (%)[b] | Cutoff (kPa or m/s)[c] | AUROC[c] | Sens (%) | Spec (%) | PPV (%) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrion et al.[67] | HCV | TE | 124 | 19 (15) | 15 (12) | 8.7 | 0.94 | NA | NA | NA | HCV was recurrent after liver transplant |
| Vizzutti et al.[68] | HCV | TE | 61 | 61 (100) | 47 (77) | 13.6 | 0.99 | 97 | 92 | 97 | Correlation of LSM and HVPG was poor at HVPG ≥12 mm Hg |
| Bureau et al.[69] | Mixed | TE | 144 | 89 (59) | 76 (51) | 13 21 | NA 0.95 | 93 90 | 84 93 | 84 93 | — |
| Lemoine et al.[70] | HCV | TE | 44 | 44 (100) | 34 (77) | 20.5 | 0.76 | 63 | 70 | 88 | Active HCV therapy, PVT, and treatment with beta-blockers were excluded |
| | ALD | TE | 48 | 48 (100) | 40 (83) | 34.9 | 0.94 | 90 | 88 | 97 | |
| Sanchez-Conde et al.[71] | HCV/HIV | TE | 38 | 17/28 (61) | 28 (74) | 14 | 0.80 | 93 | 50 | 84 | Patients without histological cirrhosis had clinical evidence suggestive of cirrhosis |
| Colecchia et al.[58] | HCV | TE | 100 | 100 (100) | 65 (65) | 16 24.2 | 0.92 0.92 | 95 52 | 69 97 | NA NA | SSM was also performed; SSM, but not LSM, predicted clinical decompensation |
| Llop et al.[72] | Mixed | TE | 79 | 79 (100) | 32 (40) | 136 | 0.84 | 91 | 57 | 59 | Cirrhosis was compensated with resectable liver lesions |
| Reiberger et al.[73] | Mixed ETOH | TE TE | 502 NA | NA NA | 276 (55) NA | 18 19 | 0.8 0.8 | 83 89 | 82 73 | 86 89 | Patients with active ETOH consumption were excluded; there is no information on antiviral therapy |
| Berzigotti et al.[74] | Mixed | TE | 117 | 117 (100) | 78 (67) | 17.4 | 0.88 | 82 | 77 | 88 | LSPS was also examined, which was slightly more accurate in prediction of CSPH than LSM alone |
| Hong et al.[75] | Mixed | TE | 59 | 59 (100) | 42 (71) | 22 | 0.85 | 83 | 74 | 87 | At a cutoff of 24 kPa, the AUROC for HVPG ≥12 mm Hg was 0.88 |
| Salzl et al.[76] | Mixed | TE ARFI | 59 (100%) | 59 (100) | 42 (71) | 16.8 2.6 m/s[c] | 0.87 0.86 | 90 71 | 75 88 | 88 94 | The failure rate of TE was 25%. Patients who received beta-blockers were excluded |
| Attia et al.[77] | Mixed | ARFI | 78 | 67 (86) | 67 (86) | 2.2 m/s[c] | 0.93 | 97 | 89 | 99 | SSM was also performed. |
| Cho et al.[66] | ALD | TE | 88 | 88 (100) | 44 (50) | 21.8 | 0.85 | 72 | 70 | 72 | LSM and LSPS (AUROC 0.82) were better than APRI and FIB-4 |
| Elkrief et al.[78] | Mixed | SWE | 77 | 77 (100) | 69 (90) | 24.6 | 0.87 | 81 | 89 | 98 | SSM was also performed. VCTE and SWE were both performed. Failure of VCTE was high for both LSM and SSM |
| Kim et al.[79] | Mixed | SWE | 92 | 92 (100) | 77 (84) | 15.2 | 0.82 | 86 | 80 | 96 | Patients with advanced liver failure were excluded, and patients being treated with vasoactive drugs were excluded. |
| Kitson et al.[80] | Mixed | TE | 95 | 88 (93) | 70 (74) | 29 | 0.90 | 72 | 100 | 100 | LS <25.0 kPa and a platelet count >150×10⁹/L excluded CSPH with 92% sensitivity |

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

**TABLE 7.** (continued)

| References | Liver disease[a] | Technique | Total N | Cirrhosis, N (%) | CSPH, N (%)[b] | Cutoff (kPa or m/s)[c] | AUROC[c] | Sens (%) | Spec (%) | PPV (%) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Procopet et al.[81] | Mixed | TE SWE | 43 43 46 | 43 43 46 | NA NA NA | 13.6 21.0 15.4 | 0.93 0.93 0.94 | 91 64 90 | 71 95 90 | NA NA NA | SSM was also performed. LSM was higher (median 36 kPa) and more variable with decompensation |
| Schwabl et al.[82] | Mixed | TE | 226 | 124 (55) | 72 (32) | 16.1 | 0.96 | 95 | 87 | 76 | A total 76% of the patients had viral etiology |
| Zykus et al.[83] | Mixed | TE | 107 | 102 (95) | 78 (73) | 17.4 | 0.95 | 88 | 88 | 96 | SSM was also performed |
| Mandorfer et al.[84] | HCV (post-SVR) | TE | 60 | 60 (100) | 41 (68) | 27.2 | NA | 59 | 90 | 94 | All patients were treated with DAA therapy; 84% were in CTP group A |
| Jansen et al.[85] | Mixed | SWE | 155 | 155 (100) | 104 (67) | 24.6 | 0.86 | 68 | 80 | 88 | SSM was also performed |
| Kumar et al.[86] | Mixed | TE | 326 | 326 (100) | 278 (85) | 21.6 | 0.74 | 79 | 67 | 93 | There was poorer performance as HVPG rose above ≥ 10 mmHg |
| Wagner et al.[87] | Mixed | MRE | 33 | 10 (29) | 9 (27) | 5.8 | 0.74 | 55 | 91 | NA | Perfusion metrics were most accurate. SSM was also performed; SSM did not correlate with HVPG |
| Mauro et al.[88] | HCV | TE | 112 | 37 (33) | NA | 11.3 | 0.89 | 76 | 94 | 58 | HCV was post-OLT |
| Salavrakos et al.[89] | ALD | TE | 118 | 45 (38) | 28 (24) | 30.6 | 0.92 | 81 | 94 | NA | Patients had been actively drinking ETOH up to 2 weeks prior to TE |
| Zhu et al.[90] | HBV | SWE | 104 | 104 (100) | 84 (81) | 16.1 | 0.72 | 78 | 72 | NA | SSM was also performed |
| Zhu et al.[91] | HBV | ARFI | 64 | 64 (100) | NA | 1.8 m/s | 0.67 | 79 | 56 | 74 | Performance was better in patients with "advanced cirrhosis." SSM had no correlation with HVPG |
| Pons et al.[92] | ALD HCV NASH HBV | TE TE TE TE | 203 358 248 27 | 203 (100) 358 (100) 248 (100) 27 (100) | 169 (83) 210 (59) 97 (39) 16 (63) | 20 25 20 25 20 25 20 25 | NA NA NA NA NA NA NA NA | 92 85 75 57 79 59 82 64 | 65 82 80 93 75 89 100 100 | 93 96 84 92 67 77 100 100 | Patients were from multiple centers, including some from earlier studies. Patients had "compensated advanced chronic liver disease." |
| Banini et al.[93] | Mixed | TE | 142 | 85 (60) | 16 (11) | 21.3 | 0.68 | 56 | 74 | 21 | Cohort was primarily patients with NASH |

[a]Populations studied have been widely variable in terms of each liver disease etiology and degree of underlying fibrosis. Adult studies only are included here.
[b]In some studies, the number of patients with CSPH was estimated based on descriptions of the cohorts provided.
[c]AUROC is used to predict CSPH (HVPG ≥ 10 mm Hg) at the specified cutoff.
[d]Posttransplant recipients.
Abbreviations: ALD, alcohol-related liver disease; ARFI, acoustic radiation force impulse; AUROC, area under the receiver operating characteristic curve; CSPH, clinically significant portal hypertension; CTP, Child-Turcotte-Pugh; DAA, direct-acting antiviral; ETOH, ethanol; HBV, hepatitis B virus; HCV, hepatitis C virus; HIV, human immunodeficiency virus; HVPG, hepatic venous pressure gradient; LSM, liver stiffness measurement; LSPS, LSM–spleen/platelet score; MRE, magnetic resonance elastography; NA, not available; OTL, orthotopic liver transplant; PPV, positive predictive value; Sens, sensitivity; Spec, specificity; SVR, sustained viral response; SWE, shear wave elastography; TE, transient elastography.

and 0.65, respectively—substantially lower than for TE-LSM (0.85).[66] In aggregate, data suggest a correlation between abnormal blood-based NILDAs and the presence of CSPH, though this association is modest and is not as robust as with imaging-based NILDAs.

### Imaging-based NILDAs

*US-based elastography.* Studies to date have focused on the ability of elastography to predict CSPH (Table 7[66–95]; see AASLD writing group,[8] Thiele et al.,[96] and You et al.[97] for review). As can be readily appreciated, LSM generally has good to excellent sensitivity and specificity for detection of CSPH. However, there are important caveats. First, the study populations examined have been extremely heterogenous, especially in terms of the disease studied, the severity of fibrosis, the presence of complications, elimination of the underlying cause of liver injury (e.g., antiviral therapy in hepatitis B virus [HBV]/HCV or alcohol cessation), variable exclusion of patients with test failures, or treatment with beta-blockers. All of these variables are clearly confounders in the interpretation of the data. Second, cut-off values used as a threshold for CSPH have been extremely variable, with LSM cutoffs as correlates for CSPH ranging widely—from relatively low (TE-LSM 8.7 kPa) to relatively high (TE-LSM 34.9 kPa) levels (Table 7).[66–93,95] Many studies used their own population to set thresholds without a separate test set for internal validation, thus potentially overestimating test accuracy. It is also critical to recognize that LSM cutoffs for the presence of CSPH vary substantially for different liver diseases, raising the possibility that there are intrinsic differences in the relationship between fibrosis and portal hypertension in different diseases. Finally, due to the tradeoff between sensitivity and specificity, there has been great variability in the thresholds used to rule in and rule out CSPH, such that the available data have established high accuracy primarily at threshold extremes. Unfortunately, this has led to inaccuracy at intermediate thresholds.

In a meta-analysis examining the diagnostic performance of TE-LSM for CSPH, there was high correlation between TE-LSM and HVPG (pooled correlation coefficient $= 0.78$, 95% CI 0.74–0.82).[97] In this analysis, individual studies using cutoffs between 13.6 and 18 kPa for CSPH had an aggregate sensitivity of 91% (95% CI 83%–96%) and specificity of 81% (95% CI 70%–89%) with an AUROC of 0.92, whereas cut-off values of 21–25 kPa had a sensitivity of 71% (95% CI 52%–85%) and specificity of 91% (95% CI 82%–96%) with an AUROC of 0.78. In another meta-analysis of 328 patients with cirrhosis who underwent two-dimensional (2D) SWE and HVPG measurement, the majority

of whom had decompensated cirrhosis due to HCV or alcohol-associated liver disease (ALD), the sensitivity of LSM to detect CSPH at 14.0 kPa (chosen as the optimal cutoff) was 91%, but the specificity was 37% (with a summary AUROC of 0.88).[96]

In the AASLD-sponsored systematic review examining NILDAs and HVPG for predicting the severity of portal hypertension,[8] which included nine studies with 2492 patients that examined blood-based tests and imaging-based tests, imaging-based NILDAs appeared to be superior to blood-based NILDAs for assessment of portal hypertension (APRI 56% and 68% sensitivity and specificity, respectively; FIB-4 54% and 73% sensitivity and specificity, respectively) compared with imaging-based tests (TE-LSM) at 16–18.8 kPa, TE sensitivity was 92%–100%, and specificity was 48%–71% but varied with the disease studied. It is likely that emerging data examining other elastography techniques such as SWE will demonstrate equivalency to TE-LSM or, in the case of MRE, which allows for a large area of the liver to be assessed compared with other elastography methods, may show equivalence or superiority to TE-LSM. It is important to emphasize that there is substantial heterogeneity among studies with regard to liver disease studied and cut-off values used to detect CSPH and that these are important limitations when attempting to set thresholds.

