# Exhibit 8

Dig Dis Sci (2017) 62:2923–2931
DOI 10.1007/s10620-017-4708-6

ORIGINAL ARTICLE

# Tumor Volume Doubling Time as a Dynamic Prognostic Marker for Patients with Hepatocellular Carcinoma

Jong Kwan Kim[1] · Hyung-Don Kim[1] · Mi-Jung Jun[1] · Sung-Cheol Yun[2] ·
Ju Hyun Shim[1] · Han Chu Lee[1] · Danbi Lee[1] · Jihyun An[1] · Young-Suk Lim[1] ·
Young-Hwa Chung[1] · Yung Sang Lee[1] · Kang Mo Kim[1]

Received: 10 May 2017 / Accepted: 31 July 2017 / Published online: 16 August 2017
© Springer Science+Business Media, LLC 2017

**Abstract**
*Background and Aims* To evaluate the clinical value of tumor growth rate in hepatocellular carcinoma (HCC) patients, we investigated the growth rate of HCC by calculating the tumor volume doubling time (TVDT) and its impact on survival and recurrence.
*Methods* A retrospective cohort study of 269 HCC patients who underwent two or more pretreatment imaging studies of computed tomography or magnetic resonance imaging was performed. Tumor growth rate and TVDT were calculated by comparing tumor volumes between imaging studies. Clinical parameters independently related to a TVDT of <2 months were evaluated. After dividing patients into slow-growing (159 patients with TVDT >2 months) and rapid-growing (110 patients with TVDT <2 months) groups, we compared the groups in terms of their survival and recurrence outcomes. The response to transarterial chemoembolization (TACE) was evaluated according to TVDT.
*Results* The median tumor growth rate and TVDT were 37.5%/month and 2.37 months, respectively. By logistic regression analyses, a high Child–Pugh score, small initial tumor diameter, gross vascular invasion, and tumor multiplicity were found to be independently associated with a TVDT of <2 months ($P < 0.05$). Patients in the rapid-growing group had lower survival rates and higher recurrence rates ($P < 0.05$). The response to TACE was worse in the rapid-growing group ($P < 0.05$).
*Conclusions* A fast HCC growth rate is associated with poor liver function and aggressive tumor biology. HCC patients with shorter TVDTs exhibit poorer survival and recurrence outcomes as well as a poor response to TACE.

**Keywords** Hepatocellular carcinoma · Tumor doubling time · Survival · Recurrence

**Abbreviations**
| | |
|---|---|
| HCC | Hepatocellular carcinoma |
| TVDT | Tumor volume doubling time |
| CT | Computed tomography |
| MRI | Magnetic resonance imaging |
| BCLC | Barcelona clinical liver cancer |
| ALT | Alanine aminotransferase |
| AFP | Alpha-fetoprotein |
| PT/INR | Prothrombin time/international normalized ratio |
| OS | Overall survival |
| RFS | Recurrence-free survival |
| TACE | Transarterial chemoembolization |
| mRECIST | Modified response evaluation criteria in solid tumor |

Jong Kwan Kim and Hyung-Don Kim have contributed equally to this study.

✉ Kang Mo Kim
  kimkim70@amc.seoul.kr

1 Department of Gastroenterology, Asan Medical Center, University of Ulsan College of Medicine, 88, Olympic-ro 43-gil, Seoul 05505, South Korea

2 Department of Biostatistics, Asan Medical Center, University of Ulsan College of Medicine, 88, Olympic-ro 43-gil, Seoul 05505, South Korea

## Introduction

Hepatocellular carcinoma (HCC) is the sixth most common cancer worldwide and the third leading cause of cancer-related death [1]. Because the natural history of HCC is extremely variable and the prognosis of HCC patients is



detrimentally poor [2, 3], it is crucial to accurately stratify HCC patients and devise an appropriate treatment strategy. In this context, several staging systems for HCC have been proposed. However, currently available staging systems for HCC appear to be suboptimal and there is controversy over which staging system has the best prognostic capacity [3–7]. To this end, there have been several additional attempts to identify novel prognostic markers predicting outcomes of patients with HCC to better stratify HCC patients and to establish optimal treatment strategies [4, 8, 9].

The tumor growth rate, as presented by parameters such as tumor volume doubling time (TVDT), can be conveniently calculated by taking serial radiologic images and measuring radiological tumor parameters. TVDT is thus a potential dynamic biomarker for the accurate prognostic stratification of HCC patients. However, only two previous studies have reported that a shorter TVDT is associated with poor treatment outcomes in HCC patients [10, 11]. Furthermore, these reports were limited by either the poor quality of the imaging, which had been taken 30 years prior, or the inclusion of homogenous HCC patients undergoing surgical resection. Hence, the prognostic value of the TVDT needs to be reappraised in HCC patients in various clinical settings, and incorporating the marked advances in diagnostic imaging of HCC. A better understanding of the TVDT of HCC would not only assist in the evaluation of prognosis, but would also enable the provision of more useful recommendations for decision-making processes.

