UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

**DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF GREGORY DIETTE, M.D., M.H.S.**

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Opposition to Plaintiff's Motion to Exclude Opinions of Dr. Gregory Diette.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Imene Mansouri et al., *N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users*, 11 J. Am. Heart Ass'n. 1 (2022).

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Dr. William R. Sawyer, Ph.D., dated March 10, 2025.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Deposition of William R. Sawyer, dated May 1, 2025.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Deposition of William R. Sawyer, dated May 2, 2025.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2025

Respectfully submitted,

*/s/ Nina R. Rose*
Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*