# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Gaston Roberts et al. v. Zhejiang Huahai Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | MDL No. 2875<br><br>Honorable Renée Marie Bumb<br>District Court Judge |

### DECLARATION OF NINA ROSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF VICTORIA CHERNYAK, M.D., M.S.

I, Nina Rose, declare as follows:

I am an attorney and a partner with the law firm Kirkland & Ellis LLP, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively, the "ZHP Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Opposition to Plaintiff's Motion to Exclude Opinions of Victoria Chernyak, M.D., M.S.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Christopher Mele.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the Deposition of Christopher Mele, dated May 8, 2025.

1

3. Attached hereto as **Exhibit 3** is a true and correct copy of the LI-RADS Manual (2018).

4. Attached hereto as **Exhibit 4** is a true and correct copy of the *AASLD Practice Guideline on noninvasive liver disease assessment of portal hypertension*, 81 Hepatology 1060 (2025).

5. Attached hereto as **Exhibit 5** is a true and correct copy of Perry J. Pickhardt et al., *Multiparametric CT for Noninvasive Staging of Hepatitis C Virus-Related Liver Fibrosis: Correlation With the Histopathologic Fibrosis Score*, 212 AJR 547, 552 (2019).

6. Attached hereto as **Exhibit 6** is a true and correct copy of Chernyak et al., *Liver Imaging Reporting and Data System (LI-RADS) Version 2018*, Radiology 289:3 (Dec. 2018).

7. Attached hereto as **Exhibit 7** is a true and correct copy of Willy Gomm et al., *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer*, 118 Medicine 357 (2021).

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of Fareeha Siddiqui, M.D., dated Mar. 10, 2025.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the Deposition of Dr. William Sawyer, dated May 2, 2025.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2025                    Respectfully submitted,

*/s/ Nina R. Rose*

Nina R. Rose (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue
Washington, D.C. 20004
Tel: (202) 389-3394
nina.rose@kirkland.com

*Attorney for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*