# Exhibit 1

**Christopher M. Mele, MD**
*Board Certified Diagnostic Radiologist*
752 West Shore Drive
Kinnelon, NJ 07405
201.207.9823
cmelemd@yahoo.com

Nigh, Goldenberg, Raso and Vaughn
1333 College Parkway #1049
Gulf Breeze, FL 32563

      **Re:**    Gaston Roberts
                DOB: 10/6/1955
                EOC: 4/8/2016 – 8/7/2018

March 9, 2025

**Request for Statement of Opinion**

A request for this expert radiology opinion was received from the attorneys representing Mr. Gaston Roberts at Nigh, Goldenberg, Raso and Vaughn to evaluate the imaging examinations and final radiology reports listed below. All of the findings and opinions set forth in this report are expressed to a reasonable degree of medical certainty.

**Materials Reviewed**

    A) *Imaging Studies*

| Date | Examination | Location |
|---|---|---|
| 4/8/2016 @ 10:00 | Ultrasound of the Abdomen | North Baldwin Infirmary Hospital |
| 4/19/2016 @ 12:50 | CT scan of the Abdomen and Pelvis | Thomas Medical Center |
| 7/17/2018 @ 15:18 | CT scan of the Abdomen and Pelvis | IHS FED Malbis |
| 7/17/2018 @ 16:42 | Ultrasound of the Abdomen | Thomas Malbis FED |
| 8/7/2018 @ 09:48 | MRI of the Abdomen | Infirmary Medical Plaza |

    B) *Medical Documentation*

1. Final Radiology Reports
   a. Ultrasound of the Abdomen – April 8, 2016
   b. CT scan of the Abdomen and Pelvis – April 19, 2016
   c. CT scan of the Abdomen and Pelvis – July 17, 2018
   d. Ultrasound of the Abdomen – July 17, 2018
   e. MRI of the Abdomen – August 7, 2018

**Review of Imaging Examinations, Medical Documents and Statement of Opinion:**

I have reviewed a series of Imaging examinations performed on Mr. Gaston Roberts during an episode of care between April 8, 2016 and August 7, 2018. I have been asked to provide an expert radiology opinion regarding whether or not there was any definitive imaging evidence of hepatocellular carcinoma, which was diagnosed in 2018, on any of the prior imaging examinations performed in 2016.

An ultrasound examination of the abdomen, performed on April 8, 2016, demonstrated increased echogenicity of an enlarged liver, measuring approximately 20 cm, consistent with fatty infiltration. A 2.0 cm hypoechoic area located on images labeled as anterior right hepatic lobe was without posterior acoustic enhancement and

demonstrated low level doppler flow. In addition, a second 1.8 cm hypoechoic area located more centrally in the liver on images labeled as "trans" and "sag" was without posterior acoustic enhancement or doppler flow. Differential diagnosis for these findings would favor solid over cystic etiologies such as focal fat sparing of the liver parenchyma, cirrhotic nodules and neoplasm. Further characterization with CT or MR imaging was indicated. This examination was otherwise significant for an enlarged spleen measuring approximately 14.7 cm, post-surgical absence of the gallbladder and a left renal cyst. The remainder of the examination was unremarkable with respect to the evaluation of the liver parenchyma.

A CT scan of the abdomen and pelvis was performed both without and with intravenous contrast administration on April 19, 2016. Non-contrast CT images demonstrated an enlarged liver with a nodular surface contour, enlargement of the caudate lobe, and diffuse heterogenous attenuation throughout the liver parenchyma including sub-centimeter foci of both increased and decreased attenuation. This constellation of imaging findings is commonly observed in patients with underlying cirrhosis. In addition, there was evidence of fatty infiltration of the liver parenchyma and an enlarged spleen measuring approximately 16 cm. There was no evidence of ascites.

On subsequent multiphasic contrast enhanced imaging, aside from sub-centimeter foci of low attenuation noted within segments 6, 7 and 8 of the right hepatic lobe, there were no focal areas of abnormal enhancement, architectural distortion, portal vein or vessel thrombosis. There was recanalization of the paraumbilical vein, and the main portal vein measured approximately 17 mm in greatest diameter. There was no evidence of significant or suspicious lymphadenopathy. It is impossible to confirm with any degree of medical certainty that any of the areas of decreased attenuation within the liver parenchyma represent the same hypoechoic foci observed on the preceding April 8, 2016 US Examination. While the findings are non-specific, the differential diagnosis would include benign etiologies such as regenerative or cirrhotic nodules over neoplastic disease when considering the presence of cirrhosis and the absence of other imaging findings more suggestive of malignancy. Otherwise, there was post-surgical absence of the gallbladder, a left renal cyst and no evidence of pulmonary nodules at the lung bases, biliary or bowel obstruction or osseous lesions. The remainder of the examination was unremarkable with respect to the evaluation of the liver parenchyma.

