# Exhibit 5

Gastrointestinal Imaging • Original Research

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved

# Multiparametric CT for Noninvasive Staging of Hepatitis C Virus–Related Liver Fibrosis: Correlation With the Histopathologic Fibrosis Score

Perry J. Pickhardt[1]
Peter M. Graffy
Adnan Said
Daniel Jones
Brandon Welsh
Ryan Zea
Meghan G. Lubner

Keywords: cirrhosis, CT, hepatitis C virus, liver, liver fibrosis

doi.org/10.2214/AJR.18.20284

Received June 21, 2018; accepted after revision August 12, 2018.

P. J. Pickhardt is an advisor to Bracco and shareholder in Elucent, SHINE, and Cellectar Biosciences.

Based on a presentation at the ARRS 2018 Annual Meeting, Washington, DC.

Supported in part by the Clinical and Translational Science Award program through the NIH National Center for Advancing Translational Sciences (grant UL1TR000427) and by a research grant from Philips Healthcare.

[1]All authors: Department of Radiology, University of Wisconsin School of Medicine & Public Health, E3/311 Clinical Science Center, 600 Highland Ave, Madison, WI 53792-3252. Address correspondence to P. J. Pickhardt (ppickhardt2@uwhealth.org).

Supplemental Data
Available online at www.ajronline.org.

AJR 2019; 212:547–553

0361–803X/19/2123–547

© American Roentgen Ray Society

**OBJECTIVE.** The objective was to develop a multiparametric CT algorithm to stage liver fibrosis in patients with chronic hepatitis C virus (HCV) infection.

**MATERIALS AND METHODS.** Abdominal CT and laboratory measures in 469 patients with HCV (340 men and 129 women; mean age, 50.1 years) were compared against the histopathologic Metavir fibrosis reference standard (F0, $n = 49$ patients; F1, $n = 69$ patients; F2, $n = 102$ patients; F3, $n = 76$ patients; F4, $n = 173$ patients). From the initial candidate pool, nine CT and two laboratory measures were included in the final assessment (CT-based features: hepatosplenic volumetrics, texture features, liver surface nodularity [LSN] score, and linear CT measurements; laboratory-based measures: Fibrosis-4 [FIB-4] score and aspartate transaminase–to-platelets ratio index [APRI]). Univariate logistic regression and multivariate logistic regression were performed with ROC analysis, proportional odds modeling, and probabilities.

**RESULTS.** ROC AUC values for the model combining all 11 parameters for discriminating significant fibrosis (≥ F2), advanced fibrosis (≥ F3), and cirrhosis (F4) were 0.928, 0.956, and 0.972, respectively. For all nine CT-based parameters, these values were 0.905, 0.936, and 0.972, respectively. Using more simplified panels of two, three, or four parameters yielded good diagnostic performance; for example, a two-parameter model combining only LSN score with FIB-4 score had ROC AUC values of 0.886, 0.915, and 0.932, for significant fibrosis, advanced fibrosis, and cirrhosis. The LSN score performed best in the univariate analysis.

**CONCLUSION.** Multiparametric CT assessment of HCV-related liver fibrosis further improves performance over the performance of individual parameters. An abbreviated panel of LSN score and FIB-4 score approached the diagnostic performance of more exhaustive panels. Results of the abbreviated panel compare favorably with elastography, but this approach has the advantage of retrospective assessment using preexisting data without planning.

hronic infection with the hepatitis C virus (HCV) can be considered a global health epidemic because it affects nearly 200 million people worldwide [1]. Progressive hepatic fibrosis leading to cirrhosis may be seen in up to 15–35% of individuals with chronic HCV infection after 25–30 years. Treatment regimens combining newer direct-acting antivirals have resulted in sustained virologic response rates of greater than 90%. However, the high cost of therapy has resulted in the need for accurate staging of hepatic fibrosis related to chronic HCV. Furthermore, even after cure of HCV infection with direct-acting antiviral therapy, the long-term change in fibrosis is not known. Serial reassessments of these patients are required to ensure that there is lack of progression and even that there is regression of advanced fibrosis.

