UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DR. FAREEHA SIDDIQUI**

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Opinions of Dr. Fareeha Siddiqui.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of GRobertsJr-TH-MD-000944-947.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of GRobertsJr-SouCC-00252-53.

1

4. Attached hereto as **Exhibit 3** is a true and accurate copy of GRobertsJr-PPR-000093-97.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the March 9, 2025 Expert Report of Christopher Mele, M.D.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of the cited excerpts from the May 8, 2025 Deposition of Christopher M. Mele, M.D.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of the March 10, 2025 Expert Report of Fareeha Siddiqui, M.D.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of the July 6, 2021 Expert Report of Dipak Panigrahy, Ph.D.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of GRobertsJr-CA-000166-167.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of the cited excerpts from the May 2, 2025 Deposition of Nadim Mahmud, M.D.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the cited excerpts from the January 29, 2025 Deposition of Dr. Samuel Hooks.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of the April 29, 2025 Deposition of Fareeha Siddiqui, M.D.

13. Attached hereto as **Exhibit 12** is a true and accurate copy of the April 2023 ATSDR Toxicological Profile for N-Nitrosodimethylamine (NDMA).

14. Attached hereto as **Exhibit 13** is a true and accurate copy of the cited excerpts from the February 7, 2025 Deposition of Ralph S. Buckley, M.D.

15. Attached hereto as **Exhibit 14** is a true and accurate copy of the March 10, 2025 Expert Report of William R. Sawyer, Ph.D.

16. Attached hereto as **Exhibit 15** is a true and accurate copy of GRobertsJr-CA-000243-251.

17. Attached hereto as **Exhibit 16** is a true and accurate copy of the October 31, 2022 Expert Report of Laura M. Plunkett, Ph.D, DABT.

18. Attached hereto as **Exhibit 17** is a true and accurate copy of a composite exhibit containing GRobertsJr-CA-000166-67; GRobertsJr-SouCC-000252-53; GRobertsJr-TH-MD-000944l; & Infirmary_GRobertsJr00014-15.

19. Attached hereto as **Exhibit 18** is a true and accurate copy of Gomm W, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.

20. Attached hereto as **Exhibit 19** is a true and accurate copy of Mansouri I, et al N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. J Am Heart Assoc. 2022 Dec 20;11(24):e8067.

21. Attached hereto as **Exhibit 20** is a true and accurate copy of the April 10, 2025 Expert Report of Nadim Mahmud, M.D.

22. Attached hereto as **Exhibit 21** is a true and accurate copy of GRobertsJr-ESMS-000006-11.

23. Attached hereto as **Exhibit 22** is a true and accurate copy of the January 6, 2015 revision of WTC Minimum Latency & Types or Categories of Cancer,

                                **NIGH GOLDENBERG RASO VAUGHN, PLLC**
                                Attorneys for Plaintiffs

Dated: June 26, 2025                By:   /s/ C. Brett Vaughn

                                C. Brett Vaughn, RN, BSN, JD
                                NIGH GOLDENBERG RASO & VAUGHN, PLLC
                                *Attorneys for Plaintiffs*
                                14 Ridge Square NW Third Floor
                                Washington, D.C. 20016
                                Tel: 202-792-7927
                                Fax: 202-792-7927
                                Email: bvaughn@nighgoldenberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ C. Brett Vaughn*
C. Brett Vaughn, RN, BSN, JD