# EXHIBIT 1

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

**04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)**

## Imaging Orders and Results (continued)

```
                    RADIOLOGY REPORT
----------------------------------------------------------------
NAME: ROBERTS GASTON J            NUMBER: I0XL800
SEX: M                            MR#: 420804777
XRAY#:                            DOB: 10/06/1955
PATIENT TYPE: OutPatient          PATIENT PHONE NUMBER:
ACCESSION NUMBER: 081604180211    ADMITTING DOCTOR: IVES CHRISTOPHER
CT ABDOMEN WO/W CONTRAST          CONSULTING DOCTOR: IVES CHRISTOPHER
CPT Code: 74170
DX/SYMPTOMS: OTHER SPECIFIED DISEASES OF LIVER; EPIGASTRIC PAIN;
PROCEDURE DATE/TIME: 04/19/2016 13:00
```

              C-T SCANNING

CT ABDOMEN WO/W CONTRAST

COMPARISON: Abdominal ultrasound 4/8/2016

TECHNIQUE: Multiple axial CT images of the abdomen were obtained with standard abdomen protocol from the lower thorax to the iliac crests before and after 100 mL Optiray IV.

FINDINGS: The visualized lung bases are clear with no pulmonary nodules, masses, or pleural fluid collections demonstrated. Peripheral margin of liver is somewhat lobulated, particularly along the infra aspect of the left lobe. Gallbladder is surgically absent. 8 mm focal hypodensity is seen in the right lobe. No other focal liver lesions are seen. No intrahepatic biliary ductal dilatation is demonstrated. Small cystic lesion is seen along the lower pole cortex of the left kidney, likely a cyst. No abnormality of the pancreas, spleen, adrenal glands, kidneys, stomach, duodenum, or the visualized portions of the small or large bowel loops is demonstrated. No free fluid or free air is demonstrated. The visualized osseous structures and superficial soft tissues are unremarkable.

IMPRESSION:

1. Although nonspecific, findings above may be evidence of liver cirrhosis.

2. Indeterminate hyperdense lesion in the right lobe of liver, too small to definitively characterize. Benign or malignant etiologies could have this appearance. The relationship of this nodule to the findings on comparison ultrasound is unknown. Follow-up liver protocol CT 4-6 months from date of study would be useful for further characterization.

Thank you for this consultation.

Compliance statement for PQRS #405:  
"If no incidental liver lesions less than or equal to 0.5 cm, cystic kidney lesions less than 1.0 cm, or adrenal lesions less than or equal to 1.0 cm are reported in the findings paragraph above, then no such lesions are found. If liver lesions less than or equal to 0.5 cm, cystic kidney  
PAGE 2  
            THOMAS MEDICAL CENTER  
            27961 US HWY 98, DAPHNE, AL 36526

----------------------------------------------------------------
                    RADIOLOGY REPORT
----------------------------------------------------------------
NAME: ROBERTS GASTON J            NUMBER: I0XL800
SEX: M                            MR#: 420804777
XRAY#:                            DOB: 10/06/1955
PATIENT TYPE: OutPatient          PATIENT PHONE NUMBER:

Restricted Confidential Information GRobertsJr-TH-MD-000944

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

**04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)**

### Imaging Orders and Results (continued)

ACCESSION NUMBER: 081604180211    ADMITTING DOCTOR: IVES CHRISTOPHER  
CT ABDOMEN WO/W CONTRAST        CONSULTING DOCTOR: IVES CHRISTOPHER  
CPT Code: 74170  
DX/SYMPTOMS: OTHER SPECIFIED DISEASES OF LIVER; EPIGASTRIC PAIN;  
PROCEDURE DATE/TIME: 04/19/2016 13:00  

---

                              C-T SCANNING

lesions less than 1.0 cm, or adrenal lesions less than 1.0 cm are described  
in the findings paragraph above and no recommendation for follow-up imaging  
are described in the impression paragraph above, then no additional  
follow-up imaging is recommended. Although lesions meeting the preceding  
description are commonly benign, follow-up imaging of these lesions may be  
indicated if patient's family history, patient signs/symptoms, or  
laboratory evidence suggests higher than average chance of malignancy."

