# **EXHIBIT 2**

Roberts, Gaston J Jr. (MRN E385451)

# Gaston J Roberts Jr.

7/17/2018 2:00 PM  ED
MRN: E385451

Description: 62 year old male  Department: Th Malbis Fed

## Reason For Exam
ABDOMINAL PAIN
Dx: Left sided abdominal pain [R10.9 (ICD-10-CM)]

## 7/17/2018 3:54 PM - Edi, Rad Results In

### Narrative
PAGE 1

```
                              INFIRMARY MALBIS
                    29487 STATE HWY 181, DAPHNE, AL 36526
-----------------------------------------------------------------------
                    R A D I O L O G Y    R E P O R T
-----------------------------------------------------------------------
NAME: ROBERTS GASTON J              NUMBER: V4DS553
SEX: M                             MR#: 420804777
ADMIT DATE: 07/17/2018             AGE: 62Y
XRAY#:                             DOB: 10/06/1955
PATIENT TYPE: ER                   PATIENT PHONE NUMBER: 2510000000
ACCESSION NUMBER: 171807170058     ADMITTING DOCTOR: WATTERSON ADAM
CT ABD & PELVIS W CONTRAST        CONSULTING DOCTOR: WATTERSON ADAM
DX/SYMPTOMS: ABDOMINAL PAIN
PROCEDURE DATE/TIME: 07/17/2018 14:23


-----------------------------------------------------------------------
                           C-T SCANNING


CT ABD & PELVIS W CONTRAST

Spiral sections were obtained through the abdomen and pelvis following the
administration of IV contrast. PQRS #436: Automatic exposure control was
used to reduce the radiation dose.

The liver is generous in size, has a lobulated contour and shows
generalized heterogeneous decrease in parenchymal attenuation particularly
in segment 4. The spleen is enlarged measuring 17.3 x 4.9 cm. No ascites.
The portal vein is patent. The single enlarged lymph node measuring 2.8 x 1
cm is noted anterior to the hepatic artery. Multiple diverticula are noted
in the descending and proximal sigmoid colon. No evidence of
diverticulitis. The patient had an appendectomy. Both adrenals and kidneys
appear normal. The distal abdominal aorta is ectatic measuring 2.5 cm in
widest diameter.

IMPRESSION:
Hepatosplenomegaly and evidence of diffuse hepatic parenchymal disease,
likely cirrhosis.
```

Roberts, Gaston J Jr. (MRN E385451) Printed by April S Benson, RN [E280474] at 11/28...  Page 1 of 2

Restricted Confidential Information GRobertsJr-SouCC-000252

Roberts, Gaston J Jr. (MRN E385451)

Colonic diverticulosis.

Samy Saleeb, M.D./

Signed Off By: Dr. Saleeb, M.D.
7/17/2018 3:52:00 PM

**Lab and Collection**
CT Abd & Pelvis W/ Contrast - 7/17/2018

**Result History**
CT Abd & Pelvis W/ Contrast on 7/17/2018

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Roberts, Gaston J Jr. | Male | 10/6/1955 | xxx-xx-4777 |

Restricted Confidential Information GRobertsJr-SouCC-000253