# EXHIBIT 3

# UAB MEDICINE

UABDOC
619 19th Street South
Birmingham, AL 35249-

| | |
|---|---|
| PATIENT: | **ROBERTS JR, GASTON JAMES** |
| MRN: | **000003451342** |
| RACE: | White |
| SEX: | M |
| DOB: | 10/6/1955 |
| ADMIT DATE: | |
| D/C DATE: | |
| ATTENDING PHYSICIAN: | |
| FINANCIAL NUMBER: | |

AGE: 64 years
LOCATION: DOCUMENTATION

## Clinic Notes

**Authored By:** Comeaux,Mary E CRNP (8/16/2018 16:33 CDT)
**Transcribed By:**
**Signed By:** White,Jared A MD (8/22/2018 16:18 CDT); Comeaux,Mary E CRNP (8/22/2018 12:05 CDT)
**Result:** Modified

**Liver New Note**

Patient: **ROBERTS, GASTON**   MRN: **000003451342**   DOB: **10/6/1955**

**Professional Services**
**Attending Autofax:**
Fax List:
Hooks III, Samuel Bennett MD - Destination: (251) 435-6355.
Ready to Fax yes.

**History of Present Illness**
ROBERT GASTON is a 62 year old male who presents today for a new patient visit for evaluation and treatment of a liver mass in the setting of NASH cirrhosis. Mass discovered on imaging during extensive work up for elevated bilirubin level.. TBili rose to 4, but normalized. 8/7/18 MRI shows cirrhosis and a 5cm right posterior liver segment lesion that is ill defined as well as a similar-appearing 5.8cm anterior segment lesion. There is no biliary dilatation. These lesions were not obvious on a 7/17/18 single phase CT. Lesion may be visible on 7/1/18 US. Patient has undergone extensive work up for cirrhosis. 7/19/18 EGD/EUS w/biopsy shows erythema throughout the stomach w/multiple biopsies. Also found were 3 polyps that appeared hyperplastic. Duodenum and ampulla appeared normal. No e/o stones. Pancreas was normal. AFP 187.8. Will bring OSF for review and have lab work drawn.

Today, he reports he was told years ago that he had elevated liver enzymes but not to worry. Work up for cirrhosis is esssentially negative; however, he has a hx of DM, HTN and central obesity. Energy level is down. He has cut out sweets so has lost a few pounds. He exercises 3-4x/week. No history of confusion, ascites, LE swelling, jaundice, pruritis, hemattemesis or melena. No hx of alcohol abuse. No tobacco. No MI or stroke. He has afib, PAC and PVC's. Previous appendectomy and lap chole. No other abdominal scars.

**Health Status**
**Allergies:**

No allergy data available
**Medications Reviewed**

**Other**
-
Problem(s):
  **NO KNOWN PROBLEM(S)**

Printed:  3/9/2020 14:44 CDT

Page 1 of 5
ROBERTS-MR-UAB-0001

Restricted Confidential Information GRobertsJr-PPR-000093

| | | | |
|---|---|---|---|
| PATIENT: | ROBERTS JR, GASTON JAMES | MRN: | 000003451342 |
| DOB: | 10/6/1955 | FINANCIAL NUMBER: | |

## Clinic Notes

**Histories**
  **Procedure history:**
    No active procedure history items have been selected or recorded.
  **Family History:**
    Father
      High blood pressure


**Social History**

  **Social & Psychosocial Habits**

  **Alcohol (Required field included)**
  08/22/2018      Use: None

  **Employment/School**
  08/22/2018      Status: Employed

  **Exercise**
  08/22/2018      Exercise type: Walking
  Patient Exercises? Yes

  **Home/Environment (Required field included)**
  08/22/2018      Lives with: Spouse

  **Nutrition/Health (Required field included)**
  08/22/2018      Appetite Good
  Type of diet: Regular

  **Substance Abuse (Required field included)**
  08/22/2018      Use: None

  **Tobacco (Required field included)**
  08/22/2018      Use: Never smoker

  **ADL**
  08/22/2018      ADL Independent
  Driving Yes
  Mobility Able to walk

  **Abuse**
  08/22/2018      Injuries/Abuse/Neglect in household: No
  .


**Review of Systems**
**Review of Systems**

**Cardiovascular,** Negative
**Constitutional,** Negative
**Eye** Negative
**ENMT** Negative

Printed:   3/9/2020 14:44 CDT                                                                  Page 2 of 5
ROBERTS-MR-UAB-0002

Restricted Confidential Information GRobertsJr-PPR-000094

| PATIENT: | ROBERTS JR, GASTON JAMES | MRN: | 000003451342 |
|---|---|---|---|
| DOB: | 10/6/1955 | FINANCIAL NUMBER: | |

## Clinic Notes

**Respiratory** Negative
**Gastrointestinal** Negative
**Genitourinary** Negative
**Hema/Lymph** Negative
**Immunologic** Negative
**Musculoskeletal,** Negative
**Integumentary** Negative
**Neurologic ROS,** Alert & oriented x 4
**Psychiatric** Negative
(08/22/18)   Hagler, Eryn N
   All other systems negative except what's been mentioned in the HPI.

