# **EXHIBIT 4**

**Christopher M. Mele, MD**
*Board Certified Diagnostic Radiologist*
752 West Shore Drive
Kinnelon, NJ 07405
201.207.9823
cmelemd@yahoo.com

Nigh, Goldenberg, Raso and Vaughn
1333 College Parkway #1049
Gulf Breeze, FL 32563

      **Re:**    Gaston Roberts
               DOB: 10/6/1955
               EOC: 4/8/2016 – 8/7/2018

March 9, 2025

**Request for Statement of Opinion**

A request for this expert radiology opinion was received from the attorneys representing Mr. Gaston Roberts at Nigh, Goldenberg, Raso and Vaughn to evaluate the imaging examinations and final radiology reports listed below. All of the findings and opinions set forth in this report are expressed to a reasonable degree of medical certainty.

**Materials Reviewed**

    A) *Imaging Studies*

| Date | Examination | Location |
|---|---|---|
| 4/8/2016 @ 10:00 | Ultrasound of the Abdomen | North Baldwin Infirmary Hospital |
| 4/19/2016 @ 12:50 | CT scan of the Abdomen and Pelvis | Thomas Medical Center |
| 7/17/2018 @ 15:18 | CT scan of the Abdomen and Pelvis | IHS FED Malbis |
| 7/17/2018 @ 16:42 | Ultrasound of the Abdomen | Thomas Malbis FED |
| 8/7/2018 @ 09:48 | MRI of the Abdomen | Infirmary Medical Plaza |

    B) *Medical Documentation*

1. Final Radiology Reports
   a. Ultrasound of the Abdomen – April 8, 2016
   b. CT scan of the Abdomen and Pelvis – April 19, 2016
   c. CT scan of the Abdomen and Pelvis – July 17, 2018
   d. Ultrasound of the Abdomen – July 17, 2018
   e. MRI of the Abdomen – August 7, 2018

**Review of Imaging Examinations, Medical Documents and Statement of Opinion:**

I have reviewed a series of Imaging examinations performed on Mr. Gaston Roberts during an episode of care between April 8, 2016 and August 7, 2018. I have been asked to provide an expert radiology opinion regarding whether or not there was any definitive imaging evidence of hepatocellular carcinoma, which was diagnosed in 2018, on any of the prior imaging examinations performed in 2016.

An ultrasound examination of the abdomen, performed on April 8, 2016, demonstrated increased echogenicity of an enlarged liver, measuring approximately 20 cm, consistent with fatty infiltration. A 2.0 cm hypoechoic area located on images labeled as anterior right hepatic lobe was without posterior acoustic enhancement and

demonstrated low level doppler flow. In addition, a second 1.8 cm hypoechoic area located more centrally in the liver on images labeled as "trans" and "sag" was without posterior acoustic enhancement or doppler flow. Differential diagnosis for these findings would favor solid over cystic etiologies such as focal fat sparing of the liver parenchyma, cirrhotic nodules and neoplasm. Further characterization with CT or MR imaging was indicated. This examination was otherwise significant for an enlarged spleen measuring approximately 14.7 cm, post-surgical absence of the gallbladder and a left renal cyst. The remainder of the examination was unremarkable with respect to the evaluation of the liver parenchyma.

A CT scan of the abdomen and pelvis was performed both without and with intravenous contrast administration on April 19, 2016. Non-contrast CT images demonstrated an enlarged liver with a nodular surface contour, enlargement of the caudate lobe, and diffuse heterogenous attenuation throughout the liver parenchyma including sub-centimeter foci of both increased and decreased attenuation. This constellation of imaging findings is commonly observed in patients with underlying cirrhosis. In addition, there was evidence of fatty infiltration of the liver parenchyma and an enlarged spleen measuring approximately 16 cm. There was no evidence of ascites.

On subsequent multiphasic contrast enhanced imaging, aside from sub-centimeter foci of low attenuation noted within segments 6, 7 and 8 of the right hepatic lobe, there were no focal areas of abnormal enhancement, architectural distortion, portal vein or vessel thrombosis. There was recanalization of the paraumbilical vein, and the main portal vein measured approximately 17 mm in greatest diameter. There was no evidence of significant or suspicious lymphadenopathy. It is impossible to confirm with any degree of medical certainty that any of the areas of decreased attenuation within the liver parenchyma represent the same hypoechoic foci observed on the preceding April 8, 2016 US Examination. While the findings are non-specific, the differential diagnosis would include benign etiologies such as regenerative or cirrhotic nodules over neoplastic disease when considering the presence of cirrhosis and the absence of other imaging findings more suggestive of malignancy. Otherwise, there was post-surgical absence of the gallbladder, a left renal cyst and no evidence of pulmonary nodules at the lung bases, biliary or bowel obstruction or osseous lesions. The remainder of the examination was unremarkable with respect to the evaluation of the liver parenchyma.

