# **<u>EXHIBIT 6</u>**

**Specific Causation Report: Gaston Roberts [Hepatocellular (Liver) Cancer]**

## I.    Introduction

I have been asked whether Mr. Roberts' NDMA exposure via valsartan was a substantial factor in causing his hepatocellular (liver) cancer. I define a substantial factor in causing liver cancer as a factor that a reasonable person would consider to have been a cause of the cancer. A substantial must be more than a remote or trivial factor. A substantial factor does not have to be the only cause of the harm.

I have reviewed the medical records and pertinent imaging of Mr. Roberts. My opinions are based on the materials and articles reviewed, as well as my education, medical training, practice as an oncologist, and my clinical observations. All of my opinions in this report are stated to a reasonable degree of medical certainty.

## Specific Causation

The Plaintiffs have retained epidemiologists, toxicologists, and other experts that have given general causation opinions regarding NDMA exposure from valsartan being able to cause hepatocellular (liver) cancer. Making that determination requires a systematic review of all the literature and animal studies and conducting a Bradford Hill causation analysis (this is a method, developed by Sir Bradford Hill in 1965 that courts have accepted as an appropriate method to assess causation). I am not being offered to give a general causation opinion. For the purposes of this report, I reviewed the general causation reports of Dr. Hecht, Dr. Plunkett, Dr. Etminan, Dr. Madigan, Dr. Lagana, Dr. Najafi and Dr. Panigrahy, and the specific causation report of Dr. Sawyer and Dr. Mele.

## II.    Qualifications

My name is Fareeha Siddiqui, M.D. I have over 20 years of clinical experience in internal medicine, hematology, and oncology and have obtained board certifications in both hematology and medical oncology. I was educated for primary school in the United Arab Emirates and England with a focus on science. In 1993, I entered the MBBS (Bachelor of Medicine and Bachelor of Science) program at Aga Khan University in Karachi, Pakistan. I graduated from this program in 1998. In 2000, I became certified as a Medical Doctor in the United States after passing the United States Medical Licensing Examination. From 2000 to 2003, I completed a residency program in Internal Medicine at the University of Illinois at Chicago. During this program, my research and practice focused on all cancers, blood disorders, and Myelodysplasias. Following the completion of my residency, I joined the Medical College of Wisconsin for a three-year period (2003-2006) where I completed a double fellowship in Hematology and Oncology. During my fellowship, research and practice, I have focused on all Solid cancers and blood disorders. A large part of my clinical work has been in treating hepatocellular (liver) cancers. As part of my three-year fellowship training, nearly half of the training was spent specifically learning about the causation, diagnosis, and treatment of solid cancers such as hepatocellular carcinoma (liver cancer).

Moreover, I have extensive experience that qualifies me to provide the opinions contained in this report within a reasonable degree of medical and scientific certainty. Following

the completion of my formal education, I joined the Hematology & Oncology Practice at St. Anne's Hospital in Fall River, Massachusetts, an affiliate of the Dana-Farber Cancer Institute. From 2006 through 2009, I actively mentored students at Brown University's Warren Alpert Medical School. As part of this mentorship, we conducted weekly didactic sessions with students at the Brown University Medical School, where we would teach how to speak with and become comfortable with diagnosing, treating, and connecting with patients. Following my tenure at St. Anne's Hospital, I accepted a position at the growing San Diego Cancer Center. In 2011, the San Diego Cancer Center was acquired by the University of California San Diego. At that time, I became an associate physician diplomate with a focus on clinical care for patients with malignant hematology disorders and solid cancer malignancies. I am currently an Associate Physician Diplomate of Medicine at the University of California San Diego. As part of my work, I diagnose and treat patients with hepatocellular (liver) cancer multiple times a day. The focus is on treating the disease as effectively and urgently as possible and then following the patient closely for any signs or side effects or recurrence. I also work closely with the Clinical Trials team and the GI Oncology team at the UCSD Cancer Center.

In the course of my work, I manage the care of hundreds of patients per year suffering from malignant disease, including hepatocellular (liver) cancer, and work extensively to manage their active disease, as well as ushering patients through the continuing care and required follow-up cancer treatment. Further, I am a committee member of the National Comprehensive Cancer Network, representing the University of California San Diego. I have attached a copy of my current CV, associated publications, and fee schedule as exhibits to this report.

### III.  **Methodology**

My opinions contained in this report are objective and reflect my review of Mr. Robert's medical records, testing results, the depositions taken in this matter, my review, analyses, and reliance upon peer-reviewed scientific literature and other publicly available documents, the reports from other retained experts, my application of that knowledge and my clinical experience to the facts specific to Mr. Roberts, and my differential diagnosis ruling in and ruling out other possible causes and contributing factors of his hepatocellular (liver) cancer.

In formulating my opinion, I followed a step-by-step process. The methodology consisted of doing a complete overview of hepatocellular (liver) cancer, causality, genetic predisposition, diagnostic criteria, prognostic criteria, and treatment regimens and their outcomes. For this initial review I used the National Comprehensive Cancer Network (NCCN) Guidelines and medical knowledge databases, including the National Cancer Institute's Division of Cancer Control and Population Sciences and UpToDate. I additionally searched PubMed (a data site with all published scientific articles) for pertinent studies relating to NDMA in valsartan and hepatocellular (liver) cancer. Some of the search terms I used included, but were certainly not limited to: hepatocellular or liver cancer, NDMA in valsartan, NDMA, carcinogenesis, toxicity leading to hepatocellular or liver cancer, hepatocellular or liver cancer causation, NDMA in valsartan and cancer, hepatocellular or liver cancer differential diagnoses, hepatocellular or liver cancer genetic predisposition, causes of hepatocellular or liver cancer, cause and effect methodology as relates to hepatocellular or liver cancer and NDMA in Valsartan, hepatocellular or liver cancer prognostic indicators, NDMA in valsartan history. Some of the literature that I reviewed and/or relied upon is discussed throughout this report.

In reaching my opinions as to Mr. Roberts specifically, I used the methodology commonly referred to as a differential diagnosis (or differential etiology) where risk factors for a disease are ruled in and ruled out as contributing causes. This method of evaluating, diagnosing, and treating patients is a method that I use day in and day out in both my teaching duties and in my clinical practice and is generally accepted in medical and scientific communities. In performing a differential diagnosis, risk factors of disease (hepatocellular/liver cancer in this case) are used to determine the most likely cause(s) of the disease. In reaching my conclusions in this instance, I have employed this same methodology.

**Differential Etiology**

To come to my opinion, as mentioned, I used a method called differential etiology. It involves three steps:

*First*, I identified risk factors associated with developing hepatocellular (liver) cancer.[1]

*Second*, I examined Mr. Roberts' medical and social history, deposition testimony, and medical records to see what, if any, risk factors apply.

*Third*, for all the risk factors that apply, I determined whether that risk factor was a substantial factor in causing hepatocellular (liver) cancer.

## IV.    Mr. Roberts' Medical History

I reviewed Mr. Gaston (Jim) Roberts' medical records, pertinent radiological images, as well as his deposition. Mr. Roberts was born on October 6th, 1955, in Bay Minette, Alabama. He completed high school and worked as a contracts manager and in-house accountant. Mr. Roberts' last employer was Sanders Hyland Corporation. He married Jan Roberts in June 1978; they had no children. His diet consisted occasionally of meat and rare instances of smoked and cured meats and pickles.[2]

**Past Medical History Significant For**

- Obesity (BMI 34.36 in 2012; 39.59 in 2016)
- Hyperlipidemia
- Coronary Artery Disease
- Hypertension
- Obstructive Sleep Apnea
- Anxiety
- Depression
- GERD

- Paroxysmal atrial fibrillation
- Non-alcoholic Steatohepatitis (NASH)
- Degenerative Joint disease
- Diabetes Mellitus
- Cirrhosis
- Penicillin allergy
- Appendectomy
- Laparoscopic cholecystectomy

---

[1] A risk factor is anything that correlates to an increased likelihood of developing liver cancer—it does not mean it is substantial factor in causing the cancer.
[2] Jan Roberts Depo at 203:25-205:7.

## Medication History

- Lansoprazole
- Acetaminophen
- Diltiazem
- Propafenone
- Triamcenolone Nasal
- Naproxen
- Aspirin

- Lutein
- Cholecalciferol
- Chondroitin/Glucosamine
- Dapagliflozin
- Metformin
- Dulaglutide

## Personal History Significant For

- Ex-smoker, smoked for up to 19 yrs quitting in 1983. Mr. Roberts was not a heavy smoker.[3]
- Ex-user of smokeless tobacco, quitting around the same time as smoking.
- Minimal alcohol use, social drinking on hunting trips.[4]

## Family Medical History Significant For

- Hypertension
- Pancreatic cancer

## Mr. Roberts' Medical History Before Being Diagnosed with HCC (Liver Cancer)

**9/15/05** Mr. Roberts presented to Cardiology Associates for chest pain; symptoms resolved. CT scan with calcium score of 9, normal ejection fraction, plaque in the LAD. Mr. Roberts also had routine follow-ups with cardiology for hypertension, coronary artery disease and Paroxysmal atrial fibrillation. Over the years, Mr. Roberts was prescribed various antihypertensive medications including amlodipine, bisoprolol, Valsartan and a combination of valsartan with hydrochlorothiazide.[5]

**8/19/09** Mr. Roberts was referred to Dr. Ives for abnormal liver function tests. Mr. Roberts reported to Dr. Ives that ever since he was a teenager Dr. David Davis told him his liver numbers were high. Mr. Roberts reported that he was seen in 2000 for same and had extensive workup done. All serology testing was negative except for slightly elevated ferritin but his hemochromatosis gene studies were negative. Ultrasound at that time was negative as well as all other serology. It was noted that "he has been told over the years that he probably has a fatty liver, i.e. NASH." It was noted that Mr. Roberts drank alcohol only on rare occasions.[6]

**9/16/09** Mr. Roberts followed up with Dr. Ives for mild transaminitis; his AST and ALT were 69 and 112. Dr. Ives' noted that Mr. Roberts' "ultrasound demonstrated fatty liver." It was also noted that Mr. Robert's cousin died of pancreatic cancer, but Mr. Roberts' pancreas was normal on ultrasound. Dr. Ives' noted "nonalcoholic steatohepatitis with no evidence of decompensation at least biochemically and physical exam showed no evidence of portal hypertension. No sequelae or

---

[3] GRobertsJr-SouCC-000040.
[4] GRobertsJR-CA-000661.
[5] GRobertsJr-CA-000758.
[6] GRobertsJR-CA-000661.

portal hypertension or psoriasis. I did discuss liver biopsy with Mr. Roberts who is not really too interested in having liver biopsy which is understandable and probably not completely necessary at this time. If he is to start lipid lowering agent, I think as long as his LFTs are monitored then it would probably be safe to at least just go ahead and start one. AST 69, ALT 112, bilirubin normal, alkaline phosphatase normal.[7]

**3/17/11** Mr. Roberts presented to Dr. Ives with complaints of regurgitation while taking twice-daily PPI. History of GERD was noted. Mr. Roberts was reviewed for gastroesophageal reflux and given the option of surgery (fundoplication) because he was not responding to the medication. He also had an upper endoscopy prior to that which was unremarkable except for a hiatal hernia. Medication lists show that he was on lansoprazole and other PPIs.[8]

**1/29/12** Labs at Monroe County Hospital show AST 82 and ALT 92.[9]

**10/26/12** visit to Dr. Bullard. Evaluation of sleep apnea.[10]

**4/24/2013** AST 52, ALT 78.[11]

**6/25/2013** AST 59, ALT 93.[12]

**11/4/2015** AST 52 ALT 78.[13]

**4/4/2016** A colonoscopy and endoscopy were unremarkable. It was noted that "Mr. Roberts c/o's of a constant 2 out of 10 pain just over his lower left ribs, not meal related and has been going on for about a year. He has a Fhx pancreatic cancer and is concerned that this is what it is. He has no N or V. No wt loss. Also c/o's of a 6 month hx of about every 5-7 days he has several loose non bloody stools with urgency, up to 8-10 day. The other days he has his nml 2-3 loose stools."[14]

**4/8/2016** Mr. Roberts underwent an ultrasound of the abdomen due to epigastric pain. The ultrasound report noted "hepatomegaly measuring 20cm. Fatty infiltrate is noted within the liver. 2 solid densities are noted within the liver measuring 2.0 and 1.8 cm at their widest diameter." A 2.5cm simple left renal cyst and splenomegaly were also noted.[15] I have reviewed the imaging myself and see no evidence that Mr. Roberts had liver cancer at this time.

