# EXHIBIT 8

Case 1:19-md-02875-RMB-SAK   Document 3097-9   Filed 06/26/25   Page 2 of 3 PageID: 120431

Patient Name: Gaston Roberts    MRN: 1941 1    DOB: 06-Oct-1955
Date of Visit: 07-Aug-2018    Owner: Cochran, Glenn A
Document Type: MRI
Site Name: Cardiology Associates -Providence Clinic

Roberts, Gaston J Jr. (MR # E385451)

# Gaston J Roberts Jr.

8/7/2018 8:36 AM  OP Visit
MRN: E385451

Description: **62 year old male**  Provider: **S Bennett Hooks III, MD**  Department: **Mimc Dx Outp Admits**

## 8/7/2018 11:34 AM - Edi, Rad Results In

### Narrative

```
                        INFIRMARY SARALAND

               95 SHELL STREET, SARALAND, AL 36571
-------------------------------------------------------------------------
                       R A D I O L O G Y   R E P O R T
-------------------------------------------------------------------------
NAME: ROBERTS GASTON J                NUMBER: J78M925
SEX: M                                MR#: 420804777
ADMIT DATE: 08/07/2018                AGE: 62Y
ROOM #: OutPatient                    DISCHARGE DATE: 08/07/2018 12:00:00 AM
XRAY#:                                DOB: 10/06/1955
PATIENT TYPE: OutPatient              PATIENT PHONE NUMBER: 2519379213
ACCESSION NUMBER: 161808070005        ADMITTING DOCTOR: HOOKS SAMUEL
MRI ABDOMEN W/WO CONT                 CONSULTING DOCTOR: HOOKS SAMUEL
DX/SYMPTOMS: UNSPECIFIED CIRRHOSIS OF LIVER; SPLENOMEGALY NEC;
PROCEDURE DATE/TIME: 08/07/2018 10:00
-------------------------------------------------------------------------
                                    MRI
```

MRI ABDOMEN W/WO CONT

MRI ABDOMEN WO/

Clinical Information: Cirrhosis, rule out underlying liver mass.

Comparison: CT abdomen and pelvis 07/17/2018.

Technique: Multiplanar multisequence images of the abdomen were obtained before and after IV administration of 10 mL Eovist.

FINDINGS:
Lung bases are clear. No acute fracture or aggressive skeletal lesion is identified. Liver is cirrhotic. There is an <u>ill-defined mass</u> in the right <u>hepatic lobe</u> posterior segment measuring <u>5.0 x 3.6 cm</u> with heterogeneous arterial hyperenhancement and mildly increased T2 signal. This mass demonstrates lack of Eovist retention on delayed imaging without a definite pseudocapsule identified.

Similar-appearing mass in the right hepatic lobe anterior segment measures <u>5.8 x 5.1 cm</u>. There is no biliary ductal dilation. Gallbladder is surgically absent. Pancreas, adrenal glands, visible kidneys, and spleen are grossly normal. Limited images of the GI tract are unremarkable. No free fluid, free air, or adenopathy is identified. Visible abdominal aorta is normal in caliber. Portal vein is patent.

IMPRESSION: Pair of masses in the right hepatic lobe are highly concerning

Roberts, Gaston J Jr. (MR # E385451) Printed by Stacy Bisignano, RN [OS025166] at 8/...   Page 1 of 2

**Restricted Confidential Information GRobertsJr-CA-000166**

Patient Name: Gaston Roberts  
Date of Visit: 07-Aug-2018  
Document Type: MRI  
Site Name: Cardiology Associates -Providence Clinic  
MRN: 194 H  
Owner: Cochran, Glenn A  
DOB: 06-Oct-1955  

Roberts, Gaston J Jr. (MR # E385451)

```
                  for hepatocellular carcinoma, especially in the setting of cirrhosis.

                                                                    END OF IMPRESSION

                                                       Jack R. Cunningham III, M.D./

                                              Signed Off By: Dr. Cunningham III, M.D.
                                                               8/7/2018 11:32:00 AM
```

**Lab and Collection**
Mri Abdomen Wo/W Contrast (D65) on 8/7/2018

**Result History**
Mri Abdomen Wo/W Contrast (D65) on 8/7/2018

**Patient Information**

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Roberts, Gaston J Jr. | Male | 10/6/1955 | xxx-xx-xxxx |

Roberts, Gaston J Jr. (MR # E385451) Printed by Stacy Bisignano, RN [OS025166] at 8/...   Page 2 of 2

Page 165

Restricted Confidential Information GRobertsJr-CA-000167