# **<u>EXHIBIT 9</u>**

Page 1

1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
2                     CAMDEN VICINAGE
                     MDL NO. 2875
3

4    IN RE: VALSARTAN, LOSARTAN,    :
     AND IRBESARTAN PRODUCTS         :
5    LIABILITY LITIGATION           :
                                    :
6                                   :
     THIS DOCUMENT RELATES TO        :
7    Gaston Roberts et al. v.        :
     Zhejiang Huahai                 :
8    Pharmaceutical Co., et al.,     :
                                    :
9                                   :
     Case No. 1:20-cv-00946-RMB-SAK:
10                                  :
                                    :
11

12

13              Videotaped remote deposition of
14   NADIM MAHMUD, M.D., taken in the above-entitled
15   matter before Suzanne J. Stotz, a Certified
16   Court Reporter (License No. 30XI00184500) and
17   Notary Public of the State of New Jersey,
18   taken on Friday, May 2, 2025, commencing at
19   9:03 a.m. EDT.
20

21

22

23

24

25

Page 2

```
1  A P P E A R A N C E S :
2
3   (Via videoconference)
    NIGH, GOLDENBERG, RASO & VAUGHN, PLLC
4   BY:  DANIEL A. NIGH, ESQ.
    BY:  C. BRETT VAUGHN, ESQ.
5   BY:  KATHRYN AVILA, ESQ.
    BY:  STEPHANIE IKEN, ESQ.
6   14 Ridge Square NW, Third Floor
    Washington, D.C. 20016
7   (202) 792-7927
    dnigh@nighgoldenberg.com
8   bvaughn@nighgoldenberg.com
    avila@nighgoldenberg.com
9   siken@nighgoldenberg.com
    Attorneys for the Plaintiffs
10
11
    (Via videoconference)
12  KIRKLAND & ELLIS LLP
    BY:  NINA R. ROSE, P.C.
13  1301 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
14  (202) 389-3394
    nina.rose@kirkland.com
15  Attorneys for the Defendants
16
17
18
    ALSO PRESENT:
19
    William David Geigert, Videographer
20
21
22
23
24
25
```

Page 3

```
1        I N D E X
2
3   EXAMINATION          Page No.
4   NADIM MAHMUD, M.D.
5    BY MR. VAUGHN            8
6
7
8        E X H I B I T S
9
10  Exhibit     Description     Page No.
11  Exhibit 1   Expert Report of Nadim   20
               Mahmud, M.D., M.S.,
12             M.P.H., M.S.C.E.
13  Exhibit 2   Invoice Number INV-01,   30
               dated April 2, 2025
14
    Exhibit 3   PennMedicine.org        106
15             profile of Nadim
               Mahmud, MD, MS, MPH,
16             MSCE
17  Exhibit 4   Penn Medicine Liver     115
               Diseases Program
18
    Exhibit 5   Penn Medicine          123
19             Cirrhosis - Symptoms
               and Causes
20
    Exhibit 6   Penn Medicine          149
21             Non-Alcoholic Fatty
               Liver Disease -
22             Symptoms and Causes
23  Exhibit 8   Medical Record, Bates   240
               labeled Restricted
24             Confidential
               Information
25             GRobertsJr-CA-000659
```

Page 4

```
1      I N D E X (Continued)
2
3   E X H I B I T S (Continued)
4
    Exhibit     Description     Page No.
5
    Exhibit 9   Medical Record, Bates   243
6             labeled Restricted
               Confidential
7             Information
               GRobertsJr-AMG-000051
8             through Restricted
               Confidential
9             Information
               GRobertsJr-AMG-000053
10
    Exhibit 10  Case report entitled,   256
11             "Adverse Effects of
               Proton Pump Inhibitors
12             on Platelet Count:  A
               Case Report and Review
13             of the Literature," by
               Subhajit
14             Mukherjee, et al.
15  Exhibit 11  North Baldwin          280
               Pharmacy, pharmacy
16             record for Gaston J.
               Roberts, Jr.
17
    Exhibit 12  Study Entitled,        281
18             "Hydrochlorothiazide-
               Induced
19             Thrombocytopenic
               Purpura," by
20             Kingsley C.
               Okafor, et al.
21
    Exhibit 13  Medical Record, Bates   292
22             labeled Restricted
               Confidential
23             Information
               GRobertsJr-AMG-000040
24
25
```

Page 5

```
1      I N D E X (Continued)
2
3   E X H I B I T S (Continued)
4
    Exhibit     Description     Page No.
5
    Exhibit 14  Medical records, Bates   321
6             labeled Restricted
               Confidential
7             Information
               GRobertsJr-AMG-000032
8             through Restricted
               Confidential
9             Information
               GRobertsJr-AMG-000036
10
    Exhibit 15  Medical records, Bates   324
11             labeled Restricted
               Confidential
12             Information
               GRobertsJr-SouCC-
13             000235 through
               Restricted
14             Confidential
               Information
15             GRobertsJr-SouCC-
               000238
16
    Exhibit 16  Document entitled        338
17             "N-
               Nitrosodimethylamine
18             in Drinking-water,
               Background Document
19             for Development of WHO
               Guidelines for
20             Drinking-water
               Quality"
21
    Exhibit 17  Document titled,        359
22             "Toxicological Profile
               for
23             N-Nitrosodimethylamine
               (NDMA)," dated April
24             2023
25
```

2 (Pages 2 - 5)

Page 62

1    negative third. So they are orders of
2    magnitude different, but that's the math.
3    I mean that's the math the FDA arrives at
4    it is in the range of millions of
5    nanograms over a lifetime.
6  BY MR. VAUGHN:
7      Q.    And do you recall Mr. Roberts'
8  cumulative exposure to NDMA?
9          MS. ROSE: Object to the form.
10          THE WITNESS: I do recall his
11  exposure. Like I said before, I think he
12  is the high end. So if we take the most
13  conservative estimate and assume that he
14  had the maximal possible exposure, which,
15  again, is very conservative from the
16  plaintiff's perspective, that would give
17  him 20,000 micrograms -- I'm sorry, 20,000
18  nanograms per day. 20,000 nanograms per
19  day of exposure.
20          And when I was thinking about the
21  FDA's cumulative lifetime exposure, I did
22  calculate Mr. Roberts' Cumulative exposure
23  over his shorter window of time, because
24  obviously he was getting a daily exposure
25  above the FDA's threshold limit. And his

Page 63

1    lifetime exposure was higher than the
2    FDA's threshold lifetime limit. And when
3    I did the math -- and, again, I would have
4    to -- we could independently do the
5    calculations again if necessary, but off
6    the top of my head my recollection was he
7    was exposed over his window of time to
8    somewhere in the ballpark of 5 to 6 times
9    above the lifetime threshold of the FDA's
10    limit. That's my recollection.
11      Q.    And so the FDA's lifetime limit,
12  Mr. Roberts was exposed to several times higher
13  than that in just a two-year period?
14      A.    Yes.
15          MS. ROSE: Object to the form.
16          THE WITNESS: I'm sorry.
17          Yes. Again, assume, taking the
18  assumptions, all the conservative
19  assumptions, which are likely not to be
20  true, it is unlikely that he truly was
21  getting the maximal NDMA exposure with
22  every single pill and it is unlikely that
23  he was -- we don't even know if he was
24  adherent to taking a pill every day. But
25  if I am taking, again, the most

Page 64

1    conservative scenario where I will just --
2    to take -- to argue the side that he got
3    the maximal exposure for the hypothetical,
4    if he did, in fact, get a high dose every
5    single day for as long as he was
6    prescribed Valsartan, he would have had,
7    from my calculations, probably a five- to
8    six-fold higher exposure than the lifetime
9    exposure limit from the FDA.
10          And the reason why I gave all the
11    context of how he arrives at that is what
12    that would mean for him is he would have
13    had over a lifetime, if there were 100,000
14    people just like Mr. Roberts who had that
15    exposure spread out over a lifetime, 5 to
16    6 of them out of that 100,000 might have
17    developed a liver cancer if we accept
18    hypothetically that there is a
19    well-established link. And, again, my
20    position is that there is not a
21    well-established link demonstrated, but
22    that is me being as charitable as possible
23    to the plaintiff position is at most he
24    would have had, you know, 5 to 6 out of
25    100,000 risk of developing an HCC.

