# EXHIBIT 10

```
                                                        Page 1

 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF NEW JERSEY

 3                    CAMDEN VICINAGE

 4

 5   MDL NUMBER:  2875

 6

 7   IN RE: VALSARTAN, LOSARTAN, AND

 8   IRBESARTAN PRODUCTS LIABILITY

 9   LITIGATION

10

11   THIS DOCUMENT RELATES TO GASTON J.

12   ROBERTS, JR. AND WIFE JAN ROBERTS

13   CASE NUMBER:  1:20-CV-00946-RBK-SAK

14

15            * * * * * * * * * * * * *

16

17               THE ORAL PROCEEDINGS

18      OF THE DEPOSITION OF DR. SAMUEL HOOKS

19                 JANUARY 29, 2025

20

21   REPORTER:  Paul Morse

22             Certified Court Reporter

23             and Notary Public
```

Page 2

1   IT IS FURTHER STIPULATED AND AGREED
2   that the signature to and the reading of the
3   deposition by the witness is waived, the
4   deposition to have the same force and effect as
5   if full compliance had been had with all laws
6   and rules of Court relating to the taking of
7   depositions.
8   IT IS FURTHER STIPULATED AND AGREED
9   that it shall not be necessary for any
10  objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties may
13  make objections and assign grounds at the time
14  of the trial, or at the time said deposition is
15  offered in evidence, or prior thereto.
16  IT IS FURTHER STIPULATED AND AGREED
17  that the notice of filing of the deposition by
18  the Commissioner is waived.
19
20
21         * * * * * * * * * * * * *
22
23

Page 3

1                  I N D E X
2
3              EXAMINATION
4                              PAGE
5   By Ms. Rose............................. 6
6   By Mr. Nigh............................ 74
7
8
9
10      EXHIBITS FOR THE DEPOSITION
11                              PAGE
12  Exhibit 1 , Subpoena..................... 8
13  Exhibit 2 , Dr. Hooks's CV............... 22
14  Exhibit 3 , Messages from Epic........... 31
15  Exhibit 4 , Ultrasound Note.............. 35
16  Exhibit 5 , Medical Record 7/18/18....... 40
17  Exhibit 6 , Medical Record 4/3/19........ 56
18  Exhibit 7 , AFP Tumor Marker Results..... 57
19  Exhibit 8 , Dr. Ives's Record............ 69
20  Exhibit 9 , Medical Record............... 78
21
22         * * * * * * * * * * * * * * *
23

Page 4

1      UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF NEW JERSEY
3          CAMDEN VICINAGE
4
5
6   BEFORE:
7       Paul Morse, Commissioner.
8
9   APPEARANCES:
10      NINA ROSE, ESQUIRE, of SKADDEN, ARPS,
11  SLATE, MEAGHER & FLOM, 1440 New York Avenue,
12  N.W., Washington, D.C. 20005, appearing on
13  behalf of the Defendants.
14      DANIEL NIGH, ESQUIRE, of NIGH,
15  GOLDENBERG, RASO & VAUGHN, 14 Ridge Square,
16  N.W., Washington, D.C. 20016, appearing on
17  behalf of the Plaintiff.
18      DANNER FRAZER, ESQUIRE, of FRAZER,
19  GREENE, 104 St. Francis Street, Suite 800,
20  Mobile, Alabama 36602, appearing on behalf of
21  the Deponent.
22      ALSO PRESENT:  John Badgley, Video
23              Olivia Sattan, Concierge

Page 5

1       I, Paul Morse, CCR, a Court Reporter of
2   Daphne, Alabama, acting as Commissioner,
3   certify that on this date, as provided by the
4   Federal Rules of Civil Procedure and the
5   foregoing stipulation of counsel, there came
6   before me at the offices of Frazer Greene,
7   104 St. Francis Street, Suite 800, Mobile,
8   Alabama 36602, beginning at 8:00 a.m., Dr.
9   Samuel Hooks, witness in the above cause, for
10  oral examination, whereupon the following
11  proceedings were had:
12
13       THE VIDEOGRAPHER:  Good morning.
14  We're on the record at 8:11 on Wednesday,
15  January 29, 2025.  This begins media unit one
16  in the video recorded deposition of Dr. Samuel
17  Hooks in the matter of Valsartan, Losartan
18  liability litigation, et al.
19   Will counsel identify yourselves and state
20  whom you represent.
21       THE WITNESS:  Samuel Hooks.
22  Sorry.
23       MS. ROSE:  I'm so sorry.

