# EXHIBIT 13

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
 2                      CAMDEN VICINAGE
 3
                                       :
 4   IN RE: VALSARTAN, LOSARTAN,       :
     AND IRBESARTAN PRODUCTS           :    VIDEO-RECORDED
 5   LIABILITY LITIGATION              :    DEPOSITION UPON
                                       :    ORAL EXAMINATION
 6                                     :          OF
     This Document Relates to          :    RALPH S.
 7   Gaston J. Roberts, Jr., and       :    BUCKLEY, M.D.
     wife Jan Roberts                  :
 8                                     :
     Case No.                          :
 9   1:20-cv-00946-RBK-SAK             :
                                       :
10   ------------------------          X
11
12            TRANSCRIPT of the stenographic notes of
13   the proceedings in the above-entitled matter, as
14   taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
15   held via ZOOM VIDEOCONFERENCE from various locations,
16   with the witness located at 23067 Main Street,
17   Fairhope, Alabama, on Friday, February 7, 2025,
18   commencing at 9:39 a.m. Central time.
19
20
21
22
23
24
25
```

Page 2

```
 1  A P P E A R A N C E S:
 2
 3  NIGH GOLDENBERG RASO & VAUGHN, LLP
    BY:  DANIEL NIGH, ESQ.
 4  14 Ridge Square NW
    Washington, DC 20016
 5  202-792-7927
    dnigh@nighgoldenberg.com
 6  Attorneys for Plaintiffs
 7
 8  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
    BY:  NINA R. ROSE, ESQ.
 9  1440 New York Avenue NW
    Washington, DC 20005
10  202-371-7000
    nina.rose@skadden.com
11  Attorneys for Defendants
12
13  ALSO PRESENT:
14  Diana Castrillon
    VP of Human Resources
15
    Alan Paller, Legal Video Specialist
16  Jason Novak, Technical Concierge
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           I N D E X
 2
 3  Examinations                        Page
 4
    R A L P H  B U C K L E Y, M.D.       7
 5
 6  EXAMINATION BY MS. ROSE              7
 7
    EXAMINATION BY MR. NIGH             77
 8
 9
10
11
           EXHIBITS
12
13  Number Description                  Page
14
    Buckley-1   Notice of Subpoena for the    8
15          Video Deposition of Dr. Ralph
            S. Buckley, MD
16
17  Buckley-2   Curriculum Vitae of Ralph S.  20
            Buckley, MD, Five Pages
18
19  Buckley-3   Medical Records dated January 28
            30, 2012, Bates
20          GRobertsJr-CA-000539 through
            544
21
22  Buckley-4   Medical Records dated         31
            21-July-2003, Bates
23          GRobertsJr-CA-000798 through
            803
24
25
```

Page 4

```
 1        E X H I B I T S (Continued)
 2
    Number     Description              Page
 3
 4  Buckley-5   Medical Record dated     40
            31-July-2003, Bates
 5          GRobertsJr-CA-000792 through
            794
 6
 7  Buckley-6   Medical Record dated     43
            14-November-2006, Bates
 8          GRobertsJr-CA-000741 through
            744
 9
10  Buckley-7   Medical Record dated     47
            4-November-2008, Bates
11          GRobertsJr-CA-000710 through
            712
12
13  Buckley-8   Medical Record dated     50
            14-May-2009, Bates
14          GRobertsJr-CA-000700 through
            703
15
16  Buckley-9   Medical Record           52
            16-September-2009, Bates
17          GRobertsJr-CA-000654 through
            655
18
19  Buckley-10  Medical Record dated     54
            7-December-2010, Bates
20          GRobertsJr-CA-000572 through
            574
21
22  Buckley-11  Medical Record dated     56
            3-January-2011, Bates
23          GRobertsJr-CA-000568 through
            571
24
25
```

Page 5

