# EXHIBIT 17

Patient Name: Gaston Roberts  MRN: 194111  DOB: 06-Oct-1955
Date of Visit: 07-Aug-2018  Owner: Cochran, Glenn A
Document Type: MRI
Site Name: Cardiology Associates - Providence Clinic

Case 1:19-md-02875-RMB-SAK    Document 3097-18    Filed 06/26/25    Page 2 of 8 PageID: 120950

Roberts, Gaston J Jr. (MR # E385451)

# Gaston J Roberts Jr.

8/7/2018 8:36 AM  OP Visit
MRN: E385451

Description: **62 year old male**  Provider: **S Bennett Hooks III, MD**  Department: **Mimc Dx Outp Admits**

## 8/7/2018 11:34 AM - Edi, Rad Results In

Narrative

```
------------------                    INFIRMARY SARALAND
------------------
                       95 SHELL STREET, SARALAND, AL 36571
--------------------------------------------------------------------------------
                              R A D I O L O G Y    R E P O R T
--------------------------------------------------------------------------------
NAME: ROBERTS GASTON J                 NUMBER: J78M925
SEX: M                                 MR#: 420804777
ADMIT DATE: 08/07/2018                 AGE: 62Y
ROOM #: OutPatient                     DISCHARGE DATE: 08/07/2018 12:00:00 AM
XRAY#:                                 DOB: 10/06/1955
PATIENT TYPE: OutPatient               PATIENT PHONE NUMBER: 2519379213
ACCESSION NUMBER: 161808070005         ADMITTING DOCTOR: HOOKS SAMUEL
MRI ABDOMEN W/WO CONT                  CONSULTING DOCTOR: HOOKS SAMUEL
DX/SYMPTOMS: UNSPECIFIED CIRRHOSIS OF LIVER; SPLENOMEGALY NEC;
PROCEDURE DATE/TIME: 08/07/2018 10:00

--------------------------------------------------------------------------------
                                        MRI

MRI ABDOMEN W/WO CONT

MRI ABDOMEN WO/

Clinical Information: Cirrhosis, rule out underlying liver mass.

Comparison: CT abdomen and pelvis 07/17/2018.

Technique: Multiplanar multisequence images of the abdomen were obtained
before and after IV administration of 10 mL Eovist.

FINDINGS:
Lung bases are clear. No acute fracture or aggressive skeletal lesion is
identified. Liver is cirrhotic. There is an ill-defined mass in the right
hepatic lobe posterior segment measuring 5.0 x 3.6 cm with heterogeneous
arterial hyperenhancement and mildly increased T2 signal. This mass
demonstrates lack of Eovist retention on delayed imaging without a definite
pseudocapsule identified.

Similar-appearing mass in the right hepatic lobe anterior segment measures
5.8 x 5.1 cm. There is no biliary ductal dilation. Gallbladder is
surgically absent. Pancreas, adrenal glands, visible kidneys, and spleen
are grossly normal. Limited images of the GI tract are unremarkable. No
free fluid, free air, or adenopathy is identified. Visible abdominal aorta
is normal in caliber. Portal vein is patent.

IMPRESSION: Pair of masses in the right hepatic lobe are highly concerning
```

Roberts, Gaston J Jr. (MR # E385451) Printed by Stacy Bisignano, RN [OS025166] at 8/...  Page 1 of 2

Restricted Confidential Information GRobertsJr-CA-000166

Patient Name: Gaston Roberts
Date of Visit: 07-Aug-2018
Document Type: MRI
Site Name: Cardiology Associates - Providence Clinic
MRN: 19411
Owner: Cochran, Glenn A
DOB: 06-Oct-1955

Case 1:19-md-02875-RMB-SAK   Document 3097-18   Filed 06/26/25   Page 3 of 8 PageID: 120951

Roberts, Gaston J Jr. (MR # E385451)

for hepatocellular carcinoma, especially in the setting of cirrhosis.

