UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF DANIEL A. NIGH IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF DR. WILLIAM SAWYER**

**DANINEL A. NIGH**, hereby certifies as follows:

1. I am an attorney at law within the State of Florida with Nigh Goldenberg Raso & Vaughn, PLLC, and serve as Co-Lead Counsel of the Valsartan Litigation. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Opinions of Dr. William Sawyer. Highlights have been added to the following exhibits to correspond to citations in the motion.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Defendants' Motion to Exclude the Opinions of Dr. William Sawyer.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the March 10, 2025 Expert Report of Dr. William Sawyer.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the cited excerpts from the May 1, 2025 Deposition of Dr. William Sawyer.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the cited excerpts from the May 8, 2025 Deposition of Gregory Diette, Ph.D.

6. Attached hereto as **Exhibit E** is a true and accurate copy of Hidajat 2019.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the cited excerpts from the May 16, 2025 Deposition of Lewis Chodosh, Ph.D.

8. Attached hereto as **Exhibit G** is a true and accurate copy of the cited excerpts from the May 2, 2025 Deposition of Dr. William Sawyer.

9. Attached hereto as **Exhibit H** is a true and accurate copy of Mansouri I, et al N-nitrosodimethylamine-Contaminated Valsartan and Risk of Cancer: A Nationwide Study of 1.4 Million Valsartan Users. J Am Heart Assoc. 2022 Dec 20;11(24):e8067.

10. Attached hereto as **Exhibit I** is a true and accurate copy of Boniol M, Koechlin A, Boyle P. Meta-analysis of occupational exposures in the rubber manufacturing industry and risk of cancer. Int J Epidemiol. 2017 Dec 1;46(6):1940-1947.

11. Attached hereto as **Exhibit J** is a true and accurate copy of Gomm W, et al. N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data. Dtsch Arztebl Int. 2021 May 28;118(21):357-362.

|  |  |
|---|---|
|  | **NIGH GOLDENBERG RASO VAUGHN, PLLC**<br>Attorneys for Plaintiffs |
| Dated: June 26, 2025 | By:  */s/ Daniel A. Nigh*<br>Daniel A. Nigh, Esq.<br>NIGH GOLDENBERG RASO & VAUGHN, PLLC<br>*Attorneys for Plaintiffs*<br>14 Ridge Square NW Third Floor<br>Washington, D.C. 20016<br>Tel: 202-792-7927<br>Fax: 202-792-7927<br>Email: dnigh@nighgoldenberg.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Daniel A. Nigh*
Daniel A. Nigh, Esq.