# EXHIBIT D

Page 1

1            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
2                 CAMDEN VICINAGE
                    -  -  -
3
4   IN RE: VALSARTAN, LOSARTAN,: Honorable Renée
    AND IRBESARTAN PRODUCTS     : Marie Bumb
5   LIABILITY LITIGATION         : District Court
                                 : Judge
6   THIS DOCUMENT RELATES TO    :
    Gaston Roberts, et al. v.  : Case No.
7   Zhejiang Huahai              :
    Pharmaceutical Co., et al. : 1:20-cv-00946-
8                                : RMB-SAK
9
10                  -  -  -
11              MAY 8, 2025
12                  -  -  -
13
14           Remote Videotape Deposition,
15  taken via Zoom, of GREGORY DIETTE, Ph.D.,
16  commencing at 11:03 a.m., on the above
17  date, before Amanda Maslynsky-Miller,
18  Certified Realtime Reporter and Court
19  Reporter in and for the State of New
20  Jersey.
21
22                  -  -  -
23
24

Page 10

1          A.    It would be in that range,

2    yes.

3          Q.    And how much do you bill per

4    hour?

5          A.    It's $600 per hour.

6          Q.    Okay.  And, Doctor, I've

7    reviewed your report.  And other than the

8    case caption, I don't see Mr. Roberts'

9    name anywhere in the report.

10              Does that sound accurate?

11         A.    It does.

12         Q.    Did you review Mr. Roberts'

13   medical records?

14         A.    Not -- not in detail.  I

15   received some, and I just -- I mostly

16   just skimmed a couple of places, I think

17   mostly, actually, in some of the other

18   expert reports, just to get the

19   general -- you know, my -- a general

20   understanding of what the case was about.

21              But I did not scrutinize his

22   medical records.

23         Q.    Did you review any of his

24   prescription records?

Page 11

```
1              A.      I did not.
2              Q.      Did you review any of the
3    testimony of the treating doctors in this
4    case?
5              A.      No.
6              Q.      Did you review any of the
7    testimony of the prescribing doctors?
8              A.      Isn't that the same thing?
9              Q.      Treating, prescribing,
10   sometimes people call it the same thing.
11             A.      I see.
12                     Well, either way.  So
13   neither one.
14             Q.      Okay.  And did you review
15   the transcript of his -- the deposition
16   transcript of his wife?
17             A.      No.
18             Q.      Okay.  Did you give any
19   opinions today that are specific to
20   Mr. Roberts?
21             A.      Not yet.
22             Q.      Okay.  Suffice it to say
23   your opinions are related to general
24   causation, correct?
```

Page 12

1          A.    Oh, I think -- I'm sorry,
2     I -- I just listened to the tense.   I
3     mean, you said did I, and I don't think
4     I've given any opinions yet.
5                    So I just -- that's all.
6     I'm just trying to be literal.
7                    I'd say there's one opinion
8     that might be specifically about him.
9     But otherwise, I would say they're all
10    general.
11         Q.    And what is the one opinion
12    specific to him?
13         A.    From looking at the
14    materials, I saw that, you know,
15    different experts estimated his latency
16    from the time of use of the
17    NDMA-contaminated valsartan to be about
18    1.86 years.  And it seemed to me that the
19    latency was shorter than anything I could
20    find, you know, in the scientific
21    literature.
22         Q.    So other than latency, did
23    you give any other opinions that are
24    specific to Mr. Roberts' case?

Page 13

1          A.        I don't plan to.

2          Q.        Doctor, in evaluating

3   epidemiological studies regarding toxic

4   substances, it's important that you

5   understand the characteristics of that

6   toxic substance, correct?

7          A.        To a certain extent, yes.

8          Q.        What research did you

9   undertake to try to understand NDMA?

10         A.        Well, I looked at a variety

11  of sources.  I mean, I'm somewhat

12  familiar with nitrosamines just from, you

13  know, having done some other work.

14                    But for NDMA in particular,

15  it wasn't just one source.  And I don't

16  know if I remember them all.

17                    But it certainly included,

18  like, IARC monographs, you know, which

19  usually do a nice job of describing what

20  the -- the substance is.  In, you know,

21  each of the epidemiological studies

22  there's usually a little bit of

23  information about what NDMA is as well.

24  I think there's an ATSDR document that

Page 60

1              I mean, as I looked through

2      each article, I looked for sort of

3      strength and weaknesses.  I don't know if

4      I saw a lot of others that would be

5      non-differential.

6              I know that the authors

7      sometimes talk about things that they're

8      hopeful for, you know, which is that

9      they're hoping that confounders might be

10     distributed similarly between groups.

