# EXHIBIT F

```
                                                          Page 1

 1          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY
 2               CAMDEN VICINAGE
                   -  -  -
 3
 4   IN RE: VALSARTAN, LOSARTAN,: Honorable Renée
     AND IRBESARTAN PRODUCTS   : Marie Bumb
 5   LIABILITY LITIGATION      : District Court
                               : Judge
 6   THIS DOCUMENT RELATES TO   :
     Gaston Roberts, et al. v.  :
 7   Zhejiang Huahai            :
     Pharmaceutical Co., et al. :
 8   Case No. 1:20-cv-00946-    :
     RMB-SAK                    :
 9
10
                   -  -  -
11
               MAY 16, 2025
12
                   -  -  -
13
14
15          Remote Videotape Deposition,
16   taken via Zoom, of LEWIS A. CHODOSH,
17   Ph.D., commencing at 8:33 a.m., on the
18   above date, before Amanda
19   Maslynsky-Miller, Certified Realtime
20   Reporter and Court Reporter in and for
21   the State of New Jersey.
22                 -  -  -
23
24
```

Page 166

1  studies that would have imaging
2  endpoints as opposed to some other
3  endpoint.
4  BY ATTORNEY NIGH:
5      Q.   You're not aware of any
6  valsartan studies being conducted that
7  way, though, correct?
8      A.   Can you be more specific
9  about --
10     Q.   Yes.  Let me strike that.
11         You're not aware of any
12 valsartan epidemiological studies that
13 measured the effects of NDMA and cancer
14 outcomes where they looked at undiagnosed
15 conditions, correct?
16     A.   What undiagnosed conditions
17 are you referring to?
18     Q.   Undiagnosed liver cancer.
19     A.   And just to clarify, to make
20 sure I understand your question, you're
21 asking me, am I aware of a clinical trial
22 that was done for people exposed to
23 valsartan-containing NDMA versus
24 non-containing NDMA, where the endpoint

Page 167

1  was to do some type of test to ascertain
2  whether there was undiagnosed liver
3  cancer?
4      Q.   That's all correct, except
5  for clinical trial.  It could also be
6  done in an epidemiological study.
7          Are you aware of any of
8  those?
9      A.   Sitting here right now, it's
10 not immediately apparent to me how -- how
11 one would do that study with an imaging
12 endpoint.
13         But there's nothing that is
14 coming to mind sitting here right now.
15 But if you'd like to show me, if there's
16 a study you have in mind, I'd be glad to
17 look at it and tell you whether I've seen
18 it before.
19         It's very hard for me to
20 imagine what the endpoint would be that
21 would be biologically meaningful.
22     Q.   Doctor, nearly all
23 observational studies have limitations,
24 correct?

Page 168

1      A.   So, yes, I would say
2  probably all studies have limitations.
3  So, certainly, that would include
4  observational epidemiological studies.
5      Q.   Nearly all or all studies
6  have potential confounding factors that
7  can't be ruled out, correct?
8      A.   Can you -- can you repeat
9  that?
10     Q.   Nearly all observational
11 studies have potential confounding
12 factors that cannot be ruled out,
13 correct?
14     A.   I think I would say that,
15 you know, chance bias and confounding are
16 extremely common issues in observational
17 epidemiological studies.
18         There's an extent to which,
19 if you're dealing with a relative risk
20 that's 30 and has been replicated in, you
21 know, many, many different types of
22 studies and many, many studies, in that
23 scenario, even if there is some residual
24 confounding, it doesn't change --

Page 169

1  unlikely to change the answer, whereas if
2  you're dealing with an effect that has a
3  very small or weak hazard ratio, then
4  it's very hard to rule out chance bias
5  and confounding as a potential
6  explanation.
7      Q.   And the study authors of
8  nearly all observational studies point
9  out potential confounding factors that
10 they couldn't adjust for in the study,
11 correct?
12     A.   I think that would -- it's
13 fair to say that that's an extremely
14 common and almost anticipated section of
15 a discussion of an observational
16 epidemiological paper.
17     Q.   Doctor, what is a
18 confounding factor?
19     A.   A confounding factor, I
20 would say in this context of an
21 epidemiological study, would be a factor
22 that could, basically, you know, alter or
23 skew the results so that instead of
24 the -- if you will, the true result, in

43 (Pages 166 - 169)

Page 170

```
 1  air quotes, you -- you are misled in some
 2  way because of a confounding factor.
 3      Q.   What is a potential
 4  confounding factor?
 5           ATTORNEY TRANGLE:  We can't
 6      hear you again.
 7  BY ATTORNEY NIGH:
 8      Q.   What is a potential
 9  confounding factor?
10      A.   Are you asking me as a
11  general matter?  I'm not sure what you're
12  asking me.
13      Q.   What is a potential
14  confounding factor, yeah, as a general
15  matter?
16      A.   If I was doing a study that
17  said people who carry a lighter in their
18  pocket have a higher risk of lung cancer,
19  a confounding factor would be because
20  carrying a lighter in your pocket is very
21  strongly associated with tobacco smoking.
22           So that would be a
23  confounding -- so if your conclusion was,
24  carrying a lighter in your pocket is
```

