UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd.,*<br><br>Case No. 1:20-cv-00946-RMB-SAK | HON. RENÉE MARIE BUMB |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with Nigh Goldenberg Raso & Vaughn, PLLC, and serve on the Plaintiffs' Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Memorandum in Opposition To Defendants' Motion For Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of ZHP00190573.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of the Deposition Transcript of Plaintiff Jan Roberts.

1

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the Expert Report of Dr. Nadim Mahmud.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of the Mansouri et al. 2022 study.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of the Gomm et al. 2021 study.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of the U.S. Health and Human Services Toxicological Profile of NDMA.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of the Deposition Transcript of Dr. Samuel Hooks.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of the Expert Report of Dr. Fareeha Siddiqui.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of the Deposition Transcript of Dr. Nadim Mahmud.

11. Attached hereto as **Exhibit 10** is a true and accurate copy of the Deposition Transcript of Dr. Fareeha Siddiqui.

12. Attached hereto as **Exhibit 11** is a true and accurate copy of the Deposition Transcript of Dr. Ralph Buckley.

13. Attached hereto as **Exhibit 12** is a true and accurate copy of GRobertsJr-TH-MD-000944-945.

14. Attached hereto as **Exhibit 13** is a true and accurate copy of the Deposition Transcript of Dr. Christopher Mele.

15. Attached hereto as **Exhibit 14** is a true and accurate copy of GRoberts-ESMS- 000029-33.

16. Attached hereto as **Exhibit 15** is a true and accurate copy of GRobertsJr-CA-000243.

17. Attached hereto as **Exhibit 16** is a true and accurate copy of the Expert Report of Dr. Christopher Mele.

18. Attached hereto as **Exhibit 17** is a true and accurate copy of the Expert Report of Dr. Dipak Panigrahy.

19. Attached hereto as **Exhibit 18** is a true and accurate copy of the Hidajat et al. 2019 study.

20. Attached hereto as **Exhibit 19** is a true and accurate copy of the Expert Report of Dr. William Sawyer.

21. Attached hereto as **Exhibit 20** is a true and accurate copy of GRobertsJr-PPR-000093.

22. Attached hereto as **Exhibit 21** is a true and accurate copy of the Deposition Transcript of Dr. Robyn Prueitt.

23. Attached hereto as **Exhibit 22** is a true and accurate copy of the Deposition Transcript of Dr. Gregory Diette.

24. Attached hereto as **Exhibit 23** is a true and accurate copy of the FDA News Release, "FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity" (July 13, 2018).

25. Attached hereto as **Exhibit 24** is a true and accurate copy of GRobertsJr-PPR-000135.

26. Attached hereto as **Exhibit 25** is a true and accurate copy of the George et al. 2019 study.

Dated: June 26, 2025				By:   /s/ C. Brett Vaughn

C. Brett Vaughn, RN, BSN, JD
NIGH GOLDENBERG RASO & VAUGHN, PLLC
*Attorneys for Plaintiffs*
14 Ridge Square NW Third Floor
Washington, D.C. 20016
Tel: 202-792-7927
Fax: 202-792-7927
Email: bvaughn@nighgoldenberg.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ C. Brett Vaughn*
                                            C. Brett Vaughn, RN, BSN, JD