# **EXHIBIT 2**

Page 1

1                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
2      - - - - - - - - - - - - - - - - - x
       IN RE: VALSARTAN, LOSARTAN, AND   :  MDL NO. 2875
3      IRBESARTAN PRODUCTS LIABILITY      :
       LITIGATION,                        :
4                                         :
       THIS DOCUMENT RELATES TO:          :
5      Duffy, et al. v. Solco Healthcare  :
       U.S., L.L.C., et al.,              :
6      Case No. 1:18-cv-15076-RBK-JS      :
       - - - - - - - - - - - - - - - - - x
7

8

9              ***RESTRICTED CONFIDENTIAL***

10

11

12             Veritext Virtual Zoom Videotaped

13     deposition of JAN ROBERTS, taken on Tuesday,

14     May 25, 2021, held in Pensacola, Florida, commencing

15     at 9:12 a.m., before Jamie I. Moskowitz, a Certified

16     Court Reporter and Certified Livenote Reporter.

17

18

19

20

21

22

23

24

25

Page 2

```
 1  A P P E A R A N C E S:
 2
    LEVIN PAPANTONIO RAFFERTY
 3  BY:  DANIEL A. NIGH, ESQUIRE
    BY:  SARA T. PAPANTONIO, ESQUIRE
 4  316 South Baylen Street
    Pensacola, Florida 32502
 5  850.435.7000
    dnigh@levinlaw.com
 6  spapantonio@levinlaw.com
    Counsel for the Witness Jan Roberts
 7
 8  EDWARD B. McDONOUGH, JR. PC
    BY:  EDWARD B. McDONOUGH, JR., ESQUIRE
 9  56 Saint Joseph Street - 8th floor
    Mobile, Alabama 36602
10  251.432.3296
    ebm@emcdonoughlaw.com
11  Counsel for the Witness Jan Roberts
12
    HARE, WYNN, NEWELL & NEWTON, LLP
13  BY:  DONALD PATRICK McKENNA, JR., ESQUIRE
    2025 3rd Avenue North - Suite 800
14  Birmingham, Alabama 35203
    205.549.8336
15  don@hwnn.com
    Counsel for the Witness Jan Roberts
16
17  DUANE MORRIS
    BY:  DAWN E. BRIDDELL, ESQUIRE
18  BY:  RAY A. VANDERHYDEN, ESQUIRE
    505 9th Street N.W., Suite 1000
19  Washington, DC  20004
    202.776.5253
20  debriddell@duanemorris.com
    ravanderhyden@duanemorris.com
21  Counsel for Defendants Prinston Pharmaceutical Inc.
    Zhejiant Huahai Pharmaceutic Co., Ltd, Solco
22  Healthcare U.S., LLC and Huahai U.S., Inc.
23
24
25
```

Page 3

```
 1  A P P E A R A N C E S (continued)
 2
    CIPRIANI & WARNER
 3  BY:  ETHAN R. FELDMAN, ESQUIRE
    450 Sentry Parkway, Suite 200
 4  Blue Bell, Pennsylvania  19422
    610.567.0700
 5  efeldman@c-wlaw.com
    Counsel for Defendant Aurobindo Pharma Ltd.
 6
 7  HILL WALLACK
    BY:  CARLO J. DeHART, ESQUIRE
 8  21 Roszel Road
    Princeton, New Jersey 08540
 9  609.924.0808
    cdehart@hillwallack.com
10  Counsel for the Defendants Hetero Labs Limited
    and Hetero Drugs Limited
11
12  CROWELL & MORING
    BY:  LUKE J. BRESNAHAN, ESQUIRE
13  1001 Pennsylvania Avenue NW
    Washington, DC 20004
14  202.624.2500
    lbresnahan@crowell.com
15  Counsel for the Defendant Cardinal Health
16
    GREENBERG TRAURIG
17  BY:  GREG P. COATES, ESQUIRE
    77 West Wacker Drive - Suite 3100
18  Chicago, Illinois 60601
    312.456.1065
19  coatesg@gtlaw.com
    Counsel for Defendant Teva Pharmaceuticals
20  Industries Ltd.
21
22
23
24
25
```

