# **EXHIBIT 7**

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW JERSEY

3                     CAMDEN VICINAGE

4

5     MDL NUMBER:  2875

6

7     IN RE: VALSARTAN, LOSARTAN, AND

8     IRBESARTAN PRODUCTS LIABILITY

9     LITIGATION

10

11    THIS DOCUMENT RELATES TO GASTON J.

12    ROBERTS, JR. AND WIFE JAN ROBERTS

13    CASE NUMBER:  1:20-CV-00946-RBK-SAK

14

15            * * * * * * * * * * * * *

16

17              THE ORAL PROCEEDINGS

18       OF THE DEPOSITION OF DR. SAMUEL HOOKS

19              JANUARY 29, 2025

20

21    REPORTER:  Paul Morse

22              Certified Court Reporter

23              and Notary Public

Page 2

1    IT IS FURTHER STIPULATED AND AGREED
2  that the signature to and the reading of the
3  deposition by the witness is waived, the
4  deposition to have the same force and effect as
5  if full compliance had been had with all laws
6  and rules of Court relating to the taking of
7  depositions.
8    IT IS FURTHER STIPULATED AND AGREED
9  that it shall not be necessary for any
10  objections to be made by counsel to any
11  questions except as to form or leading
12  questions, and that counsel for the parties may
13  make objections and assign grounds at the time
14  of the trial, or at the time said deposition is
15  offered in evidence, or prior thereto.
16    IT IS FURTHER STIPULATED AND AGREED
17  that the notice of filing of the deposition by
18  the Commissioner is waived.
19
20
21    * * * * * * * * * * * * *
22
23

Page 3

1        I N D E X
2
3      EXAMINATION
4            PAGE
5  By Ms. Rose............................ 6
6  By Mr. Nigh............................ 74
7
8
9
10    EXHIBITS FOR THE DEPOSITION
11            PAGE
12  Exhibit 1 , Subpoena.................... 8
13  Exhibit 2 , Dr. Hooks's CV.............. 22
14  Exhibit 3 , Messages from Epic........... 31
15  Exhibit 4 , Ultrasound Note.............. 35
16  Exhibit 5 , Medical Record 7/18/18....... 40
17  Exhibit 6 , Medical Record 4/3/19........ 56
18  Exhibit 7 , AFP Tumor Marker Results..... 57
19  Exhibit 8 , Dr. Ives's Record............ 69
20  Exhibit 9 , Medical Record............... 78
21
22    * * * * * * * * * * * * * * * *
23

Page 4

1      UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF NEW JERSEY
3        CAMDEN VICINAGE
4
5
6  BEFORE:
7    Paul Morse, Commissioner.
8
9  APPEARANCES:
10    NINA ROSE, ESQUIRE, of SKADDEN, ARPS,
11  SLATE, MEAGHER & FLOM, 1440 New York Avenue,
12  N.W., Washington, D.C. 20005, appearing on
13  behalf of the Defendants.
14    DANIEL NIGH, ESQUIRE, of NIGH,
15  GOLDENBERG, RASO & VAUGHN, 14 Ridge Square,
16  N.W., Washington, D.C. 20016, appearing on
17  behalf of the Plaintiff.
18    DANNER FRAZER, ESQUIRE, of FRAZER,
19  GREENE, 104 St. Francis Street, Suite 800,
20  Mobile, Alabama 36602, appearing on behalf of
21  the Deponent.
22    ALSO PRESENT:  John Badgley, Video
23      Olivia Sattan, Concierge

Page 5

1    I, Paul Morse, CCR, a Court Reporter of
2  Daphne, Alabama, acting as Commissioner,
3  certify that on this date, as provided by the
4  Federal Rules of Civil Procedure and the
5  foregoing stipulation of counsel, there came
6  before me at the offices of Frazer Greene,
7  104 St. Francis Street, Suite 800, Mobile,
8  Alabama 36602, beginning at 8:00 a.m., Dr.
9  Samuel Hooks, witness in the above cause, for
10  oral examination, whereupon the following
11  proceedings were had:
12
13    THE VIDEOGRAPHER:  Good morning.
14  We're on the record at 8:11 on Wednesday,
15  January 29, 2025.  This begins media unit one
16  in the video recorded deposition of Dr. Samuel
17  Hooks in the matter of Valsartan, Losartan
18  liability litigation, et al.
19    Will counsel identify yourselves and state
20  whom you represent.
21    THE WITNESS:  Samuel Hooks.
22  Sorry.
23    MS. ROSE:  I'm so sorry.

2 (Pages 2 - 5)

Page 6

1           MR. FRAZER:  Go ahead, Nina.
2           MS. ROSE:  Okay.  Thanks.  Nina
3   Rose, Skadden Arps for Defendant ZHP or the ZHP
4   Defendants collectively.
5           MR. NIGH:  I'm Daniel Nigh for
6   Nigh, Goldenberg, Raso and Vaughn, and I
7   represent Jan Roberts, the wife of the
8   deceased, Gaston Roberts.
9           MR. FRAZER:  And I'm Danner
10  Frazer.  I represent Dr. Hooks.
11          THE WITNESS:  And I'm Samuel
12  Hooks, witness.
13          THE VIDEOGRAPHER:  Will the
14  Court Reporter please swear in the witness.
15
16          DR. SAMUEL HOOKS,
17  being first duly sworn, was examined and
18  testified as follows:
19
20          EXAMINATION
21  BY MS. ROSE:
22      Q.   Good morning, Dr. Hooks.
23      A.   Good morning.

Page 7

1       Q.   Thank you so much for taking the
2   time to talk to us today.  We very much
3   appreciate it.  As you just heard, my name is
4   Nina Rose, and I represent Zhejiang Huahai
5   Pharmaceutical Company as well as
6   Prinston Pharmaceuticals and Solco -- Solco
7   Healthcare US.  I'm going to refer to ZHP,
8   Prinston Pharmaceuticals, and Solco Healthcare
9   collectively as ZHP today.  Is that okay?
10      A.   That's fine.
11      Q.   Great.  Do you understand that
12  you're here in connection with a lawsuit filed
13  by the Estate of Gaston Roberts against ZHP?
14      A.   Yes.
15      Q.   I'm going to introduce tab one.
16  It should appear on the screen shortly, Doctor.
17  I'm going to introduce this document --
18          MS. SATTAN:  Is this --
19          MS. ROSE:  Oh, sorry.  Go ahead.
20          MS. SATTAN:  Apologies.  I was
21  just asking what it was being marked as.
22          MS. ROSE:  Oh, sorry.  I'm going
23  to enter this as Exhibit 1.

Page 8

1       Q.   Dr. Hooks, have you seen this
2   document before?
3           (Defendant's Exhibit Number 1
4           is marked for identification.)
5       A.   I can't see it currently.
6           MR. FRAZER:  It's a tiny little --
7       A.   It's a little bitty thing on
8   the --
9           MR. FRAZER:  It's not on the full
10  screen.
11          THE VIDEOGRAPHER:  Can we go off
12  the record to troubleshoot this really quick?
13          MS. ROSE:  Yes.  That would be
14  great.  Thank you.
15          THE VIDEOGRAPHER:  He's logged
16  into Exhibit Share.  Going off the record at
17  8:14.
18          (A break was taken.)
19          THE VIDEOGRAPHER:  Going back on
20  the record at 8:17.
21      Q.   (Ms. Rose) Dr. Hooks, before we
22  took that break I had just introduced
23  Exhibit 1, which is in front of you right now.

Page 9

1   Have you seen this document before?
2       A.   I have.  The date was different,
3   but -- because of the snowstorm last week, but
4   I have seen that document.
5       Q.   Great.  And what is the document?
6       A.   It's a subpoena.
7       Q.   Okay.  Is it your understanding
8   that you're appearing as a witness here today
9   pursuant to the subpoena for testimony?
10      A.   It is, yes.
11      Q.   And about four lines down from the
12  top, if you can read in the text, it states
13  that you are testifying as a, quote, nonparty
14  to this litigation and one of Mr. Roberts's
15  treating physicians.  Correct?
16      A.   Correct.
17      Q.   Do you understand that you're here
18  today as one of Mr. Roberts's medical providers
19  to testify about your care and treatment of
20  him?
21      A.   Yes.
22      Q.   And do you understand that you are
23  not a party to this litigation?

3 (Pages 6 - 9)

Page 10

1      A.   Yes.
2      Q.   And do you understand that no one
3  in this litigation is making any allegations
4  against you?
5      A.   Yes.
6      Q.   Do you understand that you're here
7  as a fact witness only and not as an expert
8  witness?
9      A.   Yes.
10     Q.   Is it your understanding that
11 you'll be paid your customary hourly fee for
12 your time spent testifying as a fact witness at
13 this deposition?
14     A.   Yes.
15     Q.   You're not receiving any other
16 money from Defendants or Plaintiffs in exchange
17 for your testimony.  Correct?
18     A.   Correct.
19     Q.   And you're not being compensated
20 by Defendants or Plaintiffs as a consultant.
21 Correct?
22     A.   Correct.
23     Q.   And you've not been asked by

Page 11

1  either party to render any expert opinions in
2  this case.  Correct?
3      A.   Correct.
4      Q.   Have you been deposed before?
5      A.   Yes.
6      Q.   When?
7      A.   I'm going to have to think about
8  it.  It was here for something.
9          MR. FRAZER:  Yeah.  You were here,
10 but that's been five years at least.
11         THE WITNESS:  Right.
12         MR. FRAZER:  Maybe more.  I can't
13 remember for sure.
14         THE WITNESS:  Yeah.
15         MR. FRAZER:  He doesn't know
16 exactly.
17     A.   Yeah.
18     Q.   Okay.  So you believe you've been
19 deposed one time about five years ago?
20     A.   No.  I've been deposed a couple
21 times.  But none of -- I mean, the most recent
22 one was probably prior to Covid.  Yeah.
23     Q.   And the most recent deposition,

Page 12

1  you said, was probably more than --
2      A.   Like 2019.  Yeah.
3      Q.   Okay.  And what kind of case was
4  that in?
5      A.   I don't remember.
6          MR. FRAZER:  Just say that.
7      A.   Yeah, I don't remember.
8      Q.   Do you remember if you were a
9  party to the litigation when you were deposed?
10         MR. FRAZER:  He was -- I can tell
11 you he was not.
12     A.   No.
13     Q.   Okay.  Were you testifying as a
14 fact witness in a case?
15     A.   I --
16         MR. FRAZER:  Yes.
17     A.   Yeah.
18         MR. FRAZER:  Do you want me to
19 tell you a little bit more about that, Nina?
20         MS. ROSE:  We can talk about it.
21 But let me just get what the witness remembers,
22 and then, you know --
23         MR. FRAZER:  Okay.  That's fine.

Page 13

1  I don't want to interfere.
2          MS. ROSE:  No, I appreciate it.
3  Thank you so much.
4      Q.   Okay.  And you said that you were
5  deposed at least once before the deposition in
6  2019?
7      A.   Correct.
8      Q.   And do you recall the nature of
9  your testimony at that deposition?
10     A.   Yeah.  That was as a treating
11 physician.  And it was about a patient and
12 their ability to make decisions for themselves
13 and who had cirrhosis.
14     Q.   And you were not a plaintiff or a
15 defendant in that litigation?
16     A.   I was not.
17     Q.   Have you ever testified in court
18 before?
19     A.   I have not.
20     Q.   So given that you've had your
21 deposition taken before, you might know some of
22 these basic rules.  But because it's been some
23 time, I'll go over them with you so we can make

Page 14

1  sure everything goes smoothly today.  So as you
2  know, there's a Court Reporter who's there with
3  you who is taking down everything that you and
4  I say.  Is that your understanding?
5      A.    Yes.
6      Q.    Okay.  As a result of that, all
7  responses that you give need to be verbal, not
8  just a nod -- a head nod or an uh-huh or
9  something like that.  Is that understood?
10     A.    Yes.
11     Q.    And for the benefit of the
12 Court Reporter, I'd ask that you try to let me
13 finish a question before you answer, and I will
14 wait for you to finish your answer before I ask
15 you another question.  Is that fair?
16     A.    Yes.
17     Q.    And I'll warn you up front that
18 sometimes when I ask questions I do a little --
19 I pause before I finish the question.  So I'll
20 try to make it very clear when I've finished
21 asking my question.
22     A.    Okay.
23     Q.    I'm going to try to take some

Page 15

1  regular breaks.  But if you need a break
2  outside of that at any time, just let me know.
3  Okay?
4      A.    Okay.
5      Q.    And if a question is pending at
6  the time you need a break, I might ask you to
7  answer the question before we take the break.
8  But otherwise we shouldn't -- it shouldn't be
9  an issue.
10     A.    Okay.
11     Q.    The attorney for the Plaintiffs in
12 this case or your own attorney might object to
13 some of the questions.  That's for the record.
14 You can answer each question unless you are
15 specifically instructed by your counsel not to
16 answer.  Okay?
17     A.    Okay.
18     Q.    Have you had any alcoholic drinks
19 in the last twelve hours?
20     A.    No.
21     Q.    Are you on any medication that
22 could impair your testimony here today?
23     A.    No.

Page 16

1      Q.    Is there any other reason that you
2  can't provide accurate and truthful testimony
3  today?
4      A.    No.
5      Q.    You're represented by -- at this
6  deposition today by your counsel, Danner
7  Frazer.  Correct?
8      A.    Correct.
9      Q.    And Mr. Frazer is there in the
10 room with you.  Correct?
11     A.    Yes.
12     Q.    As is the Court Reporter?
13     A.    Yes.
14     Q.    Is there anyone else in the room
15 with you?
16     A.    The Videographer.
17     Q.    Without disclosing the substance
18 of the conversations you had with your
19 attorney, what, if anything, did you do to
20 prepare for today's deposition?
21     A.    I reviewed my notes from seeing
22 Mr. Roberts this morning.  Not an in-depth, you
23 know, review but just went over the office

Page 17

1  visits.
2      Q.    And where did you get those notes
3  from?
4      A.    His record.  His chart.
5      Q.    And did you pull that chart
6  yourself --
7      A.    Yes.
8      Q.    -- from your practice?
9      A.    Yes.  Sorry.
10     Q.    No problem.  Did you meet with
11 your lawyer at all before in prep -- sorry.
12 I'll start that again.  Did you meet with your
13 lawyer in preparation for this deposition?
14     A.    Yes.
15     Q.    When?
16     A.    About 7:30.
17     Q.    This morning?
18     A.    Yes.
19     Q.    Okay.  So no more than a half an
20 hour this morning.  Correct?
21     A.    Correct.
22     Q.    Any other times?
23     A.    No.

5 (Pages 14 - 17)

Page 18

1    Q.    Besides the chart that you pulled
2  from your records and your practice for
3  Mr. Roberts, did you review any other documents
4  in preparation for your testimony today?
5    A.    Imaging.
6    Q.    What kind of imaging?
7    A.    CT, ultrasound, MRI.
8    Q.    And those were all imaging for
9  Mr. Roberts?
10    A.    Yes.
11    Q.    And where did you get those
12  imaging documents?
13    A.    From his record, Epic, through the
14  Infirmary.
15        MR. FRAZER:  It's an electronic
16  system.
17        MS. ROSE:  Yes.  Thank you.
18    Q.    So you pulled them from the
19  electronic -- electronic healthcare records
20  software.  Correct?
21    A.    Yes.
22    Q.    Did you bring any documents with
23  you today?