Notwithstanding the limitations in the available literature, the NILDA with the best performance characteristics for assessment of CSPH appears to currently be LSM, and the data supporting the use of blood-based NILDAs are so limited that they cannot be recommended for assessment of CSPH. Based on existing data, the writing group concluded that for ALD, HCV (viremic), and NASH, LSM values of <10 kPa rule out CSPH in essentially all patients and that LSM values of > 25 kPa rule in CSPH. LSM values between 11 and 24 are more problematic and may or may not indicate CSPH. Based on other data not included in the formal analysis, LSM values may combined with platelet counts to enhance the noninvasive assessment of CSPH,[8] and an LSM $\leq 15$ kPa plus a platelet count $\geq 150 \times 10^3/mcl$ rules out CSPH with high confidence.

A specific important issue is whether LSM is equivalent across different etiologies of liver disease. In a multicenter retrospective study of 836 patients with compensated advanced CLD, including many previously reported in other studies, as well as a new cohort of 220 patients with NASH,[92] it was found that TE-LSM performed well in patients with ALD, chronic HBV, chronic untreated HCV, and NASH without obesity (with a PPV $\geq 90\%$) but not in patients with NASH and obesity, in whom the PPV was 63%, suggesting that patients with NASH and obesity cannot be adequately assessed for CSPH by TE-LSM alone. Other studies have suggested that TE-LSM cutoffs for detection of CSPH are higher in patients with ALD than in those with

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

HCV, despite the fact that the range of HVPG in the various clinical cohorts is similar.[66,70] This may reflect the inclusion of patients with active hepatocyte injury and inflammation, the latter of which confounds TE-LSM. It is notable that TE-LSM performs better for detection of CSPH than do blood-based tests.[65,66]

An important caveat about the use of TE-LSM for assessment of HVPG is that the correlation is not highly dependable in patients with severe portal hypertension.[68,73] This is consistent with the concept that the pathogenesis of portal hypertension at lower portal pressures is more directly linked to factors in the liver such as fibrosis, whereas at higher portal pressures (> 12 mmHg), the degree of portal hypertension is more dependent on extrahepatic components, such as hyperdynamic circulation and splanchnic vasodilatation. It is also important to recognize that because current medical therapies (e.g., nonselective beta-blockers) reduce portal pressure by decreasing mesenteric blood flow and not by reducing fibrosis, elastography is unlikely to be useful in monitoring the hemodynamic response to drug therapy. For example, in a study of patients with Child-Turcotte-Pugh A/B cirrhosis (model for end-stage liver disease $9.5 \pm 4.7$) treated with carvedilol for 2 weeks, LSM failed to predict a reduction in HVPG,[98] though a change in SSM by point SWE (pSWE) was associated with a reduction in HVPG.

TE-LSM also appeared to correlate reasonably well with HVPG (again, at the level of CSPH rather than severe portal hypertension) in patients with HCV recurrence after liver transplantation[67] and in patients co-infected with HCV/HIV.[71]

Overall, it appears that LSM represents a viable approach to noninvasively assess CSPH, although a number of issues require further study (see below), and standardized liver stiffness thresholds for different types of liver diseases will need to be established.

*MR-based elastography.* Studies examining MRE in portal hypertension are currently limited. A recent systematic review evaluating liver and/or spleen stiffness measured with MRE using primarily indirect measures of portal hypertension (ascites, esophageal varices, and encephalopathy) found that the sensitivity, specificity, and AUROC values for MRE-LSM were 83% (95% CI 72%–90%), 80% (95% CI 70%–88%) and 0.88 (95% CI 0.85–0.91), respectively.[99] Although the data suggest that MRE-LSM is attractive in the assessment of portal hypertension, further investigation is required.

## US-based spleen elastography

As highlighted above, in portal hypertension, abnormal pressure in the splenic circulation leads to remodeling, angiogenesis, fibrogenesis, and lymphoid hyperplasia and ultimately results in splenomegaly not only with platelet sequestration but also with increased spleen stiffness. A substantial body of literature has examined SSM in patients with cirrhosis and portal hypertension, demonstrating that spleen stiffness is increased in the presence of portal hypertension (Table 8).[77,78,81,83,85,90,95,100–102] As with LSM, variation in cut points used for CSPH have been wide. As with the study of CSPH using LSM, studies of SSM are also limited by inclusion of heterogeneous study populations (different diseases studied, the presence of complications, whether the underlying cause of liver injury has been eliminated or not [e.g., antiviral therapy in patients with HBV/HCV or ethanol cessation], or treatment with beta-blockers). Some studies have demonstrated that SSM is superior to LSM for identifying CSPH, whereas others have reported that LSM is superior to SSM (Table 8).

In a meta-analysis of nine studies examining SSM and HVPG for the detection of CSPH, the AUROC, sensitivity, specificity, and DOR were 0.92 (95% CI 0.89–0.94), 0.88 (95% CI 0.70–0.96), 0.84 (95% CI 0.72–0.92), and 38 (95% CI 17–84), respectively.[102] For the detection of severe portal hypertension, these values were 0.87 (95% CI 0.84–0.90), 0.92 (95% CI 0.82–0.96), 0.79 (95% CI 0.72–0.85), and 41 (95% CI 17–100), respectively. The summary correlation coefficient between SSM and HVPG was 0.72 (95% CI 0.63–0.80). This study was limited by the inclusion of heterogeneous populations of patients, highly variable cut-off values, and utilization of different imaging techniques.

Although TE-based SSM is attractive in the assessment of portal hypertension, it has not gained widespread use outside of the research setting. This is likely due in part to some of its weaknesses, including the failure to obtain valid measurements in a substantial number of patients, technical limitations of current SSM probes, and a lack of widespread operator experience. Hepatologists have been primarily responsible for TE-LSM, and it has gained relatively widespread acceptance. However, currently, hepatologists are not as familiar with TE-SSM. In general, the failure rate of TE-SSM is higher than other imaging-based elastography measures,[103–107] which may be due to the lack of appropriate spleen visualization and/or lack of operator experience. It is possible that direct imaging-based elastography techniques, such as pSWE, will likely fare better than TE-SSM because with the former, the spleen can be directly visualized during the measurement process.

## Combination techniques

Combining blood- and imaging-based NILDAs to detect portal hypertension is attractive, in particular to enhance specificity. In a retrospective multicenter

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

NONINVASIVE ASSESSMENT OF PORTAL HYPERTENSION

**TABLE 8**  Estimation of CSPH using SSM

| References | Liver disease[a] | Technique | Total N | Cirrh-osis, N (%) | CSPH by HVPG, N (%)[b] | Cutoff (kPa unless otherwise noted) | AUROC[c] | Sensitivity (%) | Specificity (%) | PPV | Comparison of SSM and LSM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hirooka et al.[100] | Mixed | RTE | 60 | 48 (80) | 28 (47) | 8.2 | 0.98 | NA | NA | NA | AUROC for SSM was higher than LSM (AUROC 0.83) |
| Colecchia et al.[95] | HCV | TE | 100 | 100 (100) | 65 (65) | 40 52.8 | 0.97 0.97 | 99 77 | 74 97 | NA NA | LSM and SSM had similar performance characteristics |
| Attia et al.[77] | Mixed | ARFI | 78 | 67 (86) | 70 (90) | 2.32 m/s | 0.97 | 96 | 89 | 96 | LSM had similar performance characteristics |
| Elkrief et al.[78] | Mixed | 2D-SWE | 77 | 77 (100) | 69 (90) | 34.7 | 0.64 | 40 | 100 | 100 | LSM had better performance characteristics |
| Procopet et al.[81] | Mixed | SWE | 55 | 55 (100) | 28 (51) | NA | 0.73 | NA | NA | NA | LSM had better performance characteristics. SSM failed in 34% of patients |
| Zykus et al.[83] | Mixed | TE | 99 | 95 (95) | NA | 47.6 | 0.85 | 77 | 79 | 92 | LSM had better performance characteristics |
| Takuma et al.[101] | Mixed | ARFI | 60 | 60 (97) | 35 (57) | 3.10 m/s | 0.94 | 97 | 58 | 75 | — |
| Jansen et al.[85] | Mixed | SWE | 112 | 112 (100) | 75 (67)[a] | 26.3 | 0.84 | 80 | 84 | 91 | LSM had similar to slightly poorer performance characteristics |
| Zhu et al.[90] | HBV | SWE | 104 | 104 (100) | 84 (81) | 25.3 | 0.81 | 85 | 79 | NA | AUROC for SSM was higher than LSM |

[a]Populations studied have been widely variable in terms of each liver disease etiology and degree of underlying fibrosis.
[b]In some studies, the number of patients with CSPH was estimated based on descriptions of the cohorts provided.
[c]AUROC is used to predict CSPH (HVPG ≥ 10 mm Hg) at the specified cutoff.
Abbreviations: 2D, two-dimensional; ARFI, acoustic radiation force impulse; AUROC, area under the receiver operating characteristic curve; CSPH, clinically significant portal hypertension; HBV, hepatitis B virus; HCV, hepatitis C virus; HVPG, hepatic venous pressure gradient; LSM, liver stiffness measurement; NA, not available; PPV, positive predictive value; RTE, real-time elastography; SSM, spleen stiffness measurement; SWE, shear wave elastography; TE, transient elastography.

study of 518 patients with compensated cirrhosis from five centers in Europe and Canada, the authors aimed to develop noninvasive test-based risk prediction models using TE-LSM, platelet count, and spleen diameter with calculation of an LSM-to-spleen/platelet score (LSPS) score and platelet–spleen ratio (PSR) with reference standard of HVPG measurement.[108] The study population included 229 patients with compensated cirrhosis who had TE-LSM and HVPG measurement and 179 patients with LSPS/PSR and HVPG measurement; the majority of patients had a viral etiology of cirrhosis and two-thirds had CSPH. The LSPS-based model had the best predictive value for CSPH (AUROC 0.88), followed by LSM > 20 kPa (AUROC 0.82) and LSM > 20 kPa plus platelet count <150 mcl (AUROC 0.85). However, there is clearly selection bias given the large proportion of patients with CSPH such that the thresholds used might not apply to a low-risk population. Also, the authors pointed out that the models could not identify patients at low risk of CSPH and therefore could not be used to rule it out. Another model, the Portal Hypertension Assessment Tool, which included TE-LSM, FIB-4, and sex, showed promising results in ruling out CSPH.[93]

In a multicenter retrospective study of 836 patients with advanced CLD, including many previously reported in other studies,[92] the authors examined two TE-based models to predict CSPH, one using LSM alone and one using LSM and platelet count. In 203 patients with LSM ≤ 15 kPa, 168 did not have CSPH, whereas in 117 patients with LSM ≤ 15 kPa and platelets ≥ 150×10⁹/L, 113 did not have CSPH (NPV of 97%), suggesting that this combination (LSM ≤ 15 kPa and platelets ≥ 150×10⁹/L) can be used to exclude CSPH in patients with most etiologies of CLD. The authors also proposed a new model for patients with NASH (termed the ANTICIPATE-NASH model) using body mass index, LSM, and platelet count to predict CSPH.