In the current study, we addressed the issue of the prognostic value of the tumor growth rate of HCC, using a large number of HCC patients in diverse clinical settings. Using serial imaging studies, tumor growth rates were assessed and their association with the prognostic factors of HCC and survival outcomes of HCC patients was investigated.

## Patients and Methods

### Study Population

This study was approved by the Institutional Review Board of our center, and the requirement for informed consent from patients was waived (Protocol Number 2015-0861). Subject data for the study were derived from a consecutive historical cohort of 1591 patients with newly diagnosed HCC between January 2010 and December 2011 at Asan Medical Center, Seoul, Korea. The HCC diagnoses were primarily based on international algorithmic guidelines using dynamic computed tomography (CT) or magnetic resonance imaging (MRI) studies [12, 13]. A total of 644 patients in the initial cohort took at least two imaging studies for the following reasons: (1) the HCC diagnosis needed to be confirmed; and (2) there was a delay between the initial diagnosis and treatment due to a delayed decision on the treatment modality or a transfer from another hospital. Subsequently, 375 patients were excluded for the following reasons: image interval time less than 1 month which may be insufficient to assess dynamic changes in a tumor [14] ($n = 361$), another primary cancer ($n = 8$), and inability to evaluate precise tumor size ($n = 6$). Finally, 269 patients were included as the study population.

### Data Collection

Clinical and laboratory data were reviewed using electronic medical records. The following variables were analyzed: age, sex, Child–Pugh classification, and HCC etiology. HCC stage was determined using the Barcelona clinical liver cancer (BCLC) classification. Laboratory data included platelet counts; levels of alanine aminotransferase (ALT), alpha-fetoprotein (AFP), albumin, and bilirubin; prothrombin time/international normalized ratio (PT/INR); and serologic markers of hepatitis. Pathologic specimens were reviewed once specimens were obtained to determine the Edmondson-Steiner grade. The presence of gross vascular invasion and the numbers of HCC lesions were identified using imaging studies.

### Calculation of TVDT

TVDTs were calculated based on consecutive imaging studies with an interval time longer than 1 month. The average tumor diameter was calculated from the two greatest maximum tumor dimensions using electronic callipers. We then calculated tumor volume as $(4/3) \times \pi \times (D/2)^3$, where $D$ is the mean diameter derived from the maximum axial dimension of the tumor. We calculated the growth rate of HCC based on tumor volume and TVDT, using Schwartz's equation [15]: growth rate = $(V/V_0)/(T - T_0) \times 30$ (%/month); TVDT = $(T - T_0) \times \log_2/(\log V/V_0) \times 30$ (month), where $(T - T_0)$ represents the time interval between the two imaging studies and $V_0$ and $V$ indicate the volumes of tumor at the two measurement times. In patients with multiple HCC lesions, we calculated TVDT using the tumor with the largest diameter.

During the measurement of tumor size, the venous washout area during the delayed phase was preferred to exclude the arterial–portal venous shunt during the hepatic arterial phase. If HCCs were not to be differentiated during the delayed phase, we measured the lesion with greatest enhancement during the hepatic arterial phase. The volume


Springer

of infiltrative HCC was calculated by measuring the most enhanced lesion in the arterial phase.

The same imaging modality was chosen, if possible, to calculate the tumor growth rate. If a patient had undergone several imaging studies before treatment, we used the two imaging studies with the longest interval to calculate the tumor growth rate.

A TVDT cutoff value of 2 months was used to divide study patients into two groups considering a median value among our study patients and the applicability to clinical practice.

### Study Outcomes and Follow-Up

The primary outcome of this study was the relationship between the HCC growth rate and overall survival (OS) and recurrence-free survival (RFS). The secondary aim was to identify factors affecting the HCC growth rate. The OS of patients was calculated from the index date to the date of last follow-up or death. The index date was defined as the date of the second imaging study used to calculate the HCC growth rate. The last date of follow-up was February 28, 2016. RFS was defined as the time between the day of curative treatment and the day of the detection of relapsed HCC.

### Selection of Treatment Modality and Response to Transarterial Chemoembolization

The decision on the treatment modality for our study patients was primarily based on international algorithmic guidelines [12, 13]. Surgical resection was performed, when the surgical procedures were technically feasible and when the patient had preserved liver function. Local ablation was conducted, when the patient had early stage HCC (3 tumors ≤3 cm in diameter) and the procedure was technically feasible. Liver transplantation was indicated for HCC patients within our own expanded selection criteria (i.e., the Asan criteria: HCC of ≤5 cm in diameter and ≤6 in number, without gross vascular invasion) [16] and for whom liver donors were available. Transarterial chemoembolization (TACE) was considered when curative treatment modalities were not applicable. Patients with poor liver function or those who refused treatment received only conservative management.