A contrast enhanced CT scan of the abdomen and pelvis was then performed on July 17, 2018. The appearance of the enlarged liver was unchanged in contour and heterogenous attenuation consistent with underlying hepatic cirrhosis. However, an irregular area of geographic parenchymal heterogeneity, and predominantly low attenuation, measuring approximately 8.0 cm in maximum diameter, was present in segments 5 and 8 of the right hepatic lobe. More inferiorly and posteriorly within segments 5 and 6 of the right hepatic lobe, an additional mass-like area with irregular parenchymal heterogeneity, demonstrating contrast enhancement and measuring approximately 5.0 cm in maximum diameter, was also present. These findings were not present on the prior 2016 CT Examination. It is my opinion within a reasonable degree of medical certainty that these findings were new when compared to the 2016 CT study and were highly suggestive of a hepatic neoplasm warranting further imaging investigation with MRI and/or definitive tissue biopsy.

Subsequently, a limited abdominal ultrasound examination was performed on July 17, 2018. An ill-defined and irregular hypoechoic area, measuring 3.9 cm in maximum diameter, was present on images provided within the right hepatic lobe. This examination otherwise offered no additional characterization of the lesions present on the preceding CT examination from the same day.

Finally, on August 7, 2018, an MRI Examination of the Abdomen was performed without and with the administration of intravenous contrast material. This examination confirmed the presence of multifocal liver lesions demonstrating arterial enhancement, washout and imaging features consistent with hepatocellular carcinoma in segments 5, 6 and 8 of the right hepatic lobe which corresponded to the lesions present on the July 17, 2018 CT Examination. In addition, another lesion not conspicuous on the preceding July 2018 CT, was

present within segment 8, anterior to the inferior vena cava, demonstrating imaging features indeterminate for the presence of hepatocellular carcinoma such as the lack of definitive early arterial enhancement but demonstrating washout. It is important to note that none of these lesions nor areas of abnormal focal enhancement identified on this 2018 MRI Examination were present on the initial April 19, 2016 CT Examination.

In summary, the CT scan performed on April 19, 2016 demonstrated morphologic changes of the liver and imaging findings consistent with cirrhosis including hepatomegaly, enlargement of the caudate lobe, liver surface nodularity and heterogenous attenuation of the liver parenchyma. CT imaging is considered a sensitive diagnostic tool for, and is limited to, the detection and evaluation of the morphologic changes of cirrhosis. However, the quantification, grading or scoring of any degree or severity of cirrhosis remains a clinical diagnosis utilizing a variety of imaging, pathologic, serologic, and other clinical data (such as elastography). In addition, the April 19, 2016 CT examination demonstrated fatty infiltration of the liver, splenomegaly, and recanalization of the paraumbilical vein. No ascites or portal vein thrombosis was present. There was neither focal contrast enhancement nor lesions with definitive imaging characteristics or associated findings consistent with the sole differential diagnosis of a hepatic malignancy and, specifically, hepatocellular carcinoma.

Subsequent CT and MR imaging examinations performed in 2018 demonstrated the presence of lesions with imaging features consistent with the biopsy proven hepatocellular carcinoma. None of the lesions, and their associated imaging findings, consistent with the hepatocellular carcinoma identified in 2018 were present on the initial 2016 CT examination. Furthermore, the hepatocellular carcinoma discovered in 2018 does not correspond with the precise locations of the sub-centimeter foci of decreased attenuation observed on the 2016 CT examination in segments 6, 7 or 8. In addition, considering the associated and non-specific imaging findings often present in individuals with hepatic cirrhosis, contrast enhanced MRI examinations are far superior to CT examinations in the imaging diagnosis of hepatocellular carcinoma. Therefore, it is my opinion, and within a reasonable degree of medical certainty, that the April 19, 2016 CT Examination does not demonstrate any definitive imaging evidence of the hepatocellular carcinoma present on the 2018 CT or MRI Examinations.

The exhibits that I plan to use at trial include the images from the imaging examinations listed above in Section A of this report.

All statements are made within a reasonable degree of medical certainty based upon the materials provided to me for review, as well as, my education, training and clinical experience as a practicing and board-certified Diagnostic Radiologist. Should any additional materials be presented to me for further review, this report, and the medical opinions contained here within, are subject to change.

Christopher M. Mele, MD