Liver biopsy is the reference standard for staging hepatic fibrosis. In particular, the Metavir liver fibrosis scoring system was specifically developed for assessment of patients with chronic HCV infection [2]. Use of this metric has been linked to coverage for the newer effective, but expensive, drug therapies. However, liver biopsy has a number of inherent drawbacks including invasiveness, cost, and sampling error [3, 4]. Accordingly, there has been great interest in validating laboratory and radiologic techniques for noninvasively predicting the degree of liver fibrosis [4–6]. Ultrasound and MR elastography, which estimate liver stiffness as a proxy for fibrosis, are currently in wide clinical use [7–16]. Although MR elastography is a highly effective technique, dedicated equipment that requires prospectively planning is needed, and a number of confounders exist, in-

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved

cluding ascites, iron overload, and high body mass index [17]. The overall technical failure rate of MR elastography may exceed 5% even in expert centers [15] and may increase to more than 15% when performed on 3-T MRI units [17].

Abdominal CT is a commonly performed imaging study and is often available for review in patients with chronic liver disease, even if performed for another clinical indication. A number of individual CT-based biomarkers in various mixed and disease-specific patient cohorts have been recently investigated for their ability to estimate liver fibrosis, in-

cluding measurements of hepatosplenic volumetry [18, 19], liver surface nodularity (LSN) [20, 21], and liver texture analyses [22]. One advantage of this opportunistic CT approach is the ability to retrospectively derive the measurements, with the potential for reducing costs, decreasing resource utilization, and avoiding the need for prospective planning.

The purpose of this study was to determine if a multiparametric approach combining various noninvasive CT and laboratory measures can further improve the diagnostic performance for predicting underlying liver fibrosis in patients with chronic HCV infection.

## Materials and Methods

This single-institution retrospective cohort study was HIPAA-compliant and was approved by our Health Sciences Institutional Review Board; the need for additional signed informed consent was waived.

### Patient Population

The primary inclusion criteria for eligibility in this study were the following: HCV positivity via antibody testing (enzyme-linked immunosorbent assay), which was confirmed with serum HCV RNA polymerase chain reaction, results; abdominal CT available for review within our



**Fig. 1**—Depiction of CT-based parameters for assessing hepatic fibrosis in 51-year-old man with hepatitis C virus and biopsy-proven F3 fibrosis.
**A,** Transverse (axial) CT image obtained in portal venous phase shows morphologic changes of advanced fibrosis, including relative enlargement of left lateral segment, mild surface nodularity, fissural widening, and splenomegaly.
**B,** Transverse CT image for liver segmentation for texture analysis shows fine filtration (*upper right*), medium filtration (*lower left*), and coarse filtration (*lower right*). Only three texture variables were included in multiparametric analysis.
**C,** Same CT image as **A** shows cross-sectional representation of hepatosplenic volumetric analysis, including liver segmentation into Couinaud segments I–III (*blue*) and IV–VIII (*green*) and splenic segmentation (*orange*).
**D,** Same CT image as **A** shows process for deriving liver surface nodularity (LSN) score, which involves tracing along left anterior liver surface with broad stroke (*green*).
**E,** Magnified CT image at same level as **D** (including inset image with even more magnification) shows how LSN tool compares actual detected liver surface (*green*) against smoothed polynomial line (spline, *red*). This is repeated at multiple levels and averaged to derive final LSN score. Note that periportal space distance and ratio of left portal vein diameter to right portal vein diameter are not depicted.

## Multiparametric CT for Staging HCV-Related Liver Fibrosis

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved

PACS system; and liver biopsy within 1 year of CT (with an exception for patients with cirrhosis, as described later).

Biopsy was required for all patients with HCV and fibrosis diagnoses of Metavir F0, F1, F2, and F3. These categories correspond to no fibrosis (F0), early fibrosis (F1), intermediate fibrosis (F2), and advanced fibrosis (F3) [2]. Although biopsy was performed in many F4 (cirrhosis) cases, an exception was deemed necessary for some patients for whom biopsy was considered to be unnecessary and contraindicated by our hepatologists. These patients with cirrhosis who did not undergo liver biopsy were included only if there were multiple indicators of cirrhosis (i.e., chronic end-stage liver disease with or without complications of portal hypertension). Clinical indicators of cirrhosis included thrombocytopenia, ascites, and varices in addition to clear-cut imaging features. In practice, cirrhosis can be confidently diagnosed in these patients using these parameters without biopsy. This approach has precedent in previous studies [19–22].

The final patient cohort satisfying the inclusion criteria consisted of 469 adults (340 men and 129 women; mean age, 50.1 years). The Metavir fibrosis score was F0 in 49 patients, F1 in 69 patients, F2 in 102 patients, F3 in 76 patients, and F4 in 173 patients. Of the patients with an F4 score, 86 underwent liver biopsy.