Compliance statement for PQRS #436: Automatic exposure control (AEC) was  
used to reduce radiation dose on this study.

                         Brandon Peters, M.D./

                    Signed Off By: Dr. Peters, M.D.  
                         04/19/2016 01:55:00 PM

Acknowledged by: Jennifer Byrd, MA on 05/16/16 0837

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**CT Abdomen Wo/W Contrast [74623497]**         Resulted: 04/19/16 1316, Result status: In process

Ordering provider: Christopher W Ives, MD  04/19/16 1249    Order status: Completed  
Filed on: 04/19/16 1316                                    Performed: 04/19/16 1249 - 04/19/16 1317  
Accession number: 081604180211                             Resulting lab: TMC CT SCANNING  

**Reviewed by**  
Jennifer Byrd, MA on 05/16/16 0837

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**CT Abdomen Wo/W Contrast [74623497]**         Resulted: 04/19/16 1248, Result status: In process

Ordering provider: Christopher W Ives, MD  04/19/16 1249    Order status: Completed  
Filed on: 04/19/16 1248                                    Performed: 04/19/16 1249 - 04/19/16 1317  
Accession number: 081604180211                             Resulting lab: TMC CT SCANNING  

**Reviewed by**  
Jennifer Byrd, MA on 05/16/16 0837

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT | Unknown | Unknown | 07/19/11 1442 - Present |

Restricted Confidential Information GRobertsJr-TH-MD-000945

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

### 04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)

#### Imaging Orders and Results (continued)

SCANNING

**CT Abdomen Wo/W Contrast [74623497]**   Resulted: 04/19/16 1248, Result status: In process

Ordering provider: Christopher W Ives, MD 04/19/16 1249  
Filed on: 04/19/16 1248  
Accession number: 081604180211  

Order status: Completed  
Performed: 04/19/16 1249 - 04/19/16 1317  
Resulting lab: TMC CT SCANNING  

**Reviewed by**  
Jennifer Byrd, MA on 05/16/16 0837

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 183 - TMCCT | TMC CT SCANNING | Unknown | Unknown | 07/19/11 1442 - Present |

**All Reviewers List**  
Jennifer Byrd, MA on 5/16/2016 8:37 AM

#### Procedures
No documentation.

#### Other Orders
No documentation.

#### Medication Orders***

**Medications**

**diatrizoate meglumine-sodium (MD-GASTROVIEW) 66-10 % solution [74623493] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1107**   Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1107   Ordering mode: Standard  
Frequency:   04/19/16 1107 - Until Discontinued  
Admin instructions: Schultze, Stacy A: cabinet override  
Medication comments: Schultze, Stacy A: cabinet override  
Package: 0019-4816-04

**0.9 % NaCl 0.9 % solution [74623494] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1242**   Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1242   Ordering mode: Standard  
Frequency:   04/19/16 1242 - Until Discontinued  
Admin instructions: WILKS, TOWANA L: cabinet override  
Medication comments: WILKS, TOWANA L: cabinet override  
Package: 0338-0049-48

**ioversol (OPTIRAY) 320 mg iodine/mL IV solution [74623495] (Active)**

Electronically signed by: **Edi, Ads Dispense on 04/19/16 1242**   Status: **Active**  
Ordering user: Edi, Ads Dispense 04/19/16 1242   Ordering mode: Standard  
Frequency:   04/19/16 1242 - Until Discontinued  
Admin instructions: WILKS, TOWANA L: cabinet override  
Medication comments: WILKS, TOWANA L: cabinet override  
Package: 0019-1323-11

Restricted Confidential Information GRobertsJr-TH-MD-000946

| THOMAS HOSPITAL (ACUTE) | Roberts, Gaston J Jr. |
|---|---|
| 750 Morphy Avenue | MRN: E385451, DOB: 10/6/1955, Sex: M |
| Fairhope AL 36532-1812 | Adm: 4/19/2016, D/C: 4/19/2016 |

**04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)**

**Medication Administrations**

No documentation.

**Medication List**

**Medication List**

This visit has been closed. A record of the med list at the time of the visit is not available.

**Immunizations Given**

No documentation.

Restricted Confidential Information GRobertsJr-TH-MD-000947