**Physical Examination**
No Vital Signs and Measurements - This Visit available for specified time frame.
Vitals
   8/22/2018 10:09         Temperature, Deg F              97.6 DegF
                           Heart Rate                      98 bpm
                           Oxygen Saturation Value, Site 1   95 %
                           Blood Pressure Site/Method      Arm, left, Cuff, machine
                           Blood Pressure Patient Position   Sitting
                           Blood Pressure Cuff Size        Adult
                           Systolic Blood Pressure         128 mmHg
                           Diastolic Blood Pressure        77 mmHg
                           Primary Pain Score              0
                           Weight, lbs                     253.8 lb
                           Height/Length, in               70 inch(es)

**General**: No acute distress, answers questions appropriately.
**Eye**: Normal conjunctiva.
   Sclera: Not icteric.
**HENT**: Normocephalic, Oral mucosa is moist.
**Neck**: Supple, Non-tender.
**Respiratory**: Lungs are clear to auscultation, Breath sounds are equal.
**Cardiovascular**: Normal rate, Regular rhythm.
**Gastrointestinal**: Soft, Non-tender, Non-distended, Normal bowel sounds, No Hernias appreciated.
   Liver: Within normal limits.
**Integumentary**: Warm, Dry, no palmar erythema.
**Neurologic**: Alert, Oriented, No asterixis.
**Psychiatric**: Cooperative, Normal judgment.

**Review / Management**
   **Laboratory Results**
   Today's Lab Results : Results
       8/22/2018 9:16          Sodium           141 mMol/L
                               Potassium        3.7 mMol/L
                               Chloride         102 mMol/L
                               Bicarbonate      29 mMol/L
                               AGAP             10.0 mMol/L
                               **Glucose Level**    192 mg/dL   HI
                               BUN              12 mg/dL
                               Creatinine       0.7 mg/dL
                               GFR Calc         >60 mL/min/1.73 m2   NA
                               Calcium          9.6 mg/dL

Restricted Confidential Information GRobertsJr-PPR-000095

| PATIENT: | ROBERTS JR, GASTON JAMES | MRN: | 000003451342 |
|---|---|---|---|
| DOB: | 10/6/1955 | FINANCIAL NUMBER: | |

## Clinic Notes

| | | |
|---|---|---|
| Adjusted Calcium | 9.6 mg/dL | |
| Protein | 6.9 gm/dL | |
| Albumin | 4.0 gm/dL | |
| Bili Total | 1.2 mg/dL | |
| Alk Phos | 109 Units/L | |
| ALT | 45 Units/L | |
| AST | 45 Units/L | HI |
| WBC | 4.20 10^3/cmm | |
| RBC | 5.05 10^6/cmm | |
| Hgb | 14.5 gm/dL | |
| Hct | 43 % | |
| MCV | 85 fL | |
| MCH | 29 pg | |
| MCHC | 34 gm/dL | |
| Platelet | 131 10^3/cmm | LOW |
| RDW | 16.5 % | HI |
| MPV | 9 fL | NA |
| Neutrophils | 62 % | |
| Abs.Neutrophils | 2.61 10^3/cmm | NA |
| Lymphocytes | 26 % | |
| Monocytes | 7 % | |
| Eosinophils | 2 % | |
| Basophils | 2 % | |

**Radiology results**: Independent review of prior imaging.
**Documentation reviewed**: Records from referring physician.

**Impression and Plan**
Karnofsky scale: 90%.

**ECOG Performance Scale**
  0
**MELDNa Score**:
**MELDNa** (Last 12 months):
  **MELD  8**      (08/22/18)

**Patient Education**:
    Education topics: Imaging, lab results and treatment plan , Nutrition and exercise education.
    Individuals taught: Patient.
    Barriers to learning: None evident.
    Teaching method: Explanation.
    Teaching evaluation: Verbalizes understanding.

**Diagnosis**

Mr. Roberts is a 62 year old male NASH cirrhosis and two hepatic lesions w/total tumor diameter 10.8cm in the setting of cirrhosis and elevated AFP concerning for HCC.

Cirrhosis:
-cMELD is 8. Synthetic fx is well-preserved and amenable to liver directed therapies
-Local workup is negative for viral source

Liver mass

| Printed:  3/9/2020 14:44 CDT | Page 4 of 5 |
|---|---|
| | ROBERTS-MR-UAB-0004 |

Restricted Confidential Information GRobertsJr-PPR-000096

| | | | |
|---|---|---|---|
| PATIENT: | ROBERTS JR, GASTON JAMES | MRN: | 000003451342 |
| DOB: | 10/6/1955 | FINANCIAL NUMBER: | |

## Clinic Notes

-AFP is pending, previously 187
-MRI two right hepatic lobe lesions highly concerning for HCC
-Tumor Board for review and to request arterial-based therapy.

Dispo: Follow up is pending Tumor Board review.

I have seen and examined the patient together with my advanced practitioner, Beth Comeaux, and the above note reflects my evaluation and plan.

Patient seen and examined, labs, chart and radiographs reviewed. Patient w/o significant h/o liver disease other than risk factors for NASH cirrhosis. Well compensated, but has cirrhotic configuration and splenomegally. His lesions are large placing him outside criteria for transplant, but appears to be well within criteria for liver directed therapy such as TACE, would recommend dual therapy with addition of either ablation or SBRT pending TACE performance.

Will review his images in our liver tumor board for furher recs. Will need chest staging as well.

I have reviewed this patient's history, peformed the physical exam, and discussed the risks, benefits, and alternatives of hepatobiliary surgery. I have discussed the risks of bleeding, pain, infection, wound complications, prolonged hospitalization, and death. I have answered all questions and provided all contact information. I have spent approximately 45 minutes with this patient, greater than half of which was spent discussing the topics of hepatobiliary surgery.

*(Electronically Signed on: 08/22/2018 12:05 PM)*

*Comeaux, Mary E CRNP*

*(Modified on: 08/22/2018 12:05 PM)*

*Comeaux, Mary E CRNP*

*(Co-Signed on: 08/22/2018 04:18 PM)*

*White, Jared A MD*

Restricted Confidential Information GRobertsJr-PPR-000097