A contrast enhanced CT scan of the abdomen and pelvis was then performed on July 17, 2018. The appearance of the enlarged liver was unchanged in contour and heterogenous attenuation consistent with underlying hepatic cirrhosis. However, an irregular area of geographic parenchymal heterogeneity, and predominantly low attenuation, measuring approximately 8.0 cm in maximum diameter, was present in segments 5 and 8 of the right hepatic lobe. More inferiorly and posteriorly within segments 5 and 6 of the right hepatic lobe, an additional mass-like area with irregular parenchymal heterogeneity, demonstrating contrast enhancement and measuring approximately 5.0 cm in maximum diameter, was also present. These findings were not present on the prior 2016 CT Examination. It is my opinion within a reasonable degree of medical certainty that these findings were new when compared to the 2016 CT study and were highly suggestive of a hepatic neoplasm warranting further imaging investigation with MRI and/or definitive tissue biopsy.

Subsequently, a limited abdominal ultrasound examination was performed on July 17, 2018. An ill-defined and irregular hypoechoic area, measuring 3.9 cm in maximum diameter, was present on images provided within the right hepatic lobe. This examination otherwise offered no additional characterization of the lesions present on the preceding CT examination from the same day.

Finally, on August 7, 2018, an MRI Examination of the Abdomen was performed without and with the administration of intravenous contrast material. This examination confirmed the presence of multifocal liver lesions demonstrating arterial enhancement, washout and imaging features consistent with hepatocellular carcinoma in segments 5, 6 and 8 of the right hepatic lobe which corresponded to the lesions present on the July 17, 2018 CT Examination. In addition, another lesion not conspicuous on the preceding July 2018 CT, was

present within segment 8, anterior to the inferior vena cava, demonstrating imaging features indeterminate for the presence of hepatocellular carcinoma such as the lack of definitive early arterial enhancement but demonstrating washout. It is important to note that none of these lesions nor areas of abnormal focal enhancement identified on this 2018 MRI Examination were present on the initial April 19, 2016 CT Examination.

In summary, the CT scan performed on April 19, 2016 demonstrated morphologic changes of the liver and imaging findings consistent with cirrhosis including hepatomegaly, enlargement of the caudate lobe, liver surface nodularity and heterogenous attenuation of the liver parenchyma. CT imaging is considered a sensitive diagnostic tool for, and is limited to, the detection and evaluation of the morphologic changes of cirrhosis. However, the quantification, grading or scoring of any degree or severity of cirrhosis remains a clinical diagnosis utilizing a variety of imaging, pathologic, serologic, and other clinical data (such as elastography). In addition, the April 19, 2016 CT examination demonstrated fatty infiltration of the liver, splenomegaly, and recanalization of the paraumbilical vein. No ascites or portal vein thrombosis was present. There was neither focal contrast enhancement nor lesions with definitive imaging characteristics or associated findings consistent with the sole differential diagnosis of a hepatic malignancy and, specifically, hepatocellular carcinoma.

Subsequent CT and MR imaging examinations performed in 2018 demonstrated the presence of lesions with imaging features consistent with the biopsy proven hepatocellular carcinoma. None of the lesions, and their associated imaging findings, consistent with the hepatocellular carcinoma identified in 2018 were present on the initial 2016 CT examination. Furthermore, the hepatocellular carcinoma discovered in 2018 does not correspond with the precise locations of the sub-centimeter foci of decreased attenuation observed on the 2016 CT examination in segments 6, 7 or 8. In addition, considering the associated and non-specific imaging findings often present in individuals with hepatic cirrhosis, contrast enhanced MRI examinations are far superior to CT examinations in the imaging diagnosis of hepatocellular carcinoma. Therefore, it is my opinion, and within a reasonable degree of medical certainty, that the April 19, 2016 CT Examination does not demonstrate any definitive imaging evidence of the hepatocellular carcinoma present on the 2018 CT or MRI Examinations.

The exhibits that I plan to use at trial include the images from the imaging examinations listed above in Section A of this report.

All statements are made within a reasonable degree of medical certainty based upon the materials provided to me for review, as well as, my education, training and clinical experience as a practicing and board-certified Diagnostic Radiologist. Should any additional materials be presented to me for further review, this report, and the medical opinions contained here within, are subject to change.