**4/19/2016** Mr. Roberts underwent a CT of the abdomen. The CT report noted "Peripheral margin of liver is somewhat lobulated, particularly along the infra aspect of the left lobe. Gallbladder is surgically absent. 8 mm focal hypodensity is seen in the right lobe. No other focal liver lesions are seen. No intrahepatic biliary ductal dilation is demonstrated. Small cystic lesion is seen along the

---

[7] GRobertsJr-CA-000654.
[8] GRobertsJr-ESMS-000016.
[9] GRobertsJr-CA-000545.
[10] GRobertsJr-CA-000446.
[11] GRobertsJr-CA-000434.
[12] GRobertsJr-CA-000418.
[13] GRobertsJr-AMG-000052.
[14] GRobertsJr-ESMS-000006.
[15] Infirmary_GRobertsJr00014.

lower pole cortex of the left kidney, likely a cyst. No abnormality of the pancreas, spleen, adrenal glands, kidneys, stomach, duodenum, or the visualized portions of the small or large bowel loops is demonstrated. No free fluid or free air is demonstrated." The radiologist impression of the CT was "although nonspecific, findings above may be evidence of liver cirrhosis" and "indeterminate hyperdense lesion in the right lobe of liver, too small to definitely characterize. Benign or malignant etiologies could have this appearance."[16] I have reviewed the imaging myself and see no evidence that Mr. Roberts had liver cancer at this time.

**6/23/16** Dr. Ives noted that the prior "ultrasound and CT revealed some cysts in the liver for which a 4–6-month follow-up is recommended" and that "liver function tests slightly increased and has been told all of his life that they have been a bit and ultrasound showed fatty infiltration." It was also noted that cholestyramine helped with Mr. Roberts' diarrhea. Mr. Roberts cholestyramine-aspartame was discontinued and he was started on colestipol.[17]

**9/19/2016** Mr. Roberts filled his first prescription of valsartan-HCTZ 320-25mg that was contaminated with NDMA.

**10/24/2016** AST 43, ALT 68.[18]

**10/27/2016** During an office visits it was noted that Mr. Roberts had lost 16 pounds, his blood sugars were doing better, and "liver enzymes slightly elevated but they've always been elevated according to patient and has been worked up by Dr. Chris labs in the past for this. He's currently asymptomatic."[19]

**11/14/2016** During an office visit it was noted that Mr. Roberts had a "recent diagnosis of DM2. He is well controlled now on oral meds and feels great."[20]

**6/19/17** Mr. Roberts had an office visit for thrombocytopenia and diabetes. It was noted that Mr. Roberts had never seen a hematologist, took metformin for diabetes, and had gained 30 pounds since his last visit and coming off his diet. It was further noted, "I haven't noted in his records about a pulmonary nodule that he is not aware of. An old x-ray was found but the imaging is very hazy. Plan to repeat his films today. f/u in 6 months."[21] AST 44, ALT 58.[22]

**9/21/2017** During an office visit it was noted that Mr. Roberts' weight was unchanged, and his blood pressure was elevated. It was also noted that Mr. Roberts has a history of white coat syndrome (blood pressure is higher in a healthcare setting due to anxiety).[23]

**1/2/2018** AST 57, ALT 55.[24]

---

[16] GRobertsJr-TH-MD-000944.
[17] GRobertsJrESMS-000006.
[18] GRobertsJr-CA-000252.
[19] GRobertsJr-AMG-000038.
[20] GRobertsJR-CA-000243.
[21] GRobertsJr-AMG-000032.
[22] GRobertsJr-AMG-000036.
[23] GRobertsJr-AMG-000028.
[24] GRobertsJr-CA-000216.

**4/14/18** Mr. Roberts presented to Dr. Uddin with complaints of a two week history of cough and chest congestion with occasional wheezing.[25]

**6/19/2018** Mr. Roberts presented for an annual exam. It was noted that he was doing well with no complaints. His PSA was 0.48.[26]

### Presentation of Liver Cancer, Subsequent Treatment, and Related Complications

**7/17/2018** Mr. Roberts presented to the emergency room with complaints of abdominal pain for the past 2-3 days on his left side, radiating to the back. Mr. Robert's AST and ALT had spiked to 440 and 429, and his bilirubin was 4.0. Mr. Roberts underwent a CT of the abdomen and pelvis, and it was the radiologist impression was "hepatosplenomegaly and evidence of diffuse hepatic parenchymal disease, likely cirrhosis." [27] An abdominal ultrasound then found a "vague hypoechoic area measuring up to 3.9 cm". The radiologist impression of the ultrasound was "hepatomegaly and hepatic steatosis. Vague hypoechoic area within the right lobe of the liver…"[28]

**7/18/2018** Mr. Roberts presented to Dr. Hooks (gastroenterologist) with complaints of abdominal pain and diarrhea. It was noted that Mr. Roberts had an abnormal ultrasound and had been told he had splenomegaly and possibly changes of cirrhosis in liver. Labs revealed hepatitis A antibody – non-reactive, hepatitis B core antibody – non-reactive, and hepatitis B surface antibody – 12.8.[29]

**7/19/2018** Mr. Roberts underwent an EGD and biopsy due to upper quadrant abdominal pain with an abnormal liver test. The biopsy showed mild chronic gastritis, negative H. pylori.[30]

**8/1/2018** Mr. Robert's AFP tumor marker was high at 187.8.[31] HFE DNA mutation analysis was negative for C282Y and H63D mutations in the HFE gene.[32]

**8/7/2018** Mr. Roberts underwent an MRI of the abdomen with and without contrast due to unspecified cirrhosis of the liver and splenomegaly. The MRI found "an ill-defined mass in the right hepatic lobe measuring 5.0 x 3.6 cm with heterogeneous arterial enhancement and mildly increased T2 signal" and a "similar-appearing mass in the right hepatic lobe anterior segment measures 5.8 x. 5.1 cm." The impression was "pair of masses in the right hepatic lobe are highly concerning for hepatocellular carcinoma, especially in the setting of cirrhosis."[33]

**8/22/2018** Mr. Roberts presented to Dr. Jared White (hepatologist) "for a new patient visit for liver mass in setting of NASH cirrhosis." It was noted that Mr. Robert's liver mass was discovered on imaging during extensive workup for elevated bilirubin level, which had since normalized. Dr. White noted that Mr. Roberts had "undergone extensive work up for cirrhosis" and that the "work

---

[25] GRobertsJr-CA-000182.
[26] GRobertsJr-U&OS-000024.
[27] GRobertsJR-SouCC-000252.
[28] GRobertsJR-SouCC-000254.
[29] GRobertsJr-PPR-000010.
[30] GRobertsJr-SouCC-000263.
[31] GRobertsJr-PPR-00017; ROBERTS-MR-HOOKS-0017.
[32] ROBERTS-MR-HOOKS-0015; GRobertsJr-DMC-000038.
[33] GRobertsJr-CA-000166.

up for cirrhosis is essentially negative; however, does have history of diabetes mellitus, HTN and central obesity. Energy level is down. He has cut out sweets so has lost a few pounds. He exercises 3-4x/week. No history of confusion, ascites, LE swelling, jaundice, pruritic, hematemesis or melena. No hx of alcohol abuse. No tobacco."[34] Mr. Roberts had a Karnofsky performance status of 90 %.[35] Dr. White's diagnosis was "NASH cirrhosis and two hepatic lesions with total tumor diameter 10.8cm in setting of cirrhosis and elevated AFP concerning for HCC.

Cirrhosis:

-MELD is 8;[36] synthetic function well-preserved and amendable to liver directed therapies.

-Local workup negative for viral source.

Liver mass:

-AFP pending, previously 187

-MRI lesions concerning for HCC.

-Tumor board for review and request arterial-based therapy."

Dr. White then noted, Patient seen and examined, labs, chart and radiographs reviewed. Patient [without] significant [history of] liver disease other than risk factors for NASH cirrhosis. Well compensated, but has cirrhotic configuration and splenomegaly. His lesions are large placing him outside criteria for transplant, but appears to be well within criteria for liver directed therapy such as TACE, would not recommend dual therapy with addition of either ablation or SBRT pending TACE performance."[37]

The 8/7/2018 abdominal MRI was reviewed at UAB on 8/22/2018 and concluded (1) multiple hyperenhancing hepatic masses with washout and pseudocapsule are highly suspicious for multifocal HCC. Area of high T1 signal intensity in the interlobal lesion may represent sequela of previous biopsy. The lesions are more apparent than on the prior CT due to differences in the technique. (2) Additional lesion adjacent to the IVC without hyperenchancement displays focal washout, indeterminate for HCC. (3) Splenomegaly, consistent with portal hypertension.[38]

**9/6/2018** Mr. Roberts presented to UABs interventional radiology clinic for consultation on transarterial chemoembolization (TACE). It was noted that Mr. Roberts previously "presented to his local emergency department with symptoms of kidney stone, and multifocal liver lesions were seen on imaging. Patient has not had any symptoms leading up to this point. He had elevated bilirubin at that time up to 4, but it has since normalized."[39] Mr. Roberts was diagnosed with HCC (liver cancer) and scheduled for a TACE procedure the following day.[40]

**9/07/2018** Mr. Roberts underwent Transarterial Chemoembolization (TACE).[41]

**9/12/2018** A CT of the abdomen with and without contrast was performed and concluded, "multiple ablation defects are now seen within the right hepatic lobe in this patient with known

---

[34] GRobertsJr-PPR-000093.

[35] GRobertsJr-PPR-000096.

[36] Model for End-Stage Liver Disease (MELD) is a numerical grading system from 6-40 for patients with cirrhosis.

[37] GRobertsJr-PPR-000097.

[38] GRobertsJr-UABHIM-MD-000028.

[39] GRobertsJr-UABHIM-MD-000002.

[40] GRobertsJR-UABHIM-MD-000006.

[41] GRobertsJr-UABHIM-MD-000136.

multifocal hepatocellular carcinoma. Areas of arterial enhancement are seen at the periphery of these ablation defects. Continued close surveillance is needed."[42]

**10/10/2018** Mr. Roberts underwent a CT of the chest to rule out metastases of his hepatocellular carcinoma. There was no evidence of metastases.[43] Mr. Roberts then underwent an MRI of the abdomen with and without contrast to evaluate for residual disease post TACE. Post TACE changes were noted in segment 6 and segment 8 of the liver and a new 2 cm lesion was also noted in the segment 8 of the liver which was suspicious for a new cancerous lesion.[44] AFP at that time was 52. It was noted that Mr. Roberts MRI showed "evidence of some treatment response with some areas of peripheral enhancement around the treated masses suspicious for possible residual tumor versus post-treatment perfusion defects." Mr. Roberts "desire[d] an additional session of chemoembolization", which was scheduled.[45]

**10/18/2018** Mr. Roberts underwent another TACE procedure.[46]

**11/21/2018** Mr. Roberts underwent an MRI of the abdomen with and without contrast to evaluate for residual tumor post TACE.[47] The imaging was consistent with improvement in disease status. Post TACE changes were noted in segment 8 and segment 5. The 2 cm lesion was again noted in segment 8. AFP had come down to 30 at this point. Following imaging, Mr. Roberts saw Dr. Verma in Interventional radiology clinic and it was noted that Mr. Roberts was "doing very well clinically." Dr. Verma also noted the MRI "demonstrates peripheral enhancement but no washout of lesions which could be perfusion deficit vs residual tumor. Recommend surveillance at 3 months, review at tumor board, consider Y90 as next liver-directed therapy."[48]

**12/3/2018** Mr. Roberts presented to Dr. William McEvoy at Southern Cancer Center for evaluation and management of stage IIIA hepatocellular carcinoma. Dr. McEvoy recommended Mr. Roberts begin treatment with Lenvatinib 8mg daily to treat his cancer.[49]

**12/18/2018** During an office visit it was noted that Mr. Roberts was "having some fatigue. ? due to Chemo."[50]

**1/4/2019** It was noted that Mr. Roberts "tolerated his first dose of Lenvatinib well with minimal side effects" and would remain on the same dose. It was also noted that Mr. Roberts AST, ALT, and bilirubin were slowly trending upwards.[51]

**2/1/2019** It was noted that Mr. Roberts remained "thrombocytopenic but, overall, PLT count is relatively stable. Bilirubin is also holding stable at 2.0. We are going to proceed with his next cycle

---

[42] GRobertsJr-UABHIM-MD-000151.
[43] GRobertsJr-UABHIM-MD-000029.
[44] GRobertsJR-UABHIM-MD-000031.
[45] GRobertsJr-UABHIM-MD-000032-36.
[46] GRobertsJr-UABHIM-MD-000155.
[47] GRobertsJr-SouCC-000245.
[48] GRobertsJr-UABHIM-MD-000042.
[49] GRobertsJr-SouCC-000235.
[50] GRobertsJr-AMG-000018.
[51] GRobertsJr-SouCC-000231.

of Lenvatinib as planned." Mr. Roberts also reported some left upper quadrant abdominal pain and constipation alternating with diarrhea. It was noted that his appointment, Mr. Roberts would be heading to his hunting camp to go deer hunting."[52]

**2/20/2019** Mr. Roberts underwent another MRI of the abdomen with and without contrast. Post TACE changes were noted, and the rest of the scan was unremarkable. The peripheral enhancement seen earlier was now reduced. The 2 cm arterially enhancing lesion in segment 8 had reduced in size.[53] It was noted that Mr. Roberts was tolerating lenima 8mg well with no side effects.[54]

**3/1/2019** During a followup visit Dr. McEvoy noted, "In the setting of radiographically stable disease with an ever so slight increase in the AFP, I have opted to keep him on Lenvatinib."[55]

**3/29/2019** During a followup visit it was noted that Mr. Roberts was experiencing treatment induced diarrhea and fatigue. Even with these symptoms, Dr. McEvoy considered Mr. Roberts to be tolerating the Lenvatinib well with only some mild side effects, and therefore proceeded with his next treatment cycle.[56]

**4/3/2019** During an office visit Mr. Roberts reported he "had issue with loose stools and has had a single episode of fecal incontinenece."