Page 65

1          That's setting aside all the issues
2    of temporality and latency, which I think
3    are bigger problems honestly. It's
4    completely implausible to develop a
5    hepatocellular carcinoma over the time
6    course that Mr. Roberts was exposed.
7          But on the dosing question
8    specifically, that's what I would say.
9  BY MR. VAUGHN:
10      Q.    And so you think because he had 5
11  to 6 times the dose of what the FDA says is a
12  lifetime dose and he had that dose in a
13  two-year period, you think it is just a 5 times
14  higher risk of 5 out of 100,000 or 6 out of
15  100,000; is that your opinion?
16          MS. ROSE: Object to the form.
17          THE WITNESS: So just to clarify,
18    you know, I would be translating that -- I
19    mean for a one-to-one comparison to the
20    FDA's lifetime limit you have to assume a
21    lifetime of chronic exposure for Mr.
22    Roberts as well, which, as you said, he
23    did not have. He had a much more
24    concentrated shorter window exposure.
25          So I'm just giving you the numbers

17 (Pages 62 - 65)

Page 122

1 something is oftentimes based, first, on
2 animal studies. Is there anything
3 potentially relevant to humans to justify
4 doing a study.
5     You know, my recollection is that
6 there are studies for -- for each of the
7 things I mentioned, but I -- you know, I
8 can't -- I can't speak to the strength of
9 them off the top of my head. I'd have to
10 review them again.
11 BY MR. VAUGHN:
12    Q. Do you have an opinion if there's
13 more literature or less literature on benzene
14 causing liver cancer in humans than NDMA?
15     MS. ROSE: Object to the form.
16     THE WITNESS: No, I don't have an
17 opinion on that. I -- I haven't reviewed
18 the literature with respect to benzene
19 inasmuch depth as I have with NDMA as
20 pertain- -- pertaining to this case.
21     But I do recall that there are some
22 studies. I can't speak to the volume or
23 depth of them.
24 BY MR. VAUGHN:
25    Q. Okay. And then on this web page we

Page 123

1 were on, it has common liver diseases; and it
2 has cirrhosis as a link.
3     MR. VAUGHN: If you'd go ahead and
4 drop the cirrhosis one, Kathryn, that will
5 be Exhibit 5.
6     (Whereupon, Exhibit 5, Penn
7 Medicine Cirrhosis - Symptoms and Causes,
8 was marked for identification.)
9     MS. AVILA: Okay. It should be in
10 there.
11     MR. VAUGHN: Okay.
12 BY MR. VAUGHN:
13    Q. And for -- the definition of
14 cirrhosis is scarring of the liver and poor
15 liver function.
16     Do you agree with that definition
17 of cirrhosis?
18    A. I -- I think it's a very, probably,
19 oversimplified definition of cirrhosis for the
20 purpose of the lay public.
21     I think I've already given you my
22 definition of cirrhosis, but, you know, I think
23 for -- for simplicity and communicating it to a
24 patient who might be visiting this website, I
25 think it's a -- it's a rudimentary layperson

Page 124

1 summary.
2    Q. And for -- for the layperson, it
3 would be two things, the scarring of the liver
4 plus the poor liver function to have cirrhosis,
5 correct?
6     MS. ROSE: Object to the form.
7     THE WITNESS: Yes. So I mean, I --
8 I disagree a little bit with the
9 characterization there because, as I've
10 stated before, you can have cirrhosis
11 without having clear evidence of
12 derangement of liver synthetic function.
13 Oftentimes, that is seen later in the
14 progression of cirrhosis.
15     You know, perhaps -- again, I don't
16 know who makes this website or who's
17 responsible for the content, but, you
18 know, I'm not responsible. I -- I
19 don't -- I don't write this myself. You
20 know, Penn Medicine -- I have no idea who
21 actually writes this.
22     But I -- I assume it's filtered
23 through a lens to make this very
24 simplistic for patients to just broadly
25 understand what cirrhosis often means.

Page 125

1     And so yes, it means scarring of
2 the liver, and it can mean poor liver
3 function; but as I've stated previously,
4 you can have cirrhosis and actually have
5 relatively reserved liver synthetic
6 markers on your blood work.
7 BY MR. VAUGHN:
8    Q. And so do you disagree with the
9 information that Penn Medical is putting out to
10 the public?
11     MS. ROSE: Object to the form.
12     THE WITNESS: Like I said, I think
13 that my -- my understanding and nuanced
14 understanding of cirrhosis as a clinician
15 goes much more beyond what, you know, this
16 website is communicating to patients.
17     I think that, likely, they're
18 trying to keep things very simple to
19 provide at a high level, you know, some
20 understanding of what these medical terms
21 may generally mean.
22     I don't think their intention is
23 likely to be extremely detailed about the
24 technical definitions of cirrhosis.
25

32 (Pages 122 - 125)

Page 126

1  BY MR. VAUGHN:
2      Q.    So do you think it would be more
3  accurate if it had the word "often" before poor
4  liver function: "Cirrhosis is scaring of the
5  liver and 'often' poor liver function"?
6          Would that be more accurate for
7  you?
8          MS. ROSE:  Object to the form.
9          THE WITNESS:  Again, like I -- I
10  don't have a role in creating this website
11  or curating it to a particular audience.
12          I think, you know, if -- if I were
13  to -- to generate this myself,
14  hypothetically, I probably would caveat it
15  in some fashion similar to that.  It
16  doesn't have to be invariably associated
17  with, you know, poor liver function, but
18  it -- it often is as it progresses.
19  BY MR. VAUGHN:
20      Q.    Okay.  And symptoms, and those
21  symptoms are -- early symptoms are typically
22  fatigue and loss of energy -- energy.
23          Do you agree with that?
24      A.    I don't uniformly agree with that.
25  That's not -- that is not uniformly seen.  That

Page 127

1  can be seen with some particular etiologies of
2  chronic liver disease, but it is very common
3  for someone to have cirrhosis that is
4  compensated and have no symptoms really at all
5  from the patient perspective.
6      Q.    Okay.  And so would you also
7  disagree that an early symptom of cirrhosis is
8  weight loss?
9      A.    I wouldn't -- so I guess just to
10  explain, I would not agree that someone that
11  has cirrhosis is guaranteed to have any of
12  those symptoms.  They can be associated.  Some
13  patients with cirrhosis may have some of these;
14  many may not.
15          So usually weight loss in the
16  setting of cirrhosis occurs when -- it -- it --
17  it often occurs in my experience is more
18  advanced cirrhosis.  It's not as common of a
19  symptom in early cirrhosis, but there are some
20  patients who do present with progressive weight
21  loss and that are diagnosed with cirrhosis.
22          So -- so yeah.  I mean, I agree
23  that it can be a symptom, but it doesn't mean
24  that you have to have this symptom if you have
25  cirrhosis.

Page 128

1      Q.    And Mr. Roberts wasn't experiencing
2  weight loss prior to 2018, correct?
3      A.    I'd have to review his records in
4  detail, but my recollection is no.  He was in
5  the range of Class 2 obesity quite consistently
6  for much of his medical record history.
7      Q.    And Mr. Roberts didn't have fatigue
8  or loss of energy prior to 2018, correct?
9      A.    You know, I -- I -- I don't recall
10  that being mentioned specifically in -- in his
11  records.  It's -- it's possible that he may
12  have mentioned that as a symptom.  You know, it
13  may or may not have been codified by a
14  clinician that was doing their summary.
15          But that did not come across as
16  being a prominent symptom, you know, during --
17  during -- well, I think once he had cancer, I
18  think he probably did express some of these
19  things; but early in the medical record, I
20  don't think those were very consistent symptoms
21  that were documented.
22      Q.    Were they ever documented?
23      A.    I'd have to review -- I'd have to
24  review the records again to see if there's
25  specific mentions of fatigue or loss of energy.

Page 129

1      Q.    What about small red spiderlike
2  blood vessels on the skin, did you see evidence
3  of that prior to his cancer diagnosis?
4      A.    So that is a specific physical exam
5  finding.  There's telangiectasias that you can
6  see oftentimes in the upper chest on patients.
7          I don't recall off the top of my
8  head seeing that reported in the physical exam,
9  but I also say that it's very common that
10  clinicians will not know to look for it unless
11  they are very cognizant of the risks of
12  cirrhosis.  It's -- it's something that a
13  hepatologist would be more likely to look for.
14          So just because it's not documented
15  by, you know, a -- you know, a primary care
16  physician, for example, in the physical exam,
17  does not mean that that was not there.  It
18  could very well have been present.
19      Q.    Are you speculating?
20          MS. ROSE:  Object to the form.
21          THE WITNESS:  I'm not specu- -- I'm
22  not saying that it was or was not there.
23  I'm just providing context to interpreting
24  the medical record that it's possible that
25  things might not be reported in a physical

33 (Pages 126 - 129)

Page 146

1    Q.   Okay.  And Mr. Roberts did not have
2 an abnormal PT/INR prior to his cancer
3 diagnosis, correct?
4    A.   I'd have to review them again in
5 detail, but I don't recall him having an
6 abnormal INR off the top of my head.
7    Q.   On the CB- -- I apologize.
8        On the CBC is there anything you're
9 looking for there besides the platelet count to
10 be abnormal with cirrhosis?
11    A.   Sometimes, yeah.  So I think
12 it's -- it's relevant to look at the hemoglobin
13 and the MCV, the mean corpuscular value.  The
14 MCV is a -- it's a measure of the size of the
15 red blood cell.  I do look at those as well.
16        And I mean, I look at the white
17 blood cell count.  I look at all aspects of the
18 complete blood cell report, but some patients
19 with, you know, more advanced cirrhosis, you
20 may see their hemoglobin or their hematocrit
21 begin to downtrend because they may have
22 bleeding related to their cirrhosis.
23        So I -- I do look at that as well.
24 That's more in the context typically of
25 patients with more, you know, very advanced