Page 50

1  indicator of nonalcoholic steatohepatitis?
2      A.   I don't recall.
3      Q.   For -- for my sake can we agree
4  that going forward in the deposition that I can
5  refer to nonalcoholic steatohepatitis as NASH?
6      A.   Yes.
7      Q.   Okay.  Fair.  Is that a commonly
8  used acronym?
9      A.   It is.
10     Q.   Great.  So you said earlier that
11 you typically take a medical history from a
12 patient early on in your treatment.  Correct?
13     A.   Correct.
14     Q.   How would you define taking a
15 medical history?
16     A.   Talking to the patient about their
17 symptoms, reviewing their medications.
18     Q.   Anything else?
19     A.   Going through their past medical
20 history, past surgical history.
21     Q.   And you typically record that
22 medical history into Epic.  Correct?
23     A.   Yes.

Page 51

1      Q.   Is the information you include in
2  a patient's medical history based entirely on
3  the self-report of the patient?
4      A.   No.
5      Q.   What else is it based on?
6      A.   My review of records.
7      Q.   So any medical history that you
8  took of Mr. Roberts, it's your understanding it
9  would have been based on his self-report and
10 also your review of his prior medical records,
11 including records from Dr. Ives.  Is that fair?
12     A.   Yes.
13     Q.   All right.  Still on the same
14 page, if we can look at 109, the bates number
15 ending in 109.  All right.  So there's a
16 section, past medical history here.  I just
17 want to run through some of this past medical
18 history.  So at the time that Mr. Roberts
19 presented with you, he had a history of
20 coronary artery disease.  Correct?
21     A.   Yes.
22     Q.   What is coronary artery disease?
23     A.   How long is this going to take?

Page 52

1      Q.   I will promise I will make it as
2  quick as possible.
3      A.   I mean, this is ridiculous.  I'm
4  not a cardiologist.  Coronary artery disease is
5  coronary artery disease.
6      Q.   Okay.  Is coronary artery disease
7  a risk factor for liver problems?
8      A.   No.
9      Q.   Mr. Roberts also had type two
10 diabetes.  Correct?
11     A.   Correct.
12     Q.   In your care and treatment of
13 Mr. Roberts, did you consider his type two
14 diabetes to be a risk factor for liver
15 problems?
16     A.   Yes.
17     Q.   Did you consider it to be a risk
18 factor for HCC?
19     A.   No.
20     Q.   Mr. Roberts also had a history of
21 smoking.  Correct?
22     A.   I don't recall.
23     Q.   If you look, I think one, two,

Page 53

1  three, four, five, about six bullet points down
2  from the bottom --
3      A.   Okay.
4      Q.   -- do you see that you recorded a
5  history of smoking for Mr. Roberts?
6      A.   Yes.
7      Q.   In your care and treatment of
8  Mr. Roberts, did you consider his history of
9  smoking to be a risk factor for liver problems?
10     A.   No.
11          MR. NIGH:  Form objection.
12     Q.   Did you consider smoking to be a
13 risk factor for cirrhosis?
14     A.   No.
15          MR. NIGH:  Form objection.
16     Q.   And did you consider it to be a
17 risk factor for NASH?
18     A.   No.
19     Q.   Mr. Roberts had hypertension.
20 Correct?
21     A.   Yes.
22     Q.   In your care and treatment of
23 Mr. Roberts, did you consider hypertension to

Page 54

1  be a risk factor for liver problems?
2      A.   No.
3      Q.   So we talked about NASH, that
4  there's a history of NASH for Mr. Roberts.  In
5  your care and treatment of Mr. Roberts, did you
6  consider his NASH to be a risk factor for liver
7  problems?
8      A.   Yes.
9      Q.   Did you consider it to be a risk
10 factor for HCC?
11     A.   No.
12     Q.   Did you consider it to be a risk
13 factor for cirrhosis?
14     A.   Yes.
15     Q.   And I see NASH used in conjunction
16 with the term fatty liver -- fatty liver
17 disease.  Are they the same thing or are they
18 slightly different?
19     A.   They're different.
20     Q.   Okay.  And if you could briefly
21 explain how they're different.
22     A.   NASH is where you have elevated
23 liver tests.  And if a biopsy is taken, you'll