```
 1        E X H I B I T S (Continued)
 2
    Number     Description              Page
 3
 4  Buckley-12  Alabama BCBS Drug Prior   60
            Authorization Form dated
 5          February 9, 2011, Bates
            GRobertsJr-CA-000561
 6
 7  Buckley-13  Medical Record dated January 68
            30, 2012 (Later Withdrawn as
 8          Duplicate of Exhibit
            Buckley-3)
 9
10  Buckley-14  Medical Record dated     73
            2-July-2012, Bates
11          GRobertsJr-CA-000517 through
            522
12
13
14
           REQUESTS
15
16              Page  Line
17
    ...............    16   14
18
19  ...............    76   20
20
21
22
23
24
25
```

2 (Pages 2 - 5)

|  |  |
|---|---|
| Page 50 | Page 52 |

Page 50
1  that it just came up in the discussion; or that I
2  noticed that the liver enzymes were elevated, and
3  said that I'd like him to see a GI at the same time.
4     Q.  Okay.
5        MS. ROSE:  I'm going to introduce Tab 20
6  as Exhibit 8.
7        (Exhibit Buckley-8, Medical Record dated
8  14-May-2009, Bates GRobertsJr-CA-000700 through 703,
9  was received and marked for identification.)
10       MS. ROSE:  And I'm going to go to
11 page 703.
12    Q.  Dr. Buckley, this is a call log from
13 May 19, 2009, created by your office.  Correct?
14    A.  Yes.
15    Q.  And looking down to the entry --
16       MS. ROSE:  There you go, right there.
17    Q.  The entry from May 19, 2009, at
18 9 o'clock a.m.?
19    A.  Yes.
20    Q.  This indicates that you wrote, "HX
21 elevated LFTS.  Will have to discuss at follow-up
22 whether to use statins."  Correct?
23    A.  Correct.
24    Q.  Again for a non-medical professional,
25 can you tell me what "HX" means?

Page 51
1     A.  History of elevated liver enzymes, liver
2  function.
3        (Court stenographer clarification.)
4        THE WITNESS:  History -- I'm sorry, for
5  me, or for --
6        (Court Stenographer clarification.)
7     A.  History of elevated liver function
8  tests.
9     Q.  And then right below that, there's a
10 message from Rebecca Garlock to you that says, "Here
11 are the LFTs to go with the FLP."  Is that correct?
12       THE WITNESS:  Can you go up a little
13 bit?  Further up?  There, then go back down again.
14 Yeah, that was before that.
15    Q.  Okay.  So who is Rebecca Garlock?
16    A.  One of the nurses.
17    Q.  At your practice?
18    A.  Yes.
19    Q.  And is she -- is it your understanding
20 that she's sending you the results of Mr. Roberts'
21 liver function test?
22    A.  That is what I would infer from that
23 statement, yes.
24    Q.  And what does "FLP" stand for?
25    A.  Fasting lipid profile.

Page 52
1     Q.  So that's like a test where you test the
2  lipids --
3     A.  Yes.
4     Q.  After the patient has fasted?
5     A.  Correct.
6     Q.  Okay.  Great.  So based on your
7  response, is it your understanding that the liver
8  function tests for Mr. Roberts conducted in 2009
9  indicated elevated liver enzymes?
10    A.  Yes, based on my response there.
11    Q.  All right.
12       MS. ROSE:  I'm going to introduce Tab 8
13 as Exhibit 9.
14       (Exhibit Buckley-9, Medical Record
15 16-September-2009, Bates GRobertsJr-CA-000654 through
16 655, was received and marked for identification.)
17    Q.  Dr. Buckley, this is a record from an
18 appointment Mr. Roberts had with a Dr. Christopher
19 Ives on September 16, 2009.  Correct?
20    A.  Correct.
21    Q.  At the bottom of the record, it says
22 that you were cc'd.  Does that mean that you received
23 a copy of this record?
24    A.  Correct.
25    Q.  Do you know how Mr. Roberts began seeing

Page 53
1  Dr. Ives?
2     A.  I don't recall whether the primary
3  referred or whether we referred.
4     Q.  Do you recall referring patients
5  generally to Dr. Ives?
6     A.  I have referred to Dr. Ives in the past.
7     Q.  In the "Impression" section of this
8  document, it states that Mr. Roberts has
9  "non-alcoholic steatohepatitis," or NASH.  Correct?
10    A.  Correct.
11    Q.  What is non-alcoholic steatohepatitis?
12    A.  It's a fatty liver from unclear
13 etiologies that can lead to cirrhosis.
14    Q.  In the context of your care and
15 treatment of Mr. Roberts, did you believe NASH to be
16 a risk factor for any other conditions?
17    A.  No.
18    Q.  In the context of your care of
19 Mr. Roberts, did you have a reason to believe that
20 Mr. Roberts' NASH may heighten the risk of
21 Mr. Roberts having complications related to
22 hypertension, or coronary artery disease?
23    A.  Possibly for coronary artery disease.
24 I'm not quite sure about hypertension.
25    Q.  And in the record, Dr. Ives states that

14 (Pages 50 - 53)

Page 90
1  units used was two, and will be retained by Veritext.
2  We are off the record at 11:36 Central time.
3       (The proceedings concluded at 11:36
4  Central time.)

Page 91
1         J U R A T
2
3       I DO HEREBY CERTIFY that I have read the
4  foregoing transcript of my deposition testimony and I
5  certify that is it true and correct to the best of my
6  knowledge.
7
8
9
10        RALPH S. BUCKLEY, M.D.

Page 92
1         C E R T I F I C A T E
2
3       I, ELLEN J. GODINO, CCR, CRCR, RPR, do hereby
4  certify that prior to the commencement of the
5  examination, RALPH S. BUCKLEY, M.D. was duly sworn by
6  me to testify the truth, the whole truth and nothing
7  but the truth.
8       I DO FURTHER CERTIFY that the foregoing is a
9  true and accurate transcript of the testimony as
10 taken stenographically by and before me at the time,
11 place and on the date hereinbefore set forth, to the
12 best of my ability.
13      I DO FURTHER CERTIFY that I am neither a
14 relative nor employee nor attorney nor counsel of any
15 of the parties to this action, and that I am neither
16 a relative nor employee of such attorney or counsel,
17 and that I am not financially interested in the
18 action.
19
20        ELLEN J. GODINO
21        CERTIFIED COURT REPORTER
          REGISTERED PROFESSIONAL REPORTER
22        CERTIFIED REALTIME COURT REPORTER
          DATED:  February 13, 2025

Page 93
1  DANIEL NIGH, ESQ.
2  dnigh@nighgoldenberg.com
3            February 14, 2025
4  In Re: Valsartan, Losartan, Et Al
5  2/7/2025, Ralph S. Buckley , M.D. (#7151036)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 CS-NY@veritext.com
16  Return completed errata within 30 days from
17 receipt of testimony.
18   If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions

Page 94
1  In Re: Valsartan, Losartan, Et Al
2  Ralph S. Buckley , M.D. (#7151036)
3         E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____   _____
24 Ralph S. Buckley , M.D.           Date
25

Page 95
1  In Re: Valsartan, Losartan, Et Al
2  Ralph S. Buckley , M.D. (#7151036)
3         ACKNOWLEDGEMENT OF DEPONENT
4    I, Ralph S. Buckley , M.D., do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____   _____
12 Ralph S. Buckley , M.D.           Date
13 *If notary is required
14        SUBSCRIBED AND SWORN TO BEFORE ME THIS
15        _____ DAY OF _____, 20___.
16
17
18        _____
19        NOTARY PUBLIC
20
21
22
23
24
25

25 (Pages 94 - 95)