END OF IMPRESSION

Jack R. Cunningham III, M.D./

Signed Off By: Dr. Cunningham III, M.D.
8/7/2018 11:32:00 AM

### Lab and Collection
Mri Abdomen Wo/W Contrast (D65) on 8/7/2018

### Result History
Mri Abdomen Wo/W Contrast (D65) on 8/7/2018

### Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Roberts, Gaston J Jr. | Male | 10/6/1955 | xxx-xx-xxxx |

Restricted Confidential Information GRobertsJr-CA-000167

Roberts, Gaston J Jr. (MRN E385451)

# Gaston J Roberts Jr.

7/17/2018 2:00 PM   ED
MRN: E385451

Description: 62 year old male  Department: Th Malbis Fed

## Reason For Exam
ABDOMINAL PAIN
Dx: Left sided abdominal pain [R10.9 (ICD-10-CM)]

### 7/17/2018 3:54 PM - Edi, Rad Results In

**Narrative**
PAGE 1

```
                          INFIRMARY MALBIS
                 29487 STATE HWY 181, DAPHNE, AL 36526
-----------------------------------------------------------------
                        R A D I O L O G Y   R E P O R T
-----------------------------------------------------------------
NAME: ROBERTS GASTON J                NUMBER: V4DS553
SEX: M                                MR#: 420804777
ADMIT DATE: 07/17/2018                AGE: 62Y
XRAY#:                                DOB: 10/06/1955
PATIENT TYPE: ER                      PATIENT PHONE NUMBER: 2510000000
ACCESSION NUMBER: 171807170058        ADMITTING DOCTOR: WATTERSON ADAM
CT ABD & PELVIS W CONTRAST            CONSULTING DOCTOR: WATTERSON ADAM
DX/SYMPTOMS: ABDOMINAL PAIN
PROCEDURE DATE/TIME: 07/17/2018 14:23

-----------------------------------------------------------------
                             C-T SCANNING
```

CT ABD & PELVIS W CONTRAST

Spiral sections were obtained through the abdomen and pelvis following the administration of IV contrast. PQRS #436: Automatic exposure control was used to reduce the radiation dose.

The liver is generous in size, has a lobulated contour and shows generalized heterogeneous decrease in parenchymal attenuation particularly in segment 4. The spleen is enlarged measuring 17.3 x 4.9 cm. No ascites. The portal vein is patent. The single enlarged lymph node measuring 2.8 x 1 cm is noted anterior to the hepatic artery. Multiple diverticula are noted in the descending and proximal sigmoid colon. No evidence of diverticulitis. The patient had an appendectomy. Both adrenals and kidneys appear normal. The distal abdominal aorta is ectatic measuring 2.5 cm in widest diameter.

IMPRESSION:
Hepatosplenomegaly and evidence of diffuse hepatic parenchymal disease, likely cirrhosis.

Roberts, Gaston J Jr. (MRN E385451)

Colonic diverticulosis.

Samy Saleeb, M.D./

Signed Off By: Dr. Saleeb, M.D.
7/17/2018 3:52:00 PM

### Lab and Collection
CT Abd & Pelvis W/ Contrast - 7/17/2018

### Result History
CT Abd & Pelvis W/ Contrast on 7/17/2018

### Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Roberts, Gaston J Jr. | Male | 10/6/1955 | xxx-xx-4777 |

Restricted Confidential Information GRobertsJr-SouCC-000253

THOMAS HOSPITAL (ACUTE)  
750 Morphy Avenue  
Fairhope AL 36532-1812  

Roberts, Gaston J Jr.  
MRN: E385451, DOB: 10/6/1955, Sex: M  
Adm: 4/19/2016, D/C: 4/19/2016  

**04/19/2016 - OP Visit in TH DX OUTP ADMITS (continued)**

**Imaging Orders and Results (continued)**

---
R A D I O L O G Y   R E P O R T
---

NAME: ROBERTS GASTON J          NUMBER: I0XL800  
SEX: M                          MR#: 420804777  
XRAY#:                          DOB: 10/06/1955  
PATIENT TYPE: OutPatient        PATIENT PHONE NUMBER:  
ACCESSION NUMBER: 081604180211  ADMITTING DOCTOR: IVES CHRISTOPHER  
CT ABDOMEN WO/W CONTRAST        CONSULTING DOCTOR: IVES CHRISTOPHER  
CPT Code: 74170  
DX/SYMPTOMS: OTHER SPECIFIED DISEASES OF LIVER; EPIGASTRIC PAIN;  
PROCEDURE DATE/TIME: 04/19/2016 13:00  

---
C-T SCANNING

CT ABDOMEN WO/W CONTRAST

COMPARISON: Abdominal ultrasound 4/8/2016

TECHNIQUE: Multiple axial CT images of the abdomen were obtained with standard abdomen protocol from the lower thorax to the iliac crests before and after 100 mL Optiray IV.