11             But when I considered that,

12     I actually saw evidence to the contrary,

13     right.  So when they would talk about,

14     you know, important confounders, they

15     often were not distributed the same

16     between, like, for example, the

17     contaminated user group and the

18     non-contaminated user group.  So I saw

19     suppositions about things like that.

20             But it didn't seem like it

21     held up when you actually look at the

22     findings.

23         Q.    Doctor, if users of both

24     contaminated valsartan and uncontaminated

Page 61

1    valsartan were -- were included in both

2    the test and control groups, that would

3    also lead toward bias toward the null,

4    correct?

5            A.    So let me just correct you.

6                 I know Dr. Sawyer referred

7    to things as a test group.  There were no

8    test groups in these studies, right.  A

9    test group is a group that's experimented

10   upon.  And none of these were

11   experiments.

12                But if you're talking

13   about -- and then can you say the rest of

14   it again?  Because I'm sort of stuck on

15   the -- like, the kind of misuse of the

16   terminology.

17            Q.    No problem.

18                 Doctor, if studies evaluated

19   users that were both exposed and

20   unexposed and put them into both groups

21   in the -- in the analysis, that would

22   lead toward bias toward the null,

23   correct?

24            A.    And to clarify, so you're

Page 62

1   talking about, like, the same individual

2   was in both categories at different time

3   periods?

4        Q.    No.   The same individuals in

5   both categories, period.   Not at

6   different time periods.

7        A.    Oh, well, how could that

8   work?  I mean, you can only take one --

9   one medicine at a time, right, of the

10  same type?

11            So you're saying people

12  were, like, doubling up and taking

13  uncontaminated and contaminated valsartan

14  in the same time period?

15       A.    Doctor, if a person took

16  exposed medication one month and the next

17  month they took unexposed medication,

18  that person would be -- was included in

19  both groups in the Gomm study and

20  Mansouri study, correct?

21       A.    That's what I was saying.

22  That's how I was answering before when

23  you asked it.

24       Q.    Right.   And that -- that

Page 63

1    leading of including that same person in

2    both groups could -- could lead toward

3    bias toward the null, correct?

4            A.    It could.

5            Q.    Did you look at any analyses

6    where they excluded them from both

7    groups?

8            A.    I think -- I'll have to look

9    at each study to remember.  I think there

10   was at least a study -- one study that

11   did, like, a sensitivity analysis and

12   looked at people who were in different of

13   the groups of the type that you're

14   talking about.

15           But I think that the -- I

16   think that the overarching analyses for

17   these studies was basically people

18   divided into users versus non-users.

19           And I'm talking specifically

20   about NDMA-contaminated valsartan.

21           Q.    Doctor, have you reviewed

22   any studies that show how conflict of

23   interest of authors can affect results?

24           A.    So studies that examine that

Page 105

1    do you believe are a risk factor for

2    liver cancer?

3             A.    So I'd have to see the list

4    again.   It's in the preamble.

5                   I don't know off the top of

6    my head.   Because I know they mentioned,

7    I think, benzene and heavy metals and a

8    few others.   And I'm not aware that those

9    are risk factors for liver cancer, per

10   se.

11                  But there may be others.

12   I'm not sure.

13           Q.    Do you believe that workers

14   in the rubber industry have an overall

15   increased risk of liver cancer compared

16   to those who do not work in the rubber

17   industry?

18           A.    I'd say maybe.   I mean,

19   based on that -- that one study, you

20   know, they do calculate an elevated risk.

21                  So I'd say, you know, if

22   that's all the information that we have,

23   that it's -- that it's possible.

24                  You know, there was a

Page 106

1    meta-analysis that preceded that that --
2    you know, that looked at cancer risk
3    across rubber workers and multiple
4    studies, and it didn't show an elevation.
5              So I guess if we somehow
6    hierarchically decide this one study is
7    more important than the ones captured in
8    the meta-analysis, then maybe it's true.
9         Q.    When you say the one study,
10   you're talking about the Hidajat study
11   that showed an increased risk of liver
12   cancer when exposed to NDMA?
13        A.    That's right.  That's the
14   one we're talking about.
15        Q.    And when you talk about the
16   meta-analysis, I believe you're referring
17   to the Boniol study in 2017?
18        A.    Yeah, '17 or '18.  But,
19   yeah, the Boniol study.
20        Q.    Do you recall, did you ever
21   do any sort of systematic review to see
22   if there were other meta-analyses or
23   other studies that showed that workers in
24   the rubber industry did not have an