Page 171

```
 1  carcinogenic, it causes lung cancer,
 2  well, you would be wrong.  And you would
 3  be wrong because of a confounding
 4  association.
 5           That would be one -- one
 6  example that comes to mind.
 7      Q.   Okay.  So that would be a
 8  confounding factor.
 9           What is a potential
10  confounding factor?
11      A.   I'm not sure I'm
12  understanding the distinction here.
13           Could you clarify?
14      Q.   When you see the words
15  "potential confounding factor" in an
16  observational study, how is that
17  different than a confounding factor?
18      A.   Okay.  I think, to my
19  reading, if authors state a potential
20  confounding factor, it essentially says
21  they don't know, one way or the other,
22  whether it actually was a confounding
23  factor or not, since, at some level, that
24  requires you to know ground truth.
```

Page 172

```
 1      Q.   And, Doctor, just because
 2  some potential confounding factors are
 3  not ruled out in an observational study,
 4  this doesn't necessarily make the study
 5  findings unreliable, correct?
 6      A.   I think, as -- I think, as
 7  with all studies, that when you evaluate
 8  a study, you have to take into
 9  consideration all the elements, including
10  potential confounding factors, and that
11  you're factoring that into the weighting
12  of that evidence.
13           You're not -- in the vast
14  majority of cases that I can think of,
15  you're not simply discarding the study
16  and saying it shouldn't even be
17  considered because it has a -- it has a
18  potential confounding factor.
19           So it's just getting -- it's
20  getting factored into the -- to the
21  overall weight.  It's going to depend on
22  what's the context, what's the disease,
23  what are the potential confounding
24  factors, in order to have some sense of,
```

Page 173

```
 1  you know, an estimation of how important
 2  might that be.
 3      Q.   Doctor, non-differential
 4  misclassification generally leads to bias
 5  toward the null, correct?
 6      A.   So it's my understanding
 7  that non-differential classification
 8  oftentimes can result in bias towards the
 9  null, but doesn't necessarily do so, at
10  least that's what my epidemiological
11  colleagues tell me.
12           That that's not a necessity.
13  But certainly it can be the case, is my
14  understanding.
15      Q.   My question is a little bit
16  more nuanced than that.
17           Non-differential
18  misclassification generally leads toward
19  bias toward the null more often than not,
20  correct?
21      A.   I think I answered your
22  question, but I'll -- I'll repeat and say
23  it can.  It doesn't necessarily do so.
24           I don't have an opinion, one
```

Page 174

1  way or the other, right now, of what the
2  percentage of time, you know, is that it
3  does versus it doesn't.
4          I think it is a common -- it
5  is a commonly held assumption that that
6  is the case.  It is just simply not
7  necessarily the case, to my
8  understanding.
9      Q.  Doctor, you reviewed the
10 ranitidine epidemiology as part of your
11 opinion in this case, correct?
12     A.  I did, yeah.  I tried to
13 summarize it concisely.
14     Q.  What are the amounts of NDMA
15 in ranitidine?
16     A.  Well, that's -- that is a --
17 that is a matter of some contention.
18         But I will say in the
19 ranitidine litigation there were -- I'm
20 not sure what the right word is, whether
21 it's allegations, claims, hypothesized
22 levels that were of a similar order of
23 magnitude, in terms of daily doses, as in
24 this litigation.

Page 175

1          But there was a range that
2  was part of the complexity of that
3  litigation; there was an estimated range
4  from lower to higher.
5      Q.  If you were comparing the
6  amount of NDMA in Zantac or ranitidine
7  compared to the amount of NDMA in a
8  Prinston Pharmaceutical valsartan, how do
9  they compare?
10     A.  So Prinston Pharmaceutical,
11 sitting here right now, without the
12 numbers in front of me, I recall at
13 20.19 micrograms per tablet, something
14 like that, at least in FDA measurement.
15         If I think of -- the Avay
16 paper, I believe, came up with a figure
17 for ranitidine, if ranitidine was subject
18 to high temperature, high humidity for
19 extended periods of time that the level
20 present in a ranitidine tablet could
21 theoretically be on the order of
22 35 micrograms of NDMA per tablet.
23         But, again, part of the
24 complexity of the ranitidine litigation

Page 176

1  was that was hypothesized to be dependent
2  on storage conditions and things of that
3  nature.
4          And so, you know, it's
5  not -- in those cases, not possible to
6  say -- it was not -- the issue was not,
7  what is present at the time of
8  manufacture in the ranitidine litigation,
9  it was, well, under the conditions in
10 which people used ranitidine what might
11 the concentrations have been?
12         But as I'm saying in the
13 ranitidine litigation, some of the
14 hypothesized levels were higher than the
15 Prinston Pharmaceutical.
16         And certainly -- well, I
17 think it was often the case that the
18 durations of exposure in the ranitidine
19 litigation for many plaintiffs were
20 longer than the duration of exposure
21 in -- at least for Mr. -- for Mr.
22 Roberts.
23         But in general, for -- I
24 think, for the valsartan plaintiffs,

Page 177

1  in -- such that the total cumulative
2  doses that were hypothesized in certain
3  settings to represent cumulative NDMA
4  exposures, in general, they were somewhat
5  higher for ranitidine than for valsartan.
6          But, again, as I've said,
7  for ranitidine, there were estimates that
8  were across a range.
9      Q.  Doctor, you were an expert
10 in the ranitidine litigation, correct?
11     A.  Correct.
12     Q.  What did you believe the
13 ranges of NDMA were in the ranitidine
14 pill?
15         ATTORNEY TRANGLE:
16     Objection.
17         THE WITNESS:  So my -- my
18     approach to that matter was to
19     basically consider the range of,
20     here is what it might have been on
21     the low side, here is what it
22     might have been if plaintiffs'
23     experts were correct.  And it was
24     an extremely high number.