Page 4

```
 1  A P P E A R A N C E S (continued)
 2
    NORTON ROSE FULBRIGHT US LLP
 3  BY:  KIRA G. LATHAM, ESQUIRE
    BY:  KATHERINE P. LETT, ESQUIRE
 4  2200 Rose Avenue - Suite 3600
    Dallas, Texas 75201-7932
 5  214.855.8000
    kira.latham@nortonrosefulbright.com --
 6  katherine.lett@nortonrosefulbright.com
    counsel for McKesson Corporation
 7
 8  ALSO PRESENT:
 9  WILLIAM MILLER
    Legal Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1       E X H I B I T S
 2
    EXHIBIT NUMBER    DESCRIPTION             PAGE
 3
    Exhibit 1    Notice of Videotaped Deposition    13
 4    of Plaintiff Jan Boutwell Roberts
    Exhibit 2    Short Form Complaint            20
 6  Exhibit 3    (Proposed) First Amended Short    25
             Form Complain
 7
    Exhibit 4    Plaintiff's Fact Sheet for        60
 8    Idividual Personal Injury Cases
    Exhibit 5    XIL Declaration                   61
10  Exhibit 6    Plaintiff's Fact Sheet for        63
             Individual Persona Injury Cases
11
    Exhibit 7    XIL Declaration                   65
12
    Exhibit 8    Plaintiff's Fact Sheet for        69
13    Individual Personal Injury Cases
14  Exhibit 9    Document entitled In re:          85
             Valsartan Products Liability
15           Litigation  This document relates
             to All Cases
16
    Exhibit 10    Photograph                       94
17
    Exhibit 11    Document entitled Privileged    124
18    and Highly Confident
    Information Patient: Roberts,
19    Jr., Gaston James
20  Exhibit 12    Document entitled Privileged    130
             and Highly Confidential
21    Information Patient: Roberts,
    Jr., Gaston James
22
    Exhibit 12    Re-marked Document entitled    135
23    Privileged and Highly Confidential
    Information Patient: Roberts,
24    Jr., Gaston James
25
```

Page 182

1 day were you sent for testing and the lesions were
2 found?
3    A    It seems like a lifetime. I'm not
4 sure of --
5    Q    Okay.
6    A    If I -- I would say maybe a couple of
7 weeks.
8    Q    Okay. And what was his initial
9 reaction when he got the diagnosis?
10    A    I'm sorry. I guess kind of like mine,
11 shock and disbelief.
12    Q    Okay. Did -- and you said that he was
13 referred to other doctors after that, correct?
14    A    He was.
15    Q    Okay. But he continued to treat with
16 Dr. Robichaux, correct?
17    A    He did.
18    Q    Okay. And treatment plan, what was
19 that, or what did it turn out to be?
20    A    We presented to UAB and saw a cancer
21 specialist there -- and no timeline because
22 everything is blurry -- did a workup and wanted to
23 start treatment of -- being a chemo treatment. And
24 I believe they referred to those as a RACE
25 procedure.

Page 183

1        COURT REPORTER: A what? A what?
2        THE WITNESS: A TACE, but that's just
3 a, I guess like a synonym. But I don't know
4 the exact -- exact name of that.
5        COURT REPORTER: TASC?
6        THE WITNESS: TACE.
7        COURT REPORTER: TACE.
8        THE WITNESS: Yes, I'm sorry.
9 BY MS. BRIDDELL:
10    Q    And was it before the TACE treatments
11 or after that it was determined that he was not a
12 candidate for surgery?
13    A    Before. We did find out that he
14 wasn't a candidate for surgery.
15    Q    You said it was before you found that
16 out?
17    A    Yes. But that was at the UAB facility
18 as well.
19    Q    Okay. Okay. Did -- did you and your
20 husband look for a second opinion?
21    A    We did not.
22    Q    Okay. Did you and your husband
23 discuss the -- the treatment options, or did you
24 just go with what was recommended?
25    A    That was the treatment option.