Page 19

1    A.    No.
2    Q.    Before today, Doctor, have you and
3  I ever spoken?
4    A.    No.
5    Q.    Have -- before today have you ever
6  spoken with anyone else from the law firm
7  Skadden Arps?
8    A.    No.
9    Q.    Are you aware that someone from my
10  office has spoken to your counsel to schedule
11  this deposition?
12    A.    Yes.
13    Q.    But you've never spoken to me or
14  any of my colleagues at Skadden about
15  Mr. Roberts's case.  Correct?
16    A.    Correct.
17    Q.    Before today have you ever spoken
18  with Mr. Nigh who is here representing the
19  Roberts Estate today?
20    A.    No.
21    Q.    And have you ever spoken with
22  Kathryn Avila who is also here today who is
23  part of the firm representing Mr. Roberts's

Page 20

1  Estate?
2    A.    No.
3    Q.    And have you ever spoken with any
4  other lawyers involved in litigation regarding
5  Valsartan?
6    A.    No.
7    Q.    Have you had any conversations
8  with anyone else about today's deposition?
9    A.    My wife.
10    Q.    That's allowed.  Okay.  So just
11  to -- talk just a little bit about yourself,
12  Dr. Hooks.  Can you tell me about your
13  education in terms of your undergraduate and
14  graduate level degrees?
15    A.    So Birmingham Southern, biology
16  major.  And then University of South Alabama
17  for MD.  And then postgraduate training at
18  Vanderbilt followed by -- that was in internal
19  medicine and followed by University of
20  South Alabama for gastroenterology fellowship,
21  followed by University of Texas advanced
22  therapeutic fellowship in gastroenterology.
23    Q.    Got it.  Thank you.  What field of

Page 21

1  medicine do you currently practice?
2    A.    Gastroenterology.
3    Q.    What is gastroenterology?  How
4  would you describe that field of practice?
5    A.    Butts and guts.  From the mouth to
6  the anus, including the liver, the pancreas,
7  the small bowel, large bowel, esophagus,
8  stomach.  I have a specialty within
9  gastroenterology, which is doing therapeutic
10  procedures including but not limited to ERCP
11  and endoscopic ultrasound.
12    Q.    What is ERCP?
13    A.    Endoscopic retrograde
14  cholangiopancreatography.
15    Q.    Oh wow.  Is that an imaging?
16    A.    Often --
17    Q.    Sorry.  I apologize.
18    A.    So often used in bile duct stones,
19  biliary pancreatic strictures, bile leaks.
20  That's kind of a niche within GI.
21    Q.    Got it.  And so is that a specific
22  procedure?
23    A.    It is.

6 (Pages 18 - 21)

Veritext Legal Solutions

800-227-8440                                                973-410-4040

Page 22

1    Q.    And do you perform that procedure?
2    A.    I do.
3    Q.    Do you need a minute, Doctor?
4    A.    No.
5    Q.    Okay.  Let me know if at any point
6  if you have an emergency and need a minute.
7    A.    No.
8    Q.    Okay.  I'm going to introduce as
9  Exhibit 2 tab three.  It should come up on the
10  screen, and you can look at it in the
11  Exhibit Share as soon as it drops.  Do you see
12  the document, Dr. Hooks?
13        (Defendant's Exhibit Number 2
14        is marked for identification.)
15    A.    I do.  I recognize it.
16    Q.    You do recognize it.  You guessed
17  my question.  So I'll represent to you this is
18  your CV that was produced to us by your
19  attorney in response to the deposition
20  subpoena.  Do you have any reason to doubt
21  that?
22    A.    No.
23    Q.    Is this version of your CV

Page 23

1  current, complete, and accurate?
2    A.    Yes.
3        MS. ROSE:  Olivia, you can take
4  the document down.
5    Q.    Dr. Hooks, you currently work at
6  Diagnostic -- Diagnostic and Medical Clinic in
7  Mobile, Alabama.  Correct?
8    A.    Correct.
9    Q.    Am I pronouncing it correctly?
10    A.    Mobile.
11    Q.    Mobile.
12    A.    Mobile.
13    Q.    Mobile.  I'm sorry.  I apologize.
14  It's my northern accent.  And is it okay if
15  during this deposition I may refer to
16  Diagnostic and Medical Clinic as DMC?  Is that
17  okay?
18    A.    Yes.
19    Q.    Great.  And DMC operates within
20  the Infirmary Health System.  Correct?
21    A.    Correct.
22    Q.    What is the Infirmary Health
23  System?

Page 24

1    A.    A nonprofit health system in
2  Mobile and Baldwin County.  It incorporates
3  three hospitals, five ERs, probably five or six
4  thousand employees.
5    Q.    Are you sometimes referred
6  patients by other doctors who operate within
7  the Infirmary Health System?
8    A.    Yes, I am.
9    Q.    And how long have you practiced at
10  DMC?
11    A.    I'm in my fifteenth year.
12    Q.    And in your practice do you recall
13  treating a patient named Gaston Roberts?
14    A.    Yes.
15    Q.    And you treated Mr. Roberts in
16  your capacity as a gastroenterologist.
17  Correct?
18    A.    Correct.
19    Q.    And all of your treatment of
20  Mr. Roberts took place while you were working
21  at DMC.  Correct?
22    A.    Correct.
23    Q.    Do you recall when you began

Page 25

1  treating Mr. Roberts?
2    A.    I believe it was in June or July
3  of 2018.
4    Q.    And you were Mr. Roberts's
5  gastroenterologist at the time of his liver
6  cancer diagnosis in 2018.  Correct?
7    A.    Correct.
8    Q.    And Mr. Roberts was specifically
9  diagnosed with hepatocellular carcinoma.
10  Correct?
11    A.    Correct.
12    Q.    And is it okay if through this
13  deposition I sometimes refer to that condition
14  as HCC?
15    A.    Yes.
16    Q.    Great.  So what is HCC?
17    A.    It's an intrahepatic tumor of the
18  hepatocytes.  So as opposed to many other liver
19  tumors that can be metastatic, this one derives
20  within the liver itself.  Most liver cancer,
21  quote, unquote, is metastatic.  But you'll --
22  patients who have cirrhosis or just random --
23  more likely it's cirrhosis -- will have HCC.

7 (Pages 22 - 25)

Page 26

1    Q.   Okay.  So unlike other types of
2 liver cancer, HCC originates in the liver at --
3    A.   Correct.
4    Q.   Okay.  And you said earlier that
5 HCC primarily develops as a result of
6 cirrhosis?
7    A.   Yes.
8    Q.   Are there any other distinguishing
9 features of HCC?
10    A.   I don't understand the question.
11    Q.   Oh, sorry.  Just I appreciated
12 that HCC was different from other types of
13 liver cancer in that it has to originate in the
14 liver.  I was just wondering if there were any
15 other distinguishing features of HCC that
16 differentiates it from other types of liver
17 cancer?
18    A.   Just the histopathology.
19    Q.   And please excuse me because I'm
20 not familiar with --
21    A.   What it looks like -- what it
22 looks like under the microscope.
23    Q.   Okay.

Page 27

1    A.   As opposed to an adenocarcinoma in
2 the liver, as opposed to a cholangiocarcinoma
3 which is a bile duct cancer in the liver, as
4 opposed to a melanoma in the liver.  It's
5 distinct upon how it looks with imaging and
6 with how it looks under the microscope for the
7 pathologist.
8    Q.   And are the risk factors for HCC
9 different from the risk factors for other liver
10 cancers?
11    A.   Yes.
12    Q.   In what way?
13    A.   If you have cirrhosis, there's a
14 two hundred times greater chance of having
15 hepatocellular carcinoma than the general
16 population.
17    Q.   Are you aware that Mr. Roberts
18 passed away in March of 2020 from HCC?
19    A.   Yes.
20    Q.   Would you say that you treated
21 Mr. Rogers -- sorry, Mr. Roberts as his
22 gastroenterologist until the end of his life?
23    A.   Yes.

Page 28

1    Q.   And have you had any contact with
2 Mr. Roberts's family since he passed away?
3    A.   Yes.  His wife is a patient of
4 mine.
5    Q.   And his wife is Jan Roberts.
6 Correct?
7    A.   Correct.
8    Q.   And when is the last time you saw
9 her?
10    A.   I don't know.  Within the last two
11 years.
12    Q.   Have you ever discussed this
13 lawsuit with Mrs. Roberts?
14    A.   I have not.
15    Q.   Were you aware prior to receiving
16 the deposition subpoena that Ms. Roberts had a
17 lawsuit against ZHP?
18    A.   No.
19    Q.   And were you aware prior to
20 receiving the deposition that Ms. Roberts was
21 involved in a lawsuit related to Valsartan?
22    A.   No.
23    Q.   Have you ever discussed Valsartan

Page 29

1 with Mrs. Roberts?
2    A.   No.
3    Q.   And just to be clear, have you
4 discussed the fact that you're appearing at
5 this deposition with Mrs. Roberts?
6    A.   No.
7    Q.   Thank you.  Do you document every
8 patient encounter that you conduct at
9 Diagnostic Medical Clinic?
10    A.   In the office, yes.
11    Q.   And how do you document those
12 patient encounters?
13    A.   With a note.
14    Q.   And where is that note recorded?
15    A.   In Epic, which is the electronic
16 health record that is used by the Infirmary
17 system.
18    Q.   Okay.  Great.  And has the
19 Infirmary Health System -- let me start that
20 question over again.
21    Do you know when the Infirmary Health System
22 started using Epic as its electronic health
23 records provider?

8 (Pages 26 - 29)

Page 30

1    A.    2011.
2    Q.    So would you say that all
3 documentation of patient encounters after 2011
4 would be recorded in the Epic system?
5    A.    Yes.
6    Q.    And would there be any other
7 written records kept regarding patient
8 treatment after 2011?
9    A.    Outside of Epic?
10    Q.    Yes.
11    A.    No.
12    Q.    Are you aware that Mr. Roberts
13 gave us permission to request and review the
14 medical records that you prepared in the course
15 of treating him?
16    A.    No.
17    Q.    Are you aware that your office
18 produced records relating to the treatment of
19 Mr. Roberts?
20    A.    No.
21    Q.    If your office had produced
22 records relating to the treatment of
23 Mr. Roberts, who do you think would have been

Page 31

1 involved in collecting and producing those?
2    A.    I have no idea.
3    Q.    All right. So I'll represent to
4 you, Doctor, that we have collected from --
5 from the Epic system your medical records
6 relating to Mr. Roberts in connection with this
7 litigation. And I'll also represent to you
8 that the first interaction between Mr. Roberts
9 and your office that we've identified in the
10 medical records took place on April 30, 2018.
11 Do you have any reason to dispute that?
12    A.    No.
13    Q.    Okay. I'm going to introduce as
14 Exhibit 3 tab four. Do you see it on the
15 screen there, Dr. Hooks?
16       (Defendant's Exhibit Number 3
17       is marked for identification.)
18    A.    I do.
19    Q.    Have you seen this -- and
20 particularly I'm looking at the bottom half of
21 the page after the header Roberts comma
22 Gaston J.
23    A.    I have not.

Page 32

1    Q.    Okay. It looks like this was a
2 message sent through Epic from Carol Hamblin to
3 Paige Bentley. Correct?
4    A.    Yes.
5    Q.    Who is Carol Hamblin?
6    A.    She must be a telephone operator.
7    Q.    And she works with DMC?
8    A.    Yes.
9    Q.    And who is Paige Bentley?
10    A.    She was a medical assistant who
11 worked in my office in 2018.
12    Q.    And what did she do specifically
13 as a medical assistant in your practice?
14    A.    Answered telephone calls, roomed
15 patients, took vital signs.
16    Q.    Fair to say that this message
17 indicates that Mr. Roberts or his wife called
18 your practice in April -- on April 30, 2018
19 seeking an appointment for Mr. Roberts to
20 address symptoms -- symptoms of constant
21 diarrhea?
22    A.    Yes.
23    Q.    And Ms. Hamblin asked Paige

Page 33

1 Bentley to call the patient back?
2    A.    Yes.
3    Q.    Do you recall having any
4 interactions with Mr. Roberts prior to this
5 call?
6    A.    I don't.
7    Q.    Right below where we're looking
8 at, there's a note that says Paige Bentley
9 contacted Roberts, Gaston on 4/30/18. Correct?
10    A.    Correct.
11    Q.    And then below that it says -- and
12 I think this is going to be on the next page.
13 Yes. Okay. Below that it says returned
14 call -- this is from Paige Bentley. Returned
15 call to appointment made for 6/15/2018 arriving
16 at 2:30 p.m. Patient V/U. Do you see that?
17    A.    Yes.
18    Q.    What does patient V/U mean in a
19 medical note like this?
20    A.    Voiced understanding.
21    Q.    And what does that mean to your
22 understanding?
23    A.    He knows he as an appointment on

9 (Pages 30 - 33)

Page 34

1  6/15 at 2:30.
2      Q.   Okay.  Perfect.  Thank you.  And
3  do you recall seeing Mr. Roberts on June 15,
4  2018?
5      A.   Yes.
6      Q.   Was this the first visit that you
7  ever had with Mr. Roberts?
8      A.   Yes.
9      Q.   And was Mr. Roberts's wife already
10  a patient of yours at this time?
11      A.   I believe so.
12      Q.   Do you know when Jan Roberts
13  became a patient of yours?
14      A.   I don't.  I did not review her
15  records in preparation for this.
16      Q.   No worries.  So the June 15, 2018
17  visit addressed Mr. Roberts complaint of
18  constant diarrhea.  Correct?
19      A.   Correct.
20      Q.   Do you know how Mr. Roberts came
21  to be your patient?
22      A.   He called and made an appointment.
23      Q.   Do you know if he was referred to

Page 35

1  you by anyone?
2      A.   I'd have to look at the first
3  office visit.  I typically put CC and whoever
4  his primary care doctor is at that time.
5      Q.   Okay.  Just for -- just to
6  refresh, can I introduce tab six as Exhibit 4.
7  I want to say we're up to 4.
8          MS. ROSE:  Are we up to 4 or are
9  we at 3?
10          MS. SATTAN:  This will be 4.
11          MS. ROSE:  This will be 4.  Thank
12  you.
13      Q.   And you can go to the next page of
14  this document.
15          (Defendant's Exhibit Number 4
16      is marked for identification.)
17      A.   It's not showing up in
18  Exhibit Share yet.
19      Q.   Oh, sorry.  Okay.  I'll wait for
20  it to show up for you in Exhibit Share.
21          MS. SATTAN:  I just need one
22  second.
23      A.   I can see it.

Page 36

1      Q.   Great.  So Dr. Hooks, would you
2  agree that this is a part of the Epic medical
3  records for Mr. Roberts?
4      A.   Yes.
5      Q.   And specifically it's an
6  endoscopic ultrasound procedure note from
7  July 19, 2018.  Correct?
8      A.   Correct.
9      Q.   If you look at the second page of
10  the document after -- about halfway down the
11  page it says referring physician, Donald
12  Sanders.
13      A.   I see it.
14      Q.   Okay.  Does that refresh your
15  recollection about who referred Mr. Roberts to
16  you?
17      A.   Yeah.  Dr. Donald Sanders.
18      Q.   Do you know Dr. Sanders
19  personally?
20      A.   As a colleague.
21      Q.   Okay.  How long have you known
22  him?
23      A.   Fifteen years.