Combination imaging-based NILDA algorithms have also been proposed to improve the detection of portal hypertension. One study suggested that if sequential SWE-LSM was <16 kPa, an SWE-SSM threshold of 26.6 kPa could rule out CSPH in 99% of patients,[109] though such an approach was not validated in a follow-up study.[110]

## Novel imaging techniques

Several novel imaging techniques are currently under investigation to noninvasively evaluate portal hypertension. In a recent study, a computational model based on CT angiographic images[111] had an AUROC of 0.83 for the detection of CSPH and a good correlation with HVPG ($r = 0.61$). Additionally, in a cohort of patients with cirrhosis, a radiomics signature was developed using contrast-enhanced CT[112] and had an AUROC of 0.85 for detection of CSPH.

## Other techniques

Various other techniques such as measurement of total serum bile acid concentration, breath tests, and metabolic clearance tests have been used to noninvasively estimate liver function, typically in patients with advanced liver disease. As such, it is possible that some of these may be useful in the assessment of CSPH. However, despite the potential of these tests, they are generally complex to perform and have not been fully evaluated. Of the various tests proposed to evaluate CSPH (including caffeine elimination rate, antipyrine clearance, the hepatic conversion of lidocaine to monoethylglycinexylidide concentration, methionine breath test, galactose elimination capacity, dual cholate clearances and cholate shunt, perfused hepatic mass, and indocyanine green retention), the indocyanine green retention test is perhaps the best studied.[113] In a small study of patients with various causes of liver disease that examined TE-LSM, direct portal pressure measurement, the dual cholate clearance and shunt test (also HepQuant SHUNT Test), FIB-4, LSM, and shunt percentage had AUROCs of 0.74, 0.80, and 0.86 for detection of CSPH,[114] respectively, suggesting that this liver function test holds promise as a noninvasive tool for patients with CLD.

## NILDAS FOR THE DETECTION OF CHANGES IN PORTAL HYPERTENSION

Current evidence clearly indicates that fibrosis and even cirrhosis are reversible.[115,116] Further, several studies have now demonstrated that eradication of HCV is associated with reductions in HVPG and liver stiffness.[84,117] In a study of 112 liver transplant recipients with HCV who achieved sustained virologic response (SVR), it was shown that HVPG and LSM decreased significantly.[88] Interestingly, the ELF test also declined in parallel with HVPG and LSM. It should be emphasized that reductions in LSM must be interpreted with caution because such reductions can reflect improvements in inflammation rather than changes in fibrosis or portal pressures.[118,119]

Additional evidence is emerging with regard to the use of NILDAs for assessment of CSPH in patients in whom the primary liver disease has been arrested or effectively treated. A study in European patients after HCV eradication that included patients from previous studies demonstrated that posttreatment LSM <12 kPa and platelets > 150×10³/mcl had a sensitivity of 99% for

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.

**TABLE 9**  Studies comparing HVPG and blood- or imaging-based NILDAs in patients with cirrhosis to predict decompensation events, portal hypertension-related outcomes, or death

| References | Method | Population | Total N | F/u (mo) | Outcome | Incidence of decompensation | Marker | Cut point | Se | Sp | AUROC or other summary statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Blood-based NILDA** | | | | | | | | | | | |
| Sanyal et al.[121] | Blood marker | NASH cirrhosis enrolled in simtuzumab trials | 258 | 31 (median) | Liver disease–related complications: ascites, varices, HE, increase in CTP score, and death | 50 (19%) | HVPG | 10 mmHg | — | — | c-statistic 0.72 |
| | | | | | | | ELF[a] | 11.3 | 51 | 72 | c-statistic 0.68 |
| Hsieh et al.[122] | Blood marker | Cirrhosis, 42% child A | 242 | 6 (endpoint) | Death | 7 (3%) | HVPG | — | — | — | 0.61 |
| | | | | | | | APRI | — | — | — | 0.59 |
| | | | | | | | FIB-4 | — | — | — | 0.64 |
| | | | | | | | Lok Index | — | — | — | 0.73 |
| **Imaging-based NILDA** | | | | | | | | | | | |
| Robic et al.[123] | TE-LSM | 100 patients with HVPG and TE (65% with cirrhosis) | 100 (96 with TE) | 24 (endpoint) | PHT complications: ascites and VB | 18 (18%)[b] | HVPG | 10 mmHg | 100 | 60 | 0.83 |
| | | | | | | — | LSM | 21.1 kPa | 100 | 65 | 0.84 |
| | | | | | Liver disease–related complications: VB, ascites, HE, HCC, sepsis, LT, and death | 41 (41%)[b] | HVPG | 10 mmHg | 83 | 71 | 0.81 |
| | | | | | | | LSM | 21.1 kPa | 82 | 76 | 0.84 |
| Colecchia et al.[124] | TE-LSM and SSM | Patients with HCV and cirrhosis, 100% (untreated) | 92 | 24 (endpoint) | PHT complications: ascites, VB, and HE | 30 (33%) | HVPG | 10 mmHg | — | — | 0.83 (accuracy) |
| | | | | | | | SSM | 54.0 kPa | 97 | — | 0.85 (accuracy) |
| | | | | | | | LSM | Not independently associated with outcome | | | |
| Kitson et al.[80] | TE-LSM | 95 patients with HVPG and TE, 88 (93% cirrhosis) | 90 with F/u | 15.1 (median) | PHT compensated | 28 (31%) | HVPG | 10 mmHg | 100 | 40 | PPV 43% |
| | | | | | | | LSM | 21.1 kPa | 82 | 45 | PPV 40% |
| | | | | | | | LSM | 34.5 kPa | 75 | 69 | PPV 52% |

**TABLE 9.** (continued)

| References | Method | Population | Total N | F/u (mo) | Outcome | Incidence of decompensation | Blood-based NILDA Marker | Cut point | Se | Sp | AUROC or other summary statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rajakannu et al.[125] | TE-LSM | HCC | 102, 56 (49% with cirrhosis) | 3 (endpoint) | Decompensation after hepatectomy: ascites, jaundice, and HE | Mortality 5 (4.7%) Decompensation 9 (8.5%) | HVPG | 10 mmHg | 29 | 96 | 0.71 |
| | | | | | | | LSM | 22 kPa | 43 | 93 | 0.81 |
| Procopet et al.[126] | TE-LSM | HCC | 51 (27 with both HVPG and LSM) | 3 (endpoint) | Decompensation after hepatectomy: ascites, VB, HE, jaundice, and AKI | 15 (29%)[b] | HVPG | — | — | — | 0.88 |
| | | | | | | | LSM | — | — | — | 0.81 |

[a]Data were not given on FibroSure, NAFLD fibrosis score, FIB-4, or APRI, although they were measured.
[b]The percent decompensation in the subset analyzed with both HVPG and LSM is unclear.
Abbreviations: AKI, acute kidney injury; APRI, aspartate aminotransferase–platelet ratio index; AUROC, area under the receiver operating characteristic curve; CTP, Child-Turcotte-Pugh; ELF, European Liver Fibrosis; FIB-4, Fibrosis 4 index; F/u, follow-up; HCC, hepatocellular carcinoma; HE, hepatic encephalopathy; HVPG, hepatic venous pressure gradient; LSM, liver stiffness measurement; LT, liver transplant; NILDA, noninvasive liver disease assessment; PHT, portal hypertension; PPV, positive predictive value; Se, sensitivity; Sp, specificity; SSM, spleen stiffness measurement; TE, transient elastography; VB, variceal bleeding.

excluding CSPH, and the likelihood of having CSPH with an LSM $\geq 25$ kPa was 94%.[120]

## QUALITY OF EVIDENCE AND OTHER CONSIDERATIONS

Available evidence is limited by the fact that published studies have included extremely heterogeneous populations and small cohorts and have used wide cutoffs for detection of CSPH. The diagnostic utility of liver and SSMs for detection of CSPH has been studied primarily in patients with parenchymal liver disease (especially in those with HCV and ALD); thus, the use of these techniques may not be generalizable to other chronic fibrosing liver diseases. Analyses supporting PICO 1 provided very imprecise diagnostic estimates and were derived from a relatively small number of studies. The quality of evidence was judged to be low.

PICO 2: In adult patients with CLD and CSPH, what is the prognostic performance of NILDAs to predict liver-related clinical outcomes (decompensation and transplant-free survival) compared with HVPG?

Guidance statement:

6. In patients with CLD and CSPH, there is insufficient evidence to support the use of blood- or imaging-based NILDAs to predict clinical outcomes (ungraded statement).

## Technical comments

- A systemic review was not performed to address this PICO question.
- Although data in adult patients with cirrhosis and CSPH are limited and confounded by underlying treatment, decompensation events are unlikely in patients who have an LSM below a certain threshold (i.e., 20 kPa).
- The clinical importance of change in NILDAs over time as compared with change in HVPG for predicting liver-related clinical outcomes (decompensation and transplant-free survival) is unclear.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

- In the published literature on the use of NILDAs to predict clinical outcomes, there is great heterogeneity in cohorts, variation in endpoints, different periods of follow-up, and variability in cutoffs utilized—all of which limit comparisons of performance of NILDAs to predict liver-related clinical outcomes.

- Treatment of primary liver disease confounds interpretation of much of the available data on the use of NILDAs in predicting clinical outcomes when thresholds are poorly defined to rule in or rule out CSPH.

- Data in patients with CLD for whom their primary disease has been treated are rapidly emerging and will provide further insights about the ability of NILDAs to predict clinical outcomes.

## Background

Although there is an association between NILDAs and diagnosis of portal hypertension, there is limited evidence assessing NILDAs in compensated cirrhosis for the prediction of subsequent liver-related outcomes (Table 9).[68,69,80,121–126] In contrast, HVPG measurements have relatively robust performance characteristics when used to predict clinical outcomes. In a meta-analysis, baseline LSM (one study used MRE, otherwise LSM was obtained by TE) was associated with subsequent risk of decompensation (six studies, relative risk [RR] 1.07, 95% CI 1.03–1.11), HCC (nine studies, RR 1.11, 95% CI 1.05–1.18), and death (five studies, RR 1.22, 95% CI 1.05–1.43).[127] However, not all studies are limited to patients with cirrhosis or had comparison with HVPG.[128–130] It is critical to emphasize that there remain multiple issues that must be considered in interpreting available NILDA data for prediction of clinical outcome. For example, in the published literature, there is great heterogeneity in cohorts, variation in endpoints (HCC, complications of portal hypertension, hepatic decompensation, or combinations thereof), different periods of follow-up, and variability in cutoffs utilized—all of which limit direct comparisons of performance.