For HCC patients who received TACE, the response to treatment after the first session of TACE was evaluated according to the modified response evaluation criteria in solid tumor (mRECIST) which has been shown to reliably predict patient survival [17–19].

### Statistical Analysis

Student's $t$ test and the Mann–Whitney $U$ test were used to compare quantitative variables, whereas the $\chi^2$ and Fisher's exact tests were used to compare qualitative variables. Univariate and multivariate logistic regression analyses were performed to determine the association between the TVDT and other variables including age, sex, HCC etiology, serum level of AFP, Child–Pugh score, initial tumor diameter, gross vascular invasion, and tumor multiplicity. Univariate and multivariate regression analyses were performed using the Cox proportional hazards model to assess factors associated with OS. Variables with a $P$ value <0.1 by univariate analyses were included in multivariate analysis. OS and RFS were compared using Kaplan–Meier analysis with the log-rank test. All statistical analyses were performed using IBM SPSS Statistics for Windows version 20 (IBM Corp., Armonk, NY, USA). All reported $P$ values were two-sided, and $P < 0.05$ was considered significant.

## Results

### Clinical Characteristics

Among the 269 study patients, the median tumor growth rate was 37.5%/month (interquartile range [IQR] 18.1–94.5%/month). Most HCCs exhibited a growth rate of less than 100%/month. The median TVDT was 2.37 months (IQR 1.0–4.9 months). The TVDT distribution in the study population is shown in Fig. 1. With the adoption of a TVDT cutoff value of 2 months, patients were divided into two groups, a slow-growing group (TVDT >2 months) and a rapid-growing group (TVDT <2 months).

The baseline characteristics of the 269 study patients are summarized in Table 1; 159 patients (61.3%) were in the slow-growing group (TVDT >2 months), and 110 (38.7%) were in the rapid-growing group (TVDT <2 months). The mean age and sex ratios were similar between the slow- and rapid-growing groups. The etiology of HCC did not significantly differ between the slow- and rapid-growing groups. The platelet count and ALT were comparable between the two groups. Although the biochemical results indicating liver function were slightly worse in the rapid-growing group, the distribution of Child–Pugh classes did not differ between the two groups.

Although the largest tumor diameter was comparable between the two groups, the rapid-growing group had higher serum levels of AFP, a higher prevalence of gross vascular invasion, and therefore a more advanced BCLC stage.

### Factors Associated with Tumor Growth Rate of HCC

The results of logistic regression analyses are shown in Table 2. Univariate analyses indicated that age, male sex,





**Fig. 1** Distribution of TVDT in the study patients

and serum level of AFP >400 ng/mL were not associated with a TVDT of <2 months. Multivariate analyses indicated that a high Child–Pugh score (odds ratio [OR] 1.24; 95% confidence interval [CI] 1.01–1.51; $P = 0.038$), presence of portal vein invasion (OR 7.55; 95% CI 2.41–23.63; $P = 0.001$), and tumor multiplicity (OR 3.49; 95% CI 1.50–8.11; $P = 0.004$) were positively related to a TVDT of <2 months, whereas the initial tumor diameter was negatively correlated with a TVDT of <2 months (OR 0.96; 95% CI 0.95–0.98; $P < 0.001$).

### Overall Survival

Kaplan–Meier analyses showed that patients in the rapid-growing group (TVDT <2 months) had significantly lower OS rates than patients in the slow-growing group (TVDT >2 months) ($P < 0.001$) (Fig. 2a). In the multivariate Cox proportional hazards model, higher level of AFP (HR 4.25; 95% CI 1.43–3.54; $P < 0.001$), Child–Pugh class B and C (HR 2.69; 95% CI 1.77–4.08; $P < 0.001$), tumor diameter ≥3 cm (HR 2.72; 95% CI 1.70–2.35; $P < 0.001$), and TVDT <2 months (HR 2.41; 95% CI 1.43–3.54; $P < 0.001$) were independently associated with poor survival outcomes (Table 3).

When patients were further stratified according to treatment modality (i.e., curative treatment and non-curative treatment), the survival outcomes of patients in the rapid-growing group (TVDT <2 months) were consistently worse ($P = 0.007$ and $P < 0.001$, respectively) (Fig. 2b, c, respectively). The same effect was noted in multivariate analyses for both of the subgroups undergoing curative treatment and non-curative treatment (HR 3.49; 95% CI 1.50–8.11; $P = 0.004$ and HR 1.98; 95% CI 1.21–3.25; $P = 0.007$, respectively) (Table 3).