### MDCT Technique

All CT scans were acquired on 16- or 64-MDCT scanners. Specific CT protocols were somewhat variable, but we focused on the portal venous phase series performed at 120 kVp for this study; tube current settings varied depending on patient size and specific indication for the study. Images were reconstructed using a 5-mm slice thickness at 3-mm intervals using a standard filtered back-projection reconstruction with a soft-tissue algorithm.

### CT-Based Parameters for Assessing Liver Fibrosis

Prior research informed and substantially limited the choice of included CT parameters, reducing the concern for type-1 multiple-testing error. For example, we chose to include only three texture features and three volumetric measures, in addition to the LSN score and two simple linear measures. The detailed methods for some of these measures have been described in previous works [18–23], but all measures are briefly outlined in this section and most are shown in Figure 1.

Hepatic and splenic volumetric assessments were performed using a dedicated CT software tool (Liver Analysis application, Philips IntelliSpace Portal), which provides for automated

segmentation of the liver and spleen. After initial automated segmentation, organ margins were verified and adjusted if needed with digital Brush and Eraser tools. Total organ volumes of the liver and spleen were then recorded. Subsequently, Couinaud segments I–III (caudate and left lateral segments) were isolated from segments IV–VIII. This allows derivation of the liver segmental volume ratio (LSVR), which has been previously defined as the volume ratio of Couinaud segments I–III to segments IV–VIII [18, 19].

CT texture analysis of the liver used a commercially available research software platform (TexRAD, Feedback). Using the software, a reader drew an ROI around the liver surface at the level of the porta hepatis excluding the major hilar vessels (Fig. 1). Additional sub-ROIs were drawn approximating Couinaud segments I–III and IV–VIII at this level. Quantification using histogram-based statistical analysis at varying filtration levels (none, fine, medium, and coarse) included various parameters, such as mean gray-level intensity (mean), SD, entropy (irregularity), mean of the positive pixels (MPP), skewness (asymmetry), and kurtosis (peakedness). On the basis of prior CT texture analysis results [22], we chose to include only three texture parameters from the segment IV–VIII sub-ROI for this study (all in portal venous phase): skewness (asymmetry) and kurtosis (peakedness), both with coarse filtration (spatial scaling factor [SSF] = 6), and mean gray-level intensity (mean) with fine filtration (SSF = 2).

LSN scores were obtained using a validated semiautomated research CT software tool, which is not yet commercially available [20, 24, 25]. The user digitally "paints" an ROI along the liver surface, which the software automatically detects on the selected slice and adjacent contiguous slices (Fig. 1). A series of 10 or more consecutive ROI measurements were made for each case, defaulting along the anterior left lateral liver, and totaling 80 cm in length or longer. If the left anterolateral surface was not suitable for LSN scoring, the left medial or right hepatic liver surfaces were used. The tool calculates the distance between the detected liver edge and a smoothed polynomial line (spline) that is measured on a pixel-by-pixel basis, and the final LSN score is derived.

Two additional linear CT-based measures were added. The periportal space is defined by the distance between the anterior wall of the right portal vein and the posterior edge of the medial segment of the left lobe of the liver [26]. This distance represents a simple measure of fissural widening, which accompanies advanced fibrosis and cirrhosis. We also compared the ratio of the diameters of the left portal vein to right portal vein (LPV/RPV

ratio). Similar to the LSVR, the LPV/RPV ratio was intended to exploit the regional changes in the liver as fibrosis progresses.

The CT-based measures were made by multiple coauthors with from 2 to more than 20 years in CT research experience.

### Laboratory-Based Parameters for Assessing Liver Fibrosis

We calculated two well-established serum-based parameters for our analysis: the aspartate transaminase–to-platelets ratio index (APRI) and Fibrosis-4 (FIB-4) score [4, 5]. The APRI incorporates a liver enzyme value (i.e., aspartate aminotransferase) and platelet levels, whereas the FIB-4 score uses a liver enzyme value (i.e., alanine aminotransferase), platelet levels, and patient age. Necessary laboratory data were collected, and results were required to be within 1 year of liver biopsy (or CT if no biopsy). Data were available to compute the APRI and FIB-4 measures in 417 patients.