Christopher M. Mele, MD

# **EXHIBIT A**

# Christopher M. Mele, M.D.

*Board-Certified Diagnostic Radiologist*

752 West Shore Drive
Kinnelon, NJ 07405
cmelemd@yahoo.com
201.207.9823

## Experience

| | | |
|---|---|---|
| | **NIOSH Certified B-Reader**  
Surveillance Programs, Medicolegal & Research | **March 2024 - Present** |

**Department of Veteran Affairs**
*VA New Jersey Health Care System*
East Orange, NJ / Lyons, NJ / Brick, NJ

**November 2005 – Present
(Full-Time)**

- *Chairperson/Chief VANJ HCS Diagnostic Imaging Service*
- *Rutgers Radiology Residency Program Site Director*
- *MRI Medical Director*
- *Physician Lead Combined Diagnostic Services (ICC)*
- *Healthcare Network Lead Radiologist (2006 – 2012)*
- *Deputy Chief of Staff (2016 - 2018)*
- *Physician Champion – Utilization Management (2017-20)*
- *Interim Chief – Radiation Oncology (2007-08 & 2021-22)*
- *Co-Chair Clinical Equipment Committee (2012-Present)*

*Responsibilities:* Supervise/Lead Diagnostic Radiology and Nuclear Medicine Departments
Attending Physician - Clinical Diagnostic Radiologist
Emergency and General Radiology, Musculoskeletal, Spinal & Body Imaging
Rutgers University Diagnostic Radiology Residency Clinical Site Director
Developed, Manage and Supervise Regional Teleradiology Service *(2007-Present)*
Routine Administrative and Clinical Functions as Dictated by Position
Develop, Analyze, and Respond to Quality Management Reports, Audits, and Inquiries
Prepare and Control Operational and Capital Equipment Budgets
Oversee Capital Equipment Acquisition, Installation and Physical Plant Redesign
Oversee Recruitment, Hiring and Privileging of Physicians and Clinical Staff
PQI Oversight for Physicians, Nurses, Radiology Clinical Staff, and Imaging Equipment
Policy Development for Operations to Ensure Compliance with Governing Bodies:
   -National Health Physics Program/Nuclear Regulatory Commission
   -American College of Radiology
   -The Joint Commission
   -Office of the Inspector General

*Committee Memberships:* Healthcare Network Imaging Council
Founder/Chair Facility MRI Safety Committee (2009-Present)
Facility Executive Committee of Medical Staff Member
Facility Peer Review Committee Member
Facility Radiation Safety Committee Member

**Rutgers – New Jersey Medical School**
Newark, NJ

**January 2004 – September 2005
(Full-Time)**

- *Assistant Professor* [January 2004 – January 2006]

*Responsibilities:* Musculoskeletal, Spinal, Emergency and Body Imaging
Resident & Medical Student Education

1

| | | |
|---|---|---|
| | **Locum Tenens**<br>*General Radiology Practice* | **September 2002 – October 2005** |
| *Locations:* | East Orange General Hospital<br>East Orange, NJ | *October 2005* |
| | Pascack Valley Hospital<br>Westwood, NJ | *October 2004 – December 2004* |
| | Cabrini Medical Center<br>New York, NY | *October 2003 – March 2004* |
| | Palisades General Hospital<br>North Bergen, NJ | *July 2003 – September 2003* |
| | North General Hospital<br>New York, NY | *September 2002 – February 2003* |
| | Holy Name Hospital<br>Teaneck, NJ | *September 2002 – January 2003* |
| | **Administrative time**<br>*Pending NJ State Licensure*<br>*Pending Appointment at VA NJ* | **June 2002 – September 2002**<br>**October 2005 – November 2005** |

## POST GRADUATE TRAINING

| | | |
|---|---|---|
| | **Clinical Fellowship Training**<br>*Musculoskeletal Imaging*<br>*Clinical Instructor* | **January 2003 – January 2004** |
| | Rutgers –New Jersey Medical School<br>University Hospital<br>newark, NJ | |
| | **Residency**<br>*Diagnostic Radiology* | **July 1998 – June 2002** |
| | Rutgers–New Jersey Medical School<br>University Hospital<br>newark, NJ | |
| *Honors:* | Chief Resident [January 2001 – 2002]<br>RSNA Research Program Delegate [1999] | |
| | **Internship**<br>*Transitional Year* | **June 1997 – June 1998** |
| | Baylor College of Medicine<br>& Affiliated Hospitals<br>houston, TX | |