**4/12/2019** Mr. Roberts presented to Dr. McEvoy and it was noted, "He is not felling all that well today. He is still having issues with fatigue. He has been having some abdominal bloating in addition to some flank pain. Urine has been dark in color. He felt so bad that he was unable to go hunting this past weekend." Dr. McEvoy kept Mr. Roberts on Lenvatinib, refilled his pain medication, and ordered a CT of his abdomen.[57]

**4/15/2019** Mr. Roberts underwent a CT of the abdomen and pelvis with contrast. The impression of the CT was, "new subcapsular right lobe liver lesion with surrounding smaller nodular lesions. This finding is concerning for progression of multifocal hepatocellular carcinoma or intrahepatic metastatic lesions."[58]

**5/22/2019** Mr. Roberts underwent an MRI of the abdomen with and without contrast, which revealed new rim-like arterial enhancement adjacent to sub capsular ablation defect in segment V of liver concerning for recurrent disease. The HCC in segment 8 was unchanged around 1.5 cm in size. An internal development of thrombus in right and main portal vein was noted. No binary dilatation was noted.[59]

**5/31/2019** Mr. Roberts' case was discussed at the UAB Multidisciplinary Liver Tumor Board after a detailed review of his clinical course, radiographic imaging and lab values. It was determined that "The recent surveillance MRI report with no viable tumor; however, AFP continues to rise,

---

[52] GRobertsJr-SouCC-000227.
[53] GRobertsJr-UABHIM-MD-000057.
[54] GRobertsJr-UABHIM-MD-000047.
[55] GRobertsJr-SouCC-000223.
[56] GRobertsJr-SouCC-00219.
[57] GRobertsJr-SouCC-000215.
[58] GRobertJr-CA-000144.
[59] GRobertsJr-UABHIM-MD-000070.

now 56. On further review, there is an untreated 3.5cm HCC adjacent to the IVC that has been present since diagnosis, but better defined now. It was not visible on the TACE arteriogram so will not be visible for FACE. It is not amenable to ablation given close proximity to IVC. Tumor Board recommendations are for SBRT. Will be scheduled for fiducial marker placement. Continue Lenvatinib."[60]

**6/7/2019** Mr. Roberts presented for a follow-up visit and it was noted that "he is on chemo and about to start radiation… He reports [weight] loss and profound fatigue [with] chemo."[61]

**6/10/2019** Mr. Roberts underwent "CT-guided placement of three fiducial markers in the right hepatic lobe segment VIII."[62]

**6/14/2019** Mr. Roberts presented to the ER with complaints of upper abdominal pain x2 days and underwent a chest CTA.[63] Dr. Geoffrey Odom noted, "Appears patient has mild right-sided colitis. Upon recheck he states he is actually feeling much better and wants to go home. I discussed hospitalization with the patient. He states he is feeling much better and wants to go home. He seems reliable to return if his symptoms worsen I think a trial of outpatient antibiotics seems reasonable. He wants to avoid any possible hospital nosocomial infections given his impending radiation chemotherapy for liver cancer."[64] His AST was 43 and ALT 44.[65]

**6/26/2019** Mr. Roberts presented to Dr. Hooks with epigastric abdominal pain. Dr. Hooks reviewed the recent CT and noted, "the right-sided colitis is minimal at best. I would not have called it based on my evaluation. I do not see anything here that would make me believe he needs a colonoscopy prior to starting his radiation therapy."[66]

**7/5/2019** Mr. Roberts presented to Dr. McEvoy and it was noted that Mr. Roberts had been taking Ambien for insomnia and that his fatigue was a little better since he had been sleeping better. It was also noted that Mr. Roberts was "scheduled to undergo radiation therapy at UAB in the next several weeks. He remains complaint with his Lenvatinib."[67]

**7/10/2019** Mr. Roberts underwent sterotactic body radiotherapy (fraction 1).[68]

**7/12/2019** Mr. Roberts underwent sterotactic body radiotherapy (fraction 2).[69]

**7/15/2019** Mr. Roberts underwent sterotactic body radiotherapy (fraction 3).[70]

---

[60] GRobertsJr-SouCC-000204.
[61] GRobertsJr-CA-000111.
[62] GRobertsJr-UABHIM-MD-000168.
[63] GRobertsJr-CA-000109.
[64] GRobertsJr-SouCC-000199.
[65] GRobertsJr-SouCC-000199.
[66] GRobertsJr-TH-MD-001101
[67] GRobertsJr-SouCC-000188.
[68] GRobertsJr-UABHIM-HM-000073.
[69] GRobertsJr-UABHIM-MD-000074.
[70] GRobertsJr-UABHIM-MD-000075.

**8/2/2019** Mr. Roberts had a follow-up with Dr. McEvoy and it was noted "He is doing relatively well today. Had some bloating and some pain under his rib cage following his recent SBRT. Diarrhea seems to be better. Insomnia is well controlled with the Ambien. His pain is also well controlled on his current opioid regimen. He does request refills of the Ambien and pain medications today."[71]

**8/7/2019** Mr. Roberts presented to Dr. Sanders and it was noted that Mr. Roberts "just finished radiation and chemotherapy UAB. His alpha-fetoprotein levels been fluctuating a bit but his spirits are good and is doing well. Sugars been under good control he has had some weight loss, probably 10 pounds with his chemotherapy treatments."[72]

**8/30/2019** Mr. Roberts had a follow-up visit with Dr. McEvoy and it was noted, "AFP has been trending upwards. He does endorse some rib and upper quadrant abdominal pain which seems to mostly be localized on the left. He describes the discomfort as bloating and rates it as a 2-3 on a scale of 1-10. Throughout the course of the day he is unable to take his pain medicine as it is rather sedating. He takes 800mg of Ibuprofen on an as needed basis every several days and this does help with his symptoms. Still having issues with fatigue and is unable to enjoy the things that he likes on the weekends."[73]

**9/11/2019** Mr. Roberts presented to Dr. Hooks with a change in bowel habits. Mr. Roberts reported "discomfort across his entire abdomen. The pain does not really improve after having a bowel movement. He will have multiple loose stools, especially after eating. In the morning he will sometimes have 4 maybe even 5 stools in the morning."[74]

**9/23/2019** Mr. Roberts presented to the ER with complaints of repeated nose bleeds from both nares that last for approximately 10 minutes with bright red blood and clots. It was noted "patient has a history of liver cancer he is on daily chemotherapy for the last 1 year. Radiation 3 months ago x3." A Merocel sponge was placed in his nares and he was instructed to leave it in place for the next 48 hours.[75]

**9/27/2019** Mr. Roberts presented to Southern Cancer Center and it was noted that Mr. Roberts had "presented to the ER on Monday with severe nose bleed that required packing with Merocel sponge. PLT count at that time was 94k. He was placed on Ceftin. Today Mr. Roberts is experiencing low grade fever, chills, and myalgia. He states he feels like he has the flu. He still has mild diarrhea but this is overall unchanged. He continues to take his Lenvima. CBC today shows a WBC of 6.5, H&H 14/43, and PLT count of 108k." Dr. McEvoy decided that "given his ongoing viral like symptoms we are going to hold his Lenvima for two weeks."[76]

**10/11/2019** Mr. Roberts presented to Dr. McEvoy and it was noted "He is feeling better today. He has been off the Lenvatinib for about two weeks now. He complains of abdominal bloating and

---

[71] GRobertsJr-SouCC-000180.
[72] GRobertsJR-AMG-000013.
[73] GRobertsJr-SouCC-000176.
[74] GRobertsJr-DMC-000020; GRobertsJr-PPR-000001.
[75] GRobertsJr-SouCC-000170.
[76] GRobertsJr-SouCC-000166.

abdominal discomfort. He has also been having some issues with constipation. This is alternating with occasional watery stools… He complains of persistent fatigue and just does not have the energy that he used to."[77]

**10/16/2019** Mr. Roberts underwent an MRI of the abdomen with and without contrast revealed two lesions with arterial hyper enhancement. One of these was 2.6cm in size along the superior aspect of previous TACE. This was concerning for recurrence. A rim-like enhancement of disease was also noted in segment 5 which was again concerning for recurrence.[78]

**10/17/2019** Mr. Roberts presented for a follow up and reported he had "been doing well. He's working 4 days/week now instead of 5. He went fishing and dove hunting recently, but ended up getting dehydrated due to excessive heat and had to have fluids in the ED. Dr. McEvoy held his lenvima for 2 weeks to help him get over it, but he recently resumed treatment. He didn't notice much difference in the way he felt off Lenvima. He's developed some abdominal and LE swelling since July. Not on diuretics. He has discussed a possible paracentesis with Dr. McEvoy. He's lost about 7# by our scales since July. No tobacco or alcohol." AFP 91, AST 49, ALT 37. Mr. Robert's case was presented again at a multidisciplinary tumor conference at UAB, and it was recommended that he undergo repeat Transarterial Chemoembolization to both lesions in the right hepatic lobe.[79]

**10/22/2019** Mr. Roberts presented to Dr. Hooks with rectal pain, noted to be very painful, and hemorrhoids.[80]

**10/30/2019** Mr. Roberts presented to Dr. Sanders "with several days of diarrhea but it has subsided now. He's got some blisters and raw skin around his rectum." It was noted that Mr. Roberts "has liver cancer with metastases and has lost 21 pounds with his chemotherapy. His spirits seem to be good, his energy levels low."[81]

**11/5/2019** Mr. Roberts was given further TACE to these lesions in the right hepatic lobe. Following the procedure, it was recommended that he remain on systemic therapy with either Lenvatinib or transition to Nivolumab. "Post-up he had significant postembolization pain and nausea, which prompted an overnight admission for observation."[82]

**11/8/2019** Mr. Roberts presented to Dr. McEvoy and it was noted, "He is not doing well today. His wife reports that he has not been feeling well for the last day or two. Following his TACE procedure, he required hospitalization overnight for pain and hypertension. His appetite has been poor and he is not eating or drinking all that much. He is very fatigued today and has been experiencing some dizziness. He still has the pain up under his rib cage on both sides."[83]

**11/9/2019** "Mr. Roberts has been undergoing treatment most recently with oral Lenvima. This has been stopped and the plan was to start Opdivo in the next few weeks. He presented to the clinic

---

[77] GRobertsJr-SouCC-000162.
[78] GRobertsJr-UABHIM-MD-000101.
[79] GRobertsJr-SouCC-000152; GRobertsJr-PPR-000212.
[80] GRobertsJr-DMC-000016.
[81] GRobertsJr-AMG-00009.
[82] GRobertsJr-SouCC-000143.
[83] GRobertsJr-SouCC-000137.

yesterday and was found to be hypotensive with an initial blood pressure in the 60s systolic. He was given 2 liters of normal saline and this only came up to the 80s. He also had a UA done that was concerning for urinary tract infection, so the decision was made to have Mr. Roberts directly admitted to Thomas Hospital for workup and treatment of possible sepsis. Prior to being sent to the hospital he was given IV antibiotics".[84]