Page 147

1 cirrhosis.
2    Q.   Can you have a normal CBC and still
3 have cirrhosis?
4    A.   Yes.
5    Q.   Can you have advanced cirrhosis and
6 still have a normal CBC?
7    A.   Yes.
8        MS. ROSE:  Object to the form.
9 BY MR. VAUGHN:
10    Q.   The liver function test that it's
11 talking about here, is that the AST and ALT you
12 were discussing earlier?
13    A.   The liver function tests typically
14 encompasses a number of different labs.  It
15 includes the AST, the ALT, the total bilirubin,
16 the theophylline phosphatase, the albumin, and
17 usually the total protein is also reported with
18 that.  It's a panel, yeah.
19    Q.   And then the blood albumin levels,
20 you were talking about that as well for
21 advanced cirrhosis, right?
22    A.   Yes.  The blood al- -- yeah.  It's
23 actually -- it's usually encompassed in the
24 liver function tests that you send.  It
25 typically batches those all together.  But yes,

Page 148

1 the albumin is another important lab.
2    Q.   And then it mentions some other
3 tests to check for, which includes a CT, MRI,
4 endoscopy, and ultrasound, correct?
5    A.   Yes.  I see that there on the page.
6    Q.   Okay.  And feel free to look
7 through the exhibit, but they don't mention --
8 Penn Medical, where you work, they don't
9 mention anything about a FIB-4 study to
10 diagnose cirrhosis, correct?
11    A.   I don't see FIB-4 here.  But again,
12 this is a -- like, a public-facing page that I
13 expect patients will go to.
14        If you try to start talking about
15 prediction modeling and FIB-4 scores, I think
16 that is probably needlessly confusing for the
17 patient.  That does not mean that it's -- it is
18 absolutely standard of care best practice for
19 us to use a FIB-4 to help assist with making
20 these diagnoses and understanding the risk of
21 cirrhosis being present or not.
22    Q.   Let's go back to Exhibit 4.
23 There's also a link here to nonfatty alcohol
24 liver disease.
25        MR. VAUGHN:  And if you could drop

Page 149

1 that one next, Kathryn, that would be
2 Exhibit 6.
3        (Whereupon, Exhibit 6, Penn
4    Medicine Non-Alcoholic Fatty Liver
5    Disease - Symptoms and Causes, was marked
6    for identification.)
7        MS. AVILA:  Okay.  It's in there
8 now.
9 BY MR. VAUGHN:
10    Q.   Doctor, what is nonalcoholic fatty
11 liver disease?
12    A.   So nonalcoholic fatty liver
13 disease, I'll -- I'll first say that this is an
14 out- -- outdated term.  So it's -- it's some
15 clear indication that this website -- I don't
16 know how frequently it's updated, but the
17 current term is MASLD, M-A-S-L-D, which is
18 metabolic dysfunction-associated steatotic
19 liver disease.
20        So I may refer to, you know, the
21 same entity as MASLD or NAFLD, where, you know,
22 depending on convenience or referring to
23 other -- other references from Dr. Siddiqui or
24 elsewhere.
25        But what I'm referring to NAFLD or

Page 150

1  MASLD is the presence of fat in the liver that
2  is not related to alcohol but is typically
3  related to individuals who have excess body
4  weight who are overweight or obese. It's very
5  commonly associated with other metabolic
6  conditions like high cholesterol, high blood
7  pressure, diabetes. Things like this are
8  oftentimes -- they're very co-associated. They
9  oftentimes present together.
10         But it's a spectrum of liver
11  disease where when fat is present in the liver
12  in that context, the -- the liver doesn't like
13  that. The fat induces inflammation.
14         As I explained previously,
15  inflammation over time leads to scar tissue.
16  When more scar tissue accumulates, eventually
17  it can become cirrhosis.
18         But that's the spectrum generally
19  of what NAFLD and MASLD is.
20    Q.    And do you agree with this part
21  where it says, "NAFLD" -- "For many people,
22  NAFLD causes no symptoms or problems."
23         Do you agree with that?
24    A.    Yeah. I think I would agree with
25  that. I mean, you know, referring specifically

Page 151

1  to the NAFLD, many people won't even know they
2  have it because, you know, fat in the liver by
3  itself doesn't cause symptoms. I mean, it's
4  possible that, like I said, they might have
5  other co-associated metabolic comorbidities,
6  like high blood pressure or diabetes, that they
7  might have symptoms attributable to those
8  conditions. But specifically related to NAFLD,
9  you know, many patients don't have any
10  symptoms.
11    Q.    Okay. And so fat by itself in the
12  liver does not cause symptoms, correct?
13    A.    For the most part, yes. Yeah. I
14  think that's -- that's fair to say. You know,
15  fat by itself generally does not cause
16  symptoms. There might be exceptional cases
17  where someone has extremely high burden of fat
18  to the point where it's causing a lot of liver
19  enlargement, and that -- that may cause mild,
20  you know, kind of abdominal, vague abdominal
21  discomfort by stretching on the capsule around
22  the liver.
23         But for the majority of patients
24  with NAFLD, they likely have no symptoms
25  specifically caused by their fat in the liver,

Page 152

1  unless it progresses, you know, to a very
2  advanced cirrhosis.
3    Q.    And then this notes a more severe
4  form of NAFLD is NASH.
5         What -- what is NASH, and what is
6  the difference between NASH and NAFLD?
7    A.    So here's another instance where
8  I'll introduce maybe two terms because there's
9  also an updated nomenclature for NASH, which is
10  now MASH, M-A-S-H. Within, these entities,
11  again, they refer to the same principle.
12         But NASH, the acronym is
13  nonalcoholic steatohepatitis. And MASH, with
14  an M, is metabolic dysfunction-associated
15  steatohepatitis. It's all very confusing
16  unfortunately in the world the hepatology.
17         But essentially, what this is, it
18  means that in addition to there being fat in
19  the liver related to, you know, being
20  overweight, et cetera, there is also
21  inflammation.
22         Some patients will have NAFLD.
23  They'll have fat in the liver, but it's,
24  quote/unquote, "bland" where there's -- there's
25  fat there, but there's no inflammation.

Page 153

1         NASH and MASH imply that the fat is
2  causing inflammation, and, thus, you know,
3  putting a patient at risk of -- of accumulating
4  scar tissue.
5    Q.    And so would you agree that NAFLD
6  can either have no symptoms or when they do
7  have symptoms, it is fatigue and pain in the
8  upper right abdomen?
9    A.    Yeah. I think I --
10         MS. ROSE: Object to the form.
11         THE WITNESS: Sorry.
12         MS. ROSE: Go ahead. Sorry.
13         THE WITNESS: Yeah. I think I
14  mentioned that. In some generally
15  uncommon cases, if there's a lot of fat in
16  the liver to the point where all the fat
17  infiltration is causing the liver to
18  become enlarged and stretch on the capsule
19  for the surrounding of the liver, that can
20  give you some of this pain that they're
21  referring to, but it's not -- it's not a
22  very common symptom.
23         Fatigue is an extremely general
24  symptom, and some patients may have
25  fatigue or not; but -- but oftentimes,

Page 154

1    it's hard to disassociate is it fatigue
2    related to the fat, or is it related to
3    the other metabolic conditions that many
4    of these patients invariably like, like,
5    you know, diabetes, for instance.
6  BY MR. VAUGHN:
7    Q.   And for the progression of NAFLD to
8  NASH, once you're at NASH symptoms include
9  weakness, loss of appetite, nausea, yellow skin
10  and eyes which is jaundice, itching, fluid
11  buildup and swelling in the legs and abdomen,
12  mental confusion, and GI bleeding, correct?
13    A.   So those are not -- it might be.
14  Those are not specific symptoms to NASH. Many
15  of those are things you expect to see in
16  patients who have NASH that have progressed to
17  cirrhosis.
18         I think they qualify that there.
19  They say, "In people with NASH who have liver
20  damage (cirrhosis)."
21         You know, many -- many of these
22  symptoms are related to cirrhosis, and some of
23  them are more specific to even more advanced
24  cirrhosis, not necessarily, you know, NASH
25  itself always.

Page 155

1    Q.   And did Mr. Roberts have any of
2  these symptoms prior to his cancer diagnosis in
3  2018?
4    A.   I don't think he had -- he did not
5  have GI bleeding, mental confusion, itching,
6  jaundice. I -- I can't recall precisely. He
7  may have articulated nausea at some point. So
8  I -- that one I'm not a hundred percent sure
9  of.
10         But yeah. I don't think he had
11  symptoms of advanced decompensated cirrhosis
12  prior to his cancer diagnosis, just to make
13  that simple.
14    Q.   You say he didn't have symptoms of
15  "advanced decompensated cirrhosis."
16         Did he have symptoms of just
17  decompensated cirrhosis?
18    A.   Sorry. Let me clarify.
19         Decompensated cirrhosis, I'm
20  just -- just for lay terminology, I'm referring
21  to that as the more advanced progression of
22  cirrhosis.
23         The way a hepatologist would
24  discuss this would really just be to think
25  broadly in two different phases of cirrhosis.