Page 55

1  see inflammation within the hepatocytes or
2  within the hepatic parenchyma.
3      Q.   Okay.  Was your understanding that
4  Mr. Roberts had fatty liver disease?
5      A.   Based on this record, yes.
6      Q.   Mr. Roberts was also obese.
7  Correct?
8      A.   Yes.
9      Q.   In your care and treatment of
10 Mr. Roberts, did you consider his obesity to be
11 a risk factor for liver problems?
12     A.   Yes.
13     Q.   Did you consider it to be a risk
14 factor for cirrhosis?
15     A.   Yes.
16     Q.   Did you consider it to be a risk
17 factor for NASH?
18     A.   Yes.
19     Q.   And did you consider it to be a
20 risk factor for HCC?
21     A.   No.
22     Q.   I would like to introduce tab
23 eight as Exhibit 6.  Let me know, Doctor, when

Page 56

1  you see the document.
2          (Defendant's Exhibit Number 6
3      is marked for identification.)
4          MS. SATTAN:  It's just taking a
5  second to upload.
6      A.   I have it.
7      Q.   Great.  So looking at the first
8  page of the document which has a bates stamp
9  ending in 026, these are notes from an
10 appointment you had with Mr. Roberts on
11 April 3, 2019.  Correct?
12     A.   Yes.
13     Q.   And you wrote in the section under
14 chief complaint that Mr. Roberts presented with
15 cirrhosis.  Correct?
16     A.   Yes.
17     Q.   At this point in your care and
18 treatment of Mr. Roberts, did you consider his
19 cirrhosis to be a risk factor for his HCC?
20     A.   Yes.
21     Q.   And at this point in your care and
22 treatment of Mr. Roberts, did you consider his
23 cirrhosis to be the primary risk factor for

Page 57

1  HCC?
2      A.   Yes.
3      Q.   Okay.  I'd like to introduce tab
4  seventeen as Exhibit 7.
5          (Defendant's Exhibit Number 7
6      is marked for identification.)
7      Q.   Let me know when you have it.
8      A.   I have it.
9      Q.   This is a report regarding an AFP
10 tumor marker result.  Is that correct?
11     A.   Yes.
12     Q.   And this was included in your Epic
13 medical records for Mr. Roberts.  Correct?
14     A.   Yes.
15     Q.   Okay.  And it says that the tumor
16 marker results were for a specimen collected on
17 August 1, 2018.  Correct?
18     A.   Yes.
19     Q.   Okay.  Were you the one who
20 ordered the tumor marker test for Mr. Roberts?
21     A.   Yes.
22     Q.   Why did you order the tumor marker
23 test?

Page 66

1  pancreas can cause intermittent biliary
2  obstruction, which can lead to elevated liver
3  tests.
4      Q.  Okay.  Did you rule Trulicity out
5  as playing a role in Mr. Roberts's elevated
6  liver test?
7      A.  Yes.
8      Q.  And how did you do that?
9      A.  With endoscopic ultrasound and
10 evaluation, which did not show any
11 pancreatitis.
12     Q.  And just to be clear, that -- the
13 endoscopic ultrasound that you performed, that
14 wasn't the test that showed the liver tumors
15 that turned out to be HCC.  Correct?
16     A.  Correct.
17     Q.  Okay.  That was a separate
18 procedure performed later, which was an MRI?
19     A.  Correct.
20     Q.  Okay.  And I don't know if I -- we
21 got to this earlier, but why did you order the
22 MRI specifically?
23     A.  Because it is a more sensitive

Page 67

1  test for delineating tumors within the liver
2  and allowing them to be able to be described by
3  the radiologist.
4      Q.  Got it.  Doctor, you said earlier
5  that you didn't consider NASH to be -- or you
6  didn't consider Mr. Roberts's NASH to be a risk
7  factor for HCC.  Is that accurate?
8      A.  Yes.
9      Q.  But you did say that NASH is a
10 risk factor for cirrhosis.  Correct?
11     A.  Correct.
12     Q.  And you said that cirrhosis is the
13 primary risk factor for HCC.  Correct?
14     A.  Correct.
15         MR. NIGH:  Form objection.
16     Q.  So is it fair to say that NASH is
17 a risk factor for HCC only to extent -- only to
18 the extent it develops into cirrhosis?
19         MR. NIGH:  Form objection.
20     A.  NASH is a risk factor for
21 cirrhosis.
22     Q.  Okay.  Great.  And cirrhosis is a
23 risk factor for HCC?  I'm just trying to -- I'm