FINDINGS: The visualized lung bases are clear with no pulmonary nodules, masses, or pleural fluid collections demonstrated. Peripheral margin of liver is somewhat lobulated, particularly along the infra aspect of the left lobe. Gallbladder is surgically absent. 8 mm focal hypodensity is seen in the right lobe. No other focal liver lesions are seen. No intrahepatic biliary ductal dilatation is demonstrated. Small cystic lesion is seen along the lower pole cortex of the left kidney, likely a cyst. No abnormality of the pancreas, spleen, adrenal glands, kidneys, stomach, duodenum, or the visualized portions of the small or large bowel loops is demonstrated. No free fluid or free air is demonstrated. The visualized osseous structures and superficial soft tissues are unremarkable.

IMPRESSION:

1. Although nonspecific, findings above may be evidence of liver cirrhosis.

2. Indeterminate hyperdense lesion in the right lobe of liver, too small to definitively characterize. Benign or malignant etiologies could have this appearance. The relationship of this nodule to the findings on comparison ultrasound is unknown. Follow-up liver protocol CT 4-6 months from date of study would be useful for further characterization.

Thank you for this consultation.

Compliance statement for PQRS #405:  
"If no incidental liver lesions less than or equal to 0.5 cm, cystic kidney lesions less than 1.0 cm, or adrenal lesions less than or equal to 1.0 cm are reported in the findings paragraph above, then no such lesions are found. If liver lesions less than or equal to 0.5 cm, cystic kidney  
PAGE 2  
            THOMAS MEDICAL CENTER  
         27961 US HWY 98, DAPHNE, AL 36526  

---
R A D I O L O G Y   R E P O R T
---

NAME: ROBERTS GASTON J          NUMBER: I0XL800  
SEX: M                          MR#: 420804777  
XRAY#:                          DOB: 10/06/1955  
PATIENT TYPE: OutPatient        PATIENT PHONE NUMBER:  

GRobertsJr_Binder00004  
Restricted Confidential Information GRobertsJr-TH-MD-000944

| | |
|---|---|
| NORTH BALDWIN INFIRMARY HOSPITAL (ACUTE)<br>1815 Hand Avenue<br>Bay Minette AL 36507-4110 | Roberts, Gaston J<br>MRN: E385451, DOB: 10/6/1955, Legal Sex: M<br>Adm: 4/8/2016, D/C: 4/8/2016 |

## 04/08/2016 - OP Visit in NBI DX OUTP ADMITS

**Imaging Orders and Results**

### Imaging

**US Abdomen Complete [74623489] (Final result)**

Electronically signed by: **Edi, Rad Results In on 04/08/16 1000**  Status: **Completed**
Ordering user: Edi, Rad Results In 04/08/16 1000   Ordering provider: Christopher W Ives, MD
Authorized by: Christopher W Ives, MD    Ordering mode: Standard
Frequency: Routine 1 Time 04/08/16 1000 - 1 occurrence  Class: Ancillary Performed
Quantity: 1          Lab status: Final result
Instance released by: (auto-released) 4/8/2016 9:15 AM

**US Abdomen Complete [74623489]**        Resulted: 04/08/16 1111, Result status: Final result

Ordering provider: Christopher W Ives, MD 04/08/16 0932   Order status: Completed
Filed on: 04/08/16 1113        Performed: 04/08/16 0932 - 04/08/16 1025
Accession number: 021604050014      Resulting lab: NBI ULTRASOUND
Narrative:

```
-----------------     NORTH BALDWIN INFIRMARY       -----------------
              1815 HAND AVE., BAY MINETTE, AL 36507

MED. REC. #:420804777

PATIENT #:I0HQ980

DOCTOR:CHRISTOPHER IVES     ACCESSION NUMBER: 021604050014
Date:04/08/2016 Age:60       Part Examined:US ABDOMEN COMPLETE
        Sex:M   DOB: 10/06/1955
         ------------------------
   Name:  ROBERTS GASTON J       ----------------------------------
         ------------------------   -      ULTRASAOUND      -
                                    ----------------------------------
```