Page 184

1    Q    Okay.
2    A    That was the treatment option.
3    Q    And following the diagnosis through
4 the end of 20 -- 2019, was your husband required to
5 be hospitalized?
6    A    Repeat the question, please.
7    Q    Between the time of the diagnosis and
8 the end of 2019, was your husband ever hospitalized?
9 And if you don't recall, that's fine.
10    A    I'm trying to recall that. I don't
11 recall that. I don't recall that.
12    Q    That's fine.
13        Do you recall if any doctor ever told
14 you or your husband what caused the liver cancer?
15    A    Not to my recollection -- not to my
16 knowledge, ma'am.
17    Q    Okay. Do you recall if any doctor
18 ever said that it was the valsartan products your
19 husband had been taking that caused his liver
20 cancer?
21    A    I'm not -- I don't recall, ma'am.
22    Q    Did you personally ever ask any of his
23 doctors what causes cancer?
24    A    I don't recall, ma'am.
25    Q    Okay. Do you -- do you know whether

Page 185

1 or not your husband ever had a liver biopsy?
2    A    I don't believe that he did.
3    Q    Okay. Were you -- go ahead.
4    A    I'm not -- I don't believe that he
5 did, ma'am.
6    Q    Okay. But we've already discussed
7 that your husband did have long-standing liver
8 disease earlier today. So my question is, did you
9 ever know before today that a liver biopsy was
10 discussed with your husband almost 10 years before
11 his cancer diagnosis?
12        MR. NIGH: Object to the form.
13        THE WITNESS: No, I wasn't aware of
14    that.
15 BY MS. BRIDDELL:
16    Q    Okay. So, again, then, you wouldn't
17 have been aware that he decided he didn't want a
18 liver biopsy, right?
19    A    Correct.
20    Q    Do you know if your husband had a
21 family history of liver disease?
22    A    No, ma'am.
23    Q    Okay. Your -- your husband's medical
24 records mention a cousin who had died from
25 pancreatic cancer, and your husband was concerned

47 (Pages 182 - 185)

Page 246

```
 1        DEPOSITION ERRATA SHEET
 2  RE:
    FILE NO.
 3  CASE CAPTION:  IN RE: VALSARTAN, LOSARTAN LIABILITY
                   LITIGATION
 4  DEPONENT:  JAN ROBERTS
    DEPOSITION DATE: May 25, 2021
 5
    To the Reporter:
 6  I have read the entire transcript of my Deposition
    taken in the captioned matter or the same has been
 7  read to me.  I request for the following changes be
    entered upon the record for the reasons indicated.
 8  I have signed my name to the Errata Sheet and the
    appropriate Certificate and authorize you to
 9  attach both to the original transcript.
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  SIGNATURE:_____DATE:_____
23        JAN ROBERTS
24
25
```

Page 247

```
 1              C E R T I F I C A T E
 2
 3        I, Jamie I. Moskowitz, a Shorthand
 4  (Stenotype) Reporter and Notary Public, do hereby
 5  certify that the foregoing Deposition, of the
 6  witness, JAN ROBERTS, taken at the time and place
 7  aforesaid, is a true and correct transcription of my
 8  shorthand notes.
 9        I further certify that I am neither
10  counsel for nor related to any party to said action,
11  nor in any way interested in the result or outcome
12  thereof.
13        IN WITNESS WHEREOF, I have hereunto set
14  my hand this 17th day of June 2021.
15
16
                 Jamie Ilyse Moskowitz
17  _____
          Jamie Ilyse Moskowitz
18        License No. XI01658
19
20
21
22
23
24
25
```

63 (Pages 246 - 247)