Page 37

1      Q.   Okay.  And is it your
2  understanding that Dr. Sanders was
3  Mr. Roberts's primary care physician?
4      A.   Yes.
5      Q.   Does Dr. Sanders frequently refer
6  patients to you?
7      A.   No.  Because his brother is a
8  gastroenterologist in town.
9      Q.   Oh.  Do you know why he referred
10  Mr. Roberts to you?
11      A.   I don't.
12      Q.   I'm sorry.  Did you hear my
13  question, Dr. Hooks?
14      A.   Yeah.  I do not.
15      Q.   Okay.  We talked earlier about the
16  fact that the record indicates that Mr. Roberts
17  first came to you because of a problem with
18  constant diarrhea.  Correct?
19      A.   Correct.
20      Q.   Is constant diarrhea a symptom of
21  liver problems?
22      A.   No.
23      Q.   What did you suspect at the time

10 (Pages 34 - 37)

Page 38

1 might be the cause of Mr. Roberts's constant
2 diarrhea?
3     A.   Metformin.
4     Q.   And what is Metformin?
5     A.   A medication for diabetes.
6     Q.   And why did you suspect that it
7 was the cause of Mr. Roberts's diarrhea?
8     A.   Because it's notorious for causing
9 diarrhea.
10    Q.   Do you recall if you prescribed
11 any treatment at the time?
12    A.   I don't.
13    Q.   And sorry, so as of the 6/15/2018
14 visit, you were aware that Mr. Roberts was
15 taking Metformin.  Correct?
16    A.   Correct.
17    Q.   Were you aware that he was taking
18 any other medications?
19    A.   I'm sure I reviewed his medicines.
20    (Dr. Hooks's cell phone rings.)
21    Q.   Do you need to take that?
22    A.   No.
23    Q.   Okay.  So we talked about the fact

Page 39

1 that you initially treated Mr. Roberts for
2 diarrhea.  Did you treat him for other
3 conditions over the course of your care with
4 him?
5     A.   Yes.
6     Q.   What are some of those conditions
7 that you can recall?
8     A.   He had abnormal liver tests.
9 That's why we did the endoscopic ultrasound.  I
10 had concern for stones in his bile duct.  And
11 in that work-up that's where we found the liver
12 lesion.
13    Q.   And that liver lesion was the HCC.
14 Correct?
15    A.   Correct.  There were two of them.
16    Q.   All right.  There were two liver
17 lesions that you identified in 2018 as HCC.  Is
18 that correct?
19    A.   Correct.
20    Q.   All right.  We'll talk about
21 that -- we're going to go into that in a little
22 more detail.  I just want to do some more
23 housekeeping.  Are you aware that before

Page 40

1 Mr. Roberts began seeing you in 2018, he was
2 previously treated by Dr. Christopher Ives who
3 is also a gastroenterologist working in the
4 Infirmary Health System?
5     A.   Yes.
6     Q.   Did you have access when you were
7 treating Mr. Roberts to the records of his
8 treatment by Dr. Ives?
9     A.   Yes.
10    Q.   And was that through Epic?
11    A.   Yes.
12    Q.   So you had free access to review
13 any records regarding Mr. Roberts's treatment
14 that were kept by Dr. Ives?
15    A.   Yes.
16    Q.   Okay.  I'm going to introduce tab
17 seven as I believe Exhibit 5.
18        (Defendant's Exhibit Number 5
19        is marked for identification.)
20    Q.   Let me know when you have access
21 to the document, Doctor.
22    A.   I have access to it.
23    Q.   Perfect.  Would you agree that

Page 41

1 this is a medical record documenting your visit
2 with Mr. Roberts on July 18, 2018?
3     A.   Yes.
4     Q.   If I represented to you that
5 according to our review of your records for
6 Mr. Roberts that this is the second visit you
7 had with him, would you have any reason to
8 disagree with that?
9     A.   No.
10    Q.   So for ease of review as we're
11 going through, do you see that this document
12 has a stamp at the bottom right-hand corner
13 that says GRobertsJR DMC and then a bunch of
14 numbers?
15    A.   Yes.
16    Q.   Okay.  So you might already know
17 this.  But in the legal world, in the world of
18 litigation, that's what we call a bates number.
19    A.   Correct.
20    Q.   So as we're looking at the medical
21 records, I'm going to refer you to certain
22 pages by pointing you to the last two digits of
23 that bates number, which will be different on

11 (Pages 38 - 41)

Page 42

1  every page.
2      A.   Okay.
3      Q.   Does that make sense?
4      A.   Yes.
5      Q.   Okay.  Thanks.  So for now I'd
6  just like you to look at the first page of this
7  document, which has a bates number ending in
8  108.  Do you see that?
9      A.   Yes.
10     Q.   Great.  So about halfway down the
11  page, it says CC Sanders.  Is that an
12  indication that Dr. Sanders was the one who
13  referred Mr. Roberts to you?
14     A.   Yes.
15     Q.   Okay.  Does it also indicate that
16  the information in this record would be sent to
17  Dr. Sanders?
18     A.   Yes.
19     Q.   And do you know if Dr. Sanders is
20  in the Infirmary Healthcare System?
21     A.   He is not.
22     Q.   So how would those records be sent
23  to Mr. -- sorry, Dr. Sanders?

Page 43

1      A.   Faxed to his office.
2      Q.   So someone in your office after
3  every encounter -- or every encounter that has
4  the mark CC Sanders would fax this record to
5  Dr. Sanders office.
6      A.   It's sent --
7      Q.   Is that correct?
8      A.   It's faxed electronically through
9  Epic.
10     Q.   Oh, perfect.  Okay.  So right
11  below that the note says chief complaint.  And
12  after that it says patient presents with
13  abdominal pain, diarrhea, and abnormal
14  ultrasound from ER yesterday.  Correct?
15     A.   Correct.
16     Q.   Okay.  So was it your
17  understanding that Mr. Roberts was following up
18  with you from a trip to the ER that he made the
19  previous day because of abdominal pain?
20     A.   Yes.
21     Q.   And it notes that Mr. Roberts
22  presented with an abnormal ultrasound performed
23  at the ER.  Correct?

Page 44

1      A.   Yes.
2      Q.   At the time of this visit, did you
3  have access to the results from that ultrasound
4  performed by the -- by the ER?
5      A.   Yes.
6      Q.   And how did you get access to
7  that, those ultrasound results?
8      A.   Through the electronic health
9  record.
10     Q.   So through Epic it would appear in
11  your record.  Correct?
12     A.   Yes.
13     Q.   Okay.  If you look down to the
14  section below where -- with the heading
15  subjective, in the second paragraph, second
16  sentence it says Mr. Roberts, quote, was told
17  that he has splenomegaly and possible changes
18  of cirrhosis of the liver.  Correct?
19     A.   Correct.
20     Q.   Am I pronouncing splenomegaly
21  correctly?
22     A.   Yes.
23     Q.   Oh, great.  That's unusual for me.

Page 45

1  What is splenomegaly?
2      A.   Increase in the size of the
3  spleen.
4      Q.   And is that always diagnosed via
5  ultrasound?
6      A.   Often.
7      Q.   In your care and treatment of
8  Mr. Roberts, did you understand splenomegaly to
9  be a risk factor for any more serious
10  conditions?
11     A.   Cirrhosis.
12     Q.   In your care and treatment of
13  Mr. Roberts, did you understand splenomegaly to
14  be a risk factor for liver cancer?
15     A.   No.
16     Q.   Is it fair to say that the
17  reference in the record to possible changes of
18  cirrhosis of the liver means that Mr. Roberts
19  had cirrhosis and the ER doctor suspected that
20  it was potentially progressing?
21     A.   No.
22     Q.   Okay.  What would you -- how would
23  you explain that note?

12 (Pages 42 - 45)

Page 46

1      A.    I can't explain someone else's
2  note.
3      Q.    Oh, okay.  So the reference to
4  possible changes of cirrhosis -- but does that
5  indicate to you that the ER saw evidence of
6  cirrhosis in Mr. Roberts?
7      A.    You would have to ask the ER.
8      Q.    What is cirrhosis of the liver?
9  We talked about it a little bit earlier.
10     A.    Scarring of the liver where you
11  have injury, cell death, cell turnover, and you
12  have bands of fibrosis that occur between the
13  pool of triads.
14     Q.    In your care and treatment of
15  Mr. Roberts, did you understand cirrhosis to be
16  a risk factor for HCC?
17     A.    Yes.
18     Q.    And in your care of Mr. Roberts,
19  did you understand cirrhosis of the liver to be
20  the primary known risk factor for HCC?
21     A.    Yes.
22     Q.    In your care and treatment of
23  Mr. Roberts, did you have an understanding -- I

Page 47

1  actually think you testified about this
2  earlier, but I just want to be clear.  In your
3  care and treatment of Mr. Roberts, did you have
4  an understanding of the amount by which having
5  cirrhosis would increase Mr. Roberts's risk of
6  liver cancer and HCC specifically?
7      A.    In our training it's that the risk
8  is two hundred times the level of the general
9  population.
10     Q.    Moving to the next sentence of
11  this record, it says that Mr. Roberts was found
12  to have elevated LFTs and elevated bilirubin by
13  the ER.  Correct?
14     A.    Correct.
15     Q.    What's an elevated LFT?
16     A.    It's an AST, ALT, or ALT FasL
17  elevation.
18     Q.    Okay.  So if the emergency room
19  documented elevated LFTs, that would mean
20  elevated AST and ALT --
21     A.    Correct.
22     Q.    -- or maybe just one or the other?
23     A.    Typically both.

Page 48

1      Q.    Okay.  And can you say the last --
2  the last thing after AST and ALT?  I didn't
3  catch --
4      A.    Alkaline phosphatase.
5      Q.    Okay.
6          MR. FRAZER:  Do you need to take a
7  break to communicate?
8          THE WITNESS:  No.  I'm just going
9  to send this real quick.
10         MS. ROSE:  Why don't we take a
11  break.  It's been -- it's been an hour about --
12         THE WITNESS:  I've got clinic.  I
13  want to keep going.
14         MS. ROSE:  Oh, okay.  Great.
15  Great.  Okay.  You let me know.  I'm here for
16  you.
17     Q.    Okay.  In your care and treatment
18  of Mr. Roberts, did you understand LFT levels
19  to be an indicator of liver problems?
20     A.    Yes.
21     Q.    Did you understand it to be an
22  indicator of a condition called fatty liver
23  disease?

Page 49

1      A.    No.
2      Q.    What liver problems are elevated
3  LFT levels an indicator of -- or what was your
4  understanding -- let me ask the question again.
5  In your care and treatment of Mr. Roberts, what
6  was your understanding of which liver problems
7  elevated LFT levels could be an indicator of?
8      A.    Initially I didn't know.  That's
9  why we started the work-up.
10     Q.    In your care and treatment of
11  Mr. Roberts, did you understand elevated LFT
12  levels to be an indicator of nonalcoholic --
13  I'm going to call it NASH, but let me get the
14  full --
15     A.    Steatohepatitis.
16     Q.    Nonalcoholic steatohepatitis.  Am
17  I saying that right?
18     A.    Steatohepatitis.
19     Q.    Steato.
20     A.    Hepatitis.
21     Q.    Okay.  So I'll start that over.
22  In your care and treatment of Mr. Roberts, did
23  you understand elevated LFT levels to be an

13 (Pages 46 - 49)

Page 50

1  indicator of nonalcoholic steatohepatitis?
2      A.  I don't recall.
3      Q.  For -- for my sake can we agree
4  that going forward in the deposition that I can
5  refer to nonalcoholic steatohepatitis as NASH?
6      A.  Yes.
7      Q.  Okay.  Fair.  Is that a commonly
8  used acronym?
9      A.  It is.
10     Q.  Great.  So you said earlier that
11  you typically take a medical history from a
12  patient early on in your treatment.  Correct?
13     A.  Correct.
14     Q.  How would you define taking a
15  medical history?
16     A.  Talking to the patient about their
17  symptoms, reviewing their medications.
18     Q.  Anything else?
19     A.  Going through their past medical
20  history, past surgical history.
21     Q.  And you typically record that
22  medical history into Epic.  Correct?
23     A.  Yes.

Page 51

1      Q.  Is the information you include in
2  a patient's medical history based entirely on
3  the self-report of the patient?
4      A.  No.
5      Q.  What else is it based on?
6      A.  My review of records.
7      Q.  So any medical history that you
8  took of Mr. Roberts, it's your understanding it
9  would have been based on his self-report and
10  also your review of his prior medical records,
11  including records from Dr. Ives.  Is that fair?
12     A.  Yes.
13     Q.  All right.  Still on the same
14  page, if we can look at 109, the bates number
15  ending in 109.  All right.  So there's a
16  section, past medical history here.  I just
17  want to run through some of this past medical
18  history.  So at the time that Mr. Roberts
19  presented with you, he had a history of
20  coronary artery disease.  Correct?
21     A.  Yes.
22     Q.  What is coronary artery disease?
23     A.  How long is this going to take?

Page 52

1      Q.  I will promise I will make it as
2  quick as possible.
3      A.  I mean, this is ridiculous.  I'm
4  not a cardiologist.  Coronary artery disease is
5  coronary artery disease.
6      Q.  Okay.  Is coronary artery disease
7  a risk factor for liver problems?
8      A.  No.
9      Q.  Mr. Roberts also had type two
10  diabetes.  Correct?
11     A.  Correct.
12     Q.  In your care and treatment of
13  Mr. Roberts, did you consider his type two
14  diabetes to be a risk factor for liver
15  problems?
16     A.  Yes.
17     Q.  Did you consider it to be a risk
18  factor for HCC?
19     A.  No.
20     Q.  Mr. Roberts also had a history of
21  smoking.  Correct?
22     A.  I don't recall.
23     Q.  If you look, I think one, two,

Page 53

1  three, four, five, about six bullet points down
2  from the bottom --
3      A.  Okay.
4      Q.  -- do you see that you recorded a
5  history of smoking for Mr. Roberts?
6      A.  Yes.
7      Q.  In your care and treatment of
8  Mr. Roberts, did you consider his history of
9  smoking to be a risk factor for liver problems?
10     A.  No.
11         MR. NIGH:  Form objection.
12     Q.  Did you consider smoking to be a
13  risk factor for cirrhosis?
14     A.  No.
15         MR. NIGH:  Form objection.
16     Q.  And did you consider it to be a
17  risk factor for NASH?
18     A.  No.
19     Q.  Mr. Roberts had hypertension.
20  Correct?
21     A.  Yes.
22     Q.  In your care and treatment of
23  Mr. Roberts, did you consider hypertension to

14 (Pages 50 - 53)

Page 54

1 be a risk factor for liver problems?
2     A.    No.
3     Q.    So we talked about NASH, that
4 there's a history of NASH for Mr. Roberts.  In
5 your care and treatment of Mr. Roberts, did you
6 consider his NASH to be a risk factor for liver
7 problems?
8     A.    Yes.
9     Q.    Did you consider it to be a risk
10 factor for HCC?
11     A.    No.
12     Q.    Did you consider it to be a risk
13 factor for cirrhosis?
14     A.    Yes.
15     Q.    And I see NASH used in conjunction
16 with the term fatty liver -- fatty liver
17 disease.  Are they the same thing or are they
18 slightly different?
19     A.    They're different.
20     Q.    Okay.  And if you could briefly
21 explain how they're different.
22     A.    NASH is where you have elevated
23 liver tests.  And if a biopsy is taken, you'll

Page 55

1 see inflammation within the hepatocytes or
2 within the hepatic parenchyma.
3     Q.    Okay.  Was your understanding that
4 Mr. Roberts had fatty liver disease?
5     A.    Based on this record, yes.
6     Q.    Mr. Roberts was also obese.
7 Correct?
8     A.    Yes.
9     Q.    In your care and treatment of
10 Mr. Roberts, did you consider his obesity to be
11 a risk factor for liver problems?
12     A.    Yes.
13     Q.    Did you consider it to be a risk
14 factor for cirrhosis?
15     A.    Yes.
16     Q.    Did you consider it to be a risk
17 factor for NASH?
18     A.    Yes.
19     Q.    And did you consider it to be a
20 risk factor for HCC?
21     A.    No.
22     Q.    I would like to introduce tab
23 eight as Exhibit 6.  Let me know, Doctor, when

Page 56

1 you see the document.
2         (Defendant's Exhibit Number 6
3         is marked for identification.)
4         MS. SATTAN:  It's just taking a
5 second to upload.
6     A.    I have it.
7     Q.    Great.  So looking at the first
8 page of the document which has a bates stamp
9 ending in 026, these are notes from an
10 appointment you had with Mr. Roberts on
11 April 3, 2019.  Correct?
12     A.    Yes.
13     Q.    And you wrote in the section under
14 chief complaint that Mr. Roberts presented with
15 cirrhosis.  Correct?
16     A.    Yes.
17     Q.    At this point in your care and
18 treatment of Mr. Roberts, did you consider his
19 cirrhosis to be a risk factor for his HCC?
20     A.    Yes.
21     Q.    And at this point in your care and
22 treatment of Mr. Roberts, did you consider his
23 cirrhosis to be the primary risk factor for

Page 57

1 HCC?
2     A.    Yes.
3     Q.    Okay.  I'd like to introduce tab
4 seventeen as Exhibit 7.
5         (Defendant's Exhibit Number 7
6         is marked for identification.)
7     Q.    Let me know when you have it.
8     A.    I have it.
9     Q.    This is a report regarding an AFP
10 tumor marker result.  Is that correct?
11     A.    Yes.
12     Q.    And this was included in your Epic
13 medical records for Mr. Roberts.  Correct?
14     A.    Yes.
15     Q.    Okay.  And it says that the tumor
16 marker results were for a specimen collected on
17 August 1, 2018.  Correct?
18     A.    Yes.
19     Q.    Okay.  Were you the one who
20 ordered the tumor marker test for Mr. Roberts?
21     A.    Yes.
22     Q.    Why did you order the tumor marker
23 test?

15 (Pages 54 - 57)

Page 58

1    A.    Because he had two tumors
2  consistent with HCC.  And it was used for just
3  confirmation of hepatocellular carcinoma.
4    Q.    So you had already diagnosed
5  Mr. Roberts with HCC prior to the tumor marker
6  test?
7    A.    I don't know the answer to that
8  question.
9    Q.    Okay.  So when you said that he
10  had two tumors consistent with HCC, when did
11  you first discover the existence of those
12  tumors?
13    A.    In July of 2018.
14    Q.    And was that through ultrasound?
15    A.    I believe he had an MRI.
16    Q.    And did you order that MRI?
17    A.    Yes.
18    Q.    I assume it was conducted
19  elsewhere at an imaging center?
20    A.    Through the Infirmary Health
21  System.
22    Q.    Okay.  And would those MRI images
23  be included in Mr. Roberts's patient file in

Page 59

1  Epic?
2    A.    Yes.
3    Q.    When you received the MRI results,
4  were you the one who determined that the liver
5  tumors were consistent with HCC or was that the
6  radiologist who would have made that
7  determination?
8    A.    Typically the radiologist.
9    Q.    Okay.  And would the radiologist
10  report be included within the Epic system?
11    A.    Like we said that HCC
12  hepatocellular carcinoma is going to be in HCC,
13  can we assume that everything is going to be
14  within Epic?
15    Q.    Sure.  Sure.
16    A.    Okay.
17    Q.    I'm happy to do that.
18    A.    Okay.
19    Q.    So every -- just to be clear for
20  the record, any testing or results for
21  Mr. Roberts that we discuss we're going to
22  assume would be available to you in Epic unless
23  you say otherwise.