## Evidence and rationale

### Liver-related complications

In a prospective study of 100 patients with CLD (65% with cirrhosis) comparing baseline HVPG measurement with TE-LSM, the incidence of subsequent portal hypertension-related complications was 27% at a median follow-up of 16 months[123]; the performances of TE and HVPG were similar (AUROC 0.73 for each) for identifying portal hypertension-related complications. At a cutoff of LSM of 21.1 kPa and HVPG of 10 mmHg, respectively, the NPV was 100% for either modality for the development of portal hypertension-related complications. Of note, accurate measurements were not obtainable in 5% of the study population, primarily due to obesity.

In a subsequent study of 109 patients, including 93% with cirrhosis, the development of portal hypertension-related complications was assessed at baseline and over time.[80] The median baseline TE-LSM was higher in the 28 patients who developed portal hypertensive complications (41.9 vs. 23.1 kPa, $p=0.001$). At a median follow-up of 15.1 months, HVPG >10 mmHg and TE-LSM >34.5 kPa predicted portal hypertensive complications with 100% and 75% sensitivity, 40% and 70% specificity, 43% and 53% PPV, and 100% and 86% NPV, respectively. Of note, portal hypertensive complications occurred in four patients with TE-LSM <21.1 kPa, including two with ascites and two with portal hypertension-related bleeding. A TE-LSM cutoff of 21.1 kPa had 40% PPV and 85% NPV for prediction of portal hypertensive complications.

In a subset of patients with cirrhosis ($n=258$, 68% CSPH, median HVPG 12 mmHg) in data combined from simtuzumab trials in NASH,[121] blood-based markers (ELF, FibroTest, NAFLD fibrosis score [NFS], FIB-4, and APRI) were compared with HVPG (also repeated at weeks 48 and 96). Over 29 months, 19% of patients developed liver-related clinical events. Higher ELF at baseline (hazard ratio [HR] 2.11), FibroTest (HR 1.21), NFS (HR 1.78), FIB-4 (HR 1.24), and APRI (HR 1.88) were associated with development of clinical events. The risk of clinical events increased with higher baseline HVPG (HR per 1.15 mm Hg, 95% CI 1.09–1.21). Interestingly, among those with clinical events, 14% had an HVPG <10 mmHg at baseline.[121] In a single-center study in patients with cirrhosis (approximately 60% decompensated at baseline), HVPG, FIB-4, and APRI were all poor predictors of mortality within 3 months (AUROC 0.55–0.63 for HVPG, FIB-4, APRI, and Lok Index).[122]

In a validation cohort of patients with compensated cirrhosis (compensated advanced CLD), patients with an LSM <12 kPa and platelets >150 × 10³/mcl were free of decompensation events within 3 years, whereas patients with a posttreatment LSM ≥25 kPa had a 3-year decompensation risk of 10%. Patients with an LSM between 13 and 24 kPa were viewed to be in a "gray" zone but also had a low rate (1%) of decompensating events over 3 years.[120] In another study, baseline LSM of <17.5 kPa along with improvements in LSM of at least 25% at 1 year after SVR with direct-acting antiviral (DAA) treatment (plus baseline albumin) was associated with no HCC development at 3 years.[131] Post-SVR TE-LSM >20 kPa (regardless of pretreatment values) has also been associated with development of decompensation,

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

HCC, and need for liver transplantation.[132,133] Another study with patients with HCV who achieved SVR with DAA treatment identified that TE-LSM (with or without a blood-based NILDA) had good to excellent accuracy in predicting decompensation.[134] Combinations of individual components of the FIB-4 and LSM into a single scoring system may identify patients with compensated liver disease at risk of developing complications of portal hypertension.[135]

## Decompensation after partial hepatectomy

One study assessed predictors of accuracy of TE-LSM in predicting liver-related decompensation within 3 months after partial hepatectomy.[126] In univariate analysis, only elevated HVPG and LSM were associated with 3-month decompensation. In multivariate analysis, HVPG was the only variable associated with decompensation (OR 1.44, 95% CI 1.07–1.95). TE-LSM was less accurate than HVPG in predicting 3-month decompensation (AUROC 0.78 vs. 0.89); however, only 27 patients had both measured, and there was no significant difference between HVPG and LSM in predicting decompensation (AUROC 0.88 vs. 0.81, $p = 0.21$). TE-LSM cutoff of 21 kPa had similar accuracy to HVPG (71% vs. 79%, respectively) to predict 3-month decompensation. Notably, no patients with LSM <13.6 kPa experienced decompensation. Splenomegaly and thrombocytopenia had poor accuracy of 58% to predict decompensation.

In a second study, direct puncture of the hepatic vein and portal vein were done to calculate portal pressures at the time of partial liver resection. Thirty-four patients had both HVPG and LSM measurements by TE-LSM. The majority with LSM > 22 kPa (67%) developed complications after partial hepatectomy, and two patients died due to liver failure in the 90-day postoperative period.[125]

## Change in LSM and SSM and relationship to outcomes

There are limited data on LSM change over time (particularly compared with HVPG) and prediction of clinical liver-related events. In one study, a change in SWE-LSM correlated with a change in HVPG.[136] Although ELF was not predictive of outcome, FibroTest, NFS, APRI, and change in FIB-4 (HR 1.10, 95% CI 1.01–1.21) from baseline were associated with liver-related clinical events. Change in HVPG had a similar magnitude of change (HR 1.15, 95% CI 1.09–1.22); however, prediction of clinical events was modest (c-statistic 0.65, 95% CI 0.57–0.74).[121] In a prospective multicenter study of patients ($n = 226$) with cirrhosis and CSPH who achieved SVR after antiviral therapy,[137] TE-LSM decreased with antiviral therapy but did not correlate with changes in HVPG. Overall, 8% of patients had

decompensation during a median follow-up of 3.7 years. However, neither baseline LSM, change in HVPG, or change in LSM were associated with decompensation.

Other studies have assessed SSM for prediction of decompensation or portal hypertension-related outcomes. One study with median follow-up of 48 months showed that elevated SSM predicted hepatic decompensation and death.[138] SSM has also been shown to predict outcome after TIPS[139–141] and to predict recurrence of HCC after resection.[142]

## OTHER CONSIDERATIONS AND LIMITATIONS

It is important to emphasize that these guidelines on NILDAs were developed based on evidence derived from patients with cirrhosis and a high prevalence of CSPH. Additionally, clinicians must consider what NILDA tools are available to them. Studies of TE-LSM and HVPG that have examined serial changes in NILDAs paired with changes in HVPG as predictors of clinical outcomes remain limited and, unless under a research protocol, are likely to remain limited due to the invasive nature of HVPG. Among imaging-based NILDAs, most data are available for TE. Most of the studies are from single-center cohorts, and measurement of HVPG is generally not standardized or uniform. Further, there is spectrum bias (difference in prevalence of cirrhosis and CSPH across studies). In addition, the risk of future decompensation is variable, even among patients with cirrhosis, as it is contingent on where they lie on the compensated/decompensated spectrum, use of primary prophylaxis to reduce risks of complications, treated or untreated cirrhosis, and variable clinical practices for monitoring. Therefore, generalizability of published data is not possible. It is unclear whether TE-LSM (a surrogate for intrahepatic resistance to flow) is able to accurately predict decompensation given that extrahepatic factors (hyperdynamic circulation, splanchnic vasodilation, infection, and renal failure) in advanced cirrhosis modify outcomes. Variation in the prediction of outcomes is also almost certainly impacted by the presence of ongoing liver injury (i.e., as might be expected with continued reception of active ethanol or weight gain) as compared with arrested liver injury (for example, after DAA therapy or ethanol cessation).[143]

## A SIMPLIFIED NILDA ALGORITHM FOR DETECTION OF CSPH

In an effort to facilitate incorporation of NILDAs into clinical practice, the AASLD NILDA writing group developed an algorithm intended to be used by clinicians to readily identify or exclude CSPH (Figure 1).

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.



**FIGURE 1** A simplified NILDA algorithm for detection of CSPH. Because blood-based NILDAs have not been shown to have sufficient sensitivity for detection of CSPH (defined as HVPG $\geq$ 10 mmHg) and blood-based NILDAs consistent with fibrosis may falsely suggest CSPH, it is suggested that imaging-based NILDAs be the primary approach to assess CSPH. It should be noted that the majority of data informing noninvasive assessment of CSPH has been obtained with TE-LSM, but other LSM techniques are likely to be equivalent. An LSM value of <15 kPa largely excludes CSPH (with the exception of patients with low platelet counts, which raises the possibility of portal hypertension–induced splenomegaly), and a value $\geq$ 25 kPa indicates that CSPH is highly likely to be present. For patients with an LSM value of <15 kPa, a platelet count $\geq$ 150,000/mcl further suggests the absence of CSPH. For those with an LSM value of <15 kPa and a platelet count <150,000/mcl, CSPH is uncertain. Patients with LSM values between 15 and 25 kPa are considered to be in the "gray zone," and clinical judgement is required; here, other testing is likely to be helpful. For example, the platelet count may be helpful to indicate whether portal hypertension is present or not. In those with a platelet count $\leq$ 110,000/mcl, CSPH is more likely, as it is for those with an LSM $\geq$ 20 kPa and a platelet count <150,000/mcl. Note, the integration of platelet counts into this algorithm in patients with primary hematologic or splenic disorders is not possible. For centers with the capability to further assess these patients (i.e., with MRE, SSM, esophagogas-troduodenoscopy, or direct HVPG), further evaluation may be warranted. This algorithm is based on studies in patients with active primary liver disease. For patients in whom the primary liver disease has been treated or eliminated (i.e., patients with HBV or HCV who are on active drug treatment or have received DAA therapy), it is likely that thresholds for LSM and/or platelets will vary. Abbreviations: CSPH, clinically significant portal hypertension; DAA, direct-acting antiviral; HBV, hepatitis B virus; HCV, hepatitis C virus; HVPG, hepatic venous pressure gradient; LSM, liver stiffness measurement; MRE, magnetic resonance elastography; NILDA, noninvasive liver disease assessment; SSM, spleen stiffness measurement; TE, transient elastography.

Because blood-based NILDAs have not been shown to have sufficient sensitivity for detection of CSPH and blood-based NILDA levels consistent with fibrosis may falsely suggest CSPH, it is suggested that imaging-based NILDAs be the primary approach. An LSM <15 kPa combined with a platelet count > 150,000 mcl essentially rules out CSPH. Conversely, in the absence of confounding clinical factors, such as right heart failure or severe hepatic inflammation, an LSM $\geq$ 25 kPa rules in CSPH. In those with LSM 10–15 kPa and platelet counts <150,000 mcl, or if LSM 15–25 kPa and platelet > 150,000 mcl, CSPH may be possible; once alternative etiologies for thrombocytopenia have been excluded, additional testing, such as MRE (a value $\geq$ 5.1 kPa is suggestive of CSPH), SSM (a value $\geq$ 40 kPa is suggestive of CSPH), esophagogastroduodenoscopy (EGD) (for detection of varices which, if present, indicate CSPH), or direct HVPG. It should be noted that this algorithm is best applied to patients with active primary liver disease. For patients for whom their primary liver disease has been treated or eliminated (i.e., patients with HBV or HCV who are receiving active drug or have received DAA therapy, respectively), it is

likely that thresholds for LSM and/or platelets are different.