### Recurrence-Free Survival

The prognostic significance of TVDT for recurrence was also assessed for patients who received curative-intent treatment. As shown in Fig. 2d, the RFS was significantly worse in the rapid-growing group ($P = 0.010$). Multivariate analyses indicated that TVDT <2 months (HR 2.24; 95% CI 1.31–3.83; $P = 0.003$) as well as age, HBV etiology, serum AFP >400 ng/mL, and tumor diameter ≥3 cm (HR 1.03; 95% CI 1.00–1.07; $P = 0.045$, HR 2.49; 95% CI 1.42–4.36; $P = 0.001$, HR 2.53; 95% CI 1.32–4.85; $P = 0.005$ and HR 2.80; 95% CI 1.64–4.79, $P < 0.001$, respectively) was independently associated with poor RFS (Table 4).

### Response to TACE According to TVDT

For the subgroup of HCC patients undergoing TACE, we compared the rapid-growing and slow-growing groups in terms of their response to TACE based on mRECIST. The rapid-growing group showed a significantly poorer TACE response than the slow-growing group (complete response, 44.4 vs. 23.8%; partial response, 36.1 vs. 31.0%; stable disease, 16.7 vs. 23.8%; progressive disease, 2.8 vs. 21.4%; $P = 0.039$) (Table 5).

## Discussion

We assessed the impact of the tumor growth rate on survival outcomes of HCC patients and its association with other parameters affecting prognosis of these patients. We showed that tumor growth rate was associated with biomarkers indicative of tumor aggressiveness such as tumor multiplicity and the presence of gross vascular invasion and that patients with shorter TVDT had poorer survival and recurrence outcomes as well as poor response to TACE.

To the best of our knowledge, this is the first large-scale study to comprehensively explore the usefulness of TVDT in predicting survival outcomes using HCC patients with diverse stages. Previous studies on TVDT in HCC patients mainly focused on the value of TVDT in determining an optimal interval for surveillance [20–24], and only two have examined the prognostic impact of TVDT in HCC patients [10, 11]. A study published 30 years ago showed that six patients who received systemic chemotherapy that turned out to be ineffective or supportive care showed a positive correlation between TVDT and survival length and



**Table 1** Baseline characteristics of the study patients

|  | Entire cohort ($n = 269$) | Slow-growing group ($n = 159$) | Rapid-growing group ($n = 110$) | P value |
|---|---|---|---|---|
| Age | 56.9 ± 9.5 | 56.7 ± 9.3 | 57.0 ± 9.8 | 0.720 |
| Sex |  |  |  | 0.440 |
|   Male | 214 (79.6%) | 129 (81.1%) | 85 (77.3%) |  |
|   Female | 55 (20.4%) | 30 (18.9%) | 25 (22.7%) |  |
| Etiology |  |  |  | 0.086 |
|   HBV (%) | 197 (73.2%) | 108 (67.9%) | 89 (80.9%) |  |
|   HCV (%) | 27 (10.4%) | 18 (11.3%) | 9 (8.2%) |  |
|   Alcohol (%) | 14 (5.2%) | 9 (5.7%) | 5 (4.5%) |  |
|   Others (%) | 31 (11.5%) | 24 (15.1%) % | 7 (6.4%) |  |
| Albumin (g/dL) | 3.4 ± 0.7 | 3.5 ± 0.6 | 3.2 ± 0.7 | 0.003 |
| Total bilirubin (mg/dL) | 1.1 (0.8–1.8) | 1.0 (0.7–1.6) | 1.3 (0.9–2.4) | 0.001 |
| Platelet count (×1000/mm$^3$) | 114 (71–158) | 122 (74–161) | 109 (69–153) | 0.208 |
| PT INR | 1.2 ± 0.2 | 1.1 ± 0.2 | 1.2 ± 0.3 | 0.002 |
| ALT (IU/mL) | 34 (23–51) | 33 (22–49) | 36 (23–57) | 0.310 |
| Serum AFP (ng/mL) | 18 (6–202) | 15 (4–126) | 28 (8–315) | 0.015 |
| Child–Pugh class |  |  |  | 0.146 |
|   A (%) | 185 (68.8%) | 116 (73.0%) | 69 (62.7%) |  |
|   B (%) | 76 (28.3%) | 40 (25.2%) | 36 (32.7%) |  |
|   C (%) | 8 (3.0%) | 3 (1.9%) | 5 (4.5%) |  |
| Largest tumor diameter (mm) | 28 (18–42) | 26 (16–45) | 30 (20–41) | 0.604 |
| Number of HCC nodules | 1 (1–2) | 1 (1–2) | 1 (1–2) | 0.021 |
| Gross vascular invasion (%) | 31 (11.5%) | 10 (6.3%) | 21 (19.1%) | 0.001 |
| BCLC stage |  |  |  | <0.001[a] |
|   0 (%) | 58 (21.6%) | 43 (27.0%) | 15 (13.6%) |  |
|   A (%) | 132 (49.1%) | 79 (49.7%) | 53 (48.2%) |  |
|   B (%) | 36 (13.4%) | 19 (11.9%) | 17 (15.5%) |  |
|   C (%) | 35 (13.0%) | 15 (9.4%) | 20 (18.2%) |  |
|   D (%) | 8 (3.0%) | 3 (1.9%) | 5 (4.5%) |  |
| Initial treatment modality |  |  |  | 0.028 |
|   Surgical resection (%) | 90 (33.5%) | 60 (37.7%) | 30 (27.3%) |  |
|   Local ablation (%) | 35 (13.0%) | 20 (12.6%) | 15 (13.6%) |  |
|   LT (%) | 25 (9.3%) | 18 (11.3%) | 7 (6.4%) |  |
|   TACE (%) | 80 (29.7%) | 36 (22.6%) | 44 (40.0%) |  |
|   Conservative treatment (%) | 39 (14.5%) | 25 (15.7%) | 14 (12.7%) |  |
| Follow-up duration (month) | 68.1 (65.5–70.7) | 67.7 (64.9–70.6) | 69.7 (67.0–71.0) | 0.250 |