### Statistical Analysis

All candidate CT-based and laboratory-based parameters were derived for each patient. Summary statistics (mean, SD, median, and interquartile range [IQR]) were reported for each parameter according to the Metavir stage of liver fibrosis. The Kruskal-Wallis test was used to assess differences for each parameter among the discrete F0–F4 subcohorts. For all univariate and multivariate performance analyses, emphasis was placed on the clinically relevant distinctions of significant hepatic fibrosis (≥ F2), advanced hepatic fibrosis (≥ F3), and cirrhosis (F4). ROC curves were obtained for each candidate metric, and AUCs were calculated, with a DeLong 95% CI. Optimal thresholds were derived to optimize sensitivity and specificity at each fibrosis level. A $p$ value of < 0.05 (two-sided) was the criterion for statistical significance. R software (version 3.2.2, R Core Team 2014, R Foundation) was used for all statistical analyses.

For multivariate analysis, ROC curves were built using a wide variety of combinations ranging from all 11 parameters to two parameters based on complementary performance.

Multivariate logistic regression was used to derive probabilities of being within a given dichotomized category (e.g., ≥ F3, advanced fibrosis). Logistic regression models the log odds of such an event occurring. With the use of algebraic techniques, a probability can be recovered from the model in the form of the following equation:

$$p = \frac{e^{(\beta_0 + \beta_1 \times x_1 + \ldots + \beta_n \times x_n)}}{1 + e^{(\beta_0 + \beta_1 \times x_1 + \ldots + \beta_n \times x_n)}}$$

where β is the intercept term from the logistic regression and $x$ is the slope of the predictor used.

Pickhardt et al.

**TABLE 1: Mean Values for CT and Laboratory Parameters According to Fibrosis Stage**

| CT and Laboratory Parameters | Pathologic Fibrosis Stage (Metavir) | | | | |
|---|---|---|---|---|---|
| | F0 | F1 | F2 | F3 | F4 |
| **CT** | | | | | |
| LSVR | 0.25 (0.08) | 0.25 (0.10) | 0.28 (0.10) | 0.34 (0.12) | 0.48 (0.24) |
| Liver volume (cm$^3$) | 1676 (359) | 1670 (336) | 1819 (401) | 1974 (476) | 1760 (632) |
| Splenic volume (cm$^3$) | 278 (138) | 285 (134) | 329 (187) | 474 (375) | 782 (451) |
| LSN score | 2.30 (0.25) | 2.31 (0.32) | 2.51 (0.46) | 2.75 (0.57) | 3.85 (1.00) |
| Periportal space distance (mm) | 6.08 (3.6) | 6.41 (3.2) | 7.52 (4.3) | 7.71 (3.75) | 10.13 (4.3) |
| LPV/RPV ratio | 0.89 (0.14) | 0.91 (0.16) | 0.91 (0.19) | 0.90 (0.16) | 0.96 (0.24) |
| Texture analysis | | | | | |
| Mean$_{PV2}$ | 0.14 (0.14) | 0.28 (0.36) | 0.30 (0.29) | 0.38 (0.28) | 0.89 (0.66) |
| Skew$_{PV6}$ | 1.55 (0.94) | 1.88 (0.74) | 1.73 (0.85) | 1.68 (0.96) | 1.31 (1.01) |
| Kurt$_{PV6}$ | 1.55 (0.94) | 5.17 (5.40) | 4.81 (5.58) | 5.60 (6.36) | 1.82 (2.24) |
| **Laboratory** | | | | | |
| APRI | 0.64 (0.6) | 0.99 (1.9) | 0.94 (1.3) | 1.76 (3.5) | 4.70 (10.1) |
| FIB-4 score | 1.20 (0.8) | 1.82 (2.2) | 2.19 (2.1) | 3.87 (6.23) | 9.80 (12.6) |

Note—Data are reported as mean values (SD). See text for details on parameter description. LSVR = liver segmental volume ratio, LSN = liver surface nodularity, LPV/RPV ratio = ratio of the left to right portal vein diameters, Mean$_{PV2}$ = mean gray-level intensity on portal venous phase with fine filtration, Skew$_{PV6}$ = skewness on portal venous phase with coarse filtration, Kurt$_{PV6}$ = kurtosis on portal venous phase with coarse filtration, APRI = aspartate transaminase–to-platelets ratio index, FIB-4 = Fibrosis-4.