## Education

| | | |
|---|---|---|
| | **m.d.**<br>Rutgers – New Jersey Medical School<br>newark, NJ | **August 1993 – May 1997** |
| *Honors:* | Dean's Letter of Commendation – 1993, 1994, 1995 | |

2

B.A. August 1989 – May 1993
DREW UNIVERSITY
MADISON, NJ

*Honors:* Magna Cum Laude
Drew University Honor's Research Program
Dean's List (1989 – 1993)
Beta-Beta-Beta Biological Honor Society
Polymer Award Recipient in Organic Chemistry

# CREDENTIALS

NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH
NIOSH Certified B-Reader of Chest Radiographs
NIOSH Reader ID #: 5046
March 2024 - Current

AMERICAN BOARD OF RADIOLOGY
Board Certified - Diagnostic Radiology
June 2003 - Current

LICENSURE
State of NJ: Issued 9/10/02 – Current
State of NY: Inactive

# RESEARCH

### Articles

Sofocleous, C., Bahramipour, P., **Mele**, C., et al. "Transjugular Renal Core Biopsy with a Redesigned Biopsy Set Including a Blunt-tipped Needle." *CVIR 2002; 25(2):155-7.*

Baker, S., Mann, S., **Mele**, C., Hill, H. "The Distribution of Immigrant Indian Radiologists, Revisited: A Cohort Arriving After 1980" *AOJR 2002; 7(2): 104-110*

**Mele**, C., Miller, J., "Significance of Backboard Artifact on Portable Trauma Chest Radiographs" *Emergency Radiology* 1999; 6:334-338.

Abu-Judeh, H., Miller, J., **Mele**, C., "Thoracic Computed Tomography in Victims of Blunt Trauma: Changes in Utilization After the Introduction of Helical Technology" *Emergency Radiology 1999; 6:330-333*

Wachsberg, R., **Mele**, C., Handler, B. "Cupid Symphysis: Photo Page" *AJR* 2001; 176:288

### Presentations

**Mele**, C. "VISN Teleradiology: Lessons Learned"
- VHA National Radiology Summit
- June 2009 – Arlington, VA

**Mele**, C., Sofocleous C., "Transjugular Renal Core Biopsy Using a Specifically Designed New Needle."
- •Radiological Society of North America
  - November 2000 – Chicago, IL
- •Cardiovascular & Interventional Radiological Society of Europe
  - September 2000 – Maastricht, Netherlands

**Mele**, C., Miller, J., "Significance of Backboard Artifact in Portable Trauma Chest Radiographs"
- American Society of Emergency Radiology
  March 1999 – Las Vegas, NV

3

**Chapters**

**Mele**, C., Maldjian P., Thoracic Radiology Board Review. In: Wolansky, L., Ed. Radiology Board Examination Review. Stamford: Clinical Communications Group 2001. (www.radiologyweb.com)

**Mele**, C., Maldjian, P., Quantitative Chest CT. In: Wolansky, L., Ed. The Computed Tomography Examination Review: New Frontiers in CT. Stamford: Clinical Communications Group 2000. (www.radiologyweb.com)

**Reviews**

**Mele**, C., Practical Reviews in Radiology, Volume 31, Number 5A & B, March 2005.
    1. "High Resolution Sonography of the Rib: Can Fracture and Metastasis be Differentiated?"
    2. "PVNS: MR Imaging in Pediatric Patients."
    3. "Quadrilateral Space Syndrome: Incidence of Imaging Findings in a Population Referred for MRI of the Shoulder."
    4. "Closed Reduction with CT-Guided Screw Fixation for Unstable Sacroiliac Joint Fracture-Dislocation."

**Mele**, C., Practical Reviews in Radiology, Volume 31, Number 4A & B, February 2005.
    1. "Comparison of MRI and Conventional Radiography for Assessment of Acromial Shape."
    2. "Floating Meniscus Sign: MRI in Knee Trauma and Implications for Surgery." *[Selected as Key Review for issue by editor]*
    3. "Diagnostic Value and Limitations of Flourine-18 FDG PET for Cartilaginous Tumors of Bone."
    4. "Primary Lymphoma of Bone: MRI and CT Characteristics During and After Successful Treatment."