**11/19/2019** Mr. Roberts underwent ultrasound-guided paracentesis,[85] which removed 5500ml of ascitic fluid.[86]

**11/22/2019** Mr. Roberts presented to Southern Cancer Center and it was noted "He has most recently been on Lenvatinb. Unfortunately, he was found to have evidence of progression, rising AFP and worsening liver lesions. He underwent TACE x 2 lesions of the right hepatic lobe at UAB Nov 2019. Plan is to start him on Nivolumab today. He recently had repeat paracentesis with over 5 liters removed. He is feeling much better since that procedure."[87]

Mr. Roberts then presented to the emergency department with "abdominal pain and distention as well as shortness of breath due to the distention. Mr. Roberts reported "he had received IV dose of chemotherapy today". An abdominal CT showed "hypoenhancing masses in the liver with an enlarging area in the inferior right hepatic lobe. Moderate ascites and splenomegaly." Mr. Roberts has admitted to the hospital.[88]

**11/23/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 3500 ml of ascitic fluid.[89]

**12/4/2019** Mr. Roberts underwent an MRI of the abdomen with and without contrast, which did not reveal any evidence of recurrence, but noted "slightly worsened moderate volume ascites."[90] During an interventional radiology clinical follow-up it was noted, "Since the SACE patient stopped taking his Lasix and has redeveloped ascites which required multiple paracentesis. Patient is having some fatigue and abdominal pain from the ascites. Patient underwent a repeat MRI today and was seen in the liver clinic."[91] Mr. Roberts then presented for an office visit and it was noted, "He had difficulty with breath holds during his MRI today. He's taking Lasix. No confusion. Losing muscle mass. His friends took him hunting recently. Dry weight is 208. No tobacco or alcohol."[92]

**12/5/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 6,900 ml of ascitic fluid.[93]

---

[84] GRobertsJr-TH-MD-001213.
[85] Intraperitoneal drainage (paracentesis) is a highly complex and painful procedure where a large bore needle is inserted into the peritoneal cavity and fluid is extracted.
[86] GRobertsJr-SouCC-00136.
[87] GRobertsJr-SouCC-000130.
[88] GRobertsJr-CA-000098.
[89] GRobertsJr-SouCC-000117.
[90] GRobertsJr-UABHIM-MD-000119.
[91] GRobertsJr-UABHIM-MD-000103.
[92] GRobertsJr-SouCC-000113.
[93] GRobertsJr-SouCC-000110.

**12/10/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 6,225 ml of ascitic fluid.[94]

**12/13/2019** Mr. Roberts presented to an office visit and it was noted, "He is not doing well today. Over the last 4 days he has been having a lot of difficulty with urinating. When he attempts to urinate, he strains a lot and it is very painful. He states that he saw the NP at his urologists and was told that he does not have a urinary tract infection. They are started him on some Flomax but this has not helped as of yet. He also complains of constipation and last normal bowel movement was about 4 days ago. This has been leading to lack of sleep at night. On 12/05/2019 he was seen back at UAB at which time he underwent MRI of the liver which revealed no new hepatic lesions. They have recommended holding the Opdivo."[95]

**12/17/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4,000 ml of ascitic fluid.[96]

**12/24/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 6,900 ml of ascitic fluid.[97]

**12/27/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 5600 ml of ascitic fluid.[98]

**12/28/2019** Mr. Roberts presented to the ER with complaints of "generalized abdominal pain" and reported that "he has morphine at home but it is not working."[99] Mr. Roberts was then admitted to the hospital and it was noted, "yesterday underwent paracentesis with removal of large amount of ascites, however developed worsening abdominal pain that was not being controlled with MS Contin that he is currently receiving at home."[100]

**12/31/2019** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4,000 ml of ascitic fluid. It was noted that "Dr S Coleman has changed pt's diuretics, increasing Aldactone and a second dose of Lasix." Mr. Roberts' weight was recorded at 194 pounds. Mr. Roberts was discharged from the hospital and instructed to continue flagyl and cefdinir for 5 more days.[101]

**1/6/2020** Mr. Roberts presented to Dr. McEvoy and it was noted, "his pain with urination has resolved. His abdomen remains distended and he feels as though it is time for repeat paracentesis. When his abdomen becomes swollen, he has a lot of low back pain which affects his ability to sleep at night. He was taking MSContin but states that this makes him itch a lot. He would like to go back to the Zohydro as he tolerated this well. He states that his pain was also well controlled while receiving Dilaudid in the hospital." Dr. McEvoy noted, "Mr. Roberts' recurrent ascites is

---

[94] GRobertsJr-SouCC-000108.
[95] GRobertsJr-SouCC-000099.
[96] GRobertsJr-PPR-000220.
[97] GRobertsJr-PPR-000219.
[98] GRobertsJr-PPR-000218.
[99] GRobertsJr-CA-000085.
[100] GRobertsJr-CA-000077.
[101] GRobertsJr-CA-000078.

secondary to his decompensated cirrhosis." Dr. McEvoy recommended, "see if we can get him back on the Zohydro as he has tolerated it well in the past. I am also giving him a prescription for Dilaudid 2 mg every 4 hours as needed for breakthrough pain. My hope is that if we can get his pain under better control it will allow him to sleep at night." Mr. Robert's Eastern Cooperative Oncology Group (ECOG) status was 2 on this visit, which meant that his functional status was declining significantly.[102] Mr. Roberts then underwent an ultrasound-guided paracentesis, which removed 6000 ml of ascitic fluid.[103]

**1/10/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4500 ml of ascitic fluid.[104]

**1/13/2020** Mr. Roberts presented to the emergency room reporting "the pain is too unbearable to remain at home." Mr. Roberts was admitted to the hospital, started on IV narcotics, and underwent paracentesis, removing 3500 ml of ascitic fluid. Mr. Roberts AST was 61 and ALT 67 at admission.[105]

**1/16/2020** Mr. Roberts was discharged from the hospital with a diagnosis of refractory ascites and an acute kidney injury (creatinine 2.4), mild hyperkalemia and hyponatremia. Mr. Roberts reported being concerned about insomnia. Dr. Erdman "advised that we should avoid oversedation if possible. Hold off on Ambien. Will give a trial of trazodone."[106]

**1/17/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 2200 ml of ascitic fluid.[107]

**1/20/2020** Mr. Roberts presented to Dr. McEvoy and it was noted, "He has not been doing all that well. He was recently hospitalized with recurrent ascites requiring paracentesis. He has also been having issues with insomnia. His current dose of Tranodone is 100 mg nightly and this dose does not appear to be helping him all that much. He recently saw Dr. Hooks of gastroenterology. He reports that Dr. Hooks told him that his prognosis was not very good." Dr. McEvoy noted, "I had a long discussion with Mr. Roberts and his wife during the clinic visit today. We discussed goals of care. I do not feel as though he is a good candidate for any form of systemic therapy at this time. He is not ready to enroll in hospice right now. Therefore, we will continue supportive care with paracentesis as needed. I am switching him from Trazodone to Restoril to see if we can get his insomnia under better control."[108]

**1/21/2020** Mr. Roberts presented to an office visit and it was noted, "He reports that he is going up to the camp this weekend. He reports that he has a good head on his shoulders. He is working on his attitude."[109]

---

[102] GRobertsJr-PPR-000212.
[103] GRobertsJr-PPR-000212.
[104] GRobertsJr-PPR-000216.
[105] GRobertsJr-CA-000073.
[106] GRobertsJr-CA-000066.
[107] GRobertsJr-PPR-000210.
[108] GRobertsJr-PPR-000205.
[109] GRobertsJr-PPR-000201.

**1/22/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 2000 ml of ascitic fluid.[110]

**1/28/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 3000 ml of ascitic fluid.[111]

**2/3/2020** Mr. Roberts presented to Dr. Jones and it was noted, "He is doing a little better today. He reports he has been working with physical therapy and feels as though he is getting stronger. He is still requiring paracentesis on a weekly basis but states that the amount of fluid that they are drawing off each time is decreasing. He recently was restarted on Lasix by Dr. Hooks. He complains of insomnia today and reports that the Restoril is not helping. He even tried doubling the dose but was still having difficulty sleeping." Dr. Jones noted, "I had a long discussion with Mr. Roberts and his wife regarding goals of care today. His AFP is up to 57.5 from 20.9. We discussed restarting his Nivolumab but I think it would be best to hold off on this until he gets a little bit stronger… I am switching him from Restoril to Doxepin in hopes that helps with his insomnia." Mr. Roberts was anemic and thrombocytopenic with Hb of 11.5 and Platelets of 136.[112] Mr. Roberts then underwent a paracentesis, removing 4200 ml of ascitic fluid.[113]

**2/5/2020** Mr. Roberts had a follow-up visit regarding issues with ascites. It was noted that "Dermabond has helped with oozing of the ascitic fluid after a paracentesis."[114]

**2/7/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4800 ml of ascitic fluid.[115]

**2/11/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 5100 ml of ascitic fluid.[116]

**2/14/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 2600 ml of ascitic fluid.[117]

**2/18/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4400 ml of ascitic fluid.[118]

**2/21/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4800 ml of ascitic fluid.[119]

---

[110] GRobertsJr-PPR-000200.
[111] GRobertsJr-PPR-000198.
[112] GRobertsJr-PPR-000192.
[113] GRobertsJr-PPR-000196.
[114] GRobertsJr-DMC-000005.
[115] GRobertsJr-PPR-000191.
[116] GRobertsJr-PPR-000189.
[117] GRobertsJr-PPR-000187.
[118] GRobertsJr-PPR-000186.
[119] GRobertsJr-PPR-000184.

**2/25/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 4200 ml of ascitic fluid.[120]

**2/26/2020** Mr. Roberts presented to Dr. Hooks and it was noted, "I think that he has some worsening hepatic encephalopathy—starting [with] change in sleep patterns."[121]

**2/28/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 2800 ml of ascitic fluid.[122]

**3/3/2020** Mr. Roberts underwent an MRI of the abdomen with and without contrast, which did not reveal any local recurrence. Pleural effusion and ascites were noted in the scan.[123] A chest X-ray found "interval new elevation of the right hemidiaphragm is concerning for right diaphragmatic paralysis."[124] During an office visit it was noted, "he reports that he recently fell in the bathroom. Has been SOB… McElovy stopped Opdivo after his last visit here. When he showed up for the last infusion, he was very dehydrated and needed IVF's that day. He has not had any opdivo since then. He will see Dr. McElvoy on 3/9. His appetite hasn't been as good and he doesn't drink a lot of fluids. He's lost about 26 pounds since the last visit by our scales. About 50# total since July 2019… His employer gave him a lap top and he is doing a small amount of work from home." Mr. Roberts wife and mother were present at the visit and there was "a lengthy goals of care discussion. Due to Mr. Robert's poor condition, he was deemed unsuitable for any further liver directed or systemic therapy and for this reason further surveillance was suspended. His AFP was 106 at this time.[125]

**3/4/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 2800 ml of ascitic fluid.[126]

**3/5/2020** Mr. Roberts presented to the ER with his wife and several family members due to "shortness of breath and a syncopal episode." It was noted, "Patient describes dizziness now while sitting on the stretcher. He is tachycardic and hypotensive. He feels mildly short of breath and has pain on the right side of his chest."[127] It was determined that Mr. Roberts had pneumothorax and "patient had a large gush of blood when the initial chest tube was placed and it likely forced the tube out into the soft tissue space" Eventually, approximately 3 liters of blood was removed from Mr. Robert's chest.[128]

**3/6/2020** It was noted that Mr. Roberts had previously "underwent paracentesis and thoracentesis and subsequently developed a rt. hemothorax. He required PRBC and FFP transfusion." Mr. Roberts was extubated and discharged home.[129]

---

[120] GRobertsJr-PPR-000181.
[121] GRobertsJr-DMC-000002.
[122] GRobertsJr-SOUCC-000058.
[123] GRobertsJr-UABHIM-MD-0000134.
[124] GRobertsJr-UABHIM-MD-000133.
[125] GRobertsJr-SouCC-000053.
[126] GRobertsJr-SouCC-000052.
[127] GRobertsJr-CA-000058.
[128] GRobertsJr-CA-000060.
[129] GRobertsJr-SouCC-000046.