Page 156

1  There's compensated and decompensated.
2         I was just trying to the refer to
3  the fact that decompensated cirrhosis is more
4  advanced progression beyond compensated
5  cirrhosis.
6    Q.   And you agree that cirrhosis is a
7  progressionary disease, right?
8    A.   Yeah. I do agree that -- I mean,
9  the diagnosis of cirrhosis is very much binary,
10  like, we either think it's there or not. But
11  there is a spectrum within cirrhosis where
12  there can been additional progression of scar
13  where things ultimately evolve from compensated
14  to decompensated cirrhosis.
15    Q.   So I want to make sure I'm clear on
16  this.
17         There's fibrosis. There's advanced
18  fibrosis, and then there's cirrhosis, correct?
19    A.   Yeah.
20         MS. ROSE: Object to the form. I'm
21    sorry. I didn't mean to interrupt you,
22    Doctor. I want to get my objection in.
23         THE WITNESS: I will give you more
24    time. I apologize.
25         So just to be clear, fibrosis,

Page 157

1    again, is just the medical term that means
2    scar. So it's not really specific in
3    terms of any implication of how much scar.
4         But it's fair to say that there are
5    kind of -- there's minimal fibrosis with
6    very little scar, moderate fibrosis, and
7    then there's advanced fibrosis, which
8    encompasses cirrhosis. These are
9    oftentimes used too encompass cirrhosis,
10    but -- but some patients may have advanced
11    fibrosis but not yet cirrhosis. So they
12    might have F3 scarring, not yet F4
13    scarring. F4 is cirrhosis. F3 and F4 are
14    used to refer to advanced fibrosis.
15  BY MR. VAUGHN:
16    Q.   And then once we get to cirrhosis,
17  there's compensated cirrhosis, decompensated
18  cirrhosis, and advanced cirrhosis; is that
19  correct?
20         MS. ROSE: Object to the form.
21         THE WITNESS: No. I would just say
22    there's compensated cirrhosis, and then
23    there's decompensated cirrhosis.
24  BY MR. VAUGHN:
25    Q.   And would you consider

40 (Pages 154 - 157)

Page 158

1 decompensated cirrhosis advanced cirrhosis?
2    A.    Just to -- I'll -- I'll just be
3 very precise about that.
4        I mean, so decompensated cirrhosis
5 is defined based on the manifestation of -- of
6 cardinal symptoms of -- of advanced liver
7 disease or advanced cirrhosis.  And ascites,
8 confusion related to the liver, which is called
9 hepatic encephalopathy in a particular type
10 of -- of GI bleeding from varicose veins in the
11 GI tract.
12        If any of those are present, it's
13 referred to as decompensated cirrhosis.  That's
14 the medical terminology.
15        If I say "advanced cirrhosis," I'm
16 doing that just for the benefit of, I suppose,
17 just being able to communicate the principle
18 more easily without having to rely exclusively
19 on the medical terminology, though, if you
20 prefer, I can -- just refer to that as
21 decompensated cirrhosis.
22    Q.    And I --
23    A.    -- but that's what I mean when I --
24    Q.    I appreciate that.  That's a
25 helpful clarification.

Page 159

1        So for a layperson or to the jury,
2 using the words like "advanced cirrhosis" could
3 be easier to get that message across than just
4 saying "decompensated cirrhosis," correct?
5        MS. ROSE:  Object to the form.
6        THE WITNESS:  Yeah.  I -- I think
7        I -- I can certainly explain decompensated
8        cirrhosis very specifically, but all I'm
9        trying to communicate with the word
10        "advanced" is that there has been
11        progression from a compensated state to a
12        decompensated state.
13 BY MR. VAUGHN:
14    Q.    All right.  Do you see down here on
15 U Penn's website, "A liver biopsy is needed to
16 confirm a diagnosis of NASH, the more severe
17 form of NAFLD"?
18        Do you agree with that?
19    A.    I do agree with that from a
20 technical -- it's a very technical standpoint,
21 and the reason why I say that is if you're
22 being a medical purist, the only way to state
23 that someone has NASH or MASH is to get a liver
24 biopsy because it's a -- it's technically a
25 pathological diagnosis.  You -- it's a -- it's

Page 160

1 a description of the appearance of the liver
2 under a microscope.
3        So by a very technical definition,
4 NASH or MASH, you can really only technically
5 see it if you're looking at the biopsy.
6        That being said, these days we do
7 not commonly perform liver biopsy.  We do in
8 some scenarios, but far less than we used to.
9 We are able to generally infer if a patient has
10 NASH or MASH without subjecting them to a liver
11 biopsy.
12        So yeah.  I think it's -- it's
13 technically true; but in modern practice, we --
14 we don't usually routinely put patients with
15 NAFLD and concern for possible NASH through a
16 biopsy.  We use evidence from their blood work,
17 for instance, and their fibrosis or their FIB-4
18 score to infer that there's MASH or NASH
19 occurring that if we did do a biopsy, we would
20 expect to see it.
21    Q.    And Penn Med's website doesn't
22 mention anything about FIB-4 then when
23 diagnosing NASH, does it?
24    A.    It does not.  But like I said
25 previously, this appears to be a patient-facing

Page 161

1 website.  I don't think this website is
2 comprehensive in describing all aspects of
3 liver disease; but, you know, I can represent
4 to you that, you know, FIB-4 is -- it's, you
5 know, it's codified in, you know, practice
6 guidelines for hepatology and in particular,
7 actually, in surveillance for patients with
8 MASLD or NAFLD, and which terminology you want
9 to use.  You know, FIB-4 is used routinely.
10    Q.    And there was no liver biopsy
11 conducted on Mr. Roberts prior to his cancer
12 diagnosis, correct?
13    A.    That is correct.  I do recall maybe
14 it was Dr. Ives, I believe, one of his -- his
15 gastroenterologists, at some point early in the
16 records, he had offered him a liver biopsy.  I
17 believe he had suspected that -- you know, he
18 had -- he had demonstrated on an ultrasound
19 that there was fat in the liver and in the --
20 in the setting of abnormal AST and ALT and
21 offered Mr. Roberts liver biopsy.  And
22 Mr. Roberts, I think, did not want to pursue
23 that.
24    Q.    And in a liver biopsy, if someone
25 does have NASH as opposed to NAFLD, what --

41 (Pages 158 - 161)

Page 162

1  what are you looking for?
2        MS. ROSE:  Object to the form.
3        THE WITNESS:  So I apologize.
4  Can you repeat the question.
5  BY MR. VAUGHN:
6      Q.   Yeah.  Where -- where it says, "A
7  liver biopsy is needed to confirm the diagnosis
8  of NASH, the more severe form of NAFLD," what
9  is going to be in that liver biopsy to indicate
10  that it is NASH as opposed to NAFLD?
11     A.   I see.  Right.
12        So on a liver biopsy, what you
13  expect to see in someone that has MASLD or
14  NAFLD is you expect to see an increase of fat
15  content inside liver cells.  That's -- that's
16  what the medical term steatosis means.
17  Steatosis just means fat.  You expect to see an
18  abnormal -- abnormal amount of fat in liver
19  cells.
20        The MASH and NASH part of it means
21  that you additionally expect to see markers of
22  inflammation.  You expect to see inflammatory
23  cells, so a certain types of white blood cells.
24  There are also other, you know, particular, you
25  know, kind of pathology-based findings, like

Page 163

1  ballooning, degeneration, and other things that
2  the pathologists may comment on that are also
3  consistent with MASH or NASH.
4        But broadly speaking, you're
5  looking for evidence of inflammation plus fat
6  not just fat alone.
7      Q.   For the diagnosis of NASH, are you
8  also looking for the presence of cirrhosis or
9  just the presence of inflammation?
10     A.   That's a very good question.
11        On the biopsy the pathologists will
12  always perform something called a trichrome
13  stage -- trichrome stain, which is a special
14  way of looking at the amount of scar tissue in
15  the liver.
16        So yeah.  It's very routine where
17  in addition to trying to assess what is the
18  chronic liver disease process that is present
19  on a biopsy, they will also report the stage of
20  fibrosis.
21        So that -- that's where this
22  terminology for F0 to F4 fibrosis comes from.
23  So the pathologists will usually try to make a
24  determination of how much fibrosis or scar
25  tissue is there on a biopsy.

Page 164

1      Q.   So am I right in saying that there
2  does not need to be cirrhosis on the biopsy for
3  a diagnosis of NASH?
4      A.   Oh, yes, that's correct.  Yeah.
5  Many patients might have NASH, but they don't
6  have cirrhosis.
7        So you could have somebody that has
8  NASH but only Stage 1 fibrosis.  You could have
9  someone that has NASH, but they have Stage 3
10  fibrosis.  Then you can have someone that has
11  NASH, and they have overt cirrhosis F4
12  cirrhosis.
13        So you can make -- you can
14  encounter a biopsy across the whole spectrum.
15     Q.   Okay.  So the biopsy for the
16  diagnosis of NASH is primarily looking for the
17  addition of inflammation in the liver to
18  distinguish it from NAFLD?
19     A.   Yes.
20     Q.   Okay.
21     A.   Fat plus inflammation is -- is MASH
22  or NASH.
23     Q.   Okay.  And we do not have a biopsy
24  showing inflammation of Mr. Roberts' liver
25  prior to 2018, correct?