Page 68

1  just trying to understand the --
2          MR. NIGH:  Form objection.
3      Q.  -- causation -- it's a bad
4  question.  I'm just trying to understand the
5  causation of how NASH could develop into
6  cirrhosis which could develop into HCC.  Is
7  that accurate -- an accurate statement?
8          MR. NIGH:  Form objection.
9      A.  NASH is a risk factor for
10 cirrhosis.
11     Q.  Okay.  When you were treating
12 Mr. Roberts, were you aware of how long he had
13 been diagnosed with NASH?
14     A.  Not off the top of my head.
15     Q.  The longer a patient has NASH, is
16 it more likely that it will develop into
17 cirrhosis?
18         MR. NIGH:  Form objection.
19     A.  The more inflammation in the
20 liver, the higher the risk for cirrhosis in the
21 longer -- so yes.
22     Q.  So having NASH for a decade, for
23 example, would make it more likely to develop

Page 69

1  cirrhosis than, for example, having NASH for
2  only a year?
3      A.  Yes.
4      Q.  Okay.  I want to introduce tab 21
5  as Exhibit 8.  Let me know when you have it up.
6          (Defendant's Exhibit Number 8
7          is marked for identification.)
8      A.  I have it up.
9      Q.  Okay.  Great.  Oh, okay.  I
10 couldn't see the bates number there for a
11 second.  So you'll see that this is a record
12 from Thomas Hospital for -- from
13 Dr. Christopher Ives for Mr. Roberts.  Correct?
14     A.  Correct.
15     Q.  And these results -- sorry.  The
16 date of these records is April 19, 2016.
17 Correct?
18     A.  Yes.
19     Q.  Okay.  If you can go to the page
20 with the bates number ending in 944.
21     A.  I see it.
22     Q.  Okay.  And you'll see there's a
23 radiology report.

18 (Pages 66 - 69)

Page 74

1  EXAMINATION
2  BY MR. NIGH:
3      Q.   First I want to ask you about
4  cirrhosis.  Before July of 2018, you're not
5  aware that Gaston Roberts was actually
6  diagnosed with cirrhosis of the liver at any
7  time before that date.  Correct?
8      A.   Correct.
9      Q.   Okay.  And before July of 2018,
10 you're not aware that Dr. Roberts was ever
11 diagnosed with -- and I may be butchering the
12 word again -- splenomegaly?
13     A.   Correct.
14     Q.   Yeah.  And Doctor, I want to ask
15 you a few questions about MDMA.  MDMA is a
16 carcinogen.  You wouldn't consider yourself an
17 expert in understanding the consequences of
18 ingesting MDMA.  Correct?
19     A.   Correct.
20     Q.   And Doctor, when did you first
21 become aware that Valsartan even had the
22 potential to have MDMA?
23         MS. ROSE:  Object to the form.

Page 75

1      A.   When I received a subpoena for
2  this deposition.
3      Q.   Okay.  So that would have been
4  well after -- sorry.  I didn't mean to
5  interrupt your answer.
6      A.   Yeah.
7      Q.   That would have been well after
8  all of your care of Dr. Roberts, correct -- I
9  mean Gaston Roberts.  Correct?
10     A.   Correct.
11     Q.   Okay.  And Doctor, you never did a
12 systematic review on the literature of MDMA to
13 see whether or not MDMA is capable of causing
14 cirrhosis or hepatocellular carcinoma.
15 Correct?
16     A.   Correct.
17     Q.   Okay.  And Doctor, you also
18 weren't aware that Gaston Roberts started
19 taking Valsartan that was contaminated with
20 MDMA or had MDMA in it --
21         MS. ROSE:  Object to the form.
22     Q.   -- starting in September of 2016.
23 Correct?