HISTORY:EPIGASTRIC PAIN;

US ABDOMEN COMPLETE

COMPARISON: 8/24/2009

Liver shows hepatomegaly measuring 20 cm. Fatty infiltrate is noted within
the liver. 2 solid densities are noted within the liver measuring 2.0 and
1.8 cm at their widest diameter. These do not appear to represent cysts.
While this may represent focal fatty sparing, neoplastic or other soft
tissue disease cannot be excluded. CT would be recommended for further
evaluation if required clinically. Splenomegaly is noted. Gallbladder has
been removed. Pancreas is unremarkable.. Common bile duct is normal.
Kidneys are normal in size shape and position with no evidence of
hydronephrosis or nephrolithiasis. 2.5 cm simple left renal cyst is noted.
Aorta and IVC are unremarkable.

IMPRESSION:


1. 2 soft tissue densities noted within the liver as described. CT would be
recommended for further evaluation if required clinically. Fatty hepatic
infiltrate is also noted within the liver with hepatomegaly.
2. Splenomegaly
3. Simple left renal cyst.


Compliance statement for PQRS #405:
"If no incidental liver lesions less than or equal to 0.5 cm, cystic kidney
lesions less than 1.0 cm, or adrenal lesions less than or equal to 1.0 cm
are reported in the findings paragraph above, then no such lesions are
found.  If liver lesions less than or equal to 0.5 cm, cystic kidney
lesions less than 1.0 cm, or adrenal lesions less than 1.0 cm are described
in the findings paragraph above and no recommendation for follow-up imaging
are described in the impression paragraph above, then no additional

Case 1:19-md-02875-RMB-SAK   Document 3097-18   Filed 06/26/25   Page 8 of 8
PageID: 120956

| NORTH BALDWIN INFIRMARY HOSPITAL (ACUTE) | Roberts, Gaston J |
|---|---|
| 1815 Hand Avenue | MRN: E385451, DOB: 10/6/1955, Legal Sex: M |
| Bay Minette AL 36507-4110 | Adm: 4/8/2016, D/C: 4/8/2016 |

**04/08/2016 - OP Visit in NBI DX OUTP ADMITS (continued)**

## Imaging Orders and Results (continued)

follow-up imaging is recommended. Although lesions meeting the preceding
description are commonly benign, follow-up imaging of these lesions may be
indicated if patient's family history, patient signs/symptoms, or
laboratory evidence suggests higher than average chance of malignancy."

END OF IMPRESSION

Lane Kannegieter, M.D./

Signed Off By: Dr. Kannegieter, M.D.
04/08/2016 11:11:00 AM

Acknowledged by: Jennifer Byrd, MA on 05/16/16 0835

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 48 - NBIUS | NBI ULTRASOUND | Unknown | Unknown | 06/04/10 0843 - Present |

**US Abdomen Complete [74623489]**  Resulted: 04/08/16 1025, Result status: In process

Ordering provider: Christopher W Ives, MD  04/08/16 0932  Order status: Completed
Filed on: 04/08/16 1025  Performed: 04/08/16 0932 - 04/08/16 1025
Accession number: 021604050014  Resulting lab: NBI ULTRASOUND

**Reviewed by**

Jennifer Byrd, MA on 05/16/16 0835

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 48 - NBIUS | NBI ULTRASOUND | Unknown | Unknown | 06/04/10 0843 - Present |

**US Abdomen Complete [74623489]**  Resulted: 04/08/16 0931, Result status: In process

Ordering provider: Christopher W Ives, MD  04/08/16 0932  Order status: Completed
Filed on: 04/08/16 0932  Performed: 04/08/16 0932 - 04/08/16 1025
Accession number: 021604050014  Resulting lab: NBI ULTRASOUND

**Reviewed by**

Jennifer Byrd, MA on 05/16/16 0835

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 48 - NBIUS | NBI ULTRASOUND | Unknown | Unknown | 06/04/10 0843 - Present |

**All Reviewers List**

Jennifer Byrd, MA on 5/16/2016  8:35 AM