Page 60

1    A.    Correct.
2    Q.    Is that fair?  Okay.  Great.
3  Okay.  When you saw the imaging -- the MRI
4  imaging for Mr. Roberts, did you personally
5  view the results as consistent with HCC?
6    A.    Yes.
7    Q.    Okay.  In your note you say
8  discussed with patient he needs ASAP referral
9  to tumor liver clinic at UAB.  Correct?
10    A.    Correct.
11    Q.    And that is because you had made
12  the determination that he had HCC?
13    A.    Correct.
14    Q.    And did you tell him that at the
15  time?
16    A.    I did.
17    Q.    Were you surprised by these
18  results showing HCC in light of Mr. Roberts's
19  medical history and risk factors for HCC?
20    A.    I don't recall.
21        MR. NIGH:  Form objection.
22    Q.    Did Mr. Roberts ever ask you what
23  caused his HCC?

Page 61

1    A.    I don't recall.
2        MR. NIGH:  Form.
3    Q.    Did you determine the cause of
4  Mr. Roberts's HCC as part of his care and
5  treatment?
6        MR. NIGH:  Form objection.
7    A.    I don't understand the question.
8    Q.    Oh, sorry.  As part of your care
9  and treatment of Mr. Roberts, did you determine
10  the cause of the HCC that you identified as his
11  diagnosis?
12        MR. NIGH:  Form objection.
13    A.    I still don't understand that
14  question.
15    Q.    Sure.  I'll try to rephrase it
16  again.  Sorry.  I'm trying to do it as clear as
17  possible.  I guess what I'm really getting at
18  is I'm just trying to -- did you make a
19  causal -- in your care and treatment of
20  Mr. Roberts, did you make a causal
21  determination of why he developed HCC?
22        MR. NIGH:  Form objection.
23    A.    I don't -- I don't -- I don't

16 (Pages 58 - 61)

Page 62

1  think about that, per se.
2      Q.   So fair to say that you never
3  determined in the course of your care of
4  Mr. Roberts that his HCC was caused by his use
5  of the drug Valsartan?
6          MR. NIGH:  Form objection.
7      A.   Correct.
8      Q.   And you never told Mr. Roberts
9  that his HCC was caused by his use of the drug
10 Valsartan?
11     A.   Correct.
12         MR. NIGH:  Form objection.
13     Q.   Since your treatment of
14 Mr. Roberts, have you ever told any patient
15 that -- with HCC that it was caused by the use
16 of Valsartan?
17         MR. NIGH:  Form objection.
18     A.   I have not.
19     Q.   And you never prescribed Valsartan
20 to Mr. Roberts.  Correct?
21     A.   Correct.
22         MS. ROSE:  Doctor, if we could go
23 off the record, I want to try to make this as

Page 63

1  quick for you as possible.  So if I can just go
2  through my questions and see if there's
3  anything I haven't touched on that I want to go
4  through, it would be really helpful.  Hopefully
5  we can make it quicker for you.
6          THE WITNESS:  Okay.
7          MS. ROSE:  Okay.  Thanks.  We'll
8  just go off for like five minutes.
9          THE VIDEOGRAPHER:  This ends disc
10 one.  Going off the record at 9:12.
11         (A break was taken.)
12         THE VIDEOGRAPHER:  This begins
13 disc two.  Going back on the record at 9:20.
14     Q.   (Ms. Rose) Hi, Dr. Hooks.
15     A.   Hey.
16     Q.   Thanks for your patience.  I know
17 that you have important work to get to in your
18 practice.  So I'm going to try to get through
19 this as quickly as possible.  I just wanted to
20 organize my notes.
21     Okay.  So I just want to look at a few quick
22 things.  Back in tab -- let me see, it's the
23 records of the 7/18/2018 visit, which I'm

Page 64

1  trying to figure out -- I think that's
2  Exhibit 5 if you have that.
3      A.   Okay.  There we go.  Okay.
4      Q.   All right.  Great.  If you go
5  to --
6      A.   Exhibit 5?
7      Q.   I believe it is Exhibit 5.  And
8  that is, yeah, what is currently on the screen
9  right now if that helps you.
10     A.   Okay.
11     Q.   If you go to page 109 at the
12 bottom of the page.
13     A.   Yes.
14     Q.   Okay.  Oh, sorry.  I apologize.
15 108.  Go back to 108.
16     A.   Okay.
17     Q.   Okay.  So this is his 7/18 visit
18 with you.  And about halfway down the page
19 there's a number one.  And it says I'm worried
20 that he may have a stone lodged in his distal
21 bile duct.  With the elevation of his total
22 bilirubin up to four and AST and ALT in the
23 four hundreds, that is a concern.  Another

Page 65

1  question is, could the Trulicity be playing a
2  role here.  He has been on Trulicity for over a
3  year.
4      Trulicity is a diabetes treatment.  Correct?
5      A.   Correct.
6      Q.   What role did you think that
7  Trulicity could be playing in Mr. Roberts's
8  elevated AST and ALT?
9      A.   Could he have had pancreatitis
10 associated with it.
11         MR. NIGH:  Form objection to that
12 question.
13     Q.   In your care and treatment of
14 Mr. Roberts, did you believe there was any risk
15 of injury to the liver associated with
16 Trulicity?
17     A.   No.  Not long-term risk.  Just if
18 he had pancreatitis, it may explain the
19 elevation in his liver test.
20     Q.   So pancreatitis can cause liver
21 function to be inhibited?  Am I saying that
22 right?
23     A.   Swelling of the head of the

17 (Pages 62 - 65)

Page 66

1  pancreas can cause intermittent biliary
2  obstruction, which can lead to elevated liver
3  tests.
4      Q.   Okay.  Did you rule Trulicity out
5  as playing a role in Mr. Roberts's elevated
6  liver test?
7      A.   Yes.
8      Q.   And how did you do that?
9      A.   With endoscopic ultrasound and
10  evaluation, which did not show any
11  pancreatitis.
12      Q.   And just to be clear, that -- the
13  endoscopic ultrasound that you performed, that
14  wasn't the test that showed the liver tumors
15  that turned out to be HCC.  Correct?
16      A.   Correct.
17      Q.   Okay.  That was a separate
18  procedure performed later, which was an MRI?
19      A.   Correct.
20      Q.   Okay.  And I don't know if I -- we
21  got to this earlier, but why did you order the
22  MRI specifically?
23      A.   Because it is a more sensitive

Page 67

1  test for delineating tumors within the liver
2  and allowing them to be able to be described by
3  the radiologist.
4      Q.   Got it.  Doctor, you said earlier
5  that you didn't consider NASH to be -- or you
6  didn't consider Mr. Roberts's NASH to be a risk
7  factor for HCC.  Is that accurate?
8      A.   Yes.
9      Q.   But you did say that NASH is a
10  risk factor for cirrhosis.  Correct?
11      A.   Correct.
12      Q.   And you said that cirrhosis is the
13  primary risk factor for HCC.  Correct?
14      A.   Correct.
15          MR. NIGH:  Form objection.
16      Q.   So is it fair to say that NASH is
17  a risk factor for HCC only to extent -- only to
18  the extent it develops into cirrhosis?
19          MR. NIGH:  Form objection.
20      A.   NASH is a risk factor for
21  cirrhosis.
22      Q.   Okay.  Great.  And cirrhosis is a
23  risk factor for HCC?  I'm just trying to -- I'm

Page 68

1  just trying to understand the --
2          MR. NIGH:  Form objection.
3      Q.   -- causation -- it's a bad
4  question.  I'm just trying to understand the
5  causation of how NASH could develop into
6  cirrhosis which could develop into HCC.  Is
7  that accurate -- an accurate statement?
8          MR. NIGH:  Form objection.
9      A.   NASH is a risk factor for
10  cirrhosis.
11      Q.   Okay.  When you were treating
12  Mr. Roberts, were you aware of how long he had
13  been diagnosed with NASH?
14      A.   Not off the top of my head.
15      Q.   The longer a patient has NASH, is
16  it more likely that it will develop into
17  cirrhosis?
18          MR. NIGH:  Form objection.
19      A.   The more inflammation in the
20  liver, the higher the risk for cirrhosis in the
21  longer -- so yes.
22      Q.   So having NASH for a decade, for
23  example, would make it more likely to develop

Page 69

1  cirrhosis than, for example, having NASH for
2  only a year?
3      A.   Yes.
4      Q.   Okay.  I want to introduce tab 21
5  as Exhibit 8.  Let me know when you have it up.
6          (Defendant's Exhibit Number 8
7          is marked for identification.)
8      A.   I have it up.
9      Q.   Okay.  Great.  Oh, okay.  I
10  couldn't see the bates number there for a
11  second.  So you'll see that this is a record
12  from Thomas Hospital for -- from
13  Dr. Christopher Ives for Mr. Roberts.  Correct?
14      A.   Correct.
15      Q.   And these results -- sorry.  The
16  date of these records is April 19, 2016.
17  Correct?
18      A.   Yes.
19      Q.   Okay.  If you can go to the page
20  with the bates number ending in 944.
21      A.   I see it.
22      Q.   Okay.  And you'll see there's a
23  radiology report.

18 (Pages 66 - 69)

1   A.   Yes.
2   Q.   Okay.  These are the results of an
3 abdominal ultrasound performed on Mr. Roberts
4 on April 8, 2016.  Correct?
5   A.   Correct.
6   Q.   Okay.  And this was before
7 Mr. Roberts was in your care.  Correct?
8   A.   Correct.
9   Q.   And you see that in these results
10 the abdominal ultrasound that was performed in
11 2016 identified an eight millimeter focal
12 hypodensity in the right lobe of the liver,
13 which the physician noted may be evidence of
14 liver cirrhosis.
15   Do you see that?
16   A.   Hang on.  Yes.
17   Q.   Okay.  So is an eight -- is a
18 focal hypodensity on the lobe of the liver, is
19 that a lesion?  Is that considered a lesion?
20   A.   You could -- yes.
21   Q.   Okay.  Could it be considered a
22 tumor?
23   A.   It depends on how you define

1 tumor.
2   Q.   Okay.  Were you aware of this
3 result when you were treating Mr. Roberts?
4   A.   Not initially.
5   Q.   Did you become aware of this at
6 some point?
7   A.   Yes.
8   Q.   Do you remember at what point in
9 your care you became aware of it?
10   A.   Back after we did the ultrasound
11 or MRI -- I can't remember which -- I went back
12 and reviewed prior imaging.
13   Q.   Uh-huh.
14   A.   That would be in July of 2018.
15   Q.   But Mr. Roberts didn't report to
16 you when giving his medical history that he --
17 an eight millimeter focal hypodensity had been
18 identified --
19   A.   He did not.
20   Q.   -- in a CT?
21   A.   No.
22   Q.   Okay.  And then if you look down
23 to under impression number two, okay, it says

1 indeterminate hyperdense lesion in the right
2 lobe of the liver.  Too small to definitively
3 characterize.  Benign or malignant etiologies
4 could have this appearance.
5   Okay.  So is that fair to say that Dr. Ives
6 is noting that this hyperdense lesion could be
7 benign or malignant?
8        MR. NIGH:  Form.
9   A.   This is the radiology report.
10   Q.   Oh.
11   A.   This is not Dr. Ives's
12 interpretation.
13   Q.   Oh, apologies.  Apologies.  Sorry.
14 Is it fair to say that the radiology report is
15 indicating that the hypodense lesion in the
16 right lobe of the liver could be benign or
17 malignant?
18        MR. NIGH:  Form objection.
19   A.   Yes.
20   Q.   Based on your care and treatment
21 of Mr. Roberts, is it possible that this
22 indeterminate hyperdense lesion of the right
23 lobe of the liver could have evolved into the

1 tumors that were identified in MRI in 2018?
2        MR. NIGH:  Form objection.
3   A.   It's possible.
4   Q.   And the tumors that were
5 identified by MRI in 2018, at least one of them
6 was in the right lobe of the liver.  Is that
7 correct?
8   A.   Yes.
9   Q.   Okay.
10        MS. ROSE:  I think I'm good for
11 right now.  Mr. Nigh, I believe is going to
12 have some questions for you.  And I'm going to
13 reserve some time based on his questions if I
14 need to follow-up on anything.
15        THE WITNESS:  Okay.
16        MS. ROSE:  Okay.  So I can turn
17 that over to Mr. Nigh now.
18        MR. NIGH:  Thank you, Doctor.  My
19 name is Daniel Nigh.  I represent Jan Roberts.
20 She's the wife of the deceased, Gaston Roberts.
21 I have a few questions.
22
23

Page 74

EXAMINATION

BY MR. NIGH:

3    Q.    First I want to ask you about
4  cirrhosis. Before July of 2018, you're not
5  aware that Gaston Roberts was actually
6  diagnosed with cirrhosis of the liver at any
7  time before that date. Correct?
8        A.    Correct.
9        Q.    Okay. And before July of 2018,
10  you're not aware that Dr. Roberts was ever
11  diagnosed with -- and I may be butchering the
12  word again -- splenomegaly?
13        A.    Correct.
14        Q.    Yeah. And Doctor, I want to ask
15  you a few questions about MDMA. MDMA is a
16  carcinogen. You wouldn't consider yourself an
17  expert in understanding the consequences of
18  ingesting MDMA. Correct?
19        A.    Correct.
20        Q.    And Doctor, when did you first
21  become aware that Valsartan even had the
22  potential to have MDMA?
23        MS. ROSE:  Object to the form.

Page 75

1        A.    When I received a subpoena for
2  this deposition.
3        Q.    Okay. So that would have been
4  well after -- sorry. I didn't mean to
5  interrupt your answer.
6        A.    Yeah.
7        Q.    That would have been well after
8  all of your care of Dr. Roberts, correct -- I
9  mean Gaston Roberts. Correct?
10        A.    Correct.
11        Q.    Okay. And Doctor, you never did a
12  systematic review on the literature of MDMA to
13  see whether or not MDMA is capable of causing
14  cirrhosis or hepatocellular carcinoma.
15  Correct?
16        A.    Correct.
17        Q.    Okay. And Doctor, you also
18  weren't aware that Gaston Roberts started
19  taking Valsartan that was contaminated with
20  MDMA or had MDMA in it --
21        MS. ROSE:  Object to the form.
22        Q.    -- starting in September of 2016.
23  Correct?

Page 76

1        MS. ROSE:  Apologies. But object
2  to the form.
3        A.    Correct.
4        Q.    And Doctor, you weren't aware
5  that -- until you got the subpoena, you weren't
6  aware that Gaston Roberts ever had taken
7  Valsartan that was potentially contaminated
8  with MDMA. Correct?
9        A.    Correct.
10        MS. ROSE:  Object to the form.
11        Q.    So Doctor, it's fair to say that
12  when you're -- when you were considering what
13  the primary risk factors or causes of
14  hepatocellular carcinoma would be, you weren't
15  considering whether or not MDMA could be one of
16  those causes. Correct?
17        A.    Correct.
18        MS. ROSE:  Object to the form.
19        Q.    And you don't consider yourself an
20  expert on MDMA or the causes -- or what MDMA
21  may cause. Correct?
22        A.    Correct.
23        Q.    And Doctor, hepatocellular

Page 77

1  carcinoma and liver cancer will often weaken a
2  person's immune system making them susceptible
3  to other viruses, bacteria, and other health
4  conditions. Correct?
5        A.    Correct.
6        MS. ROSE:  Object to the form.
7        Q.    I'm sorry. Did you say correct?
8        A.    Correct.
9        Q.    Okay. And Doctor, treatments for
10  hepatocellular carcinoma and liver cancer
11  including chemotherapy and radiation can also
12  often weaken a person's immune system, making
13  them susceptible to other viruses, bacteria,
14  and other health conditions. Correct?
15        A.    Correct.
16        Q.    Doctor, you're aware of -- and I
17  might be butchering this word as well --
18  paracentesis?
19        A.    Yes. Paracentesis.
20        Q.    Sorry. Could you say that again?
21        A.    Paracentesis.
22        Q.    Oh, paracentesis. Okay. And
23  Doctor, what is the purpose of paracentesis?