## SUMMARY

The available data suggest that NILDAs are modestly effective at detecting CSPH—likely reflecting a balance between the fact that NILDAs are most accurate at detecting advanced fibrosis/cirrhosis (which is typically present in patients with CSPH) and the imprecise relationship between fibrosis and portal hypertension. The available data are limited because of a variety of methodological issues in currently available studies, including small sample sizes, examination of heterogeneous populations, and wide variability in study design. Although there is insufficient evidence to reliably recommend the use of blood-based NILDAs for detection of CSPH, and available data suggest that LSM (and perhaps SSM) are promising noninvasive tools for predicting CSPH, there are limitations. These include the fact that there are inherent technical limitations to performance of elastography, and accurate

measurements are not always possible to obtain (particularly in patients with obesity and in those with ascites). Intrahepatic inflammatory activity appears to confound LSM assessment of fibrosis[3] and likely also confounds assessment of CSPH. Available data indicate that liver stiffness is more accurate at low HVPG levels than at higher levels. In clinical practice, because LSM has a high sensitivity (and specificity) for CSPH at high LSM ($>25$ kPa), patients with an LSM $>25$ kPa should be considered to have a very high likelihood of having CSPH and it being managed appropriately.[53] Addition of the platelet count to LSM likely improves the ability to detect CSPH, and thus, the platelet count appears to be complimentary to LSM. Further, combinations of individual components of the FIB-4 and LSM into a single scoring system may be able to more accurately predict CSPH. It must be pointed out that available data specifically in the NASH space are not as robust as in other CLDs, and NILDAs in this group must be used with caution. We conclude that the use of NILDAs for detection of CSPH is reasonable but is imperfect. MR-based LSM is also attractive but is limited by the fact that it is an expensive modality and has less availability than US-based modalities. Finally, the effectiveness of LSM/SSM in the setting of noncirrhotic portal hypertension and perhaps some parenchymal liver diseases such as primary biliary cholangitis or schistosomiasis is unknown.

## FUTURE RESEARCH

It is clear that much more study of the utility of NILDAs in assessment of portal hypertension is needed. Because NILDAs have replaced invasive testing in clinical practice in many situations, the collection of robust data comparing NILDAs directly with HVPG is likely to be limited. Notwithstanding, not only is more work required to assess whether currently available noninvasive tests such as LSM can be used alone or in combination with other tests to determine which patients have CSPH, but further study of novel noninvasive techniques (particularly those that utilize current imaging methods) is needed. SSM as NILDAs for portal hypertension holds promise and requires further study. Finally, although research in this area will be limited by the invasiveness of measuring HVPG, this issue should not preclude much needed further investigation. Our writing group identified several major areas for future research that are needed, which are as follows:

- Research is needed on the generalizability of NILDAs across different populations and disease states.

- Research is needed on the use of NILDAs to assess CSPH in pediatric populations.

- The performance and threshold of blood- and imaging-based NILDAs for CSPH in MASLD need to be defined.

- Studies using combination techniques, including combinations of imaging-based and/or blood-based NILDAs, are required.

- Further study of the integration of NILDAs in management algorithms for CSPH that are tied to clinical outcomes is required.

- Utilization of artificial intelligence and machine learning should allow for incorporation of demographics and clinical data with NILDAs to improve diagnosis and management of portal hypertension and CLD.

- Longitudinal studies of NILDAs to assess the natural history of portal hypertension, specific liver diseases, clinical outcomes, and changes with therapy are needed. Study of the utility of NILDAs in real-time disease management is also needed.

- Further study of the utility of SSM for the prediction of CSPH is required.

- Cost-effectiveness studies of NILDAs in patient care paradigms are required.

- Novel noninvasive techniques for the assessment of CSPH are needed.

## ACKNOWLEDGMENTS

We thank Audrey Davis-Owino from AASLD for her untiring support and Marie Kreck at Virginia Commonwealth University for editorial assistance. We also thank Ruben Hernaez and the AASLD Practice Guidelines Committee for their expertise, patience, and editorial guidance.

We thank Ruben Hernaez and Alfred Sidney Barritt IV and the following AASLD Practice Guidelines Committee members for their expertise, patience, and editorial guidance: Elizabeth C. Verna (chair), Cynthia Levy (chair-elect), Saul Karpen (governing board liaison), Scott W. Biggins, Therese Bittermann, Po-Hung Victor Chen, Kathleen E. Corey, Albert Do, Juan F. Gallegos-Orozco, Lindsay Y. King, Christina C. Lindenmeyer, Jessica L. Mellinger, Anthony J. Michaels, Arpan Mohanty, Andrew Moon, Nadia Ovchinsky, Archita Parikh Desai, Jennifer C. Price, Elizabeth Rand, Adrienne Simmons, Ashwani K. Singal, Christopher Shubert, and Puneeta Tandon. We thank Audrey Davis-Owino at AASLD. We also thank Marie Kreck at Virginia Commonwealth University for editorial assistance.

## FUNDING INFORMATION

Funding for the development of this Practice Guideline was provided by AASLD.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

## CONFLICTS OF INTEREST

Dr. Richard K. Sterling receives research grants to institution from Gilead, AbbVie, Abbott, Roche, and Zydus. Dr. Andres Duarte-Rojo receives research grants to institution from Echosens and Axcella Health; is a consultant for Axcella Health, and is on the advisory board for Mallinckrodt. Dr. Keyur Patel receives research grants to institution from Celgene, Genfit, Gilead Sciences, GlaxoSmithKline, Intercept, Madrigal, Merck, and Novartis; is on the data safety monitoring boards of Gilead Sciences and Galectin; and is a consultant for Intercept, Novo Nordisk, and Resalis. Dr. Maria Isabel Fiel is a consultant for Progenity, Alexion, and Q32 Bio. Dr. Daniel H. Leung receives research funding to institution from AbbVie, Gilead, Mirum, and Cystic Fibrosis Foundation; is on the data safety monitoring board of Merck; and is on the advisory board of Gilead. Dr. Bachir Taouli receives research grants to institution from Bayer, Echosens, Regeneron, Siemens, and Takeda and is a consultant for Bayer, Guerbet, and Helio Health. Dr. Don C. Rockey receives research grants to institution from AstraZeneca, Axella Therapeutics, Boehringer Ingelheim, Durect, Galectin Therapeutics, Gilead Sciences, Helio, Intercept Pharmaceuticals, Inventiva Pharma, Novo Nordisk, Ocelot Biological, Pfizer, Salix Pharmaceuticals, Sequana Medical, and Viking Therapeutics. The remaining authors have no conflicts to report.

## ORCID

*Richard K. Sterling* https://orcid.org/0000–0002–8637–2475

*Sumeet K. Asrani* https://orcid.org/0000–0001–9174–5670

*Deborah Levine* https://orcid.org/0000–0001–7761–6493

*Andres Duarte-Rojo* https://orcid.org/0000–0002–5377–9295

*Maria Isabel Fiel* https://orcid.org/0000–0002–7314–6313

*Bachir Taouli* https://orcid.org/0000–0001–6409–1333

*Mouaz Alsawas* https://orcid.org/0000–0002–0814–4098

*M. Hassan Murad* https://orcid.org/0000–0001–5502–5975

*Jonathan A. Dranoff* https://orcid.org/0000–0003–3130–1909

*Tamar H. Taddei* https://orcid.org/0000–0002–6500–1739

*Don C. Rockey* https://orcid.org/0000–0002–3751–2961

## REFERENCES

1. Moon AM, Singal AG, Tapper EB. Contemporary epidemiology of chronic liver disease and cirrhosis. Clin Gastroenterol Hepatol. 2020;18:2650–66.
2. Asrani SK, Devarbhavi H, Eaton J, Kamath PS. Burden of liver diseases in the world. J Hepatol. 2019;70:151–71.
3. Sterling RK, Patel K, Duarte-Rojo A, Asrani SK, Alsawas M, Dranoff JA, et al. AASLD Practice Guideline on blood-based non-invasive liver disease assessments of hepatic fibrosis and steatosis. Hepatology. 2024. doi: 10.1097/HEP.0000000000000845
4. Sterling RK, Duarte-Rojo A, Patel K, Asrani SK, Alsawas M, Dranoff JA, et al. AASLD Practice Guideline on imaging-based non-invasive liver disease assessments of hepatic fibrosis and steatosis. Hepatology. 2024. doi: 10.1097/HEP.0000000000000843.
5. Gilmore IT, Burroughs A, Murray-Lyon IM, Williams R, Jenkins D, Hopkins A. Indications, methods, and outcomes of percutaneous liver biopsy in England and Wales: An audit by the British Society of Gastroenterology and the Royal College of Physicians of London. Gut. 1995;36:437–41.
6. Rockey DC, Caldwell SH, Goodman ZD, Nelson RC, Smith AD. American Association for the Study of Liver Diseases. Liver biopsy. Hepatology. 2009;49:1017–44.
7. de Franchis R, Bosch J, Garcia-Tsao G, Reiberger T, Ripoll C, Baveno VII. Faculty. Baveno VII - renewing consensus in portal hypertension. J Hepatol. 2022;76:959–74.
8. Rockey DC, Alsawas M, Rojo-Duarte A, Patel K, Levine D, Asrani SK, et al. Non-invasive liver disease assessment (NILDA) to identify portal hypertension – systematic and narrative reviews supporting the AASLD practice guideline. Hepatology. 2024. doi: 10.1097/HEP.0000000000000841.
9. Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011;64:383–94.
10. Akobeng AK. Understanding diagnostic tests 1: Sensitivity, specificity and predictive values. Acta Paediatr. 2007;96:338–41.
11. Wai CT, Greenson JK, Fontana RJ, Kalbfleisch JD, Marrero JA, Conjeevaram HS, et al. A simple noninvasive index can predict both significant fibrosis and cirrhosis in patients with chronic hepatitis C. Hepatology. 2003;38:518–26.
12. Sterling RK, Lissen E, Clumeck N, Sola R, Correa MC, Montaner J, et al. Development of a simple noninvasive index to predict significant fibrosis in patients with HIV/HCV coinfection. Hepatology. 2006;43:1317–25.
13. Angulo P, Hui JM, Marchesini G, Bugianesi E, George J, Farrell GC, et al. The NAFLD fibrosis score: A noninvasive system that identifies liver fibrosis in patients with NAFLD. Hepatology. 2007;45:846–54.
14. Imbert-Bismut F, Ratziu V, Pieroni L, Charlotte F, Benhamou Y, Poynard T. Biochemical markers of liver fibrosis in patients with hepatitis C virus infection: A prospective study. Lancet. 2001;357:1069–75.
15. Rosenberg WM, Voelker M, Thiel R, Becka M, Burt A, Schuppan D, et al. Serum markers detect the presence of liver fibrosis: A cohort study. Gastroenterology. 2004;127:1704–13.
16. Patel K, Gordon SC, Jacobson I, Hezode C, Oh E, Smith KM, et al. Evaluation of a panel of non-invasive serum markers to differentiate mild from moderate-to-advanced liver fibrosis in chronic hepatitis C patients. J Hepatol. 2004;41:935–42.
17. Cales P, Oberti F, Michalak S, Hubert-Fouchard I, Rousselet MC, Konate A, et al. A novel panel of blood markers to assess the degree of liver fibrosis. Hepatology. 2005;42:1373–81.
18. Myers RP, Pomier-Layrargues G, Kirsch R, Pollett A, Duarte-Rojo A, Wong D, et al. Feasibility and diagnostic performance of the FibroScan XL probe for liver stiffness measurement in overweight and obese patients. Hepatology. 2012;55:199–208.
19. Sigrist RMS, Liau J, Kaffas AE, Chammas MC, Willmann JK. Ultrasound elastography: Review of techniques and clinical applications. Theranostics. 2017;7:1303–29.
20. Berger A, Shili S, Zuberbuhler F, Hiriart JB, Lannes A, Chermak F, et al. Liver stiffness measurement with FibroScan: Use the right probe in the right conditions!. Clin Transl Gastroenterol. 2019;10:e00023.
21. Conti F, Serra C, Vukotic R, Fiorini E, Felicani C, Mazzotta E, et al. Accuracy of elastography point quantification and

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

steatosis influence on assessing liver fibrosis in patients with chronic hepatitis C. Liver Int. 2017;37:187–95.