Data are presented as n (%) or mean ± SD or median (interquartile range)

[a] Specific differences between each BCLC stage: BCLC 0, $P = 0.010$; BCLC A, $P = 0.901$; BCLC B, $P = 0.467$; BCLC C, $P = 0.043$; BCLC D, $P = 0.278$

*HBV* hepatitis B virus, *HCV* hepatitis C virus, *PT INR* prothrombin time international normalized ratio, *ALT* alanine aminotransferase, *AFP* alpha-fetoprotein, *HCC* hepatocellular carcinoma, *BCLC* Barcelona Clinic Liver Cancer, *LT* liver transplantation, *TACE* transarterial chemoembolization, *SD* standard deviation

that having shorter TVDT led to early death among nine patients receiving hepatectomy [10]. However, in addition to the small number of study patients, it would be difficult to directly apply the concept of that study to current clinical practice considering the marked progress in diagnostic imaging and therapeutic strategies over the last 30 years [25, 26]. Another study conducted by Cucchetti et al. [11] showed that TVDT was independently associated with poor post-surgical recurrence in HCC patients. However, that study only included patients who received surgical resection and lacks generalizability for the use of TVDT in clinical practice and the impact of TVDT on patient


Springer

Table 2 Univariate and multivariate logistic regression analyses to evaluate factors related to a TVDT of <2 months

| Variables | Univariate analysis | | | Multivariate analysis | | |
|---|---|---|---|---|---|---|
| | OR | 95% CI | P value | OR | 95% CI | P value |
| Age (years) | 1.01 | 0.99–1.04 | 0.727 | – | – | – |
| Male sex | 0.83 | 0.44–1.44 | 0.501 | – | – | – |
| Etiology (HBV) | 2.00 | 1.12–3.58 | 0.019 | – | – | – |
| Child–Pugh score | 1.29 | 1.08–1.55 | 0.005 | 1.24 | 1.01–1.51 | 0.038 |
| AFP >400 ng/mL | 1.37 | 0.75–2.52 | 0.301 | – | – | – |
| Initial tumor diameter | 0.98 | 0.97–0.99 | 0.002 | 0.96 | 0.95–0.98 | <0.001 |
| Portal vein invasion | 3.52 | 1.58–7.81 | 0.002 | 7.55 | 2.41–23.63 | 0.001 |
| Tumor multiplicity | 1.82 | 1.10–3.00 | 0.020 | 3.49 | 1.50–8.11 | 0.004 |

*TVDT* tumor volume doubling time, *OR* odds ratio, *CI* confidence interval, *HBV* hepatitis B virus, *AFP* alpha-fetoprotein



**Fig. 2** Overall survival rate of the full cohort (**a**) and subgroups of patients who underwent curative treatment (**b**) and non-curative treatment (**c**) according to TVDT, and recurrence-free survival after curative treatment according to TVDT (**d**)

survival, which has been shown in other types of cancer [27–29]; it has not been clearly demonstrated, possibly due to the homogeneity of the study patients, which is prognostically favorable. Therefore, our current study provides novel insights into TVDT, which has prognostic value in terms of predicting both mortality and recurrence in HCC patients at diverse stages and with treatment modalities, including surgical resection, local ablation, liver transplantation, and TACE. In particular, we showed that TVDT predicted not only survival outcomes of patients undergoing TACE but also their treatment responses to TACE, which is an important factor for patient stratification