The number of assessable subjects for each parameter is shown in Table S1, which can be viewed in the *AJR* electronic supplement to this article at www.ajronline.org. Of note, results for 288 of the 469 patients in this study have been previously reported [21]. This prior article dealt with only the LSN CT parameter, whereas the current study reports on a variety of parameters in a larger cohort.

## Results

### Univariate Analysis

Summary statistics according to fibrosis category for the 11 individual parameters (nine CT-based and two laboratory-based) are provided in Table 1 (mean and SD) and Table S2 (median and IQR). All median values for each parameter significantly differed by fibrosis category ($p < 0.001$) except for the LPV/RPV ratio ($p = 0.352$).

Diagnostic univariate performance of each individual parameter for discriminating between stages of liver fibrosis is shown in Table S3, including ROC AUC, sensitivity, and specificity values. The LSN score showed the best univariate performance and was the only individual parameter to exceed an AUC of 0.900 (0.920 for cirrhosis). Total liver volume and the LPV/RPV ratio were the only two variables not to exceed an AUC of 0.600 for any fibrosis level. Poor performance of total liver volume was expected on the basis of prior research, but this parameter was included as a control of sorts. Most other

parameters exceeded an AUC of 0.800 for at least one fibrosis threshold.

### Multivariate Analysis

Table 2 models the ROC AUC performance for discriminating significant fibrosis (≥ F2), advanced fibrosis (≥ F3), and cirrhosis (F4) for a number of different

combinations of parameters. When combining all 11 parameters (nine CT-based and two laboratory-based), ROC AUC performance for ≥ F2, ≥ F3, and ≥ F4 was 0.928, 0.956, and 0.972, respectively. When the nine CT-based parameters are combined, the corresponding AUC values were 0.905, 0.936, and 0.972 (Fig. 2).

**TABLE 2: ROC AUC Values of Multiparametric Combinations for Predicting Fibrosis**

| Parameter Combination (No. of Parameters) | Metavir Fibrosis Threshold | | |
|---|---|---|---|
| | Significant Fibrosis (≥ F2) | Advanced Fibrosis (≥ F3) | Cirrhosis (F4) |
| All CT and laboratory features (11) | 0.928 | 0.956 | 0.972 |
| All CT features (9) | 0.905 | 0.936 | 0.972 |
| FIB-4 score and APRI (2) | 0.843 | 0.866 | 0.899 |
| LSN score, LSVR, PPS, and Mean$_{PV2}$ (4) | 0.886 | 0.923 | 0.966 |
| LSN score, LSVR, and PPS (3) | 0.879 | 0.912 | 0.954 |
| LSN score, splenic volume, and PPS (3) | 0.856 | 0.897 | 0.938 |
| LSN score, splenic volume, PPS, and FIB-4 score (4) | 0.892 | 0.923 | 0.943 |
| LSN score, splenic volume, and FIB-4 score (3) | 0.885 | 0.921 | 0.940 |
| LSN score and splenic volume (2) | 0.833 | 0.894 | 0.937 |
| LSN score and FIB-4 score (2) | 0.886 | 0.915 | 0.932 |
| LSN score (1) | 0.825 | 0.872 | 0.920 |
| FIB-4 score (1) | 0.838 | 0.857 | 0.894 |

Note—FIB-4 = Fibrosis-4, APRI = aspartate transaminase–to-platelets ratio index, LSN = liver surface nodularity, LSVR = liver segmental volume ratio, PPS = periportal space distance, Mean$_{PV2}$ = mean gray-level intensity on portal venous phase with fine filtration (texture analysis).

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved

## Multiparametric CT for Staging HCV-Related Liver Fibrosis

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved



**Fig. 2**—ROC curves from multiparametric analysis for all nine CT input variables versus liver surface nodularity (LSN) and Fibrosis-4 (FIB-4) score combination in predicting significant fibrosis (≥ F2), advanced fibrosis (≥ F3), and cirrhosis (F4). PPV = positive predictive value, NPV = negative predictive value, Eta = sum of linear predictors at optimal threshold in multivariate logistic regression.
**A–C,** ROC curves for predicting significant fibrosis (**A**), advanced fibrosis (**B**), and cirrhosis (**C**) using all nine CT parameters. ROC AUC values for significant fibrosis, advanced fibrosis, and cirrhosis were 0.905, 0.936, and 0.972, respectively.
**D–F,** ROC curves for predicting significant fibrosis (**A**), advanced fibrosis (**B**), and cirrhosis (**C**) using combination of LSN score and FIB-4 score. ROC AUC values for significant fibrosis, advanced fibrosis, and cirrhosis were 0.886, 0.915, and 0.932, respectively. Only mild drop-off in performance is seen compared with performance of all nine CT input variables (**A–C**) despite using only two complementary parameters (one CT value and one laboratory value).