**Mele**, C., Practical Reviews in Radiology, Volume 31, Number 3A & B, January 2005.
    1. "Sublabral Sulcus at the Posteroinferior Acetabulum: A Potential Pitfall in MR Arthrography Diagnosis of Acetabular Labral Tears"
    2. "Potential MR signs of Recurrent Carpal Tunnel Syndrome: Initial Experience" *[Selected as Key Review]*
    3. "MR Arthrography of the Hip: Diagnostic Performance of a Dedicated Water Excitation 3D Double-Echo Steady-State Sequence to Detect Cartilage Lesions."
    4. "Suspected Infant Abuse: Radiographic Skeletal Survey Practices in Pediatric Health Care Facilities."

**Mele**, C., Practical Reviews in Radiology, Volume 31, Number 2A & B, January 2005.
    1. "Frozen Shoulder: MR Arthrographic Findings."
    2. "Detection of Meniscal Tears and Marrow Lesions Using Coronal MRI." *[Selected as Key Review for issue by editor]*
    3. "Soft-tissue tumors: Value of Static and Dynamic Gadopentetate Dimeglumine-Enhanced MRI in Prediction of Malignancy"

**Mele**, C., Practical Reviews in Radiology, Volume 31, Number 1, December 2004.
    1. "Shoulder MR Arthrography: Which Patient Group Benefits Most?"
    2. "Assessment of Fat Content in Supraspinatus Muscle with Proton MR Spectroscopy in Asymptomatic Volunteers and Patients with Supraspinatus Tendon Lesions."
    3. "Dynamic Sonographic Evaluation of Peroneal Tendon Subluxation."

**Mele**, C., Practical Reviews in Radiology, Volume 30, Number 12, November 2004.
    1."Musculoskeletal MRI at 3.0T: Relaxation Times and Image Contrast."
    2."Carpal Tunnel Syndrome: Diagnostic Usefulness of Sonography."
    3." T2 Relaxation Time of Cartilage at MR Imaging: Comparison with Severity of Knee Osteoarthritis."
    4."Asymptomatic Tibial Stress Reactions: MRI Detection and Clinical Follow-up in Long Distance Runners." *[Selected as Key Review for Issue by editor]*

**Mele**, C., Practical Reviews in Radiology, Volume 30, Number 9, August 2004
    1. "Medial Meniscus Extrusion on Knee MRI: Is Extent Associated with Severity of Degeneration or Type of Tear?"
    2. "Computed Tomographic Scanning Reduces Cost and Time of Complete Spine Evaluation."
    3. "Reliability of Radiologic Assessment of Fusion: Cervical Fibular Allograft Model."

**Mele**, C., Practical Reviews in Radiology, Volume 30, Number 8, July 2004.
    1. "Articular Cartilage of the Knee: Normal Patterns at MRI that Mimic Disease in Healthy Subjects and Patients with OA."
    2." MRI in Stress Fractures and Shin Splints"
    3. "Does Doppler Analysis of Musculoskeletal Soft-Tissue Tumors Help Predict Tumor Malignancy?"

**Mele**, C., Practical Reviews in Radiology, Volume 30, Number 7, June 2004.
    1. "Assessment of Pedicle Screw Placement Utilizing Conventional Radiography and Computed Tomography: A Proposed Systematic Approach to Improve Accuracy of Interpretation."
    2. "Absent Middle Facet Sign: A Sign on Unenhanced Radiography of Subtalar Joint Coalition"
    3. "Carpal Tunnel Syndrome and Cubital Tunnel Syndrome: Work Related Musculoskeletal Disorders in Radiologists."

**Mele**, C., Practical Reviews in Radiology, Volume 30, Number 10, June 2004.
    1. "MRI of Seemingly Isolated Greater Trochanteric Fractures." *[Selected as Key Review for issue by editor]*
    2. "CT Density Measurement of Bone Graft Within An Intervertebral Lumbar Cage: Increase of Hounsfield Units As An Indicator For Increasing Bone Mineral Content."
    3. "Prospective Evaluation of CT Scanning for the Spinal Clearance of Obtunded Trauma Patients: Preliminary Results."
    4. "Diagnostic Errors by Radiology Residents in Interpreting Pediatric Radiographs in an Emergency Setting."