**3/10/2020** Mr. Roberts underwent an ultrasound of the abdomen, showing "only trace ascites in the midline. Insufficient fluid for paracentesis."[130]

**3/12/2020** Mr. Roberts underwent an ultrasound-guided paracentesis, which removed 700 ml of ascitic fluid.[131]

**3/14/2020** Mr. Roberts was admitted to the hospital for IV pain and anxiety medications. It was noted, "Difficulty getting ammonia levels down. Continued AMS with combative behavior in the evenings. Met with wife and discussed goals of care and using these goals direct treatment decisions. Discussed code status. Discussed benefits and qualifications of hospice. Wife does not want patient to go to facility. She has been hesitant to do hospice but she realizes that his condition has declined from even a few weeks ago. She would like to take him home. Discussed that the best way for this to happen and him to be able to get the care he needs is hospice. Home health will not be enough. The patient will likely require 24 hr care – she understands that hospice does not provide 24 hr care and that this would have to be done by family members or paid sitters. Wife is disabled so she will need some help at home. Hospice at a facility is not financially possible. Discussed qualifications for inpatient hospice. Recommended DNR status – wife would like to think about it. Wife is accepting of his prognosis but is not ready to make any decisions right now."[132]

**3/15/2020** Mr. Roberts "required multiple dose of IV morphine overnight to control symptoms. SubQ air continuous to expand and cause trouble swallowing and SOB. Neuro status has continued to decline."[133]

**3/16/2020** Mr. Roberts had an "episode of agitation overnight. Continues to require IV meds for symptomatic relief."[134]

**3/17/2020** Mr. Roberts' "meds titrated up to get better control of symptoms. Pt with increased agitation/air hunger at night." Later that evening, Mr. Roberts passed away.[135] The only cause of death listed on his death certificate was "liver cell carcinoma".[136]

## Diagnosing HCC (Liver Cancer)

Hepatocellular carcinomas are most often diagnosed without needing a biopsy, and non-invasive imaging is generally the preferred method for diagnosing HCCs since invasive methods, such as biopsies, can cause problems like invasive bleeding, difficulty with tumor targeting, and tumor seeding.[137] "According to the algorithms for liver nodule, which were suggested by the

---

[130] GRobertsJr-CA-000051.

[131] GRobertsJr-CA-000047.

[132] GRobertsJr-CA-000036.

[133] GRobertsJr-cA-000036.

[134] GRobertsJr-CA-000037.

[135] GRobertsJr-CA-000037.

[136] GRobertsJr-DCPOA-000001.

[137] Song DS, Bae SH. Changes of guidelines diagnosing hepatocellular carcinoma during the last ten-year period. Clin Mol Hepatol. 2012 Sep;18(3):258-67. doi: 10.3350/cmh.2012.18.3.258. Epub 2012 Sep 25. PMID: 23091805; PMCID: PMC3467428.

European Association for the Study of the Liver (EASL) in 2000, HCCs are diagnosed based on the nodule size, AFP, and radiologic examination.

1. Radiological criteria: two coincident imaging technique
   - Focal lesion >2 cm with arterial hypervascularization
2. Combined criteria: one imaging technique associated with AFP
   - Focal lesion >2 cm with arterial hypervascularization
   - AFP levels >400 ng/mL
     - Four techniques considered: US, spiral CT, MRI and angiography."[138]

Based on my review of the medical records and imaging, it is my opinion that Mr. Roberts did not have cancer prior to ingesting valsartan containing NDMA. Furthermore, I agree with Mr. Robert's 2018 diagnosis of HCC (liver cancer).

## Pain and Suffering

As detailed above in the "Presentation of Liver Cancer, Subsequent Treatment, and Related Complications" section above, since being diagnosed with HCC, Mr. Roberts required numerous and frequent interventions due to the relentless advancement in disease over a multi-year period. This included multiple TACE sessions, radiation and at least 23 paracenteses (each draining multiple liters) with continue chemotherapy. These necessary treatments related to his HCC required frequent visits to the hospital, including multiple overnight hospital admissions. Mr. Roberts' HCC and related treatment also caused significant side effects, such as severe unrelenting chronic pain requiring oral and IV opioids, weight loss > 50lbs, insomnia requiring medication, anxiety requiring medication, constipation and diarrhea both requiring medication, fatigue, urinary issues, an acute kidney injury, encephalopathy, and ultimately his death. It is my opinion that all of Mr. Roberts' treatment was reasonable, necessary, and performed to the standard of care.

## V.    Hepatocellular Carcinoma (Liver Cancer) Risk Factors

Hepatocellular carcinoma is the most common type of liver cancer with 90% being the primary tumor in the liver and HCC is the fifth most common cause of cancer worldwide and has a five-year survival rate of only 18%.[139] The following are associated with an increased the risk of liver cancer:

## Viral Hepatitis

Chronic hepatitis B or C virus is associated with more than 70% of cases of Hepatocellular carcinoma, making it the most common and significant risk factor for liver cancer.[140] Hepatitis B (HBV), through integration of the viral genome into the host's DNA, increases the risk of DNA

---

[138] Song DS, Bae SH. Changes of guidelines diagnosing hepatocellular carcinoma during the last ten-year period. Clin Mol Hepatol. 2012 Sep;18(3):258-67. doi: 10.3350/cmh.2012.18.3.258. Epub 2012 Sep 25. PMID: 23091805; PMCID: PMC3467428.

[139] Asafo-Agyei KO, Samant H. HepatocellularCarcinoma. [Updated 2023 Jun 12]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan. Available from: https://www.ncbi.nlm.nih.gov/books/NBK559177/]; The American Cancer Website https://www.cancer.org/cancer/types/liver-cancer/causes-risks-prevention/risk-factors.html; https://www.cancer.gov/types/liver/what-is-liver-cancer/causes-risk-factors.

[140] Ioannou GN, Splan MF, Weiss NS, McDonald GB, Beretta L, Lee SP. Incidence and predictors of hepatocellular carcinoma in patients with cirrhosis. Clin Gastroenterol Hepatol. 2007 Aug;5(8):938-45, 945.e1-4.

mutations, which can lead to liver cancer. HBV is particularly associated with oncogenesis (normal cells turning cancerous) through the insertion of viral DNA into the TERT (telomerase reverse transcriptase) promoter sites in human cells. [141] Hepatitis C (HCV) contributes to HCC development primarily through chronic inflammation, fibrosis, and eventual cirrhosis (NDMA causes cancer via these mechanisms as well). HCV-associated HCC is common in patients with advanced liver fibrosis. [142]

## Non-Alcoholic Liver Steatohepatitis (NASH) & Non-Alcoholic Fatty Liver Disease (NAFLD)

Non-alcoholic fatty liver disease is an excess of fat in liver cells (hepatocytes) in the absence of a history of alcohol. NAFLD mostly occurs in the setting of metabolic syndrome-associated steatotic liver disease (MASLD). MASLD is a cluster of conditions - insulin resistance, hypertension, hypertriglyceridemia, and abdominal obesity. Approximately 13% of patients diagnosed with HCC without a background of cirrhosis were noted to have NAFLD. NAFLD is the most common liver disease in the world and has been increasingly linked to liver cancer, especially in individuals with progression to NASH. NASH is a more severe form of NAFLD. Studies have indicated that up to 20% of NASH patients go on to develop cirrhosis, which is a major risk factor for HCC. [143]

## Chronic Excessive Alcohol Consumption

In the United States, 30% of HCC is related to a history of chronic excessive alcohol consumption. Alcohol can directly and indirectly cause HCC. Like NASH, alcohol can indirectly cause HCC by causing cirrhosis (NDMA can also cause cirrhosis). Alcohol increases reactive oxidative stress and inflammation, which accelerates liver damage (NDMA also causes oxidative stress and inflammation). Chronic alcohol consumption is a well-established risk factor for liver cancer.

## Cirrhosis

Cirrhosis is one of the most significant risk factors for liver cancer. Cirrhosis is when scar tissue (fibrosis) replaces the healthy tissue of the liver; the fibrosed parts of the liver become non-functioning. Cirrhosis is caused by chronic liver damage due to a wide variety of potential causes, such as viral hepatitis, chronic excessive alcohol consumption, MASLD, and NDMA exposure. The increased risk of liver cancer associated with cirrhosis is particularly pronounced in individuals who have viral hepatitis or MASLD that progressed to cirrhosis. The annual incidence

---

[141] Schulze K, Nault JC, Villanueva A. Genetic profiling of hepatocellular carcinoma using next-generation sequencing. J Hepatol. 2016 Nov;65(5):1031-1042.

[142] Mitchell JK, Lemon SM, McGivern DR. How do persistent infections with hepatitis C virus cause liver cancer? Curr Opin Virol. 2015 Oct; 14:101-8. doi: 10.1016/j.coviro.2015.09.003. Epub 2015 Sep 29. PMID: 26426687; PMCID: PMC4628866.

[143] Kawanaka M, Nishino K, Morimoto Y, Ishii K, Tanikawa T, Urata N, Suehiro M, Sasai T, Haruma K, Kawamoto H. Progression from Nonalcoholic Fatty Liver to Nonalcoholic Steatohepatitis Cirrhosis Confirmed by Liver Histology after 14 Years. Intern Med. 2021 May 1;60(9):1397-1401. doi: 10.2169/internalmedicine.6118-20. Epub 2020 Dec 7. PMID: 33281161; PMCID: PMC8170238.

of HCC in patients with *diagnosed* cirrhosis is 2-4%.[144] From the time cirrhosis is first *diagnosed*, it takes approximately 7-10 years before increased rates of HCC are observed.[145]

## Tobacco Use

Smoking increases the risk of liver cancer. People who smoked and stopped have a significantly lower risk than those who still smoke. The risk continues to drop every year past the quitting date until the patient returns to a baseline level of risk after approximately 15 years.[146]

## Aflatoxins

Aflatoxin B1 is a mycotoxin and is a potent carcinogen produced by *Aspergillus flavus* and *Aspergillus parasiticus*, which contaminate foods (typically grains), particularly in Sub-Saharan Africa and Southeast Asia. Aflatoxin can cause cancer by mutating the tumor suppressor gene - p53 (this is also one of the ways NDMA can cause cancer). Aflatoxin is associated with increased risk for HCC in patients with chronic hepatitis B virus.[147]

## Obesity

Having excess body weight increases the risk of developing liver cancer, likely because it can result in MASLD and cirrhosis. Obesity can lead to insulin resistance and systemic inflammation, two contributors to liver damage and carcinogenesis.[148] According to the Centers for Disease Control and Prevention (CDC), the prevalence of obesity among adults (aged 20 and older) in the United States was 41.9% in 2017-2020.[149] Also according to the CDC, the incidence rate of HCC for males was 5.0 per 100,000 persons.[150] Approximately 40% of the US population are obese, but only 0.005% develop liver cancer. Therefore, obesity itself is not a significant risk factor for liver cancer.

## Type 2 Diabetes

Type 2 diabetes is linked with an increased risk of liver cancer, usually in people who also have other risk factors such as chronic excessive alcohol consumption and/or chronic viral hepatitis. The increased risk of liver cancer due to type 2 diabetes is also likely because those who

---

[144] Francesca Colapietro, Patrick Maisonneuve, Incidence and predictors of hepatocellular carcinoma in patients with autoimmune hepatitis, Journal of Hepatology, Volume 80, Issue 1,2024, Pages 53-61, ISSN 0168-8278, https://doi.org/10.1016/j.jhep.2023.09.010.

[145] Johnson, P.J., Kalyuzhnyy, A., Boswell, E. *et al.* Progression of chronic liver disease to Hepatocellular (Liver) carcinoma: implications for surveillance and management. *BJC Rep* **2**, 39 (2024). https://doi.org/10.1038/s44276-024-00050-0.

[146] https://www.cancer.org/cancer/risk-prevention/tobacco/guide-quitting-smoking/benefits-of-quitting-smoking-over-time.html.

[147] Hamid AS, Tesfamariam IG, Zhang Y, Zhang ZG. Aflatoxin B1-induced hepatocellular carcinoma in developing countries: Geographical distribution, mechanism of action and prevention. Oncol Lett. 2013 Apr;5(4):1087-1092. doi: 10.3892/ol.2013.1169. Epub 2013 Jan 31. PMID: 23599745; PMCID: PMC3629261.

[148] Beicheng Sun, Michael Karin, Obesity, inflammation, and liver cancer, Journal of Hepatology, Volume 56, Issue 3, 2012, Pages 704-713,ISSN 0168-8278,https://doi.org/10.1016/j.jhep.2011.09.020.

[149] https://www.cdc.gov/nchs/fastats/obesity-overweight.htm.