Page 165

1      A.   That's --
2        MS. ROSE:  Object to the form.
3        THE WITNESS:  -- correct.
4  Sorry.
5        MS. ROSE:  That's okay.
6        THE WITNESS:  That's correct.  But
7  as I stated previously, really in this era
8  of practice, we don't routinely perform
9  liver biopsies to demonstrate NASH.  We
10  infer it based on a laboratory evaluation,
11  and it's only in scenarios where there's
12  really diagnostic uncertainty where we
13  might discuss biopsy as being an important
14  diagnostic step for a patient.
15  BY MR. VAUGHN:
16     Q.   All right.  And it lists
17  treatments.
18        And for treatment for NAFLD, it
19  mostly just talks about managing risk factors,
20  correct?
21     A.   So let me scroll through this.
22     Q.   Oh, you're fine.  Take your time.
23     A.   Yeah.  Yeah.
24        It does primarily focus on
25  risk-factor management.  Although, I will say

42 (Pages 162 - 165)

Page 174

1  thinking that he was drinking a significant
2  amount or nothing that was really reported by
3  him, as best as I can tell.
4      Q.    And did you see in the records of
5  him being physically active, such as going on
6  hunting trips throughout 2012 through his
7  diagnosis of cancer?
8      A.    I recall that instance of the
9  hunting trip, and there might have been a
10  fishing trip mentioned somewhere else.  I may
11  be misremembering that, but I don't know.  You
12  can -- it's kind of debatable how active a
13  fishing trip or hunting trip are.  And, you
14  know, I don't know what regularity Mr. Roberts
15  may have engaged in -- in these types of
16  activities.
17      So it's -- it's tough from the
18  record, in my view, to get a really strong
19  sense of how much physical activity he was
20  engaged with in the course of his kind of
21  routine care during the course of his medical
22  record history.
23      Q.    And he was taking medications to
24  manage his blood pressure and diabetes,
25  correct?

Page 175

1      A.    Yes.
2      Q.    And he did not have Hep A or Hep B,
3  correct?
4      A.    Correct.
5      Q.    Do you know if he was vaccinated
6  against such diseases?
7      A.    Sorry.  Let me look at my report.
8      Yes, I do.  I just wanted to pull
9  it up because I wrote these labs down.  I just
10  wanted to make sure I present it to you
11  accurately.
12      So on July 18th of 2018, a lot of
13  that relevant laboratory data had been sent
14  off, I believe, by Dr. Hooks his -- his
15  gastroenterologist.
16      And so he had some Hepatitis A
17  and B related serology data.  So his
18  Hepatitis A antibody was nonreactive.  They
19  don't report if that's an IgG or IgM antibody,
20  which would be relevant.  But most of the time
21  when a lab reports it that way, it's the IgG
22  antibody that is nonreactive, which would imply
23  that he was not vaccinated against Hepatitis A.
24      However, Hepatitis B he had surface
25  antigen nonreactive, Hepatitis B core antibody

Page 176

1  non reactive; but the Hepatitis B surface
2  antibody was detected at a level of greater
3  than 11.5.
4      So my interpretation of that is he
5  was never infected or exposed to Hepatitis B
6  virus, which is why the surface antigen and the
7  core antibody were negative; but he had
8  immunity.  He was -- he was likely vaccinated
9  against Hepatitis B because he had the antibody
10  detected.
11      Q.    And was he on medication to lower
12  his cholesterol and triglyceride levels?
13      MS. ROSE:  Object to the form.
14      THE WITNESS:  Yeah.  I -- again, I
15  don't believe for much of his history.  I
16  don't recall him being treated with a
17  statin, which is what's typically used for
18  controlling, you know, high LDL levels.
19      But he did carry a diagnosis of
20  hyperlipidemia that was reported in
21  November of 2006, but I don't recall him
22  really being on a lipid-lowering agent
23  certainly later in his medical record
24  history.  I don't recall that being really
25  clearly demonstrated even in his early

Page 177

1  medical history.
2  BY MR. VAUGHN:
3      Q.    Did he have elevated cholesterol
4  and trigly- -- triglycerides?
5      A.    Yes.  He definitely had an elevated
6  LDL and triglycerides.  I wrote down some of
7  those.  So for instance, September 20th, 2005,
8  he had a triglyceride value of 390, a
9  cholesterol value of 230.
10      And on November 14th, 2006, he had
11  an LDL that was very clearly elevated at 153.
12      So that's usually -- LDL is what is
13  most commonly used, you know, from my
14  understanding, from primary physicians and
15  cardiologists to make decisions primarily about
16  the need for medications like statins to lower
17  LDL, which is oftentimes referred to be the,
18  quote/unquote, "bad cholesterol."
19      So an LDL of 153 is -- is elevated.
20      Q.    Is Crestor a statin?
21      A.    Crestor is a statin.  Yeah.
22      Was he on Crestor?
23      A.    I -- I just can't recall if he was
24  or not.  He might have been on -- if he was on
25  Crestor, then that is a statin at that time

Page 178

1  point.  I just don't recall seeing that
2  reliably later in his record.
3      Q.    So as far as managing his risk
4  factors for NAFLD, he was basically doing
5  everything except for actually losing the
6  weight, correct?
7          MS. ROSE:  Object to the form.
8          THE WITNESS:  Yeah.  I think in
9  terms of managing the comorbid conditions
10  associated with MASLD and NAFLD, which are
11  things like hyperlipidemia, hypertension,
12  diabetes, if you're representing to me
13  that he was on Crestor and that it is just
14  slipping my memory, then I'll take you at
15  your word that he may have been on
16  Crestor.  That would be appropriate
17  management for -- for hyperlipidemia.
18          I know he was on medications for
19  hypertension, of course, different ones
20  over time.  I think around the time of his
21  hyperlipidemia, he was on Celiprolol and
22  hydrochlorothiazide.  And later was -- was
23  switched to different agents.
24          And then later in his history with
25  diabetes, he was on Metformin and another

Page 179

1  medication, a secondary medication for
2  diabetes.
3          So yes, I would agree that
4  generally speaking, he was receiving
5  pharmacologic therapy for those comorbid
6  conditions.  However, as I said
7  previously, the most important central
8  aspect of managing MASLD and NAFLD and the
9  only thing that's effective is weight loss
10  and demon-- -- demonstrability to achieve
11  sustained longitudinal weight loss.  And
12  without that, the NAFLD and the NASH --
13  the MASLD and the MASH, they won't go
14  away; and they'll continue to cause liver
15  injury and eventually cirrhosis.
16          So the comorbid conditions that --
17  that come along with this is a package
18  oftentimes because weight is the
19  underlying thing that is the central risk
20  factor for all those conditions is the
21  root cause.  And I don't think the root
22  cause of all of those things was being
23  managed.  I mean, he didn't lose weight,
24  unfortunately.
25          You can almost think of the

Page 180

1  medications as being a Band-Aid on top of
2  the root cause to try to mitigate the
3  injury related diabetes, high blood
4  pressure, high cholesterol.  But the root
5  cause is the weight, and that was not
6  addressed successfully really at any point
7  in -- in his history.
8  BY MR. VAUGHN:
9      Q.    Do you think Mr. Roberts got liver
10  cancer because he was overweight?
11      A.    I think that -- again, he was
12  Class 2 obesity, not just overweight.
13          I do think that obesity was part of
14  the picture.  I don't think it's the entire
15  explanation.  I think it's related to why he
16  developed cirrhosis, and I think it also has
17  some independent contribution to the increased
18  risk of liver cancer.
19          So it's -- it's not an isolated
20  thing.  I don't think it's just the Class 2
21  obesity.  It's really the process -- the main
22  thing in my view is the process of MASLD and
23  MASH progressing to cirrhosis.  Because once
24  there's cirrhosis that -- that is, you know,
25  the best established risk factor for developing

Page 181

1  hepatocellular carcinoma.
2          So insofar as, you know, it's
3  related to causing cirrhosis and has some
4  elevated independent risk beyond that, so it's
5  part of the picture; but it's not the entire
6  explanation.
7      Q.    If Mr. Roberts was not obese, do
8  you believe that he would have developed cancer
9  when he did?
10          MS. ROSE:  Object to the form.
11          THE WITNESS:  So I mean, you're
12  giving me a hypothetical.  So -- so, you
13  know, I'll answer that, you know, with
14  that in mind; and I'll -- would you like
15  me to assume that everything else is in
16  the same?
17          So he --
18  BY MR. VAUGHN:
19      Q.    Correct.
20      A.    -- is not obese?
21          Okay.  So if you take out.  It's a
22  little bit tough to tease out entirely because
23  the obesity is interrelated to things.
24          If he wasn't obese, if he was a
25  completely normal weight, he would be less

Page 182

1  likely to have MASLD. He'd be less likely to
2  have NASH. He'd be less likely to have
3  diabetes, high blood pressure, hyperlipidemia,
4  coronary artery disease.
5        So in that hypothetical, he would
6  be a much, much healthier patient. So it's --
7  it's hard to perfectly project what would have
8  happened. But if he was a normal weight,
9  there's a very good chance that he would have
10 never developed cirrhosis; and therefore, you
11 know, there's a very good chance that he would
12 have never developed hepatocellular carcinoma.
13 Yes.
14     Q.    And -- and so to be clear, it's
15 because he was overweight, he developed
16 cirrhosis, in your opinion; and then the
17 cirrhosis led to his cancer?
18        MS. ROSE: Object to the form.
19        THE WITNESS: That's not what I'm
20 saying.
21        I said that there are multiple
22 important risk factors to consider in this
23 case. Cirrhosis is one of them. And
24 there are multiple factors that are
25 related to his developing cirrhosis,