Page 76

1         MS. ROSE:  Apologies.  But object
2  to the form.
3      A.   Correct.
4      Q.   And Doctor, you weren't aware
5  that -- until you got the subpoena, you weren't
6  aware that Gaston Roberts ever had taken
7  Valsartan that was potentially contaminated
8  with MDMA.  Correct?
9      A.   Correct.
10         MS. ROSE:  Object to the form.
11     Q.   So Doctor, it's fair to say that
12 when you're -- when you were considering what
13 the primary risk factors or causes of
14 hepatocellular carcinoma would be, you weren't
15 considering whether or not MDMA could be one of
16 those causes.  Correct?
17     A.   Correct.
18         MS. ROSE:  Object to the form.
19     Q.   And you don't consider yourself an
20 expert on MDMA or the causes -- or what MDMA
21 may cause.  Correct?
22     A.   Correct.
23     Q.   And Doctor, hepatocellular

Page 77

1  carcinoma and liver cancer will often weaken a
2  person's immune system making them susceptible
3  to other viruses, bacteria, and other health
4  conditions.  Correct?
5      A.   Correct.
6          MS. ROSE:  Object to the form.
7      Q.   I'm sorry.  Did you say correct?
8      A.   Correct.
9      Q.   Okay.  And Doctor, treatments for
10 hepatocellular carcinoma and liver cancer
11 including chemotherapy and radiation can also
12 often weaken a person's immune system, making
13 them susceptible to other viruses, bacteria,
14 and other health conditions.  Correct?
15     A.   Correct.
16     Q.   Doctor, you're aware of -- and I
17 might be butchering this word as well --
18 paracentesis?
19     A.   Yes.  Paracentesis.
20     Q.   Sorry.  Could you say that again?
21     A.   Paracentesis.
22     Q.   Oh, paracentesis.  Okay.  And
23 Doctor, what is the purpose of paracentesis?

20 (Pages 74 - 77)

Page 82

1  continued to care for Mr. Roberts in part for
2  his hepatocellular carcinoma. Correct?
3      A.  More for the management of
4  cirrhosis. I don't -- I'm on the diagnostic
5  end. I don't treat hepatocellular carcinoma.
6      Q.  Okay.
7          MR. NIGH: I don't have any more
8  questions. Thank you, Doctor.
9          THE WITNESS: Thank you.
10         MS. ROSE: Doctor --
11         THE WITNESS: Yes, ma'am.
12         MS. ROSE: -- you are -- I know
13  you are a very busy man. And you have been
14  more than patient with us today. Thank you
15  very much for the time that you have given us.
16  I am done with my questions as well. So please
17  go treat your patients. Thank you so much.
18         THE WITNESS: All right. Thank
19  you.
20         MR. NIGH: Appreciate it. Thank
21  you.
22         THE VIDEOGRAPHER: This concludes
23  the deposition. We're going off the record at

Page 83

1  9:56.
2
3      (The deposition ended at 9:56 a.m. CST.)

Page 84

1          REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  BALDWIN COUNTY,
4      I, Paul Morse, Certified Court Reporter
5  and Commissioner for the State of Alabama at
6  Large, do hereby certify that the above and
7  foregoing proceedings was taken down by me by
8  stenographic means, and that the content herein
9  was produced in transcript form by computer aid
10  under my supervision, and that the foregoing
11  represents, to the best of my ability, a true
12  and correct transcript of the proceedings
13  occurring on said date and at said time.
14     I further certify that I am neither of
15  kin nor of counsel to the parties to the action
16  nor in any manner interested in the result of
17  said case.
18
19
20         /s/ Paul Morse
21
22         Paul Morse, CCR
23         ACCR #588 Expires 9/30/25

Page 85

1  DANIEL NIGH, ESQUIRE
2  dnigh@nighgoldenberg.com
3          February 13, 2025
4  In Re: Valsartan, Losartan, Et Al
5    1/29/2025, Samuel B. Hooks , III (#7111931)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  CS-NY@veritext.com
16   Return completed errata within 30 days from
17  receipt of testimony.
18    If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

```
                                                        Page 86
 1  In Re: Valsartan, Losartan, Et Al
 2  Samuel B. Hooks , III (#7111931)
 3          E R R A T A  S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Samuel B. Hooks , III             Date
25
```

```
                                                        Page 87
 1  In Re: Valsartan, Losartan, Et Al
 2  Samuel B. Hooks , III (#7111931)
 3          ACKNOWLEDGEMENT OF DEPONENT
 4     I, Samuel B. Hooks , III, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Samuel B. Hooks , III             Date
13  *If notary is required
14          SUBSCRIBED AND SWORN TO BEFORE ME THIS
15          _____ DAY OF _____, 20___.
16
17
18          _____
19          NOTARY PUBLIC
20
21
22
23
24
25
```

23 (Pages 86 - 87)