20 (Pages 74 - 77)

Page 78

1     A.   To remove fluid from within the
2  peritoneal cavity either therapeutically or for
3  diagnostic purposes.
4     Q.   And Doctor, when somebody has
5  hepatocellular carcinoma, is it common that
6  they may need paracentesis?
7     A.   No.
8     Q.   Let's take a look at 251.  I'll
9  mark this.
10        MR. NIGH:  What's the next exhibit
11  number?  Exhibit 9?
12        MS. ROSE:  Yes.  I believe so.
13        MR. NIGH:  Okay.  If we could pull
14  that up.
15        (Plaintiff's Exhibit Number 9
16     is marked for identification.)
17        MS. SATTAN:  Counsel, could we go
18  off the record briefly?
19        MR. NIGH:  Sure.
20        THE VIDEOGRAPHER:  Going off the
21  record at 9:37.
22        (A break was taken.)
23        THE VIDEOGRAPHER:  Going back on

Page 79

1  the record at 9:50.
2        THE WITNESS:  Okay.
3     Q.   (Mr. Nigh) All right.  Doctor,
4  you're not aware of Mr. Roberts ever having
5  hepatitis A, B, or C.  Correct?
6     A.   Correct.
7     Q.   And Doctor, you're not aware of
8  Mr. Roberts ever having any alcohol history?
9     A.   Correct.
10     Q.   Doctor, this is being introduced
11  as Exhibit Number 9.  And I just have a couple
12  questions here real quick.  This is one of your
13  records, correct, medical records?
14     A.   Correct.
15     Q.   Okay.  And I want to take -- look
16  at chief complaint there.  It says patient
17  presents with hepatic cancer.  That would be
18  liver cancer.  Correct?
19     A.   Correct.
20     Q.   And I'll introduce it.  It says
21  follow-up, PAD fluid drained at ER and did labs
22  and numbers were way off.  I want to direct
23  your attention on PAD fluid drained at ER.

Page 80

1  What does that mean?
2     A.   Paracentesis.
3     Q.   Okay.  And it's under the hepatic
4  cancer.  Is that paracentesis in part because
5  of hepatic cancer?
6     A.   The paracentesis is because of
7  underlying cirrhosis.  He also had portal vein
8  thrombosis, both of which can lead to portal
9  hypertension, which is what creates ascites.
10     Q.   Okay.  And Doctor, are you aware
11  that on Dr. -- or Mr. Roberts's death
12  certificate, the cause of death is liver cell
13  carcinoma?
14     A.   I was not aware.
15     Q.   Okay.  Doctor, you recall having a
16  conversation with Mr. Roberts that his
17  prognosis was not looking good?
18     A.   Yes.
19     Q.   Okay.  And what is -- what do you
20  recall about that conversation?
21     A.   I don't recall.
22     Q.   Okay.  And in part was that
23  prognosis, not looking good, because of his

Page 81

1  hepatocellular carcinoma and the complications
2  for hepatocellular carcinoma?
3     A.   Yes.
4     Q.   Doctor, at one point your records
5  show that Mr. Roberts had hepatic
6  encephalopathy.
7     A.   Correct.
8     Q.   What does that --
9     A.   That is --
10     Q.   What is hepatic encephalopathy?
11     A.   Where the liver can't process
12  ammonia, and it goes into the -- it can cross
13  the blood brain barrier causing confusion,
14  change in sleep patterns, and even like a
15  comatose state.
16     Q.   And can hepatic encephalopathy be
17  a consequence of hepatocellular carcinoma?
18     A.   I think of it more as a
19  consequence of cirrhosis.
20     Q.   I'm just checking to see if I have
21  any more questions, Doctor.
22     A.   Okay.
23     Q.   Doctor, after July of 2018, you

21 (Pages 78 - 81)

Page 82

1 continued to care for Mr. Roberts in part for
2 his hepatocellular carcinoma. Correct?
3      A.   More for the management of
4 cirrhosis. I don't -- I'm on the diagnostic
5 end. I don't treat hepatocellular carcinoma.
6      Q.   Okay.
7          MR. NIGH: I don't have any more
8 questions. Thank you, Doctor.
9          THE WITNESS: Thank you.
10         MS. ROSE: Doctor --
11         THE WITNESS: Yes, ma'am.
12         MS. ROSE: -- you are -- I know
13 you are a very busy man. And you have been
14 more than patient with us today. Thank you
15 very much for the time that you have given us.
16 I am done with my questions as well. So please
17 go treat your patients. Thank you so much.
18         THE WITNESS: All right. Thank
19 you.
20         MR. NIGH: Appreciate it. Thank
21 you.
22         THE VIDEOGRAPHER: This concludes
23 the deposition. We're going off the record at

Page 83

1 9:56.
2
3     (The deposition ended at 9:56 a.m. CST.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 84

1          REPORTER'S CERTIFICATE
2 STATE OF ALABAMA,
3 BALDWIN COUNTY,
4      I, Paul Morse, Certified Court Reporter
5 and Commissioner for the State of Alabama at
6 Large, do hereby certify that the above and
7 foregoing proceedings was taken down by me by
8 stenographic means, and that the content herein
9 was produced in transcript form by computer aid
10 under my supervision, and that the foregoing
11 represents, to the best of my ability, a true
12 and correct transcript of the proceedings
13 occurring on said date and at said time.
14      I further certify that I am neither of
15 kin nor of counsel to the parties to the action
16 nor in any manner interested in the result of
17 said case.
18
19
20      /s/ Paul Morse
21
22      Paul Morse, CCR
23      ACCR #588 Expires 9/30/25

Page 85

1 DANIEL NIGH, ESQUIRE
2 dnigh@nighgoldenberg.com
3         February 13, 2025
4 In Re: Valsartan, Losartan, Et Al
5   1/29/2025, Samuel B. Hooks , III (#7111931)
6   The above-referenced transcript is available for
7 review.
8   Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 CS-NY@veritext.com
16   Return completed errata within 30 days from
17 receipt of testimony.
18   If the witness fails to do so within the time
19 allotted, the transcript may be used as if signed.
20
21
22      Yours,
23      Veritext Legal Solutions
24
25

22 (Pages 82 - 85)

Page 86

1  In Re: Valsartan, Losartan, Et Al
2  Samuel B. Hooks , III (#7111931)
3          E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Samuel B. Hooks , III              Date
25

Page 87

1  In Re: Valsartan, Losartan, Et Al
2  Samuel B. Hooks , III (#7111931)
3          ACKNOWLEDGEMENT OF DEPONENT
4      I, Samuel B. Hooks , III, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____  _____
12  Samuel B. Hooks , III              Date
13  *If notary is required
14          SUBSCRIBED AND SWORN TO BEFORE ME THIS
15          _____ DAY OF _____, 20___.
16
17
18          _____
19          NOTARY PUBLIC
20
21
22
23
24
25

23 (Pages 86 - 87)

[& - accurate]                                                                              Page 1

| & |
| --- |
| **&**   4:11,15 |

| **0** |
| --- |
| **00946**   1:13 |
| **026**   56:9 |

| **1** |
| --- |
| **1**   3:12 7:23 8:3 |
| 8:23 57:17 |
| **1/29/2025**   85:5 |
| **104**   4:19 5:7 |
| **108**   42:8 64:15 |
| 64:15 |
| **109**   51:14,15 |
| 64:11 |
| **13**   85:3 |
| **14**   4:15 |
| **1440**   4:11 |
| **15**   34:3,16 |
| **18**   41:2 |
| **19**   36:7 69:16 |
| **1:20**   1:13 |

| **2** |
| --- |
| **2**   3:13 22:9,13 |
| **20**   87:15 |
| **20005**   4:12 |
| **20016**   4:16 |
| **2011**   30:1,3,8 |
| **2016**   69:16 |
| 70:4,11 75:22 |
| **2018**   25:3,6 |
| 31:10 32:11,18 |
| 34:4,16 36:7 |

39:17 40:1
41:2 57:17
58:13 71:14
73:1,5 74:4,9
81:23
**2019**   12:2 13:6
56:11
**2020**   27:18
**2025**   1:19 5:15
85:3
**21**   69:4
**22**   3:13
**251**   78:8
**2875**   1:5
**29**   1:19 5:15
**2:30**   33:16 34:1

| **3** |
| --- |
| **3**   3:14 31:14,16 |
| 35:9 56:11 |
| **30**   31:10 32:18 |
| 85:16 |
| **31**   3:14 |
| **35**   3:15 |
| **36602**   4:20 5:8 |

| **4** |
| --- |
| **4**   3:15 35:6,7,8 |
| 35:10,11,15 |
| **4/3/19**   3:17 |
| **4/30/18**   33:9 |
| **40**   3:16 |

| **5** |
| --- |
| **5**   3:16 40:17,18 |
| 64:2,6,7 |
| **56**   3:17 |
| **57**   3:18 |
| **588**   84:23 |

| **6** |
| --- |
| **6**   3:5,17 55:23 |
| 56:2 |
| **6/15**   34:1 |
| **6/15/2018** |
| 33:15 38:13 |
| **69**   3:19 |

| **7** |
| --- |
| **7**   3:18 57:4,5 |
| **7/18**   64:17 |
| **7/18/18**   3:16 |
| **7/18/2018** |
| 63:23 |
| **7111931**   85:5 |
| 86:2 87:2 |
| **74**   3:6 |
| **78**   3:20 |
| **7:30**   17:16 |

| **8** |
| --- |
| **8**   3:12,19 69:5 |
| 69:6 70:4 |
| **800**   4:19 5:7 |
| **8:00**   5:8 |
| **8:11**   5:14 |
| **8:14**   8:17 |

**8:17**   8:20

| **9** |
| --- |
| **9**   3:20 78:11,15 |
| 79:11 |
| **9/30/25**   84:23 |
| **944**   69:20 |
| **9:12**   63:10 |
| **9:20**   63:13 |
| **9:37**   78:21 |
| **9:50**   79:1 |
| **9:56**   83:1,3 |

| **a** |
| --- |
| **a.m.**   5:8 83:3 |
| **abdominal** |
| 43:13,19 70:3 |
| 70:10 |
| **ability**   13:12 |
| 84:11 |
| **able**   67:2 |
| **abnormal**   39:8 |
| 43:13,22 |
| **above**   5:9 84:6 |
| 85:6 87:7 |
| **accent**   23:14 |
| **access**   40:6,12 |
| 40:20,22 44:3 |
| 44:6 |
| **accr**   84:23 |
| **accuracy**   85:9 |
| **accurate**   16:2 |
| 23:1 67:7 68:7 |
| 68:7 |

**[acknowledgement - based]**                                        Page 2

acknowledge...
  87:3
acknowledg...
  85:12
acronym  50:8
acting  5:2
action  84:15
actually  47:1
  74:5
additions  87:6
address  32:20
addressed
  34:17
adenocarcino...
  27:1
advanced
  20:21
afp  3:18 57:9
ago  11:19
agree  36:2
  40:23 50:3
agreed  2:1,8,16
ahead  6:1 7:19
aid  84:9
al  5:18 85:4
  86:1 87:1
alabama  4:20
  5:2,8 20:16,20
  23:7 84:2,5
alcohol  79:8
alcoholic  15:18
alkaline  48:4
allegations
  10:3

allotted  85:19
allowed  20:10
allowing  67:2
alt  47:16,16,20
  48:2 64:22
  65:8
ammonia  81:12
amount  47:4
answer  14:13
  14:14 15:7,14
  15:16 58:7
  75:5
answered
  32:14
anus  21:6
apologies  7:20
  72:13,13 76:1
apologize  21:17
  23:13 64:14
appear  7:16
  44:10
appearance
  72:4
appearances
  4:9
appearing  4:12
  4:16,20 9:8
  29:4
appended  87:7
applicable  85:8
appointment
  32:19 33:15,23
  34:22 56:10

appreciate  7:3
  13:2 82:20
appreciated
  26:11
april  31:10
  32:18,18 56:11
  69:16 70:4
arps  4:10 6:3
  19:7
arriving  33:15
artery  51:20,22
  52:4,5,6
asap  60:8
ascites  80:9
asked  10:23
  32:23
asking  7:21
  14:21
assign  2:13
assistant  32:10
  32:13
associated
  65:10,15
assume  58:18
  59:13,22
ast  47:16,20
  48:2 64:22
  65:8
attached  85:11
attention  79:23
attorney  15:11
  15:12 16:19
  22:19 85:13

august  57:17
available  59:22
  85:6
avenue  4:11
avila  19:22
aware  19:9
  27:17 28:15,19
  30:12,17 38:14
  38:17 39:23
  68:12 71:2,5,9
  74:5,10,21
  75:18 76:4,6
  77:16 79:4,7
  80:10,14

**b**

b  79:5 85:5
  86:2,24 87:2,4
  87:12
back  8:19 33:1
  63:13,22 64:15
  71:10,11 78:23
bacteria  77:3
  77:13
bad  68:3
badgley  4:22
baldwin  24:2
  84:3
bands  46:12
barrier  81:13
based  51:2,5,9
  55:5 72:20
  73:13

**basic** 13:22
**bates** 41:18,23
   42:7 51:14
   56:8 69:10,20
**began** 24:23
   40:1
**beginning** 5:8
**begins** 5:15
   63:12
**behalf** 4:13,17
   4:20
**believe** 11:18
   25:2 34:11
   40:17 58:15
   64:7 65:14
   73:11 78:12
**benefit** 14:11
**benign** 72:3,7
   72:16
**bentley** 32:3,9
   33:1,8,14
**best** 84:11
**bile** 21:18,19
   27:3 39:10
   64:21
**biliary** 21:19
   66:1
**bilirubin** 47:12
   64:22
**biology** 20:15
**biopsy** 54:23
**birmingham**
   20:15

**bit** 12:19 20:11
   46:9
**bitty** 8:7
**blood** 81:13
**bottom** 31:20
   41:12 53:2
   64:12
**bowel** 21:7,7
**brain** 81:13
**break** 8:18,22
   15:1,6,7 48:7
   48:11 63:11
   78:22
**breaks** 15:1
**briefly** 54:20
   78:18
**bring** 18:22
**brother** 37:7
**bullet** 53:1
**bunch** 41:13
**busy** 82:13
**butchering**
   74:11 77:17
**butts** 21:5

### c

**c** 79:5
**call** 33:1,5,14
   33:15 41:18
   49:13
**called** 32:17
   34:22 48:22
**calls** 32:14

**camden** 1:3 4:3
**cancer** 25:6,20
   26:2,13,17
   27:3 45:14
   47:6 77:1,10
   79:17,18 80:4
   80:5
**cancers** 27:10
**capable** 75:13
**capacity** 24:16
**carcinogen**
   74:16
**carcinoma** 25:9
   27:15 58:3
   59:12 75:14
   76:14 77:1,10
   78:5 80:13
   81:1,2,17 82:2
   82:5
**cardiologist**
   52:4
**care** 9:19 35:4
   37:3 39:3 45:7
   45:12 46:14,18
   46:22 47:3
   48:17 49:5,10
   49:22 52:12
   53:7,22 54:5
   55:9 56:17,21
   61:4,8,19 62:3
   65:13 70:7
   71:9 72:20
   75:8 82:1

**carol** 32:2,5
**case** 1:13 11:2
   12:3,14 15:12
   19:15 84:17
**catch** 48:3
**causal** 61:19,20
**causation** 68:3
   68:5
**cause** 5:9 38:1
   38:7 61:3,10
   65:20 66:1
   76:21 80:12
**caused** 60:23
   62:4,9,15
**causes** 76:13,16
   76:20
**causing** 38:8
   75:13 81:13
**cavity** 78:2
**cc** 35:3 42:11
   43:4
**ccr** 5:1 84:22
**cell** 38:20 46:11
   46:11 80:12
**center** 58:19
**certain** 41:21
**certificate**
   80:12 84:1
**certified** 1:22
   84:4
**certify** 5:3 84:6
   84:14
**chance** 27:14

**change**  81:14
  86:4,7,10,13,16
  86:19
**changes**  44:17
  45:17 46:4
  85:10 87:6
**characterize**
  72:3
**chart**  17:4,5
  18:1
**checking**  81:20
**chemotherapy**
  77:11
**chief**  43:11
  56:14 79:16
**cholangiocar...**
  27:2
**cholangiopan...**
  21:14
**christopher**
  40:2 69:13
**cirrhosis**  13:13
  25:22,23 26:6
  27:13 44:18
  45:11,18,19
  46:4,6,8,15,19
  47:5 53:13
  54:13 55:14
  56:15,19,23
  67:10,12,18,21
  67:22 68:6,10
  68:17,20 69:1
  70:14 74:4,6
  75:14 80:7