22. Cassinotto C, Boursier J, de Ledinghen V, Lebigot J, Lapuyade B, Cales P, et al. Liver stiffness in nonalcoholic fatty liver disease: A comparison of supersonic shear imaging, FibroScan, and ARFI with liver biopsy. Hepatology. 2016;63:1817–27.

23. Wong VW, Irles M, Wong GL, Shili S, Chan AW, Merrouche W, et al. Unified interpretation of liver stiffness measurement by M and XL probes in non-alcoholic fatty liver disease. Gut. 2019;68:2057–64.

24. Ghoz HM, Kroner PT, Stancampiano FF, Bowman AW, Vishnu P, Heckman MG, et al. Hepatic iron overload identified by magnetic resonance imaging-based T2* is a predictor of non-diagnostic elastography. Quant Imaging Med Surg. 2019;9:921–7.

25. Petta S, Maida M, Macaluso FS, Di Marco V, Camma C, Cabibi D, et al. The severity of steatosis influences liver stiffness measurement in patients with nonalcoholic fatty liver disease. Hepatology. 2015;62:1101–10.

26. Colombo S, Belloli L, Zaccanelli M, Badia E, Jamoletti C, Buonocore M, et al. Normal liver stiffness and its determinants in healthy blood donors. Dig Liver Dis. 2011;43:231–6.

27. Fraquelli M, Rigamonti C, Casazza G, Donato MF, Ronchi G, Conte D, et al. Etiology-related determinants of liver stiffness values in chronic viral hepatitis B or C. J Hepatol. 2011;54:621–8.

28. Nguyen-Khac E, Thiele M, Voican C, Nahon P, Moreno C, Boursier J, et al. Non-invasive diagnosis of liver fibrosis in patients with alcohol-related liver disease by transient elastography: An individual patient data meta-analysis. Lancet Gastroenterol Hepatol. 2018;3:614–25.

29. Mukund A, Pargewar SS, Desai SN, Rajesh S, Sarin SK. Changes in liver congestion in patients with Budd-Chiari syndrome following endovascular interventions: Assessment with transient elastography. J Vasc Interv Radiol. 2017;28:683–7.

30. Guo H, Liao M, Jin J, Zeng J, Li S, Schroeder DR, et al. How intrahepatic cholestasis affects liver stiffness in patients with chronic hepatitis B: A study of 1197 patients with liver biopsy. Eur Radiol. 2020;30:1096–104.

31. Janssens F, Spahr L, Rubbia-Brandt L, Giostra E, Bihl F. Hepatic amyloidosis increases liver stiffness measured by transient elastography. Acta Gastroenterol Belg. 2010;73:52–4.

32. Petta S, Wai-Sun Wong V, Bugianesi E, Fracanzani AL, Camma C, Hiriart JB, et al. Impact of obesity and alanine aminotransferase levels on the diagnostic accuracy for advanced liver fibrosis of noninvasive tools in patients with nonalcoholic fatty liver disease. Am J Gastroenterol. 2019;114:916–28.

33. Wong GL, Wong VW, Choi PC, Chan AW, Chim AM, Yiu KK, et al. Increased liver stiffness measurement by transient elastography in severe acute exacerbation of chronic hepatitis B. J Gastroenterol Hepatol. 2009;24:1002–7.

34. Liu CH, Liang CC, Huang KW, Liu CJ, Chen SI, Lin JW, et al. Transient elastography to assess hepatic fibrosis in hemodialysis chronic hepatitis C patients. Clin J Am Soc Nephrol. 2011;6:1057–65.

35. Taneja S, Borkakoty A, Rathi S, Kumar V, Duseja A, Dhiman RK, et al. Assessment of liver fibrosis by transient elastography should be done after hemodialysis in end stage renal disease patients with chronic hepatitis C. Dig Dis Sci. 2017;62:3186–92.

36. Schmoyer CJ, Kumar D, Gupta G, Sterling RK. Diagnostic accuracy of noninvasive tests to detect advanced hepatic fibrosis in patients with hepatitis C and end-stage renal disease. Clin Gastroenterol Hepatol. 2020;18:2332–9.e1.

37. Vuppalanchi R, Weber R, Russell S, Gawrieh S, Samala N, Slaven JE, et al. Is fasting necessary for individuals with nonalcoholic fatty liver disease to undergo vibration-controlled transient elastography? Am J Gastroenterol. 2019;114:995–7.

38. Murawaki Y, Idobe Y, Ikuta Y, Koda M, Yamamoto H, Maruyama S, et al. Influence of a history of gastrectomy for gastric cancer on serum hyaluronan concentration in normal

individuals and patients with chronic liver disease. Hepatol Res. 1998;10:248–54.

39. Su Y, Gu H, Weng D, Zhou Y, Li Q, Zhang F, et al. Association of serum levels of laminin, type IV collagen, procollagen III N-terminal peptide, and hyaluronic acid with the progression of interstitial lung disease. Medicine (Baltimore). 2017;96:e6617.

40. Koh C, Turner T, Zhao X, Minniti CP, Feld JJ, Simpson J, et al. Liver stiffness increases acutely during sickle cell vaso-occlusive crisis. Am J Hematol. 2013;88:E250–4.

41. Duarte-Rojo A, Heimbach JK, Borja-Cacho D, Barone GW, Shaheen MF, Lamps LW, et al. Usefulness of controlled attenuation parameter and liver stiffness measurement for the identification of extended-criteria donors and risk-assessment in liver transplantation. Transplantation. 2022;106:318–27.

42. Patel K, Asrani SK, Fiel MI, Levine D, Leung DH, Duarte-Rojo A, et al. Accuracy of Blood-Based Biomarkers for Staging Liver Fibrosis in Chronic Liver Disease: A Systematic Review. Hepatology. 2024. doi:10.1097/HEP.0000000000000842

43. Yen YH, Kuo FY, Chen CH, Hu TH, Lu SN, Wang JH, et al. Ultrasound is highly specific in diagnosing compensated cirrhosis in chronic hepatitis C patients in real world clinical practice. Medicine (Baltimore). 2019;98:e16270.

44. Duarte-Rojo A, Taouli B, Leung DH, Levine D, Nayfeh T, Hasan B, et al. Imaging-based noninvasive liver disease assessment (NILDA) for staging liver fibrosis in chronic liver disease: A systematic review supporting AASLD guideline. Hepatology. 2024. doi: 10.1097/HEP.0000000000000852.

45. Re G, Casali AM, Cavalli D, Guida G, Cau R, Cavalli G. Histometric analysis of white pulp arterial vessels in congestive splenomegaly. Appl Pathol. 1986;4:98–103.

46. Paternostro R, Reiberger T, Bucsics T. Elastography-based screening for esophageal varices in patients with advanced chronic liver disease. World J Gastroenterol. 2019;25:308–29.

47. Sharma P, Mishra SR, Kumar M, Sharma BC, Sarin SK. Liver and spleen stiffness in patients with extrahepatic portal vein obstruction. Radiology. 2012;263:893–9.

48. Schunemann HJ, Mustafa RA, Brozek J, Steingart KR, Leeflang M, Murad MH, et al. GRADE guidelines: 21 part 1. Study design, risk of bias, and indirectness in rating the certainty across a body of evidence for test accuracy. J Clin Epidemiol. 2020;122:129–41.

49. Schunemann HJ, Mustafa RA, Brozek J, Steingart KR, Leeflang M, Murad MH, et al. GRADE guidelines: 21 part 2. Test accuracy: Inconsistency, imprecision, publication bias, and other domains for rating the certainty of evidence and presenting it in evidence profiles and summary of findings tables. J Clin Epidemiol. 2020;122:142–52.

50. Fitch K, Bernstein SJ, Aguilar MD, Burnand B, LaCalle JR, Lazaro P, et al. The RAND/UCLA Appropriateness Method User's Manual. RAND Corporation. 2001.

51. Kanwal F, Tapper EB, Ho C, Asrani SK, Ovchinsky N, Poterucha J, et al. Development of quality measures in cirrhosis by the Practice Metrics Committee of the American Association for the Study of Liver Diseases. Hepatology. 2019;69:1787–97.

52. Woolfson J, John P, Kamath B, Ng VL, Ling SC. Measurement of hepatic venous pressure gradient is feasible and safe in children. J Pediatr Gastroenterol Nutr. 2013;57:634–7.

53. Kaplan DE, Bosch J, Ripoll C, Thiele M, Fortune BE, Simonetto DA, et al. AASLD practice guidance on risk stratification and management of portal hypertension and varices in cirrhosis. Hepatology. 2023;10–97. doi:10.1097/HEP.0000000000000647

54. Zipprich A, Garcia-Tsao G, Rogowski S, Fleig WE, Seufferlein T, Dollinger MM. Prognostic indicators of survival in patients with compensated and decompensated cirrhosis. Liver Int. 2012;32:1407–14.

55. Villanueva C, Albillos A, Genesca J, Garcia-Pagan JC, Calleja JL, Aracil C, et al. Beta blockers to prevent decompensation of

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

cirrhosis in patients with clinically significant portal hypertension (PREDESCI): A randomised, double-blind, placebo-controlled, multicentre trial. Lancet. 2019;393:1597–608.

56. Ripoll C, Groszmann R, Garcia-Tsao G, Grace N, Burroughs A, Planas R, et al. Hepatic venous pressure gradient predicts clinical decompensation in patients with compensated cirrhosis. Gastroenterology. 2007;133:481–8.

57. Ripoll C, Groszmann RJ, Garcia-Tsao G, Bosch J, Grace N, Burroughs A, et al. Hepatic venous pressure gradient predicts development of hepatocellular carcinoma independently of severity of cirrhosis. J Hepatol. 2009;50:923–8.

58. D'Amico G, Garcia-Pagan JC, Luca A, Bosch J. Hepatic vein pressure gradient reduction and prevention of variceal bleeding in cirrhosis: A systematic review. Gastroenterology. 2006;131:1611–24.

59. Garcia-Pagan JC, Villanueva C, Albillos A, Banares R, Morillas R, Abraldes JG, et al. Nadolol plus isosorbide mononitrate alone or associated with band ligation in the prevention of recurrent bleeding: A multicentre randomised controlled trial. Gut. 2009;58:1144–50.