Table 3  Multivariate analyses with the Cox proportional hazards model to evaluate factors affecting overall survival

| Variables | Total cohort | | | Curative treatment[a] | | | Non-curative treatment[b] | | |
|---|---|---|---|---|---|---|---|---|---|
| | HR | 95% CI | P value | HR | 95% CI | P value | HR | 95% CI | P value |
| Age (years) | 1.01 | 0.99–1.04 | 0.235 | – | – | – | – | – | – |
| Male sex | – | – | – | – | – | – | – | – | – |
| Etiology (HBV) | – | – | – | 4.67 | 1.92–11.31 | 0.001 | – | – | – |
| AFP >400 ng/mL | 4.25 | 1.43–3.54 | <0.001 | 7.35 | 2.92–18.54 | <0.001 | 1.91 | 1.14–3.19 | 0.014 |
| Child–Pugh B, C (vs. A) | 2.69 | 1.77–4.08 | <0.001 | – | – | – | 3.03 | 1.86–4.95 | <0.001 |
| Tumor diameter ≥3 cm | 2.72 | 1.70–2.35 | <0.001 | – | – | – | 3.50 | 0.91–4.51 | <0.001 |
| TVDT <2 months | 2.41 | 1.43–3.54 | <0.001 | 3.49 | 1.50–8.11 | 0.004 | 1.98 | 1.21–3.25 | 0.007 |

HR hazard ratio, CI confidence interval, HBV hepatitis B virus, AFP alpha-fetoprotein, TVDT tumor volume doubling time

[a] Surgical resection, local ablation, and liver transplantation

[b] Transarterial chemoembolization

Table 4  Predictive factors for HCC recurrence in patients receiving curative treatment

| Variables | Multivariate analysis | | |
|---|---|---|---|
| | HR | 95% CI | P value |
| Age (years) | 1.03 | 1.00–1.07 | 0.045 |
| Etiology (HBV) | 2.49 | 1.42–4.36 | 0.001 |
| AFP >400 ng/mL | 2.53 | 1.32–4.85 | 0.005 |
| Tumor diameter ≥3 cm | 2.80 | 1.64–4.79 | <0.001 |
| TVDT <2 months | 2.24 | 1.31–3.83 | 0.003 |

HCC hepatocellular carcinoma, HR hazard ratio, CI confidence interval, HBV hepatitis B virus, AFP alpha-fetoprotein, TVDT tumor volume doubling time

[17–19]. Another advantage of the current study is that the calculation of tumor growth rate was more precise than it has been in previous studies owing to developments in imaging techniques. Considering that TVDT is an easily and non-invasively obtainable parameter, incorporating TVDT into the HCC staging system should be encouraged for the accurate stratification of HCC patients.

The clinical factors found to be associated with a TVDT of <2 months in our current study series included the presence of gross vascular invasion and tumor multiplicity, which are well-known markers of biological tumor aggressiveness. Together with our finding that patients with a shorter TVDT had worse response to TACE, which indicates the poor biological favorability of the tumor, our data support the view that TVDT is indicative of the dynamic biological behavior of the tumor. In addition, the Child–Pugh score showed a positive association with a higher tumor growth rate, which is not consistent with Cucchetti et al.'s results [11]. In that study, only HCC patients undergoing surgical resection with Child–Pugh A and B with the patients having Child–Pugh class A of over 90% were included. We believe that the inclusion of patients with more diverse liver functions and HCC stages in the current study allowed us to appropriately assess the relationship between liver function and tumor growth rate. Nevertheless, we were unable to clearly elucidate whether this correlation is due to the deranged liver function caused by tumor progression or the tumor-promoting microenvironment of the more dysfunctional liver. Future studies should address why poor liver function is associated with the growth rate of HCC. Last, HCCs with smaller initial diameters were shown to confer higher tumor growth rates, which is in line with previous studies [21, 23, 24], suggesting a non-exponential growth pattern for HCC that is further supported by the Gompertzian growth model of cancer [30–32]. Although the smaller initial HCC diameter was associated with a faster tumor growth rate, as represented by a TVDT of <2 months, a larger tumor size was independently associated with poor survival outcomes in our study patients, implying that this inverse correlation is relevant to growth pattern of the tumor rather than biological aggressiveness.

Although we showed that TVDT could be a promising dynamic biomarker for HCC, several inherent limitations of TVDT should be taken into consideration. First, despite advances in imaging techniques for HCC, the tumor volume calculation by TVDT may inevitably be inaccurate for some cases. The calculation of TVDT is based on the assumption that all tumor nodules are spherical, which is not true for many HCC lesions whose shape is irregular or infiltrative. Second, it is not practical to monitor tumor growth rates for all HCC patients, because a large number of patients do not have multiple radiologic imaging studies

Table 5  Response to TACE according to TVDT

|  | Slow-growing group (doubling time >2 month) (n = 36) | Rapid-growing group (doubling time <2 month) (n = 42) | P value |
|---|---|---|---|
| mRECIST |  |  | 0.039 |
| CR | 16 (44.4%) | 10 (23.8%) |  |
| PR | 13 (36.1%) | 13 (31.0%) |  |
| SD | 6 (16.7%) | 10 (23.8%) |  |
| PD | 1 (2.8%) | 9 (21.4%) |  |

*TACE* transarterial chemoembolization, *TVDT* tumor volume doubling time, *mRECIST* modified response evaluation criteria in solid tumors, *CR* complete response, *PR* partial response, *SD* stable disease, *PD* progressive disease

done before treatment, which makes TVDT less attractive as a general biomarker for HCC staging. Furthermore, HCC patients with aggressive biological features are generally prompted to treatment before they take the second imaging study. Nonetheless, based on our results, we can assert that we should pay close and cautious attention to HCC patients whose TVDT is less than 2 months.