As seen in Table 2, more simplified panels consisting of fewer parameters were associated with modest declines in ROC AUC values, but relatively good diagnostic performance was observed for some combinations. In particular, a two-parameter model combining only LSN score with FIB-4 score showed good complementary performance, with ROC AUC values of 0.886, 0.915, and 0.932, for significant fibrosis (≥ F2), advanced fibrosis (≥ F3), and cirrhosis (≥ F4), respectively (Fig. 2). In general, the model was very good at discriminating advanced fibrosis (F3–F4) from mild (F1) or no (F0) fibrosis, with F2 values being more intermediate between these groups. Corresponding probability equations were derived. For example, as shown in Figures 3 and 4, the probability for advanced fibrosis or cirrhosis (F3 or F4) for the model with LSN score and FIB-4 score was as follows:

$$ p \quad \frac{e^{(\,6.537\,+\,1.913\,\times\,LSN\,+\,0.556\,\times\,FIB\text{-}4\,)}}{1 + e^{(\,6.537\,+\,1.913\,\times\,LSN\,+\,0.556\,\times\,FIB\text{-}4\,)}} $$

where *LSN* is the LSN score and *FIB-4* is the FIB-4 score.

## Discussion

Given the revolutionary yet expensive new treatment options now available for chronic HCV, knowledge of the degree of underlying hepatic fibrosis is critical [1, 4]. An accurate and accessible method for noninvasive detection, staging, and monitoring of HCV-related fibrosis could have a major clinical impact and could further reduce the need for liver biopsy [4, 6, 16]. Obvious drawbacks of liver biopsy include its invasiveness and potential complications as well as issues of high cost and sampling error. Ultrasound and MR elastography





**Fig. 3**—Example case using simplified liver surface nodularity (LSN) score and Fibrosis-4 (FIB-4) score model to predict fibrosis stage. In this case, patient is 52-year-old man with biopsy-proven F3 fibrosis from chronic hepatitis C virus.
**A,** CT image in portal venous phase shows LSN score in process. Final LSN score was 2.79. FIB-4 score in this patient was 8.15. Green = liver surface, red circle = cursor.
**B,** Box plot shows probabilities of fibrosis by stage in entire cohort (*n* = 469 patients) for model combining LSN and FIB-4 scores. Whiskers show 95% CI.
(**Fig. 3 continues on next page**)

Pickhardt et al.

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved

Probability of having advanced fibrosis:

$$p \quad \frac{e^{(-6\,537 + 1\,913 \times LSN + 0\,556 \times FIB\,4)}}{1 + e^{(-6\,537 + 1\,913 \times LSN + 0\,556 \times FIB\,4)}}$$

**C**

**Fig. 3 (continued)**—Example case using simplified liver surface nodularity (LSN) score and Fibrosis-4 (FIB-4) score model to predict fibrosis stage. In this case, patient is 52-year-old man with biopsy-proven F3 fibrosis from chronic hepatitis C virus. **C,** Probability equation for having advanced fibrosis. When plugging in values for this patient, probability is 1.0, indicating patient almost certainly will have advanced fibrosis or cirrhosis. *LSN* = LSN score, *FIB-4* = FIB-4 score.

have been extensively studied and are validated for clinical use [16, 27]. However, these techniques measure liver stiffness as a proxy for fibrosis, and many confounders exist [15, 28]. A number of other potentially useful noninvasive biomarkers have been proposed and investigated, including both laboratory-based and imaging-based methods [29].

Recent investigations into a number of intrinsic MDCT biomarkers have shown good correlation with the degree of underlying liver fibrosis [18–22, 29]. CT features are attractive because they can be derived either prospectively or retrospectively in a planned or opportunistic fashion. Furthermore, because abdominal CT is so commonly performed [30], there is potential for serial evaluation to look for interval changes.