# EXHIBIT B

**Christopher M. Mele, MD**

*Board Certified Diagnostic Radiologist*
752 West Shore Drive, Kinnelon, NJ 07405
cmelemd@yahoo.com
201.207.9823

| | |
|---|---|
| **Experience:** | Over 20 Years of Diagnostic Radiology Clinical Practice |
| | Board Certified – American Board of Radiology (Diagnostic Radiology) |
| | NIOSH Certified B-Reader of Chest Radiographs |

**Expertise:** Diagnostic Radiology
- *Subspecialty: Musculoskeletal and Spinal Imaging*
- *NIOSH Certified B-Reader*

**Retainer Fee:** $2400.00

**Fee Schedule:** Medical Expert Witness Services: $600 / hour
- *Billed in 1-hour increments.*

Deposition Rate: $800/hour
- *Four (4) Hour Minimum - Additional time billed in 4-hour increments.*

Testimony Rate: $1000/hour
- *Eight (8) Hour Minimum - Additional time billed in 8-hour increments.*

**Other Fees:** In-Person Work and/or Travel
- All Travel Expenses Responsibility of Retaining Attorney/Entity
  - *Travel Time Billed @ $600/hour*

Cancellations
- Deposition: ≤ 10 days' notice = $1600 / ≤ 5 days' notice = $3200
- Trial: ≤ 10 days' notice = $4000 / ≤ 5 days' notice = $8000

**Terms:** All Payments are full responsibility of, and paid directly from, retaining counsel.

# **EXHIBIT C**

### *Christopher M. Mele, MD: Testimony History*

| # | Date | Case | Case/Docket # | Type | Firm | State | Year |
|---|------|------|---------------|------|------|-------|------|
| 1 | 11/12/2021 | Portillo v. | D-412-CV-2020-00394 | Deposition | James Wood Law | NM | *2021* |
| 2 | 5/18/2022 | Morganflash v. | D-202-CV-2020-02298 | Deposition | James Wood Law | NM | |
| 3 | 7/20/2022 | Caton v. | D-412-CV-2019-00064 | Deposition | James Wood Law | NM | |
| 4 | 8/10/2022 | Willet v. | MON-L-1433-19 | Deposition | Stone Mandia | NJ | |
| 5 | 11/21/2022 | Walker v. | 19-CI-00442 | Deposition | O'Brien Batten Kirtley | KY | |
| 6 | 11/29/2022 | Stagner v. | D-412-CV-2018-00606 | Deposition | James Wood Law | NM | *2022* |
| 7 | 1/10/2023 | Hosking v. | SSX-L-9-21 | Deposition | Laddey Clark Ryan | NJ | |
| 8 | 4/12/2023 | Hartsfield v. | 2020 CA 000408 | Deposition | Osborne Francis | FL | |
| 9 | 10/16/2023 | Harris v. | EF-CA-2388-17 | Trial | Cherundolo Law | NY | |
| 10 | 11/29/2023 | Ramirez v. | D-202-CV-2022-01917 | Deposition | James Wood Law | NM | *2023* |
| 11 | 5/14/2024 | Castelli v. | 001406/2020 | Trial | Duffy & Duffy Law | NY | |
| 12 | 5/21/2024 | Gonzales v. | D-202-CV-2022-02970 | Deposition | Curtis Law | NM | *2024* |
| 13 | 6/11/2024 | Browner v. | 20-SCCV-091662 | Deposition | Champion Law | GA | |
| 14 | 6/25/2024 | Corley v. | 23EV005002 | Deposition | Moriarty Law | GA | |

# **EXHIBIT D**

**In Re: Gaston Roberts Jr., Valsartan Losartan, and Irbesartan Products Liability Litigation, MDL 2875**

**MATERIALS CONSIDERED**

| Bates | Description |
| --- | --- |
| Infirmary_GRobertsJr00001 | 4/09/2016 - Ultrasound Images from Infirmary Health Disc 1 |
| ThomasHosp_GRobertsJr00001 | 4/19/2016 - CT Abdomen Images from Thomas Hospital Disc 3 |
| Infirmary_GRobertsJr00008 | 7/17/2018 - Ultrasound Abdomen Images from Infirmary Health Disc 1 |
| ThomasHosp_GRobertsJr00202 | 7/17/2018 - CT Abdomen Images from Thomas Hospital Disc 3 |
| ThomasHosp_GRobertsJr00320 | 8/07/2018 - MRI Abdomen Images from Thomas Hospital Disc 3 |
| Infirmary_GRobertsJr00014 | 4/09/2016 - Ultrasound Report |
| GRobertsJr-TH-MD-000944 | 4/19/2016 - CT Abdomen Report |
| GRobertsJr-SouCC-000254 | 7/17/2018 - Ultrasound Abdomen Report |
| GRobertsJr-SouCC-000252 | 7/17/2018 - CT Abdomen Report |
| GRobertsJr-CA-000166 | 8/07/2018 - MRI Abdomen Report |