[150]https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5917a3.htm#:~:text=The%20incidence%20rate%20for%20 males%20(5.0%20per,females%20increased%20from%201.2%20to%201.4%20.

have type 2 diabetes tend to have excess body weight and higher rates of insulin resistance, which in turn can contribute to MASLD.[151]

## Hyperlipidemia

Hyperlipidemia is an excess of lipids or fat in the blood (high cholesterol). Hyperlipidemia is believed to contribute to liver injury via various mechanisms, such as oxidative stress, lipid peroxidation, and inflammation.[152] Hyperlipidemia can also exacerbate the progression of NAFLD to NASH, thereby increasing the risk of cirrhosis and ultimately the risk of liver cancer.

## Anabolic Steroids

Use of anabolic steroids long-term can slightly increase the risk of liver cancer due to oxidative stress. Of note, cortisone-like steroids, such as hydrocortisone, prednisone, and dexamethasone, do not increase the risk of liver cancer.[153]

## Gender

Liver cancer is more common in men than in women (studies range from 2:1 to 4:1). The increased risk of liver cancer is males is likely because of certain behaviors that are more prevalent in men than women, such as chronic excessive alcohol consumption and smoking.[154]

## Race/Ethnicity

In the United States, Asian Americans and Pacific Islanders have the highest rates of liver cancer, followed by people who are Hispanic and Latino, American Indian and Alaska Native, African American, and White. The reason those of Asian descent have an increased risk of liver cancer is because have higher rates of chronic hepatitis B and C infections.[155] African American populations have higher rates of liver cancer because of a higher prevalence of obesity, diabetes, and NAFLD.[156]

---

[151] Mantovani A, Targher G. Type 2 diabetes mellitus and risk of hepatocellular carcinoma: spotlight on nonalcoholic fatty liver disease. Ann Transl Med. 2017 Jul;5(13):270. doi: 10.21037/atm.2017.04.41. PMID: 28758096; PMCID: PMC5515814.

[152] Heeren J, Scheja L. Metabolic-associated fatty liver disease and lipoprotein metabolism. Mol Metab. 2021 Aug;50:101238. doi: 10.1016/j.molmet.2021.101238. Epub 2021 Apr 20. PMID: 33892169; PMCID: PMC8324684.

[153] LiverTox: Clinical and Research Information on Drug-Induced Liver Injury [Internet]. Bethesda (MD): National Institute of Diabetes and Digestive and Kidney Diseases; 2012-. Androgenic Steroids. [Updated 2020 May 30]. Available from: https://www.ncbi.nlm.nih.gov/books/NBK548931/.

[154] Asafo-Agyei KO, Samant H. HepatocellularCarcinoma. [Updated 2023 Jun 12]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan. Available from: https://www.ncbi.nlm.nih.gov/books/NBK559177/]; The American Cancer Website https://www.cancer.org/cancer/types/liver-cancer/causes-risks-prevention/risk-factors.html; https://www.cancer.gov/types/liver/what-is-liver-cancer/causes-risk-factors.

[155] Disparities in liver cancer occurrence in the United States by race/ethnicity and state Farhad Islami MD, PhD, Kimberly D. Miller MPH, 06 June 2017, https://doi.org/10.3322/caac.21402.

[156] Sherif ZA, Saeed A, Ghavimi S,. Global Epidemiology of Nonalcoholic Fatty Liver Disease and Perspectives on US Minority Populations. Dig Dis Sci. 2016 May;61(5):1214-25. doi: 10.1007/s10620-016-4143-0. Epub 2016 Apr 1. PMID: 27038448; PMCID: PMC4838529.

## Age

Increased age correlates with an increased risk of liver cancer. The incidence of liver cancer noticeably increases after the age of 50, with most cases occurring in those over the age of 60. Increased age is associated with increased liver damage and exposure to carcinogenic substances. With increased age, one has more time (risk) of contracting viral hepatitis.[157]

## Iron Overload

Iron overload in the liver is thought to increase the risk of liver cancer due to oxidative stress. The increased risk of liver cancer associated with iron overload has been observed more often in patients that also have other risk factors for liver cancer, such as chronic hepatitis A or B virus, chronic excessive alcohol consumption, and cirrhosis.

## Glycogen Storage Disease (GSD)

Glycogen Storage Disease is an inherited metabolic disorder that results in the enzymes involved in glycogen metabolism not working properly and can lead to abnormal glycogen storage in the liver. GSD can cause chronic liver damage and eventual cirrhosis, leading to liver cancer.

## Wilson's Disease

Wilson's disease is a genetic disorder that causes copper to build up in organs including the liver, which can cause liver damage and eventual cirrhosis, thereby increasing the risk of liver cancer.

## Alpha-1 Antitrypsin Deficiency (AATD)

Alpha-1 Antitrypsin Deficiency is a generic disorder where the individual does not produce enough of a protein (alpha-1 antitrypsin) that protects the liver from damage, thereby increasing the risk of cirrhosis.

## Hypercitrullinemia

Hypercitrullinemia is a genetic disorder that results in a buildup of ammonia and other toxic substances in the blood, which can cause liver damage and lead to cirrhosis.

## Alagille Syndrome (ALGS)

Alagille syndrome is a genetic disorder in which there are too few bile ducts, causing a buildup of bile in the liver, which can damage the liver, leading to cirrhosis, which can eventually cause liver cancer.

## Acute Intermittent Porphyria (AIP)

Acute intermittent porphyria is a genetic metabolic disorder that leads to a buildup of porphyrin precursors in the liver, which can damage the liver and cause cirrhosis.

---

[157] Chavda V, Zajac KK, Gunn JL, Balar P, Khadela A, Vaghela D, Soni S, Ashby CR Jr, Tiwari AK. Ethnic differences in hepatocellular carcinoma prevalence and therapeutic outcomes. Cancer Rep (Hoboken). 2023 Sep; 6 Suppl 1(Suppl 1):e1821. doi: 10.1002/cnr2.1821. Epub 2023 Jun 21. PMID: 37344125; PMCID: PMC10440848.

## N-Nitrosodimethylamine (NDMA) in Drugs

NDMA (N-Nitrosodimethylamine) has been detected at substantial levels in the drugs valsartan, metformin, and ranitidine. NDMA is classified as a probable human carcinogen by IARC[158] and the WHO has characterized NDMA as "highly likely that NDMA is carcinogenic to humans, potentially at relatively low levels of exposures."[159] NDMAs only intended purpose today is for use in laboratory animals for the study of cancer or cancer treatment.[160] NDMA is part of the N-nitrosamine class, which is a group of compounds also recognized to have carcinogenic properties.[161] The mechanism as to how NDMA causes liver cancer, by altering DNA, has been well-studied. The liver metabolizes NDMA with enzymes in the cytochrome P450 family, which then coverts NDMA into highly reactive metabolites that form DNA adducts, which cause mutations in critical genes that lead to tumorigenesis. The liver is particularly susceptible to NDMA damage, since the liver is a primary organ involved in metabolizing NDMA.[162] Animal studies have demonstrated NDMA-induced liver cancer, primarily HCC, in rats, mice and hamsters.[163] In animal studies, NDMA has been shown specifically to cause a high incidence rate of hepatocellular carcinoma, which is the most common type of liver cancer in humans.[164] Animal studies with NDMA have demonstrated dose response, the mechanism of tumorigenesis and the long-term effects of exposure.[165]

## NDMA Exposure from Valsartan

Three epidemiological studies have attempted to measure the association between NDMA-contaning valsartan consumption and the risk of liver cancer.[166] In each of these studies, the authors attempted to include a test group of participants who consumed NDMA-contaminated

[158] IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: N-Nitrosodimethylamine. International Agency for Research on Cancer.

[159] N-Nitrosodimethylamine, World Health Organization 2002, p. 4.
https://iris.who.int/bitstream/handle/10665/42422/a73568.pdf.

[160] Technical Fact Sheet, NDMA, November 2017. https://19january2021snapshot.epa.gov/sites/static/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf

[161] IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: N-Nitrosodimethylamine. International Agency for Research on Cancer.

[162] George J, Tsuchishima M, Tsutsumi M. Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis. Cell Death Dis. 2019 Jan 8;10(1):18. doi: 10.1038/s41419-018-1272-8. PMID: 30622238; PMCID: PMC6325159.

[163] Peto, R., Gray, R., Brantom, P., & Grasso, P., "Dose and time relationships for tumor induction in the liver and esophagus of 4,080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine," 1991, Cancer Research, Vol. 51(23 Pt 2), pp. 6452-6469. https://cancerres.aacrjournals.org/content/51/23_Part_2/6452.

[164] Peto, R., Gray, R., Brantom, P., & Grasso, P., "Dose and time relationships for tumor induction in the liver and esophagus of 4,080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine," 1991, Cancer Research, Vol. 51(23 Pt 2), pp. 6452-6469. https://cancerres.aacrjournals.org/content/51/23_Part_2/6452.

[165] *Toxicological Profile for N-Nitrosodimethylamine (NDMA). Atlanta (GA): Agency for Toxic Substances and Disease Registry (US); 2023 Apr. CHAPTER 2, HEALTH EFFECTS. https://www.ncbi.nlm.nih.gov/books/NBK601157/.*

[166] PottegÃrd et al., Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. 2018. BMJ. 362. https://pubmed.ncbi.nlm.nih.gov/30209057/; Gomm W, Röthlein C, Schüssel K, Brückner G, Schröder H, Heß S, Frötschl R, Broich K, Haenisch B. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.; Mansouri et al. N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. Journal of the American Heart Association, 2022, https://www.ahajournals.org/doi/pdf/10.1161/JAHA.122.026739.

valsartan and to compare them to a control group of participants who consumed valsartan that was not contaminated with NDMA. First, the Pottegard study did not find an association, but the study also did not have enough participants to have any liver cancer findings in either the control group or the test group. Second, the Gomm study found a statistically significant increased risk of liver cancer for participants who consumed valsartan contaminated with NDMA. Finally, the Mansouri study also found a statistically significant increased risk of liver cancer for patients who ingested valsartan contaminated with NDMA. While these studies had multiple limitations, some of which the study authors pointed out, that would make it difficult to detect increased risks where a true risk existed (i.e. short-term follow-up, loss of follow-up, potential misclassification bias, mixed users being included in both the test and control group), multiple valsartan epidemiological studies still detected an increased risk of liver cancer. While animal studies clearly demonstrate a dose response regardless of how much NDMA is administered, none of the valsartan epi studies detected a dose response. However, the valsartan epi studies did not measure whether increased cumulative exposure to NDMA increased the risk of liver cancer, but rather, erroneously assumed that cumulative exposure to valsartan would be associated with cumulative exposure to NDMA. The fact that valsartan epi studies were able to detect an increased risk of liver cancer just by comparing those who were ever-exposed to NDMA containing valsartan to never-exposed to NDMA containing valsartan is incredibly signficant.

Epidemiological data has also demonstrated that workers in rubber and dye factories who were exposed to higher amounts of NDMA in the industry were more likely to die due to liver cancer than workers who were exposed to lower amounts of NDMA in the factory.[167] Like the animal studies, this human study also demonstrated a dose-respose; as the workers were exposed to more NDMA, they died of liver cancer at a higher rate.

---

[167] Hidajat, M., et al., "Lifetime exposure to rubber dust, fumes, and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 2019, Occup Env. Med, Vol. 76, pp. 250-258.