Page 183

1  including Class 2 obesity as well as MASLD
2  and MASH and -- and diabetes for -- for
3  that factor.
4        But, you know, as I state in my
5  expert report, it's not just the
6  cirrhosis. You know, diabetes, obesity,
7  MASLD, and MASH, those are also
8  independent risk factors for
9  hepatocellular carcinoma.
10        And just to make that really
11 crystal clear, a very good demonstration
12 of that is the fact that many patients
13 with MASH develop hepatocellular carcinoma
14 in the absence of cirrhosis.
15        So cirrhosis is not a prerequisite
16 state. It's -- it is a very, very high
17 risk state for liver cancer, but the other
18 factors matter too, independently.
19 BY MR. VAUGHN:
20     Q.    On the outlook or prognosis for
21 NAFLD on Penn Med's website it says, "Many
22 people with NAFLD have no health problems and
23 do not go on to develop NASH."
24        Do you agree with that statement?
25     A.    Not really, honestly. It's a -- I

Page 184

1  think it's maybe -- I'm not sure if they're
2  referring specifically to NAFLD-related health
3  problems, in which case maybe it's a fair
4  statement.
5        My position generally is, as I've
6  stated, many patients with NAFLD, they tend to
7  be overweight. They tend to be obese, and that
8  puts them at a higher risk of having other
9  problems like diabetes, high blood pressure,
10 high cholesterol. It's a very, very
11 well-demonstrated association, you know,
12 including features of the metabolic syndrome.
13 These are co-associated.
14        So perhaps what they're referring
15 to there is just NAFLD-related health problems,
16 which I think is fair. But I think my -- my --
17 my perspective is I probably would have written
18 that a bit of a different way because patients
19 with NAFLD are more likely to have these other
20 important comorbidities.
21     Q.    Do you agree that many people with
22 NAFLD do not go on to develop NASH?
23     A.    Yeah. I would agree with that.
24 Many patients, you know, have bland fat in the
25 liver and -- and don't develop NASH. There's a

Page 185

1  subset of patients that do.
2     Q.    Can you give me an approximate
3  percent of people with NAFLD that go on to
4  develop NASH?
5     A.    Yeah. I don't want to give you the
6  wrong figure. I mean, I can give you ballpark
7  estimates of these things. But, you
8  know, yeah. I'd have to really kind of look at
9  the literature again to give you really precise
10 estimates.
11        But roughly a third of individuals
12 in the United States have NAFLD. We are,
13 unfortunately, a very generally obese country
14 with poor lifestyle habits. So NAFLD is very,
15 very common. One in three people have it.
16        You know, NASH develops as a
17 subset. I don't know exactly know, you know,
18 what proportion may have NASH. But -- but
19 broadly speaking, there's roughly -- there -- I
20 think of it in terms of kind of -- if I see a
21 patient with NAFLD, I can give you estimates
22 for timeframes of progression to other phases
23 of -- of -- of -- of fibrosis that informs sort of
24 the risks of NASH and then cirrhosis.
25        If you see a patient with -- with

47 (Pages 182 - 185)

Page 186

1  MASLD or NAFLD, they typically will -- you
2  know, there's a risk of progressing to the next
3  stage of fibrosis in about five to seven years.
4      So through that lens, you can sort
5  of get estimates, you know, broadly of how many
6  patients will progress these stages to have
7  significant MASH and then cirrhosis, but I
8  don't have a really precise number of, like,
9  what proportion of patients with NAFLD have
10  NASH. I don't know if we necessarily have
11  really accurate estimates of that honestly.
12      Q.    Would you agree that most people
13  who are obese have NAFLD?
14      A.    That's probably the case that most
15  people who are obese likely have NAFLD or
16  MASLD, yes. I don't know exact -- the exact
17  proportions, but I would expect that most
18  individuals do have fat in the liver if they're
19  obese.
20      Q.    Okay. We were talking about how
21  losing weight can help treat or reverse NAFLD.
22      Does that mean that the fatty
23  deposits within the liver can be reversed?
24      A.    That's a very good question,
25  Counselor.

Page 187

1      I'd -- I'd say that, yes, there's
2  very good evidence that a sufficient amount of
3  weight loss can lead to resolution of fat in
4  the liver.
5      So fat will leave the liver,
6  usually it's -- it's in the ballpark of 7 to
7  10 percent of body weight that needs to be lost
8  to achieve fat coming out of the liver and,
9  therefore, resolution of steatohepatitis or
10  MASH or NASH.
11      But it's important to state that
12  even if fat is -- is gone after significant
13  weight loss, the scar -- any damage that's
14  resulted from the process is still there. The
15  scar does not -- does not reliably go away.
16      Q.    And that was going to be my next
17  question.
18      Is scarring or fibrosis of the
19  liver reversible?
20      A.    So it's actually a very interesting
21  area of -- of -- of research because generally,
22  you know, the canonical thinking was that
23  fibrosis generally was not reversible. And --
24  and for the most part, I think that's still
25  accurate, but I think, you know, we're finding

Page 188

1  that some patients might get a little bit of
2  improvement if -- when they're appropriately
3  managed. You can some reduction in the degree
4  of scar, but typically not total resolution.
5      To give you just an example of
6  where that literature -- excuse me -- comes
7  from or maybe just explain this in a very
8  lay -- lay -- lay terminology really quickly.
9      Scar in the body is very similar to
10  scar that you can see on the outside. So like,
11  if you're a kid and you fall and you cut your
12  knee and you get a scar there, you usually have
13  that scar there your whole life. It's
14  generally the same principle on the inside. So
15  if you have something that causes scar inside
16  an organ, that tends to also stick around your
17  whole life.
18      But -- but we know from some
19  studies -- and this is primarily from the
20  bariatric surgery literature -- where some
21  patients that have NASH or MASH and they've
22  undergone a biopsy in these studies to
23  demonstrate how much scar they've had.
24      So some patients in these studies,
25  they'll have Stage 3 fibrosis on the biopsy.

Page 189

1  They then undergo a bariatric surgery like a
2  Roux-en-Y gastric bypass, which is very
3  effective in causing significant weight loss.
4  Like, a Roux-en-Y gastric bypass patient might
5  lose 30 percent of their body weight over the
6  course of a year. So they -- they definitely
7  achieve that benchmark of 10-percent weight
8  loss.
9      If you take a patient like that and
10  then do a biopsy a year or two after they've
11  lost all that weight, sometimes their fibrosis
12  stage has gone from a three to two.
13      So we know that there's some
14  potential to improve fibrosis if the patient
15  achieves a lot of weight loss. But -- but
16  it's -- it would be very unusual to go from
17  Stage 3 to completely normal. That -- that
18  generally is not seen.
19      Q.    And then the same type of question
20  for cirrhosis.
21      Is cirrhosis reversible to any
22  degree?
23      A.    You're asking very -- really good
24  questions. These are questions that patients
25  ask all the time too.

48 (Pages 186 - 189)

Page 354

1  You know, we talked about the stage of
2  cancer that he was diagnosed with. It's
3  really important to highlight that when he
4  was diagnosed in, you know, April -- you
5  know, July/April of 2018, he did not have
6  early stage hepatocellular carcinoma. He
7  had multiple lesions. There were two
8  lesions that were clear -- clearly
9  LI-RADS 5 lesions that were, you know,
10  HCC, the largest of which, from my
11  recollection, was 5.8 centimeters in
12  diameter.
13      You don't get a 5.8-centimeter
14  diameter HCC overnight. That does not
15  occur quickly. That takes a long time to
16  get there, to that size. And fortunately,
17  this is something that's been studied in
18  great detail across many studies. There's
19  a lot of interest in understanding growth
20  rates of HCC so we can understand what to
21  expect in patients and how to
22  prognosticate.
23      And in my expert report, you know,
24  I cite the literature, and I give the
25  different ranges, the average tumor volume

Page 355

1  doubling time, the extreme cases of very
2  aggressive growth and -- and very slow
3  growth. And I ran simulations for all of
4  those.
5      And no matter what assumption you
6  take, even if I assumed the most
7  aggressive form of hepatocellular
8  carcinoma with the fastest growth rates
9  that are observed in -- in -- you know, in
10  multiple observational studies,
11  Mr. Roberts would have already had HCC in
12  his liver prior to the time he was first
13  exposed to NDMA-contaminated Valsartan.
14      So there's no plausible way you can
15  say that NDMA, regardless of the dose,
16  could have caused it if it's already
17  there. So the temporality is -- is a
18  really key point in this case and one that
19  we didn't really talk about explicitly.
20      But I have to highlight it in the
21  context of this to explain why my opinion
22  doesn't change. Even if he had,
23  hypothetically, had a higher dose exposure
24  to NDMA, my view is that his cancer was
25  already there.

Page 356

1  BY MR. VAUGHN:
2      Q.    Understood. And I was planning to
3  get to it if we had time in the deposition.
4      What's the fastest growth rate for
5  HCC?
6      A.    Yeah. So, you know, we look at
7  this mostly in terms of tumor volume doubling
8  time. I'm pulling up my report to give you
9  very precise numbers.
10      Okay. So tumor volume doubling
11  time, again, these are -- these estimates are
12  aggregated. It's actually coming from a
13  meta-analysis of many different studies to get
14  as accurate of representation of the range of
15  growth rates as possible.
16      The most -- so if you take the
17  95-percent kind of confidence interval in terms
18  of one extreme to the other, the most sort of
19  aggressive growth rates are on the scale of
20  3.9 months for tumor volume doubling time.
21      And so I have table where I kind of
22  go through these calculations. The average is
23  about 4.6 months for tumor volume doubling
24  times, and the slower one are 5.3 months of
25  tumor volume doubling time.