  81:19 82:4
**civil**  5:4
**clear**  14:20
  29:3 47:2
  59:19 61:16
  66:12
**clinic**  23:6,16
  29:9 48:12
  60:9
**colleague**  36:20
**colleagues**
  19:14
**collected**  31:4
  57:16
**collecting**  31:1
**collectively**  6:4
  7:9
**comatose**  81:15
**come**  22:9
**comma**  31:21
**commissioner**
  2:18 4:7 5:2
  84:5
**common**  78:5
**commonly**  50:7
**communicate**
  48:7
**company**  7:5
**compensated**
  10:19
**complaint**
  34:17 43:11
  56:14 79:16

**complete**  23:1
  87:8
**completed**
  85:16
**compliance**  2:5
**complications**
  81:1
**computer**  84:9
**concern**  39:10
  64:23
**concierge**  4:23
**concludes**
  82:22
**condition**  25:13
  48:22
**conditions**  39:3
  39:6 45:10
  77:4,14
**conduct**  29:8
**conducted**
  58:18
**confirmation**
  58:3
**confusion**
  81:13
**conjunction**
  54:15
**connection**
  7:12 31:6
**consequence**
  81:17,19
**consequences**
  74:17

**consider**  52:13
  52:17 53:8,12
  53:16,23 54:6
  54:9,12 55:10
  55:13,16,19
  56:18,22 67:5
  67:6 74:16
  76:19
**considered**
  70:19,21
**considering**
  76:12,15
**consistent**  58:2
  58:10 59:5
  60:5
**constant**  32:20
  34:18 37:18,20
  38:1
**consultant**
  10:20
**contact**  28:1
**contacted**  33:9
**contaminated**
  75:19 76:7
**content**  84:8
**continued**  82:1
**conversation**
  80:16,20
**conversations**
  16:18 20:7
**copies**  85:14
**corner**  41:12
**coronary**  51:20
  51:22 52:4,5,6

**[correct - derives]**                                          Page 5

| | | | |
|---|---|---|---|
| **correct** 9:15,16 | 76:16,17,21,22 | **currently** 8:5 | 35:15 40:18 |
| 10:17,18,21,22 | 77:4,5,7,8,14 | 21:1 23:5 64:8 | 56:2 57:5 69:6 |
| 11:2,3 13:7 | 77:15 79:5,6,9 | **customary** | **defendants** |
| 16:7,8,10 | 79:13,14,18,19 | 10:11 | 4:13 6:4 10:16 |
| 17:20,21 18:20 | 81:7 82:2 | **cv** 1:13 3:13 | 10:20 |
| 19:15,16 23:7 | 84:12 87:8 | 22:18,23 | **define** 50:14 |
| 23:8,20,21 | **corrections** | | 70:23 |
| 24:17,18,21,22 | 87:6 | **d** | **definitively** |
| 25:6,7,10,11 | **correctly** 23:9 | **d** 3:1 | 72:2 |
| 26:3 28:6,7 | 44:21 | **d.c.** 4:12,16 | **degrees** 20:14 |
| 32:3 33:9,10 | **counsel** 2:10,12 | **daniel** 4:14 6:5 | **delineating** |
| 34:18,19 36:7 | 5:5,19 15:15 | 73:19 85:1 | 67:1 |
| 36:8 37:18,19 | 16:6 19:10 | **danner** 4:18 | **depends** 70:23 |
| 38:15,16 39:14 | 78:17 84:15 | 6:9 16:6 | **deponent** 4:21 |
| 39:15,18,19 | 85:14 | **daphne** 5:2 | 85:13 87:3 |
| 41:19 43:7,14 | **county** 24:2 | **date** 5:3 9:2 | **deposed** 11:4 |
| 43:15,23 44:11 | 84:3 | 69:16 74:7 | 11:19,20 12:9 |
| 44:18,19 47:13 | **couple** 11:20 | 84:13 86:24 | 13:5 |
| 47:14,21 50:12 | 79:11 | 87:12 | **deposing** 85:13 |
| 50:13,22 51:20 | **course** 30:14 | **day** 43:19 | **deposition** 1:18 |
| 52:10,11,21 | 39:3 62:3 | 87:15 | 2:3,4,14,17 |
| 53:20 55:7 | **court** 1:1,22 | **days** 85:16 | 3:10 5:16 |
| 56:11,15 57:10 | 2:6 4:1 5:1 | **death** 46:11 | 10:13 11:23 |
| 57:13,17 60:1 | 6:14 13:17 | 80:11,12 | 13:5,9,21 16:6 |
| 60:9,10,13 | 14:2,12 16:12 | **decade** 68:22 | 16:20 17:13 |
| 62:7,11,20,21 | 84:4 | **deceased** 6:8 | 19:11 20:8 |
| 65:4,5 66:15 | **covid** 11:22 | 73:20 | 22:19 23:15 |
| 66:16,19 67:10 | **creates** 80:9 | **decisions** 13:12 | 25:13 28:16,20 |
| 67:11,13,14 | **cross** 81:12 | **declare** 87:4 | 29:5 50:4 75:2 |
| 69:13,14,17 | **cs** 85:15 | **deemed** 87:6 | 82:23 83:3 |
| 70:4,5,7,8 73:7 | **cst** 83:3 | **defendant** 6:3 | **depositions** 2:7 |
| 74:7,8,13,18,19 | **ct** 18:7 71:20 | 13:15 | **depth** 16:22 |
| 75:8,9,10,15,16 | **current** 23:1 | **defendant's** 8:3 | **derives** 25:19 |
| 75:23 76:3,8,9 | | 22:13 31:16 | |

**[describe - electronic]**                                                    Page 6

| | | | |
|---|---|---|---|
| **describe** 21:4 | **differentiates** | 75:11,17 76:4 | 38:20 40:2,8 |
| **described** 67:2 | 26:16 | 76:11,23 77:9 | 40:14 42:12,17 |
| **detail** 39:22 | **digits** 41:22 | 77:16,23 78:4 | 42:19,23 43:5 |
| **determination** | **direct** 79:22 | 79:3,7,10 | 51:11 63:14 |
| 59:7 60:12 | **disagree** 41:8 | 80:10,15 81:4 | 69:13 72:5,11 |
| 61:21 | **disc** 63:9,13 | 81:21,23 82:8 | 74:10 75:8 |
| **determine** 61:3 | **disclosing** | 82:10 | 80:11 |
| 61:9 | 16:17 | **doctors** 24:6 | **drained** 79:21 |
| **determined** | **discover** 58:11 | **document** 1:11 | 79:23 |
| 59:4 62:3 | **discuss** 59:21 | 7:17 8:2 9:1,4 | **drinks** 15:18 |
| **develop** 68:5,6 | **discussed** 28:12 | 9:5 22:12 23:4 | **drops** 22:11 |
| 68:16,23 | 28:23 29:4 | 29:7,11 35:14 | **drug** 62:5,9 |
| **developed** | 60:8 | 36:10 40:21 | **duct** 21:18 27:3 |
| 61:21 | **disease** 48:23 | 41:11 42:7 | 39:10 64:21 |
| **develops** 26:5 | 51:20,22 52:4 | 56:1,8 | **duly** 6:17 |
| 67:18 | 52:5,6 54:17 | **documentation** | |
| **diabetes** 38:5 | 55:4 | 30:3 | **e** |
| 52:10,14 65:4 | **dispute** 31:11 | **documented** | **e** 3:1 86:3,3,3 |
| **diagnosed** 25:9 | **distal** 64:20 | 47:19 | **earlier** 26:4 |
| 45:4 58:4 | **distinct** 27:5 | **documenting** | 37:15 46:9 |
| 68:13 74:6,11 | **distinguishing** | 41:1 | 47:2 50:10 |
| **diagnosis** 25:6 | 26:8,15 | **documents** | 66:21 67:4 |
| 61:11 | **district** 1:1,2 | 18:3,12,22 | **early** 50:12 |
| **diagnostic** 23:6 | 4:1,2 | **doing** 21:9 | **ease** 41:10 |
| 23:6,16 29:9 | **dmc** 23:16,19 | **donald** 36:11 | **education** |
| 78:3 82:4 | 24:10,21 32:7 | 36:17 | 20:13 |
| **diarrhea** 32:21 | 41:13 | **doubt** 22:20 | **effect** 2:4 |
| 34:18 37:18,20 | **dnigh** 85:2 | **dr** 1:18 3:13,19 | **eight** 55:23 |
| 38:2,7,9 39:2 | **doctor** 7:16 | 5:8,16 6:10,16 | 70:11,17 71:17 |
| 43:13 | 19:2 22:3 31:4 | 6:22 8:1,21 | **either** 11:1 78:2 |
| **different** 9:2 | 35:4 40:21 | 20:12 22:12 | **electronic** |
| 26:12 27:9 | 45:19 55:23 | 23:5 31:15 | 18:15,19,19 |
| 41:23 54:18,19 | 62:22 67:4 | 36:1,17,18 | 29:15,22 44:8 |
| 54:21 | 73:18 74:14,20 | 37:2,5,13 | |

**electronically**
   43:8
**elevated**   47:12
   47:12,15,19,20
   49:2,7,11,23
   54:22 65:8
   66:2,5
**elevation**   47:17
   64:21 65:19
**else's**   46:1
**emergency**
   22:6 47:18
**employees**   24:4
**encephalopat...**
   81:6,10,16
**encounter**   29:8
   43:3,3
**encounters**
   29:12 30:3
**ended**   83:3
**endoscopic**
   21:11,13 36:6
   39:9 66:9,13
**ends**   63:9
**enter**   7:23
**entirely**   51:2
**epic**   3:14 18:13
   29:15,22 30:4
   30:9 31:5 32:2
   36:2 40:10
   43:9 44:10
   50:22 57:12
   59:1,10,14,22

**er**   43:14,18,23
   44:4 45:19
   46:5,7 47:13
   79:21,23
**ercp**   21:10,12
**errata**   85:11,13
   85:16
**ers**   24:3
**esophagus**   21:7
**esquire**   4:10,14
   4:18 85:1
**estate**   7:13
   19:19 20:1
**et**   5:18 85:4
   86:1 87:1
**etiologies**   72:3
**evaluation**
   66:10
**evidence**   2:15
   46:5 70:13
**evolved**   72:23
**exactly**   11:16
**examination**
   3:3 5:10 6:20
   74:1
**examined**   6:17
**example**   68:23
   69:1
**except**   2:11
**exchange**   10:16
**excuse**   26:19
**exhibit**   3:12,13
   3:14,15,16,17
   3:18,19,20

   7:23 8:3,16,23
   22:9,11,13
   31:14,16 35:6
   35:15,18,20
   40:17,18 55:23
   56:2 57:4,5
   64:2,6,7 69:5,6
   78:10,11,15
   79:11
**exhibits**   3:10
**existence**   58:11
**expert**   10:7
   11:1 74:17
   76:20
**expires**   84:23
**explain**   45:23
   46:1 54:21
   65:18
**extent**   67:17,18

**f**

**fact**   10:7,12
   12:14 29:4
   37:16 38:23
**factor**   45:9,14
   46:16,20 52:7
   52:14,18 53:9
   53:13,17 54:1
   54:6,10,13
   55:11,14,17,20
   56:19,23 67:7
   67:10,13,17,20
   67:23 68:9

**factors**   27:8,9
   60:19 76:13
**fails**   85:18
**fair**   14:15
   32:16 45:16
   50:7 51:11
   60:2 62:2
   67:16 72:5,14
   76:11
**familiar**   26:20
**family**   28:2
**fasl**   47:16
**fatty**   48:22
   54:16,16 55:4
**fax**   43:4
**faxed**   43:1,8
**features**   26:9
   26:15
**february**   85:3
**federal**   5:4
**fee**   10:11
**fellowship**
   20:20,22
**fibrosis**   46:12
**field**   20:23 21:4
**fifteen**   36:23
**fifteenth**   24:11
**figure**   64:1
**file**   58:23
**filed**   7:12
**filing**   2:17
**fine**   7:10 12:23
**finish**   14:13,14
   14:19

**[finished - hcc]**                                                      Page 8

**finished** 14:20
**firm** 19:6,23
**first** 6:17 31:8
  34:6 35:2
  37:17 42:6
  56:7 58:11
  74:3,20
**five** 11:10,19
  24:3,3 53:1
  63:8
**flom** 4:11
**fluid** 78:1
  79:21,23
**focal** 70:11,18
  71:17
**follow** 73:14
  79:21
**followed** 20:18
  20:19,21
**following** 5:10
  43:17
**follows** 6:18
**force** 2:4
**foregoing** 5:5
  84:7,10 87:5
**form** 2:11
  53:11,15 60:21
  61:2,6,12,22
  62:6,12,17
  65:11 67:15,19
  68:2,8,18 72:8
  72:18 73:2
  74:23 75:21
  76:2,10,18

77:6 84:9
**forward** 50:4
**found** 39:11
  47:11
**four** 9:11 31:14
  53:1 64:22,23
**francis** 4:19 5:7
**frazer** 4:18,18
  5:6 6:1,9,10
  8:6,9 11:9,12
  11:15 12:6,10
  12:16,18,23
  16:7,9 18:15
  48:6
**free** 40:12
**frequently** 37:5
**front** 8:23
  14:17
**full** 2:5 8:9
  49:14
**function** 65:21
**further** 2:1,8
  2:16 84:14

**g**

**gaston** 1:11 6:8
  7:13 24:13
  31:22 33:9
  73:20 74:5
  75:9,18 76:6
**gastroenterol...**
  24:16 25:5
  27:22 37:8
  40:3

**gastroenterol...**
  20:20,22 21:2
  21:3,9
**general** 27:15
  47:8
**getting** 61:17
**gi** 21:20
**give** 14:7
**given** 13:20
  82:15 87:9
**giving** 71:16
**go** 6:1 7:19
  8:11 13:23
  35:13 39:21
  62:22 63:1,3,8
  64:3,4,11,15
  69:19 78:17
  82:17
**goes** 14:1 81:12
**going** 7:7,15,17
  7:22 8:16,19
  11:7 14:23
  22:8 31:13
  33:12 39:21
  40:16 41:11,21
  48:8,13 49:13
  50:4,19 51:23
  59:12,13,21
  63:10,13,18
  73:11,12 78:20
  78:23 82:23
**goldenberg**
  4:15 6:6

**good** 5:13 6:22
  6:23 73:10
  80:17,23
**graduate** 20:14
**great** 7:11 8:14
  9:5 23:19
  25:16 29:18
  36:1 42:10
  44:23 48:14,15
  50:10 56:7
  60:2 64:4
  67:22 69:9
**greater** 27:14
**greene** 4:19 5:6
**grobertsjr**
  41:13
**grounds** 2:13
**guess** 61:17
**guessed** 22:16
**guts** 21:5

**h**

**h** 86:3
**half** 17:19
  31:20
**halfway** 36:10
  42:10 64:18
**hamblin** 32:2,5
  32:23
**hand** 41:12
**hang** 70:16
**happy** 59:17
**hcc** 25:14,16,23
  26:2,5,9,12,15

27:8,18 39:13
39:17 46:16,20
47:6 52:18
54:10 55:20
56:19 57:1
58:2,5,10 59:5
59:11,12 60:5
60:12,18,19,23
61:4,10,21
62:4,9,15
66:15 67:7,13
67:17,23 68:6
**head** 14:8
65:23 68:14
**header** 31:21
**heading** 44:14
**health** 23:20,22
24:1,7 29:16
29:19,21,22
40:4 44:8
58:20 77:3,14
**healthcare** 7:7
7:8 18:19
42:20
**hear** 37:12
**heard** 7:3
**helpful** 63:4
**helps** 64:9
**hepatic** 55:2
79:17 80:3,5
81:5,10,16
**hepatitis** 49:20
79:5

**hepatocellular**
25:9 27:15
58:3 59:12
75:14 76:14,23
77:10 78:5
81:1,2,17 82:2
82:5
**hepatocytes**
25:18 55:1
**hereto** 87:7
**hey** 63:15
**hi** 63:14
**higher** 68:20
**histopathology**
26:18
**history** 50:11
50:15,20,20,22
51:2,7,16,18,19
52:20 53:5,8
54:4 60:19
71:16 79:8
**hooks** 1:18 5:9
5:17,21 6:10
6:12,16,22 8:1
8:21 20:12
22:12 23:5
31:15 36:1
37:13 63:14
85:5 86:2,24
87:2,4,12
**hooks's** 3:13
38:20
**hopefully** 63:4