60. Haj M, Rockey DC. Predictors of clinical outcomes in cirrhosis patients. Curr Opin Gastroenterol. 2018;34:266–71.

61. Shah SH, Hayes PC, Allan PL, Nicoll J, Finlayson ND. Measurement of spleen size and its relation to hypersplenism and portal hemodynamics in portal hypertension due to hepatic cirrhosis. Am J Gastroenterol. 1996;91:2580–3.

62. Qamar AA, Grace ND, Groszmann RJ, Garcia-Tsao G, Bosch J, Burroughs AK, et al. Platelet count is not a predictor of the presence or development of gastroesophageal varices in cirrhosis. Hepatology. 2008;47:153–9.

63. Sterling RK, Asrani SK, Levine D, Duarte-Rojo A, Patel K, Fiel MI, et al. AASLD Practice Guideline on non-invasive liver disease assessments of portal hypertension. Hepatology. 2024. doi:10.1097/HEP.0000000000000844.

64. Thabut D, Imbert-Bismut F, Cazals-Hatem D, Messous D, Muntenau M, Valla DC, et al. Relationship between the Fibrotest and portal hypertension in patients with liver disease. Aliment Pharmacol Ther. 2007;26:359–68.

65. Palaniyappan N, Cox E, Bradley C, Scott R, Austin A, O'Neill R, et al. Non-invasive assessment of portal hypertension using quantitative magnetic resonance imaging. J Hepatol. 2016;65:1131–9.

66. Cho EJ, Kim MY, Lee JH, Lee IY, Lim YL, Choi DH, et al. Diagnostic and prognostic values of noninvasive predictors of portal hypertension in patients with alcoholic cirrhosis. PLoS One. 2015;10:e0133935.

67. Carrion JA, Navasa M, Bosch J, Bruguera M, Gilabert R, Forns X. Transient elastography for diagnosis of advanced fibrosis and portal hypertension in patients with hepatitis C recurrence after liver transplantation. Liver Transpl. 2006;12:1791–8.

68. Vizzutti F, Arena U, Romanelli RG, Rega L, Foschi M, Colagrande S, et al. Liver stiffness measurement predicts severe portal hypertension in patients with HCV-related cirrhosis. Hepatology. 2007;45:1290–7.

69. Bureau C, Metivier S, Peron JM, Selves J, Robic MA, Gourraud PA, et al. Transient elastography accurately predicts presence of significant portal hypertension in patients with chronic liver disease. Aliment Pharmacol Ther. 2008;27:1261–8.

70. Lemoine M, Katsahian S, Ziol M, Nahon P, Ganne-Carrie N, Kazemi F, et al. Liver stiffness measurement as a predictive tool of clinically significant portal hypertension in patients with compensated hepatitis C virus or alcohol-related cirrhosis. Aliment Pharmacol Ther. 2008;28:1102–10.

71. Sanchez-Conde M, Miralles P, Bellon JM, Rincon D, Ramirez M, Gutierrez I, et al. Use of transient elastography (FibroScan (R)) for the noninvasive assessment of portal hypertension in HIV/HCV-coinfected patients. J Viral Hepat. 2011;18:685–91.

72. Llop E, Berzigotti A, Reig M, Erice E, Reverter E, Seijo S, et al. Assessment of portal hypertension by transient elastography in

patients with compensated cirrhosis and potentially resectable liver tumors. J Hepatol. 2012;56:103–8.

73. Reiberger T, Ferlitsch A, Payer BA, Pinter M, Homoncik M, Peck-Radosavljevic M. Vienna Hepatic Hemodynamic Lab. Non-selective beta-blockers improve the correlation of liver stiffness and portal pressure in advanced cirrhosis. J Gastroenterol. 2012;47:561–8.

74. Berzigotti A, Seijo S, Arena U, Abraldes JG, Vizzutti F, Garcia-Pagan JC. Elastography, spleen size, and platelet count identify portal hypertension in patients with compensated cirrhosis. Gastroenterology. 2013;144:102–11.e1.

75. Hong WK, Kim MY, Baik SK, Shin SY, Kim JM, Kang YS, et al. The usefulness of non-invasive liver stiffness measurements in predicting clinically significant portal hypertension in cirrhotic patients: Korean data. Clin Mol Hepatol. 2013;19:370–5.

76. Salzl P, Reiberger T, Ferlitsch M, Payer BA, Schwengerer B, Trauner M, et al. Evaluation of portal hypertension and varices by acoustic radiation force impulse imaging of the liver compared to transient elastography and AST to platelet ratio index. Ultraschall Med. 2014;35:528–33.

77. Attia D, Schoenemeier B, Rodt T, Negm AA, Lenzen H, Lankisch TO, et al. Evaluation of liver and spleen stiffness with acoustic radiation force impulse quantification elastography for diagnosing clinically significant portal hypertension. Ultraschall Med. 2015;36:603–10.

78. Elkrief L, Rautou PE, Ronot M, Lambert S, Dioguardi Burgio M, Francoz C, et al. Prospective comparison of spleen and liver stiffness by using shear-wave and transient elastography for detection of portal hypertension in cirrhosis. Radiology. 2015;275:589–98.

79. Kim TY, Jeong WK, Sohn JH, Kim J, Kim MY, Kim Y. Evaluation of portal hypertension by real-time shear wave elastography in cirrhotic patients. Liver Int. 2015;35:2416–24.

80. Kitson MT, Roberts SK, Colman JC, Paul E, Button P, Kemp W. Liver stiffness and the prediction of clinically significant portal hypertension and portal hypertensive complications. Scand J Gastroenterol. 2015;50:462–9.

81. Procopet B, Berzigotti A, Abraldes JG, Turon F, Hernandez-Gea V, Garcia-Pagan JC, et al. Real-time shear-wave elastography: Applicability, reliability and accuracy for clinically significant portal hypertension. J Hepatol. 2015;62:1068–75.

82. Schwabl P, Bota S, Salzl P, Mandorfer M, Payer BA, Ferlitsch A, et al. New reliability criteria for transient elastography increase the number of accurate measurements for screening of cirrhosis and portal hypertension. Liver Int. 2015;35:381–90.

83. Zykus R, Jonaitis L, Petrenkiene V, Pranculis A, Kupcinskas L. Liver and spleen transient elastography predicts portal hypertension in patients with chronic liver disease: A prospective cohort study. BMC Gastroenterol. 2015;15:183.

84. Mandorfer M, Kozbial K, Schwabl P, Freissmuth C, Schwarzer R, Stern R, et al. Sustained virologic response to interferon-free therapies ameliorates HCV-induced portal hypertension. J Hepatol. 2016;65:692–9.

85. Jansen C, Bogs C, Verlinden W, Thiele M, Moller P, Gortzen J, et al. Shear-wave elastography of the liver and spleen identifies clinically significant portal hypertension: A prospective multi-centre study. Liver Int. 2017;37:396–405.

86. Kumar A, Khan NM, Anikhindi SA, Sharma P, Bansal N, Singla V, et al. Correlation of transient elastography with hepatic venous pressure gradient in patients with cirrhotic portal hypertension: A study of 326 patients from India. World J Gastroenterol. 2017;23:687–96.

87. Wagner M, Hectors S, Bane O, Gordic S, Kennedy P, Besa C, et al. Noninvasive prediction of portal pressure with MR elastography and DCE-MRI of the liver and spleen: Preliminary results. J Magn Reson Imaging. 2018;48:1091–3.

88. Mauro E, Crespo G, Montironi C, Londono MC, Hernandez-Gea V, Ruiz P, et al. Portal pressure and liver stiffness measurements

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

in the prediction of fibrosis regression after sustained virological response in recurrent hepatitis C. Hepatology. 2018;67:1683–94.

89. Salavrakos M, Piessevaux H, Komuta M, Lanthier N, Starkel P. Fibroscan reliably rules out advanced liver fibrosis and significant portal hypertension in alcoholic patients. J Clin Gastroenterol. 2019;53:772–8.

90. Zhu YL, Ding H, Fu TT, Peng SY, Chen SY, Luo JJ, et al. Portal hypertension in hepatitis B-related cirrhosis: Diagnostic accuracy of liver and spleen stiffness by 2-D shear-wave elastography. Hepatol Res. 2019;49:540–9.

91. Zhu YL, Ding H, Fu TT, Xu ZT, Xue LY, Chen SY, et al. [Diagnostic accuracy of liver and spleen stiffness by two dimensional shear wave elastography for portal hypertension in hepatitis B-related cirrhosis]. Zhonghua Yi Xue Za Zhi. 2020;100:1654–7.

92. Pons M, Augustin S, Scheiner B, Guillaume M, Rosselli M, Rodrigues SG, et al. Noninvasive diagnosis of portal hypertension in patients with compensated advanced chronic liver disease. Am J Gastroenterol. 2021;116:723–32.

93. Banini BA, Patel S, Yu JW, Kang L, Bailey C, Strife BJ, et al. Derivation and validation of a model to predict clinically significant portal hypertension using transient elastography and FIB-4. J Clin Gastroenterol. 2023;57:189–97.

94. Karlas T, Petroff D, Sasso M, Fan JG, Mi YQ, de Ledinghen V, et al. Individual patient data meta-analysis of controlled attenuation parameter (CAP) technology for assessing steatosis. J Hepatol. 2017;66:1022–30.

95. Colecchia A, Montrone L, Scaioli E, Bacchi-Reggiani ML, Colli A, Casazza G, et al. Measurement of spleen stiffness to evaluate portal hypertension and the presence of esophageal varices in patients with HCV-related cirrhosis. Gastroenterology. 2012;143:646–54.

96. Thiele M, Hugger MB, Kim Y, Rautou PE, Elkrief L, Jansen C, et al. 2D shear wave liver elastography by Aixplorer to detect portal hypertension in cirrhosis: An individual patient data meta-analysis. Liver Int. 2020;40:1435–46.

97. You MW, Kim KW, Pyo J, Huh J, Kim HJ, Lee SJ, et al. A meta-analysis for the diagnostic performance of transient elastography for clinically significant portal hypertension. Ultrasound Med Biol. 2017;43:59–68.

98. Kim HY, So YH, Kim W, Ahn DW, Jung YJ, Woo H, et al. Non-invasive prediction in prophylactic carvedilol therapy for cirrhotic patients with esophageal varices. J Hepatol. 2019; 70:412–22.

99. Singh R, Wilson MP, Katlariwala P, Murad MH, McInnes MDF, Low G. Accuracy of liver and spleen stiffness on magnetic resonance elastography for detecting portal hypertension: A systematic review and meta-analysis. Eur J Gastroenterol Hepatol. 2021;32:237–45.

100. Hirooka M, Ochi H, Koizumi Y, Kisaka Y, Abe M, Ikeda Y, et al. Splenic elasticity measured with real-time tissue elastography is a marker of portal hypertension. Radiology. 2011;261:960–8.

101. Takuma Y, Nouso K, Morimoto Y, Tomokuni J, Sahara A, Takabatake H, et al. Portal hypertension in patients with liver cirrhosis: Diagnostic accuracy of spleen stiffness. Radiology. 2016;279:609–19.

102. Song J, Huang J, Huang H, Liu S, Luo Y. Performance of spleen stiffness measurement in prediction of clinical significant portal hypertension: A meta-analysis. Clin Res Hepatol Gastroenterol. 2018;42:216–26.