This study also has some limitations that need to be considered. First, due to its observational nature, the possibility of selection bias remained. We only enrolled patients who had undergone multiple imaging studies before treatment. Furthermore, the imaging studies of patients included in this study required at least a 1-month interval before treatment. Second, patients with infiltrative HCC were included in our study cohort, although it is difficult to precisely calculate tumor volume in infiltrative HCC. However, the inclusion of these patients was part of our attempt to overcome selection bias by including as many patients as possible. The volume of infiltrative HCC was calculated by measuring the most enhanced lesion in the arterial phase to evaluate the volume as accurately as possible. Third, the management of patients with gross vascular invasion did not proceed entirely according to the Western guidelines which recommend sorafenib. However, considering that evidence that favorably supports more aggressive treatment strategies for such cases is accumulating [33–35], the clinical value of the current data should not be overlooked.

In conclusion, poor liver function and aggressive HCC characterized by the presence of gross vascular invasion and tumor multiplicity are associated with the growth rate of HCC. TVDT independently predicts survival outcomes of HCC patients. Furthermore, shorter TVDT is associated with higher recurrence after curative treatment and poor response to TACE. Future studies should evaluate the utility of TVDT as a staging component for HCC patients, as it is an easily and non-invasively obtainable parameter.

**Acknowledgment** This study was supported in part by a Grant from the Asan Institute for Life Sciences (2016-0399 to KM Kim).

**Authors' contribution** JKK and H-DK contributed to study concept and design, acquisition of data, analysis and interpretation of data, drafting of the manuscript, and statistical analysis. M-JJ contributed to study concept and design, technical support and data acquisition. S-CY performed statistical analysis. JHS, HCL, DL, JA, Y-SL, Y-HC, and YSL contributed to technical support and data acquisition. KMK contributed to study concept and design, analysis and interpretation of data, critical revision of the manuscript for important intellectual content, and study supervision.

**Compliance with ethical standards**

**Conflict of interest** The authors do not have any disclosures that are relevant to the manuscript.

## References

1. Ferlay J, Shin HR, Bray F, Forman D, Mathers C, Parkin DM. Estimates of worldwide burden of cancer in 2008: GLOBOCAN 2008. *Int J Cancer*. 2010;127:2893–2917.
2. Cabibbo G, Enea M, Attanasio M, Bruix J, Craxi A, Camma C. A meta-analysis of survival rates of untreated patients in randomized clinical trials of hepatocellular carcinoma. *Hepatology*. 2010;51:1274–1283.
3. Park KW, Park JW, Choi JI, et al. Survival analysis of 904 patients with hepatocellular carcinoma in a hepatitis B virus-endemic area. *J Gastroenterol Hepatol*. 2008;23:467–473.
4. Maida M, Orlando E, Camma C, Cabibbo G. Staging systems of hepatocellular carcinoma: a review of literature. *World J Gastroenterol*. 2014;20:4141–4150.
5. Kim BK, Kim SU, Park JY, et al. Applicability of BCLC stage for prognostic stratification in comparison with other staging systems: single centre experience from long-term clinical outcomes of 1717 treatment-naive patients with hepatocellular carcinoma. *Liver Int*. 2012;32:1120–1127.
6. Hsu CY, Hsia CY, Huang YH, et al. Selecting an optimal staging system for hepatocellular carcinoma: comparison of 5 currently used prognostic models. *Cancer*. 2010;116:3006–3014.
7. Camma C, Di Marco V, Cabibbo G, et al. Survival of patients with hepatocellular carcinoma in cirrhosis: a comparison of BCLC, CLIP and GRETCH staging systems. *Aliment Pharmacol Ther*. 2008;28:62–75.
8. Kaseb AO, Hassan MM, Lin E, et al. V-CLIP: integrating plasma vascular endothelial growth factor into a new scoring system to stratify patients with advanced hepatocellular carcinoma for clinical trials. *Cancer*. 2011;117:2478–2488.
9. Kaseb AO, Abbruzzese JL, Vauthey JN, et al. I-CLIP: improved stratification of advanced hepatocellular carcinoma patients by integrating plasma IGF-1 into CLIP score. *Oncology*. 2011;80:373–381.
10. Okazaki N, Yoshino M, Yoshida T, et al. Evaluation of the prognosis for small hepatocellular carcinoma based on tumor volume doubling time. A preliminary report. *Cancer*. 1989;63:2207–2210.
11. Cucchetti A, Vivarelli M, Piscaglia F, et al. Tumor doubling time predicts recurrence after surgery and describes the histological pattern of hepatocellular carcinoma on cirrhosis. *J Hepatol*. 2005;43:310–316.
12. European Association for the Study of the Liver. European Organisation for Research Treatment of Cancer. EASL-EORTC clinical practice guidelines: management of hepatocellular carcinoma. *J Hepatol*. 2012;56:908–943.