For the current study, we took a multiparametric CT approach and restricted the investigation to only chronic HCV. We excluded many CT parameters before embarking on this combined investigation, primarily limiting the focus to the more promising features. We have shown that the diagnostic performance of multiparametric CT compares favorably with elastography for staging liver fibrosis. In particular, the two-parameter model combining LSN score and FIB-4 score showed excellent performance, balancing simplicity and clinical efficacy. As shown by others [5], we found that the FIB-4 score outperformed APRI, the other laboratory-based parameter in our study.

The derivation of probability equations for determining fibrosis suggests a potential way forward in terms of actual clinical implementation. Automation of some of these CT parameters is another potential avenue for future investigation, which would reduce or eliminate the issue of interobserver variability present in some measures. Finally, it should be noted that many of the CT features

we use could be translated to other cross-sectional imaging techniques, including MRI.

We acknowledge limitations to our study. Liver biopsy for staging fibrosis is a fallible reference standard, with issues of interobserver and sampling error. However, this remains the clinical reference standard for comparison. Direct comparison of our CT-based results with MR (or ultrasound) elastography would be of great value, but relatively few patients underwent elastography in addition to liver biopsy. Going forward, we anticipate more patients will undergo MRI in lieu of biopsy. Our current results specifically apply to HCV and not other causes of chronic liver disease. However, fibrosis scoring is currently of most clinical relevance in HCV and is more investigational for other causes. Finally, this study was a single-center study, and multicenter confirmation of our results is warranted. Some multiinstitutional work is already under way.

In conclusion, combining key CT-based and laboratory-based biomarkers of liver fibrosis in a multiparametric manner further improves their excellent diagnostic performance. Our results for predicting fibrosis stage with CT parameters compares favorably with published results for elastography. The performance of abbreviated panels of 2–4 complementary measures approached the performance of more exhaustive panels, and the simple combination of LSN score with FIB-4 score may provide an ideal balance of efficacy and ease. Unlike liver biopsy or elastography, these results can be derived retrospectively from routine abdominal CT scans, which may have been obtained for other indications. Furthermore, this approach could be considered for serial assessments of fibrosis in patients with HCV given the unknown natural history of fibrosis even after direct-acting antiviral therapy.

## References

1. Thrift AP, El-Serag HB, Kanwal F. Global epidemiology and burden of HCV infection and HCV-related disease. *Nat Rev Gastroenterol Hepatol* 2017; 14:122–132
2. Bedossa P, Poynard T. An algorithm for the grading of activity in chronic hepatitis C. *Hepatology* 1996; 24:289–293
3. Afdhal NH, Nunes D. Evaluation of liver fibrosis: a concise review. *Am J Gastroenterol* 2004; 99:1160–1174
4. Martinez SM, Crespo G, Navasa M, Forns X. Noninvasive assessment of liver fibrosis. *Hepatology*

2011; 53:325–335
5. Holmberg SD, Lu M, Rupp LB, et al. Noninvasive serum fibrosis markers for screening and staging chronic hepatitis C virus patients in a large US cohort. *Clin Infect Dis* 2013; 57:240–246
6. Nguyen D, Talwalkar JA. Noninvasive assessment of liver fibrosis. *Hepatology* 2011; 53:2107–2110
7. Friedrich-Rust M, Nierhoff J, Lupsor M, et al. Performance of acoustic radiation force impulse imaging for the staging of liver fibrosis: a pooled meta-analysis. *J Viral Hepat* 2012; 19:E212–E219
8. Friedrich-Rust M, Ong M-F, Martens S, et al. Performance of transient elastography for the staging of liver fibrosis: a meta-analysis. *Gastroenterology* 2008; 134:960–974
9. Singh S, Venkatesh SK, Wang Z, et al. Diagnostic performance of magnetic resonance elastography in staging liver fibrosis: a systematic review and meta-analysis of individual participant data. *Clin Gastroenterol Hepatol* 2015; 13:440–451
10. Talwalkar JA, Kurtz DM, Schoenleber SJ, West CP, Montori VM. Ultrasound-based transient elastography for the detection of hepatic fibrosis: systematic review and meta-analysis. *Clin Gastroenterol Hepatol* 2007; 5:1214–1220
11. Wang Q-B, Zhu H, Liu H-L, Zhang B. Performance of magnetic resonance elastography and diffusion-weighted imaging for the staging of hepatic fibrosis: a meta-analysis. *Hepatology* 2012; 56:239–247
12. Castéra L, Vergniol J, Foucher J, et al. Prospective comparison of transient elastography, Fibrotest, APRI, and liver biopsy for the assessment of fibrosis in chronic hepatitis C. *Gastroenterology* 2005; 128:343–350
13. Foucher J, Chanteloup E, Vergniol J, et al. Diagnosis of cirrhosis by transient elastography (FibroScan): a prospective study. *Gut* 2006; 55:403–408
14. Yin M, Talwalkar JA, Glaser KJ, et al. Assessment of hepatic fibrosis with magnetic resonance elastography. *Clin Gastroenterol Hepatol* 2007; 5:1207–1213
15. Yin M, Glaser KJ, Talwalkar JA, et al. Elastography: clinical performance in a series of 1377 consecutive examinations. *Radiology* 2016; 278:114–124
16. Tang A, Cloutier G, Szeverenyi NM, Sirlin CB. Ultrasound elastography and MR elastography for assessing liver fibrosis. Part 2. Diagnostic performance, confounders, and future directions. *AJR* 2015; 205 33–40
17. Wagner M, Corcuera-Solano I, Lo G, et al. Technical failure of MR elastography examinations of the liver: experience from a large single-center study. *Radiology* 2017; 284:401–412
18. Furusato Hunt OM, Lubner MG, Ziemlewicz TJ, Munoz Del Rio A, Pickhardt PJ. The liver segmental volume ratio for noninvasive detection of cirrhosis: comparison with established linear and volumetric measures. *J Comput Assist Tomogr*