## VI.    **Valsartan NDMA Contamination and Exposure Levels**

Knowledge that certain generic versions of valsartan contained NDMA was not public until July of 2018. The FDA commented at that the "reasonably safe" level of NDMA for human ingestion is 96 nanograms.[168] The FDA published the following table detailing the NDMA contamination levels for the valsartan products it tested.[169]

| Company | Product (tablets) | Lots Tested | NDMA level (micrograms - mcg/tablet) |
|---|---|---|---|
| Aurobindo Pharma Ltd | Amlodipine 10mg/Valsartan 320 mg | VKSA18005-A, VKSA18007-A, VKSA18001-A | Below LOD |
| Aurobindo Pharma Ltd | Valsartan 320mg | VUSD17008-A, VUSD17001-A, VUSD17009-A | Below LOD |
| Aurobindo Pharma Ltd | Valsartan 320mg/HCT 25mg | HTSB18001-A, HTSB18028-A, HTSB18029-A | Below LOD |
| Hetero Labs Ltd | Valsartan 320mg | VLS18049, VLS18051, VLS18050 | 0.33-0.44 |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg | 3079709, 3077618, 3079708 | Below LOD |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 2008702 | Below LOD |
| Mylan Pharmaceutical Inc. | Valsartan 320mg | 3080009, 3080010, 3079205 | Below LOD |
| Mylan Pharmaceutical Inc. | Valsartan 320mg/HCT 25mg | 3084886, 3093804, 3084862 | Below LOD |
| Prinston | Valsartan 320mg | 344B18027, 344B18028, 344B18029 | 15.18-16.30 |
| Prinston Pharmaceutical | Valsartan 320mg/HCTZ 25mg | 611B18025, 611B18026, 611B18027 | 13.18-20.19 |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg | 26X053, 26X054, 26X055, 26X051, 26X044, 26X048 | Below LOD |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 22X045, 22X046, 22X047, 22X038, 22X041 | Below LOD |
| Teva Pharmaceuticals | Valsartan 320mg | 1240425A, 1247282M | 7.92-16.55 |
| Teva Pharmaceuticals | Valsartan 320mg/HCTZ 25mg | 1217576M, 1217577M, 1217578M | 6.94-10.35 |
| Torrent Pharmaceuticals | Amlodipine 10mg/Valsartan 320 mg/HCTZ 25mg | BBX2E001, BBX2E002, BBX2E003 | 10.24-11.53 |
| Torrent Pharmaceuticals | Valsartan 320mg | BV48D001, BV48D002 | 0.56-0.62 |
| Torrent Pharmaceuticals | Valsartan 160mg | BV47D001 | 0.45 |

It is important to note the wide range of NDMA levels the FDA detected when testing various manufacturers valsartan. For instance, the 320 mg valsartan made by Hetero Labs Ltd contained as little as 330 nanograms of NDMA, while Prinston Pharmaceutical's 320mg valsartan HCTZ contained up to 20,190 nanogram. Therefore, if Prinston utilized the same active pharmaceutical ingredient (API) to make a 40mg pill of valsartan, it would contain 2,523 nanograms of NDMA. This is key to understanding why the valsartan epi studies all failed to detect a dose response – the studies wrongly assumed that NDMA exposure scaled proportionally with

---

[168] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-angiotensin-ii-receptor-blocker-arb-recalls-valsartan-losartan#sup2.
[169] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products.

the milligram of valsartan. As demonstrated above, a 40mg pill of valsartan from Prinston could contain 7 times the amount of NDMA as a 320mg pill of valsartan from Hetero Labs. Furthermore, someone who filled a single 30-day prescription of Hetero Labs 320mg valsartan with 330 nanograms of NDMA per pill would have been included in the "ever-exposed to contaminated valsartan" group in the valsartan epi studies. The entire exposure for someone who consumed Hetero Labs 320mg valsartan with 330 nanograms of NDMA per pill would have had a total cumulative exposure of 9,900 nanograms – half of what one pill of valsartan 320mg from Prinston contained. If the same Hetero Labs' API was utilized to make a 160mg valsartan pill, it would have only contained 115 nanograms of NDMA per pill or 4,500 nanograms for an entire 30-day fill. Thus, a single 320mg valsartan pill from Prinston could contain four times as much NDMA as an entire 30-day prescription of Hetero Labs 160mg valsartan. The fact that valsartan epi studies detected an increased risk of liver cancer based solely on every being exposed to contaminated valsartan is of incredible significance. It has been well established that there is a clear dose-response to NDMA. Therefore, the valsartan epi findings on an increased risk of liver cancer based on ever being exposed to NDMA contaminated valsartan massively underestimate the increased risk of someone who was exposed to the higher levels of NDMA contaminated valsartan, as the results are significantly diluted by those with the lowest exposure levels.

**Mr. Roberts' Valsartan Use**

Mr. Roberts began using valsartan in 2011 for hypertension and continued using it until 2020. Records from North Baldwin Pharmacy demonstrate Diovan (brand name valsartan) 40 mg fills starting on 2/20/2011, switched to Diovan 160 mg on 5/10/2012, switched to generic Valsartan 160 mg on 4/29/2014, switched to generic valsartan 320 mg on 4/21/2015, switched to Valsartan HCTZ 320-25 mg on 10/14/2015. From 9/19/2016 to 6/13/2018, North Baldwin Pharmacy records show Mr. Roberts filled Valsartan HCTZ 320-25 mg (8 90-day supply bottles) with NDC Code 43547-315-09.[170]

| Date of Fill | Drug Name | NDC Code | Strength (mg) | Qty |
|---|---|---|---|---|
| 9/19/2016 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 1/3/2017 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 3/27/2017 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 7/5/2017 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 10/3/2017 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 1/3/2018 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 3/15/2018 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 6/13/2018 | VALSARTAN-HCTZ | 43547-0315-09 | 320 | 90 |
| 8/1/2018 | DIAGNOSIS OF HCC | | Qty of Pills at Dx | 681 |
| | | | Total Qty of Pills | 720 |

This NDC Code indicates Mr. Roberts' Valsartan HCTZ 320-25 mg was manufactured by Zhejiang Huahui Pharmaceuticals (ZHP) and was distributed by Prinston Pharmaceutical.[171] This corresponds to the red box in the FDA testing data above, where between 13,180 nanograms and 20,190 nanograms of NDMA were detected per pill. Each of the valsartan pills that Mr. Roberts

---

[170] GRobertsJr-PPR-000136 – GRobertsJr-PPR-000152.
[171] ZHP00111001; PRINSTON00102171.

consumed could have contained multiple times more NDMA than would have been present in an entire month's prescription of NDMA-contaminated valsartan from a different company. Mr. Roberts took 681 of these valsartan pills with incredibly high levels of NDMA before he was diagnosed with HCC (liver cancer).

Mr. Roberts' last fill of NDMA containing valsartan was on June 13, 2018, for 90 days, and he continued taking this contaminated drug until September 2018, as evidence by prescription records indicating his next fill of valsartan was on September 10, 2018. Mr. Roberts continued to be exposed to high levels of a potent liver carcinogen while initially undergoing treatment for HCC (liver cancer). It is my opinion that Mr. Roberts' exposure to NDMA contaminated valsartan promoted his cancer to be more aggressive and progress faster, which made his cancer harder to treat and limited his treatment options. For instance, Mr. Roberts was not eligible for a liver transplant because his lesions were too large. Furthermore, it is my opinion that Mr. Roberts' continued exposure to NDMA contaminated valsartan inhibited his initial cancer treatment.

I have also reviewed Dr. Sawyer's calculations and opinions regarding the amount of total NDMA present in the valsartan Mr. Roberts consumed prior to his liver cancer diagnosis and how much that exposure level increased Mr. Roberts' risk of developing liver cancer. Dr. Sawyer's calculations and opinions are consistent with my understanding regarding Mr. Roberts' NDMA exposure level and associated increased risk of liver cancer.

## VII.    Differential Diagnosis for Mr. Roberts' HCC (Liver Cancer)

I do not see any evidence that Mr. Roberts had any genetic disorder, viral hepatitis, iron overload, used anabolic steroids, or been exposed to aflatoxins, therefore I ruled each of them out as a cause or contributor to his liver cancer. Mr. Roberts had minimal alcohol exposure, it was noted that he rarely drank and would drink socially on camping trips. I therefore ruled out alcohol consumption as a cause or contributor to Mr. Roberts' liver cancer. Mr. Roberts had a remote history of smoking, quitting in 1983, approximately 35 years prior to his liver cancer diagnosis, and was never a heavy smoker. I have therefore ruled out smoking as the cause of Mr. Roberts' liver cancer, though he might have still had some very slightly elevated residual increased risk.

While Mr. Roberts is a male, and males have higher rates of liver cancer, being a male did not cause to Mr. Roberts' liver cancer. Furthermore, Mr. Roberts didn't have the risk factors that are likely the underlying reason males have higher rates of liver cancer, mainly chronic excessive alcohol consumption. I have ruled out Mr. Roberts' gender as a cause of his liver cancer, nor do I think Mr. Roberts' gender increased his risk of liver cancer Similarly, Mr. Roberts' liver cancer wasn't caused by his race. Mr. Roberts was Caucasian though, which has the lowest risk of liver cancer in the United States. Mr. Roberts was at an increased risk of liver cancer due to his age (62 at the time of diagnosis), however his age was not the cause of his liver cancer. The risk of liver cancer increases with age because one's liver gets damaged and weaker over time. Any increased risk of liver cancer that Mr. Roberts was at due to his age would be captured by the increased risk he was at due to his very mild and undiagnosed cirrhosis.

I considered Mr. Roberts' diabetes, NASH, and obesity together, because when all three are present it can be considered part of a metabolic syndrome that can cause oxidative stress and inflammation in the liver that can eventually lead to cirrhosis. Mr. Roberts was not diagnosed with

diabetes until November 14, 2016 – after her started taking NDMA contaminated valsartan. Furthermore, it was noted that Mr. Roberts diabetes was well controlled. I have therefore ruled out Mr. Roberts' diabetes as causing or even meaningfully increasing his risk of liver cancer. While Mr. Roberts had NASH with no evidence of decompensation, his resulting increased risk of liver cancer would be captured based on the degree of his liver cirrhosis. Mr. Roberts took medications for hyperlipidemia. The mechanism whereby hyperlipidemia would increase the risk of liver cancer is by causing NASH, which can then cause cirrhosis. Any increased risk of liver cancer that Mr. Roberts was at due to hyperlipidemia would be captured by the increased risk he was at due to his very mild and undiagnosed cirrhosis. Finally, Mr. Roberts was obese (>30 BMI), with a BMI ranging in the mid to upper 30s. Mr. Roberts' increased risk of liver cancer due to obesity would have been negligible, and again best captured based on the degree of his liver cirrhosis.

Any increased risk of liver cancer that Mr. Roberts was at would essentially be captured by the degree of cirrhosis he had prior to being exposed to valsartan contaminated with NDMA. Mr. Roberts was not diagnosed with cirrhosis prior to being exposed to valsartan contaminated with NDMA. However, it is my opinion that Mr. Roberts had incredibly mild, the earliest stages of cirrhosis prior to being exposed to valsartan contaminated with NDMA. Mr. Roberts cirrhosis was so mild and at such an early stage in 2016 that I would not have expected him to receive an actual diagnosis of cirrhosis (I would not have given him an actual diagnosis of cirrhosis at this time). This is further supported by Dr. White's (Mr. Roberts' hepatologist) note on August 22, 2018, contemporaneous with Mr. Roberts' liver cancer diagnosis, that Mr. Roberts had "undergone extensive work up for cirrhosis" and that the "work up for cirrhosis is essentially negative." Dr. White also noted Mr. Roberts had "no history of confusion, ascites, LE swelling, jaundice, pruritic, hematemesis, or melena", which are symptoms one would see in an individual with severe cirrhosis or liver failure. Finally, Mr. Roberts' MELD score was an 8 on August 22, 2018, after being diagnosed with liver cancer. A MELD (Model for End-Stage Liver Disease) score is used to determine the urgency of a liver transplant with scores ranging from 6 (less sick) to 40 (gravely sick). Mr. Roberts' having a MELD score of 8 at the time of liver cancer diagnosis further supports that Mr. Roberts' cirrhosis was incredibly mild in 2016. Therefore, I have ruled out cirrhosis as the cause of Mr. Roberts' liver cancer. I do not believe cirrhosis was a substantial factor in Mr. Roberts' developing liver cancer. Mr. Roberts would have had a very minor increased risk of liver cancer because of the degree of cirrhosis he had in 2016. While on the topic of cirrhosis, I disagree with Dr. McEvoy's January 6, 2020 imprecise notation that "Mr. Roberts' recurrent ascites is secondary to his decompensated cirrhosis." In my opinion, Mr. Roberts' recurrent ascites was secondary to his liver cancer. Any part of the liver that has cancer becomes non-functioning, which is the same mechanism of action as why severe cirrhosis would cause recurrent ascites.

30

After a thorough review of Mr. Roberts' medication history, the only medication other than valsartan identified that is known to contain NDMA was metformin. Based upon the information contained in the North Baldwin Pharmacy prescription records,[172] Mr. Roberts filled metformin as follows:

| DATE | Medication | Qty | NDC | Manufacturer |
|------|-----------|-----|-----|--------------|
| 07/12/16 | Metformin HCL 500 MG | 90 | 23155-102-05 | Heritage Pharmaceuticals, Inc. |
| 09/19/16 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 11/26/16 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 03/27/17 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 06/03/17 | Metformin HCL 500 MG | 30 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 07/17/17 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 09/21/17 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 12/26/17 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 03/21/18 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 05/28/18 | Metformin HCL 500 MG | 30 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |
| 07/24/18 | Metformin HCL 500 MG | 90 | 23155-102-10 | Heritage Pharmaceuticals, Inc. |

Publicly available information[173] regarding FDA testing of specific lots of metformin products manufactured by Heritage Pharmaceuticals is as follows:

| Company | Product | Lot(s) | NDMA level (mcg/tablet) |
|---------|---------|--------|-------------------------|
| Heritage | Rx Metformin 1000mg IR | 4521603A, 4521611A, 4521630A | Not Detected |
| Heritage | Rx Metformin 850mg IR | 4510157A | Not Detected |
| Heritage | Rx Metformin 500mg IR | 4500753A | Not Detected |

NDMA was not present in Mr. Roberts' metformin, therefore I ruled out NDMA exposure via metformin as a cause of Mr. Roberts' HCC (liver cancer).