Page 357

1      Q.    So 3.9 months is the quickest
2  doubling time of HCC?
3      A.    Tumor volume doubling time, yes.
4      Q.    Is it your opinion that NDMA cannot
5  cause cirrhosis?
6      A.    So I think, you know, in -- in
7  animal literature, you know, at a sufficiently
8  high dose, you know, I do think that NDMA can
9  likely cause hepatic fibrosis and likely
10  cirrhosis, you know, in, you know, rodent
11  studies, for instance. But I don't think
12  that's been demonstrated to any sufficient
13  degree in humans.
14      Q.    Did you search for that?
15      A.    Yes.
16      Q.    What -- where -- what did you
17  search?
18      A.    Yeah. So I had a range of
19  different searches. You know, I looked for,
20  you know, NDMA, you know, liver fibrosis,
21  liver, obviously hepatocellular carcinoma. I
22  looked, you know, nitrosamine, you know, liver
23  cirrhosis, hepatocellular carcinoma.
24      I did this specifically because in
25  the -- the plaintiff expert witness report, she

90 (Pages 354 - 357)

Page 370

1  they say that cirrhosis was discovered during
2  operate, and -- and there was improvement in
3  liver function.
4         I don't know what they mean by
5  "liver function." I'm not sure what labs
6  they're referring to or on what basis they're
7  saying that liver function was improved.
8         As I said before, you know,
9  cirrhosis is generally considered to be binary.
10 You know, if cirrhosis is there -- if cirrhosis
11 is there and you manage the patient as such.
12        So without kind of revisiting that
13 study in more detail to see on what basis
14 they're saying that, I don't necessarily know
15 what they're referring to; but I'm skeptical
16 for those reasons.
17        Because certainly once there's
18 cirrhosis present, there's already a state of
19 liver injury that is ir- -- you know, generally
20 irreversible. So -- so I'm not sure what
21 they're referring to there.
22    Q.   Do you see here where the United
23 States Health and Human Services says,
24 "Hepatotoxicity is the most prominent
25 characteristic systemic effect of NDMA

Page 371

1  resulting in" -- what is this?
2         Central lobular necrosis?
3         Did I say that right?
4     A.   Yeah. Central lobular necrosis.
5     Q.   -- "and hemorrhage, fibrosis,
6  cirrhosis, and ascites."
7         Do you disagree with the United
8  States Health and Human Services on that?
9     A.   So let me take a look.
10        This is page 42, right?
11    Q.   Uh-huh.
12    A.   Yeah. So this again, you know, the
13 preceding sentence is saying this is animal
14 species. So in several animal -- so again,
15 this is from the animal literature.
16        And no, I don't disagree with that
17 from the animal literature. As I've stated, I
18 recognize that high-dose NDMA, you do see these
19 changes in rodents of liver injury, liver
20 fibrosis, and the attendant complications,
21 including HCC.
22        You know, but my -- my broader
23 point is that there -- you have to be very
24 cautious in translating animal study findings
25 to humans. And there's, you know, not that you

Page 372

1  really are questioning, but it's very much
2  related to this, that I have to emphasize that
3  all of these animal studies study animals that
4  have normal livers at baseline. They're
5  exposing normal healthy, you know, rodents or
6  whatever animal model they're using. They have
7  a healthy liver. They're given high-dose NDMA,
8  and they observe what happens.
9         It's important -- it's important to
10 recognize that that is not analogous to
11 Mr. Roberts' case. He already has cirrhosis.
12 Why is that relevant?
13        If you look at Sawyer's expert
14 report, he talks about the mechanism of
15 carcinogenesis attributable to NDMA.
16        NDMA needs to be activated in the
17 liver. It needs to be metabolically activated
18 by enzymes in the liver to toxic metabolites.
19 The NDMA itself is not the issue. It's the
20 toxic metabolites.
21        That's important because if you
22 have a liver that already has cirrhosis, it is
23 not effective. It is not as effective as a
24 healthy liver in metabolizing NDMA to the toxic
25 metabolites. This is another principle that we

Page 373

1  understand as hepatologists that's very
2  relevant because we actually change the way we
3  prescribe certain medications if we think
4  cirrhosis is present. If cirrhosis is present,
5  it will not reliably metabolize things.
6         So there is a highly plausible
7  reason to expect that even if, hypothetically,
8  you know, I were to grant that there is, you
9  know, some concern that NDMA could cause liver
10 cancer in humans, which, again, I don't grant
11 based on the scientific literature we talked
12 about, there's no reason to believe that that
13 would apply to somebody who already has
14 cirrhosis who's unable to reliably metabolize
15 NDMA to the toxic metabolites. There's
16 literally no data in such a patient, animal or
17 human, where they've studied NDMA exposures
18 specifically in a baseline cohort of animals or
19 humans who already have cirrhosis. So --
20    Q.   So it's your -- keep going.
21    A.   That's fine. That's good.
22    Q.   So is it your opinion that
23 Mr. Roberts is at less risk to NDMA because his
24 liver's not functioning as well?
25        MS. ROSE: Object to the form.

94 (Pages 370 - 373)

Page 394

1  It might be, you know, a little bit lobulated
2  and -- but you have to make assumptions -- for
3  the purposes of just doing the studies, you
4  make the assumption.
5      They typically are roughly
6  spherical.  If you look at tumors, they tend
7  to -- just the way they grow, they grow in all
8  dimensions, and they tend to grow roughly in an
9  spherical shape.  But, you know, I acknowledge
10  that that's an approximation that we use.
11      And, you know, we make
12  approximations like this in a lot of areas in
13  medicine to help us understand biological and
14  pathophysiologic processes.
15      So but I like I said, this is a --
16  this is a fairly standard assumption that's
17  used in this type of literature for, you know,
18  tumor volume doubling time.
19      Q.   And so you're making the assumption
20  that it was spherical when it started the
21  cancer, and then it remained spherical
22  throughout it's progression, correct?
23      MS. ROSE:  Object to the form.
24      THE WITNESS:  Yeah.  I'm -- I'm --
25  yeah.  Right.

Page 395

1      So I'm basically -- to do these
2  calculations, to simplify the calculations
3  and make things easily translatable, I'm
4  making the assumption that the tumors are
5  roughly spherical, yes.
6  BY MR. VAUGHN:
7      Q.   And did you review the imaging in
8  2018 of Mr. Roberts' cancer?
9      A.   Yes, I did.
10      Q.   And was his cancer spherical?
11      A.   I -- I would have to look at it
12  again in detail.  It's sometimes very tough to
13  assess because we -- you, oftentimes, may need
14  a good three-dimensional reconstruction of an
15  image, a CT scan or an MRI.
16      You know, we look at it in terms of
17  slices, typically, you know, in a coronal or a
18  sagittal or a transverse axis.  And, you know,
19  we -- I was not presented with any of the
20  three-dimensional reconstructions.  So it's --
21  it's tough for me to be able to say confidently
22  is it -- is it spherical or is it not
23  spherical.
24      I doubt it's perfectly spherical;
25  but like I said, this is an assumption that is

Page 396

1  commonly used in these studies to help us
2  understand and approximate tumor volume
3  doubling time.
4      Q.   And so you're assuming that
5  Mr. Roberts' liver cancer was also spherical,
6  correct?
7      MS. ROSE:  Object to the form.
8      THE WITNESS:  For the purpose of
9  these calculations, you know, I'm assuming
10  that, you know, if Mr. Roberts' had a
11  5.8-centimeter diameter tumor, for the
12  purpose of calculations, I'm assuming it's
13  roughly spherical.
14      I'm not saying that in actuality,
15  it was a perfect sphere.  But, you know,
16  to approximate doubling time, we -- we
17  make an assumption that's sphere.  You
18  know, the formula you have to try to put
19  together to -- to accurately get the
20  topography of an HCC mathematically would
21  be, you know, extraordinarily complex; and
22  it's -- for that reason, it's not
23  typically done that way.
24      So yes.  It's an assumption I make,
25  but I think it's a very reasonable

Page 397

1  assumption.  It's a very common assumption
2  used in the medical literature.
3  BY MR. VAUGHN:
4      Q.   And you note here "aggressive
5  growth being 3.9 months," correct?
6      A.   Yes.
7      Q.   And where -- where did you get this
8  definition that aggressive growth is a doubling
9  time -- or doubling every 3.9 months?
10      A.   So in this study that we talked
11  about, Reference Number 95, they -- it's a
12  meta-analysis of many different studies.  I
13  can't remember the specific number.  It might
14  have been roughly 20 studies, I think.  Oh,
15  yeah, it's 20 studies.  I state it right there.
16  Sorry.
17      Yeah.  On page 33 I state that it's
18  a meta-analysis of 20 different studies, that
19  all were trying to estimate tumor volume
20  doubling time.  And what this study did was, it
21  looked at the distribution of growth rates in
22  tumor volume doubling times that were -- that
23  were reported in those studies; and they
24  created -- pulled estimates to arrive at a
25  distribution.  And that allowed them to

100 (Pages 394 - 397)

Page 398

1 compute, based on these 20 different studies,
2 what is the average doubling time, and then
3 what is the 95-percent confidence interval for
4 that estimate.
5          And so what I'm, you know, just for
6 simplicity, I'm describing the range. So if I
7 take one extreme end, you know, the lower end
8 of the 95-percent confidence interval, that was
9 3.9.
10         So that's, you know, on -- on the
11 extreme end of this bell curve, that would be
12 that growth rate, 3.9, you know, months for a
13 tumor volume doubling time. That's what I'm
14 calling aggressive growth because it's the
15 fastest rate of growth on the distribution.
16         Whereas, on the other side, 5.3 is
17 the upper bound of the confidence interval,
18 which I'm referring to as slower growth.
19 That's -- that's just a slower tumor volume
20 doubling time.
21    Q.    And so if it was doubling even
22 faster than 3.9 months, what would you call
23 that?
24         Would that be, like,
25 super-aggressive growth?