**hospital** 69:12
**hospitals** 24:3
**hour** 17:20
48:11
**hourly** 10:11
**hours** 15:19
**housekeeping**
39:23
**huahai** 7:4
**huh** 14:8 71:13
**hundred** 27:14
47:8
**hundreds**
64:23
**hyperdense**
72:1,6,22
**hypertension**
53:19,23 80:9
**hypodense**
72:15
**hypodensity**
70:12,18 71:17

| **i** |
| :---: |

**idea** 31:2
**identification**
8:4 22:14
31:17 35:16
40:19 56:3
57:6 69:7
78:16
**identified** 31:9
39:17 61:10
70:11 71:18

73:1,5
**identify** 5:19
**iii** 85:5 86:2,24
87:2,4,12
**images** 58:22
**imaging** 18:5,6
18:8,12 21:15
27:5 58:19
60:3,4 71:12
**immune** 77:2
77:12
**impair** 15:22
**important**
63:17
**impression**
71:23
**include** 51:1
**included** 57:12
58:23 59:10
**including** 21:6
21:10 51:11
77:11
**incorporates**
24:2
**increase** 45:2
47:5
**indeterminate**
72:1,22
**indicate** 42:15
46:5
**indicates** 32:17
37:16
**indicating**
72:15

[indication - litigation]                                                    Page 10

**indication**
    42:12
**indicator**   48:19
    48:22 49:3,7
    49:12 50:1
**infirmary**
    18:14 23:20,22
    24:7 29:16,19
    29:21 40:4
    42:20 58:20
**inflammation**
    55:1 68:19
**information**
    42:16 51:1
**ingesting**   74:18
**inhibited**   65:21
**initially**   39:1
    49:8 71:4
**injury**   46:11
    65:15
**instructed**
    15:15
**interaction**
    31:8
**interactions**
    33:4
**interested**
    84:16
**interfere**   13:1
**intermittent**
    66:1
**internal**   20:18
**interpretation**
    72:12

**interrupt**   75:5
**intrahepatic**
    25:17
**introduce**   7:15
    7:17 22:8
    31:13 35:6
    40:16 55:22
    57:3 69:4
    79:20
**introduced**
    8:22 79:10
**involved**   20:4
    28:21 31:1
**irbesartan**   1:8
**issue**   15:9
**ives**   40:2,8,14
    51:11 69:13
    72:5
**ives's**   3:19
    72:11

**j**

**j**   1:11 31:22
**jan**   1:12 6:7
    28:5 34:12
    73:19
**january**   1:19
    5:15
**jersey**   1:2 4:2
**john**   4:22
**jr**   1:12
**july**   25:2 36:7
    41:2 58:13
    71:14 74:4,9

81:23
**june**   25:2 34:3
    34:16

**k**

**kathryn**   19:22
**keep**   48:13
**kept**   30:7 40:14
**kin**   84:15
**kind**   12:3 18:6
    21:20
**know**   11:15
    12:22 13:21
    14:2 15:2
    16:23 22:5
    28:10 29:21
    34:12,20,23
    36:18 37:9
    40:20 41:16
    42:19 48:15
    49:8 55:23
    57:7 58:7
    63:16 66:20
    69:5 82:12
**known**   36:21
    46:20
**knows**   33:23

**l**

**labs**   79:21
**large**   21:7 84:6
**law**   19:6
**laws**   2:5
**lawsuit**   7:12
    28:13,17,21

**lawyer**   17:11
    17:13
**lawyers**   20:4
**lead**   66:2 80:8
**leading**   2:11
**leaks**   21:19
**legal**   41:17
    85:23
**lesion**   39:12,13
    70:19,19 72:1
    72:6,15,22
**lesions**   39:17
**level**   20:14 47:8
**levels**   48:18
    49:3,7,12,23
**lft**   47:15 48:18
    49:3,7,11,23
**lfts**   47:12,19
**liability**   1:8
    5:18
**life**   27:22
**light**   60:18
**likely**   25:23
    68:16,23
**limited**   21:10
**line**   86:4,7,10
    86:13,16,19
**lines**   9:11
**literature**
    75:12
**litigation**   1:9
    5:18 9:14,23
    10:3 12:9
    13:15 20:4

**[litigation - mobile]**                                                    Page 11

31:7 41:18
**little**   8:6,7
  12:19 14:18
  20:11 39:21
  46:9
**liver**   21:6 25:5
  25:18,20,20
  26:2,2,13,14,16
  27:2,3,4,9
  37:21 39:8,11
  39:13,16 44:18
  45:14,18 46:8
  46:10,19 47:6
  48:19,22 49:2
  49:6 52:7,14
  53:9 54:1,6,16
  54:16,23 55:4
  55:11 59:4
  60:9 65:15,19
  65:20 66:2,6
  66:14 67:1
  68:20 70:12,14
  70:18 72:2,16
  72:23 73:6
  74:6 77:1,10
  79:18 80:12
  81:11
**lobe**   70:12,18
  72:2,16,23
  73:6
**lodged**   64:20
**logged**   8:15
**long**   24:9 36:21
  51:23 65:17

68:12
**longer**   68:15,21
**look**   22:10 35:2
  36:9 42:6
  44:13 51:14
  52:23 63:21
  71:22 78:8
  79:15
**looking**   31:20
  33:7 41:20
  56:7 80:17,23
**looks**   26:21,22
  27:5,6 32:1
**losartan**   1:7
  5:17 85:4 86:1
  87:1

## m

**ma'am**   82:11
**made**   2:10
  33:15 34:22
  43:18 59:6
  60:11 87:5
**major**   20:16
**make**   2:13
  13:12,23 14:20
  42:3 52:1
  61:18,20 62:23
  63:5 68:23
**making**   10:3
  77:2,12
**malignant**   72:3
  72:7,17

**man**   82:13
**management**
  82:3
**manner**   84:16
**march**   27:18
**mark**   43:4 78:9
**marked**   7:21
  8:4 22:14
  31:17 35:16
  40:19 56:3
  57:6 69:7
  78:16
**marker**   3:18
  57:10,16,20,22
  58:5
**matter**   5:17
**md**   20:17
**mdl**   1:5
**mdma**   74:15,15
  74:18,22 75:12
  75:13,20,20
  76:8,15,20,20
**meagher**   4:11
**mean**   11:21
  33:18,21 47:19
  52:3 75:4,9
  80:1
**means**   45:18
  84:8
**media**   5:15
**medical**   3:16
  3:17,20 9:18
  23:6,16 29:9
  30:14 31:5,10

32:10,13 33:19
  36:2 41:1,20
  50:11,15,19,22
  51:2,7,10,16,17
  57:13 60:19
  71:16 79:13
**medication**
  15:21 38:5
**medications**
  38:18 50:17
**medicine**   20:19
  21:1
**medicines**
  38:19
**meet**   17:10,12
**melanoma**   27:4
**message**   32:2
  32:16
**messages**   3:14
**metastatic**
  25:19,21
**metformin**   38:3
  38:4,15
**microscope**
  26:22 27:6
**millimeter**
  70:11 71:17
**mine**   28:4
**minute**   22:3,6
**minutes**   63:8
**mobile**   4:20 5:7
  23:7,10,11,12
  23:13 24:2

**money** 10:16
**morning** 5:13
6:22,23 16:22
17:17,20
**morse** 1:21 4:7
5:1 84:4,20,22
**mouth** 21:5
**moving** 47:10
**mri** 18:7 58:15
58:16,22 59:3
60:3 66:18,22
71:11 73:1,5

**n**

**n** 3:1
**n.w.** 4:12,16
**name** 7:3 73:19
**named** 24:13
**nash** 49:13
50:5 53:17
54:3,4,6,15,22
55:17 67:5,6,9
67:16,20 68:5
68:9,13,15,22
69:1
**nature** 13:8
**necessary** 2:9
87:6
**need** 14:7 15:1
15:6 22:3,6
35:21 38:21
48:6 73:14
78:6

**needs** 60:8
**neither** 84:14
**never** 19:13
62:2,8,19
75:11
**new** 1:2 4:2,11
**niche** 21:20
**nigh** 3:6 4:14
4:14 6:5,5,6
19:18 53:11,15
60:21 61:2,6
61:12,22 62:6
62:12,17 65:11
67:15,19 68:2
68:8,18 72:8
72:18 73:2,11
73:17,18,19
74:2 78:10,13
78:19 79:3
82:7,20 85:1
**nighgoldenbe...**
85:2
**nina** 4:10 6:1,2
7:4 12:19
**nod** 14:8,8
**nonalcoholic**
49:12,16 50:1
50:5
**nonparty** 9:13
**nonprofit** 24:1
**northern** 23:14
**notary** 1:23
87:13,19

**note** 3:15 29:13
29:14 33:8,19
36:6 43:11
45:23 46:2
60:7 85:10
**noted** 70:13
87:7
**notes** 16:21
17:2 43:21
56:9 63:20
**notice** 2:17
**noting** 72:6
**notorious** 38:8
**number** 1:5,13
8:3 22:13
31:16 35:15
40:18 41:18,23
42:7 51:14
56:2 57:5
64:19 69:6,10
69:20 71:23
78:11,15 79:11
**numbers** 41:14
79:22
**ny** 85:15

**o**

**obese** 55:6
**obesity** 55:10
**object** 15:12
74:23 75:21
76:1,10,18
77:6

**objection** 53:11
53:15 60:21
61:6,12,22
62:6,12,17
65:11 67:15,19
68:2,8,18
72:18 73:2
**objections** 2:10
2:13
**obstruction**
66:2
**occur** 46:12
**occurring**
84:13
**offered** 2:15
**office** 16:23
19:10 29:10
30:17,21 31:9
32:11 35:3
43:1,2,5
**offices** 5:6
**oh** 7:19,22
21:15 26:11
35:19 37:9
43:10 44:23
46:3 48:14
61:8 64:14
69:9 72:10,13
77:22
**okay** 6:2 7:9
9:7 11:18 12:3
12:13,23 13:4
14:6,22 15:3,4
15:10,16,17

[okay - personally]    Page 13

17:19 20:10
22:5,8 23:14
23:17 25:12
26:1,4,23
29:18 31:13
32:1 33:13
34:2 35:5,19
36:14,21 37:1
37:15 38:23
40:16 41:16
42:2,5,15
43:10,16 44:13
45:22 46:3
47:18 48:1,5
48:14,15,17
49:21 50:7
52:6 53:3
54:20 55:3
57:3,15,19
58:9,22 59:9
59:16,18 60:2
60:3,7 63:6,7
63:21 64:3,3
64:10,14,16,17
66:4,17,20
67:22 68:11
69:4,9,9,19,22
70:2,6,17,21
71:2,22,23
72:5 73:9,15
73:16 74:9
75:3,11,17
77:9,22 78:13
79:2,15 80:3

80:10,15,19,22
81:22 82:6
**olivia** 4:23 23:3
**once** 13:5
**operate** 24:6
**operates** 23:19
**operator** 32:6
**opinions** 11:1
**opposed** 25:18
27:1,2,4
**oral** 1:17 5:10
**order** 57:22
58:16 66:21
**ordered** 57:20
**organize** 63:20
**originate** 26:13
**originates** 26:2
**outside** 15:2
30:9
**own** 15:12

**p**

**p.m.** 33:16
**pad** 79:21,23
**page** 3:4,11
31:21 33:12
35:13 36:9,11
42:1,6,11
51:14 56:8
64:11,12,18
69:19 86:4,7
86:10,13,16,19
**pages** 41:22

**paid** 10:11
**paige** 32:3,9,23
33:8,14
**pain** 43:13,19
**pancreas** 21:6
66:1
**pancreatic**
21:19
**pancreatitis**
65:9,18,20
66:11
**paracentesis**
77:18,19,21,22
77:23 78:6
80:2,4,6
**paragraph**
44:15
**parenchyma**
55:2
**part** 19:23 36:2
61:4,8 80:4,22
82:1
**particularly**
31:20
**parties** 2:12
84:15
**party** 9:23 11:1
12:9
**passed** 27:18
28:2
**past** 50:19,20
51:16,17
**pathologist**
27:7

**patience** 63:16
**patient** 13:11
24:13 28:3
29:8,12 30:3,7
33:1,16,18
34:10,13,21
43:12 50:12,16
51:3 58:23
60:8 62:14
68:15 79:16
82:14
**patient's** 51:2
**patients** 24:6
25:22 32:15
37:6 82:17
**patterns** 81:14
**paul** 1:21 4:7
5:1 84:4,20,22
**pause** 14:19
**pending** 15:5
**perfect** 34:2
40:23 43:10
**perform** 22:1
**performed**
43:22 44:4
66:13,18 70:3
70:10
**peritoneal** 78:2
**permission**
30:13
**person's** 77:2
77:12
**personally**
36:19 60:4

[pharmaceutical - quickly]                                    Page 14

pharmaceutical
  7:5
pharmaceutic...
  7:6,8
phone  38:20
phosphatase
  48:4
physician
  13:11 36:11
  37:3 70:13
physicians  9:15
place  24:20
  31:10
plaintiff  4:17
  13:14
plaintiff's
  78:15
plaintiffs  10:16
  10:20 15:11
playing  65:1,7
  66:5
please  6:14
  26:19 82:16
point  22:5
  56:17,21 71:6
  71:8 81:4
pointing  41:22
points  53:1
pool  46:13
population
  27:16 47:9
portal  80:7,8
possible  44:17
  45:17 46:4

52:2 61:17
63:1,19 72:21
73:3
postgraduate
  20:17
potential  74:22
potentially
  45:20 76:7
practice  17:8
  18:2 21:1,4
  24:12 32:13,18
  63:18
practiced  24:9
prep  17:11
preparation
  17:13 18:4
  34:15
prepare  16:20
prepared  30:14
prescribed
  38:10 62:19
present  4:22
presented
  43:22 51:19
  56:14
presents  43:12
  79:17
previous  43:19
previously  40:2
primarily  26:5
primary  35:4
  37:3 46:20
  56:23 67:13
  76:13

prinston  7:6,8
prior  2:15
  11:22 28:15,19
  33:4 51:10
  58:5 71:12
probably  11:22
  12:1 24:3
problem  17:10
  37:17
problems  37:21
  48:19 49:2,6
  52:7,15 53:9
  54:1,7 55:11
procedure  5:4
  21:22 22:1
  36:6 66:18
procedures
  21:10
proceedings
  1:17 5:11 84:7
  84:12
process  81:11
produced
  22:18 30:18,21
  84:9
producing  31:1
products  1:8
prognosis
  80:17,23
progressing
  45:20
promise  52:1
pronouncing
  23:9 44:20

provide  16:2
provided  5:3
provider  29:23
providers  9:18
public  1:23
  87:19
pull  17:5 78:13
pulled  18:1,18
purpose  77:23
purposes  78:3
pursuant  9:9
put  35:3

                q

question  14:13
  14:15,19,21
  15:5,7,14
  22:17 26:10
  29:20 37:13
  49:4 58:8 61:7
  61:14 65:1,12
  68:4
questions  2:11
  2:12 14:18
  15:13 63:2
  73:12,13,21
  74:15 79:12
  81:21 82:8,16
quick  8:12 48:9
  52:2 63:1,21
  79:12
quicker  63:5
quickly  63:19

[quote - returned]                                                    Page 15

| | | | |
|---|---|---|---|
| **quote** 9:13 25:21 44:16 | **receiving** 10:15 28:15,20 | **refer** 7:7 23:15 25:13 37:5 41:21 50:5 | **reporter** 1:21 1:22 5:1 6:14 14:2,12 16:12 84:4 |

**r**

**r** 86:3,3
**radiation** 77:11
**radiologist** 59:6,8,9 67:3
**radiology** 69:23 72:9,14
**random** 25:22
**raso** 4:15 6:6
**rbk** 1:13
**read** 9:12 85:9 87:5
**reading** 2:2
**real** 48:9 79:12
**really** 8:12 61:17 63:4
**reason** 16:1 22:20 31:11 41:7 85:11 86:6,9,12,15,18 86:21
**recall** 13:8 24:12,23 33:3 34:3 38:10 39:7 50:2 52:22 60:20 61:1 80:15,20 80:21
**receipt** 85:17
**received** 59:3 75:1