103. Castera L, Foucher J, Bernard PH, Carvalho F, Allaix D, Merrouche W, et al. Pitfalls of liver stiffness measurement: A 5-year prospective study of 13,369 examinations. Hepatology. 2010;51:828–35.

104. Stefanescu H, Grigorescu M, Lupsor M, Procopet B, Maniu A, Badea R. Spleen stiffness measurement using Fibroscan for the noninvasive assessment of esophageal varices in liver cirrhosis patients. J Gastroenterol Hepatol. 2011;26:164–70.

105. Sporea I, Sirli R, Popescu A, Danila M. Acoustic radiation force impulse (ARFI)–a new modality for the evaluation of liver fibrosis. Med Ultrason. 2010;12:26–31.

106. Bota S, Sporea I, Sirli R, Popescu A, Dănilă M, Sendroiu M, et al. Spleen assessment by acoustic radiation force impulse elastography (ARFI) for prediction of liver cirrhosis and portal hypertension. Med Ultrason. 2010;12:213–7.

107. Takuma Y, Nouso K, Morimoto Y, Tomokuni J, Sahara A, Toshikuni N, et al. Measurement of spleen stiffness by acoustic radiation force impulse imaging identifies cirrhotic patients with esophageal varices. Gastroenterology. 2013;144:92–101.e2.

108. Abraldes JG, Bureau C, Stefanescu H, Augustin S, Ney M, Blasco H, et al. Noninvasive tools and risk of clinically significant portal hypertension and varices in compensated cirrhosis: the "Anticipate" study. Hepatology. 2016;64:2173–84.

109. Jansen C, Bogs C, Verlinden W, Thiele M, Möller P, Görtzen J, et al. Algorithm to rule out clinically significant portal hypertension combining shear-wave elastography of liver and spleen: A prospective multicentre study. Gut. 2016;65:1057–8.

110. Elkrief L, Ronot M, Andrade F, Dioguardi Burgio M, Issoufaly T, Zappa M, et al. Non-invasive evaluation of portal hypertension using shear-wave elastography: Analysis of two algorithms combining liver and spleen stiffness in 191 patients with cirrhosis. Aliment Pharmacol Ther. 2018;47:621–30.

111. Qi X, An W, Liu F, Qi R, Wang L, Liu Y, et al. Virtual Hepatic Venous Pressure Gradient with CT Angiography (CHESS 1601): A prospective multicenter study for the noninvasive diagnosis of portal hypertension. Radiology. 2019;290:370–7.

112. Liu F, Ning Z, Liu Y, Liu D, Tian J, Luo H, et al. Development and Validation of a Radiomics Signature for Clinically Significant Portal Hypertension in Cirrhosis (CHESS1701): A prospective multicenter study. EBioMedicine. 2018;36:151–8.

113. Lisotti A, Azzaroli F, Buonfiglioli F, Montagnani M, Cecinato P, Turco L, et al. Indocyanine green retention test as a noninvasive marker of portal hypertension and esophageal varices in compensated liver cirrhosis. Hepatology. 2014;59:643–50.

114. Wieland A, Etzion O, Ali RO, Levy E, Kleiner DE, Helmke SM, et al. HepQuant SHUNT detects portal hypertension in early stages of clinically compensated chronic liver disease. Clin Gastroenterol Hepatol. 2022;20:e890–4.

115. Rockey D, Bell P, Hill J. Fibrosis–a common pathway to organ injury and failure. N Engl J Med. 2015;373:96.

116. Rockey D. Translating an understanding of the pathogenesis of hepatic fibrosis to novel therapies. Clin Gastroenterol Hepatol. 2013;11:224–31.e1–5.

117. Mandorfer M, Kozbial K, Schwabl P, Chromy D, Semmler G, Stattermayer AF, et al. Changes in hepatic venous pressure gradient predict hepatic decompensation in patients who achieved sustained virologic response to interferon-free therapy. Hepatology. 2020;71:1023–36.

118. Bachofner JA, Valli PV, Kroger A, Bergamin I, Kunzler P, Baserga A, et al. Direct antiviral agent treatment of chronic hepatitis C results in rapid regression of transient elastography and fibrosis markers fibrosis-4 score and aspartate aminotransferase-platelet ratio index. Liver Int. 2017;37:369–76.

119. Knop V, Hoppe D, Welzel T, Vermehren J, Herrmann E, Vermehren A, et al. Regression of fibrosis and portal hypertension in HCV-associated cirrhosis and sustained virologic response after interferon-free antiviral therapy. J Viral Hepat. 2016;23:994–1002.

120. Semmler G, Lens S, Meyer EL, Baiges A, Alvardo-Tapias E, Llop E, et al. Non-invasive tests for clinically significant portal hypertension after HCV cure. J Hepatol. 2022;77:1573–85.

121. Sanyal AJ, Harrison SA, Ratziu V, Abdelmalek MF, Diehl AM, Caldwell S, et al. The natural history of advanced fibrosis due to nonalcoholic steatohepatitis: Data from the simtuzumab trials. Hepatology. 2019;70:1913–27.

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.

122. Hsieh YC, Lee KC, Wang YW, Yang YY, Hou MC, Huo TI, et al. Correlation and prognostic accuracy between noninvasive liver fibrosis markers and portal pressure in cirrhosis: role of ALBI score. PLoS One. 2018;13:e0208903.

123. Robic MA, Procopet B, Metivier S, Peron JM, Selves J, Vinel JP, et al. Liver stiffness accurately predicts portal hypertension related complications in patients with chronic liver disease: A prospective study. J Hepatol. 2011;55:1017–24.

124. Colecchia A, Colli A, Casazza G, Mandolesi D, Schiumerini R, Reggiani LB, et al. Spleen stiffness measurement can predict clinical complications in compensated HCV-related cirrhosis: A prospective study. J Hepatol. 2014;60:1158–64.

125. Rajakannu M, Cherqui D, Ciacio O, Golse N, Pittau G, Allard MA, et al. Liver stiffness measurement by transient elastography predicts late posthepatectomy outcomes in patients undergoing resection for hepatocellular carcinoma. Surgery. 2017;162:766–74.

126. Procopet B, Fischer P, Horhat A, Mois E, Stefanescu H, Comsa M, et al. Good performance of liver stiffness measurement in the prediction of postoperative hepatic decompensation in patients with cirrhosis complicated with hepatocellular carcinoma. Med Ultrason. 2018;20:272–7.

127. Singh S, Fujii LL, Murad MH, Wang Z, Asrani SK, Ehman RL, et al. Liver stiffness is associated with risk of decompensation, liver cancer, and death in patients with chronic liver diseases: A systematic review and meta-analysis. Clin Gastroenterol Hepatol. 2013;11:1573–84.e2.

128. Kim BK, Park YN, Kim DY, Park JY, Chon CY, Han KH, et al. Risk assessment of development of hepatic decompensation in histologically proven hepatitis B viral cirrhosis using liver stiffness measurement. Digestion. 2012;85:219–27.

129. Kim BK, Kim DY, Han KH, Park JY, Kim JK, Paik YH, et al. Risk assessment of esophageal variceal bleeding in B-viral liver cirrhosis by a liver stiffness measurement-based model. Am J Gastroenterol. 2011;106:1654–62.

130. Ghany MG, Lok AS, Everhart JE, Everson GT, Lee WM, Curto TM, et al. Predicting clinical and histologic outcomes based on standard laboratory tests in advanced chronic hepatitis C. Gastroenterology. 2010;138:136–46.

131. Alonso Lopez S, Manzano ML, Gea F, Gutierrez ML, Ahumada AM, Devesa MJ, et al. A model based on noninvasive markers predicts very low hepatocellular carcinoma risk after viral response in hepatitis C virus-advanced fibrosis. Hepatology. 2020;72:1924–34.

132. Vutien P, Kim NJ, Moon AM, Pearson M, Su F, Berry K, et al. Fibroscan liver stiffness after anti-viral treatment for hepatitis C is independently associated with adverse outcomes. Aliment Pharmacol Ther. 2020;52:1717–27.

133. Petta S, Sebastiani G, Vigano M, Ampuero J, Wai-Sun Wong V, Boursier J, et al. Monitoring occurrence of liver-related events and survival by transient elastography in patients with non-alcoholic fatty liver disease and compensated advanced chronic liver disease. Clin Gastroenterol Hepatol. 2021;19:806–15.e5.

134. Semmler G, Binter T, Kozbial K, Schwabl P, Hametner-Schreil S, Zanetto A, et al. Noninvasive risk stratification after HCV eradication in patients with advanced chronic liver disease. Hepatology. 2021;73:1275–89.

135. Vutien P, Berry K, Feng Z, VoPham T, He Q, Green PK, et al. Combining FIB-4 and liver stiffness into the FIB-5, a single model that accurately predicts complications of portal hypertension. Am J Gastroenterol. 2022;117:1999–2008.

136. Choi SY, Jeong WK, Kim Y, Kim J, Kim TY, Sohn JH. Shear-wave elastography: A noninvasive tool for monitoring changing hepatic venous pressure gradients in patients with cirrhosis. Radiology. 2014;273:917–26.

137. Lens S, Baiges A, Alvarado-Tapias E, LLop E, Martinez J, Fortea JI, et al. Clinical outcome and hemodynamic changes following HCV eradication with oral antiviral therapy in patients with clinically significant portal hypertension. J Hepatol. 2020;73:1415–24.

138. Takuma Y, Morimoto Y, Takabatake H, Toshikuni N, Tomokuni J, Sahara A, et al. Measurement of spleen stiffness with acoustic radiation force impulse imaging predicts mortality and hepatic decompensation in patients with liver cirrhosis. Clin Gastroenterol Hepatol. 2017;15:1782–90.e4.

139. Han H, Yang J, Zhuge YZ, Zhang M, Wu M. Point shear wave elastography to evaluate and monitor changing portal venous pressure in patients with decompensated cirrhosis. Ultrasound Med Biol. 2017;43:1134–40.

140. Han H, Yang J, Jin WK, Li X, Zhang F, Zhuge YZ, et al. Diagnostic value of conventional ultrasound and shear wave elastography in detecting transjugular intrahepatic portosystemic shunt dysfunction. Acta Radiol. 2021;62:1575–82.

141. Attia D, Rodt T, Marquardt S, Hinrichs J, Meyer BC, Gebel M, et al. Shear wave elastography prior to transjugular intrahepatic portosystemic shunt may predict the decrease in hepatic vein pressure gradient. Abdom Radiol (NY). 2019;44:1127–34.

142. Marasco G, Colecchia A, Colli A, Ravaioli F, Casazza G, Bacchi Reggiani ML, et al. Role of liver and spleen stiffness in predicting the recurrence of hepatocellular carcinoma after resection. J Hepatol. 2019;70:440–8.

143. Garcia-Tsao G, Abraldes JG, Berzigotti A, Bosch J. Portal hypertensive bleeding in cirrhosis: risk stratification, diagnosis, and management: 2016 practice guidance by the American Association for the Study of Liver Diseases. Hepatology. 2017;65:310–35.

**How to cite this article:** Sterling RK, Asrani SK, Levine D, Duarte-Rojo A, Patel K, Fiel MI, et al. AASLD Practice Guideline on noninvasive liver disease assessment of portal hypertension. Hepatology. 2025;81:1060–1085. https://doi.org/10.1097/HEP.0000000000000844

© 2024 American Association for the Study of Liver Diseases. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article prohibited.