Springer

13. Bruix J, Sherman M. Management of hepatocellular carcinoma: an update. *Hepatology*. 2011;53:1020–1022.
14. Mehrara E, Forssell-Aronsson E, Ahlman H, Bernhardt P. Specific growth rate versus doubling time for quantitative characterization of tumor growth rate. *Cancer Res*. 2007;67:3970–3975.
15. Schwartz M. A biomathematical approach to clinical tumor growth. *Cancer*. 1961;14:1272–1294.
16. Lee SG, Hwang S, Moon DB, et al. Expanded indication criteria of living donor liver transplantation for hepatocellular carcinoma at one large-volume center. *Liver Transpl*. 2008;14:935–945.
17. Shim JH, Lee HC, Kim SO, et al. Which response criteria best help predict survival of patients with hepatocellular carcinoma following chemoembolization? A validation study of old and new models. *Radiology*. 2012;262:708–718.
18. Jung ES, Kim JH, Yoon EL, et al. Comparison of the methods for tumor response assessment in patients with hepatocellular carcinoma undergoing transarterial chemoembolization. *J Hepatol*. 2013;58:1181–1187.
19. Kim BK, Kim KA, Park JY, et al. Prospective comparison of prognostic values of modified Response Evaluation Criteria in Solid Tumours with European Association for the Study of the Liver criteria in hepatocellular carcinoma following chemoembolisation. *Eur J Cancer*. 2013;49:826–834.
20. Kubota K, Ina H, Okada Y, Irie T. Growth rate of primary single hepatocellular carcinoma: determining optimal screening interval with contrast enhanced computed tomography. *Dig Dis Sci*. 2003;48:581–586.
21. Taouli B, Goh JS, Lu Y, et al. Growth rate of hepatocellular carcinoma: evaluation with serial computed tomography or magnetic resonance imaging. *J Comput Assist Tomogr*. 2005;29:425–429.
22. Park Y, Choi D, Lim HK, et al. Growth rate of new hepatocellular carcinoma after percutaneous radiofrequency ablation: evaluation with multiphase CT. *AJR Am J Roentgenol*. 2008;191:215–220.
23. An C, Choi YA, Choi D, et al. Growth rate of early-stage hepatocellular carcinoma in patients with chronic liver disease. *Clin Mol Hepatol*. 2015;21:279–286.
24. Sheu JC, Sung JL, Chen DS, et al. Growth rate of asymptomatic hepatocellular carcinoma and its clinical implications. *Gastroenterology*. 1985;89:259–266.
25. Kudo M. Diagnostic imaging of hepatocellular carcinoma: recent progress. *Oncology*. 2011;81:73–85.
26. Maluccio M, Covey A. Recent progress in understanding, diagnosing, and treating hepatocellular carcinoma. *CA Cancer J Clin*. 2012;62:394–399.
27. Kuroishi T, Tominaga S, Morimoto T, et al. Tumor growth rate and prognosis of breast cancer mainly detected by mass screening. *Jpn J Cancer Res*. 1990;81:454–462.
28. Usuda K, Saito Y, Sagawa M, et al. Tumor doubling time and prognostic assessment of patients with primary lung cancer. *Cancer*. 1994;74:2239–2244.
29. Furukawa H, Iwata R, Moriyama N. Growth rate of pancreatic adenocarcinoma: initial clinical experience. *Pancreas*. 2001;22:366–369.
30. Afenya EK, Calderon CP. Diverse ideas on the growth kinetics of disseminated cancer cells. *Bull Math Biol*. 2000;62:527–542.
31. Bajzer Z. Gompertzian growth as a self-similar and allometric process. *Growth Dev Aging*. 1999;63:3–11.
32. Marusic M, Bajzer Z, Freyer JP, Vuk-Pavlovic S. Analysis of growth of multicellular tumour spheroids by mathematical models. *Cell Prolif*. 1994;27:73–94.
33. Shaohua L, Qiaoxuan W, Peng S, et al. Surgical strategy for hepatocellular carcinoma patients with portal/hepatic vein tumor thrombosis. *PLoS One*. 2015;10:e0130021.
34. Kim KM, Kim JH, Park IS, et al. Reappraisal of repeated transarterial chemoembolization in the treatment of hepatocellular carcinoma with portal vein invasion. *J Gastroenterol Hepatol*. 2009;24:806–814.
35. Tawada A, Chiba T, Ooka Y, et al. Efficacy of transarterial chemoembolization targeting portal vein tumor thrombus in patients with hepatocellular carcinoma. *Anticancer Res*. 2014;34:4231–4237.