## Multiparametric CT for Staging HCV-Related Liver Fibrosis

2016; 40:478–484

19. Pickhardt PJ, Malecki K, Hunt OF, et al. Hepatosplenic volumetric assessment at MDCT for staging liver fibrosis. *Eur Radiol* 2017; 27:3060–3068

20. Pickhardt PJ, Malecki K, Kloke J, Lubner MG. Accuracy of liver surface nodularity quantification on MDCT as a noninvasive biomarker for staging hepatic fibrosis. *AJR* 2016; 207:1194–1199

21. Lubner MG, Jones D, Said A, Kloke J, Lee S, Pickhardt PJ. Accuracy of liver surface nodularity quantification on MDCT for staging hepatic fibrosis in patients with hepatitis C virus. *Abdom Radiology (NY)* 2018; 43:2980–2986

22. Lubner MG, Malecki K, Kloke J, Ganeshan B, Pickhardt PJ. Texture analysis of the liver at MDCT for assessing hepatic fibrosis. *Abdom Radiol (NY)* 2017; 42:2069–2078

23. Lubner MG, Smith AD, Sandrasegaran K, Sahani DV, Pickhardt PJ. CT texture analysis: definitions, applications, biologic correlates, and challenges. *RadioGraphics* 2017; 37:1483–1503

24. Smith AD, Branch CR, Zand K, et al. Liver surface nodularity quantification from routine CT images as a biomarker for detection and evaluation of cirrhosis. *Radiology* 2016; 280:771–781

25. Smith AD, Zand KA, Florez E, et al. Liver Surface Nodularity Score Allows Prediction of Cirrhosis Decompensation and Death. *Radiology* 2017; 283:711–722

26. Tan KC. Enlargement of the hilar periportal space. *Radiology* 2008; 248:699–700

27. Tang A, Cloutier G, Szeverenyi NM, Sirlin CB. Ultrasound elastography and MR elastography for assessing liver fibrosis. Part 1. Principles and techniques. *AJR* 2015; 205:22–32

28. Wagner M, Corcuera-Solano I, Lo G, et al. Technical failure of MR elastography examinations of the liver: experience from a large single-center study. *Radiology* 2017; 284:401–412

29. Lubner MG, Pickhardt PJ. Multidetector computed tomography for retrospective, noninvasive staging of liver fibrosis. *Gastroenterol Clin North Am* 2018; 47:569–584

30. Moreno CC, Hemingway J, Johnson AC, Hughes DR, Mittal PK, Duszak R. Changing abdominal imaging utilization patterns: perspectives from Medicare beneficiaries over two decades. *J Am Coll Radiol* 2016; 13:894–903

**FOR YOUR INFORMATION**

A data supplement for this article can be viewed in the online version of the article at: www.ajronline.org.

Downloaded from www.ajronline.org by 162.10.148.40 on 06/23/25 from IP address 162.10.148.40. Copyright ARRS. For personal use only; all rights reserved