Mr. Roberts was exposed to multi-microgram boluses of NDMA daily via his valsartan for the two years preceding his diagnosis of liver cancer. The aggressive behavior and rapidity of Mr. Roberts' cancer progression was atypical and was most consistent with a carcinogenic exposure. I have no doubt – Mr. Roberts' liver cancer was caused by his exposure to NDMA contaminated valsartan. Mr. Roberts' case is unique in that there is an extensive amount of documented relevant medical history, including labs and imaging prior to his exposure to NDMA, and is then followed closely for the 2 years in which he is exposed to daily multi-microgram boluses of NDMA. Because of obvious ethical concerns, almost all studies on NDMA are on animals. Mr. Roberts' medical course would be of great scientific value as a case study – clearly demonstrating exactly what daily multi-microgram boluses of NDMA can do in a human. Mr. Roberts' exposure to NDMA contaminated valsartan was the most substantial factor in causing his liver cancer. Furthermore, I believe Mr. Roberts' exposure to NDMA contaminated valsartan was the only

---

[172] GRobertsJr-PPR-000136 – GRobertsJr-PPR-000152.
[173] https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-tests-metformin.

substantial factor in causing his liver cancer.

**VIII.** **Conclusion**

It is my opinion that NDMA exposure from valsartan was the cause of Mr. Roberts' hepatocellular (liver) cancer. It is also my opinion that the NDMA in Mr. Roberts' valsartan was the most substantial factor in Mr. Roberts developing liver cancer. Simply put, if Mr. Roberts was never exposed to NDMA contaminated valsartan, it is my opinion that Mr. Roberts would not have developed liver cancer when he did.

I reserve the right to supplement and/or amend this report as new and/or additional information/documentation becomes available.

March 10th, 2025

_____

Fareeha Siddiqui, M.D.

1. FDA. (2018). FDA announces voluntary recall of valsartan-containing products due to detection of a probable human carcinogen in some products. U.S. Food and Drug Administration. Retrieved from https://www.fda.gov

2. Latini R, Masson S, Staszewsky L, Maggioni AP. Valsartan for the treatment of heart failure. Expert Opin Pharmacother. 2004 Jan;5(1):181-93. doi: 10.1517/14656566.5.1.181. PMID: 14680446.

3. IARC. (2004). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: N-Nitrosodimethylamine. International Agency for Research on Cancer.

4. Chinnaiyan KM, Alexander D, McCullough PA. Role of angiotensin II in the evolution of diastolic heart failure. J Clin Hypertens (Greenwich). 2005 Dec;7(12):740-7. doi: 10.1111/j.1524-6175.2005.04889.x. PMID: 16330897; PMCID: PMC8109311.

5. Chen Z, Tian R, She Z, Cai J, Li H. Role of oxidative stress in the pathogenesis of nonalcoholic fatty liver disease. Free Radic Biol Med. 2020 May 20;152:116-141. doi: 10.1016/j.freeradbiomed.2020.02.025. Epub 2020 Mar 8. Erratum in: Free Radic Biol Med. 2021 Jan;162:174. doi: 10.1016/j.freeradbiomed.2020.06.011. PMID: 32156524.

6. Zheng J, Daniel CR, Hatia RI, Stuff J, Abdelhakeem AA, Rashid A, Chun YS, Jalal PK, Kaseb AO, Li D, Hassan MM. Dietary N-Nitroso Compounds and Risk of Hepatocellular Carcinoma: A USA-Based Study. Hepatology. 2021 Dec;74(6):3161-3173. doi: 10.1002/hep.32046. Epub 2021 Aug 26. PMID: 34233041; PMCID: PMC8639645.

7. Toxicological Profile for N-Nitrosodimethylamine (NDMA). Atlanta (GA): Agency for Toxic Substances and Disease Registry (US); 2023 Apr. CHAPTER 2, HEALTH EFFECTS. Available from: https://www.ncbi.nlm.nih.gov/books/NBK601157/

8. Wang, C.-H., Chen, I.-I., Chen, C.-H., & Tseng, Y.-T. (2022). Pharmacoepidemiological Research on N-Nitrosodimethylamine-Contaminated Ranitidine Use and Long-Term Cancer Risk: A Population-Based Longitudinal Cohort Study. *International Journal of Environmental Research and Public Health*, *19*(19), 12469. https://doi.org/10.3390/ijerph191912469

9. Gramantieri L, Gnudi F, Vasuri F, Mandrioli D, Fornari F, Tovoli F, Suzzi F, Vornoli A, D'Errico A, Piscaglia F, Giovannini C. Aflatoxin B1 DNA-Adducts in Hepatocellular Carcinoma from a Low Exposure Area. Nutrients. 2022 Apr 15;14(8):1652. doi: 10.3390/nu14081652. PMID: 35458213; PMCID: PMC9024438.

10. EPA. 2007. Provisional Peer Reviewed Toxicity Values for N-Nitrosodimethylamine (CASRN 62- 75-9). 6-19-2007. hhpprtv.ornl.gov/issue_papers/NitrosodimethylamineN.pdf

11. Miller EG, Burns H Jr. N-nitrosodimethylamine carcinogenesis in nicotinamide-deficient rats. Cancer Res. 1984 Apr;44(4):1478-82. PMID: 6231098.

12. Peto R, Gray R, Brantom P, Grasso P. Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine. Cancer Res. 1991 Dec 1;51(23 Pt 2):6452-69. PMID: 1933907.

13. Anderson LM, Harrington GW, Pylypiw HM Jr, Hagiwara A, Magee PN. Tissue levels and biological effects of N-nitrosodimethylamine in mice during chronic low or high dose exposure with or without ethanol. Drug Metab Dispos. 1986 Nov-Dec;14(6):733-9. PMID: 2877835.

14. Gomm W, Röthlein C, Schüssel K, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. Deutsches Arzteblatt International. 2021 May;118(21):357-362. DOI: 10.3238/arztebl.m2021.0129. PMID: 34247699; PMCID: PMC8372009.

15. Pottegård A, Kristensen KB, Ernst MT, Johansen NB, Quartarolo P, Hallas J. Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study. BMJ. 2018 Sep 12;362:k3851. doi: 10.1136/bmj.k3851. PMID: 30209057; PMCID: PMC6134800.

16. Mansouri I, Botton J, Semenzato L, Haddy N, Zureik M. *N*-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. J Am Heart Assoc. 2022 Dec 20;11(24):e8067. doi: 10.1161/JAHA.122.026739. Epub 2022 Dec 19. PMID: 36533625; PMCID: PMC9798794.

17. Charoo, N.A., Ali, A.A., Buha, S.K. *et al.* Lesson Learnt from Recall of Valsartan and Other Angiotensin II Receptor Blocker Drugs Containing NDMA and NDEA Impurities. *AAPS PharmSciTech* 20, 166 (2019). https://doi.org/10.1208/s12249-019-1376-1

18. Shephard, Emily A. PharmD[*]; Nawarskas, James J. PharmD[†]. Nitrosamine Impurities in Angiotensin Receptor Blockers. Cardiology in Review 28(5):p 262-265, September/October 2020. | DOI: 10.1097/CRD.0000000000000323

19. Hashim D, Boffetta P. Occupational and environmental exposures and cancers in developing countries. Ann Glob Health. 2014 Sep-Oct;80(5):393-411. doi: 10.1016/j.aogh.2014.10.002. PMID: 25512155.

20. Rapisarda V, Loreto C, Malaguarnera M, Ardiri A, Proiti M, Rigano G, Frazzetto E, Ruggeri MI, Malaguarnera G, Bertino N, Malaguarnera M, Catania VE, Di Carlo I, Toro A, Bertino E, Mangano D, Bertino G. Hepatocellular carcinoma and the risk of occupational exposure. World J Hepatol 2016; 8(13): 573-590 [PMID: PMC4858622 DOI: 10.4254/wjh.v8.i13.573]

21. Sohn W, Lee HW, Lee S, Lim JH, Lee MW, Park CH, Yoon SK. Obesity and the risk of primary liver cancer: A systematic review and meta-analysis. Clin Mol Hepatol. 2021 Jan;27(1):157-174. doi: 10.3350/cmh.2020.0176. Epub 2020 Nov 26. PMID: 33238333; PMCID: PMC7820201.

22. Polyzos SA, Chrysavgis L, Vachliotis ID, Chartampilas E, Cholongitas E. Nonalcoholic fatty liver disease and hepatocellular carcinoma:Insights in epidemiology, pathogenesis, imaging, prevention and therapy. Semin Cancer Biol. 2023 Aug;93:20-35. doi: 10.1016/j.semcancer.2023.04.010. Epub 2023 May 4. PMID: 37149203.

23. Shao G, Liu Y, Lu L, Zhang G, Zhou W, Wu T, Wang L, Xu H and Ji G (2022) The Pathogenesis of HCC Driven by NASH and the Preventive and Therapeutic Effects of Natural Products. Front. Pharmacol. 13:944088. doi: 10.3389/fphar.2022.944088

24. Alexander, M., Loomis, A. K., van der Lei, J., Duarte-Salles, T., Prieto-Alhambra, D., Ansell, D., et al. (2019). Risks and Clinical Predictors of Cirrhosis and Hepatocellular Carcinoma Diagnoses in Adults with Diagnosed NAFLD: Real-World Study of 18 Million Patients in Four European Cohorts. BMC Med. 17 (1), 95. doi:10.1186/s12916-019-1321-x

25. Pinter M, Trauner M, Peck-Radosavljevic M, Sieghart W. Cancer and liver cirrhosis: implications on prognosis and management. ESMO Open. 2016 Mar 17;1(2):e000042. doi: 10.1136/esmoopen-2016-000042. PMID: 27843598; PMCID: PMC5070280.

26. Zhang Z, Xu S, Song M, Huang W, Yan M, Li X. Association between blood lipid levels and the risk of liver cancer: a systematic review and meta-analysis. Cancer Causes Control. 2024 Jun;35(6):943-953. doi: 10.1007/s10552-024-01853-9. Epub 2024 Feb 20. PMID: 38376693; PMCID: PMC11129988.

27. Braillon, A. Cholesterol and hepatocellular carcinoma risk: reliable and actionable?. *Br J Cancer* 124, 1339 (2021). https://doi.org/10.1038/s41416-020-01249-x

28. Tan YJ. Hepatitis B virus infection and the risk of hepatocellular carcinoma. World J Gastroenterol. 2011 Nov 28;17(44):4853-7. doi: 10.3748/wjg.v17.i44.4853. PMID: 22171125; PMCID: PMC3235627.

29. Sherif ZA, Saeed A, Ghavimi S, Nouraie SM, Laiyemo AO, Brim H, Ashktorab H. Global Epidemiology of Nonalcoholic Fatty Liver Disease and Perspectives on US Minority Populations. Dig Dis Sci. 2016 May;61(5):1214-25. doi: 10.1007/s10620-016-4143-0. Epub 2016 Apr 1. PMID: 27038448; PMCID: PMC4838529.

30. Lijinsky W, Singer GM, Saavedra JE, Reuber MD. Carcinogenesis in rats by asymmetric nitrosamines containing an allyl group. Cancer Lett. 1984 Apr;22(3):281-8. doi: 10.1016/0304-3835(84)90164-2. PMID: 6713369.

31. Lijinsky W, Reuber MD. Comparative carcinogenesis by some aliphatic nitrosamines in Fischer rats. Cancer Lett. 1981 Dec;14(3):297-302. doi: 10.1016/0304-3835(81)90158-0. PMID: 7332906.

32. Miller EG, Burns H Jr. N-nitrosodimethylamine carcinogenesis in nicotinamide-deficient rats. Cancer Res. 1984 Apr;44(4):1478-82. PMID: 6231098.

33. EPA Technical Fact Sheet [(EPA technical Fact Sheet): /https://19january2021snapshot.epa.gov/sites/static/files/2017-10/documents/ndma_fact_sheet_update_9-15-17_508.pdf#:~:text=Potential%20industrial%20sources%20include%20amine%20manufacturing%20plants%2C,dye%20manufacturers%20and%20surfactant%20industries%20(ATSDR%201989).