Page 399

1          MS. ROSE:  Object to the form.
2          THE WITNESS:  Here I'm just using
3 the word "aggressive" to make it very
4 clear what I'm doing, that this from this
5 study was, you know, on the extreme end of
6 the distribution. So these were generally
7 among the most rapidly growing tumors that
8 were observed across all of these studies.
9          Sure. There are some tumors that
10 are slightly beyond that, you know, maybe
11 like the 97t, 98th, or 99th percentile
12 would be slightly faster rate of growth
13 than this. I'd refer to all of those as
14 being aggressively growing tumors. That's
15 very rapid for HCC to grow.
16 BY MR. VAUGHN:
17    Q.    And you did your math here backing
18 up the doubling time, and you come to 27.3
19 months. And so he was diagnosed with cancer in
20 2016.
21         So would 27.3 months be
22 approximately April of 2016 when he had this
23 imaging done?
24    A.    Sorry. I'm just trying to think of
25 the dates again.

Page 400

1          So he was diagnosed with HCC
2 roughly, let's say, August of 2018, right.
3          So 27 months prior to that, yes,
4 that's approximately when he had the -- the CT
5 scan in April of 2016. That sounds about
6 right.
7    Q.    Okay. And so your calculation says
8 that his tumor would have been 1.15 centimeters
9 at March of 2016 -- April 2016, correct?
10   A.    Yeah. Again, this is an
11 approximation based on these formulas with
12 these assumptions, yes. You'd expect that
13 he -- he might have a tumor roughly in that
14 size range. It might not be perfectly
15 1.15 centimeters. Obviously, there's some
16 degree of error.
17         But the point is you would expect
18 him, with all these assumptions, to have a
19 lesion that is likely visible on imaging at
20 that time.
21   Q.    And he didn't have any lesions that
22 were that size at that time in 2016, did he?
23         They were .6 centimeters,
24 .5 centimeters, .5 centimeters, correct?
25   A.    So yes, that's correct that they

Page 401

1 were not exactly 1.15 centimeters in size.
2 But, you know, I've already acknowledged that
3 we make assumptions; and there's some degree of
4 slight variation in error that -- that can be
5 expected for these estimates. So that's why
6 I'm saying they're estimates.
7          It's possible that maybe he had a
8 slightly more aggressive -- maybe he was in the
9 96th percentile. I -- I don't know.
10         But the fact is all the projections
11 would predict that he had identifiable lesions
12 on imaging, and he does. And moreover, you
13 know, one of those lesions in particular is in
14 the same exact location as, you know, his
15 subsequent LI-RADS 5 lesion that's later seen
16 and confirmed in his 2018 imaging.
17         So it's extremely -- it's
18 plausible, and it's supported by this, you
19 know, this -- this body of literature that has
20 studied this in great detail. It's very
21 consistent with his imaging findings.
22         He had identifiable lesions that
23 were macroscopically visible. And sure I
24 acknowledged that there's a margin of error in
25 what the exact size is going to be, and that

Page 410

1    A.    That's okay.  Go ahead.
2    Q.    What does the word "indolent" mean?
3    A.    Sorry.  Where are you looking?
4    Q.    I'm not looking at the study.
5          Are you familiar with the word
6  "indolent"?
7    A.    Indolent.  Yes.
8    Q.    Indolent.  Sorry.
9          What does that mean?
10   A.    Yeah.  Indolent generally means,
11 you know, very slow growing or not -- you know,
12 it's something on that spectrum.  Not really --
13 not actively showing significant growth or very
14 slow growing.  That's usually how indolent is
15 used.
16   Q.    Can you see here in the study side
17 where they talk about rapidly growing tumors
18 among studies conducted in Asia -- sorry, in
19 recent studies with diverse liver disease
20 etiologies reported more indolent growth among
21 patients with nonviral liver disease.
22         What is "nonviral liver disease"?
23   A.    Nonviral means not related to
24 Hepatitis B or Hepatitis C.
25   Q.    And so HCCs that are not related to

Page 411

1  Hep A or -- sorry.  Scratch that.
2          HCCs that are not related to Hep B
3  or Hep C typically grow slower, correct?
4    A.    Yes.  I'd say so.
5    Q.    And the study authors say that's
6  particularly important in the western world.
7          That's here in the United States
8  right, the "western world"?
9    A.    Yes.
10   Q.    Where -- where HCC is increasingly
11 related to nonviral etiologies such as NASH and
12 alcohol-related cirrhosis.
13         And so is this saying that HCC that
14 is related to NASH is typically slow-growing?
15   A.    Yes.  That's --
16   MS. ROSE:  Object to the form.
17   THE WITNESS:  It's fair to say that
18 HCC in NASH is typically more slow-growing
19 than what you would observe in viral
20 hepatitis-related HCC.
21 BY MR. VAUGHN:
22   Q.    And it's your opinion that
23 Mr. Roberts' HCC is related to NASH, correct?
24   A.    Yes.  My opinion is that HCC in
25 Mr. Roberts' case -- well, it's -- it's related

Page 412

1  to -- again, there's multiple risk factors, but
2  I think the primary one is his MASH-related
3  cirrhosis.  Yeah.
4          So I mean, but -- but I think we
5  were highlighting his -- he's more likely to
6  have a slow-growing tumor.  So -- so there's
7  less reason to assume that he would have
8  extremely rapid growth.
9          He's more likely to be on the side
10 of the distribution of a slow-growing tumor,
11 which, again, is modeled in that table I showed
12 you.  So if we took, you know, the assumption
13 of slow growth, which is 5.3 months, then we
14 absolutely would have expected that he -- you
15 know, he would have had, you know, lesions in
16 the liver at that time.
17         So I think that's, once again,
18 consistent with what I'm -- what I'm modeling
19 here.
20   Q.    And so if we go with the slow
21 growth, which would be what you would expect
22 with HCC from someone with NASH, when the
23 radiology report from 4/18/16 was done, he
24 should have nearly a 2-centimeter tumor at that
25 time, right?

Page 413

1          MS. ROSE:  Object to the form.
2          THE WITNESS:  So look, these are
3  not guaranteed -- guarantees.  There's
4  variation within every etiology of liver
5  disease.  It's not like every single
6  patient with NASH-related cirrhosis will
7  have a growth rate of 5.3 centimeters.
8  There's inherent variability based on
9  myriad factors.
10         So, you know, all this is
11 communicating is that it's more likely
12 than not that he already had
13 hepatocellular carcinoma present in the
14 liver when he was first exposed to NDMA.
15         There's going to be variation in
16 what the actual size of the lesions might
17 have been.  There's -- and, of course,
18 there's error introduced by the assumption
19 of a sphere.
20         So this is not a perfect
21 prediction.  But in the plausible ranges
22 of where most patients fit -- and in
23 particular patients with NASH and
24 MASH-related cirrhosis, as you've
25 highlighted, where the tumors grow more

104 (Pages 410 - 413)

Page 414

1  slowly, he's almost guaranteed to have
2  already had hepatocellular carcinoma when
3  he was -- when he was first exposed to
4  NDMA-contaminated Valsartan.
5      MR. VAUGHN:  I pass the witness.
6      MS. ROSE:  Can we take a break just
7  for a second?
8      THE VIDEOGRAPHER:  Off the record,
9  5:49.
10     (Whereupon, a break was taken.)
11     THE VIDEOGRAPHER:  We are back on
12 the record at 6:06.
13     MS. ROSE:  Dr. Mahmud, I want to
14 thank you so much for taking time out of
15 your schedule for this deposition today.
16     I don't have any questions for you
17 at this time, so I think the deposition is
18 concluded.
19     THE WITNESS:  Okay.
20     THE VIDEOGRAPHER:  That concludes
21 today's deposition.  The time is 6:07.
22     (The witness is excused.)
23     (Deposition of Nadim Mahmud, M.D.,
24 concluded at 6:07 p.m. EDT.)
25

Page 415

1          C E R T I F I C A T E
2
3
4      I, SUZANNE J. STOTZ, a Certified
5  Court Reporter, Registered Professional
6  Reporter, Certified Realtime Reporter, and
7  Notary Public in and for the State of New
8  Jersey, do hereby certify that the foregoing is
9  a true and accurate transcript of the
10 stenographic above-captioned matter.
11
12
13 _____
14     SUZANNE J. STOTZ, CCR, RPR, CRR
15       LICENSE NO. 30XI00184500
16
17
18 DATED:  MAY 6, 2025
19
20
21 NOTE:  THE CERTIFICATE APPENDED TO THIS
22 TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23 OF THE SAME BY ANY MEANS, UNLESS UNDER THE
24 DIRECT CONTROL AND/OR DIRECTION OF THE
25 CERTIFYING COURT REPORTER.

105 (Pages 414 - 415)