**recent** 11:21,23
**recognize** 22:15,16
**recollection** 36:15
**record** 3:16,17 3:19,20 5:14 8:12,16,20 15:13 17:4 18:13 29:16 37:16 41:1 42:16 43:4 44:9,11 45:17 47:11 50:21 55:5 59:20 62:23 63:10,13 69:11 78:18,21 79:1 82:23
**recorded** 5:16 29:14 30:4 53:4
**records** 18:2,19 29:23 30:7,14 30:18,22 31:5 31:10 34:15 36:3 40:7,13 41:5,21 42:22 51:6,10,11 57:13 63:23 69:16 79:13,13 81:4

**reference** 45:17 46:3
**referenced** 85:6
**referral** 60:8
**referred** 24:5 34:23 36:15 37:9 42:13
**referring** 36:11
**refresh** 35:6 36:14
**regarding** 20:4 30:7 40:13 57:9
**regular** 15:1
**related** 28:21
**relates** 1:11
**relating** 2:6 30:18,22 31:6
**remember** 11:13 12:5,7,8 71:8,11
**remembers** 12:21
**remove** 78:1
**render** 11:1
**rephrase** 61:15
**report** 51:3,9 57:9 59:10 69:23 71:15 72:9,14

**reporter's** 84:1
**represent** 5:20 6:7,10 7:4 22:17 31:3,7 73:19
**represented** 16:5 41:4
**representing** 19:18,23
**represents** 84:11
**request** 30:13
**required** 87:13
**reserve** 73:13
**response** 22:19
**responses** 14:7
**result** 14:6 26:5 57:10 71:3 84:16
**results** 3:18 44:3,7 57:16 59:3,20 60:5 60:18 69:15 70:2,9
**retrograde** 21:13
**return** 85:13,16
**returned** 33:13 33:14

| review 16:23 | roberts 1:12,12 | 74:5,10 75:8,9 | **s** |
|---|---|---|---|
| 18:3 30:13 | 6:7,8 7:13 | 75:18 76:6 | s 84:20 86:3 |
| 34:14 40:12 | 16:22 18:3,9 | 79:4,8 80:16 | sak 1:13 |
| 41:5,10 51:6 | 19:19 24:13,15 | 81:5 82:1 | sake 50:3 |
| 51:10 75:12 | 24:20 25:1,8 | roberts's 9:14 | samuel 1:18 5:9 |
| 85:7 | 27:17,21 28:5 | 9:18 19:15,23 | 5:16,21 6:11 |
| reviewed 16:21 | 28:13,16,20 | 25:4 28:2 34:9 | 6:16 85:5 86:2 |
| 38:19 71:12 | 29:1,5 30:12 | 37:3 38:1,7 | 86:24 87:2,4 |
| reviewing | 30:19,23 31:6 | 40:13 47:5 | 87:12 |
| 50:17 | 31:8,21 32:17 | 58:23 60:18 | sanders 36:12 |
| ridge 4:15 | 32:19 33:4,9 | 61:4 65:7 66:5 | 36:17,18 37:2 |
| ridiculous 52:3 | 34:3,7,12,17,20 | 67:6 80:11 | 37:5 42:11,12 |
| right 8:23 | 36:3,15 37:10 | rogers 27:21 | 42:17,19,23 |
| 11:11 31:3 | 37:16 38:14 | role 65:2,6 66:5 | 43:4,5 |
| 33:7 39:16,20 | 39:1 40:1,7 | room 16:10,14 | sattan 4:23 |
| 41:12 43:10 | 41:2,6 42:13 | 47:18 | 7:18,20 35:10 |
| 49:17 51:13,15 | 43:17,21 44:16 | roomed 32:14 | 35:21 56:4 |
| 64:4,9 65:22 | 45:8,13,18 | rose 3:5 4:10 | 78:17 |
| 70:12 72:1,16 | 46:6,15,18,23 | 5:23 6:2,3,21 | saw 28:8 46:5 |
| 72:22 73:6,11 | 47:3,11 48:18 | 7:4,19,22 8:13 | 60:3 |
| 79:3 82:18 | 49:5,11,22 | 8:21 12:20 | saying 49:17 |
| rings 38:20 | 51:8,18 52:9 | 13:2 18:17 | 65:21 |
| risk 27:8,9 45:9 | 52:13,20 53:5 | 23:3 35:8,11 | says 33:8,11,13 |
| 45:14 46:16,20 | 53:8,19,23 | 48:10,14 62:22 | 36:11 41:13 |
| 47:5,7 52:7,14 | 54:4,5 55:4,6 | 63:7,14 73:10 | 42:11 43:11,12 |
| 52:17 53:9,13 | 55:10 56:10,14 | 73:16 74:23 | 44:16 47:11 |
| 53:17 54:1,6,9 | 56:18,22 57:13 | 75:21 76:1,10 | 57:15 64:19 |
| 54:12 55:11,13 | 57:20 58:5 | 76:18 77:6 | 71:23 79:16,20 |
| 55:16,20 56:19 | 59:21 60:4,22 | 78:12 82:10,12 | scarring 46:10 |
| 56:23 60:19 | 61:9,20 62:4,8 | rule 66:4 | schedule 19:10 |
| 65:14,17 67:6 | 62:14,20 65:14 | rules 2:6 5:4 | screen 7:16 |
| 67:10,13,17,20 | 68:12 69:13 | 13:22 | 8:10 22:10 |
| 67:23 68:9,20 | 70:3,7 71:3,15 | run 51:17 | 31:15 64:8 |
| 76:13 | 72:21 73:19,20 | | |

[se - substance]                                                    Page 17

| | | | |
|---|---|---|---|
| se 62:1 | serious 45:9 | soon 22:11 | started 29:22 |
| second 35:22 | seven 40:17 | sorry 5:22,23 | 49:9 75:18 |
| 36:9 41:6 | seventeen 57:4 | 7:19,22 17:9 | starting 75:22 |
| 44:15,15 56:5 | share 8:16 | 17:11 21:17 | state 5:19 |
| 69:11 | 22:11 35:18,20 | 23:13 26:11 | 81:15 84:2,5 |
| section 44:14 | sheet 85:11 | 27:21 35:19 | statement 68:7 |
| 51:16 56:13 | shortly 7:16 | 37:12 38:13 | states 1:1 4:1 |
| see 8:5 22:11 | show 35:20 | 42:23 61:8,16 | 9:12 |
| 31:14 33:16 | 66:10 81:5 | 64:14 69:15 | steato 49:19 |
| 35:23 36:13 | showed 66:14 | 72:13 75:4 | steatohepatitis |
| 41:11 42:8 | showing 35:17 | 77:7,20 | 49:15,16,18 |
| 53:4 54:15 | 60:18 | south 20:16,20 | 50:1,5 |
| 55:1 56:1 63:2 | sign 85:12 | southern 20:15 | stenographic |
| 63:22 69:10,11 | signature 2:2 | specialty 21:8 | 84:8 |
| 69:21,22 70:9 | signed 85:19 | specific 21:21 | stipulated 2:1,8 |
| 70:15 75:13 | signs 32:15 | specifically | 2:16 |
| 81:20 | six 24:3 35:6 | 15:15 25:8 | stipulation 5:5 |
| seeing 16:21 | 53:1 | 32:12 36:5 | stomach 21:8 |
| 34:3 40:1 | size 45:2 | 47:6 66:22 | stone 64:20 |
| seeking 32:19 | skadden 4:10 | specimen 57:16 | stones 21:18 |
| seen 8:1 9:1,4 | 6:3 19:7,14 | spent 10:12 | 39:10 |
| 31:19 | slate 4:11 | spleen 45:3 | street 4:19 5:7 |
| self 51:3,9 | sleep 81:14 | splenomegaly | strictures |
| send 48:9 | slightly 54:18 | 44:17,20 45:1 | 21:19 |
| sense 42:3 | small 21:7 72:2 | 45:8,13 74:12 | subjective |
| sensitive 66:23 | smoking 52:21 | spoken 19:3,6 | 44:15 |
| sent 32:2 42:16 | 53:5,9,12 | 19:10,13,17,21 | subpoena 3:12 |
| 42:22 43:6 | smoothly 14:1 | 20:3 | 9:6,9 22:20 |
| 85:14 | snowstorm 9:3 | square 4:15 | 28:16 75:1 |
| sentence 44:16 | software 18:20 | st 4:19 5:7 | 76:5 |
| 47:10 | solco 7:6,6,8 | stamp 41:12 | subscribed |
| separate 66:17 | solutions 85:23 | 56:8 | 87:14 |
| september | somebody 78:4 | start 17:12 | substance |
| 75:22 | | 29:19 49:21 | 16:17 |

[suite - told]                                                        Page 18

| suite 4:19 5:7 | t | testified 6:18 | 62:1 64:1 65:6 |
|---|---|---|---|
| **supervision** | | 13:17 47:1 | 73:10 81:18 |
| 84:10 | **t** 86:3,3 | **testify** 9:19 | **thomas** 69:12 |
| **sure** 11:13 14:1 | **tab** 7:15 22:9 | **testifying** 9:13 | **thousand** 24:4 |
| 38:19 59:15,15 | 31:14 35:6 | 10:12 12:13 | **three** 22:9 24:3 |
| 61:15 78:19 | 40:16 55:22 | **testimony** 9:9 | 53:1 |
| **surgical** 50:20 | 57:3 63:22 | 10:17 13:9 | **thrombosis** |
| **surprised** | 69:4 | 15:22 16:2 | 80:8 |
| 60:17 | **take** 14:23 15:7 | 18:4 85:9,17 | **time** 2:13,14 |
| **susceptible** | 23:3 38:21 | 87:8 | 7:2 10:12 |
| 77:2,13 | 48:6,10 50:11 | **testing** 59:20 | 11:19 13:23 |
| **suspect** 37:23 | 51:23 78:8 | **tests** 39:8 54:23 | 15:2,6 25:5 |
| 38:6 | 79:15 | 66:3 | 28:8 34:10 |
| **suspected** | **taken** 8:18 | **texas** 20:21 | 35:4 37:23 |
| 45:19 | 13:21 54:23 | **text** 9:12 | 38:11 44:2 |
| **swear** 6:14 | 63:11 76:6 | **thank** 7:1 8:14 | 51:18 60:15 |
| **swelling** 65:23 | 78:22 84:7 | 13:3 18:17 | 73:13 74:7 |
| **sworn** 6:17 | **talk** 7:2 12:20 | 20:23 29:7 | 82:15 84:13 |
| 87:14 | 20:11 39:20 | 34:2 35:11 | 85:18 |
| **symptom** 37:20 | **talked** 37:15 | 73:18 82:8,9 | **timeframe** 85:8 |
| **symptoms** | 38:23 46:9 | 82:14,17,18,20 | **times** 11:21 |
| 32:20,20 50:17 | 54:3 | **thanks** 6:2 42:5 | 17:22 27:14 |
| **system** 18:16 | **talking** 50:16 | 63:7,16 | 47:8 |
| 23:20,23 24:1 | **telephone** 32:6 | **therapeutic** | **tiny** 8:6 |
| 24:7 29:17,19 | 32:14 | 20:22 21:9 | **today** 7:2,9 9:8 |
| 29:21 30:4 | **tell** 12:10,19 | **therapeutically** | 9:18 14:1 |
| 31:5 40:4 | 20:12 60:14 | 78:2 | 15:22 16:3,6 |
| 42:20 58:21 | **term** 54:16 | **thereto** 2:15 | 18:4,23 19:2,5 |
| 59:10 77:2,12 | 65:17 | **thing** 8:7 48:2 | 19:17,19,22 |
| **systematic** | **terms** 20:13 | 54:17 | 82:14 |
| 75:12 | **test** 57:20,23 | **things** 63:22 | **today's** 16:20 |
| | 58:6 65:19 | **think** 11:7 | 20:8 |
| | 66:6,14 67:1 | 30:23 33:12 | **told** 44:16 62:8 |
| | | 47:1 52:23 | 62:14 |

[took - valsartan]                                                    Page 19

took   8:22 24:20
    31:10 32:15
    51:8
top   9:12 68:14
total   64:21
touched   63:3
town   37:8
training   20:17
    47:7
transcript   84:9
    84:12 85:6,19
    87:5,8
treat   39:2 82:5
    82:17
treated   24:15
    27:20 39:1
    40:2
treating   9:15
    13:10 24:13
    25:1 30:15
    40:7 68:11
    71:3
treatment   9:19
    24:19 30:8,18
    30:22 38:11
    40:8,13 45:7
    45:12 46:14,22
    47:3 48:17
    49:5,10,22
    50:12 52:12
    53:7,22 54:5
    55:9 56:18,22
    61:5,9,19
    62:13 65:4,13

    72:20
treatments
    77:9
triads   46:13
trial   2:14
trip   43:18
troubleshoot
    8:12
true   84:11 87:8
trulicity   65:1,2
    65:4,7,16 66:4
truthful   16:2
try   14:12,20,23
    61:15 62:23
    63:18
trying   61:16,18
    64:1 67:23
    68:1,4
tumor   3:18
    25:17 57:10,15
    57:20,22 58:5
    60:9 70:22
    71:1
tumors   25:19
    58:1,10,12
    59:5 66:14
    67:1 73:1,4
turn   73:16
turned   66:15
turnover   46:11
twelve   15:19
two   27:14
    28:10 39:15,16
    41:22 47:8

    52:9,13,23
    58:1,10 63:13
    71:23
type   52:9,13
types   26:1,12
    26:16
typically   35:3
    47:23 50:11,21
    59:8

**u**

u   33:16,18
uab   60:9
uh   14:8 71:13
ultrasound
    3:15 18:7
    21:11 36:6
    39:9 43:14,22
    44:3,7 45:5
    58:14 66:9,13
    70:3,10 71:10
under   26:22
    27:6 56:13
    71:23 80:3
    84:10
undergraduate
    20:13
underlying
    80:7
understand
    7:11 9:17,22
    10:2,6 26:10
    45:8,13 46:15
    46:19 48:18,21

    49:11,23 61:7
    61:13 68:1,4
understanding
    9:7 10:10 14:4
    33:20,22 37:2
    43:17 46:23
    47:4 49:4,6
    51:8 55:3
    74:17
understood
    14:9
unit   5:15
united   1:1 4:1
university
    20:16,19,21
unquote   25:21
unusual   44:23
upload   56:5
use   62:4,9,15
used   21:18
    29:16 50:8
    54:15 58:2
    85:19
using   29:22

**v**

v   33:16,18
valsartan   1:7
    5:17 20:5
    28:21,23 62:5
    62:10,16,19
    74:21 75:19
    76:7 85:4 86:1
    87:1

[vanderbilt - zhp]                                          Page 20

**vanderbilt**
  20:18
**vaughn**   4:15
  6:6
**vein**   80:7
**verbal**   14:7
**verify**   85:9
**veritext**   85:14
  85:23
**veritext.com**
  85:15
**version**   22:23
**vicinage**   1:3 4:3
**video**   4:22 5:16
**videographer**
  5:13 6:13 8:11
  8:15,19 16:16
  63:9,12 78:20
  78:23 82:22
**view**   60:5
**viruses**   77:3,13
**visit**   34:6,17
  35:3 38:14
  41:1,6 44:2
  63:23 64:17
**visits**   17:1
**vital**   32:15
**voiced**   33:20

**w**

**wait**   14:14
  35:19
**waived**   2:3,18

**want**   12:18
  13:1 35:7
  39:22 47:2
  48:13 51:17
  62:23 63:3,21
  69:4 74:3,14
  79:15,22
**wanted**   63:19
**warn**   14:17
**washington**
  4:12,16
**way**   27:12
  79:22
**we've**   31:9
**weaken**   77:1,12
**wednesday**
  5:14
**week**   9:3
**went**   16:23
  71:11
**wife**   1:12 6:7
  20:9 28:3,5
  32:17 34:9
  73:20
**witness**   2:3 5:9
  5:21 6:11,12
  6:14 9:8 10:7,8
  10:12 11:11,14
  12:14,21 48:8
  48:12 63:6
  73:15 79:2
  82:9,11,18
  85:8,10,12,18

**wondering**
  26:14
**word**   74:12
  77:17
**work**   23:5
  39:11 49:9
  63:17
**worked**   32:11
**working**   24:20
  40:3
**works**   32:7
**world**   41:17,17
**worried**   64:19
**worries**   34:16
**wow**   21:15
**written**   30:7
**wrote**   56:13

**x**

**x**   3:1

**y**

**yeah**   11:9,14,17
  11:22 12:2,7
  12:17 13:10
  36:17 37:14
  64:8 74:14
  75:6
**year**   24:11 65:3
  69:2
**years**   11:10,19
  28:11 36:23
**yesterday**
  43:14

**york**   4:11

**z**

**zhejiang**   7:4
**zhp**   6:3,3 7:7,9
  7:13 28:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.